lymphoid cells but not serum and parallels other T lymphocyte immune responses. (Weston, 1976)

Atopic dermatitis is a chronic inflammatory skin disease associated with elevated serum IgE levels and sensitization to a variety of inhalant, food and microbial allergens. (Leung, 1993)

Giwercman et al., 2008, report that hand eczema is a common disease with various risk factors of which atopic dermatitis is known to be one of the most important. Recently, two mutations in the gene coding for filaggrin, a protein important for the skin barrier, have repeatedly been shown to be associated with atopic dermatitis.

Brown and Irvine (2008) report that the discovery that null mutations in the filaggrin gene are associated with atopic eczema and represents the single most significant breakthrough in understanding the genetic basis of this complex disorder.

Investigations of atopic dermatits  in human patients and animal models suggest that this disease is initiated, maintained and perpetuated by the actions of cytokines, chemokines, T cells, antigen-presenting cells and other inflammatory cells.  There is also evidence of skin barrier defect and angiogenesis.

The manifestation of atopic eczema/dermatitis syndrome is believed to result from a complex interrelationship of environmental factors, pharmacological abnormalities, skin barrier defects, and immunological phenomena.  (von Bubnoff et al., 2003)

### 7.3  Epistaxis

Wantke et al., 1996, studied forty-five medical students attending their first dissection course at the Institute of Anatomy, University of Vienna, Austria.  The students dissected arms and legs preserved in 0.7% formaldehyde and 3.8% phenol, but not whole cadavers. Assessment of primarily irritant symptoms during the lessons revealed itch and paraesthesia of hands in 33/45 students (P<0.00005), headache in 15/45 students, burning eyes in 13/45 students (P<0.02), dizziness in 8/45 students (P<0.008), sneezing in 4/45 students, epistaxis in 2/45 students, and shortness of breath in 1/45 students.

Wantke et al., 2000, studied twenty-seven medical students who already had been dissecting for 4 weeks.  These were some of the same students who were previously investigated in their first dissection course.  This was their second dissecting course lasting for 10 weeks.  Whole cadavers preserved in an aqueous perfusion fluid (0.7% formaldehyde, 4.0% phenol) were dissected.  Itch and paresthesia of the hands (P<0.00001), dizziness (P<0.008), burning eyes (P<0.01), headache, sneezing, epistaxis, gingival bleeding, oral or pharyngeal itch, and shortness of breath were experienced.

Epistaxis can present in several ways and degrees of severity.  Bleeding may be acute and come from the anterior or posterior part of the nasal septum, and is usually controlled by cautery to the bleeding point, by pressure from anterior or posterior packs, or a

combination of the two.  A more severe type of nasal bleeding requires ligation of the anterior ethmoid or carotid arteries or both.  (Hanckel, and Carter, 1964)

Hanckel and Carter (1964) describe a case report of intermittent nosebleeds and anemia.  The patient's history included a 12 year history of episodes of severe epistaxis prior to the removal of a tumor in the anterior wall of the left sphenoid.  The pathologic diagnosis was neurogenic sarcoma of the sphenoid sinus.  Recurrence of the bleeding from the left side persisted and could not be controlled necessitating ligation of the left external carotid artery.  Epistaxis continued and was severe enough to cause hemorrhage from her nose and death.  An autopsy found that another tumor was present in the posterior wall of the sphenoid and diagnosed as a neurofibroma.

Neoplastic disease of the maxillary sinus may appear very similar to infection of the maxillary sinus.  There may be an episode of acute infection due to the obstruction of normal drainage from the sinus by encroachment of the tumor mass on the ostium.  The presentation of sinus pain and tenderness on palpation of the antral walls with loosening and tenderness of associated maxillary teeth are clinical findings.  Obstruction of the nasal airway and the presence of a purulent and often blood stained nasal discharge are common.  Unilateral epistaxis is one of the most important diagnostic physical signs of neoplastic development.  The presentation of sinus symptoms with a unilateral blood-stained nasal discharge and radiographic and tomographic evidence of bone destruction of one or more of the walls of the antrum is virtually pathognomonic of malignant disease of the maxillary antrum.  (Towers and McAndrew, 1975)

Among 191 patients with cancer of the nose and/or paranasal sinuses, 16 per cent had a history of epistaxis.  In all these cases, however, it had consisted in recurrent minor bleeding or a blood-stained nasal secretion.  None of the patients had been admitted as an emergency with severe epistaxis.  Epistaxis may be an early sign of malignant tumours in the nose and/or paranasal sinuses, with or without extension to the nasopharynx.  As a rule, it is in the form of recurrent minor bleeding or unilateral haemorrhagic discharge.  In rare cases there will be more violent haemorrhage requiring emergency admission and treatment.  (Vimpel, Felding, and Bonding, 1985)

The most common manifestations of frontal sinus malignancy, in 75% of patients, are forehead or medial upper eyelid swelling or pain.  Orbital manifestations, such a diplopia or proptosis, occur in 27% to 48%, and epistaxis or nasal purulence in 20%.  (Osguthorpe and Richardson, 2001)

Neoplasms of the paranasal sinuses and nasal cavity account for 3% to 4% of head and neck cancers.  Most tumours are advanced at presentation, and the exact site of origin may be uncertain.  Tumours may arise from any of six separate anatomic locations: maxillary sinus, ethmoid sinus, frontal sinus, sphenoid sinus, nasal cavity, or nasal vestibule.  The usual clinical presentation of sinonasal tumours includes symptoms that are indistinguishable from inflammatory sinus disease, namely nasal airway obstruction, pain, and epistaxis.  (Daele, Poorten, Rombaux, and Hamoir, 2005)

LWFR-EXP 15-000081

Intranasal pleomorphic adenomas generally arise in the nasal septal mucosa, even though the seromucosal glands are mainly located within the lateral nasal wall, in particular in the turbinates. A case report of a 34-year-old male, non-smoker, as reported by Sciandra, et al, 2008, presenting with an isolated episode of epistaxis from the right nasal cavity. He also complained of worsening of a right nasal obstruction which had been present for 10 years, frontal cephalagia, and anosmia. A nasal pleomorphic adenoma was diagnosed. It is generally known to be a slow-growing tumor and, therefore, clinical symptoms appear after a long silent period. Patients commonly present with gradual worsening of monolateral nasal obstruction and occasional epistaxis. (Sciandra, Dispenza, et al., 2008)

Chaiyasate et al., 2005, report on 55 patients with epistaxis admitted in Chiang Mai University Hospital between January 2001 and July 2004. Eighteen percent of patients had more than one cause of epistaxis. The most common cause of epistaxis was hypertension. Epistaxis resulted from tumor in 18.2% of the patients.

Sinonasal cancers often masquerade as chronic inflammatory conditions of the upper respiratory tract, and thus they may progress unrecognized and untreated. Among the many presenting signs and symptoms, the most common were nasal obstruction (n-24 [88.9%] ), nasal discharge (n-24), epistaxis (n= 22 [81.5%] ), and buccal swelling (n=21 [77.8%] ). The duration of symptoms ranged from 6 weeks to 3 years (mean: 7.2 mo). Ogunleye, Ijaduola, and Sandabe, 2008)

Sinonasal malignancy is a cause of otorhinolaryngologic morbidity and mortality in West Africa. A 10-year retrospective review of cases with histologically diagnosed malignant sinonasal tumors in University College Hospital, Ibadan, Oyo State, Nigeria was carried out. There were 82 cases. Epistaxis, rhinorrhea and nasal blockage were seen in all patients. Squamous cell carcinoma accounted for 69/75 (92%) of epithelial tumors, and malignant lymphoma accounted for 4/7 (57%) of nonepithelial tumors. Fasunla, Lasisi, 2007)

Haraguchi et al., 1995, reports that sixty cases of primary malignant tumor of the nasal cavity treated between 1962 and 1993 were reviewed. The most common symptom on presentation was nasal obstruction (66.7%), followed by epistaxis (55.0%).

Animal studies in dogs performed by Bissett et al, 2007, determined prevalence, clinical features, and causes of epistaxis in 176 dogs with epistaxis. Local causes of epistaxis included nasal neoplasia (n-35), trauma (33), idiopathic rhinitis (20), and periapical abscess (2). Results suggested that epistaxis was a common disorder in dogs and frequently regarded as an emergency.

## 7.4 Formaldehyde and vascular tissue necrosis and cytotoxicity

Shiomo (2008) reports that although application of gelatin-resorcin-formalin (GRF) glue for tear-oriented aortic repairs have been successfully used in Japan, such use remains controversial because of concerns about the cytotoxicity of formaldehyde and

LWFR-EXP 15-000082

tissue necrosis. The use of much formaldehyde to aid the crosslinking process should be avoided for reasons of tissue toxicity.

Hata et al., 2007, reports that approximately 10% to 20% of patients who underwent repair of acute type A aortic dissection using GRF glue developed aortic redissection, aortic pseudoaneurysm, and recurrence of aortic insufficiency and required a late reoperation (13-76 months after initial operation), suggesting a close relationship between such late complications and the use of GRF glue. No late complications were observed in patients treated without GRF glue. The speculated causes of a late aortic pseudoaneurysm or redissection are either incorrect application of the GRF glue or toxic effects of the formalin. The toxicity of the formalin has also been supported histologically. In several reports, medial degeneration including disappearance of the nuclei in medial smooth muscle cells, hemosiderin deposition, and disruption of the medial elastic lamellae were observed, suggesting tissue necrosis. In the study, interruption of the intima and media with disappearance of the nuclei in smooth muscle cells, hyaline degeneration, and fibrinoid degeneration, which suggest tissue necrosis and a healing process of necrosis, were identified.

Izutani et al., 2006, reports that GRF glue might lead to aortic wall necrosis and cause aortic redissection. In case report, 34 months post-operatively late complications developed. The pathological findings of the aortic wall at the site of GRF glue application were necrosis and inflammation. There was almost disappearance of the intima and media in the aortic wall. There were elastic fiber and aggregation of macrophages in the necrotic aortic tissue.

Kazui and associates, 2001, have reported that the use of GRF glue for reapproximating the layers of the dissected aortic root is associated with a certain amount of risk of aortic wall necrosis. Patients with late complications from 5 months to 27 months following initial operation on the aorta were studied. Histopathology of the inner wall of the redissected aortic root at the site of the GRF glue application showed almost a complete disappearance of the nuclei of the medial smooth muscle cells and hemosiderin deposition on the false lumenal side of the media on hematoxylin and eosin staining. The medial elastic lamellae at the false lumenal side appeared disrupted on Elastica van Gieson staining. Focal disruption of the elastic lamellae was also observed on the inner side of the wall.

Kirsch, 2002, reports on aortic wall alterations eight years after the use of Gelatin-Resorcinol-Formalin Glue. The right coronary sinus appeared macroscopically necrotic and presented contained ruptures at two different sites. Samples taken from the aortic root showed a highly altered vascular wall. The media appeared nearly void of cells and was extremely thin at the level of the ruptures. A thick granulation tissue with numerous cells had developed on the luminal side of the aortic root. The topography of these lesions coincide with the area of GRF glue application.

29

### Section 8.0  Basic Understanding of Fungi and Mycotoxin and Spore formation as related to acute and chronic health effects.

Fungi are eukaryotic, unicellular, or multicellular organisms that lack chlorophyll and are dependent upon external food sources. Fungi are ubiquitous in all environments and play a vital role in the Earth's ecology by decomposing organic matter. "Mold" is the common term for multicellular fungi that grow as a mat of intertwined microscopic filaments (hyphae). Exposure to molds and other fungi and their spores is unavoidable except when the most stringent of air filtration, isolation, and environmental sanitation measures are observed, eg, in organ transplant isolation units. (ACOEM 2002)

Molds and other fungi may adversely affect human health through three processes: 1) allergy, 2) infection; and 3) toxicity. About 10% of the population has allergic antibodies to fungal antigens. Only about 5% of these would be expected to show clinical illness. Under normal and usual conditions, outdoor molds are generally more abundant and important in airway allergic disease than indoor molds. However, when there is a mold infestation of an indoor environment, clinical illness can result. Allergic responses are most commonly experienced as allergic asthma or allergic rhinitis ("hay fever"). A rare, but much more serious immune-related condition, hypersensitivity pneumonitis may follow exposure to very high concentrations of fungal (and other microbial) proteins. (ACOEM 2002)

There are pathogenic fungi that can infect normal and healthy individuals. However, most fungi generally are not pathogenic to healthy humans.  These fungi are designated opportunistic fungi. Opportunistic in that these fungi do not normally invade the tissues of the body to cause disease. Persons with impaired immune function (cancer patients receiving chemotherapy, organ transplant patients receiving immunosuppressive drugs, AIDS patients, and patients with uncontrolled diabetes) are at significant risk for more severe opportunistic fungal infection. (ACOEM 2002)

Some species of molds are known to be capable of producing toxins, referred to as mycotoxins. Some of these mycotoxins have valuable clinical use, for example: penicillin, cyclosporine (reduce the immune response for organ transplantation). Mycotoxins are toxic organic compounds produced naturally by numerous fungi. They produce a wide range of acute and chronic systemic effects that cannot be attributed to fungal growth within the host.  Serious veterinary and human mycotoxicoses have been documented following ingestion of foods heavily overgrown with molds or contaminated with mycotoxins. (ACOEM 2002)  In industrial settings, inhalation exposure to high concentrations of dusts contaminated with mycotoxins and fungal spores and hyphae is associated with acute febrile illness and chronic diseases, including various cancers. Alavanja, et al, 1987; Olsen, et al., 1988; Rask-Andersen, et al., 1994; Riddle, 1974)

Hundreds of known or suspected mycotoxins have been isolated from various fungal cultures in the laboratory. Considered as one group, mycotoxins must be portrayed as structurally diverse complex organic compounds. Purified mycotoxins have not shown volatility which is probably due to their relatively high molecular weight. Consequently,

LWFR-EXP 15-000084

inhalation exposure to mycotoxins is expected to occur through inhalation of airborne particulates containing mycotoxins, including dust and fungal components. Particles of various sizes can penetrate the upper and lower airways. Depth of penetration increases with decreasing particle size. Particles less than 5 microns tend to lodge in the alveolar portion of the lung with larger particles lodging in the conducting airways of the respiratory tree.

The structure and physiology of molds are pertinent to their capacity to illicit disease in humans and animals. The basic structure of fragile hyphae, reproductive spores that are distributed via the air, and chemical toxins present in both the hyphae and spores as well as released to the environment allows for easy contamination of humans and animals through inhalation, ingestion, and dermal pathways. (Etzel, 2002) Food, water, and air are the environmental media through which mycotoxin and fungal contamination can disseminate.

## Section 8.1  Inhalation Fever, Respiratory Symptoms from the Inhalation Pathway of Exposure to Mold

Mold dust exposure in the trimming departments of sawmills may cause inhalation fever as well as allergic alveolitis. When the dried contaminated wood is handled in the trimming department, the workers can be exposed to mold dust. It is well known that mold dust can cause allergic alveolitis as well as inhalation fever, also called febrile attacks, organic dust toxic syndrome, or toxic alveolitis. The frequency of inhalation fever was much higher in the wood trimmers than in the controls. (Rask-Andersen, 1994)

French maltworkers, who were inhaling dense clouds of the spores of Aspergillus fumigatus and Mucor mucedo rising from moldy barley being turned in the poorly ventilated and confined spaces of malt barns, developed a severe respiratory illness characterized by fever, breathlessness after work, a dry cough with little sputum, and loss of weight (Vallery Radot and Giroud, 1928). Riddle (1974) studied the prevalence of respiratory symptoms and sensitization by mold antigens among a group of maltworkers. The prevalence of allergic alveolitis, chronic respiratory symptoms, and sensitization by antigens from mold spores was investigated in 114 men employed at five maltings. Chronic respiratory symptoms were commoner among maltworkers than among the controls. More than half the maltworkers were found to have precipitating antibodies in their serum against antigens from mold spores of Aspergillus clavatus, Penicillium granulatum, Penicillium citrinum, or Rhizopus stolonifer. (Riddle, 1974)

Ruoppi et al., 2003, studied 16 adults living in moldy housing and complaining of chronic rhinitis. A comparison control population included sixteen healthy referents without any known mold exposure. In the housing with signs of moisture and mold, the concentrations of microorganisms were elevated, but were within the normal range of those of the reference buildings. The only positive skin reaction for molds was detected in one referent. No reactions were elicited in the nasal provocation tests with molds. Squamous metaplasia were detected in four biopsies and three cytograms of the cases but not in the nasal smears of the referents. The respiratory symptoms reported by occupants

31

of moldy residences were not caused by mold allergy but were apparently related to nonspecific inflammation following irritation.

Simoni et al., 2005, reported on the relation between home mould and/or dampness exposure and respiratory disorders in a large sample of children and adolescents in Italy. The relation of rhino-conjunctivitis in children was expressed in the Odds Ratio of 1.46, 95% CI 1.17-1.82.

Gutarowska, et al., 2005, presented a study of mycological analysis of buildings in Lodz and evaluation of the role between filamentous fungi contaminated flats and inhabitants health (allergic airway diseases). The most frequent species isolated from examined rooms were: Penicillium, Cladosporium, Aspergillus, Acremoniu, and Alternaria. The most frequent symptoms reported by examined subjects were rhinitis (59.2%), dyspnea, and skin symptoms. Although the frequency of self-reported symptoms was high, the prevalence of atopy and allergic diseases seems to be similar to that found in the general population, but that statement must be confirmed by comparison of the control group.

Chronic rhinosinusitis (CRS) is one of the most common long-term illnesses in the United States. The etiology of CRS is unknown. Shin et al., 2004, investigated the hypothesis that abnormal immunologic responses to ubiquitous airborne fungi contribute to the pathogenesis of this disease. Patients with CRS show exaggerated humoral and cellular responses, both T(H)1 and T(H)2 types, to common airborne fungi, particularly Alternaria. The anomalous immune and inflammatory responses to ubiquitous fungi may explain the chronicity of airway inflammation in CRS.

Chronic rhinosinusitis (CRS) is an inflammatory disorder affecting the nose and paranasal sinuses. Although bacteria have long been implicated as pathogens in most forms of CRS, fungi may be implicated as pathogens in most forms of chronic rhinosinusitis, fungi may be responsible for some forms. Preliminary trials suggested that (CRS) signs and symptoms improve upon treatment with topical and oral antifungal agents, however, several double-blind, placebo-controlled trials demonstrated the contrary. In the absence of convincing immunologic data and evidence of clinical improvement upon therapy with antifungal agents, the case against fungi remains unproven. (Ebbens and Fokkens, 2008; Ebbens, Georgalas, Fokkens, 2009)

Apart from floods, there are 4 major sources of mould growth in residences: leaks in building fabric, condensation, unattended plumbing leaks and household mould. A recent meta-analysis of the health effects associated with dampness and mould reported pooled odds rations (OR of 1.70 (95% CI 1.44-2.00) for upper respiratory symptoms. Home dampness may be a proxy of mould growth; however, dampness may also be a marker for dust mites, endotoxins, and reduced ventilation, which could increase concentrations of indoor pollutants. The US Institute of Medicine's Committee on Damp Indoor Spaces and Health concluded that there was sufficient evidence of an association between dampness and health outcomes; however, causality had not been established. (Dales, et al., 2008)

LWFR-EXP 15-000086

Kolstead, et al., 2002, presents a systematic review of reports on health effects related to mold growth (or indicators of mold growth) in nonindustrial work sites. Numerous studies reported associations between health effects and viable molds (7-100 CVU/m$^3$; 10-86 CVU/m$^3$; 310 CVU/m$^3$; 63 CVU/m$^3$; 28-75 CVU/m$^3$; 577 CVU/m$^3$; 80-160 CVU/m$^3$; 300 CVU/m$^3$). Rhinitis related to mold exposure was reported in two studies: Koskinen et al., 1999 [1.89(1.15-3.11)] and Pirhonen et al., 1996 [1.69 (1.31-2.18)]. Other studies reporting nasal symptoms (dryness, irritation, congestion, discharge) included: Ruotsalainen et al, 1995 [1.84 (0.65-5.18)]; Wan and Li, 1999 [0.94 (0.50-1.77)]; Wieslander et al., 1999 [13.0(3.4-86)]; Li et al., 1997 [1.52(1.02-2.26)]; Li et al., 1997 [1.98(1.19-3.29)]; Wan and Li, 1999 [2.36(0.77-7.22)]; Gyntelberg et al., 1994 [0.58 (p>0.05)]; Wan and Li, 1999 (0.9a6(0.82-1.11)].

Brooks, Spaul, and McCluskey, 2009, report a nonallergic mechanism seemed operative in their cases. The clinical characteristics of their subjects resembled the office worker reported by Hoffman et al. This individual showed work-related significant fall in peak expiratory flow and recovery within 1 hour after leaving the building. Methacholine reactivity improved within 2 to 3 months of leaving the building. The clinical presentation and course of their subjects (Brooks et al.) was similar to individuals reported with noneosinophilic occupational asthma. Some of the reported causative agents for noneosinophilic occupational asthma, such as burning plastics, floor cleaner welding fumes, and formaldehyde, are more accurately characterized as irritants. The data supports a nonallergic mechanism for the airway complaints described by the subjects investigated. Whether these cases represent examples of noneosinophilic asthma is conjectural.

## Section 8.2   Fungal Contamination of Homes and Buildings

Although mycotoxins are commonly associated with agricultural commodities, fungi may colonize other materials, which can become airborne. Air handling systems and various materials of homes and buildings may become contaminated with mycotoxin-producing molds. It is known that components of heating, ventilation, and air conditioning (HVAC) systems may, under certain conditions, be reservoirs of fungal and bacterial biomass. HVAC components that are documented sources of biomass include ductwork, humidifiers, air washers, porous insulation, and fan coil units. Burning wood chips for fuel in a home furnace was also shown to result in release of fungal propagules into air.

Enclosed spaces with a relatively low rate of air exchange, for example, heated homes, were shown to have a significantly higher air concentration of fungal particles than outdoor air. Analysis of debris from the air return duct, ceiling insulation, and ceiling material revealed the presence of several macrocyclic trichothecenes, including verrucorol, verrucarins, satratoxin H, and trichoverrins. Stachybotrys chartarum was shown to have heavily colonized the duct debris, which contained lint, carpet fibers, and ceiling material.

LWFR-EXP 15-000087

Indoor carpet can harbor a variety of fungi, some of which may produce mycotoxins under certain conditions such as routine dampness and/or high relative humidity. Release of respirable mycotoxin-containing particles may then possibly occur by routine activity, vacuuming, or carpet cleaning. Carpet is a sink or collector for a wide range of potential fungal substrates including soil, food spills, plant litter, other organic matter, and human and animal shedding particles (skin, hair, fur, etc.).

Products most vulnerable to mold attacks were water damaged, aged organic materials containing cellulose, such as wooden materials, jute, wallpaper, and cardboard. The fungal genera most frequently encountered were Penicillium, Aspergillus, Chaetomium, Ulocladium, Stachybotrys, and Cladosporium. Penicillium crysogenum, Aspergillus versicolor, and Stachybotrys chartarum were the most frequently occurring species. Under field conditions, several trichothecenes were detected in each of the three commonly used building materials heavily contaminated with S. chartarum. Under experimental conditions, four out of five isolates of S. chartarum produced satratoxin H and G when growing on new and old, very humid gypsum boards. Aspergillus versicolor produced the carcinogenic mycotoxin sterigmatocystin and 5-methoxyssterigmatocystin under the same conditions.

In a study of the indoor environment on respiratory health in primary school children, a statistically significant association was found between damp stains and mold growth associated with chronic cough and small but significant impairments in lung function parameters.

Dales et al (1991) studied respiratory health effects of home dampness and molds among Canadian children. The study reports an association between the respiratory health of young children and home dampness and molds. Health indicators associated with the presence of dampness and mold include the following: cough, wheeze, wheeze with dyspnea, asthma, bronchitis, chest illness, upper respiratory symptoms, eye irritation, and nonrespiratory symptoms. The nonrespiratory symptoms included any one of the following occurring on at least three separate occasions in the 3 months prior to the survey: headaches, muscle aches, fever and chills, nausea, vomiting, or diarrhea.

In a publication in 1994, Dales et al. defined the primary exposure variables used to indicate the presence of home dampness and mold as follows:
- **Moisture**: "Within the past year…have you ever had wet or damp spots on surfaces inside your present home other than in the basement (for example, on walls, wallpaper, ceilings or carpets)?"
- **Visible mold**: "Have you ever had mold or mildew growing on any surface inside your present home? (for example, on walls, wallpaper, ceilings, carpets, shower curtain, etc.)…in the basement?...in the shower area(s)?...in other areas of your house…(within) the past year?
- **Flooding**: "Have you ever had a leak, flooding, or water damage in your basement…(within) the past year?"
- **Dampness/mold**: The presence of moisture, mold, or flooding as defined earlier with the exception that mold in the shower area was not included.

34

LWFR-EXP 15-000088

Brunekreef (1992) found similar associations between home dampness characterized by reports of damp stains or mold growth on indoor surfaces and symptoms.  Symptoms associated  were cough, phlegm, wheeze, asthma.

Burge, et al (1991), report a higher prevalence of work-related runny nose and flu-like symptoms, eye and throat symptoms, lethargy and headache in the diagnosis of sick building syndrome.  Questions on the survey included two or more episodes in a 12 month period of any of the following symptoms:  dryness of the eyes; itching or watering of the eyes;  blocked or stuffy nose; runny nose; dry throat; lethargy and/or tiredness; headache; flu-like illness (including aches in the limbs and/or fever); difficulty in breathing; and feeling of chest tightness.

Augur et al (1994) reported on patients suffering from a Chronic-Fatigue-like syndrome and repeated upper respiratory infections in relation to airborne molds.  Their symptoms were alleviated after removal of the mold or relocation.  Chronic fatigue syndrome was defined according to Holmes et al. [1988] and the case reports were as follows:

- Chronic fatigue-like syndrome in a family of three; less symptomatic after a stay outside the dwelling; completely disappeared after removal of extensive colonies of Penicillium brevicompactum from sub-basement.
- Family of four.  Husband and 2-year-old infant were asymptomatic:  wife and 8-year old-daughter had chronic fatigue syndrome and repeated upper airways infection.  Penicillium frequentans was present in abnormally high concentrations in different areas of the house.  After removal and rebuilding of the house, the two sick females regained a completely normal state of health.
- Family of two.  Mother and son; chronic fatigue, repeated upper airways infections episodes and asthma (mother) in an apartment with considerable Trichoderma viride on the window frames.  Moving out reduced symptomatology after 3 months.
- Family of two physicians, two children. Episodes of multiple upper airways infections were made less frequent after removal of  colonies of Phoma species on window frame.
- Family of four.  Chronic fatigue-like syndrome, with repeated upper respiratory airways infection, disappeared after 6 months in three members of the family and after 2 years in the mother after moving out of apartment where Penicillium cyclopium was growing.

Symptoms of hypersensitivity pneumonitis in three employees in an office building led to an investigation of their work environment by Arnow et al in 1978.  Cases of hypersensitivity pneumonitis generally result from frequent occupational or avocational exposure to organic dusts or to aerosols from forced-air heating or cooling systems contaminated with microorganisms.

Hodgson et al (1985) studied pulmonary disease associated with cafeteria flooding. The two clinical cases presented with clinical symptoms compatible with hypersensitivity

LWFR-EXP 15-000089

pneumonitis and included the following: cough, chest tightness, muscle aches, headaches, nausea, chills, fever, and fatigue that occurred during the work week but disappeared by Saturday afternoon only to reoccur by Monday afternoon. Arthralgias in one was so severe that she could walk only with difficulty.

Hodgson et al (1987) studied an outbreak of recurrent acute and chronic hypersensitivity penumonitis in office workers in Tennessee. Symptoms compatible with acute hypersensitivity penumonitis were associated with manipulations on the central air handling system of an office building in a seven-story office building constructed during the 1930s in Tennessee. In each outbreak, a temporal relationship was observed between starting the heating, ventilation, and air-conditioning (HVAC) system and the onset of symptoms. About 40% of the 325 office workers in a seven-story building met the case definition of at least three symptoms (headaches, muscle aches, fever, chills, cough, or wheezing) and a time of onset after 11 am. Use of this time of onset helped to exclude individuals with pre-existing respiratory conditions that were unrelated to exposures in the building. In most affected individuals, these symptoms subsided by the following morning.

Hodgson et al, (1998) presented an outbreak of building-associated pulmonary disease from exposure to Stachybotrys chartarum and Aspergillus versicolor. Moisture-damaged interior surfaces in both buildings were contaminated with Stachybotrys chartarum, Aspergillis versicolor, and Penicillium species. Aspergillus species at concentrations of $10^1$ to $10^4/m^3$ dominated the indoor air under normal operating conditions. Bulk samples also revealed large quantities of Stachybotrys. Moisture problems included window and roof leaks and envelope seepage that began in 1987 and persisted through 1992. Fungating masses were identified in the ventilation ducts. A nested case-control study suggested emphysematous-like disease in individuals. No association was seen between IgE or IgG antibodies and the presence of disease. This outbreak represents a likely human response to inhaled fungal toxins in indoor environments. Moisture indoors represents a public health issue currently inadequately addressed by building, health, or housing codes.

Johanning et al (1996) studied office workers after exposure to fungal bio-aerosols, especially Stachybotrys atra (chartarum) and its toxigenic metabolites (satratoxins). Satratoxin H and spirocyclic lactones produced by S. atra were strongly associated with the following health problems: lower respiratory system symptoms, dermatological symptoms, eye symptoms, constitutional symptoms, chronic fatigue symptoms and several enumeration and function laboratory tests, mainly of the white blood cell system. The proportion of mature T-lymphocyte cells was lower in employees than in controls, particularly among those workers reporting a history of upper respiratory infections. Specific S. chartarum antibody tests (IgE and IgG) showed small differences from controls. It is concluded that prolonged and intense exposure to toxigenic S. charatarum and other atypical fungi was associated with reported disorders of the respiratory and central nervous systems, reported disorders of the mucous membranes and a few parameters pertaining to the cellular and humoral immune system, suggesting a possible immune competency dysfunction. Nikulin et al (1996) reported that persons handling

36

Stachybotrys-contaminated fodder have suffered from cough, rhinitis, burning sensation in the mouth and nasal passages, and cutaneous irritation due to the toxin contact. Andersson, et al, 1997, reports that an analysis of toxins from indoor building materials heavily colonized by fungi and bacteria revealed that the cytotoxic and skin toxic effects were due to satratoxin. Malloy and Marr, 1997, report that S. atra causes upper respiratory problems, dermatitis, and malaise.

Ueno reports that the major trichothecenes possess common manifestations, such as dermal toxicity, hemorrhagic lesions, destruction of hematopoietic organs, and depression of immune responses.

Chemical analyses of a bulk sample of S. chartarum-contaminated sheetrock revealed the presence of a macrocyclic trichothecene, satratoxin H, which is a potent protein synthesis inhibitor. (Johanning, et al 1996)   Satratoxins belong to the macrocyclic trichothecene class of mycotoxins.  Over 100 trichothecenes with irritatory and immunosuppressive effects are known.  (Tuomi et al, 2000) Unusual indoor air contamination with S. chartarum mycotoxins was thought to be responsible for several confirmed cases of extreme chronic fatigue syndrome in hospital workers.  Indoor air Stachybotrys exposure has been found to be associated with an exacerbation of asthma. (Johanning, et al 1996)

Between 1993 and 1998, 37 cases of pulmonary hemorrhage and hemosiderosis were identified in young infants in the vicinity of Cleveland, Ohio.  Twelve of the infants died. In November 1994, the Center for Disease Control and Prevention (CDC) began an investigation to determine the cause of the outbreak.  Thirty of the cases occurred within a contiguous nine zip code area in the eastern part of the metropolitan area.  The case-control study found an association with home water damage and the presence of the toxic fungus Stachybotrys chartarum and other fungi in indoor air.  This fungus was found in higher quantity in the air of the home environments of the affected infants than in the control homes.  Stachybotrys requires water-soaked cellulose to grow, and was found in homes where there had been water damage from flooding, plumbing leaks, or roof leaks involving wood or paper products (e.g., insulation, gypsum board, ceiling tile).  The spores of this fungus contain very potent mycotoxins capable of producing acute toxicosis.  Secondary stresses, e.g. environmental tobacco smoke, appear to be important triggers of overt hemorrhage.   The clinical spectrum of this disease varies from overt, life-threatening hemorrhage to very subtle initial symptoms such as nose bleeds and chest congestion.

The CDC recommended that water damage to property be cleaned up to prevent the growth of fungi.  Carpeting that has been soaked should be pulled up and thrown away. Soaked paper, cardboard, and cellulose products should also be discarded.  Chlorine bleach solutions should be used to wash down areas that have been soaked by flood waters.

Tuomi et al, 2000, performed the largest screen from indoor environments with respect to the number of mycotoxins and samples analyzed.  Mycotoxins were found in

37

more than 40% of samples.  Many indoor environmental  exposures from building defects and moisture problems typically result in fluctuating inhalation doses over time.  This may well explain the variable human health responses as well as differences in immunological response.  It has been shown that Stachybotrys growth, levels of culturable fungal spores, toxin production, and airborne mycotoxin presence depend on environmental conditions (moisture content), substrate (cellulose content of building materials), and other factors.  Moreover, the cytotoxicity of fungal building materials can be quite different within the same building location.  (Johanning, 1998)

Stachybotrys has been named one of the most harmful fungi in indoor environments and is regarded as an indicator organism for moisture problems that may cause serious health implications for occupants in affected buildings. (Raunio, et al. 2001)  S. atra is known to produce several macrocycyclic trichothecenes, including verrucarins B and J, roridin E, and satratoxins F, G, and H, and isosatratoxins F, G, and H.. (Sorenson et al, 1987; Brasel et al, 2005) Four out of five isolates of S. chartarum produced satratoxin H and G when growing on new and old, very humid gypsum boards.  (Gravesen et al, 1999) The conidia of S. atra contain trichothecene mycotoxins.  (Sorenson, et al, 1987)  Additionally, satratoxin H and other trichothecenes can be come airborne on particulates smaller than conidia.  (Brasel, et al 2005)  Because the proliferation of S. chartarum contamination requires very high and somewhat constant moisture conditions, this fungus is not a particularly frequent contaminant in buildings.  However, it has been shown that as this fungus contaminates materials and constructions, the contamination is massive and S. chartarum highly dominates the fungal flora in the substrate. (Raunio, et al. 2001)

Several problems are encountered with the identification of Stachybotrys in buildings.  Because no selective culture media for Stachybotrys are available and only less than 10% of the Stachybotrys spores present in the air are assumed to be viable, the cultivation method is not recommended for identification.  The present microscopic methods are not sufficiently advanced for identification of fungi at the genus or species level.  (Raunio, et al. 2001)   The half-life of important trichothecenes is several hours and individuals present for medical evaluations long after their acute Stachybotrys exposure.  (Johanning, 1998)  Furthermore, S. atra may produce mycotoxins in respirator filters in humid environments, jeopardizing the safety of the inspection protective equipment.  (Pasanen, et. al., 1994)

**Section 9.0  Particulate Matter/Dust  (PM-10 and PM-2.5)**

Particle pollution is a mixture of microscopic solids and liquid droplets suspended in air.  This pollution, also known as particulate matter, is made up of a number of components, including acids (such as nitrates and sulfates), organic chemicals, metals, soil or dust particles, and allergens (such as fragments of pollen or mold spores). (EPA,2003)

The size of particles is directly linked to their potential for causing health problems.  Small particles less than 10 micrometers in diameter pose the greatest problems, because

LWFR-EXP 15-000092

they can get deep into your lungs, and some may even get into your bloodstream. Exposure to such particles can affect both the lungs and heart.  Larger particles are of less concern, although they can irritate your eyes, nose, and throat.  (EPA,2003)

Small particles of concern include "fine particles" (such as those found in smoke and haze), which are 2.5 micrometers in diameter or less; and "coarse particles" (such as those found in wind-blown dust), which have diameters between 2.5 and 10 micrometers. (EPA,2003)

People with heart or lung disease, older adults, and children are considered at greater risk from particles than other people, especially when they are physically active. Exercise and physical activity cause people to breathe faster and more deeply, and to take more particles into their lungs.  People with  heart or lung diseases, such as coronary artery disease, congestive heart failure, and asthma or chronic obstructive pulmonary disease (COPD), are at increased risk, because particles can aggravate these diseases. People with diabetes also may be at increased risk, possibly because they are more likely to have underlying cardiovascular disease.  Older adults are at increased risk, possibly because they may have undiagnosed heart or lung disease or diabetes.  Many studies show that when particle levels are high, older adults are more likely to be hospitalized, and some may die of aggravated heart or lung disease. (EPA,2003)

Children are likely at increased risk for several reasons.  Their lungs are still developing; they spend more time at high activity levels; and they are more likely to have asthma or acute respiratory diseases, which can be aggravated when particle levels are high.  Factors that increase the risk of heart attack, such as high blood pressure or elevated cholesterol levels, also may increase the risk from particles.  (EPA,2003)

Long-term exposures, such as those experienced by people living for many years in areas with high particle levels, have been associated with problems such as reduced lung function and the development of chronic bronchitis, and even premature death.  Short-term exposures to particles (hours or days) can aggravate lung disease, causing asthma attacks and acute bronchitis, and may also increase susceptibility to respiratory infections.  In people with heart disease, short-term exposures have been linked to heart attacks and arrhythmias.  In healthy children and adults, only temporary minor irritation from elevated particle levels may be experienced.  (EPA,2003)

Symptoms from particle exposure include the following:  irritation of the eyes, nose, and throat; coughing; phlegm; chest tightness; and shortness of breath.  In those with lung disease, difficulty breathing as deeply or as vigorously as normal, coughing, chest discomfort, wheezing, shortness of breath, asthma attacks,  and unusual fatigue may be experienced.   In those with heart disease, particle exposure can cause serious problems in a short period of time—even heart attacks—with no warning signs.  Symptoms such as chest pain or tightness, palpitations, shortness of breath, or unusual fatigue may result from elevated particle levels.  (EPA,2003)

39

LWFR-EXP 15-000093

## 9.1  EPA Standards for Particulate Matter

In 1997, the EPA added two new PM-2.5 standards, set at 15 micrograms per cubic meter and 65 $\mu g/m^3$ , respectively, for the annual and 24-hour standards.  The PM-10 standard established in 1987 is 50$\mu g/m3$ (measured as an annual mean) and 150 $\mu g/m^3$ (measured as a daily concentration).  In addition, the form of the 24-hour standard for PM-10 was changed in 1997.  (EPA, 2002)

## 9.2  Toxic Responses of the Respiratory System

Exposure to toxicants via inhalation occurs in all phases of human activity.  Inhalation is the most important route of exposure in the workplace.  Industrial atmospheres contain many gases and particles capable of producing pulmonary damage or damage to other organ systems when inhaled.  (Casarett and Doull's, 1986)  Schwartz, Makepeace, and Dean (1933) considered air and dust important vehicles in the production of industrial radium intoxication.  Evans, writing in 1943, regarded inhalation of dust from radium paint at that time as an "even more important" mode of entry into the body than ingestion, and considered radium dust more toxic than ingested radium because a smaller fraction is excreted.  He noted that higher burden were often found among inspectors and instrument workers who removed small chips of dry radium paint than among dial painters.

## 9.3  Structure of the Respiratory Tract

The respiratory tract may be considered as having three major regions:  the nasopharyngeal, the tracheobronchial, and the pulmonary.  The nasopharynx begins with the anterior nares and extends back and down to the level of the larynx.  The nasal passages are lined with vascular mucous epithelium, which is characterized, except at the entrance, by ciliated columnar epithelium and scattered mucous glands.  The nasopharynx filters out large inhaled particles and is the region in which the relative humidity is increased and the temperature of the air is moderated.  (Casarett and Doull's, 1986, 1996, 2001, 2008)

The trachea, bronchi, and the bronchioles serve as conducting airways between the nasopharynx and alveoli, where gas exchange occurs.  The conducting airways are lined with ciliated epithelium and coated with a thin layer of mucus secreted by goblet cells and mucus-secreting cells.  The surface of the airways serves as a mucociliary escalator, moving particles from the deep lung to the oral cavities so they may be swallowed and excreted.  The branching patterns and physical dimensions of the airways are critical in determining the deposition of particles and the absorption of gases by the respiratory tract.  (Casarett and Doull's, 1986,1996, 2001, 2008)

The acinus is the basic functional unit of the mammalian lung and is the primary location of gas exchange between the environment and blood.  Anatomically, the acini consist of the structures distal to and including the first-order respiratory bronchiole, which is the first bronchiole with alveoli.  The acini, of which there are about 200,000 in

the adult human, include three or four orders of respiratory bronchioles, several orders of alveolar ducts and alveolar sacs, hundreds of alveoli and associated blood vessels, lymphatic tissues, supportive tissues, and nerve enervations.  (Casarett and Doull's, 1986, 1996, 2001, 2008)

## 9.4   Particle Deposition

The site of deposition of solid particles or droplets in the respiratory tract, along with their chemical makeup, is important.  Particle size is usually the critical factor that determines the region of the respiratory tract in which a particle or an aerosol will be deposited.  Deposition of particles on the surface of the lung and airways is brought about by a combination of lung anatomy and the patterns of airflow in the respiratory system.  (Casarett and Doull's, 1996)

The site of deposition of particles in the respiratory tract is determined by a combination of the physical forces that remove particles from an airstream and the anatomy of the respiratory tract.  The site of deposition affects (1) the severity of the consequences of tissue damage to the respiratory tract, (2) the degree of absorption of systemic toxicants, and (3) the clearance mechanisms available for the ultimate removal of the particles. (Casarett and Doull's, 1986)

Particles having an aerodynamic diameter of 5 to 30 µm are largely deposited in the nasopharyngeal region by impaction.  Particles having an aerodynamic diameter of 1 to 5 µm are deposited in the tracheobronchial regions by sedimentation.  The small particles, generally less than 1 µm, that have penetrated to the alveoli are deposited primarily by diffusion.  Additional physiologic or pathologic factors may act to influence particle deposition.  Chronic bronchitis, and brohchoconstriction from irritant materials, and cigarette smoking,  would tend to increase particle deposition.   (Casarett and Doull's, 1986)

## 9.5   Particle Clearance

The clearance of deposited particles is an important aspect of lung defense.  Rapid removal lessens the time available to cause damage to the pulmonary tissues or permit local absorption.  The specific mechanisms available for the removal of particles from the respiratory tract vary with the site of the deposition.  **It is important to emphasize that clearance of particles from the respiratory tract is not synonymous with clearance from the body.**  Depending on the specific clearance mechanism used, particles are cleared to (1) the stomach and gastrointestinal tract, (2) the lymphatics and lymph nodes, where they may be dissolved and enter the venous circulation, or (3) the pulmonary vasculature.  The only mechanisms by which the respiratory system can truly remove deposited particles from the body are coughing and blowing the nose. (Casarett and Doull's, 1996)

Nasal clearance refers to particles deposited in the nose.  They are cleared by various mechanisms, depending on their site of deposition and solubility in mucus.  The anterior

41

portion of the nose is lined with relatively dry squamous epithelium, and so particles deposited there are removed by extrinsic actions such as wiping and blowing. The other regions of the nose are largely covered by a mucociliary epithelium that propels mucus toward the glottis, where it is swallowed. Particles that are soluble in mucus may dissolve and enter the epithelium and/or blood before they can be mechanically removed. Uncertainties still remain about the clearance of particles that are deposited on olfactory regions or areas that are damaged by acute infection, chronic illnesses, or toxic injury. (Casarett and Doull's, 1996)

Tracheobronchial clearance mechanisms involve the mucociliary escalator, specifically, the pseudostratified ciliated columnar epithelium of the conducting airways. The mucus layer covering the tracheobronchial tree is moved upward by the beating of the surface cilia of the respiratory epithelium. This mucociliary escalator transports deposited particles and particle-laden macrophages upward to the oropharynx, where they are swallowed and pass through the GI tract. (Casarett and Doull's, 1996)

Minutes after particles are inhaled, they may be found in alveolar macrophages. Many alveolar macrophages are ultimately transported to the mucociliary escalator. It is possible that macrophages are carried to the bronchioles with the alveolar fluid that contributes to the fluid layer in the airways. Other particles may be sequestered in the lung for very long periods, often in macrophages located in the interstitium. (Casarett and Doull's, 1996)

## 9.6   Respiratory Tract Injury

Airborne agents can contact cells lining the respiratory tract from the nostrils to the gas-exchanging region. The sites of interaction of toxicants in the respiratory tract have important implications for evaluation of the risk to humans posed by inhalants. Certain gases and vapors stimulate nerve endings in the nose. The result is holding of the breath or changes in breathing patterns, to avoid or reduce further exposure. (Casarett and Doull's, 1996) Breath holding increases deposition of particles from sedimentation and diffusion. Exercise, where larger volumes are inhaled at higher velocities, will increase particle deposition in the large and smaller airways and alveoli. Quiet breathing in comparison will facilitate exhaling of some of the particles. (Casarett and Doull's, 1986) If continued exposure cannot be avoided, many acidic or alkaline irritants produce cell necrosis and increased permeability of the alveolar walls. The epithelial barrier in the alveolar zone, after a latency period of several hours, begins to leak, flooding the alveoli and producing a delayed pulmonary edema that is often fatal. (Casarett and Doull's, 1996)

## 9.7   Microscopic Morphology of  Aspergillus/Penicillium/Fusarium species and spore size of Particulate Matter

Hyphae of Aspergillus species are hyaline, septate, and relatively broad (average diameter 5 μm, range 2.5 to 8 μm), as they are for all aspergilli, with parallel walls. Conidiophores are smooth walled, up to 300 μm in length and 3 to 8 μm (average 5 μm)

42

in width. The vesicle, a swelling at the terminal end of the conidiophore, is flask shaped and is approximately 25 µm in diameter (range 20 to 30 µm). Uniseriate flask-shaped phialides bend upward from the upper half of the vesicle; each phialide bears a single chain of conidia. **The round phialoconidia (spores) are 2 to 3.5 µm in diameter.** (Howard et al.,1994)

Conidia of Penicillium spp. measure 3 x 5 µm. (de la Maza, 1997) The septate hyaline hyphae of Fusarium are approximately 4 µm in diameter and the microconidia approximately 8-10 µm in size (Fisher, 1998).

## 10.0 Fungal Analysis performed by EMLab P&K Project: 3070 Forest River; EML ID: 577890.

Quantitative spore counts revealed numerous species of fungi, including: Alternaria, Penicillium/Aspergillus, and Cladosporium. Total spores per $cm^2$ were as high as the following: 7,600 /$cm^2$ for Aspergillus; 180,000 /$cm^2$ for Fusarium; 180,000 /$cm^2$ for Cladosporium; 2,400 /$cm^2$ for Penicillium/Aspergillus types. The total Colony Forming Units per cubic meter for the interior ambient air is 390 CFU/$M^3$.

## Section 11.0 National Institute for Occupational Safety and Health (NIOSH)

In December 1976, DHHS (NIOSH) Publication No. 77-126 was published as a NIOSH Criteria for a Recommended Standard: Occupational Exposure to Formaldehyde. Input from the NIOSH staff, Review consultants on Formaldehyde, American Conference of Governmental Industrial Hygienists and the American Academy of Occupational Medicine was considered in the final production of this document.

In regards to Protective Clothing: **"Employees shall wear protective sleeves, aprons, jackets, trousers, and caps as needed to protect them from skin contact with formaldehyde. Protective garments shall be made of a material impervious to formaldehyde. In emergencies or other circumstances involving exposure to formaldehyde at high concentrations f vapor, mists, or dusts in the air, full body protection shall be worn. Emergency garments shall be of an impervious material, and shall fit snugly about the wrists, neck, waist, and ankles."** (NIOSH, 1976)

**"Respirators may be used for nonroutine operations, evacuation, or emergencies which may involve occasional brief exposures to formaldehyde at concentrations in excess of 1.2 mg/cu m (0.98 ppm)."** (NIOSH, 1976)

For formaldehyde concentrations less than or equal to 2.4 mg/cu m, a Chemical cartridge respirator and organic vapor cartridge and full-face mask or a Type C supplied-air respirator, demand type (negative pressure), and full-face mask is required when the ceiling concentration is exceeded. (NIOSH, 1976)

43

NIOSH reviews the literature and includes references to gaseous exposures from textiles and formalin.  In a 1966 study of a clothing store, the California Department of Public Health reported airborne work zone concentrations of 0.9-3.3 ppm formaldehyde.  The California Department of Public Health conducted another occupational health study in the same year at a textile garment factory where "perma-press" clothing was manufactured. The odor of formaldehyde was readily noticeable to the observers and was accompanied by eye and upper respiratory tract irritation.  Air sampling revealed airborne formaldehyde concentrations ranged from 0.9 to 2.7 ppm.  (NIOSH, 1976)

NIOSH further cites an article by Porter (Acute respiratory distress following formalin inhalation. Lancet 1:603-604, 1975) who experienced acute respiratory distress after working with formalin.  As a neurology resident, he spent 2 hours preparing brain specimens and inhaled high concentrations of formaldehyde gas.  The previous week, he had been exposed to formaldehyde gas for 15 hours.  (NIOSH, 1976)

Two skin hazards are associated with exposure to formaldehyde:  primary irritation and allergic dermatitis.  **Primary irritation has resulted from** direct skin contact with formaldehyde solutions, **and exposure to gaseous formaldehyde**.  **Allergic dermatitis** has been produced by direct skin contact with formaldehyde solutions, the handling of formaldehyde-containing textiles, skin contact with formaldehy6de from formaldehyde-containing resins, **and exposure to gaseous formaldehyde.**  (NIOSH, 1976)

There was no evidence of carcinogenicity of formaldehyde reported in this NIOSH Criteria document in 1976.

The NIOSH Pocket Guide to Chemical Hazards, June 1990, lists formaldehyde as a carcinogen.  The REL is 16 ppb and the Ceiling is 100 ppb and must not be exceeded during any part of the workday.  Respirator use is recommended at any detectable concentration.  (NIOSH, 1990) These recommendations are still in effect.

In September 1995, NIOSH issued a new policy for use of respirators.  Under the old policy, NIOSH recommended only the "most protective respirators" whenever exposure to carcinogens exceeded the REL or the analytic limit of detection.  Under the new policy, NIOSH will recommend the complete range of respirators for carcinogens with quantitative RELs.

**Section 12.0  Occupational Safety and Health Administration (OSHA)**

In 1978,  OSHA regulated formaldehyde under the 1910.132 Personal Protective Equipment regulation under Table Z-2.  The 8 hour TWA was 3 ppm with a ceiling of 5 ppm.  Air contaminants were calculated as mixtures and computed as an Equivalent Exposure: $E_m = C_1 \div L_1 + C_2 \div L_2) + ...(C_n \div L_n)$  Where:  $E_m$ is the equivalent exposure for the mixture; C is the concentration of a particular contaminant; L is the exposure limit for that contaminant, from tables Z-1, Z-2, or Z-3.  The value of $E_m$ shall not exceed unity for the exposure combination to be within acceptable limits  (OSHA 29CFR 1910, 1978).

44

Protective equipment, including personal protective equipment for eyes, face, head, and extremities, protective clothing, respiratory devices, and protective shields and barriers, shall be provided, used, and maintained in a sanitary and reliable condition wherever it is necessary by reason of hazards of processes or environment, chemical hazards, radiological hazards, or mechanical irritants encountered in a manner capable of causing injury or impairment in the function of any part of the body through absorption, inhalation or physical contact.   (OSHA 29CFR 1910, 1978).

In correspondence to John F. Murray, President of the Formaldehyde Institute, Inc. the Assistant Secretary of the United States Department of Labor, OSHA, John A. Pendergrass,  responds to Mr.Murray's letter regarding cancer warning labels for formaldehyde and products containing formaldehyde.  The Assistant Secretary of Labor responds:  **"Presently, there are several valid, positive studies indicating human carcinogenicity** [of formaldehyde]".  **"Accordingly label warnings under the Hazard Communication Standard and therefore is not, as you state, an ad hoc enforcement action by the Agency." "In addition, enforcement of labeling requirements under the Hazard Communication Standard will not prejudge the pending rulemaking."**

OSHA Hazard Communication Standard 1910.1200 states as follows: **"The purpose of this section is to ensure that the hazards of all chemicals produced or imported are evaluated, and that information concerning their hazards is transmitted to employers and employees.  This transmittal of information is to be accomplished by means of comprehensive hazard communication programs, which are to include container labeling and other forms of warning, material safety data sheets and employee training."**

OSHA defines a health hazard in the 1910.1200 Standard as follows: **"Health hazard" means a chemical for which there is statistically significant evidence based on at least one study conducted in accordance with established scientific principles that acute or chronic health effects may occur in exposed employees.  The term "health Hazard" includes chemicals which are carcinogens, toxic or highly toxic agents, reproductive toxins, irritants, corrosives, sensitizers, hepatotoxins, nephrotoxins, neurotoxins, agents which act on the hematopoietic system, and agents which damage the lung skin, eyes, or mucous membranes."** (OSHA 1910.1200c)

**"For health hazards, evidence which is statistically significant and which is based on at least one positive study conducted in accordance with established scientific principles is considered to be sufficient to establish a hazardous effect, if the results of the study meet the definitions of health hazards in this section."** (OSHA 1910.1200(d)(2))

In 1987  OSHA published a reduction in the Permissible exposure Level (PEL) from 3 ppm to 1 ppm as an 8-hour time-weighted average.  The peak allowable exposure of 10 ppm (for up to 30 minutes) was revoked and the 5 ppm ceiling was reduced to the Short

45

term exposure level (STEL) at 2 ppm as a 15-minute STEL.  This amended standard took effect on February 2, 1988.  (Fed Register #52:46168-312)

On February 21, 1989, correspondence from Thomas J. Shepich, Directorate of Compliance Programs of OSHA, to Leo Carey, Director of the Office of Field Programs and Roger Clark, Regional Administrator clarifies the Formaldehyde Standard 1910.1048(h)(1)(ii).  **"The intent of this provision is for all employees who are in contact with irritating or sensitizing materials to have proper protective clothing and equipment in order to avoid irritant dermatitis and the serious problem of sensitization to formaldehyde."**

He further states that:  **"Dermatitis in the textile and apparel industries is well documented, and formaldehyde is a well known sensitizer.  The nature of skin disorders caused by handling textiles may be irritant or allergic dermatitis.  Once sensitized, however, and employee will probably continue to react to small concentrations of formaldehyde for years.  Dermal sensitization can severely limit a worker's ability to pursue employment and disrupt the worker's personal life since formaldehyde use in small amounts is pervasive in sonsumer products.  Sensitization is clearly a serious and material impairment of health."** (Shepich, 1989)

The OSHA standard for formaldehyde 1910.1048, revised as of July 1, 1990, lists the Action level as 0.5 ppm formaldehyde.  Table 1 lists the minimum requirements for respiratory protection against formaldehyde up to 10 ppm as: **"Full facepiece with cartridges or canisters specifically approved for protection against formaldehyde".  "Respirators shall be used in the following circumstances: (g) (i) During the interval necessary to install or implement feasible engineering and work practice controls; (ii) In work operations, such as maintenance and repair activities or vessel cleaning, for which the employer establishes that engineering and work practice controls are not feasible; (iii) In work situations where feasible engineering and work practice controls are not yet sufficient to reduce exposure to or below the PELs; and (iv) in emergencies. " (h)((iv) The employer shall assure that no employee takes home equipment or clothing that is contaminated with formaldehyde."**

**"For purposes of hazard communication, formaldehyde gas, all mixtures or solutions composed of greater than 0.1 percent formaldehyde, and materials capable of releasing formaldehyde into the air under any normal condition of use at concentrations reaching or exceeding 0.1 ppm (100 ppb) shall be considered a health hazard."** (OSHA standard 1910.1048, 1990)

**"Carcinogenicity:  Formaldehyde has the potential to cause cancer in humans. Repeated and prolonged exposure increases the risk.  In humans, formaldehyde exposure has been associated with cancers of the lung, nasopharynx, and oropharynx, and nasal passages."** (OSHA standard 1910.1048, 1990)

46

LWFR-EXP 15-000100

**"Mutagenicity:  Formaldehyde is genotoxic in several *in vitro* test systems showing properties of both an initiator and a promoter.**  (OSHA standard 1910.1048, 1990)

**"Ventilation is the most widely applied engineering control method for reducing the concentration of airborne substances in the breathing zones of workers.  There are two distinct types of ventilation." "Local Exhaust: Local exhaust ventilation is designed to capture airborne contaminants as near to the point of generation as possible." "General (Mechanical): General dilution ventilation involves continuous introduction of fresh air into the workroom to mix with the contaminated air and lower your breathing zone concentration of formaldehyde.  Effectiveness depends on the number of air changes per hour."**  (OSHA standard 1910.1048, 1990)

In Appendix C to 1910.1048, the following is stated:  **"The occupational health hazards of formaldehyde are primarily due to its toxic effects after inhalation, after direct contact with the skin or eyes by formaldehyde in liquid or vapor form, and after ingestion." "Exposure to liquid formalin or formaldehyde vapor can provoke skin reactions in sensitized individuals even when airborne concentrations of formaldehyde are well below 1 ppm."**

OSHA lowered the PEL for fomaldehyde from 1 ppm as an 8-hour time-weighted average to an 8-hour time-weighted average of 0.75 ppm on June 26, 1992.  (OSHA Docket No. H-225D)

OSHA lists formaldehyde on its current list of substances that OSHA regulates as carcinogens or potential carcinogens.  (OSHA correspondence, Richard E. Fairfax, Director  of the Directorate of Enforcement Programs, 2003)

Current OSHA 1910.1048 lists the Action level of formaldehyde as 0.5 ppm calculated as an eight hour time-weighted average (TWA).  The Permissible Exposure Limit (PEL) is as follows:  **"The employer shall assure that no employee is exposed to an airborne concentration of formaldehyde which exceeds 0.75 parts formaldehyde per million parts of air (0.75 ppm) as an 8-hour TWA."**  The Short Term Exposure Limit (STEL) is 2 ppm as a 15-minute STEL.

Current OSHA 1910.1048 Appendix C presents the toxicology of formaldehyde. **"Formaldehyde can produce symptoms of bronchial asthma in humans. The mechanism may be either sensitization of the individual by exposure to formaldehyde or direct irritation by formaldehyde in persons with pre-existing asthma.  Upper airway irritation is the most common respiratory effect reported by workers and can occur over a wide range of concentrations."**

**"Exposure to formaldehyde solutions can cause irritation of the skin and allergic contact dermatitis.  These skin diseases and disorders can occur at levels well below those encountered by many formaldehyde workers.  Symptoms include erythema, edema, and vesiculation or hives.  Exposure to liquid formalin or formaldehyde**

47

LWFR-EXP 15-000101

vapor can provoke skin reactions in sensitized individuals even when airborne concentrations of formaldehyde are well below 1 ppm." (OSHA 1910.1048 Appendix C)

"Long term exposure to formaldehyde has been shown to be associated with an increased risk of cancer of the nose and accessory sinuses, nasopharyngeal and oropharyngeal cancer, and lung cancer in humans.  Formaldehyde is a complete carcinogen and appears to exert an effect on at least two stages of the carcinogeni8c process." (OSHA 1910.1048 Appendix C)

In the 1989 final rulemaking of 428 substances, the Section VI preambles of the final rule making presents the General Principles of Toxicology and Dose Response considered in the rule making.  Three noted toxicologists participated in the material in this section VI:  Klaasen, Amdur, and Doull, 1986.  Of note is the following concerning a chronic effect of a substances:  "Thus a chronic effect is said to occur:  (1) if a toxic substance accumulates in the system of an exposed person or animal because the dose absorbed is greater than the body's ability to transform or eliminate the substance;  (2) if it produces adverse effects that are not reversible; or (3) if it is administered in a manner that permits inadequate time for repair or recovery." (OSHA, 1989)

In the same document (OSHA, 1989 preamble) the use of NOELs, LOAELs, and safety factors to develop permissible exposure limits is discussed.  "Safety factors are usually chosen prospectively to address the uncertainties of interspecies extrapolation.  Although safety factors as small as 2 and as large as 2000 have been used...the safety factor of 100 is used most commonly, at least for NOELs derived from chronic toxicity studies, and incorporates adjustments for interspecies variability (usually 10) and intrahuman variability (usually 10)...The resulting value is equivalent to a NOEL in humans (Tardiff and Rodricks 1987, pp. 391, 421)."

"Tardiff and Rodricks caution, however, that the use of safety factors has been questioned because these factors 'often create the impression that human population thresholds have been identified and that there is virtually no risk below that level of exposure' ." ..."NIOSH believes that safety factors are intended to reflect uncertainty in the available data.  This comment echoes the observation made by Tardiff and Rodricks, i.e., that safety factors do not necessarily identify a human population threshold.  NIOSH also endorsed the use of safety factors as a "pragmatic method" of developing standards (except when a nonthreshold process, such as the induction of cancer, is the outcome of concern).  (OSHA, 1989)

LWFR-EXP 15-000102

## Section 13.0   Carcinogenesis

Formaldehyde is carcinogenic to humans (Group 1) as classified by the International Agency for Research on Cancer, 2004. There is sufficient evidence in humans for the carcinogenicity of formaldehyde. There is sufficient evidence in experimental animals for the carcinogenicity of formaldehyde. (IARC, 2004)

Certain genetic mutations, such as those leading to cancer and some inherited disorders, are believed to occur without any threshold. In theory, the cancer causing mutation to the genetic material of the cell can be produced by any one molecule of certain chemicals. The no threshold model led to the development of the one hit theory of cancer risk, in which each molecule of a cancer-causing chemical has some finite possibility of producing the mutation that leads to cancer. This risk is very small, since it is unlikely that any one molecule of a potentially cancer-causing agent will reach that one particular spot in a specific cell and result in the change that then eludes the body's defenses and leads to a clinical case of cancer. However, the risk is not zero. (Reference Manual on Scientific Evidence, Reference Guide on Toxicology, p407-408, Federal Judiciary Center, 2nd edition.)

The United States Environmental Protection Agency uses the No Threshold Level in the National Primary Drinking Water Regulations, Maximum Contaminant Level Goals (MCLG). The MCLG is the level of a contaminant in drinking water below which there is no known or expected risk to health. MCLGs allow for a margin of safety and are non-enforceable public health goals. Examples of carcinogens with EPA designated zero concentrations in drinking water MCLGs include: benzene, benzo(a)pyrene, Dioxin, Pentachlorophenol, Polychlorinated biphenyls, radium 226, radium 228, Uranium, vinyl chloride. (EPA, 2009)

## 13.1   DNA Damage

Formaldehyde demonstrates positive effects in large number of in-vitro tests for genotoxicity, including bacterial mutation, DNA strand breaks, chromosomal aberrations and sister chromatid exchange. Studies in humans showed inconsistent results with regard to cytogenetic changes (micronuclei, chromosomal aberrations and sister chromatid exchange). The frequency of DNA-protein cross-links was found to be significantly higher in peripheral lymphocytes from exposed workers. (IARC, 2004)

**Formaldehyde also induces genetic damage at concentrations as low as 0.1 mM and inhibits DNA repair in bronchial cells.** Inhalation of formaldehyde has been shown to induce the formation of DNA-protein cross-links in nasal tissue from rats and monkeys, including decreased extractability of DNA from proteins, labeling studies and isolation of DNA by HPLC. The formation of DNA-protein cross-links is a non-linear function of formaldehyde concentration, described by an initial linear component with a shallow slope and a second linear component with a steeper slope that follows a significant decrease in survival of the cells and depletion of GSH. (IARC, 2004)

Formaldehyde inhalation causes formation of DNA-protein cross-links (DPX) in the nasal mucosa of Fischer 344 (F344) rats and rhesus monkeys. DNA- protein cross-links are considered to be part of the mechanism by which cytotoxic and carcinogenic effects of formaldehyde in laboratory animals are exerted. DNA protein cross-links data have been used as a measure of tissue dose in cancer risk assessments for formaldehyde. Anatomically accurate, computational fluid dynamics models of the nasal airways of F344 rats, rhesus monkeys, and humans were used to predict the regional flux of formaldehyde to the respiratory and olfactory mucosa. The relative levels of nasal mucosal DPX in rats, rhesus monkeys, and humans for a given inhaled concentration of formaldehyde were predicted by the model to vary with concentration. (Conolly, 2000)

Casanova (1994) demonstrated DNA-protein cross-links and cell replication at specific sites in the nose of F344 rats exposed subchronically to formaldehyde. Casanova exposed male rats to formaldehyde gas by inhalation 6 hours/day, 5 days/week for 11 weeks 4 days at 0.7, 2, 6, or 15 ppm. On the fifth day of the twelfth week, the rats were exposed for 3 hours to 14C-formaldehyde at the same concentrations and were sacrificed immediately after cessation of exposure. DNA-protein cross-links were determined in the mucosal lining of the nasal lateral meatus (a formerly determined high-tumor sits) and the medial and posterior meatuses (a formerly determined low-tumor site). The high-tumor and low-tumor designations refer to the incidence of formaldehyde-induced tumors found at these sites during a chronic exposure bioassay. (Monticello, 1996) The quantity of cross-links produced in a single exposure to airborne formaldehyde (denoted as the acute DPX yield) has been used by the US Environmental Protection Agency (EPA) (1991) as a measure of internal dose for low-dose risk estimation.

Casanova et al. (1991) exposed rhesus monkeys to 0.7, 2, or 6 ppm 14C-formaldehyde gas by inhalation for 6 hours. The monkeys were sacrificed immediately after the end of the exposure, and mucosal samples were taken from the anterior lateral walls and septum, the nasopharynx, and the middle turbinates of the nose. Concentrations of cross-links (pmol/mg DNA) were highest in the mucosa of the middle turbinates; lower concentrations were produced in the anterior lateral wall/septum and nasopharynx. Very low concentrations were found in the larynx/trachea/carina and in the proximal portions of the major bronchi of some monkeys exposed to 6 ppm but not to 0.7 ppm. The pharmacokinetics of cross-link formation in the nose were interpreted using a model in which the rate of formation is proportional to the tissue concentration of formaldehyde. Using this model, the concentration of cross-links formed in corresponding tissues of different species can be predicted by scaling the pharmacokinetic parameter that depends on minute volume and quantity of nasal mucosal DNA. Concentrations of cross-links that may be produced in the nasal mucosa of adult men were predicted based on experimental data in rats and monkeys. The rate of formation of DNA-protein cross-links can be regarded as a surrogate for the delivered concentration of formaldehyde.

Costa (2008) studied thirty pathological anatomy laboratory workers. The workers were tested for a variety of biological endpoints, cytogenetic tests (micronuclei, MN; sister chromatid exchange, SCE) and comet assay. The level of exposure to formaldehyde was evaluated near the breathing zone of workers. **The range of exposure**

LWFR-EXP 15-000104

**was 0,04-1.58 ppm (mean exposure was 0.36-0.52 ppm).**  Genetic damage was studied by means of MN, SCE and comet assay (comet tail length, TL).  In addition, the influence of polymorphic genes of xenobiotic metabolizing enzymes and DNA repair enzymes on the biomarkers was also analyzed.  Micronuclei frequency was significantly higher (p=0.003) in the exposed subjects when compared with controls.  SCE mean value was significantly higher (p<0.05) among the exposed group compared with control group.  Comet assay data showed a significant increase  (p<0.05) of  TL in formaldehyde-exposed workers with respect to the control group.  A positive correlation was found between formaldehyde exposure levels and MN frequency and TL.  Regarding the effect of the genetic polymorphisms studied the study did not find any effect on the genotoxic endpoints.

Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde were studied by Burgaz et al., 2001.  The frequency of micronuclei (MN) in cells of the nasal mucosa was evaluated for 23 individuals in pathology and anatomy laboratories exposed to FA.  The measured air concentrations of formaldehyde (FA)  in the breathing zone of the laboratory workers were between 2 and 4 ppm.  This study suggests that low exposure to formaldehyde is associated with cytogenetic changes in epithelial cells of the nasal region and that nasal mucosa cells exposed through respiration is an important target of FA-induced genotoxic effects.

The frequency of micronuclei (MN) and cytology of respiratory nasal mucosa cells were evaluated in 15 non-smokers exposed to formaldehyde in a plywood factory.  Mean levels of exposure to formaldehyde ranged from about 0.1 mg/m3 in the sawmill and shearing-press departments to 0.39 mg/m3 in the warehouse area.  Nasal respiratory cell samples were collected near the inner turbinate using a brush for endocervical cytology.  A higher frequency of micronucleated cells was observed in the exposed group than in the controls.  Cytological examination indicated chronic phlogosis in the nasal respiratory mucosa of plywood factory workers, with a high frequency of squamous metaplasia cells.  (Ballarin et al., 1992)

Recio (1997) reports on oncogene and tumor suppressor gene alterations in nasal tumors.  The development of nasal tumors in humans and rodents is likely mediated through the accumulation of genetic alterations in genes that regulate cell proliferation, cell death, and differentiation (oncogenes and tumor suppressor genes).  Molecular genetic studies on nasal squamous cell carcinomas (SCC) in rats thus far have indicated the presence of oncogenes unrelated to the ras oncogene family and that p53 mutation occurs at a high frequency among the nasal SCC examined.  The finding of p53 mutations in rat nasal SCC and the high prevalence of p53 mutations among human SCC, indicates that a common molecular alteration is shared between rodent and human SCC.

Shaham (2003) examines DNA protein crosslinks (DPC) and p53, which are generally known to be involved in carcinogenesis, in peripheral blood lymphocytes of workers exposed to formaldehyde.  Results suggest that DNA protein cross-links and mutation in p53 may represent steps in formaldehyde carcinogenesis and a possible causal relation

LWFR-EXP 15-000105

between DPC and mutation in p53.  These biomarkers can be applied in the assessment of the development of cancer due to formaldehyde exposure.

Hester SD, et al., 2003, studied formaldehyde-induced gene expression in F344 rat nasal respiratory epithelium.  Twenty-four of the 1,185 genes queried were significantly up-regulated and 22 genes were significantly downregulated.  The identified genes with formaldehyde-induced change in expression belong to the functional gene categories xenobiotic metabolism, cell cycle, apoptosis, and DNA repair.  These data suggest that multiple pathways are dysregulated by formaldehyde exposure, including those involved in DNA synthesis/repair and regulation of cell proliferation.

## 13.2  Quantitative levels of risks of respiratory tract cancer—data derived from animal studies

The critical health effects of formaldehyde exposure include sensory irritation and the potential to induce tumours in the upper respiratory tract.  In the literature, a concentration as low as 0.24 ppm has been reported to be irritating to the respiratory tract in humans.  Nasal tumour-inducing levels in experimental animals seem to be 1-2 orders of magnitude larger.  With the Bench Mark Dose software, it was estimated that at a level of 1 ppm, only 9.5% of healthy volunteers experience "moderate" (i.e. annoying) eye irritation (95% upper confidence limit.  **From the results of the long-term inhalation toxicity studies in experimental animals, a level of 1 ppm formaldehyde has been considered a NOAEL for nasal injury.**   (Arts et al., 2006)

IARC (2004) concluded that both genotoxicity and cytotoxicity have important roles in the carcinogenesis of formaldehyde in nasal tissues.  Therefore, based primarily upon data derived from animal studies, inhalation of  formaldehyde under conditions that induce cytotoxicity and sustained regenerative epithelial proliferation within the respiratory tract is considered to represent a carcinogenic hazard to humans.  Airborne levels of formaldehyde below 1 ppm, therefore, seem low enough to protect workers against nasal tissue damage, and consequently, also against the potential risk of nasal cancer.  **Risks of respiratory tract cancer are considered to be negligibly low below 1 ppm.**  (Arts et al., 2006)

Kamata et al. (1997) reports on results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats.   Male F-344 rats were exposed by inhalation to gaseous formaldehyde at 0.3, 2, and 15 ppm 6 hours/day, 5 days/week for 28 months.  Nasal tumors were macroscopically evident in the 15 ppm group from the 14th month and 8 of 32 rats bore such tumors at the 24th month.  Histopathological examination revealed both squamous cell papillomas and carcinomas.  No nasal tumors were observed in the lower exposure groups (0.3 and 2 ppm groups).  Epithelial cell hyperplasia, hyperkeratosis, and the squamous metaplasia were apparent in all exposure groups.  Inflammatory cell infiltration, erosion or edema were evident in all groups, including the control groups.  **The benchmark doses for squamous metaplasia and epithelial hyperplasia were 0.25 and 0.24 ppm respectively.**

LWFR-EXP 15-000106

Monticello et al., 1989, studied the effects of formaldehyde gas on the respiratory tract of rhesus monkeys. Three rhesus monkeys were exposed to room air, or 6 ppm formaldehyde for 5 days per week for 1 or 6 weeks, and the respiratory tract was assessed for nature and extent of histologic responses and changes in epithelial cell proliferation rate. Lesions were characterized by mild degeneration and early squamous metaplasia confined to specific regions of the transitional and respiratory epithelia of the nasal passages and the respiratory epithelium of the trachea and major bronchi.

Formaldehyde-induced lesions were associated with increases in cell proliferation rates up to 18-fold over controls, which remained significantly elevated after 6 weeks of exposure. Histologic lesions and increases in cell proliferation were most extensive in the nasal passages and were minimal in the lower airways, whereas the maxillary sinuses exhibited no evidence of a response to formaldehyde exposure. Based on the extent of lesions and cell proliferation data, it appears that the monkey is more sensitive than the rat to the acute and subacute effects of formaldehyde at 6 ppm. (Monticello, 1989)

## Section 14.0  Studies of Upper Respiratory Cancer

### 14.1  Human studies

The National Cancer Institute Cohort (NCI) was one of the largest of the cohort studies which included over 25,000 workers (88% men) who had first been employed before 1966 in one of 10 industrial facilities in the USA. Blair et al (1986, 1990) at the NCI, USA conducted the first studies. Blair reports a causal role for formaldehyde is the most probable for cancers of the nasopharynx and, to a less extent, the nasal cavities. Evidence of exposure-response relationships, the fact that direct contact with formaldehyde may occur at these upper respiratory sites, and the consistency of these findings with experimental studies make this assumption highly probable. Reports Relative risks for nasopharyngeal cancer by level or duration of exposure to formaldehyde. At lower level/duration the RR = 4.0 and at higher level/duration a RR = 7.5 . Utilizing both Roush et al data (RR = 2.3) and Vaughan et al data (RR = 1.4) for higher level/duration, Blair calculated a total RR of 2.1 which is statistically significant ($p \leq 0.05$). (Blair et al., 1990)

Hauptmann (2003, 2004) updated studies of the National Cancer Institute cohort of over 25,000 workers employed in facilities that manufactured formaldehyde, formaldehyde resins, molding compounds, molding plastic products, photographic films, and plywood. He followed the cohort through to 1994 with a comprehensive evaluation of historical levels of exposure to formaldehyde and of other potentially confounding exposures. (IARC, 2004)

Based on eight cases, a significant excess mortality from nasopharyngeal cancer was observed among formaldehyde-exposed workers in comparison with the national population (SMR, 2.10; 95% CI, 1.05-4.21). A highly statistically significant (*p* trend < 0.001) exposure-response relationship was observed between peak exposure to

LWFR-EXP 15-000107