UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 07-1873 SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Lyndon Wright v. Forest River, Inc., et al.* *Case No. 09-2977 (E.D. La.)* | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Expedited Consideration filed by defendant Shaw Environmental, Inc.,

IT IS ORDERED that the Motion is granted and that Shaw Environmental, Inc.'s Motion to Exclude Dr. Patricia Williams' Demonstrative Exhibit (Rec. Doc. No. 13017) is noticed for hearing on March ____, 2010, at _____ a.m.

New Orleans, Louisiana, this ____ day of March, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**