UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Betty Alleman, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-5390; | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

Considering the foregoing motion,

IT IS ORDERED that Plaintiff Daniel Porter be granted leave to file the Second Supplemental and Amended Complaint.

THIS DONE the ____ day of _____, 2010, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE