UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"
                                  JUDGE ENGELHARDT
                                  MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Nunnery, et al v. Keystone RV Industries, et al,*
*No. 09-3871*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the above and foregoing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Motion to Amend/Correct Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss Plaintiff David McGraw's FTCA Claims For Lack of Subject Matter Jurisdiction (Doc. No. 12951) be granted.

Signed in New Orleans, LA this  18th  day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE