## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Octave Bazanac, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-8320; | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
### SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

Considering the foregoing motion,

IT IS ORDERED that Plaintiff Robin Lewis be granted leave to file the Second Supplemental

and Amended Complaint.

THIS DONE the 18th day of _____ March _____, 2010, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE