UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br><br>*Octave Bazanac, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-8320; | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

Plaintiff Robin Lewis ("Plaintiff"), pursuant to Fed. R. Civ. P. 15, respectfully amends and supplements the First Amended Complaint (the "Complaint"), as follows:

1.

Plaintiff is included among the plaintiffs enumerated in Exhibit A to the Complaint.

2.

The allegations of the Complaint, with respect to the identification of the Parties (paragraphs 1 to 3 of the Complaint) and Jurisdiction/Venue (paragraphs 4 to 8 of the Complaint) are reiterated and incorporated herein.

3.

The allegations in the Complaint dealing with general factual information (paragraphs 9 to 48) are also reiterated and incorporated herein.

4.

Plaintiff was displaced from his permanent home as a result of Hurricane Katrina. Since

EXHIBIT A

his home was rendered inhabitable as a result of Hurricane Katrina, Plaintiff was deemed eligible to receive emergency housing assistance from the Federal Emergency Management Agency ("FEMA"), pursuant to the Stafford Act and applicable federal regulations.

5.

The emergency housing assistance provided to Plaintiff was in the form of a travel trailer manufactured by Defendant Gulf Stream Coach, Inc. ("Gulf Stream"), with Vehicle Identification Number (VIN) 1NL1VTR2261053985.

6.

The travel trailer was manufactured by Gulf Stream in or around March 2006.

7.

The travel trailer was delivered to Plaintiff for occupancy in New Orleans, Louisiana, at 5422 Montegut Drive.

8.

The travel trailer was installed at the above location and hooked to utilities for residential purposes by Defendant Fluor, pursuant to a contract between Gulf Stream and FEMA.

9.

Plaintiff began living in the travel trailer in or around March 2007 and stopped living in the travel trailer in or around May 2009.  Plaintiff resided in the travel trailer continuously during this period of time.

10.

Plaintiff respectfully reiterates and incorporates all of the allegations set forth in the Complaint with respect to the cause of action against Gulf Stream under the Louisiana Product

Liability Act (paragraphs 49 to 54 of the Complaint). Additionally, and more specifically, Plaintiff alleges that Gulf Stream had a continuing duty to warn Plaintiff about the dangers and risks of formaldehyde in the travel trailer and this duty was owed to Plaintiff during the entirety of Plaintiff's residency in the travel trailer.

11.

Plaintiff respectfully reiterates and incorporates all of the allegations in the Complaint with respect to the causes of action against the defendant Fluor under the Louisiana Products Liability Act (paragraphs 55 to 61 of the Complaint) and for negligence (paragraphs 62 to 68 of the Complaint).

12.

Plaintiff respectfully amends the allegations with respect to damages in paragraph 69 of the Complaint, as well as the allegations in subparagraph 2 under the Caption "Prayer for Relief" in the Complaint, to clarify that Plaintiff seeks compensatory damages against Defendants, as follows:

   a. Plaintiff's physical pain and suffering;
   b. Plaintiff's mental anguish and emotional distress, including the fear of an increased risk of future serious disease; and
   c. Plaintiff's past, continuing and future medical expenses which have been necessitated by the injuries sustained herein, including costs for future medical treatment, services, surveillance, medical monitoring costs, and/or procedures to address physical and/or mental injuries from formaldehyde exposure which are currently manifest.

13.

Plaintiff specifically reiterates his request for trial by jury of all claims herein, to the extent permitted by law.

WHEREFORE, Plaintiff respectfully supplements the Complaint in the foregoing respects and otherwise reiterates and re-avers all of the allegations and prayers for relief contained therein.

Respectfully submitted:
**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932

                                                FRANK D'AMICO, #17519
                                                MATT MORELAND, #24567
                                                LINDA NELSON, #9938
                                                MIKAL WATTS, Texas # 20981820
                                                ROBERT BECNEL
                                                DENNIS REICH, Texas # 167396

### **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                <u>s/Gerald E. Meunier</u>
                                                GERALD E. MEUNIER, #9471