UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case 09-2977

## ORDER

**IT IS ORDERED** that **the Motion for Expedited Consideration (Rec. Doc. 13018)** is **GRANTED.**  Any opposition to the Shaw Environmental, Inc.'s Motion to Exclude Dr. Patricia Williams' Demonstrative Exhibit (See Rec. Docs. 13017) is due **on or before Thursday, March 18, 2010, at 11:59 p.m.**, at which time the motion will be taken under advisement.

    New Orleans, Louisiana, this 18th day of March 2010.

                                                          **KURT D. ENGELHARDT**
                                                          **UNITED STATES DISTRICT JUDGE**