MINUTE ENTRY
ENGELHARDT, J.
MARCH 15, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

THIS DOCUMENT RELATES TO                      SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
Case No.  09-2977

JUDGE KURT D. ENGELHARDT PRESIDING

**MONDAY, MARCH 15, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (AM); Jodi Simcox (PM)

APPEARANCES: Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
              T. Christopher Pinedo, Douglas Smith, for Plaintiff, Lyndon Wright
              Ernest Gieger, Jr., Jason Bone, Carson Strickland, for  Forest River
              Roy Cheatwood, M. David Kurtz, Karen Whitfield,  for Shaw Environmental

**<u>FOREST RIVER BELLWETHER JURY TRIAL:</u>**
**_(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW_**
**_ENVIRONMENT)_**

NOTICE OF REMOVAL OF EXHIBITS DISTRIBUTED.
All present and ready.
Jury called, sworn on Oath of Voir Dire.  Out of jury's hearing, counsel for plaintiff raises *Batson*
Challenge and offers Questionnaires as Pltf. *Batson* Challenge Exhibit # 1,in globo-ADMITTED.
ORDERED that the *Batson* Challenge is ORDERED DENIED. Returned to jury's hearing.
After jury selection, and out of jury's hearing, plaintiff orally re-urges the *Batson* Challenge -
ORDERED DENIED. Returned to jury's hearing.
Jury being found acceptable, is sworn on Oath to Truly Try Case (nine jurors sworn).
Joint exhibits admitted without objection.
Stipulations read to the jury by the Court.
Opening statements made by all counsel.
On motion parties, witnesses sequestered.

Page 2
Trial Minutes
MDL 1873 "N"
March 15, 2010


Plaintiff's witnesses: <u>Dr. Stephen John Smulski</u>, sworn and testifies.
<u>Bobbie Wright,</u> sworn and testifies.
Jury excused.
Defendant, Shaw Environmental orally states Motion in Limine to Exclude Testimony of Paul
Hewett **- ORDERED SUBMITTED**.
Trial continued to Tuesday, March 16, 2010 at 8:30 a.m.
Court adjourns.




JS-10: 7:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER FORMALDEHYDE                    MDL NO. 1873
              PRODUCTS LIABILITY LITIGATION

THIS DOCUMENTS RELATES TO 09-2977                    SECTION "N"
*(Lyndon Wright vs Forest River and Shaw Environmental, Inc.)*

## (FOREST RIVER BELLWETHER TRIAL)

## NOTICE FOR REMOVAL OF EXHIBITS

Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case. It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

Distributed this  15th  day of  March, 2010.


                                           BY:   Pam Radosta
                                           DEPUTY CLERK


     *THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT
REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBITS

Frank D'Amico
Ernest Gieger
Roy Cheatwood

— memo —