MINUTE ENTRY
ENGELHARDT, J.
MARCH 16, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                         MDL NO. 1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION


THIS DOCUMENT RELATES TO                                    SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
*Case No. 09-2977*


JUDGE KURT D. ENGELHARDT PRESIDING

**TUESDAY, MARCH 16, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (AM); Jodi Simcox (PM)

APPEARANCES: Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
                T. Christopher Pinedo, Douglas Smith, for Plaintiff, Lyndon Wright
                Ernest Gieger, Jr., Jason Bone, Carson Strickland, for Forest River
                Roy Cheatwood, M. David Kurtz, Karen Whitfield, for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 15, 2010)**
**(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)**

All present and ready.
Motion of Plaintiffs' Liaison Counsel for Reconsideration of the Ruling on Objections to Deposition Testimony of Christopher DeRosa (Rec. Doc. No. 12904) is **ORDERED DENIED AS MOOT**.
Motion of Shaw Environmental in Limine to Exclude the Testimony of Paul Hewett (Rec. Doc. No. 12911) is **ORDERED DENIED**.
Jury returned to the courtroom.
Plaintiff's witnesses continued: <u>Bobbie Wright</u>, recalled, resumes testimony.
                              <u>Dr. Kenneth Ronald Laughery,</u> sworn and testifies.
                              <u>Dr. Christopher DeRosa</u>, testimony by videotape.
Jury removed from courtroom.
Plaintiff's Proffer - <u>Dr, Kenneth Laughery</u>, recalled, proffer testimony.
  Plaintiff's Proffer Exhibit - 1 - offered and admitted.
Jury returned to courtroom.
Plaintiff's witnesses continued: <u>Dr. Paul Hewett</u>, sworn and testifies.

Page 2
Trial Minutes
MDL 1873 "N"
March 16, 2010

Plaintiff's witnesses continued:  Ervin Ritter, sworn and testifies.
                                 Paul LaGrange, sworn and testifies.
                                 Nicole Dison, sworn and testifies.
                                 Edith Young, testimony by videotape.
Jury excused.
Trial continued to Wednesday, March 17, 2010 at 8:30 a.m.
Court adjourns.


JS-10: 7:40