MINUTE ENTRY
ENGELHARDT, J.
MARCH 17, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                              MDL NO. 1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION


THIS DOCUMENT RELATES TO                                         SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
Case No.  09-2977


JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, MARCH 17, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (AM); Jodi Simcox (PM)

APPEARANCES:  Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
              T. Christopher Pinedo, Douglas Smith, for Plaintiff, Lyndon Wright
              Ernest Gieger, Jr., Jason Bone, Carson Strickland, for Forest River
              Roy Cheatwood, M. David Kurtz, Karen Whitfield,  for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 16, 2010)**
**(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)**

All present and ready.
Jury of eight returned to the courtroom (the Court has excused Juror #9 at the end of the day on March 16, 2010).
Plaintiff's witnesses continued:  <u>Edith Young,</u> testimony by videotape resumes.
                             <u>Jaime Albrecht</u>, testimony by videotape.
                             <u>Jeffery Burian</u>, testimony by videotape.
                             <u>Charles David Moore</u>, sworn and testifies.
                             <u>James Brixius</u>, testimony by videotape.
                             <u>David Garrat</u>, testimony by videotape.
Jury excused.
Trial continued to Thursday, March 18, 2010 at 8:30 a.m.
Court adjourns.


JS-10: 7:45