MINUTE ENTRY
ENGELHARDT, J.
MARCH 18, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

THIS DOCUMENT RELATES TO                               SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
Case No. 09-2977

JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, MARCH 18, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (AM); Jodi Simcox (PM)

APPEARANCES: Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
    T. Christopher Pinedo, Douglas Smith, for Plaintiff, Lyndon Wright
    Ernest Gieger, Jr., Jason Bone, Carson Strickland, for Forest River
    Roy Cheatwood, M. David Kurtz, Karen Whitfield, for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 17, 2010)**
**(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)**

All present and ready.
Jury returned to the courtroom.
Plaintiff's witnesses continued: <u>Alexis Mallet, Jr.</u>, sworn and testifies.
    <u>Dr. Charles Field</u>, testimony be videotape.
    <u>Dr. Richard Alan Spector</u>, sworn and testifies.
    <u>Lyndon Wright</u>, sworn and testifies.
Jury excused.
Trial continued to Friday, March 19, 2010 at 8:30 a.m.
Court adjourns.

JS-10: 7:35