FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 18  AM 11: 33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN OF LOUISIANA

| | |
|---|---|
| LAURA GONZALES, ET AL. ) | Case No. 10-735 "N"(5) |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| CHAMPION HOME BUILDERS ) | |
| CO, ET AL. ) | |
| ) | |
| Defendant(s). ) | |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on the 15th day of November, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order for Relief under Title 11 of Chapter 11 of the United States Code in the matters of In re Champion Enterprises, Inc. and its affiliated companies listed below (collectively the "Debtors") jointly administered at Case No. 09-14019 (KG). A copy of the voluntary petition for Champion Enterprises, Inc. is attached hereto.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' cases or (ii) to recover any claims against the Debtors that arose

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
___Doc. No.___

13814-001\DOCS_DE:154841.67

before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estate, or to exercise control over property of the Debtors' bankruptcy estate.

Dated: March 17, 2010

PACHULSKI STANG ZIEHL & JONES LLP

/s/
Laura Davis Jones, Esquire
David M. Bertenthal, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esqurie
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         joneill@pszjlaw.com
         tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession