OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAR 18 PM 1:47
LORETTA G. WHYTE
CLERK

Date: March 16, 2010

Bridgette R Atkins, et al

vs.

Fleetwood Enterprises Inc., et al

Case No. 09-7554   Section N(5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel National Inc through CT Corporation System
   (address) 645 Lakeland East Dr, ste 101 Flowood, MS 39232
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hu
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 153 Main St
        Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M Hu

___ Fee _____
___ Process BG105ms
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____