OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 18 PM 1:47

LORETTA G. WHYTE
CLERK

Date: March 2, 2010

Bernadine Ruff, et al

vs.

Southern Energy Homes, Inc. et al

Case No. ~~2:09cv247~~ Section "N"
MDL 2:10 cv 00274

Dear Sir:

Please (issue) [X] (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Don Burkhalter Acting U.S. Attorney EDLA
   (address) ~~188 East Capitol Street #500 Jackson, MS 39201~~

   *Not A Named Defendant*

2. (name) Bechtel National, Inc.
   (address) 1045 Lakeland East Dr. STE 101 Flowood, MS 39232

3. (name) Southern Energy Homes, Inc.
   (address) Highway 41 North Addison, AL 35540

4. (name) Southern Energy Homes, Inc
   (address) 5615 Corporate Blvd. STE 400B Baton Rouge, LA 70808

Very truly yours,

Rose M. Hund
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched
Rose M. Hund

___Fee _____
___Process BG (3)Sms
X  Dktd _____
___CtRmDep_____
___Doc. No._____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 18 PM 1:47

LORETTA G. WHYTE
CLERK

Date: March 16, 2010

Bernadine Ruff, et al

vs.

Southern Energy Homes, Inc, et al

Case No. ~~2:09cv 247~~ Section N(5)
MDL 2:10 CV 00274

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Eric Holder Attorney General
   (address) 950 Pennsylvania Ave NW Washington, DC 20530
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

[Signature]
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 153 Main St
Bay St Louis, MS

I hereby certify that all parties have been matched.
[Signature] Rose M. Hun

___ Fee  39520
___ Process B60 sms
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____