OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 18 PM 1:47

LORETTA G. WHYTE
CLERK

Date: March 3, 2010

Niki N. Thompson, et al

vs.

Skyline Corporation, et al

Case No. ~~2:09cv248~~ Section "N"
MDL 2:10 CV 00275

Dear Sir:

Please ~~(issue)~~ ((re-issue)) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Don Burkhalter Acting U.S. Attorney
   (address) 188 East Capitol Street #500 Jackson, MS 39201
2. (name) CH2MHill Constructors, Inc.
   (address) 645 Lakeland East Drive Suite 101 Flowood, MS 39232
3. (name) Skyline Corporation
   (address) 2520 By-Pass Road Elkhart, IN 46514
4. (name) Eric Holder Attorney General
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530

Very truly yours,

Rose M Hunt
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
Rose M Hunt

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___