UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Betty Alleman, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-5390; | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

Considering the foregoing motion,

IT IS ORDERED that Plaintiff Daniel Porter be granted leave to file the Second Supplemental and Amended Complaint.

THIS DONE the 19th day of March, 2010, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

1 of 1