

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-22)

On October 24, 2007, the Panel transferred one civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 623 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 18, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                         MDL No. 1873

SCHEDULE CTO-22 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|
| **LOUISIANA WESTERN** | | |
| LAW 6 09-1352 | Vanetta Lumpkins v. Fleetwood Enterprises, Inc., et al. | 10-905 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 09-818 | Twylett L. Williams, etc. v. Waverlee Homes, Inc., et al. | 10-906 |
| MSS 1 09-822 | Kenneth E. Dixon, Sr., et al. v. Keystone Industries, Inc., et al. | 10-907 |
| MSS 1 09-825 | Steven J. Abba, et al. v. Dutchmen Manufacturing, Inc., et al. | 10-908 |
| MSS 1 09-826 | Faith A. Atwell, et al. v. Thor California, Inc., et al. | 10-909 |
| MSS 1 09-828 | Judy L. Bourgeois, et al. v. Cavalier Home Builders, LLC, et al. | 10-910 |
| MSS 1 09-836 | Michel Herbert, et al. v. Dutchman Manufacturing, Inc., et al. | 10-911 |
| MSS 1 09-838 | Rosemary Coleman v. Fleetwood Enterprises, Inc., et al. | 10-912 |
| MSS 1 09-842 | Betty Irene Carter, et al. v. Gulf Stream Coach, Inc., et al. | 10-913 |
| MSS 1 09-845 | Tyesa Hawkins, etc. v. Gulf Stream Coach, Inc., et al. | 10-914 |
| MSS 1 09-846 | Tanya Booth, etc. v. Gulf Stream Coach, Inc., et al. | 10-916 |
| MSS 1 09-852 | Susan Caporelli, et al. v. Coachmen Industries, Inc., et al. | 10-917 |
| MSS 1 09-856 | Eddie Dulier, Jr., et al. v. KZRV, LP, et al. | 10-918 |
| MSS 1 09-858 | Kristy Lee Epps, et al. v. Palm Harbor Homes, Inc., et al. | 10-919 |
| MSS 1 10-5 | Lisa Moran, etc. v. FRH, Inc., et al. | 10-920 |
| MSS 1 10-9 | Faith Powell, et al. v. Lucas Investments, LLC, et al. | 10-921 |
| MSS 1 10-56 | Pamela Hamilton, et al. v. KZRV, LP, et al. | 10-922 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

March 18, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA  70130

Re: MDL No. 1873 -- IN RE:  FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-22)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on <u>March 3, 2010</u>.  As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer.  The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Teresa Bishop
Teresa Bishop
Deputy Clerk

Attachments
cc:   Transferee Judge:  Judge Kurt D. Engelhardt

JPML Form 36C

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

## PANEL SERVICE LIST (CTO-22)

Jim S. Hall
JIM S HALL & ASSOCIATES
800 N. Causeway Blvd.
Suite 100
Metairie, LA 70001

Rose M. Hurder
HAWKINS STRACENER & GIBSON PLLC
544 Main Street
Bay St. Louis, MS 39520

Catherine H. Jacobs
FEMA TRAILER LITIGATION ANNEX
1161 Robinson Street
Ocean Springs, MS 39564

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800

Lacey M. Moore
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                         MDL No. 1873

## INVOLVED JUDGES LIST (CTO-22)

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                              MDL No. 1873

## INVOLVED CLERKS LIST (CTO-22)

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501