UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Kennyetta S Walker, et al v Scotbilt Homes, Inc., et al., Case No. 2:10-cv-270*

_____

**MOTION FOR EXTENSION OF TIME TO MATCH WITH A SPECIFIC CONTRACTOR DEFENDANT PURSUANT TO PRETRIAL ORDERS 49 AND 53**
_____

Now into Court, through undersigned counsel, come certain plaintiffs who request an additional 60 days to match with a specific contractor defendant for the reasons stated herein.

1.   For the following plaintiffs, FEMA has provided the manufacturer's information but has not provided the contractor information. Additionally, FEMA has not provided identification numbers adequate to identify the contractor. The following plaintiffs have been submitted to FEMA again seeking the information to make the appropriate match with a specific contractor defendant. Each plaintiff has also written FEMA directly requesting a copy of their individual lease. Once received from FEMA, this will allow plaintiff's counsel to complete a match.

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| S.J.J. by Kennyetta S. Walker | 1:09-cv-798 |
| D.Y.M by Kennyetta S. Walker | 1:09-cv-798 |
| K.J.M by Kennyetta S. Walker | 1:09-cv-798 |
| A.Y.W. by Kennyetta S. Walker | 1:09-cv-798 |

| | |
|---|---|
| Kennyetta S. Walker | 1:09-cv-798 |

WHEREFORE, for the reasons stated herein, Plaintiffs request an additional 60 days in which to comply with Pretrial Order #49.

Respectfully submitted, this the 19 day of March, 2010.

By: *s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 19, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                          *s / Rose M. Hurder*
                                                         ROSE M. HURDER