**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                   SECTION "N-5"

                                               JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Kennyetta S. Walker, et al v Scotbilt Homes,*
*Inc., et al., Case No. 2:10-cv-270*

_____

**ORDER**
_____

      Considering the foregoing Motion of Plaintiffs listed below, they are allowed an

additional 60 days or until _____, 2010, to comply with the required Pretrial

Order #49.

**Plaintiffs:**

| CLAIMANT | COURT CASE NUMBER |
|---|---|
| S.J.J. by Kennyetta S. Walker | 1:09-cv-798 |
| D.Y.M by Kennyetta S. Walker | 1:09-cv-798 |
| K.J.M. by Kennyetta S. Walker | 1:09-cv-798 |
| A.Y.W. by Kennyetta S. Walker | 1:09-cv-798 |
| Kennyetta S. Walker | 1:09-cv-798 |

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time.

DATED this _____ day of _____,2010 in New Orleans, Louisiana.


By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE


**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.


 *s / Rose M. Hurder*_____
ROSE M. HURDER