UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kennyetta S. Walker, et al v Scotbilt Homes, Inc., et al, Case No. 2:10 cv 270*

___

NOTICE TO COURT OF PLAINTIFFS WHO REMAIN UNMATCHED
(PRETRIAL ORDER 40)

___

In compliance with Pretrial Order 40 Plaintiffs counsel hereby notifies the Court of the plaintiffs who remain unmatched with a specific Contractor Defendant and the civil action number of the original complaint in which they were named:

| CLAIMANT | COURT CASE NUMBER |
| --- | --- |
| S.J.J. by Kennyetta S. Walker | 1:09 cv 798 |
| D.Y.M by Kennyetta S. Walker | 1:09 cv 798 |
| K.J.M. by Kennyetta S. Walker | 1:09 cv 798 |
| A.Y.W. by Kennyetta S. Walker | 1:09 cv 798 |
| Kennyetta S. Walker | 1:09 cv 798 |

Respectfully submitted, this the  19  day of March, 2010.

By:    *s / Rose M. Hurder*
       Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

       *s / Rose M. Hurder*
       ROSE M. HURDER