00009

1 just writing the word "yes," so it makes it

2 a little easier.  So if you would, verbalize

3 your answers.  Okay?

4     A    Yes.

5     Q    We will try to do that.  I'm going

6 to ask you some questions, and if for any

7 reason you don't understand my question,

8 tell me.  Sometimes I talk too fast.

9 Sometimes you may not understand it.  It's

10 okay to say "I don't understand," and I will

11 try to rephrase it.  Okay?

12     A    Yes.

13     Q    And do you understand that raising

14 your hand here in this setting in this

15 office building is just like sitting in a

16 court of law as if there were a judge

17 sitting there and you were testifying in

18 court?  Do you understand that that oath is

19 the same as to tell the truth?

20     A    Yes, sir.

21     Q    Okay.  For the record, give me

22 your name and address.

23     A    My name is Tyshone Marsh.  My

24 address is 3417 South Claiborne Avenue,

25 Apartment 5.

00010

1   Q   And who else lives at that

2   apartment with you?

3   A   Me and Mr. Lyndon Wright.

4   Q   And so you are presently living

5   with the plaintiff in this lawsuit?

6   A   Yes, sir.

7   Q   How long have you been living with

8   Mr. Wright?

9   A   Nine months.

10   Q   So that meant you moved in

11   sometime last summer?

12   A   Yes.

13   Q   Okay. Does anybody else live in

14   that apartment other than you and

15   Mr. Wright?

16   A   My son.

17   Q   Okay. And your son's name is?

18   A   Jeremy Marsh.

19   Q   Jeremy?

20   A   Uh-huh (affirmative response).

21   Q   Okay. And how old is Jeremy?

22   A   13.

23   Q   Okay. And Jeremy's last name?

24   A   Marsh.

25   Q   I'm sorry. You see, I'm old. I

00011
1 forget what you said. I apologize.

2      And, Ms. Marsh, have you been

3 married?

4    A    No, sir.

5    Q    Do you have any other children

6 other than Jeremy?

7    A    No, sir.

8    Q    Could I have -- You're so young.

9 Could I have your date of birth, please?

10   A    4-22nd-81.

11   Q    4-22nd-81?

12   A    Yes, sir.

13   Q    And do you know your Social

14 Security number?

15   A    Yes, sir.

16   Q    Could I have it, please?

17   A    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.

18   MR. AHLQUIST:

19      And again, for the record, reserve

20 the confidentiality of that.

21   MR. GIEGER:

22      Absolutely.

23 EXAMINATION BY MR. GIEGER:

24   Q    And do you have a -- You possess a

25 Louisiana driver's license; yes?

00031

1 heroin addiction, were you ever in any other

2 rehab program?

3   A   No, sir.

4   Q   When's the first time you ever met

5 Lyndon Wright?  I'm not talking about the

6 fact when you started.  It may be the day

7 that you moved in with him.  But what I'm

8 trying to find out is how long ago did you

9 first meet Lyndon Wright?

10   A   In 2001.

11   Q   Tell me how it is that you came to

12 meet Lyndon.

13   A   I was walking and we just started

14 talking.

15   Q   Walking where?

16   A   Down the street.

17   Q   Okay.  What street?

18   A   Jackson and Seminole Lane.

19   Q   So was that when he was living on

20 Seminole Lane?

21   A   Yes, sir.

22   Q   So before 2001 -- I'm sorry.  Can

23 you be a little more specific?  Can you tell

24 me when in 2001?  Can you tell me what month

25 it was?

00039

```
 1   Q   How long -- How much between 2001
 2 and 2009 did you hang with Lyndon?
 3   A   Not that much.
 4   Q   Okay.  When you "hanged," where
 5 did you go?
 6   A   We went places, like to the show
 7 and maybe to a barroom every now and then.
 8   Q   Okay.  What bars did you all go
 9 to?
10   A   Bourbon Street.
11   Q   He likes Bourbon Street, right?
12   A   Uh-huh (affirmative response),
13   Q   He still likes Bourbon Street,
14 right?
15   A   Sometimes,
16   Q   Okay.  So sometimes you all would
17 hang together on Bourbon Street?
18   A   Yes.
19   Q   What bars?
20   A   I say Razzoo's.
21   Q   Okay.  Anything else?
22   A   And Little Tokyo, I think.
23   Q   Is Little Tokyo on Bourbon?  I
24 can't remember.  Let me not restrict it.  So
25 it was Little Tokyo and Razzoo's in the
```

00053

1   Q   I'm sorry?

2   A   Out of town with my mother.

3   Q   Okay. And where did your mother

4   live?

5   A   She was staying in Houston.

6   Q   Was she staying at the same place

7   where Lyndon Wright's mother was staying?

8   A   Huh-uh (negative response). No,

9   sir.

10   Q   So in September of '06, you moved

11   into a trailer with Derrick and your son?

12   A   Yes.

13   Q   Okay. And you lived in that

14   trailer for how long?

15   A   Until March of '08, I think.

16   Q   As a result of you living in that

17   trailer during that period of time, did you

18   file a lawsuit against anyone in connection

19   with living in that trailer?

20   A   No, sir.

21   Q   Did you make a claim?

22   A   No, sir.

23   Q   You know that Lyndon Wright

24   post-Katrina, after Katrina lived in a

25   travel trailer, correct?

MARSH Tyshone 01-14-10                    Page   53

00054

1 A Uh-huh (affirmative response).

2 Q How do you know that?

3 A Because I went to his house. I

4 went to visit him.

5 Q Okay. So how did you -- Why did

6 you go visit Lyndon in his trailer while he

7 was living there?

8 A I would rather not answer that.

9 Q Well, I'm sorry. You're under

10 oath, and unless you're going to take --

11 Well, you have to answer my question. Why

12 did you go visit him?

13 A Because I haven't seen him in so

14 long.

15 Q Why is it about the fact that you

16 hadn't seen him in so long that makes you

17 not answer the question of why you wanted to

18 visit him?

19 MR. AHLQUIST:

20 I'm going to --

21 MR. GIEGER:

22 Don't give her an instruction. If

23 you do, Counsel, I'm going to court.

24 EXAMINATION BY MR. GIEGER:

25 Q What's the answer? Why did you go

00057

1   Q    Did you stay with Lyndon for

2 awhile?

3   A    No, sir.

4   Q    You just visited him that one

5 time?

6   A    I used to visit him, uh-huh.

7   Q    Did you spend the night?

8   A    No, sir.

9   Q    When you saw Lyndon, in August of

10 2006, did he make any complaints to you

11 about his health?

12   A    No, sir.

13   Q    What about any complaints about

14 the trailer?

15   A    No, sir.

16   Q    Okay.  So when you saw him in

17 2006, bring me forward, from 2006 the rest

18 of the year, how many times do you think you

19 saw Lyndon?

20   A    I was going to see him often after

21 I went and saw him that one time.

22   Q    Well, "often" could be different

23 for you or me or members of the jury.  So

24 tell me how often, daily, weekly, whatever,

25 would you see Lyndon, starting in August of

00058

1  2006 at his trailer?

2       A    Like every two weeks.

3       Q    How often every two weeks?

4       A    When I have time, I will go see

5  him, or if he ain't working.

6       Q    Did you see him every day?

7       A    Huh-uh (negative response).

8       Q    Okay.  Well, starting in August of

9  2006, I thought you were living in Houston?

10      A    I was back from Houston.

11      Q    Okay.  Well, where were you

12  living?

13      A    Across the river.

14      Q    With who?

15      A    With Derrick.

16      Q    But you said you didn't move in

17  with Derrick until September of '06?

18      A    I was visiting Derrick.

19      Q    In 2006, you were living with him?

20      A    Visiting.

21      Q    Visiting.  Well, where were you

22  living and seeing Lyndon in August of 2006

23  if you weren't visiting Derrick until 2006

24  and you weren't living in Houston?

25      A    I was living in --

00073

1 lived on Claiborne Avenue?

2   A   Yes.

3   Q   Together?

4   A   Yes.

5   Q   And he's made no other complaints

6 other than headache, eyes burning and

7 nauseated during the nine months that you

8 have lived on Claiborne Avenue?

9   A   No, sir.

10   Q   I'm sorry.  It's a lawyer thing.

11 We're both saying "no."  I have to get it

12 clear.  Am I correct in the nine months that

13 you all have lived together on Claiborne

14 Avenue, the only complaints that he has made

15 from a health standpoint was he had

16 headaches, eyes burning and nauseated?

17   A   Yes, sir.

18   Q   Nothing else?

19   A   Nothing else.

20   Q   Ms. Marsh, do you smoke?

21   A   Yes.

22   Q   How much?  About a pack a day?

23   A   Two packs.

24   Q   Camel?

25   A   Huh-uh (negative response).

00074
1    Q    What?

2    A    Kools.

3    Q    Kools. I was close. I guess not

4 real close. I haven't smoked in awhile.

5         How long have you had a

6 two-pack-a-day habit?

7    A    Since -- How long I had it?

8    Q    How long have you been smoking two

9 packs a day? I call that a two-pack-a-day

10 habit.

11   A    Since I was 25.

12   Q    Well, you're only 26, right?

13   A    I'm 28.

14   Q    I'm trying to be nice. Okay. All

15 right. And before that, you were smoking,

16 right?

17   A    Huh?

18   Q    You didn't start smoking at 25?

19   A    No, I didn't.

20   Q    Right. You have been smoking for

21 a long time?

22   A    Yes.

23   Q    Since a teenager?

24   A    Yes.

25   Q    All right. Do you smoke around

00082

1   A   Yes.

2   Q   Other than that one occasion when

3 that happened, were you and Lyndon together

4 with anyone else in the trailer?

5   A   No, sir.

6   Q   Did you ever see any mold in the

7 trailer?

8   A   No, sir.

9   Q   Did Lyndon ever complain to you

10 about there being mold in the trailer?

11   A   No, sir. .

12   Q   When you and Lyndon were in the

13 trailer during the day, did you open the

14 windows and the doors?

15   A   Yes.

16   Q   Okay.  Every time?

17   A   Well, when I got there, his

18 windows used to be open.

19   Q   Did you have a key to the trailer?

20   A   No, sir.

21   Q   Lyndon had a key?

22   A   Yes.

23   Q   Do you know Nicole Dison?

24   A   Yes.

25   Q   Okay.  Was Nicole living in that

00084

1    A    Uh-huh (affirmative response).

2    Q    Okay.  But on all those occasions

3 when you came to the trailer in '06, '07 and

4 '08, Lyndon was there and the windows and

5 door were open, right?

6    A    Uh-huh (affirmative response).

7    Q    Every time?

8    A    Yes.

9    Q    When you're saying the windows,

10 you're talking about the two windows that

11 are in the area where the kitchen and couch

12 is or which windows are you talking about?

13   A    The window that was by the sofa.

14   Q    I'm going to show you a picture

15 that has been identified by other witnesses

16 and see if this helps you.  I'm going to

17 show what has been previously identified as

18 a photograph of Lyndon Wright's trailer at

19 some point in time designated as LW-000077,

20 previously identified in a deposition today

21 as Dison No. 6, and ask you, does this look

22 like the trailer, Lyndon Wright's trailer?

23 It has been purported to us by the plaintiff

24 that that is Lyndon Wright's trailer, it's

25 pictures of Lyndon Wright's trailer.

00085

1   A   Yes.

2   Q   Does that look like Lyndon

3 Wright's trailer to you?  Right?

4   A   Uh-huh (affirmative response).

5   Q   All right.  Now, when you said the

6 windows that were open, are you talking

7 about this window (indicating) and this

8 window (indicating)?

9   A   Yes.

10   Q   Because it's a video, I'm going to

11 put it like this, and so, could you use my

12 pen and point to those same windows that

13 you're talking about were always open?

14   A   That one (indicating) and that one

15 (indicating).

16   Q   So every time you came to the

17 trailer, those two windows were open?

18   A   Yes, and the door.

19   Q   And the front door was open, too?

20   A   Uh-huh (affirmative response).

21   Q   Every time?

22   A   Uh-huh (affirmative response).

23   Q   Do you know why?

24   A   No, sir.  I don't know why.

25   Q   So you came there during the

00088
1 never told you he has asthma?

2 A  No, sir.

3 Q  Does Lyndon have any children?

4 A  No, sir.

5 Q  Has Lyndon ever been married as

6 far as you know?

7 A  No, sir.

8 Q  He hasn't adopted your -- I'm

9 sorry.  You have one child, correct?

10 A  Yes.

11 Q  One son, right?

12 A  Uh-huh (affirmative response).

13 Q  He hasn't adopted that child,

14 correct?

15 A  No, sir.

16 Q  And Lyndon is presently holding

17 down two jobs, one at the Civil District

18 Court and one at the Hyatt?

19 A  Yes.

20 Q  Any other jobs in the nine months

21 you have lived together?

22 A  No, sir.

23 Q  Do you know if he's had any other

24 jobs other than those two jobs while you

25 have known him since 2001?

00089

1   A   That's the only jobs I recall he

2 had.

3   Q   How much money does Lyndon make?

4   A   I don't know.

5   Q   But he supports you?

6   A   Yes.

7   Q   Does he ever deny you anything you

8 request?

9   A   No, sir.

10   Q   Does he support your child as

11 well?

12   A   Yes.

13   Q   Does he ever deny anything your

14 son requests?

15   A   No, sir.

16   Q   Has Lyndon ever discussed his

17 neuromas with you?

18   A   I don't understand.

19   Q   Do you understand the word

20 "neuroma"?

21   A   No, I don't.

22   Q   Have you ever heard Lyndon use the

23 word "neuroma"?

24   A   No.

25   Q   Has Lyndon ever told you he's

00090

1   scared that he's going to get cancer?

2   A   No, sir.

3   Q   Has Lyndon ever told you that he

4   has a fear of cancer?

5   A   Yes.

6   Q   When did he first tell you that?

7   A   About a couple of months ago.

8   Q   Is that after he sat through the

9   trial of Gulf Stream in September?

10  A   Excuse me?

11  Q   Was that the first time after he

12  sat through trial in September of 2009?

13  MR. AHLQUIST:

14      Objection.  You can answer.

15  THE WITNESS:

16      Huh?

17  MR. AHLQUIST:

18      You can answer.

19  THE WITNESS:

20      I can answer?

21  EXAMINATION BY MR. GIEGER:

22  Q   Yes.

23  A   That was before.

24  Q   How long before?

25  A   I don't recall.

00091
1   Q    What did he tell you?

2   A    We was just talking about it and

3 he was just saying.

4   Q    Saying what?

5   A    He was just talking.  We was just

6 talking about cancer and he was just talking

7 how he feels, I guess.

8   Q    What did he say?

9   A    He was just saying he hope he

10 don't ever get cancer.  That's all he was

11 just saying.

12   Q    Is that all he said?

13   A    Yes.

14   Q    Did he say anything about that and

15 the trailer?

16   A    Huh-uh (negative response).

17   Q    So he didn't say he had a fear of

18 cancer because of the trailer?

19   A    No, sir.

20   Q    Okay.  Do you know if Lyndon is

21 taking any medication for depression?

22   A    No, sir.

23   Q    Oops.  That's one of those double

24 negatives.  As far as you know, is Lyndon

25 taking medication for depression?

00098

1    A    Yes, sir.

2    Q    Just like you were in a court of

3    law?

4    A    Yes, sir.

5    Q    Okay.  At any time when you were

6    visiting Lyndon in his trailer, did you ever

7    see any piece of paper in the trailer that

8    was a warning that talked about

9    formaldehyde?

10   A    Yes.

11   Q    Okay.  When did you first see

12   that?

13   A    I think when I walked in his

14   house.

15   Q    Okay.  When you say that, you mean

16   when you walked in his trailer?

17   A    Uh-huh (affirmative response).

18   Q    Okay.  And what did you see?

19   A    A little sign (indicating).

20   Q    A piece of paper?

21   A    Yes.

22   Q    A piece of paper that talked about

23   formaldehyde?

24   A    Uh-huh (affirmative response).

25   Q    Okay.  And was it posted up on a

00099

1 wall?

2   A   I don't recall.

3   Q   But you recall seeing that piece

4 of paper?

5   A   Uh-huh (affirmative response).

6   Q   Talking about formaldehyde?

7   A   Uh-huh (affirmative response).

8   Q   And do you remember what year that

9 was?

10   A   No, sir.

11   Q   Do you remember what season it

12 was?  Was it the summer, spring, fall,

13 winter?

14   A   Winter.

15   Q   Winter.  Okay.  When you saw it,

16 did you talk to Lyndon about it.  "What's

17 this stuff about?  What's this formaldehyde

18 stuff"?

19   A   No.

20   Q   Okay.  When you saw that piece of

21 paper, had you ever heard the word

22 "formaldehyde" before?

23   A   Yes.

24   Q   Okay.  How were you familiar with

25 formaldehyde before you saw that piece of

00100

1 paper?

2   A   I heard it on the news.

3   Q   Okay.  You heard it on TV?

4   A   Yes.

5   Q   Okay.  And before you heard

6 things on -- When you say "the news," you're

7 talking about the local news channels in New

8 Orleans, right?

9   A   Yes.

10   Q   Okay.  And before you had heard

11 about formaldehyde from the local news

12 channels, had you ever heard the word

13 "formaldehyde"?

14   A   No, sir.

15   Q   Okay.  So your first exposure, if

16 you will, your first familiarity with the

17 word "formaldehyde" came from the news media

18 here in New Orleans giving reports about

19 formaldehyde in trailers?

20   A   Yes.

21   Q   All right.  And so you had already

22 heard that, reports of an issue of

23 formaldehyde in FEMA trailers, right?

24   A   Yes.

25   Q   From the news.  Okay.  And so when

00101

1 you knew that from the news media and you

2 saw this piece of paper in Lyndon's trailer;

3 did you discuss it with him?

4    A    No, sir.

5    Q    You didn't say, "Hey, I heard a

6 report of the news media saying there's

7 something about formaldehyde in trailers and

8 you're living in a trailer. Here's this

9 piece of paper," and you never said a word

10 to him about it?

11    MR. AHLQUIST:

12        Objection.

13 EXAMINATION BY MR. GIEGER:

14    Q    Is that your testimony? Is that

15 your testimony?

16    A    Yes.

17    Q    Okay. Have you ever discussed

18 formaldehyde in FEMA trailers with Lyndon?

19    A    Yes, when I found out it was

20 serious.

21    Q    When did you find out it was

22 serious?

23    A    When people was going to the

24 hospital.

25    Q    What people?

00113
1    Q    And you have never talked with
2  what you believed to be a FEMA employee in
3  person?
4    A    No, sir.
5    Q    Did Lyndon ever talk to you about
6  contacting FEMA about his travel trailer
7  unit?
8    A    No, sir.
9    Q    And Lyndon never told you, "Hey,
10 I'm going to call FEMA about the smell in my
11 unit"?
12   A    No, sir.
13   Q    He never told you that?
14   A    No, sir.
15   Q    And as far as you know, you don't
16 know that he ever did that?
17   A    Right.
18   Q    You mentioned earlier that one of
19 the times when you visited Lyndon when he
20 was living in the travel trailer, you saw a
21 piece of paper just inside the door of the
22 trailer, right?
23   A    Uh-huh (affirmative response).
24   Q    And that that piece of paper said
25 something about formaldehyde on it, correct?

00117

1  document.  It says, "Attention!!!

2  Formaldehyde Exposure.  If you live in a

3  FEMA trailer."

4         Do you ever remember seeing this

5  document shown in three inside of

6  Mr. Wright's trailer?

7    A    I don't know what paper I saw.

8    Q    But you did see a paper --

9    A    Yes.

10   Q    -- that had the word

11  "formaldehyde" on it?

12   A    Yes, but I didn't read it.

13   Q    Okay.  And you didn't discuss it

14  with Mr. Wright either?

15   A    No, I did not.

16   Q    Even though you heard about it on

17  the news?

18   A    Uh-huh (affirmative response).

19   Q    People going to the hospital?

20   A    Uh-huh (affirmative response).

21   Q    Were you worried about

22  Mr. Wright's health?

23   A    Uh-huh (affirmative response).

24   Q    But you didn't discuss it with

25  him?

00118

1   A    After I heard about it, then we

2   went to talking about it.

3   Q    When was that?

4   A    In 2007.

5   Q    So what did you discuss?

6   A    What we discussed?

7   Q    Yes.

8   A    What I was telling him?

9   Q    What you were telling him.

10  A    How people are getting sick from

11  the trailers.

12  Q    What did he tell you about -- What

13  was his response?

14  A    What was his response?

15  Q    Yes.

16  A    That he probably was feeling the

17  same way, and I told him to go to the

18  doctor.

19  Q    Oh, you did?

20  A    Yes.

21  Q    Did he go?

22  A    I don't know.

23  Q    Did you ever ask him? You said

24  you were concerned about his health. Did

25  you ever -- After you told him to go to the

00119
1 doctor, did you say, "Lyndon, did you go to
2 the doctor? What did they tell you"?
3 A    I don't know. We wasn't talking
4 then. Like I say, I called him every now
5 and then.
6 Q    You were seeing him every two
7 weeks?
8 A    Uh-huh (affirmative response).
9 Q    After the summer of 2007 for two
10 years?
11 A    Uh-huh (affirmative response).
12 Q    Okay. Did you ever once, after
13 you said, "Lyndon, go to the doctor," say,
14 "Lyndon, what did they tell you"?
15 A    He never went, because he was
16 always working.
17 Q    He never went to the doctor?
18 A    Well, he go now.
19 Q    I didn't ask you that. I said
20 after 2007, when you had this discussion
21 with Lyndon --
22 A    No, he didn't go.
23 Q    -- he never went to the doctor?
24 A    Not to my knowledge.
25 Q    He never went to the doctor