```
 1    lived on Claiborne Avenue?
 2       A    Yes.
 3       Q    Together?
 4       A    Yes.
 5       Q    And he's made no other complaints
 6    other than headache, eyes burning and
 7    nauseated during the nine months that you
 8    have lived on Claiborne Avenue?
 9       A    No, sir.
10       Q    I'm sorry.  It's a lawyer thing.
11    We're both saying "no."  I have to get it
12    clear.  Am I correct in the nine months that
13    you all have lived together on Claiborne
14    Avenue, the only complaints that he has made
15    from a health standpoint was he had
16    headaches, eyes burning and nauseated?
17       A    Yes, sir.
18       Q    Nothing else?
19       A    Nothing else.
20       Q    Ms. Marsh, do you smoke?
21       A    Yes.
22       Q    How much?  About a pack a day?
23       A    Two packs.
24       Q    Camel?
25       A    Huh-uh (negative response).
                                        Page 73
```

```
 1       Q    What?
 2       A    Kools.
 3       Q    Kools.  I was close.  I guess not
 4    real close.  I haven't smoked in awhile.
 5              How long have you had a
 6    two-pack-a-day habit?
 7       A    Since -- How long I had it?
 8       Q    How long have you been smoking two
 9    packs a day?  I call that a two-pack-a-day
10    habit.
11       A    Since I was 25.
12       Q    Well, you're only 26, right?
13       A    I'm 28.
14       Q    I'm trying to be nice.  Okay.  All
15    right.  And before that, you were smoking,
16    right?
17       A    Huh?
18       Q    You didn't start smoking at 25?
19       A    No, I didn't.
20       Q    Right.  You have been smoking for
21    a long time?
22       A    Yes.
23       Q    Since a teenager?
24       A    Yes.
25       Q    All right.  Do you smoke around
                                        Page 74
```

```
 1    Lyndon?
 2       A    No, sir.
 3       Q    Never?
 4       A    Never.
 5       Q    Never ever ever?
 6       A    No, sir.
 7       Q    So you don't smoke inside of the
 8    apartment?
 9       A    No, sir.
10       Q    Would it be true that you, I
11    assume, as -- People who don't live in New
12    Orleans will never understand this word.  Do
13    you know what a stoop is, what I call a
14    stoop?  You sit outside of your apartment?
15       A    No, sir.
16       Q    Okay.  Let's do this.  Would you
17    and Lyndon ever sit outside the apartment on
18    Claiborne Avenue together?
19       A    No.
20       Q    Never?
21       A    No.
22       Q    Okay.  So you never smoked with
23    Lyndon sitting outside the apartment on
24    Claiborne Avenue smoking a cigarette with
25    Lyndon right there?
                                        Page 75
```

```
 1       A    No.
 2       Q    "No."  You wouldn't be there with
 3    Lyndon -- How about you ride with Lyndon in
 4    his car, right?
 5       A    Yes.
 6       Q    His Gallant, right?
 7       A    Yes.
 8       Q    Okay.  Do you smoke in his car?
 9       A    No.
10       Q    Never?
11       A    Never.
12       Q    Never ever ever?
13       A    Never.
14       Q    So you have never smoked in that
15    Gallant?
16       A    No.
17       Q    Even when you're driving it alone?
18       A    No, sir.
19       Q    So let me see if I can get this
20    straight.  You never smoked inside of the
21    Claiborne Avenue apartment where you and
22    Lyndon and your son live, right?
23       A    No, sir.
24       Q    You have never smoked standing
25    outside of the apartment with Lyndon present
                                        Page 76
```


Page 77

1  on the Claiborne Avenue address, correct?
2     A   Yes, sir.
3     Q   And you never smoked inside of his
4  Gallant, correct?
5     A   Yes, sir.
6     Q   All right. Well, on that
7  two-pack-a-day habit, where do you go smoke?
8     A   I leaves.
9     Q   I'm sorry?
10    A   And I walk.
11    Q   You leave what?
12    A   I leaves.
13    Q   So you only smoke these two packs
14 a day when you're walking outside the
15 apartment where Lyndon is not around?
16    A   Yes.
17    Q   Did you ever smoke inside the
18 trailer?
19    A   No, sir.
20    Q   Did Lyndon ever tell you that
21 anybody who was ever in the trailer smoked
22 in the trailer?
23    A   No, sir.
24    Q   Do you know if anybody ever smoked
25 in the trailer?

Page 78

1     A   No, sir.
2     Q   Did you ever smell smoke in the
3  trailer?
4     A   No, sir.
5     Q   Why is it that you don't smoke
6  around Lyndon?
7     A   Because he don't like smoke.
8     Q   And you know that?
9     A   Yes.
10    Q   And you abide by his wishes,
11 right?
12    A   Yes.
13    Q   Why do you laugh?
14    A   I ain't laughing.
15    Q   Does Regina smoke?
16    A   Yes.
17    Q   Did you ever live with Regina?
18 "Yes," right?
19    A   Uh-huh (affirmative response).
20    Q   Did you smoke in that apartment?
21    A   Yes.
22    Q   Okay. How much did Regina smoke?
23    A   Oh, I don't know.
24    Q   A pack a day, two packs a day like
25 you?

Page 79

1     A   Oh, I don't know.
2     Q   Okay. And did Lyndon ever visit
3  you in that apartment?
4     A   No, sir.
5     Q   Never?
6     A   Huh-uh (negative response).
7     Q   Never went over there?
8     A   No, sir.
9     Q   Never even came to the door and
10 knocked?
11    A   No, sir.
12    Q   Who's supporting you today?
13    A   Mr. Lyndon Wright.
14    Q   And that's been true since March
15 of '09, when you moved in?
16    A   Yes.
17    Q   So you did not know Lyndon as a
18 child, pre-teen, correct?
19    A   No, sir.
20    Q   Did you know Lyndon's mother ever?
21    A   I met her.
22    Q   Okay. When?
23    A   I think last year.
24    Q   When you were in the trailer with
25 Lyndon, was anybody else ever there?

Page 80

1     A   No, sir.
2     Q   So his mom, who came occasionally,
3  was never there, right?
4     A   Oh, she visited one time.
5     Q   With you being in the trailer?
6     A   Huh-uh (negative response).
7     Q   Let me start my question over
8  again. On those occasions where in '06 and
9  '07 and '08 that you were in the trailer
10 with Lyndon, whenever those days were, was
11 anybody else ever in the trailer other than
12 the two of you?
13    A   His mother visited, was there.
14    Q   When you were there?
15    A   Uh-huh (affirmative response).
16    Q   Physically there?
17    A   Uh-huh (affirmative response).
18    Q   Okay. How many times?
19    A   I only saw her one time when she,
20 you know, came down here.
21    Q   Other than the one time that you
22 and Lyndon and his mother were in the
23 trailer together, were you on the other
24 occasions, the other times, days that you
25 and Lyndon were in the trailer, was anybody