UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion

**IT IS ORDERED** that the Motion for Expedited Hearing on the Plaintiff's Objection to Defendants Designations of Tyshone Marsh Testimony Beyond the Narrow Scope of Order No. 11934 is hereby GRANTED.

**IT IS FURTHER ORDERED** that the abovementioned motion will be considered on the _____ day of _____, 2010.

THIS DONE the_____ day of _____, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGLEHARDT

1