O AO 440 (Rev. 04/08) Civil Summons

Case 2:09-md-01873-KDE-ALC Document 12811-4 Filed 03/12/10 Page 1 of 2
Case 2:09-md-01873-KDE-MBN Document 13067 Filed 03/22/10 Page 1 of 3

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIELLE MORTON; DONIMINIQUE MORTON; AND WILTON HYMES )<br>Plaintiff )<br>v. )<br>LIBERTY MUTUAL INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; WESTCHESTER SURPLUS LINES INSURACNE COMPANY; ARCH SPECIALTY INSURANCE COMPANY AND FLUOR ENTERPRISES, INC. )<br>Defendant | Civil Action No. 2:10-cv-707 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**Fluor Enterprises, Inc.**
Through its Agent for Service of Process
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: **Mar 12 2010**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __03/15/2010__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __12/17/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fluor Enterprises, Inc.
   Through its Agent for Service of Process
   Corporation Service Company
   320 Somerulos St.
   Baton Rouge, LA 70802-6129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ashley Fa[...]    ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   ASHLEY KALLON

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 2250 0003 8702 4696

PS Form 3811, February 2004    Domestic Return Receipt    707    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BATON ROUGE LA 70802    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.90 | 0046 |
| Certified Fee | $2.80 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.00 | 03/15/2010 |

Sent To: Fluor Enterprises, Inc.
Street, Apt. N or PO Box N: Through its Agent for Service of Process
Corporation Service Company
City, State, Z: 320 Somerulos St.
Baton Rouge, LA 70802-6129

PS Form 380[...]