# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRYL BOUDREAUX <br> Plaintiff <br> v. <br> FRONTIER RV, INC. <br> Defendant | Civil Action No. 2:10-cv-710 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Frontier RV, Inc.
Through its Agent for Service of Process
Lawyer's Aid Service, Inc.
408 W. 17th Street
Suite 101
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: **Mar 12 2010**

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

❧ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __03/15/2010__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __By certified mail__.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date:  __12/17/2009__

Server's signature

Lawrence J. Centola, Jr. - Attorney
Printed name and title

600 Carondelet Street
Suite 602
New Orleans, LA 70130
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sharon Leal*  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): Sharon Leal   C. Date of Delivery: 3-18-10 |
| 1. Article Addressed to:<br><br>Frontier RV, Inc.<br>Through its Agent for Service of Process<br>Lawyer's Aid Service, Inc.<br>408 W. 17th St. Suite 101<br>Austin, TX 78701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0003 8702 4603 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

AUSTIN TX 78701   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.73 | 0046 |
| Certified Fee | $2.80 | 05 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.83 | 03/15/2010 |

Sent To: Frontier RV, Inc.
Street, Apt. or PO Box: Through its Agent for Service of Process
Lawyer's Aid Service, Inc.
City, State: 408 W. 17th St. Suite 101
Austin, TX 78701

7009 2250 0003 8702 4603