UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Nunnery, et al v. Keystone RV Industries., et al,*
E.D. La. Case No. 09-3871

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S REPLY MEMORANDUM IN RESPONSE TO KEYSTONE'S OPPOSITION TO PLAINTIFF'S MOTION TO QUASH SUBPOENA

MAY IT PLEASE THE COURT:

Plaintiff, David McGraw, hereby submits this reply memorandum in support his Motion to Quash the subpoena issued by Keystone RV Company (Keystone) to J.P. Morgan Chase (JPMC) seeking all financial records of plaintiff. The subpoena seeks documents that are irrelevant to the present litigation as they will not disclose the information sought, lead to the discovery of relevant information, and are overly broad and invasive. Instead, if allowed to proceed, the documents subpoenaed will represent an unjustified intrusion into the plaintiff's personal financial history and an abuse of the discovery process.

As stated by Keystone in its Memorandum in Opposition, Rec. Doc. 12961, the defendant is in search of documents and/or information that will not be revealed by such an intrusive search into Mr. McGraw's financial background. The defendant, by its own admission, is seeking to confirm the truth of Mr. McGraw's statements concerning the items he purchased to treat his medical injuries, as well as the identification of other over-the-counter medications he may have

taken during the time frame when he lived in his FEMA trailer and afterwards, and materials he may have purchased that might contain formaldehyde or other chemicals. *See* Keystone's Memorandum in Opposition, Rec. Doc. 12961, p. 5-6. However, the financial records that would be disclosed if the subpoena is allowed to proceed will not reveal the information Keystone is looking to discover.

Keystone's subpoena is pursuing information that would reveal the specific items Mr. McGraw purchased from each point of sale location during his residency in his FEMA trailer and after he moved out. Yet, the financial records maintained by JPMC will not reveal that information. The attached declaration of Linda Coribello, a legal specialist with JPMC, attests that JPMC only maintains non-specific records of point of sale regarding purchases. *See* Declaration of Linda Coribello, attached as Exhibit A. The JPMC records sought by Keystone do not provide detailed information regarding specific items purchased at POS locations. *Id.* Keystone's Subpoena must be quashed as, by Keystone's own admission, the documents requested will not provide the information sought. Accordingly, to allow such a subpoena to proceed would represent an unjustified intrusion into Mr. McGraw's financial history and would be an abuse of the discovery process.

For all the reasons argued above and in his Motion to Quash, David McGraw requests this Court quash Keystone's subpoena and protect him and his financial history from an unwarranted intrusion.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 22, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER