## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT IS RELATED TO: 09-3871 | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| Nunnery v. Keystone Industries, Inc., et al | * | |
| Claims of David L. McGraw | * | |

**************************************************************************

### DECLARATION OF LINDA CORIBELLO

I, Linda Coribello, state and declare as follows:

1.  I am above the age of majority, and I make this Declaration based on facts that are within my own personal knowledge. I am not under any disability, I am competent to testify concerning the subject matter set forth in this Declaration, and would do so in open court, under oath, if called upon to do so.

2.  I am employed as a Legal Specialist II by JPMorgan Chase Bank, N.A.(JPMC), located at 1 Chase Manhattan Plaza, 26th Floor, New York, New York, 10005.

3.  JPMC was served with a subpoena requesting certain information pertaining to JPMC customer, David L. McGraw.

4.  JPMC only maintains non-specific records of points of sale (POS) regarding purchases made using a JPMC issued credit card and/or ATM debit card. JPMC records do not provide detailed information regarding specific items purchased at POS locations using JPMC cards.

Pursuant to 28 U.S.C. § 17.46, I declare under penalty of perjury that the foregoing is true and correct.

Executed this / 8th day of March, 2010.

_____
Linda Coribello