UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Nunnery, et al v. Keystone RV Industries., et al*, Case No. 09-3871

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

**UNOPPOSED *EX PARTE*/CONSENT MOTION**

**UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE*/CONSENT MOTION TO FILE A REPLY MEMORANDUM IN SUPPORT OF "DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFF DAVID MCGRAW'S FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION" (Rec. Doc. 12264)**

Defendant United States of America (United States) pursuant to Local Rules hereby files this Unopposed *Ex Parte*/Consent Motion to file a Reply Memorandum in Support of "Defendant United States of America's Motion To Dismiss Plaintiff David McGraw's FTCA Claims For Lack Of Subject Matter Jurisdiction" (Rec. Doc. 12264). The Court should grant this motion and enter the attached Order for the reasons set forth in the Memorandum filed in support of this Motion.

Undersigned government counsel has conferred with Liaison Counsel through e-mail, and undersigned government counsel hereby certifies that Liaison Counsel does not object to this motion.

Dated: March 22, 2010                                    Respectfully Submitted,

TONY WEST                                                ADAM BAIN
Assistant Attorney General, Civil Division               Senior Trial Counsel

J. PATRICK GLYNN                                         MICHELLE BOYLE
Director, Torts Branch, Civil Division                   ADAM DINNELL
                                                         MICHELE GREIF
DAVID S. FISHBACK                                        JONATHAN WALDRON
Assistant Director                                       Trial Attorneys

OF COUNSEL:                                              *//S//* *Henry T. Miller*
                                                         HENRY T. MILLER (D.C. Bar No. 411885)
JORDAN FRIED                                             Senior Trial Counsel
Associate Chief Counsel                                  United States Department of Justice
                                                         Civil Division – Torts Branch
JANICE WILLIAMS-JONES                                    P.O. Box 340, Ben Franklin Station
Senior Trial Attorney                                    Washington, D.C. 20004
Federal Emergency Management Agency                      Telephone No: (202) 616-4223
Department of Homeland Security                          E-mail: Henry.Miller@USDOJ.Gov
Washington, D.C. 20472

                                                         Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                         *//S//* *Henry T. Miller*
                                                         HENRY T. MILLER (D.C. Bar No. 411885)