UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Nunnery, et al v. Keystone RV Industries., et al, Case No. 09-3871*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

**UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED *EX PARTE*/CONSENT MOTION TO FILE A REPLY MEMORANDUM IN SUPPORT OF "DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFF DAVID MCGRAW'S FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION"**
**(Rec. Doc. 12264)**

Defendant United States of America ("United States") pursuant to Local Rules hereby submits this Memorandum in support of its files this Unopposed *Ex Parte*/Consent Motion to file a Reply Memorandum in Support of "Defendant United States of America's Motion To Dismiss Plaintiff David McGraw's FTCA Claims For Lack Of Subject Matter Jurisdiction" (Rec. Doc. 12264). The United States requests permission to file the Reply Memorandum to respond to arguments made by the Plaintiffs' Steering Committee that were not addressed in the United States initial Memorandum.

Undersigned Government counsel has conferred with Liaison Counsel and hereby certifies that Liaison Counsel does not object to this motion.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex Parte*/Consent Motion, enter the attached proposed Order and instruct the Clerk of Court to file

the attached Reply Memorandum.

| | |
|---|---|
| Dated: March 22, 2010 | Respectfully Submitted, |
| | |
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | MICHELLE BOYLE |
| Director, Torts Branch, Civil Division | ADAM DINNELL |
| | MICHELE GREIF |
| DAVID S. FISHBACK | JONATHAN WALDRON |
| Assistant Director | Trial Attorneys |
| | |
| OF COUNSEL: | //S// *Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED | Senior Trial Counsel |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, D.C. 20004 |
| Federal Emergency Management Agency | Telephone No: (202) 616-4223 |
| Department of Homeland Security | E-mail: Henry.Miller@USDOJ.Gov |
| Washington, D.C. 20472 | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

> //S// *Henry T. Miller*
> HENRY T. MILLER (D.C. Bar No. 411885)