# Transcript of the Testimony of
# Videotaped Deposition of David Leon McGraw

### Date taken: February 22, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 7

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER         MDL NO. 1873
FORMALDEHYDE PRODUCTS        SECTION "N"(5)
LIABILITY LITIGATION         JUDGE ENGELHARDT
                             MAGISTRATE CHASEZ
This document relates to:
Keith Nunnery, et al. vs. Keystone
Industries, Inc., et al.
No. 09-3871  (David McGraw)

                   * * *
       Videotaped Deposition of DAVID LEON
McGRAW, 5212 Dauphine Street, New Orleans,
Louisiana 70117, taken at the law offices of
Gainsburgh, Benjamin, David, Meunier &
Warshauer, LLC, 2800 Energy Centre, 1100
Poydras Street, New Orleans, Louisiana
70163, on Monday, the 22nd day of February,
2010.

REPORTED BY:
    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

                                        Page 1
```

```
 1  APPEARANCES:
 2     GAINSBURGH, BENJAMIN, DAVID,
         MEUNIER & WARSHAUER, LLC
 3     (BY: JUSTIN I. WOODS, ESQUIRE)
       2800 ENERGY CENTRE
 4     1100 POYDRAS STREET
       NEW ORLEANS, LOUISIANA 70163
 5
       HURRICANE LEGAL CENTER
 6     (BY: SHARROLYN J. MILES, ESQUIRE)
       600 CARONDELET STREET, SUITE 602
 7     NEW ORLEANS, LOUISIANA 70130
 8         ATTORNEYS FOR THE PLAINTIFFS
 9     U.S. DEPARTMENT OF JUSTICE
       (BY: HENRY MILLER, ESQUIRE)
10     CIVIL DIVISION
       1331 PENNSYLVANIA AVENUE, N.W.
11     WASHINGTON, D.C. 20004
12         ATTORNEYS FOR DEFENDANT, UNITED
           STATES OF AMERICA
13
       BAKER DONELSON
14     (BY: GERARDO R. BARRIOS, ESQUIRE)
       3 SANCTUARY BOULEVARD, SUITE 201
15     MANDEVILLE, LOUISIANA 70471
16         ATTORNEYS FOR DEFENDANT,
           CH2M HILL CONSTRUCTORS, INC.
17
       MIDDLEBERG, RIDDLE & GIANNA
18     (BY: RICHARD A. SHERBURNE, JR., ESQUIRE
        - VIA TELEPHONE)
19     450 LAUREL STREET, SUITE 1101
       BATON ROUGE, LOUISIANA 70801
20
           ATTORNEYS FOR FLUOR ENTERPRISES,
21         INC.
22
23
24
25
                                        Page 2
```

```
 1  APPEARANCES CONTINUED:
 2     JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE, LLP
 3     (BY: RYAN E. JOHNSON, ESQUIRE)
       FOUR UNITED PLAZA
 4     8555 UNITED PLAZA BOULEVARD
       BATON ROUGE, LOUISIANA 70809
 5
           ATTORNEYS FOR DEFENDANT,
 6         KEYSTONE RV COMPANY
 7                 * * *
 8             EXAMINATION INDEX
 9                               Page
10  EXAMINATION BY MR. JOHNSON ............9
    EXAMINATION BY MR. MILLER ...........199
11  EXAMINATION BY MR. JOHNSON ..........293
    EXAMINATION BY MR. BARRIOS ..........333
12  EXAMINATION BY MR. JOHNSON ..........390
    EXAMINATION BY MR. WOODS ............398
13  EXAMINATION BY MR. JOHNSON ..........412
    EXAMINATION BY MR. BARRIOS ..........414
14                 * * *
15             INDEX OF EXHIBITS
16                               Page
17  Exhibit No. 1 .......................15
18  Second Amended Notice of Video-Taped
19  Deposition of David McGraw and Request for
20  Inspection and Copying of Documents
21  Exhibit No. 2 .......................15
22  Subpoena to David McGraw and attached
23  Exhibit A
24  Exhibit No. 3 .......................15
25  Handwritten diagram
                                        Page 3
```

```
 1  Exhibit No. 4 ......................132
 2  Handwritten diagram
 3  Exhibit No. 5 ......................166
 4  Handwritten diagram
 5  Exhibit No. 6 ......................200
 6  Keystone RV Company Owners Manual dated
 7  9-16-04 (MCGRAW000001 through 000124)
 8  Exhibit No. 7 ......................201
 9  U.S. Department of Homeland Security,
10  Federal Emergency Management Agency
11  Temporary Housing Unit Inspection Report
12  dated 7-27-06 (MCGRAW000179)
13  Exhibit No. 8 ......................203
14  U.S. Department of Homeland Security,
15  Federal Emergency Management Agency
16  Emergency Shelter - Agreement to Rules of
17  Occupancy dated 7-27-06 (MCGRAW000180)
18  Exhibit No. 9 ......................205
19  CH2M Hill Pre-Delivery Trailer Inspection
20  dated 7-21-06 (MCGRAW000181 through 000183)
21  Exhibit No. 10 .....................205
22  FEMA Trailer User's Guide, Version 5
23  (MCGRAW000184 through 000198)
24  Exhibit No. 11 .....................252
25  Claim Form to FEMA dated 6-23-08
                                        Page 4
```

Page 5:

```
 1   (MCGRAW000199 through 000200)
 2   Exhibit No. 12 .....................228
 3   Claim for Damage, Injury, or Death
 4   (MCGRAW000201 through 000203)
 5   Exhibit No. 13 .....................226
 6   Hurricane Legal Center, LLC, Contingency Fee
 7   Contract, Re:  FEMA Trailer Formaldehyde
 8   dated 6-23-08
 9   Exhibit No. 14 .....................256
10   Department of Homeland Security, Federal
11   Emergency Management Agency Declaration and
12   Release dated 11-21-05 (FEMA200-000041
13   through 000042)
14   Exhibit No. 15 .....................257
15   Department of Homeland Security, Federal
16   Emergency Management Agency Emergency
17   Shelter - Agreement to Rules of Occupancy
18   dated 7-27-06 (FEMA200-000047)
19   Exhibit No. 16 .....................258
20   Federal Emergency Management Agency
21   Individuals and Households Program (IHP)
22   Temporary Housing Occupancy Agreement dated
23   4-11-07 (FEMA200-000062 through 000063)
24   Exhibit No. 17 .....................265
25   Federal Emergency Management Agency
```

Page 6:

```
 1   Landowner's Authorization Ingress-Egress
 2   Agreement dated 1-31-06
 3   (CH2M-FEMA(MDL)-006419 through 006420)
 4   Exhibit No. 18 .....................230
 5   Claim for Damage, Injury, or Death dated
 6   5-26-2009 (FEMA-001014 through 001016)
 7   Exhibit No. 19 .....................277
 8   Document entitled "Important Information for
 9   Travel Trailer Occupants" (BONOMO_EX-000008
10   through 00009) - Previously marked Bonomo 4
11   and A. Alexander 22
12   Exhibit No. 20 .....................278
13   FEMA Important Formaldehyde Information for
14   FEMA Housing Occupants (LARSON_EX-000007 and
15   FEMA09-000388) - Previously marked Larson 3
16   Exhibit No. 21 .....................285
17   Plaintiff Fact Sheet for David L. McGraw
18   Exhibit No. 22 .....................384
19   Five Google maps with markings made during
20   the deposition
```

Page 7:

S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

* * *

JAMES T. BRADLE, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

Page 8:

THE VIDEOGRAPHER:
    We're on the record.  The time is approximately 9:41.  Today's date is the 22nd day of February, 2010.  This is the videotaped deposition of Mr. David McGraw in the case entitled "FEMA Trailer Formaldehyde Products Liability Litigation."
    Would counsel please identify themselves and which party they represent.
    MR. WOODS:
        Justin Woods, Plaintiffs' Steering Committee.
    MS. MILES:
        Sharrolyn Miles, Hurricane Legal Center.
    MR. MILLER:
        Henry Miller, the defendant, United States of America.
    MR. BARRIOS:
        Gerry Barrios, CH2M Hill Constructors, Inc.
    MR. JOHNSON:
        Ryan Johnson, Keystone RV Company.
    * * * *
    * * * *

think it was June the 26th. So once they --
Q Were you asked -- I'm sorry.
A -- set my trailer up on cement blocks, they still couldn't give us the key, because the lady came about three or four days later to give a key to -- That's who came and gave me the documents for that, the manual and all that, walked me around the trailer.

They came later. They opened the trailer up, walked me around, "This is your microwave," blah blah, "how you use this. Your stove is run by propane. This is your heater. This is your bedroom," and all the stuff, like, "this is your bathroom." They walked me through the whole thing. They showed me how to work the trap on the trailer.
Q Was this a man or woman?
A It was a man that came and give me the manual.
Q What was the man's name?
A I can't -- that been so -- I can't even recall. If anything, his name should be on the documents, what I signed, too,

Page 173

because that's the same forms I signed with his name on them.
Q So the man, he walked you around the trailer, and did he show you how to use the appliances and things like that?
A He showed me how to use the appliances, the microwave, the oven, the A/C, the heater, how you run it, and then they said, "Now, this isn't just like the other trailers, where you just flush the toilet and it will go right out. This is a camper trailer. You got a gauge on the trailer that's going to show you. Once it gets full, you got to go open the trap and let it out."
Q That process of opening that tank, was it like that the whole time you moved in it?
A The whole time.
Q How often would you have to go and do that?
A I had to do that -- I say about once a week.
Q After he walked you around, this man -- Well, let me ask you this. Did he

Page 174

work for FEMA?
A I think so, yes.
Q Did he -- I think you have already told us, but did he give you any documents?
A No, I saw that he had a FEMA badge on.
Q Oh, okay.
A That's how I knew he was from FEMA.
Q An older guy or a younger guy?
A Well, like young 40, like 40 something, 42, something like that.
Q A white guy, a black guy?
A White.
Q All right. So I was going to ask you about the documents. What did he give you during that meeting?
A After he walked me through the trailer, showed me how to work everything, he give me the manuals and documents of everything for the trailer and told me to keep this. That's how I kept that for so long, because I forgot I even had them, because it was still in that plastic container right there.

Page 175

Q So this FEMA guy gave you some documents in this plastic container --
A Yes.
Q -- that your lawyer has provided to us?
A Yes.
Q What did he tell you about this, the documents that were in there?
A He told me to keep ahold of that, keep that with you at all times.
Q When you got that plastic folder with the stuff in it, what did you do with it?
A Mostly he told me to go over the manuals and read it, so if you have any problem with the trailer, call FEMA, and they will send somebody out to take care of the maintenance.
Q So after he did that, he gave you that folder --
A Yeah, with all the manuals and I signed the paper and he signed it with his name on it.
Q Did you sit down and read those papers?

Page 176

**Page 177**

1  A   I read some of the manual, the big
2  book. I never got through with the other.
3  Q   What parts of the manual did you
4  read?
5  A   About the A/C, the smoke detector
6  and the other detector, what it was, carbon
7  dioxide.
8  Q   Did he tell you those were the
9  sections you should read or that's what you
10 decided --
11 A   No, it was just something --
12 Q   Hang on. Hang on. Did he tell
13 you to read those sections or that's just
14 what you decided to read?
15 A   No, he just told me to read the
16 manual.
17 Q   Okay. And you only read those
18 parts?
19 A   I read certain parts of the book,
20 what I got to, because I ain't read the
21 whole book.
22 Q   Well, if I showed it to you right
23 now, and we have it, your lawyer has
24 provided it, could you tell me what parts of
25 it you read?

**Page 178**

1  A   Mostly I just went through some of
2  the book, because, like I told you, I didn't
3  read the whole book.
4  Q   So as we sit here today, you don't
5  remember what parts you read?
6  A   I told you I went through some of
7  the parts, like I told you, keeping the A/C
8  and all that stuff, how you run it, keep it
9  at a certain temperature.
10 Q   I mean, is it fair to say you
11 looked at the parts that related to the
12 stuff you needed to know how to operate?
13 A   You see, that's what I was about
14 to say. I read most -- some of the parts
15 that I used daily, every day.
16 Q   Like the air conditioning?
17 A   The air conditioning, the heater.
18 I already knew how to use the microwave, so
19 I didn't have to read that. So I just read
20 the stuff, mostly what I'm going to be using
21 every day. That's what I did.
22 Q   When you -- Did you read it --
23 That stuff that you read, was that pretty
24 much like right after he gave you the book?
25 A   No.

**Page 179**

1  Q   When was that?
2  A   Like a couple of days later,
3  because like I said, I was mostly working
4  and stuff. I didn't really have time,
5  because I was trying to do this and get the
6  other house gutted out and stuff, going to
7  work. Like I say, I mostly wasn't hardly in
8  the trailer. The trailer was for at
9  nighttime, when I'm resting to go to work,
10 because I stayed there to a certain time, to
11 about 1:00, then I go lay down till I get
12 ready to go to work.
13 Q   Okay. So it was a couple of days
14 after he gave you the manual and that stuff,
15 you read through the manual; is that fair?
16 A   I ain't read it all. Like I read
17 certain things, just --
18 Q   Parts of it?
19 A   Parts, yeah.
20 Q   And then after you did that, did
21 you read it again?
22 A   No.
23 Q   Did you need to?
24 A   No, because really once I learned
25 the parts I needed to work, A/C and all

**Page 180**

1  that, that's all I needed to know.
2  Q   After that, you got what you
3  needed out of it, what did you do with the
4  manual? Where did you put it?
5  A   Everything went back in that
6  plastic folder.
7  Q   And then where did you put it
8  after that?
9  A   I put it in a safe spot in the
10 cabinets.
11 Q   In the trailer?
12 A   In the trailer.
13 Q   And so you put it in the cabinet.
14 When's the next time you got it out after
15 you put it away?
16 A   Most of the time I didn't get it
17 out no more.
18 Q   You didn't ever get it out again?
19 A   No. Mostly, like I say, I was
20 doing so much stuff, I ain't never had a
21 chance to read it back again, because I was
22 doing stuff to the other house.
23 Q   Well, obviously, you had to get it
24 out at some point, right, because we got it
25 here today. When did you get it out of the

**Page 197**

1 would the pink slip say?
2 　A　That they checked everything off
3 on the trailer. He will go over there and
4 check everything that's on his maintenance
5 slip showing that it don't need no
6 maintenance and I sign it.
7 　Q　And was it the same person that
8 you would see every month?
9 　A　No, a different person.
10 　Q　Every time a different person?
11 　A　A different person.
12 　Q　And each time somebody came out --
13 Well, were there any problems at any of
14 those monthly visits when they came out?
15 　A　Not as far as I can -- I know at
16 one point I told them -- One of the
17 maintenance people came out and I told them
18 they got rodents in the trailer, like mice
19 and spiders. Well, you know, as far as
20 that's it. So we got to contact somebody,
21 and they never came back with the poison.
22 Me and my sister had to put tapes over the
23 vents during the summertime to keep the mice
24 from coming into the trailer.
25 　Q　What vents are you talking about?

**Page 198**

1 　A　On the floor events for the
2 heater. That's where the mice was coming
3 through, the heater vents.
4 　Q　You actually saw mice --
5 　A　We saw them coming.
6 　Q　-- in your trailer?
7 　A　Yes. I even caught four on one
8 glue trap.
9 　Q　Did your sister have them in her
10 trailer, too?
11 　A　She had the same way, because she
12 had them in her trailer and I had them in my
13 trailer.
14 　Q　When you taped up those vents, did
15 that stop the problem?
16 　A　For awhile, it stopped them.
17 　Q　You said --
18 　A　Like I say, it wasn't like bad as
19 it was, you seeing three or four of them.
20 You might see one. But as we take them up,
21 it got a less and less problem. As you say,
22 you might see one run around. But before we
23 taped it up, you would see three or four.
24 You would see mice. You open the cabinet
25 and you see them in there.

**Page 199**

1 　Q　Were there -- Not in your trailer,
2 but just in your neighborhood on your block,
3 is there a problem with mice around?
4 　A　I don't know, because, like I
5 said, we only had me and my sister staying
6 there. We were the only ones on the block.
7 Because like I said, everybody on the block
8 didn't have a trailer. They couldn't come
9 back. Their house wasn't finished. So me
10 and my sister and her husband was the only
11 people in the block.
12 　MR. MILLER:
13 　　Is this a good point for a break?
14 　MR. JOHNSON:
15 　　Yes, it would be a perfect spot.
16 　THE VIDEOGRAPHER:
17 　　We're off the record. It's 2:07.
18 (Discussion off the record.)
19 　THE VIDEOGRAPHER:
20 　　We're back on the record. It's
21 2:24.
22 EXAMINATION BY MR. MILLER:
23 　Q　Mr. McGraw, my name is Henry
24 Miller. I represent the defendant, the
25 United States of America. We met the first

**Page 200**

1 thing this morning; is that correct?
2 　A　Yes.
3 　Q　I want to go through some
4 documents with you initially, and briefly
5 during the break you had a chance to look at
6 some of those documents; is that correct?
7 　A　Yes.
8 　Q　The first document I want to hand
9 you is marked Exhibit No. 6. It's assigned
10 Bates numbers McGraw 000001 through the last
11 page, which is 124, and is that the owner's
12 manual that you produced to your counsel in
13 this case, a copy of that owner's manual?
14 　A　Yes.
15 　Q　And you had a chance to page
16 through that. From what you saw, is that a
17 true and accurate copy of the owner's
18 manual?
19 　A　Yes.
20 　Q　And that is the owner's manual
21 that you received when you moved into the
22 travel trailer in July of 2007 -- 2006; is
23 that correct?
24 　A　Yes.
25 　Q　And my understanding is that the

**Page 201**

1  person who leased you into that unit told
2  you you should read through and look through
3  that manual; is that right?
4      A    Yes.
5      Q    And you did look through parts of
6  that manual soon after you moved in; is that
7  right?
8      A    Yes.
9      Q    I'm going to hand you the second
10 document now, which is marked McGraw
11 Exhibit 7. It's Bates stamped McGraw
12 000179. Do you recognize that document,
13 sir?
14     A    Yes.
15     Q    And is that your signature at the
16 bottom of the page?
17     A    Yes.
18     Q    And is that document dated?
19     A    Yes.
20     Q    And what is the date on that
21 document?
22     A    It says it's 7-27-06.
23     Q    Does this indicate that you would
24 have signed this document on July 27th,
25 2006?

**Page 202**

1      A    Yes.
2      Q    Okay. And this document is titled
3  "Temporary Housing Unit Inspection Report";
4  is that correct?
5      A    Yes.
6      Q    And do you recall signing this
7  inspection report when you were leased into
8  the unit in July of 2006?
9      A    Yes.
10     Q    And this document indicated that
11 the unit that you were issued had no damage;
12 isn't that right?
13     A    Yes.
14     Q    And before signing this document,
15 you inspected the unit with the person who
16 leased you in; is that right?
17     A    Yes.
18     Q    And you indicated that all the
19 things that are marked here as new and not
20 damaged were, in fact, new --
21     A    Yes.
22     Q    -- and not damaged; is that right?
23     A    Yes.
24     Q    I'm going to hand you the next
25 document, which is marked Exhibit No. 8, and

**Page 203**

1  is McGraw 000180. Do you recognize this
2  document?
3      A    Yes.
4      Q    And is that your signature at the
5  middle of the page and dated July 27th,
6  2006?
7      A    Yeah.
8      Q    And this document is titled
9  "Emergency Shelter - Agreement to Rules of
10 Occupancy"; is that right?
11     A    Yes.
12     Q    And that first sentence there
13 says, "I acknowledge and understand that
14 FEMA is providing this unit as a temporary
15 shelter because the President declared a
16 major disaster or emergency in the area and
17 I am not able to live in my residence due to
18 this event"?
19     A    Yes.
20     Q    And that was the case for you,
21 wasn't it, sir?
22     A    Yes.
23     Q    You could not live in your
24 residence; isn't that right?
25     A    Yes.

**Page 204**

1      Q    You needed the trailer, because
2  otherwise, you couldn't have come back and
3  lived in New Orleans and worked?
4      A    Yes.
5      Q    Now, in addition, if you go down
6  there, it has a couple of numbers and it
7  has, "I have been informed and understand
8  that violations of any of the rules listed
9  below may result in my being required to
10 leave the unit immediately. I agree that
11 I," and then go to No. 4 there, it says
12 "must accept," and I think it should be
13 "other," but it's misspelled, "housing
14 options, when they become available."
15         Do you see that?
16     A    Yes.
17     Q    You stayed in that trailer because
18 there were no other housing options
19 available; isn't that right?
20     A    Yes.
21     Q    And, in fact, you realized that if
22 there were other housing options available
23 to you, you had to use them?
24     A    Yes.
25     Q    I want to show you document

**Page 205**

1  Exhibit No. 9. Do you recognize that
2  document?
3      A   Yes.
4      Q   And that document is assigned
5  Bates Nos. McGraw 000181 through 183. Were
6  you provided this document when you were
7  leased into the unit?
8      A   Yes.
9      Q   And did you go through this
10 checklist or would somebody already have
11 gone through this checklist and gave you a
12 copy of it?
13     A   Somebody went through it with me.
14     Q   Okay. So someone went through all
15 these things on here, checked them off with
16 you?
17     A   Yes.
18     Q   And so you were present when they
19 went through and did this review of the
20 trailer?
21     A   Yes.
22     Q   I want to hand you the document
23 which is marked Exhibit No. 10. It's Bates
24 stamped McGraw 000184 through 198. It's
25 titled "FEMA Trailer User's Guide, Version

**Page 206**

1  No. 5."
2      Do you recognize that document?
3      A   Yes.
4      Q   And is this a document you
5  received when you were leased into the unit?
6      A   Yes.
7      Q   And did the person who leased you
8  in, did they tell you to read through this
9  document?
10     A   Yes.
11     Q   And did you read through this
12 document?
13     A   Yes, he went through it with me.
14     Q   The person that leased you in went
15 through it with you?
16     A   Yes.
17     Q   You notice at the bottom there,
18 first page, 184, it says "Copyright 2006 by
19 CH2M Hill, Inc. - Company Confidential"; do
20 you see that, sir?
21     A   Yes.
22     Q   You indicated earlier that you
23 thought it was a FEMA person that leased you
24 in. Do you know whether, in fact, it was a
25 FEMA person or a Government contractor, such

**Page 207**

1  as a representative from CH2M Hill, or their
2  contractor who leased you in?
3      A   I couldn't tell you. All I saw
4  was a badge.
5      Q   Okay. You don't know one way or
6  the other --
7      A   No, I don't.
8      Q   -- whether they were a FEMA
9  employee? I'm sorry. Let me finish my
10 question; otherwise, we're going to get
11 caught up here.
12     Do you know one way or the other
13 whether the person who leased you in was a
14 FEMA employee or a Government contractor
15 employee?
16     A   Like I said, I couldn't tell
17 really from a FEMA or a Government agent.
18     Q   Okay. It could have been one or
19 the other?
20     A   One or the other.
21     Q   Now, this document here said, "An
22 inspector" -- In the third paragraph on the
23 first page of Exhibit No. 10, it says, "An
24 inspector will conduct monthly maintenance
25 visits to check the condition of the unit,

**Page 208**

1  operation of the appliances, and check for
2  leaks in the water, sewage and gas systems.
3  If you have any concerns or problems, the
4  inspector may correct them immediately or
5  dispatch a maintenance team."
6      MR. WOODS:
7          He wasn't reading.
8      MR. MILLER:
9          That's fine.
10     THE WITNESS:
11         I see it.
12     EXAMINATION BY MR. MILLER:
13     Q   From your earlier testimony --
14     MR. WOODS:
15         Read that sentence first.
16     EXAMINATION BY MR. JOHNSON:
17     Q   Oh, please. I'm sorry. I don't
18 mean to rush you.
19     A   All right. Go ahead.
20     Q   From your earlier testimony, I
21 gather that somebody came out every month to
22 inspect your trailer and your sister's
23 trailer?
24     A   Yes.
25     Q   And at that time, you were

**Page 209**

```
 1  generally present?
 2      A    Yes.
 3      Q    And you signed off on those
 4  inspections?
 5      A    Yes.
 6      Q    At any point in time did you make
 7  any complaints to that inspector about
 8  problems with the trailer?
 9      A    No.
10      Q    You indicated earlier that you may
11  have mentioned that you had a rodent
12  infestation problem to the maintenance
13  person. Do you recall that?
14      A    Yes.
15      Q    Okay. So you did make a complaint
16  about the rodents?
17      A    Yes.
18      Q    Other than complaining about the
19  rodents to the maintenance person, did you
20  complain about any other problems with the
21  trailer?
22      A    At one time I complained about the
23  trailer when they was about to take the
24  trailer. The heater went out.
25      Q    Okay. So you complained about
```

**Page 210**

```
 1  rodents and you also complained about the
 2  heater?
 3      A    Yes.
 4      Q    Besides those two complaints, any
 5  other complaints?
 6      A    That's it.
 7      Q    Okay. At any point in time did
 8  you ever call the maintenance hotline -- And
 9  let me step back. I apologize. Okay. This
10  Exhibit 10 has on it a maintenance hotline,
11  an 800 number; is that right?
12      A    Yes.
13      Q    At any point did you call the
14  maintenance hotline and say, "I have a
15  problem with the trailer"?
16      A    No.
17      Q    At any point in time did you call
18  FEMA and say, "I have a problem with the
19  trailer"?
20      A    No.
21      Q    At any point in time did you tell
22  your sister or any of your family members
23  that you were having problems with the
24  trailer?
25      A    Like I said, the only problem I
```

**Page 211**

```
 1  told my sister and them was uncomfortable to
 2  sleep.
 3      Q    Okay. That bed mattress was too
 4  thin?
 5      A    The bed mattress.
 6      Q    But other than that, any other
 7  complaints that you made about the trailer
 8  to your family members?
 9      A    No.
10      Q    Did you ever complain about any
11  problem with odors in the unit?
12      A    To my sister, like I said, I don't
13  know if it was the holding tank where the
14  sewage go in. You see, that's why I kept
15  air fresheners in the trailer. Like you
16  asked me, "Did you ever smell odors?" I
17  really kept air fresheners in the trailer
18  because of the smell I was thinking was
19  coming from the trap.
20      Q    Was it like a sewage type smell?
21      A    Like a sewage. I couldn't say,
22  because sometimes when I go to use the
23  sewers, gnats come out of the sewers.
24      Q    Did you ever complain to FEMA
25  about this sewage odor type smell?
```

**Page 212**

```
 1      A    No.
 2      Q    Did you ever complain to the
 3  maintenance contractor about this sewage
 4  odor type smell?
 5      A    No.
 6      Q    Did you ever complain to any
 7  doctors or medical practitioners about this
 8  sewage odor type smell?
 9      A    None.
10      Q    Did you ever complain to any
11  counselor or any mental health person about
12  this sewage odor type smell?
13      A    No.
14      Q    You did complain to some of your
15  family members about this sewage odor type
16  smell?
17      A    Yes.
18      Q    Anybody else besides your family
19  members?
20      A    My friend Robert Smith. He's my
21  neighbor.
22      Q    Besides your family members and
23  Mr. Smith, anybody else that you complained
24  to?
25      A    No.
```

53 (Pages 209 to 212)

```
 1     Q   So the only time you ever
 2  complained about this unit was, one, the
 3  concern about rodents and spiders?
 4     A   Yes.
 5     Q   Two, the furnace, and three, the
 6  problems with the sewage type odor in the
 7  unit, and for that, you complained to your
 8  sister?
 9     A   Yes.
10     Q   And Mr. Robert Smith?
11     A   Yes, because he had the same
12  trailer I had, so I asked him did he have
13  the same problem.
14     Q   And did he?
15     A   He said he had the same problem
16  with his sewage.
17     Q   And these camper units, the one
18  that you had, that had what is called a gray
19  water or black water tank?
20     A   Yeah. I think it was a black
21  water tank.
22     Q   It's a holding tank for the
23  sewage?
24     A   It's a holding tank.
25     Q   At any point in time while you
                                     Page 213
```

```
 1  were living in this unit, did you complain
 2  to FEMA about formaldehyde odors in the
 3  unit?
 4     A   Well, at the time, I didn't know
 5  nothing about formaldehyde at the time.
 6     Q   Understood. And just to make it
 7  clear, you never complained about any
 8  formaldehyde or any odors to FEMA?
 9     A   No.
10     Q   You didn't complain about
11  formaldehyde or any odors to the contractor
12  who was doing the maintenance?
13     A   No.
14     Q   And you never complained to any
15  doctor or medical practitioner about any
16  odors or formaldehyde in the unit, correct?
17     A   No.
18     Q   In fact, even most recently you
19  visited a doctor two to three weeks ago and
20  you didn't tell him that you thought you had
21  formaldehyde problems in the unit?
22     MR. WOODS:
23         Objection. It mischaracterizes
24  his earlier testimony.
25  EXAMINATION BY MR. MILLER:
                                     Page 214
```

```
 1     Q   Go ahead.
 2     A   No, because really I don't even
 3  know, because I'm scared to even go to see
 4  if I got cancer.
 5     Q   Okay. I'm not -- I just want to
 6  know, you didn't tell the doctor, "Hey, I
 7  think when I was in the trailer, I was
 8  exposed to formaldehyde"?
 9     A   Yes.
10     Q   Did you tell the doctor that?
11     A   No.
12     Q   Now, it's my understanding for
13  medical treatment, going to a doctor, we
14  have discussed your two trips that you made
15  to the doctor. One trip occurred in
16  November of 2005 when you were living in
17  Sulphur, Louisiana?
18     A   Yes.
19     Q   And the second visit occurred two
20  or three weeks ago, January, February, 2010;
21  is that correct?
22     A   Yes.
23     Q   Between November, 2005 and
24  February -- January, February, 2010, you
25  never went to see a doctor?
                                     Page 215
```

```
 1     A   I couldn't pay for it. I just got
 2  a free Medicare doctor for this month, so --
 3     Q   All I'm asking is, did you go see
 4  a doctor between November, 2005 and January,
 5  2010?
 6     A   Yes.
 7     Q   What doctor did you go see?
 8     A   I went to a free clinic.
 9     Q   When and where?
10     A   The one time in Sulphur,
11  Louisiana, 2005, November. I went to a free
12  clinic in New Orleans. When it was? I
13  think it was January something.
14     Q   Let me step back. My
15  understanding is you went to a doctor twice?
16     A   Yes.
17     Q   Once was in November of 2005, and
18  the second time was in January, 2010?
19     A   Yes.
20     Q   Between that time, you never went
21  and saw a doctor?
22     A   No. I couldn't afford to go to no
23  doctor.
24     Q   And my question is, you did not go
25  to a doctor between November of 2005 --
                                     Page 216
```

54 (Pages 213 to 216)

```
 1    A   Yes.
 2    Q   -- and January of 2010?
 3    A   Because I wasn't really sick.  All
 4  I had was a little case of allergy.
 5    Q   Okay.
 6    MR. WOODS:
 7        He didn't finish his answer.  You
 8  interrupted him before he finished his
 9  answer.  He was giving a more complete
10  answer to your question.
11  EXAMINATION BY MR. MILLER:
12    Q   My only question, sir, is you went
13  to a doctor in November of 2005, right?
14    A   Yes.
15    Q   The next time after that you went
16  to a doctor was in January of 2010?
17    A   Yes.
18    Q   Between November, 2005 and
19  January, 2010, you didn't see a doctor?
20    A   I didn't have to see a doctor
21  between 2005, because after I went to the
22  doctor, I didn't have no more problem with
23  sinus.
24    Q   Okay.
25    A   So the reason why I didn't go from
                                      Page 217
```

```
 1    Q   And did you leave that roof vent
 2  open usually?
 3    A   Besides when it rained, I closed
 4  it.
 5    Q   Okay.  Other than when it rained,
 6  did you leave that open?
 7    A   No.
 8    Q   What did you do?
 9    A   Closed it.
10    Q   Why?
11    A   Because, like I said, I close
12  everything up when I leave.  In case of
13  rain, I got to come and wipe all the water
14  off the floor.  So no sense in leaving a
15  vent open when it's going to rain that
16  night.
17    Q   Got it.  When would you open the
18  vent?
19    A   Mostly when I use the bathroom, I
20  leave it open to vent the bathroom out,
21  stuff like that.
22    Q   So when you showered or used the
23  facilities, you would open the vent?
24    A   Yes.
25    Q   And in this manual, if you go to
                                      Page 219
```

```
 1  2006 and all that, because I was using
 2  over-the-counter drugs from 2006 all the way
 3  up until now.  Like I say, I can't pay money
 4  to go to the hospital and pay for tuition
 5  and all of this.  I just got on free
 6  Medicare in February, and that expires in
 7  July.
 8    Q   Let me go ask you to look at what
 9  is marked I think as Exhibit No. 6, and
10  that's that Keystone manual that you have?
11    A   Yes.
12    Q   The owners manual.  Can you pull
13  that out, please?
14    A   Six?
15    Q   Yes.  You got that in front of you
16  there.  Okay.  And what I want you to do is
17  turn to --
18    A   What page?
19    Q   Actually, hold off before we go to
20  that.  This unit, in addition to windows and
21  doors, also had roof vents?
22    A   They had one roof vent.  That was
23  in the bathroom.
24    Q   Did you open that roof vent?
25    A   Yes.
                                      Page 218
```

```
 1  Page 110 of Exhibit No. 6, which is McGraw
 2  000111, that has "For More Information," and
 3  it has some numbers for Keystone RV Company.
 4  Do you see that?
 5    A   Yes.
 6    Q   Did you ever call up Keystone
 7  regarding any issues or matters regarding
 8  this travel trailer?
 9    A   No.
10    Q   So you never called them up to
11  tell them "we have problems with odors" or
12  "I have problems with rats or rodents" or "I
13  have a problem with the furnace"?
14    A   No.
15    Q   None of those complaints were ever
16  directed to them?
17    A   Well, like I told you, at the end,
18  it was too late to call about the furnace,
19  because I was already moving out of the
20  trailer, so it didn't make no sense.  I told
21  the lady who came to inspect the trailer
22  about them things, but it was already past
23  my time in the trailer.
24    Q   Okay.  So the furnace really
25  wasn't a big issue?  It had broken and --
                                      Page 220
```

55 (Pages 217 to 220)

**Page 221**

1    A   Yeah. So I was already out of the
2 trailer. All she came there is to inspect
3 it.
4    Q   Got it. If you turn two more
5 pages to Exhibit No. 6, Page 112, McGraw
6 000113, it's titled "Chemical Sensitivity
7 Issues." Do you see that?
8    A   Yes.
9    Q   This page here says, and if you
10 turn, it's about the fourth sentence --
11 Actually, let me read this here. It says,
12 "Many individuals are sensitive to the
13 out-gassing from common construction
14 materials used in the construction of RV's.
15 This occurs most frequently in hot weather
16 and after a unit has been closed up for
17 extended periods. Chemical sensitivity is
18 an individual reaction. Common symptoms
19 include, but are not limited to, burning
20 eyes, respiratory irritations and other
21 allergic reactions."
22        Now, I have looked through your
23 Plaintiff Fact Sheet. Did you ever suffer
24 burning eyes in this unit?
25    A   Yes, sometimes.

**Page 222**

1    Q   Okay. Did you ever complain to
2 FEMA about that?
3    A   No.
4    Q   Did you ever complain to the
5 maintenance contractor about that?
6    A   No, because I really thought it
7 had no connection to the trailer until I saw
8 it on a commercial. Like I say, I thought I
9 was catching a cold or something.
10    Q   Got it. But it was here in this
11 manual that you had, it explained that that
12 might happen; isn't that right?
13    A   Yes.
14    Q   It also said "respiratory
15 irritations and other allergic reactions."
16 Do you see that?
17    A   Yes.
18    Q   Did you ever complain -- Did you
19 ever suffer any respiratory irritation or
20 what you believe are allergic reactions when
21 you were in the trailer?
22    A   The only thing that occurred in
23 the trailer was sinus and red eyes and
24 headaches.
25    Q   Okay. And other than the sinus,

**Page 223**

1 red eyes, headaches, and I guess what you
2 said, burning eyes earlier, did you suffer
3 any other symptoms in the trailer?
4    A   Not as far as I know.
5    Q   And you never complained to FEMA
6 about those symptoms?
7    A   No.
8    Q   You never complained to the
9 maintenance contractor about those symptoms?
10    A   No.
11    Q   And here it says, goes on to say,
12 "These conditions are not manufacturing
13 defects. A common myth is that formaldehyde
14 is used in the manufacturing paneling and
15 other building materials. Keystone RV does
16 not use products containing formaldehyde."
17        Do you see that?
18    A   Yes.
19    Q   And then it goes on to say,
20 "Suggested Solution: Frequent fresh air
21 ventilation. Open the windows and roof
22 vents when possible. In colder weather,
23 running the furnace will assist in this
24 process."
25        When you suffered burning eyes or

**Page 224**

1 this respiratory irritation or sinus
2 problem, did you follow this instruction and
3 open the windows?
4    A   Well, at that time -- Well, no
5 sense to open the window when it's
6 35 degrees outside. So most of the time I
7 had the furnace on.
8    Q   Okay.
9    A   So what's the sense in opening the
10 window up, when I'm trying to keep warm, to
11 open a window or a door when it's 35 degrees
12 outside?
13    Q   Okay. Well, what about in the
14 summer when you were in the unit? Did you
15 suffer the irritated eyes?
16    A   Like summertime, I didn't, because
17 I was barely in the trailer. Like I said,
18 during the morning time, I would get up, go
19 do some work on the house, go lay down for
20 an hour and go to work. Most of the time
21 when it occurred with the burning eyes was
22 at nighttime when it was cold or something
23 and my eyes go to burning, like I got a cold
24 or something.
25    Q   So you didn't suffer the burning

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)     Videotaped Deposition of David Leon McGraw

```
 1     Q   And this started shortly after you
 2  moved into the trailer?
 3     A   It started after I moved into the
 4  trailer.
 5     Q   Did you tell anyone about this?
 6     A   Like I say, I told my neighbor, "I
 7  don't know what's going on with this,"
 8  because I don't know what it is. I think
 9  I'm catching a cold. I'm taking the wrong
10  medicine. I think I'm going to catch a
11  cold, but it's not. And I took everything
12  there is to take, Claritins, Zyrtecs,
13  Mucinex, everything, and it still don't go
14  away.
15     Q   And did you -- I mean, I gather
16  that these headaches were bad headaches,
17  aspirin didn't solve it, the sinus was
18  really bad, sinus problems, and your eyes
19  were red. Did you do anything to try to
20  find out what was causing this?
21     A   Like I said, I had sinus problem,
22  but I couldn't go to the doctor, because I
23  had no money to go to the doctor. I told
24  you all I was trying to send my daughter to
25  go school, pay this, pay bills and get the
                                      Page 249
```

```
 1  house finished. Like I told you, I just got
 2  on Medicare healthcare in February of 2010,
 3  and that expires in July of 2010.
 4     Q   Now, the first time that you
 5  became aware, that you believe you became
 6  aware that this might be formaldehyde was
 7  from a commercial?
 8     A   Yeah, from a commercial.
 9     Q   And that happened when?
10     A   That happened in, what, like late
11  2008. I don't know which month it was, but
12  it was in some month in 2008.
13     Q   Have you since had the opportunity
14  to talk to your counsel about formaldehyde?
15     A   No.
16     Q   Have you talked to anybody else
17  about formaldehyde?
18     A   I haven't talked to nobody about
19  formaldehyde.
20     Q   So in truth, do you know anything
21  about formaldehyde?
22     MR. WOODS:
23         Object to the form.
24     THE WITNESS:
25         I know what I saw on TV. Like I
                                      Page 250
```

```
 1  told you, it cause cancer, bad to your
 2  health and all that. As far as me studying
 3  formaldehyde, no.
 4  EXAMINATION BY MR. MILLER:
 5     Q   So what you know about
 6  formaldehyde is what you saw on TV?
 7     A   That's the only thing I know about
 8  formaldehyde. I don't even know nothing
 9  about formaldehyde before I even lived in a
10  trailer. If I wouldn't have stayed in a
11  trailer, I still wouldn't know nothing about
12  formaldehyde.
13     Q   I understand that. What I gather
14  is everything you know about formaldehyde is
15  what you learned from watching a commercial
16  from the counsel on TV?
17     A   Well, like I say, you got to learn
18  somewhere.
19     Q   I understand. But that's where
20  all the information you have regarding
21  formaldehyde comes from?
22     A   That's it.
23     Q   And as a result of that commercial
24  on TV, you did contact the counsel?
25     A   Like I said, I didn't even know
                                      Page 251
```

```
 1  formaldehyde was in a trailer.
 2     Q   Now, I want to ask you to turn to
 3  a document which is marked as Exhibit
 4  No. 11, and this is Bates stamped McGraw
 5  000201 through 203.
 6     MR. WOODS:
 7         You have shown him this one. This
 8  is the same one.
 9     MR. MILLER:
10         Oh, it is the same one. Thank
11  you, Counsel.
12     MR. WOODS:
13         Any time.
14  EXAMINATION BY MR. MILLER:
15     Q   What I wanted to show you was a
16  document marked McGraw Exhibit 11, which is
17  McGraw 000199 through 200. Do you have that
18  document in front of you?
19     A   Okay.
20     Q   Do you recognize this document?
21     A   Yes.
22     Q   Is that your signature?
23     A   Yes.
24     Q   And is that the date that you
25  signed it, June 23rd, 2008?
                                      Page 252
```

**Page 261**

1  see that?
2  A   Yes.
3  Q   It says, "a. Occupant agrees to
4  promptly notify FEMA or Party identified by
5  FEMA responsible for maintenance when any
6  damage or defect is found, so that repairs
7  can be made as necessary."
8      Do you see that?
9  A   Yes.
10 Q   And you understood that you were
11 to promptly contact FEMA or the Government
12 contractor responsible for maintenance if
13 there was any damage or defect in the unit?
14 A   Yes.
15 Q   And you did that during the time.
16 You identified the furnace, the rodent
17 problem, and what was the other problem you
18 had?
19 A   Non-sleeping.
20 Q   Oh, you didn't mention that to
21 them, though?
22 A   No.
23 Q   That was more just a problem with
24 the size of the mattress, right?
25 A   Uh-huh (affirmative response).

**Page 262**

1  Q   You never identified to them that
2  you thought you had problems with sinuses in
3  the unit when you were there, right?
4  MR. WOODS:
5      Object to the form of the
6  question. "Sinuses in the unit"?
7  THE WITNESS:
8      Because at the time I didn't know
9  two and two.
10 EXAMINATION BY MR. MILLER:
11 Q   Let me step back, because your
12 counsel has a very good objection there and
13 I agree with it.
14     You never informed FEMA that there
15 was any defects in the unit that you thought
16 might be causing your sinus problems?
17 A   Well, how could I know that the
18 trailer is causing my sinus or why I'm going
19 to call FEMA for it? I don't even know that
20 the trailer is causing my sinus.
21 Q   And you never had any of those
22 problems before you moved into the trailer,
23 correct?
24 A   No.
25 Q   And so moving into the trailer is

**Page 263**

1  what started those symptoms, right?
2  A   Yeah, but I still ain't never put
3  two and two together, because I was just --
4  Like I said, I was busy doing work on the
5  house, going to my work, so I didn't have
6  time to try to put two and two or is the
7  trailer making me sick or none of that.
8  Q   But these were headaches that are
9  like headaches you never had experienced
10 ever before in your life, right?
11 A   Yeah.
12 MR. WOODS:
13     Objection. You're badgering the
14 witness.
15 EXAMINATION BY MR. MILLER:
16 Q   Sir?
17 A   Huh?
18 Q   You had never experienced
19 headaches like this before in your life?
20 A   I never feel sinus like this in my
21 life either.
22 Q   Nor the burning eyes, right?
23 A   Right.
24 Q   And it was moving into the trailer
25 when those symptoms started, right?

**Page 264**

1  A   No, not right then and there. Not
2  as soon as I moved in the trailer I didn't
3  get these symptoms.
4  Q   What was it, how long, two or
5  three weeks?
6  A   No, like I say, like a month or
7  two before I started really getting symptoms
8  like waking up in the middle of the night,
9  can't breathe, got to spray nasal spray in
10 my mouth just to open my nose just to try to
11 breathe.
12 Q   Okay. So within one or two months
13 of moving in, you started experiencing these
14 headaches, right?
15 A   Yes.
16 Q   Within one or two months of moving
17 in, you started experiencing these sinus
18 problems?
19 A   Yes.
20 Q   Within one or two months of moving
21 in, you started suffering these burning
22 eyes?
23 A   Yes.
24 Q   I'm going to hand you a document,
25 which will be marked as Exhibit No. 17.

66 (Pages 261 to 264)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)  Videotaped Deposition of David Leon McGraw

```
 1       THE VIDEOGRAPHER:
 2           We're back on the record.  It's
 3   4:12.
 4   EXAMINATION BY MR. JOHNSON:
 5       Q   Mr. McGraw, Mr. Miller was asking
 6   you about sinus problems that you had that
 7   started or that you had when you lived in
 8   your trailer.  Do you remember that?
 9       A   Yes.
10       Q   You had sinus problems actually
11   before you moved into your trailer, didn't
12   you?
13       A   I had a little sinus problem.
14       MR. WOODS:
15           Objection.  Asked and answered.
16   EXAMINATION BY MR. JOHNSON:
17       Q   What was your answer?
18       A   I had one sinus problem when I was
19   in Sulphur and that was it.
20       Q   And when you had that sinus
21   problem in Sulphur, did you go to the
22   doctor?
23       A   Yeah, I went to the doctor, and
24   they gave me Zyrtecs for the allergy.
25       Q   When you went to the doctor in
                                        Page 293
```

```
 1   didn't go to the doctor, because they didn't
 2   have no doctors down here at the time.
 3       Q   There were no doctors you could go
 4   to in New Orleans?
 5       A   They had some doctors down in like
 6   clinics they set up around the neighborhood,
 7   but I didn't go to none of them.
 8       Q   And if you had gone to those,
 9   would those have been free clinics?
10       A   Yeah, they probably was, because I
11   think it was FEMA that set them up.
12       Q   So when you came back, you lived
13   in your trailer, you had sinus problems, you
14   could have gone to a doctor?
15       A   Yeah, but I decided I didn't know
16   what it was.  I was using over-the-counter
17   stuff, Zyrtecs, Claritin and stuff like that
18   trying to get rid of it myself.
19       Q   All right.  Let me ask you about
20   Exhibit 6, which is the Keystone manual.
21           Justin, can you get that out for
22   him?
23       MR. WOODS:
24           This one?
25       MR. JOHNSON:
                                        Page 295
```

```
 1   Sulphur and they gave you that medicine, did
 2   you have to pay for that visit?
 3       A   No.
 4       Q   It was free?
 5       A   It was a free clinic.
 6       Q   Now, you moved into your trailer
 7   and you told Mr. Miller in response to a
 8   question that you had sinus problems again,
 9   right?
10       A   I said I moved and the sinus
11   problems didn't start until about two or
12   three months while I was in the trailer.
13   They didn't start when I moved right into
14   the trailer.
15       Q   And were the sinus problems you
16   had when you moved in, a couple of months
17   later after you moved in, were they worse
18   than the problem that you had in Lake
19   Charles?
20       A   I say it was worser.
21       Q   Did you go to the doctor then?
22       A   No, I didn't, because I didn't
23   know the trailer was causing these problems.
24       Q   But did you go to the doctor?
25       A   See, while I was down here, I
                                        Page 294
```

```
 1           Yes.
 2   EXAMINATION BY MR. JOHNSON:
 3       Q   Do you remember when I was asking
 4   you some questions about that, you said that
 5   there were certain parts of that manual you
 6   looked at when you got it?
 7       A   Yes.
 8       Q   And I think what you said was
 9   basically the stuff that you needed to
10   figure out --
11       A   Most of the stuff that I would
12   need, like A/C, heater, stuff like that.
13       MR. WOODS:
14           I know it's getting late and
15   you're tired, and it's hard, this is a hard,
16   tedious process, but let him finish his
17   question.
18       THE WITNESS:
19           Okay.
20   EXAMINATION BY MR. JOHNSON:
21       Q   But you answered?  You knew where
22   I was going with that question and you
23   answered it?
24       A   Yes.
25       Q   So it's fair to say it was
                                        Page 296
```

74 (Pages 293 to 296)

**Page 297**

1  basically the stuff you needed to know how
2  to use in the trailer?
3   A   Yes.
4   Q   Okay. And Mr. Miller went through
5  a number of pages in the manual with you.
6  One of them was he asked you to turn to
7  Page 112, and I'm going to ask you to do the
8  same thing. Would you do that?
9   A   Okay. 112.
10  Q   When you read that today with
11 Mr. Miller, was that the first time you had
12 read that page?
13  A   Yes.
14  Q   Okay. Let me ask you this. You
15 identified in response to Mr. Miller's
16 questions, I think you listed off some
17 medical problems that you had when you lived
18 in your trailer. Do you remember that, like
19 a month or two in, you told him --
20  A   Yes.
21  Q   Okay. And what I got -- And I
22 want to make sure I have the complete list
23 of what you have, so I'm going to list these
24 off one by one and tell me if I'm right.
25 You said you had sinus problems?

**Page 298**

1   A   Yes.
2   Q   You had headaches?
3   A   Yes.
4   Q   You had watery eyes?
5   A   No, not watery eyes.
6   Q   Oh, I'm sorry.
7   A   Redness of eyes, hot eyes,
8  something like that.
9   Q   Burning eyes?
10  A   Burning eyes.
11  Q   Would that be a better
12 description?
13  A   Yes.
14  Q   And then you also said you had a
15 hard time sleeping?
16  A   Yes.
17  Q   But we talked about before that's
18 probably because of that thin, little
19 mattress, right?
20  A   Yes.
21  Q   Okay. Sinus headache, red eyes or
22 itchy eyes or watery eyes, however you want
23 to describe it. Were there any other
24 problems that you had when you were living
25 in the trailer, medical problems?

**Page 299**

1   A   That was it.
2   Q   And I don't want to draw an
3  objection from Mr. Woods here, but I want to
4  make sure. It is absolutely important we
5  understand. Any other medical symptoms at
6  all that you had when you were living in the
7  trailer but those that you just listed?
8   A   Mostly that's all I had were them
9  symptoms right there.
10 MR. WOODS:
11     I will enter an objection to the
12 form of the question.
13 MR. JOHNSON:
14     Fair enough.
15 EXAMINATION BY MR. JOHNSON:
16  Q   Let me ask you about -- We're done
17 with that manual -- the Plaintiff Fact
18 Sheet, which is that exhibit in front of
19 you. What's the exhibit number on bottom?
20  A   21.
21  Q   21. Describe for me the process
22 through which that form was filled out.
23  A   This package here, they just sent
24 me the form and I filled it out.
25  Q   Okay. So somebody sent you a copy

**Page 300**

1  of that form, a blank copy?
2   A   Yes.
3   Q   Do you remember who that was?
4   A   No, I don't recall.
5   Q   When was that?
6   A   Somewhere in 2008, like I said.
7   Q   And did that come to you by mail?
8   A   By mail.
9   Q   Okay. And did you -- And I'm just
10 trying to understand. You got a copy of it,
11 and it just had a bunch of blanks in it?
12  A   Yes.
13  Q   What did you do at that point?
14  A   Filled it out and sent it back.
15  Q   By hand you wrote it in?
16  A   Yes.
17  Q   And did you sign it after you
18 filled it out by hand?
19  A   Yes.
20  Q   Do you know where the handwritten
21 version of that sheet is?
22  A   No, I don't.
23  Q   Have you seen it since you sent it
24 back?
25  A   I haven't seen it since I sent it