MINUTE ENTRY
ENGELHARDT, J.
MARCH 19, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                          MDL NO. 1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

THIS DOCUMENT RELATES TO                                     SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
Case No. 09-2977

JUDGE KURT D. ENGELHARDT PRESIDING

**FRIDAY, MARCH 19, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (AM); Jodi Simcox (PM)

APPEARANCES: Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
    T. Christopher Pinedo, Douglas Smith, for Plaintiff, Lyndon Wright
    Ernest Gieger, Jr., Jason Bone, Carson Strickland, for Forest River
    Roy Cheatwood, M. David Kurtz, Karen Whitfield, for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 18, 2010)**
*(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)*

All present and ready.
Motion of Defendant, Shaw Environmental to Exclude Dr. Patricia Williams' Demonstrative Exhibit (Rec. Doc. No. 13017) - **ORDERED GRANTED IN PART AND DENIED IN PART**, as stated on the record.
Jury returned to the courtroom.
Plaintiff's witnesses continued: <u>Lyndon Wright</u>, recalled, resumes testimony.
Following witness called out of turn with consent of all parties:
Defendant, Forest River's witness: <u>Dr. Kenneth V. Smith</u>, sworn and testifies.
Out of jury's hearing, defendants, Forest River and Shaw renews motion in limine to the extent to exclude general causation testimony from Dr. Patricia Williams relating to asthma - **ORDERED DENIED.** Returns to jury's hearing.
Plaintiff's witnesses continued: <u>Dr. Patricia M. Williams</u>, sworn and testifies.
                    <u>Dr. Lawrence Miller</u>, sworn and testifies.
Jury excused.
Trial continued to Monday, March 22, 2010 at 8:30 a.m.
Court adjourned.

JS-10: 7:40