UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)


ORDER ON MOTION
MARCH 22, 2010


APPEARANCES:

MOTION:

(1)  Keystone's Motion to Compel Discovery (Rec. doc. 11973).

_____:   Continued to

__1__:     No opposition filed within the time limit prescribed
           by Local Rule 7.5E.

_____:   Opposition

_____:   Local Rules 37.1E, 33.2, 36.1, 7.6E


ORDERED

_____:   Dismissed as moot.

_____ :    Dismissed for failure of counsel to appear.

\_\_1\_\_ :    Granted as unopposed.  If he has not already done so,
             plaintiff is to respond to Keystone's outstanding
             discovery requests within two (2) weeks.

_____ :    Denied.

_____ :    Other.


                                    _____
                                         ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE