UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case 09-2977

## ORDER

      **IT IS ORDERED** that **the Motion for Expedited Hearing (Rec. Doc. 13063)** is

**GRANTED.**  Any opposition to Plaintiff's Objection to Defendants' Designations of Tyshone

Marsh Testimony Beyond the Narrow Scope of Order No. 11934 (See Rec. Docs. 13062) is due **on**

**or before Monday, March 22, 2010, at 11:59 p.m.**, at which time the motion will be taken under

advisement.

      New Orleans, Louisiana, this 22nd day of March 2010.

                            **KURT D. ENGELHARDT**
                            **UNITED STATES DISTRICT JUDGE**