UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEAM TRAILER | * | MDL NO.: 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | JUDGE: KURT D. ENGELHARDT |
| This Document Relates to: | * | |
| THIRD SUPPLEMENTAL AND | * | |
| AMENDED ADMINISTRATIVE | * | MAG. JUDGE: ALMA L. CHASEZ |
| MASTER COMPLAINT | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
RESPONSIVE PLEADINGS TO THE ADMINISTRATIVE MASTER COMPLAINT,
FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD
SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND
FOURTH SUPPLEMENTAL AND AMENDED MASTER COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come the Contractor Defendants, who respectfully requests this Honorable Court to extend the deadline to file responsive pleadings to the Administrative Master Complaint (Docket No. 109), First Supplemental and Amended Master Complaint (Docket No. 379), Second Supplemental and Amended Master Complaint (Docket No. 722), Third Supplemental and Amended Master Complaint (Docket No. 4486) and Fourth Supplemental and Amended Master Complaint (Docket No. 7688), until April 19, 2010. This extension is requested in order to facilitate more orderly and efficient motion practice.

Undersigned counsel represents that he contacted Plaintiffs' Liaison Counsel and he does not oppose the request for extension of the deadlines.

WHEREFORE, the Contractor Defendants pray that their Unopposed Motion to Extend Deadline to File Responsive Pleadings to the Administrative Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint, Third Supplemental and Amended Master Complaint, and Fourth Supplemental and Amended Master Complaint be granted.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY: */s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**Counsel for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

/s/ Charles R. Penot, Jr