O AO 440 (Rev. 04/08) Civil Summons

Case 2:09-md-01873-KDE-ALC Document 12819-1 Filed 03/12/10 Page 1 of 2
Case 2:10-cv-01873-KDE-MBN Document 13089 Filed 03/22/10 Page 1 of 3

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID SHACKLEFORD <br> Plaintiff <br> v. <br> LAYTON HOMES, CORP.; AND FLUOR ENTERPRISES, INC. <br> Defendant | ) <br> ) <br> ) <br> ) Civil Action No. 2:10-cv-711 <br> ) <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Layton Homes Corp.
Through its Agent for Service of Process
Linda Phillippsen
2520 By-Pass Rd.
Elkhart, IN 46514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: **Mar 12 2010**

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __03/15/2010__,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* __By certified mail__
_____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: __12/17/2009__

                      *[signature]*
                      Server's signature

               Lawrence J. Centola, Jr. - Attorney
                      Printed name and title

                  600 Carondelet Street
                     Suite 602
                  New Orleans, LA 70130
                      Server's address

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sandy Wend_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 3/18/10

1. Article Addressed to:

Layton Homes Corp.
Through its agent for Service of Process
Linda Phillippsen
2520 By-Pass Rd.
Elkhart, IN 46514

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 2250 0003 8702 4665

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
ELKHART, IN 46514

| | | |
|---|---|---|
| Postage | $1.90 | 0046 |
| Certified Fee | $2.80 | 05 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees $ | $7.00 | 03/15/2010 |

Sent To: Layton Homes Corp.
Through its agent for Service of Process
Street, Apt.: Linda Phillippsen
or PO Box N 2520 By-Pass Rd.
City, State, Z Elkhart, IN 46514

7009 2250 0003 8702 4665