UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Kennyetta S. Walker, et al v Scotbilt Homes,*
*Inc., et al, Case No. 2:10 cv 790*

_____

### RULE 7.6 CERTIFICATE
_____

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that Defendants'

Liaison Council for the Contractor Defendants' has been contacted.  Michael David Kurtz,

Liaison Counsel of the Contractor Defendants' has now responded to Plaintiffs' request and

stated that he is unopposed to Plaintiffs' Motion for Extension of Time to Match with a Specific

Contractor Defendant.

Respectfully submitted, this the __22__ day of March, 2010.


                              By:     *s / Rose M. Hurder*_____
                                      Rose M. Hurder

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

_s / Rose M. Hurder_
ROSE M. HURDER