UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Kennyetta S. Walker, et al v Scotbilt Homes, Inc., et al., Case No. 2:10-cv-270*

_____

**ORDER**
_____

Considering the foregoing Motion of Plaintiffs, who are listed below, they are allowed an additional 60 days or until _____, 2010, to comply with the required Pretrial Order Nos. 49 and 53.

**Plaintiffs:**

| CLAIMANT | COURT CASE NUMBER |
|---|---|
| S.J.J. by Kennyetta S. Walker | 1:09-cv-798 |
| D.Y.M by Kennyetta S. Walker | 1:09-cv-798 |
| K.J.M. by Kennyetta S. Walker | 1:09-cv-798 |
| A.Y.W. by Kennyetta S. Walker | 1:09-cv-798 |
| Kennyetta S. Walker | 1:09-cv-798 |

2

**IT IS SO ORDERED** that the Plaintiffs listed above be GRANTED the Motion for Extension of Time.

DATED this _____ day of _____,2010 in New Orleans, Louisiana.


By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE