**Case Clip(s) Detailed Report**
Monday, March 22, 2010, 5:01:52 PM

## FEMA WRIGHT TRIAL

 **Marsh, Tyshone (Vol. 01) - 01/14/2010**                                   **1 CLIP  (RUNNING 00:12:40.872)**

Okay.  For the record, give me ...

**MARSH**                    **29 SEGMENTS  (RUNNING 00:12:40.872)**                   

**1. PAGE 9:21 TO 10:18 (RUNNING 00:00:43.323)**

```
         21     Q     Okay.  For the record, give me
         22  your name and address.
         23     A     My name is Tyshone Marsh.  My
         24  address is 3417 South Claiborne Avenue,
         25  Apartment 5.
    00010:01     Q     And who else lives at that
         02  apartment with you?
         03     A     Me and Mr. Lyndon Wright.
         04     Q     And so you are presently living
         05  with the plaintiff in this lawsuit?
         06     A     Yes, sir.
         07     Q     How long have you been living with
         08  Mr. Wright?
         09     A     Nine months.
         10     Q     So that meant you moved in
         11  sometime last summer?
         12     A     Yes.
         13     Q     Okay.  Does anybody else live in
         14  that apartment other than you and
         15  Mr. Wright?
         16     A     My son.
         17     Q     Okay.  And your son's name is?
         18     A     Jeremy Marsh.
```

**2. PAGE 10:21 TO 10:22 (RUNNING 00:00:03.031)**

```
         21     Q     Okay.  And how old is Jeremy?
         22     A     13.
```

**3. PAGE 11:02 TO 11:07 (RUNNING 00:00:08.645)**

```
         02           And, Ms. Marsh, have you been
         03  married?
         04     A     No, sir.
         05     Q     Do you have any other children
         06  other than Jeremy?
         07     A     No, sir.
```

**4. PAGE 11:09 TO 11:10 (RUNNING 00:00:02.902)**

```
         09           Could I have your date of birth, please?
         10     A     4-22nd-81.
```

**5. PAGE 31:04 TO 31:10 (RUNNING 00:00:13.188)**

```
         04     Q     When's the first time you ever met
         05  Lyndon Wright?  I'm not talking about the
         06  fact when you started.  It may be the day
         07  that you moved in with him.  But what I'm
         08  trying to find out is how long ago did you
         09  first meet Lyndon Wright?
         10     A     In 2001.
```

**6. PAGE 31:19 TO 31:21 (RUNNING 00:00:03.390)**

```
         19     Q     So was that when he was living on
         20  Seminole Lane?
```



**CONFIDENTIAL**                                                                                              page 1

# FEMA WRIGHT TRIAL

```
            21      A    Yes, sir.
```

**7. PAGE 39:01 TO 39:22 (RUNNING 00:00:39.393)**

```
00039:01        Q    How long -- How much between 2001
      02  and 2009 did you hang with Lyndon?
      03        A    Not that much.
      04        Q    Okay.  When you "hanged," where
      05  did you go?
      06        A    We went places, like to the show
      07  and maybe to a barroom every now and then.
      08        Q    Okay.  What bars did you all go
      09  to?
      10        A    Bourbon Street.
      11        Q    He likes Bourbon Street, right?
      12        A    Uh-huh (affirmative response).
      13        Q    He still likes Bourbon Street,
      14  right?
      15        A    Sometimes.
      16        Q    Okay.  So sometimes you all would
      17  hang together on Bourbon Street?
      18        A    Yes.
      19        Q    What bars?
      20        A    I say Razzoo's.
      21        Q    Okay.  Anything else?
      22        A    And Little Tokyo, I think.
```

**8. PAGE 53:23 TO 54:04 (RUNNING 00:00:16.000)**

```
            23        Q    You know that Lyndon Wright
            24  post-Katrina, after Katrina lived in a
            25  travel trailer, correct?
00054:01        A    Uh-huh (affirmative response).
      02        Q    How do you know that?
      03        A    Because I went to his house.  I
      04  went to visit him.
```

**9. PAGE 57:09 TO 58:02 (RUNNING 00:00:51.000)**

```
            09        Q    When you saw Lyndon in August of
            10  2006, did he make any complaints to you
            11  about his health?
            12        A    No, sir.
            13        Q    What about any complaints about
            14  the trailer?
            15        A    No, sir.
            16        Q    Okay.  So when you saw him in
            17  2006, bring me forward, from 2006 the rest
            18  of the year, how many times do you think you
            19  saw Lyndon?
            20        A    I was going to see him often after
            21  I went and saw him that one time.
            22        Q    Well, "often" could be different
            23  for you or me or members of the jury.  So
            24  tell me how often, daily, weekly, whatever,
            25  would you see Lyndon, starting in August of
00058:01  2006 at his trailer?
      02        A    Like every two weeks.
```

**10. PAGE 73:20 TO 73:23 (RUNNING 00:00:18.000)**

```
            20        Q    Ms. Marsh, do you smoke?
            21        A    Yes.
            22        Q    How much?  About a pack a day?
            23        A    Two packs.
```

**11. PAGE 74:20 TO 74:24 (RUNNING 00:00:10.000)**

```
            20        Q    Right.  You have been smoking for
```

Case Clip(s) Detailed Report
Monday, March 22, 2010, 5:01:52 PM

## FEMA WRIGHT TRIAL

```
        21   a long time?
        22       A    Yes.
        23       Q    Since a teenager?
        24       A    Yes.
```

**12. PAGE 74:25 TO 75:09 (RUNNING 00:00:17.000)**

```
        25       Q    All right.  Do you smoke around
00075:01  Lyndon?
        02       A    No, sir.
        03       Q    Never?
        04       A    Never.
        05       Q    Never ever ever?
        06       A    No, sir.
        07       Q    So you don't smoke inside of the
        08  apartment?
        09       A    No, sir.
```

**13. PAGE 75:16 TO 76:16 (RUNNING 00:00:42.000)**

```
        16       Q    Okay.  Let's do this.  Would you
        17  and Lyndon ever sit outside the apartment on
        18  Claiborne Avenue together?
        19       A    No.
        20       Q    Never?
        21       A    No.
        22       Q    Okay.  So you never smoked with
        23  Lyndon sitting outside the apartment on
        24  Claiborne Avenue smoking a cigarette with
        25  Lyndon right there?
00076:01       A    No.
        02       Q    "No."  You wouldn't be there with
        03  Lyndon -- How about you ride with Lyndon in
        04  his car, right?
        05       A    Yes.
        06       Q    His Gallant, right?
        07       A    Yes.
        08       Q    Okay.  Do you smoke in his car?
        09       A    No.
        10       Q    Never?
        11       A    Never.
        12       Q    Never ever ever?
        13       A    Never.
        14       Q    So you have never smoked in that
        15  Gallant?
        16       A    No.
```

**14. PAGE 76:19 TO 77:05 (RUNNING 00:00:30.000)**

```
        19       Q    So let me see if I can get this
        20  straight.  You never smoked inside of the
        21  Claiborne Avenue apartment where you and
        22  Lyndon and your son live, right?
        23       A    No, sir.
        24       Q    You have never smoked standing
        25  outside of the apartment with Lyndon present
00077:01  on the Claiborne Avenue address, correct?
        02       A    Yes, sir.
        03       Q    And you never smoked inside of his
        04  Gallant, correct?
        05       A    Yes, sir.
```

**15. PAGE 77:13 TO 78:12 (RUNNING 00:01:07.000)**

```
        13       Q    So you only smoke these two packs
        14  a day when you're walking outside the
        15  apartment where Lyndon is not around?
        16       A    Yes.
        17       Q    Did you ever smoke inside the
```

## FEMA WRIGHT TRIAL

```
         18    trailer?
         19    A      No, sir.
         20    Q      Did Lyndon ever tell you that
         21    anybody who was ever in the trailer smoked
         22    in the trailer?
         23    A      No, sir.
         24    Q      Do you know if anybody ever smoked
         25    in the trailer?
00078:01       A      No, sir.
         02    Q      Did you ever smell smoke in the
         03    trailer?
         04    A      No, sir.
         05    Q      Why is it that you don't smoke
         06    around Lyndon?
         07    A      Because he don't like smoke.
         08    Q      And you know that?
         09    A      Yes.
         10    Q      And you abide by his wishes,
         11    right?
         12    A      Yes.
```

### 16. PAGE 78:17 TO 79:11 (RUNNING 00:00:48.000)

```
         17    Q      Did you ever live with Regina?
         18    "Yes," right?
         19    A      Uh-huh (affirmative response).
         20    Q      Did you smoke in that apartment?
         21    A      Yes.
         22    Q      Okay.  How much did Regina smoke?
         23    A      Oh, I don't know.
         24    Q      A pack a day, two packs a day like
         25    you?
00079:01       A      Oh, I don't know.
         02    Q      Okay.  And did Lyndon ever visit
         03    you in that apartment?
         04    A      No, sir.
         05    Q      Never?
         06    A      Huh-uh (negative response).
         07    Q      Never went over there?
         08    A      No, sir.
         09    Q      Never even came to the door and
         10    knocked?
         11    A      No, sir.
```

### 17. PAGE 82:12 TO 82:18 (RUNNING 00:00:14.000)

```
         12    Q      When you and Lyndon were in the
         13    trailer during the day, did you open the
         14    windows and the doors?
         15    A      Yes.
         16    Q      Okay.  Every time?
         17    A      Well, when I got there, his
         18    windows used to be open.
```

### 18. PAGE 84:02 TO 84:13 (RUNNING 00:00:21.000)

```
         02    Q      Okay.  But on all those occasions
         03    when you came to the trailer in '06, '07 and
         04    '08, Lyndon was there and the windows and
         05    door were open, right?
         06    A      Uh-huh (affirmative response).
         07    Q      Every time?
         08    A      Yes.
         09    Q      When you're saying the windows,
         10    you're talking about the two windows that
         11    are in the area where the kitchen and couch
         12    is or which windows are you talking about?
         13    A      The window that was by the sofa.
```

## FEMA WRIGHT TRIAL

**19. PAGE 85:10 TO 85:22 (RUNNING 00:00:23.000)**

```
10      Q    Because it's a video, I'm going to
11 put it like this, and so, could you use my
12 pen and point to those same windows that
13 you're talking about were always open?
14      A    That one (indicating) and that one
15 (indicating).
16      Q    So every time you came to the
17 trailer, those two windows were open?
18      A    Yes, and the door.
19      Q    And the front door was open, too?
20      A    Uh-huh (affirmative response).
21      Q    Every time?
22      A    Uh-huh (affirmative response).
```

**20. PAGE 88:03 TO 88:04 (RUNNING 00:00:09.000)**

```
03      Q    Does Lyndon have any children?
04      A    No, sir.
```

**21. PAGE 89:25 TO 90:07 (RUNNING 00:00:24.000)**

```
    25      Q    Has Lyndon ever told you he's
00090:01 scared that he's going to get cancer?
02      A    No, sir.
03      Q    Has Lyndon ever told you that he
04 has a fear of cancer?
05      A    Yes.
06      Q    When did he first tell you that?
07      A    About a couple of months ago.
```

**22. PAGE 91:01 TO 91:19 (RUNNING 00:00:39.000)**

```
00091:01    Q    What did he tell you?
02      A    We was just talking about it and
03 he was just saying.
04      Q    Saying what?
05      A    He was just talking.  We was just
06 talking about cancer and he was just talking
07 how he feels, I guess.
08      Q    What did he say?
09      A    He was just saying he hope he
10 don't ever get cancer.  That's all he was
11 just saying.
12      Q    Is that all he said?
13      A    Yes.
14      Q    Did he say anything about that and
15 the trailer?
16      A    Huh-uh (negative response).
17      Q    So he didn't say he had a fear of
18 cancer because of the trailer?
19      A    No, sir.
```

**23. PAGE 98:05 TO 99:02 (RUNNING 00:00:49.000)**

```
05      Q    Okay.  At any time when you were
06 visiting Lyndon in his trailer, did you ever
07 see any piece of paper in the trailer that
08 was a warning that talked about
09 formaldehyde?
10      A    Yes.
11      Q    Okay.  When did you first see
12 that?
13      A    I think when I walked in his
14 house.
15      Q    Okay.  When you say that, you mean
16 when you walked in his trailer?
17      A    Uh-huh (affirmative response).
```

Case Clip(s) Detailed Report
Monday, March 22, 2010, 5:01:52 PM

## FEMA WRIGHT TRIAL

```
           18      Q    Okay.  And what did you see?
           19      A    A little sign (indicating).
           20      Q    A piece of paper?
           21      A    Yes.
           22      Q    A piece of paper that talked about
           23 formaldehyde?
           24      A    Uh-huh (affirmative response).
           25      Q    Okay.  And was it posted up on a
     00099:01 wall?
           02      A    I don't recall.
```

### 24. PAGE 99:08 TO 100:04 (RUNNING 00:00:42.000)

```
           08      Q    And do you remember what year that
           09 was?
           10      A    No, sir.
           11      Q    Do you remember what season it
           12 was?  Was it the summer, spring, fall,
           13 winter?
           14      A    Winter.
           15      Q    Winter.  Okay.  When you saw it,
           16 did you talk to Lyndon about it, "What's
           17 this stuff about?  What's this formaldehyde
           18 stuff"?
           19      A    No.
           20      Q    Okay.  When you saw that piece of
           21 paper, had you ever heard the word
           22 "formaldehyde" before?
           23      A    Yes.
           24      Q    Okay.  How were you familiar with
           25 formaldehyde before you saw that piece of
     00100:01 paper?
           02      A    I heard it on the news.
           03      Q    Okay.  You heard it on TV?
           04      A    Yes.
```

### 25. PAGE 100:10 TO 100:14 (RUNNING 00:00:11.000)

```
           10      Q    Okay.  And before you had heard
           11 about formaldehyde from the local news
           12 channels, had you ever heard the word
           13 "formaldehyde"?
           14      A    No, sir.
```

### 26. PAGE 100:21 TO 101:04 (RUNNING 00:00:22.000)

```
           21      Q    All right.  And so you had already
           22 heard that, reports of an issue of
           23 formaldehyde in FEMA trailers, right?
           24      A    Yes.
           25      Q    From the news.  Okay.  And so when
     00101:01 you knew that from the news media and you
           02 saw this piece of paper in Lyndon's trailer,
           03 did you discuss it with him?
           04      A    No, sir.
```

### 27. PAGE 113:05 TO 113:17 (RUNNING 00:00:26.000)

```
           05      Q    Did Lyndon ever talk to you about
           06 contacting FEMA about his travel trailer
           07 unit?
           08      A    No, sir.
           09      Q    And Lyndon never told you, "Hey,
           10 I'm going to call FEMA about the smell in my
           11 unit"?
           12      A    No, sir.
           13      Q    He never told you that?
           14      A    No, sir.
           15      Q    And as far as you know, you don't
```

Case Clip(s) Detailed Report
Monday, March 22, 2010, 5:01:52 PM

## FEMA WRIGHT TRIAL

```
        16  know that he ever did that?
        17      A    Right.
```

### 28. PAGE 117:21 TO 119:05 (RUNNING 00:00:48.000)

```
        21      Q    Were you worried about
        22  Mr. Wright's health?
        23      A    Uh-huh (affirmative response).
        24      Q    But you didn't discuss it with
        25  him?
00118:01      A    After I heard about it, then we
     02  went to talking about it.
     03      Q    When was that?
     04      A    In 2007.
     05      Q    So what did you discuss?
     06      A    What we discussed?
     07      Q    Yes.
     08      A    What I was telling him?
     09      Q    What you were telling him.
     10      A    How people are getting sick from
     11  the trailers.
     12      Q    What did he tell you about -- What
     13  was his response?
     14      A    What was his response?
     15      Q    Yes.
     16      A    That he probably was feeling the
     17  same way, and I told him to go to the
     18  doctor.
     19      Q    Oh, you did?
     20      A    Yes.
     21      Q    Did he go?
     22      A    I don't know.
     23      Q    Did you ever ask him?  You said
     24  you were concerned about his health.  Did
     25  you ever -- After you told him to go to the
00119:01  doctor, did you say, "Lyndon, did you go to
     02  the doctor?  What did they tell you"?
     03      A    I don't know.  We wasn't talking
     04  then.  Like I say, I called him every now
     05  and then.
```

### 29. PAGE 119:12 TO 119:22 (RUNNING 00:00:20.000)

```
        12      Q    Okay.  Did you ever once, after
        13  you said, "Lyndon, go to the doctor," say,
        14  "Lyndon, what did they tell you"?
        15      A    He never went, because he was
        16  always working.
        17      Q    He never went to the doctor?
        18      A    Well, he go now.
        19      Q    I didn't ask you that.  I said
        20  after 2007, when you had this discussion
        21  with Lyndon --
        22      A    No, he didn't go.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:12:40.872) |
|---|