UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | JUDGE: ENGELHARDT |
| **This Document Relates to:** | | MAG: CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | | |

_____

### KEYSTONE'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Defendant, Keystone RV Company ("Keystone") moves for leave to file a short supplemental memorandum in support of its opposition to the plaintiff David McGraw's Motion to Quash Keystone's subpoena directed to JP Morgan Chase Bank, N.A.[1]  Plaintiff's motion is set for hearing on March 24, 2010.[2]

Counsel for plaintiff, David McGraw, does not oppose this motion for leave. Keystone has submitted a proposed order with this motion, along with a copy of its supplemental memorandum.

                                              Respectfully submitted,

                                              *s/Ryan E. Johnson*
                                              _____
                                              James C. Percy (La. Bar No. 10413)
                                              Ryan E. Johnson (La. Bar No. 26352)
                                              **JONES, WALKER, WAECHTER, POITEVENT,**

---

[1] Rec. Doc. No. 12670.

[2] Rec. Doc. No. 12758.

{B0651435.1}

**CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Counsel for Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing notice of subpoena has been served on all counsel of record in this matter, via email and U.S. Mail.

Baton Rouge, Louisiana, this 23rd day of March, 2010.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0651435.1}