UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | JUDGE: ENGELHARDT |
| **This Document Relates to:** | | MAG: CHASEZ |
| *James Aldridge, et al. vs. Gulfstream Coach, Inc. et al.* No. 07-9228 (Paul Lastrapes) | | |

_____

### KEYSTONE'S MOTION TO ALTER OR AMEND ORDER DISMISSING BELLWETHER PLAINTIFF PAUL LASTRAPES

Defendant, Keystone RV Company ("Keystone"), pursuant to Federal Rule 59(e), moves this Court to alter or amend its order granting bellwether plaintiff Paul Lastrapes' motion to voluntarily dismiss his claims in order to clarify that the dismissal of Mr. Lastrapes's claims is with prejudice, all for the reasons set forth in Keystone's memorandum in support of this motion.

Keystone attempted in writing to obtain consent from plaintiff's counsel, for filing of this motion, and, to date, has not received a response to its request.

Keystone has submitted a proposed order in connection with this motion.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**

>Four United Plaza
>8555 United Plaza Boulevard
>Baton Rouge, LA  70809
>Telephone: (225) 248-2080
>Facsimile:  (225) 248-3080
>
>-and-
>
>Madeleine Fischer (La. Bar No. 5575)
>Nan Roberts Eitel (La. Bar No. 19910)
>Jones, Walker, Waechter, Poitevent,
>Carrère & Denègre, L.L.P.
>201 St. Charles Avenue, 49th floor
>New Orleans, LA   70170
>Telephone:  (504) 582-8000
>Facsimile:  (504) 589-8208
>
>***Counsel for Keystone RV Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed via the Court's CM/ECF system, and has been served on all counsel of record in this matter, via email, through that system.

Baton Rouge, Louisiana, this 23rd day of March, 2010.

>*s/Ryan E. Johnson*
>_____
>Ryan E. Johnson