# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE: ENGELHARDT |
| This Document Relates to: | MAG: CHASEZ |
| *James Aldridge, et al. vs. Gulfstream Coach, Inc. et al.* No. 07-9228 (Paul Lastrapes) | |

_____

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to Uniform Local Rule 7.2E, the Motion to Alter or Amend Order Dismissing Bellwether Plaintiff Paul Lastrapes filed by Keystone R.V. Company, will be heard or submitted before Judge Kurt D. Engelhardt on April 7, 2010, at 9:30 a.m.

Baton Rouge, Louisiana, this 23rd day of March, 2010

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0651084.1}