UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | JUDGE: ENGELHARDT |
| This Document Relates to: | | MAG: CHASEZ |

*James Aldridge, et al. vs.*
*Gulfstream Coach, Inc. et al.* No. 07-9228
**(Paul Lastrapes)**
_____

## ORDER

Considering Keystone RV Company's Motion to Alter or Amend Order Dismissing Bellwether Plaintiff Paul Lastrapes,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 59(e), the Court's March 16, 2010 order (Rec. Doc. No. 12990) is amended to reflect that the dismissal of Mr. Lastrapes's claims is *with* prejudice.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
United States District Judge