UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | JUDGE: ENGELHARDT |
| **This Document Relates to:** | | MAG: CHASEZ |
| *Alvarado vs. Keystone Industries, Inc. et al.* No. 09-4105 (Jonah Stevenson) | | |
| _____ | | |

### KEYSTONE'S MOTION TO ALTER OR AMEND ORDER DISMISSING BELLWETHER PLAINTIFF JONAH STEVENSON

Defendant, Keystone RV Company ("Keystone"), pursuant to Federal Rule 59(e), moves this Court to alter or amend its order granting bellwether plaintiff Jonah Stevenson's motion to voluntarily dismiss his claims in order to clarify that the dismissal of Mr. Stevenson's claims is with prejudice, all for the reasons set forth in Keystone's memorandum in support of this motion.

Keystone attempted in writing to obtain consent from plaintiffs' counsel, for filing of this motion, and, to date, has not received a response to its request.

Keystone has submitted a proposed order in connection with this motion.

                                          Respectfully submitted,

                                          *s/Ryan E. Johnson*
                                          _____
                                          James C. Percy (La. Bar No. 10413)
                                          Ryan E. Johnson (La. Bar No. 26352)
                                          **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**

Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Keystone RV Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed via the CM/ECF system and served on all counsel of record via that system.

Baton Rouge, Louisiana, this 23rd day of March, 2010.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0650980.1}

2