# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | JUDGE: ENGELHARDT |
| **This Document Relates to:** | | MAG: CHASEZ |

*Alvarado vs. Keystone Industries, Inc. et al.* **No. 09-4105**
**(Jonah Stevenson)**
_____

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to Uniform Local Rule 7.2E, the Motion to Alter or Amend Order Dismissing Bellwether Plaintiff Jonah Stevenson filed by Keystone R.V. Company, will be heard or submitted before Judge Kurt D. Engelhardt on April 7, 2010, at 9:30 a.m.

Baton Rouge, Louisiana, this 23rd day of March, 2010.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0651085.1}