MINUTE ENTRY
ENGELHARDT, J.
MARCH 22, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                          MDL NO. 1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION


THIS DOCUMENT RELATES TO                                     SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
Case No.  09-2977


### JUDGE KURT D. ENGELHARDT PRESIDING

**MONDAY, MARCH 22, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper (AM); Jodi Simcox (PM)

APPEARANCES: Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
             T. Christopher Pinedo, Douglas Smith, & Mikal Watts,
              for Plaintiff, Lyndon Wright
           Ernest Gieger, Jr., Jason Bone, Carson Strickland, for  Forest River
           Roy Cheatwood, M. David Kurtz, Karen Whitfield,  for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 19, 2010)**
 **(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)**

All present and ready.
Jury returned to the courtroom.
Plaintiff's witnesses continued: <u>Dr. Edward H. Shwery</u>, sworn and testifies.
Following witness called out of turn with consent of all parties:
Defendant, Forest River's witnesses continued: <u>Dr. John Thompson,</u> sworn and testifies.
Plaintiff's witnesses continued: <u>Mark Polk</u>, testimony by videotape.
Plaintiff Rests.
Defendants rights reserved to make motions. at the close of plaintiff's case.
Defendant, Forest River's witnesses continued: <u>Douglas Neil Gaeddert</u>, sworn and testifies.
Jury excused.
Defendants orally move for Rule 50 Dismissal as to claims as stated on the record - argument -
**ORDERED DENIED IN PART AND GRANTED IN PARTED** as stated on the record.
Trial continued to Tuesday, March 23, 2010 at 8:30 a.m.
Court adjourns.

JS-10: 8:20