OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAR 22  PM 1:47
LORETTA G. WHYTE
CLERK

Date: March 3, 2010

Shulton L. Crawford, et al

vs.

Thor California, Inc et al

Case No. 2:09cv200 Section ____
MDL 2110 cv 472

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hund
"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St
Bay St Louis MS 39520

I hereby certify that all parties have been matched.
Rose M. Hund

___ Fee ___
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 3, 2010

Bernall Martin, et al

vs.

Dutchmen Manufacturing et al

Case No. ~~2:09cv203~~ Section ____
MDL 2:10 cv 473

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Flynn
"Signature"

Attorney for Hawkins, Strucenr + Gibson
Address 153 Main street
Bay St Louis, MS 39520

I hereby certify that all parties have been matched
Rose M. Flynn

Fee _____
Process BG (1) SMS
Dkd BG
CtRmDep _____
Doc. No. _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 3, 2010

Sonia M Silas, et al

vs.

Gulf Stream Couch, Inc., et al

Case No. 2:09cv205 Section ____
MDL 2:10cv476

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/ Rose M Hunn
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis MS 39520

I hereby certify that all parties have been matched.
/s/ Rose M. Hunn

___ Process BSOSNS
 X  Dkd BG
___ CtRmDep _____
___ Doc. No. _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 3, 2010

Tamekia K. Elzey et al

vs.

Coachmen Industries, et al

Case No. ~~2:09cv366~~ Section ___
MDL 2:10 cv 477

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hunt
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 153 Main St
Bay St Louis MS 39520

I hereby certify that all parties have been matched.
Rose M. Hunt

___ Fee ___
___ Process BSO SMS
 X  Dkd BG
___ CtRmDep ___
___ Doc. No. ___

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 3, 2010

Mattie C Sutton, et al

vs.

Superior Homes, LLC, et al

Case No. 2:09cv207 Section ____
MDL 2:10 cv 478

Dear Sir:

  Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

  1. (name) Federal Emergency Management Agency
     (address) 500 C Street Washington DC 20472
  2. (name) _____
     (address) _____
  3. (name) _____
     (address) _____
  4. (name) _____
     (address) _____

I hereby certify
that all parties
have been matched
Rose M. Hurd

Very truly yours,
Rose M. Hurd
                  Signature"

Attorney for Hawkins Stracener + Gibson
Address 153 Main Street
        Bay St Louis MS 39520

___ Fee ____
___ Process 13905ms
 X  Dk'd ____
___ CtRmDep ____
___ Doc. No. ____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: **March 3, 2010**

**Dexture E. Maye, et al**

vs.

**Cavalier Home Builders, LLC, et al**

Case No. ~~2:09cv270~~ Section ____
MDL   2:10 cv 481

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Federal Emergency Management Agency**
   (address) **500 C Street Washington DC 20472**
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[signature]_
"Signature"

Attorney for **Hawkins, Stracener & Gibson**
Address **153 Main St**
**Bay St Louis, MS 39520**

*I hereby certify that all parties have been matched.*
_[signature]_

___ Fee _____
___ Process _____ SMS
X  Dkd _____
___ CtRmDep _____
___ Doc. No. _____