UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO.: 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | JUDGE: KURT D. ENGELHARDT |
| This Document Relates to: | * | |
| THIRD SUPPLEMENTAL AND | * | |
| AMENDED ADMINISTRATIVE | * | MAG. JUDGE: ALMA L. CHASEZ |
| MASTER COMPLAINT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING Contractor Defendants' Unopposed Motion to Extend Deadline:

IT IS HEREBY ORDERED that the Unopposed Motion is granted and that the Contractor Defendants' deadline to file responsive pleadings to the Administrative Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint, Third Supplemental and Amended Master Complaint, and Fourth Supplemental and Amended Master Complaint, is hereby extended until April 19, 2010.

DONE AND SIGNED AT NEW ORLEANS, LOUISIANA this 23rd day of March, 2010.

_____
THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE