UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Nunnery, et al v. Keystone RV Industries., et al, Case No. 09-3871*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering Defendant United States of America's Unopposed *Ex Parte*/Consent Motion to file a Reply Memorandum in Support of "Defendant United States of America's Motion To Dismiss Plaintiff David McGraw's FTCA Claims For Lack Of Subject Matter Jurisdiction" (Rec. Doc. 12264),

**IT IS HEREBY ORDERED** that the Motion is granted.

**DONE AND SIGNED** this __23rd__ day of _____March_____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**