# Transcript of the Testimony of
# Videotaped Deposition of David Leon McGraw

### Date taken: February 22, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 7

**Page 1**

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE PRODUCTS       SECTION "N"(5)
LIABILITY LITIGATION        JUDGE ENGELHARDT
                            MAGISTRATE CHASEZ
This document relates to:
Keith Nunnery, et al. vs. Keystone
Industries, Inc., et al.
No. 09-3871  (David McGraw)

              *  *  *
       Videotaped Deposition of DAVID LEON
McGRAW, 5212 Dauphine Street, New Orleans,
Louisiana 70117, taken at the law offices of
Gainsburgh, Benjamin, David, Meunier &
Warshauer, LLC, 2800 Energy Centre, 1100
Poydras Street, New Orleans, Louisiana
70163, on Monday, the 22nd day of February,
2010.

REPORTED BY:
     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
VIDEOGRAPHER:
     MICHAEL BERGERON
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```

**Page 2**

```
 1   APPEARANCES:
 2       GAINSBURGH, BENJAMIN, DAVID,
            MEUNIER & WARSHAUER, LLC
 3       (BY: JUSTIN I. WOODS, ESQUIRE)
         2800 ENERGY CENTRE
 4       1100 POYDRAS STREET
         NEW ORLEANS, LOUISIANA 70163
 5
         HURRICANE LEGAL CENTER
 6       (BY: SHARROLYN J. MILES, ESQUIRE)
         600 CARONDELET STREET, SUITE 602
 7       NEW ORLEANS, LOUISIANA 70130
 8          ATTORNEYS FOR THE PLAINTIFFS
 9       U.S. DEPARTMENT OF JUSTICE
         (BY: HENRY MILLER, ESQUIRE)
10       CIVIL DIVISION
         1331 PENNSYLVANIA AVENUE, N.W.
11       WASHINGTON, D.C. 20004
12          ATTORNEYS FOR DEFENDANT, UNITED
            STATES OF AMERICA
13
         BAKER DONELSON
14       (BY: GERARDO R. BARRIOS, ESQUIRE)
         3 SANCTUARY BOULEVARD, SUITE 201
15       MANDEVILLE, LOUISIANA 70471
16          ATTORNEYS FOR DEFENDANT,
            CH2M HILL CONSTRUCTORS, INC.
17
         MIDDLEBERG, RIDDLE & GIANNA
18       (BY: RICHARD A. SHERBURNE, JR., ESQUIRE
            - VIA TELEPHONE)
19       450 LAUREL STREET, SUITE 1101
         BATON ROUGE, LOUISIANA 70801
20
            ATTORNEYS FOR FLUOR ENTERPRISES,
21          INC.
22
23
24
25
```

**Page 3**

```
 1   APPEARANCES CONTINUED:
 2       JONES, WALKER, WAECHTER, POITEVENT,
            CARRERE & DENEGRE, LLP
 3       (BY: RYAN E. JOHNSON, ESQUIRE)
         FOUR UNITED PLAZA
 4       8555 UNITED PLAZA BOULEVARD
         BATON ROUGE, LOUISIANA 70809
 5
            ATTORNEYS FOR DEFENDANT,
 6          KEYSTONE RV COMPANY
 7              *  *  *
 8           EXAMINATION INDEX
 9                              Page
10   EXAMINATION BY MR. JOHNSON ............9
     EXAMINATION BY MR. MILLER ...........199
11   EXAMINATION BY MR. JOHNSON ..........293
     EXAMINATION BY MR. BARRIOS ..........333
12   EXAMINATION BY MR. JOHNSON ..........390
     EXAMINATION BY MR. WOODS ............398
13   EXAMINATION BY MR. JOHNSON ..........412
     EXAMINATION BY MR. BARRIOS ..........414
14              *  *  *
15            INDEX OF EXHIBITS
16                              Page
17   Exhibit No. 1 ........................15
18   Second Amended Notice of Video-Taped
19   Deposition of David McGraw and Request for
20   Inspection and Copying of Documents
21   Exhibit No. 2 ........................15
22   Subpoena to David McGraw and attached
23   Exhibit A
24   Exhibit No. 3 ........................15
25   Handwritten diagram
```

**Page 4**

```
 1   Exhibit No. 4 .......................132
 2   Handwritten diagram
 3   Exhibit No. 5 .......................166
 4   Handwritten diagram
 5   Exhibit No. 6 .......................200
 6   Keystone RV Company Owners Manual dated
 7   9-16-04 (MCGRAW000001 through 000124)
 8   Exhibit No. 7 .......................201
 9   U.S. Department of Homeland Security,
10   Federal Emergency Management Agency
11   Temporary Housing Unit Inspection Report
12   dated 7-27-06 (MCGRAW000179)
13   Exhibit No. 8 .......................203
14   U.S. Department of Homeland Security,
15   Federal Emergency Management Agency
16   Emergency Shelter - Agreement to Rules of
17   Occupancy dated 7-27-06 (MCGRAW000180)
18   Exhibit No. 9 .......................205
19   CH2M Hill Pre-Delivery Trailer Inspection
20   dated 7-21-06 (MCGRAW000181 through 000183)
21   Exhibit No. 10 ......................205
22   FEMA Trailer User's Guide, Version 5
23   (MCGRAW000184 through 000198)
24   Exhibit No. 11 ......................252
25   Claim Form to FEMA dated 6-23-08
```

| | |
|---|---|
| 1  (MCGRAW000199 through 000200)<br>2  Exhibit No. 12 .....................228<br>3  Claim for Damage, Injury, or Death<br>4  (MCGRAW000201 through 000203)<br>5  Exhibit No. 13 .....................226<br>6  Hurricane Legal Center, LLC, Contingency Fee<br>7  Contract, Re:  FEMA Trailer Formaldehyde<br>8  dated 6-23-08<br>9  Exhibit No. 14 .....................256<br>10 Department of Homeland Security, Federal<br>11 Emergency Management Agency Declaration and<br>12 Release dated 11-21-05 (FEMA200-000041<br>13 through 000042)<br>14 Exhibit No. 15 .....................257<br>15 Department of Homeland Security, Federal<br>16 Emergency Management Agency Emergency<br>17 Shelter - Agreement to Rules of Occupancy<br>18 dated 7-27-06 (FEMA200-000047)<br>19 Exhibit No. 16 .....................258<br>20 Federal Emergency Management Agency<br>21 Individuals and Households Program (IHP)<br>22 Temporary Housing Occupancy Agreement dated<br>23 4-11-07 (FEMA200-000062 through 000063)<br>24 Exhibit No. 17 .....................265<br>25 Federal Emergency Management Agency<br>Page 5 | 1          S T I P U L A T I O N<br>2<br>3      It is stipulated and agreed by and<br>4  between counsel for the parties hereto that<br>5  the deposition of the aforementioned witness<br>6  is hereby being taken for all purposes<br>7  allowed under the Federal Rules of Civil<br>8  Procedure, in accordance with law, pursuant<br>9  to notice;<br>10      That the formalities of reading and<br>11 signing are specifically not waived;<br>12      That the formalities of filing,<br>13 sealing, and certification are specifically<br>14 waived;<br>15      That all objections, save those as to<br>16 the form of the question and the<br>17 responsiveness of the answer, are hereby<br>18 reserved until such time as this deposition,<br>19 or any part thereof, may be used or sought<br>20 to be used in evidence.<br>21<br>22          * * *<br>23      JAMES T. BRADLE, CCR, Certified Court<br>24 Reporter, officiated in administering the<br>25 oath to the witness.<br>Page 7 |
| 1  Landowner's Authorization Ingress-Egress<br>2  Agreement dated 1-31-06<br>3  (CH2M-FEMA(MDL)-006419 through 006420)<br>4  Exhibit No. 18 .....................230<br>5  Claim for Damage, Injury, or Death dated<br>6  5-26-2009 (FEMA-001014 through 001016)<br>7  Exhibit No. 19 .....................277<br>8  Document entitled "Important Information for<br>9  Travel Trailer Occupants" (BONOMO_EX-000008<br>10 through 00009) - Previously marked Bonomo 4<br>11 and A. Alexander 22<br>12 Exhibit No. 20 .....................278<br>13 FEMA Important Formaldehyde Information for<br>14 FEMA Housing Occupants (LARSON_EX-000007 and<br>15 FEMA09-000388) - Previously marked Larson 3<br>16 Exhibit No. 21 .....................285<br>17 Plaintiff Fact Sheet for David L. McGraw<br>18 Exhibit No. 22 .....................384<br>19 Five Google maps with markings made during<br>20 the deposition<br>21<br>22<br>23<br>24<br>25<br>Page 6 | 1      THE VIDEOGRAPHER:<br>2          We're on the record.  The time is<br>3  approximately 9:41.  Today's date is the<br>4  22nd day of February, 2010.  This is the<br>5  videotaped deposition of Mr. David McGraw in<br>6  the case entitled "FEMA Trailer Formaldehyde<br>7  Products Liability Litigation."<br>8          Would counsel please identify<br>9  themselves and which party they represent.<br>10     MR. WOODS:<br>11         Justin Woods, Plaintiffs' Steering<br>12 Committee.<br>13     MS. MILES:<br>14         Sharrolyn Miles, Hurricane Legal<br>15 Center.<br>16     MR. MILLER:<br>17         Henry Miller, the defendant,<br>18 United States of America.<br>19     MR. BARRIOS:<br>20         Gerry Barrios, CH2M Hill<br>21 Constructors, Inc.<br>22     MR. JOHNSON:<br>23         Ryan Johnson, Keystone RV Company.<br>24          *   *   *   *<br>25          *   *   *   *<br>Page 8 |

```
 1   think it was June the 26th.  So once they --
 2       Q   Were you asked -- I'm sorry.
 3       A   -- set my trailer up on cement
 4   blocks, they still couldn't give us the key,
 5   because the lady came about three or four
 6   days later to give a key to -- That's who
 7   came and gave me the documents for that, the
 8   manual and all that, walked me around the
 9   trailer.
10           They came later.  They opened the
11   trailer up, walked me around, "This is your
12   microwave," blah blah, "how you use this.
13   Your stove is run by propane.  This is your
14   heater.  This is your bedroom," and all the
15   stuff, like, "this is your bathroom."  They
16   walked me through the whole thing.  They
17   showed me how to work the trap on the
18   trailer.
19       Q   Was this a man or woman?
20       A   It was a man that came and give me
21   the manual.
22       Q   What was the man's name?
23       A   I can't -- that been so -- I can't
24   even recall.  If anything, his name should
25   be on the documents, what I signed, too,
                                         Page 173
```

```
 1   work for FEMA?
 2       A   I think so, yes.
 3       Q   Did he -- I think you have already
 4   told us, but did he give you any documents?
 5       A   No, I saw that he had a FEMA badge
 6   on.
 7       Q   Oh, okay.
 8       A   That's how I knew he was from
 9   FEMA.
10       Q   An older guy or a younger guy?
11       A   Well, like young 40, like 40
12   something, 42, something like that.
13       Q   A white guy, a black guy?
14       A   White.
15       Q   All right.  So I was going to ask
16   you about the documents.  What did he give
17   you during that meeting?
18       A   After he walked me through the
19   trailer, showed me how to work everything,
20   he give me the manuals and documents of
21   everything for the trailer and told me to
22   keep this.  That's how I kept that for so
23   long, because I forgot I even had them,
24   because it was still in that plastic
25   container right there.
                                         Page 175
```

```
 1   because that's the same forms I signed with
 2   his name on them.
 3       Q   So the man, he walked you around
 4   the trailer, and did he show you how to use
 5   the appliances and things like that?
 6       A   He showed me how to use the
 7   appliances, the microwave, the oven, the
 8   A/C, the heater, how you run it, and then
 9   they said, "Now, this isn't just like the
10   other trailers, where you just flush the
11   toilet and it will go right out.  This is a
12   camper trailer.  You got a gauge on the
13   trailer that's going to show you.  Once it
14   gets full, you got to go open the trap and
15   let it out."
16       Q   That process of opening that tank,
17   was it like that the whole time you moved in
18   it?
19       A   The whole time.
20       Q   How often would you have to go and
21   do that?
22       A   I had to do that -- I say about
23   once a week.
24       Q   After he walked you around, this
25   man -- Well, let me ask you this.  Did he
                                         Page 174
```

```
 1       Q   So this FEMA guy gave you some
 2   documents in this plastic container --
 3       A   Yes.
 4       Q   -- that your lawyer has provided
 5   to us?
 6       A   Yes.
 7       Q   What did he tell you about this,
 8   the documents that were in there?
 9       A   He told me to keep ahold of that,
10   keep that with you at all times.
11       Q   When you got that plastic folder
12   with the stuff in it, what did you do with
13   it?
14       A   Mostly he told me to go over the
15   manuals and read it, so if you have any
16   problem with the trailer, call FEMA, and
17   they will send somebody out to take care of
18   the maintenance.
19       Q   So after he did that, he gave you
20   that folder --
21       A   Yeah, with all the manuals and I
22   signed the paper and he signed it with his
23   name on it.
24       Q   Did you sit down and read those
25   papers?
                                         Page 176
```

**Page 177**

1  A  I read some of the manual, the big
2  book. I never got through with the other.
3  Q  What parts of the manual did you
4  read?
5  A  About the A/C, the smoke detector
6  and the other detector, what it was, carbon
7  dioxide.
8  Q  Did he tell you those were the
9  sections you should read or that's what you
10  decided --
11  A  No, it was just something --
12  Q  Hang on. Hang on. Did he tell
13  you to read those sections or that's just
14  what you decided to read?
15  A  No, he just told me to read the
16  manual.
17  Q  Okay. And you only read those
18  parts?
19  A  I read certain parts of the book,
20  what I got to, because I ain't read the
21  whole book.
22  Q  Well, if I showed it to you right
23  now, and we have it, your lawyer has
24  provided it, could you tell me what parts of
25  it you read?

**Page 178**

1  A  Mostly I just went through some of
2  the book, because, like I told you, I didn't
3  read the whole book.
4  Q  So as we sit here today, you don't
5  remember what parts you read?
6  A  I told you I went through some of
7  the parts, like I told you, keeping the A/C
8  and all that stuff, how you run it, keep it
9  at a certain temperature.
10  Q  I mean, is it fair to say you
11  looked at the parts that related to the
12  stuff you needed to know how to operate?
13  A  You see, that's what I was about
14  to say. I read most -- some of the parts
15  that I used daily, every day.
16  Q  Like the air conditioning?
17  A  The air conditioning, the heater.
18  I already knew how to use the microwave, so
19  I didn't have to read that. So I just read
20  the stuff, mostly what I'm going to be using
21  every day. That's what I did.
22  Q  When you -- Did you read it --
23  That stuff that you read, was that pretty
24  much like right after he gave you the book?
25  A  No.

**Page 179**

1  Q  When was that?
2  A  Like a couple of days later,
3  because like I said, I was mostly working
4  and stuff. I didn't really have time,
5  because I was trying to do this and get the
6  other house gutted out and stuff, going to
7  work. Like I say, I mostly wasn't hardly in
8  the trailer. The trailer was for at
9  nighttime, when I'm resting to go to work,
10  because I stayed there to a certain time, to
11  about 1:00, then I go lay down till I get
12  ready to go to work.
13  Q  Okay. So it was a couple of days
14  after he gave you the manual and that stuff,
15  you read through the manual; is that fair?
16  A  I ain't read it all. Like I read
17  certain things, just --
18  Q  Parts of it?
19  A  Parts, yeah.
20  Q  And then after you did that, did
21  you read it again?
22  A  No.
23  Q  Did you need to?
24  A  No, because really once I learned
25  the parts I needed to work, A/C and all

**Page 180**

1  that, that's all I needed to know.
2  Q  After that, you got what you
3  needed out of it, what did you do with the
4  manual? Where did you put it?
5  A  Everything went back in that
6  plastic folder.
7  Q  And then where did you put it
8  after that?
9  A  I put it in a safe spot in the
10  cabinets.
11  Q  In the trailer?
12  A  In the trailer.
13  Q  And so you put it in the cabinet.
14  When's the next time you got it out after
15  you put it away?
16  A  Most of the time I didn't get it
17  out no more.
18  Q  You didn't ever get it out again?
19  A  No. Mostly, like I say, I was
20  doing so much stuff, I ain't never had a
21  chance to read it back again, because I was
22  doing stuff to the other house.
23  Q  Well, obviously, you had to get it
24  out at some point, right, because we got it
25  here today. When did you get it out of the

**Page 197**

would the pink slip say?
A  That they checked everything off on the trailer. He will go over there and check everything that's on his maintenance slip showing that it don't need no maintenance and I sign it.
Q  And was it the same person that you would see every month?
A  No, a different person.
Q  Every time a different person?
A  A different person.
Q  And each time somebody came out -- Well, were there any problems at any of those monthly visits when they came out?
A  Not as far as I can -- I know at one point I told them -- One of the maintenance people came out and I told them they got rodents in the trailer, like mice and spiders. Well, you know, as far as that's it. So we got to contact somebody, and they never came back with the poison. Me and my sister had to put tapes over the vents during the summertime to keep the mice from coming into the trailer.
Q  What vents are you talking about?

**Page 198**

A  On the floor events for the heater. That's where the mice was coming through, the heater vents.
Q  You actually saw mice --
A  We saw them coming.
Q  -- in your trailer?
A  Yes. I even caught four on one glue trap.
Q  Did your sister have them in her trailer, too?
A  She had the same way, because she had them in her trailer and I had them in my trailer.
Q  When you taped up those vents, did that stop the problem?
A  For awhile, it stopped them.
Q  You said --
A  Like I say, it wasn't like bad as it was, you seeing three or four of them. You might see one. But as we take them up, it got a less and less problem. As you say, you might see one run around. But before we taped it up, you would see three or four. You would see mice. You open the cabinet and you see them in there.

**Page 199**

Q  Were there -- Not in your trailer, but just in your neighborhood on your block, is there a problem with mice around?
A  I don't know, because, like I said, we only had me and my sister staying there. We were the only ones on the block. Because like I said, everybody on the block didn't have a trailer. They couldn't come back. Their house wasn't finished. So me and my sister and her husband was the only people in the block.
MR. MILLER:
   Is this a good point for a break?
MR. JOHNSON:
   Yes, it would be a perfect spot.
THE VIDEOGRAPHER:
   We're off the record. It's 2:07.
(Discussion off the record.)
THE VIDEOGRAPHER:
   We're back on the record. It's 2:24.
EXAMINATION BY MR. MILLER:
Q  Mr. McGraw, my name is Henry Miller. I represent the defendant, the United States of America. We met the first

**Page 200**

thing this morning; is that correct?
A  Yes.
Q  I want to go through some documents with you initially, and briefly during the break you had a chance to look at some of those documents; is that correct?
A  Yes.
Q  The first document I want to hand you is marked Exhibit No. 6. It's assigned Bates numbers McGraw 000001 through the last page, which is 124, and is that the owner's manual that you produced to your counsel in this case, a copy of that owner's manual?
A  Yes.
Q  And you had a chance to page through that. From what you saw, is that a true and accurate copy of the owner's manual?
A  Yes.
Q  And that is the owner's manual that you received when you moved into the travel trailer in July of 2007 -- 2006; is that correct?
A  Yes.
Q  And my understanding is that the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw) — Videotaped Deposition of David Leon McGraw

**Page 201**

1  person who leased you into that unit told
2  you you should read through and look through
3  that manual; is that right?
4      A   Yes.
5      Q   And you did look through parts of
6  that manual soon after you moved in; is that
7  right?
8      A   Yes.
9      Q   I'm going to hand you the second
10 document now, which is marked McGraw
11 Exhibit 7. It's Bates stamped McGraw
12 000179. Do you recognize that document,
13 sir?
14     A   Yes.
15     Q   And is that your signature at the
16 bottom of the page?
17     A   Yes.
18     Q   And is that document dated?
19     A   Yes.
20     Q   And what is the date on that
21 document?
22     A   It says it's 7-27-06.
23     Q   Does this indicate that you would
24 have signed this document on July 27th,
25 2006?

**Page 202**

1      A   Yes.
2      Q   Okay. And this document is titled
3  "Temporary Housing Unit Inspection Report";
4  is that correct?
5      A   Yes.
6      Q   And do you recall signing this
7  inspection report when you were leased into
8  the unit in July of 2006?
9      A   Yes.
10     Q   And this document indicated that
11 the unit that you were issued had no damage;
12 isn't that right?
13     A   Yes.
14     Q   And before signing this document,
15 you inspected the unit with the person who
16 leased you in; is that right?
17     A   Yes.
18     Q   And you indicated that all the
19 things that are marked here as new and not
20 damaged were, in fact, new --
21     A   Yes.
22     Q   -- and not damaged; is that right?
23     A   Yes.
24     Q   I'm going to hand you the next
25 document, which is marked Exhibit No. 8, and

**Page 203**

1  is McGraw 000180. Do you recognize this
2  document?
3      A   Yes.
4      Q   And is that your signature at the
5  middle of the page and dated July 27th,
6  2006?
7      A   Yeah.
8      Q   And this document is titled
9  "Emergency Shelter - Agreement to Rules of
10 Occupancy"; is that right?
11     A   Yes.
12     Q   And that first sentence there
13 says, "I acknowledge and understand that
14 FEMA is providing this unit as a temporary
15 shelter because the President declared a
16 major disaster or emergency in the area and
17 I am not able to live in my residence due to
18 this event"?
19     A   Yes.
20     Q   And that was the case for you,
21 wasn't it, sir?
22     A   Yes.
23     Q   You could not live in your
24 residence; isn't that right?
25     A   Yes.

**Page 204**

1      Q   You needed the trailer, because
2  otherwise, you couldn't have come back and
3  lived in New Orleans and worked?
4      A   Yes.
5      Q   Now, in addition, if you go down
6  there, it has a couple of numbers and it
7  has, "I have been informed and understand
8  that violations of any of the rules listed
9  below may result in my being required to
10 leave the unit immediately. I agree that
11 I," and then go to No. 4 there, it says
12 "must accept," and I think it should be
13 "other," but it's misspelled, "housing
14 options, when they become available."
15         Do you see that?
16     A   Yes.
17     Q   You stayed in that trailer because
18 there were no other housing options
19 available; isn't that right?
20     A   Yes.
21     Q   And, in fact, you realized that if
22 there were other housing options available
23 to you, you had to use them?
24     A   Yes.
25     Q   I want to show you document

51 (Pages 201 to 204)

**Page 205**

1 Exhibit No. 9. Do you recognize that
2 document?
3     A    Yes.
4     Q    And that document is assigned
5 Bates Nos. McGraw 000181 through 183. Were
6 you provided this document when you were
7 leased into the unit?
8     A    Yes.
9     Q    And did you go through this
10 checklist or would somebody already have
11 gone through this checklist and gave you a
12 copy of it?
13     A    Somebody went through it with me.
14     Q    Okay. So someone went through all
15 these things on here, checked them off with
16 you?
17     A    Yes.
18     Q    And so you were present when they
19 went through and did this review of the
20 trailer?
21     A    Yes.
22     Q    I want to hand you the document
23 which is marked Exhibit No. 10. It's Bates
24 stamped McGraw 000184 through 198. It's
25 titled "FEMA Trailer User's Guide, Version

**Page 206**

1 No. 5."
2     Do you recognize that document?
3     A    Yes.
4     Q    And is this a document you
5 received when you were leased into the unit?
6     A    Yes.
7     Q    And did the person who leased you
8 in, did they tell you to read through this
9 document?
10     A    Yes.
11     Q    And did you read through this
12 document?
13     A    Yes, he went through it with me.
14     Q    The person that leased you in went
15 through it with you?
16     A    Yes.
17     Q    You notice at the bottom there,
18 first page, 184, it says "Copyright 2006 by
19 CH2M Hill, Inc. - Company Confidential"; do
20 you see that, sir?
21     A    Yes.
22     Q    You indicated earlier that you
23 thought it was a FEMA person that leased you
24 in. Do you know whether, in fact, it was a
25 FEMA person or a Government contractor, such

**Page 207**

1 as a representative from CH2M Hill, or their
2 contractor who leased you in?
3     A    I couldn't tell you. All I saw
4 was a badge.
5     Q    Okay. You don't know one way or
6 the other --
7     A    No, I don't.
8     Q    -- whether they were a FEMA
9 employee? I'm sorry. Let me finish my
10 question; otherwise, we're going to get
11 caught up here.
12     Do you know one way or the other
13 whether the person who leased you in was a
14 FEMA employee or a Government contractor
15 employee?
16     A    Like I said, I couldn't tell
17 really from a FEMA or a Government agent.
18     Q    Okay. It could have been one or
19 the other?
20     A    One or the other.
21     Q    Now, this document here said, "An
22 inspector" -- In the third paragraph on the
23 first page of Exhibit No. 10, it says, "An
24 inspector will conduct monthly maintenance
25 visits to check the condition of the unit,

**Page 208**

1 operation of the appliances, and check for
2 leaks in the water, sewage and gas systems.
3 If you have any concerns or problems, the
4 inspector may correct them immediately or
5 dispatch a maintenance team."
6     MR. WOODS:
7         He wasn't reading.
8     MR. MILLER:
9         That's fine.
10     THE WITNESS:
11         I see it.
12 EXAMINATION BY MR. MILLER:
13     Q    From your earlier testimony --
14     MR. WOODS:
15         Read that sentence first.
16 EXAMINATION BY MR. JOHNSON:
17     Q    Oh, please. I'm sorry. I don't
18 mean to rush you.
19     A    All right. Go ahead.
20     Q    From your earlier testimony, I
21 gather that somebody came out every month to
22 inspect your trailer and your sister's
23 trailer?
24     A    Yes.
25     Q    And at that time, you were

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255   (504) 529-5255
New Orleans * Baton Rouge * Shreveport

```
 1   generally present?
 2       A   Yes.
 3       Q   And you signed off on those
 4   inspections?
 5       A   Yes.
 6       Q   At any point in time did you make
 7   any complaints to that inspector about
 8   problems with the trailer?
 9       A   No.
10       Q   You indicated earlier that you may
11   have mentioned that you had a rodent
12   infestation problem to the maintenance
13   person. Do you recall that?
14       A   Yes.
15       Q   Okay. So you did make a complaint
16   about the rodents?
17       A   Yes.
18       Q   Other than complaining about the
19   rodents to the maintenance person, did you
20   complain about any other problems with the
21   trailer?
22       A   At one time I complained about the
23   trailer when they was about to take the
24   trailer. The heater went out.
25       Q   Okay. So you complained about
                                         Page 209
```

```
 1   told my sister and them was uncomfortable to
 2   sleep.
 3       Q   Okay. That bed mattress was too
 4   thin?
 5       A   The bed mattress.
 6       Q   But other than that, any other
 7   complaints that you made about the trailer
 8   to your family members?
 9       A   No.
10       Q   Did you ever complain about any
11   problem with odors in the unit?
12       A   To my sister, like I said, I don't
13   know if it was the holding tank where the
14   sewage go in. You see, that's why I kept
15   air fresheners in the trailer. Like you
16   asked me, "Did you ever smell odors?" I
17   really kept air fresheners in the trailer
18   because of the smell I was thinking was
19   coming from the trap.
20       Q   Was it like a sewage type smell?
21       A   Like a sewage. I couldn't say,
22   because sometimes when I go to use the
23   sewers, gnats come out of the sewers.
24       Q   Did you ever complain to FEMA
25   about this sewage odor type smell?
                                         Page 211
```

```
 1   rodents and you also complained about the
 2   heater?
 3       A   Yes.
 4       Q   Besides those two complaints, any
 5   other complaints?
 6       A   That's it.
 7       Q   Okay. At any point in time did
 8   you ever call the maintenance hotline -- And
 9   let me step back. I apologize. Okay. This
10   Exhibit 10 has on it a maintenance hotline,
11   an 800 number; is that right?
12       A   Yes.
13       Q   At any point did you call the
14   maintenance hotline and say, "I have a
15   problem with the trailer"?
16       A   No.
17       Q   At any point in time did you call
18   FEMA and say, "I have a problem with the
19   trailer"?
20       A   No.
21       Q   At any point in time did you tell
22   your sister or any of your family members
23   that you were having problems with the
24   trailer?
25       A   Like I said, the only problem I
                                         Page 210
```

```
 1       A   No.
 2       Q   Did you ever complain to the
 3   maintenance contractor about this sewage
 4   odor type smell?
 5       A   No.
 6       Q   Did you ever complain to any
 7   doctors or medical practitioners about this
 8   sewage odor type smell?
 9       A   None.
10       Q   Did you ever complain to any
11   counselor or any mental health person about
12   this sewage odor type smell?
13       A   No.
14       Q   You did complain to some of your
15   family members about this sewage odor type
16   smell?
17       A   Yes.
18       Q   Anybody else besides your family
19   members?
20       A   My friend Robert Smith. He's my
21   neighbor.
22       Q   Besides your family members and
23   Mr. Smith, anybody else that you complained
24   to?
25       A   No.
                                         Page 212
```

53 (Pages 209 to 212)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)  Videotaped Deposition of David Leon McGraw

```
 1     Q   So the only time you ever
 2   complained about this unit was, one, the
 3   concern about rodents and spiders?
 4     A   Yes.
 5     Q   Two, the furnace, and three, the
 6   problems with the sewage type odor in the
 7   unit, and for that, you complained to your
 8   sister?
 9     A   Yes.
10     Q   And Mr. Robert Smith?
11     A   Yes, because he had the same
12   trailer I had, so I asked him did he have
13   the same problem.
14     Q   And did he?
15     A   He said he had the same problem
16   with his sewage.
17     Q   And these camper units, the one
18   that you had, that had what is called a gray
19   water or black water tank?
20     A   Yeah.  I think it was a black
21   water tank.
22     Q   It's a holding tank for the
23   sewage?
24     A   It's a holding tank.
25     Q   At any point in time while you
                                    Page 213
```

```
 1   were living in this unit, did you complain
 2   to FEMA about formaldehyde odors in the
 3   unit?
 4     A   Well, at the time, I didn't know
 5   nothing about formaldehyde at the time.
 6     Q   Understood.  And just to make it
 7   clear, you never complained about any
 8   formaldehyde or any odors to FEMA?
 9     A   No.
10     Q   You didn't complain about
11   formaldehyde or any odors to the contractor
12   who was doing the maintenance?
13     A   No.
14     Q   And you never complained to any
15   doctor or medical practitioner about any
16   odors or formaldehyde in the unit, correct?
17     A   No.
18     Q   In fact, even most recently you
19   visited a doctor two to three weeks ago and
20   you didn't tell him that you thought you had
21   formaldehyde problems in the unit?
22         MR. WOODS:
23              Objection.  It mischaracterizes
24   his earlier testimony.
25   EXAMINATION BY MR. MILLER:
                                    Page 214
```

```
 1     Q   Go ahead.
 2     A   No, because really I don't even
 3   know, because I'm scared to even go to see
 4   if I got cancer.
 5     Q   Okay.  I'm not -- I just want to
 6   know, you didn't tell the doctor, "Hey, I
 7   think when I was in the trailer, I was
 8   exposed to formaldehyde"?
 9     A   Yes.
10     Q   Did you tell the doctor that?
11     A   No.
12     Q   Now, it's my understanding for
13   medical treatment, going to a doctor, we
14   have discussed your two trips that you made
15   to the doctor.  One trip occurred in
16   November of 2005 when you were living in
17   Sulphur, Louisiana?
18     A   Yes.
19     Q   And the second visit occurred two
20   or three weeks ago, January, February, 2010;
21   is that correct?
22     A   Yes.
23     Q   Between November, 2005 and
24   February -- January, February, 2010, you
25   never went to see a doctor?
                                    Page 215
```

```
 1     A   I couldn't pay for it.  I just got
 2   a free Medicare doctor for this month, so --
 3     Q   All I'm asking is, did you go see
 4   a doctor between November, 2005 and January,
 5   2010?
 6     A   Yes.
 7     Q   What doctor did you go see?
 8     A   I went to a free clinic.
 9     Q   When and where?
10     A   The one time in Sulphur,
11   Louisiana, 2005, November.  I went to a free
12   clinic in New Orleans.  When it was?  I
13   think it was January something.
14     Q   Let me step back.  My
15   understanding is you went to a doctor twice?
16     A   Yes.
17     Q   Once was in November of 2005, and
18   the second time was in January, 2010?
19     A   Yes.
20     Q   Between that time, you never went
21   and saw a doctor?
22     A   No.  I couldn't afford to go to no
23   doctor.
24     Q   And my question is, you did not go
25   to a doctor between November of 2005 --
                                    Page 216
```

54 (Pages 213 to 216)

**Page 217**

1    A    Yes.
2    Q    -- and January of 2010?
3    A    Because I wasn't really sick. All
4  I had was a little case of allergy.
5    Q    Okay.
6    MR. WOODS:
7         He didn't finish his answer. You
8  interrupted him before he finished his
9  answer. He was giving a more complete
10 answer to your question.
11 EXAMINATION BY MR. MILLER:
12   Q    My only question, sir, is you went
13 to a doctor in November of 2005, right?
14   A    Yes.
15   Q    The next time after that you went
16 to a doctor was in January of 2010?
17   A    Yes.
18   Q    Between November, 2005 and
19 January, 2010, you didn't see a doctor?
20   A    I didn't have to see a doctor
21 between 2005, because after I went to the
22 doctor, I didn't have no more problem with
23 sinus.
24   Q    Okay.
25   A    So the reason why I didn't go from

**Page 218**

1  2006 and all that, because I was using
2  over-the-counter drugs from 2006 all the way
3  up until now. Like I say, I can't pay money
4  to go to the hospital and pay for tuition
5  and all of this. I just got on free
6  Medicare in February, and that expires in
7  July.
8    Q    Let me go ask you to look at what
9  is marked I think as Exhibit No. 6, and
10 that's that Keystone manual that you have?
11   A    Yes.
12   Q    The owners manual. Can you pull
13 that out, please?
14   A    Six?
15   Q    Yes. You got that in front of you
16 there. Okay. And what I want you to do is
17 turn to --
18   A    What page?
19   Q    Actually, hold off before we go to
20 that. This unit, in addition to windows and
21 doors, also had roof vents?
22   A    They had one roof vent. That was
23 in the bathroom.
24   Q    Did you open that roof vent?
25   A    Yes.

**Page 219**

1    Q    And did you leave that roof vent
2  open usually?
3    A    Besides when it rained, I closed
4  it.
5    Q    Okay. Other than when it rained,
6  did you leave that open?
7    A    No.
8    Q    What did you do?
9    A    Closed it.
10   Q    Why?
11   A    Because, like I said, I close
12 everything up when I leave. In case of
13 rain, I got to come and wipe all the water
14 off the floor. So no sense in leaving a
15 vent open when it's going to rain that
16 night.
17   Q    Got it. When would you open the
18 vent?
19   A    Mostly when I use the bathroom, I
20 leave it open to vent the bathroom out,
21 stuff like that.
22   Q    So when you showered or used the
23 facilities, you would open the vent?
24   A    Yes.
25   Q    And in this manual, if you go to

**Page 220**

1  Page 110 of Exhibit No. 6, which is McGraw
2  000111, that has "For More Information," and
3  it has some numbers for Keystone RV Company.
4  Do you see that?
5    A    Yes.
6    Q    Did you ever call up Keystone
7  regarding any issues or matters regarding
8  this travel trailer?
9    A    No.
10   Q    So you never called them up to
11 tell them "we have problems with odors" or
12 "I have problems with rats or rodents" or "I
13 have a problem with the furnace"?
14   A    No.
15   Q    None of those complaints were ever
16 directed to them?
17   A    Well, like I told you, at the end,
18 it was too late to call about the furnace,
19 because I was already moving out of the
20 trailer, so it didn't make no sense. I told
21 the lady who came to inspect the trailer
22 about them things, but it was already past
23 my time in the trailer.
24   Q    Okay. So the furnace really
25 wasn't a big issue? It had broken and --

55 (Pages 217 to 220)

1    A   Yeah. So I was already out of the
2  trailer. All she came there is to inspect
3  it.
4    Q   Got it. If you turn two more
5  pages to Exhibit No. 6, Page 112, McGraw
6  000113, it's titled "Chemical Sensitivity
7  Issues." Do you see that?
8    A   Yes.
9    Q   This page here says, and if you
10 turn, it's about the fourth sentence --
11 Actually, let me read this here. It says,
12 "Many individuals are sensitive to the
13 out-gassing from common construction
14 materials used in the construction of RV's.
15 This occurs most frequently in hot weather
16 and after a unit has been closed up for
17 extended periods. Chemical sensitivity is
18 an individual reaction. Common symptoms
19 include, but are not limited to, burning
20 eyes, respiratory irritations and other
21 allergic reactions."
22          Now, I have looked through your
23 Plaintiff Fact Sheet. Did you ever suffer
24 burning eyes in this unit?
25   A   Yes, sometimes.

Page 221

1    Q   Okay. Did you ever complain to
2  FEMA about that?
3    A   No.
4    Q   Did you ever complain to the
5  maintenance contractor about that?
6    A   No, because I really thought it
7  had no connection to the trailer until I saw
8  it on a commercial. Like I say, I thought I
9  was catching a cold or something.
10   Q   Got it. But it was here in this
11 manual that you had, it explained that that
12 might happen; isn't that right?
13   A   Yes.
14   Q   It also said "respiratory
15 irritations and other allergic reactions."
16 Do you see that?
17   A   Yes.
18   Q   Did you ever complain -- Did you
19 ever suffer any respiratory irritation or
20 what you believe are allergic reactions when
21 you were in the trailer?
22   A   The only thing that occurred in
23 the trailer was sinus and red eyes and
24 headaches.
25   Q   Okay. And other than the sinus,

Page 222

1  red eyes, headaches, and I guess what you
2  said, burning eyes earlier, did you suffer
3  any other symptoms in the trailer?
4    A   Not as far as I know.
5    Q   And you never complained to FEMA
6  about those symptoms?
7    A   No.
8    Q   You never complained to the
9  maintenance contractor about those symptoms?
10   A   No.
11   Q   And here it says, goes on to say,
12 "These conditions are not manufacturing
13 defects. A common myth is that formaldehyde
14 is used in the manufacturing paneling and
15 other building materials. Keystone RV does
16 not use products containing formaldehyde."
17          Do you see that?
18   A   Yes.
19   Q   And then it goes on to say,
20 "Suggested Solution: Frequent fresh air
21 ventilation. Open the windows and roof
22 vents when possible. In colder weather,
23 running the furnace will assist in this
24 process."
25          When you suffered burning eyes or

Page 223

1  this respiratory irritation or sinus
2  problem, did you follow this instruction and
3  open the windows?
4    A   Well, at that time -- Well, no
5  sense to open the window when it's
6  35 degrees outside. So most of the time I
7  had the furnace on.
8    Q   Okay.
9    A   So what's the sense in opening the
10 window up, when I'm trying to keep warm, to
11 open a window or a door when it's 35 degrees
12 outside?
13   Q   Okay. Well, what about in the
14 summer when you were in the unit? Did you
15 suffer the irritated eyes?
16   A   Like summertime, I didn't, because
17 I was barely in the trailer. Like I said,
18 during the morning time, I would get up, go
19 do some work on the house, go lay down for
20 an hour and go to work. Most of the time
21 when it occurred with the burning eyes was
22 at nighttime when it was cold or something
23 and my eyes go to burning, like I got a cold
24 or something.
25   Q   So you didn't suffer the burning

Page 224

56 (Pages 221 to 224)

**Page 249**

1     Q   And this started shortly after you
2 moved into the trailer?
3     A   It started after I moved into the
4 trailer.
5     Q   Did you tell anyone about this?
6     A   Like I say, I told my neighbor, "I
7 don't know what's going on with this,"
8 because I don't know what it is. I think
9 I'm catching a cold. I'm taking the wrong
10 medicine. I think I'm going to catch a
11 cold, but it's not. And I took everything
12 there is to take, Claritins, Zyrtecs,
13 Mucinex, everything, and it still don't go
14 away.
15     Q   And did you -- I mean, I gather
16 that these headaches were bad headaches,
17 aspirin didn't solve it, the sinus was
18 really bad, sinus problems, and your eyes
19 were red. Did you do anything to try to
20 find out what was causing this?
21     A   Like I said, I had sinus problem,
22 but I couldn't go to the doctor, because I
23 had no money to go to the doctor. I told
24 you all I was trying to send my daughter to
25 go school, pay this, pay bills and get the

**Page 250**

1 house finished. Like I told you, I just got
2 on Medicare healthcare in February of 2010,
3 and that expires in July of 2010.
4     Q   Now, the first time that you
5 became aware, that you believe you became
6 aware that this might be formaldehyde was
7 from a commercial?
8     A   Yeah, from a commercial.
9     Q   And that happened when?
10     A   That happened in, what, like late
11 2008. I don't know which month it was, but
12 it was in some month in 2008.
13     Q   Have you since had the opportunity
14 to talk to your counsel about formaldehyde?
15     A   No.
16     Q   Have you talked to anybody else
17 about formaldehyde?
18     A   I haven't talked to nobody about
19 formaldehyde.
20     Q   So in truth, do you know anything
21 about formaldehyde?
22     MR. WOODS:
23       Object to the form.
24     THE WITNESS:
25       I know what I saw on TV. Like I

**Page 251**

1 told you, it cause cancer, bad to your
2 health and all that. As far as me studying
3 formaldehyde, no.
4 EXAMINATION BY MR. MILLER:
5     Q   So what you know about
6 formaldehyde is what you saw on TV?
7     A   That's the only thing I know about
8 formaldehyde. I don't even know nothing
9 about formaldehyde before I even lived in a
10 trailer. If I wouldn't have stayed in a
11 trailer, I still wouldn't know nothing about
12 formaldehyde.
13     Q   I understand that. What I gather
14 is everything you know about formaldehyde is
15 what you learned from watching a commercial
16 from the counsel on TV?
17     A   Well, like I say, you got to learn
18 somewhere.
19     Q   I understand. But that's where
20 all the information you have regarding
21 formaldehyde comes from?
22     A   That's it.
23     Q   And as a result of that commercial
24 on TV, you did contact the counsel?
25     A   Like I said, I didn't even know

**Page 252**

1 formaldehyde was in a trailer.
2     Q   Now, I want to ask you to turn to
3 a document which is marked as Exhibit
4 No. 11, and this is Bates stamped McGraw
5 000201 through 203.
6     MR. WOODS:
7       You have shown him this one. This
8 is the same one.
9     MR. MILLER:
10       Oh, it is the same one. Thank
11 you, Counsel.
12     MR. WOODS:
13       Any time.
14 EXAMINATION BY MR. MILLER:
15     Q   What I wanted to show you was a
16 document marked McGraw Exhibit 11, which is
17 McGraw 000199 through 200. Do you have that
18 document in front of you?
19     A   Okay.
20     Q   Do you recognize this document?
21     A   Yes.
22     Q   Is that your signature?
23     A   Yes.
24     Q   And is that the date that you
25 signed it, June 23rd, 2008?

```
 1   see that?
 2       A    Yes.
 3       Q    It says, "a. Occupant agrees to
 4   promptly notify FEMA or Party identified by
 5   FEMA responsible for maintenance when any
 6   damage or defect is found, so that repairs
 7   can be made as necessary."
 8            Do you see that?
 9       A    Yes.
10       Q    And you understood that you were
11   to promptly contact FEMA or the Government
12   contractor responsible for maintenance if
13   there was any damage or defect in the unit?
14       A    Yes.
15       Q    And you did that during the time.
16   You identified the furnace, the rodent
17   problem, and what was the other problem you
18   had?
19       A    Non-sleeping.
20       Q    Oh, you didn't mention that to
21   them, though?
22       A    No.
23       Q    That was more just a problem with
24   the size of the mattress, right?
25       A    Uh-huh (affirmative response).
                                        Page 261

 1       Q    You never identified to them that
 2   you thought you had problems with sinuses in
 3   the unit when you were there, right?
 4       MR. WOODS:
 5            Object to the form of the
 6   question. "Sinuses in the unit"?
 7       THE WITNESS:
 8            Because at the time I didn't know
 9   two and two.
10   EXAMINATION BY MR. MILLER:
11       Q    Let me step back, because your
12   counsel has a very good objection there and
13   I agree with it.
14            You never informed FEMA that there
15   was any defects in the unit that you thought
16   might be causing your sinus problems?
17       A    Well, how could I know that the
18   trailer is causing my sinus or why I'm going
19   to call FEMA for it?  I don't even know that
20   the trailer is causing my sinus.
21       Q    And you never had any of those
22   problems before you moved into the trailer,
23   correct?
24       A    No.
25       Q    And so moving into the trailer is
                                        Page 262

 1   what started those symptoms, right?
 2       A    Yeah, but I still ain't never put
 3   two and two together, because I was just --
 4   Like I said, I was busy doing work on the
 5   house, going to my work, so I didn't have
 6   time to try to put two and two or is the
 7   trailer making me sick or none of that.
 8       Q    But these were headaches that are
 9   like headaches you never had experienced
10   ever before in your life, right?
11       A    Yeah.
12   MR. WOODS:
13            Objection.  You're badgering the
14   witness.
15   EXAMINATION BY MR. MILLER:
16       Q    Sir?
17       A    Huh?
18       Q    You had never experienced
19   headaches like this before in your life?
20       A    I never feel sinus like this in my
21   life either.
22       Q    Nor the burning eyes, right?
23       A    Right.
24       Q    And it was moving into the trailer
25   when those symptoms started, right?
                                        Page 263

 1       A    No, not right then and there.  Not
 2   as soon as I moved in the trailer I didn't
 3   get these symptoms.
 4       Q    What was it, how long, two or
 5   three weeks?
 6       A    No, like I say, like a month or
 7   two before I started really getting symptoms
 8   like waking up in the middle of the night,
 9   can't breathe, got to spray nasal spray in
10   my mouth just to open my nose just to try to
11   breathe.
12       Q    Okay.  So within one or two months
13   of moving in, you started experiencing these
14   headaches, right?
15       A    Yes.
16       Q    Within one or two months of moving
17   in, you started experiencing these sinus
18   problems?
19       A    Yes.
20       Q    Within one or two months of moving
21   in, you started suffering these burning
22   eyes?
23       A    Yes.
24       Q    I'm going to hand you a document,
25   which will be marked as Exhibit No. 17.
                                        Page 264
```

66 (Pages 261 to 264)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)     Videotaped Deposition of David Leon McGraw

```
 1      THE VIDEOGRAPHER:
 2          We're back on the record.  It's
 3   4:12.
 4   EXAMINATION BY MR. JOHNSON:
 5      Q    Mr. McGraw, Mr. Miller was asking
 6   you about sinus problems that you had that
 7   started or that you had when you lived in
 8   your trailer.  Do you remember that?
 9      A    Yes.
10      Q    You had sinus problems actually
11   before you moved into your trailer, didn't
12   you?
13      A    I had a little sinus problem.
14      MR. WOODS:
15          Objection.  Asked and answered.
16   EXAMINATION BY MR. JOHNSON:
17      Q    What was your answer?
18      A    I had one sinus problem when I was
19   in Sulphur and that was it.
20      Q    And when you had that sinus
21   problem in Sulphur, did you go to the
22   doctor?
23      A    Yeah, I went to the doctor, and
24   they gave me Zyrtecs for the allergy.
25      Q    When you went to the doctor in
                                         Page 293
```

```
 1   didn't go to the doctor, because they didn't
 2   have no doctors down here at the time.
 3      Q    There were no doctors you could go
 4   to in New Orleans?
 5      A    They had some doctors down in like
 6   clinics they set up around the neighborhood,
 7   but I didn't go to none of them.
 8      Q    And if you had gone to those,
 9   would those have been free clinics?
10      A    Yeah, they probably was, because I
11   think it was FEMA that set them up.
12      Q    So when you came back, you lived
13   in your trailer, you had sinus problems, you
14   could have gone to a doctor?
15      A    Yeah, but I decided I didn't know
16   what it was.  I was using over-the-counter
17   stuff, Zyrtecs, Claritin and stuff like that
18   trying to get rid of it myself.
19      Q    All right.  Let me ask you about
20   Exhibit 6, which is the Keystone manual.
21          Justin, can you get that out for
22   him?
23      MR. WOODS:
24          This one?
25      MR. JOHNSON:
                                         Page 295
```

```
 1   Sulphur and they gave you that medicine, did
 2   you have to pay for that visit?
 3      A    No.
 4      Q    It was free?
 5      A    It was a free clinic.
 6      Q    Now, you moved into your trailer
 7   and you told Mr. Miller in response to a
 8   question that you had sinus problems again,
 9   right?
10      A    I said I moved and the sinus
11   problems didn't start until about two or
12   three months while I was in the trailer.
13   They didn't start when I moved right into
14   the trailer.
15      Q    And were the sinus problems you
16   had when you moved in, a couple of months
17   later after you moved in, were they worse
18   than the problem that you had in Lake
19   Charles?
20      A    I say it was worser.
21      Q    Did you go to the doctor then?
22      A    No, I didn't, because I didn't
23   know the trailer was causing these problems.
24      Q    But did you go to the doctor?
25      A    See, while I was down here, I
                                         Page 294
```

```
 1          Yes.
 2   EXAMINATION BY MR. JOHNSON:
 3      Q    Do you remember when I was asking
 4   you some questions about that, you said that
 5   there were certain parts of that manual you
 6   looked at when you got it?
 7      A    Yes.
 8      Q    And I think what you said was
 9   basically the stuff that you needed to
10   figure out --
11      A    Most of the stuff that I would
12   need, like A/C, heater, stuff like that.
13      MR. WOODS:
14          I know it's getting late and
15   you're tired, and it's hard, this is a hard,
16   tedious process, but let him finish his
17   question.
18      THE WITNESS:
19          Okay.
20   EXAMINATION BY MR. JOHNSON:
21      Q    But you answered?  You knew where
22   I was going with that question and you
23   answered it?
24      A    Yes.
25      Q    So it's fair to say it was
                                         Page 296
```

74 (Pages 293 to 296)

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                              (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw) — Videotaped Deposition of David Leon McGraw

**Page 297**

1  basically the stuff you needed to know how
2  to use in the trailer?
3      A   Yes.
4      Q   Okay. And Mr. Miller went through
5  a number of pages in the manual with you.
6  One of them was he asked you to turn to
7  Page 112, and I'm going to ask you to do the
8  same thing. Would you do that?
9      A   Okay. 112.
10     Q   When you read that today with
11 Mr. Miller, was that the first time you had
12 read that page?
13     A   Yes.
14     Q   Okay. Let me ask you this. You
15 identified in response to Mr. Miller's
16 questions, I think you listed off some
17 medical problems that you had when you lived
18 in your trailer. Do you remember that, like
19 a month or two in, you told him --
20     A   Yes.
21     Q   Okay. And what I got -- And I
22 want to make sure I have the complete list
23 of what you have, so I'm going to list these
24 off one by one and tell me if I'm right.
25 You said you had sinus problems?

**Page 298**

1      A   Yes.
2      Q   You had headaches?
3      A   Yes.
4      Q   You had watery eyes?
5      A   No, not watery eyes.
6      Q   Oh, I'm sorry.
7      A   Redness of eyes, hot eyes,
8  something like that.
9      Q   Burning eyes?
10     A   Burning eyes.
11     Q   Would that be a better
12 description?
13     A   Yes.
14     Q   And then you also said you had a
15 hard time sleeping?
16     A   Yes.
17     Q   But we talked about before that's
18 probably because of that thin, little
19 mattress, right?
20     A   Yes.
21     Q   Okay. Sinus headache, red eyes or
22 itchy eyes or watery eyes, however you want
23 to describe it. Were there any other
24 problems that you had when you were living
25 in the trailer, medical problems?

**Page 299**

1      A   That was it.
2      Q   And I don't want to draw an
3  objection from Mr. Woods here, but I want to
4  make sure. It is absolutely important we
5  understand. Any other medical symptoms at
6  all that you had when you were living in the
7  trailer but those that you just listed?
8      A   Mostly that's all I had were them
9  symptoms right there.
10 MR. WOODS:
11     I will enter an objection to the
12 form of the question.
13 MR. JOHNSON:
14     Fair enough.
15 EXAMINATION BY MR. JOHNSON:
16     Q   Let me ask you about -- We're done
17 with that manual -- the Plaintiff Fact
18 Sheet, which is that exhibit in front of
19 you. What's the exhibit number on bottom?
20     A   21.
21     Q   21. Describe for me the process
22 through which that form was filled out.
23     A   This package here, they just sent
24 me the form and I filled it out.
25     Q   Okay. So somebody sent you a copy

**Page 300**

1  of that form, a blank copy?
2      A   Yes.
3      Q   Do you remember who that was?
4      A   No, I don't recall.
5      Q   When was that?
6      A   Somewhere in 2008, like I said.
7      Q   And did that come to you by mail?
8      A   By mail.
9      Q   Okay. And did you -- And I'm just
10 trying to understand. You got a copy of it,
11 and it just had a bunch of blanks in it?
12     A   Yes.
13     Q   What did you do at that point?
14     A   Filled it out and sent it back.
15     Q   By hand you wrote it in?
16     A   Yes.
17     Q   And did you sign it after you
18 filled it out by hand?
19     A   Yes.
20     Q   Do you know where the handwritten
21 version of that sheet is?
22     A   No, I don't.
23     Q   Have you seen it since you sent it
24 back?
25     A   I haven't seen it since I sent it

75 (Pages 297 to 300)