

# Keystone RV Company

# Owners Manual

2642 Hackberry Drive
Goshen, IN 46526
(574) 534-9430



McGraw DEPOSITION EXHIBIT 6

EXHIBIT 8

MCGRAW000001

MCGRAW_EX-000013



# Owners Manual



McGraw
DEPOSITION
EXHIBIT
6

2642 Hackberry Drive
Goshen, IN 46526
(574) 534-9430

MCGRAW000001

MCGRAW_EX-000013

# Keystone RV Company
# Owner's Manual

Montana



Laredo





Mountaineer





Tail-gator



HORNET











SPRINTER

SPRINGDALE







COUGAR

09/16/04

MCGRAW000002

MCGRAW_EX-000014



September 10, 2004

Dear Keystone Owner,

Thank you for purchasing a Keystone RV product. Your decision to own a Keystone is what drives our efforts everyday and we appreciate your vote of confidence.

As you may know, Keystone RV is the #1 selling RV brand in North America. We don't take that position for granted and want the experience with your new travel trailer or fifth wheel to be enjoyable. To help get you started, please take a few minutes and review our Owner's Manual. It is pretty straightforward and will help you understand many of the functions and required maintenance of your RV.

On behalf of everyone at Keystone RV Company, we hope you will enjoy our product as much as we have enjoyed creating it for you.

Your Keystone RV Team

*2642 Hackberry Drive – Goshen, IN 46526*
*Phone: (866) 425-4369 – FAX (574) 534-9057*
*WWW.keystonerv.com*

2

09/16/04
MCGRAW000003

MCGRAW_EX-000015



# Introduction

Keystone RV Company has provided this manual solely for the purpose of providing instructions about the operation and maintenance of its recreational vehicle. Nothing in this manual creates any warranty, either expressed or implied. The only warranty offered by Keystone RV Company is set forth in the limited warranty applicable to your vehicle.

The Limited Warranty and limited warranties issued by the component manufacturers require periodic service and maintenance. The owner's failure to provide these services and/or maintenance may result in loss of warranty coverage for that item. The owner should review Keystone RV Company's limited warranty and the warranties of other manufacturers.

Instructions included in this manual are for operating some components, which may be optional on your vehicle. This manual is devoted to instructions on fifth wheels and travel trailers.

We hope you have many years of vacationing pleasure.

This manual is based on the latest information available at the time of publication. Due to continuous product development and improvements, Keystone RV Company reserves the right to make changes in product specifications and components without prior notice.



# Table of Contents

## Chapter One: Warranty

| | |
|---|---|
| Warranty Responsibilities | 8 |
| Warranty Statement | 9 |
| Warranty Period and Coverage | 11 |
| Owner Registration | 14 |
| Obtaining Service | 14 |
| Component Manufacturer Roster | 17 |

## Chapter Two: Towing and Leveling

| | |
|---|---|
| Towing Guidelines and Weight Ratings | 19 |
| Weighing Your Vehicle | 22 |
| Hitching Instructions | 23 |
| Towing Procedures | 25 |
| Leveling and Stabilization | 30 |

## Chapter Three: Appliances and Equipment

| | |
|---|---|
| Appliance Safety | 34 |
| Air Conditioner | 35 |
| Television Antenna | 36 |
| Awning | 37 |
| Cable | 38 |
| Furnace | 39 |
| Range / Cooktop | 44 |
| Refrigerator | 46 |
| Safety Equipment | 48 |

## Chapter Four: Electrical Systems

| | |
|---|---|
| 12 Volt DC | 51 |
| 120 Volt AC | 52 |
| Ground Fault Interrupter | 56 |
| Bargman 7-Way Wiring | 57 |
| Breakaway Switch | 58 |



# Table of Contents

## Chapter Five: LP System

| | |
|---|---|
| General Information | 60 |
| LP Regulator | 61 |
| LP Pigtails | 62 |
| Split Bottle Systems | 63 |
| LP Leak Detector | 65 |

## Chapter Six: Plumbing System

| | |
|---|---|
| Water Pump | 66 |
| Fresh Water System | 67 |
| Water Heater | 69 |
| Monitor Panel | 72 |
| Winterization | 73 |
| Waste Water | 76 |

## Chapter Seven: Slide Out Systems

| | |
|---|---|
| General Tips | 79 |
| Hydraulically Operated Slide Outs | 79 |
| Emergency Operation of Hydraulic Slide Outs | 82 |
| Electric Slide Outs & Emergency Operation | 84 |

## Chapter Eight: Care and Maintenance

| | |
|---|---|
| Overview | 87 |
| Facts About Mold | 88 |
| Exterior Care & Maintenance | 89 |
| Roof Care & Maintenance | 90 |
| Seals | 92 |
| Frame | 93 |
| Jacks | 94 |
| Wheels & Axles | 95 |



# Table of Contents

## Chapter Eight: Care and Maintenance (cont.)

Battery — 102
Effects of Prolonged Occupancy — 104
Care & Maintenance Interior — 105
Countertops — 106
Flooring — 107
Interior Etc. — 108

## Appendix

Contents — 109
Con... ...ne RV — 110
Glo... ...ns — 111
Chemi... ...ty Issues — 112
Controlling Condensation — 113
Storage & Winterization — 114
Pre-Travel Checklist — 115
Sport Utility Vehicle Towing — 116
General Maintenance Guidelines — 118
Maintenance & Repair Log — 121
Personal Records — 122

MCGRAW_EX-000019

 ## In This Manual

### Caution and Warning Boxes

Denotes information that the user should be highly aware of. Failure to heed these cautions or warnings may result in product damage, property damage, serious injury or fatality.



### Terms and Symbols Used

**(Optional)**

Denotes items which may be an option on all, certain products, or every product and model. Additionally, some optional items can only be included during the manufacturing phase and cannot be added.

The inclusion of optional items are for informational purposes for those units equipped with these items and does not imply or suggest the availability, application suitability, or inclusion for any specific unit.

 *Denotes additional information which the user may find helpful or instructive.*

MCGRAW_EX-000020

 ## Chemical Sensitivity Issues 

Many individuals are sensitive to the out-gassing from common construction materials used in the construction of RV's. This occurs most frequently in hot weather and after a unit has been closed up for extended periods. *Chemical sensitivity is an individual reaction.* Common symptoms include, but are not limited to: burning eyes, respiratory irritations and other allergic reactions. These conditions are not manufacturing defects. A common myth is that formaldehyde is used in the manufacturing paneling and other building materials. *Keystone RV **does not** use products containing formaldehyde.*

**Suggested Solution:**

Frequent fresh air ventilation. Open the windows and roof vents when possible. In colder weather, running the furnace will assist in this process.

**Additional consideration:**

A large majority of holding tank chemicals contain formaldehyde. Experiment with different brands not containing formaldehyde.