UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Theresa M. Baumgart, et al v Liberty Home, Inc.,*
*Inc., et al., Case No. 2:10-cv-257*

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO
PERFECT SERVICE ON CERTAIN DEFENDANTS**

---

COMES NOW PLAINTIFF, Teresa Baumgart, through counsel, and respectfully requests additional time within which to perfect service on Defendant Liberty Homes, Inc. In support thereof, Plaintiffs show the following:

1. Plaintiff's Complaint was originally filed in the Southern District of Mississippi on November 24, 2009.

2. Plaintiffs have proof of service for the following Defendants: the United States Government was served through FEMA on March 22, 2010; the United State Government was served through the Attorney General of the United States on March 17, 2010; the United States Government through the United States Attorney for the Southern District of Mississippi was served on March 11, 2010; and Defendant CH2MHill was served on March 11, 2010.

2. In the same time frame in which Plaintiff served the above named Defendants, Plaintiff mailed a Summons and Complaint to Defendant Liberty Homes, Inc. See the Stamped

-1-

Certified Mail Receipt attached as Exhibit "A". However, the Bay St. Louis Post Office apparently neglected to scan said package into its system and hence Plaintiff is unable to determine whether Defendant Liberty Homes, Inc. has in fact been timely served. See the Certified Mail Computer Tracking, attached as Exhibit "B". Out of an abundance of caution, counsel therefore requests that this Court extend the time within which to serve Defendant Liberty Homes, Inc.

3. Upon consultation with Lamont Domingue, counsel for Liberty Homes, Inc., he has indicated that he does not oppose Plaintiff's motion for extension of time to serve his client.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline by an additional sixty (60) days to insure that service is perfected on all parties.

Respectfully submitted, this the  23  day of March, 2010.

By:   *s / Rose M. Hurder*
       Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                  _s / Rose M. Hurder_
                                                  ROSE M. HURDER