**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION N-5

                                                                  JUDGE ENGELHARDT
                                                                  MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

        Considering Defendant United States of America's Unopposed *Ex Parte*/Consent Motion

to file a Reply Memorandum in Support of "Defendant United States of America's Motion for

An Award of Costs" (Rec. Doc. 11949),

        **IT IS HEREBY ORDERED** that the Motion is granted.

        **DONE AND SIGNED** this _____ day of _____, 2010.


                                _____
                                **HONORABLE KURT D. ENGELHARDT**
                                **JUDGE, UNITED STATES DISTRICT COURT**
                                **EASTERN DISTRICT OF LOUISIANA**