08013839

## CONTINGENT FEE RETAINER

I, Earline Castanel, hereby retain and authorize the law firm of GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C., to act as my attorneys and to represent me in connection with my claims for damages or loss resulting from residing in a FEMA (Federal Emergency Management Agency) provided travel trailer.

AS A LAW FEE for services rendered and to be rendered by my said attorneys, there is hereby assigned to them, and they are authorized to retain before the deduction of expenses and from the gross amount received on account of my claims, 15% of the gross amount of recovery by me individually, whether the recovery occurs in settlement or trial. In addition, I understand that my attorneys shall seek a share of any fee awarded or approved by the Court for "common benefit" services to the plaintiffs/plaintiff class as a whole.

It is understood and agreed that, after calculation of, and in addition to payment of, the law fee mentioned above, I shall be obliged to reimburse my attorneys for the necessary costs and expenses advanced by them to prepare and present my individual claims in court or otherwise, such as, but not limited to, court costs, medical and hospital records and reports, deposition transcripts, copying charges, expert fees, telephone tolls and the like. HOWEVER, it is further understood and agreed that, if there is no recovery of money in my case, I shall not have to pay my own attorneys anything.

Any costs or expenses incurred by the firm in connection with its "common benefit" services to the plaintiffs/plaintiff class as a whole will be reimbursed out of any reserve or set-aside for such expenses approved or authorized by the Court.

It is understood and agreed that no settlement, compromise, dismissal, or other such actions shall be taken on my claims without my consent and without the written consent of my attorneys.

Thus done and signed this 18 day of July, 2008.

EARLINE CASTANEL
Address: 2925 St. Peter St.
Earline Castanel,
New Orleans, La. 70119

RETAINER ACCEPTED:

For the Firm: Justin I. Woods

Date: 8/6/08

**EXHIBIT 1**

FEMA-000997