# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION N-5
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***


## UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS REPLY
## MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN AWARD OF COSTS
### (Rec. Doc. 11936)



## U.S. EXHIBIT NO. 1



REDMOND, WA • PORTLAND, OR • HILTON HEAD, SC • CAPE ELIZABETH, ME

Our ref: 20186

November 2, 2009

Adam Dinnell, Esq.
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts
1331 Pennsylvania Ave., NW, Suite 8004S
Washington, DC 2004

Dear Mr. Dinnell:

Re:    Expert Report of Bruce Kelman, Ph.D., D.A.B.T., A.T.S. in the matter of
       Wright, *et al*. v. Forest River, *et al*.

I have been asked to provide an expert opinion as a toxicologist regarding human health effects from indoor exposure to mold spores and mycotoxins. Molds are a group of organisms that are a subset in the fungal kingdom that are incapable of making their own food and rely on carbon source for survival (unlike plants)[1] and mycotoxins are toxins produced by molds.[2] I have extensive general knowledge in the field of toxicology and specific knowledge of the effects of mycotoxins from mold in indoor environments. The following report outlines my relevant qualifications and opinions.

---

[1] De Hoog, G.A., Guarro, J., Gene, J. & Figueras, M.J. (Eds.). (2000). *Atlas of Clinical Fungi* (2nd ed.). Utrecht: Centraalbureau voor Schimmelcultures. p. 1.
[2] Rao CY. (2001). Toxigenic Fungi in the Indoor Environment (Chapter 46). In: Indoor Air Quality Handbook (Eds: Spengler JD, Samset JM, McCarthy JS). McGraw Hill. p. 46-2 and 46-4.

---

KELMAN-000001



## I.      OPINIONS

Based on a review of the records provided to me in this matter, and a review of the literature, I hold the following opinions to a reasonable degree of scientific certainty:

- Mold and mold spores are ubiquitous and the construction and maintenance of a mold-free residential environment is not possible.

- Mold growth has not been documented in Mr. Wright's trailer when he lived in it, and there are no data showing airborne mold spore levels were elevated above normal background amounts.

- There is no evidence that mycotoxins were present in the indoor air in Mr. Wright's residence.

- There is no evidence that there was a sufficient amount of mycotoxins present in the subject property to have caused any injury to Mr. Wright. Furthermore, the above review of toxicity of various mycotoxins indicates that it is nearly impossible to inhale sufficient mycotoxins in an indoor environment to produce toxic effects.

- Therefore, it is my opinion that there could not have been sufficient amounts of mycotoxins present at the subject property to cause any injuries to Mr. Wright.

## II.      QUALIFICATIONS

I am a Board-certified toxicologist, certified by the American Board of Toxicology and the Academy of Toxicological Sciences. I am also a Registered Toxicologist in the United Kingdom and EUROPEAN Toxicology Registries. I am a member of the Society of Toxicology, the British Toxicology Society, the American College of Occupational and Environmental Medicine, the American College of Toxicology, and the American Society of Pharmacology and Experimental Therapeutics. I received a Bachelor of Science degree in Physiology and Biophysics from University of Illinois in 1969, a Master of Science degree and Ph.D. from the University of Illinois, Department of Physiology and Pharmacology, in 1971 and 1975 respectively. I also did a postdoctoral study in Toxicology at the University of Tennessee from 1974 through 1976. Currently, I am a Principal of Veritox, Inc. Veritox charges $425 USD per hour for my time. I have attached a true and correct copy of my curriculum vitae, rate schedule, and testimony list to this report as Appendices A – C.

KELMAN-000002



### III.    BASIS FOR OPINIONS

The basis for my opinions in this case includes my:

- education;

- training in basic science;

- experience in toxicology in general and as specifically related to mold spore and mycotoxin exposure;

- review and analysis of published literature on the effects of mycotoxins on a broad range of mammalian species including humans;

- general knowledge of the adverse effects of chemicals on mammalian species including humans;

- records reviewed in this case (see Appendix D); and,

- the inspection I conducted of the subject trailer at the FEMA storage facility on 8/7/09.

### IV.    BACKGROUND

I have been asked to provide an expert opinion as a toxicologist regarding the claims of human health effects from alleged exposure to mold spores at the Forest River travel trailer located at 2315 Seminole Lane, New Orleans, LA,[3] in the matter of Wright, *et al.* v. Forest River, *et al.*

Based on my review of the records in this case, it is my understanding that Lyndon Wright lived in the subject trailer from 3/06 to 7/08.[4] Mr. Lyndon claims he was exposed to mold at the trailer unit and experienced adverse health effects shortly after moving into the unit.[5]

Cultured air and surface samples for mold were collected inside the subject trailer by W.D. Scott Group, Inc. on 8/7/09, about a year after Mr. Wright vacated the subject trailer. Surface and bulk samples were collected by W.D. Scott Group, Inc. on 8/17/09 and "8/31/09-9/1/09."[6]

Non-cultured air samples and surface samples were collected from Mr. Wright's work

---

[3] Plaintiff Lyndon Wright Fact Sheet
[4] Plaintiff Lyndon Wright Fact Sheet; Deposition of Lyndon Wright, 7/10/09, 116:17-19, 132:8-10
[5] Plaintiff Lyndon Wright Fact Sheet; Deposition of Lyndon Wright, 134:20-136:10, 144:21-145:5, 307:5-309:15
[6] Affidavit of William D. Scott, 10/2/09, and Attachment 8



Report of Bruce Kelman, PhD, DABT, ATS                                                    Page 4

environment at the Civil District Courthouse on 5/19/06, 11/12/07, and 6/6/08 by Material Management Group Inc.[7]

On 8/7/09, I inspected and photographed the subject trailer formerly occupied by Mr. Wright at the FEMA storage facility in a large field. At the time of the inspection I observed general soiling in the unit as a result of its storage.

## V.    ANALYSIS OF TOXICOLOGICAL ISSUES

As a toxicologist, I evaluated whether or not mold could have caused a toxic response in Mr. Wright.

**Health Effects of Mold**

There are three established effects of mold in relation to human health: allergy, infection, and toxicity.

### 1.    Allergy

Molds are common and important allergens. About 5% of individuals are predicted to have some allergic airway symptoms from molds over their lifetime. However, molds are not dominant allergens and outdoor molds, rather than indoor ones, are the most relevant since exposure to outdoor mold is greater than indoor molds.[8,9] Importantly, allergy symptoms, such as those from "hay fever," do not persist after the exposure to the allergen ceases.

A positive allergy test is necessary to support a claim of allergy to a specific antigen. Mr. Wright did not have any type of skin test to establish allergy. Mr. Wright reportedly had "moderate" levels of IgE antibodies for *A. alternate* (*A. tenuis*).[10] The identification of IgE antibodiy for a specific mold does not mean that individual will necessarily have an allergic reaction when encountering mold, but only that they potentially could have such a reaction.

---

[7] MMG Mold Clearance Test at the First Floor Air Return Room inside the New Orleans Civil District Court House, 5/31/06 (Sampling 5/19/06); MMG Limited Indoor Air Quality Evaluation 1 at Civil District Court Room 302, 11/14/07 (Sample Received 11/12/07); Mold Investigation Report – Civil District Court, City of New Orleans, 6/6/08
[8] American College of Occupational and Environmental Medicine Council on Scientific Affairs. Evidence-Based Statement. Adverse Human Health Effects Associated with Molds in the Indoor Environment. JOEM 2003: 470-478.
[9] American Academy of Allergy, Asthma and Immunology 2006 Position Paper. Environmental and occupational respiratory disorders. J Allergy Clin Immunol 117(2):326-333.
[10] Kenner Dermatology Clinic, 7/14/09 [Bates Stamped FARBER-00005]



Report of Bruce Kelman, PhD, DABT, ATS                                                    Page 5

### 2.   Infection

Fungi (a designation that includes molds) are rarely significant pathogens for humans. Superficial fungal infections of the skin and nails are relatively common in normal individuals, but those infections are readily treated and generally resolve without complication. Fungal infections of deeper tissues are rare and in general are limited to persons with severely impaired immune systems. The leading pathogenic fungi for persons with non-impaired immune function, *Blastomyces*, *Coccidioides*, *Cryptococcus*, and *Histoplasma*, may find their way indoors via outdoor air but normally do not grow or propagate indoors. Due to the ubiquity of fungi in the environment, it is not possible to prevent immune-compromised individuals from being exposed to molds and fungi outside the confines of hospital isolation units.[11,12]

The records of Mr. Wright do not support any claim that he experienced infection from mold.

### 3.   Toxicity

Some molds that propagate indoors may, under some conditions, produce mycotoxins that can adversely affect living cells and organisms by a variety of mechanisms. Mycotoxins are natural products usually produced in response to environmental stimuli only by specific groups of organisms and only during part of their life cycle. The toxins are not necessary for fungal growth and their exact function has not been clearly established. They may play a role in regulating competition with other organisms since many mycotoxins inhibit the growth of surrounding microorganisms in culture.[13] Adverse effects of molds and mycotoxins have been recognized for centuries following ingestion of contaminated foods. Occupational diseases (such as Organic Toxic Dust Syndrome and Hypersensitivity Pneumonitis) are also recognized in association with inhalation exposure to very high concentrations of fungi, bacteria, and other organic matter, usually in industrial or agricultural settings (such as grain silos and industrial composting operations). Molds growing indoors are believed by some to

---

[11] American College of Occupational and Environmental Medicine Council on Scientific Affairs. Evidence-Based Statement. Adverse Human Health Effects Associated with Molds in the Indoor Environment. JOEM 2003: 470-478.
[12] American Academy of Allergy, Asthma and Immunology 2006 Position Paper. Environmental and occupational respiratory disorders. J Allergy Clin Immunol 117(2):326-333.
[13] Rao CY. (2001). Toxigenic Fungi in the Indoor Environment (Chapter 46). In: Indoor Air Quality Handbook (Eds: Spengler JD, Samset JM, McCarthy JS). McGraw Hill. Pp. 46-2 and 46-4).



Report of Bruce Kelman, PhD, DABT, ATS                                    Page 6

cause "building-related symptoms." However, despite a voluminous literature on the subject, the causal association remains weak and unproven, particularly with respect to causation by mycotoxins.[14,15]

### Did Exposure to Mycotoxins Cause Injury?

Toxicologists have reached a generally-accepted consensus on the methodology and criteria that must be used to determine if an exposure to a chemical has caused injury to an individual. Several criteria must be met in order to establish that exposure to a chemical has caused an injury. If any one of the following criteria is not met, causation cannot be established.[16]

    i)   The chemical(s) in question must first be present.

    ii)  Toxicological and/or epidemiological studies must show that the chemical(s) in question are able to cause the claimed adverse effect.

    iii) Exposure of an individual(s) to the chemical(s) must be in sufficient quantities and sufficient length of time to cause the claimed adverse effect.

    iv) Exposure to the chemical(s) must precede the claimed adverse effect with an appropriate time frame specific to the individual chemical in which the development of the effect occurs.

    v)  If the above criteria are met then alternative known causes of the claimed adverse effect must be considered and weighed against the probability that the chemical(s) in question caused or contributed to the adverse effect.

As a toxicologist, I used the above criteria to determine whether Mr. Wright could have been adversely affected by the mycotoxins from mold exposure in the subject trailer. As discussed below, none of the above criteria were met and therefore mycotoxins from mold exposure cannot cause any injuries to Mr. Wright.

---

[14] American College of Occupational and Environmental Medicine Council on Scientific Affairs. Evidence-Based Statement. Adverse Human Health Effects Associated with Molds in the Indoor Environment. JOEM 2003: 470-478.
[15] American Academy of Allergy, Asthma and Immunology 2006 Position Paper. Environmental and occupational respiratory disorders. J Allergy Clin Immunol 117(2):326-333.
[16] Federal Judicial Center. Reference Manual on Scientific Evidence, 2nd Edition, 2000

KELMAN-000006



Report of Bruce Kelman, PhD, DABT, ATS                                                            Page 7

### i)   Were mold spores or mycotoxins present?

I first evaluated data relating to the presence of mold spores and at what concentration they were present. I then evaluated data relating to the presence of mycotoxins.

### a)      Were mold spores present

Molds are part of the fungal kingdom, which comprises a diverse group of organisms that evolved over 400 million years ago.[17] Mold and mold spores are everywhere around us and have always been a part of our environment. The air we breathe is a virtual jungle of fungal spores and we routinely encounter mold spores as part of everyday life both indoors and outdoors. Spore levels may vary seasonally but some spores are always present. The ubiquitous presence of mold in air and on building materials makes it impossible to construct or maintain a building that is mold-free using standard residential design and construction techniques. Even if construction of a mold-free residential space were possible, the maintenance of a "mold-free" environment in a home under normal living conditions would be impossible, as many species of mold are naturally present on and in human bodies, domestic pets, and potted plants, and on foods such as fresh fruit and cheeses. The most significant source of mold spores indoors is reported to be the outdoor air.[18]

It is therefore certain that mold spores were present inside the trailer occupied by Mr. Wright and were also present in outside air. The question is then whether or not there was an increased risk of adverse health effects mold levels inside the trailer as opposed to the levels of mold outdoors.

Cultured air sampling and surface sampling (tape and swab) were conducted by W.D. Scott Group, Inc. (analyzed by EMLab P&K) on 8/7/09 at Mr. Wright's trailer. The highest indoor concentration of spores reported in the subject trailer was 390 CFU/m$^3$ (primarily *Cladosporium cladosporioides*) in the interior of the subject trailer; the corresponding outdoor concentration on that date was 1,800 CFU/m$^3$.[19] The outdoor mold spore concentration was approximately five times greater than the mold spore concentration in the air inside the trailer.

---

[17] Sherwood-Pile MA, and Gray J. 1985. Silurian fungal remains: probable records of the class Ascomycota. Lethaia 18:1-20
[18] Solomon WR. 1975. Assessing fungus prevalence in domestic interiors. J Allergy Clin Immunol. 56(3):235-242
[19] EMLab P&K Report, 8/27/09

KELMAN-000007



Surface mold sampling was conducted by W.D. Scott Group, Inc. (analyzed by EMLab P&K) on 8/17/09[20] and "8/31/09-9/1/09"[21] at Mr. Wright's trailer. Results of surface mold sampling may indicate the presence of mold, but do not help to characterize the exposure of the building occupants. The mere presence of any material, including mold, does not mean that exposure has occurred or will occur.[22] W.D. Scott Group, Inc. noted "water damage left of bedroom" during an inspection on 10/1/08-10/2/08.[23] W.D. Scott Group, Inc. also observed "mold at base of cabinet immediately to rear of entrance door, light mold on A1 window frames, mold on bathroom fixtures" during the inspection of the subject trailer on 8/6/09-8/7/09.[24]

W.D. Scott Group, Inc. collected cultured air samples inside the subject trailer approximately one year after Mr. Wright vacated the subject trailer. At the time of sampling the trailer had been unoccupied for a period of time and had been placed in an open field in the FEMA storage facility. These samples do not indicate past exposure nor can they be used to estimate potential exposure to mold spores during the occupancy period. Air sampling provides a "snapshot" of mold spores or other airborne materials that are present in a sampled environment at the time the testing is conducted. The results of air testing conducted today may have been very different from testing conducted yesterday. There are new conditions in the home that could influence the air testing, such as the lack of cleaning and housekeeping, general cleanliness, windows or doors open, seasonal changes, and the period of approximately one year during which the unit was unoccupied and unattended, and being located in an open field in the FEMA storage facility. For example, during my inspection I observed that the vent cover in the bathroom ceiling was missing, allowing water and debris intrusion.

Mold within walls does not have a direct relationship with the presence or amount of mold in a room or on interior surfaces. Air samples from wall cavities cannot be used to estimate potential mold exposure to home occupants and cannot be used to determine whether the

---

[20] EMLab P&K Report, 8/21/09
[21] EMLab P&K Reports, 9/4/09 and 9/21/09
[22] AIHA. 2004. Assessment, Remediation, and Post Remediation Verification of Mold in Buildings American Industrial Hygiene Association, Guideline 3, 7/20/04, p.2.
[23] W.D. Scott Group, Inc., Formaldehyde passive monitoring data – FEMA housing units, Attachment 4 of Affidavit of William D. Scott, PE, CHMM, 10/2/09
[24] W.D. Scott Group, Inc., Formaldehyde passive monitoring data – FEMA housing units, Attachment 5 of Affidavit of William D. Scott, PE, CHMM, 10/2/09



Report of Bruce Kelman, PhD, DABT, ATS                                                    Page 9

structure presents a health risk and/or contents of the structure or the structure itself is
contaminated with mold.

  **b)     Were mycotoxins present?**

   I found no data indicating that any mycotoxins were present in Mr. Wright's trailer; the
presence of mold does not mean mycotoxins were present. An exhaustive review of the
scientific literature indicates there is an agreement that mycotoxins are only sometimes
produced by molds. For example:

- "The isolation of a toxigenic species does not substantiate the presence of mycotoxins."[25]

- "In addition to controlling the species composition of fungal populations, the nature of substrates, water availability, temperature, competition, and other factors play a role in the kinds of secondary metabolites that are produced by specific fungi. Clearly, some recognized mycotoxins and volatile organic compounds that are produced by fungi only under specific environmental conditions."[26]

- "Mycotoxins are natural products usually produced in response to environmental stimuli only by specific groups of organisms and only during part of their life cycle. The toxins apparently are not necessary for fungal growth, and their exact function has not been clearly established. They may play a role in regulating competition with other organisms since many mycotoxins inhibit the growth of surrounding microorganisms in culture."[27]

- "Known mycotoxins-producing strains of *Aspergillus flavus* and *A. fumigatus* were grown on various media. No mycotoxins were found in extracts of densely colonized ceiling tiles, wallboard, wallpaper and air filters. These negative results were obtained even when enhanced growth when the indoor construction and finishing materials were supplemented with carbon and nitrogen."[28]

- "Competitive inaction may strongly decrease the amounts of aflatoxin produced. The inhibition of aflatoxin production by non-aflatoxigenic fungi seems to involve other factors besides competition with *Aspergillus flavus* for substrate.

---

[25] Tuomi T *et al.* 2000. Mycotoxins in crude building materials from water-damaged buildings. Appl Eviron Microbiol. 66(5):1899-1904

[26] Burge HA. 2001. Chapter 45 - The Fungi. In: Indoor Air Quality Handbook (Eds. Spengler JD *et al.*): McGraw Hill P. 45-11

[27] Rao CY. 2001. Chapter 46 - Toxigenic Fungi in the Indoor Environment. In: Indoor Air Quality Handbook (Eds: Spengler JD *et al.*): McGraw Hill. Pp. 46-2 and 46-4

[28] Ren P *et al.* 1999. Comparative study of *Aspergillus* mycotoxins production on enriched media and construction material. J Ind Microbiol. 21:209-213.



These factors comprise a) The enzymatic degradation of existing aflatoxin, b) The low pH preventing aflatoxin production, c) Inhibition by metabolites."[29]

Thus, exposure to molds does not mean exposure to mycotoxins.

Since the very first criterion for determining whether exposure to mycotoxins caused injury is not met, the analysis should not proceed any further; however, I will complete the analysis of the remaining steps to the extent that is possible.

### ii)   Are mycotoxins in the indoor environment capable of causing the claimed adverse effects?

Mr. Wright must establish that mycotoxins produced by mold are capable of causing his claimed health effects. According to the records that I reviewed, the health claims made by Mr. Wright include cough; headache associated with the coughing; eye irritation, burning, tearing, and swelling; chest congestion; blood in sputum and from sinuses; skin rashes, itching or irritation, burning, and drying or scaling; tingling or swelling of lips or face area; asthma; waking up with a choking feeling; worsening of allergies; irritation, burning, and bleeding of the nasal membranes; diarrhea; difficulty breathing; wheezing; shortness of breath; tightness of chest; sneezing, bronchitis; throat irritation, hoarseness, and laryngitis; pneumonia; upper respiratory tract infections; dizziness; nephritis; hypothermia; abnormal laboratory tests on blood; high blood pressure; and numbness of hands.[30]

Based on an exhaustive review of the scientific literature, these illnesses claimed by Mr. Wright are not consistent with what is known about the effects of mycotoxins. Some of the effects have been reported in animal studies or accidental human exposure where mycotoxin was administered orally or accidentally ingested on contaminated foodstuffs. These effects could not be reasonably expected from exposure via inhalation in a residential environment.

Specifically, the following illnesses claimed by Mr. Wright have not been shown to be caused by exposure to mycotoxins of any kind under any circumstances:

- Inhalation of mycotoxins or cutaneous exposures to mycotoxins in air does not cause skin rash, itching, irritation, burning, drying, or scaling. I conducted an

---

[29] Dalcero A *et al*. 1989. Aflatoxins in sunflower seeds: influence of *Alternaria alternata* on aflatoxin production by *Aspergillus parasiticus*. Mycopathologia, 108:31-35.)
[30] Plaintiff Lyndon Wright Fact Sheet; Deposition of Lyndon Wright, 134:20-136:10, 144:21-145:5, 307:5-309:15



exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes skin rash, itching or irritation, burning, drying or scaling.

- Inhalation of mycotoxins does not cause numbness or tingling. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes numbness or tingling.

- Inhalation of mycotoxins does not cause dizziness. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes dizziness.

- Inhalation of mycotoxins does not cause respiratory signs and symptoms (chest congestion, laryngitis, upper respiratory tract infections, bronchitis, pneumonia, shortness of breath, wheezing). I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes respiratory signs and symptoms.

- Inhalation of mycotoxins does not cause nasal membrane irritation or burning sensation. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes nasal membrane irritation or burning sensation.

- Inhalation of mycotoxins does not cause diarrhea. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes diarrhea.

- Inhalation of mycotoxins does not cause tingling or swelling of lips or the facial area. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes tingling or swelling of lips or the facial area.

- Inhalation of mycotoxins does not cause bleeding of the nasal membrane or sinuses. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes bleeding of the nasal membrane or sinuses.

- Inhalation of mycotoxins does not cause blood in sputum. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes blood in sputum.

- Inhalation of mycotoxins does not cause a choking feeling upon awakening. I

KELMAN-000011



conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes a choking feeling upon awakening.

- Inhalation of mycotoxins does not cause "abnormal lab tests on blood." I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes "abnormal lab tests on blood."

- Inhalation of mycotoxins does not cause high blood pressure. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes high blood pressure.

- Inhalation of mycotoxins does not cause hypothermia. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes hypothermia.

- Inhalation of mycotoxins does not cause nephritis. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes nephritis.

- Inhalation of mycotoxins does not cause eye irritation, burning eyes, swollen eyes, and tearing of eyes. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes burning eyes, eye irritation, swollen eyes, or tearing of eyes.

- Inhalation of mycotoxins does not cause "worsening of allergies." I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed literature showing inhalation of mycotoxins in a residential environment causes "worsening of allergies."

- Some individuals can be allergic to mold. If an individual is allergic to a specific mold and is exposed to a specific mold, they may have an allergic response. Mr. Wright did not have any type of skin test establishing allergy. Mr. Wright reportedly had "moderate" levels of IgE antibodies for *A. alternate* (*A. tenuis*).[31]

- The identification of IgE antibody for a specific mold does not mean that individual will necessarily have an allergic reaction when encountering the mold, but only that they potentially could have such a reaction.

---

[31] Kenner Dermatology Clinic, 7/14/09 [Bates Stamped FARBER-00005]



- Allergic responses to inhaled mold antigens are a recognized factor in lower airway disease, that is, asthma.[32]

The following claimed effect has been shown to be caused by exposure to specific mycotoxins under specific exposure conditions such as in industrial or agricultural settings (e.g. grain silos, handling moldy hay by farm workers, and industrial composting operations) that could not have been present in the circumstances of this case. Additionally, many of these symptoms are non-specific, and cannot be attributed to mycotoxins in the absence of specific signs of mycotoxicosis.

- Inhalation exposure to mycotoxins does not cause coughing, hoarseness, headache, dyspnea, or sore throat at levels encountered in a residential environment. I conducted an exhaustive search of the scientific literature and was unable to find any peer-reviewed report showing mycotoxins cause sore throat, coughing or sneezing in the absence of toxin-specific signs of toxicity. Symptoms of upper respiratory irritation (sore throat, hoarseness, nonproductive cough) have been associated with inhalation exposure to lethal concentrations of mycotoxins used as a biological warfare agent.[33] In agricultural settings, inhalation of large quantities of mixed organic dusts (bacteria, fungi, endotoxins, glucans, and potentially mycotoxins) is associated with organic dust toxic syndrome (chest tightness, cough, headache, dyspnea, malaise).[34] These effects could not be reasonably expected from exposure via inhalation in an office or residential environment. There are no peer-reviewed reports showing that exposure to mycotoxins in a residential environment causes chest tightness, coughing, hoarseness, headache, dyspnea, or sore throat.

I direct regular searches of the scientific literature for research and reviews investigating possible effects of mycotoxins inhalation on human health effects, and I personally read and review relevant literature. There are many researchers and a great number of experts, publications, and learned bodies that draw the same conclusions and opinions from available data on mycotoxin inhalation and effects in humans. Most independent researchers have reached the conclusion that exposure to mycotoxins in residential, office, or school environments do not cause adverse effects in occupants.

---

[32] Bush RK, *et al.* The medical effects of mold exposure. (Position paper of the American Academy of Allergy, Asthma, and Immunology.) Journal of Allergy and Clinical Immunology, 117(2):326-333. 2006
[33] Wannemacher RW, Jr. and Wiener SL. (1997). Trichothecene mycotoxins. In: Medical Aspects of Chemical and Biological Warfare Sidell FR, Takafuji ET, and Franz DR, Eds., pp 655-675. Office of the Surgeon General, Department of the Army, Department of the Army.
[34] Seifert SA *et al.* 2003. Organic Dust Toxic Syndrome: A Review. J Toxicol Clin Toxicol. 41(2): 185-193.

KELMAN-000013



- Bardana EJ, Jr. 2003:[35]

  – "Because fungi are encountered indoors and outdoors, there is no way to ascribe development of sensitivity or adverse health effects to a specific indoor exposure."

  – "A number of investigators have associated subjective complaints of headache, memory loss, lack of concentration, and other nonspecific symptoms as evidence of brain damage caused by mycotoxins or other fungal products. There is no scientific evidence that *Stachybotrys* or other fungal species detected in indoor air or present on building materials cause brain damage."

  – "Fungal contamination in buildings can vary greatly, and their presence in a dwelling does not necessarily constitute exposure. ... The presence of a specific immune response to a fungal antigen only connotes that exposure to one or more related species has occurred, but not that there is a symptomatic clinical state. ... When disease occurs, it more likely is related to transient annoyance or irritational reactions. ... Building-related disease caused by mycotoxicosis has not been proved in the medical literature."

- Bennett JW, Klich M. 2003.[36]

  – "Toxic-mold fears have precipitated a spate of lawsuits. In particular, a Texas case against Farmers Insurance Group has attracted a lot of publicity, and the number of mold damage cases, especially in water-damaged homes, is growing at a rapid rate. Unfortunately, much of the evidence is conjectural. Mycotoxins and other microbial products have been implicated as causative agents, but the range of symptoms attributed to toxic molds exceeds what can be explained rationally in terms of toxicological mechanisms."

- Burge HA. 2001.[37]

  – "The review led to the conclusion that the primary result from fungal exposure is allergic disease, and that the evidence for inhalation disease resulting from mycotoxin exposure in residential and office settings is extremely weak."

- Chapman JA. 2003.[38]

  – "... I have reviewed the literature concerning *Stachybotrys chartarum* and have not found scientific data to support the current public concern about health effects. I have described the developing technology to investigate the

---

[35] Bardana EJ, Jr. 2003. Indoor air quality and health -- Does fungal contamination play a significant role? Immunol Allergy Clin North Am. 23(2):291-309
[36] Bennett JW, Klich M. 2003. Mycotoxins. Clinical Microbiology Reviews. 16(3):497-516.
[37] Burge HA. 2001. Fungi: toxic killers or unavoidable nuisances? Ann Allergy Asthma Immunol. 87:52-56
[38] Chapman JA. 2003. *Stachybotrys chartarum* (chartarum = atra = alternans) and other problems caused by allergenic fungi. Allergy Asthma Proceedings. 24(1):1-7.



association of airborne fungal spores and mycotoxins and human disease. I
have outlined the fascinating roles in plant diseases, mycotoxin production,
contamination of our food, and infectious diseases caused by some common
allergenic fungi."

- Chapman JA *et al.* 2003.[39]

  – "When mold-related symptoms occur, they are likely the result of transient
    irritation, allergy, or infection. Building-related illness due to mycotoxicosis
    has never been proved in the medical literature. Prompt remediation of water-
    damaged material and infrastructure repair should be the primary response to
    fungal contamination in buildings."

- Fung F, Hughson WG. 2003.[40]

  – "... specific human toxicity due to inhaled fungal toxins has not been
    scientifically established."

  – "Specific human toxicity due to inhaled mycotoxins is not well understood,
    and the likelihood that sufficient mycotoxins are airborne despite visible
    indoor mold remains unproven and controversial."

- Fung F, Clark RF. 2004.[41]

  – "Currently, there is no supportive evidence to imply that inhaling mold or
    mycotoxins in indoor environments is responsible for any serious health
    effects other than transient irritation and allergies in immunocompetent
    individuals."

- Gots RE *et al.* 2003.[42]

  – "The data gathered in this review of the literature strongly suggest that current
    recommendations do not reflect concentrations reported in noncomplaint
    structures or those detected in outdoor environments, nor do they reflect levels
    that reasonably could be associated with adverse health outcomes."

- Khun DM, Ghannoum MA. 2003.[43]

  – "...we have not found supportive evidence for serious illness due to
    *Stachybotrys* exposure in the contemporary environment."

- Page EH, Trout DB. 2001.[44]

[39] Chapman JA *et al.* 2003. Toxic mold – phantom risk vs science. Annals of Allergy Asthma and Immunology. 91(3):222-
232.
[40] Fung F, Hughson WG. 2003. Health effects of indoor fungal bioaerosol exposure. Appl Occup Environ Health. 18:535-
544.
[41] Fung F, Clark RF. 2004. Health effects of mycotoxins – A toxicological overview. J Toxicol Clin Toxicol. 42:217-234.
[42] Gots RE *et al.* 2003. Indoor health – Background levels of fungi. AIHAJ. 64:427-438.
[43] Khun DM, Ghannoum MA. 2003. Indoor mold, toxigenic fungi, and *Stachybotrys chartarum*: infectious disease
perspective. Clinical Microbiology Reviews. 16(1):144-172.

KELMAN-000015

- "The literature review indicates that currently there is inadequate evidence supporting a causal relationship between symptoms or illness among building occupants and exposure to mycotoxins."

- Robbins CA *et al.* 2000.[45]
  - "...the current literature does not provide compelling evidence that exposure at levels expected in most mold-contaminated indoor environments is likely to result in measurable health effects."
- Terr AI. 2001.[46]
  - "The current public concern for adverse health effects from inhalation of *Stachybotrys* spores in water-damaged buildings is not supported by published reports in the medical literature."
- Terr AI. 2004.[47]
  - "There is no current body of clinical data defining a disease or pathology in those who claim illness from indoor mold growth because of water intrusion."
  - "Guidelines for the concentration of indoor molds have been published by a number of governmental and nonpublic entities, but to date, *none* of these guidelines are based on scientific data regarding the effects on human health or any specific disease." [emphasis in the original]

Notably, no learned body has reached the conclusion that exposure to mycotoxins in residential, office, or school environments has caused adverse effects in occupants:

- Centers for Disease Control and Prevention (CDC). 2000.[48]
  - "The reviews led CDC to conclude that a possible association between acute pulmonary hemorrhage/hemosiderosis in infants and exposure to molds, specifically *Stachybotrys atra*, was not proven."
- Texas Council on Scientific Affairs. 2002.[49]
  - "After reviewing available data, the council has concluded that public concern for adverse health effects from inhalation of *Stachybotrys* spores in water-damaged buildings is generally not supported by published reports in medical

---

[44] Page EH, Trout DB. 2001. The role of *Stachybotrys* mycotoxins in building-related illness. Am Ind Hyg Assoc J. 62:644-648.
[45] Robbins CA *et al.* 2000. Health effects of mycotoxins in indoor air: a critical review. Appl Occup Environ Hyg. 15:773-84.
[46] Terr AI. 2001. *Stachybotrys*: relevance to human disease. Ann Allergy Asthma Immunol. 87:57-63.
[47] Terr AI. 2004. Are indoor molds causing a new disease? J Allergy Clin Immunol. 113:221-226
[48] Centers for Disease Control and Prevention (CDC). 2000. Update: pulmonary hemorrhage/hemosiderosis among infants – Cleveland, Ohio, 1993-1996. MMWR 49:180-84
[49] Texas Council on Scientific Affairs. 2002. Report of Council on Scientific Affairs: Black Mold and Human Illness. CSA Report 1-I-02.



literature."

- "...the proposition that molds in indoor environments may lead to adverse health effects through mechanisms other than infection and allergic/immunologic reactions is an untested impression."

- "Adverse health effects from inhalation of *Stachybotrys* spores in water-damaged buildings is not supported by available peer-reviewed reports in medical literature."

• American College of Occupational and Environmental Medicine. 2003.[50]
  - "Current scientific evidence does not support the proposition that human health has been adversely affected by inhaled mycotoxins in the home, school, or office environment."

• American Academy of Allergy, Asthma, and Immunology. 2006.[51]
  - "The occurrence of mold-related toxicity (mycotoxicosis) from exposure to inhaled mycotoxins in nonoccupational settings is not supported by the current data, and its occurrence is improbable."

• American Academy of Pediatrics. 2006.[52]
  - "Currently, there is insufficient information to reliably state what levels of mold exposure can result in adverse health effects and to specify what levels constitute a 'dampness problem'."

In an extensive analysis, the Institute of Medicine did not conclude that any adverse health outcomes are caused by the presence of mold or other agents in damp indoor environments. The Institute did find sufficient evidence to conclude that there is an association between certain symptoms (upper respiratory—nasal and throat—tract symptoms, cough, hypersensitivity pneumonitis in susceptible persons, wheeze, and asthma symptoms in sensitized persons] and mold or damp indoor environments, but the Institute makes it clear that "associated with" does not mean "caused by." The Institute also found that the evidence

---

[50] American College of Occupational and Environmental Medicine Council on Scientific Affairs. Evidence-Based Statement. Adverse Human Health Effects Associated with Molds in the Indoor Environment. JOEM 2003: 470-478
[51] Bush RK *et al.* The medical effects of mold exposure. (Position paper of the American Academy of Allergy, Asthma, and Immunology.) Journal of Allergy and Clinical Immunology. 117(2):326-333.
[52] American Academy of Pediatrics. Policy statement: Spectrum of noninfectious health effects from molds. Pediatrics. 2006; 118:2582-2586.

KELMAN-000017



is not sufficient to show even an association between the presence of mold or other agents in damp door environments and any other agents in damp indoor environments and any other symptom.[53]

The World Health Organization (WHO) found there is insufficient evidence to establish that exposure to indoor dampness or mold caused any health outcomes. WHO found evidence is "almost sufficient" for exacerbation of asthma in children and found sufficient evidence of an association between exposure to indoor dampness or mold and asthma development, asthma exacerbation, current asthma, respiratory infections, upper respiratory symptoms, cough, wheeze, dyspnea, hypersensitivity pneumonitis, allergic alveolitis, and mold infections in susceptible individuals. WHO used the same criteria as the Institute of Medicine, making it clear that "associated with" does not mean "caused by." WHO also found that the evidence is not sufficient to show even an association between the presence of indoor dampness or mold and lung function, allergy or atopy, or "asthma, ever."[54]

The 2006 American College of Medical Toxicology (ACMT) review *American College of Medical Toxicology Comment: Institute of Medicine Report on Damp Indoor Spaces and Health*[55] reported that the ACMT "generally concurs with the IOM's assessment of the relationship between damp indoor spaces and human health effects." Furthermore, the ACMT found that "public health responses should not be solely based upon the presence of fungi or mycotoxins, because from a toxicological perspective, the available scientific evidence does not provide any compelling data to conclude that they pose significant health risks via inhalation in these settings."

In 2006, the American Academy of Allergy, Asthma and Immunology (AAAAI) conducted an extensive analysis of the scientific evidence on mold-related diseases. The conclusions of the AAAAI, among others listed in the AAAAI position paper entitled: *The Medical Effects of Mold Exposure,*[56] are as follows:

---

[53] Institute of Medicine—Committee on Damp Indoor Spaces and Health. 2004. Damp Indoor Spaces and Health. National Academies Press Washington, D.C.).
[54] WHO Regional Office for Europe Guidelines for Indoor Air Quality: Dampness and Mould, 2009.
[55] American College of Medical Toxicology (ACMT). American College of Medical Toxicology Comment: Institute of Medicine Report on Damp Indoor Spaces and Health. June 2006; Web site: https://www.acmt.net/main/page.asp?pageid=194.
[56] Bush RK *et al.* The medical effects of mold exposure. (Position paper of the American Academy of Allergy, Asthma, and Immunology.) Journal of Allergy and Clinical Immunology. 117(2):326-333.

KELMAN-000018



- "Currently available studies do not conclusively prove that exposure to outdoor airborne molds plays a role in allergic rhinitis, and studies on the contribution of indoor molds to upper airway allergy are even less compelling."

- "Exposure to airborne molds is not recognized as a contributing factor in atopic dermatitis."

- "Patients with suspected mold allergy should be evaluated by means of an accepted method of skin or blood testing for IgE antibodies to appropriate mold antigens as part of the clinical evaluation of potential allergies."

- "The occurrence of mold-related toxicity (mycotoxicosis) from exposure to inhaled mycotoxins in nonoccupational settings is not supported by the current data, and its occurrence is improbable."

- "The occurrence of mold-related irritant reactions from exposure to fungal irritants in nonoccupational settings are theoretically possible, although unlikely to occur in the general population given exposure and dose considerations."

- "Such irritant effects would produce transient symptoms-signs related to the mucus membranes of the eyes and upper and lower respiratory tracts but would not be expected to manifest in other organs or in a systemic fashion."

- "Further information about thresholds for irritant reactions in at-risk populations is needed to better define the role of molds, mold products, and other potential irritants in such individuals."

- "Sampling of both indoor and outdoor air for mold spores provides a measure of potential exposures and can be useful in certain clinical conditions, but it has many shortcomings."

- "Bulk, surface, and within-wall cavity measurement or [sic] molds or mycotoxins, although having potential relevance for other purposes, cannot be used to assess exposure."

Although the fact that the mycotoxins cannot be shown to (1) have been present in the subject trailer where Mr. Wright resided and (2) cause any of the claimed effects, I will complete the analysis of the remaining criteria to the extent possible.

### iii) If mycotoxins had been present in the home, could Mr. Wright have been exposed to a sufficient dose of mycotoxin to cause the claimed adverse effects?

Although there is no evidence that mycotoxins were present at the subject property, if they



Report of Bruce Kelman, PhD, DABT, ATS                                                    Page 20

were, the mycotoxins would have to gain access to the biological target (here, Mr. Wright) in sufficient quantities to cause an effect. The dose-response relationship is the most fundamental and pervasive concept in toxicology and an understanding of this relationship is essential for the study of toxic materials. The fundamental basis of the quantitative relationships between exposure to an agent and the incidence of an adverse response is the dose-response assessment.[57] All chemicals have toxic properties that become apparent as increasing quantities are consumed or absorbed. It follows that there may be "safe" levels of exposure to even the most toxic substances.[58]

A particularly important term in toxicology is threshold, which means the level of exposure at which an effect is first observed.[59] The erroneous opinion that exposure to "toxic chemicals" at any dose produces deleterious effects abounds in the lay public. The fact that dose defines toxicity for all chemicals has been recognized for centuries.[60]

Exposure-response relationships are among the most important criteria for inferring causality.[61] Characterizing the dose-response relationship requires an understanding of the importance of the intensity of exposure, the concentration × time relationship, whether a chemical has a threshold, and the shape of the dose-response curve. The metabolism of a chemical at different doses, its persistence over time, and an estimate of the similarities in disposition of a chemical between humans and animals are also important aspects of a dose-response evaluation.[62] The dose of a chemical determines whether that chemical is toxic or nontoxic. Appreciation and application of this basic tenet of toxicology, the dose-response relationship, is necessary when objectively evaluating chemically mediated effects.[63]

Mycotoxins are not volatile and do not evaporate from the mold spore or substrate particles.[64]

[57] Casarett and Doull's Toxicology: The Basic Science of Poisons, Sixth Edition. CD Klaassen, ed. McGraw-Hill. 2007.
[58] Occupational Medicine, Third Edition. C Zenz, ed. Mosby-Year Book, Inc. 1994.
[59] Occupational Medicine, Third Edition. C. Zenz, ed. Mosby-Year Book, Inc. 1994; Casarett and Doull's Toxicology: The Basic Science of Poisons, Sixth Edition. CD Klaassen, ed. McGraw-Hill. 2007.
[60] Montgomery MR, Reasor MJ. 1994. A toxicologic approach for evaluating cases of sick building syndrome or multiple chemical sensitivity. J Allergy Clin. Immunol. 94(2):371-375.
[61] Patty's Industrial Hygiene and Toxicology, Volume 1, Part B, Fourth Edition. GD Clayton ad FE Clayton, eds. John Wiley & Sons, Inc. 1991.
[62] Principles and Methods of Toxicology, Third Edition. AW Hayes, ed. Raven Press. 1994
[63] Montgomery MR, Reasor MJ. 1994. A toxicologic approach for evaluating cases of sick building syndrome or multiple chemical sensitivity. J Allergy Clin Immunol. 94(2):371-375).
[64] Schiefer H. 1990. Mycotoxins in Indoor Air: A Critical Toxicological Viewpoint. In: Indoor Air '90, Proceedings of the

KELMAN-000020



Using the following known factors, I calculated the number of airborne mold spores required to provide Mr. Wright with a dose of mycotoxins equivalent to the amount the FDA has deemed to be safe for human consumption.

- mycotoxin concentration in spores (obtained from scientific literature)
- the maximum number of spores in the air for the period of concern (8/7/09: *390 CFU/m³*)[65]
- the breathing rate of an individual (US EPA estimates used)
- the fraction of the spores that individuals retain by inhalation (100% assumed)
- the length of time for the exposure or the exposure duration (24 hours per day assumed)
- the body weight of the exposed individual (measured—if available for the appropriate time period—or EPA estimates)

Since there are no human studies for tremorgens, satratoxins, or trichoverrols, I considered the mycotoxin aflatoxin B1. Although it is not found in organisms growing on building materials, it is far more toxic than any of the tremorgens and is of comparable toxicity to the satratoxins. It is also regulated in the US food supply, and the FDA has determined that it is safe for a 52.6 kg (116 lb) adult male to consume 1.40E-05 µg/kg/day of Aflatoxin B1 without fear of adverse effects.

Based on the above calculations, Mr. Wright would have to be exposed to more than 101,541 spores/m³ for 24 hours per day, with the highest concentration of mycotoxins per spore ever reported, with 100% retention of these inhaled spores in order to approach the concentration of aflatoxin considered to be safe by the FDA. There are no sampling data indicating that conditions of this magnitude were present in breathing zones inside the subject trailer while Mr. Wright was occupying the trailer.

Although there are no human studies for tremorgens, satratoxins, or trichoverrols, in order to evaluate whether there is a possibility of adverse effects from these compounds at the spore concentration calculated above, I compared the maximum possible dose of these mycotoxins that Mr. Wright could have received from exposure to reported levels at the

---

Fifty International Conference on Indoor Air and Climate. pp. 167-172. Toronto, Canada; World Health Organization, 1978. Selected Mycotoxins, Trichothecenes, Ergot. In: Environmental Health criteria 105. pp. 73-76. WHO, Geneva. WHO 1990
[65] EMLab P&K Report dated 8/27/09



subject trailer (all lower than 101,541 spores/m$^3$) to the lowest dose that is known to produce an effect in animals via inhalation. The maximum dose of mycotoxin exposure calculated for Mr. Wright is between 0.00000002 and 0.004 times the known effects levels in experimental animals.

There is no evidence that there were any mycotoxins present. Furthermore, the above review of toxicity of various mycotoxins indicates that it is nearly impossible to inhale sufficient mycotoxins in an indoor environment to produce toxic effects. The relevant exposure calculations are attached as Appendices E – G.

Additionally, the spore concentrations measured in the home are below the threshold of toxicological concern (TTC). The TTC is the chemical intake level—calculated with a wide margin of safety—that is predicted to be without adverse human health effects assuming a person consumes chemicals at or below this concentration over the course their 70-year life span. Based on all mycotoxins for which a concentration per spore has been reported, the TTC for human exposure to chemicals has been calculated to be 30 ng/m$^3$. In mold with the highest measured mycotoxin concentration per spore (and shown to grow on building materials), this TTC corresponds to an airborne concentration of 30,000 spores/m$^3$, regardless of the method used to measure the mycotoxin concentration. At this concentration, no adverse effect is expected from exposure regardless of what mycotoxin any of the spores in the air might contain.[66]

Since none of the airborne spore concentrations measured at the residence exceeds 30,000 spores/m$^3$, no adverse effect or potential hazard is expected from mycotoxin exposure at the subject trailer. The relevant calculation is attached as Appendix H.

Although the fact that the mycotoxins cannot be shown to (1) have been present in the subject trailer where Mr. Wright resided and (2) do not cause any of the claimed effects, and (3) could not have been present at a level that would be expected to cause any effect, I will complete the steps of this analysis.

### iv) Did Mr. Wright's exposure to the claimed mold spore exposure occur

---

[66] Hardin BD *et al*. 2009. The concentration of no toxicologic concern (CoNTC) and airborne mycotoxins. Journal of Toxicology and Environmetnal Health. 72:585-598.



Report of Bruce Kelman, PhD, DABT, ATS                                                    Page 23

**before the onset of his symptoms?**

The exposure to mold spores by Mr. Wright must precede the onset of their claimed injuries. In addition, it is generally accepted in the scientific community that a temporal relationship between exposure and subsequent disease is insufficient to show that exposure to a chemical has caused a disease. A pre-existing condition cannot be used to support a claim that an exposure to a chemical has caused a disease. Additionally, conditions that occur after departure from the environment cannot be deemed to have been caused by exposure within that environment.

A review of the medical records of Mr. Wright show that many of the health effects he claiming as injuries from mold exposure are pre-existing conditions.

- Mr. Wright was reportedly has a history of asthma since 7/19/00.[67]

- During a medical visit on 5/2/02 at the Memorial Medical Center, Mr. Wright complained of left-sided numbness and tingling. As a result, he underwent a bilateral carotid artery duplex color flow Doppler ultrasound, which reported no findings to suggest significant stenosis at any location.[68] During a medical visit on 12/14/05, he again complained of the left side his arm mostly goes numb or "dead" (Medical records of Mr. Wright, Bates Stamped PL_L.WRIGHT-000139).

Therefore, at least some of Mr. Wright's complaints and diagnoses predate the claim that he began experiencing health symptoms associated with the alleged mold exposure.

**v) Are there alternative known causes of Mr. Wright's claimed adverse effects?**

If the above causation criteria are met then alternative known causes of the claimed adverse effect must be considered and weighed against the probability that the chemical(s) or agents(s) in question caused or contributed to the adverse effect. As discussed above, all four of the above criteria were not met in order to show that exposure to a chemical has caused an injury (i.e., (1) mycotoxins were not present, (2) mycotoxins do not cause the claimed effects, (3) there was insufficient exposure to cause any known effects, and (4) the claimed effects preceded the time of exposure. Therefore, I have not further considered this element

---

[67] Medical records of Lyndon Wright, Bates Stamped PL_L.WRIGHT-000151
[68] Medical records of Mr. Wright, Bates Stamped PL_L.WRIGHT-000256

KELMAN-000023



Report of Bruce Kelman, PhD, DABT, ATS                                    Page 24

of the analysis.

## VI.    CRITIQUE OF EXPERT OPINIONS

### Patricia Williams, PhD, DABT

Dr. Williams conducted a lengthy review and analysis of the health effects of mold in indoor environments and **did not find that exposure to mold, mycotoxins, or mold spores** *cause* **any adverse health effects.**[69] This conclusion is consistent with reports of all learned bodies which have examined the issue of health effects of mold in indoor environments, including the **Texas Council on Scientific Affairs, American College of Occupational and Environmental Medicine, Institute Of Medicine, American College of Medical Toxicology, American Academy of Allergy, Asthma, and Immunology, World Health Organization**, and **American Academy of Pediatrics.**[70] Dr. Williams concludes that "an association exists between mold exposure and nonallergic rhinitis" which she carefully differentiates from a "cause-effect relationship."

### Lawrence G. Miller, M.D., M.P.H.

Dr. Miller conducted a review of medical records and an examination of Mr. Wright. In addition, he reviewed medical and toxicological literature. Dr. Miller **did not find that exposure to mold, mycotoxins, or mold spores caused any adverse health effects for Mr. Wright.**[71] This conclusion is consistent with reports of all learned bodies which have examined the issue of health effects of mold in indoor environments, including the **Texas Council on Scientific Affairs, American College of Occupational and Environmental Medicine, Institute Of Medicine, American College of Medical Toxicology, American**

---

[69] Preliminary Affidavit of Patricia Williams, PhD, DABT, 10/2/09
[70] **Texas Council on Scientific Affairs**. Report of Council on Scientific Affairs: Black Mold and Human Illness. CSA Report 1-I-02. 2002-3; **American College of Occupational and Environmental Medicine** Council on Scientific Affairs. Evidence-Based Statement. Adverse Human Health Effects Associated with Molds in the Indoor Environment. JOEM 2003: 470-478; **Institute Of Medicine**; Committee on Damp Indoor Spaces and Health. 2004. Damp Indoor Spaces and Health. National Academies Press, Washington, D. C.; ACMT. **American College of Medical Toxicology** Comment -- Institute of Medicine Report on Damp Indoor Spaces and Health. 2006. https://www.acmt.net/main/page.asp?pageid=194 accessed on 10-11-2006; Bush RK, *et al.* The medical effects of mold exposure. (Position paper of the **American Academy of Allergy, Asthma, and Immunology; World Health Organization** (WHO) Regional Office for Europe Guidelines for Indoor Air Quality: Dampness and Mould, 2009) *Journal of Allergy and Clinical Immunology*, 117(2):326-333. 2006; **American Academy of Pediatrics**. Policy statement: Spectrum of noninfectious health effects from molds. Pediatrics. 2006; 118:2582-2586
[71] Affidavit of Lawrence Miller, MD, MPH, 10/2/09

KELMAN-000024



**Academy of Allergy, Asthma, and Immunology, World Health Organization**, and **American Academy of Pediatrics**.[72]

**Richard A. Spector, M.D., J.D.**

Dr. Spector reviewed Mr. Wright's medical history, examined him on several occasions, and conducted a biopsy of a mass at the base of Mr. Wright's tongue. Dr. Spector **did not find that exposure to mold, mycotoxins, or mold spores caused any adverse health effects for Mr. Wright.**[73] This conclusion is consistent with reports of all learned bodies which have examined the issue of health effects of mold in indoor environments, , including the **Texas Council on Scientific Affairs, American College of Occupational and Environmental Medicine, Institute Of Medicine, American College of Medical Toxicology, American Academy of Allergy, Asthma, and Immunology, World Health Organization**, and **American Academy of Pediatrics**.[74]

**George A. Farber, M.D.**

Dr. Farber conducted a review of medical records and an examination of Mr. Wright. In addition, he claims to have reviewed medical and toxicological literature. Dr. Farber writes "it is my professional opinion that, within a reasonable degree of medical probability, the

---

[72] **Texas Council on Scientific Affairs**. Report of Council on Scientific Affairs: Black Mold and Human Illness. CSA Report 1-I-02. 2002-3; **American College of Occupational and Environmental Medicine** Council on Scientific Affairs. Evidence-Based Statement. Adverse Human Health Effects Associated with Molds in the Indoor Environment. JOEM 2003: 470-478; **Institute Of Medicine**; Committee on Damp Indoor Spaces and Health. 2004. Damp Indoor Spaces and Health. National Academies Press, Washington, D. C.; ACMT. **American College of Medical Toxicology** Comment -- Institute of Medicine Report on Damp Indoor Spaces and Health. 2006. https://www.acmt.net/main/page.asp?pageid=194 accessed on 10-11-2006; Bush RK, *et al.* The medical effects of mold exposure. (Position paper of the **American Academy of Allergy, Asthma, and Immunology; World Health Organization** (WHO) Regional Office for Europe Guidelines for Indoor Air Quality: Dampness and Mould, 2009) *Journal of Allergy and Clinical Immunology*, 117(2):326-333. 2006; **American Academy of Pediatrics**. Policy statement: Spectrum of noninfectious health effects from molds. Pediatrics. 2006; 118:2582-2586

[73] Affidavit of Richard A. Spector, MD, JD, 9/21/09

[74] **Texas Council on Scientific Affairs**. Report of Council on Scientific Affairs: Black Mold and Human Illness. CSA Report 1-I-02. 2002-3; **American College of Occupational and Environmental Medicine** Council on Scientific Affairs. Evidence-Based Statement. Adverse Human Health Effects Associated with Molds in the Indoor Environment. JOEM 2003: 470-478; **Institute Of Medicine**; Committee on Damp Indoor Spaces and Health. 2004. Damp Indoor Spaces and Health. National Academies Press, Washington, D. C.; ACMT. **American College of Medical Toxicology** Comment -- Institute of Medicine Report on Damp Indoor Spaces and Health. 2006. https://www.acmt.net/main/page.asp?pageid=194 accessed on 10-11-2006; Bush RK, *et al.* The medical effects of mold exposure. (Position paper of the **American Academy of Allergy, Asthma, and Immunology; World Health Organization** (WHO) Regional Office for Europe Guidelines for Indoor Air Quality: Dampness and Mould, 2009) *Journal of Allergy and Clinical Immunology*, 117(2):326-333. 2006; **American Academy of Pediatrics**. Policy statement: Spectrum of noninfectious health effects from molds. Pediatrics. 2006; 118:2582-2586

KELMAN-000025



exposure to mold and formaldehyde emissions during his approximately 28 months of residence in the FEMA trailer significantly exacerbated Mr. Lyndon Wright's dermatitis" (Supplemental Affidavit of George A. Farber, MD, 10/2/09). Dr. Farber shows no evidence that he did indeed review medical and toxicological literature in reaching his opinion on mold. Scientific literature does not support the proposition that inhaled mold spores or other mold-related structures cause dermatitis and no learned body has reached the conclusion that mold in indoor environments causes dermatitis. [75]

Dr. Farber refers to RAST testing conducted 7/14/09, which he interprets as indicating that Mr. Wright was allergic to mold.[76] He implies in his opinion that the RAST testing conducted 14 July 2009 indicates that Mr. Wright was allergic to *Alterneria alternata* during the period that Mr. Wright lived in the subject trailer (October 2005 to March 2006). I was unable to find any scientific literature indicating that the presence of antibodies is indicative of allergy a year earlier. Further, *Alterneria alternata* is one of the most common outdoor molds. It was almost certainly present in ambient air long before, after, and during the period in which Mr. Wright lived in the subject trailer. There are no data indicating that Mr. Wright was exposed to higher levels of *Alterneria alternata* indoors than outdoors.

## VII.    CONCLUSION

Based on a review of the records provided to me in this matter, and a review of the literature, I hold the following opinions to a reasonable degree of scientific certainty:

- Mold and mold spores are ubiquitous and the construction and maintenance of a mold-free residential environment is not possible.

- Mold growth has not been documented in Mr. Wright's trailer when he lived in it, and there are no data showing airborne mold spore levels were elevated above

---

[75] **Texas Council on Scientific Affairs**. Report of Council on Scientific Affairs: Black Mold and Human Illness. CSA Report 1-I-02. 2002-3; **American College of Occupational and Environmental Medicine** Council on Scientific Affairs. Evidence-Based Statement. Adverse Human Health Effects Associated with Molds in the Indoor Environment. JOEM 2003: 470-478; **Institute Of Medicine**; Committee on Damp Indoor Spaces and Health. 2004. Damp Indoor Spaces and Health. National Academies Press, Washington, D. C.; ACMT. **American College of Medical Toxicology** Comment -- Institute of Medicine Report on Damp Indoor Spaces and Health. 2006. https://www.acmt.net/main/page.asp?pageid=194 accessed on 10-11-2006; Bush RK, *et al.* The medical effects of mold exposure. (Position paper of the **American Academy of Allergy, Asthma, and Immunology; World Health Organization** (WHO) Regional Office for Europe Guidelines for Indoor Air Quality: Dampness and Mould, 2009) *Journal of Allergy and Clinical Immunology*, 117(2):326-333. 2006; **American Academy of Pediatrics**. Policy statement: Spectrum of noninfectious health effects from molds. Pediatrics. 2006; 118:2582-2586

[76] Medical record from Kenner Dermatology Clinic, Bates Stamped FARBER-00005



normal background amounts.

- There is no evidence that mycotoxins were present in the indoor air in Mr. Wright's residence.

- There is no evidence that there was a sufficient amount of mycotoxins present in the subject property to have caused any injury to Mr. Wright. Furthermore, the above review of toxicity of various mycotoxins indicates that it is nearly impossible to inhale sufficient mycotoxins in an indoor environment to produce toxic effects.

- Therefore, it is my opinion that there could not have been sufficient amounts of mycotoxins present at the subject property to cause any injuries to Mr. Wright.

I hold all of the foregoing opinions to a reasonable degree of scientific certainty. This report is based on the materials received and analyzed by me to date. Should additional information become available, I reserve the right to amend my opinions accordingly.

Bruce J. Kelman, Ph.D., DABT, ATS

11/2/09

Date

Enclosures: Appendices

KELMAN-000027

Appendix A: Dr. Kelman – CV

KELMAN-000028



REDMOND, WA • PORTLAND, OR • HILTON HEAD, SC • CAPE ELIZABETH, ME

# Bruce J. Kelman, Ph.D., DABT, FATS

## Education and Professional Certifications

Diplomate of the American Board of Toxicology, 1980.
    Renewal certification, 1985-1990.
    Renewal certification, 1991-1995.
    Renewal certification, 1996-2000.
    Renewal certification, 2001-2005.
    Renewal certification, 2006-2010.
Registered Toxicologist (United Kingdom and EUROTOX registries), 2005-2010.
Fellow, Academy of Toxicological Sciences, 2006-2011.
Post Doctoral Research Associate, University of Tennessee, Comparative Animal Research Laboratory, Oak Ridge, Tennessee, 1974-1976.
Ph.D., Department of Physiology and Pharmacology, College of Veterinary Medicine, University of Illinois, 1975.
M.S., Department of Physiology and Pharmacology, College of Veterinary Medicine, University of Illinois, 1971.
B.S., Department of Physiology and Biophysics, College of Liberal Arts and Sciences, University of Illinois, 1969.

## Research and Administrative Appointments

| | | |
|---|---|---|
| 1998-present | **Veritox®, Inc. (formerly GlobalTox, Inc.)** | **Redmond, Washington** |
| | *Principal and President* | |
| 1994-1998 | **Golder Associates Inc.** | **Redmond, Washington** |
| | *National Director, Health and Environmental Sciences* | |
| 1993-1994 | **Golder Associates Inc.** | **Redmond, Washington** |
| | *Manager, Toxicology and Risk Assessment Services* | |
| 1990-1993 | **Failure Analysis Associates, Inc.** | **Menlo Park, California** |
| | *Manager, Toxicology and Managing Scientist* | |
| 1989-1990 | **Battelle, Pacific Northwest Laboratories** | **Richland, Washington** |
| | *Manager, New Projects Development, Life Sciences Center* | |
| 1985-1989 | **Battelle, Pacific Northwest Laboratories** | **Richland, Washington** |
| | *Department Manager, Biology and Chemistry Department* | |
| 1986-1989 | **Battelle International Toxicology Office** | |
| | *Co-Manager* | |
| 1984-1985 | **Battelle, Pacific Northwest Laboratories** | **Richland, Washington** |
| | *Associate Department Manager, Biology and Chemistry Department* | |
| 1981-1983 | **Battelle, Pacific Northwest Laboratories** | **Richland, Washington** |
| | *Section Manager, Developmental Toxicology Section, Biology Department* | |
| 1980-1981 | **Battelle, Pacific Northwest Laboratories** | **Richland, Washington** |
| | *Associate Section Manager, Developmental Toxicology Section, Biology Department* | |
| 1979-1980 | **Battelle, Pacific Northwest Laboratories** | **Richland, Washington** |
| | *Senior Research Scientist, Developmental Toxicology Section, Biology Department* | |
| 1976-1979 | **Comparative Animal Research Laboratory, University of Tennessee** | **Oak Ridge, Tennessee** |
| | *Assistant Professor and Group Leader, Prenatal Toxicology Group* | |

KELMAN-000029



# Bruce J. Kelman, Ph.D., DABT, ATS

## Teaching Appointments

| | | |
|---|---|---|
| 1983-2004 | **New Mexico State University** <br> *Adjunct Professor* | **Las Cruces, New Mexico** |
| 1979-1980 | **Joint Center for Graduate Studies** <br> *Lecturer* | **Richland, Washington** |
| 1975-1979 | **Oak Ridge Associated Universities** <br> *Lecturer* | **Oak Ridge, Tennessee** |

## Professional Affiliations and Associated Appointments

Society of Toxicology (1978-present)
- Program Committee, 2004-2007
- Toxicology Initiative Task Force
    - Member, 1993-1996
    - Chairman, 1995-1996
- Tox 90s Educational Issues Task Force, Member, 1993-1994
- Ethics Committee, Member, 1991-1993
- Long Range Planning Committee, Member, 1986-1987
- Nominations Committee, Member, 1983
- Comparative and Veterinary Specialty Section, Charter Member 1994-present
- Inhalation Specialty Section, Member, 1986-present
- Ethical, Legal, and Social Specialty Section
    - Organizing Committee Councilor, 2003-2004
    - Charter Member, 2005-present
    - Councilor, 2005-2007
- Molecular Biology Specialty Section
    - Organizing Committee President, 1988
    - Charter Member, 1989-present
    - Founding President, 1989
    - Councilor, 1989-1990
- Metals Specialty Section
    - Organizing Committee Vice President, 1980-1981
    - Charter Member, 1981-present
    - Secretary/Treasurer, 1981-1983
    - President-Elect, 1985-1986
    - President, 1986-1987
    - Councilor, 1987-1988
- Occupational Health Specialty Section, Charter Member, 1998-present
- Reproductive and Developmental Specialty Section, Charter Member, 1983-present
- Risk Assessment Specialty Section, Member, 1991-1998
- Northern California Chapter, Member, 1990-1993
- Pacific Northwest Chapter
    - Charter Member, 1984-1990, 1994-present
    - Councilor, 1985-1987
    - Vice President-Elect, 2005-2006
    - President, 2007-2008



# Bruce J. Kelman, Ph.D., DABT, ATS

### Professional Affiliations and Associated Appointments (Cont.)

British Toxicology Society (2006-present)
American Society for Pharmacology and Experimental Therapeutics, (1981-present)
      Drug Metabolism Division Member, 1981-1989
      Toxicology Section Member, 1989-1992
      Toxicology Division
          Charter Member, 1992-present
          Executive Committee, 1992
American College of Toxicology, Member, (1993-present)
American College of Occupational and Environmental Medicine, Associate Member, (1998-present)
American Academy of Veterinary and Comparative Toxicology, Fellow, (1985-present)
Society for Experimental Biology and Medicine, Member, (1978-present)
Teratology Society, Member, (1978-present)
      Constitution and Bylaws Committee Member, 1992-1994
      Committee on Expert Testimony, 1998-1999
Radiation Research Society, Member, (1981-present)

### Review and Advisory Functions

External Advisory Board of the School of Public Health and Community Medicine, University of Washington
      (2005-present)
Reviewer, FY06 NIOSH National Occupation Research Agenda Program Project Review (2005)
Chairman, United States Environmental Protection Agency Arsenic Health Effects Research Peer-Review Panel,
      (1997)
National Research Council/National Academy of Science, Committee on Possible Effects of Electromagnetic Fields
      on Biologic Systems (1993-1996)
Scientific Advisory Committee, Vth COMTOX Symposium on Toxicology and Clinical Chemistry of Metals (1992-
      1995)
National Institutes of Health, Special Study Section on Possible Role of Metallothionein in Carcinogenesis (1993)
Risk Series Advisory Board, Waste-Management Education and Research Consortium Teleconference Series (1992)
Governor's Biotechnology Targeted Sector Advisory Committee, State of Washington (1989-1990)
Board of Directors, Washington State Biotechnology Association (1989-1990)
Advisory Council, Seattle Fire Department and the Washington State Fire Protection Services (1988-1990)
Reviewer, American Heart Association (1988-1990)
Reviewer, Department of Energy (1976-1990)
Reviewer, March of Dimes Birth Defects Foundation (1983-1990)
Industrial Advisory Board, Instructional Program in Toxicology, New Mexico State University (1982-1994)
Science Review Panel for Health Research, U.S. Environmental Protection Agency (1981-1989)
Reviewer, Air Force Office of Scientific Research (1985-1987)
Site review team at Harbor General Hospital for NICHHD (1978)

### Editorial Appointments

Program Leader, Environmental Risk Management Series, Waste-management Education and Research Consortium
      Teleconference Series (1992-1993)
Editorial Board, *Biological Effects of Heavy Metals*, CRC Press (1987-1993)
Co-Editor, *Interactions of Biological Systems with Static and ELF Electric and Magnetic Fields*, NTIS (1987)
Editorial Board, *Trophoblast Research*, Plenum Publishing Corporation (1983-1993)



# Bruce J. Kelman, Ph.D., DABT, ATS

## Other Professional Activities and Honors

Invited speaker, American Industrial Hygiene Conference & Exposition, June 3, 2009
Invited speaker, University of Virginia, May 20, 2009
Highlighted Article, Toxicological Sciences, April 2009
Invited speaker, 4th Annual Risk Management Conference, April 9, 2009
Invited speaker, Annual Meeting of the Pacific Northwest Association of Toxicologists, September 18-19, 2008
Invited speaker, American Industrial Hygiene Conference & Exposition, June 2-7, 2007
Invited lecturer, Good Samaritan Hospital Grand Rounds, Phoenix, AZ, March 15, 2007
Invited speaker, Korea Environment of Merchandise Testing Institute, October 20, 2006
Invited speaker, Korea Food and Drug Administration, October 18, 2006
Invited speaker, Annual Meeting of the Risk and Insurance Management Society, April 23-27, 2006
Invited speaker, Annual Meeting of the Pacific Northwest Association of Toxicologists, September 8-9, 2005
Featured speaker, Annual Meeting of the St. Louis Chapter of the American Industrial Hygiene Association,
        March 11, 2005
Invited speaker, International Conference on Heavy Metal Toxicology, Taipei, Taiwan, October 15-16, 2004
Co-chair and speaker, roundtable, "Does funding influence research integrity?" 43rd Annual Meeting of the Society
        of Toxicology, 2004
Invited speaker, Puget Sound Occupational and Environmental Medicine Grand Rounds, University of Washington,
        October 9, 2003
Invited speaker, 1st International Symposium on National Toxicology Programs, Seoul, Korea, November 25, 2002
Invited speaker, Korean Occupational Health and Safety Administration, Seoul, Korea, November 26, 2002
Chairman, Safety Evaluation, 41st Annual Meeting of the Society of Toxicology, 2002
Chairman, Safety Evaluation, 40th Annual Meeting of the Society of Toxicology, 2001
Best IEQ-related paper published in 2000 in U.S. industrial hygiene journals.  American Industrial Hygiene
        Association, 2001
Chairman, Risk Assessment, 38th Annual Meeting of the Society of Toxicology, 1999
Chairman, Risk Assessment, 37th Annual Meeting of the Society of Toxicology, 1998
Invited speaker, Congressional Commission on Risk Assessment and Risk Management, July 6, 1995
Invited speaker, Risk Assessment of Electromagnetic Fields, Electric Power Research Institute Annual Meeting,
        March 16, 1994
Chairman, Educator's Forum, 33rd Annual Meeting of the Society of Toxicology, 1994
Lead Presenter and Technical Producer, Environmental Risk Management Videoconference Series:  Identifying the
        Gap Between Technical Issues and Social Concerns, April 14, 1993
Invited speaker, Health Risk Assessment for Environmental Chemicals, Annual Meeting of the American Chemical
        Society, March 1993
Invited lecturer, 3rd International Conference on Electrical and Electronic Materials, June 9, 1992
Invited lecturer, 8th International Congress on Thermal Insulation, March 9, 1992
Chairman, Risk Assessment II Session: 31st Annual Meeting of the Society of Toxicology, 1992
Invited panelist and lecturer, "Ask the Experts," Hazardous Waste Management Workshop, January 29, 1992
Invited panelist and lecturer, Risk Associated with Hazardous and Radioactive Wastes, Hazardous/Radioactive
        Waste Management Videoconference Training Series, WERC, April 24, 1991
Chairman, Cholinesterase Inhibitor Session: 30th Annual Meeting of the Society of Toxicology, 1991
Organizing Chairman, Molecular Biology Techniques Workshop, Annual Meeting of the Health Effects Institute,
        1990
Chairman, Respiratory Physiology Session: 29th Annual Meeting of the Society of Toxicology, 1990
Chairman, Molecular/Cellular Session: 28th Annual Meeting of the Society of Toxicology, 1989
Co-Chairman, Toxicology/Metals Sessions: "11th Rochester Trophoblast Conference and the European Placenta
        Group," 1988
Co-Chairman, symposium: "Acute Radiation-Induced Injury," 26th Annual Meeting of the Society of Toxicology,
        1987
Chairman, symposium: "Current Understanding of Metal-Membrane Interactions," 25th Annual Meeting of the
        Society of Toxicology, 1986
Co-Chairman, workshop: "Animal Placental Perfusions," 10th Trophoblast Conference, 1985



# Bruce J. Kelman, Ph.D., DABT, ATS

## Other Professional Activities and Honors (Cont.)

Co-Chairman, symposium: "Interactions of Biological Systems with Static and ELF Electric and Magnetic Fields,"
    23rd Annual Hanford Life Sciences Symposium, 1984
Chairman, Metals Session: 23rd Annual Meeting of the Society of Toxicology, 1984
Chairman and invited participant: Metabolism Session, "Developmental and Reproductive Toxicity of Metals," 15th
    Annual Rochester International Conference on Environmental Toxicity, 1982
Award of Merit, Northwest Chapter of the Society for Experimental Biology and Medicine, 1980
Invited participant, symposium: "Transport Processes as Sites of Action for Chemicals," Joint Fall Meeting of
    ASPET and SOT, 1978


## Selected Continuing Education

Topics in Ethics: Conflict of Interest – PBDEs as a Case Study, March 15, 2009, Society of Toxicology Continuing
    Education Course (1 instructional hour).
Free Radicals for Toxicologists – From the Basics to Inflammation and Disease, March 15, 2009, Society of
    Toxicology Continuing Education Course (4 instructional hours).
New Frontiers in Metal Toxicology: Genetic Susceptibility, Early Diagnosis, and Related Biological Indices, March
    15, 2009, Society of Toxicology Continuing Education Course (4 instructional hours).
Biologics 101 – Preclinical to Clinical Transition, November 9, 2008, American College of Toxicology Continuing
    Education Course (4 instructional hours).
Stem Cells and Their Multi-Potential Uses and Potential Dangers, March 16, 2008, Society of Toxicology
    Continuing Education Course (4 instructional hours).
Nanotoxicology: The Science of Developing a Safe Technology, March 16, 2008, Society of Toxicology
    Continuing Education Course (4 instructional hours).
REACH: A New Framework for the Regulation of Chemicals, March 25, 2007, Society of Toxicology Continuing
    Education Course (1 instructional hour).
Physiologically Based Pharmacokinetic Modeling for Risk Assessment Applications, March 25, 2007, Society of
    Toxicology Continuing Education Course (4 instructional hours)
Allergy and Allergic Disease: A Primer for Toxicologists, March 25, 2007, Society of Toxicology Continuing
    Education Course (4 instructional hours)
Comparative Endocrine Toxicology, March 5, 2006, Society of Toxicology Continuing Education Course (4
    instructional hours)
Neuropathology for the Toxicologist, March 5, 2006, Society of Toxicology Continuing Education Course (4
    instructional hours)
4th Annual Medical Toxicology Spring Course, March 2-3, 2006, American College of Medical Toxicology (16
    instructional hours)
NIOSH Spirometry Training Course, October 13-14, 2005, Allenmoore Hospital (16 instructional hours)
Puget Sound Occupational & Environmental Medicine Grand Rounds: Welding, Manganese, and Parkinsonism,
    April 14, 2005 (1 instructional hour)
Immunology for Toxicologists, March 6, 2005, Society of Toxicology Continuing Education Course (4 instructional
    hours)
Development and Interpretation of Toxicokinetic Data for Risk and Safety Assessment, March 6, 2005, Society of
    Toxicology Continuing Education Course (4 instructional hours)
Basic Neurotoxicology, March 21, 2004, Society of Toxicology Continuing Education Course (4 instructional hours)
Skin Sensitization and Allergic Contact Dermatitis, March 21, 2004, Society of Toxicology Continuing Education
    Course (4 instructional hours)
The Importance of the Placenta in Developmental Toxicity and Human Health Risk Assessment, June 24, 2003,
    Teratology Continuing Education Course (4 instructional hours)
Evaluation of Immunomodulation in Safety Assessment, March 9, 2003, Society of Toxicology Continuing
    Education Course (4 instructional hours)
Cutaneous Toxicity – Current Methods and Concepts in Safety Evaluation and Relevance to Human Exposure,
    March 9, 2003, Society of Toxicology Continuing Education Course (4 instructional hours)



# Bruce J. Kelman, Ph.D., DABT, ATS

## Selected Continuing Education (Cont.)

A Practical Approach to Blood and Lymphoid Tissue in Toxicology Assessments, March 17, 2002, Society of
Toxicology Continuing Education Course (4 instructional hours)

Toxicology of Naturally-Occurring Toxins, March 17, 2002, Society of Toxicology Continuing Education Course (4 instructional hours)

Food Allergy and Intolerance, March 25, 2001, Society of Toxicology Continuing Education Course (4 instructional hours)

Mold and Mildew in Indoor Environments, November 12, 2000, American Public Health Association Continuing
Education Institution Course (8 instructional hours)

Metal Exposure and Toxicity of the Respiratory Tract, March 19, 2000, Society of Toxicology Continuing
Education Course (4 instructional hours)

Pulmonary Immunotoxicology, March 19, 2000, Society of Toxicology Continuing Education Course (4 instructional hours)

## Publications

(1) = Research Paper; (2) = Review; (3) = Abstract

1.  (3) Kelman, B.J. and A.R. Twardock. 1975. Calcium, sodium, and potassium movements across the perfused
    guinea pig placenta. Fed. Proc. 34: 558.

2.  (3) Kelman, B.J. 1976. Movement of methyl mercury across the perfused guinea pig placenta. Fed. Proc. 35:
    364.

3.  (1) Kelman, B.J., G.E. Jarboe, and L.B. Sasser. 1976. Effect of red-cell-bound mercury on measurements of
    tissue mercury distribution. Bull. Environ. Contam. Toxicol. 16: 612-617.

4.  (1) Kelman, B.J. 1977. Inorganic mercury movements across the perfused guinea pig placenta in late
    gestation. Toxicol. Appl. Pharmacol. 41: 659-665.

5.  (3) Kelman, B.J. 1977. Movements of inorganic mercury across the perfused guinea pig placenta in late
    gestation. Fed. Proc. 36: 355.

6.  (3) Kelman, B.J. 1977. Transport of cadmium across the guinea pig placenta in late gestation. In: University
    of Missouri 11th Annual Conference on Trace Substances in Environmental Health, Columbia, MO.

7.  (1) Kelman, B.J., D.M. Bush, L.B. Sasser, and G.E. Jarboe. 1977. Respiration of mercury from rats and
    release of mercury from stored rat tissues treated with methylmercury chloride. Health Phys. 33: 139-141.

8.  (1) Kelman, B.J. and L.B. Sasser. 1977. Methylmercury movements across the perfused guinea pig placenta
    in late gestation. Toxicol. Appl. Pharmacol. 39: 119-127.

9.  (1) Kelman, B.J. and B.K. Walter. 1977. Passage of cadmium across the perfused guinea pig placenta. Proc.
    Soc. Exp. Biol. Med. 156: 68-71.



# Bruce J. Kelman, Ph.D., DABT, ATS

## Publications (Cont.)

10. (3)   Walter, B.K. and B.J. Kelman.  1977.  Fetal uptake of methylmercury in swine.  Fed. Proc. 36: 355.

11. (3)   Kelman, B.J., J.A. Ozga, B.K. Walter, and L.B. Sasser.  1978.  Cadmium-binding protein in the livers of pregnant and fetal rats.  Teratology 17: 23A.

12. (3)   Kelman, B.J. and A.R. Twardock.  1978.  Calcium, sodium, and potassium movements across the placenta in the presence of inhibitors.  Fed. Proc. 37: 615.

13. (2)   Kelman, B.J. and B.K. Walter.  1978.  Use of  perfusion in the study of placental transport of mercury and cadmium, pp. 555-567.  In: Developmental Toxicology of Energy-Related Pollutants, D.D. Mahlum, M.R. Sikov, P.L. Hackett, and F.D. Andrew (eds.), 17th Hanford Life Sciences Symposium, October 17-19, 1977, Richland, WA.  CONF-771017, NTIS, Springfield, VA.

14. (1)   Kelman, B.J., B.K. Walter, G.E. Jarboe, and L.B. Sasser.  1978.  Effect of dietary cadmium on calcium metabolism in the rat during late gestation.  Proc. Soc. Exp. Biol. Med. 158: 614-617.

15. (1)   Sasser, L.B., G.E. Jarboe, B. Walter, and B.J. Kelman.  1978.  Absorption of mercury from ligated segments of the rat gastrointestinal tract.  Proc. Soc. Exp. Biol. Med. 157: 57-60.

16. (3)   Walter, B.K. and B.J. Kelman.  1978.  Calcium-cadmium interactions in the rat during late gestation.  Fed. Proc. 37: 614.

17. (3)   Kelman, B.J.  1979.  Cadmium movements between mother and fetus.  In: Regional Meeting of the Northwest Section for the Society for Experimental Biology and Medicine, Richland, WA.

18. (2)   Kelman, B.J.  1979.  Effect of toxic agents on movements of materials across the placenta.  Fed. Proc. 38: 2246-2250.

19. (1)   Kelman, B.J., J.A. Ozga, B.K. Walter, and L.B. Sasser.  1979.  Cadmium-binding in the pregnant and fetal rat.  Toxicol. Lett. 4: 135-141.

20. (3)   Kelman, B.J. and B.K. Walter.  1979.  Fetal to maternal cadmium movements across the perfused hemochorial placenta of the guinea pig.  Toxicol. Appl. Pharmacol. 48: A146.

21. (3)   Sasser, L.B., P.T. Bronsky, B.K. Walter, and B.J. Kelman.  1979.  The subcellular distribution and protein-binding of orally administered [109]Cd in the newborn rat intestine.  In: University of Missouri 13th Annual Conference on Trace Substances in Environmental Health, Columbia, MO.

22. (1)   Schneider, M.D., and B.J. Kelman.  1979.  A proposed mechanism(s) of transitory ischemic injury to myocardium.  Am. J. Vet. Res. 40: 170-182.

23. (3)   Kelman, B.J., M.R. Sikov, and P.L. Hackett.  1980.  Effects of monomeric [239]Pu on the pregnant and fetal rabbit.  Teratology 21: 48A.

24. (1)   Kelman, B.J., S.E. Steinmetz, B.K. Walter, and L.B. Sasser.  1980.  Absorption of methylmercury by the fetal guinea pig during mid to late gestation.  Teratology 21: 162-165.



# Bruce J. Kelman, Ph.D., DABT, ATS

## Publications (Cont.)

25. (3) Kelman, B.J., S.E. Steinmetz, B.K. Walter, and L.B. Sasser. 1980. Distribution of tissue-bound methylmercury in the fetal guinea pig after maternal methylmercury administration, p. 20. In: Abstracts of Papers, 19th Annual Meeting of the Society of Toxicology, March 9-13, 1980, Washington, DC.

26. (1) Kelman, B.J. and B.K. Walter. 1980. Fetal to maternal cadmium movements across the perfused hemochorial placenta of the guinea pig. Toxicol. Appl. Pharmacol. 52: 400-406.

27. (1) Kelman, B.J. and B.K. Walter. 1980. Transplacental movements of inorganic lead from mother to fetus. Proc. Soc. Exp. Biol. Med. 163: 278-282.

28. (3) Sasser, L.B., A.A. Levine, B.J. Kelman, and R.K. Miller. 1980. The effect of fetal cadmium injection on metallothionein in fetal and maternal rat liver, p. 23. In: Abstracts of Papers, 19th Annual Meeting of the Society of Toxicology, March 9-13, 1980, Washington, DC.

29. (1) Charles-Shannon, V.L., L.B. Sasser, D.K. Burbank, and B.J. Kelman. 1981. The influence of zinc on the ontogeny of hepatic metallothionein in the fetal rat. Proc. Soc. Exp. Biol. Med. 168: 56-61.

30. (3) Kelman, B.J. 1981. Alterations of the maternal blood supply to the fetus by toxic materials. The Toxicologist 2: 42.

31. (3) Kelman, B.J. and M.R. Sikov. 1981. Effects of intravenous injection of monomeric $^{239}$Pu in pregnant rabbits, pp. 72-73. In: Abstracts of Papers, 29th Annual Meeting of the Radiation Research Society, May 31 - June 4, 1981, Minneapolis, MN.

32. (3) Kelman, B.J. and M.R. Sikov. 1981. Fetal exposure to plutonium. The Toxicologist 1: 146.

33. (3) Kelman, B.J. and M.R. Sikov. 1981. Movements of plutonium across the perfused guinea pig placenta. Radiat. Res. 87: 386.

34. (1) Kelman, B.J. and M.R. Sikov. 1981. Plutonium movements across the hemochorial placenta of the guinea pig. Placenta (supplement) 3: 319-326.

35. (3) Kelman, B.J. and D.L. Springer. 1981. Fetal exposure to benzo[a]pyrene. Teratology 23: 45A.

36. (1) Kelman, B.J. and D.L. Springer. 1981. Fetal exposure to benzo[a]pyrene across the hemochorial placenta, pp. 387-397. In: Coal Conversion and the Environment: Chemical, Biomedical and Ecological Considerations, D.D. Mahlum, R.H. Gray, and W.D. Felix (eds.), 20th Hanford Life Sciences Symposium, October 19-23, 1980, Richland, WA. CONF-801039, NTIS, Springfield, VA.

37. (3) Sasser, L.B., V.L. Charles-Shannon, B.D. Bergquist, and B.J. Kelman. 1981. The effect of zinc and cadmium on hepatic metallothionein in the fetal rat. The Toxicologist 1: 30.

38. (3) Sikov, M.R., B.J. Kelman, and P.L. Hackett. 1981. Effects of intravenous injection of monomeric $^{239}$Pu in pregnant rabbits. Radiat. Res. 87: 446.

39. (3) Kelman, B.J. 1982. Teratological lesions and changes in the maternal blood supply to the fetus: A hypothesis. Teratology 25: 53A-54A.



# Bruce J. Kelman, Ph.D., DABT, ATS

## Publications (Cont.)

40. (3) Kelman, B.J., D.D. Mahlum, and J.R. Decker. 1982. Effects of exposure to magnetic fields on the pregnant rat, p. 52. In: Abstracts, Fourth Annual Scientific Session of the Bioelectromagnetics Society, June 28 - July 2, 1982, Los Angeles, CA.

41. (3) Kelman, B.J. and M.R. Sikov. 1982. Clearance of a-aminoisobutyric acid during in situ perfusion of the guinea pig placenta, p. 12. In: Proceedings of the Ninth Rochester Trophoblast Conference, University of Rochester, Rochester, NY.

42. (3) Kelman, B.J. and M.R. Sikov. 1982. Toxicology of plutonium: Fetal distribution following maternal exposure. Teratology 26: 48A.

43. (1) Kelman, B.J., M.R. Sikov, and P.L. Hackett. 1982. Effects of monomeric $^{239}$Pu on the fetal rabbit. Health Phys. 43: 80-82.

44. (1) Kelman, B.J., M.R. Sikov, and P.L. Hackett. 1982. Effects of monomeric $^{239}$Pu on the pregnant rabbit. Health Phys. 42: 730-731.

45. (3) Kelman, B.J., M.R. Sikov, D.D. Mahlum, P.L. Hackett, D.L. Springer, and F.D. Andrew. 1982. An integrated approach to the evaluation of rat pups from dams exposed to high-boiling coal liquids. Fed. Proc. 41: 1560.

46. (1) Kelman, B.J. and D.L. Springer. 1982. Movements of benzo[a]pyrene across the hemochorial placenta of the guinea pig. Proc. Soc. Exp. Biol. Med. 169: 58-62.

47. (1) Kelman, B.J., B.K. Walter, and L.B. Sasser. 1982. Fetal distribution of mercury following introduction of methylmercury into porcine maternal circulation. J. Toxicol. Environ. Health 10: 191-200.

48. (3) Sikov, M.R., B.J. Kelman, and D.D. Mahlum. 1982. Toxicology of plutonium: Intrauterine and postnatal effects of prenatal exposure. Teratology 26: 50A.

49. (2) Hackett, P.L. and B.J. Kelman. 1983. Availability of toxic trace metals to the conceptus. Sci. Total Environ. 28: 433-442.

50. (3) Hackett, P.L., M.R. Sikov, D.L. Springer, D.D. Mahlum, and B.J. Kelman. 1983. Teratologic studies of solvent refined coal process materials. Toxicol. Lett. 18: 77.

51. (1) Hackett, P.L., M.R. Sikov, D.L. Springer, D.D. Mahlum, and B.J. Kelman. 1983. Teratologic studies of solvent refined coal process materials, pp. 349-352. In: Developments in the Science and Practice of Toxicology, A.W. Hayes, R.C. Schnell, and T.S. Miya (eds.). Elsevier Science Publishers, Amsterdam.

52. (3) Kelman, B.J. and D.D. Mahlum. 1983. Life-time exposure of CD-1 mice to 1-T homogeneous and 2-T/meter gradient dc magnetic fields: A progress report after 8 months of exposure. In: Abstracts, Fifth Annual Scientific Session of the Bioelectromagnetics Society, June 12-17, 1983, Boulder, CO.

53. (3) Kelman, B.J. and M.R. Sikov. 1983. Absence of ultrasound effects on placental blood flow and function in the pregnant guinea pig. Teratology 28: 56A.

54. (1) Kelman, B.J. and M.R. Sikov. 1983. Clearance of a-aminoisobutyric acid during in situ perfusion of the guinea pig placenta. Tropho. Res. 1: 71-80.



# Bruce J. Kelman, Ph.D., DABT, ATS

## Publications (Cont.)

55. (3) Kelman, B.J. and M.R. Sikov. 1983. Distribution of plutonium in the fetal rabbit following maternal exposure to monomeric 239Pu. Fed. Proc. 42: 627.

56. (3) Kelman, B.J., M.R. Sikov, R.A. Pappas, and H.D. Collins. 1983. Effect of ultrasound exposure on the function of the perfused guinea pig placenta. J. Ultrasound Med. 2: 42.

57. (3) Kelman, B.J. and D.L. Springer. 1983. Postnatal effects following prenatal exposure to solvent refined coal (SRC) materials. Toxicol. Lett. 18 (Suppl. 1): 142.

58. (3) Kelman, B.J., D.L. Springer, and R.B. Westerberg. 1983. Metabolic distribution of benzo[a]pyrene (BaP) in the circulation of the rodent. The Toxicologist 3: 566.

59. (3) Schirmer, R.E., R.B. Westerberg, L.J. Felice, B.J. Kelman, and D.L. Springer. 1983. Percutaneous absorption and metabolism of carcinogens associated with synfuel processing. Toxicol. Lett. 18 (Suppl. 1): 80.

60. (3) Sikov, M.R. and B.J. Kelman. 1983. Effect of ultrasound on maternal blood flow to the placenta and transplacental movements of a-aminoisobutyric acid (AIB). Fed. Proc. 42: 1129.

61. (3) Kelman, B.J., R.L. Rommereim, and D.D. Mahlum. 1984. Lifetime exposure of CD-1 mice to 1-T homogeneous and 2-T/meter gradient dc magnetic fields. In: Abstracts, Sixth Annual Meeting of the Bioelectromagnetics Society, July 15-19, 1984, Atlanta, GA.

62. (3) Kelman, B.J. and M.R. Sikov. 1984. Transplacental kinetics of metals from the actinide series. The Toxicologist 4: 167.

63. (3) Kelman, B.J. and M.R. Sikov. 1984. Transplacental movements of americium-241 across the guinea pig placenta and early distribution kinetics within the dam. Teratology 29: 40A.

64. (3) Kelman, B.J., M.R. Sikov, J.A. Cushing, S.A. Watson, and R.A. Pappas. 1984. Effect of ultrasound on placental function. Fed. Proc. 43: 916.

65. (3) Kelman, B.J., R.L. Rommereim, and D.D. Mahlum. 1985. Toxicology of magnetic fields. The Toxicologist 5: 175.

66. (3) Kelman, B.J. and R.E. Weller. 1985. Electrocardiographic changes in the geriatric CD-1 mouse. Fed. Proc. 44: 464.

67. (1) Sasser, L.B., B.J. Kelman, A.A. Levine, and R.K. Miller. 1985. The influence of maternal cadmium exposure or fetal cadmium injection on hepatic metallothionein levels in the fetal rat. Toxicol. Appl. Pharmacol. 80: 299-307.

68. (1) Kelman, B.J., R.A. Pappas, and M.R. Sikov. 1986. Effects of ultrasound on placental function. IEEE Trans. Ultrasonics, Ferroelectronics, and Frequency Control . UFFC-33(2): 218-224.

69. (2) Anderson, L.E., B.J. Kelman, and R.J. Weigel (eds.). 1987. Interaction of Biological Systems with Static and ELF Electric and Magnetic Fields, 23rd Hanford Life Sciences Symposium, October 2-4, 1984, Richland, WA. CONF-841041, NTIS, Springfield, VA.

70. (2) Kelman, B.J. and B.K. van Kreel. 1987. Criteria for standardizing and judging viability of placental perfusions in animals. Tropho. Res. 2: 515-522.



# Bruce J. Kelman, Ph.D., DABT, ATS

## Publications (Cont.)

71. (3) Sikov, M.R. and B.J. Kelman.  1987.  Development of analytic models for placental transfer of the heaviest metals.  Proc. Soc. Exp. Biol. Med. 186: 392.

72. (3) Kelman, B.J. and M.R. Sikov.  1988.  Analytical components in modeling transplacental movements of the heaviest metals (z ³ 82).  The Toxicologist 8: 191.

73. (2) Cockerham, L.G. and B.J. Kelman.  1988.  Summary of symposium on acute radiation-induced injury.  Fundam. Appl. Toxicol. 11: 571-579.

74. (3) Kelman, B.J. and M.R. Sikov.  1988.  Evaluation of changes in placental function produced by ultrasound exposure.  In: Abstracts, 11th Rochester Trophoblast Conference and the European Placenta Group, October 9-12, 1988, Rochester, NY.

75. (1) Sikov, M.R. and B.J. Kelman.  1989.  Factors affecting the placental transfer of actinides.  Health Physics 57: 109-114.

76. (3) Frazier, M.E., B.J. Kelman, L.L. Whiting, S.R. Peterson, and G.L. Stiegler.  Oncogene activation in experimentally-induced lung tumors,  p 63.  In: Abstracts, 5th International Congress of Toxicology, July 17-21, 1989, Brighton, England.

77. (3) Kelman, B.J. and M.R. Sikov.  1990.  Estimating fetal exposure to toxic materials.  The Toxicologist 10: 123.

78. (3) Sikov, M.R., H.K. Meznarich, and B.J. Kelman.  1990.   Radiation and chemical dosimetry of the embryo and fetus.  Teratology 41: 592.

79. (3) Kelman, B.J., J.U. Bell, and J.R. Millette.  1993.  Resuspension of asbestos in settled dust: implications for risk assessment.  The Toxicologist 13: 416.

80. (3) Kelman, B.J., J.U. Bell, and J.R. Millette.  1993.  Resuspension of asbestos in settled dust.  Abstracts of the Annual Meeting of the Health Effects Institute.

81. (3) Kelman, B.J. and J.U. Bell.  1993.  Uncertainties in risk assessment of chemicals.  Abstracts of the American Chemical Society.

82. (2) Kelman, B.J. 1993.  Current Scientific Consensus Views of Health Effects from Low-level Electromagnetic Radiation.  Shepard's Expert and Scientific Evidence Quarterly 1:243-253.

83. (1) Kelman, B.J., W.E. Wright, R.C. Lee, H.A. Haerer, R. Wilson, J. Negraeff, and G.R. Fox.  1994. A comparison of deterministic and stochastic models in a health risk assessment of a residential site containing arsenic (As)-contaminated soil.  The Toxicologist 14:155.

84. (1) Kelman, B.J., J.R. Millette, and J.U. Bell.  1994.  Resuspension of asbestos in settled dust in an apartment cleaning situation.  Applied Occupational and Environmental Hygiene 9: 876-878.

85. (2) Kelman, B.J. and R.C. Lee.  1994.  Toxicology, Uncertainty, and Health Risk Assessment; Waste-Management: From Risk to Remediation., R.I.S. Bhada, A. Ghassemi, T.J. Ward, M. Jamshidi, and M.Shahinpoor, eds., Vol. 1., pp. 73-84.

86. (3) Kelman, B.J., R.A. Perona, L.J. Swenson, and M.A.P. Kenrick.  1994.  Human health risk associated with the impact of drilling mud on groundwater supplies.  The Toxicologist, 15:141.



# Bruce J. Kelman, Ph.D., DABT, ATS

### Publications (Cont.)

87. (3)  Kelman, B.J., R.C. Lee, R. Zapf-Gilje, and L.J. Swenson.  1995.  An international approach to the development of a risk assessment framework.  The International Toxicologist 7.

88. (3)  Kelman, B.J., L.J. Swenson, L.V. Uppala, P.R. Seidel, and W.F. Mueller.  1996.  Health impact from chemical components of cellulose insulation.  Fundam. Appl. Toxicol. 30: 107.

89. (3)  Hueske, K.L., R.C. Lee, and B.J. Kelman.  1996.  Background cancer risks from naturally-occurring arsenic.  Fundam. Appl. Toxicol. 30: 49.

90. (3)  Kelman, B.J., L.J. Swenson, L.V. Uppala, K.A. Kalbfleisch, and W.F. Mueller.  1998.  A preliminary calculation of health risk associated with the use of insulation made from shredded paper.  Fundam. Appl. Toxicol. 42: 40.

91. (1)  Kelman, B.J., L.J. Swenson, L.V. Uppala, J.M. Cohen, J.R. Millette, and W.F. Mueller.  1999.  Chemical components of shredded paper insulation:  a preliminary study.  Applied Occupational and Environmental Hygiene 14: 192-197.

92. (3)  Lee, R.C., L. Swenson and B.J. Kelman.  1999.  Uncertainty associated with carcinogenic potency of ethylene dibromide.  Toxicological Sciences 48: 398.

93. (2)  Robbins, C.A., L.J. Swenson; M.L. Nealley,  R.E. Gots, B.J. Kelman, 2000. The health effects of mycotoxins in indoor air: A critical review.  Applied Occupational and Environmental Hygiene 15: 773-784.

94. (3)  Kelman, B.J., C.W. Jarand, and L.J. Swenson.  2001.  Evaluation of potential health effects from exposure to isocyanates emitted during the use of paints and coatings.  Toxicological Sciences 60: 322.

95. (3)  Kelman, B.J., C.A. Robbins, and L. Swenson.  2002.  Evaluation of potential health effects from inhalation exposure to mycotoxins in indoor office and residential environments.  Toxicological Sciences 66: 267.

96. (1)  Jarand, C.W., S.O. Akapo, L.J. Swenson, and B.J. Kelman.  2002.  Diisocyanate emission from a paint product:  a preliminary analysis.  Applied Occupational and Environmental Hygiene 17:  491-494.

97. (1)  Hardin, B.D., B.J. Kelman, and A. Saxon.  2002.  Adverse Human Health Effects Associated with Molds in the Indoor Environment.  Evidence-Based Statement, American College of Occupational and Environmental Medicine, http://www.acoem.org/guidelines/article.asp?ID=52.

98. (1)  Hardin, B.D., B.J. Kelman, and A. Saxon.  2003.  Adverse Human Health Effects Associated with Molds in the Indoor Environment.  Evidence-Based Statement, American College of Occupational and Environmental Medicine, J Occupation Environ Med. 45:470-478.

99. (3)  Jarand, C.W., C.A. Robbins, and B.J. Kelman.  2003.  Evaluation of Potential Exposure to Volatile Organic Compounds Emitted from a  Spray Grade Contact Cement, Toxicological Sciences 72:301.

100. (1)  Kelman, B.J., C.A. Robbins, L.J. Swenson, B.D. Hardin.  2004.  Risk from Inhaled Mycotoxins in Indoor Office and Residential Environments, International Journal of Toxicology 23:3-10.

101. (2)  Van Loo, C. Robbins, L. Swenson, and B. Kelman.  2004.  Growth of Fungi on Fiberglass Insulation Building Materials - A Review of the Literature.  Journal of Occupational and Environmental Hygiene 1: 349-354.



# Bruce J. Kelman, Ph.D., DABT, ATS

## Publications (Cont.)

102. (3) Kelman, B.J., B.D. Hardin, and R.L. Brent. 2005. Risk of Teratogenicity from Trichloroethylene (TCE) and Dichloroethylene (DCE) in Drinking Water, Toxicological Sciences 84: 429.

103. (2) Hardin, B.D., B.J. Kelman, and R.L. Brent. 2005. Trichloroethylene and Dichloroethylene – A Critical Review of Teratogenicity, Birth Defects Research (Part A): Clinical and Molecular Teratology 73:931-955.

104. (3) Chan, C.Y. and B.J. Kelman. 2006. Risk of Hepatotoxicity from Consumption of Usnic Acid, Toxicological Sciences 90:473.

105. (3) Hobden, J.E., R.H. Atallah, D. L. Sudakin, and B.J. Kelman. 2007. Risk and Symptomology from Inhalation Exposure to Solvent-Based Paint Vapor. Toxicological Sciences 96:311.

106. (3) Hardin, B.D., and B.J. Kelman. 2008. Application of the Threshold of Toxicological Concern Approach to Inhaled Mycotoxins. Toxicological Sciences 102:366.

107. (2) Yu, I.J. and B.J. Kelman. 2009. Health and Environmental Impact of Silver Nanomaterials. In: Metallic Nanomaterials, Challa S.S.R. Kumar (ed.). WILEY-VCH Verlag GmbH & Co. KGaA, Weinheim, pp 225-234.

108. (1) Hardin, B.D., Robbins, C.A., Fallah, P., Kelman, B.J. 2009. The Concentration of No Toxicologic Concern (CoNTC) and Airborne Mycotoxins. J Toxicol Environ Health Part A. 72: 585-598.

109. (1) Sung, J. H., Ji, J. H., Park, J.D., Yoon, J.U., Kim, D.S., Jeon, K.S., Song, M.Y., Jeong, J., Han, B.S, Jeong, Han, J. H., Chung, Y.H., Chang H.K., Lee, J.H., Cho, M.H., Kelman, B.J., and I. J. Yu. 2009. Subchronic inhalation toxicity of silver nanoparticles. Toxicological Sciences 108: 452-461.

Appendix B: Dr. Kelman – Rate Schedule

KELMAN-000042

**Rate Schedule for**
**Veritox®, Inc.**

**Calendar Year 2009**

**INVOICES**
Invoices from Veritox® include all labor charges, other direct costs, and costs associated with in-house services.  Charges include only those services directly attributable to the completion of the work.  Payment is required in US dollars within thirty (30) days after receipt or interest charges may be applied.

**PROFESSIONAL FEES**
Labor charges are based upon actual hourly salary rates and costs to cover payroll taxes, insurance incident to employment, benefits (including holiday, sick leave, and vacation), administrative overheads, and profit.  Rate ranges by labor category are illustrated below:

| Title | Range |
| --- | --- |
| Principals and Practice Leaders | $ 140 - 450 |
| Medical Toxicologist - Consulting | $ 375 - 600 |
| Senior Industrial Hygienist | $ 150 - 350 |
| Senior Mycologist | $ 400 |
| Chemist | $ 150 |
| Industrial Hygienist | $  60 - 120 |
| Senior Toxicologist | $ 140 - 300 |
| Toxicologist | $  65 - 140 |
| Research Librarian | $  60 - 120 |
| Administrative/Data Processing | $  65 - 120 |

The fee for all depositions is $500-$600/hour for a minimum of one hour, except as noted below.  Professional fee rates may be modified at the discretion of Veritox®.  Premium rates may be applied when the Client requests work be accomplished in such a way that additional costs are incurred by Veritox®.  Time spent in travel will be charged in accordance with hourly rates.

**SPECIAL CONDITIONS FOR PHYSICIANS**
IME reports will be submitted only after all fees have been paid in full.

Court testimony is billed at a rate of $4,000/day.  Depositions are billed at $2,000/half day (if local); $4,000/full day.  Travel expenses and time are extra.  Full payment must be received prior to scheduling the testimony date, at which point, the physician will schedule for that day.  Due to the difficulties involved in rescheduling, cancellation of the appointment fourteen days or more in advance will result in a refund of one half of the amount.  Cancellations of less than fourteen days result in the forfeiture of the entire amount.

**OTHER DIRECT COSTS**
Air travel is charged at the most effective fare basis for the individual project.  Local mileage is charged in accordance with IRS guidelines.  Lodging and meals are charged to the project when travel is required.

Other project expenses which are charged directly may include (but are not necessarily limited to) communications charges, materials, outside laboratory tests, outside computer charges, reproduction, mailing and shipping charges, and special insurance. Technical equipment, used either in-house or in the field, is charged at an hourly rate.  Rates may be adjusted for equipment dedicated to a project for an extended period of time.

Other direct costs, including materials, travel, and subsistence will be invoiced at cost plus a general and administrative fee of 15%.

**February 2009**

KELMAN-000043

Appendix C: Dr. Kelman – Testimony List

## Bruce J. Kelman, Ph.D., D.A.B.T., F.A.T.S

1.  **Thornton *et al*. v. National Genetics Institute**
    Superior Court for the State of California, County of Los Angeles
    Case No. SCO97998
    Deposition taken on September 22, 2009

2.  **Escoto *et al*. v. Christopher Homes, LLC *et al*.**
    District Court Clark County, Nevada
    Case No. A507086
    Deposition taken on August 20, 2009

3.  **James Alexander v. Asbestos Defendants**
    Superior Court of the State of California, County of San Francisco
    Case No. CF 06 450941
    Deposition taken on May 11, 2009

4.  **Sarah Ward v. Rumi Simone and Katia Kapsoff**
    Clackamas County Circuit Court
    Case No. CV08050675
    Testimony taken on May 5, 2009

5.  **Cindy Bishop v. Daryl Gress, *et al*.**
    Superior Court of the State of California, County of Marin
    Case No. CV 053554
    Testimony taken on April 28, 2009

6.  **Ross Scaffidi and Vikki Fejer v. Belden CDT, Inc., *et al*.**
    Superior Court of the State of California, County of Los Angeles, North District
    Case No. EC042832
    Testimony taken on January 26, 2009

7.  **Nicolette Crone, *et al*. v. Pfizer Inc., *et al*.**
    Superior Court of the State of California, County of Lake
    Case No. CV400432
    Deposition taken on January 21, 2009

8.  **Barbara Gayle Johnson, *et al*. v. T&N, Ltd., *et al*.**
    Superior Court of the State of California, County of Alameda
    Case No. 810332-9
    Deposition taken on January 19, 2009

9.   **William H. Vastine and Sandra Lee Vastine v. Owens Corning,** *et al.*
     Superior Court of the State of California, County of Alameda
     Case No. 810028-7
     Deposition taken on January 19, 2009

10.  **Ulysses Collins and Cloristeen Collins v. A.W. Chesterton Company,** *et al.*
     Superior Court of the State of California, County of Alameda
     Case No. RG 04 143303
     Testimony taken on October 27,  2008

11.  **Leslie Hensley and Rick Hensley v. Cone Fee Trust,** *et al.*
     Superior Court of the State of California, County of Los Angeles
     Case No. SC094173
     Deposition taken on October 22, 2008

12.  **Terrie-Dawn Clark v. Josephy Boyd and Joanne Boyd**
     Superior Court of the State of California, County of Sonoma
     Case No. 239265
     Deposition taken on October 9, 2008

13.  **Lynn Barr,** *et al.* **v. Alladin Heating Corporation,** *et al.*
     Superior Court of the State of California, County of Alameda
     Case No. RG 05 193719
     Deposition taken on September 24, 2008

14.  **Bruno Trombella and Margaret Trombella v. Advocate Mines, Ltd.,** *et al.*
     Superior Court of the State of California, County of Alameda
     Case No. RG 05 247452
     Deposition taken on September 24, 2008

15.  **Ulysses Collins and Cloristeen Collins v. A.W. Chesterton Company,** *et al.*
     Superior Court of the State of California, County of Alameda
     Case No. RG 04 143303
     Deposition taken on September 18, 2008

16.  **Don Lee Henderson and Marlene Henderson v. ACandS, Inc.,** *et al.*
     Superior Court of the State of California, County of Alameda
     Case No. 843027-6
     Deposition taken on September 18, 2008

17.  **Doris Petersen (WD:Axel) v. ACandS, Inc.,** *et al.*
     Superior Court of the State of California, County of Alameda
     Case No. 830012-0
     Deposition taken on September 18, 2008

18.     **Bruce J. Kelman, Globaltox, Inc., v. Sharon Kramer**
        Superior Court of the State of California, County of San Diego-North District
        Case No. GIN044539
        Depositions taken on December 2, 2007, and July 22, 2008
        Testimony taken on August 21, 2008

19.     **Robert Marshall v. ACandS, Inc.,** *et al.*
        Superior Court of California, County of Alameda
        No. 2002037221
        Deposition taken on June 26, 2008

20.     **Mary Ranney v. Owens Corning,** *et al.*
        Superior Court of California, County of Alameda
        No. C-802052
        Deposition taken on June 26, 2008

21.     **Arthur Rogers and Joetta Rogers v. A.W. Chesterton Company,** *et al.*
        Superior Court of California, County of Alameda
        No. 2002044958
        Deposition taken on June 26, 2008

22.     **John Salinas and Joyce Salinas v. ACandS, Inc.,** *et al.*
        Superior Court of California, County of Alameda
        No. C-827070
        Deposition taken on June 26, 2008

23.     **James Caruso,** *et al.* **v. Mahoning Youngstown Community Action Partnership,** *et al.*
        State of Ohio, Mahoning County Common Pleas Court
        No. 2006 CV 335
        Testimony taken on January 28, 2008

24.     **Sandra Peach and Tom Tykoliz v. Warmington Homes Nevada,** *et al.*
        State of Nevada, District Court of Clark County
        Case No. A466958
        Deposition taken on January 24, 2008

25.     **James Caruso,** *et al.* **v. Mahoning Youngstown Community Action Partnership,** *et al.*
        State of Ohio, Mahoning County Common Pleas Court
        No. 2006 CV 335
        Deposition taken on January 22, 2008

26. **Ross Scaffidi and Vikki Fejer v. Belden CTD, Inc.** *et al.*
    Superior Court of the State of California,
    County of Los Angeles, North District - Glendale
    No. EC042832
    Deposition taken on October 5, 2007

27. **Mary Lopez v. A.O. Smith Corporation,** *et al.*
    Civil District Court for the Parish of Orleans, State of Louisiana
    No. 2003-16965, Section 13, Division "J"
    Deposition taken on September 28, 2007

28. **Coordination Proceedings Special Title, Rule 1550(B) Welding Products Cases** (No. JCCP 4368)
    **Val and Patricia King v. BOC Financial Corp.** (No. 04-429102)
    Superior Court of the State of California,
    County of Alameda—Court of Unlimited Jurisdiction
    Deposition taken on July 26, 2007

29. **Dame-Smith,** *et al.* **v. Eastside Place Apartments.**
    Superior Court of the State of Arizona
    No. C 2003 5581
    Deposition taken on May 3, 2007

30. **Verdell Gutierrez,** *et al.* **v. Phelps Dodge Miami, Inc.,** *et al.*
    Superior Court of the State of Arizona, County of Maricopa
    No. CV2005-003042
    Testimony taken on March 22, 2007

31. **Sasha Match, et al. v.  Pet Food Express, Ltd., et al.** (No. RG-03127285)
    **Mark and Lisa Hanrahan,** *et al.* **v. Petcurean Pet Nutrition Inc.** (VG-04135956)
    **Pet Food Express, Ltd.** (Cross-complainant) **v. Petcurean Pet Nutrition Inc.**
    Superior Court Of California, County of Alameda
    Deposition taken on February 2, 2007

32. **George E. Watts, Jr. and Kathryn S. Watts v. Pozzi Wood Windows,** *et al.*
    Circuit Court of Shelby County, State of Alabama
    No. 03-785
    Deposition taken on January 10, 2007

33. **Michael Haskell v. AIRCO/The BOC Group, Inc.,** *et al.*
    Circuit Court of Madison County, State of Illinois
    No. 04-L-1152
    Testimony taken on November 1, 2006

KELMAN-000048

34. **Lynette Jones, *et al.* v. Eden Housing Management**
    Superior Court of California, County of Alameda
    No. VG04153398
    Deposition taken on October 25, 2006

35. **Lorrin Whisnant, *et al.* v. United States of America**
    United States District Court, Western District of Washington at Tacoma
    No. C03-5121FDB
    Deposition taken on August 24, 2006

36. **James R. Kerruish, *et al.* v. Kimball Homes California, Inc., *et al.***
    Superior Court of California, County of Sacramento
    No. 01AS03525
    Deposition taken on June 28, 2006

37. **Rick Coulter, *et al.* v. Parks Corporation (dba Carver Tripp), *et al.***
    Superior Court of California, County of Los Angeles, Central District
    No. BC321449
    Deposition taken on June 16, 2006

38. **Verdell Gutierrez, *et al.* v. Phelps Dodge Miami, Inc., *et al.***
    Superior Court of the State of Arizona, County of Maricopa
    No. CV2005-003042
    Deposition taken on June 9, 2006

39. **Michael Haskell v. AIRCO/The BOC Group, Inc. *et al.***
    Circuit Court Of Madison County, State Of Illinois
    No. 04-L-1152
    Deposition taken on June 8, 2006

40. **Criag White v. Alloy Rods Corporation, *et al.***
    Missouri Circuit Court, 23rd Judicial Circuit, City of St. Louis
    No. 042-08827
    Deposition taken on May 24, 2006

41. **April Abad, *et al.* v. Creekside Place Holdings, LLC, *et al.* /**
    **Alicia Sweigart, *et al.* v. Wasatch Property Management, *et al.***
    Superior Court of the State of Arizona, County of Pima
    No. C20024299 (Consolidated with No. C20024542)
    Testimony taken on April 14, 2006

42. **Linda Jackson, *et al.* v. Araceli Brown, *et al***
    Superior Court of the State of California, Los Angeles County-Northwest District
    No. LC070894
    Deposition taken on March 31, 2006

43. **William Jeha,** *et al.* **v. Cleveland Yu,** *et al.*
    Superior Court of the State of California, County of Contra Costa
    No. C02-03627
    402 Testimony taken on February 9, 2006

44. **Vana Workman,** *et al.* **v. Country Mutual Insurance Company,** *et al.*
    District Court, County of White Pine, State of Nevada
    Case No. CV04-01002
    Deposition taken on January 12, 2006

45. **John McCaghren,** *et al.* **v. Farmers Insurance Exchange,** *et al.*
    District Court of Dallas County, Texas
    No. 04-06776-J
    Deposition taken on December 22, 2005

KELMAN-000050

Appendix D:   Materials Reviewed

KELMAN-000051

## MATERIALS REVIEWED

- Complaint for Damages in *Wright v. Forest River, Inc, et al*

- Trial III Scheduling Order

- Plaintiff Fact Sheet for Lyndon T. Wright

- Plaintiff Lyndon Wright's Designation of Expert Witnesses

- Plaintiff Lyndon Wright's Supplemental Designation of Expert Witnesses

- Deposition of Lyndon Wright, 7/10/09 with Exhibits 1 – 14

- Medical records of Lyndon Wright from Kenner Dermatology Clinic, Cruz-Field Clinic, and Richard Spector, MD

- Pharmacy records from Walgreen and RiteAid

- EMLab P&K Test Results, 8-27-09 (Sampling date 8-7-09)

- W.D. Scott Group, Inc. Fungal Sampling Log, 8/7/09

- EMLab P&K Test Results, 8/13/09 (Scott Sampling 8/7/09)

- EMLab P&K Test Results, 8/21/09 (Scott Sampling 8/2/09)

- EMLab P&K Test Results, 8/21/09 (Scott Sampling 8/17/09)

- EMLab P&K Test Results, 9/4/09 (Scott Sampling)

- EMLab P&K Test Results, 9/21/09 (Scott Sampling)

- MMG Asbestos Investigation at 9th Floor East – City Planning Area, 9/7/05

- MMG Asbestos Investigation at the Office of Emergency Preparedness, 12/10/05 (Sampled 12/9/05)

- MMG Asbestos Re-Investigation of the Office of Emergency Preparedness,12/14/05 (Sampled 12/12/05)

- MMG Summary Report for the Limited Indoor Air Quality Evaluation at NOFD Facilities, 12/14/05

- MMG Limited Indoor Air Quality Evaluation of the Basement of City Hall, 12/27/05 (Sampled 12/6/05)

- MMG Asbestos Investigation on the Ninth Floor East Wing at City Hall, 5/15/06 (Sampled 5/12/06)

- MMG Asbestos Investigation at the New Orleans Civil District Court House, 5/15/06 (Sampling 5/10/06)

KELMAN-000052

- MMG Limited Indoor Air Quality Evaluation at the 2W20 of City Hall, 5/27/06 (Sampled 5/25/06)

- MMG Mold Clearance Test at the First Floor Air Return Room inside the New Orleans Civil District Court House, 5/31/06 (Sampling 5/19/06)

- MMG Letter Re: Removal of Suspected Asbestos-Containing Materials from Ceiling Located on the Ninth Floor West Wing at City Hall, 7/12/06 (Sample Received 7/13/06)

- MMG Limited Indoor Air Quality Evaluation at the BE10 of City Hall, 8/14/06 (Sample Received 8/12/06)

- MMG Asbestos Investigation at the Civil District Court, 12/3/06 (Sampling 11/7/06)

- US Dept. of Labor - OSHA  Letter to Algiers Community Health Clinic re: safety or health hazards at 4422 General Meyer Ave, New Orleans, 9/13/07

- MMG Mold Investigation Report for 4422 General Meyer Ave, Suite 100, New Orleans, LA, 10/8/07

- MMG Limited Indoor Air Quality Evaluation 1 at Civil District Court Room 302, 11/14/07 (Sample Received 11/12/07)

- MMG Limited Indoor Air Quality Evaluation at Room LW34 City Hall, 12/18/2007 (Sample Received 12/13/07)

- Mold Investigation Report – Civil District Court, City of New Orleans, 6/6/08

- MMG Mold Investigation at the Municipal Training Academy, 7/15/09 (Sampled 7/10/09)

- Report by Lee Branscome, PhD, Weather Conditions in New Orleans and Melville, LA, for the Trailer Occupied by Lyndon Wright, 7/9/09

- Affidavit of George A. Farber, MD, 7/28/09

- Supplemental Affidavit of George A. Farber, MD, 10/2/09

- Affidavit of Paul Hewett, PhD, Analysis of the Forest River Inc. Formaldehyde Dataset, 7/27/09

- Affidavit of Paul Hewett, PhD, Analysis of the Forest River Inc. Formaldehyde Dataset, 9/26/09

Appendix D

- Preliminary Report by Darryl Hicks, PE, 7/27/09
- Electrical Systems Observations Report by Darryl Hicks, PE, 10/1/09
- Place holder Report by Paul LaGrange, 7/21/09
- Inspection Report by Paul LaGrange, August 2009
- Report by Kenneth Laughery, PhD, 7/28/09
- Report by Kenneth Laughery, PhD, 10/1/09
- Preliminary Inspection Report by Alexis Mallet, Jr., 7/29/09
- Inspection Report by Alexis Mallet, Jr., 10/2/09
- Affidavit of Lawrence Miller, MD, MPH, 7/28/09
- Affidavit of Lawrence Miller, MD, MPH, 10/2/09
- Preliminary Structural Condition Assessment for FEMA Travel Trailer Wright/Forest River, Inc. Trailer Melville, Louisiana by Charles David Moore, PE, PLS, 7/24/09
- Structural Condition Assessment for FEMA Travel Trailer Wright/Forest River, Inc. Trailer Melville, Louisiana by Charles David Moore, PE, PLS, 10/2/09
- Preliminary Report by Ervin Ritter, PE, 7/23/09
- Investigation and Inspection Report by Ervin Ritter, PE, 10/1/09
- Affidavit of William D. Scott, PE, CHMM, 7/28/09
- Affidavit of William D. Scott, PE, CHMM, 10/2/09
- Report by Edward H. Shwery, PhD, 7/28/09
- Psychological Examination Report by Edward H. Shwery, PhD, 9/24/09
- Preliminary Affidavit of Stephen Smulski, PhD, 7/27/09
- Affidavit of Stephen Smulski, PhD, 9/29/09
- Affidavit of Richard A. Spector, MD, JD, 7/25/09
- Affidavit of Richard A. Spector, MD, JD, 9/21/09
- Preliminary Affidavit of Patricia Williams, PhD, DABT, 7/28/09
- Preliminary Affidavit of Patricia Williams, PhD, DABT, 10/2/09
- Trailer Inspection/Examination Schedule for Forest River Plaintiff
- Photos of Wright trailer

Appendix D

KELMAN-000054

- Trailer documents
- Letter from Stephen Smulski, 9/10/09
- Email from Aaron Ahlquist re: Final Reports in Wright, 9/23/09
- W.D. Scott Letter re: lab's handling of samples (attached to Ahlquist email)
- MSDS for Coolite 115, Bio Treat 183, Bio Treat 189, Cornite L, CWT 8333, CWT 3737, MBC 449, MBC 215

Appendix D

Appendix E: Maximum Mycotoxin Exposure

KELMAN-000056

## Appendix E - Characterization of Maximum Mycotoxin Exposure from Indoor Air

**Calculation of Maximum Possible Dose over 24 hours from Indoor Air for Lyndon Wright**

| Mycotoxin | Mycotoxin per Spore[1] | Max. Indoor spore Conc.[2] | Breathing Rate[3] | Fraction Retained | Exposure Duration | Body Weight[4] | Max Possible Dose from Indoor Air |
|---|---|---|---|---|---|---|---|
| | $mg/spore$ | $CFU/m^3$ | $m^3/hr$ | | $hr$ | $kg$ | $mg/kg$ |
| Fumitremorgen [1a] | 1.20E-11 | 390 | 0.63 | 1 | 24 | 52.6 | 1.34E-09 |
| Satratoxin G [1b] | 4.00E-11 | 390 | 0.63 | 1 | 24 | 52.6 | 4.48E-09 |
| Satratoxin H [1b] | 1.00E-10 | 390 | 0.63 | 1 | 24 | 52.6 | 1.12E-08 |
| Trichoverrols A/B [1c] | 1.50E-12 | 390 | 0.63 | 1 | 24 | 52.6 | 1.68E-10 |
| Aflatoxin B$_1$ [1d] | 4.80E-10 | 390 | 0.63 | 1 | 24 | 52.6 | 5.38E-08 |

Model = mycotoxin/spore x max. indoor spore concentration x breathing rate x fraction retained x exposure duration x conversion / weight of person

**1a:** Land, C.J., Rask-Andersen, A., Lundström, H., Werner, S., and Bardage, S. (1994). Tremorgenic mycotoxins in conidia of Aspergillus fumigatus.   In Health Implications of Fungi in Indoor Environments (R.A. Samson, Ed.), pp. 307-315. Elsevier/North Holland Biomedical Press, Amsterdam.

**1b:** Nikulin, M., Reijula, K., Jarvis, B. B., Veijalainen, P., and Hintikka, E. L. (1997). Effects of intranasal exposure to spores of Stachybotrys atra in mice. *Fundam Appl Toxicol* 35, 182-188.

**1c:** Sorenson, W. G., Frazer, D. G., Jarvis, B. B., Simpson, J., and Robinson, V. A. (1987). Trichothecene mycotoxins in aerosolized conidia of Stachybotrys atra. *Appl Environ Microbiol* 53, 1370-1375.
Using the single sample from Sorenson, et al. with the highest measured TT concentration (0.08 ug TT in 17.69 mg dust), assuming that dust is 85% conidia; assuming that 100% of the TT was contained in the spores, and applying Burge's assumption that the mass of S. atra spores is 2.8 x 10-7 mg/spore (Burge, 1996), the TT concentration per spore was estimated as:

| Mycotoxin | Max. toxin in dust | Mass of dust | Fraction of mold in dust | Mass/spore | Concentration |
|---|---|---|---|---|---|
| | $mg\ Tt$ | $mg\ dust$ | *Frac. conidia* | $mg/spore$ | $mg\ toxin/spore$ |
| Trichoverrols | 8.00E-05 | 17.69 | 0.85 | 2.80E-07 | 1.50E-12 |

KELMAN-000057

## Appendix E - Characterization of Maximum Mycotoxin Exposure from Indoor Air

**1d:** Ren, P., Ahearn, D. G., and Crow, S. A. (1999). Comparative study of *Aspergillus* mycotoxin produced on enriched media and construction material. *J Industrial Microbiol Biotechnol* 210-213.

**2:** *Maximum Indoor Spore Concentration (CFU/$m^3$)* :                390

This measurement was taken August 7, 2009 (EMLab P&K Report, 8/27/09)

**3:** *Breathing Rate ($m^3$/hr)* :          0.63

*0.63 $m^3$/hr =* 15.2 $m^3$/day = air inhaled/day average (adult male)

EPA, (1997).  Exposure Factors Handbook, Update of May 1989 EPA/600/P-95/002Fa.  Office of Research and Development, US Environmental Protection Agency (EPA), Washington, DC 20460, Washington, DC.

**4:** *Body Weight (kg):*          52.6     kg          116     lbs

This measurement was taken May 1, 2006. (PL_L.WRIGHT-000137)

KELMAN-000058

Appendix F: Known Effects Levels

KELMAN-000059

**Appendix F** - Comparison of Maximum Dose Levels to Known Effects Levels

**Comparison of Maximum Mycotoxin Exposure via Indoor Air to Known Effects Levels for Lyndon Wright**

| Mycotoxin | Max Possible Dose (mg/kg) | Effects Level (mg/kg) | Margin of Exposure[4] | Description |
|---|---|---|---|---|
| Fumitremorgen | 1.34E-09 | 6.00E-02 | 4.46E+07 | Fumitremorgin A iv, "a perceptible tremor in a few mice", but no mortality [1] |
| Satratoxin G | 4.48E-09 | 1.84E-06 | 4.10E+02 | Pulmonary inflammation markers in mice after six intranasal doses of s 72 *S chartarum* spores containing this dose of SG and SH [2] |
| Satratoxin H | 1.12E-08 | 4.60E-06 | 4.10E+02 | Pulmonary inflammation markers in mice after six intranasal doses of s 72 *S chartarum* spores containing this dose of SG and SH [2] |
| Trichoverrols A/B | 1.68E-10 | 2.00E-03 | 1.19E+07 | Estimated dose of T-2 toxin retained by rats following 10-minute inhalation exposure at the NOEL concentration of 1.0 mg T-2/m$^3$ [3] |

**1:** Yamazaki, M., Suzuki, S., and Kukita, K.-I. (1979). Neurotoxical studies on fumitremorgen A, a tremorgenic mycotoxin, on mice. J Pharm Dyn  2, 119-125.

**2:** Nikulen M, Reijula K, Jarvis B, Veijalainen P, and Hintikka E-L.  Effects of intranasal exposure to spores of Stachybotrys atra in mice. Fundamental and Applied Toxicology 35,182-188 (1997).

**3:** Creasia, D. A., Thurman, J. D., Wannemacher, R. W., Jr. , and Bunner, D. L. (1990). Acute inhalation toxicity of T-2 mycotoxin in the rat and guinea pig. Fundam Appl Toxicol 14, 54-59.

**4:** *Margin of Exposure =*  Effects Level / Max Possible Dose

KELMAN-000060

Appendix G: Regulatory Levels

KELMAN-000061

**Appendix G** - Comparison of Maximum Dose Levels to FDA Regulatory Level for Aflatoxin

**Comparison of Theoretical Maximum Aflatoxin Exposure via Inhalation to FDA Regulatory Levels for Lyndon Wright**

| Mycotoxin | Max Possible Dose (mg/kg) | Regulatory Level (mg/kg) | Margin of Exposure[5] | Description |
|---|---|---|---|---|
| Aflatoxin B1 | 5.38E-08 | 1.40E-05 | 2.60E+02 | Maximum dietary intake [6] |

5: *Margin of Exposure =* Regulatory Level / Max Possible Dose

6: Economic Research Service USDA. Food Consumption, Prices, and Expenditures, 1970-97. By Judith Jones Putnam and Jane E. Allshouse.  Statistical Bulletin No. 965. 196 pp, April 1999 Can be found at: http://www.ers.usda.gov/publications/sb965/sb965h.pdf

| | per capita intake | | | AFB1 Conc. | Body Weight | Daily Dose |
|---|---|---|---|---|---|---|
| Commodity | *Yearly (lbs)* | *Yearly (kg)* | *Daily (kg)* | *(ug aflatoxin/ kg food)* | *(kg)* | *(ug aflatoxin/ kgbw day)* |
| Tree nuts | 2.2 | 1.00 | 0.0027 | 20 | 52.6 | 1.04E-03 |
| Peanuts | 5.8 | 2.63 | 0.0072 | 15 | 52.6 | 2.05E-03 |
| Corn Products | 23.1 | 10.48 | 0.0287 | 20 | 52.6 | 1.09E-02 |
| **Total** | | | | | | **1.40E-02** |

KELMAN-000062

Appendix H: The Concentration of No Toxicologic Concern

KELMAN-000063

**Appendix H** - The Concentration of No Toxicologic Concern

**Comparison of Maximum Reported Indoor Spore Concentration to CoNTC**

| CoNTC (1) | Minimum spores/m$^3$ to reach CoNTC (1) | Maximum indoor spore concentration (2) | Description |
|---|---|---|---|
| ng/m$^3$ | spores/m$^3$ | CFU/m$^3$ | |
| 30 | 30,000 | 390 | The concentration of no toxicological concern is 4 times higher than the highest spore concentration reported. |

[1]: Hardin BD, Robbins CA, Fallah P, Kelman BJ. 2009. The concentration of no toxicologic concern (CoNTC) and airborne mycotoxins. J Toxicol Environ Health. 72:585-598

[2]: *Maximum Indoor Spore Concentration (spores/m$^3$):*          390
          This measurement was taken August 7, 2009 (EMLab P&K Report, 8/27/09)

KELMAN-000064