UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION N-5
 JUDGE ENGELHARDT
 MAG. JUDGE CHASEZ

**************************************************************************

UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS REPLY
MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN AWARD OF COSTS
(Rec. Doc. 11936)

U.S. EXHIBIT NO. 3

# Transcript of the Testimony of
# Videotaped Deposition of Richard A. Spector, M.D., J.D.

**Date taken: October 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 13098-6 Filed 03/23/10 Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)  Videotaped Deposition of Richard A. Spector, M.D., J.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       MDL NO. 1873

FORMALDEHYDE PRODUCTS   SECTION N(4)

LIABILITY LITIGATION    JUDGE ENGELHARDT


\* \* \*

(RE: WRIGHT)


VIDEOTAPED DEPOSITION OF RICHARD A. SPECTOR, M.D., J.D., 3434 PRYTANIA STREET, SUITE 240, NEW ORLEANS, LOUISIANA, TAKEN AT THE OFFICES OF DR. SPECTOR, ON THE 29TH DAY OF OCTOBER, 2009.

REPORTED BY:

   PAT KENNEDY QUINTINI, CCR
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255

VIDEOGRAPHER:

   MICHAEL BERGERON
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255

Case 2:07-md-01873-KDE-MBN   Document 13098-6   Filed 03/23/10   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Richard A. Spector, M.D., J.D.

Page 145

```
 1   most recently presented to Mr. Ahlquist from
 2   10/26.
 3   EXAMINATION BY MR. BONE:
 4        Q.   All right.  And the invoice you
 5   have just handed me, you said from 10/26,
 6   this is the most recent and up to date there
 7   is?
 8        A.   Yes.
 9        Q.   And let's go ahead and mark that.
10   Can I mark this copy or is this the
11   original?
12        A.   You can mark it and I just want to
13   make a copy of it so I have it in my record.
14        Q.   We will mark this as Spector
15   Exhibit 12.
16   (Exhibit No. 12 marked for identification.)
17        MR. AHLQUIST:
18             On the record, I apologize for my
19   misstatement.  This was produced to us after
20   our production of the reliance materials.
21        MR. BONE:
22             I understand.  I just don't want
23   it to be confused that someone thinks I had
24   a copy of this when I didn't.
25        MR. AHLQUIST:
```

Case 2:07-md-01873-KDE-MBN Document 13098-6 Filed 03/23/10 Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Richard A. Spector, M.D., J.D.

Page 146

1        I appreciate your position.  I
2   just wanted to clarify.
3        MR. BONE:
4            Perfect.
5   EXAMINATION BY MR. BONE:
6        Q.   Can I mark these, Doctor, or is
7   one of these an original that I need to make
8   a copy of?
9        A.   You can mark this.  I will just
10  make a copy of it.  And this one was printed
11  specifically for you.  And when I refer to
12  this one, it is the computer printout from
13  my office file for Mr. Wright's
14  responsibilities.
15       Q.   Right.  Printed or generated
16  26 October 2009, correct?
17       A.   Yes, sir.
18       Q.   We will mark the invoice of 26
19  October 2009 referencing Mr. Wright's
20  payment responsibilities as Spector
21  Exhibit 13.
22  (Exhibit No. 13 marked for identification.)
23           And Spector Exhibit 14 will be the
24  invoice for copying of certain medical
25  records from Dr. Spector's office issued to,

Case 2:07-md-01873-KDE-MBN   Document 13098-6   Filed 03/23/10   Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Richard A. Spector, M.D., J.D.

Page 147

1  I believe, David McLendon.
2  (Exhibit No. 14 marked for identification.)
3       And, Doctor, setting aside
4  Exhibit 14, does Exhibit 13 and Exhibit 12
5  accurately reference all of the work that
6  you have done with the exclusion of the
7  meeting with Mr. Wright this morning in this
8  matter?
9       A.   And predeposition time with
10 Mr. Ahlquist and Mr. D'Amico.
11      Q.   How much are you charging for your
12 time to the plaintiffs' attorneys in this
13 matter?
14      A.   $400 an hour.
15      Q.   Is that a flat fee for
16 consultation testimony and trial testimony?
17      A.   No.
18      Q.   What is the fee for deposition or
19 trial testimony, if it differs?
20      A.   I am tendering to you a copy of my
21 July 14 letter of engagement to Mr. Ahlquist
22 and it delineates the fees that I charge.
23      Q.   And this document indicates that
24 for records review, research, phone
25 consultations, you bill at $400 per hour

Case 2:07-md-01873-KDE-MBN   Document 13098-6   Filed 03/23/10   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)         Videotaped Deposition of Richard A. Spector, M.D., J.D.

Page 148

1  billed in 15-minute increments; is that
2  correct?
3       A.   That's correct.
4       Q.   Deposition in my office at a time
5  convenient to me is a thousand dollars for
6  the first 60 minutes including prep charge,
7  correct?
8       A.   That's correct.
9       Q.   Each additional hour of deposition
10 testimony is billed at $500 per hour; is
11 that correct?
12      A.   That's correct.
13      Q.   A video deposition is an
14 additional $350 surcharge; is that correct?
15      A.   That's correct.
16      Q.   Courtroom testimony, when the jury
17 actually sees you in person, you'll be
18 charging $600 per hour billed portal to
19 portal, which means round trip from your
20 office, correct?
21      A.   That's correct.
22      Q.   So from the minute you leave your
23 office to the minute your foot steps back
24 across the threshold, you are charging $600
25 an hour for your testimony?

Case 2:07-md-01873-KDE-MBN   Document 13098-6   Filed 03/23/10   Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped Deposition of Richard A. Spector, M.D., J.D.

Page 149

```
 1      A.   That's correct.
 2      Q.   Is this a copy that I can mark,
 3   Doctor?
 4      A.   That's my original copy.
 5      Q.   I will allow you to make a copy
 6   and we will mark that as Exhibit 16.
 7   (Exhibit No. 16 marked for identification.)
 8           Doc, I notice from Exhibit 12
 9   which you provided to us that you have had a
10   number of conversations with Dr. Miller.
11   You have talked to us a little bit about the
12   first conversation you had with Dr. Miller.
13   I see that there is a subsequent
14   conversation August 4 and August 6 with
15   Dr. Miller.  Can you take us through what
16   those conversations were in reference to?
17      A.   May I see that again?
18      Q.   Certainly, Doctor.
19      A.   I didn't keep notes, or did I?
20   Yes, I did.  I spoke with Dr. Miller about
21   the path report and told him I had no
22   awareness of whether formaldehyde induced
23   this neuroma.  And I talked to him about the
24   rarity, i.e. I had never seen, read or heard
25   about a post tonsillectomy trauma that
```