UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN AWARD OF COSTS**
(Rec. Doc. 11936)

**U.S. EXHIBIT NO. 4**

Transcript of the Testimony of
# Videotaped Deposition of Lawrence G. Miller, M.D.

**Date taken: November 10, 2009**
**Vol. I**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 13098-7 Filed 03/23/10 Page 3 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)  Videotaped Deposition of Lawrence G. Miller, M.D.

```
                                                          Page 1
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA


 IN RE:  FEMA TRAILER          MDL NO. 1873

 FORMALDEHYDE PRODUCTS         SECTION "N"(4)

 LIABILITY LITIGATION          JUDGE ENGELHARDT



 This document relates to:  Lyndon T. Wright

      v. Forest River, Inc., et al

          Docket No. 09-2977

              *   *   *

            (Volume I)

    Videotaped Deposition of LAWRENCE

 G. MILLER, M.D., 118 Upland Road, Waban,

 Massachusetts 02468, taken at the Law

 Offices of Frank J. D'Amico, Jr., 622

 Baronne Street, New Orleans, Louisiana

 70113, on Tuesday, the 10th day of November,

 2009.


 REPORTED BY:

     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255

 VIDEOGRAPHER:

     BRIAN SOILEAU
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```

Case 2:07-md-01873-KDE-MBN   Document 13098-7   Filed 03/23/10   Page 4 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)         Videotaped Deposition of Lawrence G. Miller, M.D.

Page 115

```
 1   to go through those with you briefly.
 2        MR. AHLQUIST:
 3             Do you want to introduce as an
 4   exhibit his October report?
 5        MR. BONE:
 6             (Indicating).
 7        MR. AHLQUIST:
 8             Did you?  I'm sorry.
 9   EXAMINATION BY MR. BONE:
10        Q    Doctor I'm going to hand you
11   what's marked as Exhibit 4, which is an
12   invoice dated July 31st, 2009, and let me
13   ask you, is that a true and accurate copy of
14   the invoice for professional services you
15   provided to the plaintiffs in this matter?
16        A    Yes, it is.
17        Q    I'm going to hand you what has
18   been marked as Exhibit 5, which is the
19   October 2nd, 2009 invoice, and I will ask
20   you, Doctor, is that a true and accurate
21   copy of the invoice for professional
22   services that you provided to the plaintiffs
23   as of October 2nd in this matter?
24        A    That's correct.
25        Q    Doctor, finally, there's an
```

Case 2:07-md-01873-KDE-MBN   Document 13098-7   Filed 03/23/10   Page 5 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Lawrence G. Miller, M.D.

Page 116

1  invoice dated November 6th, 2009.  Would you
2  confirm that that is a true and accurate
3  copy of your November 6th invoice to the
4  plaintiffs in this matter?
5      A    That's correct.
6      Q    Okay.  I notice that the total
7  number of hours is at $600 per hour; is that
8  correct?
9      A    That's correct.
10     Q    Is that your typical consulting
11 rate?
12     A    I believe you have a copy of my
13 fee schedule.
14     Q    It is your typical consulting
15 rate, correct?
16     A    Yes, it is.
17     Q    In terms of other work that you
18 may be involved in, do you do any other
19 consulting work separate and apart from
20 litigation?
21     A    Occasionally, yes.
22     Q    And what type of work would that
23 be?
24     A    Generally regarding effects of
25 drugs or toxins.

Case 2:07-md-01873-KDE-MBN   Document 13098-7   Filed 03/23/10   Page 6 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Lawrence G. Miller, M.D.

Page 117

1    Q    And in terms of non-litigation
2    consulting, who do you typically do
3    consulting work for outside of the
4    litigation context?
5    A    Oh, I'm not sure I can give you a
6    typical answer.  I have certainly consulted
7    for companies in drug development, for
8    example, over the years.  That's probably
9    the primary group.
10   Q    And do you charge the same rate
11   for that consulting work as you do for the
12   consulting work you're doing here today?
13   A    I do.  I have one rate.
14   Q    And is that the same rate that you
15   would charge for deposition testimony, for
16   example?
17   A    No.  I think I gave you my fee
18   schedule, and that's a different rate.
19   Q    What is that rate?
20   A    That's $800 per hour.
21   Q    What about trial testimony?
22   A    That would be the same.
23   Q    $800 per hour?
24   A    That's correct.
25   Q    And is the $800 per hour the time