UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION N-5
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ


**************************************************************************


UNITED STATES OF AMERICA'S EXHIBITS IN SUPPORT OF ITS REPLY
MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN AWARD OF COSTS
(Rec. Doc. 11936)



U.S. EXHIBIT NO. 5

08013839

## CONTINGENT FEE RETAINER

I, _Earline Castanel_ , hereby retain and authorize the law firm of GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C., to act as my attorneys and to represent me in connection with my claims for damages or loss resulting from residing in a FEMA (Federal Emergency Management Agency) provided travel trailer.

AS A LAW FEE for services rendered and to be rendered by my said attorneys, there is hereby assigned to them, and they are authorized to retain before the deduction of expenses and from the gross amount received on account of my claims, 15% of the gross amount of recovery by me individually, whether the recovery occurs in settlement or trial. In addition, I understand that my attorneys shall seek a share of any fee awarded or approved by the Court for "common benefit" services to the plaintiffs/plaintiff class as a whole.

It is understood and agreed that, after calculation of, and in addition to payment of, the law fee mentioned above, I shall be obliged to reimburse my attorneys for the necessary costs and expenses advanced by them to prepare and present my individual claims in court or otherwise, such as, but not limited to, court costs, medical and hospital records and reports, deposition transcripts, copying charges, expert fees, telephone tolls and the like. HOWEVER, it is further understood and agreed that, if there is no recovery of money in my case, I shall not have to pay my own attorneys anything.

Any costs or expenses incurred by the firm in connection with its "common benefit" services to the plaintiffs/plaintiff class as a whole will be reimbursed out of any reserve or set-aside for such expenses approved or authorized by the Court.

It is understood and agreed that no settlement, compromise, dismissal, or other such actions shall be taken on my claims without my consent and without the written consent of my attorneys.

Thus done and signed this _18_ day of _July_ , 20_08_

EARLINE CASTANEL

Address: _2925 St. Peter St._

_Earline Castanel._

_New Orleans, La. 70119_

RETAINER ACCEPTED:

For the Firm: _Justin D. Woods_

Date: _8/6/08_

FEMA-000997