MINUTE ENTRY
ENGELHARDT, J.
MARCH 23, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                             MDL NO. 1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

THIS DOCUMENT RELATES TO                   SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
*Case No.* 09-2977

JUDGE KURT D. ENGELHARDT PRESIDING

**TUESDAY, MARCH 23, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Toni Tusa (AM); Jodi Simcox (PM)

APPEARANCES: Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
                 T. Christopher Pinedo, Douglas Smith, & Mikal Watts,
                 for Plaintiff, Lyndon Wright
              Ernest Gieger, Jr., Jason Bone, Carson Strickland, for Forest River
               Roy Cheatwood, M. David Kurtz, Karen Whitfield, for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 22, 2010)**
*(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)*

All present and ready.
Motion of Plaintiffs' Liaison Counsel to Exclude Defendants' Deposition Cuts of Tyshone Marsh (Rec. Doc. No. 13062) - **ORDERED GRANTED IN PART AND DENIED IN PART**, as stated on the record.
Jury returned to the courtroom.
Defendant, Forest River's witnesses continued: <u>Guy Bonomo</u>, testimony by videotape.
                                                  <u>Kevin Souza</u>, testimony by videotape.
                                                  <u>Martin McNeese</u>, testimony by videotape.
                                                  <u>Brian McCreary</u>, testimony by videotape.
                                                  <u>Cmd. Joseph Little</u>, testimony by videotape.
                                                  <u>Michael Lapinski</u>, testimony by videotape.
                                                  <u>Norman L. Nelson</u>, sworn and testifies.

Defendant, Forest River's witnesses continued: Stanley Larson, testimony by videotape.
Michelle Wright, testimony by videotape.
Travis Morris, testimony by videotape.
Tyshone Marsh, testimony by videotape.
Dr. Coreen Robbins, testimony by videotape.

Jury excused.
Trial continued to Wednesday, March 24, 2010 at 8:30 a.m.
Court adjourns.

JS-10: 7:40