UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO:<br>*Alvarado v. Keystone Industries, Inc., et al*<br>No. 09-4105 (Jonah Stevenson) | MAGISTRATE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT CH2M HILL CONSTRUCTORS, INC.'S RESPONSE TO
KEYSTONE'S "MOTION TO ALTER OR AMEND ORDER DISMISSING
BELLWETHER PLAINTIFF JONAH STEVENSON"**
(Rec. Doc. 13088)

Defendant CH2M HILL Constructors, Inc. hereby adopts and joins Keystone RV Company's ("Keystone"), Motion to alter or amend the Order Dismissing Bellwether Plaintiff Jonah Stevenson (Rec. Doc. 13088). The Court should grant that Motion for all the reasons set forth in Defendant Keystone's Memorandum filed in support thereof.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

 /s/ Wade M. Bass
Danny G. Shaw (Bar No. 11977)
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
Sandra Varnado (Bar No. 30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
dshaw@bakerdonelson.com
gbarrios@bakerdonelson.com
wbass@bakerdonelson.com
svarnado@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

      /s/ Wade M. Bass
        WADE M. BASS