UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Teresa M. Baumgart, et al v Liberty Homes, Inc., et al., Case No. 2:10*

## ORDER

Considering the foregoing Motion of Plaintiff Teresa Baumgart, she is allowed an additional sixty (60) days or until _____May 24th_____, 2010, to serve Certain Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this 24th day of ___March___, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net