UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:   FEMA TRAILER                  *   MDL NO. 1873
         FORMALDEHYDE PRODUCTS         *
         LIABILITY LITIGATION          *   SECTION "N" (5)
                                       *
THIS DOCUMENT PERTAINS TO              *   JUDGE ENGELHARDT
                                       *   MAGISTRATE CHASEZ
CIVIL CASE NOS. 08-5031, 09-6940, 09-4708,   *
09-6941, 09-4709, 09-7536, 09-6942, 09-4710, *
09-5989, 09-7532, 09-6943, 09-6957, 09-6955, *
09-6956, 09-4711, 09-4712, 09-6162, 09-6496, *
09-6504, 09-6505, 09-6502, 09-6503, 09-4713, *
09-6719, 09-4714, 09-6642, 09-4715, 09-6395, *
10-0534, 09-6949, 09-6951, 09-6944, 09-6945, *
09-6947, 09-4716, 09-4717, 09-4718, 09-4719, *
09-6720, 09-4720, 09-6965, 09-6157, 09-6964, *
09-4721, 09-6171, 09-7533, 09-6966, 09-6958, *
09-4722, 09-6960, 09-4723, 09-6961, 09-4724, *
09-6169, 09-6962, 09-4725, 09-6946, 09-4726, *
09-7531, 09-6948, 09-4727, 09-5990, 09-6950, *
09-4728, 09-6954, 09-4729, 09-5991, 09-7530, *
09-6959, 09-6916, 09-4730, 09-6417, 09-4731, *
09-6938, 09-4732, 09-5983, 09-7535, 09-6939, *
09-4733, 09-7534, 09-6937, 09-4734, 09-6935, *
09-4735, 09-6936, 09-4736, 09-5985, 09-6933, *
09-4737, 09-6155, 09-6932, 09-4738, 09-6641, *
09-4739, 09-6931, 09-4740, 09-6167, 09-6930, *
09-4741, 09-6640, 09-6639, 09-4742, 09-5987, *
09-6929, 09-4743, 09-6159, 09-6718, 09-4744, *
09-6638, 09-6164, 09-6928, 09-4745, 09-6927, *
09-4746, 09-6926, 09-4747, 09-6925, 09-4748, *
09-6924, 09-4749, 09-6418, 09-4750, 09-6923, *
09-4751, 09-6160, 09-6635, 09-6637, 09-4752, *
09-5988, 09-6922, 09-4753, 09-6921, 09-6920, *
09-4754, 09-6919, 09-4755, 09-5986, 09-4756, *
09-5984, 09-6918, 09-4757, 09-6917, 09-4758, *
09-4759, 09-4676, 09-4677, 09-4678, 09-4679, *
09-4680, 09-4681, 09-4685, 09-4686, 09-4684, *
09-4683, 09-4682, 09-4687, 09-4697, 09-4698, *
09-4696, 09-4699, 09-4700, 09-4688, 09-4689, *
09-4690, 09-4691, 09-4692, 09-4693, 09-4694, *
09-4695, 09-4701, 09-4702, 09-4703, 09-4704, *
09-4705, 09-4706, 09-4707, 09-7062, 09-7063, *

1

09-7064, 09-7065, 09-7066, 09-7067, 09-7068,   *
09-7069, 09-7070, 09-7072, 09-7073, 09-7074,   *
09-7075, 09-7076, 09-7078, 09-7079, 09-7081,   *
09-7082, 09-7083, 09-7085, 09-7086, 09-7088,   *
09-7089, 09-7091, 09-7093, 09-7094, 09-7096,   *
09-7101, 09-7102, 09-7103, 09-7104, 09-7106,   *
09-7080, 09-7084, 09-7087, 09-7090, 09-7092,   *
09-7095, 09-7098, 09-7099, 09-7100, 09-7117,   *
09-7118, 09-7119, 09-7120, 09-7114, 09-7107,   *
09-7108, 09-7115, 09-7116, 09-7110, 09-7111,   *
09-7112, 09-7113, 09-7121, 09-7122, 09-7123,   *
09-7124, 09-7109, 09-7404, 09-7403, 09-7405,   *
09-7406, 09-7419, 09-7420, 09-7421, 09-7411,   *
09-7412, 09-7413, 09-7414, 09-7415, 09-7423,   *
09-7425, 09-7402, 09-7401, 09-7400, 09-7399,   *
09-7398, 09-7416, 09-7417, 09-7418, 09-7426,   *
09-7427, 09-7439, 09-7428, 09-7430, 09-7429,   *
09-7422, 09-7852, 09-7854, 09-7838, 09-7841,   *
09-7843, 09-7973, 09-7828, 09-7857, 09-7855,   *
09-7827, 09-7856, 09-7833, 09-7831, 09-7963,   *
09-7799, 09-7804, 09-7798, 09-7803, 09-7842,   *
09-7840, 09-7794, 09-7821, 09-7809, 09-7808,   *
09-7807, 09-7806, 09-7805, 09-7814, 09-7845,   *
09-7826, 09-7823, 09-7837, 09-7839, 09-7802,   *
09-7820, 09-7812, 09-7811, 09-7810, 09-7813,   *
09-7983, 09-7984, 09-7987, 09-7974, 09-7991,   *
09-7977, 09-7965, 09-7961, 09-7960, 09-7972,   *
09-7971, 09-7966, 09-7800, 09-7962, 09-7801,   *
09-7797, 09-7980, 09-7978, 09-7922, 09-7921,   *
09-7819, 09-7824, 09-7818, 09-7816, 09-7889,   *
09-7892, 09-7835, 09-7897, 09-7898, 09-7890,   *
09-7891, 09-7894, 09-7893, 09-7904, 09-7903,   *
09-7899, 09-7895, 09-7896, 09-7793, 09-7887,   *
09-7792, 09-7817, 09-7908, 09-7907, 09-7906,   *
09-7905, 09-7815, 09-7911, 09-7910, 09-7909,   *
09-7795, 09-7796, 09-7822, 09-7917, 09-7912,   *
09-7913, 09-7918, 09-7919, 09-7920, 09-7916,   *
09-7914, 09-7829, 09-7830, 09-7832, 09-7834,   *
09-7858, 09-7859, 09-7967, 09-7964, 09-7990,   *
09-7825, 09-7836, 09-7849, 09-7846, 09-7848,   *
09-7851, 09-7853, 09-7844, 09-7847, 09-7850,   *
09-7924, 09-7925.                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR LEAVE TO FILE ORIGINAL COMPLAINT AGAINST
UNITED STATES OF AMERICA**

2

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs represented by Watts Hilliard, L.L.C., who for the reasons more fully set forth in the memorandum attached hereto, respectfully request the Court allow them to file an Original Complaint against the United States of America.

Plaintiffs represented by Watts Hilliard, L.L.C. respectfully move this Court for leave to file an Original Complaint against the United States of America.

Respectfully submitted,

/s/ Mikal C. Watts

_____

**MIKAL C. WATTS**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 25th day of March, 2010.

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**