UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO | | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

CIVIL CASE NOS. 08-5031, 09-6940, 09-4708, 09-6941, 09-4709, 09-7536, 09-6942, 09-4710, 09-5989, 09-7532, 09-6943, 09-6957, 09-6955, 09-6956, 09-4711, 09-4712, 09-6162, 09-6496, 09-6504, 09-6505, 09-6502, 09-6503, 09-4713, 09-6719, 09-4714, 09-6642, 09-4715, 09-6395, 10-0534, 09-6949, 09-6951, 09-6944, 09-6945, 09-6947, 09-4716, 09-4717, 09-4718, 09-4719, 09-6720, 09-4720, 09-6965, 09-6157, 09-6964, 09-4721, 09-6171, 09-7533, 09-6966, 09-6958, 09-4722, 09-6960, 09-4723, 09-6961, 09-4724, 09-6169, 09-6962, 09-4725, 09-6946, 09-4726, 09-7531, 09-6948, 09-4727, 09-5990, 09-6950, 09-4728, 09-6954, 09-4729, 09-5991, 09-7530, 09-6959, 09-6916, 09-4730, 09-6417, 09-4731, 09-6938, 09-4732, 09-5983, 09-7535, 09-6939, 09-4733, 09-7534, 09-6937, 09-4734, 09-6935, 09-4735, 09-6936, 09-4736, 09-5985, 09-6933, 09-4737, 09-6155, 09-6932, 09-4738, 09-6641, 09-4739, 09-6931, 09-4740, 09-6167, 09-6930, 09-4741, 09-6640, 09-6639, 09-4742, 09-5987, 09-6929, 09-4743, 09-6159, 09-6718, 09-4744, 09-6638, 09-6164, 09-6928, 09-4745, 09-6927, 09-4746, 09-6926, 09-4747, 09-6925, 09-4748, 09-6924, 09-4749, 09-6418, 09-4750, 09-6923, 09-4751, 09-6160, 09-6635, 09-6637, 09-4752, 09-5988, 09-6922, 09-4753, 09-6921, 09-6920, 09-4754, 09-6919, 09-4755, 09-5986, 09-4756, 09-5984, 09-6918, 09-4757, 09-6917, 09-4758, 09-4759, 09-4676, 09-4677, 09-4678, 09-4679, 09-4680, 09-4681, 09-4685, 09-4686, 09-4684, 09-4683, 09-4682, 09-4687, 09-4697, 09-4698, 09-4696, 09-4699, 09-4700, 09-4688, 09-4689, 09-4690, 09-4691, 09-4692, 09-4693, 09-4694, 09-4695, 09-4701, 09-4702, 09-4703, 09-4704, 09-4705, 09-4706, 09-4707, 09-7062, 09-7063,

1

| | |
|---|---|
| 09-7064, 09-7065, 09-7066, 09-7067, 09-7068, | * |
| 09-7069, 09-7070, 09-7072, 09-7073, 09-7074, | * |
| 09-7075, 09-7076, 09-7078, 09-7079, 09-7081, | * |
| 09-7082, 09-7083, 09-7085, 09-7086, 09-7088, | * |
| 09-7089, 09-7091, 09-7093, 09-7094, 09-7096, | * |
| 09-7101, 09-7102, 09-7103, 09-7104, 09-7106, | * |
| 09-7080, 09-7084, 09-7087, 09-7090, 09-7092, | * |
| 09-7095, 09-7098, 09-7099, 09-7100, 09-7117, | * |
| 09-7118, 09-7119, 09-7120, 09-7114, 09-7107, | * |
| 09-7108, 09-7115, 09-7116, 09-7110, 09-7111, | * |
| 09-7112, 09-7113, 09-7121, 09-7122, 09-7123, | * |
| 09-7124, 09-7109, 09-7404, 09-7403, 09-7405, | * |
| 09-7406, 09-7419, 09-7420, 09-7421, 09-7411, | * |
| 09-7412, 09-7413, 09-7414, 09-7415, 09-7423, | * |
| 09-7425, 09-7402, 09-7401, 09-7400, 09-7399, | * |
| 09-7398, 09-7416, 09-7417, 09-7418, 09-7426, | * |
| 09-7427, 09-7439, 09-7428, 09-7430, 09-7429, | * |
| 09-7422, 09-7852, 09-7854, 09-7838, 09-7841, | * |
| 09-7843, 09-7973, 09-7828, 09-7857, 09-7855, | * |
| 09-7827, 09-7856, 09-7833, 09-7831, 09-7963, | * |
| 09-7799, 09-7804, 09-7798, 09-7803, 09-7842, | * |
| 09-7840, 09-7794, 09-7821, 09-7809, 09-7808, | * |
| 09-7807, 09-7806, 09-7805, 09-7814, 09-7845, | * |
| 09-7826, 09-7823, 09-7837, 09-7839, 09-7802, | * |
| 09-7820, 09-7812, 09-7811, 09-7810, 09-7813, | * |
| 09-7983, 09-7984, 09-7987, 09-7974, 09-7991, | * |
| 09-7977, 09-7965, 09-7961, 09-7960, 09-7972, | * |
| 09-7971, 09-7966, 09-7800, 09-7962, 09-7801, | * |
| 09-7797, 09-7980, 09-7978, 09-7922, 09-7921, | * |
| 09-7819, 09-7824, 09-7818, 09-7816, 09-7889, | * |
| 09-7892, 09-7835, 09-7897, 09-7898, 09-7890, | * |
| 09-7891, 09-7894, 09-7893, 09-7904, 09-7903, | * |
| 09-7899, 09-7895, 09-7896, 09-7793, 09-7887, | * |
| 09-7792, 09-7817, 09-7908, 09-7907, 09-7906, | * |
| 09-7905, 09-7815, 09-7911, 09-7910, 09-7909, | * |
| 09-7795, 09-7796, 09-7822, 09-7917, 09-7912, | * |
| 09-7913, 09-7918, 09-7919, 09-7920, 09-7916, | * |
| 09-7914, 09-7829, 09-7830, 09-7832, 09-7834, | * |
| 09-7858, 09-7859, 09-7967, 09-7964, 09-7990, | * |
| 09-7825, 09-7836, 09-7849, 09-7846, 09-7848, | * |
| 09-7851, 09-7853, 09-7844, 09-7847, 09-7850, | * |
| 09-7924, 09-7925. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AN ORIGINAL COMPLAINT AGAINST THE UNITED STATES OF AMERICA

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs represented by Watts Hilliard, L.L.C., who respectfully move this Court for leave to file an Original Complaint against the United States of America.

### I. BACKGROUND FACTS

Watts Hilliard, L.L.C. represents 30,113 Plaintiffs in 385 lawsuits against numerous manufacturers and contractors for claims of damages as a result of residing or living in travel trailers, park models, and mobile homes (EHU's) along the Gulf Coast of the United States. In general, Plaintiffs claim injuries resulting from exposure to the release of formaldehyde and/or formaldehyde vapors in these EHU's. These housing units were provided by FEMA after the landfalls of Hurricanes Katrina and Rita in August and September of 2005.

On May 27, 2009, the Court entered Pretrial Order No. 38 in this matter, which states that "No Complaint shall contain more than 300 plaintiffs."

All Plaintiffs represented by Watts Hilliard, L.L.C. have submitted their Standard Form 95 with the Federal Emergency Management Agency ("FEMA").

### II. ARGUMENTS

To avoid multiple amendments of 385 previously filed complaints, Plaintiffs represented by Watts Hilliard, L.L.C. hereby respectfully request the Court to deviate from Pretrial Order No. 38, and allow them to file an Original Complaint against the United States of America for all their Plaintiffs until the matching process is complete. The FTCA states

that "[a]n action shall not be instituted" unless a Plaintiff has filed an administrative claim and either obtained a denial or waited six months. 28 U.S.C. § 2675(a). Plaintiffs would show that while all Standard Form 95's have been submitted to the Federal Emergency Management Agency (FEMA), the exhaustive administrative remedy period expires at different times since Plaintiffs filed their Standard Form 95 at various times. More specifically, to date, only 19,626 of the Plaintiffs represented by Watts Hilliard, L.L.C. are currently ripe for pursuing their claims against the United States of America. At the close of March of 2010, an additional 2,772 clients will have exhausted their administrative remedies and will be able to sue the United States of America. Finally, in May of 2010, an additional 7,735 clients will have exhausted their administrative remedies and will be able to sue the United States of America. Therefore, Plaintiffs would have to file multiple motions for leave to amend approximately 385 complaints; however, this number will increase as non-matched complaints are amended to a matching complaint.

    Watts Hilliard, L.L.C. merely requests that the Court permit the temporary filing against the United States of America of all its Plaintiffs in a single "placeholder" suit, so that that limitations does not occur against their claims. Once the matching process is complete and all Plaintiffs' claims are ripe against FEMA, Watts Hilliard, L.L.C. will then amend the 385 complaints it has already filed so as to appropriately sue the United States of America, matched manufacturers, and matched installers, and in doing so, thereby comply with Pretrial Order No. 38.

    Good cause exists for this Court to grant this motion, to wit and otherwise,

(1)    385 lawsuits will have to be amended on multiple occasions, until

    (a)    individual claims are ripe against FEMA; and

    (b) matching of such claims are complete;

 (2) if the court grants this request for a single placeholder lawsuit, then

    (a) after all FEMA claims are ripe; and

    (b) after the matching process is complete,

    (c) the 385 previously filed suits shall be amended a single time, as opposed to the need for multiple amendments, and multiple answers thereto, should this Court does not grant the requested relief.

### III.
### CONCLUSION

  To avoid the unnecessary time and needless amendments and answers to multiple complaints to the Court and the parties, Plaintiffs respectfully request the Court allow them to file an Original "Placeholder" Complaint against the United States of America. While Plaintiffs herein recognize and respect the Court's Pretrial Order No. 38, they respectfully request the Court consider allowing them leave to avoid unnecessary delay and undue burden on the Court by allowing them to file a placeholder Original Complaint against the United States of America on behalf of Watts Hilliard, L.L.C. Plaintiffs, and upon the completion of the matching process in May or June, 2010, that such placeholder suit would be replaced by amendments of the previously filed 385 claims in compliance with Pretrial Order No. 38.

  As such, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File an Original Complaint against the United States of America.

Respectfully submitted,

/s/ Mikal C. Watts

_____

**MIKAL C. WATTS**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015


**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 25th day of March, 2010.

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**