**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |

CIVIL CASE NOS. 08-5031, 09-6940, 09-4708, *
09-6941, 09-4709, 09-7536, 09-6942, 09-4710, *
09-5989, 09-7532, 09-6943, 09-6957, 09-6955, *
09-6956, 09-4711, 09-4712, 09-6162, 09-6496, *
09-6504, 09-6505, 09-6502, 09-6503, 09-4713, *
09-6719, 09-4714, 09-6642, 09-4715, 09-6395, *
10-0534, 09-6949, 09-6951, 09-6944, 09-6945, *
09-6947, 09-4716, 09-4717, 09-4718, 09-4719, *
09-6720, 09-4720, 09-6965, 09-6157, 09-6964, *
09-4721, 09-6171, 09-7533, 09-6966, 09-6958, *
09-4722, 09-6960, 09-4723, 09-6961, 09-4724, *
09-6169, 09-6962, 09-4725, 09-6946, 09-4726, *
09-7531, 09-6948, 09-4727, 09-5990, 09-6950, *
09-4728, 09-6954, 09-4729, 09-5991, 09-7530, *
09-6959, 09-6916, 09-4730, 09-6417, 09-4731, *
09-6938, 09-4732, 09-5983, 09-7535, 09-6939, *
09-4733, 09-7534, 09-6937, 09-4734, 09-6935, *
09-4735, 09-6936, 09-4736, 09-5985, 09-6933, *
09-4737, 09-6155, 09-6932, 09-4738, 09-6641, *
09-4739, 09-6931, 09-4740, 09-6167, 09-6930, *
09-4741, 09-6640, 09-6639, 09-4742, 09-5987, *
09-6929, 09-4743, 09-6159, 09-6718, 09-4744, *
09-6638, 09-6164, 09-6928, 09-4745, 09-6927, *
09-4746, 09-6926, 09-4747, 09-6925, 09-4748, *
09-6924, 09-4749, 09-6418, 09-4750, 09-6923, *
09-4751, 09-6160, 09-6635, 09-6637, 09-4752, *
09-5988, 09-6922, 09-4753, 09-6921, 09-6920, *
09-4754, 09-6919, 09-4755, 09-5986, 09-4756, *
09-5984, 09-6918, 09-4757, 09-6917, 09-4758, *
09-4759, 09-4676, 09-4677, 09-4678, 09-4679, *
09-4680, 09-4681, 09-4685, 09-4686, 09-4684, *
09-4683, 09-4682, 09-4687, 09-4697, 09-4698, *
09-4696, 09-4699, 09-4700, 09-4688, 09-4689, *
09-4690, 09-4691, 09-4692, 09-4693, 09-4694, *
09-4695, 09-4701, 09-4702, 09-4703, 09-4704, *
09-4705, 09-4706, 09-4707, 09-7062, 09-7063, *

1

09-7064, 09-7065, 09-7066, 09-7067, 09-7068, *
09-7069, 09-7070, 09-7072, 09-7073, 09-7074, *
09-7075, 09-7076, 09-7078, 09-7079, 09-7081, *
09-7082, 09-7083, 09-7085, 09-7086, 09-7088, *
09-7089, 09-7091, 09-7093, 09-7094, 09-7096, *
09-7101, 09-7102, 09-7103, 09-7104, 09-7106, *
09-7080, 09-7084, 09-7087, 09-7090, 09-7092, *
09-7095, 09-7098, 09-7099, 09-7100, 09-7117, *
09-7118, 09-7119, 09-7120, 09-7114, 09-7107, *
09-7108, 09-7115, 09-7116, 09-7110, 09-7111, *
09-7112, 09-7113, 09-7121, 09-7122, 09-7123, *
09-7124, 09-7109, 09-7404, 09-7403, 09-7405, *
09-7406, 09-7419, 09-7420, 09-7421, 09-7411, *
09-7412, 09-7413, 09-7414, 09-7415, 09-7423, *
09-7425, 09-7402, 09-7401, 09-7400, 09-7399, *
09-7398, 09-7416, 09-7417, 09-7418, 09-7426, *
09-7427, 09-7439, 09-7428, 09-7430, 09-7429, *
09-7422, 09-7852, 09-7854, 09-7838, 09-7841, *
09-7843, 09-7973, 09-7828, 09-7857, 09-7855, *
09-7827, 09-7856, 09-7833, 09-7831, 09-7963, *
09-7799, 09-7804, 09-7798, 09-7803, 09-7842, *
09-7840, 09-7794, 09-7821, 09-7809, 09-7808, *
09-7807, 09-7806, 09-7805, 09-7814, 09-7845, *
09-7826, 09-7823, 09-7837, 09-7839, 09-7802, *
09-7820, 09-7812, 09-7811, 09-7810, 09-7813, *
09-7983, 09-7984, 09-7987, 09-7974, 09-7991, *
09-7977, 09-7965, 09-7961, 09-7960, 09-7972, *
09-7971, 09-7966, 09-7800, 09-7962, 09-7801, *
09-7797, 09-7980, 09-7978, 09-7922, 09-7921, *
09-7819, 09-7824, 09-7818, 09-7816, 09-7889, *
09-7892, 09-7835, 09-7897, 09-7898, 09-7890, *
09-7891, 09-7894, 09-7893, 09-7904, 09-7903, *
09-7899, 09-7895, 09-7896, 09-7793, 09-7887, *
09-7792, 09-7817, 09-7908, 09-7907, 09-7906, *
09-7905, 09-7815, 09-7911, 09-7910, 09-7909, *
09-7795, 09-7796, 09-7822, 09-7917, 09-7912, *
09-7913, 09-7918, 09-7919, 09-7920, 09-7916, *
09-7914, 09-7829, 09-7830, 09-7832, 09-7834, *
09-7858, 09-7859, 09-7967, 09-7964, 09-7990, *
09-7825, 09-7836, 09-7849, 09-7846, 09-7848, *
09-7851, 09-7853, 09-7844, 09-7847, 09-7850, *
09-7924, 09-7925.                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Plaintiff's Motion for Leave to file an Original Complaint against the United States of America:

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Watts Hilliard, L.L.C. may file one (1) lawsuit against the United States of America on behalf of all its Plaintiffs in a single "placeholder" suit; and

**IT IS FURTHER ORDERED** that Plaintiffs, upon the completion of the matching process in June, 2010, will replace such placeholder suit by filing amendments to each of their previously filed 385 complaints.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
**JUDGE KURT D. ENGELHARDT**