MINUTE ENTRY
ENGELHARDT, J.
MARCH 24, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                              MDL NO. 1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

THIS DOCUMENT RELATES TO                                         SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
*Case No.* 09-2977

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, MARCH 24, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Toni Tusa (AM); Jodi Simcox (PM)

APPEARANCES: Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
                T. Christopher Pinedo, Douglas Smith, & Mikal Watts,
                for Plaintiff, Lyndon Wright
              Ernest Gieger, Jr., Jason Bone, Carson Strickland, for Forest River
              Roy Cheatwood, M. David Kurtz, Karen Whitfield, for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 23, 2010)**
**(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)**

All present and ready.
Jury returned to the courtroom.
Deft., Forest River's witnesses continued: <u>Faye Green</u>, testimony by deposition.
                                      <u>Dr. Robert C. James</u>, sworn and testifies.
Following witnesses called out of turn with consent of all parties:
Defendant, Shaw's witnesses: <u>Brian Boyle</u>, testimony by videotape.
                            <u>Dr.Geoffrey Charles Compeau</u>, sworn and testifies.
                            <u>Dr. John David Osteraas</u>, sworn and testifies.
Jury excused.
Defendant, Shaw's Proffer - <u>Dr. John David Osteraas</u>, recalled, proffer testimony.
Trial is continued to Thursday, March 25, 2010 at 8:30 a.m.
Court adjourns.

JS-10: 7:40