MINUTE ENTRY
ENGELHARDT, J.
MARCH 25, 2010

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

THIS DOCUMENT RELATES TO             SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
*Case No.* 09-2977

               JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, MARCH 25, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Toni Tusa (AM)

APPEARANCES: Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
              T. Christopher Pinedo, Douglas Smith, & Mikal Watts,
               for Plaintiff, Lyndon Wright
            Ernest Gieger, Jr., Jason Bone, Carson Strickland, for Forest River
            Roy Cheatwood, M. David Kurtz, Karen Whitfield, for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 24, 2010)**
**(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)**

All present and ready.
Jury returned to the courtroom.
Defendant, Shaw's witnesses continued: <u>Dr. John David Osteraas</u>, recalled, resumes testimony.
Defendant, Shaw reserves right to make motions.
Defendant, Shaw Rests.
Defendant, Forest River Rests.
Plaintiff's rebuttal witness: <u>Dr. Christopher DeRosa</u>, testimony by videotape.
Plaintiff Rests in Rebuttal.
Jury excused.

Page 2
Trial Minutes
MDL 1873 "N"
March 25, 2010

Defendant, Forest River re-urges motions made at the close of their case - argument - **ORDERED DENIED IN PART AND SUBMITTED IN PART, as stated on the record.**

Defendant, Shaw orally moves for Rule 50 Dismissal as to claims as stated on the record - argument - **ORDERED DENIED PART AND SUBMITTED IN PART, as stated on the record.**

Plaintiff orally moves for Judgment as a Matter of Law as to Forest River and Shaw as to claims as stated on the record - argument - **ORDERED DENIED IN PART AND SUBMITTED IN PART, as stated on the record.**

Trial continued to Monday, March 29, 2010 at 8:30 a.m.

Court adjourns.

JS-10: 3:00