MINUTE ENTRY
CHASEZ, M.J.
MARCH 24, 2010

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)


                         HEARING ON MOTION

APPEARANCES:   Justin Woods, Tara Gilbreath, Ryan Johnson

MOTION:

(1) Motion of Plaintiff, David McGraw, to Quash Subpoena (Rec.
    doc. 12670).

　　　　　:   Continued to

　　　　　:   No Opposition

　　1　　:   Opposition

　　　　　:   Local Rules 37.1E, 33.2, 36.1, 7.6E


MJSTAR(00:20)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_1\_\_ : Granted. Keystone may move for reconsideration of the Court's order if it can establish, through the deposition testimony of an appropriate bank representative, that the financial institution has records that are specific as to the particular items that were purchased by plaintiff.

_____ : Denied.

_____ : Other.

 

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE