# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **JUDGE: ENGELHARDT** |
| **This Document Relates to:** | **MAG: CHASEZ** |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* **No. 09-3871 (David McGraw)** | |

## ORDER

Considering Keystone RV Company's Unopposed Motion for Leave to File Supplemental Memorandum,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that Keystone's Supplemental Memorandum in Support of Its Opposition to Plaintiff's Motion to Quash shall be filed into the record.

New Orleans, Louisiana, this __25th__ day of March, 2010.

_____
United States Magistrate

{B0651435.1}