## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE:** **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 1873** **SECTION "N" (5)** |
| **THIS DOCUMENT PERTAINS TO** | * * | **JUDGE ENGELHARDT** **MAGISTRATE CHASEZ** |

CIVIL CASE NOS. 08-5031, 09-6940, 09-4708,
09-6941, 09-4709, 09-7536, 09-6942, 09-4710,
09-5989, 09-7532, 09-6943, 09-6957, 09-6955,
09-6956, 09-4711, 09-4712, 09-6162, 09-6496,
09-6504, 09-6505, 09-6502, 09-6503, 09-4713,
09-6719, 09-4714, 09-6642, 09-4715, 09-6395,
10-0534, 09-6949, 09-6951, 09-6944, 09-6945,
09-6947, 09-4716, 09-4717, 09-4718, 09-4719,
09-6720, 09-4720, 09-6965, 09-6157, 09-6964,
09-4721, 09-6171, 09-7533, 09-6966, 09-6958,
09-4722, 09-6960, 09-4723, 09-6961, 09-4724,
09-6169, 09-6962, 09-4725, 09-6946, 09-4726,
09-7531, 09-6948, 09-4727, 09-5990, 09-6950,
09-4728, 09-6954, 09-4729, 09-5991, 09-7530,
09-6959, 09-6916, 09-4730, 09-6417, 09-4731,
09-6938, 09-4732, 09-5983, 09-7535, 09-6939,
09-4733, 09-7534, 09-6937, 09-4734, 09-6935,
09-4735, 09-6936, 09-4736, 09-5985, 09-6933,
09-4737, 09-6155, 09-6932, 09-4738, 09-6641,
09-4739, 09-6931, 09-4740, 09-6167, 09-6930,
09-4741, 09-6640, 09-6639, 09-4742, 09-5987,
09-6929, 09-4743, 09-6159, 09-6718, 09-4744,
09-6638, 09-6164, 09-6928, 09-4745, 09-6927,
09-4746, 09-6926, 09-4747, 09-6925, 09-4748,
09-6924, 09-4749, 09-6418, 09-4750, 09-6923,
09-4751, 09-6160, 09-6635, 09-6637, 09-4752,
09-5988, 09-6922, 09-4753, 09-6921, 09-6920,
09-4754, 09-6919, 09-4755, 09-5986, 09-4756,
09-5984, 09-6918, 09-4757, 09-6917, 09-4758,
09-4759, 09-4676, 09-4677, 09-4678, 09-4679,
09-4680, 09-4681, 09-4685, 09-4686, 09-4684,
09-4683, 09-4682, 09-4687, 09-4697, 09-4698,
09-4696, 09-4699, 09-4700, 09-4688, 09-4689,
09-4690, 09-4691, 09-4692, 09-4693, 09-4694,
09-4695, 09-4701, 09-4702, 09-4703, 09-4704,
09-4705, 09-4706, 09-4707, 09-7062, 09-7063,

| | |
|---|---|
| 09-7064, 09-7065, 09-7066, 09-7067, 09-7068, | * |
| 09-7069, 09-7070, 09-7072, 09-7073, 09-7074, | * |
| 09-7075, 09-7076, 09-7078, 09-7079, 09-7081, | * |
| 09-7082, 09-7083, 09-7085, 09-7086, 09-7088, | * |
| 09-7089, 09-7091, 09-7093, 09-7094, 09-7096, | * |
| 09-7101, 09-7102, 09-7103, 09-7104, 09-7106, | * |
| 09-7080, 09-7084, 09-7087, 09-7090, 09-7092, | * |
| 09-7095, 09-7098, 09-7099, 09-7100, 09-7117, | * |
| 09-7118, 09-7119, 09-7120, 09-7114, 09-7107, | * |
| 09-7108, 09-7115, 09-7116, 09-7110, 09-7111, | * |
| 09-7112, 09-7113, 09-7121, 09-7122, 09-7123, | * |
| 09-7124, 09-7109, 09-7404, 09-7403, 09-7405, | * |
| 09-7406, 09-7419, 09-7420, 09-7421, 09-7411, | * |
| 09-7412, 09-7413, 09-7414, 09-7415, 09-7423, | * |
| 09-7425, 09-7402, 09-7401, 09-7400, 09-7399, | * |
| 09-7398, 09-7416, 09-7417, 09-7418, 09-7426, | * |
| 09-7427, 09-7439, 09-7428, 09-7430, 09-7429, | * |
| 09-7422, 09-7852, 09-7854, 09-7838, 09-7841, | * |
| 09-7843, 09-7973, 09-7828, 09-7857, 09-7855, | * |
| 09-7827, 09-7856, 09-7833, 09-7831, 09-7963, | * |
| 09-7799, 09-7804, 09-7798, 09-7803, 09-7842, | * |
| 09-7840, 09-7794, 09-7821, 09-7809, 09-7808, | * |
| 09-7807, 09-7806, 09-7805, 09-7814, 09-7845, | * |
| 09-7826, 09-7823, 09-7837, 09-7839, 09-7802, | * |
| 09-7820, 09-7812, 09-7811, 09-7810, 09-7813, | * |
| 09-7983, 09-7984, 09-7987, 09-7974, 09-7991, | * |
| 09-7977, 09-7965, 09-7961, 09-7960, 09-7972, | * |
| 09-7971, 09-7966, 09-7800, 09-7962, 09-7801, | * |
| 09-7797, 09-7980, 09-7978, 09-7922, 09-7921, | * |
| 09-7819, 09-7824, 09-7818, 09-7816, 09-7889, | * |
| 09-7892, 09-7835, 09-7897, 09-7898, 09-7890, | * |
| 09-7891, 09-7894, 09-7893, 09-7904, 09-7903, | * |
| 09-7899, 09-7895, 09-7896, 09-7793, 09-7887, | * |
| 09-7792, 09-7817, 09-7908, 09-7907, 09-7906, | * |
| 09-7905, 09-7815, 09-7911, 09-7910, 09-7909, | * |
| 09-7795, 09-7796, 09-7822, 09-7917, 09-7912, | * |
| 09-7913, 09-7918, 09-7919, 09-7920, 09-7916, | * |
| 09-7914, 09-7829, 09-7830, 09-7832, 09-7834, | * |
| 09-7858, 09-7859, 09-7967, 09-7964, 09-7990, | * |
| 09-7825, 09-7836, 09-7849, 09-7846, 09-7848, | * |
| 09-7851, 09-7853, 09-7844, 09-7847, 09-7850, | * |
| 09-7924, 09-7925. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs represented by Watts Hilliard, L.L.C, are contemporaneously filing their Motion for Leave to File Original Complaint Against United States of America and hereby request the Court set this matter for a telephonic hearing.

1. Although a hearing on Plaintiffs' motion is not for receipt of evidence, Plaintiffs' counsel believes the issues are complex, and a hearing to allow the lawyers to argue their respective positions would be helpful to the Court.

2. Pursuant to the Court's Local Rule 78, Plaintiffs hereby request oral arguments on their Motion for Leave to File Original Complaint Against United States of America.

3. Plaintiffs therefore ask the Court to set this motion for a telephonic hearing.

        Respectfully submitted,

        /s/ Mikal C. Watts

        _____

        **MIKAL C. WATTS**
        **Trial Attorney in Charge for Plaintiffs**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015


**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650


**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 25th day of March, 2010.

           /s/ Mikal C. Watts
           _____
           **MIKAL C. WATTS**