IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Felix Giorlando, et al. v. Recreation By Design LLC, Case No. 09-4010* | *  MAGISTRATE CHASEZ<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 09-4010. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their Complaint for Damages to add as Plaintiffs, Anthony Maggio, Sr., Anthony Maggio, Jr. and Gloria Maggio, who, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Recreation By Design as the existing plaintiffs named in the Complaint for Damages.[1] The Maggios were previously named as Plaintiffs in *Kenshawn King, et al, v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.*, bearing docket number 09-cv-04074 and filed on June 15, 2009.

---

[1] The VIN number for the trailer they resided in is 5CZ2OOR2261125701

No undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer and contractor defendants involved in the emergency housing unit in which each plaintiff resided.

> Respectfully submitted,
>
> HURRICANE LEGAL CENTER, LLC
>
> BY:  /s/  Lawrence J. Centola, Jr.
>
> Lawrence J. Centola, Jr. LA Bar #3962
> 600 Carondelet Street
> Suite 602
> New Orleans, LA 70130
> (504) 525-1944 (telephone)
> (504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

> /s/  Lawrence J. Centola, Jr.
> Lawrence J. Centola, Jr.