**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * MDL No. 1873 <br> * <br> * SECTION N(5) <br> * <br> * **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** *Felix Giorlando, et al. v. Recreation By Design LLC, Case No. 09-4010* | |

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants has been contacted. Counsel for Recreation By Design, LLC., does not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

    Respectfully submitted,

    HURRICANE LEGAL CENTER, LLC

    BY: /s/ *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr.
    600 Carondelet Street
    Suite 602
    New Orleans, LA 70130
    (504) 525-1944 (telephone)
    (504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                    /s/ *Lawrence J. Centola, Jr.*
                                    Lawrence J. Centola
                                    LA Bar #3962