UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     FEMA TRAILER<br>          FORMALDEHYDE PRODUCTS<br>          LIABILITY LITIGATION | MDL 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

THIS DOCUMENT PERTAINS TO

CIVIL CASE NOS:
   2:10-cv-00573-KDE-ALC
   2:10-cv-00574-KDE-ALC
   2:10-cv-00575-KDE-ALC

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MATCH PLAINTIFF'S PURSUANT TO PRETRIAL ORDER NOS. 40, 49 AND 53

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs listed on the attached Exhibit "A", who respectfully submit to this Honorable Court this motion for an extension of time to match certain limited plaintiffs in compliance with Pretrial Order 53. Pretrial Order ("PTO") 53 requires all plaintiffs shall be matched with third-party contactor/installer defendants within 45 days of the date of filing of the complaint. Pretrial Order No. 53 was issued on December 14, 2009. On or about January 5, 2010, Plaintiffs filed 3 complaints in the Southern District of Mississippi, which some of the Plaintiffs identified on the attached exhibit were matched by manufacturer but not necessarily by contractor/installer defendants. These cases were transferred to the MDL on February 3, 2010. In March of 2010, the office from which the files were transferred to the MDL was notified of the deficiency by the Clerk's office and was told to correct same within forty-five days from the day of transfer from Mississippi to the MDL. However, our office has almost exhausted every avenue in which to match these Plaintiff's named manufacturers with an installer. A Request has been submitted for

the entire IA files from FEMA.  It is our understanding this process takes at least 33 days to be completed.

Plaintiffs would request the Court to allow them a thirty (30) day extension to comply with Pretrial Order No. 53 for complaints filed in the above-referenced civil action numbers.

Respectfully submitted,


_____/s/ Frank J. D'Amico, Jr._____



## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing of the United States District Court for the Eastern District of Louisiana this 26th day of March, 2010.

_____/s/ Frank J. D'Amico, Jr._____