UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL 1873**<br><br>**SECTION "N" (5)**<br><br>**JUDGE ENGELHARDT**<br>**MAGISTRATE CHASEZ** |

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS:
   2:10-cv-00573-KDE-ALC
   2:10-cv-00574-KDE-ALC
   2:10-cv-00575-KDE-ALC

## ORDER

Considering Plaintiff's Unopposed Motion for Extension of Time to Match Plaintiffs pursuant to Pretrial Order No 53:

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs are granted an additional thirty (30) days in which to match or until_____.

New Orleans, Lousiana this _____day of _____, 2010

_____
**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**