UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS:
   2:10-cv-00573-KDE-ALC
   2:10-cv-00574-KDE-ALC
   2:10-cv-00575-KDE-ALC
_____

## RULE 7.6 CERTIFICATE
_____

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that Henry T. Miller, Senior Trial Attorney for the United States Justice Department has been contacted as well as Michael David Kurtz, Liaison Counsel for the Contractor Defendants'. Both, Henry T. Miller and Michael David Kurtz have now responded to Plaintiffs' request and state that they are both unopposed to Plaintiffs' Motion for Extension of Time to Match and has agreed to a Thirty (30) day extension of time.

Respectfully submitted this, the 26th day of March, 2010.

By:   */s/ Frank J. D'Amico, Jr.*
      **Frank J. D'Amico, Jr.**