UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Michelle Abram, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 10-00196 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion for Leave to File Reply Brief in Support of Plaintiffs' Motion to Remand

**IT IS HEREBY ORDERED** that said Motion is granted and that the Reply Brief is deemed filed.

New Orleans, Louisiana, this _____ day of _____, 2010

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**