UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Pearl Lewis, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 10-00212 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

Plaintiffs file this Unopposed Motion for Leave to File a Reply Brief in support of their Motion to Remand (Docket Entry No. 11993) to address some of the issues raised in Gulf Stream Coach, Inc.'s Opposition (Docket Entry No. 13015). Counsel has conferred with Counsel for Gulf Stream and they do not oppose this motion for leave.

          Respectfully submitted:

          **THE BUZBEE LAW FIRM**

          */s/ Anthony G. Buzbee*
          _____
          Anthony G. Buzbee
          Texas Bar No. 24001820
          JPMorgan Chase Tower
          600 Travis Street, Suite 7300
          Houston, Texas 77002
          Tel.:   (713) 223-5393
          Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

          **COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          */s/ John Munoz*
          JOHN MUNOZ, #9830