UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE: ENGELHARDT |
| This Document Relates to: | MAG: CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | |

_____

### KEYSTONE'S OBJECTIONS TO MAGISTRATE JUDGE'S MARCH 24, 2010 RULING QUASHING SUBPOENA

Defendant, Keystone RV Company ("Keystone") submits this objection to the Magistrate Judge's March 24, 2010 order quashing Keystone's subpoena to JP Morgan Chase Bank ("Chase"). [1] As more fully explained in its supporting memorandum, the Court should reverse the Magistrate Judge's ruling and require that Chase respond to the subpoena.

The plaintiff, David McGraw, testified in his deposition that he used his Chase ATM and credit card to purchase medications to treat his alleged symptoms caused by formaldehyde exposure. In addition, he made purchases, presumably with his credit card or ATM card, of building materials and other products that may

---

[1] The Magistrate Judge's Ruling is Rec. Doc. No. 13109. The parties' briefs related to the Motion to Quash are as follows: Plaintiff's Motion to Quash (Rec. Doc. No. 12670), Keystone's Opposition Memorandum (Rec. Doc. No. 12961), Plaintiff's Reply Memorandum (Rec. Doc. No. 13073) and Defendant's Supplemental Memorandum (Rec. Doc. No. 13086-2).

{B0652303.1}

contain formaldehyde or other substances related to his formaldehyde exposure. Thus, the records are directly relevant and within the permissible scope of discovery and Chase should be required to produce the records sought by the subpoena.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

   -and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Keystone RV Company***

{B0652303.1}

## **CERTIFICATE OF SERVICE AND COMPLIANCE**
## **WITH LOCAL RULE 74.1E**

     I hereby certify that on this day, the forgoing pleading has been filed via the Court's CM/ECF system, and that all counsel of record will be served via that system.

     In addition, pursuant to Local Rule 74.1E, I further certify that via the CM/ECF system, Judge Engelhardt and Magistrate Judge Chasez will both receive a service copy of this motion.

     Baton Rouge, Louisiana, this 29th day of March, 2010.

                              *s/Ryan E. Johnson*
                           _____
                              Ryan E. Johnson

{B0652303.1}