# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE: ENGELHARDT |
| This Document Relates to: | MAG: CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | |

## NOTICE OF HEARING

Notice is hereby given that Keystone's Objections to the Magistrate Judge's March 24, 2010 order quashing Keystone's Subpoena to JP Morgan Chase Bank, NA is set for hearing on **April 21, 2010.**

Baton Rouge, Louisiana, this 26th day of March, 2010.

_____
Ryan E. Johnson

{B0652303.1}