UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS:
   2:10-cv-00573-KDE-ALC
   2:10-cv-00574-KDE-ALC
   2:10-cv-00575-KDE-ALC

## ORDER

Considering Plaintiff's Unopposed Motion for Extension of Time to Match Plaintiffs pursuant to Pretrial Order No 53:

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs are granted an additional thirty (30) days in which to match or until April 30th 2010.

New Orleans, Lousiana this 29th day of March, 2010

JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE