# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| **THIS DOCUMENT RELATES TO:**<br>*Felix Giorlando, et al. v. Recreation By Design LLC, Case No. 09-4010* | *<br>* |

**************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on June 15, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds Anthony Maggio, Sr., Anthony Maggio, Jr. and Gloria Maggio as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Plaintiffs").

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Recreation By Design, LLC as the existing plaintiffs. This Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to the complaint as they were inadvertently omitted from the Complaint for Damages.

4.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with this Court on June 15, 2009 (Civ. Action No. 09-4010).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*

Lawrence J. Centola, Jr.LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2010, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                              /s/ *Lawrence J. Centola, Jr.*
                                                Lawrence J. Centola
                                                LA  Bar #3962