**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER            *      MDL NO. 1873
      FORMALDEHYDE PRODUCTS    *
      LIABILITY LITIGATION          *      SECTION "N" (5)
                                    *
                                    *      JUDGE ENGELHARDT
                                    *      MAGISTRATE CHASEZ
                                    *
THIS DOCUMENT IS RELATED TO      *
                                    *
*Karen Andrews, et al v. Gulf Stream Coach*   *
*Inc., et al*, Docket No. 10-00198           *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion for Leave to File Reply Brief in Support of

Plaintiffs' Motion to Remand

**IT IS HEREBY ORDERED** that said Motion is granted and that the Reply Brief is

deemed filed.

New Orleans, Louisiana, this ___29th___ day of _____March_____, 2010

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**