UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            *     MDL NO. 1873
   FORMALDEHYDE PRODUCTS        *
   LIABILITY LITIGATION         *     SECTION "N" (5)
                                *
                                *     JUDGE ENGELHARDT
                                *     MAGISTRATE CHASEZ
                                *
THIS DOCUMENT IS RELATED TO     *
                                *
*Eugene Robertson, et al v. Gulf Stream Coach*   *
*Inc., et al*, Docket No. 10-00216              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion for Leave to File Reply Brief in Support of Plaintiffs' Motion to Remand

**IT IS HEREBY ORDERED** that said Motion is granted and that the Reply Brief is deemed filed.

New Orleans, Louisiana, this ___29th___ day of _____March_____, 2010

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE