AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Katherine Turner )
　　　　　　　　　　　　　　　　 )
　　　　　*Plaintiff* )
　　　　　v. )　　Civil Action No.  09-07943
Coachman Ind.; United States of America through )
FEMA; Shaw Environment, Inc.; Flour Enterprises Inc )
　　　　　*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　United States of America
　　　　　　　　　　　　　　　　　　　Through the Office of the U.S. Attorney
　　　　　　　　　　　　　　　　　　　for the Eastern District of Louisiana
　　　　　　　　　　　　　　　　　　　Jim Letten, United States Attorney
　　　　　　　　　　　　　　　　　　　Hale Boggs Federal Building
　　　　　　　　　　　　　　　　　　　500 Poydras Street, Suite B-120
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　J. DOUGLAS SUNSERI (#19173)
　　　　　　　　　　　　　　　　　　　　　　　　　　　3000 18th Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Metairie, Louisiana 70002

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loretta G. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Name of clerk of court*

Date:  Jan 27 2010　　　　　　　　　　　　　　　　　　*Cherie Bourgeois*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Deputy clerk's signature*



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 1140 0004 7337 8397**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:50 PM on February 2, 2010 in NEW ORLEANS, LA 70130.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA