AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Katherine Turner )
)
*Plaintiff* )
)   Civil Action No. 09-07943
v. )
)
Coachman Ind.; United States of America through )
FEMA; Shaw Environment, Inc.; Flour Enterprises Inc )
)
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   American Radiation Services, Inc.
Through the office of the registered agent
Danny L. Coleman
2609 North River Road
Port Allen, LA 70767

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. DOUGLAS SUNSERI (#19173)
3000 18th Street
Metairie, Louisiana 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Cherie Bourgeois*
Deputy clerk's signature

Date: Jan 27 2010

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cynthia Richey_ | ☑ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>CYNTHIA RICHEY | C. Date of Delivery<br>2/3/10 | |
| 1. Article Addressed to:<br><br>Mr. Danny L. Coleman<br>2609 N. River Road<br>Port Allen, LA 70767 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | | |
| | 4. Restricted Delivery? (Extra Fee) | | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 1140 0004 7337 8359 | | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540