UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

**ORDER AND REASONS**

Before the Court is Plaintiff's Motion for a New Trial or, Alternatively, for Relief from Judgment (Rec. Doc. 5609). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that **Plaintiff's Motion for a New Trial or, Alternatively, for Relief from Judgment (Rec. Doc. 5609)** is **DENIED**, for the reasons previously stated by the undersigned in open Court and for the reasons stated by Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. in their oppositions (Rec. Docs. 7111 and 6800, respectively) to the instant motion.

New Orleans, Louisiana, this 30th day of March, 2010.

**KURT D. ENGELHARDT**
**United States District Court**

1