UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER AND REASONS

Before the Court is the Motion for Relief from Judgment (Rec. Doc. 5722). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that the **Motion for Relief from Judgment (Rec. Doc. 5722)** is **DENIED**, for the reasons previously stated by the undersigned in its August 21, 2009 Order (Rec. Doc. 2789) and for the reasons stated by the United States in its opposition (Rec. Doc. 6246) to the instant motion.

New Orleans, Louisiana, this 30th day of March, 2010.

                                                                **KURT D. ENGELHARDT**
                                                                 **United States District Court**