Case 2:09-cv-[...]DE-ALC Document 6-2 Filed 01/27/2010 Page 1 of 1

AO 440 (Rev. 12/09) Summons

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

[...]ng )
)
) Civil Action No. 09-07945
)
)
Skyline Corpora[...]d States of America )
through FEMA[...]r Enterprises, Inc. )
[...]nt

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name(ess))* United States of America through FEMA
Through the Office of the Director,
Craig Fugate, Director
500 C Street SW
Washington, DC 20477

A lawsuit [h]en filed against you.

Within 21 [days] after service of this summons on you (not counting the day you received it) — or 60 days if you are the United Sta[tes or a] United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) [yo]u must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules [of Ci]vil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and a[ddre]ss are: J. Douglas Sunseri (#19173)
3000 18th Street
Metairie, LA 70002

If you fa[il to] respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must fi[le] your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Cherie B[...]
Deputy clerk's signature

Date: Jan 27 2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Craig Fugate, Director
   Office of the Director, FEMA
   500 C Street SW
   Washington, DC 20477

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  CRDS RECEIVING    ☐ Agent
                        ☐ Addressee
B. Received by (Printed Name)  Jonathan Ransom
C. Date of Delivery  FEB 2 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 2820 0001 1098 1091

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540