AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Michelle Young ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-07945 |
| Skyline Corporation; United States of America through FEMA; and Flour Enterprises, Inc. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Skyline Corporation
Through its Agent of Service of Process
Linda Philippsen
2520 By-Pass Road
Elkhart, IN 46514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Douglas Sunseri (#19173)
3000 18th Street
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 27 2010

*Cherie Bourgeois*
Deputy clerk's signature

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Mike McCaw*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): *Mike McCourt*   C. Date of Delivery: 2/5/10 |
| 1. Article Addressed to:<br><br>Ms. Linda Philippsen<br>2520 By-Pass Road<br>Elkhart, IN 46514 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2820 0001 1048 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540