UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: 09-3871 | * | |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc, et al.* | * | JUDGE ENGELHARDT |
| *(David McGraw vs. Keystone RV Company, CH2M Hill* | * | |
| *Constructors, Inc., and FEMA)* | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION TO EXTEND THE DEADLINE
FOR THE EXPERT REPORT OF DR. LARRY MILLER**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, David McGraw, who respectfully requests this Honorable Court for a brief extension of time in connection with the following deadlines for the production of Dr. Larry Miller's expert report and the applicable responsive reports of the Defendants:

1. Expert Report deadlines:

   A. Plaintiff's current deadline:  April 1, 2010
      Plaintiff's proposed deadline:  April 15, 2010

   B. Keystone's current deadline:  May 1, 2010
      Keystone's proposed deadline:  May 15, 2010

   C. CH2M Hill's current deadline:  May 1, 2010
      CH2M Hill's proposed deadline:  May 15, 2010

   D. FEMA's current deadline:  May 1, 2010
      FEMA's proposed deadline:  May 15, 2010

The Plaintiff requires a brief extension of ten (10) business days to submit Dr. Miller's expert report. Defendants have been contacted and have indicated they have no opposition to this brief extension but request a reciprocal extension of Defendants' deadline for their opposition

expert report(s) in response to Dr. Miller's report. Plaintiff has no objection to this request. Accordingly, Plaintiff requests that this Honorable Court extend the deadlines as indicated above for the reasons more fully set forth in the accompanying memorandum.

      Respectfully submitted:

      **FEMA TRAILER FORMALDEHYDE**
      **PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        ROBERT BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        DENNIS REICH, Texas #16739600
        MIKAL WATTS, Texas # 20981820

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 30, 2010.

                                      /s/Gerald E. Meunier
                                      GERALD E. MEUNIER