UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: 09-3871 | * | |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc, et al.* | * | JUDGE ENGELHARDT |
| *(David McGraw vs. Keystone RV Company, CH2M Hill* | * | |
| *Constructors, Inc., and FEMA)* | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF THE CONSENT MOTION TO
EXTEND THE DEADLINE FOR THE EXPERT REPORT OF DR. LARRY MILLER**

**MAY IT PLEASE THE COURT:**

The Plaintiff, David McGraw, respectfully requests that this Honorable Court grant a brief extension of time in connection with the following deadlines for the production of Dr. Larry Miller's expert report and the applicable responsive reports of the Defendants:

1. Expert Report deadlines:

   A. Plaintiff's current deadline:          April 1, 2010
      Plaintiff's proposed deadline:         April 15, 2010

   B. Keystone's current deadline:           May 1, 2010
      Keystone's proposed deadline:          May 15, 2010

   C. CH2M Hill's current deadline:          May 1, 2010
      CH2M Hill's proposed deadline:         May 15, 2010

   D. FEMA's current deadline:               May 1, 2010
      FEMA's proposed deadline:              May 15, 2010

The Plaintiff has in good faith labored to meet the current deadlines for the production of all of his expert reports in the litigation at hand. However, despite his best efforts, he will be unable to meet the deadline with respect to Dr. Larry Miller. Plaintiff, therefore, requests a brief ten (10) business day extension in which to submit Dr. Miller's report. Defendants have indicated they have no opposition to this extension, but have requested a reciprocal extension of

Page **1** of **3**

Defendants' deadline for their responsive expert reports. Plaintiff has no objection to this reciprocal extension.

In light of the foregoing, Plaintiff requests that this Honorable Court extend the deadlines as indicated above.

>
> Respectfully submitted:
>
> **FEMA TRAILER FORMALDEHYDE**
> **PRODUCT LIABILITY LITIGATION**
>
> BY:   s/Gerald E. Meunier
> GERALD E. MEUNIER, #9471
> **PLAINTIFFS' CO-LIAISON COUNSEL**
> Gainsburgh, Benjamin, David, Meunier &
> Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone:     504/522-2304
> Facsimile:       504/528-9973
> gmeunier@gainsben.com
>
> s/Justin I. Woods
> JUSTIN I. WOODS, #24713
> **PLAINTIFFS' CO-LIAISON COUNSEL**
> Gainsburgh, Benjamin, David, Meunier &
> Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone:     504/522-2304
> Facsimile:       504/528-9973
> jwoods@gainsben.com
>
> **COURT-APPOINTED PLAINTIFFS'**
> **STEERING COMMITTEE**
> ANTHONY BUZBEE, Texas # 24001820
> ROBERT BECNEL, #14072
> RAUL BENCOMO, #2932
> FRANK D'AMICO, #17519
> MATT MORELAND, #24567
> LINDA NELSON, #9938
> DENNIS REICH, Texas #16739600
> MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 30, 2010.

                                     /s/Gerald E. Meunier
                                     GERALD E. MEUNIER