UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: 09-3871 | * | |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc, et al.* | * | JUDGE ENGELHARDT |
| *(David McGraw vs. Keystone RV Company, CH2M Hill* | * | |
| *Constructors, Inc., and FEMA)* | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

CONSIDERING THE ABOVE AND FOREGOING,

**IT IS HEREBY ORDERED** that the Consent Motion to Extend the Deadline for the Expert Report of Dr. Larry Miller is GRANTED.

**IT IS FURTHER ORDERED** that the new deadlines with respect to the expert report of Dr. Larry Miller and the responsive reports of the Defendants are as follows:

|   |   |   |
|---|---|---|
| A. | Plaintiff's deadline: | April 15, 2010 |
| B. | Keystone's deadline: | May 15, 2010 |
| C. | CH2M Hill's deadline: | May 15, 2010 |
| D. | FEMA's deadline: | May 15, 2010 |

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**