**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                    **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**          **SECTION "N-5"**

                                          **JUDGE ENGELHARDT**
                                          **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Sylvia Brown, et al, v. Alliance Homes, Inc.,*
*d/b/a Adrian Homes, et al.*
**No. 09-4953**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL OF**
**<u>SYLVIA BROWN</u>**

        NOW INTO COURT, through undersigned counsel, comes the following Plaintiff, Sylvia

Brown, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims

asserted against the Defendants  in the Complaint previously filed in these proceedings on July

31, 2009, while reserving all claims made by other Named Plaintiffs in the above captioned suit.

                        Respectfully submitted:

                        **FEMA TRAILER FORMALDEHYDE**
                        **PRODUCT LIABILITY LITIGATION**

                        BY:    <u>s/Gerald E. Meunier</u>
                               GERALD E. MEUNIER, #9471
                               **PLAINTIFFS' CO-LIAISON COUNSEL**
                               Gainsburgh, Benjamin, David, Meunier &
                               Warshauer, L.L.C.
                               2800 Energy Centre, 1100 Poydras Street
                               New Orleans, Louisiana 70163
                               Telephone:    504/522-2304
                               Facsimile:    504/528-9973
                               gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:       504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on the March 30, 2010, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713