MINUTE ENTRY
ENGELHARDT, J.
March 30, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER       MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

    SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

    A status conference was conducted on Tuesday, March 30, 2010, at 8:00 a.m. Participating were Gerald E. Meunier, Stephanie Skinner, John Perry, Hugh P. Lambert, W. Evan Plauche, Lamont P. Domingue, and Thomas W. Thagard, III and Raul R. Bencomo via telephone.

JS10(0:45)