AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:07-md-1873: Related 09-03622

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* North American Catastrophe Services, Inc. was received by me on *(date)* 3/12/2010.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brenda Anderson, who is designated by law to accept service of process on behalf of *(name of organization)* North American Catastrophe Services, Inc. on *(date)* 3/23/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-29-10

_____
Server's signature

Leontyne Hill, Legal Assistant
*Printed name and title*

7908 Ironwood Boulevard, Baton Rouge LA 70809
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9848 5049 9126<br><br>3. Service Type **CERTIFIED MAIL**<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes<br>1. Article Addressed to:<br><br>Brenda Anderson<br>North American Catastophe Services Inc.<br>620 Dijon Drive<br>Melbourne, FL 32937<br><br>RECEIVED MAR 25 2010 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by (Please Print Clearly) \| B. Date of Delivery<br>C. Signature<br>X _[signature]_ ☒ Agent ☐ Addressee<br>B. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>MAR 2010<br><br>Reference Information<br>Leontyne Hill<br>Fountain, Paul, et al. vs. FEMA 08-267 |

PS Form 3811, January 2005     Domestic Return Receipt