

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Keith Hillard )
)
Plaintiff )
) Civil Action No. 09-07937
v. )
)
Gulf Stream Coach, Inc., United States of America )
through FEMA, and Shaw Environmental, Inc. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
Through the Office of the U.S. Attorney
for the Eastern District of Louisiana
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-120
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. DOUGLAS SUNSERI (#19173)
3000 18th Street
Metairie, Louisiana 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Cherie Bourgeois
Deputy clerk's signature

Date: Jan 27 2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Hon. Jim Letten
    US Attorney General
    Eastern District of LA
    500 Poydras St., # B-210
    New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _T. Santos_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): T. Santos
C. Date of Delivery: 2/3/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 1140 0004 7337 8168

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540