OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

```
                                  FILED
                            U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

                            2010 MAR 26 PM 4:54

                              LORETTA G. WHYTE
                                   CLERK
```

Date: March 23, 2010

William M. Vanderburg, et al

vs.

Viking Recreational Vehicles, LLC et al

Case No. ~~1:09cv791~~ Section N
2:10 cv 263

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched.
_[Signature]_