OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: March 23, 2010

Christine J Kellsten, et al

vs.

Jayco, Inc and Jayco Enterprises, Inc., et al

Case No. ~~1:09cv797~~ Section ____
2:10 cv 269

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I hereby certify that all parties have been matched.
Rose M. Hurn

Very truly yours,
Rose M. Hurn
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 153 Main St
Bay St Louis, MS 39520

___ Fee _____
___ Process BG05ms
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____