OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAR 26 PM 4:54
LORETTA G. WHYTE
CLERK

Date: March 23, 2010

Darren G. Johnson

vs.

Clayton Homes of Lafayette, Inc, et al

Case No. ~~1:09CV820~~ Section ____
2:10 CV 272

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington, DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hurn
"Signature"

Attorney for Hawking, Stracener & Gibson
Address 153 Main Street, Bay St Louis MS 39520

I hereby certify that all parties have been matched.
Rose M. Hurn

___ Fee
___ Pr
_X_ D_  BG ⓒ SMS