OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAR 26 PM 4:53
LORETTA G. WHYTE
CLERK

Date: March 23, 2010

Bernadine Ruff

vs.

Southern Energy Homes, Inc. et al

Case No. MDL 2:10 CV00274    Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M Hill Constructors, Inc. through Corporation System
   (address) 645 Lakeland East Drive Suite 101 Flowood, MS 39232
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hum
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched.

Rose M. Hum

Fee _____
Process _____ 6G(1)SMS
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____