MINUTE ENTRY
ENGELHARDT, J.
MARCH 29, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

THIS DOCUMENT RELATES TO                               SECTION "N"
*Lyndon Wright vs Forest River, Inc., et al*
Case No. 09-2977

JUDGE KURT D. ENGELHARDT PRESIDING

**MONDAY, MARCH 29, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper

APPEARANCES:  Frank D'Amico, Jr., Aaron Ahlquist, Dennis Reich, Paul Dominick,
              T. Christopher Pinedo, Douglas Smith, & Mikal Watts,
                for Plaintiff, Lyndon Wright
              Ernest Gieger, Jr., Jason Bone, Carson Strickland, for Forest River
              Roy Cheatwood, M. David Kurtz, Karen Whitfield, for Shaw Environmental

**FOREST RIVER BELLWETHER JURY TRIAL: (held and cont'd from March 25, 2010)**
**(PLAINTIFF, LYNDON WRIGHT v. DEFENDANT, FOREST RIVER, INC. AND SHAW ENVIRONMENT)**

All present and ready.
Jury returned to the courtroom.
Closing arguments made by all counsel.
Jury Charged and Instructed by the Court.
Jury retires for deliberations at 12:00.
Objections to the charge are stated on the record.
Jury returns from deliberations at 3:00 p.m.
VERDICT: see verdict form attached.
On motion of the plaintiff, jury polled and all answered in the affirmative.
ORDERED that the verdict be recorded and made the judgment of this Court.
Jury thanked and excused.
Counsel for defendant, Forest River shall submit a proposed judgment, with approval by all counsel.
Court adjourns.

JS-10: 4:15

