UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND FILING DEADLINE FOR FINAL WITNESS AND EXHIBIT LISTS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Recreation By Design, LLC, and Shaw Environmental, Inc., and plaintiff, Earline Castanel, who respectfully request that the Court grant an extension of the discovery deadline and the deadline to file Final Witness and Exhibit Lists in the instant litigation.  There is still a significant amount of discovery that must take place, including numerous depositions of fact witnesses, the parties, and experts.  The parties submit they need additional time to complete all discovery, including depositions, and request a later date for production of final witness and exhibit lists until additional discovery has gone forward.  Accordingly, the parties jointly request that the discovery deadline presently set for April

2, 2010, be extended until April 21, 2010, and that the Final Witness and Exhibit Lists deadline be extended from April 7, 2010, until April 14, 2010.

**WHEREFORE**, it is requested that this Court grant the Joint Motion for Extension of the Discovery Deadline and Filing Deadline for Final Witness and Exhibit Lists extending the discovery deadline until April 21, 2010, and the Final Witness and Exhibit Lists deadline until April 14, 2010.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
**GARRISON, YOUNT, FORTE**
**& MULCAHY, LLC**
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com


*/s/ David Kurtz*
M. David Kurtz (#23821)
Karen K. Whitfield (#19350)
Catherine K. Thigpen (#30001)
**Baker Donelson Bearman**
**Caldwell & Berkowitz, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
*Attorneys for Shaw Environmental, Inc.*

        */s/ Linda J. Nelson*
        LINDA J. NELSON (LA #9938)
        **PLAINTIFFS' STEERING COMMITTEE**
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        linda@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 30, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

            */s/ Randall C. Mulcahy*
            RANDALL C. MULCAHY, Bar No. 26436