UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Joint Motion for Extension of the Discovery Deadline and Filing Deadline for Final Witness and Exhibit Lists is hereby GRANTED extending the discovery deadline from April 2, 2010, until April 21, 2010, and extending the Final Witness and Exhibit Lists deadline from April 7, 2010, until April 14, 2010.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
JUDGE KURT ENGELHARDT