UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:

*Nunnery, et al. v. Keystone RV Industries., et al.,*
**Case No. 09-3871 (McGraw)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S
DESIGNATION OF EXPERT WITNESSES**

Pursuant to the Court's Trial Scheduling Order (Rec. Doc. 9600) and Federal Rule of

Civil Procedure 26(a)(2)(B), defendant United States of America hereby designates the following

expert witnesses. The United States may use these witnesses at trial to present evidence under

Federal Rule of Evidence 702, 703, or 705.[1]

**1. Robert James, Ph.D.**

    TERRA, Inc.
    1234 Timberlane Road
    Tallahassee, FL 32312
    (850) 309-1330

    Associate Scientist
    Center for Environment and Human Toxicology
    Building 471, Mallory Road
    University of Florida
    Gainsville, FL 326111-0885

---

[1] Depending upon the content of Plaintiffs' expert reports, some of these expert witnesses may not be necessary, and, thus, will not issue expert witness reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and will not testify at trial.

      Estimated Time for Direct Examination: ~ 1 hour.
      Subject Matter:  Toxicology/Formaldehyde.

**2. Michael Lindell, Ph.D.**

      Texas A&M University
      Hazard Reduction & Recovery Center
      107C Langford Bldg. C
      3137 TAMU
      College Station, TX
      (979) 862-3969

      Estimated Time for Direct Examination: ~1 ½ hour.
      Subject Matter:  Disaster Response

**3. Richard Monson, M.D., Sc.D.**

      Harvard School of Public Health
      655 Huntington Avenue
      Boston, MA 02115
      (617) 432-3325

      Estimated Time for Direct Examination: ~ 1 hour.
      Subject Matter:  Epidemiology/Formaldehyde.

**4. Mark Polk**

      RV Education 101
      150 Bay Ridge Road
      Harrells, NC 28444
      (910) 484-7615

      Estimated Time for Direct Examination: ~ 45 minutes.
      Subject Matter: Travel Trailers.

**5. Coreen Robbins, M.H.S., Ph.D., C.I.H.**

      Veritox, Inc.
      18372 Redmond-Fall City Road
      Redmond, WA 98052
      (425) 556-5555

      Estimated Time for Direct Examination: ~ 1 hour.
      Subject Matter:  Testing/Testing Methodology.

**6. Fact Witnesses Allowed to Offer Expert Testimony.**[2/]

    A.    **Joseph D. Little** (will call via deposition)
          Commander, Public Health Service
          National Institute for Occupational Safety and Health
          Centers for Disease Control and Prevention
          Atlanta, GA

          Estimated Time for Direct Examination: ~30 minutes.
          Subject Matter:  Actions taken from ~ June 2006 to May 2007 to test temporary emergency housing units and determination of an appropriate response actions to formaldehyde in trailers.

    B.    **Merrit Lake** (may call)
          Captain, Public Health Service
          Subject Matter:  Actions taken commencing on or about Spring 2007 to respond to concerns about formaldehyde in travel trailers.

    C.    **William Lang, M.D.**  (may call)
          Former Assoc. Chief of Medical Office
          Dept. of Homeland Security Health
          Subject Matter:  Actions taken commencing on or about Spring 2007 to respond to concerns about formaldehyde in travel trailers.

    D.    **Jeff Rung, M.D.**  (may call)
          Former Assistant Secretary Health Affairs
          U.S. Dept. of Homeland Security
          Subject Matter:  Actions taken commencing on or about Spring 2007 to respond to concerns about formaldehyde in travel trailers.

    E.    Any physician or other person having or displaying special skill or knowledge derived from education, training or experience who provided care or treatment to Plaintiff David McGraw.

**7.    All Expert Witnesses Designated By Plaintiff.**

---

[2/] Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), because these witnesses were not retained or specially employed to provide expert testimony in this case and their employment duties do not regularly involve giving expert testimony, no written report is required for these witnesses.

3

8.All Expert Witnesses Designated By Defendant Keystone RV Company.

9.All Expert Witnesses Designated By Defendant CH2M Hill Environmental, Inc.

Dated: March 31, 2010.Respectfully Submitted,

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | MICHELLE BOYLE |
| Director, Torts Branch, Civil Division | ADAM DINNELL |
| | MICHELE GREIF |
| DAVID S. FISHBACK | JONATHAN WALDRON |
| Assistant Director | Trial Attorneys |
| | |
| OF COUNSEL: | //S// *Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED | Senior Trial Counsel |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, D.C. 20004 |
| Federal Emergency Management Agency | Telephone No: (202) 616-4223 |
| Department of Homeland Security | E-mail: Henry.Miller@USDOJ.Gov |
| Washington, D.C. 20472 | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)

4