UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Keith Nunnery, et al v. Keystone Industries,<br>et al*, No. 09-3871 (E.D. La.)<br>(David McGraw) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DESIGNATION OF EXPERT WITNESSES
### ON BEHALF OF CH2M HILL CONSTRUCTORS, INC.

Pursuant to the Court's Trial Scheduling Order [Doc. No. 9600] and Federal Rule of Civil Procedure 26(a)(2)(A), defendant, CH2M Hill Constructors, Inc. ("CH2M Hill"), hereby submits this Designation of Expert Witnesses.

CH2M Hill hereby presently designates the following expert witnesses:

1.   **John D. Osteraas, Ph.D., P.E.**

   Exponent
   149 Commonwealth Drive
   Menlo Park, CA  94025
   650-326-9400
   Area of Testimony:   Engineering, Failure Analysis, Structural Analysis, and Testing and Analysis of Exemplar Trailers

   Deposition Dates: _____

2.  **Lawrence S. Mayer, MD, MS, PhD**

    Johns Hopkins University
    301 Warren Ave.
    Suite 404
    Baltimore, Maryland 21230
    (410) 336-2100

    Area of Testimony:   Statistical Analysis and Limitations of Statistical Analyses

    Deposition Dates: _____

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

  /s/ Gerardo R. Barrios
ROY C. CHEATWOOD (#4010)
GERARDO R. BARRIOS (#21223)
WADE M. BASS (#29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
Telephone:  (985) 819-8400
Facsimile:  (985) 819-8484

**ATTORNEYS FOR DEFENDANT,
CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ Gerardo R. Barrios