UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION:  N(5)<br><br>JUDGE ENGELHARDT |
| This Document Relates to: | |
| *Nunnery v. Keystone Industries, Inc.*, No. 09-3871<br>(D. McGraw) | MAGISTRATE CHASEZ |

**KEYSTONE RV COMPANY'S DESIGNATION OF
EXPERT WITNESSES**

Pursuant to Rec. Doc. No. 9600, Rec. Doc. No. 9716 and Federal Rule 26,

Keystone RV Company designates the following expert witnesses:

**1.    Professor G. Graham Allan**

| | |
|---|---|
| Address: | University of Washington<br>Department of Chemical Engineering<br>and College of Forest Resources<br>P. O. Box 352100<br>Seattle, WA  98195-2100 |
| Phone: | (206) 543-1491 |
| Area of Testimony: | Wood products and wood science; science related to formaldehyde and other chemicals contained in component parts used in Keystone Travel Trailers, analysis of plaintiff expert reports. |
| C.V. | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |

2. **John W. Thompson, MD**

|  |  |
|---|---|
| Address: | 1440 Canal Street, Room 1073 |
| Phone: | (504) 988-2201 |
| Area of Testimony: | Psychiatry, testimony regarding emotional, psychological and psychiatric condition of plaintiff; evaluation of plaintiff, analysis of plaintiff expert reports. |
| C.V. | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |

3. **Philip Cole, MD**

|  |  |
|---|---|
| Address: | 509 Carnoustie Drive, Box 30<br>Shoal Creek, AL  35242 |
| Phone: | (205)  408-9355 |
| Area of Testimony: | Formaldehyde issues, cancer, epidemiological issues related to formaldehyde exposure |
| C.V. | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |

4. **Nathan T. Dorris, PhD, CPE**

|  |  |
|---|---|
| Address: | Dorris & Associates International, LLC<br>75 Fifth Street, NW, Suite 650<br>Atlanta, GA  30308 |
| Phone: | (770) 487-2138 |
| Area of Testimony: | Human factors, warnings, sufficiency of warnings and/or need for warnings relating to Keystone travel trailers |
| C.V. | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |
| Depo Dates: | To be provided |

5. **William L. Dyson, PhD, CIH**

    Address:                     Workplace Environments, LLC
    P. O. Box 160
    2100 Dimmocks Mill Road
    Hillsborough, NC  27278
    Phone:                    (919) 732-2043
    Area of Testimony:        Industrial hygiene, air quality testing, analysis of air quality testing results, formaldehyde testing
    C.V.                      To be provided
    Compensation Rate:        To be provided
    List of Testimonies:      To be provided
    Expert Report:            To be provided

6. **Lawrence S. Mayer, MD**

    Address:                  Suite 404
                              301 Warren Ave
                              Baltimore, MD   21230
    Phone:                    410-336-2100
    Area of Testimony:        Biostatistics, epidemiology, analysis of plaintiff's statistical modeling/evidence
    C.V.                      To be provided
    Compensation Rate:        To be provided
    List of Testimonies:      To be provided
    Expert Report:            To be provided

7. **Gary M. Marsh, PhD, F.A.C.E.**

    Address:                  University of Pittsburgh
                              Graduate School of Public Health
                              Department of Biostatistics
                              130 DeSoto Street
                              Pittsburgh, PA   15261
    Phone:                    (412) 624-3032
    Area of Testimony:        Formaldehyde, cancer, epidemiological and medical issues related to formaldehyde exposure
    C.V.                      To be provided

|  |  |
|---|---|
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |

8. **Damien W. Serauskas, P.E.**

|  |  |
|---|---|
| Address: | 15 Cypress Point Lane |
|  | New Orleans, LA 70131 |
| Phone: | 866-2600 |
| Area of Testimony: | Engineering; structural, design and construction analysis of Keystone Travel Trailers, including 2006 Exemplar unit, review of plaintiff expert analysis on same topics, HVAC issues; structural issues related to travel trailers; |
| C.V. | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |

9. **Kenneth B. Smith, MD**

|  |  |
|---|---|
| Address: | Medical Merit Litigation Analysis and Strategies |
|  | 5050 St. Charles Avenue |
|  | New Orleans, LA 70115 |
| Phone: | (504) 909-4329 |
| Area of Testimony: | Medical evaluation of plaintiff, David McGraw, analysis of medical records of David McGraw, medical issues related to alleged formaldehyde exposure, pulminology |
| C.V. | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |

10. **H. James Wedner, MD**

|  |  |
|---|---|
| Address: | 660 South Euclid |
|  | Washington University |
|  | Campus Box 8122 |
|  | St. Louis, MO 63110 |
| Phone: | (314) 454-7937 |

{B0601130.1}

|  |  |
|---|---|
| Area of Testimony: | Medical evaluation of plaintiff, David McGraw, analysis of medical records of David McGraw, medical issues related to alleged formaldehyde exposure. |
| C.V. | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |

11. **Liberty Building Forensics Group**
    **Norman Nelson and Don Snell**

|  |  |
|---|---|
| Address: | 530 Commonwealth Avenue<br>Polk City, Florida 33868-9601 |
| Phone: | 863-984-5510 |
| Area of Testimony: | Engineering, structural, design and construction analysis of Keystone Travel Trailers including 2006 Exemplar unit, review of plaintiff Expert analysis; HVAC issues; structural issues related to travel trailers. |
| C.V. | To be provided |
| Compensation Rate: | To be provided |
| List of Testimonies: | To be provided |
| Expert Report: | To be provided |

12. **Tony Watson, MSHP, CIH, CSP**

|  |  |
|---|---|
| Address: | Work Place Hygiene, Inc.<br>445 Dolley Madison Road, Suite c<br>Greensboro, NC  27410 |
| Phone: | 888-974-001 |
| Area of Testimony: | Formaldehyde testing and other testing of air quality issues/conditions |

13. Any experts designated or for whom expert reports are provided by CH2M HILL Constructors, Inc., the United States or any other defendants that may be added in this litigation in the future.

Keystone specifically reserves the right to supplement and/or amend this list as necessary.

> Respectfully submitted,
>
> *s/Ryan E. Johnson*
> _____
> James C. Percy (La. Bar No. 10413)
> Ryan E. Johnson (La. Bar No. 26352)
> **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
> Four United Plaza
> 8555 United Plaza Boulevard
> Baton Rouge, LA  70809
> (225) 248-2130
>
> -and-
>
> Madeleine Fischer (La. Bar No. 5575)
> **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.**
> 201 St. Charles Avenue, 49th floor
> New Orleans, LA   70170
> Telephone:  (504) 582-8000
> Facsimile:  (504) 589-8208
>
> *Counsel for Keystone RV Company*

### CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 1st day of April, 2010.

> *s/Ryan E. Johnson*
> _____
> Ryan E. Johnson

{B0601130.1}