UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF THE UNOPPOSED
MOTION OF PSC TO EXTEND DEADLINE
FOR BELLWETHER PLAINTIFF NOMINATION

**MAY IT PLEASE THE COURT:**

The Court has scheduled for Monday, October 18, 2010 a bellwether trial against one of the defendant manufacturers of manufactured housing units (as opposed to travel trailers). In its most recent Order [Doc. 12046] addressing this trial, the Court set April 1, 2010 as both the expiration date for the "Non-Litigation Track" involving these defendants, and the date by which to submit an agreed bellwether plaintiff and defendant for the October trial.

Settlement discussions with the manufactured housing defendants have culminated in a settlement agreement in principle with all such defendants except Palm Harbor. Hence, it no longer is necessary for the parties to confer for the purpose of identifying and nominating the defendant manufacturer for the October trial. Of necessity, that defendant will be Palm Harbor.

It appears from matching data available that the likelihood is that Fluor Enterprises will be the defendant contractor in a trial involving the defendant Palm Harbor. Thus, recent discussions have taken place among counsel for the PSC, Palm Harbor and Fluor concerning the

appropriate "pool" of bellwether plaintiff candidates. Unfortunately, the PSC has discovered in these discussions that it still does not have information on all of the plaintiffs who have filed suit against and/or been matched to, Palm Harbor, and for this reason the PSC is not in a position at this time to make an informed nomination of a bellwether plaintiff.

The PSC therefore requests an additional, though limited, extension of the April 1 deadline, in order to confer with counsel and either arrive at an agreed-upon bellwether nomination, or be in a position to submit to the Court competing nominees and reasons therefor. Counsel for Fluor and Palm Harbor agree to the proposed, extended deadline of Monday, April 12. All counsel further agree that this extension should not, and will not, jeopardize the scheduled trial date of October 18, 2010 (which is specifically stated in the proposed, attached Order).

For the foregoing reasons, the PSC respectfully asks that the Court enter the attached Order, extending from April 1 to April 12, 2010 the deadline for the parties to submit either an agreed-upon nomination, or competing nominations (with reasons), for the bellwether plaintiff in the October 18, 2010 trial against the defendant Palm Harbor, et al.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
  GERALD E. MEUNIER, #9471
  **PLAINTIFFS' CO-LIAISON COUNSEL**
  Gainsburgh, Benjamin, David, Meunier &
  Warshauer, L.L.C.
  2800 Energy Centre, 1100 Poydras Street
  New Orleans, Louisiana 70163
  Telephone:  504/522-2304
  Facsimile:   504/528-9973
  gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            ROBERT M. BECNEL, #14072
            RAUL BENCOMO, #2932
            FRANK D'AMICO, JR., #17519
            MATT MORELAND, #24567
            LINDA NELSON, #9938
            DENNIS REICH, Texas #16739600
            MIKAL C. WATTS, Texas #20981820

### CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471