UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the deadline of April 1, 2010 for the submission of an agreed bellwether plaintiff and defendant for the manufactured housing defendant bellwether trial of October 18, 2010 (as set forth in the Court's Order of 3/2/10, Doc. 12046) be extended until April 12, 2010, with the understanding that the manufactured housing defendant will be Palm Harbor and with the further understanding that, if counsel cannot agree to a bellwether plaintiff, competing nominations will be submitted by the deadline with reasons stated therefor; and

IT IS FURTHER ORDERED that this extension of the bellwether plaintiff nomination deadline will not be cause or grounds for the postponement of the scheduled trial of October 18, 2010 against a manufactured housing defendant, et al.

THIS DONE the ____ day of _____, 2010, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT