UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 <br><br> SECTION "N-5" <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO <br> *EARLINE CASTANEL, ET AL* <br> *v. RECREATION BY DESIGN, LLC* <br> *ET AL*, DOCKET NO. 09-3251 | * * * * | MAG. JUDGE CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Joint Motion for Extension of the Discovery Deadline and Filing Deadline for Final Witness and Exhibit Lists is hereby GRANTED extending the discovery deadline from April 2, 2010, until April 21, 2010, and extending the Final Witness and Exhibit Lists deadline from April 7, 2010, until April 14, 2010.

New Orleans, Louisiana, this ___31st___ day of March, 2010.

_____
JUDGE KURT ENGELHARDT

THESE EXTENSIONS SHALL NOT AFFECT ANY OTHER DATES OR DEADLINES, INCLUDING THE TRIAL DATE.