UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the member cases cited in the heading
of Rec. Doc. 13106

## ORDER

The Court has received Plaintiffs' Request for Oral Argument (Rec. Doc. 13114).  Because, at this juncture, the Court concludes that oral argument is unnecessary,

**IT IS ORDERED** that oral argument on Plaintiffs' Motion for Leave to File original Complaint Against United States of America (Rec. Doc. 13106) is **CANCELLED**.  Thus, the Plaintiffs' Motion for Leave to File original Complaint Against United States of America (Rec. Doc. 13106), set for hearing on April 21, 2010, will be determined on the briefs alone.  Should this Court later determine that oral argument would be helpful, it shall notify the parties.

New Orleans, Louisiana, this 1st day of April, 2010.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**