UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

THIS DOCUMENT RELATES TO:
Lyndon Wright vs Forest River, et al
Case No. 09-2977

SECTION "N" (5)

ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to Li'l Dizzy's Cafe the sum of $ 89.93 , for meals for the jury in this matter on March 29, 2010 .

New Orleans, Louisiana, this 31st day of March, 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

```
            JURY

          LI'L
         DIZZY'S
          CAFE
        AT THE WHITNEY
DATE 03/29/2010 MON   TIME 11:13
CHECK#                         89
TABLE 1                         1
   1 CATERING            $89.93
     TOTAL              $89.93
     SEND ORDER         $89.93
       * ORDER# 0184 *
EMPLOYEE14   NO.149784   REG 01
       610 POYDRAS STREET
         504-212-5656
     A BAQUET FAMILY RESTAURANT
```

Guest check #328789

Server: Jury

2. RB w/ smk saus
4. RB w/ hot saus
6. RB w/ FC (m)
8. Roast Beef pobry mayo only
10. 7 orders of fries

12:30 Delivery

Beverage: Room 367
Subtotal: 3rd floor
Judge Engelhardt
phone #

328789