OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 29 PM 2: 15

LORETTA G. WHYTE
CLERK

DATE: March 26, 2010

**SOMAYA BADER**, et als.
versus
**GULF STREAM COACH, INC.**, et als.

Case No. **10-511**    Section **N**    Mag. **5**

Dear Sir:

Please **issue** summons on the **amended complaint** to the following: *(attached)*

1. The United States of America, through the United States Attorney General:
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. The United States of America, through the
   Office of U.S. Attorney for the EDLA, through:
   Jim Letten, U.S. Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

3. Federal Emergency Management Agency
   Through the Office of the Director
   Administrator of FEMA
   500 C Street S.W.
   Washington, D.C. 20472

Very truly yours,

ROBERTA L. BURNS (LSB #14945)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422

**CERTIFICATE**
Plaintiffs' counsel herein certifies that all parties plaintiff have been properly matched to a manufacturer defendant and no-bid contractor defendant pursuant to Pretrial Order Nos. 40 and 55.

Fee _____
Process _____
X-Dktd _____
CtRmDep _____
Doc. No. _____

