UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: *Louis Bosarge, et al v. R Vision Homes, LLC., et al* Civil Action Number 10-0223 | |

## MOTION FOR LEAVE OF COURT TO AMEND ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Louis Bosarge, and all individuals listed on Exhibit A herein, who do request Leave of Court to amend the Original Complaint and all subsequent amending complaints, for the reasons more particularly outlined in the attached Memorandum in Support of Leave of Court to Amend Original Complaint.

WHEREFORE, Plaintiffs pray that they be allowed Leave of Court and that their supplemental and amending complaint be filed herein and the Original Complaint and all subsequent amending complaints be amended thereby, for the reasons more particularly outlined in the attached Memorandum in Support of Leave of Court to Amend Original Complaint.

THE PENTON LAW FIRM  
209 HOPPEN PLACE  
BOGALUSA, LOUISIANA  70427  
PHONE          :        (985) 732-5651  
TELECOPIER:        (985) 735-5579  
E-MAIL         :        rgp@rgplaw.com  


s/Ronnie G. Penton
Ronnie G. Penton  
Trial Counsel for Plaintiffs  
Louisiana Bar Roll Number 10462

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 5, 2010.

                                            s/Ronnie G. Penton
                                             Ronnie G. Penton

## **CERTIFICATE OF NO OPPOSITION**

      This is to certify that, pursuant to Local Rule 7.6, I have contacted counsel for Defendants regarding whether they had opposition to the filing of the above pleading, and they stated that they had no opposition to the filing of same.

    April 5, 2010

                                        s/Ronnie G. Penton
                                        Ronnie G. Penton