UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Louis Bosarge, et al v. R Vision Homes, LLC., et al*
Civil Action Number 10-0223

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE OF COURT**
**TO AMEND ORIGINAL COMPLAINT**

     NOW INTO COURT, through undersigned counsel, come Plaintiffs, Louis Bosarge, and all individuals listed on Exhibit A herein, who do request Leave of Court to amend the Original Complaint and all subsequent amending complaints, for the reasons more particularly outlined herein.

     Pursuant to Pretrial Order No. 53, Plaintiffs desire to amend their original complaint and all subsequent amending complaints to match the third party contractor/installer defendant herein.

     Plaintiffs, therefore, request Leave of Court to supplement and amend their original complaint all subsequent amending complaints be amended thereby.

1

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL        :        rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

# **EXHIBIT A**

1. Louis Bosarge, Jr.

2. Stephanie Bosarge, individually, and on behalf of her minor children, J. Bosarge and E. Bosarge

3. Mary Craft, individually, and on behalf of her minor son, K. Craft

4. Marvin Craft

5. Robert Craft

6. Joseph Johnson

7. Mary Johnson, individually, and on behalf of her minor son, E. Johnson

8. Michael Johnson, Sr.

9. Tracy Johnson, individually, and on behalf of her minor children, A. Johnson, AM. Johnson, C. Johnson, and M. Johnson