UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS    MDL NO. 07-1873
LIABILITY LITIGATION

                              SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Louis Bosarge, et al v. R Vision Homes, LLC., et al*
Civil Action Number 10-0223


**O R D E R**

**CONSIDERING THE FOREGOING:**

IT IS ORDERED that Plaintiffs be granted Leave of Court to file their supplemental and amending complaint for the purpose of matching the third party contractor/installer, pursuant to Pretrial Order No. 53.

IT IS FURTHER ORDERED that the Plaintiff's Supplemental and Amending Complaint be filed herein and the Original Complaint and all subsequent amending complaints be amended thereby.

New Orleans, Louisiana, this the _____ day of March, 2010.

                                            _____
                                                 J U D G E