UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS            MDL NO. 07-1873
LIABILITY LITIGATION
                                 SECTION "N" (5)
THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Louis Bosarge, et al v. R Vision Homes, LLC., et al*
**Civil Action Number 10-0223**

PLAINTIFF'S SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Louis Bosarge, and all individuals listed on Exhibit A herein, who do desire to amend their Original Complaint, as follows:

**I.**

By amending Paragraph I "Parties", Paragraph 4 to read as follows:

"4.   The following contractor received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita.  They are hereinafter referred to as "Defendant-Contractor"):

(c)   CH2M Hill, Inc., is a foreign corporation authorized to do and doing business in the State of Louisiana, whose principal place of business is located at 9191 South Jamaica Street, Englewood, Colorado.  At all times

1

material herein, CH2M Hill, Inc. has appointed as its agent for service of process, CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808."

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint and all subsequent amending complaints, as if copied therein, *in extenso*.

WHEREFORE, Plaintiffs pray that they be granted Leave of Court and that their Supplemental and Amending Complaint be filed and amended thereby.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA 70427
PHONE         :         (985) 732-5651
TELECOPIER :         (985) 735-5579
E-MAIL         :         rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiff
Louisiana Bar Roll Number 10462

# **EXHIBIT A**

1. Louis Bosarge, Jr.

2. Stephanie Bosarge, individually, and on behalf of her minor children, J. Bosarge and E. Bosarge

3. Mary Craft, individually, and on behalf of her minor son, K. Craft

4. Marvin Craft

5. Robert Craft

6. Joseph Johnson

7. Mary Johnson, individually, and on behalf of her minor son, E. Johnson

8. Michael Johnson, Sr.

9. Tracy Johnson, individually, and on behalf of her minor children, A. Johnson, AM. Johnson, C. Johnson, and M. Johnson