UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Cynthia Tatham, et al v. Recreation by Design*
Civil Action Number 10-0225

## MOTION FOR LEAVE OF COURT
## TO AMEND ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cynthia Tatham, individually, and on behalf of Steven L. Holloman, Deceased, who do request Leave of Court to amend the Original Complaint and all subsequent amending complaints, for the reasons more particularly outlined in the attached Memorandum in Support of Leave of Court to Amend Original Complaint.

WHEREFORE, Plaintiff prays that she be allowed Leave of Court that her supplemental and amending complaint be filed herein and the Original Complaint and all subsequent amending complaint be amended thereby.

1

PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :       (985) 732-5651
TELECOPIER:       (985) 735-5579
E-MAIL       :       rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 5, 2010.

                                               s/Ronnie G. Penton
                                                Ronnie G. Penton

## **CERTIFICATE OF NO OPPOSITION**

      This is to certify that, pursuant to Local Rule 7.6, I have contacted counsel for Defendants regarding whether they had opposition to the filing of the above pleading, and they stated that they had no opposition to the filing of same.

    April 5, 2010

                                            s/Ronnie G. Penton
                                            Ronnie G. Penton