## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS                    MDL NO. 07-1873
LIABILITY LITIGATION

                                         SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Cynthia Tatham, et al v. Recreation by Design*
Civil Action Number 10-0225

### MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE OF COURT
### TO AMEND ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cynthia
Tatham, individually, and on behalf of Steven L. Holloman, Deceased, who do request
Leave of Court to amend the Original Complaint and all subsequent amending complaints,
for the reasons more particularly outlined herein.

Pursuant to Pretrial Order No. 53, Plaintiffs desire to amend their original complaint
and all subsequent amending complaints to match the third party contractor/installer
defendant herein.

Plaintiff, therefore, requests Leave of Court to supplement and amend her original
complaint all subsequent amending complaint be amended thereby.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE          :          (985) 732-5651
TELECOPIER:          (985) 735-5579
E-MAIL          :          rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462