AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:07-md-1873: Related 09-03622

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* North American Catastrophe Services, Inc.
was received by me on *(date)* 3/12/2010.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brenda Anderson, who is designated by law to accept service of process on behalf of *(name of organization)* North American Catastrophe Services, Inc. on *(date)* 3/23/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-29-10

*Server's signature*

Leontyne Hill, Legal Assistant
*Printed name and title*

7908 Ironwood Boulevard, Baton Rouge LA 70809
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Paul Fountain, et al )
*Plaintiff* )
v. ) Civil Action No. 2:07-md-1873: Related 09-03622
United States of America, et al )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* North American Catastophe Services, Inc.
Through its Agent For Service of Process
Brenda J. Anderson
620 Dijon Drive
Melbourne, FL 32937

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eulis Simien, Jr.
Simien & Simien, LLC
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Tele: (225) 932-9221
Fax: (225) 932-9286

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Mar 12 2010

2. Article Number

7160 3901 9848 5049 9126

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

Brenda Anderson
North American Catastophe Services Inc.
620 Dijon Drive
Melbourne, FL 32937

RECEIVED MAR 2 5 2010

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature
   ☒ Agent
   ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Reference Information
Leontyne Hill
Fountain, Paul, et al. vs. FEMA 08-267

PS Form 3811, January 2005   Domestic Return Receipt