UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Betty Alexander, et al, v. Jayco, Inc.,* | * | |
| *Case No. 09-3908* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby gives notice of Plaintiffs' voluntary dismissal of all claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Joe-Anna St. Cyr

2. Trudy Cooper

This dismissal applies to the above named Plaintiffs only, and does not affect the remaining Plaintiffs in this matter.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944

                          Facsimile:   (504) 525-1279
                          lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                          */s/ Lawrence J. Centola, Jr.*
                          LAWRENCE J. CENTOLA, JR.