**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** * | |
| | **LIABILITY LITIGATION** * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | |
| | * | |

CIVIL CASE NOS. 09-7792, 09-7793, 09-7794,*
09-7795, 09-7796, 09-7797, 09-7798, 09-7799,*
09-7800, 09-7801, 09-7802, 09-7803, 09-7804,*
09-7805, 09-7806, 09-7807, 09-7808, 09-7809,*
09-7810, 09-7811, 09-7812, 09-7813, 09-7814,*
09-7815, 09-7816, 09-7817, 09-7818, 09-7819,*
09-7820, 09-7821, 09-7822, 09-7823, 09-7824,*
09-7825, 09-7826, 09-7827, 09-7828, 09-7829,*
09-7830, 09-7831, 09-7832, 09-7833, 09-7834,*
09-7835, 09-7836, 09-7837, 09-7838, 09-7839,*
09-7840, 09-7841, 09-7842, 09-7843, 09-7844,*
09-7845, 09-7846, 09-7847, 09-7848, 09-7849,*
09-7850, 09-7851, 09-7852, 09-7853, 09-7854,*
09-7855, 09-7856, 09-7857, 09-7858, 09-7859,*
09-7887, 09-7889, 09-7890, 09-7891, 09-7892,*
09-7893, 09-7894, 09-7895, 09-7896, 09-7897,*
09-7898, 09-7899, 09-7903, 09-7904, 09-7905,*
09-7906, 09-7907, 09-7908, 09-7909, 09-7910,*
09-7911, 09-7912, 09-7913, 09-7914, 09-7916,*
09-7917, 09-7918, 09-7919, 09-7920, 09-7921,*
09-7922, 09-7924, 09-7925, 09-7960, 09-7961,*
09-7962, 09-7963, 09-7964, 09-7965, 09-7966,*
09-7967, 09-7971, 09-7972, 09-7973, 09-7974,*
09-7977, 09-7978, 09-7980, 09-7983, 09-7984,*
09-7987, 09-7990, 09-7991                       *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Time to Serve Defendants, is hereby set for hearing on the 21st Day of April, 2010, at 9:30 a.m.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647

ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

        **DANIEL D. WARE**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 10847
        **CARROLL LOUIS CLIFFORD IV**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 5th day of April, 2010.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**