*Name Searched On:*
**AMERI CAMP (Legal)**

**Current Information**

*Entity Legal Name:*
**AMERICAN CAMPER MANUFACTURING, LLC**

*Entity Address:*

**General Entity Information:**

Control Number: **2002052800131**
Status: **Admin Dissolved**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **5/24/2002**
Entity Date to Expire: **12/31/2035**
Entity Inactive Date: **3/25/2008**

**Other Names for this Entity:**

| Date | Name (Type) |
|---|---|
| 6/5/2002 | AMERI-CAMP (Assumed) |

*Registered Agent(name, address, city, state, zip):*
**PETER J. RECCHIO**
**1406 GREENLEAF BLVD.**
**ELKHART , IN  46514**

*Principals(name, address, city, state, zip - when provided)*
**This Limited Liability Company Does Not Have Managers.**

Transactions:

| Date Filed | Effective Date | Type |
|---|---|---|
| 05/24/2002 | 05/24/2002 | Articles of Organization |
| 06/05/2002 | 06/05/2002 | Certificate of Assumed Business Name |
| 03/25/2008 | 03/25/2008 | Administrative Dissolution |

**Corporate Reports:**
**Years Paid**
2004

**Years Due**
2006/2007   2008/2009   2010/2011

**Additional Services Available:**
**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

EXHIBIT "B"

(NEW SEARCH)