11 Keen St
MS 39520





7009 2820 0003 3955 7909

American Camper Manufacturing, LLC
d/b/a Ameri-Camp
through its Agent for Service of Process
Peter J. Recchio
1406 Greenleaf Blvd
Elkhart, IN 46514

RECC406   465143010 1A08 12 03/19/10
FORWARD TIME EXP   RTN TO SEND
RECCHIO
2100 E BRISTOL ST APT D214
ELKHART IN 46514-6809

RETURN TO SENDER



EXHIBIT "C"