UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlene McBroom  v American Camper Manufacturing, LLC d/b/a Ameri-Camp, et al,*
Case No. 2:10-cv-257

_____

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSED MOTION TO EXTEND TIME TO PERFECT SERVICE ON CERTAIN DEFENDANT**
_____

COMES NOW PLAINTIFF, Charlene McBroom, through counsel, and respectfully requests additional time within which to perfect service on Defendant American Camper Manufacturing, LLC d/b/a Ameri-Camp.  In support thereof, Plaintiff shows the following:

1.  Plaintiff's Complaint was originally filed in the Southern District of Mississippi on December 8, 2009.

2.  Plaintiffs have proof of service for the following Defendants: the United States Government was served through FEMA on March 22, 2010; the United State Government was served through the Attorney General of the United States on March 22, 2010; the United States Government through the United States Attorney for the Southern District of Mississippi was served on March 17, 2010; and Defendant Bechtel was served on April 6, 2010.

-1-

3. In the same time frame in which Plaintiff served the above named Defendants, Plaintiff mailed a Summons and Complaint to Defendant American Camper Manufacturing, LLC d/b/a Ameri-Camp to the address listed on the Indiana Secretary of State Website. See the certified mail receipt attached Exhibit "A" and the Indiana Secretary of State web page at Exhibit "B". However, said envelope was returned to Plaintiffs, marked "Forward time Exp RTN to sender." See Envelope, attached as Exhibit "C". The Plaintiff has a pending attempt to serve the registered agent at a different address. Out of an abundance of caution, counsel therefore requests that this Court extend the time within which to serve Defendant American Camper Manufacturing, LLC d/b/a Ameri-Camp.

4. Plaintiff asserts that the foregoing creates good cause pursuant to FRCP Rule 4(m) for the court to extend the deadline for service by an additional sixty (60) days.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline by an additional sixty (60) days to insure that service is perfected on all parties.

Respectfully submitted, this the  6  day of April, 2010.

By:  *s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                          *s / Rose M. Hurder*
                                          ROSE M. HURDER