UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |

**THIS DOCUMENT IS RELATED TO:**
*Charlene McBroom v American Camper Manufacturing, LLC d/b/a Ameri-Camp, et al, Case No. 2:10*

_____

**ORDER**
_____

Considering the foregoing Motion of Plaintiff Charlene McBroom, she is allowed an additional sixty (60) days or until _____, 2010, to serve Defendant American Camper Manufacturing, LLC.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this ____ day of _____,2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net