UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS             MDL NO. 07-1873
LIABILITY LITIGATION
                                  SECTION "N" (5)
THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Cynthia Tatham, et al v. Recreation by Design*
Civil Action Number 10-0225

**O R D E R**

**CONSIDERING THE FOREGOING:**

IT IS ORDERED that Plaintiffs be granted Leave of Court to file their supplemental and amending complaint for the purpose of matching the third party contractor/installer, pursuant to Pretrial Order No. 53.

IT IS FURTHER ORDERED that the Plaintiff's Supplemental and Amending Complaint be filed herein and the Original Complaint and all subsequent amending complaints be amended thereby.

New Orleans, Louisiana, this the  6th  day of April, 2010.

_____
JUDGE

1