UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES<br>TO THE FOLLOWING CASES:<br>*Cynthia Tatham, et al v. Recreation by Design*<br>Civil Action Number 10-0225 | MDL NO. 07-1873<br><br>SECTION "N" (5) |

**PLAINTIFF'S SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cynthia Tatham, individually, and on behalf of Steven L. Holloman, Deceased, who does desire to amend her Original Complaint, as follows:

**I.**

By amending Paragraph I "Parties", Paragraph 4 to read as follows:

"4. The following contractor received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita. They are hereinafter referred to as "Defendant-Contractor"):

(c) CH2M Hill, Inc., is a foreign corporation authorized to do and doing business in the State of Louisiana, whose principal place of business is located at 9191 South Jamaica Street, Englewood, Colorado. At all times

1

material herein, CH2M Hill, Inc. has appointed as its agent for service of process, CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808."

## II.

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint and all subsequent amending complaints, as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that they be granted Leave of Court and that their Supplemental and Amending Complaint be filed and amended thereby.

```
LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
TELECOPIER :       (985) 735-5579
E-MAIL      :       rgp@rgplaw.com
```

s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiff
Louisiana Bar Roll Number 10462