UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Susan Caporelli, et al. v. Coachmen Industries, Inc., et al.*
Case No. 2:10-CV-00917 (E.D. La.)
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST AMENDED COMPLAINT FOR DAMAGES

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs amend this Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Named Plaintiffs"), who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A"), through undersigned counsel, respectfully represents that:

I.

Pursuant to Federal Civ. Rule 15(a), Named Plaintiffs are allowed to amend pleadings a single time before a response is filed and no defendants in this Complaint have responded as of this date. Further, Defendants will not be prejudiced by this filing.

II.

Named Plaintiffs respectfully reiterate, reassert and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf on

1

December 30, 2009, USDC, Southern District of Mississippi, Docket Number 1:09-cv-852-HSO-JMR; and transferred to this Court on March 3, 2010, as 2:10-cv-00917.

III.

Upon information and belief, Andrew Duncan, a previously Named Plaintiff as filed in this Complaint on December 30, 2009, on Exhibit A, resided in the same type of emergency housing unit manufactured by Coachmen Industries, Inc., Coachmen Motor Works, LLC., Coachmen Motor Works of Georgia, LLC. This Supplemental and Amending Complaint seeks to correct the Installer of the emergency housing unit as listed on Exhibit A, as the Installer has been identified as Bechtel National, Inc.

Named Plaintiffs assert that it is necessary, appropriate and just to correct the Installer on the attached Exhibit A for the Named Plaintiff Andrew Duncan.

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY:   s/Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 525-7272
Fax:             (504) 525-9522
fdamico@damicolaw.net
aahlquist@damicolaw.net
*Local Counsel and*
*Member of Plaintiff Steering Committee*

CATHERINE JACOBS (MSB #2979)
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564
Telephone: (228) 872-4642

Facsimile:  (228) 872-4698
cathyftla@gmail.com

*Counsel for Named Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico
FRANK J. D'AMICO, #17519

3