DOCKET NO.: 10-CV-00917
AMENDED REDACTED EXHIBIT "A"
(Coachmen Industries, Inc.)

### Installed by Bechtel National, Inc.

Susan Caporelli
1667 Irish Hill Drive, Apt. 118
Biloxi, MS  39531

C.M., Minor, Angel Labauve, Mother and
Personal Representative
14278 Creekwood Cove
Gulfport, MS  39503

Donald Stansbury
1667 Irish Hill Drive, Apt. 118
Biloxi, MS  39531

Maude McKinley
240 Reynoir Street
Biloxi, MS  39531

Kevin Key
89 Ellis Street NE
Atlanta, GA  30303

Christopher Seymour
Post Office Box 1436
Ocean Springs, MS  39566

Angel Labauve
14278 Creekwood Cove
Gulfport, MS  39503

Ida Karen Stanley
701 S. Hill Court
Biloxi, MS  39532

T.P., Minor, Angel Labauve, Mother and
Personal Representative
14278 Creekwood Cove
Gulfport, MS  39503

Andrew Duncan
3155 Highland Avenue
D'Iberville, MS  39540

### Installed by CH2M Hill Constructors, Inc.

Edgar Powe, Jr.
4119 Verlon Avenue
Moss Point, MS  39565

Patricia Patterson
4119 Verlon Avenue
Moss Point, MS  39565