UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION BY PSC TO APPOINT MEDIATOR**

**MAY IT PLEASE THE COURT:**

In previous discussions with the Court, it has been reported that counsel for plaintiffs and counsel for the defendant Recreation by Design are amenable to a mediation to discuss the potential settlement of not only those claims being presented in the May 17, 2010 bellwether case against this manufacturer, but also the claims of all plaintiffs against this manufacturer which are pending in the MDL.[1]  Additionally, as noted in the most recent Joint Report to the Court, the PSC and liaison counsel for the defendant manufacturers have agreed to the appointment of Mr. Perry as mediator for the purpose of exploring the potential for a global settlement of claims in the MDL asserted against the defendant manufacturers only.  See Joint Report No. 15 [Doc. 13042], at p. 17.

Accordingly, the PSC respectfully moves the Court to formally recognize and appoint

---

[1]A mediation facilitated by Mr. Perry, pending his appointment by the Court, now has been scheduled for this Friday, April 9, 2010 in connection with the claims against Recreation by Design.  The mediation does not involve the defendant contractor (Shaw) in the May 17 bellwether trial, nor does it involve claims by plaintiffs asserted in other cases against this, or any other, defendant contractor.

John Perry as mediator for purposes of both settlement discussions with the defendant Recreation by Design, and settlement discussions with all defendant manufacturer interests in this MDL. Mr. Perry will be expected to report directly to the Court on these efforts.

The appropriate allocation of the charges for Mr. Perry's services is a matter which can be deferred at this time, depending upon further developments and discussions.  This issue may be the subject of negotiation in the discussions between the PSC and Recreation by Design. Moreover, it would be premature to decide how Mr. Perry's fee should be allocated in connection with global settlement discussions, until it is clear which defendant manufacturers actually will participate in these discussions.

As indicated *supra*, the instant motion to appoint Mr. Perry is unopposed, and a proposed Order of appointment, approved by the interested parties, is attached hereto.

                Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:   504/522-2304
          Facsimile:    504/528-9973
          gmeunier@gainsben.com

          s/Justin I. Woods
          JUSTIN I. WOODS, #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163

        Telephone:   504/522-2304
        Facsimile:   504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471