UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Kennyetta S. Walker, et al v Scotbilt Homes, Inc..,
et al., Case No. 2:10-cv-270*

_____

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS**
_____

COME NOW PLAINTIFFS, Kennyetta S. Walker, individually and on behalf of minor children S. J. J., D. Y. M., K. J. M. and A. W., through undersigned counsel and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

1.  The Complaint was originally filed in the Southern District of Mississippi on December 8, 2009.

2.  Plaintiffs have been unable to serve the Defendants to date because Plaintiffs have been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiffs have undertaken the following efforts to identify their contractor: submitted their information to FEMA for matching (FEMA's response only identified their manufacturer); submitted a request for Plaintiffs' IA File; and counsel for the Plaintiffs have re-submitted Plaintiffs' information to FEMA. This Court previously considered these efforts and granted

Plaintiffs an extension of time to identify the Contractor.  Plaintiffs respectfully request a commensurate amount of time to serve the Defendants.

  3. Lamont Domingue, counsel for Scotbilt Homes, Inc., David Kurtz, liaison counsel for the Contractor Defendants, and Jonathan Waldron of the United States Department of Justice, have indicated that they do not oppose Plaintiffs' motion.

  WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline by additional sixty (60) days to insure that service is perfected on all parties.

  Respectfully submitted this the  7  day of April, 2010.

            By: *s / Rose M. Hurder*
               Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                           *s / Rose M. Hurder*
                                           ROSE M. HURDER