UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Kennyetta S. Walker, et al v Scotbilt Homes, Inc.,*
*et al., Case No. 2:10-cv-270*

_____

**ORDER**
_____

Considering the foregoing Motion of Plaintiffs, Plaintiffs are allowed an additional sixty (60) days or until _____, 2010, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this ____ day of _____, 2010 in New Orleans, Louisiana.


                                    By: _____
                                        KURT D. ENGELHARDT
                                        UNITED STATES DISTRICT JUDGE


**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net