# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE * <br> PRODUCT LIABILITY LITIGATION * <br> * <br> * <br> THIS DOCUMENT IS RELATED TO: 09-3871 * <br> * <br> Nunnery v. Keystone Industries, Inc., et al * <br> Claims of David L. McGraw * | MDL NO. 1873 <br><br> SECTION "N-5" <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |

## DECLARATION OF LINDA CORIBELLO

I, Linda Coribello, state and declare as follows:

1. I am above the age of majority, and I make this Declaration based on facts that are within my own personal knowledge. I am not under any disability, I am competent to testify concerning the subject matter set forth in this Declaration, and would do so in open court, under oath, if called upon to do so.

2. I am employed as a Legal Specialist II by JPMorgan Chase Bank, N.A.(JPMC), located at 1 Chase Manhattan Plaza, 26th Floor, New York, New York, 10005.

3. JPMC was served with a subpoena requesting certain information pertaining to JPMC customer, David L. McGraw.

4. JPMC only maintains non-specific records of points of sale (POS) regarding purchases made using a JPMC issued credit card and/or ATM debit card. JPMC records do not provide detailed information regarding specific items purchased at POS locations using JPMC cards.

Pursuant to 28 U.S.C. § 17.46, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of March, 2010.

_____
Linda Coribello



PLAINTIFF'S EXHIBIT 13