UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Milton R. Holmes, et al v DS Corp. d/b/a Crossroads RV, et al, Case No. 2:10-cv-482*

___

**MOTION FOR EXTENSION OF TIME TO MATCH WITH A SPECIFIC CONTRACTOR DEFENDANT PURSUANT TO PRETRIAL ORDERS 49 AND 53**
___

**NOW INTO COURT**, through undersigned counsel, come certain plaintiffs who request an additional 60 days to match with a specific contractor defendant pursuant to Pretrial Orders 49 and 53 for the reasons stated herein and described more fully within the accompanying Memorandum. Plaintiffs have received a copy of the lease and maintenance reports requested from the FEMA MS Recovery Center. FEMA has provided the manufacturer's information for the unmatched Plaintiffs but has not provided the contractor information for these Plaintiffs (who both resided within the same trailer). Additionally, FEMA has not provided identification numbers adequate to identify the contractor. Furthermore, Plaintiffs have requested their IA File (expected to take approximately 33 days to receive).

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Milton R. Holmes | 2:10-cv-482 |
| Carolyn L. Williams | 2:10-cv-482 |

WHEREFORE, for the reasons stated herein, Plaintiffs request an additional 60 days in which to comply with Pretrial Orders 49 and 53.

2

Respectfully submitted, this the  8  day of April, 2010.

By:  *s / Rose M. Hurder*
   Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 8, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

 *s / Rose M. Hurder*
 ROSE M. HURDER

2