UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Milton R. Holmes, et al v DS Corp. d/b/a Crossroads RV, et al, Case No. 2:10-cv-482*

---

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO MATCH WITH A SPECIFIC CONTRACTOR DEFENDANT PURSUANT TO PRETRIAL ORDERS 49 AND 53**

---

**NOW INTO COURT**, through undersigned counsel, come certain plaintiffs who request an additional 60 days to match with a specific contractor defendant for the reasons stated herein.

1. It is submitted that good cause exists for an additional sixty (60) day extension of the deadline in PTO 40, PTO 49 and PTO 53 for the unmatched plaintiffs listed below for the following reasons: a) Plaintiffs have received a copy of the lease and maintenance reports that were requested from the FEMA MS Recovery Center which did not provide identification numbers adequate to identify the contractor; and b) Plaintiffs have a pending request for Plaintiffs' IA File.

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Milton R. Holmes | 2:10-cv-482 |
| Carolyn L. Williams | 2:10-cv-482 |

2. Based on Plaintiffs' efforts already undertaken to identify Plaintiffs' contractor, Plaintiffs request a sixty (60) day extension to comply with Pretrial Orders 49 and 53 as to the

unmatched contractor.  Counsel for Plaintiffs has also consulted with the attorney for the Liaison Counsel for the Contractor Defendants- David Kurtz- as well as Ryan Johnson, counsel for DS Corporation - who do not object to Plaintiffs' request.

WHEREFORE, for the reasons stated herein, Plaintiffs request an additional 60 days in which to comply with Pretrial Orders 49 and 53.

Respectfully submitted, this the  8  day of April, 2010.


By:     *s / Rose M. Hurder*
        Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

    *s / Rose M. Hurder*
    ROSE M. HURDER