UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Milton R. Holmes, et al v DS Corp. d/b/a Crossroads RV, et al, Case No. 2:10-cv-482*

___

## ORDER
___

Considering the foregoing Motion of Plaintiffs, who are listed below, they are allowed an additional 60 days or until _____, 2010, to comply with the required Pretrial Order Nos. 49 and 53.

**Plaintiffs:**

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Milton R. Holmes | 2:10-cv-482 |
| Carolyn L. Williams | 2:10-cv-482 |

**IT IS SO ORDERED** that the Plaintiffs listed above be GRANTED the Motion for Extension of Time.

DATED this \_\_\_\_ day of _____,2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE