UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Milton R. Holmes, et al v DS Corp. d/b/a Crossroads RV, et al, Case No. 2:10-cv-482*

---

NOTICE TO COURT OF PLAINTIFFS WHO REMAIN UNMATCHED
(PRETRIAL ORDER 40)

---

In compliance with Pretrial Order 40 Plaintiffs counsel hereby notifies the Court of the plaintiffs who remain unmatched with a specific Contractor Defendant and the civil action number of the original complaint in which they were named:

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Milton R. Holmes | 2:10-cv-482 |
| Carolyn L. Williams | 2:10-cv-482 |

Respectfully submitted, this the  8  day of April, 2010.

By:     *s / Rose M. Hurder*
            Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                         *s / Rose M. Hurder*
                                         ROSE M. HURDER