UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION             SECTION "N-5"

                                         JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*John M. Laird, et al v Keystone Industries,*
*Inc., et al., Case No. 2:10-cv-490*

_____

## ORDER
_____

Considering the foregoing Motion of Plaintiffs, who are listed below, they are allowed an

additional 60 days or until _____, 2010, to comply with the required Pretrial

Order Nos. 49 and 53.

**Plaintiffs:**

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| L. C. by John M. Laird | 2:10-cv-490 |
| John M. Laird | 2:10-cv-490 |

**IT IS SO ORDERED** that the Plaintiffs listed above be GRANTED the Motion for

Extension of Time.

DATED this _____ day of _____,2010 in New Orleans, Louisiana.


By:      _____
         KURT D. ENGELHARDT
         UNITED STATES DISTRICT JUDGE