UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Kayshana M .Quinn, et al v Allen Camper Manufacturing Company, Inc., et al*
Case No. 2:10-cv-471

_____

**MOTION FOR EXTENSION OF TIME TO MATCH WITH A SPECIFIC CONTRACTOR DEFENDANT PURSUANT TO PRETRIAL ORDERS 49 AND 53**
_____

**NOW INTO COURT**, through undersigned counsel, comes certain plaintiff who requests an additional 60 days to match with a specific contractor defendant pursuant to Pretrial Orders 49 and 53 for the reasons stated herein and described more fully within the accompanying Memorandum. Specifically, FEMA has provided the manufacturer's information for the unmatched Plaintiff but has not provided the contractor information for this Plaintiff (Plaintiffs' counsel has learned that Ms. Quinn's trailer was manufactured by Gulf Stream). Additionally, FEMA has not provided identification numbers adequate to identify the contractor. The following plaintiff has been re-submitted to FEMA, seeking for a second time the information necessary to make the appropriate match with a specific contractor defendant. The Plaintiff has also received a copy of the lease and maintenance reports that were requested from the FEMA MS Recovery Center. Furthermore, the Plaintiff has requested the IA File (expected to take approximately 33 days to receive).

2

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Kayshana M. Quinn | 2:10-cv-471 |

WHEREFORE, for the reasons stated herein, Plaintiffs request an additional 60 days in which to comply with Pretrial Orders 49 and 53.

Respectfully submitted, this the  8  day of April, 2010.

By: _____*s / Rose M. Hurder*_____
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

          *s / Rose M. Hurder*
          ROSE M. HURDER