UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kayshana M .Quinn, et al v Allen Camper Manufacturing Company, Inc., et al*
Case No. 2:10-cv-471

---

MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO MATCH WITH A SPECIFIC CONTRACTOR DEFENDANT PURSUANT TO PRETRIAL ORDERS 49 AND 53

---

**NOW INTO COURT**, through undersigned counsel, comes certain plaintiff who requests an additional 60 days to match with a specific contractor defendant for the reasons stated herein.

1. It is submitted that good cause exists for an additional sixty (60) day extension of the deadline in PTO 40, PTO 49 and PTO 53 for the unmatched plaintiff listed below for the following reasons: a) FEMA has provided the manufacturer's information but has not provided the Plaintiffs' contractor information; b) FEMA has not provided identification numbers adequate to identify the contractor; c) Plaintiff has received a copy of the lease and maintenance reports that were requested from the FEMA MS recovery Center; d) Plaintiff has a pending request for Plaintiffs' IA File; and e) Counsel for the Plaintiff hase re-submitted Plaintiffs' information to FEMA .

2

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Kayshana M. Quinn | 2:10-cv-471 |

2. Based on Plaintiffs' efforts already undertaken to identify Plaintiffs' contractor, Plaintiff request a sixty (60) day extension to comply with Pretrial Orders 49 and 53 as to the unmatched contractor. Counsel for Plaintiff has also consulted with the attorney for the Liaison Counsel for the Contractor Defendants- David Kurtz- who does not object to Plaintiffs' request.

3. The other claimant in this unmatched complaint- Earl Schrader- has been matched and an Amended Complaint is being filed on his behalf.

WHEREFORE, for the reasons stated herein, Plaintiffs request an additional 60 days in which to comply with Pretrial Orders 49 and 53.

Respectfully submitted, this the  8  day of April, 2010.

By: *s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                *s / Rose M. Hurder*
                                                ROSE M. HURDER