UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                   SECTION "N-5"

                                               JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Kayshana M .Quinn, et al v Allen Camper*
*Manufacturing Company, Inc., et al*
Case No. 2:10-cv-471

---

## RULE 7.6 CERTIFICATE

---

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that Defendants' Liaison Council for the Contractor Defendants' has been contacted. Michael David Kurtz, Liaison Counsel of the Contractor Defendants' and Tom Thagard, Liaison Counsel for the Manufacturing Defendants, have responded to Plaintiff's request and stated that they are unopposed to Plaintiff's Motion for Extension of Time to Match with a Specific Contractor Defendant.

Respectfully submitted, this the  8  day of April, 2010.


                                   By:      *s / Rose M. Hurder*
                                                Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

                                  *s / Rose M. Hurder*
                                  ROSE M. HURDER