UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

******************************************************************************

## ORDER

**IT IS HEREBY ORDERED** that defendants' Unopposed Motion for Partial Summary Judgment as to Medical Monitoring and Punitive Damages Claims is granted. Accordingly, plaintiff's Medical Monitoring and Punitive Damages Claims are hereby dismissed.

New Orleans, this _____ day of _____, 2010.

_____
United States District Judge

1