# Transcript of the Testimony of
# Videotaped Deposition of Alan Bowers, M.D.

**Date taken: January 13, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***

All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT A

Case 2:07-md-01873-KDE-MBN   Document 13225-4   Filed 04/08/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Videotaped Deposition of Alan Bowers, M.D.

Page 32

1    Q.    And what were her complaints?
2    A.    She came in with a cold and was also
3    here to have her blood pressure checked.
4    Q.    And what were the symptoms that she
5    had with that cold?
6    A.    Well, she was complaining of some
7    fatigue, fever, night sweats, malaise and some
8    flu-like symptoms and some weight loss. She did
9    report that she was having a yellow nasal
10   discharge and she was coughing some discolored
11   sputum and a large amount of it and she was
12   complaining of anxiety and depression and
13   nervousness which were some chronic complaints
14   for her.
15   Q.    The anxiety, depression and
16   nervousness you described as chronic, and I did
17   see repeated references to those symptoms, did
18   Ms. Castanel have an ongoing problem with this
19   nervousness and depression in 2004, 2005?
20   A.    I think Ms. Castanel has always had
21   an issue with anxiety. She would be what most
22   people call a high strung person.
23   Q.    That's fair. And do you remember if
24   she had those nervousness issues and depression
25   issues when you treated Ms. Castanel at