# Transcript of the Testimony of
# Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

**Date taken: January 20, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT B

Case 2:07-md-01873-KDE-MBN   Document 13225-5   Filed 04/08/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 54

1   from the start of the nasal steroid spray,
2   and then we will repeat the sinus views.
3       Q    And the diagnosis, is it still
4   sinusitis?
5       A    Sinusitis.
6       Q    So throughout the course of your
7   treatment of Ms. Castanel from 2002 to the
8   present, she's had this sinusitis, correct?
9       A    Yes.
10      Q    All right.  During the period in
11  which you treated Ms. Castanel, did you see
12  any changes in her diagnosis after Hurricane
13  Katrina?
14      A    No.
15      Q    Did Ms. Castanel ever tell you
16  that she thought a FEMA trailer in which she
17  was living was causing symptoms?
18      A    No.
19      Q    Did you diagnose any new symptoms
20  or conditions for Ms. Castanel after
21  Hurricane Katrina?
22      A    No.
23      Q    To what do you relate
24  Ms. Castanel's recent, and by "recent," I
25  mean in December of 2009 and January of