# Transcript of the Testimony of
# Edward Halie Shwery, Ph.D.

## Date taken: March 2, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT D

Case 2:07-md-01873-KDE-MBN   Document 13225-7   Filed 04/08/10   Page 2 of 3
In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Edward Halie Shwery, Ph.D.

Page 131

1    that your physicians give you?
2         A    In the main, that's true.
3    However, if there were an abundance of side
4    effects, I would probably recommend they go
5    back and see their doctor and tell them.
6         Q    Well, sure.
7         A    So I wouldn't just automatically
8    say continue taking them.
9         Q    Well, that's why you have regular
10   follow-up with her physicians?
11        A    Yes, but if it was a specific
12   issue that I saw an abundance of side
13   effects that I thought were complicating her
14   medical condition, I would send her back,
15   him or her, to the doctor.  I wouldn't just
16   say, "Keep taking."  I would say, "Go back
17   and check this out.  It looks like a problem
18   here."
19        Q    No. 2, "A brief course of
20   supportive counseling on a once-monthly
21   basis for the next 12 months is advised"?
22        A    Yes.
23        Q    What type counseling?
24        A    Well, she suffers partly because
25   she doesn't have a lot of information, and

Case 2:07-md-01873-KDE-MBN   Document 13225-7   Filed 04/08/10   Page 3 of 3
In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Edward Halie Shwery, Ph.D.

Page 132

1  in that MBMD test, it was noted that when
2  she is not sure what the doctors are doing
3  or what they're recommending, she gets more
4  distressed.  It would be helpful for her to
5  have a combination of supportive counseling
6  and information in helping her to understand
7  what's going on, enlist her cooperation and
8  reduce her anxiety about treatment.
9       Q    So is Ms. Castanel having some
10 anxiety as a result of not having sufficient
11 knowledge about her medical issues?
12      A    No, it's identified in the testing
13 as part of her substructural personality
14 functioning, that that's an issue with her.
15 So counseling would be helpful for her.
16           Also, she worries about things and
17 she worries that she might have cancer, she
18 worries that her sinus is going to get
19 worse, she worries that she might suffocate
20 from sinus and breathing problems.
21           And specifically, for example, I
22 said, "Would you like me to call
23 Dr. Gautreaux and talk to him about these
24 things?"  She said, "No, don't talk to him,
25 don't call him.  He will get mad at me" or