AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| BRITTANY A. BRUNO, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-3948 N(4) |
| ATHENS PARK HOMES, LLC, et al. ) | |
| *Defendant* ) | |

**RETURN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Emergency Management Agency
Through the Office of the Director
Administrator of FEMA
500 C Street S.W.
Washington, D.C. 20472

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sidney D. Torres, III
Law Offices of Sidney D. Torres, III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **Loretta G. Whyte**

Date:  **Aug 12 2009**

*B. Gregory*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-3948 N(4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
Please see the attached green card below

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-8-2010

*Server's signature*

SIDNEY D. TORRES, III
*A Professional Law Corporation*
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**Article Addressed to:**
Federal Emergency Management Agency
Through the Office of the Director
Administrator of FEMA
500 C Street S.W.
Washington, D.C. 20472

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: CRDS RECEIVING  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Jonathan Ransom   C. Date of Delivery: AUG 21 2009
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label): 7009 0820 0000 5884 6298

PS Form 3811, February 2004   Domestic Return Receipt