# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

## Date taken: February 10, 2010

In Re: FEMA Trailer Formaldehyde Products Liability Litigation
(Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT A

```
 1      Q    Good afternoon, Ms. Castanel.
 2      A    Good afternoon.
 3      Q    As you know, my name is Lyon
 4  Garrison.  We spent some time together this
 5  morning.  I do have additional questions, so
 6  we will just get right into it.
 7           When you moved into the FEMA unit,
 8  did you ever find an owner's manual for that
 9  unit?
10      A    Well, all I did was switched the
11  light, put the light on, and -- Well, after
12  the public service came and run the wire and
13  all, I just flipped the light on, and I know
14  how to work the stove and all, like I told
15  you.
16      Q    Yes, ma'am.  Did you ever find a
17  booklet or some documents?
18      A    That's something I never did see.
19      Q    All right.  So during the time you
20  lived in the unit, you never did see or find
21  an owner's manual?
22      A    No, I never seen anything like
23  that.  And to tell you the truth, when I
24  walked in, I mean, like walk from outside
25  the yard and go back, I never noticed the
```

```
 1    name of the trailer.
 2        Q    Yes, ma'am.  While living in the
 3    unit, did you ever receive any documents
 4    through the mail from FEMA?
 5        A    No.  The only thing I got was left
 6    on my door one time.  Just about when I was
 7    getting ready to leave out, they left a note
 8    saying that they was trying to get in touch
 9    with me, because I wasn't home, and that's
10    when the lady came and checked, you know, to
11    see if everything -- was seeing if
12    everything was still in place and everything
13    was all right.
14        Q    Was that a lady from FEMA?
15        A    It was supposed to be.
16        Q    I understand.  What, if you
17    remember, did the note say?
18        A    It was saying when I was leaving,
19    and I don't remember all of it.
20        Q    Did you receive any other
21    documents from FEMA while you lived in the
22    unit?
23        A    No.
24        Q    After you moved out of the unit,
25    did you receive any documents from FEMA?
```