UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC.,* and *UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY,* NO. 09-3251 | * * * * * * * * * * | |

**********************************************************************

### DEFENDANTS' MOTION FOR PARTIAL
### SUMMARY JUDGMENT ON EXCLUSION OF CLAIMS

**NOW INTO COURT,** through undersigned counsel, come Defendants, Recreation By Design, LLC ("RBD") and Shaw Environmental, Inc. ("Shaw") who, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, respectfully submit this Motion for Summary Judgment on Exclusion of Claims. For the reasons more fully detailed in the memorandum in support attached hereto, Defendants respectfully request that the Court dismiss all claims advanced by the Plaintiff, with the exception of her exacerbation of rhinosinusitis and mental anguish claims of anxiety and

fear of cancer claims, as Plaintiff has failed to present evidence or expert testimony relative to any other claims.

Pursuant to the Court's request, counsel for RBD has contacted counsel for Plaintiff, and Plaintiff opposes this Motion.

Respectfully submitted,

   */s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com


   */s/ M. David Kurtz*
ROY C. CHEATWOOD, Bar No. 4010
M. DAVID KURTZ, Bar No. 23821
KAREN K. WHITFIELD, Bar No. 19350
CATHERINE N. THIGPEN, Bar No. 30001
Baker Donelson Bearman Caldwell
& Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Attorneys for defendant,
Shaw Environmental, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on April 8, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                                  */s/ Randall C. Mulcahy*
                                         RANDALL C. MULCAHY, Bar No. 26436