# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

### Date taken: February 10, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT E

```
 1      A    I have been stopped up and running
 2   back and forth to the doctor with my
 3   sinuses.
 4      Q    When you were seeing Dr. Gautreaux
 5   while living in the trailer, did you ever
 6   tell him that -- did you ever mention what
 7   you thought was causing your stuffy nose?
 8      A    No, I just told him -- I just told
 9   him I was stuffed up, my nose was stuffed, I
10   couldn't smell, and I was breathing like
11   through my mouth.
12      Q    When Dr. Gautreaux would give you
13   medicine, antibiotics, would that help clear
14   up your stuffy nose?
15      A    It would help, and he gave me some
16   nose spray.  And like I say, he gave me a
17   shot, and this is not too -- This is not
18   three weeks yet.  I went to him.  I was
19   stuffed up.  He packed my nose.  He gave me
20   some medicine.  He gave me a shot.  He told
21   me what to do.  Then he sent me to the
22   hospital to take X-rays of my sinus.
23      Q    And I just want to find out if you
24   got relief from your stuffy nose with --
25      A    It passes for awhile.
```

```
 1        Q    Yes, ma'am.  Let me just finish my
 2   question.  Did you get relief from your
 3   stuffy nose from the medication that
 4   Dr. Gautreaux gave you?
 5        A    Well, it helped me some, but I
 6   still get it.
 7        Q    Did you ever tell Dr. Gautreaux
 8   what you thought was causing your stuffy
 9   nose?
10        A    No.  I didn't tell him what I
11   thought was causing it.  I just know that
12   since I was living in that trailer, I was
13   getting it worse.
14        Q    When did you figure out that you
15   were getting it worse when living in the
16   trailer?
17        A    After the weeks that I was in
18   there.  Five weeks after I was in there,
19   that's when I started getting like that.
20        Q    So when you were living in the
21   trailer, four or five weeks into living in
22   the trailer, you figured out that your
23   stuffy nose was getting worse?
24        A    Yes.
25        Q    Did you ever tell Dr. Bowers what
```

```
 1   cancer?
 2       A    After I started seeing that on
 3   television and just hearing people talk.  I
 4   mean, you know, no one special talked to me,
 5   but just hearing the news and things, then I
 6   started worrying, especially since I was
 7   getting worse and worse with my sinus.
 8       Q    And when was this that you started
 9   to worry about cancer?
10       A    Oh, that's been at least about
11   four months now, three, four months I been
12   worrying about it.
13       Q    So --
14       A    It's been so bad, I started
15   worrying about it.
16       Q    Yes, ma'am.  So you started
17   worrying about cancer about three or four
18   months ago?
19       A    Yes.
20       Q    And is that the first time you
21   started worrying about cancer?
22       A    I would worry, wondering if I was
23   going to get well and this would pass me,
24   but when I hear it on the television and the
25   news, then I start worrying more.
```