# Transcript of the Testimony of
# Edward Halie Shwery, Ph.D.

**Date taken: March 2, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 6

Case 2:07-md-01873-KDE-MBN   Document 13232-8   Filed 04/08/10   Page 2 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Edward Halie Shwery, Ph.D.

Page 123

```
 1      Q    You're not a medical doctor,
 2   correct?
 3      A    No.  I'm just telling you my
 4   reading of those records.
 5      Q    Your impression?
 6      A    Yes.  So I understand he's saying,
 7   "Let's try to do this with drugs, and if it
 8   doesn't work, I'm afraid surgery is going to
 9   be needed," which is consistent with what
10   she's telling me, that her sinus has gotten
11   worse.
12      Q    Well, you brought up Dr. Gautreaux
13   and you inferred that there was some
14   testimony or indication by Dr. Gautreaux
15   that the plaintiff's sinus problems were
16   worse after she lived in the FEMA unit.
17   That's why I provided you with the
18   hypothetical that I did.
19      A    Okay.
20      Q    Assuming that Dr. Gautreaux opines
21   that Ms. Castanel's sinus condition is no
22   worse after living in the FEMA unit than it
23   was before, would you still relate mild
24   anxiety to Ms. Castanel's complaints of a
25   stuffy nose?
```

Case 2:07-md-01873-KDE-MBN   Document 13232-8   Filed 04/08/10   Page 3 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Edward Halie Shwery, Ph.D.

Page 124

```
 1      MR. REICH:
 2             Objection, form.
 3      THE WITNESS:
 4             Yes.  What I found was that her
 5      level of anxiety is centered around
 6      breathing problems and sinus issues, and
 7      that's when she gets really worried and
 8      scared.
 9             And, you know, as we explored
10      that, it was stuff like "it was real bad
11      then and it's bad now, but only when I have
12      these" what I might call sinus attacks as
13      just a shorthand way of saying it.
14             But I'm not a physician, so I
15      can't tell you whether that trailer caused
16      that or not.  I'm telling you what I found
17      with her now and what's in her mind.
18      EXAMINATION BY MR. GARRISON:
19      Q    Okay.  That's fine.  Now, when
20      people have lawsuits, and this is based on
21      your experience as a psychologist, do you
22      find people with lawsuits tend to treat a
23      little longer than people without lawsuits?
24      A    Oh, I don't know if the length of
25      treatment would necessarily be that.  I
```

Case 2:07-md-01873-KDE-MBN   Document 13232-8   Filed 04/08/10   Page 4 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Edward Halie Shwery, Ph.D.

Page 145

```
 1      A    No.
 2      Q    Do you know when Ms. Castanel
 3  first thought about or had concerns about
 4  getting cancer related to her breathing?
 5      A    No, I don't know when that began.
 6  She didn't disclose that to me the first
 7  visit.
 8      Q    In her deposition, Ms. Castanel
 9  testified, and her deposition was given in
10  early February, that she first had concerns
11  about getting cancer about three months
12  before her deposition.
13      A    So the fall of '09, I guess?
14      Q    October, November.
15      A    Yes, I do recall she said that.
16      Q    Did she say that to you?
17      A    No, I read it in her deposition.
18      Q    You read it in her deposition?
19      A    I think I did.  I can't remember
20  exactly, but it seems like that's what was
21  in there.
22      Q    Do you know if Ms. Castanel's fear
23  of cancer was from watching TV and news
24  stories about people living in FEMA
25  trailers?
```

Case 2:07-md-01873-KDE-MBN   Document 13232-8   Filed 04/08/10   Page 5 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Edward Halie Shwery, Ph.D.

Page 146

```
 1      A    I don't know the source of it.
 2      Q    So as we sit here today, you can't
 3   talk about why Ms. Castanel had a fear of
 4   cancer?
 5      A    No, just that it's been on her
 6   mind and it's part of the whole motivational
 7   system for her developing this anxiety
 8   around a specific medical condition.
 9      Q    So asking in the affirmative, as
10   you sit here today, you cannot say why
11   Ms. Castanel has a fear of cancer?
12      A    Correct.
13      Q    All right.  Going to the last page
14   of your report, I believe that's Page 8?
15      A    Yes.
16      Q    "Since living back in her home,
17   the intensity, frequency, and duration of
18   her anxieties diminished, but the increase
19   in sinus problems have caused her anxieties
20   to increase.  Her problems" --
21      A    And I should have said "relative
22   to the experience of sinus problems."  That
23   would have been clearer.
24      Q    That's your recollection?
25      A    No, as I read this, that's what I
```