# Transcript of the Testimony of
# Earline Castanel

### Date taken: December 2, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT H

```
 1   indicates here that you had some problems,
 2   symptoms or complaints when you were in the
 3   trailer.  Do you see that?  There's a whole
 4   bunch of -- on C3, there's a whole bunch of
 5   boxes and many of them are checked such as
 6   irritation to the eyes, irritation to nasal
 7   membrane inside the nose, do you see those?
 8         A.   You're talking about down here?
 9         Q.   Yes.  Do you see that?
10         A.   Yeah.
11         Q.   When you were in the trailer, did you
12   suffer irritation to your eyes?
13         A.   Well, when I was in the trailer,
14   after I was in there for a while, not too long,
15   then I started having my nose stopped up.  It
16   would get so stopped up like I had to go to the
17   door to see if I can catch some air, I couldn't
18   like hardly breathe.
19         Q.   So you had breathing problems?
20         A.   Yes.  My sinus.  When I get like that
21   I couldn't, I don't know, I keep going like
22   that (demonstrating), trying to catch my breath
23   because I couldn't breathe through my nose.
24         Q.   And this happened soon after you
25   moved into the trailer?
```

```
 1        A.  It was like five weeks or so after I
 2   got in there, four or five weeks it started
 3   getting like that.
 4        Q.  And when you went outside of the
 5   trailer, did that relieve the symptoms?
 6        A.  Well, I would stand up by the door
 7   until I keep doing that (demonstrating), and
 8   then I would get some of that stuff, it's A-Y-R
 9   I think it is, and spray in my nose to try to
10   open it up some.  And when it opened up a
11   little bit, well, I'd go back in there.
12        Q.  So you'd experience this symptom,
13   this difficulty breathing when you were inside
14   the trailer.
15        A.  Yeah.
16        Q.  And this started happening about five
17   weeks after you moved into the trailer?
18        A.  Yeah.
19        Q.  And to relieve those symptoms, you
20   would go outside the trailer.
21        A.  Yes.
22        Q.  And when you went outside the trailer
23   it would get better?
24        A.  Not that much.
25        Q.  A little bit?
```

```
 1      A.   Not that much.
 2      Q.   Okay.  Besides this problem with your
 3  sinus and breathing problems, did you have any
 4  other problems that you attributed to the
 5  trailer?
 6      A.   No, I'd just feel bad sometimes, you
 7  know, start feeling bad.  I know it wasn't very
 8  comfortable, that's for sure.
 9      Q.   Understood.  And what I want to know
10  is, what specific type symptoms were present,
11  how you presented, what was the problem, was it
12  a stomachache, was it headache, was it just
13  general malaise?
14      A.   I just would feel bad, I know that.
15  And I'd get that little funny feeling and I
16  would go lay down.
17      Q.   Let me ask you, you're 79 years old;
18  is that right?
19      A.   Yes.
20      Q.   Was the illness that you were
21  experiencing when you were in the trailer
22  different than other illnesses that you were
23  suffering?
24      A.   Before I didn't have all that problem
25  with that, you know, getting like -- sometimes
```

```
 1    I'd get like nauseated and I just thought it
 2    was just one of them things.
 3          Q.   And that's what I'm trying to get at,
 4    was this something different, something unique
 5    that you thought was being caused by the
 6    trailer?
 7          A.   I don't know what it was being caused
 8    by, I just know I felt it.
 9          Q.   So let's go through the symptoms you
10    had, sinus problems, breathing problems; is
11    that right?
12          A.   Yeah.
13          Q.   And those started about five weeks
14    after you moved in?
15          A.   Yes.
16          Q.   You had some generally just not
17    feeling well.
18          A.   Yes.
19          Q.   Anything else?
20          A.   That's about it I can think about
21    right now.
22          Q.   Did you ever suffer any irritation or
23    itching of the skin?
24          A.   Yeah.  My arm.  I have some marks
25    now, you see where it's like dry skin.  And you
```

```
 1   can see the marks right here (indicating).
 2        Q.  Did that happen when you were in the
 3   trailer?
 4        A.  When I was in the trailer that
 5   happened, you know, I would be like dry, itchy.
 6        Q.  And when did that first present?
 7        A.  I don't know.  I know it happened
 8   while I was in there.
 9        Q.  Did it happen shortly after you were
10   in there, were you in there a couple of months,
11   how long before you started presenting with dry
12   itchy skin?
13        A.  I'd say about three months or
14   something, something like that, I don't know.
15   I can't remember exactly.
16        Q.  And I understand, just the best of
17   what your recollection is.  Did you have any
18   irritation or swelling of your eyelids or your
19   lips?
20        A.  It would get a little puffy, my eye.
21        Q.  And that happened when you were in
22   the trailer?
23        A.  Yes.  And I don't know, I'd get like
24   a dry feeling, you know.  Like I said, I would
25   get like a dry feeling.  And then I would get
```

```
 1   like itchy.  And then I'd look at my arm and it
 2   would be kind of a little scaly.  And when I'd
 3   do like this, you know, dry.  You could see all
 4   the little spots where it was.
 5        Q.  And the irritation, swelling of your
 6   eyelids or the puffiness that you just
 7   described, how long were you in the trailer
 8   before you presented with that?
 9        A.  I would say around the same time I
10   was getting my sinus trouble.
11        Q.  So about five weeks?
12        A.  About the same time around up in that
13   time.
14        Q.  Is that about five weeks?  And it's
15   not an exact science, just your best
16   recollection.
17        A.  I'll say about five or six weeks,
18   something like that.
19        Q.  And I'm sorry, because I have to --
20   we have to be clear on it, so is your best
21   estimate that you started suffering the
22   irritation or swelling of your eyelids --
23        A.  Around the same time I started with
24   the sinus thing stopping up and that's when my
25   eyes started puffing and then I started feeling
```

```
 1   all this itchy stuff.
 2        Q.  Okay.  And you indicated earlier that
 3   your eyes or your sinus was about five weeks
 4   after you moved in?
 5        A.  Yeah.
 6        Q.  So that would be about five weeks
 7   after you started suffering the puffiness and
 8   irritation of the eyelids?
 9        A.  Yeah.  About five or six weeks,
10   something like that.
11        Q.  Did you ever suffer any headaches
12   that you associated with the trailer?
13        A.  Well, I'd get a little headache, my
14   head would hurt like right up in here
15   (indicating).
16        Q.  Were those different from headaches
17   that you had prior to moving in the trailer?
18        A.  I know they'd hurt me more than when
19   I would have a regular headache.
20        Q.  And when did you start having those
21   headaches?
22        A.  Around the same time.  Everything
23   started around the same time, around 5, 6,
24   6 1/2 weeks, around that time.
25        Q.  You also indicate that you suffered
```

```
 1    nausea, abdominal pain, diarrhea, did those
 2    symptoms start occurring about five or six
 3    weeks after you moved into the trailer?
 4         A.  It was about I would say three
 5    months.
 6         Q.  About three months after you moved
 7    in?
 8         A.  Yeah.  That's when I started getting
 9    all kind of problems.
10         Q.  If we turn to the next page of
11    Exhibit No. 2, Ms. Castanel, there are some
12    other complaints here that are marked at the
13    top of that page.  And you see it says
14    tightness of chest, throat irritation,
15    hoarseness, are those symptoms that you also
16    suffered within five or six weeks after you
17    moved into the trailer?
18         A.  I wasn't looking at the time, I just
19    know I got them, you know, I had those problems
20    after, but I didn't know exactly what, if it
21    was like two weeks, three weeks, I didn't
22    notice all of that, I just know I had them.
23         Q.  And I guess what I'm just trying to
24    do is put the best estimate date that you think
25    it was, was it one month, two months, three
```

```
 1   months, four months after moving in?  I
 2   understand it happened a while ago.
 3        A.   I don't know exactly when.
 4        Q.   And I understand that.  What's your
 5   best estimate of when you started suffering
 6   tightness of the chest, throat irritation and
 7   hoarseness?
 8        A.   It was I'd say around the fourth
 9   month or something like that, third month,
10   fourth month.
11        Q.   Three or four months?
12        A.   Yeah.
13        Q.   And you also checked that you had an
14   upper respiratory tract infection.  Did you
15   have an upper respiratory tract infection that
16   you thought was caused by the trailer?
17        A.   I don't know.  I had a throat thing
18   and I went to my doctor and he gave me -- put
19   me in front of the heat lamp and looked at my
20   throat, put some medicine in my throat, he
21   packed my nose, he put me in front of the heat
22   lamp, he gave me a shot.
23        Q.   So when you marked upper respiratory
24   tract infection, you were talking about that
25   treatment that the doctor provided?
```