# Transcript of the Testimony of
# Videotaped Deposition of Alan Bowers, M.D.

## Date taken: January 13, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT
tabbies
A

Case 2:07-md-01873-KDE-MBN   Document 13233-2   Filed 04/08/10   Page 2 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Alan Bowers, M.D.

Page 59

```
 1        Q.    Would you say that her health and her
 2   symptoms remained relatively consistent during
 3   that time period, that six and a half almost
 4   seven year time period?
 5        A.    Yes.
 6        Q.    Actually a little more than six
 7   years.  Based on the review of your medical
 8   notes and your records, it appears as though Ms.
 9   Castanel treated consistently for sinus problems
10   before Hurricane Katrina; is that correct?
11        A.    Yes, sir.
12        Q.    Would it be fair to say that you did
13   not sense or note any increase in Ms. Castanel's
14   sinus problems after Hurricane Katrina?
15        A.    No, sir.
16        Q.    Now, I understand that you were
17   working with Methodist at the time of the
18   hurricane so --
19        A.    Actually that's not accurate.
20        Q.    Okay.
21        A.    I left in 2003 which was fully two
22   years before the hurricane hit.
23        Q.    Thanks for correcting me.  And, you
24   know, it's your life so you know the details.
25   Where did you move to in 2003?
```

Case 2:07-md-01873-KDE-MBN   Document 13233-2   Filed 04/08/10   Page 3 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)  Videotaped Deposition of Alan Bowers, M.D.

Page 60

1   A.   Here.
2   Q.   Oh, okay. West Jeff, okay. And what
3   I was getting at you were in this area after
4   Hurricane Katrina; is that correct?
5   A.   Yes.
6   Q.   So are you familiar with, for lack of
7   a better description, the smell from decayed
8   houses and destroyed properties after Hurricane
9   Katrina?
10  A.   Yes.
11  Q.   Would those -- would that smell serve
12  as an irritant to people with allergies and
13  sinus problems?
14  A.   Yes, it would be fair to say.
15  Q.   In your practice did you notice in
16  treating some patients that some patients
17  experienced an increase in some of their allergy
18  symptoms as a result of the aftermath hurricane
19  smell?
20  A.   Yes.
21  Q.   And when I say that, I assume you
22  have an appreciation of what I'm talking about
23  as you drove through some of the neighborhoods
24  and you saw some of these abandoned houses that
25  hadn't been repaired. Do you have an

Case 2:07-md-01873-KDE-MBN   Document 13233-2   Filed 04/08/10   Page 4 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Alan Bowers, M.D.

Page 61

1  understanding of what I mean by that hurricane
2  smell, that post hurricane smell?
3       A.   I do.  I was here for the whole
4  period following the hurricane.
5       Q.   Yes, sir.  Did you note, and we
6  covered it, and I didn't see any increase in the
7  plaintiff's sinus problems during the period
8  from February 2006 to March 2007, did you note
9  any increase in Ms. Castanel's sinus problems
10 during that time period?
11      MR. REICH:
12           Objection, form.
13      THE WITNESS:
14           I did not notice a spike in any
15 activity.
16 BY MR. GARRISON:
17      Q.   Yes, sir.  Based on your testimony,
18 Doctor, isn't it correct that you don't
19 attribute any of Ms. Castanel's symptoms for
20 which you treated her to be related to
21 formaldehyde exposure?
22      MR. REICH:
23           Objection, lack of foundation,
24 failure to establish qualifications.  Object to
25 form.

Case 2:07-md-01873-KDE-MBN   Document 13233-2   Filed 04/08/10   Page 5 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Alan Bowers, M.D.

Page 63

```
 1       A.    Yes.  And I was also fully aware that
 2   she was also seeing an ear, nose and throat
 3   doctor on a frequent basis and for years had
 4   been a patient of Dr. Gautreaux's.
 5       Q.    In fact, based on your treatment of
 6   Ms. Castanel, there's no evidence that Ms.
 7   Castanel sustained any injuries as a result of
 8   living in a FEMA trailer?
 9       MR. REICH:
10             Objection, lack of qualifications.
11   Objection, lack of foundation.  Objection, form.
12       THE WITNESS:
13             She provided no historical evidence
14   that there was any relation to any of her
15   physical maladies related to a FEMA trailer.
16   BY MR. GARRISON:
17       Q.    So that would be a correct statement?
18       A.    Yes.
19       MR. GARRISON:
20             I'm going to pass the witness.
21   Thanks, Doctor.
22       MS. WHITFIELD:
23             Shaw has no questions at this time.
24       MR. DINNELL:
25             I have five minutes if you want to go
```