# Transcript of the Testimony of
# Edwin Peter Ganier

## Date taken: April 1, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**ORIGINAL**



EXHIBIT B

Page 43

```
 1    after about -- She had sinuses when we was
 2    in the trailer.  When we moved out of the
 3    trailer, it progressively got worse.
 4         Q    But while living in the trailer,
 5    Ms. Castanel's sinuses or sinus condition
 6    did not seem any worse to you than it was
 7    before she moved in the trailer, correct?
 8         A    Correct.
 9         Q    All right.  And then at some point
10    after Ms. Castanel moved out of the trailer,
11    that's when you noticed her sinuses got
12    worse?
13         A    Correct.
14         Q    How long was it after Ms. Castanel
15    moved out of the trailer that you noticed
16    her sinuses got worse?
17         A    I couldn't tell.
18         Q    Was it more than a year?
19         A    I don't remember.
20         Q    That's fair.  In the last three
21    months, how is Ms. Castanel doing with her
22    sinuses?
23         A    Horrible.
24         Q    Do you know if she plans on having
25    any type of surgery?
```

```
 1        A    She had surgery yesterday.
 2        Q    Okay.  And is she still in the
 3   hospital?
 4        A    No, she got discharged this
 5   morning.
 6        Q    Okay.  And at what hospital did
 7   she have surgery?
 8        A    Kenner Regional, or Ochsner.
 9        Q    Ochsner.  Do you know what kind of
10   surgery that was?
11        A    Sinus.
12        Q    And when did she go into the
13   hospital?
14        A    Yesterday morning.
15        Q    Okay.  And she came home this
16   morning?
17        A    Yes.
18        Q    Did you pick her up?
19        A    No.
20        Q    Who did that surgery,
21   Dr. Gautreaux?
22        A    Correct.
23        Q    All right.  And do you know what
24   procedure he did?
25        A    No.
```