# Transcript of the Testimony of
# Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

**Date taken: January 20, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT C

Case 2:07-md-01873-KDE-MBN Document 13233-4 Filed 04/08/10 Page 2 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 54

```
 1   from the start of the nasal steroid spray,
 2   and then we will repeat the sinus views.
 3        Q    And the diagnosis, is it still
 4   sinusitis?
 5        A    Sinusitis.
 6        Q    So throughout the course of your
 7   treatment of Ms. Castanel from 2002 to the
 8   present, she's had this sinusitis, correct?
 9        A    Yes.
10        Q    All right.  During the period in
11   which you treated Ms. Castanel, did you see
12   any changes in her diagnosis after Hurricane
13   Katrina?
14        A    No.
15        Q    Did Ms. Castanel ever tell you
16   that she thought a FEMA trailer in which she
17   was living was causing symptoms?
18        A    No.
19        Q    Did you diagnose any new symptoms
20   or conditions for Ms. Castanel after
21   Hurricane Katrina?
22        A    No.
23        Q    To what do you relate
24   Ms. Castanel's recent, and by "recent," I
25   mean in December of 2009 and January of
```

Case 2:07-md-01873-KDE-MBN   Document 13233-4   Filed 04/08/10   Page 3 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 67

1    purulent appearance to it.
2         Q    And do you know whether
3    formaldehyde can worsen a rhinitis
4    condition?
5         A    I'm not familiar with that.
6         Q    Now, during the time period in
7    which Ms. Castanel lived in her trailer,
8    roughly February, March of 2006 through
9    July of 2007, assume that's the case, did
10   you ever during that time period diagnose
11   Ms. Castanel with rhinitis?
12        A    No.
13        Q    Did you diagnose her with rhinitis
14   after she had left the trailer after July of
15   '07?
16        A    On September 21st of '09, there's
17   one diagnosis of allergic rhinitis.  That's
18   the only one that I see.
19        MR. GARRISON:
20             What date was that, Doctor?
21        THE WITNESS:
22             July 21st.  We were confused on
23   whether that was a "7" or a "9."  7-21-09.
24   It looks like a "7," but it's actually a
25   "9."

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 75

```
 1      Q    All right.  By you?
 2      A    I'm not sure if it was by me or
 3 just I dictated this.  I believe this was a
 4 dictated message to be given by my nurse to
 5 Earline.
 6      Q    Okay.  And let's read the
 7 office -- Could you read the "office
 8 response," please?
 9      A    The message was -- We were
10 responding, calling her with her X-ray
11 report, and the "Office Response" was I
12 called to Earline to tell her that her sinus
13 was infected on her right side and that we
14 were starting her on a nasal steroid spray
15 for 30 days, and I'm sure I told her, to
16 tell her to continue her Zyrtec, but it's
17 not on here.  And that she would be coming
18 back to the clinic at the end of the 30 days
19 for re-examination and a re-X-ray.
20      Q    Is there also a notation relative
21 to surgery?
22      A    Yeah, we discussed that there
23 might be the possibility of a sinus surgery,
24 either a clean-out or a sinus scraping.  I
25 mean, an irrigation or a sinus scraping.
```

Case 2:07-md-01873-KDE-MBN   Document 13233-4   Filed 04/08/10   Page 5 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 79

1     MR. REICH:
2          Objection, no foundation.
3     THE WITNESS:
4          Repeat the question.
5   EXAMINATION BY MR. GARRISON:
6     Q    Would the fact that Ms. Castanel
7   treated with you on nine occasions in 2009
8   for the sinusitis, which was based on a
9   bacterial infection, would those nine
10  treatments or the increase in treatments
11  have a connection to the fact that
12  Ms. Castanel lived in a FEMA trailer from
13  February, 2006 through July of 2007?
14    MR. REICH:
15         The same objection.
16    THE WITNESS:
17         Again, I'm not familiar with the
18  complications of formaldehyde inhalation, so
19  I can't really comment on that.
20  EXAMINATION BY MR. GARRISON:
21    Q    Based on your treatment of
22  Ms. Castanel and the history given by
23  Ms. Castanel, was the sinusitis for which
24  you treated her in 2009 similar to the
25  sinusitis you treated her for from 2002 to

Case 2:07-md-01873-KDE-MBN   Document 13233-4   Filed 04/08/10   Page 6 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 80

1    the present?
2        A    Yes.
3        Q    You have testified you're not
4    familiar with the properties of
5    formaldehyde, but formaldehyde, can it cause
6    a bacterial infection in a patient?
7        MR. D'AMICO:
8             Objection, lack of foundation.
9        THE WITNESS:
10            I'm not familiar with
11   formaldehyde's problems.
12   EXAMINATION BY MR. GARRISON:
13       Q    Okay.  Let's analyze it or ask
14   about it this way.  Ms. Castanel's treatment
15   with you in 2007, 2008 and 2009 for the
16   sinusitis, that treatment was based on
17   infections from bacterial elements that
18   Ms. Castanel was exposed to, correct?
19       A    Yes.
20       Q    Given your treatment of
21   Ms. Castanel in 2006, 2007, 2008, 2009, did
22   her symptoms appear unusual or different
23   from the ordinary symptoms that people
24   experience with sinusitis?
25       MR. REICH:

Case 2:07-md-01873-KDE-MBN   Document 13233-4   Filed 04/08/10   Page 7 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)       Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 81

```
 1             Object to form.
 2    EXAMINATION BY MR. GARRISON:
 3        Q    You can answer.
 4        A    No.
 5        Q    And isn't it true that
 6    Ms. Castanel never once told you that she
 7    thought her symptoms were related to living
 8    in a FEMA unit after the hurricane?
 9        MR. REICH:
10             Objection, leading.
11        THE WITNESS:
12             She didn't tell me.
13    EXAMINATION BY MR. GARRISON:
14        Q    Plaintiffs' counsel asked you
15    about the severity of Ms. Castanel's
16    condition, the sinusitis after the
17    hurricane, and you responded to his question
18    about the frequency of visits.
19             Did the severity, in fact, the
20    severity of Ms. Castanel's condition
21    actually change in terms of her symptoms?
22        A    No.
23        Q    When discussing Ms. Castanel's
24    condition after Hurricane Katrina, you used
25    the term progression of the symptoms and the
```

Case 2:07-md-01873-KDE-MBN   Document 13233-4   Filed 04/08/10   Page 8 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)     Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 85

1    a rhinitis?
2        A    Allergic rhinitis, also.
3        Q    So Ms. Castanel was diagnosed with
4    rhinitis on October 25th, 2004, correct?
5        A    Yes.
6        Q    So Ms. Castanel did have rhinitis
7    before Hurricane Katrina, correct?
8        A    "Allergic rhinitis" is written
9    down.  Yes.
10       Q    Did Ms. Castanel tell you that she
11   worked as a housekeeper before she retired?
12       A    No.
13       Q    All right.  You were asked
14   questions about Ms. Castanel's visit to
15   Ochsner Medical Center, and I would like to
16   just ask a few questions about that.  Do you
17   have that medical record from August 2nd, I
18   believe it's 2009?
19       A    Yes.
20       Q    And based on your earlier
21   testimony, Ms. Castanel was treated for high
22   blood pressure on that visit, correct?
23       A    Correct.
24       Q    And the dizziness that
25   Ms. Castanel complained of, could that be

Case 2:07-md-01873-KDE-MBN   Document 13233-4   Filed 04/08/10   Page 9 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 86

1    related to the high blood pressure?
2         A    Yes.
3         Q    In fact, was Ms. Castanel treated
4    for sinuses on that date or was it simply
5    referenced in the history?
6         A    Referenced in the history.
7         Q    Now, the surgery that may be
8    recommended to Ms. Castanel, tell us the
9    reason for that procedure.
10        A    Well, to get the fluid out of
11   her -- The fluid that's in her sinus is a
12   thick proteinaceous fluid which needs to be
13   removed to stop the infection if the
14   medication she was given, the steroid spray
15   and the Zyrtec doesn't decongest her nose
16   internally enough to open up the sinus
17   drainage sites and allow it to drain
18   spontaneously.
19        Q    So this procedure is to remove the
20   fluid related to the sinusitis?
21        A    If it's still present.  If the
22   X-ray comes back and she still shows fluid.
23             Now, if the fluid has improved and
24   gone down, then most likely I will continue
25   with a medical therapy.  But if her frontal

Case 2:07-md-01873-KDE-MBN   Document 13233-4   Filed 04/08/10   Page 10 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 87

1   sinus still remains partially opacified and
2   the fluid level is no different, then I will
3   be obligated to get some cultures and
4   irrigate out the sinus and to scope her
5   sinus to see if there's any obstructions.
6       Q   Is this a procedure that is
7   typically done after a patient has treated
8   with you for seven, eight years with
9   complaints of sinusitis and fluid build-up?
10      A   Repeat the question again.
11      Q   Would this procedure be typical in
12  the case where the patient has treated with
13  you for seven or eight years for sinusitis
14  and is presently having some fluid build-up
15  in the nasal area?
16      MR. REICH:
17          Objection, form.  Objection, lack
18  of foundation.
19      THE WITNESS:
20          I didn't really worry about
21  getting her sinus X-rays, because she was
22  only coming in like every four to six
23  months, but her visits became more frequent,
24  and felt like we needed to look and see what
25  her X-ray of her sinuses looked like.

Page 88

1   EXAMINATION BY MR. GARRISON:
2       Q   And could Ms. Castanel's more
3   frequent visits be related to her increase
4   in age?
5       MR. REICH:
6           Objection, form.
7       THE WITNESS:
8           No.
9   EXAMINATION BY MR. GARRISON:
10      Q   Could her more frequent visits be
11  related to her sinusitis maybe being more
12  active due to exposure to bacteria?
13      MR. REICH:
14          Objection, form.  Objection, lack
15  of foundation.
16      THE WITNESS:
17          I mean, yes.
18  EXAMINATION BY MR. GARRISON:
19      Q   And if Ms. Castanel is treating
20  with you in 2009 for sinusitis, would the
21  bacteria which has caused her sinusitis be
22  bacteria she was exposed to in that year,
23  2009?
24      MR. REICH:
25          Objection, form.  Objection, lack

Case 2:07-md-01873-KDE-MBN   Document 13233-4   Filed 04/08/10   Page 12 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 89

```
 1   of foundation.
 2        THE WITNESS:
 3             There's really no way of telling
 4   that.
 5   EXAMINATION BY MR. GARRISON:
 6        Q    All right.  If Ms. Castanel moved
 7   out of her FEMA trailer in July of 2007, her
 8   treatment for sinusitis to you would not be
 9   related to bacteria to which she was exposed
10   in that FEMA trailer in 2007?
11        MR. REICH:
12             Objection, form.  Objection, lack
13   of foundation.
14        THE WITNESS:
15             You've got to repeat that one.
16   EXAMINATION BY MR. GARRISON:
17        Q    I will be happy to.
18             Ms. Castanel's treatment for you
19   in 2009 for sinusitis related to exposure to
20   bacteria, that wouldn't be related to any
21   exposure to bacteria from a FEMA trailer in
22   which Ms. Castanel lived in 2007?
23        MR. REICH:
24             The same objection.
25        MR. D'AMICO:
```

Case 2:07-md-01873-KDE-MBN Document 13233-4 Filed 04/08/10 Page 13 of 13

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 90

```
 1            Object to the form of the
 2   question.
 3       THE WITNESS:
 4            No.
 5   EXAMINATION BY MR. GARRISON:
 6       Q    That's a correct statement?
 7       A    That's a correct statement.
 8       Q    Describe for us very briefly what
 9   this surgery would entail if Ms. Castanel
10   chooses to have the sinus surgery to relieve
11   the fluid.
12       A    Well, it would have to be done
13   under a general anesthesia.  I would inject
14   some local anesthetic under her right lip to
15   gain some better hemostasis.  It would have
16   some Epinephrine mixed with a local, and
17   then I would tap a trocar into her sinus and
18   pass a four-millimeter straight endoscope
19   into the sinus to take some photos and get
20   some cultures of what's in the sinus.
21            I would then -- Her nose would be
22   sprayed down with some Afrin or something
23   before she went into the operating room.
24            In the operating room, I would put
25   some adrenaline pledgets in her nose to
```