# In the Matter of:

In re: FEMA Trailer Formaldehyde Products Liability Litigation

Earline M. Castanel, et al.

vs.

Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H.
Vol. I, March 11, 2010

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*Videoconference Center*
*50 Franklin Street*
*Boston, MA 02110*
*(617) 426-2432*
*www.doriswong.com*



EXHIBIT E

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.
Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 90

```
 1      Q.   Do you know the level of formaldehyde that
 2   was in Ms. Castanel's trailer?
 3      A.   I do not.
 4      Q.   And as you testified earlier, you don't
 5   feel like you need any additional information to
 6   provide opinions in this case?
 7           MR. TORRY:  Objection to the form.
 8      A.   If I said that, that's certainly not what I
 9   intended.  I would, again -- if more information
10   becomes available, I would certainly want to review
11   it.
12      Q.   As you sit here today, you don't know what
13   the level of formaldehyde was in Ms. Castanel's
14   trailer?
15           MR. TORRY:  Objection to the form.
16      A.   Again, what I -- specifically, no.  I've
17   discussed the level in FEMA trailers in general in
18   this report.
19      Q.   And you offered opinions in your report
20   regarding Ms. Castanel's condition and its
21   relationship to formaldehyde in her trailer without
22   knowing the level of formaldehyde in her trailer,
23   correct?
24      A.   Correct.
```

Doris O. Wong Associates, Inc.         Professional Court Reporters         617-426-2432
50 Franklin Street, Boston, MA  02110  Videoconference Center              www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)              2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 102

1    Q.  I have a question.  The question is, would
2  you disagree with this testimony -- this is Dr.
3  Bowers -- referring to Page 58, 13:  "Question:
4  With respect to Ms. Castanel's overall health, how
5  would you describe her health?  Answer:  I think her
6  health is good.
7         "Question:  The office notes we just went
8  through from October of 2003 until last week, Ms.
9  Castanel was treated on a consistent basis; would
10 that be fair to say?  Answer:  Yes, sir.
11        "Question:  Did you see any changes in Ms.
12 Castanel's condition, significant changes, during
13 that time period from 2003 to last week?"  And just
14 so you'll know, "last week" was in January of 2010.
15 "Answer:  No, I can't say that I did.
16        "Question:  Would you say that her health
17 and her symptoms remained relatively consistent
18 during the time period, that six-and-a-half, almost
19 seven-year time period?  Answer:  Yes.
20        "Question:  Actually a little more than six
21 years.  Based on a review of your medical notes and
22 your records, it appears as though Ms. Castanel
23 treated consistently for sinus problems before
24 Hurricane Katrina; is that correct?  Answer:  Yes,

Doris O. Wong Associates, Inc.          Professional Court Reporters          617-426-2432
50 Franklin Street, Boston, MA  02110    Videoconference Center              www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                 2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 103

1  sir.

2  "Question: Would it be fair to say -- did
3  you not sense or note any increase in Ms. Castanel's
4  sinus problems after Hurricane Katrina?" And Dr.
5  Bowers testified, "No."

6  Would you have any reason to disagree with
7  that testimony?

8  A. The testimony is what it is. It's not my
9  job to agree or disagree. In terms of Ms.
10  Castanel's sinus problems, obviously she gave me
11  different information.

12  Q. If the information given to Dr. Bowers is
13  accurate, and that is that Ms. Castanel did not have
14  any increase in sinus problems after Hurricane
15  Katrina or after living in a FEMA unit, would you
16  still stand by your opinions regarding the fact that
17  you believe Ms. Castanel had an exacerbation of her
18  sinusitis?

19  A. I can't answer your question. That's not
20  the information I received, so I can't give you an
21  answer.

22  Q. I want you to assume -- you're an expert.
23  I want you to make an assumption.

24  MR. TORRY: Objection to the form.

Doris O. Wong Associates, Inc.          Professional Court Reporters          617-426-2432
50 Franklin Street, Boston, MA 02110       Videoconference Center             www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                 2f9201d0-8f99-44ec-a553-0e6737375bda