UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY** | * | **SECTION "N-5"** |
| **LITIGATION** | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **MAG. JUDGE CHASEZ** |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**MAY IT PLEASE THE COURT:**

Defendants, Recreation by Design, LLC ("RBD") and Shaw Environmental, Inc. respectfully submit this Statement of Uncontested Material Facts in support of their Motion for Partial Summary Judgment Regarding Surgery-Related Claims:

1. This Multi-District Litigation is the consolidation of several state and federal toxic tort suits in which several thousand named plaintiffs claim to have inhabited emergency housing units that were provided to them by the Federal Emergency Management Agency as a result of the alleged uninhabitability of their Residences due to Hurricanes Katrina and Rita.

2. The plaintiff, Earline Castanel, resided in a travel trailer, VIN 5CZ200R2461125294, after Hurricane Katrina.

3. The unit, VIN 5CZ200R2461125294, was built in 2005.

4. Plaintiff's treating physician, Dr. Alan Bowers, a board certified doctor of internal medicine, testified that Castanel's medical condition was the same after Hurricane Katrina as it was before the storm.

5. Plaintiff's treating physician, Dr. Joseph Gautreaux, III, who is a board certified ENT (Ear, Nose, and Throat) doctor, testified that Castanel's diagnosis of sinusitis was the same before and after Hurricane Katrina.

6. Plaintiff did not tell any of her other treating physicians, including Drs. Bowers and Gautreaux, that she thought formaldehyde was causing any of her symptoms.

7. Dr. Gautreaux testified that plaintiff's rhinosinusitis symptoms might require future surgical treatment.

8. Neither Dr. Bowers nor Dr. Gautreaux has opined that plaintiff's rhinosinusitis and/or nasal surgery were caused and/or exacerbated by any alleged exposure to formaldehyde.

9. On information and belief, plaintiff underwent nasal surgery on March 31, 2010.

10. Plaintiff's expert, Dr. Lawrence Miller, does not have any opinion on the level of alleged formaldehyde exposure experienced by Castanel or whether that particular level is related to her alleged injuries.

11. Dr. Miller has offered no opinion as to whether plaintiff's sinus surgery is related to any alleged exposure to formaldehyde in her travel trailer.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com

*/s/ M. David Kurtz*
ROY C. CHEATWOOD, Bar No. 4010
M. DAVID KURTZ, Bar No. 23821
KAREN K. WHITFIELD, Bar No. 19350
CATHERINE N. THIGPEN, Bar No. 30001
Baker Donelson Bearman Caldwell
& Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Attorneys for defendant,
Shaw Environmental, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436