UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v.*<br>*RECREATION BY*<br>*DESIGN, LLC, SHAW*<br>*ENVIRONMENTAL, INC.,*<br>and *UNITED STATES OF AMERICA*<br>*THROUGH THE FEDERAL*<br>*EMERGENCY MANAGEMENT*<br>*AGENCY,* NO. 09-3251 | * * * * * * * * * | |

**************************************************************************

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON PLAINTIFF'S MENTAL ANGUISH CLAIMS**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Recreation By Design, LLC ("RBD") and Shaw Environmental, Inc. ("Shaw") who, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, respectfully submit this Partial Motion for Summary Judgment as to the Plaintiff's Mental Anguish Claims. For the reasons more fully detailed in the memorandum in support attached hereto, Defendants respectfully request that the Court dismiss Plaintiff's Mental Anguish Claims.

Pursuant to the Court's request, counsel for RBD has contacted counsel for plaintiff, and plaintiff opposes this Motion.

                              Respectfully submitted,

                               */s/ Randall C. Mulcahy*
                              LYON H. GARRISON, Bar No. 19591
                              SCOTT P. YOUNT, Bar No. 22679
                              RANDALL C. MULCAHY, Bar No. 26436
                              DARRIN L. FORTE, Bar No. 26885
                              KELLY M. MORTON, Bar No. 30645
                              GARRISON, YOUNT, FORTE
                              & MULCAHY, LLC
                              909 Poydras Street, Suite 1800
                              New Orleans, Louisiana 70112
                              Telephone: (504) 527-0680
                              Facsimile: (504) 527-0686
                              Attorneys for defendant,
                              Recreation By Design, LLC
                              Email: rmulcahy@garrisonyount.com

                               */s/ M. David Kurtz*
                              ROY C. CHEATWOOD, Bar No. 4010
                              M. DAVID KURTZ, Bar No. 23821
                              KAREN K. WHITFIELD, Bar No. 19350
                              CATHERINE N. THIGPEN, Bar No. 30001
                              Baker Donelson Bearman Caldwell
                              & Berkowitz, PC
                              201 St. Charles Avenue, Suite 3600
                              New Orleans, Louisiana 70170
                              Telephone: (504) 566-5200
                              Facsimile: (504) 636-4000
                              Attorneys for defendant,
                              Shaw Environmental, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                    */s/ Randall C. Mulcahy*
                                RANDALL C. MULCAHY, Bar No. 26436