# Transcript of the Testimony of
# Edward Halie Shwery, Ph.D.

**Date taken: March 2, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

**\*\*Note\*\***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT A

Case 2:07-md-01873-KDE-MBN   Document 13234-2   Filed 04/08/10   Page 2 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Edward Halle Shwery, Ph.D.

Page 83

1  of sleeping problems, and that when she was
2  in the trailer, she especially had fear of
3  going to sleep because of the sinus
4  difficulties, but they got better.
5      Q   Well, your statement in your
6  report says "her sleep problems resolved
7  approximately six months after living in the
8  trailer." That would mean her sleep
9  problems went away; is that correct?
10     A   Yes. The first sentence is
11 what -- This was not stated very clearly, I
12 guess. She talked about fear of going to
13 sleep.
14     Q   Right. When she was in the
15 trailer?
16     A   Yes. "I was afraid of going to
17 sleep because I didn't know if I was going
18 to suffocate" specifically, and that anxiety
19 about the onset of sleep has gone away.
20     Q   Okay. Good. And it went away six
21 months after she moved out of the trailer?
22     A   Approximately. If you can take
23 the exact statement she said. It was at
24 some point after that, it got better.
25     Q   Did Ms. Castanel ever tell you

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Edward Halie Shwery, Ph.D.

Page 84

1   that she thought formaldehyde in her trailer
2   was causing her sleep problems or her
3   breathing concerns?
4       A   No, it was really generic "living
5   in that trailer, I had trouble." I'm not
6   sure if she would be familiar in detail
7   about what formaldehyde is.
8       Q   I understand. The next section is
9   entitled "Mental Status Examination"?
10      A   Yes.
11      Q   Tell us about that, please.
12      A   You mean what it is or what I
13  found?
14      Q   What you found.
15      A   Okay.
16      Q   You can tell us what it is.
17      A   Okay. For the last one hundred
18  and, what, fifty years there has been the
19  development that we all use, physicians,
20  psychologists, psychiatrists, of a mental
21  status examination. It is the fifth part of
22  a neurological exam, and it came from
23  neurology.
24          And it is essentially what the
25  findings are here. You look at how the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Edward Halie Shwery, Ph.D.

Page 104

1   at work, problems in relationships, criminal
2   difficulty, whatever.
3           And the last one is the current
4   global adaptive functioning, which is a
5   scale from zero to 100. It allows the
6   clinician to give a snapshot of how the
7   person is doing right now.
8           That comprises the five axes.
9       Q   All right. Let's start with
10  Axis I.
11      A   Okay.
12      Q   That's the mild anxiety that you
13  noted?
14      A   You mean from the testing?
15      Q   Yes, sir.
16      A   No, no, no, no. I diagnosed her
17  as an anxiety disorder due to a specific
18  medical condition, specifically the sinus
19  and breathing problems.
20      Q   And I'm going to get to that in a
21  minute. The overall diagnosis was just mild
22  anxiety; is that correct?
23      A   She does have mild anxiety. I did
24  not diagnose it as such. I could have, for
25  example, put a secondary one under this and

Case 2:07-md-01873-KDE-MBN   Document 13234-2   Filed 04/08/10   Page 5 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Edward Halie Shwery, Ph.D.

Page 105

1   said, you know, general anxiety or anxiety
2   disorder not otherwise specified, because
3   she has been diagnosed that in the past and
4   has had that as a chronic issue in her life,
5   but it kind of comes and goes and it's not
6   debilitating right now especially for her.
7            My appreciation of the role of
8   anxiety in this woman's life is that it
9   really comes up around issues of sinus and
10  breathing difficulties.  That's when the
11  anxiety heats up, if you will.
12       Q   So under your diagnosis, you
13  didn't even indicate that Ms. Castanel has
14  mild anxiety; is that correct?
15       A   I did not, that's correct.
16       Q   Okay.  And you found no other
17  psychological conditions affecting
18  Ms. Castanel at the time of your visits with
19  her?
20       A   Correct.
21       Q   All right.  So she is basically
22  normal and healthy from a psychological
23  standpoint?
24       A   Yes.  Her primary physician,
25  Dr. Bowers, has diagnosed reoccurrence of