# Transcript of the Testimony of
# Videotaped Deposition of Alan Bowers, M.D.

**Date taken: January 13, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT B

Case 2:07-md-01873-KDE-MBN   Document 13234-3   Filed 04/08/10   Page 2 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)     Videotaped Deposition of Alan Bowers, M.D.

Page 14

1  or three months after I started practicing here.
2     Q.   The first date as far as your
3  treatment of Ms. Castanel at this facility at
4  this group I have is October 21st, 2003; is that
5  correct?
6     A.   Yes, sir.
7     Q.   All right.  Do you have an estimate
8  of when you started treating Ms. Castanel when
9  you were with Methodist?
10    A.   I would say probably around 2000.
11    Q.   Roughly 2000.  Now, I looked through
12 your medical records.  I didn't see a medical
13 questionnaire.  If you had already been treating
14 Ms. Castanel at Methodist, would it be fair to
15 say you didn't require her to fill out a
16 questionnaire for her treatment with you here?
17    A.   No.  All that -- she would have been
18 a new patient to this practice group and she
19 would have had to follow the same procedure all
20 other patients do whenever they become
21 established with us.
22    Q.   Do you have a medical questionnaire
23 in your notes?
24    A.   I don't.  I have a copy of the same
25 thing that you do.

Case 2:07-md-01873-KDE-MBN   Document 13234-3   Filed 04/08/10   Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Videotaped Deposition of Alan Bowers, M.D.

Page 32

1    Q.    And what were her complaints?
2    A.    She came in with a cold and was also
3    here to have her blood pressure checked.
4    Q.    And what were the symptoms that she
5    had with that cold?
6    A.    Well, she was complaining of some
7    fatigue, fever, night sweats, malaise and some
8    flu-like symptoms and some weight loss.  She did
9    report that she was having a yellow nasal
10   discharge and she was coughing some discolored
11   sputum and a large amount of it and she was
12   complaining of anxiety and depression and
13   nervousness which were some chronic complaints
14   for her.
15   Q.    The anxiety, depression and
16   nervousness you described as chronic, and I did
17   see repeated references to those symptoms, did
18   Ms. Castanel have an ongoing problem with this
19   nervousness and depression in 2004, 2005?
20   A.    I think Ms. Castanel has always had
21   an issue with anxiety.  She would be what most
22   people call a high strung person.
23   Q.    That's fair.  And do you remember if
24   she had those nervousness issues and depression
25   issues when you treated Ms. Castanel at

Case 2:07-md-01873-KDE-MBN   Document 13234-3   Filed 04/08/10   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Alan Bowers, M.D.

Page 33

1  Methodist Hospital?
2       A.   Definitely.
3       Q.   Yes, sir.  And was Ms. Castanel
4  receiving any medication for those issues and
5  nervousness and depression?
6       A.   She took some chlordiazepoxide for
7  that kind of on an as-needed basis and we had
8  attempted to try some daily maintenance
9  medications but they were never successful or
10 she would have certain side effects or issues
11 with taking them so we were never able to stick
12 with any one but we did try.
13      Q.   Was it a trial and error process
14 whereby you try certain medications to see how
15 Ms. Castanel would respond and then maybe take
16 her off it if she didn't have a good response?
17      A.   That's fair to say, yes.
18      Q.   Yes, sir.  Moving along, the next two
19 office notes are telephone conferences.  If you
20 don't mind, Doctor, let's go to it looks like
21 March 29th, 2006.
22      A.   Here we go, yes.
23      Q.   Let's run through this visit in a
24 little more detail.  Please tell us Ms.
25 Castanel's complaints.

Case 2:07-md-01873-KDE-MBN   Document 13234-3   Filed 04/08/10   Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Alan Bowers, M.D.

Page 34

1  A.   This patient had sustained quite a
2  significant loss during Hurricane Katrina and
3  during this visit I think things had really
4  started to get to her, and using her own words
5  she said "I got problems" and she relayed that
6  she cried every day.  She had lost everything
7  and she has more than one child and usually one
8  or the other of them can give her some trouble
9  in her own words and she stresses out about that
10 as well, but on this particular visit I do
11 remember vividly seeing her in my office and
12 seeing her very tearful describing the magnitude
13 of her loss during the hurricane in a way that
14 she could really make you feel how hollow she
15 was because everything had been taken from her.
16 All of her memories, all of her possessions,
17 everything.
18     Q.   And as I understand your testimony,
19 you have a specific recollection of this meeting
20 with Ms. Castanel?
21     A.   I definitely do.
22     Q.   And your notes are detailed as well
23 that Ms. Castanel's emotional state on this
24 date, January -- I'm sorry, March 29th, 2006 it
25 was related to the loss that she sustained from

Case 2:07-md-01873-KDE-MBN   Document 13234-3   Filed 04/08/10   Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)     Videotaped Deposition of Alan Bowers, M.D.

Page 35

```
 1   the hurricane?
 2        A.    Yes.
 3        Q.    And some of the family problems she
 4   was having?
 5        A.    Yes, sir.
 6        Q.    Did Ms. Castanel mention any other
 7   reasons that she thought she was feeling this
 8   depression on March 29th, 2006?
 9        A.    I think that pretty much covered it.
10        Q.    Yes, sir.  And you -- with your
11   specific recollection, that's your recollection
12   as well that her depression and her emotions
13   were related to her loss from the hurricane?
14        A.    Yes, sir.
15        Q.    Let's see, what were her symptoms on
16   this date?
17        A.    Well, she visibly was moved to tears
18   in my presence and she reported that she cried
19   at the drop of a hat.  She wasn't able to sleep.
20   She was constantly having worried thoughts.  She
21   still maintained her appearance and her hygiene
22   and she was not reporting any forgetfulness.
23   She was very oriented to what was supposed to be
24   happening, and she wasn't having any abnormality
25   in her thought processes.
```

Case 2:07-md-01873-KDE-MBN   Document 13234-3   Filed 04/08/10   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Alan Bowers, M.D.

Page 57

1  BY MR. GARRISON:
2      Q.   And Ms. Castanel, you've already
3  described her as vigilant in her medical
4  treatment and her appointments and her
5  personality.  She's very open.  Is she very
6  talkative with you as her physician?
7      A.   Yes.
8      Q.   Did you find during the course of
9  your treatment with Ms. Castanel -- of Ms.
10 Castanel since 2000 was she a good historian?
11     A.   Yes.
12     Q.   Did you find that she provided good
13 specific factual information regarding the onset
14 of her symptoms?
15     A.   I think she is a very detail-oriented
16 person and she is very capable in her
17 description of her symptoms.
18     Q.   Did Ms. Castanel ever say anything to
19 you during the time you treated her since 2006
20 about her FEMA trailer causing any of her
21 symptoms?
22     A.   Never once.
23     Q.   If Ms. Castanel would have said that
24 she thought that some of her symptoms were being
25 caused by her FEMA trailer, would you have made

Case 2:07-md-01873-KDE-MBN   Document 13234-3   Filed 04/08/10   Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Alan Bowers, M.D.

Page 58

```
 1   that notation in your records?
 2        MR. REICH:
 3             Object to the form.
 4        THE WITNESS:
 5             I usually try to write exactly what
 6   the patient's primary complaint is as they speak
 7   it.
 8   BY MR. GARRISON:
 9        Q.   Has Ms. Castanel ever said to you
10   that she believes exposure to formaldehyde may
11   have caused some of her symptoms?
12        A.   No, sir.
13        Q.   With respect to Ms. Castanel's
14   overall health, how would you describe her
15   health?
16        A.   I think her health is good.
17        Q.   The office notes we just went through
18   went from October of 2003 until last week and
19   Ms. Castanel treated on a consistent basis,
20   would that be fair to say?
21        A.   Yes, sir.
22        Q.   Did you see any changes in Ms.
23   Castanel's condition, significant changes during
24   that time period from 2003 to last week?
25        A.   No, I can't say that I did.
```