# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

## Date taken: February 10, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT C

```
 1    cancer?
 2        A    After I started seeing that on
 3    television and just hearing people talk.  I
 4    mean, you know, no one special talked to me,
 5    but just hearing the news and things, then I
 6    started worrying, especially since I was
 7    getting worse and worse with my sinus.
 8        Q    And when was this that you started
 9    to worry about cancer?
10        A    Oh, that's been at least about
11    four months now, three, four months I been
12    worrying about it.
13        Q    So --
14        A    It's been so bad, I started
15    worrying about it.
16        Q    Yes, ma'am.  So you started
17    worrying about cancer about three or four
18    months ago?
19        A    Yes.
20        Q    And is that the first time you
21    started worrying about cancer?
22        A    I would worry, wondering if I was
23    going to get well and this would pass me,
24    but when I hear it on the television and the
25    news, then I start worrying more.
```