# Transcript of the Testimony of
# **Edwin Peter Ganier**

**Date taken: April 1, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

*****Note*****
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

**Professional Shorthand Reporters, Inc.**
**Phone:** 504-529-5255
**Fax:** 504-529-5257
**Email:** reporters@psrdocs.com
**Internet:** www.psrdocs.com

**ORIGINAL**



in there?

A Yes.

Q And you all ran the electricity while you were living in the trailer?

A Yes.

Q Has Ms. Castanel ever mentioned any fear of cancer to you?

A Yes.

Q When did she mention that?

A Since her son died of cancer.

Q When did he die?

A I don't remember.

Q The son died before Hurricane Katrina, correct?

A Oh, yes.

Q So Ms. Castanel --

A At least 10 years, 10, 12 years ago.

Q So after Ms. Castanel's son died of cancer, she started talking to you about fear of cancer?

A Yes.

MR. GARRISON:

I think that's all I have.

Karen, do you have any questions?