# Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams

**Date taken: July 7, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT E

```
 1   cavity and pharynx.  You have several
 2   studies with the nasal cavity and pharynx.
 3   They have sufficient epi evidence for that.
 4   They generally -- it's rare, but in their
 5   overall evaluation they usually are calling
 6   it a Group 1.
 7           IARC knows there is more to come
 8   with literature, so it's very rare that in
 9   that overall evaluation it's going to limit
10   that overall evaluation.
11      Q.   As we sit here today, in your
12   review of the literature on formaldehyde
13   exposure and nasopharyngeal cancer, is there
14   a level of exposure required to say there is
15   a sufficient strength of association to say
16   that cancer is caused by exposure to
17   formaldehyde?
18      MR. PINEDO:
19           Objection; form.
20      THE WITNESS:
21           Say it again.
22   EXAMINATION BY MR. WEINSTOCK:
23      Q.   I will say it more simply.  Is
24   there a threshold level of formaldehyde that
25   one needs to be exposed to for you to opine
```

```
 1   that that cancer was caused by exposure to
 2   formaldehyde, that nasopharyngeal cancer?
 3        A.   I'm not doing specific causation.
 4        Q.   Is there a level in general that
 5   you would feel needs to be -- that someone
 6   would need to be exposed to to say, yes,
 7   that nasopharyngeal cancer can be caused by
 8   exposure to that formaldehyde?
 9        A.   I'm not doing specific causation.
10        Q.   Does that mean that any level of
11   formaldehyde can cause nasopharyngeal
12   cancer?
13        MR. PINEDO:
14             Objection; form.
15        THE WITNESS:
16             What I did say was the scientific
17   evidence shows that the DNA damage that is
18   the mechanistic requirement for the mutation
19   into a malignant transformation of a cell is
20   documented in scientific literature with
21   odds, ratios and other -- and more than one.
22   It is documented in the scientific
23   literature with studies of individuals
24   exposed as low as 40 parts per billion and
25   65 parts per billion. That tells you that
```

```
 1   in those ranges you are going to see DNA
 2   damage.  And that is certainly in general
 3   causation sufficient, according to the
 4   literature, to cause the DNA damage that can
 5   cause the malignant transformation of a cell
 6   into a -- mutation into cancer.
 7         Q.  What paper can you cite me to that
 8   shows a higher -- strike that.
 9              What paper can you cite me to that
10   shows a relative risk or a standard
11   mortality ratio greater than 1.0 for
12   exposure to formaldehyde of 40 parts per
13   billion?
14         A.  The Shaham article.  Do you need
15   protein crosslinks?  Shaham, I may not be
16   saying it right.  S-H-A-H-A-M, Bomstein,
17   Gurvich, Rashkovsky and Kaufman:
18   DNA-protein crosslinks and p53 protein
19   expression in relation to occupational
20   exposure to formaldehyde shows that you have
21   the OR, an odds ratio, of 2.5, 95 percent
22   confidence interval, 1.2 to 5.4.  And you
23   have the concentration ranges started at 40
24   parts per billion.  And he is showing you
25   having the DNA-protein crosslinks and the
```

```
 1   formaldehyde can cause respiratory tract
 2   cancers so it's not just nasopharyngeal.
 3   It's lumped all of them together.
 4              Yes, there are multiple studies,
 5   each looking at different measures of
 6   exposure that come up with the same answer
 7   that, yes, it is a cause and effect
 8   relationship between formaldehyde and upper
 9   respiratory tract cancers.
10   EXAMINATION BY MR. WEINSTOCK:
11        Q.    Between formaldehyde at an
12   exposure level of 40 parts per billion?
13        A.    There are studies at -- there is a
14   study at 40 parts per billion.  There are
15   other studies at other points, but as low as
16   40 parts per billion based on this study,
17   yes.
18        Q.    I'm not asking you to go with one
19   study or not.  I'm asking as the person that
20   reviewed this study, these studies, what
21   level are you comfortable opining
22   nasopharyngeal cancer can be caused by what
23   level of formaldehyde?
24        A.    Well, I don't think I limited
25   myself to a specific level.  I think that
```

```
 1   the evidence in the literature from
 2   epidemiological studies puts it as low as 40
 3   parts per billion.  But that's not the only
 4   studies that we have that give a numerical
 5   measure of exposure.
 6              So I'm not going to limit it to
 7   just the particular parts per billion, but
 8   that is a level that is documented to have
 9   an increased risk of upper respiratory tract
10   cancer.
11        Q.   I just want to make sure I'm clear
12   here.  Are you saying you will not
13   articulate a specific level at which the
14   epidemiological evidence is sufficient to
15   say that level of formaldehyde exposure
16   causes nasopharyngeal cancer?
17        MR. PINEDO:
18              Objection; form.
19        THE WITNESS:
20              No.  I'm saying that we have
21   evidence as low as 40 parts per billion that
22   you can have either the increased
23   observation of increased upper respiratory
24   tract cancers or the DNA-protein complex
25   breaks.  That is my opinion.
```

1    Q.   And I want to focus on, not on the
2  DNA mechanism studies, on the pure
3  epidemiology cohort or case control studies.
4  On the basis of any of those studies, would
5  40 parts per billion exposure to
6  formaldehyde be sufficient to cause
7  nasopharyngeal cancer, in your opinion?
8    A.   In my opinion -- well, my opinion
9  is based on all of the studies as well as
10  the mechanistic studies.  So my opinion, if
11  you want my causal opinion, you have to look
12  not just at epi studies, you have to look at
13  the mechanistic studies, the consistency,
14  the strength of association of both of those
15  as well as all the other parameters, the
16  biological gradient, the dose response.
17  When you ask me for my opinion, I'm not
18  going to base an opinion just on an
19  epidemiological study.
20    Q.   That's a fair response.  You are
21  correct.  Based on everything you have
22  reviewed, at what level of exposure to
23  formaldehyde is it more likely than not that
24  nasopharyngeal cancer can develop?
25    A.   Well, I haven't given that in my

```
 1   opinion.  What I have given in my opinion
 2   that it can cause upper respiratory tract
 3   cancers.  I will say that based upon the
 4   review of the literature we see as low as 40
 5   parts per billion, we see associations with
 6   the formation of the cancer or of the
 7   damage, the DNA-protein complexes or the
 8   micronuclei which -- all of the components
 9   that can cause the mutation -- do cause the
10   mutation in the cell.  That is my opinion.
11   I'm not giving a specific opinion.
12        Q.   You are not giving a specific
13   level in your opinion?
14        A.   I'm not giving -- in specific
15   causation the person who's going to make
16   specific causation will have to go back to
17   literature and use some of these parameters
18   with what he knows that particular claimant
19   is exposed to.  I am not into the business
20   of specific causation for this.  I'm into
21   the business of can this cause upper
22   respiratory tract cancer.  Yes, I want to
23   know the concentrations because I want to
24   know, and -- but I made -- my opinion is
25   general causation.
```

```
 1        Q.   If you were exposed to 40 parts
 2   per billion of formaldehyde, is it more
 3   likely than not that you will develop any of
 4   these cancers?
 5        MR. D'AMICO:
 6             Object to the form.
 7        THE WITNESS:
 8             Yeah, that's risk assessment.  And
 9   I'm not here to testify on probabilities and
10   risk assessment.  This is hard science.
11   Risk assessment is based on assumptions and
12   that's what you are asking and I don't do
13   risk assessment, for that reason.  It's not
14   hard science.
15   EXAMINATION BY MR. WEINSTOCK:
16        Q.   Doctor, saying I don't have an
17   opinion on that is fine by me.
18        A.   I will not give an opinion on risk
19   assessment.  That is not acceptable.
20        Q.   Or that.  That's a fine answer
21   too.  So as we sit here today, if I
22   understand correctly, you have not
23   formulated an opinion in your mind as to
24   what level is necessary to cause any of
25   these cancers, what level of formaldehyde
```

1  exposure; is that correct?
2       A.   I have scientific evidence as to
3  what levels individuals were exposed to
4  where there was an increased risk of cancer.
5  I'm with general causation which says, given
6  the scientific data, given the scientific
7  evidence, can formaldehyde cause upper
8  respiratory tract cancers.  Yes, based on
9  everything, not just epi, mechanistic,
10 everything, all of the information that I
11 have studied, all of the different
12 components, considerations that are required
13 to look at, the answer is my opinion is
14 formaldehyde can cause upper respiratory
15 tract cancers.
16      Q.   Can formaldehyde at one molecule
17 cause upper respiratory cancer?
18      A.   Well, you are talking about
19 theoretically.  You always as a
20 toxicologist, you want to know molecularly
21 what is the ultimate toxicant and that is --
22 when you are talking about molecular cause
23 of cancer you must consider the molecular
24 basis, which is what is the ultimate
25 toxicant and how does the ultimate toxicant