# In the Matter of:

In re: FEMA Trailer Formaldehyde Products Liability Litigation

Earline M. Castanel, et al.

vs.

Recreation By Design, LLC, et al.

---

Lawrence G. Miller, M.D., M.P.H.
Vol. I, March 11, 2010

---

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*Videoconference Center*
*50 Franklin Street*
*Boston, MA 02110*
*(617) 426-2432*
*www.doriswong.com*



EXHIBIT G

Case 2:07-md-01873-KDE-MBN   Document 13234-8   Filed 04/08/10   Page 2 of 3

In re: FEMA Trailer Formaldehyde Products Liability Litigation  
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I  
March 11, 2010

Page 54

```
 1    more pulmonary disease, but more general more
 2    recently.
 3        Q.   Fair enough.  In the earlier years you saw
 4    more patients for pulmonary disease?
 5        A.   Correct.
 6        Q.   And then in more recent years -- would that
 7    be from 1990 to 2005?
 8        A.   Somewhere in the 1990s.  I can't give you a
 9    strict cut-off.
10        Q.   -- you've treated patients as an internal
11    medicine doctor?
12        A.   That's correct.
13        Q.   Have you ever been referred patients for
14    psychiatric treatments?
15        A.   I don't think I -- no, I wouldn't be
16    referred parents.  I'm not a psychiatrist.
17        Q.   I understand.  Do you administer
18    psychological testing when you see a patient?
19        A.   Not beyond very simple testing, like a
20    mental status exam, no.  I mean, formal
21    neuropsychological testing, no.
22        Q.   What's a mental status exam?  Tell me about
23    that.
24        A.   It's just something that you commonly do in
```

Doris O. Wong Associates, Inc.  
50 Franklin Street, Boston, MA  02110  
Electronically signed by Carol H. Kusinitz (601-252-684-5046)

Professional Court Reporters  
Videoconference Center

617-426-2432  
www.doriswong.com  
2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 90

1   Q.   Do you know the level of formaldehyde that
2   was in Ms. Castanel's trailer?
3   A.   I do not.
4   Q.   And as you testified earlier, you don't
5   feel like you need any additional information to
6   provide opinions in this case?
7        MR. TORRY:  Objection to the form.
8   A.   If I said that, that's certainly not what I
9   intended.  I would, again -- if more information
10  becomes available, I would certainly want to review
11  it.
12  Q.   As you sit here today, you don't know what
13  the level of formaldehyde was in Ms. Castanel's
14  trailer?
15       MR. TORRY:  Objection to the form.
16  A.   Again, what I -- specifically, no.  I've
17  discussed the level in FEMA trailers in general in
18  this report.
19  Q.   And you offered opinions in your report
20  regarding Ms. Castanel's condition and its
21  relationship to formaldehyde in her trailer without
22  knowing the level of formaldehyde in her trailer,
23  correct?
24  A.   Correct.

Doris O. Wong Associates, Inc.
50 Franklin Street, Boston, MA 02110
Electronically signed by Carol H. Kusinitz (601-252-684-5046)

Professional Court Reporters
Videoconference Center

617-426-2432
www.doriswong.com
2f9201d0-8f99-44ec-a553-0e6737375bda