## the Family Doctors
*Where personal care is the best medicine*

| FAMILY PRACTICE | INTERNAL MEDICINE | MED PEDS |
|---|---|---|
| Lionel Bourgeois, M.D. | Candice Abuso, M.D. | Joseph Imseis, M.D. |
| Kenneth C. Coignet, M.D. | Scott J. Acosta, M.D. | William P. Newman, M.D. |
| Bertha Daniels, M.D. | Lauren Barial, M.D. | Rebecca Nguyen, M.D. |
| Steven DeLoach, M.D. | Alan Bowers, M.D. | J. Brent Wallis, M.D. |
| William M. Long, M.D. | R. Fridge Cameron, M.D. | |
| Russell J. Rawls M.D. | Elizabeth Cressy, M.D. | **Family Nurse Practioner** |
| Christopher Richards, M.D. | Constance GiStand, M.D. | Stacey Gibilterra, FNP-C |
| | Daniel Lucio, M.D. | |
| | Evelyn Magsino-Bacuta, M.D. | |
| | Sophia Morris, M.D. | |
| | Lilibeth Rochon, M.D. | |
| | Sandra L. Spedale, M.D. | |
| | Patrick Stumpf, M.D. | |
| | Susan Weyer, M.D. | |

A Division of West Jefferson Medical Center

**Patient:** EARLINE M CASTANEL  
**Gender:** Female  
**D.O.B.:** [redacted]  
**PT. Age** 76 Years  
**Med ID#:** 171027-75  

**Encounter Date:** 10/19/2006 1:08 PM  
**Physician:** Alan Bowers MD  
**Location:** Family Doctors-S-850 - 349-6450  
**Created by:** April V. Cambre,

## ALLERGIES:

| Onset/Sympt | Description | Allergy Comment |
|---|---|---|
| 06/21/2005 | Lidocaine | Neosporin |
| 06/21/2005 | Polymyxin B Sulfate | Neosporin |
| 06/21/2005 | Neomycin Sulfate | Neosporin |
| 06/21/2005 | Bacitracin | Neosporin |
| 06/21/2005 | Polymyxin B | Neosporin |
| 06/21/2005 | Gramicidin D | Neosporin |
| 06/21/2005 | Bacitracin Zinc | Neosporin |
| 03/09/2004 | Penicillins; Cephalosporins; Carbapenem; Aztreonam | |
| 03/09/2004 | Sulfa | |
| 10/21/2003 | Penicillin G Potassium | Penicillin |
| 10/21/2003 | Sulfur | Sulfur |
| 10/21/2003 | Carbomer | Sulfur |

## PROBLEM:
**CHIEF COMPLAINT:**
hypertension
gerd

## SUBJECTIVE:
Patient presents with hypertension.

Patient presents with gerd.



She also has appt today with Dr Reddy. She has pain in her R shoulder that is arthritic in nature and wants a refill "on that motrin" but since she has stomach problems I gave her relafen last.

**Chronic Conditions:**

**Hypertension 401.9**
**GERD 530.11**
**Anxiety 300.00**
**Hyperlipidemia, mixed 272**

## REVIEW OF SYSTEMS:
**CONSTITUTIONAL:**
**Patient denies the following:**
fatigue, fever, night sweats, malaise,     0

**INTEGUMENTARY:**
**Patient denies the following:**
hives,

**EYES:**
**Patient denies the following:**
visual difficulties, use of eyeglasses, use of contact lenses,

**EARS:**
**Patient denies the following:**
ear pain, discharge from ears, tinnitus,

**NOSE:**
**Patient denies the following:**
frequent colds, nasal obstruction, post nasal discharge, sinus pain,
Additional comments: chr sinus probs not any worse than usual now

**MOUTH/THROAT:**
**Patient denies the following:**
hoarseness, change in voice, sore throat,

**CARDIOVASCULAR:**
**Patient complains of or has history of the following:**
hypertension,

**Patient denies the following:**
chest pain or distress, palpitations, dyspnea,

**GASTROINTESTINAL:**
**Patient denies the following:**
nausea, vomiting, diarrhea,

## Health Maintenance:
Childhood Immunizations are up to date -
I reviewed the patient's Health Maintenance today - Alan Bowers
Last tetanus on 09/09/2005.
Last Flu shot on 10/19/2006.
Last Stress EKG done on 10/19/2004.
Last Pap Smear done on 04/01/2005.
Last Mammogram done on 04/14/2006.
Special diet: low NA?low fat/cholesterol.

Alan Bowers has reviewed and updated the past medical, social and family history.

## OBJECTIVE:

### Vital Signs:

Temperature: 98.80 by: oral   Weight: 125.00 lbs   Height: 63.00 in   Head Circumference:
Pulse:
Respiration: 15/min

### Blood Pressure:

| | Position | Location | Cuff | |
|---|---|---|---|---|
| 118/ 82 | sitting | right arm | regular | by: mignon m. hilliard |

### Pain Rating Scale: Pain rated as 0 by: patient

Patients BMI is 22.20 .

Alan Bowers

### Physical Exam:

#### General:
Patient is alert, well developed and well nourished. Patient is well kempt. Patient is in no apparent distress. Patient is relaxed.

#### Skin, Hair & Nails:
The skin is warm and dry without obvious lesions.

### HEENT:

#### Head:
Examination of the skull revealed no abnormalities.

#### Neck:
The neck is supple without thyromegaly, JVD, lymphadenopathy or carotid bruits.
Patient has good ROM of the neck, with no nuchal rigidity. Palpation of the neck reveals it to be soft and supple. Examination of the lymph nodes revealed no significant cervical or epitroclear adenopathy. There is no jugular venous distention. The thyroid is of normal size.

#### Eyes:
The sclera and conjunctiva are clear and nonicteric. The extraocular muscles appear intact. The pupils are equally round and reactive to light.

#### Ears:
Inspection of right ear revealed no abnormalities. Inspection of the left ear revealed no abnormalities. The left auditory canal is clear. Hearing in right ear is normal. Hearing in left ear is normal. The right tympanic membrane is normal with good light reflex.
The left tympanic membrane is normal with good light reflex.

#### Nose:
The nares are patent and unobstructed.

#### Mouth & Throat:
The oropharynx is benign.

### Lungs:
The chest is clear to auscultation and percussion. The breath sounds are equal bilaterally.

### Heart:
The heart reveals a regular rate and rhythm with a normal S1 and S2. There are no murmurs or gallops appreciated.

## ASSESSMENT:

# TELEPHONE/COMMUNICATION
FD-S-850 (80069000) 349-6450

*Patient Name:* **EARLINE M CASTANEL**   PCP: Bowers
Med Rec #:      171027-75
D.O.B.                                    Last Clinic Visit: 12.08.09

Call Taken by: Laura I. Alombro
Date of Call:  12/16/2009
Time of Call:  8:52 AM

Caller: **Patient**   Relationship: self
Patient Phone:   5044841408
Work Phone:      5044841408    Ext:
Type of Call:    Incoming Call
Reason for call: lab results
Other reasons:
Patient uses the following Pharmacy:
   Walgreens
   Fax: 2814122191
Additional Call Details: lab results done 12.08.09 pt 931-9560   Laura I. Alombro
Personnel Action:   All O.K.   mary c. schultz
MD Action Taken:    told pt labs were ok   Laura I. Alombro
Call task forwarded to:  mary schultz
Attempts to Contact Patient:

| Date | Time of Call | Comments | Office Personnel |
|---|---|---|---|
| 12/16/2009 | 1:08 PM | Left message on answering machine | mary c. schultz |
| 12/16/2009 | 4:05 PM | Patient contacted | Laura I. Alombro |

**Allergies:**

| Onset | Description | Reaction |
|---|---|---|
| 06/21/2005 | Lidocaine | |
| 06/21/2005 | Polymyxin B Sulfate | |
| 06/21/2005 | Neomycin Sulfate | |
| 06/21/2005 | Bacitracin | |
| 06/21/2005 | Polymyxin B | |
| 06/21/2005 | Gramicidin D | |
| 06/21/2005 | Bacitracin Zinc | |
| 03/09/2004 | Penicillins; Cephalosporins; Carbapenem; Aztreonam | |
| 03/09/2004 | Sulfa | |
| 10/21/2003 | Penicillin G Potassium | |
| 10/21/2003 | Sulfur | |
| 10/21/2003 | Carbomer | |

**Medications:**

| Start Date | Brand Name | Dose | Sig Desc |
|---|---|---|---|
| 12/08/2009 | Lipitor | 10mg | Take one tablet every day in the AM. |
| 11/04/2009 | Flexeril | 10mg | Take one tablet every 8 hours prn muscle spasm |
| 10/27/2009 | Ibuprofen | 600mg | one by mouth tid prn pain. Take with food. |
| 10/18/2009 | Verapamil Hcl | 180mg | 1 cap po qd for blood pressure |
| 09/08/2009 | Limbitrol | 12.5-5mg | Take 1 tab po q 6 hrs prn nerves |
| 05/07/2009 | Protonix | 40mg | Take one tablet by mouth in am for stomach |
| 01/03/2008 | Zyrtec | 10mg | Take one tablet daily for sinus |
| | Depo-estradiol | 1mg/ml | |
| | Lumigan | 0.03% | |
| | Meclizine Hcl | 12.5mg | 1 po bid |
| | Cosopt | 0.5%-2% | |

EXHIBIT 3



Where personal care is the best medicine

| FAMILY PRACTICE | INTERNAL MEDICINE | MED PEDS |
|---|---|---|
| Kenneth C. Coignet, M. D. | Candice Abuso, M.D. | Joseph Imseis, M.D. |
| Bertha Daniels, M.D. | Alan Bowers, M.D. | Rebecca Nguyen, M.D. |
| Steven DeLoach, M.D. | R. Fridge Cameron, M.D. | Carrie Yuen, M.D. |
| Scott Kurzer, M.D. | Elizabeth Cressy, M.D. | |
| William M. Long, M.D. | Daniel Lucio, M.D. | |
| Christopher Richards, M.D. | Patrick Stumpf, M.D. | **Family Nurse Practioner** |
| | | Stacey Gibilterra, FNP-C |

A Division of West Jefferson Medical Center

| | | | |
|---|---|---|---|
| Patient: | EARLINE M CASTANEL | Encounter Date: | 10/21/2003 10:37 AM |
| Gender: | Female | Physician: | Alan Bowers MD |
| D.O.B.: | | Location: | Family Doctors-S-850 |
| PT. Age | 73 Years | Created by: | Kristina Gurtner |
| Med ID#: | 171027-75 | | |

## ALLERGIES:

| Description | Allergy Comment |
|---|---|
| Penicillin G Potassium | Penicillin |
| Sulfur | Sulfur |
| Carbomer | Sulfur |

**PROBLEM:**
check up and flu inj.
**SUBJECTIVE:**
**Follow - up of Chronic Conditions:**
**Hypertension  401.9**
**GERD  530.11**

## REVIEW OF SYSTEMS:
A review of the patient's medical history by system provides the following assessment:

## Health Maintenance:
I reviewed the patient's Health Maintenance today - Shannon Moore
Last flu shot approx. 2002.
Breast Exam done approx. 2002.
Last Pap Smear done approx. 2002.
Last Mammogram done approx. 2002.

**OBJECTIVE:**
**Vital Signs:**
Temperature:    Weight: 119.00 lbs  .00oz.Height: 63.50 in  Head Circumference:
Pulse:
Respiration:

| Blood Pressure: | Position | Location | Cuff | |
|---|---|---|---|---|
| 110/ 64 | sitting | left arm | regular | by: Shannon Moore |

**Pain Rating Scale:**  Pain rated as  0 by : patient
Patients BMI is 20.87 .

**Physical Exam:**
EARLINE M CASTANEL                                                                 171027-75

### General:
Patient is alert, well developed and well nourished.
Patient is anxious.
Patient is consolable.
Patient is thin.

### HEENT:
#### Head:
The head is normocephalic and atraumatic.
#### Eyes:
The sclera and conjunctiva are clear and nonicteric. The extraocular muscles appear intact. The pupils are equally round and reactive to light. The fundi are benign.
#### Ears:
The ear canals are clear. The tympanic membranes are intact bilaterally.
#### Nose:
The nares are patent and unobstructed.
#### Mouth & Throat:
The oropharynx is benign.

### Lungs:
The chest is clear to auscultation and percussion. The breath sounds are equal bilaterally.

### Heart:
The heart reveals a regular rate and rhythm with a normal S1 and S2. There are no murmurs or gallops appreciated.

### Musculoskeletal:
There is no evidence clubbing, edema, or cyanosis.

### ASSESSMENT:
| Diagnosis | Icd9 Code | Description |
|---|---|---|
| 36589 | 365.89 | Glaucoma Nec |
| 30002 | 300.02 | Generalized Anxiety Dis |
| 4770 | 477.0 | Rhinitis Due To Pollen |
| 53081 | 530.81 | Reflux, Gastroesophageal |
| 4019 | 401.9 | Hypertension Nos |

### PLAN:
#### Medication:
The patient has been prescribed the following new medication(s).

| Start Date | Brand Name | | Dose | Rx Quanity | Rx Refills | Sig Desc |
|---|---|---|---|---|---|---|
| 10/21/2003 | Verapamil Hcl | | 240mg | 31 | 12 | Take one tablet daily. |
| 10/21/2003 | Protonix | 40mg | 31 | 12 | | Take one tablet by mouth in am. |
| 10/21/2003 | Tympagesic Ear | | 0.25-5-5% | 1 btl | 3 | 2 gtt in affected ear qid |
| 10/21/2003 | Chlordiazepoxide Plus | | 2.5-5mg | 30 | 3 | |
| | Cosopt | 0.5-2% | 0 | 0 | | |
| | Xalatan | 0.005% | 0 | 0 | | |
| | Alphagan | 0.2% | 0 | 0 | | |

Alan Bowers has reviewed the medication.
Plan notes: Boost/Ensure daily to get some extra weight
**Injections Ordered by MD and charted as given by Nurse:**
Depo-Medrol-80mg IM - R Gluteus Max. given by ms

Follow up: 3month(s)
Follow up: PRN

EARLINE M CASTANEL                                                                                                171027-75



Where personal care is the best medicine

| FAMILY PRACTICE | INTERNAL MEDICINE | MED PEDS |
|---|---|---|
| Lionel Bourgeois, M.D. | Candice Abuso, M.D. | Joseph Imseis, M.D. |
| Kenneth C. Coignet, M.D. | Scott J. Acosta, M.D. | Rebecca Nguyen, M.D. |
| Bertha Daniels, M.D. | Lauren Barial, M.D. | J. Brent Wallis, M.D. |
| Steven DeLoach, M.D. | Alan Bowers, M.D. | |
| William M. Long, M.D. | R. Fridge Cameron, M.D. | **Family Nurse Practioner** |
| Russell J. Rawls M.D. | Elizabeth Cressy, M.D. | Stacey Gibilterra, FNP-C |
| Christopher Richards, M.D. | Constance GiStand, M.D. | |
| | Daniel Lucio, M.D. | |
| | Evelyn Magsino-Bacuta, M.D. | |
| | Sophia Morris, M.D. | |
| | Lilibeth Rochon, M.D. | |
| | Sandra L. Spedale, M.D. | |
| | Patrick Stumpf, M.D. | |
| | Susan Weyer, M.D. | |

A Division of West Jefferson Medical Center

| | | | |
|---|---|---|---|
| Patient: | EARLINE M CASTANEL | Encounter Date: | 03/29/2006 9:48 AM |
| Gender: | Female | Physician: | Alan Bowers MD |
| D.O.B.: | ███████ | Location: | Family Doctors-S-850 - 349-6450 |
| PT. Age | 75 Years | Created by: | Kristina Gurtner |
| Med ID#: | 171027-75 | | |

## ALLERGIES:

| Onset/Sympt | Description | Allergy Comment |
|---|---|---|
| 06/21/2005 | Lidocaine | Neosporin |
| 06/21/2005 | Polymyxin B Sulfate | Neosporin |
| 06/21/2005 | Neomycin Sulfate | Neosporin |
| 06/21/2005 | Bacitracin | Neosporin |
| 06/21/2005 | Polymyxin B | Neosporin |
| 06/21/2005 | Gramicidin D | Neosporin |
| 06/21/2005 | Bacitracin Zinc | Neosporin |
| 03/09/2004 | Penicillins; Cephalosporins; Carbapenem; Aztreonam | |
| 03/09/2004 | Sulfa | |
| 10/21/2003 | Penicillin G Potassium | Penicillin |
| 10/21/2003 | Sulfur | Sulfur |
| 10/21/2003 | Carbomer | Sulfur |

## PROBLEM:
**CHIEF COMPLAINT:**
chol ck
## SUBJECTIVE:
**Patient presents with chol ck.**

"I got problems" Shes suffering mentally since she lost everything in her house-also one of her children has been giving her trouble. Shes here today to get her heart checked;"I cry everyday."

## Chronic Conditions:

### Hypertension 401.9

EARLINE M CASTANEL                                                1                                                171027-75

GERD 530.11
**Anxiety 300.00**
Hyperlipidemia, mixed 272

### REVIEW OF SYSTEMS:
**CONSTITUTIONAL:**
**Patient complains of the following:**
insomnia,
**Patient denies the following:**
fatigue, fever, night sweats, malaise, sleeping too much,   0

**EYES:**
**Patient denies the following:**
visual difficulties, use of eyeglasses, use of contact lenses,

**EARS:**
**Patient denies the following:**
ear pain, discharge from ears, tinnitus,
Additional comments: went to ENT recently and got checked out

**NOSE:**
**Patient denies the following:**
frequent colds, nasal obstruction,  sinus pain, sneezing.

**MOUTH/THROAT:**
**Patient denies the following:**
hoarseness, change in voice, sore throat,

**PULMONARY:**
**Patient denies the following:**
coughing, colored sputum, copious amounts of sputum,

**CARDIOVASCULAR:**
**Patient complains of or has history of the following:**
hypertension,

**Patient denies the following:**
history of hyperlipidemia
history of low HDL

**GASTROINTESTINAL:**
**Patient denies the following:**
nausea, vomiting,  diarrhea,

**PSYCHIATRIC:**
**Patient complains of the following:**
anxiety, depression, nervousness,   panic disorder, sleep disturbance, difficulty sleeping,  tension, interpersonal relationship difficulties,
**Patient denies the following:**
substance abuse, loss of control/violence potential, previous psychiatric problems/hospitalizations,   mood swings, picking, obsessive compulsive behaviors,

## Health Maintenance:
Childhood Immunizations are up to date -
I reviewed the patient's Health Maintenance today - Alan Bowers
Last tetanus on 09/09/2005.
Last Flu shot on 01/10/2005.

Last Stress EKG done on 10/19/2004.
Last Pap Smear done on 04/01/2005.
Last Mammogram done on 04/22/2005.
Special diet: low NA?low fat/cholesterol.

Alan Bowers has reviewed and updated the past medical, social and family history.

## OBJECTIVE:
## Vital Signs:
**Temperature:** 98.10   **Weight:** 114.00 lbs   **Height:** 63.00 in   **Head Circumference:**
**Pulse:** 68/min
**Respiration:** 15/min

| **Blood Pressure:** | Position | Location | Cuff | |
|---|---|---|---|---|
| 134/ 72 | sitting | right arm | regular | by: Crystal I. Lemoine |

**Pain Rating Scale:** Pain rated as 0 by : patient
Patients BMI is 20.24 .

Alan Bowers has reviewed the vital signs and nurses notes.

## Physical Exam:
### General:
Patient is alert, well developed and well nourished. Patient is well kempt. Patient is in no apparent distress.
Patient is relaxed.
Patient is anxious.
Patient is depressed.
Patient is sad.
Patient is thin.
### Skin, Hair & Nails:
The skin is warm and dry without obvious lesions.

## HEENT:
### Head:
The head is normocephalic and atraumatic.
### Neck:
The neck is supple without thyromegaly, JVD, lymphadenopathy or carotid bruits.
### Eyes:
The sclera and conjunctiva are clear and nonicteric. The extraocular muscles appear intact. The pupils are equally round and reactive to light.
### Ears:
The ear canals are clear. The tympanic membranes are intact bilaterally.
### Nose:
The nares are patent and unobstructed.
### Mouth & Throat:
The oropharynx is benign.

## Lungs:
The chest is clear to auscultation and percussion. The breath sounds are equal bilaterally.

### Heart:
The heart reveals a regular rate and rhythm with a normal S1 and S2. There are no murmurs or gallops

EARLINE M CASTANEL                           3                                    171027-75

appreciated.

**Mental Health:**
**Physical Appearance:**
Patient is neat.
**Behavorial Observations:**
Patient is crying/tearful.
**Orientation:**
Patient is oriented x3.
**Elicited History:**
Patient has crying spells.
Patient also has not been sleeping well.
Patient has trouble falling asleep.
There is worried thoughts..
**Speech:**
Patient's speech is normal.
**Though Content:**
Patient is has normal thought patterns.

## ASSESSMENT:

| Diagnosis | Icd9 Code | Description |
|---|---|---|
| 272.2 | 272.2 | Mixed Hyperlipidemia |
| 53081 | 530.81 | Reflux, Gastroesophageal |
| 4019 | 401.9 | Hypertension Nos |
| 2962 | 296.20 | Depression, Major |

Patient:  EARLINE M CASTANEL                    Date:   03/29/2006

## PLAN:
### Medication:

| Date Last Renewed | Brand Name | Dose | Rx Quanity | Rx Refills | Sig Desc |
|---|---|---|---|---|---|
| 01/09/2006 | Lipitor | 10mg | 30 | 3 | Take one tablet every day in the AM. |
|  | Zoloft | 50mg | 30 | 3 | Take one tablet every night at bedtime. |
| 01/09/2006 | Protonix | 40mg | 30 | 3 | Take one tablet by mouth in am. |
| 01/09/2006 | Calan Sr | 180mg | 30 | 3 |  |
|  | Desonide | 0.05% | 118ml | 1 | Apply BID prn |
| 04/22/2004 | Chlordiazepoxide Plus | 2.5-5mg | 30 | 3  1 po q 8 hrs prn |
| 10/19/2005 | Cortisporin-tc | 3.3-3-10/1 | 1 btl | 0 | 2 gtt in affected ear bid x 7 days |
| 10/19/2005 | Anaprox Ds | 550mg | 60 | 0 | Take one tablet twice a day pc |
| 11/08/2004 | Rhinocort Aqua |  | 32mcg | 1 | 0  Inhale one squirt each nostril Q hs for 7-10 days |
|  | Xalatan | 0.005% | 0 | 0 |  |
|  | Alphagan | 0.2% | 0 | 0 |  |
|  | Cosopt | 0.5%-2% | 0 | 0 |  |
|  | Depo-estradiol | 1mg/ml | 0 | 0 |  |

Alan Bowers has reviewed the medication.
**The following panel (s) were ordered:**
**Panels**
Comprehensive Metabolic Panel
Lipid Total [Care Panel #2]
**Lab Tech Comments: quest jsb**
**Hematology**

EARLINE M CASTANEL                    4                              . 171027-75

CBC Hemo & Plate w/ Diff
**Urinalysis**
Urine Auto w/o Microscope

Plan notes:  start Zoloft and stop relying JUST on Librium for nerves
Follow up: 1month(s)
Follow up: PRN

EARLINE M CASTANEL                     5                            171027-75