# Transcript of the Testimony of
# Gerald McGwin, Jr., M.S., Ph.D.

## Date taken: February 23, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT J

Case 2:07-md-01873-KDE-MBN   Document 13234-11   Filed 04/08/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Gerald McGwin, Jr., M.S., Ph.D.

Page 59

1    Because it's unfair for you to ask
2    him questions about the class certification
3    aspect of this case when he's not being
4    presented on those issues.
5         MR. YOUNT:
6              So says you.  You take your depo,
7    I will take mine.
8    EXAMINATION BY MR. YOUNT:
9         Q    Are you going rely on an abstract
10   that you can't recall the name of it, you
11   can't recall the author to change prior
12   deposition testimony that you gave under
13   oath?
14        MR. REICH:
15             Objection.  It's a misleading
16   characterization of Dr. McGwin's testimony.
17        THE WITNESS:
18             If I were going to render an
19   opinion regarding the relationship between
20   formaldehyde exposure and those particular
21   types of cancers, I would go back to my
22   office, do a thorough literature review,
23   reading the abstract as well as the entire
24   article, and then base my opinion on that
25   evidence as well as any evidence that I had

Case 2:07-md-01873-KDE-MBN   Document 13234-11   Filed 04/08/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Gerald McGwin, Jr., M.S., Ph.D.

Page 60

1    previously looked at.
2    EXAMINATION BY MR. YOUNT:
3        Q    And you have not done that since
4    you gave that deposition, correct?
5        A    That was not my instruction.
6        Q    And you have not done that?
7        A    That's correct.
8        Q    All right.  And you have no plans
9    to do that for the Castanel case; is that
10   correct?
11       A    Unless I'm asked to.
12       Q    Okay.  Would you continue to agree
13   that for people who have been exposed to
14   formaldehyde at levels up to 590 parts per
15   billion, you cannot say more probably than
16   not that exposure to those levels of
17   formaldehyde is associated with
18   nasopharyngeal cancer?
19       MR. REICH:
20           Objection.  Way beyond the scope
21   of this witness' expert report for the
22   Castanel case.
23       THE WITNESS:
24           I didn't prepare myself looking at
25   the cancer literature, so I would be