Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

                MDL NO. 1873

                SECTION "N-5"

                JUDGE ENGELHARDT

                MAG. JUDGE CHASEZ


ORAL AND VIDEOTAPED DEPOSITION OF

CHRISTOPHER T. DE ROSA M.S., Ph.D.

July 6, 2009

9:25 a.m.

201 17th Street

Suite 1700

Atlanta, Georgia


Maureen S. Kreimer, RPR, CCR-B-1379



Page 256

```
 1      Q.    Correct.  And that's only with respect to
 2   one form of cancer, which is nasopharyngeal cancer;
 3   is that correct?
 4      A.    That's primarily based on nasopharyngeal
 5   cancers, but it also references leukemias as well.
 6      Q.    With respect to leukemia, and I can quote
 7   you the language, it does not declare leukemia as a
 8   known human carcinogen, does it?
 9      A.    Leukemia is a disease, not a carcinogen.
10      Q.    Excuse me.  Formaldehyde is not declared
11   in that 2004 press release as a known human
12   carcinogen causing leukemia; correct?
13      A.    The classification of known human
14   carcinogen is based primarily on nasopharyngeal
15   cancer; however, the weight of evidence is always
16   considered in those designations.
17            And in fact, I was as I recall, at the
18   consultation in Lyons when that was discussed, and it
19   was reclassified, if I'm not mistaken, I was at that
20   particular consultation.
21      Q.    With respect to the classification of
22   formaldehyde, insofar as nasopharyngeal cancer is
23   concerned, that IARC report is predicated primarily
24   on what paper, do you know?
25      A.    There were a number of studies,
```

```
 1   occupational studies, that were conducted.
 2        Q.    The NCI occupational study authored
 3   primarily in 2003 by Hauptmann; correct?
 4        A.    I believe that's correct, yes.
 5        Q.    Have you read that paper?
 6        A.    I believe I have.
 7        Q.    Do you know the threshold where there was
 8   an excess of the standard -- or for the standard
 9   mortality ratio, an excess of deaths on which the
10   Hauptmann report concludes that it is a human
11   carcinogen?
12        A.    I believe there was a high exposure group
13   versus a low exposure group in the cohorts that were
14   studied.  I do not recall what the exposure ranges
15   were in that study.
16        Q.    Would it surprise you to know that that
17   exposure range was in excess of four parts per
18   million?
19        A.    No.  It's typically the case that because
20   of difficulty in identifying toxic effects in
21   chemicals, that high dose levels are used.  It's a
22   maximum tolerated dose.  It's a longstanding protocol
23   based on the National Toxicology Bioassay Program,
24   and also on the Bioassay Program of the Ramazzini
25   Institute in Italy that you scale back from the
```