WILLIAM D. SCOTT                                                    3/31/2010

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3                   NEW ORLEANS DIVISION
 4
 5
 6
     IN RE: FEMA TRAILER              MDL NO. 1873
 7           FORMALDEHYDE
             PRODUCTS LIABILITY       SECTION: N(5)
 8           LITIGATION
                                      JUDGE:
 9                                    ENGELHARDT
10                                    MAG: CHASEZ
11
12
13
14   *******************************************
15        Deposition of WILLIAM D. SCOTT, P.E.,
16   taken at the Law Offices of Lambert and
17   Nelson, 701 Magazine Street, New Orleans,
18   Louisiana, 70130, beginning at or about
19   11:11 a.m. on Wednesday, the 31st day of
20   March, 2010.
21   *******************************************
22
23
24
25
```

JOHNS PENDLETON COURT REPORTERS                              800 562-1285

```
 1   Q.   Okay.
 2   A.   Okay.  As -- How should I say this?
 3        As the first item after the conditioning
 4        period.
 5   Q.   Okay.
 6   A.   Okay.  We took interior and exterior
 7        tube, or active samples, and then
 8        installed passive, or badge, samplers at
 9        the conclusion of the tube sampling.
10   Q.   Okay.  The active sample that you
11        took on the 7th, look at your report, it
12        looks like you obtained a result of 48
13        parts ber billion of volume; is that
14        right?
15   A.   Correct.
16   Q.   Is it fair just to call that 48 ppb,
17        as far as a short way to describe it?
18   A.   No.  There's an important
19        distinction between, as people commonly
20        use it, ppb and ppbV.
21   Q.   Okay.
22   A.   There's an entirely different basis
23        for that calculation.
24   Q.   Okay.  So you'd like to call it 48
25        ppbV; is that right?
```