LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

February 1, 2010

**Via Hand Delivery**
Lyon H. Garrison, Esq.
Randall C. Mulcahy, Esq.
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112-4053

**Via Hand Delivery**
M. David Kurtz, Esq.
Karen K. Whitfield, Esq.
Baker, Donelson
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170

RE: FEMA Trailer Formaldehyde Products Liability Litigation
USDC, Eastern District of Louisiana; MDL No. 1873
*Relates to: Earline Castanel vs. Recreation by Design, LLC and Shaw
Civil Action No. 09-3251*

Dear Counsel:

Enclosed herewith please find a CD of Plaintiff's Expert Designations, CVs, Compensation Rates, List of Testimonies and Reports in connection with the above referenced matter.

If you have any questions regarding the foregoing, please do not hesitate to contact me or my paralegal, Magan.

With best regards, I remain

Very truly yours

Linda Nelson

LINDA J. NELSON

LJN/jrm
Enclosures
cc: Gerald E. Meunier, Esq. *(Via Email Only w/o attachments)*
    Justin I. Woods, Esq. *(Via Email Only w/o attachments)*
    Andrew D. Weinstock, Esq. *(Via Email Only w/o attachments)*
    Dennis C. Reich, Esq. *(Via Email Only w/o attachments)*
    Tara G. Todd, Esq. *(Via Email Only w/o attachments)*
    T. Christopher Pinedo, Esq. *(Via Email Only w/o attachments)*
    Raul R. Bencomo, Esq. *(Via Email Only w/o attachments)*



RECEIVED FEB 1 2010

EXHIBIT N

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 07-1873** **SECTION "N" (5)** |
| **Relates to Civil Action No. 09-3251** | | * | **JUDGE ENGELHARDT** |
| *Earline Castanel, et al. vs. Recreation by Design, LLC, et al.* | | * * | **MAGISTRATE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF EARLINE CASTANEL'S DESIGNATION OF EXPERT WITNESSES

Plaintiff, Earline Castanel, pursuant to this Honorable Court's Trial Scheduling Order dated December 28, 2009 (Doc. No. 9602) and Fed.R.Civ.P. 26(a)(2)(B), hereby file this Designation of Expert Witnesses.

Plaintiff, Earline Castanel, hereby designates the following expert witnesses:

(1) **Branscome, Lee, Ph.D., C.C.M.**

| | |
|---|---|
| Name: | Dr. Lee Branscome, Ph.D., C.C.M. Climatological Consulting Corporation |
| Address: | 7338 155th Place North Palm Beach Garden, Florida 33418 |
| Phone: | (561) 744-4889 |
| Area of Testimony: | Climatology of Air Temperature, Humidity and Weather Data for the relevant areas and time frames and related issues |
| C.V.: | See: CAST001964 |
| Compensation Rate: | See: CAST001965 |
| List of Testimonies: | See: CAST001966 – CAST001974 |
| Expert Report: | See: CAST001957 – CAST001978 |
| Three Deposition Dates: | February 5, 9, 10, 2010 * |

*Plaintiff proposes that the parties stipulate to the weather data in Dr. Branscome's report in lieu of a deposition in this regard.

(2) **Hewett, Paul, Ph.D., C.I.H.**

|  |  |
|---|---|
| Name: | Dr. Paul Hewett, Ph.D., C.I.H. |
|  | Exposure Assessment Solutions, Inc. |
| Address: | 1270 Kings Road |
|  | Morgantown, West Virginia 26508 |
| Phone: | (304) 685-7050 |

Area of Testimony: Statistics; Statistical Analysis of Air Sampling Test Results; Formaldehyde Exposure Survey of Temporary Housing Units (THUs) and an analysis of the Recreation by Design and other Formaldehyde Datasets, Formaldehyde Exposure Limits; Formaldehyde Concentration Estimations; Formaldehyde Decay Coefficient; and Additional Analysis

|  |  |
|---|---|
| C.V.: | See: PSC025265 – PSC025268 |
| Compensation Rate: | See: PSC025269 |
| List of Testimonies: | See: PSC025269 |
| Expert Report: | See: CAST002113 – CAST002175 |
| Three Deposition Dates: | February 11, 18, 25, 2010 |

(3) **Lagrange, Paul**

|  |  |
|---|---|
| Name: | Paul Lagrange |
|  | Lagrange Consulting, LLC |
| Address: | 256 Calumet Drive |
|  | Madisonville, Louisiana 70447 |
| Phone: | (985) 845-2148 |

Area of Testimony: Blower Door Testing for Air Leakage of the Thermal Envelope, Duct Blaster Testing for Air Leakage of Supply and Return Duct Work, and calculations related to BTU gain (air infiltration), and R-value of the wall and ceiling assemblies; Ventilation; Inspection and testing of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit

|  |  |
|---|---|
| C.V.: | See: PSC026031 – PSC026034 |
| Compensation Rate: | See: PSC026035 |
| List of Testimonies: | See: PSC026036 |
| Expert Report: | See: CAST002431 – CAST002685 |
| Three Deposition Dates: | February 17, 18, 19, 2010 |

(4) **Laughery, Kenneth, Ph.D.**

| | |
|---|---|
| Name: | Dr. Kenneth R. Laughery, Emeritus Professor |
| Address: | 3050 Claire Court<br>Janesville, WI 53548 |
| Phone: | (608) 754-0849 |
| Area of Testimony: | Science of human factors engineering, ergonomics, human factors methodology, human reliability, and safety and how it applies in this case, warnings, need for warnings, failure to warn, and the adequacy of warnings, lack of warnings, the consequences of failing to adequately warn of formaldehyde and dangers thereof, and industry practice and/or knowledge with regard to formaldehyde warnings. |
| CV: | See: PSC025282 – PSC025310 |
| Compensation Rate: | See: CAST001980 |
| List of Testimonies: | See: PSC025311 – PSC025313 |
| Expert Report: | See: CAST001979 – CAST001984 |
| Three Deposition Dates: | February 5, 15, 16, 2010 in Chicago, IL |

(5) **Mallet, Alexis, Jr.**

| | |
|---|---|
| Name: | Alexis Mallet, Jr.<br>First General Services of the South, Inc. |
| Address: | 103 Bradbury Crossing,<br>The Village of River Ranch<br>Lafayette, Louisiana 70508 |
| Phone: | (337) 988- 3556 |
| Area of Testimony: | Inspection and testing of the Recreation by Design unit; Design Defects; Construction Issues and jacking issues and frame issues with regard to the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit; Inspection of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit; Failure to Warn of HVAC installation issues and all related issues discussed in his report |
| C.V.: | See: PSC025314 – PSC025321 |
| Compensation Rate: | See: PSC025322 – PSC025324 |
| List of Testimonies: | See: PSC025325 – PSC025326 |
| Expert Report: | See: CAST002322 – CAST002430 |
| Three Deposition Dates: | February 26, 2010 and March 1, 2, 2010 |

(6) **McGwin, Gerald, Jr., M.S., Ph.D.**

| | |
|---|---|
| Name: | Dr. Gerald McGwin, Jr., M.S., Ph.D.<br>Center for Injury Sciences |
| Address: | 1922 7th Avenue South, Suite 120<br>Birmingham, AL 35294 |
| Phone: | (205) 975-3036 |
| Area of Testimony: | General Causation; Epidemiologic Evidence regarding Health Effects Associated with Exposure to Formaldehyde; Epidemiology and Effect of Exposure to Formaldehyde on the Elderly |
| C.V.: | See: PSC026176 – PSC026208 |
| Compensation Rate: | See: PSC026209 |
| List of Testimonies: | See: PSC026210 |
| Expert Report: | See: CAST002228 – CAST002238 |
| Three Deposition Dates: | February 17, 18, 23, 24, 25, 2010 |

(7) **Miller, Lawrence G., M.D., M.P.H.**

| | |
|---|---|
| Name: | Dr. Larry Miller, M.D., M.P.H.<br>Mediphase Venture Partners |
| Address: | 3 Newton Executive Park<br>2223 Washington Street, Suite 104<br>Newton, MA 02462 |
| Phone: | (617) 332-3408 |
| Area of Testimony: | Physician Board Certified in Internal Medicine, Pulmonary Disease and Clinical Pharmacology with an M.P.H. degree in Environmental Health to discuss actual and potential health effects for Earline Castanel's exposure to Formaldehyde and her residence in this unit |
| C.V.: | See: PSC025327 – PSC025342 |
| Compensation Rate: | See: PSC025343 – PSC025344 |
| List of Testimonies: | See: PSC025345 |
| Expert Report: | See: CAST002312 – CAST002321 |
| Three Deposition Dates: | February 16, 24, 25, 2010 in Boston, MA |

(8)   **Moore, Charles David, P.E., P.L.S.**

|  |  |
|---|---|
| Name: | Charles David Moore, P.E., P.L.S. |
|  | Freyou, Moore & Associates, Inc. |
| Address: | 1833 East Main Street |
|  | New Iberia, Louisiana 70560 |
| Phone: | (337) 365-9535 |
| Area of Testimony: | Civil Engineering; Inspection and Testing of the Recreation by Design unit; Trailer Frame and Installation Issues; Structural Issues with Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit; Inspection of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit |
| C.V.: | See: PSC025346 – PSC025348 |
| Compensation Rate: | See: PSC025349 |
| List of Testimonies: | See: PSC025346 – PSC025348 |
| Expert Report: | See: CAST002176 – CAST002201 |
| Three Deposition Dates: | February 18, 24, 25, 2010 |

(9)   **Ritter, Ervin, P.E.**

|  |  |
|---|---|
| Name: | Ervin Ritter, P.E. |
|  | Ritter Consulting Engineers Ltd. |
| Address: | 250 Ridgeway Drive, Suite C-3 |
|  | Lafayette, Louisiana 70503 |
| Phone: | (337) 984-8498 |
| Area of Testimony: | HVAC/heating system mechanical engineering; Ventilation, air infiltration, Inspection and testing of the Recreation by Design unit; indoor air quality and related Trailer Construction and Design and Installation Issues; Inspection of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit |
| C.V.: | See: PSC025350 – PSC025352 |
| Compensation Rate: | See: PSC025353 |
| List of Testimonies: | See: PSC025354 |
| Expert Report: | See: CAST002202 – CAST002227 |
| Three Deposition Dates: | February 12-25, 2010 |

(10) **Scott, William D., P.E., C.H.M.M.**

| | |
|---|---|
| Name: | William D. Scott, P.E., C.H.M.M.<br>WD Scott Group, Inc. |
| Address: | 1117 Wright Avenue<br>Terrytown, Louisiana 70056 |
| Phone: | (504) 393-7338 |
| Area of Testimony: | Air Sampling Testing Protocol; Air Sampling and Test Results; Characteristics of Formaldehyde Concentrations over time; Temperature and Humidity Effects on Formaldehyde; Formaldehyde Levels and Formaldehyde Exposure Standards; Inspection and testing of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit and Sources of Formaldehyde |
| C.V.: | See: PSC025355 – PSC025359 |
| Compensation Rate: | See: PSC025360 – PSC025361 |
| List of Testimonies: | See: PSC025362 – PSC025368 |
| Expert Report: | See: CAST001985 – CAST002001<br>Attachments: CAST00224 – CAST002311 |
| Three Deposition Dates: | Federal Jury Duty; Will Provide Dates as soon as Possible |

(11) **Shwery, Edward H., Ph.D.**

| | |
|---|---|
| Name: | Dr. Edward H. Shwery, Ph.D. |
| Address: | 315 Metairie Road, Suite 300<br>Metairie, LA 70005 |
| Phone: | (504) 833-6999 |
| Area of Testimony: | Clinical Psychology; Evaluation of Earline Castanel |
| C.V.: | See: PSC025369 – PSC025384 |
| Compensation Rate: | See: PSC025385 |
| List of Testimonies: | See: PSC025386 – PSC025391 |
| Expert Report: | See: CAST002239 – CAST002246 |
| Three Deposition Dates: | February 24, 28, 2010 and March 2, 2010 (9:00 am – 12:00 pm only) |

(12) **Smulski, Stephen, Ph.D.**

    Name:    Dr. Stephen Smulski, Ph.D.
Wood Science Specialists, Inc.

    Address:    453 Wendell Road
Shutesbury, Massachusetts, 01072
    Phone:    (413) 259-1661

    Area of Testimony:    Design Defects in Recreation by Design Unit; Material Selection; Material Audits; Component Parts; Formaldehyde Emissions from Component Parts; Inspection of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit

| | |
|---|---|
| C.V.: | See: CAST002098 – CAST002107 |
| Compensation Rate: | See: PSC025404 |
| List of Testimonies: | See: CAST002108 |
| Expert Report: | See: CAST002085 – CAST002112 |
| Three Deposition Dates: | February 8, 9, 10, 24, 25, 26, 2010 |

(13) **Williams, Patricia M., Ph.D., D.A.B.T.**

    Name:    Dr. Patricia M. Williams, Ph.D., D.A.B.T.
Environmental Toxicology Experts, LLC

    Address:    234 West William David Parkway
Metairie, Louisiana 70005
    Phone:    (504) 834-0073

    Area of Testimony:    Toxicology; General Causation of Adverse Health Effects from Exposure to Formaldehyde; Mechanism of Injury regarding Exposure to Formaldehyde and related health issues; Formaldehyde Causation of Cancers and other Chronic Health Effects; Toxicokinetics of Formaldehyde

| | |
|---|---|
| C.V.: | See: PSC025407 – PSC025437 |
| Compensation Rate: | See: PSC025438 |
| List of Testimonies: | See: PSC025439 – PSC025440 |
| Expert Report: | See: CAST002002 – CAST002084 |
| Three Deposition Dates: | February 9, 10, 23, 24, 2010; Per office policy, Dr. Williams must receive the scheduled fee for her deposition 10 days prior to the deposition. |

Plaintiff, Earline Castanel, has also provided Defendants with the reports and medical records of all of Plaintiff's treating physicians who are also experts in this case.

Defendants are to provide expert reports to Plaintiff on or before March 1, 2010.

Plaintiff also states her willingness to enter into an agreement with the defendants to exchange each Expert's file and reliance materials in advance of the deposition, provided that such agreement is made reciprocally, and in writing.

The foregoing reports and related materials have been served upon Liaison Counsel for Manufacturing Defendants and Contractor Defendants, as well as counsel for Recreation by Design, LLC.

                    Respectfully submitted,

                    **FEMA TRAILER FORMALDEHYDE**
                    **PRODUCTS LIABILITY LITIGATION**

BY:    /s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:   504/522-2304
         Facsimile:    504/528-9973
         gmeunier@gainsben.com

         /s/Justin I. Woods
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:   504/522-2304
         Facsimile:    504/528-9973
         jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas #20981820
ROBERT BECNEL, #14072
DENNIS REICH, Texas #16739600

**CERTIFICATE OF SERVICE**

I hereby certify that on ___January 29___, 2010, I mailed the foregoing document electronically to all counsel of record regarding this matter.

*/s/Linda J. Nelson*
LINDA J. NELSON (LA #9938)