## AFFIDAVIT OF PAUL HEWETT CONCERNING
## IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**STATE OF WEST VIRGINIA**
**COUNTY OF MONONGALIA**

**BEFORE ME,** the undersigned authority personally came and appeared:

**Paul Hewett, Ph.D.**

who, after being duly sworn by me, did depose and say that the information contained in the attached report is true and accurate to the best of his knowledge.

PAUL HEWETT, Ph.D.

Sworn to and subscribed before me, this 29 day of January 2010.

NOTARY PUBLIC

My commission expires July 6, 2010

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CYNTHIA S. GOFF
699 Fairchance Road
Morgantown, WV 26508
My Commission Expires July 6, 2010

EXHIBIT
P

CAST002113

**Table 8:** Descriptive statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "Morgan" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 27 | 0.003 | 0.240 | 0.068 | 0.075 | 0.056 | 0.052 | 2.798 |
| DeVany Industrial Consultants | 1 | 0.064 | 0.064 | 0.064 | 0.064 | | 0.064 | |
| FEMA CDC | 2 | 0.031 | 0.110 | 0.071 | 0.071 | 0.056 | 0.058 | 2.449 |
| Occupant | 7 | 0.015 | 0.130 | 0.089 | 0.076 | 0.042 | 0.062 | 2.158 |
| Sierra Club | 1 | 0.250 | 0.250 | 0.250 | 0.250 | | 0.250 | |
| W. D. Scott Group | 8 | 0.030 | 0.110 | 0.079 | 0.076 | 0.026 | 0.071 | 1.536 |
| Total | 46 | 0.003 | 0.250 | 0.074 | 0.079 | 0.054 | 0.059 | 2.444 |

**Table 9:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "Morgan" model units. The percent of the measurements exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%LCL | 99%UCL |
|---|---|---|---|---|---|---|---|
| Bureau Veritas | 27 | 92.6 | 72.3 | 99.5 | 88.9 | 67.4 | 98.3 |
| DeVany Industrial Consultants | 1 | 100 | 1 | 100 | 100 | 1 | 100 |
| FEMA CDC | 2 | 100 | 10 | 100 | 100 | 10 | 100 |
| Occupant | 7 | 100 | 51.8 | 100 | 85.7 | 35.7 | 99.9 |
| Sierra Club | 1 | 100 | 1 | 100 | 100 | 1 | 100 |
| W. D. Scott Group | 8 | 100 | 56.2 | 100 | 100 | 56.2 | 100 |
| Total | 46 | 95.7 | 83.0 | 99.7 | 91.3 | 76.8 | 98.2 |

**Table 10:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "Morgan" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Bureau Veritas | 27 | 0.075 | 0.049 | 0.102 | 0.086 | 0.054 | 0.195 |
| DeVany Industrial Consultants | 1 | 0.064 | | | ** | ** | ** |
| FEMA CDC | 2 | 0.071 | -1.186 | 1.327 | 0.070 | ** | ** |
| Occupant | 7 | 0.076 | 0.026 | 0.126 | 0.079 | 0.041 | 0.601 |
| Sierra Club | 1 | 0.250 | | | ** | ** | ** |
| W. D. Scott Group | 8 | 0.076 | 0.048 | 0.104 | 0.077 | 0.053 | 0.149 |
| Total | 46 | 0.079 | 0.060 | 0.098 | 0.087 | 0.064 | 0.137 |

\* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

\*\* The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).