UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC.,* and *UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY,* NO. 09-3251 | * * * * * * * * * | |

**************************************************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**MAY IT PLEASE THE COURT:**

Defendants Recreation by Design, LLC ("RBD") and Shaw Environmental, Inc. respectfully submit this Statement of Uncontested Material Facts in support of their Motion for Partial Summary Judgment relating to plaintiff's mental anguish claims:

1. This Multi-District Litigation is the consolidation of several state and federal toxic tort suits in which several thousand named plaintiffs claim to have inhabited emergency housing units

        that were provided to them by the Federal Emergency Management Agency as a result of the alleged uninhabitability of their Residences due to Hurricanes Katrina and Rita.

2.     The Plaintiff, Earline Castanel, resided in a travel trailer, VIN 5CZ200R2461125294, after Hurricane Katrina.

3.     The unit, VIN 5CZ200R2461125294, was built in 2005.

4.     Plaintiff's treating physician, Dr. Alan Bowers, board certified internal medicine doctor, testified that Castanel's medical condition was the same after Hurricane Katrina as it was before the storm.

5.     Plaintiff's treating physician, Dr. Joseph Gautreaux, III, who is a board certified ENT (Ear, Nose, and Throat) doctor, testified that Castanel's diagnosis of sinusitis was the same before Hurricane Katrina and after Hurricane Katrina.

6.     Plaintiff did not tell any of her treating physicians, including Drs. Bowers and Gautreaux, that she thought formaldehyde was causing any of her symptoms.

7.     Plaintiff did not tell any of her treating physicians, including Drs. Bowers and Gautreaux, that she feared that she would get cancer as a result of residing in her FEMA travel trailer.

8.     No expert has opined that Castanel faces a specific increased risk of cancer due to her alleged exposure to particular levels of formaldehyde in the travel trailer.

9.     Plaintiff suffered from anxiety for several years prior to residing in her travel trailer.

Respectfully submitted,

   */s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com


   */s/ M. David Kurtz*
ROY C. CHEATWOOD, Bar No. 4010
M. DAVID KURTZ, Bar No. 23821
KAREN K. WHITFIELD, Bar No. 19350
CATHERINE N. THIGPEN, Bar No. 30001
Baker Donelson Bearman Caldwell
& Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Attorneys for defendant,
Shaw Environmental, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

          */s/ Randall C. Mulcahy*
          RANDALL C. MULCAHY, Bar No. 26436