# Transcript of the Testimony of
# Earline Castanel

## Date taken: December 2, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT A

1    indicates here that you had some problems,
2    symptoms or complaints when you were in the
3    trailer.  Do you see that?  There's a whole
4    bunch of -- on C3, there's a whole bunch of
5    boxes and many of them are checked such as
6    irritation to the eyes, irritation to nasal
7    membrane inside the nose, do you see those?
8         A.   You're talking about down here?
9         Q.   Yes.  Do you see that?
10        A.   Yeah.
11        Q.   When you were in the trailer, did you
12   suffer irritation to your eyes?
13        A.   Well, when I was in the trailer,
14   after I was in there for a while, not too long,
15   then I started having my nose stopped up.  It
16   would get so stopped up like I had to go to the
17   door to see if I can catch some air, I couldn't
18   like hardly breathe.
19        Q.   So you had breathing problems?
20        A.   Yes.  My sinus.  When I get like that
21   I couldn't, I don't know, I keep going like
22   that (demonstrating), trying to catch my breath
23   because I couldn't breathe through my nose.
24        Q.   And this happened soon after you
25   moved into the trailer?

1     A.  It was like five weeks or so after I
2   got in there, four or five weeks it started
3   getting like that.
4     Q.  And when you went outside of the
5   trailer, did that relieve the symptoms?
6     A.  Well, I would stand up by the door
7   until I keep doing that (demonstrating), and
8   then I would get some of that stuff, it's A-Y-R
9   I think it is, and spray in my nose to try to
10  open it up some.  And when it opened up a
11  little bit, well, I'd go back in there.
12    Q.  So you'd experience this symptom,
13  this difficulty breathing when you were inside
14  the trailer.
15    A.  Yeah.
16    Q.  And this started happening about five
17  weeks after you moved into the trailer?
18    A.  Yeah.
19    Q.  And to relieve those symptoms, you
20  would go outside the trailer.
21    A.  Yes.
22    Q.  And when you went outside the trailer
23  it would get better?
24    A.  Not that much.
25    Q.  A little bit?

```
 1        A.  Not that much.
 2        Q.  Okay.  Besides this problem with your
 3   sinus and breathing problems, did you have any
 4   other problems that you attributed to the
 5   trailer?
 6        A.  No, I'd just feel bad sometimes, you
 7   know, start feeling bad.  I know it wasn't very
 8   comfortable, that's for sure.
 9        Q.  Understood.  And what I want to know
10   is, what specific type symptoms were present,
11   how you presented, what was the problem, was it
12   a stomachache, was it headache, was it just
13   general malaise?
14        A.  I just would feel bad, I know that.
15   And I'd get that little funny feeling and I
16   would go lay down.
17        Q.  Let me ask you, you're 79 years old;
18   is that right?
19        A.  Yes.
20        Q.  Was the illness that you were
21   experiencing when you were in the trailer
22   different than other illnesses that you were
23   suffering?
24        A.  Before I didn't have all that problem
25   with that, you know, getting like -- sometimes
```

1   I'd get like nauseated and I just thought it
2   was just one of them things.
3        Q.  And that's what I'm trying to get at,
4   was this something different, something unique
5   that you thought was being caused by the
6   trailer?
7        A.  I don't know what it was being caused
8   by, I just know I felt it.
9        Q.  So let's go through the symptoms you
10  had, sinus problems, breathing problems; is
11  that right?
12       A.  Yeah.
13       Q.  And those started about five weeks
14  after you moved in?
15       A.  Yes.
16       Q.  You had some generally just not
17  feeling well.
18       A.  Yes.
19       Q.  Anything else?
20       A.  That's about it I can think about
21  right now.
22       Q.  Did you ever suffer any irritation or
23  itching of the skin?
24       A.  Yeah.  My arm.  I have some marks
25  now, you see where it's like dry skin.  And you

Page 36

1  can see the marks right here (indicating).
2      Q.  Did that happen when you were in the
3  trailer?
4      A.  When I was in the trailer that
5  happened, you know, I would be like dry, itchy.
6      Q.  And when did that first present?
7      A.  I don't know.  I know it happened
8  while I was in there.
9      Q.  Did it happen shortly after you were
10  in there, were you in there a couple of months,
11  how long before you started presenting with dry
12  itchy skin?
13      A.  I'd say about three months or
14  something, something like that, I don't know.
15  I can't remember exactly.
16      Q.  And I understand, just the best of
17  what your recollection is.  Did you have any
18  irritation or swelling of your eyelids or your
19  lips?
20      A.  It would get a little puffy, my eye.
21      Q.  And that happened when you were in
22  the trailer?
23      A.  Yes.  And I don't know, I'd get like
24  a dry feeling, you know.  Like I said, I would
25  get like a dry feeling.  And then I would get

Page 37

1  like itchy.  And then I'd look at my arm and it
2  would be kind of a little scaly.  And when I'd
3  do like this, you know, dry.  You could see all
4  the little spots where it was.
5      Q.  And the irritation, swelling of your
6  eyelids or the puffiness that you just
7  described, how long were you in the trailer
8  before you presented with that?
9      A.  I would say around the same time I
10 was getting my sinus trouble.
11     Q.  So about five weeks?
12     A.  About the same time around up in that
13 time.
14     Q.  Is that about five weeks?  And it's
15 not an exact science, just your best
16 recollection.
17     A.  I'll say about five or six weeks,
18 something like that.
19     Q.  And I'm sorry, because I have to --
20 we have to be clear on it, so is your best
21 estimate that you started suffering the
22 irritation or swelling of your eyelids --
23     A.  Around the same time I started with
24 the sinus thing stopping up and that's when my
25 eyes started puffing and then I started feeling

```
 1   all this itchy stuff.
 2        Q.   Okay.  And you indicated earlier that
 3   your eyes or your sinus was about five weeks
 4   after you moved in?
 5        A.   Yeah.
 6        Q.   So that would be about five weeks
 7   after you started suffering the puffiness and
 8   irritation of the eyelids?
 9        A.   Yeah.  About five or six weeks,
10   something like that.
11        Q.   Did you ever suffer any headaches
12   that you associated with the trailer?
13        A.   Well, I'd get a little headache, my
14   head would hurt like right up in here
15   (indicating).
16        Q.   Were those different from headaches
17   that you had prior to moving in the trailer?
18        A.   I know they'd hurt me more than when
19   I would have a regular headache.
20        Q.   And when did you start having those
21   headaches?
22        A.   Around the same time.  Everything
23   started around the same time, around 5, 6,
24   6 1/2 weeks, around that time.
25        Q.   You also indicate that you suffered
```

```
 1   nausea, abdominal pain, diarrhea, did those
 2   symptoms start occurring about five or six
 3   weeks after you moved into the trailer?
 4        A.   It was about I would say three
 5   months.
 6        Q.   About three months after you moved
 7   in?
 8        A.   Yeah.  That's when I started getting
 9   all kind of problems.
10        Q.   If we turn to the next page of
11   Exhibit No. 2, Ms. Castanel, there are some
12   other complaints here that are marked at the
13   top of that page.  And you see it says
14   tightness of chest, throat irritation,
15   hoarseness, are those symptoms that you also
16   suffered within five or six weeks after you
17   moved into the trailer?
18        A.   I wasn't looking at the time, I just
19   know I got them, you know, I had those problems
20   after, but I didn't know exactly what, if it
21   was like two weeks, three weeks, I didn't
22   notice all of that, I just know I had them.
23        Q.   And I guess what I'm just trying to
24   do is put the best estimate date that you think
25   it was, was it one month, two months, three
```

Page 40

```
 1   months, four months after moving in?  I
 2   understand it happened a while ago.
 3        A.   I don't know exactly when.
 4        Q.   And I understand that.  What's your
 5   best estimate of when you started suffering
 6   tightness of the chest, throat irritation and
 7   hoarseness?
 8        A.   It was I'd say around the fourth
 9   month or something like that, third month,
10   fourth month.
11        Q.   Three or four months?
12        A.   Yeah.
13        Q.   And you also checked that you had an
14   upper respiratory tract infection.  Did you
15   have an upper respiratory tract infection that
16   you thought was caused by the trailer?
17        A.   I don't know.  I had a throat thing
18   and I went to my doctor and he gave me -- put
19   me in front of the heat lamp and looked at my
20   throat, put some medicine in my throat, he
21   packed my nose, he put me in front of the heat
22   lamp, he gave me a shot.
23        Q.   So when you marked upper respiratory
24   tract infection, you were talking about that
25   treatment that the doctor provided?
```