# Transcript of the Testimony of
# Dr. Patricia M. Williams

**Date taken: February 24, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT B

1   of the studies that you relied on in
2   Ms. Castanel's -- before I go there, did you
3   review any documents specifically related to
4   Ms. Castanel?
5        A.   Basically, I'm doing general
6   causation.  So, no, I'm really just -- this
7   is a fear of cancer and, at some point, they
8   will let me know which portions of the
9   general causation report, of which this
10  entire thing is a general causation report,
11  will be applicable to her.  And so --
12       MR. YOUNT:
13            Let me interrupt you.  Ms. Court
14  Reporter, will you please read back my
15  question.
16       (Requested portion of transcript read
17  back, as follows:
18       "Question:  Did you review any
19  documents specifically related to Ms.
20  Castanel?")
21  EXAMINATION BY MR. YOUNT:
22       Q.   Will you please answer my question
23  and then you can explain it.
24       A.   Right.  And I'm saying I don't
25  have any documents that I recall specific to

```
 1       A.   I'm not doing specific causation,
 2   so I do not have the specific information on
 3   Ms. Castanel, so I cannot answer that
 4   because I am not doing specific causation.
 5       Q.   Okay.  Do you know Ms. Castanel's
 6   age?
 7       A.   No, I do not.
 8       Q.   All right.  Do you know what her
 9   race is?
10       A.   No, I do not.
11       Q.   Do you know anything about her
12   prior medical condition before Hurricane
13   Katrina?
14       A.   No, I do not.
15       Q.   Do you know whether she smokes or
16   has ever smoked?
17       A.   No, I do not.
18       Q.   Do you know whether she has ever
19   been diagnosed with cancer?
20       A.   No, I do not.
21       Q.   All right.  Do you know whether
22   anybody ever smoked in her trailer?
23       A.   No, I do not.
24       Q.   Do you know what disease process
25   or injury she is claiming to have sustained
```