UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER ) | MDL NO. 07-1873 |
| FORMALDEHYDE ) | |
| PRODUCT LIABILITY LITIGATION ) | |
| ) | SECTION: N(5) |
| ) | |
| ) | JUDGE: ENGELHARDT |
| ) | MAG: Chasez |
| ) | |
| ) | |
| ) | |

**PRELIMINARY AFFIDAVIT OF PATRICIA M. WILLIAMS, PH.D.DABT
IN THE TRIAL OF EARLINE MONROE CASTANEL**

STATE OF LOUISIANA
PARISH OF ORLEANS

Before me, the undersigned notary on this day personally appeared Patricia M. Williams,

Ph.D. DABT, a person whose identity is known to me. After I administered the oath to

her, upon her oath she stated as follows:

All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

**Section 1.0 – Expert Witness Qualifications**

**1.1** My qualifications as expert witness include the following:

**Board certification: Diplomate of the American Board of Toxicology
Tulane University, School of Medicine, Department of Anatomy, Ph.D., 1983.
    Major: Anatomy;  Minor: Biochemistry
Louisiana State University in Baton Rouge; M.S. in Microbiology, 1975
Louisiana State University in Baton Rouge; B.S. in Medical Technology, 1966
Clinical Laboratory Scientist-Generalist, Louisiana License Number: G00023
Laboratory Director – CLIA Certification 19D0898394  (1993-2005)**

I am board-certified in Toxicology and a Diplomate of the American Board of Toxicology. I am a tenured Associate Professor and currently serve as Coordinator for



1

CAST002002

....The scientific literature on formaldehyde documents the causal considerations of sufficient strength of association in epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both animal and epidemiologic studies; Temporal relationships are documented for exposures of formaldehyde and its biological effects; The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by formaldehyde; Experimental evidence in animals and *in vitro* studies supplement and confirm human studies in causal determination. Therefore, the following General Causation opinion is rendered:

....A cause—effect relationship exists between formaldehyde and upper respiratory tract damage and cancer.

....A cause—effect relationship exists between formaldehyde and bronchoconstriction/asthma.

.....A cause—effect relationship exists between formaldehyde and eczema.

.....An association exists between formaldehyde and epistaxis.

.....An association exists between epistaxis and cancer of the sinuses, nasal cavity, and nasal vestibule and wall.

.....An association exists between mold exposure and nonallergic rhinitis.

....A cause—effect relationship exists between formaldehyde and leukemia.


**Section 22.0 References**

Agner T, Flyvholm M, Menne T. Formaldehyde Allergy: A Follow-up Study. Am J Contact Dermatitis 10(1):12-17, 1999.

Alavanja M, Rush G, et al., Proportionate Mortality Study of Workers in the Grain Industry. JNCI. 78(2):247-252, 1987.

American Academy of Pediatrics. Toxic Effects of Indoor Molds. Pediatrics 101(4):712-714.

American College of Occupational and Environmental Medicine. Adverse Human Health Effects Associated with Molds in the Indoor Environment. October 27, 2002.

Andersson MA, et al., Bacteria, Molds, and Toxins in Water-Damaged Building Materials. Applied and Environmental Microbiology, 63(2):387-393, 1997.

Arts JHE, Rennen MAJ, de Heer C. Inhaled formaldehyde: Evaluation of sensory irritation in relation to carcinogenicity. Regulatory Toxicology and Pharmacology 44:144-160, 2006.