# Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

### Date taken: December 3, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT D

Case 2:07-md-01873-KDE-MBN   Document 13235-5   Filed 04/08/10   Page 2 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 73

```
 1              Correct.
 2    EXAMINATION BY MR. GIEGER:
 3         Q     The answer is -- The question is
 4    very simple.  Is there a reference to that
 5    document in either Exhibit 3 or 5; "yes" or
 6    "no"?
 7         A     No, I am not doing specific
 8    causation.  I make no references to any
 9    specific medical tests done on Mr. Wright of
10    any kind.  This is a general causation
11    report.
12         Q     Oh, okay.  When you're ready,
13    let's go back to the report.  Let's
14    reference, if we can, back -- are you
15    ready -- to the reports, three and five.
16         A     Frank, hold that open.  Hold this
17    file open.  Let's get this back.  There we
18    go (handing).
19         Q     Okay.  What's the difference
20    between a cause and effect relationship and
21    an association?
22         A     Well, an association means that
23    you cannot rise to the level of the Sir
24    Bradford Hill causal considerations in the
25    strength of association or in some other
```

Case 2:07-md-01873-KDE-MBN   Document 13235-5   Filed 04/08/10   Page 3 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 74

```
 1   parameter, so that you can't give a
 2   definitive statement of cause and effect or
 3   causation.
 4          So that there may be, such as with
 5   the epistaxis, there's a tremendous amount
 6   of case reports and associations of the
 7   epistaxis with the formaldehyde, but there
 8   are no epidemiological studies that would
 9   allow me to say it is two times greater than
10   what would be expected in the general
11   population due to formaldehyde exposure with
12   the confidence intervals.  It was
13   statistically significant with confidence
14   intervals that did not include unity.
15   That's the difference.
16      Q   That's a long answer that I'm
17   going to see if I can kind of break down in
18   layman's terms to what a jury might be able
19   to understand.
20          Let me see if I can ask a
21   question.  Do I understand that your
22   testimony is that if it's only an
23   association, it doesn't meet the
24   Bradford-Hill criteria?
25      A   It doesn't -- One or more of the
```

Case 2:07-md-01873-KDE-MBN   Document 13235-5   Filed 04/08/10   Page 4 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 75

```
 1    Bradford-Hill criteria.
 2         Q    It does not meet --
 3         A    It does meet many of them, but it
 4    doesn't meet in this case, if you're talking
 5    about epistaxis, it doesn't meet the
 6    strength of association.  There are no "epi"
 7    studies at this point.
 8         Q    I'm talking about association.
 9         A    Right.
10         Q    There's a difference between
11    writing the word "association" --
12         A    Right.
13         Q    -- and the word writing "cause and
14    effect"?
15         A    That's correct.
16         Q    In order to go from association to
17    cause and effect, you need to reach two
18    times on the Bradford-Hill criteria,
19    correct?
20         A    Well, you need to have -- And, I
21    mean, you need to have -- It's not just the
22    strength of association, but you have
23    several considerations that you make.
24              It means in general terms that
25    something is lacking that would not give it
```

Case 2:07-md-01873-KDE-MBN   Document 13235-5   Filed 04/08/10   Page 5 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 76

```
 1    the statue of causation if it met all or --
 2    It doesn't have to be all, but it has to
 3    meet a significant amount for you to make
 4    the call.
 5             I am the expert.  For my purposes,
 6    it did not reach to the level that I would
 7    use, that I use, which is the Federal Court
 8    requirements, to rise to the level of
 9    causation.
10        Q    So you knew the difference between
11    association and cause and effect as you
12    wrote this report, correct?
13        A    Correct.
14        Q    And you made a conscious decision
15    as it relates to the next three categories,
16    and that is -- I'm going to mispronounce
17    this word.
18        A    What page are you on?
19        Q    Epistaxis --
20        A    That's fine.
21        Q    -- as it relates to the other two
22    categories in your report.  The last three
23    categories of your opinion, those do not
24    rise to the level of cause and effect
25    relationship?
```

Case 2:07-md-01873-KDE-MBN   Document 13235-5   Filed 04/08/10   Page 6 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 77

```
 1         MR. D'AMICO:
 2              What page are you reading?
 3         THE WITNESS:
 4              That's my expert opinion.
 5    EXAMINATION BY MR. GIEGER:
 6         Q    I'm sorry.  64.  Right.  That's
 7    your expert opinion.  It didn't rise --
 8         A    For formaldehyde.
 9         Q    Yes, ma'am, for formaldehyde.
10    That's all we're talking about in this MDL
11    is formaldehyde.
12         A    Well, no.
13         Q    Okay.  That's all I want to talk
14    about.  It may not be all the judge wants to
15    talk about.  Okay.  Let me rephrase that
16    question.
17         A    I missed something there.
18         Q    It's a lawyer thing.  Okay.  As it
19    relates to formaldehyde, right, there is no
20    association -- there's only an association
21    in those last three categories?  They do not
22    rise to the cause and effect?
23         A    I did not in my opinion give it
24    the level of causation.  I gave it at the
25    level of association.
```