Transcript of the Testimony of
# Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Date taken: January 20, 2010

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



Page 54

```
 1    from the start of the nasal steroid spray,
 2    and then we will repeat the sinus views.
 3         Q    And the diagnosis, is it still
 4    sinusitis?
 5         A    Sinusitis.
 6         Q    So throughout the course of your
 7    treatment of Ms. Castanel from 2002 to the
 8    present, she's had this sinusitis, correct?
 9         A    Yes.
10         Q    All right.  During the period in
11    which you treated Ms. Castanel, did you see
12    any changes in her diagnosis after Hurricane
13    Katrina?
14         A    No.
15         Q    Did Ms. Castanel ever tell you
16    that she thought a FEMA trailer in which she
17    was living was causing symptoms?
18         A    No.
19         Q    Did you diagnose any new symptoms
20    or conditions for Ms. Castanel after
21    Hurricane Katrina?
22         A    No.
23         Q    To what do you relate
24    Ms. Castanel's recent, and by "recent," I
25    mean in December of 2009 and January of
```

Case 2:07-md-01873-KDE-MBN   Document 13235-9   Filed 04/08/10   Page 3 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 67

```
 1    purulent appearance to it.
 2        Q    And do you know whether
 3    formaldehyde can worsen a rhinitis
 4    condition?
 5        A    I'm not familiar with that.
 6        Q    Now, during the time period in
 7    which Ms. Castanel lived in her trailer,
 8    roughly February, March of 2006 through
 9    July of 2007, assume that's the case, did
10    you ever during that time period diagnose
11    Ms. Castanel with rhinitis?
12        A    No.
13        Q    Did you diagnose her with rhinitis
14    after she had left the trailer after July of
15    '07?
16        A    On September 21st of '09, there's
17    one diagnosis of allergic rhinitis.  That's
18    the only one that I see.
19        MR. GARRISON:
20             What date was that, Doctor?
21        THE WITNESS:
22             July 21st.  We were confused on
23    whether that was a "7" or a "9."  7-21-09.
24    It looks like a "7," but it's actually a
25    "9."
```

Case 2:07-md-01873-KDE-MBN   Document 13235-9   Filed 04/08/10   Page 4 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 79

1  MR. REICH:
2        Objection, no foundation.
3  THE WITNESS:
4        Repeat the question.
5  EXAMINATION BY MR. GARRISON:
6    Q   Would the fact that Ms. Castanel
7  treated with you on nine occasions in 2009
8  for the sinusitis, which was based on a
9  bacterial infection, would those nine
10 treatments or the increase in treatments
11 have a connection to the fact that
12 Ms. Castanel lived in a FEMA trailer from
13 February, 2006 through July of 2007?
14 MR. REICH:
15       The same objection.
16 THE WITNESS:
17       Again, I'm not familiar with the
18 complications of formaldehyde inhalation, so
19 I can't really comment on that.
20 EXAMINATION BY MR. GARRISON:
21   Q   Based on your treatment of
22 Ms. Castanel and the history given by
23 Ms. Castanel, was the sinusitis for which
24 you treated her in 2009 similar to the
25 sinusitis you treated her for from 2002 to

Case 2:07-md-01873-KDE-MBN   Document 13235-9   Filed 04/08/10   Page 5 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 80

```
 1   the present?
 2       A    Yes.
 3       Q    You have testified you're not
 4   familiar with the properties of
 5   formaldehyde, but formaldehyde, can it cause
 6   a bacterial infection in a patient?
 7       MR. D'AMICO:
 8            Objection, lack of foundation.
 9       THE WITNESS:
10            I'm not familiar with
11   formaldehyde's problems.
12   EXAMINATION BY MR. GARRISON:
13       Q    Okay.  Let's analyze it or ask
14   about it this way.  Ms. Castanel's treatment
15   with you in 2007, 2008 and 2009 for the
16   sinusitis, that treatment was based on
17   infections from bacterial elements that
18   Ms. Castanel was exposed to, correct?
19       A    Yes.
20       Q    Given your treatment of
21   Ms. Castanel in 2006, 2007, 2008, 2009, did
22   her symptoms appear unusual or different
23   from the ordinary symptoms that people
24   experience with sinusitis?
25       MR. REICH:
```

Case 2:07-md-01873-KDE-MBN   Document 13235-9   Filed 04/08/10   Page 6 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)     Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 81

```
 1              Object to form.
 2      EXAMINATION BY MR. GARRISON:
 3         Q    You can answer.
 4         A    No.
 5         Q    And isn't it true that
 6      Ms. Castanel never once told you that she
 7      thought her symptoms were related to living
 8      in a FEMA unit after the hurricane?
 9              MR. REICH:
10                   Objection, leading.
11              THE WITNESS:
12                   She didn't tell me.
13      EXAMINATION BY MR. GARRISON:
14         Q    Plaintiffs' counsel asked you
15      about the severity of Ms. Castanel's
16      condition, the sinusitis after the
17      hurricane, and you responded to his question
18      about the frequency of visits.
19              Did the severity, in fact, the
20      severity of Ms. Castanel's condition
21      actually change in terms of her symptoms?
22         A    No.
23         Q    When discussing Ms. Castanel's
24      condition after Hurricane Katrina, you used
25      the term progression of the symptoms and the
```

Case 2:07-md-01873-KDE-MBN   Document 13235-9   Filed 04/08/10   Page 7 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 88

```
 1    EXAMINATION BY MR. GARRISON:
 2         Q    And could Ms. Castanel's more
 3    frequent visits be related to her increase
 4    in age?
 5         MR. REICH:
 6              Objection, form.
 7         THE WITNESS:
 8              No.
 9    EXAMINATION BY MR. GARRISON:
10         Q    Could her more frequent visits be
11    related to her sinusitis maybe being more
12    active due to exposure to bacteria?
13         MR. REICH:
14              Objection, form.  Objection, lack
15    of foundation.
16         THE WITNESS:
17              I mean, yes.
18    EXAMINATION BY MR. GARRISON:
19         Q    And if Ms. Castanel is treating
20    with you in 2009 for sinusitis, would the
21    bacteria which has caused her sinusitis be
22    bacteria she was exposed to in that year,
23    2009?
24         MR. REICH:
25              Objection, form.  Objection, lack
```

Case 2:07-md-01873-KDE-MBN   Document 13235-9   Filed 04/08/10   Page 8 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 89

```
 1    of foundation.
 2         THE WITNESS:
 3              There's really no way of telling
 4    that.
 5    EXAMINATION BY MR. GARRISON:
 6         Q    All right.  If Ms. Castanel moved
 7    out of her FEMA trailer in July of 2007, her
 8    treatment for sinusitis to you would not be
 9    related to bacteria to which she was exposed
10    in that FEMA trailer in 2007?
11         MR. REICH:
12              Objection, form.  Objection, lack
13    of foundation.
14         THE WITNESS:
15              You've got to repeat that one.
16    EXAMINATION BY MR. GARRISON:
17         Q    I will be happy to.
18              Ms. Castanel's treatment for you
19    in 2009 for sinusitis related to exposure to
20    bacteria, that wouldn't be related to any
21    exposure to bacteria from a FEMA trailer in
22    which Ms. Castanel lived in 2007?
23         MR. REICH:
24              The same objection.
25         MR. D'AMICO:
```

Case 2:07-md-01873-KDE-MBN   Document 13235-9   Filed 04/08/10   Page 9 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 90

1           Object to the form of the
2    question.
3       THE WITNESS:
4           No.
5    EXAMINATION BY MR. GARRISON:
6       Q    That's a correct statement?
7       A    That's a correct statement.
8       Q    Describe for us very briefly what
9    this surgery would entail if Ms. Castanel
10   chooses to have the sinus surgery to relieve
11   the fluid.
12      A    Well, it would have to be done
13   under a general anesthesia.  I would inject
14   some local anesthetic under her right lip to
15   gain some better hemostasis.  It would have
16   some Epinephrine mixed with a local, and
17   then I would tap a trocar into her sinus and
18   pass a four-millimeter straight endoscope
19   into the sinus to take some photos and get
20   some cultures of what's in the sinus.
21           I would then -- Her nose would be
22   sprayed down with some Afrin or something
23   before she went into the operating room.
24           In the operating room, I would put
25   some adrenaline pledgets in her nose to