# Transcript of the Testimony of
# Videotaped Deposition of Carter Paddock, M.D.

**Date taken: January 18, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***\*\*Note\*\****

All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)            Videotaped Deposition of Carter Paddock, M.D.

Page 101

1    EXAMINATION BY MR. GARRISON:
2         Q.   All right.  Based on your
3    treatment of Ms. Castanel on July 7, 2006,
4    based on the history given by Ms. Castanel
5    on July 7, 2006, about pulling grass or
6    weeds, would it be your opinion that the
7    grass or weeds caused her contact dermatitis
8    on that date?
9         MR. REICH:
10             Objection, incomplete
11   hypothetical.
12        MR. GARRISON:
13             It's not a hypothetical.
14   EXAMINATION BY MR. GARRISON:
15        Q.   You can answer.
16        MR. REICH:
17             It is, but you can answer the
18   question.
19        THE WITNESS:
20             It would be a very reasonable and
21   probable cause.
22   EXAMINATION BY MR. GARRISON:
23        Q.   Following Hurricane Katrina --
24        A.   Yes.
25        Q.   -- you did not see any aggravation

Case 2:07-md-01873-KDE-MBN   Document 13235-10   Filed 04/08/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)        Videotaped Deposition of Carter Paddock, M.D.

```
                                                    Page 102
 1    or exacerbation of Ms. Castanel's dermatitis
 2    or her eczema, correct?
 3         A.   Other than that one episode.
 4         Q.   The contact dermatitis?
 5         A.   Correct.
 6         Q.   Okay.  Notwithstanding and not
 7    considering the contact dermatitis,
 8    Ms. Castanel did not have any aggravation or
 9    exacerbation of her dermatitis or her eczema
10    following Hurricane Katrina?
11         A.   I would say no.
12         Q.   That's a correct statement?
13         A.   Correct statement.
14         MR. GARRISON:
15              That's all I have.  Thank you,
16    Doc.
17         MR. REICH:
18              I have a few questions.
19         MR. GARRISON:
20              Oh, I'm sorry.
21    EXAMINATION BY MR. REICH:
22         Q.   Doctor, would you agree that there
23    are medical experts that would have more
24    specialized knowledge concerning
25    symptomatology of a dermatological response
```