# Transcript of the Testimony of
# Videotaped Deposition of Sanjeeva Tanguturu Reddy, M.D.

**Date taken: January 26, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***\*\*Note\*\****

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com


EXHIBIT 5

Case 2:07-md-01873-KDE-MBN   Document 13235-11   Filed 04/08/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Sanjeeva Tanguturu Reddy, M.D.

Page 37

```
 1        Q.   If Ms. Castanel would have told
 2   you that, would you have noted that in your
 3   medical records?
 4        A.   Yes, I would have.
 5        Q.   Did Ms. Castanel ever tell you
 6   that she thought that her medical conditions
 7   for which you treated her were related to
 8   exposure to formaldehyde?
 9        A.   Not that I know of offhand.
10        Q.   As a board certified
11   gastroenterologist, do you know of any
12   evidence to suggest that formaldehyde might
13   cause the conditions for which you treated
14   Ms. Castanel?
15        A.   Not that I know of.
16        Q.   In fact, in your practice and in
17   your education, you have never seen any
18   medical evidence that would support the
19   notion or contention that formaldehyde could
20   cause the conditions for which you treated
21   Ms. Castanel?
22        A.   No, not that I know of.
23        Q.   That is a correct statement?
24        A.   Yes, that is a correct statement.
25        MR. GARRISON:
```