# Transcript of the Testimony of
# **Videotaped Deposition of Marilu O'Byrne, M.D.**

## **Date taken: February 17, 2010**

## **In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

### ***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# **Professional Shorthand Reporters, Inc.**

**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

EXHIBIT

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Marilu O'Byrne, M.D.

Page 73

1          In your experience based on your

2     testimony, there would have to be a strong

3     smell of formaldehyde to cause symptoms in

4     the eyes?

5          MR. PINEDO:

6               Objection.  Form.

7          THE WITNESS:

8               I think it has to be a significant

9     amount of fumes.  I mean, there has to be a

10    significant level, but I don't know what

11    those levels are but I would assume yes.

12    EXAMINATION BY MR. GARRISON:

13         Q.   You were asked a lot about

14    possibilities.  I'm more concerned about

15    more probable than not.  Based on your

16    treatment of Ms. Castanel, did you see any

17    objective medical evidence that she had

18    irritation in her eyes from exposure to

19    formaldehyde?

20         A.   I did not think so during those

21    last couple of years.  I really thought it

22    was allergies and that's how I treated it.

23         Q.   And you testified that you can

24    distinguish between symptoms related to

25    allergies and that of a chemical because

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Marilu O'Byrne, M.D.

Page 74

1    chemicals are more of an irritant; is that

2    correct?

3        A.   Yes.

4        Q.   And that's based on your experience

5    as a board certified doctor?

6        A.   Yes.

7        Q.   Would exposure to chemicals in 2007

8    cause itching in a person's eyes in 2009?

9        A.   It would be highly unlikely two

10   years later.

11       MR. GARRISON:

12            That's all I have.

13   EXAMINATION BY MR. PINEDO:

14       Q.   You were asked about exposures and

15   levels of exposures.  For example, you

16   couldn't tell me whether or not five parts

17   per million of formaldehyde is a

18   significant, high, or low --

19       A.   No.

20       Q.   -- level of formaldehyde, could

21   you?

22       A.   I could not.  I do not have that

23   knowledge.

24       Q.   And you could not tell me whether

25   or not that equates with what has been

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport