UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| | * | |
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *EARLINE CASTANEL, ET AL v .* | * | |
| *RECREATION BY* | * | |
| *DESIGN, LLC, SHAW* | * | |
| *ENVIRONMENTAL, INC.,* | * | |
| *and UNITED STATES OF AMERICA* | * | |
| *THROUGH THE FEDERAL* | * | |
| *EMERGENCY MANAGEMENT* | * | |
| *AGENCY,* NO. 09-3251 | * | |

*************************************************************************

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**MAY IT PLEASE THE COURT:**

Defendants Recreation by Design, LLC ("RBD") and Shaw Environmental, Inc. ("Shaw")

respectfully submit this Statement of Uncontested Material Facts in support of their Motion for

Summary Judgment on Causation:

1.      This Multi-District Litigation is the consolidation of several state and federal toxic tort suits
        in which several  thousand named plaintiffs claim to have inhabited emergency housing units

that were provided to them by the Federal Emergency Management Agency as a result of the alleged uninhabitability of their Residences due to Hurricanes Katrina and Rita.

2.    The Plaintiff, Earline Castanel, resided in a travel trailer, VIN 5CZ200R2461125294, after Hurricane Katrina.

3.    The unit, VIN 5CZ200R2461125294, was built in 2005.

4.    Plaintiff's treating physician, Dr. Allen Bowers, a board certified doctor of internal medicine, testified that Castanel's medical condition was the same after Hurricane Katrina as it was before the storm.

5.    Plaintiff's treating physician, Dr. Joseph Gautreaux, III, who is board certified in ENT (Ear, Nose, and Throat), doctor, testified that Castanel's diagnosis of sinusitis was the same before and after Hurricane Katrina.

6.    Plaintiff did not tell any of her other treating physicians, including Drs. Bowers and Gautreaux, that she thought formaldehyde was causing any of her symptoms.

7.    Plaintiff did not tell any of her treating physicians, including Drs. Bowers and Gautreaux, that she feared that she would get cancer as a result of residing in her FEMA travel trailer.

8.    No expert has opined that Castanel faces a specific increased risk of cancer due to her particular levels of alleged exposure to formaldehyde in the travel trailer.

9.    Plaintiff suffered from anxiety for several years prior to residing in her travel trailer.

10.   Dr. Patricia Williams does not give any opinions on the level of alleged formaldehyde exposure experienced by Castanel and whether that particular level is related to her alleged injuries.

11.   Dr. Lawrence Miller does not have any opinion on the level of alleged formaldehyde exposure experienced by Castanel or whether that particular level is related to her alleged injuries.

12.   Dr. Edward H. Shwery does not have any opinion on the level of alleged formaldehyde exposure experienced by Castanel or whether that particular level is related to her alleged injuries.

13.   Dr. Williams is only attempting to provide a general causation opinion.

14.   Dr. Miller does not know if Castanel is allergic to formaldehyde.

15.   Dr. Miller is presenting specific causation testimony, not general causation testimony.

Respectfully submitted,

_____*/s/ Randall C. Mulcahy*_____
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com


_____*/s/ M. David Kurtz*_____
ROY C. CHEATWOOD, Bar No. 4010
M. DAVID KURTZ, Bar No. 23821
KAREN K. WHITFIELD, Bar No. 19350
CATHERINE N. THIGPEN, Bar No. 30001
Baker Donelson Bearman Caldwell
& Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Attorneys for defendant,
Shaw Environmental, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

_____*/s/ Randall C. Mulcahy*_____
RANDALL C. MULCAHY, Bar No. 26436