UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION "N-5"

                                      JUDGE ENGELHARDT
                                      MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that John Perry be appointed as Mediator in this litigation in order to facilitate settlement discussions in connection with the plaintiffs' claims against the defendant Recreation by Design, and for the purposes of exploring the potential for global settlement as to any and all other defendant manufacturers in this MDL;

IT IS FURTHER ORDERED that the allocation of the fees for Mr. Perry's services is deferred until a later time, to be resolved by agreement of the participating parties and counsel or, if necessary, by the Court; and

IT IS FINALLY ORDERED that John Perry shall report directly to the Court on the progress of these settlement negotiations.

THIS DONE the __8th__ day of April, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT