Effective 4/10/06          **FINANCIAL & CIVIL ALLOTMENT SHEET**          Receipt No.: 375950
                                                                          Deputy Clerk: ___

APR - 7 2010

ACCOUNT CODE:                                           REGISTRY FUND:

6855XX Accounts                                         604700 Accounts
_____ - Restitution                                    _____ - Cash Bonds
_____ - U.S. Postal Service Forms                      _____ - Land Condemnation
_____ - Petty Offense                                  _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
   _____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
   _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
              085000 - $5.00 / 510000 - $10.00
      FILING FEES
   _____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
   _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
              086900 - $20.00 / 510000 - $19.00
   _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
   __X__  - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
   _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
      COPY FEES
   _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
   _____ - Copies (.50 per page - # of pages _____) 322350
   _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
   _____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
      MISCELLANEOUS ACCOUNTS
   _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
   _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
   _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
   _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
   _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
              Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
   _____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
   _____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
   _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

   RECEIVED FROM (FIRM): Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
   CASE NUMBER: 07-1873                    SECTION: N-5
   CASE TITLE: In Re: FEMA Trailer Formaldehyde Products Liability Litigation

   PAYMENT OF   [ 455 . 00 ]   CASH ____   CHECK __X__   MONEY ORDER ____
                               SEAMAN ____ PAUPER ____   NON CASH ____

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

   _____ 1. Cases requiring immediate action        _____ 6. Habeas Corpus & Other Convictions
              by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
              Orders to Show Cause, etc.             _____ 7. Petitions for Stay of Execution
   _____ 2. Class Action                                       Death Sentence
   _____ 3. Antitrust                               _____ 8. Social Security Case
   _____ 4. Patent, Trademark, Copyright            _____ 9. All Others
   _____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?     _____ Yes _____ No
Is this a RELATED CASE?          _____ Yes _____ No      Attorney of Record