IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                    SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Catherine A. Mayes and James W. Mayes v*
*Allen Camper Manufacturing Company, et al*
Case No. 2:10-cv-474
_____

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFFS**
_____

COME NOW PLAINTIFFS, through undersigned counsel, and hereby give notice of Plaintiffs' voluntary dismissal without prejudice of their claims in the above referenced action against all Defendants pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(I):

　　　　1.　　Catherine A. Mayes

　　　　2.　　James W. Mayes

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to Dismiss Without Prejudice Plaintiffs Catherine A. Mayes and James W. Mayes

Respectfully submitted this the  9  day of April, 2010.

　　　　　　　　　　　　　　　　　　　　　　　By:     *s / Rose M. Hurder*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

      I hereby certify that on April 9, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 *s / Rose M. Hurder*
                                                   Rose M. Hurder