UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL NO. 1873** <br><br> **SECTION N (5)** |
| **THIS DOCUMENT RELATES TO** *Banks v. Champion Home Builders Co., et al* *Case No. 09-6064* | * * * | **JUDGE ENGELHARDT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Jasmine Banks, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of plaintiff's voluntary dismissal, without prejudice, of the complaint in its entirety as plaintiff is named in *Williams, et al, v. Champion Home Builders Co., et al, 09-5708 (E.D. LA 2009).*

Accordingly, Named Plaintiff seeks to voluntarily dismiss the above captioned matter, while reserving the rights and allegations in *Williams, et al, v. Champion Home Builders Co., et al, 09-5708 (E.D. LA 2009).*

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.