UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 <br><br> SECTION "N-5" <br><br><br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: <br> *EARLINE CASTANEL, ET AL v. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC.,* and UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY, NO. 09-3251 | * * * * * * * * * * | |

**************************************************************************

### DEFENDANT RECREATION BY DESIGN, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S FAILURE TO WARN CLAIM

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Recreation By Design, LLC ("RBD"), who, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, respectfully submits this Motion for Partial Summary Judgment. For the reasons more fully detailed in the memorandum in support attached hereto, RBD respectfully request that the Court dismiss Plaintiff's claims regarding RBD's duty to warn.

Pursuant to the Court's request, counsel for RBD has contacted counsel for plaintiff, and

plaintiff opposes this Motion.

        Respectfully submitted,

        */s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

        */s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436