David Lawrence Porter                                            July 8, 2009
                          Washington, DC

                                                                            1

1                    UNITED STATES DISTRICT COURT
2                       DISTRICT OF LOUISIANA
3                        NEW ORLEANS DIVISION
4    In Re:  FEMA Trailer      )
5    Formaldehyde Products     ) MDL No. 1873
6    Liability Litigation      )
7
8                                   Washington, D.C.
9                                   Wednesday, July 8, 2009
10   Videotape Deposition of DAVID LAWRENCE PORTER, called
11   for examination by counsel for Plaintiffs in the
12   above-entitled matter, the witness being duly sworn
13   by CHERYL A. LORD, a Notary Public in and for the
14   District of Columbia, taken at the offices of NELSON
15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution
16   Avenue N.W., Suite 900, Washington, D.C., at
17   9:17 a.m., and the proceedings being taken down by
18   Stenotype by CHERYL A. LORD, RPR, CRR.
19
20
21
22

EXHIBIT A

David Lawrence Porter                                                                                                        July 8, 2009
Washington, DC

22

```
 1      Q.    Okay.
 2      A.    There probably was more, but I'm not
 3   really sure what now.
 4      Q.    And where do you remember these
 5   specifically travel trailers being set up for
 6   disaster victims in the period from '93 to '97?
 7            Which states, which locations?
 8      A.    I think Kentucky, Florida, I think
 9   California.  The Midwest floods, I think I was in
10   Iowa, Kansas.  I think I was in Missouri.  I think
11   Minnesota.  I think Georgia.  I think some parts of
12   Alabama and some parts of Louisiana after Andrew.  I
13   think Texas, I think.
14            I think maybe New Mexico.  I'm not sure
15   when I went there.  I think I was on -- I was on the
16   Indian reservation, but I'm not sure when.
17      Q.    Okay.  You moved around quite a bit?
18      A.    Yeah.
19      Q.    In any of the -- oh, and tell me if you
20   recall the names of the companies or contractors
21   which were hired to deliver and set up travel
22   trailers.
```

David Lawrence Porter
Washington, DC
July 8, 2009

56

1  and the telephone systems were down, so you had to --
2  if I can get through, I would call D.C., if I can get
3  through and let them know, or sometimes Brad would
4  have meetings with the different IA/TACS there, and
5  so they would hear what the priorities are, and if
6  they needed to get resources there, then they got
7  resources to those areas.
8       Q.   All right.  So you didn't -- you didn't
9  actually take part -- during that month or so, you
10 didn't take part in setting up units or seeing units
11 set up --
12      A.   No.
13      Q.   -- going in units, airing them out, none
14 of that?
15      A.   No.
16      Q.   Okay.  Do you remember the identities of
17 any manufacturers or vendors for the setup of units
18 that you became aware of during that --
19      A.   For vendors that were setting up units,
20 when I got there, you had -- you had Fluor, Bechtel,
21 CH2M Hill, and Shaw.  They were the primary.
22      Q.   M-hm.  What -- again, we're just talking

```
 1              When you say, the notice is usually pasted
 2    in a visible area, are you referring to the notice
 3    from the manufacturers that you talked about in the
 4    first sentence?
 5         A.    Yes, yes.
 6         Q.    And you already described for us that
 7    sometimes you would see notices sometimes pasted,
 8    sometimes not, but in different units, and that's the
 9    same kind of notice you're talking about here?
10         A.    Yeah.
11               That's what I think I'm talking about.
12         Q.    Okay.  And just so I'm clear:  Today you
13    have no recollection that any of those notices dealt
14    with formaldehyde.
15               True?
16               MR. BONE:  Objection.
17               BY MR. MEUNIER:
18         Q.    Today.
19         A.    I do not know what was on the notices.
20         Q.    Okay.  Now, the second part of the
21    sentence here says, prior to the units being
22    considered RFO -- and that's ready for occupancy.
```

1    A.    M-hm.

2    Q.    -- the contractor has already aired the
3    unit out.

4          Tell me on what basis you were saying to
5    Mary Martinet that the contractor would have aired
6    the unit out before it was ready for occupancy?

7    A.    It's consistent with what I told you
8    earlier.

9          When I went into the units or when I was
10   on the staging, the units -- would open the windows,
11   walk through the unit, and even when they're set up,
12   turn on the air condition, open all the windows, and
13   things like that, and, you know, when you leave it,
14   you turn it off, let the unit breathe.

15   Q.    Yes, sir.

16         You -- you told me about before when you
17   would do that on occasion.

18         My question is, on what basis are you
19   telling Mary Martinet in March of '06 that the
20   contractor would have aired the unit out before it
21   was made ready for occupancy?

22   A.    I was doing it -- I was answering this on

1    with that mail.

2        A.    M-hm.

3        Q.    -- that you were not involved with and

4    have no information about new specs that went into

5    effect regarding travel trailers for Katrina victims,

6    specifically on the subject of testing for

7    formaldehyde?

8        A.    For this email, I did not write the specs.

9        Q.    My question was broader than that.

10            Whether you wrote them or not, were you

11   aware of new specs being put into place specifically

12   to allow for testing for formaldehyde levels?

13       A.    I do not recall those specs.  I don't

14   remember them.

15       Q.    You see, then, Garratt responds to Ryan

16   Buras, and again, he copies you on the email, and

17   because Buras has been talking about HUD standards --

18       A.    M-hm.

19       Q.    -- which you know that HUD standards for

20   formaldehyde emissions at this point in time were

21   only applied to manufactured housing and not to

22   travel trailers?

116

```
 1                Were you aware of that?
 2      A.    The HUD standards?
 3      Q.    HUD standards for -- for formaldehyde.
 4      A.    I know the HUD regulations here?
 5      Q.    Yes.
 6      A.    HUD regulates anything related to the
 7  manufactured homes.
 8      Q.    Right.
 9            But not travel trailers?
10      A.    Not travel trailers and not park models.
11      Q.    Okay.  So Garratt in this email response
12  to Buras copied to you says:  So did any TT, slash,
13  PM -- and we can assume that refers to travel
14  trailer, park model -- manufacturers voluntarily
15  comply with HUD standards?
16            Let me stop there.
17            Were you aware of there ever being an
18  occasion on which travel trailer or park model
19  manufacturers voluntarily set out to comply with HUD
20  formaldehyde emission standards even though those
21  standards did not apply to travel trailers and park
22  models?
```