```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF LOUISIANA

 3                    NEW ORLEANS DIVISION

 4    In Re:   FEMA Trailer      )

 5    Formaldehyde Products      ) MDL No. 1873

 6    Liability Litigation       )

 7

 8                              Washington, D.C.

 9                              Tuesday, July 14, 2009

10   Videotape Deposition of MARTIN EDWARD McNEESE, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:03 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21                                              EXHIBIT

22
```

```
 1              Do you see that?
 2      A.      I do.
 3      Q.      It was no surprise to you that there was
 4   some formaldehyde in these travel trailers, was it?
 5      A.      No, it was not.
 6      Q.      And in fact, you're generally aware that
 7   there is also formaldehyde not only in travel
 8   trailers but in mobile homes and in stick-built
 9   residential structures; is that right?
10      A.      That's correct.
11      Q.      In some of the documents that we looked at
12   this morning, I noted that you made references to the
13   fact that there were no standards, residential indoor
14   air standards that FEMA could look to for guidance.
15              Do you recall having that concern at the
16   time?
17      A.      I do --
18      Q.      Could you --
19      A.      -- recall that.
20      Q.      -- elaborate on what -- what your reaction
21   was to learning that there were in fact no standards
22   that FEMA could look to regarding residential indoor
```