# Transcript of the Testimony of
# Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

**Date taken: October 22, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)**

***Note***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT D

Case 2:07-md-01873-KDE-MBN   Document 13241-5   Filed 04/09/10   Page 2 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)  Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 20

```
 1   travel trailers at any particular time?
 2        A.   No, sir.
 3        Q.   So to fulfill this contract, did
 4   Morgan turn to the manufacturers of travel
 5   trailers and ask them to fill orders for
 6   them for these travel trailers?
 7        A.   Yes, sir.
 8        Q.   And did Morgan request travel
 9   trailers from Fleetwood to fulfill this
10   request by the United States Government?
11        A.   Yes, sir.
12        Q.   Did they also request travel
13   trailers from an entity called Monaco to
14   fill this requirement for 15,000 travel
15   trailers?
16        A.   Yes, sir.
17        Q.   Did they also request travel
18   trailers from an entity called Recreation by
19   Design to fill this order for the United
20   States Government?
21        A.   Yes, sir.
22        Q.   The total amount of travel
23   trailers that Morgan sold to the United
24   States Government manufactured by Fleetwood,
25   Monaco, and Recreation by Design was 15,000;
```

Case 2:07-md-01873-KDE-MBN   Document 13241-5   Filed 04/09/10   Page 3 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 24

```
 1   document which has been marked as Exhibit 4,
 2   which is Morgan Bates No. 17.  Just for the
 3   record, so we are clear, could you identify
 4   that document for me?
 5        A.   Yes, sir.  It's a contract from
 6   Department of Homeland Securities/FEMA to
 7   Morgan, for Morgan Buildings & Spas, Inc.
 8   for 15,000 travel trailers.
 9        (Exhibit No. 4 marked for identification.)
10        Q.   What is the date on that document?
11        A.   8/29/2005.
12        Q.   And that's the contract we were
13   discussing earlier that provides for us some
14   of the details regarding the purchase of the
15   15,000 travel trailers by FEMA from Morgan;
16   is that right?
17        A.   Yes, sir.
18        Q.   And what Morgan did, rather than
19   constructing their own travel trailers, is
20   they contacted Recreation by Design, Monaco
21   and Fleetwood and had them construct the
22   travel trailers to fill that order?
23        A.   Correct.
24        Q.   May I see that document, sir?
25        A.   (Witness complies.)
```

Case 2:07-md-01873-KDE-MBN   Document 13241-5   Filed 04/09/10   Page 4 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)    Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 68

```
 1   trip without having the opportunity to ask a
 2   few items.
 3   EXAMINATION BY MS. DALY:
 4        Q.   Good afternoon, Mr. Schilligo.
 5   I'm Taylor Daly for Fleetwood.
 6        A.   Good afternoon.
 7        Q.   When was the first time that
 8   Morgan entered into any contract with the
 9   U.S. Government to procure emergency housing
10   units for a national disaster?  What year?
11        A.   I believe it was in 1993.
12        Q.   When was the first time that it
13   procured emergency housing units in the form
14   of travel trailers from Fleetwood to respond
15   to a government request for such emergency
16   housing in response to a national disaster?
17        A.   I believe it was --
18        MR. PINEDO:
19             Objection to the form.  Are you
20   talking about the Government with Fleetwood
21   or Morgan with Fleetwood fulfilled a
22   government order?
23   EXAMINATION BY MS. DALY:
24        Q.   Let me restate it.  When was the
25   first time that Morgan contracted with
```

Case 2:07-md-01873-KDE-MBN   Document 13241-5   Filed 04/09/10   Page 5 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 69

```
 1   Fleetwood to provide travel trailers for
 2   emergency housing units in response to a
 3   request from FEMA for emergency units to use
 4   in a national disaster?
 5        A.   I believe it was Charlie in
 6   Florida, 2004.
 7        Q.   Approximately how many units did
 8   you get at that time?
 9        A.   I don't remember.
10        Q.   Was there any time other than
11   Charlie in 2004 and before Katrina when
12   Morgan obtained or contracted with Fleetwood
13   for travel trailers to respond to an
14   emergency that FEMA was looking for housing?
15        A.   Not that I remember.
16        Q.   Did you have any complaints from
17   occupants who received the housing for
18   Charlie from Fleetwood?
19        A.   No, ma'am.
20        MR. PINEDO:
21             Objection; foundation.
22        THE WITNESS:
23             No, ma'am.
24   EXAMINATION BY MS. DALY:
25        Q.   Now, Morgan also entered into a
```

Case 2:07-md-01873-KDE-MBN   Document 13241-5   Filed 04/09/10   Page 6 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 130

```
 1   regarding formaldehyde in Recreation by
 2   Design-built units, correct?
 3        A.   No, sir.
 4        Q.   Earlier you were asked why did
 5   Morgan select Fleetwood as one of its
 6   companies to build units for it in response
 7   to the Government's contract Morgan had.
 8   Why did you select Recreation by Design?
 9        A.   Same reason.
10        Q.   What reason?
11        A.   Quality and performance.
12        Q.   Had you had a past relationship
13   with Recreation by Design?
14        A.   I think we did, yeah.
15        Q.   Did you have any Recreation by
16   Designs rejected by FEMA?
17        A.   Not one.
18        Q.   Do you remember any specific
19   complaints regarding Recreation by Design
20   units?
21        A.   Not one.
22        Q.   And I need to say.  Recreation by
23   Design, we are here today in the Dubuclet
24   matter, which is regarding Fleetwood.
25   Recreation by Design is not a defendant in
```

Case 2:07-md-01873-KDE-MBN   Document 13241-5   Filed 04/09/10   Page 7 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)    Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 131

```
 1   that specific matter.  But since some of the
 2   questions related directly to Recreation by
 3   Design, this is part of the FEMA trailer
 4   litigation, that's why I'm asking you
 5   questions today.  I just want to specify
 6   that.
 7        A.   Okay.
 8        MR. PINEDO:
 9             We could always add them if it
10   will make you happy.
11        MR. MULCAHY:
12             Not today.
13   EXAMINATION BY MR. MULCAHY:
14        Q.   Do you remember if you ever
15   received any phone calls regarding
16   complaints with Recreation by Design
17   regarding health complications raised by
18   residents?
19        A.   No, sir.
20        Q.   And you were the person that would
21   have been receiving complaints for Morgan
22   from 2005 until present?
23        A.   Correct.
24        MR. PINEDO:
25             Objection; form.
```

Case 2:07-md-01873-KDE-MBN   Document 13241-5   Filed 04/09/10   Page 8 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)    Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 132

```
 1        THE WITNESS:
 2             Correct.
 3   EXAMINATION BY MR. MULCAHY:
 4        Q.   Earlier you were talking about the
 5   manufacturer would ship units to a FEMA
 6   staging ground.  At that time FEMA would
 7   inspect the units; is that right?
 8        A.   Correct.
 9        Q.   And Morgan would also have
10   somebody inspect the unit, correct?
11        A.   Correct.
12        Q.   And part of the inspection I heard
13   you talk about, you all would check out
14   certain appliances and features of the unit.
15        A.   All appliances.
16        Q.   That's part of Morgan's
17   inspection, correct?
18        A.   Correct.
19        Q.   Did you check to see if the units
20   were meeting all the FEMA specifications or
21   was that inspection that FEMA did?
22        A.   No.  We both did, FEMA and us.
23        Q.   It's my understanding you didn't
24   have any units rejected by FEMA; is that
25   right?
```

Case 2:07-md-01873-KDE-MBN   Document 13241-5   Filed 04/09/10   Page 9 of 9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 133

```
 1        A.    Correct.
 2        MR. MULCAHY:
 3             That's all the questions I have.
 4        MR. PINEDO:
 5             I have some more questions.
 6   Anybody else want to --
 7        MS. DALY:
 8             I have one single clarification
 9   question.
10        MR. PINEDO:
11             Go ahead.
12   EXAMINATION BY MS. DALY:
13        Q.    Mr. Schilligo, let me ask you one
14   question about this Exhibit 18.  You
15   remember talking about this?
16        A.    Yes, ma'am.
17        Q.    I wanted to be sure I got your
18   answer down right.  You indicated that this
19   was something Doug Henriquez had drafted,
20   correct?
21        A.    Yes, ma'am.
22        Q.    And you rejected it?
23        A.    Yes, ma'am.
24        Q.    And I think you said before
25   Katrina you rejected it?
```