```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

    IN RE: FEMA TRAILER            )    MDL NO. 1873
 4  FORMALDEHYDE PRODUCTS          )
    LIABILITY LITIGATION           )    SECTION "N" (5)
 5                                 )
                                   )    JUDGE ENGELHARDT
 6  THIS DOCUMENT RELATES TO       )
    09-3251                        )    MAGISTRATE CHASEZ
 7                                 )
    Earline Castanel, et al. v.    )
 8  Recreation by Design, LLC,     )
    et al.                         )
 9  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

10       The Video Deposition of Randall Rush

11            Date:  Tuesday, February 23, 2010

12            Time:  9:23 a.m.

13            Place: South Bend Marriott
                     123 North St. Joseph Street
14                   South Bend, Indiana

15            Called as a witness by the Plaintiff

16            in accordance with the Federal Rules of

17            Civil Procedure, for the Eastern District

18            of Louisiana, pursuant to Notice

19

20  Before Michelle Soffa, Court Reporter
    Notary Public, Porter County, Indiana
21

22

23              MIDWEST REPORTING
              1448 Lincolnway East
24         South Bend, Indiana 46613
              (574) 288-4242
25
```

EXHIBIT

```
 1   BY MR. PINEDO:

 2    Q   I'm gonna show you what's been marked as

 3        Exhibit Number 4, which also bears Bates

 4        numbers RBD05186 through 187.  My question to

 5        you, sir, is are these the specifications that

 6        Recreation By Design used for the travel

 7        trailers that were manufactured in response to

 8        this purchase order that we have marked as

 9        Exhibit Number 3?

10    A   Yes, I believe so.

11    Q   Is there anything you would need to check to

12        confirm that, when you say, "yes, I believe

13        so"?

14    A   What was that?

15    Q   Let me start over.  You've seen this document

16        before, Exhibit Number 4; is that right?

17    A   Yes.

18    Q   And you believe these are the specifications

19        that were used to manufacture the travel

20        trailers that were called for in Exhibit

21        Number 3, the purchase order from Morgan?

22    A   That's correct.

23    Q   Tell me how this happened.  Did you get a

24        phone call from somebody over there at Morgan,

25        like Gary Morgan saying we need some travel
```

```
 1        FEMA people there?

 2   A    That's correct.  And that was through the

 3        transportation departments.

 4   Q    And that was at the time of the delivery of

 5        your units, correct?

 6   A    That's correct.

 7   Q    Now, prior to this lawsuit about formaldehyde

 8        and trailers used after Hurricanes Katrina and

 9        Rita, is it correct that Recreation By Design

10        had never received a complaint about

11        formaldehyde in one of its products?

12                      MR. PINEDO:  Objection, form.

13                      THE DEPONENT:  That's correct.

14   BY MR. DINNELL:

15   Q    You never discussed formaldehyde in Recreation

16        By Design products with Morgan, right?

17   A    That's correct.

18   Q    You never discussed formaldehyde in Recreation

19        By Design's products with anyone from the

20        federal government or FEMA, right?

21   A    That's correct.

22   Q    Now am I correct that all 2600 units that were

23        made for sale to Morgan as emergency housing

24        were all electric units?

25   A    Yes, that's correct.
```

1                          MR. PINEDO:  Objection, form.

2    BY MR. DINNELL:

3    Q    And opening vents to allow air flow into the

4         unit?

5                          MR. PINEDO:  Objection, form.

6                          THE DEPONENT:  That's correct.

7    BY MR. DINNELL:

8    Q    To your knowledge, did Morgan ever reject one

9         of the Recreation By Design units made for

10        emergency housing?

11   A    Not to my knowledge, no.  I believe we

12        fulfilled their whole order.

13   Q    What about the other dealers that you made

14        units that were to be used for emergency

15        housing purposes?

16   A    Not to my knowledge.

17   Q    Did you ever get any complaints from Morgan

18        about odors or formaldehyde problems in

19        Recreation By Design units?

20   A    Not formaldehyde, no.

21   Q    Is the same true for the other dealers that

22        were listed in Exhibit 19?

23   A    That's correct.

24   Q    Did you ever get any feedback from Morgan,

25        positive or negative, about how your emergency