UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC., and UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY,* NO. 09-3251 | * * * * * * * * * | |

**********************************************************************

**DEFENDANT RECREATION BY DESIGN, LLC'S STATEMENT OF
UNCONTESTED MATERIAL FACTS IN SUPPORT OF ITS
PARTIAL MOTION FOR SUMMARY JUDGMENT REGARDING DUTY TO WARN**

**NOW INTO COURT,** through undersigned counsel, comes Defendant Recreation By Design, LLC ("RBD"), who in support of its Partial Motion for Summary Judgment regarding RBD's Duty to Warn, states the following uncontested material facts solely for the purpose of this motion:

1. This Multi-District Litigation is the consolidation of several state and federal toxic tort suits in which several thousand named plaintiffs claim to have inhabited emergency housing units that were provided to them by the Federal Emergency Management Agency as a result of the alleged uninhabitability of their Residences due to Hurricanes Katrina and Rita.

2. The Plaintiff, Earline Castanel, resided in a travel trailer, VIN 5CZ200R2461125294, after Hurricane Katrina.

3. The unit, VIN 5CZ200R2461125294, was built in 2005.

4. In 2005, prior to the construction of that unit, FEMA provided procurement specifications to Morgan Building and Spa, Inc., ("Morgan"), that detailed how the units were to be constructed.

5. Morgan ordered units from RBD to sell to FEMA in accordance with Morgan's contract with FEMA.

6. RBD received Morgan's specifications and built its travel trailer units in accordance with the specifications.

7. Morgan then inspected and accepted RBD unit, VIN 5CZ200R2461125294, which was then inspected and accepted by FEMA.

8. After taking control, FEMA utilized RBD's travel trailer unit as part of FEMA's disaster relief operations throughout the United States.

Respectfully submitted,

   */s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

   */s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436