UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO | * | |
| *EARLINE CASTANEL, ET AL* | * | JUDGE ENGELHARDT |
| *V. RECREATION BY DESIGN, LLC,* | * | |
| *ET AL, DOCKET NO. 09-3251* | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Relief from Judgment in the above-captioned matter is hereby set for hearing on the 5th day of May, 2010 at 9:30 a.m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
　　　GERALD E. MEUNIER, #9471
　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　Gainsburgh, Benjamin, David, Meunier &
　　　Warshauer, L.L.C.
　　　2800 Energy Centre, 1100 Poydras Street
　　　New Orleans, Louisiana 70163
　　　Telephone:   504/522-2304
　　　Facsimile:   504/528-9973
　　　gmeunier@gainsben.com

　　　s/Justin I. Woods
　　　JUSTIN I. WOODS, #24713
　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　Gainsburgh, Benjamin, David, Meunier &
　　　Warshauer, L.L.C.
　　　2800 Energy Centre, 1100 Poydras Street
　　　New Orleans, Louisiana 70163

Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/Gerald E. Meunier
GERALD E. MEUNIER, #9471