# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

### Date taken: February 10, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

1    Q    Okay. We're back on. We took a
2    little break, Ms. Castanel. I do have more
3    questions.
4        We were talking about when you
5    moved into the unit and when you lived in
6    the unit, the FEMA unit, and you identified
7    some photographs, and we were talking about
8    how you would leave the door open and some
9    windows open?
10   A    Yes, and like when the air
11   conditioning would go off, you know, the air
12   conditioning went off a couple of times.
13   Q    Would go off as in turn off?
14   A    Well, I don't know what happened.
15   It just stopped running. I don't know if it
16   would freeze up or what, because I called up
17   for them to come, and they would wait a
18   couple of days before they would come and do
19   what they had to do. I don't know if it was
20   frozen up or what, because the water would
21   drip from it, and I would have to put a pan
22   down to catch the water.
23   Q    From the AC?
24   A    Yes.
25   Q    And how many times did this

1      A     Not that I remember.
2      Q     You don't remember?  And if you
3   don't remember, that's a correct answer.
4   You do not have to guess.  So you don't
5   remember?
6      A     No.
7      Q     Did the trailer have any leaks?
8      A     The air conditioning would leak
9   and I had to put a little pan down there to
10  catch the water.
11     Q     Okay.  Was that the condensation
12  or the moisture that would build up by the
13  AC vent and it would drip?
14     A     Well, I don't know.  Like the man
15  said one time, it might have been the motor
16  froze up or something.
17     Q     How often?
18     A     Three times that air conditioning
19  went out.
20     Q     Okay.  Three times the AC went
21  out.  How often would you have some moisture
22  coming from the AC?
23     A     Every time it would go out, it
24  would drip.  You know, I had to put a pan
25  down there to catch the water.

Page 187

```
 1    is her full name?
 2         THE WITNESS:
 3              Maude Robin.
 4         MR. GARRISON:
 5              Okay.
 6    EXAMINATION BY MR. KURTZ:
 7         Q    Maude Robin.  All right.  I'm
 8    sorry.  I got that all confused.
 9              Mrs. Robin's house is right there
10    on the right side of Exhibit 3?
11         A    Yeah, right here (indicating).
12         Q    Okay.  All right.  Ms. Castanel, I
13    asked you if the trailer was out of level
14    when you moved in.  Did it ever shift out of
15    level while you were living there?
16         A    No, it was always the same.
17         Q    Okay.  Let me show you another
18    document.
19              Randy, would you mind marking it
20    Exhibit 4?
21              Ms. Castanel, just like before, my
22    first question for you is, the signature on
23    the lower left corner of Exhibit 4 is your
24    signature?
25         A    Yes.
```

Page 188

1  Q  Okay. And did you handwrite in
2  the date right next to your signature,
3  March 11, 2006? Do you see that?
4  A  Yes.
5  Q  Okay.
6  A  I done forgot all them dates.
7  Q  Do you recall signing this
8  document, ma'am?
9  A  Yes, that's my handwriting.
10  Q  Okay. Do you recall taking a look
11  at the trailer to see if it was in good
12  condition before you signed this document,
13  Exhibit 4?
14  A  No. I just went in.
15  Q  You don't recall one way or the
16  other whether you did that or not?
17  A  No.
18  Q  Okay. We will mark this as
19  Exhibit 5.
20      Ms. Castanel, I'm going to show
21  you a document marked as Exhibit 5, which is
22  "SHAW-CAST 0014," and, first of all, I will
23  ask you if those are your initials in the
24  blanks on Exhibit 5?
25  A  Yeah, that's my initials.

Case 2:07-md-01873-KDE-MBN   Document 13243-5   Filed 04/09/10   Page 6 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel) — Videotaped Deposition of Earline M. Castanel

Page 195

```
 1      Q    Okay.  Well, after the second
 2   repair, how long was it before the third
 3   repair?
 4      A    I don't remember.
 5      Q    Okay.  And then after the third
 6   repair, the air conditioner worked until you
 7   moved out, right?
 8      A    Yes.
 9      Q    Okay.  Now, on each of those three
10   occasions, you said the air conditioner
11   leaked a little bit and you caught the
12   leaking water in a pan, right?
13      A    Yes.
14      Q    Okay.  And if any water spilled
15   out, you would have cleaned that up with a
16   towel or something, right?
17      A    Yes.  But like I said, the second
18   time when it happened, I took some paper
19   towels and put it in that little pan, so it
20   would drip -- Because, you know, when it's
21   dripping from up there down, it was making a
22   noise, so I put some paper towels.
23      Q    Right.  Because the sound is
24   annoying and it will keep you up at night,
25   right?
```