# Structural Condition Assessment

## For

## FEMA Trailer
## Castanel/Recreation by Design
## Lottie, Louisiana

Prepared for

First General Services of the South

January 29, 2010

Prepared by:

**Freyou, Moore and Associates, Inc.**
Civil Engineering & Land Surveying

**Charles David Moore, PE, PLS**
1833 East Main Street
New Iberia, LA  70560

Phone:  (337) 365-9535
FAX:  (337) 367-8131



CHARLES D. MOORE
License No. 24627
PROFESSIONAL ENGINEER
IN
CIVIL ENGINEERING
STATE OF LOUISIANA

**EXHIBIT "D"**

CAST002176

on every square foot of the residence. These requirements are derived from long term observations and research to provide for structural components that can provide adequate support for the variety of loads that can and will occur within a residence. At any given time one part of the structure may have no active loads when another part of the structure has a significant concentrated load (i.e. one corner of furniture being placed at a weak point in the structure).

There is also concern due to deflections in the trailer framing. The primary structure of a normal residential building is composed of elements that can withstand the deflections of normal loading and use. As noted above, the walls, ceilings, and floor structures are constructed with wood elements much smaller than those normally found in residential construction. Therefore, deflections caused by imposed loads can lead to problems with connections between elements, which will affect the performance of air and water resistant joints.

In addition, the lighter structural members of the walls, ceiling/roof, and floor will not withstand normal wind loading requirements for residential structures. While this unit did not need to withstand a large hurricane event while occupied, it did have to withstand smaller storms that consist of high winds and rain. The lighter structure, while strong enough to stand up to the winds experienced, cannot perform like normal residential construction by providing a rigid envelope of protection from the wind and rain. The lighter structure will deflect under normal storm events, which will cause additional problems with the performance of air and water resistant joints.

The blocking of the unit also leads to several questions regarding the performance of the trailer. However, nothing is known as to the original installation concerning methods and procedures or placement of blocks, etc. Any deviations from the blocking requirements would cause problems with the load carrying capacity of the trailer. Also, even though we were unable to analyze the structural capacity of the entire shell of the living unit, it is a concern that blocking and anchoring of the trailer frame would cause problems in the structure of the shell.

Due to these issues, the use of this trailer for long term residential occupancy cannot be expected to perform adequately. The structure cannot perform to normal air and water resistance requirements under these types of loading.

8. LIMITATIONS – This report is furnished for the exclusive and confidential use of the addressee. Release to any other company, concern or individual is solely the responsibility of the addressee. The opinions and conclusions drawn in this report are based upon observations and information available, known and declared at the date of the investigation and/or the time of the preparation of this report. No warranty is made to the accuracy of data provided by others in the preparation of this report. The right to amend and/or modify the conclusions contained in this report is reserved based upon any new information provided.