# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore

**Date taken: February 26, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***

All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**EXHIBIT "E"**

1   Exhibit 7 documents, yes.
2       Q.   And you have no information to
3   suggest that Exhibit 7 was not followed
4   during the installation of Mrs. Castanel's
5   unit, right?
6       A.   That's correct, yes.
7       Q.   So when you say that the GVWR
8   translates to approximately 28.8 pounds per
9   square foot, I'm reading from the bottom of
10  page 10 of your report, do you see that?
11      A.   Yes.
12      Q.   You're essentially just dividing
13  7,000 pounds by the square footage of the
14  trailer at that point, right?
15      A.   Essentially, yes.
16      Q.   So if the floor of the trailer
17  were capable of holding up more than the
18  gross vehicular weight rating, you might get
19  a higher number of pounds per square foot
20  higher than 28.8, right?
21      A.   Say that to me again.
22      Q.   If the floor of Mrs. Castanel's
23  unit were capable of holding up more weight
24  than the gross vehicular weight rating, then
25  when you used that bigger number to start

1   answered.

2       THE WITNESS:

3           That is correct.

4       MR. MULCAHY:

5           Chris, are you going to ask some

6   questions?  I could probably take a couple

7   of minutes to look through, and I probably

8   won't have anymore.

9       MR. PINEDO:

10          Want to take a break?

11      MR. MULCAHY:

12          Unless Dave wants to go.

13      MR. PINEDO:

14          Have you got some more?

15      MR. KURTZ:

16          Yeah, I have probably got one

17  question real quick.

18  EXAMINATION BY MR. KURTZ:

19      Q.   Mr. Moore, in your report, you did

20  not come to any conclusions to the effect

21  that any of the conditions that you observed

22  in January of 2010 with respect to the

23  Castanel unit were caused or contributed to

24  by the installation of the unit, right?

25      A.   I believe that I had in there that

Page 158

1   it may have been caused or the installation
2   may have contributed to problems with that,
3   I think something to that effect is how it
4   was worded there.
5        Q.   Can you tell me in your report
6   where you set that forth?
7             Mr. Moore, are you referring on
8   page 13 to the fourth paragraph where you
9   talk about the blocking of the unit leading
10  to questions?
11       A.   That is part of it, yes.
12       Q.   Okay.  In that particular
13  paragraph, you didn't note any specific
14  conditions that you attributed to
15  installation, right?
16       A.   That's correct.
17       Q.   Okay.  Is there anything else in
18  your report where you attribute any specific
19  conditions or damage to installation of the
20  trailer?
21       A.   No, sir.
22  MR. KURTZ:
23           That's all.
24  MR. MULCAHY:
25           I just have a few more.