# Transcript of the Testimony of
# Alexis Mallet, Jr.

**Date taken: March 2, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: www.psrdocs.com

EXHIBIT "F"

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)  Alexis Mallet, Jr.

Page 113

1          Objection, form.
2       THE WITNESS:
3          No.
4  EXAMINATION BY MR. BARRIOS:
5       Q.  You can clarify that for me.
6       A.  Not the same readings, but the
7  same types of movement.  Where it would
8  move, at the weak spots, at the doors, the
9  windows, at the corners.
10      Q.  You didn't install any gauges or
11 crack monitors or levels to measure those
12 movements in the Castanel unit, did you?
13      A.  No, we did not.
14      Q.  And my prior question was whether
15 you performed jacking and blocking.  What
16 about instrumentation, why didn't you do any
17 instrumentation measuring on the Castanel
18 unit?
19      A.  Because it was not added to our
20 protocol.  We were not told that that is
21 what we were going to do.
22      Q.  As an expert, in reaching your
23 conclusion and testing your hypothesis, did
24 you think it was necessary or important for
25 you to at least gather your own measurement

Case 2:07-md-01873-KDE-MBN   Document 13243-9   Filed 04/09/10   Page 3 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 117

1   conclusion, which is in your report at
2   page 106, I draw your attention to
3   Conclusion E.
4           Now, your conclusion is that
5   "Jacking and blocking caused the unit to
6   flex, creating openings around the windows,
7   allowing air, heat, and moisture to enter
8   the trailer."
9           You have a second sentence, "We
10  may opine further on this topic after test
11  information is provided."
12          When I compare this to your Wright
13  report, that first sentence beginning with
14  "jacking" and ending in "trailer" is exactly
15  the same as in the Wright trailer.  So you
16  reached the same conclusion with the
17  Castanel unit as you did in the Wright unit
18  but without doing any of the jacking and
19  testing or measuring, correct?
20      A.  That's correct.
21      Q.  Now, what evidence do you have to
22  support your conclusion that "Jacking and
23  blocking caused the unit to flex, creating
24  openings around the windows, allowing air,
25  heat and moisture to enter the trailer"?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 118

1      A.   We know that if the blocking did
2    not occur in a unified method and the axles
3    were not supported and jacked up and blocked
4    at the same time as the unit was, that
5    stress was going to be placed on that
6    structure causing it to move.
7           Around the windows and openings,
8    there are typically two beads of caulking or
9    sealant material.  If that first bead of
10   caulking, even if it became deteriorated for
11   some reason over the course of time, the
12   second bead of caulking that is not exposed
13   to UV rays should not have had the same rate
14   of deterioration as the exterior.
15          There are basically only two
16   reasons that those windows or intersections
17   should leak and that is, one, that the
18   materials are not installed properly or that
19   movement has caused stress and the sealant
20   material to separate and to allow for that
21   air passage.
22     Q.   Now, the first part of your answer
23   was that if blocking didn't occur in a
24   unified method and the axles were not
25   supported at the same time, it could cause

Page 136

1   EXAMINATION BY MR. BARRIOS:
2       Q.   By that I mean, any frame damage
3   to the I beams, the chassis?
4       A.   No, sir.
5       Q.   When you were observing Exponent's
6   jacking process, did you actually see any
7   seals break?
8       A.   No, sir.
9       Q.   If I could refer you to page 45 of
10  your report.  It is the section where you
11  are talking about "Wall Trim-Exterior:
12  Corners, Roof to Wall and
13  Windows/Doors/Vents and Other Penetrations."
14           I am referring to your comments on
15  page 45, the comments on Item 4, and then
16  small Roman numeral ii.  Where you observe
17  at the last sentence, "The sealant material
18  had hardened at a number of the areas
19  inspected."
20           You see where I am referring to?
21      A.   Yes, sir.
22      Q.   You would agree that sealants
23  harden when exposed to the elements,
24  particularly without proper maintenance?
25      A.   Some do.

Case 2:07-md-01873-KDE-MBN   Document 13243-9   Filed 04/09/10   Page 6 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 152

```
 1            I don't know that we had any
 2   questions that popped up that we needed to
 3   talk to Mrs. Castanel about.
 4        Q.   In Mrs. Castanel's deposition that
 5   you read, those were primarily questions
 6   asked by opposing counsel, asking questions
 7   of Mrs. Castanel, correct?
 8        MR. PINEDO:
 9            Objection, form.
10        THE WITNESS:
11            That's correct.
12   EXAMINATION BY MR. BARRIOS:
13        Q.   You would agree with me that the
14   best way to get facts from someone is for
15   you to conduct the interview yourself,
16   correct?
17        A.   Yes, sir.
18        Q.   Now, did you ever speak to anybody
19   who claimed to have seen the actual
20   installation of the Castanel unit?
21        A.   No, sir.
22        Q.   Did you ever speak to anybody who
23   actually saw the trailer at all while
24   Mrs. Castanel occupied it?
25        A.   No, sir.
```

Page 153

```
 1        Q.   Do you have any knowledge about
 2   how the trailer that Mrs. Castanel occupied,
 3   the one we are talking about today, how it
 4   was actually installed, the process that was
 5   used?
 6        A.   My understanding from, I think,
 7   the Wright information was that it was front
 8   to back or back to front.
 9        Q.   We are talking about the Castanel
10   unit.  What do you know about how the
11   Castanel unit was jacked and blocked?
12        A.   Well, that's -- I don't know
13   specifically, but based on the information
14   that was gathered in the Wright case, that
15   was how the installers, I think, were
16   informed, or how they were told to do the
17   jacking or perform the jacking.
18        Q.   Did you rely on that assumption in
19   the preparation of your Castanel report?
20        A.   No.  What I relied on was that
21   there was no indication from the
22   installer/contractor as to any method of
23   installation, it was left to the field
24   people.  There was no information given.
25        Q.   Okay.  So you don't know how many
```

Case 2:07-md-01873-KDE-MBN   Document 13243-9   Filed 04/09/10   Page 8 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 162

1   then that buckled area that held water.
2        Q.   So whose maintenance failure are
3   you attributing the water infiltration and
4   the buckling to?
5        A.   Whoever FEMA had maintaining the
6   unit or FEMA at that time.
7        Q.   When you say, "at that time,"
8   while it was sitting out in the storage
9   yard?  Or can you really know?
10       A.   No.  During the time that
11  Mrs. Castanel had it and it continued to
12  leak.  Regardless of what contractor was
13  there, FEMA was in charge of having
14  competent people provide the maintenance.
15       Q.   Did you measure or have any data
16  to tell us to what extent the formaldehyde
17  off-gassing or concentration levels inside
18  the unit was increased by something that
19  Shaw or its sub did on the unit?
20       A.   Did I measure?
21       Q.   Yes.  Do you have any data to be
22  able to tell me that?
23       A.   No, sir.
24       Q.   Did you perform any tests to
25  quantify the amount of increased

Case 2:07-md-01873-KDE-MBN   Document 13243-9   Filed 04/09/10   Page 9 of 10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                    Alexis Mallet, Jr.

Page 163

1    formaldehyde off-gassing or formaldehyde
2    concentration levels within the living space
3    of the Castanel unit caused by anything that
4    Shaw did during its jacking or blocking of
5    the unit?
6         A.    Ask it again, please.
7         Q.    Sure.  Did you perform any testing
8    to quantify the amount of increased
9    formaldehyde off-gassing or formaldehyde
10   concentration levels within the living space
11   of the Castanel unit that was caused by
12   anything that Shaw did during jacking and
13   blocking?
14        A.    No, sir.
15        Q.    So you can't tell me if the
16   formaldehyde off-gassing or concentration
17   levels increased by 1 part per billion or
18   100 parts per billion as a result of
19   anything Shaw did or did not do during the
20   jacking and blocking process?
21        A.    Only that the avenues for the
22   moisture and air infiltration causes the
23   increase of formaldehyde off-gassing.
24        Q.    But you can't tell me by how much
25   it increased by tying it to anything that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 164

1    Shaw specifically did or did not do?
2         A.   I cannot quantify it.
3         Q.   Same thing with their maintenance
4    responsibilities.  Can you tell me, is there
5    anything that Shaw did or did not do during
6    its maintenance responsibilities that, in
7    turn, increased the formaldehyde off-gassing
8    or concentration levels by 1 part per
9    billion or 100 parts per billion?  Can you
10   tell me what that amount is?
11        A.   No, sir.
12        Q.   Do you have any evidence at all of
13   anything that Shaw did or did not do that
14   actually raised the concentration levels of
15   formaldehyde in the trailer?
16        A.   Well, again, to the extent of
17   jacking the unit and having those stresses
18   placed on those intersections that, again,
19   either were caused by deterioration or by
20   the movement -- and I don't know how the
21   deterioration could have occurred in those
22   areas -- then that would have allowed air,
23   moisture and thermal energy to enter into
24   those cavities.
25             And in those areas which would