# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

## Date taken: February 10, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "B"

Page 187

```
 1   is her full name?
 2          THE WITNESS:
 3               Maude Robin.
 4          MR. GARRISON:
 5               Okay.
 6   EXAMINATION BY MR. KURTZ:
 7       Q    Maude Robin.  All right.  I'm
 8   sorry.  I got that all confused.
 9            Mrs. Robin's house is right there
10   on the right side of Exhibit 3?
11       A    Yeah, right here (indicating).
12       Q    Okay.  All right.  Ms. Castanel, I
13   asked you if the trailer was out of level
14   when you moved in.  Did it ever shift out of
15   level while you were living there?
16       A    No, it was always the same.
17       Q    Okay.  Let me show you another
18   document.
19            Randy, would you mind marking it
20   Exhibit 4?
21            Ms. Castanel, just like before, my
22   first question for you is, the signature on
23   the lower left corner of Exhibit 4 is your
24   signature?
25       A    Yes.
```

Page 188

1   Q   Okay. And did you handwrite in
2   the date right next to your signature,
3   March 11, 2006? Do you see that?
4   A   Yes.
5   Q   Okay.
6   A   I done forgot all them dates.
7   Q   Do you recall signing this
8   document, ma'am?
9   A   Yes, that's my handwriting.
10  Q   Okay. Do you recall taking a look
11  at the trailer to see if it was in good
12  condition before you signed this document,
13  Exhibit 4?
14  A   No. I just went in.
15  Q   You don't recall one way or the
16  other whether you did that or not?
17  A   No.
18  Q   Okay. We will mark this as
19  Exhibit 5.
20      Ms. Castanel, I'm going to show
21  you a document marked as Exhibit 5, which is
22  "SHAW-CAST 0014," and, first of all, I will
23  ask you if those are your initials in the
24  blanks on Exhibit 5?
25  A   Yeah, that's my initials.

Page 220

```
 1      Q    Ms. Castanel, when the maintenance
 2   folks came out to repair your air
 3   conditioner, every time they came out to
 4   repair it, they did, in fact, fix it and it
 5   worked for awhile after they left?
 6      A    Yes.
 7      Q    And that was true every time,
 8   right?
 9      A    Every time they come, they would
10   fix it.  And then like I stated, the second
11   time they came and they fixed it, and they
12   said they was going to bring a new unit, but
13   they never did.  And then the third time
14   when it broke down, they came there and did
15   the same thing that they did before, just
16   fixed it.
17      Q    And after the third time, the air
18   conditioner worked until you left the
19   trailer, right?
20      A    Until I left.  That's it.
21   MR. KURTZ:
22           That's all I have.
23   MR. GARRISON:
24           That's it.
25   MR. BENCOMO:
```