Martin Edward McNeese  July 14, 2009
Washington, DC

Page 1

1     UNITED STATES DISTRICT COURT

2         DISTRICT OF LOUISIANA

3          NEW ORLEANS DIVISION

4  In Re:   FEMA Trailer      )

5  Formaldehyde Products  ) MDL No. 1873

6  Liability Litigation   )

7

8                              Washington, D.C.

9                              Tuesday, July 14, 2009

10  Videotape Deposition of MARTIN EDWARD McNEESE, called

11  for examination by counsel for Plaintiffs in the

12  above-entitled matter, the witness being duly sworn

13  by CHERYL A. LORD, a Notary Public in and for the

14  District of Columbia, taken at the offices of NELSON

15  MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16  Avenue N.W., Suite 900, Washington, D.C., at

17  9:03 a.m., and the proceedings being taken down by

18  Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

EXHIBIT "C"

Page 107

1   people did not want to do that, we would put them in
2   a hotel or somewhere else.
3           I mean, that was always the other option
4   that went with it, but the ones we swapped out with
5   older units, we never to my knowledge got a complaint
6   back from them again, so --
7       Q.   And the older units would be for example
8   units from the 2004 hurricanes in Florida?
9       A.   Or from any other disasters, but prior to
10  Katrina-type units, yes.
11      Q.   So some of the swapout units were in fact
12  from the 2004 hurricanes in Florida; is that right?
13      A.   That's probably true, yes.
14      Q.   And you're not aware of any followup
15  problems in those 2004 units once they were swapped
16  out from a formaldehyde standpoint?
17      A.   I'm not aware of any, that's correct.
18      Q.   Also in McNeese 7, you refer under number
19  3 to the fact that it is a given that the materials
20  used in the construction of mobile homes and travel
21  trailers in addition to other residential structures
22  contain formaldehyde.

Page 108

1        Do you see that?
2    A.  I do.
3    Q.  It was no surprise to you that there was
4  some formaldehyde in these travel trailers, was it?
5    A.  No, it was not.
6    Q.  And in fact, you're generally aware that
7  there is also formaldehyde not only in travel
8  trailers but in mobile homes and in stick-built
9  residential structures; is that right?
10   A.  That's correct.
11   Q.  In some of the documents that we looked at
12 this morning, I noted that you made references to the
13 fact that there were no standards, residential indoor
14 air standards that FEMA could look to for guidance.
15       Do you recall having that concern at the
16 time?
17   A.  I do --
18   Q.  Could you --
19   A.  -- recall that.
20   Q.  -- elaborate on what -- what your reaction
21 was to learning that there were in fact no standards
22 that FEMA could look to regarding residential indoor