1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          )

FORMALDEHYDE PRODUCTS        ) MDL No. 1873

LIABILITY LITIGATION.        )

   The deposition of KENNETH LAUGHERY, Ph.D.,

called for examination pursuant to Notice and the

Rules of Civil Procedure for the United States

District Courts pertaining to the taking of

depositions, taken before Elizabeth L. Vela, a

Notary Public within and for the County of Cook,

State of Illinois, at the O'Hare Airport Hilton,

Chicago, Illinois, on the 9th day of March, 2010,

at the time of 12:18 p.m.

(Proceedings concluded at 3:54 p.m.)

Reported by:  Elizabeth L. Vela, CSR

License No.: 084-003650

EXHIBIT "F"

140

1    BY MR. KURTZ:

2        Q.  Would you agree that generally, to be

3    expected to issue a warning, you have to know that

4    the hazard exists?

5        A.  Yes.

6        Q.  Okay.  Do you have your report in front of

7    you, sir?

8        A.  Yes.

9        Q.  Let me ask you to look on Page 4, Item

10   No. 4.

11       A.  Yes.

12       Q.  You say that Ms. Castanel met with a Shaw

13   representative.

14          What information do you have to suggest

15   that the person that she met with was a Shaw

16   representative?

17       A.  Well, her testimony indicated that she met

18   somebody, and she thought his name was Harry, at

19   the trailer and he gave her the keys.

20          I'm assuming that that was a Shaw

21   representative, since they were responsible for

22   setting it up and delivery, as I understand it.

23       Q.  Okay.  But you don't know one way or the

24   other whether that might have been a FEMA