# Transcript of the Testimony of
# Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

## Date taken: January 7, 2010

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "H"

Case 2:07-md-01873-KDE-MBN   Document 13244-11   Filed 04/09/10   Page 2 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 101

1      MR. BONE:
2           Object to the form.
3      THE WITNESS:
4           Well, all odors are chemical.
5   EXAMINATION BY MR. D'AMICO:
6      Q   And did Shaw ever ascertain what
7   the nature of the odor or cause of the odor
8   was?
9      MR. BONE:
10          Objection, form.
11     MR. KURTZ:
12          Objection, form and scope.
13     THE WITNESS:
14          It was a new trailer smell is how
15  it often came up.
16  EXAMINATION BY MR. D'AMICO:
17     Q   Shaw did not endeavor to determine
18  what the cause or source of the odor was?
19     MR. BONE:
20          Object to the form.
21     MR. KURTZ:
22          The same.
23     THE WITNESS:
24          We did not.
25  EXAMINATION BY MR. D'AMICO:

Case 2:07-md-01873-KDE-MBN   Document 13244-11   Filed 04/09/10   Page 3 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 127

1   trailers were delivered to us.  We're not
2   sure how long past production it was.  So
3   this is essentially like a new car, right?
4   I mean, there's going to be post-production
5   odors, and over time the odors dissipate and
6   everything is ventilated, and, you know,
7   these things are no longer noticeable.
8   EXAMINATION BY MR. D'AMICO:
9       Q    Okay.
10      A    So we treated it as a new piece of
11  equipment that may have had some residual
12  materials and that ventilation solved the
13  problem.
14      Q    Similar to a new car smell?
15      A    Similar, yeah, to a new -- and
16  even a new house smell, I mean, you know,
17  things that are newly manufactured will have
18  some residual odors, and I think we have all
19  experienced them in our lives.
20      Q    Yeah.  And this new car or new
21  home or new travel trailer odor is a
22  chemical odor, correct?
23      A    Typically, yeah, they have to be
24  caused by chemicals, right.
25      Q    Okay.

Case 2:07-md-01873-KDE-MBN   Document 13244-11   Filed 04/09/10   Page 4 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 128

1     A    Right.  So is good food.
2     Q    And, to your knowledge, this topic
3  of these chemical odors, specifically
4  formaldehyde inside the units, was being
5  discussed back in March of 2006 with
6  personnel at Shaw?
7        MR. BONE:
8            Object to the form.
9        MR. KURTZ:
10            Objection.
11       THE WITNESS:
12            Being discussed?  Yeah, I would
13  suspect that it was coming up in
14  discussions.
15  EXAMINATION BY MR. D'AMICO:
16     Q    All right.  And what I'm trying to
17  find out is what, if anything, Shaw did to
18  further explore the nature and extent of the
19  problem other than just simply to air out
20  the trailers by opening the doors and
21  windows?
22       MR. KURTZ:
23            Objection, form.  Go ahead.
24       THE WITNESS:
25            We understood it was an emerging

Case 2:07-md-01873-KDE-MBN   Document 13244-11   Filed 04/09/10   Page 5 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)   Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 149

1            Objection, asked and answered,
2    beyond the scope.
3        MR. KURTZ:
4            I join.
5    EXAMINATION BY MR. D'AMICO:
6        Q    I'm asking for a definitive answer
7    first.  You can explain later.  Did Shaw
8    believe there was a problem, yes or no, and
9    then you can explain?
10       A    Yeah, we believed there were odor
11   issues that could be mitigated by
12   ventilation, but we were not -- it was
13   unclear as to whether those were
14   specifically related to formaldehyde.
15       Q    Well, at some point, though, we
16   have proof that FEMA was discussing that it
17   was a formaldehyde problem, correct?
18       MR. BONE:
19           Object to the form.
20       MR. KURTZ:
21           Objection.
22       THE WITNESS:
23           Again, they studied the problem.
24   Whether FEMA, again, sitting here, whether
25   FEMA actually ever determined that, in fact,

Case 2:07-md-01873-KDE-MBN   Document 13244-11   Filed 04/09/10   Page 6 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)    Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 150

```
 1   it was a problem is a question.  I don't
 2   think there is a definitive statement to
 3   that effect.
 4   EXAMINATION BY MR. D'AMICO:
 5        Q    Okay.  Did Shaw ever respond to
 6   the media reports that there was a
 7   formaldehyde issue relative to the travel
 8   trailers?
 9        A    Not to my knowledge.
10        Q    I would like to show you another
11   e-mail, marked Shaw 13547, and ask if you
12   have ever seen this document before, sir?
13        A    I'm cc'ed on this document.
14        Q    Okay.  And who is M.K. Baldwin?
15        A    Katrina Baldwin.  She's a Shaw
16   employee.
17        Q    What is Katrina Baldwin's position
18   with Shaw?
19        A    She worked at our joint field
20   office in Austin, Texas.
21        Q    What was her position with Shaw?
22        A    She was a task manager for our
23   Texas responsibilities under the IA-TAC.
24        Q    All right.  What is the date of
25   this e-mail, sir?
```

Case 2:07-md-01873-KDE-MBN   Document 13244-11   Filed 04/09/10   Page 7 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)     Videotaped 30(b)(6) Shaw Environmental, Inc. through Geoffrey C. Compeau, Ph.D.

Page 159

1  on May 17th when it was originally sent to
2  me.  Again, Trina and I spoke regularly and
3  had weekly conference calls regarding her
4  status.
5      Q    Do you believe you would have had
6  a conversation with Trina about this if she,
7  in fact, did send this e-mail transmission
8  to you?
9      A    You know, it's highly likely we
10 would have discussed it in the realm of a
11 number of other things.
12     Q    Okay.  Who is John?
13     A    John Bruton?
14     Q    John Bruton.
15     A    I believe John Bruton is the
16 contracting officer's technical
17 representative for FEMA in Texas.
18     Q    Okay.  If we could, let's talk
19 about this e-mail a little bit.  Trina
20 Baldwin writes to John, "Right now, it seems
21 to be a few isolated cases, but I think FEMA
22 needs to be aware of this (as the 'owners'
23 of the trailers).  Here is some additional
24 information," and she talks about the EPA
25 site and talks about some information