UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Earline Castanel v. Recreation by Design, L.L.C., et al.*, No. 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S MOTION
### FOR PARTIAL SUMMARY JUDGMENT REGARDING
### CLAIMS UNDER THE LOUISIANA PRODUCTS LIABILITY ACT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. (hereinafter referred to as "Shaw"), and, in accordance with Rule 56(b) of the Federal Rules of Civil Procedure, and in conformity with this Court's Orders in *Charlie Age, et al., v. Gulf Stream Coach, Inc., et al.*[1] and *Aldridge, et al. v. Gulf Stream Coach, Inc., et al. (Elisha Dubuclet o/b/o T.D.)*,[2] moves for partial summary judgment with respect to the claims asserted by Earline Castanel against Shaw under the Louisiana Products Liability Act.

---

[1] R. Doc. 3217.

[2] R. Doc. 7440.

In further support of this motion, Shaw submits the attached Memorandum in Support, Statement of Uncontested Material Facts, and exhibits.  Because Shaw did not manufacture the trailer at issue, and for the reasons set forth in detail in the accompanying memorandum, Shaw is entitled to a judgment as a matter of law, and all claims asserted against Shaw under the Louisiana Products Liability Act should be dismissed with prejudice.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz