David Edward Garratt                                                July 7, 2009
                              Washington, DC

                                                                          Page 1

1                    UNITED STATES DISTRICT COURT

2                         DISTRICT OF LOUISIANA

3                         NEW ORLEANS DIVISION

4     In Re:   FEMA Trailer      )

5     Formaldehyde Products      ) MDL No. 1873

6     Liability Litigation       )

7

8                                         Washington, D.C.

9                                         Tuesday, July 7, 2009

10    Videotape Deposition of DAVID EDWARD GARRATT, called

11    for examination by counsel for Plaintiffs in the

12    above-entitled matter, the witness being duly sworn

13    by CHERYL A. LORD, a Notary Public in and for the

14    District of Columbia, taken at the offices of NELSON

15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16    Avenue N.W., Suite 900, Washington, D.C., at 9:07

17    a.m., and the proceedings being taken down by

18    Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

EXHIBIT "B"

David Edward Garratt                                      July 7, 2009
                          Washington, DC

Page 221

```
 1      Q.    And tell me if I'm getting too specific
 2   here, but did you know that FEMA also directed the
 3   contractors to put these travel trailers on blocks?
 4      A.    Yes.
 5      Q.    And you understand that that was a FEMA
 6   directive?
 7      A.    Yes.
 8      Q.    And would it be fair to say that if the
 9   contractors did not do that, they would have been
10   violating their contract?
11      A.    Yes.
12      Q.    And I would assume that you're also aware
13   that FEMA required that these travel trailers have
14   electricity, plumbing, hot and cold running water,
15   sewerage?
16      A.    Correct.
17      Q.    And again, if the contractors didn't set
18   them on blocks, hook up the electricity, hook up the
19   hot and cold running water, hook up the sewerage,
20   they would have been violating their contract with
21   the federal government through FEMA.
22            Correct?
```