# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

**Date taken: February 10, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: www.psrdocs.com

EXHIBIT "C"

Page 187

1  is her full name?
2       THE WITNESS:
3            Maude Robin.
4       MR. GARRISON:
5            Okay.
6  EXAMINATION BY MR. KURTZ:
7       Q   Maude Robin.  All right.  I'm
8  sorry.  I got that all confused.
9            Mrs. Robin's house is right there
10 on the right side of Exhibit 3?
11      A   Yeah, right here (indicating).
12      Q   Okay.  All right.  Ms. Castanel, I
13 asked you if the trailer was out of level
14 when you moved in.  Did it ever shift out of
15 level while you were living there?
16      A   No, it was always the same.
17      Q   Okay.  Let me show you another
18 document.
19           Randy, would you mind marking it
20 Exhibit 4?
21           Ms. Castanel, just like before, my
22 first question for you is, the signature on
23 the lower left corner of Exhibit 4 is your
24 signature?
25      A   Yes.

Page 188

```
 1        Q    Okay.  And did you handwrite in
 2   the date right next to your signature,
 3   March 11, 2006?  Do you see that?
 4        A    Yes.
 5        Q    Okay.
 6        A    I done forgot all them dates.
 7        Q    Do you recall signing this
 8   document, ma'am?
 9        A    Yes, that's my handwriting.
10        Q    Okay.  Do you recall taking a look
11   at the trailer to see if it was in good
12   condition before you signed this document,
13   Exhibit 4?
14        A    No.  I just went in.
15        Q    You don't recall one way or the
16   other whether you did that or not?
17        A    No.
18        Q    Okay.  We will mark this as
19   Exhibit 5.
20             Ms. Castanel, I'm going to show
21   you a document marked as Exhibit 5, which is
22   "SHAW-CAST 0014," and, first of all, I will
23   ask you if those are your initials in the
24   blanks on Exhibit 5?
25        A    Yeah, that's my initials.
```