# Transcript of the Testimony of **Brian Boyle**

**Date:** February 5, 2010

**Case:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Printed On: April 9, 2010



ACE·FEDERAL

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

**EXHIBIT
"E"**

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 25

1      A    In my hand?

2      Q    Or in your office.  Had you ever read

3   something like that so that you understood what it

4   was supposed to look like?

5      A    Yes.

6      Q    What I'm trying to find out, sir, is

7   Exhibit 1 and, specifically, Section 2.1.2

8   consistent with your recollection of what that

9   specification entailed?

10      A    "Blocking and leveling," 2.1.2?

11      Q    Yes, sir, and it continues on to the

12   second page of exhibit.

13            MR. MILLER:  What is your question?

14            MR. KURTZ:  The question was whether or

15   not that section, 2.1.2 of Exhibit 1, conforms to

16   the witness's recollection of the specification that

17   he had for installed travel trailers.

18            MR. MILLER:  Objection; vague.

19            THE WITNESS:  Yes.

20            BY MR. KURTZ:

21      Q    Okay.  If you or your inspectors saw a

22   travel trailer that was not installed in accordance

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 26

1    with this specification, what would happen?

2         A    You would make the contractor aware.

3         Q    And you might do that by e-mail or

4    telephone?

5         A    Yes.

6         Q    And once the contractor was made aware of

7    the deviation from the specification, you would

8    expect them to go out and correct it; right?

9         A    Yes.

10        Q    Did you have any system for following up

11   to make sure the contractor, in fact, went out and

12   corrected the work?

13        A    Yes.

14        Q    How did you do that?

15        A    Send another field inspector out to

16   revisit the unit.

17             MR. KURTZ:  Let me show you another

18   document, Mr. Boyle, which I'm going to mark as

19   Exhibit 2.  It bears Bates label SHAW 002020.

20             (Exhibit 2 identified.)

21             BY MR. KURTZ:

22        Q    Mr. Boyle, have you ever seen Exhibit 2

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 82

1    many folks were underneath you as field inspector

2    that you were QCing their work that was being

3    performed?

4        A    No, I don't recall, sir.

5        Q    Was there a set -- during the time you

6    were a field inspector with DHOPS, was there a set

7    number of inspections or percentage of emergency

8    housing units that were to be inspected by DHOPS

9    personnel?

10       A    Requirement?  Was there a requirement of

11   that?

12       Q    Yes.

13       A    I don't know.

14       Q    Was there a target, that you wanted to

15   inspect X percentage of the emergency housing units

16   that had been deployed?

17       A    Our target goal was to inspect 100 percent

18   of them.

19       Q    Do you know if you met that goal?

20       A    No, I do not.

21       Q    Do you know what percentage of temporary

22   housing units were actually evaluated by DHOPS