# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore

### Date taken: February 26, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "F"

Case 2:07-md-01873-KDE-MBN   Document 13246-9   Filed 04/09/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel) — Videotaped Deposition of Charles David Moore

Page 110

1   Exhibit 7 documents, yes.

2       Q.   And you have no information to
3   suggest that Exhibit 7 was not followed
4   during the installation of Mrs. Castanel's
5   unit, right?

6       A.   That's correct, yes.

7       Q.   So when you say that the GVWR
8   translates to approximately 28.8 pounds per
9   square foot, I'm reading from the bottom of
10  page 10 of your report, do you see that?

11      A.   Yes.

12      Q.   You're essentially just dividing
13  7,000 pounds by the square footage of the
14  trailer at that point, right?

15      A.   Essentially, yes.

16      Q.   So if the floor of the trailer
17  were capable of holding up more than the
18  gross vehicular weight rating, you might get
19  a higher number of pounds per square foot
20  higher than 28.8, right?

21      A.   Say that to me again.

22      Q.   If the floor of Mrs. Castanel's
23  unit were capable of holding up more weight
24  than the gross vehicular weight rating, then
25  when you used that bigger number to start