UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                          SECTION N(5)

                                                             JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*Earline Castanel v. Recreation by Design,*          MAGISTRATE CHASEZ
*L.L.C., et al.*, No. 09-3251 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

        **PLEASE TAKE NOTICE** that Shaw Environmental, Inc. will bring for hearing its

Motion for Partial Summary Judgment Regarding "Blocking" before the Honorable Kurt D.

Engelhardt, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New

Orleans, Louisiana, 70130, on the 5th day of May 2010, at 9:30 a.m.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**


**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.


  /s/ M. David Kurtz