UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Earline Castanel v. Recreation by Design, L.L.C., et al.*, 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR SUMMARY JUDGMENT BASED ON SHAW ENVIRONMENTAL, INC.'S STATUS AS A GOVERNMENT CONTRACTOR

Defendant, Shaw Environmental, Inc. ("Shaw"), respectfully moves this Honorable Court for summary judgment in accordance with Rule 56(b) of the Federal Rules of Civil Procedure, based on the government contractor defense. Shaw is entitled to the immunity afforded federal government contractors, and, for the reasons set forth in the accompanying memorandum, statement of uncontested material facts, and exhibits, all claims asserted against Shaw should be dismissed with prejudice as a matter of law.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz

2