UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Earline Castanel v. Recreation by Design,<br>L.L.C., et al.*, 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT BASED ON SHAW ENVIRONMENTAL, INC.'S
<u>STATUS AS A GOVERNMENT CONTRACTOR</u>**

**MAY IT PLEASE THE COURT:**

Shaw Environmental, Inc. ("Shaw") is entitled to immunity under the well-established federal government contractor defense.  Shaw has contemporaneously filed another motion for summary judgment invoking the government contractor defense relating solely to Plaintiff's claims regarding Shaw's alleged improper "blocking" of Plaintiff's emergency housing unit ("EHU") [Rec. Doc. No. 13246].  The instant Motion for Summary Judgment based on the Government Contractor Defense encompasses all claims asserted against Shaw.  In order to avoid unnecessary repetition and further burdening this Honorable Court, Shaw hereby adopts and incorporates by reference as if repeated fully herein the arguments and averments contained

its "Motion for Summary Judgment Regarding 'Blocking' Based on the Government Contractor Defense." *Id.*[1]

Shaw recognizes that this Court has already ruled on similar dispositive motions filed in other cases in this MDL by Shaw (*Wright v. Forest River, Inc., et al.*) and Fluor Enterprises, Inc. ("Fluor") (*Charlie Age, et al., v. Gulf Stream Coach, Inc., et al.*) and Bechtel National, Inc. ("Bechtel") (*Bartel, et al. v. Gulf Stream Coach, Inc., et al.* and *Kujawa, et al. v. Keystone RV Company, et al.*).[2] This Court denied these motions (aside from certain maintenance claims), holding that the first element in the *Boyle* test, regarding the Government's approval of "reasonably precise specifications," is not satisfied as to the process – often referred to as "jacking" – by which EHUs are installed.

Shaw respectfully disagrees with these rulings, but there would be little point in reiterating arguments already fully explored in prior briefs. Accordingly, Shaw hereby adopts and incorporates by reference as if repeated fully herein the arguments contained in its Motion for Summary Judgment Based on its Status as a Government Contractor (*see* R. Doc. 10941); "Fluor Enterprises, Inc.'s Motion for Summary Judgment Based on the Government Contractor Defense" (*see* R. Doc. 2802); and "Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss" (*see* R. Doc. 2796).

---

[1] In further support of this motion, the Affidavit of Geoffrey C. Compeau, including Exhibits "1" through "12" thereto, is attached as Exhibit "A" to Shaw's Statement of Uncontested Material Facts; and the Affidavit of Allison Hansen, including Exhibits "1" through "2" thereto, is attached as Exhibit "B" to Shaw's Statement of Uncontested Material Facts.

[2] Court's Order and Reasons dated February 24, 2010, R. Doc. 11910 (granting in part and denying in part Shaw's Motion for Summary Judgment based on its Status as a Government Contractor); Court's Order and Reasons dated September 10, 2009, R. Doc. 3205 (granting in part and denying in part Fluor's Motion for Summary Judgment Based on the Government Contractor Defense); Court's Order and Reasons dated October 1, 2009, R. Doc. 4366 (denying Bechtel's 12(b)(6) Motion to Dismiss Based on Government Contractor Defense).

Accordingly, based the reasoning set forth in the above motions, Shaw Environmental, Inc. respectfully urges the Court to grant its motion for summary judgment and dismiss, with prejudice, all of Plaintiff's claims based on the government contractor defense.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz