# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| SHAW ENVIRONMENTAL, INC<br><br>1725 DUKE STREET<br>SUITE 400<br>ALEXANDRIA VA 223143470 | HSFEHQ-05-D-0573 | TN00126Y2006T |
| | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| | HSFEHQ-05-J-0015 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

See Continuation Page

**9. WORK DETAILS**

This is an unpriced (letter contract) task order.  See continuation pages for terms and conditions.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Nancy A. Costello | *Nancy A. Costello* | 10/7/05 |

FEMA Form 40-20, JUN 97                                                    REPLACES ALL PREVIOUS EDITIONS

CONFIDENTIAL

EXHIBIT "2"

SHAW 000633

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | | $▇▇▇▇▇ | ▇▇▇▇▇ |
| | Work shall be performed in accordance with the attached Statement of Work | | | | |
| | FUNDING/REQ NO:    1: $▇▇▇▇▇▇ | | | TN00126Y2006T | |

GRAND TOTAL ---                $▇▇▇▇▇

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1603DR-9064- | -2591-D | TN00126Y2006T | P | $▇▇▇▇▇ |

**CONFIDENTIAL**

SHAW 000634

**TASK ORDER TERMS AND CONDITIONS** _____
**NOT SPECIFIED IN THE CONTRACT** _____

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning September 12, 2005 through January 15, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 12, 2005 and September 30, 2005 for the period September 12, 2005 through January 15, 2006. The amount of pre-authorization through January 15, 2006 is $▇▇▇▇▇▇ for pre-award costs, which exceeds the amount authorized under this task order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 12, 2005 through January 15, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $▇▇▇▇▇▇, which includes estimated cost of $▇▇▇▇▇▇ and fixed fee of $▇▇▇▇▇.

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $▇▇▇▇▇▇.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY  (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding ▇▇▇▇▇▇.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is ▇▇▇▇▇▇.

52.216-25, CONTRACT DEFINITIZATION  (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1) Proposal due October 4, 2005; (2) Negotiations on or before October 25, 2005; (3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with

**Page 3**

SHAW 000635

the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes--

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government; (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

**********************END OF TERMS AND CONDITIONS*********************

**Page 5**

CONFIDENTIAL

SHAW 000637

Contract No. HSFEHQ-05-D-0573                    Task Order No. HSFEHQ-05-J-0015

## STATEMENT OF WORK
Site Inspection, Assessment, and Installation - Direct Assistance
(Shaw-Task Order-0015)

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Housing Area Command
                MMR Construction
                15961 Airline Hwy
                Baton Rouge, LA 70817

JFO Point of Contact: David Porter, COTR
Phone:               202-438-1294
Email:               david.porter@dhs.gov

Counties: State of Louisiana.

# 2   Operational Objective:   Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3   Identified Tasks
The contractor shall provide all necessary supervision, equipment, personnel and supplies to perform the tasks identified below.  The Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the contract Performance Work Statement (PWS).

## 3.1   Site Identification & Assessment Task #1

The contractor shall inspect sites identified by FEMA and report the results of those inspections.

ATTACHMENT 1

1 of 3

Contract No. HSFEHQ-05-D-0573                Task Order No. HSFEHQ-05-J-0015

<u>STATEMENT OF WORK</u>
Site Inspection, Assessment, and Installation - Direct Assistance
(Shaw-Task Order-0015)

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| Task | Individual Site Inspections and Assessments | 4000 site inspections | The contractor shall provide staffing to identify sites within the State of Louisiana and perform inspections for placement of temporary shelters (2500 travel trailers (TT) and 1500 manufactured homes (MH)) on an as lease basis by FEMA.  The contractor shall provide status reports. |

## 3.2  Installation Task #2

The contractor shall install travel trailers within four (4) calendar days and manufactured homes within seven (7) calendar days following issuance of Work Order(s).  The Contractor shall:

1. Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement and obtain necessary permits.

2. Perform all site preparation, as necessary, for proper installation of the units.

3. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade.

4. Establish procedures to monitor, and track progress and compliance with the PWS.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Installation-TT | 2500 | The contractor shall install travel trailers on sites in the State of Louisiana.  All units shall be winterized. |
| Installation-MH | 1500 | The contractor shall install manufactured homes on sites in the State of Louisiana.  All units shall be winterized. |

## 3.3  Maintenance Task #3

The contractor shall established and perform maintenance procedures in accordance with the PWS.

2 of 3

**CONFIDENTIAL**                                                    SHAW 000639

Contract No. HSFEHQ-05-D-0573                 Task Order No. HSFEHQ-05-J-0015

<u>STATEMENT OF WORK</u>
Site Inspection, Assessment, and Installation - Direct Assistance
(Shaw-Task Order-0015)

### 3.3.1  User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number in accordance with the PWS.   The toll free phone number must be available and operational when the first unit is ready to occupy.

### 3.3.2  Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the established time frames indicated the contract PWS.

### 3.3.3  Maintenance Records

The contractor shall establish and maintain maintenance records for every structure identified and placed as a result of a Work Order(s).  The contractor shall provide to FEMA a maintenance log (cumulative and unit specific) upon request.  This log will include all maintenance calls (issues identified & time), and status of remedy.

| Task | Task Title | Projected Qty | Projected Funding |
|------|-----------|---------------|-------------------|
| Task | Occupancy Maintenance | 4000 | The contractor will provide maintenance services for travel trailers and manufactured homes installed by the contractor for up to an estimated 18 months. |

## 4. Transportation Task #4 The contractor shall transport travel trailers.

| Task | Projected Qty | Projected Funding |
|------|---------------|-------------------|
| TT-Transport Only | 1000 | Deliver shall deliver travel trailer to and remove from FEMA staging areas and other location as designated by the CORT. |

## 5. Performance Period The period of performance is from September 12, 2005 through January 15, 2006.

3 of 3

CONFIDENTIAL                                                          SHAW 000640

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

# 1. GENERAL

All work performed shall be in accordance with all applicable federal, state and local codes and regulations.  The provisions herein and typical details shall not be construed as lowering standards established by local laws, ordinances or regulations

The contractor must be, or have employed, registered/licensed technicians (Plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade.  It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units. Locally required permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.

All trenches shall be back filled, tamped, or rolled to the maximum practical density to avoid settlement damage to sewer, water, or gas lines.  All construction debris, waste and excess material shall be cleaned and removed from all waste sites.  Contractor shall be available for move-in inspection.

The following installation items represent minimum requirements.  Requests for exceptions or substitutions must be approved by FEMA in writing prior to performing the work.  Approval will be on an individual basis based on availability of materials or conditions peculiar to the intent of installation or work.

The contractor shall position the travel trailer on the lot as staked.  In the absence of staking, the contractor shall position the travel trailer in a manner to utilize the most practical direct path from the utility connections. (Sewer line, electric, water, etc.)

# 2. BASIC TRAVEL TRAILER SET-UP

## 2.1.1 Delivery of Travel Trailer:
Towing shall be from the staging area to designated sites as identified.  The travel trailer shall be properly placed, position, and aligned on the site.  The towing operator shall be properly licensed and insured to protect the Government's interest.

## 2.1.2 Blocking and Leveling
The Contractor shall clean away all grass roots, loose dirt, rocks or debris where at the base of the piers.  Travel trailers shall be set-up on concrete piers and after the weigh of the travel trailer is transferred to the piers, if the unit is not leveled properly the contractor will reinstall the unit at no additional cost to the government.  The travel trailer set-up will also include a minimum of six piers (three on each side) evenly spaced. The end piers should not be directly on the end of the unit, but approximately six inches off the edge of the unit.  The Contractor shall provide a base for each pier.  The base will be ¾"x 24" x 24" exterior grade plywood.  The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers.

Exhibit 7– Page 1 of 10

**EXHIBIT "3"**

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with blocking timber and wedges laid perpendicular to the travel trailer steel I-beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer is transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.

## 2.1.3  Anchoring and Straps

The contractor shall install two (2) anchors per side (total 4). All anchors must be placed, driven, or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from one turnbuckle on the anchor head, and wrap one time around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035" cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position.

## 2.1.4  Sewer Line Installation to Travel Trailer above Ground

Sewer line installation from the sewer riser and connection to the travel trailer is to be provided by use of 3" hard ABC or PVC, Schedule 40.

The line shall be of the shortest practical. At sites with a sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser, up to 50 feet. If a sewer riser is not in place, a clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The nominal inside diameter of the unit sewer connection shall not be less than three inches (3"). The slope shall be continuous and at least one-quarter inch (1/4") per foot and no more than one-half inch (1/2") per foot. Overhead (hanging) sewer straps shall be placed at four-foot (4') intervals (maximum) to prevent any deflections.

Exhibit 7– Page 2 of 10

CONFIDENTIAL

SHAW 000481

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The fitting between the travel trailer sewer line and sewer riser (placed above ground) will be one of the following:

(1) An approved 4" x 3" adapter, or (2) the lower end of the travel trailer sewer line shall extend at least four inches (4") below the rim of the riser with an air tight connection provided by the use of a rubber ring.  Pipe shall be rigid PVC sewer pipe ASTM D-2727; or Schedule 40 ASTM D-2261.  The line shall be of the shortest practical length and include a clean-out wye.  The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.  Sewer piping shall be installed in accordance with local codes and the Uniform Plumbing Code.  The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no addition cost.  The above ground line shall be properly sealed where it connects to sewer riser.  The above ground sewer line shall be strapped and secured properly every 4 feet.  This Line Item includes up to 50 linear feet of above ground 3" sewer.

## 2.1.5   Water Line Installation to Travel Trailer above Ground

Water line installation from the existing service-connection to the travel trailer service pipe is to be provided by use of approved RV water hose, up to 50 feet. For sites with water service riser already installed; the Contractor will make the connection between the travel trailer connecting point and the riser.  A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).  The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection. Water piping shall be installed in accordance with local codes and the Uniform Plumbing Code. All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.  RV hose shall be capable of withstanding constant exposure to weather elements (i.e. heat and sunlight).  A pressure regulator valve is required on the supply inlet.  This Line Item includes up to 50 feet of potable water hose, anti-siphon valve, and any required pressure reducing device.

Exhibit 7– Page 3 of 10

CONFIDENTIAL                                                          SHAW 000482

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.6   Direct Wiring of Travel Trailer

The Contractor shall provide connection of service from the electrical assembly to the travel trailer weatherproof electrical disconnect pedestal (box) up to 50 feet.  The Power supply cable shall be furnished with the travel trailer.  Whenever possible the contractor shall provide above ground electrical service from the applicant's panel box to RV disconnect.  The weatherproof disconnect box or RV receptacle box will be provided and installed, by the contractor, at a point near the travel trailer to permit connection of existing power cord.  The weatherproof disconnect box will be equipped with the appropriate breaker to provide an approved 30 Amp service and mounted on a treated 4"X4" post or the equivalent. The bottom of weatherproof disconnect box will be a minimum of 10" above ground level.  Installation of electrical service will meet all federal, state, and local codes and requirements. This Line Item includes up to 50 feet of above ground direct wiring.

Note: Travel trailers that are all electric models will require a 50 AMP service and circuit breaker. The requirements are as above, amended to 50 AMP service and circuit breaker. The increased cost of the 50 AMP service and circuit breaker shall be offset by the lack of a LP gas requirement for the unit.

## 2.1.7   Fill Propane Tanks.

Fill both tanks and inspect connections.

## 2.1.8   Steps

If required, the Contractor shall install steps at each travel trailer entrance.  All wooden steps shall be made of exterior grade framing lumber. The Contractor shall prepare the grade and construct a level step, such that the step is centered on the door and safely beneath with the doorsill in a manner that does not represent a trip or safety hazard.  The step must not impede the opening or closing of the door or restrict occupant entrance or exit.  The steps will be constructed of wood thirty-six inches (36") wide.  Handrails constructed with 2" x 4" safety edge lumber shall be provided on all steps and installed on both sides of the steps.  If steps are needed a handrail will be installed in a manner to assist the occupant exiting or entering the platform.   The platform and steps shall have a stable and secure foundation, be level in both directions and anchored. All handrails shall be sanded and painted with one coat of white paint. The contractor shall provide all supplies and materials.

## 2.1.9   Make Travel Trailer Ready For Occupancy (RFO).

i)  **Assemble Accessories and Arrange for Use:**
   (a) Arrange all furniture for occupancy;
   (b) Clean and mount storm window panels;
   (c) Install drawers;
   (d) Remove window clips; travel blocking and protective taping;
   (e) Hang fire extinguisher (report low charge to FEMA inspector);
   (f) Mount exterior light fixtures, and install bulbs;
   (g) Install interior light globes and covers;

Exhibit 7– Page 4 of 10

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

    (h) Install screens;
    (i) Re-install any fallen curtains;
    (j) Install cabinet door panels and other knockout panels;
    (k) Install commode tank lid; and
    (l) Repair, if necessary, cabinet/door/drawer hardware.

ii) **Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)**
    (a) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
    (b) Verify hot/cold water lines, reverse if required;
    (c) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
    (d) Replace commode wax ring and tank gaskets, as needed;
    (e) Tighten loose connections in electrical system; and
    (f) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.

iii) **Test Appliances and Appurtenances:**
    (a) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations. Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
    (b) Test smoke detector and replace if faulty. Defective smoke detectors provided by FEMA or manufacturer upon receipt of damaged one; and
    (c) Test exhaust fans for proper operation, repair as needed.

iv) **Final Clean-Up and Readiness:**
    (a) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;
    (b) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);
    (c) Remove unit packing debris and excess set-up material from premises; and
    (d) Report major discrepancies or missing items to FEMA inspector.


## 2.1.10 Sewer Line, Buried

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the travel trailer. At sites with sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

Exhibit 7– Page 5 of 10

CONFIDENTIAL

SHAW 000484

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The line shall be of the shortest practical length and include a clean-out wye.  The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code.  This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections.  *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line*.  If the travel trailer has multiple sewer drop points, they will be interconnected to a single unit drop point.

## 2.1.11 Municipal Sewer Tap- Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the travel trailer and backfill, according to local requirements.  The sewer tap shall be made in accordance with local regulations regarding sewer tap installations.  The sewer tap shall utilize a device such as a saddle.  A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow.  All piping shall be connected to assure free flow.  If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority.  In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required).  In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.12 Water Line, Buried

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the travel trailer pad.  At sites with water service riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line.  The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

Exhibit 7– Page 6 of 10

CONFIDENTIAL

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. A back flow preventer valve will be properly installed. Backfill materials shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure reducing device, shall be installed in accordance with local codes and the Uniform Plumbing Code. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.13 Municipal Water Tap (Install Water Tap)

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the travel trailer and backfill, according to local requirements. The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company. If required by local regulations, the trench shall not be backfilled until the water tap has been inspected and approved by the water department. In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

## 2.1.14 TT Power Pole w/ Meter. Furnish and install 50 AMP travel trailer electric power pole and meter loop)

The Contractor shall install an overhead electric assembly. The assembly shall be at least 50 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 50 AMP circuit breaker. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections on the meter pole must be watertight. Pole shall meet all code requirements.

## 2.1.15 Water Line Winterization

When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the travel trailer). Minimum requirements include:

Exhibit 7– Page 7 of 10

CONFIDENTIAL

SHAW 000486

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The heat cable shall be UL listed, Commercial Pipe Heating Cable and rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding. The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

The heat cable shall be installed in compliance with the cable manufacturer's instructions and the following additional details:

The sealed end of the heat cable will be securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser. The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape. Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser.

Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape. The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered, if possible. Riser shall be filled with the appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.1.16 Handicap Ramp

The Contractor shall prepare the grade and construct a wooden ramp with level platform such that the platform is centered on the door of principal entry into the travel trailer and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The ramp pitch shall be one-inch (1") slope for each twelve inches (12") in length (maximum).The ramp shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The ramp and the platform shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

## 2.1.17 Direct Wiring To Well Pump Switch

The Contractor shall provide and install a 30 Amp well pump switch. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections must be watertight and meet all code requirements.

Exhibit 7– Page 8 of 10

CONFIDENTIAL

SHAW 000487

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.18  Aboveground Electrical Excess

The Contractor shall provide and install aboveground electrical connection in excess of the basic set-up.  All components shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements.

## 2.1.19 Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. Permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.  FEMA will reimburse the contractor the actual permit fees. Receipt required.

## 2.1.20 Provide additional 25' Potable Water Hose

## 2.1.21 Provide and Install 5KW Generator

## 2.1.22 Direct Burial of 50 Amp Service

At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the unit. All cable shall be appropriately buried and shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards.  Sweeps shall be used at the unit and meter loop assembly.  If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection.

## 2.1.23 Refill Both Propane Tanks

Refill both tanks and inspect connections.

## 2.1.24  Miscellaneous for TT Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or designee, which are not addressed by the above descriptions and line items.

The contractor will be compensated for time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If the task was performed by others, a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

## 2.1.25 Handicap Platform Steps

The Contractor shall prepare the grade and construct a wooden series of level platforms such that the level platform is centered on the door of principal entry into the travel trailer

Exhibit 7– Page 9 of 10

CONFIDENTIAL

SHAW 000488

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

and flush with the doorsill. Contractor shall coordinate platform design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform surfaces, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall number of platforms shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The platform heights shall be between seven and one half-inch (7 1/2") and eight inches (8") maximum. The platforms shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The platforms shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

Exhibit 7– Page 10 of 10

CONFIDENTIAL

SHAW 000489



TYPICAL TRAVEL TRAILER

PIER CONSTRUCTION

10/11/05

ADDITIONAL SOLID CAP BLOCKS
CAN BE USED AT TOP OF PIER
TO MEET MAXIMUM ALLOWABLE
WOOD THICKNESS RULES

TERRY R. ZIEN-USACE

I-BEAM
OF TRAILER
IS PERPENDICULAR
TO LUMBER

USE NO MORE THAN
1" OF SHIM, IF
NEEDED

UPPER
LAYER
OF BLOCK
MUST BE
SOLID

SHIM

2 x 8 LUMBER

USE 1 OR 2 LAYERS
OF SOLID LUMBER,
BUT NO MORE
THAN 3"
(1.5' NOMINAL
THICKNESS EACH)

SOLID BLOCK

AS NEEDED,
HOLLOW BLOCK
LAYER

CAN LEAVE OUT
2ND LAYER OF
HOLLOW BLOCK, OR
SUBSTITUTE
SOLID BLOCK

Concrete
Hollow Block

8"

8"    4"    SOLID BLOCK    3/4"

16"    16"

24"    24"

UPPER LAYER OF
SOLID BLOCK MUST BE
ORIENTED AS SHOWN WITH
RESPECT TO THE TRAILER
I-BEAM.

BASE PLATE IS 24" x 24" x 3/4"
EXTERIOR GRADE PLYWOOD.
GROUND MUST BE LEVELED
PRIOR TO PLACEMENT OF
BASE.

TRAVEL TRAILER TIRES MUST REMAIN INFLATED AND IN CONTACT WITH
THE GROUND. BLOCKS MAY BE PLACED UNDER THE TIRES TO MAINTAIN
GROUND CONTACT. THIS MAY BE NECESSARY WHEN TRAILERS ARE
PLACED ON SLOPING GROUND.

**EXHIBIT
"4"**

SHAW 002020

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 1. General

This specification establishes the minimum requirements for disaster area maintenance of temporary housing units.

This contractor at a minimum will:

   a) Provide maintenance services of units assigned by FEMA. This maintenance services contract includes performing monthly preventative maintenance inspections, responding to routine and emergency maintenance calls and making repairs as required for units assigned to the contractor and/or identified by FEMA.
   b) Maintain records pertaining to tasks assigned to include monthly preventative maintenance inspection, routine and emergency maintenance and will make those records available for review upon request by FEMA. The records shall be saved and provided to FEMA when the units are deactivated, and/or upon request by FEMA. All records will be saved and provided on a CD-ROM in Microsoft Word or Excel and provided to FEMA. The contractor will maintain a back-up copy for three years after the contract is terminated.
   c) Perform other tasks as required by the COTR and / or the COTR's designee, and as described in the Additional Cost Line Items portion of this document. FEMA will notify the contractor of the requirement for these tasks.
   d) Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.
   e) The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.
   f) Contact the manufacturer, dealer or temporary housing unit source for warranty maintenance issues as approved by FEMA. FEMA will not pay any co-payment or deductions if they are required. If the contractor is paid by the manufacturer, dealer, or temporary housing unit source to perform warranty maintenance, the contractor shall reimburse FEMA of the amount received.
   g) Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.
   h) Make repairs identified by FEMA. Generally the Contractor will be expected to correct problems that the occupants are not expected to correct. These problems are not limited to tasks that require the professional services of an experienced electrician, carpenter, plumber, or appliance repairman.
   i) Obtain approval from the COTR prior to performing any miscellaneous or unusual requirements. Written documentation must be submitted for reimbursement.
   j) Inform FEMA of any trends associated with the upkeep and maintenance of the unit such as excessive service calls.

Exhibit 10 – Page 1 of 15

**EXHIBIT**
**"5"**

CONFIDENTIAL

SHAW 000505

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

k) Respect applicant privacy and protect their information. The applicant
information must not be used for any reasons other than the intended purpose. No
applicant information will be provided to other entities without FEMA and the
applicant's approval.

## 2. Maintenance Areas of Responsibility

The Contractor's area of responsibility is for all interior and exterior components of the unit
which includes the:

### 2.1 Plumbing System

Plumbing includes all water and sewer lines and tanks inside the temporary housing unit
and all external lines from the temporary housing unit to the utility main or the park
owner's connection.

### 2.2 Electrical System

Electrical includes all wiring and associated parts from the Power Company's connection
on the meter loop pole or pedestal, to and throughout the manufactured unit, including
underground entrance cable. When connecting to an approved power source the
responsibility shall include all installed components up to the approved power source.

### 2.3 Heating and Cooling System

This includes all major components to include wiring and associated parts

### 2.4 Replacement of Components

Unless it is associated with the repair and/or replacement of a related component the
Contractor is not responsible for replacing such items as light bulbs, stoppers, drain
baskets, extra door keys, light covers, etc.

### 2.5 Entrance/Exit components

This includes all panels, sidings, windows, screens and doors.

## 3. Function (tasks) Descriptions.

### 3.1 Maintenance – Emergency

Repairs that are authorized under Emergency Maintenance may be requested by the
temporary housing unit occupant (the contractor needs to report this to FEMA
immediately) and are defined as those necessary to eliminate a serious health, safety, or
security hazard. All emergency work orders received after hours, weekends, or holidays
from the occupant shall be reported to the COTR by 10:00 a.m. on the following normal
workday.
The Contractor shall initiate repairs to eliminate these healths, safety, or security
hazards within six (6) hours of receipt (7 days per week) of an emergency request and
complete the work as soon as possible.  This may include temporary repairs, in which

Exhibit 10 – Page 2 of 15

CONFIDENTIAL

**EXHIBIT 10**
**MAINTENANCE-TEMPORARY HOUSING UNITS**

case the Contractor shall notify the COTR or designee. Permanent repairs must be
completed within the routine repair time frame.

Emergency maintenance is typically required in response to, but not limited to, one of
the following problems:
a) Gas leak
b) Major water leak, where a shut off valve cannot be located
c) Actual sewage leak (Health concern)
d) No heat (when outside temperature is, or is expected to go below 50 degrees
Fahrenheit)
e) No A/C (when outside temperature is, or is expected to go above 85 degrees
Fahrenheit)
f) No electricity (excluding local power company failure), or major electrical
malfunction.

## 3.2 Maintenance – Routine

Maintenance not defined as emergency maintenance is defined as routine maintenance,
unless identified by FEMA. All routine repairs shall be completed within 48 hours after
receipt of the requirement. When such 48-hour completion time would expire on
Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following
Monday or Tuesday, as appropriate.

The Contractor shall complete routine maintenance items requested by the occupant that
were not listed on the work order when performing a service call or preventive
maintenance visit, as long as the total cost of material does not exceed $█████ **For items
and materials considered as Major Material Items the contractor must notify and
obtain approval from the COTR prior to performing the work.** It is the
contractor's responsibility to obtain the name of the person and the time of the decision.

Failure of the Contractor to contact FEMA for authority to proceed could result in the
deduction of such costs from the work order prior to payment. If payment has been
made the amount may be deducted from subsequent payments.

Priority shall be given during routine maintenance to:
a) Heating (winter) and cooling (summer) problems not corrected under the
emergency maintenance definition
b) Problems that could be a health concern, such as stopped-up sewer or water lines
c) Permanent correction of temporary repairs that were performed under emergency
maintenance; and
d) Other such tasks where earlier correction could lessen the extent of the problem.

## 3.3 Maintenance – Staging

This is related to the units located at the staging areas or other designated areas
identified by FEMA. This function includes performing maintenance of units identified
by FEMA. Maintenance tasks on these units will by identified and assigned by the
COTR or his designee.

Exhibit 10 – Page 3 of 15

CONFIDENTIAL                                                      SHAW 000507

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

### 3.4 *Major Material Item Replacement*

The Contractor shall provide all necessary replacement parts and materials to repair
manufactured units under this Contract, except those identified as Major Material Items.

Major Material Items are identified as, but not limited to, refrigerators, water heaters,
ranges, axles, exterior doors, temporary housing unit tires, complete furnace, complete
A/C, or any other component valued at over $███. The Contractor may replace these
items only after prior inspection and approval by the COTR or CO.

If the Contractor determines, after an inspection by a certified mechanic, that repair of a
Major Material Item(s) is impractical, the Contractor shall promptly provide the COTR
with a written report. This written report needs to address identifying the item(s) by
make, model number, part number, identification number and location, condition of the
item, and itemized material cost to replace the item(s).

*Note: This is for the actual item costs. Labor costs are covered under the monthly
maintenance fee. Any additional labor cost must be itemized and approved by the
COTR prior to performing the work. The COTR shall investigate and determine the
practicality of repair versus replacement, and then shall instruct the Contractor to
proceed with repairs, provide the Contractor with the Major Material Item for
replacement, or authorize the Contractor to purchase and replace the item*

Any parts valued at over $███ each that are replaced by the Contractor shall be returned
with the completed work order to the COTR, if requested. Replaced parts shall be
individually identified with a wire-on tag that contains the work order number, unit
number, replacement date, and description of defect. Unit components replaced as
defective and later determined by the COTR to have been repairable at a reasonable cost
shall result in a back-charge to the Contractor for any associated material costs

The Contractor shall, at all times, make a reasonable effort to acquire all parts at prices
favorable to the Government. If the COTR determines that the Contractor could have
reasonably obtained the materials at significantly lower prices, the COTR may authorize
payment based on the lower prices. Purchase receipts shall be provided to the COTR
with the completed work order for all (each) parts costing over $250. The Contractor
will be compensated for the actual purchase costs of materials used, as documented on
the receipt.

When the Contractor must backorder repair parts for the furnace, A/C, refrigerator, or
range, or is otherwise unable to repair these appliances within 48 hours of receiving the
work request (within 6 hours for the furnace (winter) and A/C (summer)), the
Contractor shall provide a temporary appliance for the occupant. The temporary
heating appliance shall be equipped with an automatic shut-off that activates if the
heater is accidentally tipped over. Such temporary appliances shall be provided, at no
additional cost to the Government or the occupant, until such time as the permanent
appliances are fully operational

Exhibit 10 – Page 4 of 15

SHAW 000508

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

All parts replaced shall be new and shall be of a quality equal to or better than the part being replaced.

# 4.  Issuance of Work.

FEMA reserves the right to issue work to staff and other resources to perform the mission. The contractor will be assigned units after the units have been installed.  The contractor will perform monthly maintenance service visits for each unit assigned.  These visits must be at least 14 days apart.

The contractor may also be tasked to perform service calls for routine, emergency, staging maintenance and other tasks during normal duty hours. All service calls will have a follow-up visit scheduled.

The follow-up to a service call may serve as a monthly maintenance service visit if it is performed in the next month and the 14-day spread is met.  The purpose of the maintenance service visit is to see if there were any maintenance issues related to the unit that need to be addressed and to make repairs as needed.

The contractor must provide the COTR a monthly schedule of planned visits on the first duty day of the month and a summary of findings for the units assigned at the end of the month.

The contractor will contact the applicant at least 24 hours prior to the scheduled maintenance visit.  The contractor will also leave the occupant a summary of the findings and work performed for all visits and service calls.

The summary will include the unit information, date of the visit, the summary of findings and work performed, and the tentative date for the next scheduled maintenance service visit.  A copy of the summary of each unit assigned shall be forwarded to FEMA on a monthly basis.

Routine, emergency, and staging work may be issued to the contractor via maintenance work orders.  Maintenance work orders will be used for documenting all maintenance calls regardless of the nature.  Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation.   At the completion of the work the contractor shall:
  a) Complete the work order prior to requesting the occupant's signature (excluding cost).
  b) Attach a signed statement explaining the omission of occupant's signature when the occupant is unavailable to sign the completed work order.

When the unit is identified by FEMA as currently vacant the maintenance service visit will include inspecting the unit for safety hazards, damages and reporting the condition of the unit.

The contractor will perform a unit cleaning to prepare the unit for occupancy as assigned by FEMA.  The LP tank of the mobile home or the travel trailer's LP bottles shall be filled for re-occupancy. The contractor will not replace appliances, furnishing, furnace, A/C, or water heater prior to COTR approval.  If it is determined that these items need to be replaced for the

Exhibit 10 -- Page 5 of 15

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

unit to be ready to occupy the contractor will submit in writing the items that need to be replaced and the estimated amount of replacement cost. The COTR must concur prior to items being replaced.

For billing purposes the contractor must submit the actual receipts for items replaced with the Work Order. Based on the concurrence or approval of the COTR, FEMA will reimburse the contractor the actual cost of the replacement items not to exceed the fair market value of the item.

## 5. Contractor Responsibilities

### 5.1 Work Hours

Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays. Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days. The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate

### 5.2 Phone Service

The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award. The telephone number(s) will be provided to the unit occupants.

### 5.3 Facilities

The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's maintenance obligation and requirements.
Identification
The contractor personnel must wear an identification badge. The badge must include a contractor identification number, name, company name, and phone number. This badge must be visible when the contractor is working. The contractor is responsible for obtaining badges for all the employees working the tasks associated with this contract. This includes temporary, sub-contractors, etc.. The contractor is responsible for monitoring their staff.

### 5.4 Resources

The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance services. The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed (i.e. plumber, electrician, heating and air).

### 5.5 Contractor Expectations

All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism,

Exhibit 10 – Page 6 of 15

CONFIDENTIAL                                                                                          SHAW 000510

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

and behavior. The contractor must be able to provide a background check of employees as requested.

### 5.6 Qualification of Personnel

Work performed under this task shall be completed by professionally certified mechanics with expertise in heating and air conditioning (HVAC), refrigeration, range, electrical, and/or plumbing repairs.

a) The Contractor must be able to provide documentation of each mechanic's professional certification (such as certificates of training course completion, letters from previous employers certifying experience, resumes, membership affiliations to professional organizations, or other such documentation), if requested by FEMA, which, in the COTR's opinion, attests to the mechanic's qualifications.

b) For unusually complex maintenance problems, the Contractor must have access to licensed/certified technicians in the areas of electrical, plumbing, furnace, air condition, and appliance repair. Utilization of licensed/certified personnel shall be at no additional cost to FEMA. Availability of licensed technicians shall be (a) on a 24-hour basis, if needed, (b) maintained throughout the period of this contract, and (c) the contractor may be required to provide documentation to the COTR that substantiates that licensed/certified technicians are being used.

c) The contractor will identify a primary and alternate point-of-contact within 48 hours of contract award.

### 5.7 Warranty

All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form

### 5.8 Problem Reporting

Any maintenance problems, which in the Contractor's opinion were manufacturer warranty issues, or caused by the installation Contractor (particularly towing damage which will affect removal) and/or negligence or abuse by the occupant shall be reported to the COTR (in writing) with the completed work order.

## 6. Tasks

### 6.1 MH / TT Maintenance Specifications

| | |
|---|---|
| Task | THM-01 |
| Task Title | MH / TT Maintenance Specifications |
| Task Description | The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, and livable, condition. The contractor shall perform only those corrective actions that |

Exhibit 10 – Page 7 of 15

CONFIDENTIAL

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

require the effort of skilled technicians or labors.  FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA.

| | |
|---|---|
| Response Time | The contractor will provide maintenance services of units assigned and identified by FEMA.  Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor. |
| Compensation | Monthly Maintenance – For each FEMA temporary housing unit still assigned (RFO) as of close of business (COB) of the last day of the month the contractor will be compensated a flat fee that covers: any repairs, labor, parts and emergency service, re-leveling, and monthly preventive maintenance inspections. |
| | This includes the move-out inspection and clean and make ready of the unit when the unit is vacant. |
| | If there are excessive emergency service calls the contractor shall inform the COTR of the trend and provide a log of events during the billing cycle. |
| Unit of Issue | Per Assigned Unit Per Month |

## 6.2 Staging Maintenance

| | |
|---|---|
| Task | THM-02 |
| Task Title | Staging Maintenance |
| Task Description | This is for maintaining units in staging locations, as identified by the COTR or designee. |
| Response Time | 48 hours after the issuance of the work order. |
| Compensation | A work order will be issued for the unit needing the maintenance work. Compensation is by time and materials |
| Unit of Issue | Per unit |

## 6.3 Miscellaneous for TT Maintenance

| | |
|---|---|
| Task | TTM-05 |
| Task Title | Miscellaneous for TT Maintenance |

Exhibit 10 – Page 8 of 15

CONFIDENTIAL

SHAW 000512

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

**Task Description**   Miscellaneous tasks associated with the on-site unit maintenance of installed travel trailer units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy.

Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys.

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**   As appropriate

**Compensation**   Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**   Each

Exhibit 10 – Page 9 of 15

CONFIDENTIAL

SHAW 000513

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.4 Install power pole and meter loop 30 AMP service

| | |
|---|---|
| **Task** | TTM- 07A |
| **Task Title** | Install power pole and meter loop 30 AMP service |
| **Task Description** | Furnish and install temporary power pole and 30AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.5 Install power pole and meter loop 50 AMP service

| | |
|---|---|
| **Task** | TTM- 07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 10 of 15

CONFIDENTIAL

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.6 *Manufactured Homes Tasks*

### 6.6.1   Miscellaneous for MH Maintenance

| | |
|---|---|
| **Task** | MHM-05A |
| **Task Title** | Miscellaneous for MH Maintenance |
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |
| | This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities. |
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

### 6.6.2   Miscellaneous for MH Maintenance

| | |
|---|---|
| **Task** | MHM-05B |
| **Task Title** | Miscellaneous for MH Maintenance |
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |

Exhibit 10 – Page 11 of 15

SHAW 000515

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

| | |
|---|---|
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

## 6.6.3    Install power pole and meter loop 100 AMP service

| | |
|---|---|
| **Task** | MHM- 07A |
| **Task Title** | Install power pole and meter loop 100 AMP service |
| **Task Description** | Furnish and install temporary power pole and 100AMP meter-base. Contractor will meet all local and State codes.<br><br>The contractor must have all appropriate permits and licenses. |
| **Response Time** | As appropriate |
| **Compensation** | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.6.4    Install power pole and meter loop 200 AMP service

| | |
|---|---|
| **Task** | MHM- 07B |
| **Task Title** | Install power pole and meter loop 200 AMP service |
| **Task Description** | Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes.<br><br>The contractor must have all appropriate permits and licenses. |

Exhibit 10 – Page 12 of 15

CONFIDENTIAL

SHAW 000516

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

| | |
|---|---|
| **Compensation** | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

### 6.6.5    Refurbish MH

| | |
|---|---|
| **Task** | RMHR-01A |
| **Task Title** | Refurbish MH |
| **Task Description** | Refurbishment tasks associated with the repair and refurbishment manufactured home or park model (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items.<br><br>Include mattress replacement, and key replacement. |
| **Response Time** | As defined by the COTR or designee |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| **Unit of Issue** | Each |

### 6.6.6    Refurbish TT

| | |
|---|---|
| **Task** | RTTR-01B |
| **Task Title** | Refurbish TT |
| **Task Description** | Refurbishment tasks associated with the repair and refurbishment travel trailer (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items.<br><br>Include mattress replacement, and key replacement. |
| **Response Time** | As defined by the COTR or designee |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 13 of 15

CONFIDENTIAL

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

# 7. Septic Bladder

## 7.1 Pump Septic Bladder up to 210 gallon

{Line Item PU-1)

Pump septic waste from two-hundred-ten (210) gallon septic bladder as required. The
septic bladder shall be pumped when the bladder contents are at ninety to ninety five
percent of capacity, except when the unit is deactivated. The contractor will observe all
local, state, and federal regulations while performing this service. Requests for bladder
pumping service may be initiated by the unit occupant, assigned maintenance
contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic
pumping contractor personnel.

## 7.2 Pump Septic Bladder up to 260 gallon

(Line Item PU-2)

Pump septic waste from two-hundred-sixty (260) gallon septic bladder as required. The
septic bladder shall be pumped when the bladder contents are at ninety to ninety five
percent of capacity, except when the unit is deactivated. The contractor will observe all
local and state regulations while performing this service. Requests for bladder pumping
service may be initiated by the unit occupant, assigned maintenance contractor, FEMA
DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor
personnel.

## 7.3 Transport and Dispose of Pumped Septic Waste up to 210 gallon

(Line Item PU-3)

The contractor shall properly transport and dispose of septic waste collected from
assigned FEMA DHOPs unit site equipped with two-hundred-ten (210) gallon septic
bladder. The contractor will observe all local, state, and federal regulations while
performing this service.

## 7.4 Transport and Dispose of Pumped Septic Waste up to 260 gallon

(Line Item PU-4)

The contractor shall properly transport and dispose of septic waste collected from
assigned FEMA DHOPs unit site equipped with two-hundred-sixty (260) gallon septic
bladder. The contractor will observe all local, state, and federal regulations while
performing this service.

Exhibit 10 – Page 14 of 15

CONFIDENTIAL

SHAW 000518

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 7.5 Dump Station Fees

(Line Item PU-5)

The contractor shall be compensated for dump station fees. The contractor must submit the date performed, site addresses pumped, capacity of the pump truck in gallons, and dated receipt for dump station fees. In instances where the capacity of the pump truck is greater than the combined capacity of the pumped septic bladders serviced by the pump truck the receipt must be document.

Exhibit 10 – Page 15 of 15

CONFIDENTIAL

SHAW 000519

ADA

VIN# 5CZ200R246125284

| | U.S DEPARTMENT OF HOMELAND SECURITY | 1. SITE CONTROL NO. | 2. WORK ORDER # |
|---|---|---|---|
| | FEDERAL EMERGENCY MANAGEMENT AGENCY | | SS1 120605  123 |
| | TEMPORARY HOUSING UNIT INSPECTION REPORT | SCO30494/29 | |

**3. APPLICANT/SITE INFORMATION**

NAME (Last, First, Middle Initial): Castanel, Earline, T   THA. No

CONTRACTOR: Shaw   INSPECTOR: J Webb

SITE ADDRESS1 (House No and Street Name, or Rt. No): 2261 URQUHART St.

DATE WORK ISSUED: December 6, 2005   ISSUED BY: JONNY GLAZE   DATE SCH. COMPL.

CITY AND STATE: New Orleans   COUNTY: Orleans   5. SITE TYPE: [X] Comm. [ ] Private

Group [ ]   6. UNIT TYPE: [ ] MH [X] TT [ ]Other   7. UNIT NO.: 1364330

**8. INSTALLATION**

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| | Basic Setup | Each | | | |
| | 4" Sewer Line, Above Ground | Foot | | | |
| | 6" Sewer Line, Buried | Foot | | | |
| | 8" Sewer Line, Buried | Foot | | | |
| | Municipal Sewer | Actual | | | |
| | 3/4 " Water Line Extension, RV Hose | Foot | | | |
| | 2" Water Line Extension, Buried | Foot | | | |
| | Municipal Water | Actual | | | |
| | Power Pole and Meter Loop____AMP | Each | | | |
| | Additional Towing Outside____Mile Radius | Mile | | | |
| | Heavy Equipment to Spot | Each | | | |
| | Winterized Water Line Installation | Foot | | | |
| | Direct Wiring of____AMP Service, Over 50' | Foot | | | |
| | Direct Wiring of Well Pump | Each | | | |
| | 30 AMP Well Pump Switch | Each | | | |
| | Ramp (Per Entrance) | Each | | | |
| | LP Gas System and 100 Gallon LP | Each | | | |
| | Natural Gas Hookup | Foot | | | |
| | Gas Line Extension, Underground | Each | | | |
| | Skirting | Each | | | |
| | Permits | Actual | | | |
| | Steps (Per Entrance) | Each | | | |
| | 30 Amp RV. receptacle | Foot | | | |
| | | WORK ORDER TOTAL: | | | |

No Damage 12.8.05 RW

9. PLOT PLAN/DIRECTION/COMMENTS: Everett Smelley

Drivers Name: Uncle Bear's Trucking   Drivers Name: Drew Conger
Driver's License Number: LA 808 599 0798   Driver's License Number: 02369326 TX
Trucking Company: PINE/SHAW   Trucking Company: Wilson
License Plate Number: P12100H   License Plate Number: 05 V PK1
225.268.3228   X Drew Conger

10. CERTIFICATIONS AND SIGNATURES - The above described work has been completed, inspected and complies with contract requirements.

SIGNATURE APPLICANTS ASSISTANT SPECIALIST   DATE 12-8-05

FEMA FORM 90-24, JUL 05

No Damage 12-8-05 1010 CSW

8:05 AM

**EXHIBIT "6"**

SHAW-CAST 0036

Manhattan Site Trailer Delivery List

| BAR CODE | SHAW WORK ORDER NO | SITE CONTROL NO (LA#) | VIN # | DELIVERY ADDRESS | CITY, STATE | PARISH | DATE | TIME | VAN # | TRUCKING COMPANY |
|---|---|---|---|---|---|---|---|---|---|---|
| 134303 | BSI-1-0066121 | SD-03-048421 | 38534 | 2281 HUMBOLDT ST. | NEW ORLEANS LA | ORLEANS | 12/20/05 | 13:30 | JWL | WILSON |

REDACTED

EXHIBIT
"7"

SHAW-CAST 0019

| 1 of 1 | Haul Install – Applicant Information | 3/8/2006 3:41 PM |
|---|---|---|
| Print Date | | |
| Site Control No | SC-03-048428 | |
| Registrant ID | 939667689A | |
| PCODE | | |
| Applicant First Name | EARLINE T | |
| Applicant Last Name | CASTANEL | |
| Site Address | 2261 URQUHART ST | |
| Site City | NEW ORLEANS | |
| Site State | LA | |
| Area | Area D | |
| Site Zip | 70117 | |
| Site County/Parish | Orleans | |
| Current Phone | (504)4869212 | |
| Current Alt Phone | () | |
| Site Owner Last Name | | |
| Site Owner First Name | | |
| Special Needs/Additional Comments | 2814126504 | |
| Data Entry Date | 11/13/05 | |
| Customer Service Rep | Chamness, James | |
| CSR Phone | 225-303-6074 | |
| Assessment Date | 11/29/05 | |
| Feasible | Yes | |
| Reason Site Not Feasible | NA | |
| Withdraw Date | | |
| Withdraw Reason | | |
| Power | Entergy | |
| RFE Date | | |
| Meter Release Date | | |
| Meter Installed Date | | |
| Hold Date | | |
| Work Order Complete | Yes | |
| Work Order No | 1603-0002-13797-IPR | |
| Work Order Date | 11/29/05 | |
| Trailer Yard Complete | Yes | |
| Trailer Dispatch Date | 12/08/05 | |
| VIN 1 | 5CZ200R2461125294 | |
| VIN 2 | | |
| VIN 3 | | |
| Barcode | 1304330 | |
| Number of Trailers | 1 | |
| Number of Mobile Homes | 0 | |
| Trailer Type | | |
| Pcode_count_change | | |
| Construction Foreman | Reynolds, Eddy | |
| Foremen Phone | 850-375-7527 | |
| General Contractors | Wilson | |
| Contractor Assigned Date | 12/04/05 | |
| Contractor Batch | | |
| Construction Complete Date | | |
| Punch List-Constr | FALSE | |
| Punch Complete Date-Constr | | |
| Punch List-Maint | | |
| Punch Complete Date-Maint | | |
| Comments | Trailer went out as work order #SS1120605123 | |
| RFO Complete Date | | |
| Occupancy Date | | |
| Site Type | IS | |
| Site Phone | (832)2606520 | |
| Site Alt Phone | | |
| Complete Site Directions | | |
| Latitude | 29.9708014532971 | |
| Longitude | -90.0553428176513 | |
| Call Center Complete | | |
| Address Change Date | | |
| Old Address | | |
| Old City | | |
| Old State | | |
| Old Zip | | |
| Deact WO | | |
| Deact Assign Date | | |
| Deact Action | | |
| Deact GC | | |
| Deact Complete Date | | |
| Stop Progress | | |

EXHIBIT "8"

SHAW-CAST 0010



# Unit Delivery Ticket

| Work Order # | Issue Date | Issued By | Contractor |
|---|---|---|---|
| 1603-0002-13797-IPR | 11/29/2005 | BOURGEOIS | Shaw |

### _Site Information_

Site Type ☐ Commercial ☐ Group ☐ EGS ☑ Private

Site Control # SC-03-049429

Park Name _____

Street 2261 URQUHART ST

City NEW ORLEANS

State LA

Zip 70117

County Orleans

Lot # (if applicable) _____

Site Directions

### _Unit Information_

☑ TT
☐ MH
☐ PM

| Unit # | Barcode # | VIN # |
|---|---|---|
| | _1304330_ | _5CZ200R2461125294_ |

Special Instructions

FEMA Signature _____

Driver's Name _Drew Conger_

Driver's Licence # _D2369526 TX_

Trucking Company _Wilson_

License Plate # _05V PK1_

11/29/2005 10:56:38 AM

DR-1603-LA

**EXHIBIT "9"**

SHAW-CAST 0035



# RFO CHECKLIST

## Construction

1. Make sure left propane tank is on and the right tank is off and check for leaks. Turn left tank off and turn the right tank on and check for leaks.
2. Check that both ends of the water supply hose are secure and tight (not leaks), ensure that pressure reducing valve, and backflow preventer are installed.
3. Make sure water is on before starting the hot water heater.
4. Check and make sure unit (TT, MH) floor is level in both directions.
5. Check support piers (16 x 16 CMU blocking) and anchor straps.
6. Check sewer for correct fall, 4 ft. on center supports, strapping, cleanouts and for leaks.
7. Check valves – make sure grey water is open (pulled out) and black water is closed (pushed in) if so equipped
8. Check breaker box and receptacle (30, 50 or 100 amp per plans). Make sure power supply cord is plugged in and equipped with weatherproof "in-use" cover.
9. Check that steps comply with approved design – 7" maximum riser, 11" minimum tread, 36" width and painted handrail. For ramps check ADA compliance with plans – slope (1/12), width, handrails, non-slip surface, painted handrails, hard surface approach, etc. For platform steps check compliance with plans – 36 x 36" platforms, non-skid surface, painted handrails, etc.
10. Check entrance and interior doors for proper opening and closing and make sure all the keys are working.

Kendrick Paul _____  3-11-0.6
PRINTED AND SIGNED NAME OF INSPECTOR                    DATE

## Maintenance

11. Check that the gauges on both gas tanks functions (if equipped).
12. Check that RV battery is connected.
13. Check that LP gas detector is glowing GREEN. If RED = gas leak, get out and turn off the gas
14. Start the water heater
15. Check smoke detectors, CO detectors, and gas detector as applicable
16. Check fire extinguisher
17. Check the front bedroom. Set top light, if applicable, to work by wall switch.
18. Check all electric outlets with circuit tester.
19. Check all lights
20. Turn on hot water at each faucet; make sure hot water is coming out.
21. Check for water leaks under each sink, shower, and around the hot water heater.
22. Take all tags off the stove, remove all packing material from oven. Light the oven pilot and each top burner.
23. Check the refrigerator; take all tape and cardboard out of it. Make sure it is secured to wall.
24. Make sure fresh water pump is off.
25. Check bathroom – run water into toilet.
26. Check exhaust fans in bathroom and over stove.
27. Check sofa bed for support bar, if applicable
28. Place scissor jack handle under sofa.
29. Check heat and A/C for proper operation. Set A/C at 78F, auto high or heat at 65F in winter.
30. Open all emergency exits to ensure they all open properly.
31. Clean counter
32. Sweep floors
33. Check for living kit.

Kendrick Paul _____  3-11-06
PRINTED AND SIGNED NAME OF INSPECTOR                    DATE

Revised on 11/18/05

EXHIBIT
"10"

SHAW-CAST 0013



## Trailer Lease Check In List

_1) Walk through entire Trailer room to room. Show where closets are, where to pull blinds, light switches, let them look at whatever they want to check out in each room.

_2) While you are doing the walk-through with the applicant, you will also do a move-in inspection.

_3) Show where the breaker-box is located. Open the cover and make sure they understand how the breakers work.

_4) Show where the water heater is located and how to open the cover. Also explain that, should they have problems with the unit, or need to adjust the temperature, they are to call maintenance.

_5) Show where each smoke detector is located. Reinforce the fact that the smoke detectors should not be disconnected.

_6) Show were the fire extinguisher is and make sure they know how to operate it.

_7) Ask if they are familiar with an electric/gas range, if not explain how to operate it.

_8) Point out the thermostat on the refrigerator.

_9) Show where the central heat/air thermostat is located and make sure they know how to operate it.

_10) Show the paperwork on the appliances and stress that they keep it in a place where it can be easily located, if needed.

_11) Walk them around the outside, show them how to switch the propane tanks. Explain to them both tanks are full, and it is there responsibility to refill the tanks as needed, but do not exchange the tanks. (For mobile homes, 100 gallons was put in the tank, and applicant needs to refill as needed).

_12) Explain how to operate the valves on the holding tanks on travel trailers.

_13) Sit down and let the applicant(s) read the lease and the park rules (if applicable). Make sure they understand all the "dos" and "don'ts". Explain that simple maintenance procedures such as changing light bulbs, tightening screws, etc. should be done by applicant. Remind the applicant to change out the air conditioning filter at least once a month (some units have washable filters).

_14) Have the applicant sign two copies of the park rules form (if applicable). One copy goes to the applicant and one is retained for the file.

_15) Have the applicant sign the lease and give them the keys.

_16) Tell the applicant to call the Helpline and update information such as new mailing address and Phone number, if applicable.

_17) Copies given to applicant (move-in inspection, lease, park rules (if applicable).

EXHIBIT
"11"

SHAW-CAST 0014



**Shaw**®

## Ready For Occupancy (RFO) Check List

1) Check the gauges on both gas tanks.
2) Make sure left tank is on and the right tank is off. Turn left one off and right one is on to check for leaks.
3) Check RV battery is connected.
4) Check LP gas detector is glowing GREEN. If RED =gas leak, get out and turn off the gas.
5) Check that both ends of the water supply hose are secure and tight (not leaking).
6) Make sure water is on before starting the hot water heater.
7) Start the water heater.
8) Check and make sure unit (TT, MH) is level.
9) Check support piers (jacks or blocking) and anchor straps.
10) Check sewer for correct fall and for leaks.
11) Check valves – make sure grey water is open (pulled out) and black water is closed (pushed in).
12) Check breaker box and receptacle (30 amps). Make sure power supply cord is plugged in.
13) Note what type of steps are used (fold out, platform or wood).
14) Check door opening and closing, and the keys are working.
15) Check smoke detectors.
16) Check fire extinguisher.
17) Check front bedroom. Set top light if applicable to work by wall switch.
18) Check all electric outlets with circuit tester.
19) Check all lights.
20) Turn on hot water at each faucet; make sure it is hot water coming out.
21) Check for water leaks, under each sink, shower and around the hot water heater.
22) Take all tags off the stove; remove all packing material from oven. Light the oven pilot and each top burner.
23) Check the refrigerator; take all tape and cardboard out of it. Make sure is secured.
24) Make sure fresh water pump is off.
25) Check bathroom – run water into toilet.
26) Check exhaust fan in bathroom and over stove.
27) Check sofa bed for support bar if applicable.
28) Place scissor jack handle under sofa.
29) Set A/C at 78 C, auto high (seasonal).
30) Open all emergency exits to ensure they all open properly.

**EXHIBIT "12"**

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

1. Temporary Housing Unit No.: 1304300, Kynda 4390575899A
2. Serial No./Vin #: 5C2900R2461052 94

### 3. TYPE OF INSPECTION

| | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | ☐ | ☐ | ☐ |
| Staging | ☐ | ☐ | ☐ |
| Site | ☐ | ☑ | ☑ |
| RFO | | | ☑ |
| Move In | | | ☑ |
| Move Out | | | ☑ |

### 4. TYPE OF FACILITY

☐ Other
☐ Mobile Home
☑ Travel Trailer

### 5. APPLIANCES

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | Diotherus | | |
| Range | Music Chef | | |
| Microwave | Danita | | |
| Refrigerator | Frigidare | | |
| A/C | Diotherus | | |
| Water Heater | | | |

### 6. UNIT INFO.

a. Manufacturer

b. Year: 2005

c. Size (FL. - Inc Towing Hitch): 32

d. Number of Bedrooms: 2 BDR

### 7. INSPECTIONS

☑ Disaster   ☐ Storage

### 8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR

N = New   G = Good   P = Poor   D = Damaged   M = Missing

Handicap: ☐ Yes  ☑ No

| FURNISHINGS Kitchen & Dining | Sto | DIS | RE Condition | FURNISHINGS First Bedroom | Sto | DIS | RE Condition | FURNISHINGS Bathroom | Sto | DIS | RE Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dinette Table | | | | Double Bed, Complete | | | N | Commode | | | N |
| Dinette Chairs ( 6 for 3 BR) | | | N | Mirror | | | N | Tub/Shower | | | |
| Range | | | | Cabinet Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | N | Second Bedroom | | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete | | | | Light Fixtures | | | |
| Sink | | | | Mirror | | | | Exterior Condition | | | |
| Light Fixtures | | | | Cabinet Storage | | | | Water Heater | | | |
| Fire Extinguisher | | | | Curtains & Rods | | | | Doors | | | |
| A/C         Living Room | | | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | | | | Third Bedroom | | | | Windows | | | |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | |
| End Table | | | | Mirror | | | | Front Panels | | | |
| Coffee Table | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | | | | Curtains & Rods | | | | Rear Panels | | | |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | |
| Hall | | | | Interior Condition | | | | Roof Vents | | | |
| Furnace | | | | Floor Covering | | | | Towing Hitch | | | |
| Smoke Detectors | | | | Wall Panels | | | N | Axles & Springs | | | |
| Light Fixtures | | | | Ceiling Panels | | | | Wheels & Tires | | | N |

### 9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:

RIGHT SIDE — New
LEFT SIDE — New
FRONT — N
REAR — N

NOTE: Tail light harness furnished by: ☐ Towing Contractor

10. COMMENTS (If more space is needed, continue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. 1603-0002-13797-IPR | INSPECTOR SIGNATURE | DATE 3-11-06 |
|---|---|---|---|
| | | | THA No. 4390575899A |

12. OCCUPANT NAME: KEARLINE CASTANEL   ADDRESS: 2261 Urquhart St. New orleans, La 4390575899A 70117

13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |
| Occupant SIGNATURE (Move In or Move Out) Kearline Castanel | DATE 3/11/06 | FEMA REP. SIGNATURE |

MA Form 90-13, JULY 05

**EXHIBIT "13"**

SHAW-CAST 0009

FEMA Maintenance Transition Report

Printed on: 8/31/06  4:44 pm

70117 (10117) continued...

| Street Address | Occupant Name | Contact Phone # | VIN # | Bar Code | Unit # | Work Order # | Type | Description | Corrective Action | Complete Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2261 URQUHART ST | CASTANEL, EARLINE T | (504) 931-9560 | | | SC-03-049429 | A106007-1 | Normal | Inspection | Check gauges on both gas tanks. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-2 | Normal | Inspection | Check LP gas detector is Green. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-3 | Normal | Inspection | Check that both ends of the water supply hose are secure and tight. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-4 | Normal | Inspection | Check support piers and anchor straps | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-5 | Normal | Inspection | Check sewer for leaks | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-6 | Normal | Inspection | Check Breaker Box. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-7 | Normal | Inspection | Check smoke detectors. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-8 | Normal | Inspection | Check fire extinguisher. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-9 | Normal | Inspection | Check for water leaks. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-10 | Normal | Inspection | Check exhaust fan in bathroom and over stove. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-11 | Normal | Inspection | Check for broken glass. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-12 | Normal | Inspection | Check for broken mirrors. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-13 | Normal | Inspection | Check for damaged carpet and flooring. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-14 | Normal | Inspection | Checked for damaged doors. | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-15 | Normal | Inspection | Check for broken light fixtures | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-16 | Normal | Inspection | Make sure only one gas tank is on | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-17 | Normal | Inspection | Overall interior condition x | 04/07/2006 |
| | | | | | SC-03-049429 | A106007-18 | Normal | Inspection | Overall exterior condition x rain comes in over front door - needs gutter, needs new steps not wide enough and not stable | 04/07/2006 |
| | | | | | SC-03-049429 | A145445-1 | Normal | Inspection | Check gauges on both gas tanks | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-2 | Normal | Inspection | Check LP gas detector is Green. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-3 | Normal | Inspection | Check that both ends of the water supply hose are secure and tight. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-4 | Normal | Inspection | Check support piers and anchor straps | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-5 | Normal | Inspection | Check sewer for leaks. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-8 | Normal | Inspection | Check Breaker Box. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-6 | Normal | Inspection | Check smoke detectors. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-7 | Normal | Inspection | Check fire extinguisher. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-9 | Normal | Inspection | Check for water leaks. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-10 | Normal | Inspection | Check exhaust fan in bathroom and over stove. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-11 | Normal | Inspection | Check for broken glass | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-12 | Normal | Inspection | Check for broken mirrors | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-13 | Normal | Inspection | Check for damaged carpet and flooring. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-14 | Normal | Inspection | Checked for damaged doors | 05/15/2006 |

REDACTED

EXHIBIT
"14"

SHAW-CAST 0026

FEMA Maintenance Transition Report

Printed on: 8/31/06 4:44 pm

70117 (10117) continued...

| Street Address | Occupant Name | Contact Phone # | VIN # | Bar Code | Unit # | Work Order # | Type | Description | Corrective Action | Complete Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2261 URQUHART ST | CASTANEL, EARLINE T | (504) 931-9550 | | | SC-03-049429 | A145445-15 | Normal | Inspection | Check for broken light fixtures. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-16 | Normal | Inspection | Make sure only one gas tank is on | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-17 | Normal | Inspection | Overall interior condition = 10 / Overall exterior condition = 10 | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-18 | Normal | Repair the Door - Hinged Entrance for the Entire Unit | CAULK DOOR. | 05/15/2006 |
| | | | | | SC-03-049429 | A145445-19 | Normal | Repair the Air Conditioner for the Entire Unit | WENT TO TOP OF TRAILER AND CHECK LEAK FOR AC AND TIGHTEN DRAIN CONNECTION NEED SOMEONE TO TAKE AC OUT AND RESEAL AC HOLE LEAKING EVERYTIME IT RAINS | 05/15/2006 |
| | | | | | SC-03-049429 | CC3234-1 | Normal | HVAC | FEMA Tenant reported. SOMEONE CAME OUT YESTURDAY AND LOOKED AT THE A/C AND SAID HE WOULD HAVE TO ORDER ANOTHER ONE. SHE SAID TO PLEASE COME OUT BECAUSE THEY ARE ELDERLY AND ITS TOO HOT FOR THEM IN THERE. PH 504-931-9360 OR 832-260-6550 | 05/17/2006 |
| | | | | | SC-03-049429 | CC3234-2 | Normal | Inspect the Air Conditioner for the Entire Unit | Someone came out yesterday and said unit needs to be replaced. Unit is freezing up. Restriction in line. Only bottom two rows are freezing. | 05/17/2006 |

REDACTED

SHAW-CAST 0027

20-10-2009 15:14   MR HERNANDEZ 504 5287952

From: The Resource Foundation, Inc.    To: Global Solutions    Page: 1/1    Date: 5/16/2008 4:45:38 PM

## CALL CENTER MAINTENANCE REQUEST FORM

| Work Order # CC92934 | Operator Name: Amie Snoddy |
| Date: 05/16/2006 04:10 PM | Issue Type: Call Center - Routine Maintenance |

### CLIENT INFORMATION

| Name: EARLINE T CASTANEL | Site Control # 03-049429 | Community: 70117 |
| FEMA # | Address: 2261 URQUHART ST | |
| Phone: (504)931-9560 | City: NEW ORLEANS | State: LA  Zip Code: 70117 |
| Phone 2: ( 832 ) 260 - 65? | Parish/County: | Leased In Date: 03/11/2006 |

### ISSUE DESCRIPTION

**Work Description:**

1: HVAC - FEMA Tenant reported:  SOMEONE CAME OUT YESTERDAY AND LOOKED AT THE A/C AND SAID HE WOULD HAVE TO ORDER ANOTHER ONE.  SHE SAID TO PLEASE COME OUT BECAUSE THEY ARE ELDERLY AND IT'S TOO HOT FOR THEM IN THERE.
PH: 504-931-9560  OR  832-260-6520

| DED | CCC | ASD | HD | HEXP | WOC | TDD | CAD | CCD | RFO | OD |
|-----|-----|-----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | |

### FOLLOW UP / RESOLUTION

| Vendor: Global Industrial Solutions | Phone: (985)507-1713 | Fax: (225)567-6586 |
| Resolved:  YES /NO | Start Date/Time: 5/17/6 8:00 AM/PM | End Date/Time:  /  /  9:00 AM/PM |

Resolution / Contractor Notes:  ( If no, please specify: )

*Someone came out yesterday & said unit needs to be replaced unit is freezing up bad think there is a restriction in line only Botta 2 rows freezing.*

David Bennett / Rusty Stout          5.17-06          9:00 am
**Maintenance Technician Signature**      Date      Time

**Occupant Signature**      Date      Time

**Follow up Technician Signature**      Date      Follow up Time In      Follow up Time Out

*Tenant Refused to sign Because she said she wants her unit*

**EXHIBIT "15"**

SHAW-CAST 0024

# CALL CENTER WORK ORDER FORM

**THE SHAW GROUP**
DATE 5-16-06

SITE CONTROL:
SC# 03-0019429

CALL CENTER CUSTOMER RESPONSE
WO# 92936/

## APPLICANT ADDRESS CHANGE INFORMATION

ADDRESS DATE CHANGE

SYSTEM ADDRESS (House Number & Street)

CITY, STATE & ZIP CODE

PHONE NUMBER
( )

## APPLICANT SITE INFORMATION

APPLICANT
Earline Castanel
ADDRESS: (House Number & Street Name)
2261 Urquhart St.
CITY, STATE & ZIP CODE
N.O., LA 70117
PRIMARY NUMBER 504-931-9860   SECONDARY PHONE ( ) 832-260-...

| CSR | CALL START | CALL END | PARISH |
|---|---|---|---|
| Kim L. | 4:05 AM/PM | 4:10 AM/PM | Orleans |

FEMA REGISTRATION NUMBER
939657589

### APPLICATION STATUS:

| | | |
|---|---|---|
| 1..CALL DATE | 6.. WORK ORDER | DATE * |
| 2..DATA ENTRY | 7..TT DISPATCHED | DATE * |
| 3..ASSESSED | 8..CONSTRUCTION COMP. | DATE * |
| 4..FEASIBLE | 9..CONTRACTOR | * |
| 5..REASON | 10..TRAVEL TRAILER RFO | DATE * |

LEASED IN 3/11/06   BAR CODE _____   VIN _____
POWER _____   # TRAILERS _____   BATCH _____
HOLD DATE _____   SITE TYPE _____   P-CODE _____

CUSTOMER SERVICE REP:

CSR CONTACT PHONE

GENERAL COMMENTS:

Some one came out yesterday (5-15-06) and looked at her A/C and said he would have to order them another one. She said to please come out because they are elderly and it's too hot for them in there.

SPECIAL NEEDS COMMENTS:

SHAW-CAST 0025

CONST. PUNCH LIST:         CONST. WORK ORDER:

### MAINTENANCE COMPANY ASSIGNED:

| BASE LOGISTICS | LEC CONST | GARDEN CITY | GLOBAL | ✓ |
|---|---|---|---|---|

### MAINTENANCE TYPE:

| EMERGENCY | ROUTINE ✓ | SHAW CONST. | REFERRED TO FEMA |
|---|---|---|---|
| FAX WO | FAXED W/ORDER | WALK THRU | OUT OF AREA OOA |
| CALLED CONTR. | OTHER | REFERRED PPI | DE-ACTIVATION |