UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| *Earline Castanel v. Recreation by Design, L.L.C., et al.*, No. 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF ALLISON HANSEN

1. My name is Allison Hansen. I am the Human Resources Business Manager for the Shaw Group, Inc.

2. Following Hurricane Katrina, I worked as the Operations Manager for Shaw Environmental, Inc. ("Shaw") in connection with the IA/TAC contract between Shaw and FEMA.

3. Among other things, I helped administer the turnover of trailers to Maintenance and Deactivation Contractors (MDCs) during the spring and summer of 2006, and I also assisted in reporting to FEMA with regard to that turnover process.

4. The "turnover" of a trailer meant that Shaw would no longer be responsible for the maintenance or deactivation of that trailer. Following turnover, the MDC would be

EXHIBIT "B"

contractually obligated to FEMA to maintain the trailer and, at the appropriate time, to deactivate it.

5. On May 18, 2006, I participated in a meeting among representatives of certain MDCs, Shaw, and FEMA. The purpose of the meeting was to discuss the orderly turnover of trailer maintenance to the MDCs.

6. In general, trailers were turned over to MDCs according to zip code. The trailer that Earline Castanel occupied was located in zip code 70117.

7. All trailers in zip code 70117 were turned over to C. Martin Company.

8. On June 2, 2006, Pamela Wolfe forwarded to me an email from C. Martin's Robyn Williams, which reflected that all of the trailers being assigned to C. Martin had been accepted by C. Martin as of June 1, 2006. A copy of that email is attached hereto as Exhibit "1."

9. Attached to Ms. Williams' June 2, 2006, email was a spreadsheet identifying every trailer that C. Martin had accepted. At line 318, the spreadsheet indicates that a trailer leased to Earline Castanel that had been installed at 2261 Urquhart, New Orleans, Louisiana 70117 (the "Trailer"). A copy of excerpts from the spreadsheet reflecting the Castanel trailer is attached as Exhibit "2."

10. As reflected on the "To:" line of Ms. Williams' email, C. Martin notified FEMA of its acceptance of the trailers through Gary Keyser (the FEMA Contracting Officer's Technical Representative assigned to Shaw) and James Blair of FEMA. (Mr. Keyser's email address was spelled incorrectly on Ms. Williams' email.)

11. After June 1, 2006, full responsibility for the Trailer had been turned over to, and accepted by, C. Martin, with the full knowledge and acceptance of FEMA. After June 1, 2006, Shaw had no further responsibilities or obligations with regard to the Trailer. After June 1, 2006, Shaw did not maintain the Trailer in any way. Moreover, Shaw did not deactivate the Trailer.

*[signature]*
**Allison Hansen**

SWORN TO AND SUBSCRIBED before me, Notary Public, at Baton Rouge, Louisiana, this 21 day of December, 2009.

*[signature]*
NOTARY PUBLIC

BRADLEY D. MARTIN
NOTARY PUBLIC
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA
NOTARY NO. 86581
MY COMM. EXP. AT DEATH

**From:** Wolfe, Pamela
**Sent:** Friday, June 02, 2006 9:36 AM
**To:** Hansen, Allison
**Subject:** FW: C Martin Company ,Inc transition Update for 1 June 2006
**Importance:** High


**From:** Robyn Williams [mailto:robyn@cmartin.com]
**Sent:** Thursday, June 01, 2006 6:59 PM
**To:** Chustz, Damien; Wolfe, Pamela; gary.keiser@shawgrp.com; james.blair@dhs.gov
**Cc:** MJarvis880@aol.com; lc@cmartin.com; johnh@cmartin.com
**Subject:** C Martin Company ,Inc transition Update for 1 June 2006
**Importance:** High

All,

Please review the attached C Martin Company, Inc transition acceptance for 1 June 2006. We hope to be completed with all acceptance PMI's and paperwork by COB tomorrow. Should you have any questions please do not hesitate to call.

I will work very hard to ensure you all receive the report before 1500 tomorrow.
Have a great evening

8/6/2009



EXHIBIT "1"

*Robyn M. Williams*
*Contract Administrator*
*C. Martin Company*
*(O) 702-656-8080*
*(F) 702-212-0137*

*This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited. Thank you.*

****Internet Email Confidentiality Footer**** Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of The Shaw Group Inc. or its subsidiaries shall be understood as neither given nor endorsed by it.
_____ The Shaw Group Inc. http://www.shawgrp.com

8/6/2009

Leased In Units

| RGSN ID | LAST NAME | FIRST NAME | Primary Number | Alternate Number | SITE CONTROL | SR ADDRESS | SR CITY | SR COUNTY | SR STATE | SR ZIP | LEASE DATE | P CODE | ASSIGNE | VIN # | BAR CODE | UNIT #2 | ZZ Maint Contractor | Contractor | z ID | Notification Date | Acceptance Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93965789A | CASTANEL | EARLINE | (832)2606520 | (832)4749575 | SC-03-049429 | 2261 URQUHART ST | Orleans | Orleans | LA | 70117 | 03/11/06 | P-4TTP | | 5CZ200R24611125294 | 1304330 | | C Martin | Shaw | 5 | 5/31/2006 | June 1, 2006 |

**EXHIBIT "2"**