# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

**Date taken: February 10, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***

All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT "C"

1    Q    Ms. Castanel, when the maintenance
2    folks came out to repair your air
3    conditioner, every time they came out to
4    repair it, they did, in fact, fix it and it
5    worked for awhile after they left?
6    A    Yes.
7    Q    And that was true every time,
8    right?
9    A    Every time they come, they would
10   fix it.  And then like I stated, the second
11   time they came and they fixed it, and they
12   said they was going to bring a new unit, but
13   they never did.  And then the third time
14   when it broke down, they came there and did
15   the same thing that they did before, just
16   fixed it.
17   Q    And after the third time, the air
18   conditioner worked until you left the
19   trailer, right?
20   A    Until I left.  That's it.
21   MR. KURTZ:
22        That's all I have.
23   MR. GARRISON:
24        That's it.
25   MR. BENCOMO: