UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Earline Castanel v. Recreation by Design, L.L.C., et al.*, No. 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHAW ENVIRONMENTAL, INC.'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFF'S MAINTENANCE CLAIMS

Defendant, Shaw Environmental, Inc. (hereinafter referred to as "Shaw"), submits the following statement of uncontested material facts in connection with its motion for partial summary judgment regarding Plaintiff's maintenance claims.

1. Following Hurricane Katrina, Plaintiff Earline Castanel received emergency housing assistance from FEMA.[1]

2. FEMA provided a travel trailer manufactured by Recreation by Design, L.L.C.,[2] bearing VIN No. 5CZ200R2461125294, to Plaintiff as emergency housing ("the Trailer").[3]

---

[1] R. Doc. 1, ¶¶ 13, 17, C.A. No. 09-3251 (Castanel).

[2] *Id.*, ¶ 24.

[3] Affidavit of Geoffrey C. Compeau, ¶ 17, attached as Exhibit "A" to Shaw Environmental, Inc.'s Memorandum in

3. On September 30, 2005, FEMA and Shaw executed an Individual Assistance/Technical Assistance Contract ("IA-TAC") under which Shaw would provide certain services for disaster relief, pursuant to individual task orders issued by FEMA.[4]

4. In response to Hurricane Katrina, FEMA issued Task Order 15 to Shaw to provide hauling, installation, and maintenance services to further FEMA's mission of providing emergency housing solutions for displaced citizens.[5]

5. Exhibit 10 to the Performance Work Statement, which is attached as Attachment "A" to the IA/TAC ("Exhibit 10"), defined Shaw's maintenance obligations with regard to the Trailer.[6]

6. After Plaintiff moved into the Trailer in mid-March 2006, Shaw maintained it for less than three months, until June 1, 2006, when C. Martin Company assumed maintenance responsibility.[7]

7. During the period of Shaw's maintenance, Plaintiff lodged no formaldehyde or other odor-related complaints; indeed, she reported only one maintenance issue – a broken air conditioner that was repaired by one of Shaw's subcontractors.[8]

---

Support of Motion for Partial Summary Judgment Regarding Plaintiff's Maintenance Claims (the "Compeau Affidavit").

[4] Compeau Affidavit, ¶¶ 2, 4-5 (Exh. "A" to Memorandum in Support) and Exhibit "1" thereto.

[5] Compeau Affidavit, ¶ 6, (Exh. "A" to Memorandum in Support).

[6] Compeau Affidavit, ¶ 12, (Exh. "A" to Memorandum in Support) and Exhibit "5" thereto.

[7] Affidavit of Allison Hansen, ¶¶ 4-11, attached as Exhibit "B" to Shaw Environmental, Inc.'s Memorandum in Support of Motion for Partial Summary Judgment Regarding Plaintiff's Maintenance Claims (the "Hansen Affidavit") and Exhibits "1" and "2" thereto.

[8] Compeau Affidavit, ¶¶ 23-25, (Exh. "A" to Memorandum in Support) and Exhibits "14" and "15" thereto.

8.      In addition to responding to emergency maintenance calls and making repairs as required for the Trailer, Exhibit 10 required Shaw to conduct inspections and preventative maintenance. The maintenance records kept by Shaw indicate that Shaw conducted monthly inspections of the Trailer in April 2006 and May 2006.[9]

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz

---

[9] Compeau Affidavit, ¶ 23, (Exh. "A" to Memorandum in Support) and Exhibit "14" thereto.