UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA	MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION	SECTION "N-5"

JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*John M. Laird, et al v Keystone Industries, Inc., et al., Case No. 2:10-cv-490*

---

### ORDER
---

Considering the foregoing Motion of Plaintiffs, who are listed below, they are allowed an additional 60 days or until __June 9th__, 2010, to comply with the required Pretrial Order Nos. 49 and 53.

**Plaintiffs:**

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| L. C. by John M. Laird | 2:10-cv-490 |
| John M. Laird | 2:10-cv-490 |

**IT IS SO ORDERED** that the Plaintiffs listed above be GRANTED the Motion for Extension of Time.

DATED this __9th__ day of __April__, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE