UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Kayshana M. Quinn, et al v Allen Camper Manufacturing Company, Inc., et al*
Case No. 2:10-cv-471

## ORDER

Considering the foregoing Motion of Plaintiffs, who are listed below, they are allowed an additional 60 days or until ____June 9th____, 2010, to comply with the required Pretrial Order Nos. 49 and 53.

**Plaintiffs:**

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Kayshana M. Quinn | 2:10-cv-271 |

**IT IS SO ORDERED** that the Plaintiffs listed above be GRANTED the Motion for Extension of Time.

DATED this 9th day of ____April____, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE