UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO *EARLINE CASTANEL, ET AL* v. *RECREATION BY DESIGN, LLC ET AL*, DOCKET NO. 09-3251 | * * * * | MAG. JUDGE CHASEZ |

*************************************************************************

## ORDER

**IT IS HEREBY ORDERED** that defendants' Unopposed Motion for Partial Summary Judgment as to Medical Monitoring and Punitive Damages Claims is granted. Accordingly, plaintiff's Medical Monitoring and Punitive Damages Claims are hereby dismissed.

New Orleans, this __9th__ day of _____April_____, 2010.

_____
United States District Judge

1