OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR -9 PM 2: 49

LORETTA G. WHYTE
CLERK

Date: April 9, 2010

Pearlie M. Magee, et al

vs.

Forest River, Inc., et al

Case No. 2:09cv271   Section ____
MDL 2:10 CV 482

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management Agency
   (address) 500 C Street Washington DC 20472
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I hereby certify that all parties have been matched.
Rose M. Hum

Very truly yours,
Rose M. Hum
"Signature"
Attorney for Hawkins, Stracener + Gibson
Address 153 Main Street
Bay St Louis MS 39520

Fee ____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____