UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v. Forest River, Inc., et al*, Docket No. 09-2977 | | * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

*************************************************************************

## JUDGMENT

Considering the record, the answers by the jury to the interrogatories propounded by the Court, and the law, for the reasons assigned;

**IT IS ORDERED, ADJUDGED and DECREED** that there be judgment herein in favor of defendant, Forest River, Inc., and that any and all claims asserted by plaintiff, Lyndon Wright, against Forest River, Inc. be and hereby are **DISMISSED WITH PREJUDICE,** with taxable costs assessed against plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that there be judgment herein in favor of defendant, Shaw Environmental, Inc., and that any and all claims asserted by plaintiff, Lyndon Wright, against Shaw Environmental, Inc. be and hereby are **DISMISSED WITH PREJUDICE,** with taxable costs assessed against plaintiff.

New Orleans, Louisiana, this _____ day of April, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**