**From:** Aaron Ahlquist <aahlquist@damicolaw.net>
**To:** 'Jason Bone' <jbone@glllaw.com>
**CC:** David Kurtz <dkurtz@bakerdonelson.com>, Karen Whitfield <kwhitfield@bake...
**Date:** 4/8/2010 4:36 PM
**Subject:** RE: Formaldehyde MDL -- Wright - Draft Judgment

Jason (all),

Plaintiff agrees to the language on the dismissal with prejudice all claims against Forest River and Shaw...however, Plaintiff cannot agree to the open ended language on taxable costs. There was significant dispute in Alexander on the issue of taxable costs. Plaintiff is not comfortable with language tracking Alexander in this regard.

Aaron

-----Original Message-----
From: Jason Bone [mailto:jbone@glllaw.com]
Sent: Tuesday, April 06, 2010 3:58 PM
To: Aaron Ahlquist
Cc: David Kurtz; Karen Whitfield; Frank J. D'Amico; Carson Strickland; Ernest Gieger
Subject: Formaldehyde MDL -- Wright - Draft Judgment

Aaron,

I trust this finds you well. Attached please find our draft of the motion for entry of judgment as well as the proposed judgment in this matter. These decrements essentially track those that PSC agreed to in the Alexander matter, so I suspect they will be acceptable to you. Nevertheless, please review and let me have plaintiff's agreement by the close of business Thursday. In the meantime, if you need anything else, please let me know.

Thanks,
Jason