OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR -9 PM 4:21

LORETTA G. WHYTE
CLERK

Date: April 9, 2010

Patsy D Hill, et al

vs.

Waverlee Homes, Inc, et al

Case No. 10-429   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through FEMA through Craig Fugate Director
   (address) 500 C Street Washington DC 20472
2. (name) CH2M Hill Constructors through CT Corporation System
   (address) 1045 Flowood, MS 39232 Lakeland East Dr Suite 101
3. (name) Waverlee Homes through Phil Fowler
   (address) Hwy 278 East Hamilton, AL 33570
4. (name) USA Attorney Jim Letton
   (address) EDLA

Very truly yours,

Rose M. Hnn
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis MS

I hereby certify that all parties have been matched. Rose M. Hnn

39 Fee
Process 5 summons
X Dktd
__ CtRmDep
__ Doc. No.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: April 9, 2010

Patsy Hill, et al

vs.

Waverlee Homes, Inc

Case No. _____   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

5 X. (name) USA Attorney General Eric Holder
    (address) 950 Pennsylvania Ave, NW Washington, DC 20530
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Rose M. Hum
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched
Rose M. Hum

___Fee _____
___Process _____
 X Dktd _____
___CtRmDep _____
___Doc. No. _____