UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N (5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

### UNOPPOSED MOTION OF PALM HARBOR DEFENDANTS TO EXTEND DEADLINE FOR BELLWETHER PLAINTIFF NOMINATION

NOW INTO COURT, through undersigned counsel, come the Palm Harbor Defendants (Palm Harbor), which, for the reasons more fully set forth in the memorandum attached hereto, respectfully requests that the Court extend until Thursday April 15, 2010, the deadline for the parties to submit one or more nominations of the bellwether trial plaintiff for purposes of the trial scheduled to commence on Monday, October 18, 2010, and which further represents to the Court that opposing counsel do not oppose this requested extension.

Dated this 12th day of April, 2010.

Respectfully submitted,

/s/ Eric L. Lindstrom
Michael J. Craddock
 Texas State Bar No. 04970300
Eric L. Lindstrom
 Texas State Bar No. 12385200

3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
(214) 750-3550
(214) 750-3551 (FAX)

**ATTORNEYS FOR DEFENDANTS PALM HARBOR HOMES, INC., PALM HARBOR MANUFACTURING, LP, AND PALM HARBOR ALBERMARLE, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing Unopposed Motion of Palm Harbor Defendants to Extend Deadline for Bellwether Plaintiff Nomination was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel fo record who are non-CM/ECF participants.

Eric L. Lindstrom