UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N (5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

### MEMORANDUM IN SUPPORT OF THE UNOPPOSED MOTION OF THE PALM HARBOR DEFENDANTS TO EXTEND DEADLINE FOR BELLWETHER PLAINTIFF NOMINATION

MAY IT PLEASE THE COURT:

The Court has scheduled for Monday, October 18, 2010 a bellwether trial against one of the defendant manufacturers of manufactured housing units (as opposed to travel trailers). In its most recent Order [Doc. 13196] addressing this trial, the Court set April 12, 2010 as the date by which to submit an agreed bellwether plaintiff for the October trial. Of necessity, that defendant will be Palm Harbor.

It appears from matching data available that the likelihood is that Fluor Enterprises will be the defendant contractor in a trial involving the defendant Palm Harbor. Thus, recent discussions have taken place among counsel for the PSC, Palm Harbor and Fluor concerning the appropriate "pool" of bellwether plaintiff candidates. Unfortunately, Palm Harbor has discovered that it still does not have information on all of the plaintiffs who have filed suit against and/or been matched to Palm Harbor, and for this reason Palm Harbor is not in a position at this time to make an informed nomination of a bellwether plaintiff.

Palm Harbor therefore requests an additional, though limited, extension of the April 12 deadline, in order to confer with counsel and either arrive at an agree-upon bellwether nomination, or be in a position to submit to the Court competing nominees and reasons therefore. Counsel for Fluor and the PSC agree to the proposed, extended deadline of Thursday, April 15. All counsel further agree that this extension should not, and will not, jeopardize the scheduled trial date of October 18, 2010 (which is specifically stated in the proposed, attached Order).

For the foregoing reasons, Palm Harbor respectfully asks that the Court enter the attached Order, extending from April 12 to April 15, 2010 the deadline for the parties to submit either an agreed-upon nomination, or competing nominations (with reasons), for the bellwether plaintiff in the October 18, 2010 trial against the defendant Palm Harbor, et al.

Dated this 12th day of April, 2010.

Respectfully submitted,

/s/ Eric L. Lindstrom
Michael J. Craddock
  Texas State Bar No. 04970300
Eric L. Lindstrom
  Texas State Bar No. 12385200

3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
(214) 750-3550
(214) 750-3551 (FAX)

**ATTORNEYS FOR DEFENDANTS PALM HARBOR HOMES, INC., PALM HARBOR MANUFACTURING, LP, AND PALM HARBOR ALBERMARLE, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing Memorandum in Support of the Unopposed Motion of Palm Harbor to Extend Deadline For Bellwether Plaintiff Nomination was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel fo record who are non-CM/ECF participants.

                                                                                         Eric L. Lindstrom