| Name of Suit | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AARON<br>Taneshia Aaron, et al | | | | | | | | | |
| ADAMS<br>Lisa Adams, et al | | | | | | | | | |
| ADAMS<br>Michael Adams, et al | | | | | | | | | |
| ADAMS<br>Dianne J. Adams | | | | | | | | | |
| ALEXANDER<br>Dalfrey Alexander, et al | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ALLEN<br>Gwendolyn Allen | | | | | | | | | |
| 8 | ANDREWS<br>Lillie Andrews, et al | | | | | | | | | |
| 9 | AMBO<br>Nathaniel Ambo, et al | | | | | | | | | |
| 10 | ANNIS<br>Brittany Nicole Annis, et al | | | | | | | | | |
| 11 | ANTHONY<br>Francis Anthony, et al | | | | | | | | | |
| 12 | AUTMAN<br>Sean Autman, et al | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | BALL<br>Christy Ball, et al | | | | | | | | | |
| 14 | BARNETT<br>Sylvester Barnett, et al | | | | | | | | | |
| 15 | BASILE<br>George Basile, et al | | | | | | | | | |
| 16 | BENJAMIN<br>Kiren Benjamin, et al | | | | | | | | | |
| 17 | BOSTIC<br>Ryan Michael Bostic | | | | | | | | | |
| 18 | BOTELER<br>Lillie Boteler | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | BRUNO<br>Anthony Bruno, Jr., et al | | | | | | | | | 🟨 |
| 20 | BUFORD<br>Donna Buford, et al | | | | | | | | | 🟨 |
| 21 | BURAS<br>Angelina Buras, et al | | | | | | | | | |
| 22 | CACIOPPO<br>Anthony Carlo Cacioppo | | | | | | | | | |
| 23 | CARPENTER<br>Cody Edward Carpenter, et al | | | | | | | | | |
| 24 | CHAPMAN<br>Reid Chapman, et al | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | DEFELICE<br>Judy Porche Defelice | | | | | | | | | 🟨 |
| 26 | DIXON<br>Tiffany Dixon, et al | | | | | | | | | 🟨 |
| 27 | DURHAM<br>Gloria M. Durham, et al | | | | | | | | | |
| 28 | FINCHER<br>Steven Weyland Fincher, et al | | | | | | | | | |
| 29 | FINCHER<br>Steven Weyland Fincher, et al | | | | | | | | | |
| 30 | GABOUREL<br>Christopher J. Gabourel | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | GRAS<br>Francis Irwin Gras, et al | | | | | | | | | |
| 32 | GUILLORY<br>Debra Guillory, et al | | | | | | | | | ■ |
| 33 | HEBERT<br>Tammy Hebert, et al | | | | | | | | | ■ |
| 34 | HERNANDEZ<br>Joann Hernandez, et al | | | | | | | | | ■ |
| 35 | HUNTER<br>Geneva Hunter, et al | | | | | | | | | ■ |
| 36 | MACKLES<br>Troy Mackles | | | | | | | | | |

|    | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | MASSEY<br>Glenda Massey, et al | | | | | | | | | |
| 38 | MENARD<br>Kevin Stephen Menard, et al | | | | | | | | | |
| 39 | PATTERSON<br>Charles Patterson, et al | | | | | | | | | ■ |
| 40 | PELAS<br>Sandy N. Pelas | | | | | | | | | |
| 41 | RABALAIS<br>Louis Rabalais | | | | | | | | | |
| 42 | RILEY<br>Wanda Riley, et al | | | | | | | | | ■ |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | RODRIGUEZ<br>Luis A. Rodriguez, et al | | | | | | | | | |
| 44 | SAVOY<br>Alia Savoy, et al | | | | | | | | | 🟨 |
| 45 | SAVOY<br>Alia Savoy, et al | | | | | | | | | 🟨 |
| 46 | SEATON<br>Josephine Seaton | | | | | | | | | |
| 47 | STAGG<br>Darlene Stagg, et al | | | | | | | | | 🟨 |
| 48 | STEWART<br>Melissa Stewart, et al | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | UMBEHAGEN<br>Jonathan L. Umbehagen | | | | | | | | | |