Page 74

1        A.  Yeah.  But they didn't flood there.

2    They had wind damage.

3        Q.  And where is that in New Orleans, do

4    you know, like is it the Seventh Ward or do you

5    know what ward it would be in?

6        A.  Oh, boy, I know it's across Elysian

7    Fields.

8        Q.  Okay.

9        A.  Elysian Fields and around Claiborne,

10   between Claiborne and St. Claude I would say it

11   is.

12       Q.  Okay.  The neighbor that you

13   mentioned, a Ms. Robert I think you said was

14   her name, was she in a travel trailer too or

15   was she in a --

16       A.  No, she was in a house.

17       Q.  Were there any other travel trailers

18   near where your travel trailer was located?

19       A.  I was the only one in the block.

20       Q.  Did you only live in one travel

21   trailer during the whole time, or did they ever

22   have to swap out and give you a different

23   travel trailer?

24       A.  No, one.

25       Q.  One trailer.  You were presented some

PLAINTIFF'S
EXHIBIT
A (Cont.)

Page 75

1    photos earlier that are marked Exhibit 3, do

2    you have that in front of you, the stack of

3    photographs?  The very first photo shows a

4    label or some kind of placard, do you ever

5    recall seeing that on the unit?

6         A.   I never did look, I didn't see

7    nothing.

8         Q.   You don't know where this would have

9    been located on the unit?

10        A.   (Witness indicates a negative

11   response.)

12        Q.   That's a no?

13        A.   No.  The only one thing I seen on

14   here was that handicap, that's all I can

15   remember that handicap.

16        Q.   And that's on the outside.  And I'm

17   just asking if you remember seeing this other

18   one here, it says on this photo that we're

19   looking at, manufactured by Recreation by

20   Design and then it has a VIN number at the

21   bottom of that photo, you don't recall seeing a

22   label that looked like this; is that correct?

23        A.   Yeah, I don't remember seeing nothing

24   like this.

25        Q.   How about in the unit, when you first

Page 76

1    moved into the unit, was there any documents,

2    owners manuals or papers left for you in the

3    unit to look at, do you recall any documents?

4         A.   No.  They had the little closet and

5    they had another little closest on the top but

6    I never did go on there, so I don't know if

7    they had anything in there or not.

8         Q.   Okay.  Now, you're talking about

9    closets inside the unit that you didn't use?

10        A.   Yeah.  Right up, you know, above the

11   little closet where you put your clothes in.

12        Q.   Do you recall seeing an owners manual

13   at all in the unit, something that would tell

14   you about maybe the stove or parts of the unit?

15        A.   No, I didn't see nothing like that.

16        Q.   Did anybody give you kind of a

17   walk-through or an inspection of the unit when

18   you first moved in?

19        A.   No.

20        Q.   You were just given the keys by

21   Harry?

22        A.   Yeah.  By this man I told you, Harry

23   or whatever his name.

24        Q.   Did you ever hear the name Recreation

25   by Design before this litigation?

1          A.   (Witness indicates a negative

2     response.)

3          Q.   Is that a "no"?

4          A.   No.

5          Q.   How about Shaw?

6          A.   No.

7          Q.   Are you aware who Recreation by

8     Design is?

9          A.   No.

10         Q.   You don't know if they were the

11    manufacturer of the unit that you resided in?

12         A.   No.

13         Q.   When you first met with attorneys and

14    were providing information regarding where you

15    lived, your address, that type of background

16    information, did you provide them a VIN number

17    on the unit that you lived in, a VIN number

18    would be such as we see here at the bottom of

19    this photo?

20         A.   No.   That I could remember.  Not that

21    I could remember.

22         Q.   Do you know how it came about that

23    this VIN number that we're looking at in this

24    photo, which is 5CZ200R2461125294 came about to

25    be in your plaintiff fact sheet?

Page 78

```
 1          A.   No, I don't remember.
 2          Q.   Did you have a FEMA ID number, do you
 3     remember having a FEMA ID number, a number that
 4     would be associated on the paperwork that you
 5     would have received from FEMA?
 6          A.   Let me see in my purse if I have any
 7     kind of number.  This is all I have, is this
 8     (indicating).
 9          THE WITNESS:
10               Is this what he's talking about, this
11     right here?
12          MR. MCLENDON:
13               Ms. Castanel is referring to a note
14     that she had written in a notepad.
15          MS. GILBREATH:
16               For the record, Ms. Castanel is
17     referring to a notepad that she keeps where she
18     has written her FEMA ID Number, 939657589.
19          MR. MULCAHY:
20               Okay.
21          THE WITNESS:
22               That's all I have.
23     BY MR. MULCAHY:
24          Q.   You're a fairly meticulous note
25     taker?  I see you have a notebook here.
```

Page 79

```
 1        A.  Yes.

 2           MR. MULCAHY:

 3              If we could photocopy this page, at

 4    least.

 5    BY MR. MULCAHY:

 6        Q.  Are there other notes inside this

 7    notepad that you have?

 8        A.  No, no, that's all I have.

 9           THE WITNESS:

10              What I'm going to do about these

11    things here, do I make a copy?

12           MS. GILBREATH:

13              We're just going to make a copy.  And

14    we can redact the other information.

15           THE WITNESS:

16              What about these people I have here?

17           MS. GILBREATH:

18              If counsel agrees, we can redact

19    other information.

20           MR. MILLER:

21              Let's go off the record for a minute

22    here.

23              (Whereupon, a discussion was held off

24    the record.)

25           MR. MULCAHY:
```

Page 80

1              We'll go back on the record.

2    BY MR. MULCAHY:

3         Q.  Ms. Castanel, we know you have a

4    little notepad that you're treating very

5    delicately like it has all of your information

6    in it.  And what I'd just like to do is, if you

7    would read that number, that's your FEMA ID

8    number, from that notepad into the record.

9         A.  Just read it now?

10        Q.  Yes, ma'am.

11        A.  It's ID 939657589.

12        Q.  And that's your FEMA ID number as you

13   understand it; correct?

14        A.  Yes, sir.

15        Q.  And is there anything else in that

16   notepad that has --

17        A.  Oh, no, I don't have nothing else in

18   there.

19        Q.  Wait.  Let me finish my question.  Is

20   there anything else in that notepad that has

21   any information regarding your lawsuit or your

22   living inside the FEMA unit at issue?

23        A.  Uh-uh (negative response), no.

24        Q.  And I know you just answered this

25   question but I just want to ask to be clear,

Page 81

1    you don't have a copy of what I read to you

2    earlier as the VIN number inside your notepad;

3    is that correct?

4         A.   No, that's all I have is what I

5    showed you.

6         Q.   Earlier you were discussing repairs

7    that you requested to the air conditioning

8    system of the unit.  And you said you thought

9    it was a few occasions that you had repairs

10   done to the air conditioning system.  And you

11   mentioned something about a leak or something

12   around the air conditioning system; is that

13   correct?

14        A.   Yeah.

15        Q.   Each time that you had a repair done

16   to the air conditioning system, was it the same

17   type of problem or complication you were

18   having?

19        A.   Every time it would drip water down

20   to the floor.

21        Q.   Okay.  Was it still blowing any type

22   of air or cold air?

23        A.   No.

24        Q.   Was the fan still operating at all --

25        A.   No.

Page 82

1          Q.   -- where it at least circulated air?

2          A.   No.

3          Q.   And you would call maintenance and

4    within a period of time they would come out and

5    repair the air conditioner; is that correct?

6          A.   Yeah.

7          Q.   When it was dripping water on the

8    floor, did you put any buckets or anything

9    underneath it or did you have to do that?

10         A.   Well, I take a little bucket, like

11   when I used the mop I would put it there to

12   catch the drips.

13         Q.   You didn't see any mold or

14   complications from it leaking, did you?

15         A.   No.  I just put the bucket there and

16   just, you know, emptied the water after.

17         Q.   And just from looking at these photos

18   of this unit, it looks like you kept a pretty

19   meticulous household, you kept it pretty clean;

20   is that correct?

21         A.   Yeah, I kept it clean.

22         Q.   And from your plaintiff fact sheet it

23   shows that you were a housekeeper for many

24   years; is that correct?

25         A.   Yeah.  I worked for the priest.

Page 83

 1          Q.  And that's what you did for a moment
 2      in time after the storms --
 3          A.  Yeah, for a little while after.
 4          Q.  -- for a while --
 5          A.  But I just quit.  I couldn't do that
 6      no more.
 7          Q.  Prior to the storms though, for many
 8      years you were a housekeeper; is that right?
 9          A.  Yeah, before the storm, you know,
10      before Katrina I was working.  And after I came
11      back, you know, and I got kind of situated in
12      my house, that's when I went -- I mean in the
13      trailer, that's when I went back and worked a
14      couple of months after that.  But all together
15      I worked 30 something years for the priest.
16          Q.  And that was as a housekeeper for the
17      priest?
18          A.  Yeah.
19          Q.  Now, you moved back into your home on
20      St. Peters because the home had been repaired;
21      correct?
22          A.  Yeah.
23          Q.  And I think we looked at your fact
24      sheet earlier and it showed that the time frame
25      was roughly around March of 2007; correct?

Page 84

```
 1        A.  Yeah.

 2        Q.  Are there any documents that you

 3   would have regarding you moving back into the

 4   home as far as if you had to sign any type of

 5   contracts or completion contracts on your home

 6   being fixed, insurance documents that would

 7   show that you were moving back in, that final

 8   payments had been made on the repairs, anything

 9   like that that would show the time that you

10   were moving back into your home?

11        A.  No.  When they finished it I just

12   moved in.

13        Q.  Did anyone else reside with you in

14   your home on St. Peters?

15        A.  No.

16        Q.  You said it was a double, did anybody

17   live in the other half of the double?

18        A.  No.  Since my sister died, I just go

19   in and out from one side to the other.

20        Q.  Okay.  As we sit here today, that

21   other side of your double is still vacant or is

22   still just occupied by you?

23        A.  Yeah.

24        Q.  It's my understanding that you moved

25   out of your FEMA trailer when you did because
```

Page 85

1    your home had been completed; correct?  The

2    repairs had been made.

3         A.   The majority of them, yeah.  I still

4    got little things to do, you know, nothing too

5    much.

6         Q.   But you didn't move out of your unit

7    because of complaints regarding your health in

8    the unit; correct?

9         A.   What?

10        Q.   You didn't move out of your unit,

11   your trailer because you had complaints

12   regarding your health in the trailer --

13        A.   No.

14        Q.   -- correct?

15        A.   No.

16        Q.   Now, your fact sheet shows this, I

17   just want to ask you but, you never had any

18   kind of burning of your eyes inside your unit;

19   correct?

20        A.   I'd get a little blurry and, you

21   know, kind of sting a little bit if that's what

22   you call burning.

23        Q.   Okay.  When did you notice that?

24        A.   That was about four or five weeks,

25   you know, once I was in there.

Page 86

```
 1        Q.   When you were having the sinus issues
 2   you talked about?
 3        A.   Yeah.
 4        Q.   But as far as like first entering
 5   your trailer --
 6        A.   When I first entered it, I didn't
 7   have all that.  After I was in there about
 8   three to five weeks, four to five weeks like
 9   that, that's when I started getting all that.
10        Q.   Okay.  I want to ask you this as far
11   as one of the complications you discussed
12   briefly earlier, you have checked shortness of
13   breath.  And when you were talking about that
14   as being one of those that came up about --
15        A.   Yeah.
16        Q.   -- five weeks or so after --
17        A.   Yeah.
18        Q.   -- being there --
19        A.   Yeah.
20        Q.   You're talking and you're doing -- we
21   don't have a video here today, so you're kind
22   of sucking like through your nostrils there,
23   but is that because the shortness of breath was
24   from your sinus area, is that what you're
25   telling me?
```

 1              A.  I don't know because when I -- my
 2      nose would get stopped up, I could breathe
 3      through my mouth.  And I don't know if it was
 4      there, and I just feel like tight in my chest.
 5              Q.  Okay.  And that was one of the
 6      complaints that you were having about five
 7      weeks or so after moving into the unit?
 8              A.  Yeah.
 9              Q.  You mentioned you went to see a
10      doctor who did something with packing your nose
11      and putting you in front of a heat lamp?
12              A.  Yeah.
13              Q.  Which doctor was that?
14              MS. GILBREATH:
15                  For the record, I'm going to kind of
16      object to going beyond the scope of
17      prescription into medical issues.  You can
18      continue to ask the questions, but I'm going to
19      object for the record.
20              MR. MULCAHY:
21                  Sure.  And the reason that I'm asking
22      this is that if there's a particular doctor
23      that she saw at this time period that she's
24      saying is when she had the symptomatology
25      that's how it's related.

Page 88

1          MS. GILBREATH:

2               We're not asking about the treatment,

3     we're not talking specifically about time.

4          MR. MULCAHY:

5               Right.  But I need to know who she

6     saw.

7          MS. GILBREATH:

8               Okay.

9     BY MR. MULCAHY:

10         Q.   Which doctor would that have been?

11         A.   Dr. Joseph Gautreaux.

12         Q.   Dr. Gautreaux.  And I see his name in

13    your plaintiff facts sheet.  And do you know

14    about what time period it was that you were

15    seeing Dr. Gautreaux?  Was it the time period

16    that we're talking about here with the sinus

17    complications you've been talking about?

18         A.   Around there.

19         Q.   Pardon me?

20         A.   Yeah, around that time.

21         Q.   You also mentioned some dry skin

22    earlier, about the same time frame I think you

23    said?

24         A.   Yeah.

25         Q.   Which doctor would that have been?

Page 89

 1          A.   Well, for this, I used to go to this

 2   Dr. Paddock but.

 3          Q.   That was Dr. Paddock you said?

 4          A.   Paddock.

 5          Q.   Paddock, okay.  You also have a Dr.

 6   Bowers listed in your plaintiff fact sheet,

 7   that was your day-to-day doctor?

 8          A.   That's the doctor I've been going to,

 9   yeah.

10          Q.   And you mentioned earlier that you

11   told your daughter that you've been seeing your

12   doctors and your daughter just said take the

13   medicines your doctors have prescribed;

14   correct?

15          A.   Uh-huh (affirmative response).

16          Q.   And some of these doctors prescribed

17   medications for you for the complaints that you

18   were talking about having after moving into the

19   unit?

20          A.   Yeah.  Dr. Gautreaux.

21          Q.   Dr. Gautreaux.  Were you also seeing

22   Dr. Bowers during that same time frame?

23          A.   Yeah.  I sees Dr. Bowers.

24          Q.   You mentioned your daughter, you have

25   one daughter that lives here?

Page 90

 1          A.   I got all my daughters live here.

 2          Q.   And how many daughters do you have

 3    that live here?

 4          A.   Three.

 5          Q.   And you mentioned one travels, but

 6    she lives here?

 7          A.   Yeah, she live here.  But she done

 8    retired now.

 9          Q.   Did any of your daughters ever come

10    and stay with you in your FEMA unit?

11          A.   No.  They all have their own place.

12          Q.   Who was the daughter you were

13    primarily talking about as far as your

14    complaints and telling you to take your

15    medications?

16          A.   The one that travels a lot.

17          Q.   Which daughter is that?

18          A.   That's the oldest one.

19          Q.   Her name?

20          A.   Laverne.

21          Q.   L-A-V-E-R-G-N-E?

22          A.   L-A-V-E-R-N-E.

23          Q.   And what's her last name?

24          A.   William.

25          Q.   And she lives in New Orleans but

Page 91

1    travels a good bit?

2        A.   Huh?

3        Q.   You said she lives in New Orleans but

4    travels?

5        A.   Yeah.  But she don't travel no more.

6    That ended last year.

7        Q.   While you were in the trailer, was

8    there a point in time to where the sinus

9    condition you talked about was no longer

10   bothering you?

11       A.   You mean in the trailer?

12       Q.   Yeah, during the time period you

13   resided in the trailer.

14       A.   That's when it was bugging me.

15       Q.   Right.  And I'm asking you, was there

16   a point in time where it did not bug you, like

17   after a point in time?

18       A.   It bugged me most all the time,

19   often.

20       Q.   How about your skin, was there a

21   point in time where it wasn't bothering you

22   anymore while you lived in the trailer?

23       A.   Lived, but I mean, since I got out

24   the trailer it still bothering me every once in

25   a while, I'm still rubbing every once in a

Page 92

1   while with it.  It didn't completely leave.

2        Q.  And that's Dr. Paddock that you see

3   for that?

4        A.  That's who I go to.

5        Q.  Who did you call for maintenance, do

6   you know who you would call for maintenance?

7        A.  There was a phone number I had to

8   call.  I don't know what I did with that

9   number.  And I would just call and tell them

10  that something was wrong.

11       Q.  Do you know where you got that

12  number?  Was it a flyer or something in the

13  unit that had a number on it?

14       A.  I don't remember if this man who gave

15  me the key had told me the number, if I needed

16  anything to call, I can't remember.

17       Q.  Do you know about how long you lived

18  in the unit before you had your first

19  maintenance request?

20       A.  It was during the summer when it was

21  hot.

22       Q.  You mentioned earlier about the

23  litigation is when you first started

24  overhearing somebody speaking about the

25  trailers; is that correct?

Page 93

1          A.  Yeah.

2          Q.  Okay.  Were you still living in a

3     trailer at that point in time?

4          A.  No.

5          Q.  This was after you had moved out of

6     the trailer back into your home?

7          A.  Yeah.

8          Q.  Did you go to any public meetings

9     prior to filing suit?

10         A.  No.

11         Q.  That's a no?

12         A.  No.

13         Q.  Did you ever spend time or visit

14    anybody in a travel trailer besides your own?

15         A.  No.

16         Q.  Did you have any family members in a

17    travel trailer?

18         A.  I had a niece I think was staying in

19    a trailer.

20         Q.  Do you know -- what's her name?

21         A.  You mean her last name?  I don't know

22    her last name.

23         Q.  What do you call your niece?

24         A.  Niece.

25         Q.  Does she have a first name that she

Page 94

1    goes by?

2          A.   Rosemary is all I know.

3          Q.   Did you ever go to her unit, to her

4    travel trailer?

5          A.   I don't go to nobody's house.  I

6    stayed in my house.

7          Q.   Do you know if she ever visited at

8    your travel trailer?

9          A.   No.

10         Q.   Did you ever talk to her about your

11   complaints regarding --

12         A.   No.

13         Q.   -- your travel trailer?

14         A.   No.  No.

15              (Whereupon, Mr. Miller entered the

16   room.)

17   BY MR. MULCAHY:

18         Q.   Did you ever watch the news and start

19   hearing anything from the media regarding

20   formaldehyde in travel trailers during the

21   spring of 2006 or any time period?

22         A.   I hear the news, you know, sometimes,

23   most time I be laying down.

24         Q.   When you're laying down?

25         A.   I lay down and go to sleep.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                          Earline Castanel

Page 95

1           Q.  And what I'm asking you is like, did
2      you see anything in a newspaper or if you
3      remember specifically something while you were
4      living in your travel trailer --
5           A.  No.
6           Q.  -- regarding any --
7           A.  No.
8           Q.  -- possible issues with formaldehyde
9      in the travel trailers?
10          A.  No.
11          Q.  How about, did you receive anything
12     in the mail, any kind of flyers regarding
13     formaldehyde in travel trailers?
14          A.  No.
15               (Whereupon, Mr. McLendon left the
16     room.)
17     BY MR. MULCAHY:
18          Q.  Were you the person who called to
19     request someone to come pick up the travel
20     trailer when you were done using it?
21          A.  Yes.  I called -- they had a lady
22     came, I don't remember who it was, but it was a
23     lady came and she was looking at the trailer,
24     and I don't know what she was writing down and
25     that was it.

Page 96

```
 1          Q.   Had you already moved out?
 2          A.   No.   I was in there then when she
 3    came.
 4          Q.   Okay.   And then about that time is
 5    when you moved back into your house?
 6          A.   Yeah, it was around that time.
 7          Q.   You have in your plaintiff fact sheet
 8    marked that you're making a claim for mental or
 9    emotional damages as a result of living in the
10    travel trailer.  When do you first claim to
11    have issues regarding mental or emotional
12    claims from living in the travel trailer?
13          A.   The same time I told y'all before
14    when I started feeling bad.
15          Q.   So the time period that you talked
16    about for your sinuses is what you're going to
17    relate to that?
18          A.   Uh-huh (affirmative response).
19          Q.   And who was your physician, I see you
20    have Dr. Bowers listed down, is that who your
21    physician was that treated you for, or treated
22    or counseled you for those complications, for
23    mental or emotional?
24          A.   Dr. Gautreaux, I went to him for my
25    sinuses.  And Dr. Bowers gave me some --
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Earline Castanel

Page 97

1    because I felt nervous after that with all this

2    and he had gave me some nerve pills, you know,

3    when I need it.

4           Q.  And it shows here that you were

5    treating before you moved into the unit in

6    2005; is that correct?

7           A.  Yeah.  But I ain't had nothing much,

8    you know.  My sinus wasn't bad.  But after I

9    got in there and I started getting it bad, you

10   know, I couldn't, you know, like breathe.

11          Q.  So about the time of your sinuses you

12   also saw the doctor, you said, for your nerves;

13   is that right?

14          A.  No.  I was going to him for my

15   pressure, Dr. Bowers.

16          Q.  Your blood pressure?

17          A.  Yeah.

18          Q.  I see you have some medications

19   listed here for Diazopox and Amitrip for

20   medications prescribed or recommended by Dr.

21   Bowers.  Was that the first time starting in

22   the spring of 2006 that you would have been

23   taking those medications?

24          A.  The what?

25          MR. MULCAHY:

Page 98

```
 1              Does she have a copy of the plaintiff
 2    fact sheet?
 3          MS. GILBREATH:
 4              Yes, it's an exhibit.
 5          MR. MULCAHY:
 6              Right.  I think it's Exhibit 2.
 7          MS. GILBREATH:
 8              What page are you referring to?
 9          MR. MULCAHY:
10              Page 5.
11          MS. GILBREATH:
12              He's talking about this (indicating).
13    BY MR. MULCAHY:
14          Q.  Right above the No. 9 you have listed
15    three medications for Diazopox, Amitrip and
16    Zyrtec.  Do you see those?  If you can, it's
17    pretty small print.  It's above the No. 9,
18    there's two blank lines and then it's typed in.
19          A.  The Zyrtec, I had that.  And this
20    other medicine here.
21          Q.  And my question is, is the spring of
22    2006 the first time you remember being
23    prescribed these medications?
24          A.  I can't exactly remember.
25          Q.  Okay.  It's my understanding from
```

Page 99

1    your prior testimony that in the spring of 2000

2    (sic) and shortly around that time frame you've

3    talked about conditions with your sinuses, your

4    skin and nerves.  Is there anything else from

5    that time period that you're relating or that

6    you think is related from you residing in the

7    travel trailer?

8           A.   From when?

9           Q.   From the spring of 2006, you

10   mentioned March 2006 time frame, and those were

11   the conditions that you spoke of earlier.  And

12   I'm asking if there's anything else besides

13   those that you think or you claim to be related

14   from the time period you lived in the travel

15   trailer?

16          A.   That's when I had all of this

17   happening to me.

18          Q.   I'm sorry?

19          A.   That's around the time I had all of

20   this happening to me.

21          Q.   Okay.  And I'm asking, is there

22   anything else you can think of?

23          A.   No, not right now.

24          MS. GILBREATH:

25               Ms. Castanel, do you want to take a

Page 100

```
1    short break?
2            THE WITNESS:
3                I want to go home.
4            MR. MULCAHY:
5                I'm going to be done soon.
6            THE WITNESS:
7                Around this time I take me a little
8    rest.
9    BY MR. MULCAHY:
10           Q.  Did you ever have anybody call on
11   your behalf for any complaints that you had
12   regarding maintenance with the unit, any of
13   your daughters?
14           A.  Uh-uh (negative response).
15           MR. MILLER:
16               You have to say yes or no.
17           THE WITNESS:
18               No.  I keep forgetting.
19   BY MR. MULCAHY:
20           Q.  If anybody was making a complaint
21   about your unit it would have been you directly
22   to the maintenance people or whatnot?
23           A.  Yeah.
24           Q.  Is that correct?
25           A.  Yes.
```

Page 101

1        Q.   Were you driving after Hurricane

2   Katrina?

3        A.   Yeah.

4        Q.   You had your own vehicle?

5        A.   Yes.

6        Q.   Did --

7        A.   I mean, it was, I think somebody like

8   my daughter and them if I want to use their car

9   I'd use it.  I still drive.

10        Q.   As far as doctor visits that you

11   would have been going to around the March 2006

12   time frame, would you have driven yourself or

13   would you have relied on --

14        A.   I'd get a cab.

15        Q.   You took a cab?

16        A.   Yeah.  I wasn't trusting driving

17   then.

18        Q.   It's my understanding, and please

19   tell me if I'm wrong, from your prior

20   testimony, though, that you're saying that

21   since you moved out of the travel trailer your

22   sinus condition isn't bothering you; is that

23   correct?

24        A.   No.  It don't bother me nothing like

25   it was.

Page 102

1          Q.  It's better than it was?

2          A.  Yeah.  I had the first case, bad case

3    I had after being in there.

4          MR. MULCAHY:

5               That's all of the questions I have,

6    Ms. Castanel.

7               Do y'all want to take a break?

8          MS. GILBREATH:

9               Karen, how much do think you've got?

10         MS. WHITFIELD:

11              It won't be more than 10 or 15

12   minutes.

13         MS. GILBREATH:

14              What do you want to do, Ms. Castanel,

15   do you want to take a break?

16         MR. MILLER:

17              Let's give her a break.

18         MR. MULCAHY:

19              Let's take a short break.

20              (Whereupon, a short break was taken,

21   and Mr. McLendon rejoined the deposition.)

22   EXAMINATION BY MS. WHITFIELD:

23         Q.  Ms. Castanel, my name is Karen

24   Whitfield.  I represent Shaw Environmental,

25   Inc. in this case.  I'm going to be as brief as

Page 103

1    I possibly can with you.  I want to go back to

2    something that you said earlier about meeting

3    with a man named Harry who gave you the keys.

4    Do you know his last name?

5         A.   No.

6         Q.   Do you know who he worked for?

7         A.   He used to work -- I don't know if he

8    still working there, but he was working at the

9    school on Orleans Street.  This building on

10   Orleans and City Park, what that school around

11   there -- I can't think of the name of it.  He

12   used to teach over there.  I can't think of the

13   name of the school.  You don't know, it's on

14   Orleans and City Park, Delgado.

15        Q.   Delgado.  You said he works there

16   now?

17        A.   Oh, I don't know.  He told me he was

18   working there, you know, after the storm.  Now

19   I don't know where he's at.  I mean, I haven't

20   heard from him or nothing.  I know he said

21   something about he used to teach at Delgado.

22        Q.   Did you only meet him that one time?

23        A.   Yes.

24        Q.   Yes?

25        A.   Yes.

Page 104

1          Q.   And the purpose of your meeting was

2     so that he could give you the keys?

3          A.   The keys, yes.

4          Q.   Where did you meet?

5          A.   He met me around there by where the

6     trailer was going to be at, where the trailer

7     was on Urquhart.

8          Q.   The trailer was set up when you met

9     him?

10         A.   Yeah.  He just gave me the key.

11         Q.   He met you outside of the trailer?

12         A.   Yes.

13         Q.   Did he walk with you through the

14    trailer?

15         A.   No.  He just gave me the key.

16         Q.   Did he walk around the outside of the

17    trailer with you?

18         A.   Now, the gate was open, I don't know

19    if he had went in there before or what.  But

20    when I got there he gave me the key.

21         Q.   How long did your meeting last?

22         A.   It didn't last no time, he just gave

23    me the key and that was it.  He told me that

24    was the key for the trailer and he hoped that I

25    enjoy my trailer and that was it.

Page 105

1          Q.   How did you set this meeting with

2     Harry up?

3          A.   Well, somehow another he called me.

4     He called me on my cell phone and told me your

5     trailer is on the lot, so if you can come and

6     meet me at that address, you know, where it's

7     located 2261 he said I have the key.  So he

8     gave me the key.  He was in his car and he gave

9     me the key.  I took the key.  And then after

10    that, you know, I just went in and looked

11    around.

12         Q.   Did he give you anything else other

13    than the keys?

14         A.   No.

15         Q.   No paperwork or anything?

16         A.   No.

17         Q.   Did he have you sign anything?

18         A.   No.  He just gave me the key, that's

19    all.  And then before, they had told me they

20    was gonna leave the key in the back of the

21    trailer -- in the back of the trailer in some

22    little part where the trailer was, they was

23    gonna leave the key there.  That's all they

24    told me on the phone.  And after that I got a

25    phone call, that's when he called me and told

Page 106

1    me to come over at that address and he had the

2    key.  And I just went over and get the key.

3         Q.  I'm going to give you a document that

4    I'd like you to take a look at and tell me if

5    you've ever seen this document before

6    (tenders).

7         MR. MILLER:

8              Do you want to mark it as an exhibit?

9         MS. WHITFIELD:

10             Yeah, whatever the next one is.

11        MR. MILLER:

12             It will be Exhibit 7.

13        THE WITNESS:

14             I don't remember signing anything.  I

15   don't know if that was when he gave me the key

16   or not.

17   BY MS. WHITFIELD:

18        Q.  Have you ever seen this document

19   before, Ms. Castanel?

20        A.  This, I don't remember.  I don't

21   remember.

22        Q.  I'm sorry, I can't hear you.

23        A.  I don't remember seeing this.  I see

24   my signature but I don't remember seeing it.

25        Q.  I understand, it's been a long time.

Page 107

1   That is your signature, though, at the bottom?

2         A.  Yeah, that's my signature.  But I

3   don't remember, you know, when this was.

4         Q.  Okay.  And you don't recall signing

5   this at all?

6         A.  No, I sure don't.  I ain't gonna lie,

7   I don't remember.

8         Q.  That's quite all right, I understand.

9   Is that the handwriting on the date as well,

10  the March 11th, 2006, right next to your

11  signature?

12        A.  Yeah.  That's my signature.  That's

13  where I printed it at.  I honestly don't

14  remember.

15        Q.  That's quite all right.  I have

16  another question about your meeting with Harry

17  when he gave you the keys.  Was anybody else

18  present at that meeting?

19        A.  No.

20        Q.  No one was with you or with him?

21        A.  No.  Not that I could remember.

22        Q.  Okay.  Did you move into the trailer

23  that same day that he gave you the keys?

24        A.  I went in there and looked around.

25        Q.  All by yourself?

Page 108

```
 1           A.  Yeah.  I went in there and see how it
 2      looked.
 3           Q.  Did you move in, though, at that
 4      time?
 5           A.  I moved that weekend.
 6           Q.  That same week that he gave you the
 7      keys?
 8           A.  A few little pieces of clothes,
 9      that's all I had to bring in there because they
10      had the pots and all that other stuff there.
11      The few little pieces that I had, I just
12      brought that with me.
13           Q.  So there wasn't a lot to move in?
14           A.  No.
15           Q.  Yeah, I understand.  I'm going to
16      show you one other document and ask you if
17      you've ever seen this one before, please
18      (tenders).
19           MS. WHITFIELD:
20                I'll mark that as Exhibit No. 8.
21           THE WITNESS:
22                I don't remember seeing this.  I
23      don't know.  I might have, but I don't
24      remember.  I see they got my -- what is that,
25      my initials.  That's been so long, I can't
```

Page 109

1    remember all that.

2    BY MS. WHITFIELD:

3        Q.   I know it's been a long time.  But

4    these are your initials on this document;

5    right?

6        A.   Yeah, that's my initials.  But I

7    don't remember.

8        Q.   And this is, for the record, it's a

9    document called Trailer Lease Check-in List and

10   in each one of these 17 items you have initials

11   at each number; is that correct, that's your

12   handwriting?

13       A.   That's my handwriting.

14       Q.   Okay.  You don't recall anybody

15   walking you through your trailer at any time?

16       A.   No, I don't.

17       Q.   Like just for example the very first

18   item says "Walk through entire trailer room to

19   room, show where closets are, where to pull

20   blinds, light switches, let them look at

21   whatever they want to check out in each room."

22       A.   I don't remember that.  I just know

23   when he gave me that key I went in there and I

24   looked around.  Now this, I don't remember.

25       Q.   Okay.  But it is your initials?

Page 110

1          A.   It is my initials, but I don't

2     remember.

3          Q.   Okay.  I'm going to hand you one more

4     document, this is the last one, and ask you if

5     you've ever seen this one before, please

6     (tenders).

7          MS. WHITFIELD:

8               And I'll mark that as Exhibit 9.

9          THE WITNESS:

10              That's my handwriting here.

11    BY MS. WHITFIELD:

12         Q.   I'm sorry, I didn't hear you.

13         A.   That's my handwriting.  But like I

14    said, I don't remember.

15         Q.   Okay.  This is your handwriting on

16    this document, that's your signature that's

17    dated March 11th, '06, that at the top of the

18    page it talks about running an advisory notice

19    regarding propane use and then under that it

20    says for maintenance please call FEMA at and it

21    gives the telephone number?

22         A.   I don't remember any of that.

23         Q.   I hear you.

24         A.   I don't remember.

25         Q.   I don't understand.  I really just

Page 111

1    wanted to make sure that that was your

2    signature.

3         A.   Yeah, but that's my signature.

4         Q.   And you don't remember ever signing

5    these documents at any time?

6         A.   No.  I don't remember.

7         Q.   Okay.

8         MS. WHITFIELD:

9              I believe that's all the questions I

10   have.  Thank you very much.

11        THE WITNESS:

12             All right.  I did the best I could.

13   RE-EXAMINATION BY MR. MILLER:

14        Q.   Ms. Castanel, I just have a couple of

15   follow-ups.  And it really goes to a question

16   that was asked to you by Ms. Whitfield and it

17   said that what you recalled Harry telling you

18   when he gave you the keys was he said to enjoy

19   your travel trailer.

20        A.   No.  Enjoy my trailer.

21        Q.   Enjoy your trailer.

22        A.   Yeah.

23        Q.   Did you enjoy your trailer?

24        A.   It was all right.  But I was sick and

25   I know that.  After I was in there a while it

Page 112

1    wasn't like I thought it would have been.

2          Q.   And after you were in there a while

3    you thought that the trailer was making you

4    sick?

5          A.   There was nothing else I see could be

6    making me sick, there was nothing else.  Like I

7    said, I don't drink, I don't smoke, and I don't

8    run the streets, so I don't see nothing else

9    could make me sick.

10         Q.   And you got sick within four or five

11   or six weeks of moving in that trailer.

12         A.   Yeah.  Because I started feeling bad,

13   you know, so that's it.

14         Q.   Now, in all of these documents that

15   Ms. Whitfield has showed you which are marked

16   Exhibit 7, 8 and 9, that's your signatures on

17   those documents.

18         A.   That's my signatures.

19         Q.   Although you don't remember them now,

20   you wouldn't have signed those documents at the

21   time without having gone through them, would

22   you?

23         A.   I had to meet the people who gave me

24   the paper to sign.

25         Q.   Okay.  And you would have read the

Page 113

1    documents through before you signed them?

2         A.   I sure would have, I just don't

3    remember.

4         Q.   And that's okay.  We forget things

5    all the time.  I forget things.  And I just

6    wanted to make sure that when you sign a

7    document and date it, at that time it would

8    have been your policy or practice to have read

9    it through before signing it.

10        A.   Maybe I did and maybe I didn't.  I'm

11   not gonna lie.

12        Q.   Okay.  You just can't remember one

13   way or the other?

14        A.   I can't remember.

15        MR. MILER:

16             Ms. Castanel, that's all I have.

17   Thank you so much.

18   RE-EXAMINATION BY MR. MULCAHY:

19        Q.   I just have one, and I think you've

20   kind of answered this, but I just want to make

21   sure I ask it.  Did you ever contact Recreation

22   by Design to complain about what you thought

23   were health issues or even problems with the

24   unit in and of itself while you lived there?

25        A.   No, I ain't never called.

Page 114

```
 1          MR. MULCAHY:

 2              Thank you.

 3          MS. GILBREATH:

 4              I have no questions.

 5              (Whereupon, the deposition was

 6    concluded.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 115

```
 1              TRANSCRIPT AMENDMENT SHEET
 2         I, EARLINE CASTANEL, wish to amend the
 3    foregoing examination in the following manner:
 4    PAGE:    LINE:    NOW READS:
 5                      SHOULD READ:
 6    PAGE:    LINE:    NOW READS:
 7                      SHOULD READ:
 8    PAGE:    LINE:    NOW READS:
 9                      SHOULD READ:
10    PAGE:    LINE:    NOW READS:
11                      SHOULD READ:
12    PAGE:    LINE:    NOW READS:
13                      SHOULD READ:
14    PAGE:    LINE:    NOW READS:
15                      SHOULD READ:
16    PAGE:    LINE:    NOW READS:
17                      SHOULD READ:
18    PAGE:    LINE:    NOW READS:
19                      SHOULD READ:
20    PAGE:    LINE:    NOW READS:
21                      SHOULD READ:
22    PAGE:    LINE:    NOW READS:
23                      SHOULD READ:
24    PAGE:    LINE:    NOW READS:
25                      SHOULD READ:
```

Page 116

 1

 2

 3

 4

 5

 6                   WITNESS'S CERTIFICATE

 7

 8                   I, EARLINE CASTANEL, have read or

 9   have had read to me the foregoing examination

10   under oath, taken on Wednesday, December 2,

11   2009, and find same to be true and correct with

12   the exception of any changes and or

13   corrections, if any, on the foregoing

14   Transcript Amendment Sheet.

15

16

17

18

19

20                   EARLINE CASTANEL, WITNESS

21
                            Date
22

23             (  )  No corrections

24             (  )  Corrections attached

25

Page 117

1                    R E P O R T E R ' S   P A G E

2

3

4                    I, PAMELA C. BLACK, Registered

5      Professional Reporter, Certified Court

6      Reporter, in and for the State of Louisiana,

7      the officer before whom this sworn testimony

8      was taken, do hereby state:

9                    That due to the spontaneous

10     discourse of this proceeding, where necessary,

11     dashes (--) have been used to indicate pauses,

12     changes in thought, and/or talkovers; that same

13     is the proper method for a Court Reporter's

14     transcription of a proceeding, and that dashes

15     (--) do not indicate that words or phrases have

16     been left out of this transcript;

17                   That any words and/or names which

18     could not be verified through reference

19     material have been denoted with the phrase

20     "(assumed spelling)."

21

22

23

24                        PAMELA C. BLACK, CCR, RPR

25

Page 118

1              C E R T I F I C A T E

2

3

4              I, PAMELA C. BLACK, Registered

5    Professional Reporter, Certified Court

6    Reporter, in and for the State of Louisiana, do

7    hereby certify that the foregoing 114 pages of

8    proceedings were reported by me in shorthand

9    and transcribed under my personal direction and

10   supervision and are a true and correct

11   transcript to the best of my ability and

12   understanding.

13              I further certify that I am not

14   of counsel or related to any person

15   participating in this cause; and I am in no way

16   interested in the outcome of this event.

17

18

19

20

21

22              PAMELA C. BLACK, CCR, RPR
                STATE OF LOUISIANA, CCR 93044
23              NCRA, RPR 043414
                EXPIRATION DATE:  12/31/2009
24

25

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 119

| A | | | | |
|---|---|---|---|---|
| **abdominal** 39:1 | 44:5 45:11 | **appear** 28:2 | 77:7 | 22:24 44:20,22 |
| **ability** 11:7,23 | 46:5,19 48:11 | **APPEARANC...** | **A-Y-R** 33:8 | 49:25 60:13 |
| 118:11 | 48:12 51:3 | 2:1 3:1 | | 64:19 111:9 |
| **able** 31:11 | 71:2,10,13,14 | **appears** 64:24 | **B** | **Benjamin** 1:18 |
| **accurate** 21:19 | 81:7,10,12,16 | **appreciate** 73:3 | **back** 6:6 17:1 | 2:2 4:12 58:3 |
| 45:3 | 81:22,22 82:1 | 73:8 | 19:9,11,14 | 59:19 |
| **accurately** 9:14 | 82:5 | **approach** 42:18 | 20:8,19,20 | **best** 16:20 21:21 |
| **act** 59:20 60:9 | **al** 1:10 6:23 | **approximate** | 23:13,24 25:1 | 22:17 23:9 |
| **acting** 43:13 | **alive** 17:10 | 23:4 | 25:24 29:6 | 36:16 37:15,20 |
| **addition** 9:17 | **ALLEN** 2:21 | **April** 45:4 | 30:23 31:11,15 | 39:24 40:5 |
| **address** 15:9 | **allergies** 41:2,9 | **area** 15:6 73:22 | 33:11 52:25 | 45:8 48:7 |
| 65:16,19,21 | 41:10,21 | 86:24 | 60:3 61:24 | 67:25 68:20,21 |
| 67:7 77:15 | **allow** 7:6 10:15 | **arm** 35:24 37:1 | 64:9 70:7 73:6 | 111:12 118:11 |
| 105:6 106:1 | **amend** 115:2 | **arrangement** | 80:1 83:11,13 | **better** 33:23 |
| **adhere** 13:25 | **Amendment** | 58:22 | 83:19 84:3,7 | 102:1 |
| **administered** | 115:1 116:14 | **asked** 7:23 20:8 | 84:10 93:6 | **beyond** 14:4,9 |
| 8:19 | **AMERICA** 2:15 | 25:5,10 73:16 | 96:5 103:1 | 87:16 |
| **administering** | **Amitrip** 97:19 | 111:16 | 105:20,21 | **birth** 14:21 |
| 5:25 | 98:15 | **asking** 47:9,24 | **background** | **bit** 33:11,25 45:5 |
| **advice** 53:22 | **amount** 19:3 | 48:1,2 73:13 | 13:10 27:3,6 | 45:6 65:9 |
| 63:18 | 63:11 | 75:17 87:21 | 77:15 | 69:12 73:13,17 |
| **advisory** 110:18 | **and/or** 5:17 9:1 | 88:2 91:15 | **backyard** 50:13 | 85:21 91:1 |
| **affirmative** 7:17 | 117:12,17 | 95:1 99:12,21 | **bad** 34:6,7,14 | **BLACK** 1:23 |
| 12:21 64:21 | **answer** 8:20,25 | **assigned** 6:21 | 41:25 45:1 | 5:22 117:4,24 |
| 65:10 89:15 | 9:12,20 10:5,8 | **assist** 18:18 | 47:20 50:9 | 118:4,22 |
| 96:18 | 11:7,15,24 | **associated** 38:12 | 51:9 52:6,8 | **blank** 98:18 |
| **affirmatively** | 13:12,14,16 | 78:4 | 55:9 63:10 | **blinds** 109:20 |
| 57:23 | 14:3 | **assumed** 10:9 | 72:4,10,18 | **block** 74:19 |
| **Agency** 18:24 | **answered** 21:25 | 50:4 117:20 | 96:14 97:8,9 | **blocks** 22:13,13 |
| 59:24 64:16 | 80:24 113:20 | **attached** 116:24 | 102:2 112:12 | **blood** 97:16 |
| **ago** 40:2 42:11 | **answering** 11:13 | **attention** 26:8 | **BAKER** 3:2 | **blowing** 81:21 |
| **agree** 29:19 | 11:14,18 | 26:11 42:6 | **barred** 7:9 | **blurry** 85:20 |
| **agreed** 5:4 | **answers** 5:18 | **attorneys** 2:5,9 | **Bates** 21:3 22:3 | **Blvd** 2:22 |
| **agreement** 4:15 | **anybody** 63:13 | 2:14,19,24 3:5 | 58:6,18,18 | **born** 15:17 |
| 12:16 64:17 | 76:16 84:16 | 3:11 59:21 | 64:12 66:15 | **bother** 43:12 |
| 68:5 | 93:14 100:10 | 60:9 77:13 | **bath** 27:20,20 | 101:24 |
| **agrees** 79:18 | 100:20 107:17 | **attributed** 34:4 | **bathroom** 29:5 | **bothering** 91:10 |
| **ain't** 23:16 27:24 | 109:14 | 70:11 | 44:2,4 | 91:21,24 |
| 41:4 44:3 | **anymore** 70:9 | **August** 17:1 | **Baton** 3:10 | 101:22 |
| 51:21 55:5 | 91:22 | 58:3 | **bed** 29:23 61:23 | **bottom** 59:8 |
| 97:7 107:6 | **anyplace** 25:25 | **authorize** 59:19 | **bedroom** 29:6 | 66:17 75:21 |
| 113:25 | **apart** 24:9 41:19 | **available** 31:7 | **beginning** 16:24 | 77:18 107:1 |
| **air** 29:10 30:10 | **apartment** 20:2 | 31:19 | 20:22 | **Boulevard** 3:10 |
| 30:13 32:17 | 31:7,17 | **Avenue** 2:8,13 | **behalf** 60:18 | **Bowers** 89:6,22 |
| 43:11,13,23 | **apartments** | 3:3 | 73:12 100:11 | 89:23 96:20,25 |
| | 31:19 | **aware** 60:16 | **believe** 21:6 | 97:15,21 |

**boxes** 32:5
**boy** 18:22 74:6
**break** 12:1,3,3,5
  52:19,23 63:25
  64:7 100:1
  102:7,15,17,19
  102:20
**breath** 32:22
  86:13,23
**breathe** 32:18,23
  42:1 51:10
  87:2 97:10
**breathing** 32:19
  33:13 34:3
  35:10
**BRENT** 2:22
**brief** 102:25
**briefly** 26:23
  86:12
**bring** 20:12
  60:11 108:9
**broke** 46:7 53:2
**brought** 108:12
**bucket** 82:10,15
**buckets** 82:8
**bug** 91:16
**bugged** 91:18
**bugging** 91:14
**building** 103:9
**bunch** 32:4,4
**burn** 42:19
**burning** 85:18
  85:22
**burnt** 42:24
**busy** 52:14

───────
        **C**
───────
**C** 1:23 2:17 5:22
  117:4,24 118:1
  118:1,4,22
**cab** 101:14,15
**cabinet** 24:18
**CALIFORNIA**
  3:12
**call** 19:25 30:9
  44:11,13 45:15

**47:10,12,13,19**
  48:8 61:25
  72:21 82:3
  85:22 92:5,6,8
  92:9,16 93:23
  100:10 105:25
  110:20
**called** 7:2 45:20
  47:15 48:15,23
  49:6 70:22
  71:1 95:18,21
  105:3,4,25
  109:9 113:25
**calling** 29:11
  47:17,25 48:2
**calls** 8:11
**captioned** 6:23
**car** 72:19,23
  101:8 105:8
**care** 63:21
**CARRERE** 3:8
**case** 6:7,22,24,25
  73:6 102:2,2
  102:25
**Castanel** 1:9,15
  5:6 6:10,17,19
  6:23 7:23 12:8
  14:14,20 21:3
  39:11 59:10,18
  64:19 73:3,11
  78:13,16 80:3
  99:25 102:6,14
  102:23 106:19
  111:14 113:16
  115:2 116:8,20
**catch** 32:17,22
  82:12
**cause** 5:19 42:7
  61:13 118:15
**caused** 35:5,7
  40:16 43:3
  49:25 50:25
  60:13
**Causeway** 2:22
**causing** 47:5,15
**CCR** 1:23

**117:24 118:22**
  118:22
**ceiling** 43:20
  44:1
**cell** 15:4 105:4
**center** 43:23
**Centre** 1:19 2:4
**certainly** 52:21
**CERTIFICATE**
  116:6
**certification**
  5:12
**Certified** 5:23
  117:5 118:5
**certify** 118:7,13
**chance** 8:3 26:25
  52:16
**changes** 10:16
  10:25 11:3
  116:12 117:12
**charge** 30:5,12
**charged** 30:16
**Charles** 3:3
**check** 4:19 21:17
  43:15 44:14
  48:19 56:16
  109:21
**checked** 32:5
  40:13 86:12
**Check-in** 109:9
**chemical** 62:3
  72:13,18
**chemicals** 72:18
**chest** 39:14 40:6
  87:4
**church** 16:5
  19:20,23
**CH2M** 3:5
**circulated** 82:1
**city** 23:13
  103:10,14
**civil** 2:12 5:8 9:1
**Claiborne** 74:9
  74:10
**claim** 4:13 44:18
  58:21 59:22

**60:17 96:8,10**
  99:13
**claiming** 63:8
**claims** 7:8 14:17
  58:4 60:12
  96:12
**clarification**
  10:2
**Claude** 74:10
**Claver** 16:2,3,8
**Clay** 2:8
**clean** 29:16,17
  30:2 82:19,21
**clear** 37:20 55:7
  68:24 80:25
**close** 61:23,23
**closed** 72:25
**closest** 62:20,23
  63:5,6 76:5
**closet** 24:11 62:7
  71:25 72:1
  76:4,11
**closets** 76:9
  109:19
**clothes** 24:10
  62:6,10,21
  71:21,22,24
  76:11 108:8
**clothing** 61:17
**code** 5:9 15:6
**cold** 81:22
**collection** 4:10
  26:16
**come** 6:6 12:4,19
  20:11,20 27:13
  31:15,17 43:15
  44:11,13 45:17
  45:21,25 48:19
  48:25 49:9,13
  51:20 57:12
  70:19 73:6
  82:4 90:9
  95:19 105:5
  106:1
**comfortable**
  31:2 34:8

**coming** 24:9
  26:19 72:23
**COMMITTEE**
  2:6,10
**COMPANY**
  3:11
**compared** 41:12
**complain** 49:15
  49:23 62:25
  70:13 113:22
**complained** 46:6
  49:6
**complaining**
  46:19 54:7
**complaint** 49:8
  100:20
**complaints** 32:2
  39:12 46:21,25
  48:8 53:4,11
  56:7 71:1 85:7
  85:11 87:6
  89:17 90:14
  94:11 100:11
**complete** 10:10
**completed** 10:13
  85:1
**completely** 11:8
  92:1
**completion** 84:5
**complication**
  81:17
**complications**
  82:14 86:11
  88:17 96:22
**computer** 15:11
**concerns** 53:4,11
  56:7
**concluded** 114:6
**condition** 23:25
  29:10 30:10
  43:11,13 45:1
  51:3 91:9
  101:22
**conditioner**
  30:13 43:23
  44:5 71:14

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

Earline Castanel

82:5
conditioning
45:11 46:5,20
48:11,12 71:2
71:10,15 81:7
81:10,12,16
conditions 99:3
99:11
condo 17:19
conduct 7:10
confined 31:2
connection
59:21
considered
17:15
consolidated 7:2
CONSTRUC...
3:5
contact 45:13
47:4 113:21
contacted 57:6
contingency
4:13 58:22
contingent 59:17
continue 87:18
CONTINUED
3:1
continuously
25:22
contractor 30:8
63:1 70:14
contractors
56:12
contracts 84:5,5
converse 10:7
cool 73:1
copies 26:19
copy 79:11,13
81:1 98:1
corner 48:20
CORP 3:12
correct 21:23
22:21 44:20
64:20 66:16
71:7 75:22
80:13 81:3,13

82:5,20,24
83:21,25 85:1
85:8,14,19
89:14 92:25
97:6 100:24
101:23 109:11
116:11 118:10
corrections
10:16,19
116:13,23,24
counsel 5:5
12:16 13:11
14:7 21:6
26:20 31:24
57:6 60:22
79:18 118:14
counseled 96:22
couple 16:1
30:10 36:10
43:14 57:18
61:21 62:16
83:14 111:14
court 1:1 5:23
7:12,13 8:18
9:11 14:1
57:22 117:5,13
118:5
courtroom 9:5,8
cover 14:1 58:9
covered 18:11
criminal 9:1
CrossRoads
3:13
current 15:2
currently 11:5
11:21
C-A-S-T-A-N-...
6:18
C3 32:4

―――――――
D
―――――――
damage 18:11
60:25 61:1,9
61:13 74:2
damaged 18:8
61:4,18 62:3

damages 59:22
96:9
dashes 117:11
117:14
date 14:20 22:15
23:3,5 39:24
44:12 68:1,3
107:9 113:7
116:21 118:23
dated 4:11,21
21:12 58:3
64:24 110:17
daughter 52:3
52:12,15 53:9
54:8,15 55:19
55:25 56:5
69:25 89:11,12
89:24,25 90:12
90:17 101:8
daughters 53:7
90:1,2,9
100:13
David 1:18 2:2,7
2:7 59:20
day 45:23 68:19
107:23
days 10:15 43:14
45:17,24,24
46:3,13,15,16
49:17,17 71:6
day-to-day 89:7
dead 17:14 50:2
deadlines 6:8
December 1:21
116:10
DEFENDANT
2:14
DEFENDANTS
2:19,24 3:5
Delgado 103:14
103:15,21
delicately 80:5
demonstrating
32:22 33:7
DENEGRE 3:8
denoted 117:19

deny 7:12
Department
2:11 6:21
64:15
depose 6:6
deposed 7:22
deposition 1:15
4:8 5:5,11 6:3
7:5,11,15
10:13 11:1,2
12:10,11,17,18
13:21 14:1,10
102:21 114:5
described 37:7
Design 1:9 2:19
6:24 73:12
75:20 76:25
77:8 113:22
diagnosed 41:20
diarrhea 39:1
Diazopox 97:19
98:15
died 84:18
different 34:22
35:4 38:16
42:15,18 69:14
69:17 74:22
difficulty 33:13
direct 31:24
direction 118:9
directly 100:21
disaster 24:12
discourse 117:10
discover 7:6
discovery 5:14
7:7
discussed 86:11
discussing 81:6
discussion 79:23
discussions 53:3
63:12 69:24
disease 11:6,18
44:18
dishes 24:18
District 1:1,2 7:1
7:4

DIVISION 1:3
2:12
Docket 1:11
doctor 40:18,25
54:1,16 70:4
87:10,13,22
88:10,25 89:7
89:8 97:12
101:10
doctors 89:12,13
89:16
document 1:8
4:21 9:19 10:3
12:9,11,13,15
20:25 21:7,15
21:17,22 26:15
31:25 58:14,17
59:4 60:2,8,21
60:24 64:11,14
65:5,24 67:3
67:23 106:3,5
106:18 108:16
109:4,9 110:4
110:16 113:7
documents
26:24 57:19
76:1,3 84:2,6
111:5 112:14
112:17,20
113:1
doing 9:13 19:6
30:13 33:7
49:3 70:20,21
73:17 86:20
DONELSON
3:2
door 27:13 32:17
33:6 43:6 44:6
44:7,7,8,9
45:12 46:6,8,9
46:17,20 48:11
48:13,20 51:3
71:3 72:24
doors 43:4
double 17:21,22
84:16,17,21

**Dr** 88:11,12,15
  89:2,3,5,20,21
  89:22,23 92:2
  96:20,24,25
  97:15,20
**drink** 112:7
**drip** 81:19
**dripping** 45:18
  82:7
**drips** 82:12
**drive** 73:21
  101:9
**driven** 101:12
**driving** 101:1,16
**drugs** 11:22
**dry** 35:25 36:5
  36:11,24,25
  37:3 69:2
  88:21
**DS** 3:12
**due** 117:9
**duly** 6:12
**DUTCHMEN**
  3:12
**D.C** 2:13
**d/b/a** 3:13

### E

**E** 117:1,1,1
  118:1,1
**earlier** 12:3 38:2
  45:5 75:1 81:2
  81:6 83:24
  86:12 88:22
  89:10 92:22
  99:11 103:2
**Earline** 1:9,15
  5:6 6:10,17,23
  21:3 59:9,18
  64:18 115:2
  116:8,20
**early** 22:21
**Eastern** 1:2 7:1
  7:4
**education** 15:14
**Edwin** 65:8

**effect** 9:7
**either** 58:1
**Elysian** 74:6,9
**emergency** 4:15
  18:24 25:11
  59:23 64:16,16
**emotional** 96:9
  96:11,23
**employed** 15:25
**emptied** 82:16
**enclosing** 58:4
**encourages**
  10:17
**ended** 91:6
**Energy** 1:19 2:4
**Engelhardt** 1:7
  7:3
**enjoy** 104:25
  111:18,20,21
  111:23
**entered** 86:6
  94:15
**entering** 86:4
**entire** 15:22
  23:14 31:5
  67:12 109:18
**entities** 18:17
**Environmental**
  3:6 102:24
**errors** 10:18
**ESQUIRE** 2:3,7
  2:12,17,22 3:2
  3:8
**estimate** 16:20
  23:10 37:21
  39:24 40:5
  45:8 67:25
  68:22
**et** 1:10 6:23
**EV** 2:20
**evacuate** 19:13
  19:15
**evacuated** 23:12
**evening** 70:19
**event** 118:16
**eventually** 45:21

  49:16
**exact** 37:15
**exactly** 16:19
  20:21,24 23:6
  23:7,8 36:15
  39:20 40:3
  44:12 48:24,24
  49:10 51:17
  98:24
**examination** 4:1
  4:3,4,5 6:14
  73:10 102:22
  115:3 116:9
**examined** 6:13
**example** 109:17
**exception** 116:12
**exhibit** 4:8,9,10
  4:11,13,15,17
  4:19,20 12:9
  21:1 22:2
  26:15 27:1
  31:23,25 39:11
  44:15 57:21,25
  57:25 58:2,10
  58:14,17 59:4
  60:21 64:12
  66:15 67:25
  75:1 98:4,6
  106:8,12
  108:20 110:8
  112:16
**EXHIBITS** 4:6
**experience** 33:12
  53:19
**experienced**
  53:4,11 69:18
  69:19
**experiencing**
  34:21 44:23
  52:1 54:24
  55:16 69:6
**EXPIRATION**
  118:23
**explain** 8:8
**explanation** 10:2
**Express** 58:9

**extent** 10:23
**eye** 36:20
**eyelids** 36:18
  37:6,22 38:8
**eyes** 32:6,12
  37:25 38:3
  85:18
**E-A-R-L-I-N-E**
  6:17
**e-mail** 15:9

### F

**F** 118:1
**facility** 27:4
**fact** 4:9 21:2,5
  31:23 67:24
  68:3 77:25
  82:22 83:23
  85:16 89:6
  96:7 98:2
**facts** 88:13
**fair** 12:6 47:14
  49:5 63:17
  65:4
**fairly** 78:24
**family** 17:12
  67:15 93:16
**fan** 43:17 81:24
**far** 21:24 84:4
  86:4,10 90:13
  101:10
**February** 22:16
  22:21 23:21,25
  25:20 68:1,22
**Federal** 5:7
  18:24 58:8
  59:23 64:15
**fee** 4:14 58:22
  59:17
**feel** 34:6,14 50:9
  51:23 52:6
  53:8 87:4
**feeling** 34:7,15
  35:17 36:24,25
  37:25 50:10
  51:9,18,21,22

  52:6 54:14
  55:10,23 63:10
  69:3 70:17
  96:14 112:12
**felt** 35:8 52:8,17
  97:1
**FEMA** 1:5 4:11
  4:14,15,16,17
  18:22,23 19:4
  22:9,10 25:3
  28:12 30:4
  47:4,10,15,19
  47:25 48:2,8
  58:2,6,20
  59:23 60:17,21
  63:1 64:13
  66:16 70:14,22
  78:2,3,5,18
  80:7,12,22
  84:25 90:10
  110:20
**Fields** 74:7,9
**figured** 63:4
**filed** 6:25 13:1,3
  14:14,17 60:17
**filing** 56:10 93:9
**filling** 57:14
**final** 84:7
**Finally** 12:1
**find** 25:6 26:13
  31:17 116:11
**fine** 13:14 14:12
  66:22
**finish** 64:1 80:19
**finished** 84:11
**firm** 59:19 60:4
  60:8
**first** 6:12 22:20
  23:19 36:6
  44:18,22 58:5
  58:7,20 59:7
  64:13 75:3,25
  76:18 77:13
  86:4,6 92:18
  92:23 93:25
  96:10 97:21

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 123

98:22 102:2
109:17
**five** 33:1,2,16
35:13 37:11,14
37:17 38:3,6,9
39:2,16 41:16
46:15,16 49:17
51:14 55:15,23
63:24 68:25
69:21 85:24
86:8,8,16 87:6
112:10
**fix** 44:11 45:17
45:21,22 46:2
46:10 48:25
**fixed** 30:10
70:17 71:7
84:6
**fixing** 20:7,18
**flip** 10:7
**flood** 61:3 73:24
74:1
**flooded** 73:22
**floor** 3:9 19:21
24:4 81:20
82:8
**flyer** 92:12
**flyers** 95:12
**folded** 28:17
**follow** 73:17,19
**following** 115:3
**follows** 6:13
**follow-ups**
111:15
**fooling** 49:4
**foregoing** 115:3
116:9,13 118:7
**forget** 113:4,5
**forgetting**
100:18
**form** 4:13 5:17
13:22,25 44:15
57:15 58:21,21
**formaldehyde**
1:6 56:12
61:19 62:3

94:20 95:8,13
**formalities** 5:12
**Form/Rider**
4:13
**FORTE** 2:16
**forth** 12:19
**forward** 73:6
**four** 3:9 33:2
40:1,11 45:24
55:22 63:24
85:24 86:8
112:10
**fourth** 40:8,10
44:24
**frame** 83:24
88:22 89:22
99:2,10 101:12
**Frenchmen** 25:7
**friend** 50:6
65:12
**front** 21:8 22:4
40:19,21 64:11
75:2 87:11
**FRONTIER**
2:20
**full** 6:6,15
**funny** 34:15
71:22
**furniture** 24:8
61:17
**further** 8:23
73:4 118:13

――――――――――
**G**
――――――――――
**G** 117:1
**Gainsburgh**
1:17 2:2 4:12
58:3 59:19
**Ganier** 65:8,11
67:15
**GARRISON**
2:16
**gate** 104:18
**gather** 49:14
**Gautreaux**
88:11,12,15

89:20,21 96:24
**general** 34:13
**generally** 8:8,13
35:16 43:10
69:2
**gentleman** 64:2
**GERALD** 2:3
**getting** 33:3
34:25 37:10
39:8 68:8 86:9
97:9
**Gilbreath** 2:3
8:4,10 13:5
14:8 28:9
52:18 66:18
67:1 78:15
79:12,17 87:14
88:1,7 98:3,7
98:11 99:24
102:8,13 114:3
**give** 9:20 53:22
54:1 58:19
74:22 76:16
102:17 104:2
105:12 106:3
**given** 76:20
**gives** 110:21
**glad** 26:8
**glasses** 59:1
**go** 8:16 13:15
14:4 16:16
17:1 19:18
25:8,24 26:14
27:20 31:17,22
32:16 33:11,20
34:16 35:9
44:16 56:23
59:3,7 63:25
64:9 65:19
70:6 73:6 76:6
79:21 80:1
84:18 89:1
92:4 93:8 94:3
94:5,25 100:3
103:1
**goes** 14:9 94:1

111:15
**going** 8:5,16
9:19 12:8,18
12:25 13:13,15
20:25 21:1,14
26:14 32:21
42:7 48:22
51:2,8,18
56:16 57:18
58:19 73:14,17
79:10,13 87:15
87:16,18 89:8
96:16 97:14
100:5 101:11
102:25 104:6
106:3 108:15
110:3
**gonna** 42:5
105:20,23
107:6 113:11
**GOOCH** 2:21
**good** 47:7 69:3
70:17,19 91:1
**govern** 8:9,14
**government**
30:7 56:11,11
**grade** 15:16
**growing** 24:21
**guess** 11:4 18:25
22:19,23 39:23
41:22
**guy** 45:15 70:16

――――――――――
**H**
――――――――――
**habitable** 24:15
**half** 84:17
**hand** 12:8 26:15
110:3
**handicap** 20:14
75:14,15
**handwriting**
65:2 66:8
107:9 109:12
109:13 110:10
110:13,15
**hanging** 62:21

**happen** 12:25
36:2,9
**happened** 32:24
36:5,7,21 40:2
45:25 46:1
47:23 48:17
69:21
**happening** 33:16
41:16 51:14
53:15 55:21
99:17,20
**Harry** 20:15
68:17 76:21,22
103:3 105:2
107:16 111:17
**head** 9:21,21
38:14
**headache** 34:12
38:13,19 41:6
**headaches** 38:11
38:16,21
**health** 47:7,16
49:24 51:25
85:7,12 113:23
**hear** 56:15,17,23
57:1 76:24
94:22 106:22
110:12,23
**heard** 103:20
**hearing** 94:19
**HEARTLAND**
2:24
**heat** 40:19,21
61:25 87:11
**heater** 48:22
**held** 6:3 79:23
**help** 25:7,9
**helped** 19:1
**Henry** 2:8,12 4:3
6:19
**hey** 47:5,10,19
70:23
**higher** 24:6
**highest** 15:13
**HILL** 3:5
**hire** 60:8

**hired** 60:3,11
  63:20
**hit** 23:20
**hoarseness**
  39:15 40:7
**home** 15:4,5
  18:8 22:9
  30:20,22 61:2
  61:3 83:19,20
  84:4,5,10,14
  85:1 93:6
  100:3
**Homeland** 64:15
**homeowner's**
  18:10,16
**honestly** 107:13
**hoped** 104:24
**hot** 51:22 62:8,8
  92:21
**hotel** 20:3
**hour** 12:2
**hours** 16:15,16
**house** 16:13
  17:16,18,20,21
  18:1,2,14,18
  18:21 19:5,11
  20:7,18 24:1
  24:14 25:16
  30:24 31:1
  42:19 50:12,14
  65:20 70:7
  74:16 83:12
  94:5,6 96:5
**housecleaning**
  16:14
**household** 82:19
**housekeeper**
  82:23 83:8,16
**housing** 4:17
  22:8 25:12
  31:6
**Huh** 91:2
**Hurricane** 101:1
**hurt** 38:14,18

————————
**I**
————————

**ID** 78:2,3,18
  80:7,11,12
**illness** 11:6,17
  34:20
**illnesses** 34:22
**imagine** 44:21
**inaccurate** 22:25
**incorrect** 22:25
**INDEX** 4:1,6
**indicate** 38:25
  117:11,15
**indicated** 38:2
  51:13 67:24
  70:3
**indicates** 7:17
  32:1 75:10
  77:1
**indicating** 21:9
  27:14 28:5
  36:1 38:15
  78:8 98:12
**INDUSTRIES**
  2:20 3:12
**infection** 40:14
  40:15,24
**informal** 9:4
**information** 7:6
  7:8 77:14,16
  79:14,19 80:5
  80:21
**initials** 108:25
  109:4,6,10,25
  110:1
**injuries** 60:12
  63:9
**injury** 44:18
**inside** 27:7,8,9
  32:7 33:13
  43:9,18 50:22
  50:23 76:9
  79:6 80:22
  81:2 85:18
**inspection** 4:17
  76:17
**installed** 65:14
  65:17,22 67:8

**instruct** 13:13
  13:16,19
**instructing**
  13:11
**insurance** 18:10
  18:16 19:4
  84:6
**intentionally**
  8:24
**interested**
  118:16
**interfere** 11:22
**interferes** 11:7
**interior** 28:2
  29:2
**irritation** 32:6,6
  32:12 35:22
  36:18 37:5,22
  38:8 39:14
  40:6
**issue** 62:4 80:22
**issued** 12:16
**issues** 86:1 87:17
  95:8 96:11
  113:23
**itching** 35:23
  55:9 69:2,2
**itchy** 36:5,12
  37:1 38:1
  54:10
**item** 109:18
**items** 109:10

————————
**J**
————————
**JOHNSON** 3:8
**JONES** 3:7
**Joseph** 88:11
**judge** 1:7 7:3 9:6
  9:8
**jury** 9:6,9
**Justice** 2:11 6:21
**Justin** 57:10,14
  60:16

————————
**K**
————————
**Karen** 3:2 4:5

  102:9,23
**Katrina** 16:2
  17:2 18:6,8
  19:13,15 23:20
  73:23 83:10
  101:2
**keep** 16:13 32:21
  33:7 51:8
  62:11,12,13
  100:18
**keeps** 78:17
**kept** 82:18,19,21
**key** 20:16 68:18
  92:15 104:10
  104:15,20,23
  104:24 105:7,8
  105:9,9,18,20
  105:23 106:2,2
  106:15 109:23
**keys** 76:20 103:3
  104:2,3 105:13
  107:17,23
  108:7 111:18
**KEYSTONE**
  3:11
**kind** 37:2 39:9
  61:22 73:14,18
  75:4 76:16
  78:7 83:11
  85:18,21 86:21
  87:15 95:12
  113:20
**kitchen** 27:21
**know** 9:23 12:4
  18:1,25 19:2
  19:10,11,25
  20:12,15,16,23
  21:24 22:13
  23:7,8 24:19
  26:7,11 27:5
  27:17,17,18
  28:4,23 29:9
  29:20 30:9
  31:20 32:21
  34:7,7,9,14,25
  35:7,8 36:5,7,7

  36:14,23,24
  37:3 38:18
  39:19,19,20,22
  40:3,17 41:5
  42:6,8 43:7,8,8
  44:13 46:23
  47:8 48:17
  49:3 50:5,10
  50:14 51:4,11
  51:17,19,22,22
  53:25 54:2
  56:8,14,18
  57:3,7,9,9,17
  60:23 61:11,20
  61:25 62:1,5,7
  62:9 63:5
  65:19,23 66:6
  67:16,16 68:6
  68:11,19 70:18
  70:19 71:23
  72:5,15,20,21
  72:23,25 73:22
  73:24 74:4,5,6
  75:8 76:6,10
  77:10,22 80:3
  80:24 82:16
  83:9,11 85:4
  85:21,25 87:1
  87:3 88:5,13
  92:6,8,11,17
  93:20,21 94:2
  94:7,22 95:24
  97:2,8,10,10
  103:4,6,7,13
  103:17,18,19
  103:20 104:18
  105:6,10
  106:15 107:3
  108:23 109:3
  109:22 111:25
  112:13
**knowledge**
  21:21
**KZ** 3:13

————————
**L**
————————

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

**L** 5:1
**label** 75:4,22
**lady** 20:11 50:1
  50:2,7 57:16
  95:21,23
**lamp** 40:19,22
  87:11
**land** 67:14
**larger** 59:11
**Laverne** 90:20
**law** 1:17 2:7
  59:19 60:4,8
**lawsuit** 13:1,3
  56:9 57:2,10
  60:12 80:21
**lawsuits** 14:15
**lawyer** 6:20
  63:14,17
**lawyers** 8:4
  63:20
**lawyer's** 63:18
**lay** 34:16 94:25
**laying** 94:23,24
**lead** 7:7
**leafs** 28:16,17
**leak** 81:11
**leaking** 29:13
  45:18 82:14
**learn** 56:9
**Lease** 4:19 109:9
**leave** 20:19
  29:18,24 44:8
  92:1 105:20,23
**left** 19:16 28:24
  29:16,17,23,25
  76:2 95:15
  117:16
**letter** 4:11 58:2,8
  58:9,10
**let's** 35:9 64:9
  79:21 102:17
  102:19
**level** 15:13
**LIABILITY** 1:7
**lie** 8:24 42:5
  107:6 113:11

**life** 15:22 18:7
**light** 41:23
  109:20
**limitation** 6:5
**limited** 6:4
**line** 12:5 48:18
  115:4,6,8,10
  115:12,14,16
  115:18,20,22
  115:24
**lines** 98:18
**lips** 36:19
**List** 4:19 109:9
**listed** 89:6 96:20
  97:19 98:14
**listen** 11:23
  56:25
**litigation** 1:7 7:3
  76:25 92:23
**little** 19:6 27:18
  27:20 31:17
  33:11,25 34:15
  36:20 37:2,4
  38:13 41:6,11
  41:22,23 43:22
  45:5,6 49:3
  61:22 62:7
  65:8 69:12
  73:13,15,17
  76:4,5,11 80:4
  82:10 83:3
  85:4,20,21
  100:7 105:22
  108:8,11
**live** 17:2,12,24
  20:11 24:16
  25:13,22 26:3
  27:25 74:20
  84:17 90:1,3,7
**liveable** 24:14
**lived** 15:22
  17:25 18:5
  24:25 26:2
  28:3 31:5
  77:15,17 91:22
  91:23 92:17

99:14 113:24
**lives** 89:25 90:6
  90:25 91:3
**living** 43:1 60:13
  61:6 80:22
  93:2 95:4 96:9
  96:12
**located** 73:20
  74:18 75:9
  105:7
**location** 65:25
  66:1 67:11
  73:21
**long** 16:7 18:5
  19:22 20:5
  32:14 36:11
  37:7 92:17
  104:21 106:25
  108:25 109:3
**longer** 49:18
  91:9
**look** 26:22,25
  28:7,15 29:2,7
  37:1 65:24
  75:6 76:3
  106:4 109:20
**looked** 28:1
  40:19 75:22
  83:23 105:10
  107:24 108:2
  109:24
**looking** 26:14
  39:18 62:7
  75:19 77:23
  82:17 95:23
**looks** 27:2,6 29:8
  29:16 82:18
**loose** 44:10
**loss** 59:22
**lost** 24:10
**lot** 29:21 65:18
  73:25 90:16
  105:5 108:13
**Louisiana** 1:2,16
  1:20 2:4,8,18
  2:23 3:4,10

5:24 6:11 7:1,4
  20:20 23:13,24
  117:6 118:6,22
**LP** 3:13
**L-A-V-E-R-G-...**
  90:21
**L-A-V-E-R-N-E**
  90:22
**L.L.C** 1:10,18
  2:2,7,16,19,24
  59:20
**L.L.P** 3:8
—————
**M**
**M** 21:3
**MAGGIO** 2:22
**mail** 95:12
**maintenance**
  30:8 45:14
  63:1 70:14
  82:3 92:5,6,19
  100:12,22
  110:20
**majority** 85:3
**making** 96:8
  100:20 112:3,6
**malaise** 34:13
**Mama** 54:20
**man** 30:9 76:22
  92:14 103:3
**Management**
  18:24 59:24
  64:16
**manner** 115:3
**mantlepiece**
  24:7
**manual** 76:12
**manuals** 76:2
**manufactured**
  75:19
**manufacturer**
  77:11
**manufacturers**
  56:11
**MANUFACT...**
  3:12

**man's** 20:15
**March** 23:4
  25:21 44:20
  45:4 64:25
  65:6 67:23
  68:4,6,7 83:25
  99:10 101:11
  107:10 110:17
**mark** 21:1 106:8
  108:20 110:8
**marked** 12:9
  22:10 26:15
  39:12 40:23
  58:14 64:12
  75:1 96:8
  112:15
**marks** 35:24
  36:1
**material** 5:14
  117:19
**matter** 10:4
**mattresses** 24:9
**Maude** 50:4
**ma'am** 6:15 29:3
  64:6 73:9
  80:10
**McLendon** 2:7,7
  78:12 95:15
  102:21
**MDL** 1:5
**mean** 15:4 16:9
  17:23 24:3
  29:19 41:6
  42:8 49:10
  54:6 55:2
  70:16 83:12
  91:11,23 93:21
  101:7 103:19
**means** 22:16
**media** 94:19
**medical** 11:6,17
  87:17
**medication**
  11:22
**medications**
  89:17 90:15

97:18,20,23
98:15,23
**medicine** 40:20
53:25 54:4,13
54:17,18,19,21
98:20
**medicines** 89:13
**meet** 57:12
103:22 104:4
105:6 112:23
**meeting** 103:2
104:1,21 105:1
107:16,18
**meetings** 93:8
**members** 93:16
**membrane** 32:7
**mental** 96:8,11
96:23
**mentioned** 70:4
74:13 81:11
87:9 88:21
89:10,24 90:5
92:22 99:10
**merits** 6:7 7:11
7:15
**mess** 24:11,23
29:18,24
**messed** 24:2,8
**met** 77:13 104:5
104:8,11
**Metairie** 2:23
**method** 117:13
**meticulous**
78:24 82:19
**Meunier** 1:18
2:2,3 8:4 13:17
13:22,23 59:20
**middle** 64:18
**MILER** 113:15
**Miller** 2:12 4:3
6:14,20 8:12
13:9,20 14:6
14:11,13 26:18
26:21 28:13,21
52:20,24 53:1
57:20,24 64:5

64:8,10 66:21
67:6 73:2,16
79:20 94:15
100:15 102:16
106:7,11
111:13
**mine** 65:12
**minute** 63:25
79:21
**minutes** 102:12
**misleading** 8:25
**mobile** 22:9
**mold** 24:21
82:13
**moment** 83:1
**money** 18:13,17
30:5
**monies** 18:20
**month** 39:25
40:9,9,10
44:24
**months** 36:10,13
39:5,6,25 40:1
40:1,11 83:14
**mop** 82:11
**mother** 17:10
67:16,20,21
**mother's** 17:9
65:15
**motion** 6:8 7:12
**mouth** 87:3
**move** 19:9 22:15
23:3 25:24
31:11 85:6,10
107:22 108:3
108:13
**moved** 22:18
23:5,7,10,13
23:20 25:20
30:23 32:25
33:17 35:14
38:4 39:3,6,17
41:3,17,21
42:2 51:15
52:8 53:16
54:9,25 55:14

55:20 68:1,2,3
68:9,21 70:7
76:1,18 83:19
84:12,24 93:5
96:1,5 97:5
101:21 108:5
**moving** 38:17
40:1 53:19
54:12 68:25
69:5,22 84:3,7
84:10 87:7
89:18 112:11
**muffler** 72:21
**Mulcahy** 2:16,17
4:4 6:1 73:10
73:11 78:19,23
79:2,5,25 80:2
87:20 88:4,9
94:17 95:17
97:25 98:5,9
98:13 100:4,9
100:19 102:4
102:18 113:18
114:1
**multidistrict** 7:2

_____
**N**
_____

**N** 1:6 2:22 5:1
**name** 6:16,16,19
20:1,4,15 50:4
59:9 64:18
65:8,9 66:24
74:14 76:23,24
88:12 90:19,23
93:20,21,22,25
102:23 103:4
103:11,13
**named** 103:3
**names** 57:17
117:17
**narrow** 27:17,18
**nasal** 32:6
**nausea** 39:1
**nauseated** 35:1
**NCRA** 118:23
**near** 74:18

**necessary**
117:10
**need** 7:14 9:22
13:15 47:20
70:23 88:5
97:3
**needed** 71:3
92:15
**negative** 75:10
77:1 80:23
100:14
**neighbor** 54:8
56:1 69:25
74:12
**neighbors** 50:16
50:17,18
**nerve** 97:2
**nerves** 97:12
99:4
**nervous** 97:1
**never** 8:1 26:13
30:16 41:4
42:8 47:14
70:22 75:6
76:6 85:17
113:25
**new** 1:3,16,19
2:4,8,18 3:4
6:11 15:17,19
15:23 17:6
19:15,16 25:1
26:6,10 31:12
31:15 74:3
90:25 91:3
**news** 94:18,22
**newspaper** 95:2
**niece** 93:18,23
93:24
**ninth** 22:2
**nobody's** 94:5
**nod** 9:21
**nose** 32:7,15,23
33:9 40:21
41:12 51:9
69:12 87:2,10
**nostrils** 86:22

**note** 28:14 78:13
78:24
**notebook** 78:25
**notepad** 78:14
78:17 79:7
80:4,8,16,20
81:2
**notes** 64:1 79:6
**notice** 4:8 12:10
39:22 42:13
85:23 110:18
**noticed** 42:4
**November** 21:12
21:15
**number** 75:20
77:16,17,23
78:2,3,3,7,18
80:7,8,12 81:2
92:7,9,12,13
92:15 109:11
110:21
**numbers** 15:3
58:19
**N.W** 2:13

_____
**O**
_____

**O** 5:1 117:1
**oath** 5:25 6:13
7:24 8:19,20
8:23 116:10
**object** 87:16,19
**objecting** 14:9
**objection** 8:11
13:6,13,24
14:2,7
**objections** 5:16
13:18,21,22
**obtained** 15:14
**occasions** 71:6
81:9
**Occupancy** 4:16
64:17
**occupied** 65:13
67:12 84:22
**occurred** 44:18
**occurring** 39:2

odor 42:3 43:2
  62:22 71:22
  72:11,13,17
odors 42:14
  47:20 62:18
  71:19 72:3,4
office 57:17
officer 117:7
Offices 1:17 2:7
officiated 5:24
oh 18:22 27:5
  28:20 50:9
  55:5 57:16
  61:8 74:6
  80:17 103:17
okay 8:16,18
  11:16 12:15,24
  13:16 27:11
  28:6,22 29:14
  31:22,23 34:2
  38:2 43:24
  46:16 47:9
  57:18 58:13
  60:11 63:25
  64:3,4 66:22
  67:18 68:14
  72:2 74:8,12
  76:8 78:20
  81:21 84:20
  85:23 86:10
  87:5 88:8 89:5
  93:2 96:4
  98:25 99:21
  107:4,22
  109:14,25
  110:3,15 111:7
  112:25 113:4
  113:12
old 14:25 34:17
  50:22
older 50:7
oldest 90:18
once 12:4 41:14
  72:22 85:25
  91:24,25
open 33:10

42:20 43:3,4,5
  43:8,10,15,21
  44:2,7,8 71:11
  72:25 104:18
opened 33:10
  43:6
opening 43:12
operating 81:24
opportunity
  10:14,21
option 31:7
original 5:15
Orleans 1:3,16
  1:20 2:4,8,18
  3:4 6:11 15:17
  15:20,23 17:6
  19:15,16 25:1
  31:12,15 74:3
  90:25 91:3
  103:9,10,14
outcome 118:16
outfits 62:16
outside 33:4,20
  33:22 75:16
  104:11,16
overhearing
  92:24
owned 67:15,17
owner 17:15
owners 76:2,12
_____
           P
P 5:1 117:1,1
packed 40:21
packing 87:10
Paddock 89:2,3
  89:4,5 92:2
page 4:2,7 21:7,9
  22:2 31:24
  39:10,13 44:16
  58:6,8,22 59:3
  59:8 64:14,18
  65:25 66:12,15
  66:17,20 67:2
  79:3 98:8,10
  110:18 115:4,6

115:8,10,12,14
  115:16,18,20
  115:22,24
pages 58:7,20
  118:7
pain 39:1
PAMELA 1:23
  5:22 117:4,24
  118:4,22
pans 24:18
paper 112:24
papers 68:10
  76:2
paperwork 78:4
  105:15
Pardon 88:19
Park 103:10,14
part 22:20,22
  27:10,12,16
  28:4 29:4,9
  61:23,24 73:22
  105:22
participate 7:11
participating
  118:15
particular 87:22
parties 13:3
parts 24:9 76:14
party 5:13
pass 72:19
patience 73:4,8
pauses 117:11
pay 19:4 26:7,11
  42:6
payments 84:8
penalties 9:1
Pennsylvania
  2:13
people 29:21
  42:19 56:10,15
  56:18 57:3
  79:16 100:22
  112:23
period 10:19
  30:4 82:4
  87:23 88:14,15

91:12 94:21
  96:15 99:5,14
permission
  67:19,21
person 27:24
  56:19 95:18
  118:14
personal 118:9
persons 13:4
  27:24 45:14
  53:3 58:5
Peter 6:11 16:2,3
  16:7 17:3,3,4
Peters 1:16
  83:20 84:14
phone 52:5,5
  92:7 105:4,24
  105:25
photo 75:3,18,21
  77:19,24
photocopy 79:3
photographs
  4:10 26:17
  75:3
photos 28:1 75:1
  82:17
phrase 117:19
phrases 117:15
physician 96:19
  96:21
pick 48:1 95:19
picture 28:10,15
pictures 29:15
pieces 108:8,11
pills 97:2
pipe 49:4
placard 75:4
place 8:5 12:18
  17:9 20:1 25:7
  25:13 73:15,18
  90:11
places 24:22
plaintiff 2:9 4:9
  21:2 77:25
  82:22 88:13
  89:6 96:7 98:1

PLAINTIFFS
  2:5
PLAY'MOR
  2:20
Plaza 3:9,10
please 6:15 12:4
  101:18 108:17
  110:5,20
PL_Castanel
  21:4
point 6:7 30:7
  43:1 44:16
  57:5 61:16
  73:5 91:8,16
  91:17,21 93:3
POITEVENT
  3:7
policy 113:8
popped 27:16
position 16:12
possible 95:8
possibly 103:1
pots 24:17,18,20
  108:10
Poydras 1:19 2:4
  2:17
practice 113:8
prescribed 89:13
  89:16 97:20
  98:23
prescription 6:4
  6:8 13:7 14:5
  87:17
present 34:10
  36:6 107:18
presented 34:11
  37:8 74:25
presenting 36:11
  54:25
pressure 97:15
  97:16
pretty 82:18,19
  98:17
prevent 11:12
prevents 11:18
previously 41:9

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

priest 82:25
    83:15,17
priests 16:14
primarily 90:13
print 98:17
printed 66:13
    107:13
prior 17:2 18:6
    19:15 38:17
    69:5 83:7 93:9
    99:1 101:19
privilege 8:11
probably 28:18
problem 11:11
    34:2,11,24
    46:7 49:19
    81:17
problems 32:1
    32:19 34:3,4
    35:10,10 39:9
    39:19 44:23
    45:11,12,13
    47:5,6,11,16
    49:24 50:25
    52:1 54:10,11
    54:23 55:3,8,9
    55:16 63:9
    69:1,7,9 70:1,6
    70:10,15
    113:23
procedure 5:8
    12:24
proceed 7:14
proceeding 8:9
    8:14 9:5,6
    117:10,14
proceedings
    118:8
PRODUCTS 1:6
Professional
    1:23 5:23
    117:5 118:5
propane 110:19
proper 117:13
property 60:25
    61:1,9,14 62:2

65:14,15
provide 8:24
    18:17 22:10
    25:3,10 30:8
    77:16
provided 10:14
    18:20 21:5
    22:8 30:4,8
    40:25 59:24
providing 10:10
    77:14
public 93:8
puffiness 37:6
    38:7
puffing 37:25
puffy 36:20
pull 109:19
purpose 7:5
    104:1
purposes 6:4
    25:15
purse 78:6
pursuant 5:7
put 6:3 20:13
    29:22 39:24
    40:18,20,21
    67:19 70:24
    76:11 82:8,11
    82:15
putting 87:11

**Q**

question 10:1,5
    10:8,9,11 11:2
    11:16 13:12
    14:4,5 23:2
    42:13 80:19,25
    98:21 107:16
    111:15
questioning 12:5
questions 5:17
    7:23 8:20 9:12
    11:8,13,19,24
    13:10 21:25
    22:6 56:20
    64:1,3 73:5,13

73:14 87:18
    102:5 111:9
    114:4
quit 83:5
quite 107:8,15

**R**

R 117:1,1,1
    118:1
raised 18:7
    28:18
rancid 62:24
Randall 2:17 4:4
    73:11
range 58:19
read 5:11 80:7,9
    81:1 112:25
    113:8 115:5,7
    115:9,11,13,15
    115:17,19,21
    115:23,25
    116:8,9
READS 115:4,6
    115:8,10,12,14
    115:16,18,20
    115:22,24
really 41:25 42:5
    53:24 73:3,8
    110:25 111:15
reason 9:25 22:1
    22:24 41:8
    87:21
reasonable
    42:21
REC 2:24
recall 21:14 47:1
    47:3,24 48:2
    48:13,14 57:14
    71:18 72:3,6
    75:5,21 76:3
    76:12 107:4
    109:14
recalled 111:17
receive 95:11
received 26:5
    78:5

recollection
    22:17 36:17
    37:16 48:7
    68:20
recommended
    97:20
record 6:2 14:2
    14:10 28:10,14
    52:22,25 58:6
    64:9 66:19
    78:16 79:21,24
    80:1,8 87:15
    87:19 109:8
recorded 9:13
    9:18 21:22
recording 9:11
recover 60:18
Recreation 1:9
    2:19 6:24
    73:12 75:19
    76:24 77:7
    113:21
rectory 16:6
redact 79:14,18
refer 10:3
reference 117:18
referring 18:23
    28:11 66:17,20
    78:13,17 98:8
refrigerator
    29:5
regarding 7:8
    11:2 56:6 58:5
    63:13 77:14
    80:21 84:3
    85:7,12 94:11
    94:19 95:6,12
    96:11 100:12
    110:19
Registered 5:22
    117:4 118:4
regular 38:19
rejoined 102:21
relate 96:17
related 87:25
    99:6,13 118:14

relates 1:8
relating 7:7 99:5
relied 101:13
relieve 33:5,19
relying 63:18
remember 16:19
    20:21 23:7
    36:15 47:17,23
    48:4,6,24
    58:12,13,16
    60:2,6 68:13
    68:15,16,18
    72:10 75:15,17
    75:23 77:20,21
    78:1,3 92:14
    92:16 95:3,22
    98:22,24
    106:14,20,21
    106:23,24
    107:3,7,14,21
    108:22,24
    109:1,7,22,24
    110:2,14,22,24
    111:4,6 112:19
    113:3,12,14
remind 12:25
rent 17:8 30:5
reopen 11:1
repair 18:13,18
    18:21 19:8
    30:13 46:17
    81:15 82:5
repaired 25:16
    30:20,23 49:19
    71:3,5 83:20
repairing 19:7
    30:13
repairs 19:5
    81:6,9 84:8
    85:2
replace 70:23
Report 4:18
reported 1:22
    118:8
reporter 5:23,23
    8:18 9:11

57:22 117:5,6
118:5,6
**REPORTERS**
1:23
**Reporter's**
117:13
**represent** 6:22
59:21 60:20
102:24
**request** 25:3
92:19 95:19
**requested** 81:7
**require** 10:1
**requires** 8:20
**reserve** 6:5 14:2
14:3 73:5
**reserved** 5:18
**reserves** 5:10
7:10 10:25
**reside** 84:13
**resided** 77:11
91:13
**residing** 59:23
99:6
**resolved** 10:4
**respiratory**
40:14,15,23
**responded** 57:23
**response** 7:18
10:10 12:21
49:8 64:21
65:10 75:11
77:2 80:23
89:15 96:18
100:14
**responsible** 5:13
**responsiveness**
5:18
**rest** 100:8
**result** 96:9
**resulting** 59:22
**retain** 5:14
59:18
**retainer** 4:14
58:23 59:17
**retired** 90:8

**review** 10:14,16
10:17,24
**RE-EXAMIN...**
111:13 113:18
**rid** 42:23
**right** 5:10 6:6
7:10 9:13
10:20 11:1
12:20 14:3
15:8 20:4 23:1
23:11 29:4,5,7
29:8 30:25
34:18 35:11,21
36:1 38:14
42:20,24 47:2
47:23 48:6,14
49:10,13 50:17
52:10 53:7
57:6 58:15
59:14 60:4,8
63:19,22 64:25
66:3,12 67:2,5
67:9,10,13
69:3 70:4
71:25 72:5
73:5 76:10
78:11 83:8
88:5 91:15
97:13 98:6,14
99:23 107:8,10
107:15 109:5
111:12,24
**Robert** 50:4,5
51:24 53:6,10
55:19 56:5
74:13
**room** 94:16
95:16 109:18
109:19,21
**Rosemary** 94:2
**Rouge** 3:10
**roughly** 83:25
**round** 27:10,12
28:5,7,18,23
28:24
**row** 17:19

**RPR** 1:23
117:24 118:22
118:23
**rubbing** 91:25
**rule** 7:13 10:7
**rules** 4:15 5:7,8
8:9,13,17
10:15 13:25
64:17
**run** 71:14 112:8
**running** 71:4
110:18
**RV** 3:11,13,13
**RYAN** 3:8

———————
**S**
———————
**S** 5:1 117:1
**Saturday** 19:16
**saw** 87:23 88:6
97:12
**saying** 87:24
101:20
**says** 22:7,7 23:2
39:13 41:8
44:17 58:4
59:17,18 60:24
65:25 66:1
75:18 109:18
110:20
**scaly** 37:2
**school** 15:19
16:4,5 103:9
103:10,13
**science** 37:15
**scope** 14:10
87:16
**screen** 44:7,9
45:12 46:6,7
46:17,20 71:3
72:25
**screwed** 66:7
**sealing** 5:12
**second** 66:20
67:2
**SECTION** 1:6
**Security** 64:15

**see** 12:13 24:6
27:3 28:15
31:20 32:3,7,9
32:17 35:25
36:1 37:3
39:13 44:17
50:20,21 51:20
52:4 56:18,22
57:3 58:24,25
59:9,11,25
60:5,19 65:9
75:6 76:15
77:18 78:6,25
82:13 87:9
88:12 92:2
95:2 96:19
97:18 98:16
106:23 108:1
108:24 112:5,8
**seeing** 58:13
75:5,17,21,23
76:12 88:15
89:11,21
106:23,24
108:22
**seeking** 60:17
63:11
**seen** 12:11,14
29:15 58:1,9
58:11 75:13
106:5,18
108:17 110:5
**sees** 89:23
**send** 45:15 46:2
46:10
**sent** 46:4,17 49:2
60:21
**separate** 41:19
**service** 5:14
**set** 6:9 27:23
73:21 104:8
105:1
**settled** 24:5
**seventh** 15:15
74:4
**shake** 9:21

**Shaw** 3:6 4:19
4:21 77:5
102:24
**sheet** 4:9 21:2,5
29:23 31:23
67:24 77:25
82:22 83:24
85:16 88:13
89:6 96:7 98:2
115:1 116:14
**shelter** 4:15
30:19 64:16
**she'd** 51:20
**short** 52:23 64:7
100:1 102:19
102:20
**shorthand** 1:23
118:8
**shortly** 36:9 56:3
99:2
**shortness** 86:12
86:23
**shot** 40:22
**show** 20:25
57:18 84:7,9
108:16 109:19
**showed** 81:5
83:24 112:15
**shows** 22:6 75:3
82:23 85:16
97:4
**shrug** 9:20
**sic** 62:14 99:2
**sick** 111:24
112:4,6,9,10
**side** 10:8 17:25
17:25 28:16
50:11,12,13,14
50:15 84:19,21
**sides** 17:24
**sign** 5:11 68:10
84:4 105:17
112:24 113:6
**signature** 21:10
59:5,13 64:19
106:24 107:1,2

107:11,12
110:16 111:2,3
**signatures**
112:16,18
**signed** 65:5
67:23 68:5
112:20 113:1
**signing** 60:2
106:14 107:4
111:4 113:9
**similar** 28:2 29:2
29:7,8
**sinus** 32:20 34:3
35:10 37:10,24
38:3 41:23
45:1 54:10
69:1 86:1,24
88:16 91:8
97:8 101:22
**sinuses** 47:6
50:11 55:8
63:9 96:16,25
97:11 99:3
**sir** 10:22 80:14
**sister** 17:14,24
84:18
**sit** 22:13 56:25
68:20 71:18
72:9 84:20
**sits** 22:12
**sitting** 50:12
54:6
**situated** 83:11
**six** 37:17 38:9
39:2,16 41:17
51:14 55:15
68:25 69:21
112:11
**sixth** 15:15
**skin** 35:23,25
36:12 54:10
63:10 69:2
88:21 91:20
99:4
**sleep** 94:25
**sleeping** 19:21

**slid** 27:16
**slide** 27:15
**small** 27:22,23
31:2 58:24
98:17
**smell** 42:4,14,24
63:7 72:14,18
72:22
**smelled** 42:15
62:24 71:22
72:17
**smelling** 62:8,13
**smoke** 112:7
**soaked** 24:10
**soaking** 24:19
**sofa** 27:13,16
**somebody** 49:2
56:23,23 92:24
101:7
**someplace** 70:24
**soon** 30:22 32:24
100:5
**sorry** 7:19 25:18
37:19 48:5
56:21 63:3
99:18 106:22
110:12
**space** 27:22 31:3
**speak** 8:3
**speaking** 92:24
**special** 42:14
**specific** 34:10
**specifically** 88:3
95:3
**spell** 6:16 66:5,6
**spelled** 67:8
**spelling** 50:5
117:20
**spend** 93:13
**spoke** 60:23
99:11
**spontaneous**
117:9
**spot** 27:19
**spots** 37:4
**spray** 33:9

**spread** 61:22
**spring** 94:21
97:22 98:21
99:1,9
**square-looking**
28:11
**St** 1:16 3:3 6:11
16:2,3,7 17:3,3
17:4 74:10
83:20 84:14
**stack** 75:2
**stamped** 21:3
22:3 58:6,18
58:18 64:13
66:15
**stand** 33:6
**standard** 17:21
58:21
**stand-alone**
17:19
**start** 19:14 34:7
38:20 39:2
94:18
**started** 32:15
33:2,16 35:13
36:11 37:21,23
37:25,25 38:7
38:23 39:8
40:5 41:16,25
43:13 44:23
45:1 51:14
55:15,21,23
68:25 86:9
92:23 96:14
97:9 112:12
**starting** 97:21
**state** 5:24 6:15
13:12 117:6,8
118:6,22
**States** 1:1 2:15
6:20,22 7:6,9
7:10 10:17,25
13:2 14:18
21:6
**States's** 7:12
**statute** 6:5

**stay** 19:22 20:5
23:17 90:10
**stayed** 19:24
20:6,7 28:24
50:21,23 94:6
**staying** 20:18
61:15 93:18
**stays** 68:21
**STEERING** 2:6
2:9
**step** 19:14 20:19
60:3
**sting** 85:21
**stipulated** 5:4
**stomachache**
34:12
**stop** 16:18 69:12
**stopped** 32:15
32:16 41:11
51:9,23 87:2
**stopping** 37:24
**storage** 27:4
**storm** 83:9
103:18
**storms** 83:2,7
**stove** 24:17
76:14
**straight** 29:23
**strange** 71:18
72:3
**street** 1:16,19
2:4,17 6:11
17:3,4 66:3,11
66:25 103:9
**streets** 112:8
**strike** 14:3
**striking** 19:15
**struck** 19:13
**stuff** 33:8 38:1
61:22 108:10
**subject** 8:25
**substantive**
10:25
**sucking** 86:22
**suffer** 32:12
35:22 38:11

61:1
**suffered** 38:25
39:16 60:25
**suffering** 11:5
11:12,17 34:23
37:21 38:7
40:5 69:1
**sufficient** 7:13
9:22 19:4,8
**suit** 56:10 93:9
**Suite** 2:17,22 3:3
**summer** 92:20
**supervision**
118:10
**sure** 8:15,17
9:13 16:22
20:23 21:18
23:19 34:8
55:6 87:21
107:6 111:1
113:2,6,21
**swap** 74:22
**swelling** 36:18
37:5,22
**swept** 29:20,22
**switches** 109:20
**swore** 8:19
**sworn** 6:12
117:7
**symptom** 33:12
**symptomatolo...**
87:24
**symptoms** 32:2
33:5,19 34:10
35:9 39:2,15
49:24 51:13
52:1 54:22
69:1,6
**system** 81:8,10
81:12,16

---

**T**

**T** 5:1,1 117:1
118:1,1
**table** 27:10,12
28:5,8,11,16

28:18 29:1
**take** 8:5 12:1,2,3
  12:5,18 27:20
  52:19 53:25
  54:3,13,20
  63:6,20,24
  82:10 89:12
  90:14 99:25
  100:7 102:7,15
  102:19 106:4
**taken** 1:17 5:6
  52:23 64:7
  102:20 116:10
  117:8
**taker** 78:25
**talk** 9:14 50:19
  51:25 52:11,16
  52:16 73:7
  94:10
**talked** 53:6,10
  56:6 63:15
  86:2 91:9
  96:15 99:3
**talking** 32:8
  40:24 51:11,16
  51:24 53:2
  54:23 55:18
  56:15,17,19,23
  56:24 57:1,4
  66:14 76:8
  78:10 86:13,20
  88:3,16,17
  89:18 90:13
  98:12
**talkovers** 117:12
**talks** 110:18
**taller** 24:6
**TARA** 2:3
**teach** 103:12,21
**telephone** 3:9
  15:2 110:21
**tell** 10:3 22:14
  44:12 50:1,8,9
  50:10,24 51:5
  51:10,21 52:3
  52:4,5,6,7,17

53:8,14,18,24
  54:19,21 55:25
  56:2,3 59:16
  63:16 73:1
  76:13 92:9
  101:19 106:4
**telling** 66:24
  86:25 90:14
  111:17
**temporary** 4:17
  22:8 25:15
  30:19
**tenders** 12:12
  21:2 26:16
  58:2,10 106:6
  108:18 110:6
**testified** 6:13
  49:15
**testify** 12:19
**testifying** 9:8
**testimony** 9:17
  99:1 101:20
  117:7
**Texas** 19:17,18
  20:5,6,8,20
  23:14,22 25:24
  55:7,13
**Thank** 64:6 73:9
  111:10 113:17
  114:2
**they'd** 38:18
  43:15 45:17
**thing** 29:9,9,12
  37:24 40:17
  44:4 61:21
  71:4 75:13
**things** 19:12
  35:2 42:15
  50:19 51:3,10
  51:16 53:15,19
  54:24 55:21
  62:6,13 73:7
  79:11 85:4
  113:4,5
**think** 8:15 12:14
  15:15 16:21,21

20:1,3,23
  22:16 33:9
  35:20 39:24
  46:5,24 47:6
  47:22 48:15,16
  48:20 61:20
  62:2 63:23
  66:19 68:2,11
  70:3 74:13
  83:23 88:22
  93:18 98:6
  99:6,13,22
  101:7 102:9
  103:11,12
  113:19
**third** 31:24 40:9
  44:24 58:8
  59:8,9 66:14
**THOR** 3:12,12
**thought** 35:1,5
  40:16 42:9
  50:25 51:5
  53:15 65:21
  72:17 81:8
  112:1,3 113:22
  117:12
**three** 16:16
  36:13 39:4,6
  39:21,25 40:11
  45:17,24,25
  46:3,13 49:17
  55:22 58:20
  63:24 86:8
  90:4 98:15
**throat** 39:14
  40:6,17,20,20
  41:1
**throw** 24:20
  62:10,15
**throwed** 62:14
**tight** 87:4
**tightness** 39:14
  40:6
**till** 56:14
**time** 5:19 7:9,14
  9:14 12:2

22:19 23:8,12
  23:15 29:10
  30:3 31:5 37:9
  37:12,13,23
  38:22,23,24
  39:18 44:10
  46:1 47:1,2
  49:5,15 57:5
  67:12 70:13
  71:17 74:21
  81:15,19 82:4
  83:2,24 84:9
  87:23 88:3,14
  88:15,20,22
  89:22 91:8,12
  91:16,17,18,21
  93:3,13 94:21
  94:23 96:4,6
  96:13,15 97:11
  97:21 98:22
  99:2,5,10,14
  99:19 100:7
  101:12 103:22
  104:22 106:25
  108:4 109:3,15
  111:5 112:21
  113:5,7
**times** 16:17
  30:11 45:25
  46:20 61:22
  71:2
**tiny** 27:25
**titled** 64:14
**TL** 2:19
**today** 8:6,21
  11:9,13 12:17
  13:8 51:21
  71:18 72:9
  84:20 86:21
**today's** 12:10
**toilet** 24:3
**told** 20:9,11 25:6
  48:10 51:2,7
  53:5 54:13,17
  54:18,18 55:19
  61:15 70:17

76:22 89:11
  92:15 96:13
  103:17 104:23
  105:4,19,24,25
**top** 22:7 39:13
  65:25 66:1
  76:5 110:17
**total** 19:3
**town** 54:15,17
**tract** 40:14,15,24
**trailer** 1:5 4:19
  20:9,10,10,12
  20:13,14,17
  22:9,10,11,12
  22:18 23:5,14
  23:21 24:24
  25:4,8,9,11,15
  25:21,22 26:2
  26:5,6,6 27:2,7
  27:9,16 28:3
  29:15,16,22
  30:3,19,23
  31:6,10,14,21
  32:3,11,13,25
  33:5,14,17,20
  33:22 34:5,21
  35:6 36:3,4,22
  37:7 38:12,17
  39:3,17 40:16
  41:3,5,13,14
  41:17,21 42:2
  43:2,18,20
  44:23 46:22
  47:5,15,25
  48:1,3,9 49:25
  50:14 51:1,6
  51:15 52:2,9
  53:5,12,16,20
  54:9,12 55:1,4
  55:14,20 56:7
  59:24 60:14
  61:7,10,13,18
  61:19,19 62:19
  63:10 65:13,17
  65:22 67:7,11
  67:14,19 68:2

68:4,9,12 69:5
69:22 70:11,23
71:9 72:2,17
73:21 74:14,18
74:21,23,25
83:13 84:25
85:11,12 86:5
91:7,11,13,22
91:24 93:3,6
93:14,17,19
94:4,8,13 95:4
95:20,23 96:10
96:12 99:7,15
101:21 104:6,6
104:8,11,14,17
104:24,25
105:5,21,21,22
107:22 109:9
109:15,18
111:19,20,21
111:23 112:3
112:11
**trailers** 2:20
56:13 74:17
92:25 94:20
95:9,13
**transcribed** 9:18
118:9
**transcript** 5:11
10:15,18,24
115:1 116:14
117:16 118:11
**transcription**
117:14
**travel** 22:9,10,11
22:18 25:4,11
25:15 46:22
59:24 60:14
73:20 74:14,17
74:18,20,23
91:5 93:14,17
94:4,8,13,20
95:4,9,13,19
96:10,12 99:7
99:14 101:21
111:19

**traveling** 52:15
**travels** 90:5,16
91:1,4
**treated** 41:20
96:21,21
**treating** 80:4
97:5
**treatment** 40:25
88:2
**trial** 5:19
**trouble** 37:10
41:23
**true** 21:18
116:11 118:10
**trusting** 101:16
**truthful** 10:10
21:23
**truthfully** 8:21
11:8,13
**try** 12:1 33:9
73:19
**trying** 32:22
35:3 39:23
47:22 48:14
61:20
**turn** 21:7 22:2
27:20 39:10
44:15
**turned** 29:11
**twice** 52:13
**two** 17:24 18:2
27:24 39:21,25
45:23 46:2,13
49:17 58:7,18
98:18
**type** 8:9 9:19
17:18 34:10
56:19,22 72:14
72:18 77:15
81:17,21 84:4
**typed** 98:18

———————
**U**
———————
**U** 5:1
**uh-huh** 9:21
12:21 64:21

65:10 89:15
96:18
**Uh-uh** 80:23
100:14
**underneath** 82:9
**understand** 7:15
8:13,18,21 9:2
9:9,15,23 10:1
10:5,11,20
11:3,23 23:18
25:14 36:16
40:2,4 41:7
42:10,11 49:12
54:7 59:13
60:7 61:3,16
80:13 106:25
107:8 108:15
110:25
**understanding**
84:24 98:25
101:18 118:12
**understood** 10:9
12:17 23:9
30:18 34:9
49:13
**unique** 35:4
**unit** 4:17 17:19
22:8 27:15
29:2 47:20
72:11 73:20
75:5,9,25 76:1
76:3,9,13,14
76:17 77:11,17
80:22 81:8
82:18 85:6,8
85:10,18 87:7
89:19 90:10
92:13,18 94:3
97:5 100:12,21
113:24
**United** 1:1 2:14
3:9,10 6:20,22
7:6,9,10,12
10:17 13:2
14:18 21:5
**Unites** 10:25

units 18:3
**unusual** 12:24
**upper** 40:14,15
40:23
**ups** 73:17
**Urquhart** 66:4
66:10,11 67:8
73:21 104:7
**use** 18:13 43:18
76:9 101:8,9
110:19
**U-R-Q-U-H-A...**
66:9 67:9
**U.S** 2:11 64:14

———————
**V**
———————
**v** 1:9 2:7,7
**vacant** 73:25
84:21
**various** 58:5
**vehicle** 101:4
**VEHICLES**
2:24
**vent** 43:22 44:1
44:3
**vents** 43:21
**verbal** 9:20
**verified** 117:18
**versus** 6:23
**video** 86:21
**Views** 12:13
26:24
**VIN** 75:20 77:16
77:17,23 81:2
**visit** 93:13
**visited** 94:7
**visits** 101:10

———————
**W**
———————
**WAECHTER**
3:7
**wait** 45:16 49:11
80:19
**waived** 5:13
**walk** 27:19
104:13,16

109:18
**WALKER** 3:7
**walking** 109:15
**walk-through**
76:17
**wall** 24:7
**walls** 24:3
**want** 10:2 12:3
17:1 31:22
34:9 43:3 55:6
61:12 62:1
80:25 85:17
86:10 99:25
100:3 101:8
102:7,14,15
103:1 106:8
109:21 113:20
**wanted** 23:19
111:1 113:6
**ward** 74:4,5
**warm** 43:6,9
71:11,13
**Warshauer** 1:18
2:2 59:20
**Washington**
2:13
**wasn't** 23:16
24:14 27:22
34:7 39:18
45:23 62:7,8
70:17 71:10
91:21 97:8
101:16 108:13
112:1
**watch** 94:18
**water** 24:2,4,10
24:19,19 29:12
45:18 81:19
82:7,16
**way** 11:6,22 29:6
29:25 42:18
57:9 72:6
113:13 118:15
**weather** 73:1
**Wednesday** 1:20
116:10

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

Page 133

| | | | | |
|---|---|---|---|---|
| **week** 16:15,17 | 111:16 112:15 | 67:5 78:14,18 | **YOUNT** 2:16 | **159-000011** |
| 23:19,20 52:13 | **William** 90:24 | **wrong** 47:13 | **y'all** 96:13 102:7 | 66:16 |
| 108:6 | **wind** 74:2 | 92:10 101:19 | | **17** 109:10 |
| **weekend** 108:5 | **window** 43:5 | | **Z** | **179-000001** 58:7 |
| **weeks** 16:1 33:1 | **windows** 42:20 | **Y** | **Zyrtec** 98:16,19 | **18th** 21:12,15 |
| 33:2,17 35:13 | 43:4,10,16 | **yard** 20:12,13 | | **1800** 2:17 |
| 37:11,14,17 | 71:11 | 50:11,13,13,15 | **$** | **19** 21:4 |
| 38:3,6,9,24 | **wire** 71:4 | **yeah** 13:24 15:18 | **$100,000** 63:8 | |
| 39:3,16,21,21 | **wish** 115:2 | 15:21 17:17 | **$106,500** 60:18 | **2** |
| 41:17 51:14 | **witness** 5:10,25 | 18:4 22:5 | **$6,500** 60:25 | **2** 1:21 4:9 21:1 |
| 55:15,23,23 | 7:17 13:11,14 | 23:16 29:18 | | 22:3 31:23,25 |
| 68:25 69:22 | 13:16,19 28:19 | 32:10 33:15,18 | **0** | 39:11 44:16 |
| 85:24 86:8,8 | 66:23 67:4 | 35:12,24 38:5 | **000983** 4:14 | 67:25 71:6 |
| 86:16 87:7 | 75:10 77:1 | 38:9 39:8 | 58:20 | 98:6 116:10 |
| 112:11 | 78:9,21 79:9 | 40:12 41:1 | **012** 4:16 64:13 | **2/2006** 22:16 |
| **went** 15:19 16:1 | 79:15 100:2,6 | 42:12,22,25 | **02-000001** 21:4 | **2:30** 12:19 |
| 19:17,24 20:17 | 100:17 106:13 | 44:9 46:4,9,12 | **03** 58:7 | **2000** 99:1 |
| 24:5 25:5,7 | 108:21 110:9 | 46:18 49:20,22 | **043414** 118:23 | **20004** 2:13 |
| 28:24 31:20 | 111:11 116:20 | 50:7,20 52:10 | **06** 110:17 | **2005** 17:1 97:6 |
| 33:4,22 40:18 | **WITNESS'S** | 53:17,21 56:4 | **07-1873** 1:5 | **2006** 20:22 22:16 |
| 47:12 54:16 | 116:6 | 59:11 60:1 | **09** 22:3 | 22:20,22 23:21 |
| 57:5 63:14 | **Woods** 8:5 57:9 | 61:5,8 66:10 | **09-3251** 1:11 | 23:25 25:20 |
| 68:12 83:12,13 | 57:10,12,13,14 | 67:5,22 68:23 | 6:25 | 44:20 45:4,4 |
| 87:9 96:24 | 60:17 | 70:12 71:8,12 | | 64:25 65:6 |
| 104:19 105:10 | **words** 10:2 | 74:1 75:23 | **1** | 67:24 68:1,4 |
| 106:2 107:24 | 117:15,17 | 76:10,22 81:14 | **1** 4:8 12:9 | 68:22 94:21 |
| 108:1 109:23 | **work** 16:7,15 | 82:6,21,25 | **1/2** 38:24 | 97:22 98:22 |
| **weren't** 54:24 | 29:12 30:14 | 83:3,9,18,22 | **10** 102:11 | 99:9,10 101:11 |
| 69:6 | 103:7 | 84:1,23 85:3 | **102** 4:5 | 107:10 |
| **wet** 24:4 | **worked** 82:25 | 86:3,15,17,19 | **106** 4:17 | **2007** 16:23 23:4 |
| **we'll** 9:19 10:4 | 83:13,15 103:6 | 87:8,12 88:20 | **108** 4:19 | 25:21 83:25 |
| 12:5 14:2 | **working** 16:6,18 | 88:24 89:9,20 | **11th** 64:25 65:6 | **2008** 16:23,24 |
| 57:19 80:1 | 43:12 52:14 | 89:23 90:7 | 67:24 68:4,7 | 58:4 |
| **we're** 9:5 13:7 | 71:10,14 83:10 | 91:5,12 93:1,7 | 107:10 110:17 | **2009** 1:21 21:12 |
| 21:1 52:22 | 103:8,8,18 | 96:6 97:7,17 | **110** 4:20 | 21:15 116:11 |
| 73:13 75:18 | **works** 103:15 | 100:23 101:3 | **1100** 1:19 2:4 | **201** 3:3 |
| 77:23 79:13 | **worry** 60:7 | 101:16 102:2 | **111** 4:3 | **207-000006** |
| 88:2,3,16 | **worse** 41:15 | 104:10 106:10 | **113** 4:4 | 28:12 |
| **whatnot** 62:19 | 69:15,16,18 | 107:2,12 108:1 | **114** 118:7 | **21** 4:9 |
| 100:22 | **worsening** 41:9 | 108:15 109:6 | **12** 4:8 | **22** 66:1 |
| **Whitfield** 3:2 | **wouldn't** 29:12 | 111:3,22 | **12/31/2009** | **2250** 65:23 |
| 4:5 64:2 | 43:12 112:20 | 112:12 | 118:23 | **2261** 65:18 66:2 |
| 102:10,22,24 | **write** 66:7 | **year** 16:21 91:6 | **1331** 2:13 | 67:8 105:7 |
| 106:9,17 | **writing** 58:25 | **years** 16:11 | **1450** 2:22 | **26** 4:10 5:7 |
| 108:19 109:2 | 95:24 | 34:17 50:22 | **15** 16:16 102:11 | **28** 5:7 |
| 110:7,11 111:8 | **written** 44:19 | 82:24 83:8,15 | **159-000009** 4:16 | **2800** 1:19 2:4 |
| | | | 64:13 | |

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Earline Castanel

**2925** 1:16 6:11
    17:3,4

_____ **3**
**3** 4:10 26:16
    27:1 71:6 75:1
**3/11/06** 4:21
    64:25
**3/2006** 44:19
**3/2007** 23:3
**30** 5:7 10:15
    16:11 83:15
**30-day** 10:19
**3600** 3:3
**3900** 2:22

_____ **4**
**4** 4:11 44:16
    57:21,25 58:2
    58:10,14 71:6
**404-1408** 15:5

_____ **5**
**5** 1:6 4:13 22:7,7
    38:23 44:16
    57:25 58:17
    59:4 60:21
    71:6 98:10
**5CZ200R2461...**
    77:24
**5th** 3:9
**504** 1:24 15:7
**529-5255** 1:24
**57** 4:11,13

_____ **6**
**6** 4:3,15 22:7,7
    22:15 38:23,24
    64:12 66:15
    71:6
**6th** 58:3 68:6
**64** 4:15

_____ **7**
**7** 4:17 22:7 23:3
    71:6 106:12
    112:16

**70002** 2:23
**70112** 2:18
**70118** 2:8
**70163** 1:17 2:4
    3:4
**70163-2800** 1:20
**70809** 3:10
**721** 2:8
**73** 4:4
**79** 15:1 34:17

_____ **8**
**8** 4:19 108:20
    112:16
**8/10/30** 14:22,24
**8/6/08** 4:11
**80** 50:22
**8555** 3:10

_____ **9**
**9** 4:20 98:14,17
    110:8 112:16
**909** 2:17
**93044** 118:22
**931-9560** 15:4
**939657589** 78:18
    80:11
**95** 4:13 58:21
**986** 4:14 58:20