UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| DANIEL R. PORTER | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF DANIEL R. PORTERS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Daniel R. Porter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of his dismissal of claims without prejudice against Defendants United States of America, through the Federal Emergency Management Agency and Shaw Environmental, Inc.  This dismissal does not affect his claims against the remaining defendant, nor does it affect the claims of any of the other plaintiffs against any of the defendants (including the United States of American, through the Federal Emergency Management Agency or Shaw Environmental, Inc.) in this lawsuit.

        Respectfully submitted:
        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

        BY:    s/Gerald E. Meunier
                  GERALD E. MEUNIER, #9471
                  **PLAINTIFFS' CO-LIAISON COUNSEL**
                  Gainsburgh, Benjamin, David, Meunier &
                  Warshauer, L.L.C.
                  2800 Energy Centre, 1100 Poydras Street
                  New Orleans, Louisiana 70163
                  Telephone:    504/522-2304
                  Facsimile:    504/528-9973
                  gmeunier@gainsben.com

       s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas # 167396
MIKAL WATTS, Texas # 20981820

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

       s/Gerald E. Meunier
GERALD E. MEUNIER, #9471