UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Dickerson, et al, v. Fluor Enterprises Inc., et* | * | |
| *al, Case No. 09-3873* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of plaintiffs' voluntary dismissal, without prejudice, of the complaint in its entirety. Plaintiffs are dismissing this case because Annelle Dickerson o/b/o T.D., Annelle Dickerson o/b/o I.D., Annelle Dickerson o/b/o T.D. and Annelle Dickerson o/b/o W.D., are respectively filed in *Regina McCoy, et al, v. Fluor Enterprises, Inc.*, 10-448 (prior to MDL transfer order, Western District docket number 1:09-cv-00993 (W.D. 2009); furthermore, Plaintiffs , Allsee Tobias, Verma Lee Tobias, Tyree Tobias, Stacey Tobias, Denise Walker, Jessie Wiggins, Ulinder Tobias-Wiggins and Jessie Wiggins o/b/o J.W., are respectively filed in *Tobias, et al, v. Alliance Homes, Inc., et al*, 09-3872 (E.D. 2009). Therefore, the instant complaint is being dismissed on the grounds it is duplicative.

Accordingly, Named Plaintiffs seek to voluntarily dismiss the above captioned matter, while reserving all rights and allegations in *Regina McCoy, et al, v. Fluor Enterprises, Inc.* 10-448 and all rights and allegations in *Tobias, et al, v. Alliance Homes, Inc. et al*, 09-3872 (E.D.2009)

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC


        BY:   */s/ Lawrence J. Centola, Jr.*

          LAWRENCE J. CENTOLA, JR.
        Lawrence J. Centola, Jr., LA Bar #3962
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile:  (504) 525-1279
        lcentola@hurricanelegal.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

        *s/ Lawrence J. Centola, Jr.*
        LAWRENCE J. CENTOLA, JR.