# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE: ENGELHARDT |
| **This Document Relates to:** | MAG: CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | |

## DEFENDANT KEYSTONE RV COMPANY'S *EX PARTE* UNOPPOSED MOTION FOR EXTENSION OF TWO EXPERT DEADLINES

Defendant Keystone RV Company ("Keystone") moves for a short extension of its report deadline for two of its experts, Dr H. James Wedner and Dr. Kenneth Smith. Keystone seeks an extension of this deadline through and including May 31, 2010. This extension is necessary because Mr. McGraw's independent medical examination (upon which the expert reports will be based), will not occur until May 10, 2010 and Keystone's experts need sufficient time to prepare their reports after they conduct the examination.

Keystone has consulted with Ms. Linda Nelson, counsel for plaintiffs, who indicated that plaintiffs have no opposition to this motion. Keystone has submitted a proposed order in connection with this motion.

{B0655269.1}

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Counsel for Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent liaison counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 14th day of April, 2010.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0655269.1}