# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE: ENGELHARDT |
| **This Document Relates to:** | MAG: CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | |

_____

## ORDER

Considering Keystone RV Company's *Ex Parte* Unopposed Motion for Extension of Two Expert Deadlines,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that Defendant Keystone RV Company's deadline to submit expert reports for Drs. H. James Wedner and Kenneth Smith is extended to May 31, 2010.

New Orleans, Louisiana, this _____ day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

{B0655269.1}