UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE: ENGELHARDT |
| This Document Relates to: | MAG: CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | |

_____

**MOTION TO COMPEL DISCOVERY**

Defendant, Keystone RV Company ("Keystone"), moves this Court for an order compelling plaintiff David L. McGraw to produce copies of his federal and state tax returns and related documents. Keystone requested production of these documents in Request for Production No. 3 contained in its November 18, 2009 interrogatories and document requests to McGraw. To this point, McGraw has refused to produce the requested documents.

Keystone's supporting memorandum explains why the Court should order production of these records and why it should award Keystone reasonable attorney's fees in connection with this motion.

As required by Uniform Rule 37.1E, counsel for Keystone has conferred with counsel for the plaintiff in an attempt to resolve this discovery dispute and obtain

the requested documents.  Mr. McGraw has maintained his objection and refused to produce the requested documents.

                        Respectfully submitted,

                        *s/Ryan E. Johnson*
                        _____
                        James C. Percy (La. Bar No. 10413)
                        Ryan E. Johnson (La. Bar No. 26352)
                        Jones, Walker, Waechter, Poitevent,
                          Carrère & Denègre, L.L.P.
                        8555 United Plaza Blvd., 5th floor
                        Building Four
                        Baton Rouge, LA  70809
                        Telephone: (225) 248-2000
                        Facsimile:  (225) 248-3080

                                 -and-

                        Madeleine Fischer (La. Bar No. 5575)
                        Jones, Walker, Waechter, Poitevent,
                          Carrère & Denègre, L.L.P.
                        201 St. Charles Avenue, 49th floor
                        New Orleans, LA   70170
                        Telephone:  (504) 582-8000
                        Facsimile:  (504) 589-8208

                        *Attorneys for Defendant,*
                         *Keystone RV Company*

## CERTIFICATE OF SERVICE AND

## COMPLIANCE WITH RULE 37.1E

      I hereby certify that, pursuant to Rule 37.1E, counsel for Keystone has conferred with Ms. Linda Nelson and Mr. Justin Woods, counsel for plaintiff, in an attempt to reach an amicable resolution of this discovery dispute. Despite their best efforts, counsel for Keystone and plaintiff were not able to resolve the dispute

      I further certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

      Baton Rouge, Louisiana, this 14th day of April, 2010.

                                  *s/Ryan E. Johnson*
                         _____
                                  Ryan E. Johnson