UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT IS RELATED TO: 09-3871 | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| Nunnery v. Keystone Industries, Inc., et al | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF DAVID L. MCGRAW'S RESPONSES TO
FIRST SET OF DISCOVERY REQUESTS FROM
DEFENDANT KEYSTONE RV COMPANY**

NOW INTO COURT, through undersigned counsel comes plaintiff, David L. McGraw, who responds to the discovery propounded to him by Keystone RV Company, as follows:

**GENERAL OBJECTIONS**

All responses by plaintiff to Keystone RV Company's discovery requests are made subject to, and without waiving, the following general objections, which are incorporated into every response by reference, namely that plaintiff objects:

1. To the defendant's discovery to the extent that any such request seeks information subject to the attorney/client, work product or other applicable privilege. Information or documents subject to any such privilege or other protection will not be produced. The inadvertent production of any documents subject to a claim of privilege shall not be deemed or construed as a waiver of that privilege.

2. To each and all of the defendant's discovery insofar and to the extent they seek information not related to the subject matter of this lawsuit and not reasonably calculated to lead to the discovery of admissible evidence.

Exhibit 1 to
Motion to Compel

**REQUEST FOR PRODUCTION NO. 3.**

Please produce copies of all your federal and state tax returns (including all attachments and schedules from 2001 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3.**

As plaintiff is not asserting a wage/economic loss claim, he objects to this request as it is not calculated to lead to relevant information.

**REQUEST FOR PRODUCTION NO. 4.**

Please produce all documents relating to assistance of any type you and/or any member of your family received from the federal, state or local government in connection with Hurricane Katrina.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4.**

See response to Request No. 1.

**REQUEST FOR PRODUCTION NO. 5.**

Please produce all your medical records (including, but not limited to pharmacy or prescription drug records) from January 1, 1995 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5.**

None in possession. Plaintiff will supplement as necessary.

**REQUEST FOR PRODUCTION NO. 6.**

Please produce all documents relating to any testing of the FEMA unit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6.**

None.