UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE * | | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION * | | |
| * | | SECTION "N-5" |
| * | | |
| THIS DOCUMENT IS RELATED TO: 09-3871 * | | JUDGE ENGELHARDT |
| * | | MAG. JUDGE CHASEZ |
| Nunnery v. Keystone Industries, Inc., et al * | | |

*******************************************************************************

**PLAINTIFF DAVID L. MCGRAW'S REVISED RESPONSES TO
FIRST SET OF DISCOVERY REQUESTS FROM
DEFENDANT KEYSTONE RV COMPANY**

NOW INTO COURT, through undersigned counsel comes plaintiff, David L. McGraw, who responds to the discovery propounded to him by Keystone RV Company, as follows:

**GENERAL OBJECTIONS**

All responses by plaintiff to Keystone RV Company's discovery requests are made subject to, and without waiving, the following general objections, which are incorporated into every response by reference, namely that plaintiff objects:

1. To the defendant's discovery to the extent that any such request seeks information subject to the attorney/client, work product or other applicable privilege. Information or documents subject to any such privilege or other protection will not be produced. The inadvertent production of any documents subject to a claim of privilege shall not be deemed or construed as a waiver of that privilege.

2. To each and all of the defendant's discovery insofar and to the extent they seek information not related to the subject matter of this lawsuit and not reasonably calculated to lead to the discovery of admissible evidence.

EXHIBIT 2 TO
MOTION TO COMPEL

**ANSWER TO INTERROGATORY NO. 20.**

None.

## DOCUMENT REQUESTS

**REQUEST FOR PRODUCTION NO. 1.**

Please produce any documents that you may or will use as an exhibit and/or introduce into evidence at the trial of this matter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1**

Plaintiff objects to this interrogatory as it is premature. Plaintiff will produce such documents pursuant to the Scheduling Order entered in this matter. Subject to that objection, see attached.

**REQUEST FOR PRODUCTION NO. 2.**

Please produce a curriculum and/or resume for any experts identified in response to Interrogatory No. 7 above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2.**

See response to Request No. 1. None at this time, plaintiff will supplement this response.

**REQUEST FOR PRODUCTION NO. 3.**

Please produce copies of all your federal and state tax returns (including all attachments and schedules from 2001 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3.**

As plaintiff is not asserting a wage/economic loss claim, he objects to this request as it is not calculated to lead to relevant information.

-10-