# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE: ENGELHARDT |
| **This Document Relates to:** | MAG: CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | |

_____

## NOTICE OF HEARING

Notice is hereby given that Keystone's Motion to Compel, directed to plaintiff David L. McGraw, is noticed for hearing before Magistrate Judge Alma Chasez on **May 5, 2010**, at 11:00 a.m.

Baton Rouge, Louisiana, this 14th day of April, 2010.

*s/Ryan E. Johnson*

_____
Ryan E. Johnson

{B0651999.1}                       4