UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-2892, 07-9228, and 09-2977

## **ORDER**

In accordance with the Court's prior practice, **IT IS ORDERED** that all questionnaires for potential jurors in these cases shall be **DESTROYED** in order to protect the potential jurors' confidentiality.

New Orleans, Louisiana, this 14th day of April, 2010.

          **KURT D. ENGELHARDT**
          **UNITED STATES DISTRICT JUDGE**

CC: Jury section