## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:      FEMA TRAILER FORMALDEHYDE          *     MDL NO. 1873
      PRODUCTS LIABILITY LITIGATION          *
                                      *     SECTION "N" (5)
THIS DOCUMENT RELATES TO:          09-3251          *
*Earline Castanel, et al. vs. Recreation by Design, LLC, et al.*          *     JUDGE
ENGELHARDT

                                      *     MAGISTRATE CHASEZ*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * *

### PLAINTIFF'S INITIAL WITNESS LIST

      NOW INTO COURT, through undersigned counsel, come Plaintiff, **Earline Castanel**,

pursuant to this Honorable Court's Trial Scheduling Order dated December 23, 2009 (Doc.

No. 9471), who hereby submits the following Initial Witness List in connection with the

above captioned matter:

| | Category: | Witness: | Type of Witness: | May/Will Call: |
|---|---|---|---|---|
| | **Plaintiff:** | | | |
| 1 | | Earline Castanel | Fact | Will Call |
| | **Specific to Castanel:** | | | |
| 2 | | Laverne Castanel Williams Plaintiff's Daughter | Fact | May Call |
| 3 | | Sandra Castanel Davis Plaintiff's Daughter | Fact | May Call |
| 4 | | Kim Castanel Plaintiff's Daughter | Fact | May Call |
| 5 | | Edwin Ganier Family Friend | Fact | May Call |

Lambert & Nelson, PLC dated March 12, 2010

| 6 | | Priest<br>St. Peter Claver Catholic School and Church | Fact | May Call |
|---|---|---|---|---|
| | **Experts:** | | | |
| 7 | | Dr. Lee Branscome, Ph.D., C.C.M. | Expert | May Call |
| 8 | | Dr. Paul Hewett, Ph.D. | Expert | May Call |
| 9 | | Paul LaGrange | Expert | May Call |
| 10 | | Dr. Kenneth Laughery, Ph.D. | Expert | May Call |
| 11 | | Alexis Mallet, Jr. | Expert | May Call |
| 12 | | Dr. Gerald McGwin, Jr., M.S., Ph.D. | Expert | May Call |
| 13 | | Dr. Lawrence Miller, M.D., M.P.H. | Expert | May Call |
| 14 | | Charles David Moore, P.E., P.L.S. | Expert | May Call |
| 15 | | Ervin Ritter, P.E. | Expert | May Call |
| 16 | | William Scott, P.E., C.H.M.M. | Expert | May Call |
| 17 | | Dr. Edward Shwery, Ph.D. | Expert | May Call |
| 18 | | Dr. Stephen Smulski, Ph.D. | Expert | May Call |
| 19 | | Dr. Patricia Williams, Ph.D., D.A.B.T. | Expert | May Call |
| | **Medicals:** | | | |
| 20 | | Medical Records Custodian of The Family Doctors (Dr. Alan Bowers) | Fact | May Call |
| 21 | | Medical Records Custodian of West Jefferson Medical Center | Fact | May Call |
| 22 | | Medical Records Custodian of Dr. Carter Paddock, Dermatologist | Fact | May Call |
| 23 | | Medical Records Custodian of O'Byrne Eye Clinic (Dr. Marilu O'Byrne) | Fact | May Call |
| 24 | | Medical Records Custodian of Metropolitan Gastroenterology (Dr. S.T. Reddy) | Fact | May Call |

Lambert & Nelson, PLC dated March 12, 2010

| 25 | | Medical Records Custodian of Ochsner Hospital | Fact | May Call |
|---|---|---|---|---|
| 26 | | Medical Records Custodian of P.M.A. Medical Treatment Centers (Dr. Joseph Gautreaux) | Fact | May Call |
| 27 | | Prescription Records Custodian of Walgreen's Pharmacy | Fact | May Call |
| 28 | | Any other physician who treated Plaintiff, Earline Castanel | Fact | |
| | **Recreation by Design, LLC:** | | | |
| 29 | | Representative of Recreation by Design, LLC | Fact | May Call |
| 30 | | Randall Rush President/Managing Member Quality Control Engineer, Design, and Development | Fact | May Call |
| 31 | | George Cornish Production Manager | Fact | May Call |
| 32 | | John Firestone In-House Controller | Fact | May Call |
| 33 | | Ronald Major Production Foreman | Fact | May Call |
| 34 | | Michael Gaume Production Contract Labor Consultant | Fact | May Call |
| 35 | | Johnny Martin Sales Manager | Fact | May Call |
| 36 | | Rebecca Pinkston Accounts Payable | Fact | May Call |
| | **Government/ FEMA:** | | | |

Lambert & Nelson, PLC dated March 12, 2010

| 37 | | Dr. Christopher DeRosa<br>Previously Center for Disease Control<br>and Prevention (CDC) | Fact/<br>Expert | May Call |
|----|--|--|--|--|
| 38 | | Commander Joseph Little<br>Emergency Coordinator for the<br>National Institute for Occupational<br>Safety and Health (NIOSH)í | Fact | May Call |
| 39 | | David E. Garratt<br>FEMA<br>Acting Deputy Administrator | Fact | May Call |
| 40 | | Rene Rodriguez<br>FEMA | Fact | May Call |
| 41 | | Stephen C. Miller<br>FEMA<br>Disaster Reservist in Region 2 | Fact | May Call |
| 42 | | Kevin Souza<br>FEMA<br>Enterprise Coordination and<br>Information Management Section<br>Chief, Virginia | Fact | May Call |
| 43 | | Michael Lapinski<br>FEMA<br>Federal Coordinating Officer | Fact | May Call |
| 44 | | Bryan McCreary<br>FEMA<br>Contracting Officer | Fact | May Call |
| 45 | | David Porter<br>FEMA<br>Contracting Officer's Technical<br>Representative (COTR) | Fact | May Call |
| 46 | | Martin E. McNeese<br>FEMA<br>Program Officer for FEMA Region 8<br>in Individual Assistance Programs | Fact | May Call |
| 47 | | Guy Bonomo<br>FEMA<br>Direct Housing Operations Chief | Fact | May Call |

Page 4 of 8

| 48 | | Stanley Larson<br>FEMA<br>Employee | Fact | May Call |
|---|---|---|---|---|
| | **Morgan Building<br>& Spas, Inc.:** | | | |
| 49 | | Representative of Morgan Building<br>and Spa, Inc. | Fact | May Call |
| 50 | | James Schilligo<br>Morgan Building Systems<br>Assistant to President of Morgan<br>Building Systems | Fact | May Call |
| 51 | | Guy Morgan<br>Morgan Building Systems<br>President and CEO | Fact | May Call |
| | **Other:** | | | |
| 52 | | Representative of the Formaldehyde<br>Council | Fact | May Call |
| 53 | | Nathan R. Vallette<br>W.D. Scott Group | Fact | May Call |
| 54 | | Ronni Troiano<br>W.D. Scott Group | Fact | May Call |
| 55 | | D. Scott Johnson<br>Bombet, Cashio & Associates<br>Photographer | Fact | May Call |
| 66 | | Reagan Johnson<br>C4 Animation<br>Animator | Fact | May Call |
| 67 | | A.J. Valenti<br>A.J. Valenti & Associates<br>Photographer | Fact | May Call |
| 68 | | Michael L. Zieman, P.E.<br>Resources Applications, Designs and<br>Controls, Inc., Listing and Testing<br>Division (RADCO)<br>Vice President | Fact | May Call |

Lambert & Nelson, PLC dated March 12, 2010

| 69 | | Representative of Woodrow Wilson Construction Company, Inc. | Fact | May Call |
|----|---|---|---|---|
| 70 | | Representative of Jewel Smith D.B.A. Smith's Mobile Homes, Inc. | Fact | May Call |
| 71 | | Representative of Shaw Environmental, Inc. | Fact | May Call |
| 72 | | William Garpow Recreational Park Trailer Industry Association Executive Director | Fact | May Call |
| 73 | | Al Jarrell | Fact | May Call |
| 74 | | Any and all other witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiffs or depositions taken during discovery in this matter | Fact/ Expert | |
| 74 | | Any and all witnesses listed by any other party in this action | Fact/ Expert | |
| | | | | |

Plaintiff respectfully reserves the right to call any witness who becomes known during discovery in this matter or is listed by any other party. Plaintiff further reserves the right to supplement and amend this list once discovery is complete or as directed by this Honorable Court.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     /s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.

**Lambert & Nelson, PLC dated March 12, 2010**

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com


 /s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com




**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        DENNIS REICH, Texas # 16739600
        ROBERT BECNEL, #14072

Page 7 of  8

Lambert & Nelson, PLC dated March 12, 2010

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on ___April 14_____, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

*/s/ Justin I. Woods*
JUSTIN I. WOODS (LA Bar #24713)

Lambert & Nelson, PLC dated March 12, 2010