UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>      FORMALDEHYDE PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
September 2010 Trial Against Gulf Stream

## ORDER

    **IT IS ORDERED** that the **Motion to Adopt Trial Scheduling Order (Rec. Doc. 10341)** is **DENIED AS MOOT**, based on Rec. Doc. **13001**.

    New Orleans, Louisiana, this 15th day of April 2010.

                                                        _____
                                                        **KURT D. ENGELHARDT**
                                                        **UNITED STATES DISTRICT JUDGE**