UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case No. 09-3251

## ORDER

Plaintiff Earline Castanel and Defendant Shaw Environmental, Inc. ("Shaw") have filed a joint motion for dismissal Plaintiff's claims against Shaw in the above-referenced matter. This motion will be granted by the undersigned today. Accordingly,

**IT IS ORDERED** that the following motions, identified by record document number, are hereby **DENIED AS MOOT**: Rec. Docs. 13243, 13244, 13245, 13246, 13247, 13248, and 9781.

New Orleans, Louisiana, this 15th day of April 2010.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**