UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Earline Castanel v. Recreation by Design, L.L.C., et al.*, No. 09-3251 | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

In consideration of the Joint Motion for Dismissal With Prejudice filed by Plaintiff Earline Castanel and Defendant Shaw Environmental, Inc.;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action by Earline Castanel against Shaw Environmental, Inc. be and hereby are **DISMISSED WITH PREJUDICE**, each party to bear her/its own costs.

New Orleans, Louisiana, this 15th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE