UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE: ENGELHARDT |
| This Document Relates to: | MAG: CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | |

_____

### ORDER

Considering Keystone RV Company's *Ex Parte* Unopposed Motion for Extension of Two Expert Deadlines,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that Defendant Keystone RV Company's deadline to submit expert reports for Drs. H. James Wedner and Kenneth Smith is extended to May 31, 2010.

New Orleans, Louisiana, this __15th__ day of April, 2010.

THIS EXTENSION SHALL NOT AFFECT ANY OTHER DATES OR DEADLINES, INCLUDING THE TRIAL DATE.

_____
UNITED STATES DISTRICT JUDGE

{B0655269.1}