UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Nunnery v. Keystone Industries, Inc.,*<br>*et al*, 09-3871 (David L. McGraw) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant CH2M Hill Constructors, Inc. (hereinafter referred to as "CH2M Hill"), who moves this Honorable Court for an Order allowing Roy C. Cheatwood (La. Bar #04010), M. David Kurtz (La. Bar #23821), and Karen Kaler Whitfield (La. Bar #19350), of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, to be enrolled as additional counsel of record for defendant CH2M Hill, together with Danny G. Shaw, Gerardo R. Barrios, Wade M. Bass, and Sandra Varnado, also of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, who are presently enrolled as counsel of record for defendant CH2M Hill in the captioned MDL proceeding.

WHEREFORE, defendant CH2M Hill, Inc. requests that this Honorable Court enter an Order enrolling Roy C. Cheatwood (La. Bar #04010), M. David Kurtz (La. Bar #23821), and

Karen Kaler Whitfield (La. Bar #19350), of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC as additional counsel of record.

                Respectfully submitted,

                BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ, P.C.

                /s/ Gerardo R. Barrios
                Danny G. Shaw (Bar No. 11977)
                Gerardo R. Barrios (Bar No. 21223)
                Wade M. Bass (Bar No. 29081)
                Sandra Varnado (Bar No. 30775)
                No. 3 Sanctuary Boulevard, Suite 201
                Mandeville, LA  70471
                Telephone: (985) 819-8400
                Facsimile:  (985) 819-8484
                dshaw@bakerdonelson.com
                gbarrios@bakerdonelson.com
                wbass@bakerdonelson.com
                svarnado@bakerdonelson.com

                **ATTORNEYS FOR**
                **CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of April, 2010, a copy of the foregoing pleading was sent: (1) via electronic mail to counsel for plaintiff, and (2) electronically to all court-appointed liaison counsel.

                /s/ Gerardo R. Barrios
                GERARDO R. BARRIOS