UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Nunnery v. Keystone Industries, Inc., et al*, 09-3871 (David L. McGraw) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

The foregoing Motion to Enroll Additional Counsel of Record filed by defendant CH2M Hill Constructors, Inc., having been duly considered,

IT IS ORDERED that Roy C. Cheatwood (La. Bar #04010), M. David Kurtz (La. Bar #23821), and Karen Kaler Whitfield (La. Bar #19350) of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be and hereby are enrolled as additional counsel of record for defendant CH2M Hill Constructors, Inc. in the captioned MDL proceeding.

New Orleans, Louisiana, this _____ day of April, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**