UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-5997, 09-6699,
09-6915, and 09-4779

## ORDER

Before the Court is the Motion for Extension of Time to Match Plaintiffs Pursuant to Pre-Trial Order Numbers 40 and 49 (Rec. Doc. 10874), filed by the plaintiffs listed in Exhibit A to Rec. Doc. 10874.  This motion is opposed. (See Rec. Doc. 11378).  After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that the **Motion for Extension of Time to Match Plaintiffs Pursuant to Pre-Trial Order Numbers 40 and 49 (Rec. Doc. 10874)** is **GRANTED** to the extent that any unmatched Plaintiff with a specific manufacturing Defendant and contractor, as specified in Pre-Trial Order 40 and Pre-Trial Order 49, that is represented by The Penton Law Firm is extended so that any unmatched Plaintiffs filed by the Penton Law Firm shall be given an 30 days from the entry of this Order to be matched with a specific manufacturing Defendant or and/or contractor.

**IT IS FURTHER ORDERED** that at the end of the extension, counsel for Plaintiffs

shall notify the Court of any Plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named.

New Orleans, Louisiana, this 15th day of April, 2010.

                                      **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**