UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| ADMINISTRATIVE MASTER | * | |
| COMPLAINT, AS SUPPLEMENTED | * | |
| AND AMENDED | * | MAG: CHASEZ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, PRI/DJI, A RECONSTRUCTION JOINT VENTURE AND ITS PRINCIPALS, PROJECT RESOURCES INC., AND DEL-JEN INC., TO THE ORIGINAL COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED ADMINISTRATIVE COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED ADMINISTRATIVE COMPLAINT, THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE COMPLAINT AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE COMPLAINT AND JURY TRIAL REQUEST

**NOW INTO COURT**, through undersigned counsel, comes Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., who pursuant to Pre-Trial Order Number 36 (R. Doc. 1386) [1], answer to Plaintiffs' Original Administrative Master Complaint, First Supplemental and Amended Administrative Master Complaint, Second Supplemental and Amended Administrative Master Complaint, Third Supplemental and Amended Administrative Master Complaint and Fourth Supplemental and Amended Administrative Master Complaint, respectfully avers as follows:

### ANSWER TO ORIGINAL ADMINISTRATIVE MASTER COMPLAINT

---

[1]      This answer "…shall constitute an answer in each action now pending or subsequently added to this proceeding."  (R. Doc. 1386, p. 4).  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. further submits that at the time of filing of this Master Answer, the actions to which this answer applies, without limiting its application as defined in Pre-Trial Order No. 36, includes the actions listed in Exhibit "A" to this Answer.

## INTRODUCTION

1.

The statements contained in Paragraph 1 of Plaintiffs' Administrative Master Complaint do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

2.

The statements contained in Paragraph 2 of Plaintiffs' Administrative Master Complaint do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To o the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

3.

The statements contained in Paragraph 3 of Plaintiffs' Administrative Master Complaint do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

4.

The statements contained in Paragraph 4 of Plaintiffs' Administrative Master Complaint do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the statements for lack of sufficient information to justify a belief therein.

5.

The statements contained in Paragraph 5 of Plaintiffs' Administrative Master Complaint do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the statements for lack of sufficient information to justify a belief therein.

## II.   **PARTIES**

6.

The statements contained in Paragraph 6 of Plaintiffs' Administrative Master Complaint do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the statements for lack of sufficient information to justify a belief therein.

7.

The statements contained in Paragraph 7 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the statements for lack of sufficient information to justify a belief therein.

8.

The statements contained in Paragraph 8 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the statements for lack of sufficient information to justify a belief therein.

### III.   JURISDICTION AND VENUE

9.

The allegations contained in Paragraph 9 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., admit that the jurisdictional requirements of this Court are satisfied.

10.

The allegations contained in Paragraph 10 of Plaintiffs' Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals,

Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

11.

The allegations contained in Paragraph 11 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

12.

The allegations contained in Paragraph 12 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

13.

The allegations contained in Paragraph 13 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

14.

The allegations contained in Paragraph 14 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals,

Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

15.

The allegations contained in Paragraph 15 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

16.

The allegations contained in Paragraph 16 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

## IV.   FACTS AND GENERAL ALLEGATIONS

### A.   General Allegations

17.

The allegations contained in Paragraph 17 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

18.

The allegations contained in Paragraph 18 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

19.

The allegations contained in Paragraph 19 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

20.

The allegations contained in Paragraph 20 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

21.

The allegations contained in Paragraph 21 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

22.

The allegations contained in Paragraph 22 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

23.

The allegations contained in Paragraph 23 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

24.

The allegations contained in Paragraph 24 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

25.

The allegations contained in Paragraph 25 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals,

Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

26.

The allegations contained in Paragraph 26 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

27.

The allegations contained in Paragraph 27 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

28.

The allegations contained in Paragraph 28 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

29.

The allegations contained in Paragraph 29 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

30.

The allegations contained in Paragraph 30 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

31.

The allegations contained in Paragraph 31 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

32.

The allegations contained in Paragraph 32 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

33.

The allegations contained in Paragraph 33 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

34.

The allegations contained in Paragraph 34 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

35.

The allegations contained in Paragraph 35 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

36.

The allegations contained in Paragraph 36 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals,

Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

37.

The allegations contained in Paragraph 37 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

38.

The allegations contained in Paragraph 38 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

39.

The allegations contained in Paragraph 39 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

**B.**      **Allegations addressing the Inapplicability of the "Discretionary Function" Exception to Plaintiffs' claims under the Federal Tort Claims Act.**

40.

The allegations contained in Paragraph 40 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

41.

The allegations contained in Paragraph 41 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

42.

The allegations contained in Paragraph 42 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

43.

The allegations contained in Paragraph 43 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

44.

The allegations contained in Paragraph 44 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

45.

The allegations contained in Paragraph 45 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

46.

The allegations contained in Paragraph 46 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

47.

The allegations contained in Paragraph 47 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals,

Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

48.

The allegations contained in Paragraph 48 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

49.

The allegations contained in Paragraph 49 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

50.

The allegations contained in Paragraph 50 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

51.

The allegations contained in Paragraph 51 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

52.

The allegations contained in Paragraph 52 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

53.

The allegations contained in Paragraph 53 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

54.

The allegations contained in Paragraph 54 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

55.

The allegations contained in Paragraph 55 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

56.

The allegations contained in Paragraph 56 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

57.

The allegations contained in Paragraph 57 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

58.

The allegations contained in Paragraph 58 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals,

Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

59.

The allegations contained in Paragraph 59 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

60.

The allegations contained in Paragraph 60 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

61.

The allegations contained in Paragraph 61 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

62.

The allegations contained in Paragraph 62 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

63.

The allegations contained in Paragraph 63 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

64.

The allegations contained in Paragraph 64 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

65.

The allegations contained in Paragraph 65 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

66.

The allegations contained in Paragraph 66 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

67.

The allegations contained in Paragraph 67 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

68.

The allegations contained in Paragraph 68 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

69.

The allegations contained in Paragraph 69 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals,

Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

70.

The allegations contained in Paragraph 70 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

71.

The allegations contained in Paragraph 71 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

72.

The allegations contained in Paragraph 72 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

73.

The allegations contained in Paragraph 73 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

74.

The allegations contained in Paragraph 74 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

75.

The allegations contained in Paragraph 75 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

76.

The allegations contained in Paragraph 76 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

77.

The allegations contained in Paragraph 77 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

78.

The allegations contained in Paragraph 78 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

79.

The allegations contained in Paragraph 79 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

80.

The allegations contained in Paragraph 80 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals,

Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

81.

The allegations contained in Paragraph 81 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

82.

The allegations contained in Paragraph 82 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

V.        CLASS ALLEGATIONS

83.

The allegations contained in Paragraph 83 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

84.

The allegations contained in Paragraph 84 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

85.

The allegations contained in Paragraph 85 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

86.

The allegations contained in Paragraph 86 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

87.

The allegations contained in Paragraph 87 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

88.

The allegations contained in Paragraph 88 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

89.

The allegations contained in Paragraph 89 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

90.

The allegations contained in Paragraph 90 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

91.

The allegations contained in Paragraph 91 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein, require no answer on the part of

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

92.

The allegations contained in Paragraph 92 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

93.

The allegations contained in Paragraph 93 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

94.

The allegations contained in Paragraph 94 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

95.

The allegations contained in Paragraph 95 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

96.

The allegations contained in Paragraph 96 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

97.

The allegations contained in Paragraph 97 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein, require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

## VI.    CLAIMS ASSERTED AGAINST THE FEDERAL GOVERNMENT

### COUNT 1:

### CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR LIABILITY PURSUANT TO LOUISIANA CIVIL CODE ARTICLES 2317, 2317.1 and 2696

98.

The allegations contained in Paragraph 98 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

99.

The allegations contained in Paragraph 99 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

100.

The allegations contained in Paragraph 100 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

101.

The allegations contained in Paragraph 101 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required,

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

102.

The allegations contained in Paragraph 102 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

103.

The allegations contained in Paragraph 103 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

104.

The allegations contained in Paragraph 104 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen

Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

105.

The allegations contained in Paragraph 105 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

106.

The allegations contained in Paragraph 106 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

107.

The allegations contained in Paragraph 107 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

108.

The allegations contained in Paragraph 108 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

**COUNT 2:**

**CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR LIABILITY PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2316**

109.

The allegations contained in Paragraph 109 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

110.

The allegations contained in Paragraph 110 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

111.

The allegations contained in Paragraph 111 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

112.

The allegations contained in Paragraph 112 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

113.

The allegations contained in Paragraph 113 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

114.

The allegations contained in Paragraph 114 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

115.

The allegations contained in Paragraph 115 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

116.

The allegations contained in Paragraph 116 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

117.

The allegations contained in Paragraph 117 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

118.

The allegations contained in Paragraph 118 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein, require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

**COUNT 3:**

**CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR REDHIBITORY DEFECTS AND THE RESCISSION OF SALES OF HOUSING UNITS PURSUANT TO LOUISIANA CIVIL CODE ARTICLES 2520, ET SEQ., AND THE ARTICLES RELATING TO CONVENTIONAL OBLIGATIONS**

119.

The allegations contained in Paragraph 119 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen

Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

120.

The allegations contained in Paragraph 120 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

121.

The allegations contained in Paragraph 121 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

122.

The allegations contained in Paragraph 122 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

123.

The allegations contained in Paragraph 123 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

124.

The allegations contained in Paragraph 124 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

125.

The allegations contained in Paragraph 125 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

126.

The allegations contained in Paragraph 126 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

127.

The allegations contained in Paragraph 127 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

128.

The allegations contained in Paragraph 128 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

129.

The allegations contained in Paragraph 129 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

130.

The allegations contained in Paragraph 130 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

131.

The allegations contained in Paragraph 131 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

**VII.   CLAIMS ASSERTED AGAINST THE MANUFACTURING DEFENDANTS**

**A.       LOUISIANA STATE-BASED CLAIMS**

**COUNT 4:**

**CAUSE OF ACTION AGAINST THE MANUFACTURERS UNDER LOUISIANA
PRODUCTS LIABILITY ACT**

132.

The allegations contained in Paragraph 132 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

133.

The allegations contained in Paragraph 133 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

134.

The allegations contained in Paragraph 134 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

135.

The allegations contained in Paragraph 135 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

136.

The allegations contained in Paragraph 136 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

137.

The allegations contained in Paragraph 137 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

138.

The allegations contained in Paragraph 138 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein, require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

### B.   MISSISSIPPI STATE-BASED CLAIMS

### COUNT 5:

### STRICT PRODUCTS LIABILITY
### MS CODE ANNOTATED § 111-1-63

### 1.   PRODUCTS LIABIITY: DEFECTIVE MANUFACTURING AND DESIGN

139.

The allegations contained in Paragraph 139 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

140.

The allegations contained in Paragraph 140 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen

Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

141.

The allegations contained in Paragraph 141 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

142.

The allegations contained in Paragraph 142 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

143.

The allegations contained in Paragraph 143 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

144.

The allegations contained in Paragraph 144 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

145.

The allegations contained in Paragraph 145 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

146.

The allegations contained in Paragraph 146 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

147.

The allegations contained in Paragraph 147 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

148.

The allegations contained in Paragraph 148 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

149.

The allegations contained in Paragraph 149 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

## 2.   PRODUCTS LIABILITY: FAILURE TO WARN

150.

The allegations contained in Paragraph 150 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

### 3.     PRODUCTS LIABILITY: BREACH OF EXPRESS WARRANTY

#### 151.

The allegations contained in Paragraph 151 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

### 4.     COMPENSATORY DAMAGES UNDER MISSISSIPPI LAW

#### 152.

The allegations contained in Paragraph 152 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

#### 153

The allegations contained in Paragraph 153 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

154.

The allegations contained in Paragraph 154 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

155.

The allegations contained in Paragraph 155 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

156.

The allegations contained in Paragraph 156 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its

Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

157.

The allegations contained in Paragraph 157 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

## 5.    PUNITIVE/ EXEMPLARY DAMAGES AS TO MANUFACTURING DEFENDANTS UNDER MISSISSIPPI LAW

158.

The allegations contained in Paragraph 158 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

159.

The allegations contained in Paragraph 159 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen

Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

## C.  ALABAMA STATE-BASED CLAIMS

### COUNT 6:

### ALABAMA EXTENDED MANUFACTURER:S LIABILITY DOCTRINE
#### Code of Ala. 6-5-521

### I.        PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN

160.

The allegations contained in Paragraph 160 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

161.

The allegations contained in Paragraph 161 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

162.

The allegations contained in Paragraph 162 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its

Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

163.

The allegations contained in Paragraph 163 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

164.

The allegations contained in Paragraph 164 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

165.

The allegations contained in Paragraph 165 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen

Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

166.

The allegations contained in Paragraph 166 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

167.

The allegations contained in Paragraph 167 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

168.

The allegations contained in Paragraph 168 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

169.

The allegations contained in Paragraph 169 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

170.

The allegations contained in Paragraph 170 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

171.

The allegations contained in Paragraph 171 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

2.      **PRODUCTS LIABILITY: FAILURE TO WARN**

172.

The allegations contained in Paragraph 172 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

**3.      PRODUCTS LIABILITY: BREACH OF EXPRESS AND IMPLIED WARRANTY OF MERCHANTABILITY**

173.

The allegations contained in Paragraph 173 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

**4.      COMPENSATORY DAMAGES UNDER ALABAMA LAW**

174.

The allegations contained in Paragraph 174 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

175.

The allegations contained in Paragraph 175 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its

Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

176.

The allegations contained in Paragraph 176 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

177.

The allegations contained in Paragraph 177 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

178.

The allegations contained in Paragraph 178 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen

Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

179.

The allegations contained in Paragraph 179 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

**5.      CODE OF ALABAMA $6-11-23 PUNITIVE/EXEMPLARY DAMAGES AS TO MANUFACTURING DEFENDANTS UNDER ALABAMA LAW**

180.

The allegations contained in Paragraph 180 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

181.

The allegations contained in Paragraph 181 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

**C.      TEXAS STATE-BASED CLAIMS**

**COUNT 7:**

**CAUSE OF ACTION AGAINST MANUFACTURERS UNDER TEXAS PRODUCTS
LIABILITY LAW**

182.

The allegations contained in Paragraph 182 of Plaintiffs' Administrative Master
Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its
Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required,
PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen
Inc., deny the allegations contained therein for lack of sufficient information to justify a belief
therein.

183.

The allegations contained in Paragraph 183 of Plaintiffs' Administrative Master
Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its
Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required,
PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen
Inc., deny the allegations contained therein for lack of sufficient information to justify a belief
therein.

184.

The allegations contained in Paragraph 184 of Plaintiffs' Administrative Master
Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its
Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required,
PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen
Inc., deny the allegations contained therein for lack of sufficient information to justify a belief
therein.

185.

The allegations contained in Paragraph 185 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

186.

The allegations contained in Paragraph 186 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

187.

The allegations contained in Paragraph 187 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

188.

The allegations contained in Paragraph 188 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

189.

The allegations contained in Paragraph 189 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein, require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

190.

The allegations contained in Paragraph 190 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

191.

The allegations contained in Paragraph 191 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its

Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

192.

The allegations contained in Paragraph 192 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein, require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

## COUNT 8:

## CAUSE OF ACTION AGAINST MANUFACTURERS FOR NEGLIGENCE UNDER TEXAS LAW

193.

The allegations contained in Paragraph 193 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

194.

The allegations contained in Paragraph 194 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its

Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

195.

The allegations contained in Paragraph 195 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

196.

The allegations contained in Paragraph 196 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

197.

The allegations contained in Paragraph 197 of Plaintiffs' Administrative Master Complaint, including all subparagraphs contained therein,  require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its

Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

198.

The allegations contained in Paragraph 198 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

## COUNT 9:

## CAUSE OF ACTION AGAINST MANUFACTURERS FOR BREACH OF IMPLIED WARRANTY UNDER TEXAS LAW

199.

The allegations contained in Paragraph 199 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

200.

The allegations contained in Paragraph 200 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen

Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

201.

The allegations contained in Paragraph 201 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

202.

The allegations contained in Paragraph 202 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

203.

The allegations contained in Paragraph 203 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

204.

The allegations contained in Paragraph 204 of Plaintiffs' Administrative Master Complaint require no answer on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

## COMPENSATORY DAMAGES: ALL STATES

The allegations contained in the Paragraph entitled "Compensatory Damages: All States" of Plaintiffs' Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to the damages asserted.

## MEDICAL MONITORING

The allegations contained in the Paragraph entitled "Medical Monitoring" of Plaintiffs' Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to the medical monitoring.

## PUNITIVE DAMAGES

The allegations contained in the Paragraph entitled "Punitive Damages" of Plaintiffs' Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to the damages asserted.

## REQUEST FOR JURY TRIAL

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. assert that they are entitled to a trial by jury on all issues.

**PRAYER FOR RELIEF**

The allegations contained in the Paragraph entitled "Prayer for Relief" of Plaintiffs' Administrative Master Complaint are denied.

**ANSWER TO FIRST SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT**

1.

The allegations contained in Paragraph 1 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, substituting the name of certain defendants found in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

2.

The allegations contained in Paragraph 2 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, adding paragraph 8(lxiv) to the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

3.

The allegations contained in Paragraph 3 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, substituting the name of certain defendants found in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, adding paragraph 8(lxv) to the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in Paragraph 5 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, renaming certain defendants found in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in Paragraph 6 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, adding certain defendants found in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in Paragraph 7 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, adding certain defendants found in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in Paragraph 8 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, adding certain defendants found in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in Paragraph 9 of Plaintiffs' First Supplemental and Amended Administrative Master Complaint, deleting the words "and fraudulently" from Paragraph 31 of the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**ANSWER TO SECOND SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT**

1.

The allegations contained in Paragraph 1 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, deleting certain putative class representatives listed in paragraph 7(b)(xxxi) in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

2.

The allegations contained in Paragraph 2 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, deleting the names of certain defendants listed in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

3.

The allegations contained in Paragraph 3 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, substituting  the names of certain defendants in the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, deleting the names of certain defendants in the

Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in Paragraph 5 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, adding the names of certain defendants, including all subparts contained therein, to the Original Administrative Master Complaint and in the First Supplemental and Amended Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in Paragraph 6 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, adding a new paragraph 7(c), including all subparts contained therein, to the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in Paragraph 7 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, adding a new paragraph 7(d) including all subparts contained therein,  to the Original Administrative Master Complaint, do not require a response

on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in Paragraph 8 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, adding a new paragraph 7(e) including all subparts contained therein,  to the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in Paragraph 9 of Plaintiffs' Second Supplemental and Amended Administrative Master Complaint, adding a new paragraph 83 to the Original Administrative Master Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## ANSWER TO THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

## INTRODUCTION

1.

The statement contained in Paragraph 1 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.,  To the

extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., respectfully submit that the Court record is its own best evidence of the contents contained therein.

2.

The statement contained in Paragraph 2 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc. and Del-Jen Inc., concur with Plaintiffs' statement that class certification was denied.  (See R. Doc. 1014).

3.

The statement contained in Paragraph 3 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., respectfully submit that the Court record is its own best evidence of the contents contained therein.

4.

The statement contained in Paragraph 4 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., respectfully submit that Pre-Trial Order No. 36 (R.

Doc. 1386), as amended (R. Doc. 2760), is its own best evidence of the contents contained therein.

5.

The statements contained in Paragraph 5 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the statements of Paragraph 5 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in Paragraph 6 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the allegations of Paragraph 6 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in Paragraph 7 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the allegations of Paragraph 7 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## II.   PARTIES

8.

The allegations contained in Paragraph 8 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in Paragraph 9 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in Paragraph 10 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

11.

The allegations contained in Paragraph 11 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

12.

The allegations contained in Paragraph 12 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

13.

The allegations contained in Paragraph 13 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in Paragraph 14 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

15.

The allegations contained in Paragraph 15 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

16.

The allegations contained in Paragraph 16 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in Paragraph 17 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in Paragraph 18 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

19.

The allegations contained in Paragraph 19 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

20.

The allegations contained in Paragraph 20 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

21.

The allegations contained in Paragraph 21 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

22.

The allegations contained in Paragraph 22 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

23.

The allegations contained in Paragraph 23 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

24.

The allegations contained in Paragraph 24 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

25.

The allegations contained in Paragraph 25 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

26.

The allegations contained in Paragraph 26 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

27.

The allegations contained in Paragraph 27 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

28.

The allegations contained in Paragraph 28 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

29.

The allegations contained in Paragraph 29 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

30.

The domiciliary allegations contained in Paragraph 31 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are admitted; all other allegations contained in Paragraph 30 are denied.

31.

The allegations contained in Paragraph 31 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

32.

The allegations contained in Paragraph 32 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

33.

The allegations contained in Paragraph 33 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

34.

The allegations contained in Paragraph 34 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

35.

The allegations contained in Paragraph 35 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

36.

The allegations contained in Paragraph 36 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

37.

The allegations contained in Paragraph 37 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

38.

The allegations contained in Paragraph 38 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

39.

The allegations contained in Paragraph 39 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

40.

The allegations contained in Paragraph 40 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

41.

The allegations contained in Paragraph 41 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

42.

The allegations contained in Paragraph 42 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

43.

The allegations contained in Paragraph 43 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

44.

The allegations contained in Paragraph 44 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

45.

The allegations contained in Paragraph 45 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

46.

The allegations contained in Paragraph 46 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

47.

The allegations contained in Paragraph 47 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

48.

The allegations contained in Paragraph 48 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

49.

The allegations contained in Paragraph 49 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

50.

The allegations contained in Paragraph 50 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

51.

The allegations contained in Paragraph 51 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

52.

The allegations contained in Paragraph 52 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

53.

The allegations contained in Paragraph 53 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

54.

The allegations contained in Paragraph 54 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

55.

The allegations contained in Paragraph 55 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

56.

The allegations contained in Paragraph 56 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

57.

The allegations contained in Paragraph 57 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

58.

The allegations contained in Paragraph 58 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

59.

The allegations contained in Paragraph 59 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

60.

The allegations contained in Paragraph 60 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

61.

The allegations contained in Paragraph 61 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

62.

The allegations contained in Paragraph 62 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

63.

The allegations contained in Paragraph 63 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

64.

The allegations contained in Paragraph 64 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

65.

The allegations contained in Paragraph 65 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

66.

The allegations contained in Paragraph 66 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

67.

The allegations contained in Paragraph 67 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

68.

The allegations contained in Paragraph 68 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

69.

The allegations contained in Paragraph 69 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

70.

The allegations contained in Paragraph 70 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

71.

The allegations contained in Paragraph 71 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

72.

The allegations contained in Paragraph 72 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

73.

The allegations contained in Paragraph 73 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

74.

The allegations contained in Paragraph 74 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

75.

The allegations contained in Paragraph 75 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

76.

The allegations contained in Paragraph 76 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

77.

The allegations contained in Paragraph 77 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

78.

The domiciliary allegations contained in Paragraph 78 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are admitted; all other allegations contained in Paragraph 78 are denied.

79.

The allegations contained in Paragraph 79 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

80.

The allegations contained in Paragraph 80 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

81.

The allegations contained in Paragraph 81 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

82.

The allegations contained in Paragraph 82 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

83.

The allegations contained in Paragraph 83 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

84.

The allegations contained in Paragraph 84 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

85.

The allegations contained in Paragraph 85 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

86.

The allegations contained in Paragraph 86 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

87.

The allegations contained in Paragraph 87 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

88.

The allegations contained in Paragraph 88 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

89.

The allegations contained in Paragraph 89 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

90.

The allegations contained in Paragraph 90 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

91.

The allegations contained in Paragraph 91 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

92.

The allegations contained in Paragraph 92 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

93.

The allegations contained in Paragraph 93 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

94.

The allegations contained in Paragraph 94 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

95.

The allegations contained in Paragraph 95 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

96.

The allegations contained in Paragraph 96 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

97.

The allegations contained in Paragraph 97 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

98.

The allegations contained in Paragraph 98 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

99.

The allegations contained in Paragraph 99 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

100.

The allegations contained in Paragraph 100 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

101.

The allegations contained in Paragraph 101 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

102.

The allegations contained in Paragraph 102 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

103.

The allegations contained in Paragraph 103 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

104.

The allegations contained in Paragraph 104 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

105.

The allegations contained in Paragraph 105 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

106.

The allegations contained in Paragraph 106 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

107.

The allegations contained in Paragraph 107 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

108.

The allegations contained in Paragraph 108 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

109.

The allegations contained in Paragraph 109 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

110.

The allegations contained in Paragraph 110 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

111.

The allegations contained in Paragraph 111 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

112.

The allegations contained in Paragraph 112 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

113.

The allegations contained in Paragraph 113 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

114.

The allegations contained in Paragraph 114 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

115.

The allegations contained in Paragraph 115 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### III.      JURISDICTION AND VENUE

116.

The allegations contained in Paragraph 116 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., admit that the jurisdictional requirements of this Court are satisfied.

117.

The allegations contained in Paragraph 117 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

118.

The allegations contained in Paragraph 118 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny the allegations contained therein for lack of sufficient information to justify a belief therein.

119.

The allegations contained in Paragraph 119 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., admit that the jurisdictional requirements of this Court are satisfied.

120.

The allegations contained in Paragraph 120 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project

Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

121.

The allegations contained in Paragraph 121 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

122.

The allegations contained in Paragraph 122 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

123.

The allegations contained in Paragraph 123 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

IV.   <u>FACTS AND GENERAL ALLEGATIONS</u>

124.

The allegations contained in Paragraph 124 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

125.

The allegations contained in Paragraph 125 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

126.

The allegations contained in Paragraph 126 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

127.

The allegations contained in Paragraph 127 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

128.

The allegations contained in Paragraph 128 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

129.

The allegations contained in Paragraph 129 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied, as PRI/DJI, A Reconstruction Joint

Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically deny that they manufactured and/or supplied any housing units to FEMA.

130.

The allegations contained in Paragraph 130 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied, as PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically deny that they manufactured and/or supplied any housing units.

131.

The allegations contained in Paragraph 131 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied, as PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically deny that they manufactured and/or supplied any housing units.

132.

The allegations contained in Paragraph 132 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied, as PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically deny that they manufactured and/or supplied any housing units.

133.

The allegations contained in Paragraph 133 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied, as PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically deny that they manufactured and/or supplied any housing units.

134.

The allegations contained in Paragraph 134 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

135.

The allegations contained in Paragraph 135 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

136.

The allegations contained in Paragraph 136 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs therein, constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., submit that 24 C.F.R. §3280.309 is its own best evidence.

137.

The allegations contained in Paragraph 137 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

138.

The allegations contained in Paragraph 138 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

139.

The allegations contained in Paragraph 139 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. submit that 24 C.F.R. §3280.308 is its own best evidence.

140.

The allegations contained in Paragraph 140 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs thereof, constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. submit that 44 C.F.R. §206.110(e) is its own best evidence.

141.

The allegations contained in Paragraph 141 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

142.

The allegations contained in Paragraph 142 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. submit

that 42 C.F.R. §4121; Public Law 93-288, Title IV, §408 (1988); and 42 C.F.R. §5174(c)(1)(A) are their own best evidence.

143.

The allegations contained in Paragraph 143 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

144.

The allegations contained in Paragraph 144 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

145.

The allegations contained in Paragraph 145 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

146.

The allegations contained in Paragraph 146 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

147.

The allegations contained in Paragraph 147 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

148.

The allegations contained in Paragraph 148 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

149.

The allegations contained in Paragraph 149 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

150.

The allegations contained in Paragraph 150 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied.

151.

The allegations contained in Paragraph 151 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

152.

The allegations contained in Paragraph 152 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

153.

The allegations contained in Paragraph 153 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. submit that any applicable contract is its own best evidence.

154.

The allegations contained in Paragraph 154 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. submit that any applicable contract is its own best evidence.

155.

The allegations contained in Paragraph 155 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. submit that any applicable contract or sub-contract is its own best evidence.

156.

The allegations contained in Paragraph 156 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.   To the extent that a response is required, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. submit that any applicable contract is its own best evidence.

157.

The allegations contained in Paragraph 157 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

158.

The allegations contained in Paragraph 158 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  Furthermore, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. submit that any applicable owners' manual is its own best evidence.

159.

The allegations contained in Paragraph 159 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

160.

The allegations contained in Paragraph 160 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

161.

The allegations contained in Paragraph 161 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

162.

The allegations contained in Paragraph 162 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

163.

The allegations contained in Paragraph 163 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

164.

The allegations contained in Paragraph 164 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

165.

The allegations contained in Paragraph 165 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

166.

The allegations contained in Paragraph 166 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

167.

The allegations contained in Paragraph 167 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

168.

The allegations contained in Paragraph 168 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

169.

The allegations contained in Paragraph 169 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

170.

The allegations contained in Paragraph 170 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

171.

The allegations contained in Paragraph 171 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

172.

The allegations contained in Paragraph 172 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

173.

The allegations contained in Paragraph 173 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

174.

The allegations contained in Paragraph 174 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

175.

The allegations contained in Paragraph 175 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

176.

The allegations contained in Paragraph 176 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

177.

The allegations contained in Paragraph 177 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

178.

The allegations contained in Paragraph 178 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

179.

The allegations contained in Paragraph 179 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

180.

The allegations contained in Paragraph 180 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

181.

The allegations contained in Paragraph 181 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

182.

The allegations contained in Paragraph 182 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

183.

The allegations contained in Paragraph 183 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

184.

The allegations contained in Paragraph 184 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

185.

The allegations contained in Paragraph 185 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

186.

The allegations contained in Paragraph 186 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

187.

The allegations contained in Paragraph 187 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

188.

The allegations contained in Paragraph 188 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

189.

The allegations contained in Paragraph 189 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

190.

The allegations contained in Paragraph 190 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

191.

The allegations contained in Paragraph 191 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

192.

The allegations contained in Paragraph 192 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

193.

The allegations contained in Paragraph 193 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

194.

The allegations contained in Paragraph 194 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

195.

The allegations contained in Paragraph 195 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

196.

The allegations contained in Paragraph 196 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

197.

The allegations contained in Paragraph 197 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

198.

The allegations contained in Paragraph 198 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

199.

The allegations contained in Paragraph 199 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## V.     CLAIMS ASSERTED AGAINST THE FEDERAL GOVERNMENT: ALL STATES

### COUNT 1

### CAUSE OF ACTION AGANST THE FEDERAL GOVERNMENT

200.

The allegations contained in Paragraph 200 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

201.

The allegations contained in Paragraph 201 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

202.

The allegations contained in Paragraph 202 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

203.

The allegations contained in Paragraph 203 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

204.

The allegations contained in Paragraph 204 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

205.

The allegations contained in Paragraph 205 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

206.

The allegations contained in Paragraph 206 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

207.

The allegations contained in Paragraph 207 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

208.

The allegations contained in Paragraph 208 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

209.

The allegations contained in Paragraph 209 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs thereof, require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**VI.    CLAIMS ASSERTED AGAINST THE MANUFACTURING DEFENDANTS**

**A.    LOUISIANA STATE BASED CLAIMS**

**COUNT 2**

**CAUSE OF ACTION AGAINST THE MANUFACTURING DEFENDNATS UNDER LOUISIANA PRODUCTS LIABILITY ACT**

210.

The allegations contained in Paragraph 210 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

211.

The allegations contained in Paragraph 211 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

212.

The allegations contained in Paragraph 212 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

213.

The allegations contained in Paragraph 213 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

214.

The allegations contained in Paragraph 214 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

215.

The allegations contained in Paragraph 215 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

216.

The allegations contained in Paragraph 216 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs thereof, require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

217.

The allegations contained in Paragraph 217 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

218.

The allegations contained in Paragraph 218 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

219.

The allegations contained in Paragraph 219 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

220.

The allegations contained in Paragraph 220 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

221.

The allegations contained in Paragraph 221 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

222.

The allegations contained in Paragraph 222 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

223.

The allegations contained in Paragraph 223 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

224.

The allegations contained in Paragraph 224 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

225.

The allegations contained in Paragraph 225 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

226.

The allegations contained in Paragraph 226 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

227.

The allegations contained in Paragraph 227 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**B.      MISSISSIPPI STATE BASED CLAIMS**

**COUNT 3**

**STRICT PRODUCTS LIABILITY**
**MSCODE ANNOTATED 11-1-63**

**PRODUCTS LIABILIITY: DEFECTIVE MANUFACTURING AND DESIGN**

228.

The allegations contained in Paragraph 228 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

229

The allegations contained in Paragraph 229 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the

116

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

230.

The allegations contained in Paragraph 230 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

231.

The allegations contained in Paragraph 231 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

232.

The allegations contained in Paragraph 232 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

233.

The allegations contained in Paragraph 233 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

234.

The allegations contained in Paragraph 234 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

235.

The allegations contained in Paragraph 235 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

236.

The allegations contained in Paragraph 236 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

237.

The allegations contained in Paragraph 237 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

238.

The allegations contained in Paragraph 238 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

239.

The allegations contained in Paragraph 239 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## PRODUCTS LIABITILY: FAILURE TO WARN

240.

The allegations contained in Paragraph 240 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

241.

The allegations contained in Paragraph 241 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**PRODUCTS LIABITILY: BREACH OF EXPRESS WARRANTY**

242.

The allegations contained in Paragraph 242 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

243.

The allegations contained in Paragraph 243 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**COUNT 4**

**STRICT LIABITILY AND NEGLIGENCE**

244.

The allegations contained in Paragraph 244 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

245

The allegations contained in Paragraph 245 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

246.

The allegations contained in Paragraph 246 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

247.

The allegations contained in Paragraph 247 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs thereof, require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project

Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## C.    ALABAMA STATE-BASED CLAIMS

### COUNT 5

### EXTENDED MANUFACTURER'S LIABILITY DOCTRINE
### Code of Ala. 6-5-521

### PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN

248.

The allegations contained in Paragraph 248 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

249.

The allegations contained in Paragraph 249 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

250.

The allegations contained in Paragraph 250 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

251.

The allegations contained in Paragraph 251 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

252.

The allegations contained in Paragraph 252 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

253

The allegations contained in Paragraph 253 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

254.

The allegations contained in Paragraph 254 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

255.

The allegations contained in Paragraph 255 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

256.

The allegations contained in Paragraph 256 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

257.

The allegations contained in Paragraph 257 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

258.

The allegations contained in Paragraph 258 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

259.

The allegations contained in Paragraph 259 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## PRODUCTS LIABITILY: FAILURE TO WARN

260.

The allegations contained in Paragraph 260 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

261.

The allegations contained in Paragraph 261 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## PRODUCTS LIABILITY: BREACH OF EXPRESS AND IMPLIED WARRANTY OF MERCHANTABILITY

### 262.

The allegations contained in Paragraph 262 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

### 263.

The allegations contained in Paragraph 263 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## D.    TEXAS STATE-BASED CLAIMS

## COUNT 6

## CAUSE OF ACTION AGAINST MANUFACTURING DEFENDNATS UNDER TEXAS PRODUCTS LIABILITY LAW

### 264.

The allegations contained in Paragraph 264 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

265.

The allegations contained in Paragraph 265 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

266.

The allegations contained in Paragraph 266 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

267.

The allegations contained in Paragraph 267 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

268.

The allegations contained in Paragraph 268 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

269.

The allegations contained in Paragraph 269 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

270.

The allegations contained in Paragraph 270 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

271.

The allegations contained in Paragraph 271 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs thereof, require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

272.

The allegations contained in Paragraph 272 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

273.

The allegations contained in Paragraph 273 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

274.

The allegations contained in Paragraph 274 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs thereof, require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT 7

## CAUSE OF ACTION AGAINST MANUFACTURING DEFENDANTS FOR NEGLIGENCE

275.

The allegations contained in Paragraph 275 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

276.

The allegations contained in Paragraph 276 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

277.

The allegations contained in Paragraph 277 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

278.

The allegations contained in Paragraph 278 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

279.

The allegations contained in Paragraph 279 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs thereof, require no

response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

280.

The allegations contained in Paragraph 280 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## COUNT 8

## CAUSE OF ACTION AGAINST MANUFACTURING DEFENDANTS FOR BREACH OF IMPLIED WARRANTY

281.

The allegations contained in Paragraph 281 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

282.

The allegations contained in Paragraph 282 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

283.

The allegations contained in Paragraph 283 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

284.

The allegations contained in Paragraph 284 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

285.

The allegations contained in Paragraph 285 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

286.

The allegations contained in Paragraph 286 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the

extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

287.

The allegations contained in Paragraph 287 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

288.

The allegations contained in Paragraph 288 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

289.

The allegations contained in Paragraph 289 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

290.

The allegations contained in Paragraph 290 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A

Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

291.

The allegations contained in Paragraph 291 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

292.

The allegations contained in Paragraph 292 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## VII.  CLAIMS ASSERTED AGAINST THE NO-BID CONTRACTOR DEFENDANTS

293.

The allegations contained in Paragraph 293 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

294.

The allegations contained in Paragraph 294 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

295.

The allegations contained in Paragraph 295 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

296.

The allegations contained in Paragraph 296 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

297.

The allegations contained in Paragraph 297 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

298.

The allegations contained in Paragraph 298 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

299.

The allegations contained in Paragraph 299 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs contained therein are denied.

300.

The allegations contained in Paragraph 300 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

301.

The allegations contained in the second Paragraph 301 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

302.

The allegations contained in Paragraph 302 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs contained therein are denied.

303.

The allegations contained in Paragraph 303 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

304.

The allegations contained in Paragraph 304 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## B.   MISSISSIPPI STATE-BASED CLAIMS

### COUNT 12:

### NEGLIGENCE OF NO-BID CONTRACTOR DEFENDANTS UNDER MISSISSIPPI LAW

305.

The allegations contained in Paragraph 305 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

306.

The allegations contained in Paragraph 306 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

307.

The allegations contained in Paragraph 307 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

308.

The allegations contained in Paragraph 308 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

309.

The allegations contained in Paragraph 309 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, including all subparagraphs contained therein are denied.

310.

The allegations contained in Paragraph 310 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

311.

The allegations contained in Paragraph 311 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## COUNT 13:

### STRICT PRODUCTS LIABILITY
### MS CODE ANNOTATED 11-1-63

312.

The allegations contained in Paragraph 312 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

313.

The allegations contained in Paragraph 313 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

314.

The allegations contained in Paragraph 314 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

315.

The allegations contained in Paragraph 315 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

316.

The allegations contained in Paragraph 316 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

317.

The allegations contained in Paragraph 317 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

318.

The allegations contained in Paragraph 318 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

319.

The allegations contained in Paragraph 319 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

320.

The allegations contained in Paragraph 320 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

321.

The allegations contained in Paragraph 321 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

322.

The allegations contained in Paragraph 322 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## COUNT 14:

## FAILURE TO WARN

323.

The allegations contained in Paragraph 323 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

324.

The allegations contained in Paragraph 324 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

325.

The allegations contained in Paragraph 325 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written

326.

The allegations contained in Paragraph 326 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## COUNT 15:

## BREACH OF IMPLIED WARRANTY

### 327.

The allegations contained in Paragraph 327 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

### 328.

The allegations contained in Paragraph 328 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## C.    ALABAMA STATE  BASED CLAIMS

## COUNT 16:

## NEGLIGENCE OF NO-BID CONTRACTOR DEFENDANTS UNDER ALABAMA LAW

### 329.

The allegations contained in Paragraph 329 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Further, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically aver that they did not perform any work on temporary housing units located in the State of Alabama following Hurricanes Katrina or Rita.

### 330.

The allegations contained in Paragraph 330 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

### 331.

The allegations contained in Paragraph 331 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

### 332.

The allegations contained in Paragraph 332 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

333.

The allegations contained in Paragraph 333, including all subparagraphs contained therein of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

334.

The allegations contained in Paragraph 334, including all subparagraphs contained therein of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

335.

The allegations contained in Paragraph 333 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

### D.   TEXAS STATE-BASED CLAIMS

### COUNT 17

### NEGLIGENCE OF NO–BID CONTRACTOR DEFENDANTS UNDER TEXAS LAW

336.

The allegations contained in Paragraph 336 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  Further, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically aver that they did not perform any work on temporary

337.

The allegations contained in Paragraph 337 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

338.

The allegations contained in Paragraph 338 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

339.

The allegations contained in Paragraph 339 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

340.

The allegations contained in Paragraph 340, including all subparagraphs contained therein of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

341.

The allegations contained in Paragraph 341 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

342.

The allegations contained in Paragraph 342 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## VIII.  CLAIMS ASSERTED AGAINST THE PROCUREMENT DEFENDANTS: ALL STATES

### COUNT 18:

### NEGLIGENCE OF PROCUREMENT DEFENDANTS

343.

The allegations contained in Paragraph 343 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

344.

The allegations contained in Paragraph 344 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

345.

The allegations contained in Paragraph 345 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

346.

The allegations contained in Paragraph 346 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

347.

The allegations contained in Paragraph 347 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

348.

The allegations contained in Paragraph 348 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

349.

The allegations contained in Paragraph 349 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

350.

The allegations contained in Paragraph 350, including all subparagraphs contained therein, of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its

Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

351.

The allegations contained in Paragraph 351 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

352.

The allegations contained in Paragraph 352 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint require no response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## IX.    DAMAGES ASSERTED

353.

The allegations contained in Paragraph 353 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

354.

The allegations contained in Paragraph 354 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint

Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

## B.   DAMAGES FOR MISSISSIPPI STATE-BASED CLAIMS

### 355.

The allegations contained in Paragraph 355 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.   PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

### 356.

The allegations contained in Paragraph 356 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.   PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.

## PUNITVE /EXEMPLARY DAMAGES

### 357.

The allegations contained in Paragraph 357 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.   PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to the damages asserted.

## C.   DAMAGES FOR ALABAMA STATE-BASED CLAIMS

### 358.

The allegations contained in Paragraph 358 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.   PRI/DJI, A Reconstruction Joint

Venture and its Principals, Project Resources Inc., and Del-Jen Inc, deny that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims. Further, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically aver that they did not perform any work on temporary housing units located in the State of Alabama following Hurricanes Katrina or Rita.

359.

The allegations contained in Paragraph 359 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.  Further, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically aver that they did not perform any work on temporary housing units located in the State of Alabama following Hurricanes Katrina or Rita.

## CODE OF ALABAMA 6-11-23 PUNITIVE/EXEMPLARY DAMAGES

360.

The allegations contained in Paragraph 360 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to the damages asserted.  Further, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically aver that they did not perform any work on temporary housing units located in the State of Alabama following Hurricanes Katrina or Rita.

### D.      DAMAGES FOR TEXAS STATE–BASED CLAIMS

361.

The allegations contained in Paragraph 361 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims.  Further, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically aver that they did not perform any work on temporary housing units located in the State of Alabama following Hurricanes Katrina or Rita.

362.

The allegations contained in Paragraph 362 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to any damages and calls for strict proof of the damages claims. Further, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically aver that they did not perform any work on temporary housing units located in the State of Texas following Hurricanes Katrina or Rita.

363.

The allegations contained in Paragraph 363 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that Plaintiffs are entitled to the damages asserted.  Further, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically aver that they did not

perform any work on temporary housing units located in the State of Texas following Hurricanes Katrina or Rita.

**REQUEST FOR JURY TRIAL**

In responses to the allegations contained in the paragraph captioned "Request For Jury Trial" of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., assert that they are entitled to a trial by jury on all issues herein.

**ANSWER TO FOURTH SUPPLEMENTAL AND AMENDED
ADMINISTRATIVE MASTER COMPLAINT**

1.

The allegations contained in Paragraph 1 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, modifying Paragraph 31 of the Third Amended Administrative Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

2.

The allegations contained in Paragraph 2 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, modifying Paragraph 44 of the Third Amended Administrative Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

3.

The allegations contained in Paragraph 3 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, deleting Paragraph 45 of the Third Amended Administrative Complaint and Amending Paragraph 43 of the Third Amended Administrative Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, supplementing and amending Paragraph 93 of the Third Amended Administrative Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in Paragraph 5 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, supplementing and amending Paragraph 113 of the Third Amended Administrative Complaint are denied insofar as they seek to pertain to PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. Further, it is specifically asserted that PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., did not manufacturer or supply any temporary housing units.  It is further asserted that PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., did not perform any work on temporary housing units in the states of Texas or Alabama following Hurricanes Katrina or Rita.

6.

The allegations contained in Paragraph 6 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, amending Paragraph 114 of the Third Amended Administrative Complaint, do not require a response on the part of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**AND NOW**, Pleading further in response to the Original Administrative Master Complaint, to the First Supplemental and Amended Administrative Master Complaint, to the Second Supplemental and Amended Administrative Master Complaint, to the Third Supplemental and Amended Administrative Master Complaint, and to the Fourth Supplemental and Amended Administrative Master Complaint, Defendants,  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., assert the following Defenses:

## FIRST DEFENSE

Plaintiffs' Administrative Master Complaint, as supplemented and amended, fails to state a claim or cause of action against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., upon which relief can be granted.

## SECOND DEFENSE

The claims against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., have prescribed.

## THIRD DEFENSE

The claims against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are, or may be, barred in whole or in part by Plaintiffs' failure to institute suit within the period of time required by the applicable statutes of limitation and/or any applicable limitation of actions, or by preemption or prescription, or failure to initiate suit within the period of time required by the applicable prescriptive periods and/or any limitation of actions contained in any applicable contracts.

## FOURTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are immune from liability under the government contractor defense because they performed all work at issue according to reasonably precise specifications and had no knowledge superior to that of FEMA that was not shared with FEMA. Any alleged defect claimed herein, which is specifically denied, is the result of the standards mandated by the United States government over which PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., had no control.  Accordingly, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are immunized from liability by the government contractor defense.

## FIFTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that they are a "manufacturer" within the meaning of the Louisiana Products Liability Act.  PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., further deny the existence of any defect that would render the work of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen

Inc., unreasonably dangerous under the LPLA., the limited warranty, and/or any other applicable law, contract or standard.

### SIXTH DEFENSE

Solely in the alternative, in the event this Court determines there was any defect in any travel trailer, which is specifically denied, said defect was apparent and obvious and could be easily avoided or remedied, precluding any recovery by Plaintiffs.

### SEVENTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., deny that they were negligent in any way that caused harm to Plaintiff.

### EIGHTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., assert as affirmative defenses the defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. Doc 210) and incorporate the Court's Order and Reasons (Rec. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, respectively, as if plead herein, *in extenso*, and assert that all claims contrary to the orders are precluded.

### NINTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., reassert as affirmative defenses each and every one of the defenses raised in their preservation list (R. Doc. 3410)

### TENTH DEFENSE

Solely in the alternative, in the event the Court finds the plaintiffs have suffered any damages whatsoever, the damages complained of resulted solely or substantially from the

negligence, fault or comparative fault of the plaintiffs through misuse and/or abuse and/or lack of maintenance of the travel trailers, failure to follow instructions for use, failure to heed applicable warnings, and/or through other acts or omissions which will be shown more fully at the trial of this matter and which preclude recovery by plaintiffs or reduce any recovery by their respective percentage of fault.

## ELEVENTH DEFENSE

All damages complained of resulted solely or substantially from the negligence, fault or comparative fault of third parties for whom PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are not responsible, including non-parties and parties immune by statute.

## TWELFTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., pleads to the extent applicable all defenses allowed under the La. Health Emergency Powers Act, LSA – R.S. 29:171, and/or other Louisiana Law.

## THIRTEENTH DEFENSE

All of the claims asserted against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are preempted or otherwise precluded by the statutes, standards, regulations, and rules propagated by the Federal Government and/or HUD, and/or FEMA, and/or the Plaintiffs' lease agreement with FEMA.

## FOURTEENTH DEFENSE

In the event PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are found to be a manufacturer, which is denied, PRI/DJI, A Reconstruction

Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically plead to the extent applicable, all defenses allowed under the Louisiana Products Liability Act, La. R.S. 9:2800.51 et seq. and/or other Louisiana law.

## FIFTEENTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. specifically plead that the product sued upon herein was not in a reasonably anticipated use at any relevant time.

## SIXTEENTH DEFENSE

In the event discovery reveals the following, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. specifically plead that any alleged fault, negligence and/or strict liability attributed to PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., which is specifically denied, are not the proximate or legal cause of the injuries sued upon herein.

## SEVENTEENTH DEFENSE

Plaintiffs' claims are improperly joined with the claims of numerous other individuals and the joinder does not comply with Federal Rule of Civil Procedure 20.  Thus, their claims must be severed from the claims of other named Plaintiffs.

## EIGHTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of intervening and/or superseding cause.

## NINETEENTHDEFENSE

Plaintiffs fail to state a claim for negligence under Louisiana Law.

## TWENTIETH DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted inasmuch as Plaintiffs have not specifically claimed any current injury but rather have generally claimed unspecified current and future injuries.

## TWENTY-FIRST DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted to the extent that Plaintiffs seek to recover attorneys' fees, which are not recoverable against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., under Louisiana law, and Plaintiffs have not alleged any other theory of liability through which they can recovery attorneys' fees against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.

## TWENTY-SECOND DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted to the extent that Plaintiffs specifically seek property or economic damages under Louisiana law inasmuch as such claims are precluded.

## TWENTY-THIRD DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted to the extent that it is determined that Plaintiffs previously filed and/or have pending another lawsuit arising out of the same operative facts and circumstances made the subject of this lawsuit.

## TWENTY-FOURTH DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted inasmuch has Plaintiffs failed to make any particularized allegations regarding their injuries and damages and failed to make any particularized allegations connecting any particular Plaintiff to the conduct of PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.

### TWENTY-FIFTH DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted to the extent that Plaintiffs allege strict liability as there is no basis under Louisiana law for same.

### TWENTY-SIXTH DEFENSE

Plaintiffs alleged damages, if any, were caused or occasioned by known and open and obvious risks, which the Plaintiffs voluntarily assumed.

### TWENTY-SEVENTH DEFENSE

In the event PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are found to be a manufacturer, which is denied, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically plead that the trailers were properly maintained and installed in accordance with the state of the art at the time; and, therefore, there is no legal basis for any assessment of fault against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.

### TWENTY-EIGHTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. further plead that plaintiffs' claims are, or may be, barred, in whole or in part, to the extent that the Economic Loss Doctrine applies and incorporate Court's Order and Reasons (R. Doc. 984).

### TWENTY-NINTH DEFENSE

All claims against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are, or may be, barred in whole or in part by the doctrines of estoppel, release or waiver.

### THIRTIETH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-

Jen Inc., owe no warranty obligations to Plaintiffs.

### THIRTY-FIRST DEFENSE

In the alternative, if any express warranty is found to be owed by PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. these obligations are strictly limityed by the terms of the limited warranty, including all of its limitations and exclusions, which are pled herein, as if copied *in extenso*.

### THIRTY-SECOND DEFENSE

Upon information and belief, plaintiffs have failed to mitigate their damages.

### THIRTY-THIRD DEFENSE

In the event that PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are found to be   manufacturers, which is expressly denied, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically plead that the accident and/or injuries sued upon herein occurred only and solely due to the substantial alteration and/or modification of the product sued upon herein, which alteration and/or modification was not foreseeable.

### THIRTY-FOURTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically plead that any alleged fault, negligence and/or strict liability attributed to PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.,, which is specifically denied, was not the proximate or legal cause of the injuries sued upon herein, and that Louisiana duty-risk analysis precludes Plaintiffs' claims against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.

### THIRTY-FIFTH DEFENSE

To the extent PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are found to be manufacturers, which is denied, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically plead that the trailer was reasonably fit for its ordinary use.

## THIRTY-SIXTH DEFENSE

Alternatively, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., affirmatively aver that in the event they are found liable in any way to plaintiffs, which is denied, any liability on their part is merely joint liability and not joint and several, nor *in solido*, with the liability of other parties for whom it is not responsible.

## THIRTY-SEVENTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are not liable under La.R.S. 9:2771 because their work conformed to FEMA's plans and Specifications.

## THIRTY-EIGHTH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically state that they had no duty to warn the plaintiffs of any alleged harmful condition of the trailers.

## THIRTY-NINTH DEFENSE

Plaintiffs' alleged injuries are the result of pre-existing conditions or act/omissions that occurred after PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., were no longer responsible for the trailers at issue.

## FORTIETH DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., are immune from liability because FEMA accepted their work.

## FORTY-FIRST DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically deny liability under Mississippi law, including but not limited to the Mississippi Product Liability Act (MCA $11-1-63), the negligence and/or strict liability laws of Mississippi, the express warranty law of Mississippi, the implied warranty law of Mississippi, any and all Mississippi laws regarding medical monitoring, and any and all Mississippi laws regarding punitive and/or exemplary damages.

## FORTY-SECOND DEFENSE

PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., specifically assert that they did no work following Hurricanes Katrina and Rita in the states of Alabama and/or Texas; thus, the claims of any and all plaintiffs who have filed claims based upon alleged work performed in the states of Alabama and/or Texas against PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., should be dismissed with prejudice.

## FORTY-THIRD DEFENSE

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that any award of punitive damages, to the extent they are even pled in the Administrative Complaint, as supplemented and amended, would be unconstitutional because the standards utilized to allow the imposition of such damages that are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

## FORTY-FOURTH DEFENSE

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that the award of punitive damages, to the extent they are even pled by the Plaintiffs, would violate the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments, separately, of the Constitution of the United States on each of the following separate and several grounds:

1.     The procedures failed to provide means for awarding separate judgments against alleged tortfeasors;

2.     The procedures failed to provide a limit on the amount of the award against separate defendants;

3.     The procedures failed to provide specific standards for the award of punitive damages;

4.     The procedures permit the award of punitive damages upon satisfaction of a standard of proof less than that applicable to the imposition of criminal sanctions;

5.     The procedures failed to provide a clear consistent and appellate standard of review of an award of punitive damages;

6.     The procedures may permit the admission of evidence relative to punitive damages in the same proceedings during which liability and compensatory damages are determined; and

7.     The standards of conduct upon which punitive damages are sought are vague.

## FORTY-FIFTH DEFENSE

The exact damages/losses claimed by the respective plaintiffs are unknown to PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., and thus PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. cannot adequately determine all defenses that may be applicable to the respective

plaintiffs' claims. Therefore, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. expressly reserve by this reference the right to raise additional defenses to the extent that:

      a.      Additional defenses become applicable under state and federal law;

      b.      Additional defenses are established as discovery proceeds; and

      c.      Additional defenses are available under subsequently asserted theories of recovery.

### FORTY-SIXTH DEFENSE

Defendants are entitled to a trial by Jury.

**WHEREFORE**, the above premises considered, Defendants, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc., respectfully pray that this Answer be deemed good and sufficient; that after due proceedings had there be judgment rendered herein in favor of these Defendants, dismissing Plaintiffs' Administrative Master Complaint, as supplemented and amended, with prejudice; and Defendants respectfully pray for all such other general, special and equitable relief that law, equity or the nature of the case may permit and all costs of these proceedings.  Finally, Defendants request a jury trial on all issues herein.

                         Respectfully Submitted:
                         **ADAMS AND REESE**

                         /s/Kathleen F. Drew
                         KATHLEEN F. DREW (#5079)
                         4500 One Shell Square
                         New Orleans, Louisiana 70139
                         Telephone: (504) 585-0142
                         Facsimile: (504 566.0210
                         kathleen.drew@arlaw.com

**Counsel for Defendant, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2010, a copy of the foregoing Answer and Affirmative Defenses on behalf of Defendant, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc. and Jury Trial Request was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

    /s/Kathleen F. Drew
    KATHLEEN F. DREW
    kathleen.drew@arlaw.com