**EXHIBIT A**

| CASE NAME |
| --- |
| Taneshia Aaron, et al. v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Malea Acklin, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Dianne Adams, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Micheal Adams, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. . |
| Dalfrey Alexander, et al. v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Frances Allen, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Gwendolyn Allen, et al v. Gulf Stream Coach, Inc., et al |
| Nathaniel Ambo, et al. v. Gulf Stream Coach, Inc., et al |
| Lillie Andrews, et al. v. Gulf Stream Coach, Inc., et al |
| Brittany Nicole Annis, et al v Alliance Homes, Inc., d/b/a Adrian Homes, et al. . |
| Francis Anthony, et al v. Gulf Stream Coach, Inc., et al |
| Christy Ball, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. l. |
| Sylvester Barnett, et al v. Gulf Stream Coach, Inc., et al |
| Goerge Basile, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. . |
| Kiren Benjamin, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. . |
| Ryan Micheal Bostic, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. l. |
| Lillie Boteler, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. . |
| Anthony Bruno, Jr., et al v. Gulf Stream Coach, Inc., et al |
| Donna Buford, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Angelina Buras, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Anthony Cacioppo v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Cody Edward Carpenter, et al. v. River Ridge, Inc. |
| Reid Chapman, et al v. Gulf Stream Coach, Inc., et al |
| Helen Cook, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Judy Defelice, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Gloria Durham and Roger Dale Durham v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Steven Fincher, at al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Steven Fincher, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Chris Gabrouel, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Debra Guillory, et al v. Gulf Stream Coach, Inc., et al |
| Frances Gras and John Jochum v Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Paul Grillier, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Mary Ann Harris, et al. v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Tammy Hebert, et al. v. Gulf Stream Coach, Inc., et al |
| Troy Mackles, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Glenda Massey, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Kevin Menard v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. . |
| Charles Patterson, et al v. Gulf Stream Coach, Inc., et al |
| Sandy Pelas, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |

| |
|---|
| Louis Rabalais, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Wanda Riley v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Luis Rodriguez, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Alia Savoy, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Josephine Seaton v. Recreation by Design, et al. |
| Melinda Stewart, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |
| Jonathan Umgehagen, et al v. Alliance Homes, Inc., d/b/a Adrian Homes, et al. |