UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCTS LIABILITY LITIGATION | * | |
| | | * | SECTION "N"(5) |
| | | * | |
| THIS DOCUMENT RELATES TO: 09-3251 | | * | JUDGE ENGELHARDT |
| *Earline Castanel, et al. vs. Recreation by Design, LLC, et al.* | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION TO ADD ONE ADDITIONAL WITNESS**

**MAY IT PLEASE THE COURT:**

In support of this Motion to Add One Additional Witness, Plaintiff, Earline Castanel, respectfully requests that this Honorable Court allow an additional witness, Mark Polk of FEMA, to be added to Plaintiff's Initial Witness List (Doc. No. 13277) in connection with the above captioned matter. The proposed Final Witness List is attached hereto as Exhibit A.

Further, Mr. Polk of FEMA has been previously deposed in this MDL.

In light of the foregoing, Plaintiff requests that this Court allow an additional witness be added to Plaintiff's Final Witness List which was filed yesterday.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Gerald E. Meunier*
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com


      */s/Justin I. Woods*
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
   ANTHONY BUZBEE, Texas # 24001820
   RAUL BENCOMO, #2932
   FRANK D'AMICO, #17519
   MATT MORELAND, #24567
   LINDA NELSON, #9938
   MIKAL WATTS, Texas #20981820
   ROBERT BECNEL, #14072
   DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

     I hereby certify that on April 15, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

                                            */s/Gerald E. Meunier*
                                            GERALD E. MEUNIER, #9471