UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCTS LIABILITY LITIGATION | * | |
| | | * | SECTION "N"(5) |
| | | * | |
| THIS DOCUMENT RELATES TO:   09-3251 | | * | JUDGE ENGELHARDT |
| *Earline Castanel, et al. vs. Recreation by Design, LLC, et al.* | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiff, Earline Castanel's Motion to Add One Additional Witness, Mark Polk of FEMA, be and the same is hereby granted.

New Orleans, Louisiana this _____ day of April, 2010.

                                                                                          **HONORABLE JUDGE KURT D. ENGELHARDT**