**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION N (5)

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

**NOMINATION OF BELLWETHER**
**PLAINTIFFS BY PALM HARBOR DEFENDANTS**

NOW INTO COURT, through undersigned counsel, come the Palm Harbor Defendants

("Palm Harbor"), which, for the reasons more fully set forth in the memorandum filed

contemporaneously herewith, nominate the following individuals to serve as bellwether plaintiff in

the October 18, 2010 bellwether trial:

1.    Kenneth Woods (2:09-cv-07771-KDE-ALC)

2.    Eujohn Moses (2:09-cv-04728-KDE-ALC)

3.    Tressie Moses (2:09-cv-04728-KDE-ALC)

4.    Tonya Washington (2:09-cv-07821-KDE-ALC)

5.    Shakita Brumfield (2:09-cv-07911-KDE-ALC)

6.    Eric Washington (2:09-cv-07094-KDE-ALC)

Palm Harbor objects to the PSC's anticipated nomination of KA, III, for the reasons set forth

in the same memorandum.

Dated this 15th day of April, 2010.

Respectfully submitted,


_____/s/ Eric L. Lindstrom_____
Michael J. Craddock
  Texas State Bar No. 04970300
Eric L. Lindstrom
  Texas State Bar No. 12385200

3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
(214) 750-3550
(214) 750-3551 (FAX)

**ATTORNEYS FOR DEFENDANTS PALM HARBOR HOMES, INC., PALM HARBOR MANUFACTURING, LP, AND PALM HARBOR ALBERMARLE, LLC**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Nomination of Bellwether Plaintiffs by Palm Harbor Defendants was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


_____/s/ Eric L. Lindstrom_____
Eric L. Lindstrom