UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
the Member Cases listed in the heading
of Rec. Doc. 11302

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time to Match Plaintiffs Pursuant to Pretrial Order No. 53 (Rec. Doc. 11302), filed by Plaintiffs.  This motion is opposed. (See Rec. Doc. 11577).  After considering the memoranda filed by the parties,

**IT IS ORDERED** that **Plaintiffs' Motion for Extension of Time to Match Plaintiffs Pursuant to Pretrial Order No. 53 (Rec. Doc. 11302)** is **GRANTED** to the extent that Plaintiffs are allowed an extension of 30 days from the entry of this Order to comply with Pretrial Order No. 53.

New Orleans, Louisiana, this 15th day of April, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**