UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>   FORMALDEHYDE PRODUCTS<br>   LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
the Member Cases listed in the heading
of Rec. Doc. 12503

## ORDER

Before the Court is an Opposed Motion for Extension of Time (Rec. Doc. 12503), filed by Plaintiffs.  This motion was opposed by the United States of America (Rec. Doc. 12702) and by Liberty Mutual Insurance Corporation (Rec. Doc. 12738).  After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that **Opposed Motion for Extension of Time (Rec. Doc. 12503)** is **GRANTED** to the extent that Plaintiffs' counsel is allowed an extension of 30 days from the entry of this Order to match clients with specific Defendants manufacturers and to file Complaints doe the newly-match Plaintiffs against those respective manufacturers.

New Orleans, Louisiana, this 15th day of April, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**