UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
the Member Cases listed in the heading
of Rec. Doc. 12505

## ORDER

Before the Court is an Opposed Motion for Extension of Time (Rec. Doc. 12505), filed by Plaintiffs.  Although this motion was captioned as "opposed", the only submission filed was a response by the United States of America (Rec. Doc. 12790), stating that it takes "no position" on this request.  No other oppositions were received.  After considering the memoranda filed by the parties,

**IT IS ORDERED** that the **Opposed Motion for Extension of Time (Rec. Doc. 12505)** is **GRANTED** to the extent that Plaintiffs' counsel is allowed an extension of 30 days from the entry of this Order to submit completed Plaintiff Fact Sheets.

New Orleans, Louisiana, this 15th day of April, 2010.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**