```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF LOUISIANA
 3                      NEW ORLEANS DIVISION
 4   IN RE: FEMA TRAILER            )
 5   FORMALDEHYDE PRODUCTS          ) MDL No. 1873
 6   LIABILITY LITIGATION.          )
 7        The deposition of KENNETH LAUGHERY, Ph.D.,
 8   called for examination pursuant to Notice and the
 9   Rules of Civil Procedure for the United States
10   District Courts pertaining to the taking of
11   depositions, taken before Elizabeth L. Vela, a
12   Notary Public within and for the County of Cook,
13   State of Illinois, at the O'Hare Airport Hilton,
14   Chicago, Illinois, on the 9th day of March, 2010,
15   at the time of 12:18 p.m.
16
17
18
19
20
21   (Proceedings concluded at 3:54 p.m.)
22
23   Reported by:  Elizabeth L. Vela, CSR
24   License No.:  084-003650
```

EXHIBIT A

1  system, the methodology there was to take into
2  account -- well, in some sense, the methodology
3  applied only in a very limited way, because there
4  basically is no warning system, but the methodology
5  would include an evaluation from the perspective of
6  what were the potential components of a warning
7  system that could have addressed the formaldehyde
8  hazard, its consequences, and how you deal with it.
9        And the potential components that would be
10 revealed would be an owners manual, an on-product,
11 on-trailer label, a verbal or some kind of other
12 interaction on delivery.  Those are standard,
13 traditional components of a warning system.
14       My understanding is that none of those
15 were carried out as part of a warning system
16 associated with this trailer, but that's a
17 methodology to take a look at and to gather
18 information on the potential components of a
19 warning system, to what extent were they applied,
20 the adequacy of how they were applied.  The
21 adequacy question didn't come up here.
22 BY MR. MULCAHY:
23    Q.  And you know, maybe my question -- I need
24 to bring it down a little bit, but from your

```
 1   perspective in rendering an opinion on whether or
 2   not a warning is needed, is there a particular step
 3   of processes or methodology you go through to make
 4   that determination?
 5        A.   Yes.
 6        Q.   Okay.  And is there like a Step 1, Step 2
 7   type of process?
 8        A.   Yeah.  I mean, the several steps -- and I
 9   believe these were published, for example, in a
10   couple of those papers that I brought up, but the
11   several steps would include, first, is there a
12   hazard involved in the use of the product.
13             And that has to do with evaluating whether
14   or not there's been a hazard analysis, and if so,
15   what does it show.
16             So -- and obviously, I'm not in favor of
17   warning about hazards that don't exist.  And so a
18   first step would be to determine what the hazards
19   are.
20             A second step -- and then, the second step
21   would be are the hazards open and obvious, that --
22   I'm talk -- I'm using that term from a human
23   factors perspective, where essentially, what it
24   means in the context of my discipline is that the
```

Page 90

1  characteristics of the product itself, including
2  its function, communicate the nature of the hazard.
3           I wouldn't argue, for example, that you
4  don't need -- that you do need a warning telling
5  somebody don't get your fingers in the blades of a
6  chain saw when they're rotating.  I think that's an
7  example of an open and obvious hazard.
8           But is there an open and obvious hazard or
9  is the hazard that's been identified in this case
10 open and obvious, with respect to, does it itself
11 communicate the information.
12          And as a part of that, there would be a
13 consideration of how it's going to get used, in the
14 sense, is it useful or needed to have a reminder
15 warning function even in circumstances where it's
16 open and obvious.  So that would be a next step in
17 do you need to warn.
18          Then, a third step in making a judgment
19 whether a hazard -- whether a warning system is
20 needed is is an understanding and knowledge of this
21 hazard information that the consumer, the user of
22 the product already has, not that it's open and
23 obvious, but through whatever history of the user,
24 they have come to be aware of and have knowledge

```
 1   about it; and in which case, if the answer to that
 2   is yes, then you may not need to warn or you may
 3   only need to warn for reminder.
 4            Then, a fourth step and the last one I'll
 5   mention is the issue of is there something that a
 6   warning can accomplish in enabling the safe use of
 7   the product.
 8            In other words, if the consumer or user of
 9   that product is going to have to do something
10   they're not capable of, then a warning isn't going
11   to solve the problem.  And so can a warning
12   actually accomplish the safe use would be another
13   step.
14            So those are standard methodologies for
15   analysis of is a warning needed for this product.
16       Q.   In rendering your opinion regarding the
17   Castanel unit, my understanding is, one of the
18   first steps you need to determine is that there's a
19   hazard associated with the product, correct?
20       A.   Yes.
21       Q.   And did you do a hazard analysis regarding
22   the Castanel unit?
23       A.   Well, I'm assuming based on others who
24   have done what I'd call a hazard analysis --
```

```
 1        THE WITNESS:  I don't know what the level of
 2   agreement or disagreement is on that.
 3            What -- I'm just making the broader
 4   assumption that there is a formaldehyde hazard here
 5   that is relevant and I'm going from there.
 6   BY MR. MULCAHY:
 7        Q.   Okay.  Do you know what the testing
 8   results were on the Castanel unit as far as
 9   formaldehyde testing results?
10        A.   No.
11        Q.   You weren't provided that information?
12        A.   I don't remember what test results there
13   were on that and I don't remember when it was
14   conducted or the circumstances under which it was
15   conducted.
16            And all of that, I assume -- and again,
17   these are assumptions on my part.  I'm just -- I'm
18   outside the boundaries of my expertise and I don't
19   want to be heard as giving any opinions about that,
20   but I would assume that when it was sampled or
21   analyzed, the circumstances would all be relevant
22   to the validity of the data that was collected.
23            And whether there are issues like that
24   that would account for differences in measurement
```