```
00001
   1           UNITED STATES DISTRICT COURT
   2           EASTERN DISTRICT OF LOUISIANA
   3
   4  IN RE:  FEMA TRAILER        MDL NO. 1873
   5  FORMALDEHYDE PRODUCTS       SECTION "N"(5)
   6  LIABILITY LITIGATION        JUDGE ENGELHARDT
                                  MAGISTRATE CHASEZ
   7
   8                    *   *   *
   9              (RE:   DUBUCLET)
  10
  11
  12      Videotaped Deposition of LAWRENCE
  13  G. MILLER, M.D., 118 Upland Road, Waban,
  14  Massachusetts 02468, taken at the Law
  15  Offices of Frank J. D'Amico, Jr., 622
  16  Baronne Street, 3rd Floor, New Orleans,
  17  Louisiana 70113, on Tuesday, the 22nd day of
  18  September, 2009.
  19
  20  REPORTED BY:
  21      JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
  22      (504)529-5255
  23  VIDEOGRAPHER:
  24      MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
  25      (504)529-5255
```


EXHIBIT

```
00014
 1  small companies, also in this general area.
 2           In 1997, I moved to Hambrecht and
 3  Quist Capital Management.  And then in 1999,
 4  with a partner, I founded Mediphase, and I
 5  have been working for Mediphase since that
 6  time.
 7      Q    With respect to the point in time
 8  that you started consulting with business
 9  and got out strictly of what I would call
10  practicing medicine, when did that actually
11  occur?
12      A    Well, you know, I continued --
13  Again, during my time at Tufts, I did
14  clinical work and I continued clinical work,
15  in fact, and continued to see patients until
16  about a little over four years ago.  I still
17  continue teaching at the Massachusetts
18  General Hospital.
19      Q    What percentage of your time while
20  you were at Tufts -- And I'm trying to pick
21  a date here, because I see that in 1990 and
22  '91, you write that you were a senior
23  consultant and director of clinical
24  information at HPR, Inc., in Boston?
25      A    That's correct.
```