UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE ANY REFERENCE
TO TL INDUSTRIES, INC. AND PRECLUDE ANY REFERENCE TO
NEWS MEDIA COVERAGE RELATED TO TL INDUSTRIES, INC.**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC, who respectfully brings this Motion *in Limine* to exclude any reference by plaintiff to TL Industries, Inc., and, to preclude any reference by plaintiff to news media coverage related to TL Industries, Inc.  As is more fully outlined by defendant in the Memorandum in Support submitted herewith, any reference by plaintiff to TL Industries, Inc., or news media coverage related to TL Industries, Inc., is  irrelevant to the instant lawsuit as well as unduly prejudicial to defendant Recreation By Design.  As such, defendant respectfully requests that this honorable Court grant this

Motion *in Limine* and issue an order excluding any reference by plaintiff to TL Industries, Inc., and precluding plaintiff from making any reference to news media coverage related to TL Industries, Inc. Pursuant to the Court's request, undersigned counsel has contacted counsel for plaintiff, and plaintiff opposes this motion.

Respectfully submitted,

*/s/Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
909 Poydras Street, Ste. 1800
New Orleans, LA 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for defendant,*
*Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 16th, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

*/s/Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436
