STATE OF INDIANA
OFFICE OF THE SECRETARY OF STATE

CERTIFICATE OF INCORPORATION

OF

TL INDUSTRIES, INC.

I, SUE ANNE GILROY, Secretary of State of Indiana, hereby certify that Articles of Incorporation of the above corporation have been presented to me at my office accompanied by the fees prescribed by law; that I have found such Articles conform to law; all as prescribed by the provisions of the Indiana Business Corporation Law, as amended.

NOW, THEREFORE, I hereby issue to such corporation this Certificate of Incorporation, and further certify that its corporate existence will begin September 07, 1999.



In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the City of Indianapolis, this Seventh day of September, 1999.

*Sue Anne Gilroy*
SUE ANNE GILROY, Secretary of State

TC
Deputy



# ARTICLES OF INCORPORATION

## OF

## TL INDUSTRIES, INC.

APPROVED
AND
FILED
IND. SECRETARY OF STATE

The undersigned desiring to form a corporation (hereinafter referred as "Corporation") pursuant to the provisions of the Indiana Business Corporation Law, as amended, executes the following Articles of Incorporation.

### ARTICLE I - NAME

The name of the Corporation is TL INDUSTRIES, INC.

### ARTICLE II - REGISTERED OFFICE AND AGENT

Name of Agent and Address:   Rebecca F. Butler
221 W. Lexington Avenue, Elkhart, IN 46516

Street Address of Principal Office:   25876 Miner Road, Elkhart, IN 46514

### ARTICLE III - AUTHORIZED SHARES

Number of Shares: 10,000. The total number of shares which the corporation is authorized to issue is at least one class of shares, is hereby authorized unlimited voting rights, and is entitled to receive net assets of the Corporation upon dissolution.

### ARTICLE IV - INCORPORATION

The name and address of the incorporator of the Corporation is:

| Name | Number and Street | City | State | Zip Code |
|---|---|---|---|---|
| Rebecca F. Butler | 221 W. Lexington Avenue | Elkhart | IN | 46516 |

In Witness Whereof, the undersigned being the incorporator of said Corporation executes these Articles of Incorporation and verify, subject to penalties of perjury, that the statements contained herein are true, this 30th day of August, 1999.

Signature

*Rebecca F. Butler* (signature)

Printed Name

Rebecca F. Butler

This instrument was prepared:   Rebecca F. Butler, Attorney at Law
The White House, Suite 2, 221 W. Lexington Avenue
Elkhart, Indiana 46516