1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            )   MDL NO. 1873
FORMALDEHYDE PRODUCTS          )
LIABILITY LITIGATION           )   SECTION "N" (5)
                               )
                               )   JUDGE ENGELHARDT
THIS DOCUMENT RELATES TO       )
09-3251                        )   MAGISTRATE CHASEZ
                               )
Earline Castanel, et al. v.    )
Recreation by Design, LLC,     )
et al.                         )
– – – – – – – – – – – – – – –  )

        The Video Deposition of Randall Rush
            Date:  Tuesday, February 23, 2010
            Time:  9:23 a.m.
            Place: South Bend Marriott
                   123 North St. Joseph Street
                   South Bend, Indiana
            Called as a witness by the Plaintiff
            in accordance with the Federal Rules of
            Civil Procedure, for the Eastern District
            of Louisiana, pursuant to Notice


Before Michelle Soffa, Court Reporter
Notary Public, Porter County, Indiana



            MIDWEST REPORTING
            1448 Lincolnway East
         South Bend, Indiana 46613
            (574) 288-4242



EXHIBIT
B

8

```
 1              MR. GARRISON:  Lyon Garrison on
 2          behalf of Recreation By Design.
 3              MR. MULCAHY:  Randall Mulcahy on
 4          behalf of Recreation By Design, LLC.
 5              RANDALL RUSH,
 6          called as a witness by the Plaintiff,
 7          having been first duly sworn, was examined
 8          and testified as follows:
 9              DIRECT EXAMINATION
10   BY MR. PINEDO:
11   Q    Sir, could you please state your full name?
12   A    Randall, middle initial K, Rush, R-U-S-H.
13   Q    Sir, how are you currently employed?
14   A    Through Recreation By Design.
15   Q    Are you the president of Recreation By Design?
16   A    Yes.
17   Q    Is it Recreation By Design, Inc. or is it
18        Recreation By Design, LLC?
19   A    LLC.
20   Q    And you are a designated representative on
21        behalf of Recreation By Design; is that
22        correct?
23   A    Yes, that's correct.
24   Q    At any time I ask you a question today and
25        it's not clear to you what my question is,
```

9

```
1        will you let me know and I'll do my best to
2        restate it?
3   A    Okay.
4   Q    And can we have the agreement amongst
5        ourselves today that if I use the term
6        "Recreation By Design" or "RBD" we are talking
7        about Recreation By Design, LLC, the company
8        for which you are president?
9   A    Correct.
10  Q    Have you ever given a deposition previously,
11       sir?
12  A    Yes.
13  Q    On how many prior occasions have you given a
14       deposition?
15  A    I believe one.
16  Q    So you are familiar, to some extent, with the
17       procedures for a deposition?
18  A    It's been a while, some extent.
19  Q    You understand you are here on behalf of the
20       corporation -- or the limited liability
21       company, Recreation By Design, to speak as a
22       representative for them?
23  A    Correct.
24  Q    And you understand that you are sworn to tell
25       the truth today?
```

10

1   A   Yes.

2   Q   The prior deposition you gave, what did that

3       concern?  Was that anything --

4   A   In what means?

5   Q   Was it anything related to Recreation By

6       Design?

7   A   No.

8   Q   What did it concern?

9   A   Is it relevant to this case or just general

10      knowledge for you?

11  Q   Just general background, sir.

12  A   It was a trademark case.

13  Q   Was it with any type of component relating to

14      a travel trailer or motor home or some type of

15      recreational vehicle?

16  A   It was a tradename on a recreational product.

17                  MR. PINEDO:  Let me stop right

18              here.  Ms. Court Reporter, are you

19              having hard time hearing the witness.

20                  THE REPORTER:  Uh-huh.

21                  MR. PINEDO:  Would it helpful to

22              you to switch to this side and maybe

23              I move down a little bit or --

24                  THE REPORTER:  Let me just do

25              this.

11

1        MR. PINEDO:  Are you ready to

2        proceed?

3    BY MR. PINEDO:

4    Q   Mr. Rush, you're keeping your voice up well

5        but the court reporter is having a little bit

6        of a hard time hearing you so if you could

7        just raise it a little bit more.

8            In that particular case -- about when was

9        that?

10   A   Probably in the mid '90's, somewhere in the

11       90's.

12   Q   And were you testifying on behalf of the

13       plaintiff or the defendant in that particular

14       case?

15   A   I was a defendant myself in the case.

16   Q   And tell me the name of the trademark that was

17       involved.

18   A   It was a name that was involved was a name

19       called Coachmaster.

20   Q   Let me ask you a few background questions.

21       What's your date of birth?

22   A   October 5th, 1953.

23   Q   And what is Recreation By Design?

24   A   It's a company that manufactures travel

25       trailers, fifth wheels and park models.

12

1    Q    Are you also the founder of Recreation By

2         Design?

3    A    Yes, I am.

4    Q    About how many employees does Recreation By

5         Design currently have?

6    A    Possibly 45.

7    Q    Back in 2005 how many employees did Recreation

8         By Design have?

9    A    I wouldn't know unless I would have to go back

10        to payroll records.  I would assume 75, maybe

11        100, I don't know.

12   Q    Has there been a downturn in the travel

13        trailer industry in the last five years?

14   A    Absolutely.

15   Q    What do you attribute that to?

16   A    Global economy in general.

17   Q    Are you the founder of Recreation By Design?

18   A    Yes, again, I am.

19   Q    When did you found or create Recreation By

20        Design?

21   A    I believe it was in 1999.

22   Q    When you say Recreation By Design

23        manufactures travel trailers, fifth wheels and

24        park models, how do you fine -- how do you

25        define a park model?

17

1    A    Okay.

2    Q    You're doing just what you should, if you

3         don't understand my question, ask for

4         clarification.

5              Were there any specific specifications

6         that the housing unit Earline Castanel lived in

7         was made to comply with?

8                    MR. MULCAHY:  Objection, form.

9    BY MR. PINEDO:

10   Q    You can answer the question.

11                   MR. GARRISON:  You can answer.

12                   THE DEPONENT:  I believe it was

13              just built to the RV RPTIA or the

14              RVIA standards, the standard --

15              industry standards.

16   BY MR. PINEDO:

17   Q    Well, the RVIA standards governed recreational

18        vehicles, don't they?

19   A    That's correct.

20   Q    And the RPTIA standards govern park models?

21   A    Recreational parks, correct.

22   Q    Let's go back to 2005.  You were president of

23        Recreation By Design at that time, weren't

24        you?

25   A    Yes.

18

1    Q    And at some point did Recreation By Design

2         receive an inquiry from somebody about

3         producing travel trailers for victims of

4         Hurricanes Katrina and Rita?

5    A    Yes.

6    Q    And tell me about that.

7    A    Well, we received several phone calls from

8         dealers looking for product that could

9         possibly be sold for temporary housing.

10   Q    Was there some inquiry from an entity also

11        called Morgan with regard to that?

12   A    Morgan Building and Spas, yes.

13   Q    And did Recreation By Design enter a contract

14        with Morgan?

15   A    I don't believe it was actually a contract but

16        it was a purchase order.

17   Q    And that purchase order was for some 5,000

18        travel trailers to be used for victims of

19        Hurricanes Katrina and Rita; is that right?

20                  MR. MULCAHY:  Objection, form.

21                  MR. GARRISON:  You can answer.

22                  THE DEPONENT:  I don't believe

23             it was 5,000.  I think there was an

24             opportunity to build up to 5,000.

25   BY MR. PINEDO:

Midwest Reporting, Inc.                      574-288-4242

51

1    Q   And how long did you stay working for Rush

2        Industries?

3    A   'Til the mid 80's.

4    Q   Then what did you do?

5    A   I started a company called American Travel

6        Systems.  My father retired.

7    Q   And what did American Travel Systems do?

8    A   Built travel trailers.

9    Q   About how many a year?

10   A   Same, again, very few, probably in the few

11       hundreds, I'm not for sure.

12   Q   How long did you stay with American Travel

13       Systems?

14   A   'Til 1999 'til Recreation By Design was

15       created.

16   Q   Why did you choose to create Recreation By

17       Design if you already had an entity called

18       American Travel Systems that manufactured

19       travel trailers?

20   A   I wanted to be able to have the option and

21       change the structure of the company to a LLC.

22   Q   Why did you want to do that?

23   A   For limited liability purposes.

24   Q   Had American Travel Systems had lawsuits

25       against it previously?

52

1    A    I believe they have had the Coachman lawsuit

2         with the Coachmaster name.

3    Q    Any other lawsuits?

4    A    Not that I can recall.

5    Q    So was there something that you used in the

6         travel trailer manufactured by American Travel

7         Systems that had the Coachman name and that's

8         what led to the lawsuit?

9    A    That's correct.

10   Q    Which particular unit or piece of the travel

11        trailer bore the Coachman name?

12   A    The name of the product, it was called

13        Coachmaster.

14   Q    And how was that lawsuit resolved?

15   A    Went to trial.

16   Q    And what was the result?

17   A    It was a federal trademark infringement.

18   Q    And what was the judgment?

19   A    I think -- do you mean by what dollars?

20   Q    Yes.

21   A    I believe $100,000, I believe.

22   Q    That American Travel Systems had to pay over

23        to Coachman?

24   A    Yes.

25   Q    And since 1999 Recreation By Design has been

75

1   would say to the best of my knowledge the unit

2   order was created 12/1 of '05 and finished

3   12/5 of '05.

4  Q Let's take a look at Page 7 of Exhibit Number

5   2.  See it has "Standard Parts and Options;"

6   do you see that?

7  A Yes, I do.

8  Q And the serial number is 25294 nad that's

9   consistent with what we see on Page 1; is that

10   right?

11  A The last five digits, that's correct.

12  Q And at the bottom there is an area to write

13   something in; do you see that?

14  A Yes.

15  Q And something has been whited out there.  Can

16   you tell me what has been whited out on Page

17   Number 7?

18  A No.  I don't know what was whited out.

19  Q If I -- if I wanted to get the original of

20   this document, who would have the original?

21  A RBD.

22  Q Who at RBD, who would I ask?

23  A Probably the same two people I told you

24   earlier.

25  Q The receptionist and the person in accounts

101

1    Q    Did you consider Recreation By Design to be

2         up-to-date and safety conscious as of 2005?

3    A    Yes.

4    Q    And back in 2005 Recreation By Design didn't

5         require that their travel trailers or park

6         models have a forced ventilation system, did

7         they?

8    A    Forced ventilation system such as air

9         conditioning, heating system?

10   Q    Something that brings in fresh air into the

11        unit?

12   A    No.

13   Q    Does Recreation By Design now manufacture

14        travel trailers with a forced ventilation

15        system that brings in fresh air?

16   A    No.

17   Q    Does TL Industries manufacture such a unit?

18                    MR. MULCAHY:  Objection.  This

19             is Recreation By Design's deposition,

20             not TL Industries' deposition.

21   BY MR. PINEDO:

22   Q    You can answer the question.

23   A    Is this related to RBD or TL?

24   Q    Please answer the question.

25   A    No -- I'm sorry.  As of what date?

102

1   Q   Now.

2   A   Yes, TL does.

3   Q   Now, this deposition notices, it asks -- one

4       of these items asks about subsidiaries and

5       divisions of Recreation By Design; is that

6       right?

7   A   I believe so.

8   Q   And you are affiliated with a group called TL

9       Industries; is that right?

10  A   Yes.

11  Q   And what is TL Industries?

12  A   It's a travel trailer park model company.

13  Q   And what was the reason for the creation of TL

14      Industries?

15  A   I bought out a competitor.

16  Q   What competitor was that?

17  A   It was a company called Travel Line.

18  Q   And when did TL Industries come into

19      existence?

20  A   Approximately around 2000.

21  Q   And where are the plants for TL Industries

22      located?

23  A   I purchased the plant, it was located on Miner

24      Road in Elkhart, Indiana.

25  Q   Has TL Industries been continually making

103

1       recreational vehicles since the time of that

2       purchase?

3   A   They're shut down at this point.

4   Q   But TL Industries received a contract to make

5       travel trailers with forced air ventilation

6       systems and -- which would have formaldehyde

7       levels below .016 --

8                   MR. MULCAHY:  Chris, I'm going

9                   to object to this line of

10                  questioning.  He's here today on

11                  behalf of Recreation By Design.  He's

12                  not here in his capacity as a

13                  representative of TL Industries.  I

14                  think it's an improper line of

15                  questioning to go into today when

16                  he's here for Recreation By Design.

17                  MR. MILLER:  Objection, beyond

18                  the scope.

19                  MR. DINNELL:  Objection to

20                  foundation.

21  BY MR. PINEDO:

22  Q   Could you answer the question, please?

23  A   Repeat the question.

24          (The question was read back.)

25                  MR. PINEDO:  Parts per million.

104

1                    THE DEPONENT:  Yes.

2    BY MR. PINEDO:

3    Q    I'm gonna show you what's been marked as --

4         let -- before I do that.  Explain for me the

5         relationship between TL Industries and

6         Recreation By Design.

7    A    It's a different entity, I own them both.

8    Q    Is there any type of engineering plans or

9         styles or knowledge shared between these two

10        companies?

11   A    Yes, there is.

12   Q    Explain that to me.

13   A    It's my general knowledge in the industry, I

14        run both companies.  I take one company to the

15        other.

16   Q    So whatever knowledge TL Industries has is

17        likewise available to Recreation By Design?

18                    MR. MULCAHY:  Object to the

19             form.  We're dealing with two

20             separate entities here.  Once again,

21             this not T.L. Industries' deposition.

22                    THE DEPONENT:  Ask the question

23             again.

24        (The question was read back.)

25                    THE DEPONENT:  Somewhat, yes.

105

```
1    BY MR. PINEDO:

2    Q    You say "somewhat," how are you qualifying

3         that?

4    A    The TL Industries has unique products that's

5         different from what the industry of RBD would

6         use.

7    Q    And how would you describe that unique product

8         that TL Industries manufactures?

9    A    It's a -- components that we use to make a low

10        formaldehyde product.

11   Q    So --

12   A    We consider that a trade secret.

13   Q    The components -- are you talking about the

14        manufacturing process for those components is

15        a trade secret?

16   A    That's correct.

17   Q    But not the component itself?

18   A    Some component is -- some is --

19                  MR. MULCAHY:  Chris, I'm gonna

20             go there --

21                  MR. BENCOMO:  Well, let him

22             finish.

23                  MR. MULCAHY:  Well, I mean,

24             we're starting a lot of questions on

25             TL Industries and it's beyond the
```

158

1        guy.

2    Q   Who's that?

3    A   I don't know who it would have been at the

4        time.

5    Q   So it's your testimony that this disaster

6        relief emergency housing wouldn't have

7        anything to do or any link to TL Industries'

8        products?

9    A   No.

10   Q   Besides yourself, who else are co-employees or

11       co-officers or directors of TL Industries at

12       the same time as Recreation By Design?

13   A   Myself.

14   Q   You're the only one who works for both of

15       them?

16   A   Correct.

17   Q   Are there any other employees of TL Industries

18       right now besides yourself?

19   A   At TL Industries you're talking about?

20   Q   Yes.

21   A   There might be one.

22   Q   Who is that?

23   A   Might be a CAD guy.  I don't know his name,

24       Josh.

25   Q   Does Josh work for any other companies besides

190

1   Q   And how would you describe TL Industries, Inc.

2              MR. MULCAHY:  Objection, asked

3          and answered.

4              THE DEPONENT:  It's an

5          additional company that I own.

6   BY MR. PINEDO:

7   Q   And we've discussed that today to some degree,

8       haven't we, to a limited degree?

9   A   To a limited degree.

10  Q   Then next identified as a name insured is

11      Randy Rush.  And that is you, correct?

12  A   That's correct.

13  Q   Is your full name Randall or is it Randy?

14  A   As I stated in the beginning, it's Randall,

15      middle initial K, Rush, R-U-S-H.

16  Q   The next named insured to this policy is B.R.

17      Properties, Inc.  What is B.R. Properties,

18      Inc.?

19  A   It's just a property entity that -- that we

20      have that I hold possible property in.

21  Q   Does B.R. Properties, Inc. relate in any way

22      to Buckingham Road Properties, LLC, which is

23      also an additional insured on this policy?

24  A   No, it don't.

25  Q   Are the manufacturing facilities for

191

1           Recreation By Design located or owned by B.R.

2           Properties, Inc.?

3    A     Yes.

4    Q     Explain that to me.

5    A     Buckingham Road Properties is the holder of

6           the facility which Recreation By Design builds

7           product out of.

8    Q     And Miner Properties, LLC, what's that?

9    A     That's the property that TL Industries was

10          located at when it built product.

11   Q     Does Buckingham Road Properties have any other

12          insurance policies other than those that we've

13          identified here today?

14   A     No.

15   Q     Do any of these entities on this named insured

16          endorsement have any additional policies other

17          than exhibits -- what we have identified here

18          in Exhibits 16, 17 and 18?

19                 MR. MULCAHY:  Objection to the

20                     extent this is Recreation By Design's

21                     deposition, not these other

22                     companies' depositions.

23                 MR. GARRISON:  You can answer

24                     the question.

25                 THE DEPONENT:  There is the