STATE OF INDIANA
OFFICE OF THE SECRETARY OF STATE

CERTIFICATE OF ORGANIZATION

OF

RECREATION BY DESIGN, LLC

I, SUE ANNE GILROY, Secretary of State of Indiana, hereby certify that Articles of Organization of the above limited liability company have been presented to me at my office accompanied by the fees prescribed by law and that I have found such Articles conform to the provisions of the Indiana Business Flexibility Act, as amended.

NOW, THEREFORE, I hereby issue to such limited liability company this Certificate of Organization, and further certify that its existence will begin September 07, 1999.



In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the City of Indianapolis, this Seventh day of September, 1999.

*Sue Anne Gilroy*
SUE ANNE GILROY, Secretary of State

TC
Deputy


EXHIBIT C

APPROVED AND FILED
IND. SECRETARY OF STATE

# ARTICLES OF ORGANIZATION OF RECREATION BY DESIGN, LLC

99 SEP -7 AM 9: 51
SUE ANNE GILROY
RECEIVED CORPORATIONS DIV

The undersigned, desiring to form a limited liability company (hereinafter referred to as the "Company") pursuant to the provisions of I.C. 23-18, the Indiana Business Flexibility Act, executes the following Articles of Organization:

## ARTICLE I -- NAME

The name of the Company following organization will be: RECREATION BY DESIGN, LLC

## ARTICLE II -- REGISTERED OFFICE AND AGENT

The street address of the Company's initial registered office in Indiana is: 17051 C.R. 20, Goshen, Indiana 46526.
The mailing address of the Company is P.O. Box 1575, Bristol, IN 46507.
The name of its initial registered agent at that office is: Randall K. Rush

## ARTICLE III -- PERIOD OF EXISTENCE

The period during which the Company shall continue is perpetual until dissolved in accordance with the Indiana Business Flexibility Act.

## ARTICLE IV -- MANAGER

The Company shall be operated by its Members.

IN WITNESS WHEREOF, the undersigned executes these articles of Organization for and on behalf of RECREATION BY DESIGN, LLC, and verifies, subject to penalties of perjury, that the statements contained herein are true this 30th day of August, 1999.

_____
Randall K. Rush

This instrument prepared by:
Rebecca F. Butler, Attorney at Law
221 W. Lexington Avenue, Elkhart, Indiana 46516