

**First General Services of the South, Inc.**
**General Contractors**
*Building & Restoration Contractors - Insurance Repair Specialists - Construction Specialists*
*Forensic Construction Specialists*

P. O. Box 80857, Lafayette, LA 70598-0857 - Phone: (337) 988-3556 - Fax: (337) 988-1264 - Email: firstgeneral@cox.net

**Inspection Report**

**of the**

**Earline Castanel FEMA Temporary Housing Unit**

**Recreation by Design**
**Lottie, Louisiana**
**January 25, 2010**

Re:   FEMA Trailer Formaldehyde Products Liability Litigation
      United States District Court
      Eastern District of Louisiana

Aldridge, et al. V. Gulf Stream            MDL No. 1873 Section N(5)
    Coach, Inc., et al.                    Judge Engelhardt
No. 07-9228

Case Number 09-3251

Ms Earline Castanel

**SECTION I**

**PREAMBLE**

In accordance with the request by the attorneys for the FEMA Trailer Formaldehyde Products Liability Litigation Plaintiff's Steering Committee, this organization made onsite inspections, observations, testing and evaluations of the FEMA Recreation by Design Temporary Housing Unit occupied by Ms Earline Castanel. Our study included the following areas:

EXHIBIT E

Page 1 of 109

CAST002322

77. Review of Air Resources Board's "Final Statement of Reasons for Rulemaking Including Summary of Comments and Agency Responses – Public Hearing to Consider Adoption of the Proposed Airborne Toxic Control Measure to Reduce Formaldehyde Emissions From Composite Wood Products" dated April 26, 2007:

78. Review of the following internet articles:

    a. http://www.rvbusiness.com/tag/tl-industries/

    b. http://www.chemicaldesigncorp.net/ClosedCellFoam.htm

    c. http://www.robertlordbuilders.com/press_releasr1.htm

    d. http://www.suburbanmanufacturing.com/ (RV Products)

79. A review of the pamphlet by Bayseal CC for Residential Builders, "Insulation that Adds Value;"

80. A review of Bayseal CC Division 7 – Thermal and Moisture Protection Closed-Cell Insulation Technical Data Sheet 06/10/08;

81. A review of product data for various open and closed cell SPF insulations

82. A review of a fax from Wyatt Rankin with SPI-Dallas dated May 19, 2009 regarding formaldehyde foams;

83. A review of the International Building Code, 2000;

84. A review of the International Residential Code, 2000;

85. A review of The Building Code of the City of New Orleans, 2003;

86. A review of the Ball State report;

87. A review of Composite Panel Association Products Documents Regarding Low and Non-Formaldehyde Emitting Materials;

88. A review of RADCO Test Report RAD-138, Interim Report on

CAST002350