UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *EARLINE CASTANEL, ET AL v.* | * | |
| *RECREATION BY* | * | |
| *DESIGN, LLC, SHAW* | * | |
| *ENVIRONMENTAL, INC.,* | * | |
| *and UNITED STATES OF AMERICA* | * | |
| *THROUGH THE FEDERAL* | * | |
| *EMERGENCY MANAGEMENT* | * | |
| *AGENCY,* NO. 09-3251 | * | |

**************************************************************************

**RECREATION BY DESIGN, LLC'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT, PATRICIA WILLIAMS, PH.D.**

NOW INTO COURT, through undersigned counsel, comes Defendant, Recreation by Design, LLC ("RBD"), who for the reasons more fully set forth in the supporting memorandum attached hereto, respectfully moves this Honorable Court to exclude the testimony of Patricia Williams, Ph.D.

Pursuant to the Court's request, counsel for RBD has contacted counsel for plaintiff, and

plaintiff opposes this motion.

>Respectfully submitted,
>
>   */s/ Lyon H. Garrison*
>LYON H. GARRISON, Bar No. 19591
>SCOTT P. YOUNT, Bar No. 22679
>RANDALL C. MULCAHY, Bar No. 26436
>DARRIN L. FORTE, Bar No. 26885
>KELLY M. MORTON, Bar No. 30645
>GARRISON, YOUNT, FORTE
>& MULCAHY, LLC
>909 Poydras Street, Suite 1800
>New Orleans, Louisiana 70112
>Telephone: (504) 527-0680
>Facsimile: (504) 527-0686
>Attorneys for defendant,
>Recreation By Design, LLC
>Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

>   */s/ Lyon H. Garrison*
>LYON H. GARRISON, Bar No. 19591