exposed male rats to formaldehyde gas by inhalation 6 hours/day, 5 days/week for 11 weeks 4 days at 0.7, 2, 6, or 15 ppm. On the fifth day of the twelfth week, the rats were exposed for 3 hours to 14C-formaldehyde at the same concentrations and were sacrificed immediately after cessation of exposure. DNA-protein cross-links were determined in the mucosal lining of the nasal lateral meatus (a formerly determined high-tumor sits) and the medial and posterior meatuses (a formerly determined low-tumor site). The high-tumor and low-tumor designations refer to the incidence of formaldehyde-induced tumors found at these sites during a chronic exposure bioassay. (Monticello, 1996) The quantity of cross-links produced in a single exposure to airborne formaldehyde (denoted as the acute DPX yield) has been used by the US Environmental Protection Agency (EPA) (1991) as a measure of internal dose for low-dose risk estimation.

Casanova et al. (1991) exposed rhesus monkeys to 0.7, 2, or 6 ppm 14C-formaldehyde gas by inhalation for 6 hours. The monkeys were sacrificed immediately after the end of the exposure, and mucosal samples were taken from the anterior lateral walls and septum, the nasopharynx, and the middle turbinates of the nose. Concentrations of cross-links (pmol/mg DNA) were highest in the mucosa of the middle turbinates; lower concentrations were produced in the anterior lateral wall/septum and nasopharynx. Very low concentrations were found in the larynx/trachea/carina and in the proximal portions of the major bronchi of some monkeys exposed to 6 ppm but not to 0.7 ppm. The pharmacokinetics of cross-link formation in the nose were interpreted using a model in which the rate of formation is proportional to the tissue concentration of formaldehyde. Using this model, the concentration of cross-links formed in corresponding tissues of different species can be predicted by scaling the pharmacokinetic parameter that depends on minute volume and quantity of nasal mucosal DNA. Concentrations of cross-links that may be produced in the nasal mucosa of adult men were predicted based on experimental data in rats and monkeys. The rate of formation of DNA-protein cross-links can be regarded as a surrogate for the delivered concentration of formaldehyde.

Costa (2008) studied thirty pathological anatomy laboratory workers. The workers were tested for a variety of biological endpoints, cytogenetic tests (micronuclei, MN; sister chromatid exchange, SCE) and comet assay. The level of exposure to formaldehyde was evaluated near the breathing zone of workers. **The range of exposure was 0,04-1.58 ppm (mean exposure was 0.36-0.52 ppm).** Genetic damage was studied by means of MN, SCE and comet assay (comet tail length, TL). In addition, the influence of polymorphic genes of xenobiotic metabolizing enzymes and DNA repair enzymes on the biomarkers was also analyzed. Micronuclei frequency was significantly higher (p=0.003) in the exposed subjects when compared with controls. SCE mean value was significantly higher (p<0.05) among the exposed group compared with control group. Comet assay data showed a significant increase (p<0.05) of TL in formaldehyde-exposed workers with respect to the control group. A positive correlation was found between formaldehyde exposure levels and MN frequency and TL. Regarding the effect of the genetic polymorphisms studied the study did not find any effect on the genotoxic endpoints.

EXHIBIT

tables

A 2 of 2

50

**CAST002051**

Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde were studied by Burgaz et al., 2001. The frequency of micronuclei (MN) in cells of the nasal mucosa was evaluated for 23 individuals in pathology and anatomy laboratories exposed to FA. The measured air concentrations of formaldehyde (FA) in the breathing zone of the laboratory workers were between 2 and 4 ppm. This study suggests that low exposure to formaldehyde is associated with cytogenetic changes in epithelial cells of the nasal region and that nasal mucosa cells exposed through respiration is an important target of FA-induced genotoxic effects.

The frequency of micronuclei (MN) and cytology of respiratory nasal mucosa cells were evaluated in 15 non-smokers exposed to formaldehyde in a plywood factory. Mean levels of exposure to formaldehyde ranged from about 0.1 mg/m3 in the sawmill and shearing-press departments to 0.39 mg/m3 in the warehouse area. Nasal respiratory cell samples were collected near the inner turbinate using a brush for endocervical cytology. A higher frequency of micronucleated cells was observed in the exposed group than in the controls. Cytological examination indicated chronic phlogosis in the nasal respiratory mucosa of plywood factory workers, with a high frequency of squamous metaplasia cells. (Ballarin et al., 1992)

Recio (1997) reports on oncogene and tumor suppressor gene alterations in nasal tumors. The development of nasal tumors in humans and rodents is likely mediated through the accumulation of genetic alterations in genes that regulate cell proliferation, cell death, and differentiation (oncogenes and tumor suppressor genes). Molecular genetic studies on nasal squamous cell carcinomas (SCC) in rats thus far have indicated the presence of oncogenes unrelated to the ras oncogene family and that p53 mutation occurs at a high frequency among the nasal SCC examined. The finding of p53 mutations in rat nasal SCC and the high prevalence of p53 mutations among human SCC, indicates that a common molecular alteration is shared between rodent and human SCC.

Shaham (2003) examines DNA protein crosslinks (DPC) and p53, which are generally known to be involved in carcinogenesis, in peripheral blood lymphocytes of workers exposed to formaldehyde. Results suggest that DNA protein cross-links and mutation in p53 may represent steps in formaldehyde carcinogenesis and a possible causal relation between DPC and mutation in p53. These biomarkers can be applied in the assessment of the development of cancer due to formaldehyde exposure.

Hester SD, et al., 2003, studied formaldehyde-induced gene expression in F344 rat nasal respiratory epithelium. Twenty-four of the 1,185 genes queried were significantly up-regulated and 22 genes were significantly downregulated. The identified genes with formaldehyde-induced change in expression belong to the functional gene categories xenobiotic metabolism, cell cycle, apoptosis, and DNA repair. These data suggest that multiple pathways are dysregulated by formaldehyde exposure, including those involved in DNA synthesis/repair and regulation of cell proliferation.

Leukemia arises through damage to early stem or progenitor cells in the bone marrow. Such damage to the bone marrow often manifests itself as hematotoxicity and/or genotoxicity, both of which occur following exposure to chemicals that cause leukemia. Formaldehyde is genotoxic and induces both DNA damage and chromosome changes, frequently expressed as DNA-protein crosslinks (DPCs), chromosomal aberrations (CA), sister chromatid exchanges (SCEs), and micronuclei (MN). A large number of studies have demonstrated that these alterations can be induced by formaldehyde in cell culture experiments and *in vivo* in humans and experimental animals at the sites of formaldehyde exposure. There have been a number of studies reporting that formaldehyde can induce damage in circulating lymphocytes. (Zhang, L, et al., 2009)

Formaldehyde is thought to produce its genotoxic effects primarily through the induction of DNA-protein crosslinks (DPCs). The covalent crosslinking of proteins to DNA, defined as DPCs, is induced by a variety of endogenous and exogenous agents including formaldehyde. The induced DPCs have the following general structure: histone-containing lysine-NH-CH$_2$-NH-DNA and are the major mechanism for formaldehyde's induction of DNA lesions. Because DPCs are longer-lived than most DNA adducts, and are only slowly or partially repaired, the DPC level could serve as a biomarker of internal formaldehyde dose. (Zhang, L, et al., 2009)

Formaldehyde induces DPCs in V79 Chinese hamster cells in a manner that correlates with increased cytotoxicity and clastogenicity. They are expected to act as bulky helix-distorting adducts, and are likely to physically block DNA replication and transcription, and to eventually interrupt the DNA metabolic machinery by anchoring the chromatin and preventing its remodeling. (Zhang, L, et al., 2009; Lee GR, 1999; Smith, 2004; Barker, 2005; Quievryn, 2000; Merk, 1998)

Leukemias and related disorders originate in pluripotent precursor cells located in the bone marrow that normally give rise to all blood cells. (Zhang, L, et al., 2009; Hoffman, 2009; Barker, 2005; Quievryn, 2000) Disruptions of the normal hierarchy of maturation result in hematological disorders characterized by either excesses or deficiencies of mature effector cells. The disorders of myeloid origin include acute myeloid leukemia (AML), myelodysplastic syndromes (MDS), and myeloproliferative disorders such as chronic myeloid leukemia (CML). (Zhang, L, et al., 2009; Hoffman, 2009)

For a hematopoietic stem or progenitor cell to become malignant, it must acquire genetic mutations and deve3lop genomic instability. There are a number of factors that predispose cells to this genomic instability. These include error prone DNA repair, imbalance in the nucleotide precursor pool, generation of reactive oxygen species, and exposure to genotoxic xenobiotic agents delivered to the bone marrow, which can cause AML and MDS. (J. Pedersen-Bjergaard, 2006,2008; Zhang, L, et al., 2009) In addition, depending on the extent of the damage incurred, well defined DNA repair pathways can repair a range of damage at cell cycle checkpoints, or induce apoptosis. However, mutagenic damage sustained by target cells with un-repaired damage that fail to undergo apoptosis may initiate leukemogenesis. (Zhang, L, et al., 2009; Jagani, 2008; Jude, 2008; Morgan, 2005)

52

Leukemia originates in the pleuripotent stem and progenitor cells that are mainly located in the bone marrow. A portion of the bone marrow stem and progenitor cells circulate in the peripheral blood where they constitute up to 0.05% of circulating nucleated cells. (Barnett, 1999; Bryder, 2006; Zhang, L, et al., 2009) These cells return to the bone marrow, and therefore, peripheral blood represents another possible target site of formaldehyde-induced leukemogenesis. It seems plausible that formaldehyde could produce damage to the target hematopoietic stem cells via the three possible mechanisms: (a) by damaging stem cells in the bone marrow directly, as most other leukemogens do; (b) by damaging hematopoietic stem/progenitor cells circulating in the peripheral blood; and (c) by damaging the primitive pluirpotent stem cells present within the nasal turbinates and/or olfactory mucosa. Damaged stem/progenitor cells would then travel to the bone marrow and become initiated leukemic stem cells. (Zhang, L, et al., 2009)

## 13.2  Quantitative levels of risks of respiratory tract cancer—data derived from animal studies

The critical health effects of formaldehyde exposure include sensory irritation and the potential to induce tumours in the upper respiratory tract. In the literature, a concentration as low as 0.24 ppm has been reported to be irritating to the respiratory tract in humans. Nasal tumour-inducing levels in experimental animals seem to be 1-2 orders of magnitude larger. With the Bench Mark Dose software, it was estimated that at a level of 1 ppm, only 9.5% of healthy volunteers experience "moderate" (i.e. annoying) eye irritation (95% upper confidence limit. **From the results of the long-term inhalation toxicity studies in experimental animals, a level of 1 ppm formaldehyde has been considered a NOAEL for nasal injury.**   (Arts et al., 2006)

IARC (2004) concluded that both genotoxicity and cytotoxicity have important roles in the carcinogenesis of formaldehyde in nasal tissues. Therefore, based primarily upon data derived from animal studies, inhalation of formaldehyde under conditions that induce cytotoxicity and sustained regenerative epithelial proliferation within the respiratory tract is considered to represent a carcinogenic hazard to humans. Airborne levels of formaldehyde below 1 ppm, therefore, seem low enough to protect workers against nasal tissue damage, and consequently, also against the potential risk of nasal cancer. **Risks of respiratory tract cancer are considered to be negligibly low below 1 ppm.** (Arts et al., 2006)

Kamata et al. (1997) reports on results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats. Male F-344 rats were exposed by inhalation to gaseous formaldehyde at 0.3, 2, and 15 ppm 6 hours/day, 5 days/week for 28 months. Nasal tumors were macroscopically evident in the 15 ppm group from the 14th month and 8 of 32 rats bore such tumors at the 24th month. Histopathological examination revealed both squamous cell papillomas and carcinomas. No nasal tumors were observed in the lower exposure groups (0.3 and 2 ppm groups). Epithelial cell hyperplasia, hyperkeratosis, and the squamous metaplasia were apparent in all exposure groups. Inflammatory cell infiltration, erosion or edema were evident in all groups, including the

control groups. **The benchmark doses for squamous metaplasia and epithelial hyperplasia were 0.25 and 0.24 ppm respectively.**

Monticello et al., 1989, studied the effects of formaldehyde gas on the respiratory tract of rhesus monkeys. Three rhesus monkeys were exposed to room air, or 6 ppm formaldehyde for 5 days per week for 1 or 6 weeks, and the respiratory tract was assessed for nature and extent of histologic responses and changes in epithelial cell proliferation rate. Lesions were characterized by mild degeneration and early squamous metaplasia confined to specific regions of the transitional and respiratory epithelia of the nasal passages and the respiratory epithelium of the trachea and major bronchi.

Formaldehyde-induced lesions were associated with increases in cell proliferation rates up to 18-fold over controls, which remained significantly elevated after 6 weeks of exposure. Histologic lesions and increases in cell proliferation were most extensive in the nasal passages and were minimal in the lower airways, whereas the maxillary sinuses exhibited no evidence of a response to formaldehyde exposure. Based on the extent of lesions and cell proliferation data, it appears that the monkey is more sensitive than the rat to the acute and subacute effects of formaldehyde at 6 ppm. (Monticello, 1989)

## Section 14.0 Studies of Upper Respiratory Cancer

### 14.1 Human studies

The National Cancer Institute Cohort (NCI) was one of the largest of the cohort studies which included over 25,000 workers (88% men) who had first been employed before 1966 in one of 10 industrial facilities in the USA. Blair et al (1986, 1990) at the NCI, USA conducted the first studies. Blair reports a causal role for formaldehyde is the most probable for cancers of the nasopharynx and, to a less extent, the nasal cavities. Evidence of exposure-response relationships, the fact that direct contact with formaldehyde may occur at these upper respiratory sites, and the consistency of these findings with experimental studies make this assumption highly probable. Reports Relative risks for nasopharyngeal cancer by level or duration of exposure to formaldehyde. At lower level/duration the RR = 4.0 and at higher level/duration a RR = 7.5 . Utilizing both Roush et al data (RR = 2.3) and Vaughan et al data (RR = 1.4) for higher level/duration, Blair calculated a total RR of 2.1 which is statistically significant (p≤ 0.05). (Blair et al., 1990)

Hauptmann (2003, 2004) updated studies of the National Cancer Institute cohort of over 25,000 workers employed in facilities that manufactured formaldehyde, formaldehyde resins, molding compounds, molding plastic products, photographic films, and plywood. He followed the cohort through to 1994 with a comprehensive evaluation of historical levels of exposure to formaldehyde and of other potentially confounding exposures. (IARC, 2004)

CAST002055

Based on eight cases, a significant excess mortality from nasopharyngeal cancer was observed among formaldehyde-exposed workers in comparison with the national population (SMR, 2.10; 95% CI, 1.05-4.21). A highly statistically significant (*p* trend < 0.001) exposure-response relationship was observed between peak exposure to formaldehyde and risk for nasopharyngeal cancer. (IARC, 2004)   (Hauptmann 2003, 2004)

Other studies document positive findings for increased risk of nasopharyngeal cancer. Overall, the Working Group concluded that the results of the study of industrial workers in the USA, supported by the largely positive findings from other studies provided sufficient epidemiological evidence that formaldehyde (FA) causes nasopharyngeal cancer in humans. (IARC, 2004)

Hansen J, and Olsen JH, 1995, provide evidence that occupational exposure to formaldehyde increases the risk for sino-nasal cancer. Cancer morbidity in Denmark during 1970-1984 was estimated from standardized proportionate incidence ratios (SPIR) among men whose longest employment had been held since 1964, at least 10 years before diagnosis, in 265 companies in which exposure to formaldehyde was identified.  For sino-nasal cancer, a relative risk of 3.0 (95% CI 1.4-5.7) was found among blue-collar workers with no probable exposure to wood dust.

Vaughan, Strader et al., 1986 (II), investigated the association between residential formaldehyde exposures and the risk of cancers of the pharynx, sinus and nasal cavity. A population-based case-control study was carried out in 13 counties of Washington. A strong association was found between a history of having lived in a mobile home and Nasopharyngeal cancer. The risk increased with the number of years lived in a mobile home: for those with 1 to 9 years the OR = 2.1 (95% CI  0.7-6.6) and for those with 10 or more years, the OR = 5.5 (95% CI 1.6-19.4).

Hayes (1986) published a case-control study of nasal and paranasal sinus tumors in males diagnosed between 1978 and 1981 in the Netherlands that was designed to identify environmental risk factors. Two independent assessments of the association between possible formaldehyde exposure and the risk for nasal cancer were carried out (Assessments A and B). By Assessment A the age-adjusted relative risk for nasal cancer associated with formaldehyde exposure was 2.5 (90% CI, 1.5-4.3).

Nasopharyngeal carcinoma (NPC) is a very rare tumor which occurs at a yearly rate of < 1 per 100,000 in most countries. However, in a few geographic regions and among certain ethnic groups, this tumor occurs at relatively high rates. The highest incidence of NPC is reported from South-east Asia. In Hong Kong, the incidence of NPC between 1978 and 1982 was 30/100,000 among males and 12.9/100,000 among females. In Rizal province, The Philippines, the age-standardized incidence of NPC during the period 1978-1982 was 4.7/100,000 among males and 2.6/100,000 among females, rates which are intermediate between those in China and in western countries.   West et al., 1993 studied non-viral risk factors for nasopharyngeal carcinoma in the Philippines in a case-control study of 104 predominantly non-Chinese (less than 10% ethnically Chinese) cases

CAST002056

of nasopharyngeal carcinoma and 205 hospital and community controls. Results of the analysis of the association between estimates of occupational exposure to formaldehyde and NPC were as follows: Subjects first exposed to formaldehyde before the age of 25 years were at a 2.7 fold excess risk of disease (95% CI = 1.1-6.6) and those first exposed 25 or more years preceding diagnosis or interview were at a 2..9 fold excess risk of developing NPC (95% CI = 1.1-7.6). Those exposed to formaldehyde less than 15 years had an adjusted Relative Risk of 2.7 (95% CI = 1.1-6.6).

A case-control study of cancer of the nose and paranasal sinuses was conducted in France to determine whether occupational exposure to formaldehyde was associated with an increased risk of sinonasal cancer. (Luce et al., 1992) Exposures to 14 other substances or groups of substances were also studied. Several exposure variables (lifetime average level, duration, cumulative level) were used to describe the risk related to exposure to formaldehyde and adenocarcinoma of the sinonasal cavities. Among males exposed to medium or high levels of wood dust, the risk of adenocarcinoma associated with formaldehyde was significantly elevated for the highest exposure categories for average level (OR = 5.3, 95% CI = 1.3-22.2), cumulative level (OR = 6.9, 95% CI = 1.7-28.2) and duration of exposure (OR = 6.9, 95% CI = 1.7 = 27.8). Although a residual confounding effect of wood dust could not be excluded, this study suggests that exposure to both formaldehyde and wood dust may increase the risk of nasal adenocarcinoma, by comparison with the risk due to wood dust alone.

Vaughn et al., 2000, report on a multicentered, population based case-control study that was carried out at five cancer registries in the United States participating in the National Cancer Institute's SEER program. Histological type of cancer was abstracted from clinical records of the registries. Potential exposure to formaldehyde and wood dust was assessed on a job by job basis by experienced industrial hygienists who were blinded as to case or control status. For formaldehyde, after adjusting for cigarette use, race, and other risk factors, a trend of increasing risk of squamous and unspecified epithelial carcinomas was found for increasing duration (p=0.014) and cumulative exposure (p=0.033). The odds ratio (OR) for people cumulatively exposed to >1.10 ppm-years was 3.0 (95% CI = 1.3-6.6) compared with those considered unexposed. By contrast, there was no association between potential exposure to formaldehyde and undifferentiated and non-keratinizing carcinomas. There was little evidence that exposure to wood dust increased risk of NPC, as modest crude associations essentially disappeared after control for potential exposure to formaldehyde.

Wood-dust exposure is a serious confounding factor, as it is associated with both sino-nasal cancer and formaldehyde exposure. A study of 839 cases of cancer of the nasal cavities, sinuses and rhinophayrnx and 2,465 cancer controls diagnosed in Denmark during the period 1970-1982 was conducted. Histories of exposure to formaldehyde, wood-dust and 10 other specific compounds or procedures were assessed by industrial hygienists unaware of the case-control status of the cancer patients under study. A statistically significant excess risk (p < 0.05) for carcinoma of the nasal cavity and sinuses among males with a history of exposure to formaldehyde was found. (RR 2.8; 95% CI= 1.8-4.3 ever exposed). For those exposed for greater than 10 years, the Relative

Risk was 3.1 (95% CI = 1.8-5.4). For those ever exposed to formaldehyde and also exposed to wood dust, the RR = 3.5 (95% CI = 2.2-5.6). For those with formaldehyde exposure for greater than 10 years and also exposed to wood dust, the Relative Risk was 4.1 (95% CI = 2.3-7.3). (Olsen, 1984)

## 14.2 Animal studies

Numerous studies of cancer were performed in experimental animals via inhalation, oral, and dermal exposure. Inhalation exposures were conducted in the mouse (Kerns et al. 1983, Gibson 1984) and rat (Kerns et al. 1983, Gibson 1984, Kerns et al. 1983, Morgan et al. 1986, Albert et al. 1982, Sellakumar et al. 1985, Feron et al. 1988, Woutersen et al. 1989, Holmstrom et al. 1989, Monticello et al. 1996, Kamata 1997). A variety of non-neoplastic lesions (such as squamous-cell hyperplasia, squamous-cell metaplasia, and dysplasia) were commonly found in the nasal cavities of mice and rats. Squamous cell carcinomas were consistently found in mouse and rat studies. (IARC, 2004)

## Section 15.0  International Agency for Research on Cancer Group 1 carcinogen classification (IARC, 2004)

The overall evaluation by the International Agency for Research on Cancer is that formaldehyde is carcinogenic to humans (Group 1). There is sufficient evidence in humans for the carcinogenicity of formaldehyde. There is sufficient evidence in experimental animals for the carcinogenicity of formaldehyde.

Examples of the excess risk for cancer in case-control studies of cancers of the nasal cavity, paranasal sinuses, and nasopharynx, and exposure to formaldehyde as published in IARC, 2004 are as follows:

Hauptmann, 2003, 2004     Nasopharynx   SMR 2.10 (95% CI, 1.05-4.21)    FA

Olsen, et al., 1984  Sinonasal cancer
                RR  2.8 (95% CI, 1.8-4.3) ever exposed
                RR  3.5 (95% CI, 2.2-5.6) ever exposed; also exposed to wood dust
                RR  3.1 (95% CI, 1.8-5.4) exposure for > 10 yrs
                RR 4.1 (95% CI, 2.3-7.3) exposure for > 10 yrs; also exposed to wood dust

Hayes, et al., 1986  Nasal cavity and accessory sinuses
                RR 2.5 (90% CI, 1.5-4.3)
                RR 3.0 (95% CI, 1.2-7.8) squamous-cell carcinoma only

Vaughn, et al., 1986  Nasal cavity and pharynx (mobile homes)
                RR 2.1 (95% CI, 0.7-6.6) 1-9 years
                RR 5.5 (95% CI, 1.6-19.4) ≥ 10 years

57

CAST002058

Luce, et al., 1993    Nasal cavity and parasinuses
RR  5.33 (95% CI, 1.28-22.20)
RR  6.86 (95% CI, 1.69-27.80)

West, et al., 1993    Nasopharynx
RR  2.7 (95% CI, 1.1-6.6) occupation < 15 years
RR 2.7 (95% CI, 1.1-6.6) age < 25 years at first exposure
RR 2.9 (95% CI, 1.1-7.6) first exposure ≥ 25 years before diagnosis

Vaughn, et al., 2000  Nasopharyngeal carcinoma
RR 3.0 (95% CI, 1.3-6.6) cumulative exposure > 1.10 ppm-years

A statistically significant exposure-response relationship was observed between peak exposure to formaldehyde and all lymphatic and haematopoietic neoplasms (*p* trend = 0.002) in the Poisson regression analysis.  This relationship was largely due to strong exposure-response relationship for leukemia (*p* trend = 0.004) and, to a lesser extent, for Hodgkin disease (*p* trend = 0.04).  The relationship was stronger for myeloid leukemia (p trend = 0.009) than for the other histological subtypes of leukemia.  The relative risk for the highest category of peak exposure (≥ 4.0 ppm) was 2.46 (29 deaths; 95% CI, 1.31-4.62), for all leukemia and 3.46 (14 deaths; 95% CI, 1.27-9.43) for myeloid leukemia.

Hauptmann, 2003, 2004 Leukemia    RR 2.46 (95% CI, 1.31-4.62)
Myeloid leukemia RR 3.46 (95% CI, 1.27-9.43)
Stellman, et al., 1998    Lymphohematopoietic  SMR 3.44 (1.11-10.68) FA + wood
Leukemia    SMR  5.79 (1.44-23.25) FA + wood
Ott, et al., 1989    Non-Hodgkins Lymphoma  OR 2.0 (95% CL)
Non-Lymphocytic leukemia    OR 2.6 (95% CL)
Lymphocytic Leukemia    OR 2.6 (95% CL)
Stroup, et al., 1986    Chronic Myeloid Leukemia  SMR  8.8 (95% CI, 1.8-25.5)
Hayes, et al., 1990    Lymphohaematopoietic  SMR 2.41 (95% CI, 1.35-3.97)
Other and unspecified leukemia  SMR  2.08 (95% CI, 1.21-3.34)
SMR  4.92(95% CI, 1.01-14.36)
Linos, et al., 1990    Acute Myeloid Leukemia  RR 6.7  significantly elevated
Follicular Non-Hodgkins Lymphoma  RR 6.7 significantly
elevated

Excess mortality from leukemia has been observed relatively consistently in six of seven studies of professional workers (i.e. embalmers, funeral parlor workers, pathologists, and anatomists).  The excess incidence of leukemia seen in several studies appeared to be predominantly of a myeloid type.  This is in addition to the statistically significant exposure-response relationship observed between peak exposures to formaldehyde and mortality from leukemia in the study of industrial workers in the USA. This relationship was found to be particularly strong for myeloid leukemia in the industrial workers of the USA as well as the study of anatomists, several studies of embalmers, and the study of garment workers.  The excess was also stronger among workers who had a long duration of exposure and long follow-up, and who had been

58

CAST002059

employed early in the study period when exposures to formaldehyde were believed to be highest. (IARC, 2004)

## Section 16.0   International Agency for Research on Cancer Group 1 carcinogen classification (IARC, October 2009)

In October, 2009, twenty-three scientists from six countries met at the International Agency for Research on Cancer (IARC) to reassess the carcinogenicity of several chemical and occupational exposure circumstances previously classified as "carcinogenic to humans" (Group 1) and to identify additional tumour sites and mechanisms of carcinogenesis. (Baan, et al., IARC Working Group, 2009)

The Working Group unanimously reaffirmed the classification of formaldehyde in Group 1, based on sufficient evidence in humans of nasopharyngeal cancer. A possible association with leukaemia was previously considered "strong but not sufficient", because of the lack of a plausible mechanism. The epidemiological evidence has become stronger: a recent study (Hauptman, 2009) found that embalming was significantly associated with an increased risk for myeloid leukaemia, with significant trends for cumulative years of embalming ($p_{trend}$=0.020) and for increasing peak formaldehyde exposure ($p_{trend}$=0.036). In addition, a recent study (Zhang, 2010) of a small group of exposed workers showed numerical chromosomal aberrations in myeloid progenitor cells (chromosome 7 monosomy, chromosome 8 trisomy) consistent with myeloid leukaemia, and haematological changes in peripheral blood that are indicative of effects on the bone marrow. The Working Group concluded that overall, there is sufficient evidence for leukaemia, particularly myeloid leukaemia. (Baan, et al., IARC Working Group, 2009)

The IARC Working Goup referred to Zhang, Tang, Rothman, et al, as 2009 in press. This article was actually published in January 2010 and was entitled: "Occupational Exposure to Formaldehyde, Hematotoxicity, and Leukemia-Specific Chromosome changes in Cultured Myeloid Progenitor Cells". The objective of the study was to determine if formaldehyde exposure disrupted hematopoietic function and produced leukemia-related chromosome changes in exposed humans. Forty-three exposed workers and 51 unexposed controls were studied in China. The median formaldehyde exposure in all 43 exposed workers was 1.28 (0.63-2.51) ppm as an 8-hour time-weighted average. (Zhang, 2010)

Total white blood cell (WBC) counts were significantly lower in workers exposed to formaldehyde compared with controls. Lower levels were also observed for all the major myeloid cell types, including granulocytes, platelets, and red blood cells (RBC), and the mean corpuscular volume of RBC was elevated. In addition, the lymphocyte count was significantly lower in workers exposed to formaldehyde compared with controls. (Zhang, 2010)

As formaldehyde exposure was associated with abnormalities in the myeloid, erythroid, and lymphoid lineages of exposed workers, the authors believed that it seemed

CAST002060

likely that formaldehyde produced an inhibitory effect on stem or progenitor cell differentiation in the bone marrow.  Because a fraction of hematopoietic stem and progenitor cells circulate in the bloodstream in dynamic equilibrium with the stem cell pools in the bone marrow, the authors (Zhang et al., 2010) were able to examine this possibility by measuring colony formation from circulating CFU-GM progenitor cells using peripheral blood from the study subjects.  A 20% decrease in colony formation from progenitor cells was observed in the formaldehyde-exposed workers.  This suggests a possible toxic and/or inhibitory effect of formaldehyde on the myeloid progenitor cells in the exposed.  (Zhang, 2010)

*In vitro* studies in exposed workers were performed to investigate the effect of formaldehyde on human blood progenitor cells in culture.  Hematopoietic myeloid progenitor cells were cultured in the presence and absence of erythropoietin so that CFU-GM, BFU-E, and CFU-GEMM colonies were formed.  The colony-forming number of all progenitor cell types was significantly decreased with increasing concentrations of formaldehyde.  These *in vitro* data are consistent with the decreased CFU-GM colony formation found in workers exposed to formaldehyde and suggest that formaldehyde inhibits the proliferation of myeloid progenitor cells.  (Zhang, 2010)

Detection of leukemia-specific chromosome aneuploidy in the progenitor cells of formaldehyde-exposed and unexposed workers was also performed.  In a subset of highly exposed subjects (n-10) and matched controls (n=12), the authors examined aneuploidy of chromosomes 7 and 8 in metaphase spreads prepared from the cultured CGU-GM colony cells.  The frequency of monosomy (loss) of chromosome 7 in formaldehyde-exposed workers was significantly elevated (P=0.0039) compared with their matched controls., whereas the frequency of trisomy 8 (gain) had a 4-fold significant increase (P= 0.040).  Formaldehyde exposure was, therefore, associated with an increase in leukemia-specific chromosomal aneuploidy in the hematopoietic progenitor cells of the exposed workers.  (Zhang, 2010)

Mortality from myeloid leukemia increased statistically significantly with increasing number of years of embalming (*P* for trend = .020) and with increasing peak formaldehyde exposure (*P* for trend = .036).  Increasing years of embalming practice, compared with having never embalmed, were associated with statistically significantly increasing risks for lymphohematopoietic malignancies of nonlymphoid origin (*P* for trend = .046; e.g, among those who embalmed for more than 20 years, OR = 3.5, 95% CI = 1.1 to 10.9, *P* = .034.)  (Hauptmann, 2009)

Embalming was most strongly and statistically significantly associated with risk for myeloid leukemia (OR = 11.2, 95% CI = 1.3-95.6, *P* = .027).  Statistically significant trends were observed with number of years of embalming (*P* = .020) and peak formaldehyde exposure (*P* = .036).  (Hauptmann, 2009)

When the 27 case subjects who embalmed 20 or more years were compared with the seven case subjects who embalmed for a shorter period, a statistically significant

association between embalming and risk for myeloid leukemia was observed (OR = 4.1, 95% CI = 1.6- 10.7, P = .004)   (Hauptmann, 2009)

When evaluating risks for myeloid leukemia subjects were considered who performed fewer than 500 lifetime embalmings (included five case subjects) as the reference group. With this larger referent, increased risk for myeloid leukemia was associated with high-level exposures of more than 34 years of employment in embalming (OR = 3.9, 95% CI = 1.2 to 12.5, P = .024), more than 3068 embalmings (OR = 3.0, 95% CI = 1.0 – 9.2, P = .057), and more than 9,253 ppm-hours of cumulative formaldehyde exposure (OR = 3.1, 95% CI = 1.0 – 9.6, P = .047).  All subjects in these high-level exposure groups had carried out more than 500 embalmings. (Hauptmann, 2009)

Characteristics of embalming practices and formaldehyde exposure among subjects who embalmed by case group.  In the category of the 8-hour time-weighted average, the formaldehyde intensity was 0.2 ppm (200 ppb) for the control subjects who embalmed and the myeloid leukemia group.  The average formaldehyde intensity while embalming was 1.7 in the control subjects and 1.7 in the myeloid leukemia group.  Control group performed fewer than 500 lifetime embalmings.  (Hauptmann, 2009)

Associations of embalming, compared with no embalming, and risk for all lymphohematopoietic malignancies include the following statistically significant Odds Ratios:  (Hauptmann, 2009)

- For Myeloid leukemia in embalmers compared to unexposed controls:
  11.2  95% CI (1.3-95.6)
- For myeloid leukemia, duration of working in jobs with embalming in years:
  >0 to 20     5.0    95% CI (0.5-51.6)
  >20 to 34   12.9   95% CI (1.4 to 117.1)
  >34          13.6   95% CI (1.6 to 119.7)
  A biological gradient is observed.
- For myeloid leukemia, number of embalmings compared to unexposed controls:
  >1422 to 3068    12.7  95% CI (1.4 to 116.7)
  >3068            12.7  95% CI (1.4 to 112.8)
- For myeloid leukemia, cumulative formaldehyde exposure in ppm-hours: (if 1950 working hours/year is assumed, then 1 ppm-y corresponds to 1950 ppm-h)
  >0 to 4058 ppm-h    10.2  95% CI (1.1 to 95.6)
  >9253 ppm-h         13.2  95% CI (1.5 to 115.4)
- For myeloid leukemia, average formaldehyde intensity while embalming, ppm:
  >0 to 1.4 ppm       11.1  95% CI (1.2 to 106.3)
  >1.4 to 1.9 ppm     14.8  95% CI (1.6 to 136.9)
  >1.9 ppm             9.5  95% CI (1.1 to 86.0)
- For myeloid leukemia, the Time-weighted average-8 hour formaldehyde intensity, ppm:
  **>0.10 to 0.18 ppm**        13.6   95% CI (1.5 to 125.8)
  (>100 ppb to 180 ppb)
  **>0.18 ppm**   (180 ppb)   12.0  95% CI (1.3 to 107.4)

61

- For myeloid leukemia, the peak formaldehyde exposure, ppm:
  >0 to 7.0 ppm        15.2   95% CI (1.6 to 141.6)
  >9.3 ppm             13.0   95% CI (1.4 to 116.9)
- For nonlymphoid origin, ICD8 codes 205 (myeloid leukemia), 206 (monocytic leukemia), 208 (Polycythemia vera), and 209 (myelofibrosis), duration of working in jobs with embalming in years:
  >34 years            3.7    95% CI (1.1 to 12.2)
- For nonlymphoid origin, ICD8 codes 205 (myeloid leukemia), 206 (monocytic leukemia), 208 (Polycythemia vera), and 209 (myelofibrosis), number of embalmings compared to unexposed controls:
  >3068                3.9    95% CI (1.2 to 12.8)
- For nonlymphoid origin, ICD8 codes 205 (myeloid leukemia), 206 (monocytic leukemia), 208 (Polycythemia vera), and 209 (myelofibrosis), cumulative formaldehyde exposure in ppm-hours: (if 1950 working hours/year is assumed, then 1 ppm-y corresponds to 1950 ppm-h)
  >9253 ppm-h          4.0    95% CI (1.2 to 13.2)

Respiratory exposure to formaldehyde is related to lymphocyte genotoxicity and damage to other peripheral blood cells, potentially including circulating pluripotent cells in the blood vessels of the highly vascularized tissue of the nasal and olfactory mucosa. Leukemia develops in pluripotent stem and progenitor cells in the bone marrow. (Hauptmann, 2009)

The associations with death from myeloid leukemia were unlikely to have been the result of confounding exposures. Embalming fluids and other embalming products contain numerous agents in addition to formaldehyde, including isopropanol, ethylene glycol, methanol, phenol, and glutaraldehyde; however, none of these have established leukemogenic properties. (Hauptmann, 2009)

In formaldehyde industry-based studies, duration of work in jobs with exposure may not be the best estimate of delivered dose because of the many different jobs and tasks and because of assumptions of constant exposure levels across different jobs over time. In industrial cohort studies, exposure is usually assessed for thousands of different job types, and every subject is assigned the same exposure for a given period and job. These studies often rely on aggregated information for plants and departments to estimate job-specific exposure levels and so measurement data, particularly historical data, are limited. In contrast the Hauptman (2009) studied only one exposed job type (embalming) and individual exposure levels were estimated by use of study subject-specific information from questionnaires combined with statistical models that were based on high-quality measurement data. Thus, the variability in exposure levels was likely to be lower than that in industry-based investigations because Hauptman (2009) studied only one type of job and therefore the number and type of sources and possible variations are more limited than those in other industries. Thus, duration may better approximate the delivered dose in the funeral industry than in most industry-wide studies. (Hauptmann, 2009)

CAST002063

### 16.1 Mechanistic evidence

In October, 2009, the IARC Working Group reaffirmed the importance of mechanistic data. In its discussion in Part F, referring to Dioxin (2,3,7,8-TCDD), IARC classified Dioxin in Group 1 based on strong mechanistic evidence, and notes that now in 2009, there is sufficient evidence in humans. "This highlights the ability of mechanistic information to provide robust evidence of carcinogenicity and suggests that preventive actions can be taken without waiting for cancers to be observed in exposed humans. In referring to Formaldehyde, which in 2004 was classified in Group 1, data has confirmed formaldehyde as carcinogenic to humans. (IARC, 2009)

**"There is sufficient evidence in humans of nasopharyngeal carcinomas, and the Group 1 classification is also supported by strong mechanistic evidence. In addition, the epidemiological evidence on leukaemia has become stronger, and new mechanistic studies support a conclusion of sufficient evidence in humans. This highlights the value of mechanistic studies, which in only 5 years have replaced previous assertions of biological implausibility with new evidence that formaldehyde can cause blood-cell abnormalities that are characteristic of leukaemia development."** (IARC, 2009)

Biological plausibility depends upon existing knowledge about the mechanisms by which the disease develops. When biological plausibility exists, it lends credence to an inference of causality. The saliency of this factor varies depending on the extent of scientific knowledge about the cellular and subcellular mechanisms through which the disease process works. (Reference Manual on Scientific Evidence, Federal Judiciary Center, 2000)

### Section 17.0 Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes—Centers for Disease Control and Prevention, July 2, 2008

On August 28 and 29, 2005, Hurricane Katrina (Category 4) made landfall between New Orleans, Louisiana and Mobile, Alabama. Shortly thereafter on September 24, 2008 Hurricane Rita (Category 3) made landfall along the Texas-Louisiana border. Severe damage resulted to the homes of many families necessitating the provision of temporary housing by the Federal Emergency Management Agency (FEMA) to residents along the Gulf Coast. (CDC Report, July 2, 2008)

From December 21, 2007 to January 23, 2008, the Centers for Disease Control and Prevention assessed levels of formaldehyde in indoor air of a random sample (519) of occupied FEMA-supplied trailers. To evaluate levels of formaldehyde, investigators conducted a 1-hour continuous indoor air sample and sample measurements of indoor temperature and relative humidity. Investigators conducted a walk-through survey to observe the exterior and interior of the trailer, and administered a short questionnaire to

63

adult residents about occupant demographics and trailer characteristics. (CDC Report, July 2, 2008)

The word **"trailers"** in the CDC report refers collectively to travel trailers, park models, and mobile homes. Mobile homes are manufactured homes wider than 8 feet or longer than 40 feet for an area greater than 320 square feet. They are built on permanent chassis, contain plumbing, heating, air-conditioning, and electrical systems. They are designed for use as permanent dwellings. Mobile homes are defined and regulated by the US Department of Housing and Urban Development (HUD). Park models are manufactured homes of 320-400 square feet administrative exempted from HUD formaldehyde standards. Park models may be regulated by transportation authorities and by manufacturer acceptance of a voluntary American National Standards Institute standard applying to their construction. Travel trailers are wheel-mounted trailers designed to provide temporary living quarters during periods of recreation, camping, or travel. Travel trailers generally have size limits, such as 8 feet wide and 40 feet long, for an area less than 320 square feet. Travel trailers generally are considered vehicles rather than structures and are regulated by state transportation authorities rather than by housing authorities. (CDC Report, July 2, 2008)

Formaldehyde in homes is a longstanding issue. Formaldehyde is frequently used in plywood, fiberboard, resins, glues, carpets, and several other construction components. Prior to 1982, urea foam formaldehyde insulation was used in many homes. In the past, pressed wood products often contained urea-formaldehyde resins. Today many pressed wood products are constructed with phenol-formaldehyde products, commonly known as exterior-grade products. (CDC Report, July 2, 2008)

Temperature, relative humidity (RH), ventilation, and age of house also contribute to differences in measured formaldehyde levels. In longitudinal studies, formaldehyde emission rates were nearly constant over the first 8 months after construction, and then began to decline, suggesting that formaldehyde off-gassing continues for extended periods but decreases with the age of the home. Studies also show that older homes have lower formaldehyde levels than do newer homes. (CDC Report, July 2, 2008)

The geometric mean of formaldehyde level for all trailers sampled was 77 ppb with a range of 3 to 590 ppb. The geometric mean formaldehyde level was 81 ppb for travel trailers, 44 ppb for park models, and 57 ppb for mobile homes. In all three trailer types, some trailers had formaldehyde levels greater than or equal to 100 ppb. Mobile homes and travel trailers each had levels greater than or equal to 300 ppb. The samples were taken during the winter months. Formaldehyde levels during the winter may not represent summer levels. (CDC Report, July 2, 2008)

Survey of occupant activities revealed the use of air conditioning in 71%, heat in 56%, and space heaters in 44% of the trailers. For 34% of trailers, residents reported someone had smoked in the trailer within 2 weeks before the sampling. Eighty-one percent of respondents cooked in their trailers. Pets were present in 25% of trailers, with dogs

CAST002065

(20%) most commonly reported. More than 80% of respondents spent greater than eight hours in their trailer each day. (CDC Report, July 2, 2008)

Occupant activities directly preceding the sampling period included the following:
- within 3 hours before testing, 44% of homes had windows, doors, and scuttles open, and smoking had occurred in 19%.
- in the week before testing, 61% used air fresheners, 24% used candles, and 3 % used glue, paint, or furniture finish.
(CDC Report, July 2, 2008)

Respondents reported roof leaks in 17% of trailers, pipe leaks in 15%, and mold in 21%. Propane gas was the most commonly used fuel for cooking (71% of trailers). Six percent of trailers had at least 1 square foot of mold. (CDC Report, July 2, 2008)

Levels measured in this study are likely to underestimate past levels when trailers were hotter and more humid, and future levels of formaldehyde during summer months. Many of these trailers were greater than two years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes. Thus residents were probably exposed to higher levels of formaldehyde when their trailers were newer. (CDC Report, July 2, 2008)

**Section 18.0   Completed Exposure Pathways**

Actual exposure is effected only if there is a completed exposure pathway. A completed exposure pathway consists of the following five elements: a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor population. (LaDou, 1997) Some of the exposure pathways that should be considered include the following:

Inhalation of contaminants in air
Inhalation of contaminants in dust and particles
Incidental ingestion of contaminants in air
Incidental ingestion of contaminants in dust and particles
Dermal absorption from contaminated air
Dermal absorption from contaminated dust and particles

**Section 19.0   Sensitive Populations**

**19.1 Children**

There is considerable variability in responses of humans to xenobiotics. The potential sensitivity of infants and children to chemicals was brought to the public's attention by a National Academy of Sciences report (NAS, 1993). The ensuing Executive Order 13045, in 1997, directed all federal agencies to make protection of children a high priority and to consider risks to children when making policies and setting standards. (Casarett & Doull's, 2001)

65

CAST002066

Animal studies reveal that immature animals are more sensitive to some but not all chemicals. The younger and more immature the subject, the more different is its response from that of an adult. Substantial anatomical, physiologic, and biochemical changes occur during infancy, childhood, and puberty. There may be developmental periods, or "windows of vulnerability" when the endocrine, reproductive, immune, audiovisual, nervous, and other organ systems are particularly sensitive to certain chemicals. Maturational changes may also substantially affect the kinetics and ensuing toxicity of toxic agents.   (Casarett & Doull's, 2001)

Despite a virtual "data vacuum", logical assumptions can be made about age-dependent changes in the kinetics and toxicity of xenobiotics. GI absorption of solvents would not be expected to vary with age, since most solvents are rapidly and completely absorbed by passive diffusion. Systemic absorption if inhaled VOCs may be greater in infants and children than in adults. Infants' and children's cardiac output and respiratory rates are relatively high, although their alveolar surface area is lower than that of adults. Reduced plasma protein binding capacity in neonates and infants may be of consequence for solvent metabolites. Extracellular water, expressed as percentage of body weight, is highest in newborns and gradually diminishes through childhood. Body fat content is high from about 6 months to 3 years of age, then steadily decreases until adolescence, when it increases again in females. Lipophilic solvents accumulate in adipose tissue, so more body fat would result in greater body burdens and slower clearance of the chemicals. (Casarett & Doull's, 2001)

Changes in xenobiotic metabolism during maturation may have the greatest impact on susceptibility to solvent toxicity and carcinogenicity. Poisonings of premature and term newborns exposed to xenobiotics are primarily attributable to initial deficits in metabolic conjugation capacity. Studies of human liver reveal that P450 isoforms are age-dependent and develop asynchronously, possibly by different mechanisms. Systemic clearance of many drugs is higher in children than in adults. It is generally believed that P450 activities are higher in infants and children than in adults. It should be recognized that increased metabolic activation with production of reactive intermediates does not necessarily mean increased toxicity in children. More rapid detoxification and elimination of these reactive intermediates may occur with some xenobiotics. Increased rates of metabolism, urinary excretion of metabolites, and exhalation by children should hasten elimination and reduce body burdens of some solvent xenobiotics. (Casarett & Doull's, 2001)

The net effect of immaturity on solvent disposition and toxicity is difficult to predict. An age-related change in one parameter may be offset or augmented by concurrent changes in other parameters. Susceptibility of immature subjects may be age-, organ-, chemical-, and species-dependent. (Casarett & Doull's, 2001)

There are large individual differences in responses to formaldehyde exposure in the normal population and between hyperreactive and sensitized people. (WHO, 1989) Children differ from adults anatomically and physiologically. The unique physiology and behavior of children can influence the extent of their exposures and their susceptibility to

66

hazardous chemicals. Depending on the chemical, children may be more or less susceptible than adults to health effects, and the effects may vary with developmental age. Vulnerability often depends on developmental stage, with critical periods of structural and functional development during both prenatal and postnatal life. (ATSDR, 1999)   Critical times for chemical exposure from environmental estrogens exist during puberty with its hormonal influences. (Parmigiani et al, 1998)  Damage may not be evident until a later stage of development. (ATSDR, 1999)

Xenobiotic metabolism may differ in a child from that of an adult. Absorption may be different in neonates because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight. Distribution of xenobiotics may be different because, for example, infants have proportionally more extracellular water in their bodies, and their brains and livers are proportionately larger. Infants also have an immature blood-brain barrier, blood-testis barrier, and liver. Many xenobiotic metabolizing enzymes have distinctive developmental patterns and levels may vary with the stage of growth. Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification. There may also be differences in excretion, particularly in the newborn who has a low glomerular filtration rate and has not developed efficient tubular secretion or resorption capacities. Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer lifetime in which to express damage from chemicals, particularly in regards to cancer. Infants breathe more air per kilogram of body weight than adults, however, their alveoli are less well developed with a disproportionately smaller surface area for absorption. (ATSDR, 1999)

The same type of effects that occur in adults are expected to occur in children. Damage in portal-of-entry tissues at exposure levels that exceed tissue detoxification mechanisms and symptoms of eye, nose, and throat irritation from airborne exposure to formaldehyde are expected to occur. Studies provide suggestive evidence that children may be more sensitive than adults to the irritant properties of airborne formaldehyde. (Krzyanowski et al., 1990; Wantke et al., 1996)

Children have different behavioral and lifestyle patterns that influence their susceptibility to hazardous exposures. Children drink more fluids, eat more food, and breathe more air per kilogram of body weight, and have a larger skin surface in proportion to their body volume. A child's diet often differs from that of adults. Children crawl on the floor and put things in their mouths. They may also ingest inappropriate things such as soil or paint chips. They may spend more time outdoors. Children are closer to the ground and may not have the judgment of adults to avoid hazards. Young children may spend a significant amount of time indoors (ATSDR, 1999)

Small children have mouthing habits that place products that may contain hazardous chemicals in their mouth, on their skin, or into their respiratory tract from sniffing. Small children may spend increased time on the flooring and carpeting. New carpeting or wood flooring materials with formaldehyde resins or coatings will release formaldehyde. Older

CAST002068

carpets have been found to be a sink for formaldehyde if there are other indoor sources. Infants may be exposed to formaldehyde while crawling on carpets or sitting or playing on indoor carpeting.  (ATSDR, 1999)

Children that live in mobile homes may be exposed to higher levels of formaldehyde compared to those that live in conventional homes because mobile homes have lower air exchange rates.  Children that live in households that have a cigarette, cigar, or pipe smoker will also be exposed to higher levels of formaldehyde due to its presence in side stream smoke. (ATSDR, 1999)

### 19.2ᐧ  The Elderly

A number of factors would appear to be involved in differential sensitivities of the elderly to xenobiotics.  With aging, body fat usually increases substantially at the expense of lean mass and body water.  Relatively polar solvents tend to reach higher blood levels during exposures.  Relatively lipid-soluble solvents accumulate in adipose tissue and are released slowly to sites of action, metabolism, and elimination.  Cardiac output diminishes 30 to 40 percent between the ages of 25 and 65, as do renal and hepatic blood flows.  Researchers concluded that reduced clearance of flow- and capacity-limited drugs in the elderly was due primarily to reductions in liver blood flow and liver size.  A relationship between aging and P450 activities and content in the human liver has not been found.  It has been determined that reduced urinary elimination of benzene metabolites in animal experimentation was due to decreased renal blood flow rather than altered formation of metabolites.  (Casarett & Doull's, 2001)

The elderly, like infants and children, may be more or less sensitive to the toxicity of solvents than young adults.  Data are lacking on age-dependent susceptibility of humans to solvents and other industrial chemicals.  Older people appear to be more sensitive to CNS-depressant effects of ethanol, due in part to lower gastric alcohol dehydrogenase activity.  Experiments have shown that aged rodents are more vulnerable to hepatocellular injury by some solvents.  Rinkans, et al., 1999, have suggested that the greater liver damage could be due to increased inflammatory damage, due to age-related dysregulation of cytokines.  Other major sources of variability and complexity in responses of geriatric populations to solvents include toxicodynamic changes, inadequate nutrition, the prevalence of disease states, and the concurrent use of multiple medications. (Casarett & Doull's, 2001)

Chen and Yu, 1996, performed animal studies that determined aging and dietary restriction reduce Aldehyde Dehydrogenase activities needed for the biotransformation and elimination of aldehydes.  Davydov and Fomina, 2006, demonstrated that changes in activities of aldehyde dehydrogenase and aldehyde reductase in the liver after immobilization stress depended on animal age.

Apoptosis in tissues is induced by different kind of signals including endogenous aldehydes.  In the cell, aldehydes can be metabolized by various isoforms of aldehyde dehydrogenase, aldehyde reductase, and glutathione-S-transferase.  There is evidence

68

CAST002069

suggesting that the catalytic properties of these enzymes change during ontogenesis, and that aging is accompanied by their reduced activities. These functional changes may contribute substantially to the alteration in the organism sensitivity to damaging action of stress factors during aging, to age-related modulation of the action of endogenous aldehydes as a signal for apoptosis, and finally to the origin of disease associated with aging. (Davydov, et al., 2004)

### Section 20.0   ATSDR MINIMUM RISK LEVELS (MRL)

| | | CDC FEMA trailer |
|---|---|---|
| **Inhalation MRLs** | | **Formaldehyde Concentration** |
| **Acute MRL** | = **40 ppb** (1-14 days) | **3 ppb — 590 ppb** |
| **Intermediate MRL** | = **30 ppb** (15 – 364 days) | **3 ppb — 590 ppb** |
| **Chronic MRL** | = **8 ppb** (365 days or longer) | **3 ppb — 590 ppb** |

### Section 21.0   Opinions

**An opinion of General Causation focuses on the question as to whether the toxic agent is capable of causing disease, cancer, or other health effects.  The following considerations are included in rendering an opinion of General Causation:**

In reviewing the scientific literature, considerations of the following are made to determine whether a cause—effect relationship exists between an agent and disease. *(Reference Manual on Scientific Evidence, Federal Judiciary Center)*

Strength of the Association of disease and exposure
- The higher the relative risk, the stronger the association and the lower the probability that the effect is due to chance.

Consistency- Is there consistency—repeated observation of an association in different populations?

Dose-response or biological gradients–Are there dose-response relationships or evidence of biological gradients (duration of employment; years since last employment, etc.)?  Are there exposure measures that are applicable to the exposures of the individual?

Temporal –Is there a temporal relationship of disease to exposure?

Biologic Plausibility –Is the association biologically plausible?

Coherence-an association does not conflict with the natural history and biology of the disease

Experimental evidence

**Based upon scientifically documented evidence in the literature, plaintiffs fact sheets, Government documents and reports, and established scientific methodology, the following considerations have been made:**

CAST002070

....The scientific literature on formaldehyde documents the causal considerations of sufficient strength of association in epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both animal and epidemiologic studies; Temporal relationships are documented for exposures of formaldehyde and its biological effects; The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by formaldehyde; Experimental evidence in animals and *in vitro* studies supplement and confirm human studies in causal determination. Therefore, the following General Causation opinion is rendered:

....A cause—effect relationship exists between formaldehyde and upper respiratory tract damage and cancer.

....A cause—effect relationship exists between formaldehyde and bronchoconstriction/asthma.

.....A cause—effect relationship exists between formaldehyde and eczema.

.....An association exists between formaldehyde and epistaxis.

.....An association exists between epistaxis and cancer of the sinuses, nasal cavity, and nasal vestibule and wall.

.....An association exists between mold exposure and nonallergic rhinitis.

....A cause—effect relationship exists between formaldehyde and leukemia.


## Section 22.0  References

Agner T, Flyvholm M, Menne T.  Formaldehyde Allergy:  A Follow-up Study.  Am J Contact Dermatitis 10(1):12-17, 1999.

Alavanja M, Rush G, et al., Proportionate Mortality Study of Workers in the Grain Industry.  JNCI. 78(2):247-252, 1987.

American Academy of Pediatrics.  Toxic Effects of Indoor Molds.  Pediatrics 101(4):712-714.

American College of Occupational and Environmental Medicine.  Adverse Human Health Effects Associated with Molds in the Indoor Environment.  October 27, 2002.

Andersson MA, et al., Bacteria, Molds, and Toxins in Water-Damaged Building Materials.  Applied and Environmental Microbiology, 63(2):387-393, 1997.

Arts JHE, Rennen MAJ, de Heer C.  Inhaled formaldehyde:  Evaluation of sensory irritation in relation to carcinogenicity.  Regulatory Toxicology and Pharmacology 44:144-160, 2006.

CAST002071

Arts JHE. Setting an indoor air exposure limit for formaldehyde: Factors of concern. Regulatory Toxicology and Pharmacology 52:189-194, 2008.

Ballarin C, Sarto F, Giacomelli L, et al. Micronucleated cells in nasal mucosa of formaldehyde-exposed workers. Mutat Res 280:1-7, 1992.

Barker S, Weinfeld M, et al., DNA-protein crosslinks: their induction, repair, and biological consequences. Mutat Res 589:111-135,2005.

Barnett D, Janossy G, et al., Guideline for the flow cytometric enumeration of CD34+ haematopoietic stem cells. Prepared by the CD34+ haematopoietic stem cell working party. General Haematology Task Force of the British Committee for Standards in Haematology. Clin Lab Haematol 21:301-308, 1999.

Batra J, Chatterjee R, Ghosh B. Inducible nitric oxide synthase (iNOS): role in asthma pathogenesis. 44(5):303-309, 2007.

Ballenger, JJ. Some effects of formaldehyde on the upper respiratory tract. Laryngoscope 94:1411-1413, 1984.

Barreto, Cunha, Neves, et al. Risk factors and immunological pathways for asthma and other allergic diseases in children: background and methodology of a longitudinal study in a large urban center in Northeastern Brazil (Salvador-SCAALA study). BMC Pulmonary Medicine. 6:15 2006. doi: 10.1186/1471-2466-6-15

Beane L, Blair A, et al., Mortality From Lymphohematopoietic Malignancies Among Workers in Formaldehyde Industries: The National Cancer Institute Cohort. JNCI 101(10):751-761, 2009.

Berke JH. Cytologic examination of the nasal mucosa in formaldehyde-exposed workers. J Occup Med 29(8):681-684, 1987.

Bermudez E, Chen Z, Gross E, et al. Characterization of Cell Lines Derived from Formaldehyde-induced Nasal Tumors in Rats. Molecular Carcinogenesis 9:193-199, 1994

Bissett SA, Drobatz KJ, et al. Prevalence, clinical features, and causes of epistaxis in dogs: 176 cases (1996-2001). JAVMA 231(12):1843-1850, 2007.

Blair A, Saracci R, et al. Epidemiologic evidence on the relationship between formaldehyde exposure and cancer. Scand J Work Environ Health. 16:381-393, 1990.

Bolt HM. Experimental toxicology of formaldehyde. J Cancer Res Clin Oncol. 113(4):305-309, 1987.

Boysen M, Zadig E, Digernes V, et al. Nasal mucosa in workers exposed to formaldehyde: a pilot study. Br J Ind Med 47:116-121, 1990.

Bredt DS. Endogenous nitric oxide synthesis: biological functions and pathophysiology. Free Radical Research 31(6):577-596, 1999

Brooks SM, et al., Occ Env Lung Disease, The Spectrum of Building-Related Airway Disorders. CHEST 128(3):1720-1727, 2005.

Brown SJ, Irvine AD. Atopic eczema and the filaggrin story. Semin Cutan Med Surg 27(2):128-137, 2008.

Brunekreef B. Damp housing and adult respiratory symptoms. Allergy 47:498-502m 1992,

Bruynzeel DP, et al. Formaldehyde contact sensitivity and the use of shampoos. Contact dermatitis 10:179-180, 1984.

Bryder D, Rossi DJ, et al., Hematopoietic stem cells: the paradigmatic tissue-specific stem cell. Am J Pathol 169:338-346, 2006.

CAST002072

Burgaz S, CakmakG, et al.  Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde.  Neoplasma, 48(2):144-147, 2001

Casanova M, Morgan, Steinhagen WH, et al.  Covalent Binding of Inhaled Formaldehyde to DNA in the Respiratory Tract of Rhesus Monkeys:  Pharmacokinetics, Rat-to-Monkey Interspecies Scaling, and Extrapolation to Man. Fundamental and Applied Toxicology. 17:409-428, 1991.

Casanova M, Morgan KT, et al.  DNA-Protein Cross-links and Cell Replication at Specific Sites in the Nose of F344 Rats Exposed Subchronically to Formaldehyde.  Fundamental and Applied Toxicology 23:525-536, 1994.

Casset A, Purohit A, Marchand C, Le Calve S, et al.  The bronchial response to inhaled formaldehyde.  Rev Mal Respir, 23(1 Suppl):3S25-34, Feb 2006.

Chaiyasate S, Roongrotwattanasiri K, et al.  Epistaxis in Chiang Mai University Hospital   J Med Assoc Thai 88(9):1282-1285, 2005.

Chan LS.  Atopic dermatitis in 2008.  Curr Dir Autoimmun, 10:76-118, 2008.

Chen JJ, Yu BP.  Detoxification of reactive aldehydes in mitchondria: effects of age and dietary restriction, Aging (Milano) 8(5):334-340, Oct 1996.

Clement P, Stoop A, Kaufman L.  The Influence of Formaldehyde on the Nasal Mucosa.  Rhinology 25:29-34, 1987.

Cogliano VJ, Grosse, Y, et al.  Meeting report:  summary of IARC monographs on formaldehyde, 2-butoxyethanol, and 1-tert-butoxy-2-propanol.  Environ Health Perspect 113:1205-1208, 2005.

Conolly RB, Lilly PD, Kimbell JS.  Simulation Modeling of the Tissue Disposition of Formaldehyde to Predict Nasal DNA-Protein Cross-Links in Fischer 344 Rats, Rhesus Monkeys, and Humans.  Environmental Health Perspectives. 108(supp 5):919-924, 2000.

Conolly RB, Kimbell JS, et al. Human respiratory tract cancer risks of inhaled formaldehyde: dose-response predictions derived from biologically-motivated computational modeling of a combined rodent and human dataset. Toxicol Sci. 82(1):279-296, 2004.

Costa S, Coelho P, et al.  Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde.  Toxicology. 252(1-3):40-48, 2008.

Cronin E.  Formaldehyde is a significant allergen in women with hand eczema.  Contact Dermatitis. 25:276-282, 1991.

Daele J, Poorten V, Rombaux P, Hamoir M.  Cancer of the nasal vestibule, nasal cavity and paranasal sinuses.  B-ENT, 1(Suppl 1):87-96, 2005.

Dales R, et al.  Quality of indoor residential air and health.  CMAJ 179(2):147-152, 2008

Dales R, et al., Indoor Air Quality and Health:  Reproducibility of Respiratory Symptoms and Reported Home Dampness and Molds using a Self-Administered Questionnaire. Indoor Air 4:2-7, 1994.

Dales RE, et al., Respiratory Health Effects of Home Dampness and Molds among Canadian Children. Am J Epid. 134(2):196-203, 1991.

Dales R, et al., Quality of indoor residential air and health. CMAJ 179(2):147-152, 2008.

CAST002073

Davydov VV, Fomina EV.  Age-related changes in activity of enzymes catalyzing oxidation-reduction of endogenous aldehydes in the liver of rats during immobilization stress.  Bull Exp Biol Med, 141(1):17-19, Jan 2006.

Davydov VV, Dobaeva NM, Bozhkiv AI.  Possible role of alteration of aldehyde's scavenger enzymes during aging, Exp Gerontol, 39(1):11-16, Jan 2004.

de Groot AC, et al.  Patch test reactivity to DMDM hydantoin:  Relationship to formaldehyde allergy.  Contact Dermatitis 18:197-201, 1988.

de la Maza, et al.  Color Atlas of Diagnostic Microbiology, Mosby, St. Louis, 1997.

Delfino RJ, Gong H, et al.  Asthma Symptoms in Hispanic Children and Daily Ambient Exposures to Toxic and Criteria Air Pollutants.  Environ Health Perspectives 111(4):647-656, 2003.

Delfino RJ.  Epidemiologic Evidence for Asthma and Exposure to Air Toxics: Linkages between Occupational, Indoor, and Community Air Pollution Research.  Env Health Persp 110(suppl 4):573-589, 2002.

Ebbens FA, et al., Fungus as the cause of chronic rhinosinusitis: the case remains unproven.  Curr Opin Otolaryngol Head Neck Surg. 17(1):43-49, 2009.

Ebbens FA, et al., The mold conundrum in chronic rhinosinusitis: where do we stand today? Curr Allergy Asthma Rep. 8(2):93-101, 2008.

Eberlein-Konig, et al.  Influence of air borne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects.  J Allergy Clin Immunol 101:141-143, 1998.

Edling C, Hellquist H, Odkvist L.  Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa.  Br J Ind Med 45:761-765, 1988.

Edling C, Odkvist L, Hellquist H.  Formaldehyde and the nasal mucosa, Br J Ind Med 42(8):570-571, Aug 1985.

Edling C, Hellquist H, Odkvist L.  Occupational formaldehyde exposure and the nasal mucosa.  Rhinology 25(3):181-187, 1987.

Erdei E, Bobvos J, et al.  Indoor Air Pollutants and Immune Biomarkers among Hungarian Asthmatic Children.  Archives of Environmental Health 58(6):337-347, 2003.

d'Errico A, Pasian S., et al.  A Case-control Study on Occupational Risk Factors for Sino-nasal Cancer  Occup Environ Med, Jan 19, 2009 [Epub ahead of print]

Etzel, RA. Mycotoxins. JAMA 287(4):425-427, 2002.

Fasunia AJ, Lasisi AO.  Sinonasal malignancies:  a 10-year review in a tertiary health institution.  J Natl Med Assoc.  99(12):1407-1410, 2007.

Fischer A, Folkerts G, Geppetti P, Groneberg DA.  Mediators of asthma:  nitric oxide. Pulm Pharmacol Ther. 15(2):7381, 2002.

Fischer T, et al.  Clinical Standardization of the TRUE Test™ Formaldehyde Patch. in Exogenous Dermatology, Current Problems in dermatology. 22:24-30, 1995.

Fisher F, Cook N.  Fundamentals of Diagnostic Mycology. WB Saunders Co. 1998.

Fleming C, Parry E, et al.  Patch testing in discoid eczema.  Contact Dermatitis 36(5):261-264, 1997

Flyvholm and Menne.  Allergic contact dermatitis from formaldehyde.  Contact Dermatitis. 27:27-36, 1992.

Franklin P, Dingle P, Stick S.  Raised Exhaled Nitric Oxide in Health Children is Associated with Domestic Formaldehyde Levels.  Am J Respir Crit Care Med  161:1757-1759, 2000

Garrett MH, Hooper MA, Hooper BM, et al. Increased risk of allergy in children due to formaldehyde exposure in homes. 54(4):330-337, Apr 1999.

Garrett MH. Erratum Allergy 54(12):1327, 1999

Giwercman C, Lerback A, et al. Classification of atopic hand eczema and the filaggrin mutations. Contact Dermatitis, 59(5):257-260, 2008.

Gravesen S, et al., Microfungal Contamination of Damp Buildings—Examples of Risk Constructions and Risk Materials. Env Health Perspectives 107(Supp 3): 505-508, 1999

Gu Y, Fujimiya Y, Kunugita N. Long-term exposure to gaseous formaldehyde promotes allergen-specific IgE-mediated immune responses in a murine model. Hum Exp Toxicol. 27(1):37-43, 2008.

Gutarowska B, et al., Exposure to moulds in flats and the prevalence of allergic diseases-preliminary study. Pol J Microbiol 54:13-20, 2005.

Hanckel R, Carter R. Epistaxis. Southern Medical Journal. 57:282-286, 1964.

Hansen J, Olsen JH. Formaldehyde and cancer morbidity among male employees in Denmark. Cancer Causes Control. 6(4):354-360, 1995.

Haraguchi H, Ebihara S, Saikawa M, et al. Malignant tumors of the nasal cavity: review of a 60-case series. Jpn J Clin Oncol 25(5):188-194, 1995.

Hata H, Takano H, et al. Late Complications of Gelatin-Resorcin-Formalin Glue in the Repair of Acute Type A Aortic Dissection. Ann Thorac Surg  83:1621-1627, 2007.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries. J Natl Cancer Inst, 95, 1615-1623, 2003.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from solid cancers among workers in formaldehyde industries. Am J epidemiol, 159:1117-1130, 2004.

Hauptmann M, Stewart PA, et al., Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. J Natl Cancer Inst 101(24):1696-1708, 2009.

Hayes RB Raatgever JW, de Bruyn A, et al. Cancer of the nasal cavity and paranasal sinuses, and formaldehyde exposure. Int J Cancer, 37:487-494, 1986.

Hayes RB, Gerin M, Raatgever JW, et al. Wood-related occupations, wood dust exposure, and sinonasal cancer. Am J Epidemiol 124:569-577, 1986.

Hayes RB, Blair A, Stewart PA, Herrick RF, et al. Mortality of US embalmers and funeral directors. Am J Ind Med 18:641-652, 1990.

Held, Johansen, Agner, et al. Contact allergy to cosmetics: testing with patients' own products. Contact Dermatitis. 40:310-315, 1999.

Henderson EM, Gaston B. SNOR and wheeze: the asthma enzyme? Trends Mol Med. 11(11):481-484, 2005.

Hendry KM, Cole E. A Review of Mycotoxins in Indoor Air. J Tox Env Health 38:183-198, 1993.

Hester SD, Benavides GB, et al. Formaldehyde-induced gene expression in F344 rat nasal respiratory epithelium. Toxicology 187(1):13-24, 2003.

Hodgson M, et al. An Outbreak of Recurrent Acute and Chronic Hypersensitivity Pneumonitis in Office Workers. Am J Epid. 125(4):631-638.

Hodgson M, et al. Pulmonary Disease Associated with Cafeteria Flooding. Arch Env Health. 40(2):96-101, 1985.

Hodgson M, et al. Building-Associated Pulmonary Disease From Exposure to Stachybotrys chartarum and Aspergillus versicolor. JOEM 40(3):241-249, 1998.

Hoffman Ronald, et al., Hematology: Basic Principles and Practice. Churchill Livingstone, Philadelphia, 2009

Holmstrom M, Wihelmsson B. Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde and wood dust. Scand J Work Environ Health 14:306-311, 1988.

Holmstrom M, Wilhelmsson B, Hellquist H. Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde alone and wood dust. Acta Otolaryngol (Stockh) 108:274-283, 1989.

Holmstrom M, Wilhelmsson B, Hellquist H, et al. Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust. Acta Otolaryngol (Stockh) 107:120-129, 1989.

Hovding G. Contact Eczema Due to Formaldehyde in Resin Finished Textiles. Acta Dermato-Venereologica 41:194-200, 1961.

Howard B, et al Clinical and Pathogenic Microbiology, 2nd ed. Mosby St. Louis, 1994.

Ionescu J, Marinescu D, Tapu V, Eskenasy A. Experimental chronic obstructive lung disease. I. Bronchopulmonary changes induced in rabbits by prolonged exposure to formaldehyde. Morphol Embryol (Bucur). 24(3):233-242, 1978.

International Classification of Diseases, Revision 8 (1965) http://www.wolfbane.com/icd/icd8.htm

Izutani H, Shibukawa T, et al. Devastating Late Complication for Repair of Type A Acute Aortic Dissection with Usage of Gelatin-Resorcinol-Formalin Glue. Interact CardioVasc Thorac Surg 6:240-242, 2007.

Jagani Z, Khosravi-Far R. Cancer stem cells and impaired apoptosis. Adv Exp Med Biol 615:331-344, 2008.

Jeffery PK. Differences and similarities between chronic obstructive pulmonary disease and asthma. Clin Exp Allergy. 29(Suppl 2):14-26, 1999.

Jude CD, Gaudet JJ, et al., Leukemia and hematopoietic stem cells: balancing proliferation and quiescence. Cell Cycle 7:586-591, 2008.

Kamata E, Nakadate M, et al. Results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats. J Toxicol Sci 22(3):239-254, 1997

Kaplan N, Palmer BF. Clinical Implications of Mycotoxins and Stachybotrys. Am J Medical Sciences 325(5):262-274, 2003.

Kazui T, Washiyama N, et al. Role of Biologic Glue Repair of Proximal Aortic Dissection in the Development of Early and Midterm Redissection of the Aortic Root. Ann Thorac Surg 72:509-514, 2001.

Kerfoot E, Mooney T. Formaldehyde and Paraformaldehyde Study in Funeral Homes. Am Ind Hyg Assoc J July 533-537, 1975.

Kerns WD, Pavkov KL, et al. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res. 43(9):4382-4392, 1983.

Kozak P, et al., Currently Available Methods for Home Mold Surveys. II. Examples of Problem Homes Surveyed. Annals of Allergy. 45:167-176, 1980.

Krzyzanowski M, Quackenboss JJ, Lebowitz M. Chronic Respiratory Effects of Indoor Formaldehyde Exposure, Env Res 52:117-125, 1990.

75

Kimbell JS. Nasal dosimetry of inhaled gases and particles: where do inhaled agents go in the nose? 34(3):270-273, 2006.

Kimbell, Gross, et al. Correlation of regional formaldehyde flux predictions with the distribution of formaldehyde-induced squamous metaplasia in F344 rat nasal passages. 380(1-2):143-154, 1997.

Kirsch M, Ginat M. Aortic Wall Alterations After Use of Gelatin-Resorcinol-Formalin Glue. Ann Thorac Surg 73:642-644, 2002.

Klaassen, Curtis D, et al., Editors. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 3rd Edition, New York: McMillan Publishing Company, 1986.

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 5th Edition, New York: McGraw-Hill Companies, Inc., 1996.

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 6th Edition, New York: McGraw-Hill Companies, Inc., 2001

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 7th Edition, New York: McGraw-Hill Companies, Inc., 2008

Kolstad H, et al., Do Indoor Molds in Nonindustrial Environments Threaten Workers' Health? A Review of the Epidemiologic Evidence. Epidemiol Rev 24:203-217, 2002.

Kuhn DM, and Ghannoum Ma. Indoor Mold, Toxigenic Fungi, and Stachybotrys chartarum: Infectious Disease Perspective. Clin Microbiology Reviews. 16(1):144-172, 2003.

Kwon J, and Park C. Sooty Mold of Persimmon (Diospyros kaki) Caused by Cladosporium cladosporioides. Plant Pathol. J. 19(5):266-268, 2003.

Lee GR, Wintrobe's Clinical Hematology. Lippincott, Williams and Wilkins, Philadelphia. pp. 56-71, 2209-2373, 1999.

Leino M, Makela M, et al., Intranasal exposure to a damp building mould, Stachybotrys chartarum, induces lung inflammation in mice by satratoxin-independent mechanisms. Clin Exp Allergy 33:1603-1610, 2003.

Leung DY. Role of IgE in atopic dermatitis. Curr Opin Immunol. 5(6):956-962, 1993.

Li C, Dampness and Respiratory Symptoms among Workers in Daycare Centers in a Subtropical Climate. Arch Env Health, 52(1):68-71, 1997.

Linos A, Blair A, Cantor KP, et al. Leukemia and non-Hodgkin's lymphoma among embalmers and funeral directors (Letter to the Editor) J Natl Cancer Inst, 82:66, 1990.

Linz DH, et al. Cluster Analysis Applied to Building-Related Illness. JOEM 40(2):165-171, 1998.

Luce D, Gerin M, et al. Sinonasal cancer and occupational exposure to formaldehyde and other substances. Int J Cancer 53:224-231, 1993.

Maibach H. Formaldehyde: Effects on Animal and Human Skin. in Human Studies: Effects of Formaldehyde on Skin. 1982.

Maronpot RR, Miller RA, et al. Toxicity of formaldehyde vapor in B6C3F1 mice exposed for 13 weeks. Toxicology 41(3):253-266, 1986.

Merk O, Speit G. Significance of formaldehyde-induced DNA-protein crosslinks for mutagenesis. Environ Mol Mutagen 32:260-268, 1998.

MSDS SPI :#02614-DA, 02614-AB Spi-Chem™ Formaldehyde, 37%, 2009.

CAST002077

Matsunaga, Miyake, et al. Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data From the Osaka Maternal and Child Health Study. Ann Epidemiol 18:78-84, 2008.

Maurice F, Rivory J-P, et al. Anaphylactic shock caused by formaldehyde in a patient undergoing long-term hemodialysis. J Allergy Clin Immunol. 77(4): 594-597, 1986.

McGregor D, Bolt H, et al. Formaldehyde and glutaraldehyde and nasal cytotoxicity: case study within the context of the 2006 IPCS Human Framework for the Analysis of a cancer mode of action for humans. Crit Rev Toxicol. 36(10):821-835, 2006.

Mi YH, Norback D, Tao J, et al. Current asthma and respiratory symptoms among pupils in Shanghai, China: influence of building ventilation, nitrogen dioxide, ozone, and formaldehyde in classrooms. Indoor Air 16:454-464, 2006.

Mirshahpanah and Maibach. Relationship of patch test positivity in a general versus an eczema population. Contact Dermatitis 56:125-130, 2007

Monticello TM, et al. Effects of formaldehyde gas on the respiratory tract of rhesus monkeys. Pathology and cell proliferation. Am J Pathol 134(3):515-527, 1989.

Monticello TM, Morgan KT. Cell proliferation and formaldehyde-induced respiratory carcinogenesis. Risk Anal 14(3):313-319, 1994.

Morey PR, Microbiological Contamination in Buildings: Precautions During Remediation Activities. IAQ 92 Environments for People, p. 171-177.

Morgan GJ, Alveres CI, et al., Benzene and the hemopoietic stem cell. Chem Biol Interact 153/154:217-222, 2005.

Nederost ST, Cooper KD. The Role of Patch Testing for Chemical and Protein Allergens in Atopic Dermatitis. Current Allergy and Asthma Reports. 1:323-328, 2001

Nielsen GD, Hougaard KS, et al. Acute airway effects of formaldehyde and ozone in BALB/c mice. Hum Exp Toxicol 18(6):400-409, 1999.

Norback D, Bjornsson E, Janson C, Widstrom J. et al. Asthmatic symptoms and volatile organic compounds, formaldehyde, and carbon dioxide in dwellings. Occup Environ Med 52:388-395, 1995.

Ogunleye AO, Ijaduola GT, Sandabe MB, Usual and unusual features of sinonasal cancer in Nigerian Africans: a prospective study of 27 patients.

Olsen JH. Occupational risks of sinonasal cancer in Denmark. British Journal of Industrial Medicine. 45:329-335, 1988.

Olsen JH, Asnaes S. Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities. Br J Ind Med 43(11):769-774, 1986

Olsen JH, Jensen SP, et al. Occupational Formaldehyde Exposure and Increased Nasal Cancer Risk in Man. Int J Cancer 34:639-644, 1984.

Olsen JH. Martin Dossing. Formaldehyde induced symptoms in day care centers. Am Ind Hyg Assoc J, 43:5,366-5,370, 1982.

Olsen, J.H., et al., "Cancer Risk and Occupational Exposure to Aflatoxins in Denmark." Br. J. Cancer. 1988, Vol. 58: 392—396.

Osguthorpe JD, Richardson M. Otolaryngologic Clinics of North America. 34(1):269-281, 2001.

Ott MF, Teta MJ, & Greenberg HL. Lymphatic and hematopoietic tissue cancer in a chemical manufacturing environment. Am J Ind Med, 16:631-643, 1989.

CAST002078

Parmigiani, Oalanza, Vom Saal. Ethotoxicology:  An Evolutionary Approach to the Study of Environmental Endocrine-Disrupting Chemicals, Toxicology and Industrial Health, 14(1/2):1-8, 1998.

Passegue E, Jamieson CH, et al., Normal and leukemic hematopoiesis:  are leukemias a stem cell disorder or a reacquisition of stem cell characteristics?  Proc Natl Acad Sci USA 100(Suppl. 1):11842-11849, 2003.

Pati S, Parida SN. Indoor Environmental Risk Factors for Asthma and Respiratory Ill Health in Preschool Children of Coastal Orissa, India.  Epidemiology. 16(5):S132-S133, 2005.

Patty's Toxicology, Fifth Edition, ed. Bingham, Cohrssen, Powell, John Wiley & sons, Inc, New York, 2001, Vol 5, pp979-989.

Pazdrak K, Gorski P, Krakowiak A, Urszula, R.  Changes in Nasal Lavage Fluid due to Formaldehyde Inhalation.  Int Arch Occup Environ Health 64:515-519, 1993.

Pedersen-Bjergaard, J, Christiansen DH, et al., Alternative genetic pathways and cooperating genetic abnormalities in the pathogenesis of therapy-related myelodysplasia and acute myeloid leukemia.  Leukemia 20: 1943-1949, 2006.

Pedersen-Bjergaard, J, Andersen MK, et al., Genetics of therapy-related myelodysplasia and acute myeloid leukemia. Leukemia 22:240-248, 2008.

Pedersen N.  Occupational hand eczema from formaldehyde in price labels.  Contact Dermatitis. 6:57-58, 1980.

Pinkerton LE, Hein MJ, Stayner LT. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup Environ Med. 61(3):193-200, March 2004

Quievryn G, Zhitkovich A.  Loss of DNA-protein crosslinks from formaldehyde-exposed cells occurs through spontaneous hydrolysis and an active repair process linked to proteosome function. Carcinogenesis 21:1573-1580, 2000.

Rask-Andersen A, Land CJ, Enlund K. Inhalation Fever and Respiratory Symptoms in the Trimming Department of Swedish Sawmills. Am J Ind Med 25:65-67, 1994.

Recio L.  Oncogene and tumor suppressor gene alterations in nasal tumors. Mutat Res. 380(1-2):27-31, 1997.

Riddle, H.F.V. "Prevalence of Respiratory Symptoms and Sensitization by   Mould Antigens Among a Group of Maltworkers." British Journal of Industrial Medicine. 1974, Vol. 31: 31—35.

Roitt I, Roth D, Brostoff J, Male D.  Immunology seventh edition, Elsevier Health Sciences, 2006,

Rostenberg A, Bairstow B, et al.  A Study of Eczematous Sensitivity to Formaldehyde.  The Journal of Investigative dermatology.  19(6):459-462, 1952.

Ruoppi PI, et al., Nasal symptoms among residents in moldy housing.  Scand J Work Environ Health, 29(6):461-467, 2j003.

Rumchev KB, Spickett JT, Bulsara MK, et al.  Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur Respir J 20(2):403-408, 2002.

Rusch G, Clary JJ, Rinehart WE, and Bolte HF.  A 26 Week Inhalation Toxicity Study with Formaldehyde in the Monkey, Rat, and Hamster.  Toxicol Appl Pharmacol 68(3):329-343, 1983.

Scheel CM, et al., Possible Sources of Sick Building Syndrome in a Tennessee Middle School.  Arch Env Health 56(5):413-417, 2001.

CAST002079

Scheynius L, Fischer T, et al. Absence of specific IgE antibodies in allergic contact sensitivity to formaldehyde. Allergy 48:525-529, 1993.

Sciandra D, Dispenza F, et al. Pleomorphic adenoma of the lateral nasal wall: case report. ACTA OTORHINOLARYNGOLOGICA ITALICA 28:150-153, 2008.

Shaham J, Bomstein Y, et al. DNA-protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde. Occup Environ Med 60(6):403-409, 2003

Shin SH, et al., Chronic rhinosinusitis: an enhanced immune response to ubiquitous airborne fungi. J Allergy Clin Immunol 114(6):1369-1375, 2004.

Shiono M. Surgery for acute aortic dissection using gelatin-resorcin-formalin glue: perspective from 10 years of follow-up at a single center. J Artif Organs 11:19-23, 2008.

Simoni M, et al., Mould/dampness exposure at home is associated with respiratory disorders in Italian children and adolescents: the SIDRIA-2 study. Occup Environ Med. 62(9):616-622, 2005.

Sittig M. Handbook of Toxic and Hazardous Chemicals and Carcinogens, Third Edition, Noyes Publications, New Jersey, 1991.

Smedje G, Norback D. Incidence of asthma diagnosis and self-reported allergy in relation to the school environment—a four year follow-up study in school children. Int J Tuberc Lung Dis 5(11):1059-1066, 2001.

Smedje G, Norback D, Edling C. Asthma among secondary schoolchildren in relation to the school environment. Clinical and Experimental Allergy. 27:1270-1278, 1997.

Smith MT, Skibola CF, et al., Causal models of leukaemia and lymphoma. IARC Sci Publ 157:373-392, 2004.

Stellman SD, Demers PA, Colin D, & Boffetta P. Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). Am J Ind Med 34:229-237, 1998.

Stroup NE, Blair A, & Erikson GE. Brain cancer and other causes of death in anatomists. J Natl Cancer Inst 77:1217-1224, 1986.

Swenberg JA, Kerns WD, et al. Induction of squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor. Cancer Res 40(9):3398-3402, 1980.

Takahashi S, Kazuhide T, et al. Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas. Journal of Dermatology 34:283-289, 2007.

Takigawa T, Usami M, et al. Reduction of Indoor Formaldehyde Concentrations and Subjective Symptoms in a Gross Anatomy Laboratory. Bull Environ Contam Toxicol 74:1027-1033, 2005.

Tavernier, G, Fletcher G, et al. IPEADAM study: Indoor endotoxin exposure, family status, and some housing characteristics in English children. J Allergy Clin Immunol. 117(3):656-662, 2006.

Thompson CM, Grafstrom RC. Mechanistic considerations for formaldehyde-induced bronchoconstriction involving S-nitrosoglutathione reductase. J Toxicol Environ Health A 71(3):244-248, 2008.

Thompson CM, Subramaniam RP, Grafstrom RC. Mechanistic and dose considerations for supporting adverse pulmonary physiology in response to formaldehyde. Toxicol Appl Pharmacol 233(3):355-359, 2008.

CAST002080

Til HP, Woutersen RA, Feron VJ, Hollanders VHM, Falke HE, Clary JJ. Two-year drinking-water study of formaldehyde in rats Fd. Chem. Toxic 27(2):77-87, 1989.

Til HP, Woutersen RA, Feron VJ, Clary JJ. Evaluation of the oral toxicity of acetaldehyde and formaldehyde in a 4-week drinking-water study in rats. Fd. Chem Toxic 26:447-452, 1988.

Towers JF, McAndrew P. Maxillary sinusitis mimicking malignant disease. 39(5):719-723, 1975.

Tuomi T, et al., Mycotoxins in Crude Building Materials from Water-Damaged Buildings. Applied and Environmental Microbiology 66(5):1899-1904, 2000.

Uba G, Pachorek D, Bernstein J, et al. Prospective Study of Respiratory Effects of Formaldehyde Among Healthy and Asthmatic Medical Students. Am J Ind Med 15:91-101, 1989.

U. S. Department of Health and Human Services, Public Health Service, **Agency for Toxic Substances and Disease Registry**, Toxicological Profile for Formaldehyde, July 1999.

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, NIOSH Pocket Guide to Chemical Hazards, June 1990.

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Respirator Use Policy, 1995. http://www.cdc.gov/niosh/respuse.html

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Formaldehyde IDLH Documentation. http://www.cdc.gov/niosh/idlh/50000.html

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Publication No. 77-126, December 1976.

U. S. Department of Health and Human Services, Public Health Service, National Toxicology Program, Report on Carcinogens: Background Document for Formaldehyde, September 3, 2009

United States Department of Labor, Occupational Safety & Health Administration, Section 6-VI. Health Effects Discussion and Determination of Final PEL, http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=PREAMBLES&p_id=770

United States Department of Labor, Occupational Safety & Health Administration, OSHA document 2206, November 7, 1978, 1910.132-141, 1910.441 Subpart Z

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde standard, 1910.1048 App C. 2008

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1048, 2008

United States Department of Labor, Occupational Safety & Health Administration, letter dated October 16, 2003, Richard E. Fairfax to Philip Crawford. http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_id=24730&p_table=INTER

United States Department of Labor, Occupational Safety & Health Administration, letter dated August 7, 1987, John A. Pendergrass to John F. Murray

CAST002081

http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=INTERPRETATIONS&p_id=19

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1200, 1996

United States Department of Labor, Occupational Safety & Health Administration, Final Rules Federal Register # 52:46168-312, Formaldehyde, 12/04/1987

United States Department of Labor, Occupational Safety & Health Administration, letter dated February 21, 1989, correspondence from Thomas J. Shepich to Roger Clark.. http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=INTERPRETATIONS&p_id=19

United States Department of Labor, Occupational Safety & Health Administration, Docket No. H-225D, Occupational Exposure to Formaldehyde, 1992.

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1200, July 1, 1990.

U.S. Environmental Protection Agency "Particulate Matter (PM10), 1997 Summary Report." January 26, 2005. http://www.epa.gov/air/airtrends/aqtrnd97/brochure/pm10.html.

U.S. Environmental Protection Agency. "Fine Particle (PM 2.5) Designations." January 26, 2005. http://www.epa.gov/pmdesignations/documents/120/factsheet.htm.

U.S. Environmental Protection Agency Particle Pollution and Your Health. Office of Air and Radiation, September 2003. EPA-452/F-03-001.

United States **Environmental Protection Agency (EPA)**, Formaldehyde Hazard Summary, January 2000 www.epa.gov .

United States **Environmental Protection Agency (EPA)**, National Primary Drinking Water Regulations, EPA 816-F-09-004, May 2009.

United States Food and Drug Administration. Floods Carry Potential for Toxic Mold Disease.JAMA 277(17):1342, 1997.

Vaughan TL, Strader C, Davis S, & Daling JR. Formaldehyde and cancers of the pharynx, sinus and nasal cavity: I. Occupational exposures. Int J Cancer 38:677-683, 1986.

Vaughn TL, Strader C, Davis S, U Daling JR. Formaldehyde and cancers of the pharynx, sinus and nasal cavity: II. Residential exposures. Int J Cancer, 38:685-688, 1986.

Vaughn TL, Stewart PA, Teschke, K, Lynch CF, et al. Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. Occup environ Med, 57:376-384, 2000.

Vimpel T, Felding J, Bonding P. The value of X-ray examination of the paranasal sinuses after epistaxis. The Journal of Laryngology and Otology. 99:253-259, 1985.

von Bubnoff, Koch, Bieber. Dendritic cells and atopic eczema/dermatitis syndrome. Curr Opin Allergy Clin Immunol. 3(5):353-358, 2003.

Walrath J and Fraumeni JF, Jr. Mortality patterns among embalmers. Int J Cancer 31:407-411, 1983.

Wantke F, Focke M, et al. Formaldehyde and phenol exposure during an anatomy dissection course: a possible source of IgE-mediated sensitization? Allergy 51:837-841, 1996.

CAST002082

Ward KA, Todd D, et al.  A comparison of expression of surface-bound immunoglobulin E on antigen-presenting cells in cutaneous tissue between patients with allergic, irritant and atopic dermatitis.  Contact Dermatitis 25:115-120, 1991.

West S, Hildesheim A, and Dosemeci M. Non-viral risk factors for nasopharyngeal carcinoma in the Phillippines:  Results from a case-control study. Int J Cancer, 55:722-727, 1993.

Weston WL.  Type IV reactions in the skin.  Ann Allergy 37(5):346-352, 1976.

Wilmer JWG, Woutersen RA, Appelman LM, et al.  Subacute (4-week) inhalation toxicity study of formaldehyde in male rats:  8-hour intermittent *versus* 8-hour continuous exposures. J Appl Toxicol 7:15-16. 1987.

Wilmer JW, Woutersen RA, et al. Subchronic (13-week) inhalation toxicity study of formaldehyde in male rats:  8-hour intermittent versus 8-hour continuous exposures. Toxicol Lett. 47(3):287-293, 1989.

Wantke F, Demmer CM, Tappler P, Gotz M, Jarisch R.  Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children, Clin Exp Allergy 26(3):276-280, Mar 1996.

Wantke F, Focke M, Hemmer W, et al.  Exposure to formaldehyde and phenol during an anatomy dissecting course:  sensitizing potency of formaldehyde in medical students. Allergy 55:84-87, 2000.

World Health Organization. Formaldehyde: Environmental health criteria 89, Geneva: World Health Organization, 1989.

World Health Organization, **International Agency for Research on Cancer**: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 88, June, 2004.

World Health Organization, **International Agency for Research on Cancer**: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 100F, October 2009 in press.

World Health Organization, **International Agency for Research on Cancer**: IARC. Special Report: Policy—A review of human carcinogens—Part F: Chemical agents and related occupations.  Lancet 10:1143-1144, 2009.

Woutersen RA, Appelman LM, et al.  Subchronic (12-week) inhalation toxicity study of formaldehyde in rats.  J Appl Toxicol 7(1):43-49, 1987.

Wuthrich B, Cozzio A, et al.  Atopic eczema:  genetics or environment?  Ann Agric Environ Med.  14(2):195-201, 2007.

Zwart A, Woutersen RA, et al. Cytotoxic and adaptive effects in rat nasal epithelium after 3-day and 13-week exposure to low concentrations of formaldehyde vapour. Toxicology  51(1):87-99, 1988.

Zhang L, Beane Freeman L, et al., Formaldehyde and Leukemia:  Epidemiology, Potential Mechanisms, and Implications for Risk Assessment.  Environmental and Molecular Mutagenesis DOI 10.1002/em, 2009.

Zhang L, Tang X, Rothman N, et al. Occupational exposure to formaldehyde, hematotoxicity and leukemia-specific chromosome changes in cultured myeloid progenitor cells.  Cancer Epidemiol Biomarkers Prev 19(1):80-88, 2010.

Zhang L, Steinmaus C, Eastmond DA, et al., Formaldehyde exposure and leukemia: A new meta-analysis and potnetial mechanisms.  Mutation Research 681:150-168, 2009.

CAST002083

Zhao Z, Zhang Z, et al. Asthmatic Symptoms among Pupils in Relation to Winter Indoor and Outdoor Air Pollution in Schools in Taiyuan, China.   Environmental Health Perspectives. 116(1):90-97, 2008.

## Methodology References

Epi Info 2000, Centers for Disease Control and Prevention and the World Health Organization, 2000 www.cdc.gov/epiinfo.

Evans, AS.  Causation and Disease: The Henle-Koch Postulates Revisited, The Yale Journal of Biology and Medicine, 49:175-195, 1976.

LaDou, Joseph.  Occupational & Environmental Medicine, 2nd edition, Appleton & Lange, Connecticut, 1997.

MacHahon and Pugh.  Epidemiology: Principles and Methods, Little, Brown and Company, Boston, 1970.

Reference Manual on Scientific Evidence 2nd edition:  Reference guides on toxicology, epidemiology, survey research, and medical testimony: external causation. www.fjc.gov/newweb/jnetweb.nsf.

Rothman and Greenland, Modern Epidemiology, 2nd Edition, Lippincott Williams & Wilkins, Phildelphia, 1998.

Sherman, J.  Chemical Exposure and Disease: Diagnostic and Investigative Techniques.  Van Nostrand Reinhold, New York. 1988.

Sir Bradford Hill.  Proc. Royal Soc. Med., 58(5): May, 1965.

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

*1-27-10*
**Date**

Patricia M. Williams, Ph.D.
**President, Environmental Toxicology Experts, LLC**

Sworn to and subscribed before me this _27th_ day of _January_ 2010.

*LWallace*

Notary Public
Commission expires at death.
**Bar Roll No.** _19359_

83
**CAST002084**