UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** * | **MDL NO. 1873** |
| **FORMALDEHYDE** * | |
| **PRODUCT LIABILITY** * | **SECTION "N-5"** |
| **LITIGATION** * | |
| * | **JUDGE ENGELHARDT** |
| * | |
| **THIS DOCUMENT RELATES TO** * | **MAG. JUDGE CHASEZ** |
| *EARLINE CASTANEL, ET AL* * | |
| *v. RECREATION BY DESIGN, LLC* * | |
| *ET AL*, *DOCKET NO. 09-3251* * | |

**************************************************************************

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE
OPINIONS AND TESTIMONY OF ERVIN RITTER, P.E.**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC, who respectfully brings this Motion *in Limine* to Exclude the Opinions and Testimony of Ervin Ritter, P.E. As is more fully outlined by defendant in the Memorandum in Support submitted herewith, Ritter's opinions and testimony are inadmissible under Federal Rule of Evidence 702 and *Daubert*, in that they are neither reliable nor relevant. Ritter's opinions and testimony are also inadmissible under Federal Rule of Evidence 403, because they are prejudicial to Recreation By Design, LLC and will only confuse the jury. Pursuant to the Court's request, undersigned counsel has contacted counsel for plaintiff, and plaintiff opposes this motion.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
909 Poydras Street, Ste. 1800
New Orleans, LA 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for defendant,*
*Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16th, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436