# Investigation
# of
# FEMA Travel Trailer
# NO. 1304330
# VIN. NO.  5CZ200R2461125294
# Located At
# FEMA LOCATION
# 5310 OLD STATE HIGHWAY
# LOTTIE, LOUISIANA 70756



**Prepared by**
**Ervin L. Ritter, P.E.**
**250 Ridgeway Drive, Ste. C-3**
**Lafayette, Louisiana 70503**

**3009 20th Street, Ste. D**
**Metairie, Louisiana 70002**

**January 27, 2010**

1

CAST002202

Table of Contents

Curriculum Vitae ……………………………………………………4

List of Depositions …………………………………………………...7

Executive Summary………………………………………….…… 8

Inspection of the FEMA Travel Trailer………………………….11

Deficiencies in Design …………………………………….………18

Data Logger … ...............................................................................23

Codes and Standards ……..…………………….……………25

Abbreviations ……..…………………………..………..............……26

CAST002203

This report has been prepared by Ervin L. Ritter, P. E. This report is based on inspections, observations, investigations, calculations, and research by Ervin L. Ritter, P. E.

Information and findings by other parties have been used in this report. This report reflects the writer's opinion based on the available information and physical examination of the evidence. This report may be modified and/or revised in total and/or part due to any discovered conditions, research or other related facts. All rights to modify and/or revise this report are reserved.

Ervin L. Ritter, P.E.    January 27, 2010

3

CAST002204

**CURRICULUM VITAE**

**ERVIN L. RITTER P. E.**

| | | |
|---|---|---|
| **CONTACT INFORMATION:** | Home: | 201 Bocage Circle |
| | | Lafayette, Louisiana 70503 |
| | | 337-989-9024 |
| | | |
| | Office: | Ritter Consulting Engineers Ltd. |
| | | 250 Ridgeway Drive, Suite C-3 |
| | | Lafayette, Louisiana 70503 |
| | | 337/984-8498 Office |
| | | 337/984-8576  Fax |
| | | 337/298-4281Cell |
| | | ervin@ritterconsultingengineers.com |
| | | www.ritterconsultingengineers.com |
| | | |
| | | Ritter Consulting Engineers Ltd. |
| | | 3009 20th Street, Suite D |
| | | Metairie, Louisiana 70002 |
| | | 504/324-9271 |
| | | 504/301-9635 |

| | | |
|---|---|---|
| **EDUCATION:** | College: | University of Louisiana-Lafayette (Formerly the University of Southwestern Louisiana) 1973.  Completed requirements for Bachelor of Science, Degree in Mechanical Engineering. |
| | High School: | New Iberia Senior High School 1969 |

**REGISTRATIONS:**

Professional Engineer/Environmental 1995
Professional Engineer/Control Systems 1994
Professional Engineer/Mechanical 1977
Registered to practice in the following states:
    Louisiana - Reg. No.: 16639
    Alabama – Reg. No.: 14475
    Arkansas - Reg. No.: 6013
    Florida – Reg. No.: 33885
    Georgia - Reg. No.: 13456
    Mississippi - Reg. No.: 8884
    Missouri - Reg. No.: E-29852
    North Carolina - Reg. No.: 9146
    Oklahoma - Reg. No.: 13944
    South Carolina - Reg. No.:  8558
    Texas - Reg. No.: 49343

4

CAST002205

Virginia - Reg. No.: 0402033163

**ACCREDITATIONS:**       LADEQ Accredited for:
Asbestos Inspector
Asbestos Management Planner
Asbestos Abatement Designer
Lead Inspector
Lead Risk Assessor

**PROFESSIONAL EXPERIENCE:**       **Ritter Consulting Engineers Ltd.**
May 22, 1992 to Present - Principal and owner of
consulting engineering firm providing mechanical
engineering for the design of HVAC, plumbing, fire
protection (sprinkler) systems and special mechanical
systems for buildings.  Other services include Indoor
Air Quality Studies/Surveys and Design, Asbestos
Inspections, Management Planning & Asbestos
Abatement Designs, and Lead Based Paint Testing and
Risk Assessments.

**Louisiana State University**
**Continuing Education Department**
**1996 to Present -** Staff Instructor for teaching Asbestos
Inspection and Assessment, Asbestos Management
Planner and Asbestos Project Abatement Design

**Ervin Ritter & Associates**
**February 1, 1981 - May 21,1992** - Principal and owner
of consulting engineering firm providing mechanical
engineering for the design of HVAC, Plumbing, Fire
Protection (Sprinkler) Systems, Swimming Pool Design
and other special mechanical systems for buildings.

**Richard, Gaudet, Poche & Associates**
**August 1973 - January 1981**
Employed with firm for 7 1/2 years as mechanical
engineer designing HVAC, plumbing, fire sprinkler and
special mechanical systems.  Junior partner in the firm
for 1 1/2 years.  The firm was dissolved December
1980.

5

CAST002206

**PROFESSIONAL
ORGANIZATIONS:**

ASHRAE - American Society of Heating,
Refrigeration and Air Conditioning Engineers
AIHA - American Industrial Hygiene Association
LES - Louisiana Engineering Society
NSPE - National Society of Professional Engineers
NFPA - National Fire Protection Association
AIA - American Institute of Architects
AEE - Association of Energy Engineers
IBCC - International Building Code Congress

**CONTINUING EDUCATION:**

Vector Graphics Inc. - AutoCAD 2002 Level I
New & Associates - Boiler Basics
FCSI- Commercial Kitchen Ventilation
ASHRAE-Fire Protection & Sprinkler Design for
  Engineers
ASHRAE-Fire & Smoke Dampers Application &
  Building Code Issues
ASHRAE- Engineering Ethics & Design Build
  Contracts
ASHRAE-New State of Louisiana Energy Fund
ASHRAE-Standard 90.1, Where It's Been-Where It's
  Going, and Three R's of Indoor Air Quality: Reason,
  Risk, & Regulation
Captive-Aire-Commercial Kitchen Ventilation  2003
Captive-Aire-Commercial Kitchen Ventilation 2004
PVI Industries-Domestic Water Heater System Design
NITON, LLC-NITON Spectrum Analyzer
Taco Pumps - System Design-Load   Match
AEE-Fundamentals of Indoor Air Quality
McQuay Air Conditioning-Centrifugal Chiller York
International Corp-Optimizing Chiller Plant Efficiency
Trane-Split-System Refrigerant Piping Broadcast
AIA/CES Learning Units (Health, Safety, Welfare)
LA Dept. of Natural Resources-State Energy Code
Owens Corning-Fundamentals of Condensation

**PERSONAL:**

Married, three children and one grandchild.
Private Pilot since 1983 with instrument rating.

6

**CAST002207**

**List of Depositions and Trial Testimony for Mr. Ervin L. Ritter, P.E.**

Connie Terrell Bollinger vs Michael's Cooling and Heating LLC
9th Judicial District Court, Parish of Rapides, State of Louisiana
May 4, 2006 - Deposition

The Higbee Company vs Greater Lakeside Corp., Causeway LLC of Delaware, Broadwall
Management Corp., and Jeffrey Feil
United States District Court for Eastern District of Louisiana
September 7, 2007 - Deposition

Kelly G. Aucoin vs Southern Quality Homes, LLC and Dynasty Homes
Judge John Connery, 16th Judicial District Court, Parish of Iberia, State of Louisiana
November 14, 2005 – Trial Testimony

Alexander V. Gulf Stream
FEMA Trailer MDL No. 1873 Formaldehyde Products Section "N"(4)
Judge Engelhardt, United States District Court for Eastern District of Louisiana
July 2, 2009 – Deposition

Alexander V. Gulf Stream
FEMA Trailer MDL No. 1873 Formaldehyde Products Section "N"(4)
Judge Engelhardt, United States District Court for Eastern District of Louisiana
September 17, 2009 – Trial Testimony

Dubuclet V. Fleetwood
FEMA Trailer MDL No. 1873 Formaldehyde Products Section "N"(4)
Judge Engelhardt, United States District Court for Eastern District of Louisiana
October 13, 2009 – Deposition

Wright V. Forest River
FEMA Trailer MDL No. 1873 Formaldehyde Products Section "N"(4)
Judge Engelhardt, United States District Court for Eastern District of Louisiana
December 9, 2009 – Deposition

7

CAST002208

**Executive Summary**

The focus of this report is on the HVAC system installed in this travel trailer.

This travel trailer was manufactured by Recreation by Design, LLC of Elkhart, Indiana, in December 2005 for FEMA. The trailer was permanently placed on the property of a friend for residential housing after Hurricane Katrina until such time that it would be removed by FEMA. This trailer is one of many trailers purchased by FEMA for emergency housing in the aftermath of Hurricane Katrina.

The only powered ventilation is from the kitchen range hood fan. This fan is to be used when the occupant is cooking and is not intended to be used for anything else but cooking exhaust. There is not a fan in the bathing area to remove moisture from the occupant showering or bathing. The moisture from bathing or showing will remain in the trailer until such time that it could migrate to the exterior or be removed by the air conditioning unit.

This trailer has a roof-mounted air conditioning unit feeding into ducts installed in the ceiling cavity. The heating is a separate system of baseboard style electric heaters installed on the wall near floor level. The heating system does not use ductwork.

The air conditioning system ductwork was tested to determine the rate of air leakage. The ducts were found to be leaking into the ceiling cavity. The major leaks were noted at the supply duct connection at the air conditioning unit. There is a gap between the duct and the air conditioning unit outlet which allows supply air to leak directly into the ceiling cavity.

The a/c ducts are constructed of ¼" thick aluminum foil faced foam duct board. The duct is assembled with tape joints on the exterior side of the duct which could not inspected. The R-value of this duct will be approximately R=1. This R-value is very low for duct board. This R-value will allow for the duct to warm from the hot roof. This will add additional heat load to the a/c unit which will reduce the ability for the unit to effectively cool the trailer.

The air leakage from the air conditioning supply duct connections into the ceiling cavity will mean that the interior will be in a negative pressure condition with respect to the ceiling and wall cavities. Outside air will infiltrate through the seams, joints and penetrations.

The air flow was calculated by measuring the velocity of the air flow through a known duct size. The calculation confirms the leakage into the ceiling cavity from the supply ducts. The air flow across the return air grille was measured and calculated which confirmed that there is leakage into the return air plenum. The leakage into the return air plenum side of the air conditioning unit was 9.1 percent of the total capacity of the air conditioning unit fan. The leakage from the supply ducts into the ceiling cavity was 51 percent of the total capacity of the air conditioning unit supply fan.

The duct system was also tested by Paul LaGrange, LaGrange Consulting, to determine the rate of leakage. Mr. LaGrange used a method using a Duct Blaster to pressurize the duct system and

8

CAST002209

measure the rate of leakage.  The results that Mr. LaGrange found confirmed the leakage of the supply ducts and into the return air plenum of the air conditioning unit.

When there is leakage in the air conditioning supply and return duct systems, there will be problems which will affect the ability of the air conditioning unit to adequately cool and dehumidify the space.  The leakage will also cause the interior of the trailer to be in a negative pressure condition with respect to the wall and ceiling cavities.  The air leakage into the ceiling cavity will cause that space and the wall cavity have a positive pressure with respect to the interior of the trailer when the air conditioning unit is in operation.

The actual operation of the air conditioning system will cause the conditions in the wall and ceiling cavities to be positive when the air conditioning unit is in operation and neutral when the air conditioning system is off. The system is typically in operation during the cooling season and controlled by the thermostat. During the cooling season the thermostat will automatically start and stop the air conditioning unit as necessary to maintain the set temperature inside the trailer. During the heating season, the system would be turned off when the base board heaters are used. In South Louisiana, it is not unusual for the air conditioning to be used almost year round, therefore it is expected that the air conditioning system would not be turned off for a long period of time even during the winter months.

When the air conditioning system is in operation during the cooling season and when required during the heating season, the duct leakage will cause condensation to occur in the wall cavities and ceiling cavities by lowering the dew point in these spaces. This negative pressure condition, high outside summer time humidity levels, and supply air duct leakage into the cavities will contribute to elevated moisture levels in the trailer cavities and elevated humidity levels in the trailer.  The air inside the trailer would feel warm and moist.

The outside humid air will allow water vapor to move through and into the cavities since there is no vapor barrier in the exterior side of the wall.  This will occur when the unit thermostat turns the unit off due to cooling to the set point on the thermostat which will allow the positive pressure condition in the cavity to become temporarily neutral or equal to the outside pressure. This will allow the migration of water vapor from the outside through the seams, joints and penetrations in the exterior metal panels on the trailer to the cavity which was being dried and cooled by the leaking supply air duct. When this occurs with the unit cycled off by the thermostat, condensation will occur on the surfaces which are below dew point or water vapor will be absorbed into the wood product without any visible evidence of the occurrence.  When the thermostat starts the air conditioning unit, the cooling and drying process in the cavities begins again.  This is a cycle which occurs day and night throughout the cooling season and on occasions when the air conditioning system is used during the heating season.

The fact that there is moisture in the wall and ceiling cavities which are in a positive pressure condition and the interior of the trailer is in a negative pressure condition, any contaminants in the building materials or in the wall and ceiling cavities will be drawn into the living space of the trailer.  The air conditioning unit manufacturer's literature and owner's manual makes an issue of condensed moisture.  It is obvious by reading the manufacturer's documents that they expect these conditions to occur when the trailer is occupied under these conditions.

9

CAST002210

During the inspection of the trailer, temperature and humidity levels were recorded using the data loggers to collect this information.  On the days of the inspection, the air conditioning system was operated in the fan mode only.  The base board heaters were used. However, only two of the three were operable.  The base board heater unit in the bedroom did not operate properly.

CAST002211

**INSPECTION OF THE FEMA TRAILER**

The inspection of the trailer was on Wednesday and Thursday, January 13th and 14th, 2010. During this inspection only approved persons, procedures and tests were allowed. This limited the fact gathering by this inspection to the mechanical system.

The trailer inspected is identified as a FEMA 1304330 Trailer as manufactured by Recreation By Design, L.L.C.  The trailer is located in a FEMA facility located at 5310 Old State Highway, Lottie, Louisiana, 70756.

The initial start of the inspection was to photo-document the exterior and interior of the trailer. The photo documentation was done while inspections by others were underway.

During the inspection of the trailer on Thursday, January 14, 2010, temperature and humidity information on the interior and the exterior was collected using three data loggers.  The data loggers were manufactured by Lascar Electronics.  The data loggers where placed at two locations on the interior and one location on the exterior. The data loggers where left in place while the inspection was done in the morning and then removed.

With limited access to the construction of the trailer and by studying the bill of materials, the trailer is constructed of 2" x 2" wood studs with unfaced fiberglass batt insulation, metal exterior with horizontal seams and pre-finished vinyl covered board on the interior. The roof is constructed of bow trusses with R-7 unfaced fiberglass batt insulation, metal roof and pre-finished vinyl covered board on the ceiling. The floor is wood joists with unfaced batt insulation on a metal trailer structure/frame with a floor deck and sheet vinyl type flooring and a vapor barrier type material closing the exterior side.

The air conditioning is provided by a Dometic Duo-Therm Quick Cool 15,000 BTUH unit mounted on the roof. The following information was taken from the air conditioning unit name plate:  Model No. 59516.531; Product No. 991731786; and Serial No. 54733885.  The air conditioning ducts are located in the cavity space (inside the bow trusses) between the ceiling and the roof. The size of the ductwork is 8 1/2" x 2" foil face 1/4" thick foam ductboard.  The foil facing is on the interior side of the duct.

The heat is provided by three electric baseboard type heaters located on the wall near the floor. This type of heater works well in this application.  No information was obtained on this unit.

The exterior condition of the air conditioning ducts could not be inspected due to their concealment in the ceiling cavity. The interior of the duct was inspected using a boroscope.  This inspection found locations of leakage due to poor air duct joint construction, improper connection of the air duct to the air conditioning unit, staples through the ducts and improperly capped supply ducts.

The leakage is into the cavity of the walls and the ceiling. This leakage is causing the trailer to be in a negative pressure condition with respect to the wall and ceiling cavities. This negative

11

CAST002212

pressure condition will cause air leakage from outside to inside even when the windows and doors are closed.

The following are photos from the inspection of the trailer:



**Figure 1: Trailer identification name plate on trailer frame.**

The nameplate is located on the trailer frame and also on the exterior wall of the trailer.



**Figure 2:  Batten at ceiling panel seam showing cracks in the caulking.**

In Figure 2, the cracks in the caulking at the batten covering the seam where the ceiling panels butt together.  This is a condition where air, air borne contaminants and water vapor from the ceiling cavity can migrate to the interior of the trailer.



**Figure 3:  The wall panels and batten strip at the bathtub area.  The batten is loose and the vinyl covering is damaged.**

In Figure 3, the wall panel shows the damage at the batten.  This is a location where moisture could enter the wall cavity from the shower/bathtub and/or moisture from the outside which migrated into the wall cavity.

12

CAST002213



**Figure 4:  This is an example of wall penetrations where air, airborne contaminants and water vapor can infiltrate into the interior space of the trailer.**

In Figure 4, the electrical outlets and other outlet connections on the wall provide a means for air, air borne contaminants and water vapor to enter the interior of the trailer from the wall cavity.



**Figure 5:  Floor penetration under sink with hole for water piping.  There is not any sealant around the piping to prevent air, air bourne contaminate and water vapor from infiltrating into the trailer.**

In Figure 5, a large hole was drilled in the floor for the water piping to enter the trailer. A plastic escutcheon was used to cover the hole but does not seal the hole around the pipe. The penetration will allow air, air borne contaminants and water vapor to infiltrate into the interior of the trailer from the space under the floor.



**Figure 6:  Air conditioning outlet and light fixture** in the ceiling.  The penetrations for these fixtures provide a means for air from the ceiling cavity to infiltrate into the interior of the trailer.

In Figure 6, the air conditioning grille outlet and light fixture will allow air, air borne contaminants and water vapor to enter the interior of the trailer.

13



**Figure 7:  Inside the supply air section of the air conditioning unit where the supply air duct connects to the bottom of the air conditioning unit.**

In Figure 7, the ductwork is shown at the connection point to the air conditioning unit. The duct is 1/4" thick foil faced. The duct is in between the top and bottom members of the bow truss.  The duct is not sealed to the unit. The gap shown on the side of the bolt is where air leaks into the cavity space in the ceiling.



**Figure 8:  Inside of the supply air section of the air conditioning unit where the other supply air duct connects to the bottom of the air conditioning unit.**

In Figure 8, the conditions shown in Figure 7 are very similar in this photo.  There is a space next to the bolt where air leaks into the cavity space of the ceiling.



**Figure 9:  The interior of the return air side of the bottom of the air conditioning unit.  The power wiring and controls section are in this area.**

In Figure 9, the return air section of the air conditioning unit is shown.  This section is does have some leakage from the cavity due to not being completely sealed to the structure.

14

CAST002215



**Figure 10:  The condition of the foil tape used to seal around the opening at the air conditioning supply grille.**

The condition shown in Figure 10 is typical at each supply air grille connecting to the supply air ducts



**Figure 11:  The end of the duct showing that a wood block is used to plug the end of the duct.**

The wood block used to plug the end of the duct is not an approved method to seal the end of ducts.



**Figure 12:  This photo show a joint in the duct which aligned and smooth.  It does appear to be properly taped.**

This Figure shows the poorly made joint in the supply duct.

15

CAST002216



**Figure 13:  In this photo, staples are shown penetrating the top of the duct.**

In this Figure, staples are shown penetrating the supply duct.  There are other locations in the where the staples are penetrating the supply duct.



**Figure 14:  This photo shows the gap at the connection of the supply duct to the air conditioning unit.**

The supply duct is not sealed to the air conditioning unit.  This condition allows air leakage into the ceiling cavity.



**Figure 15:  This photo shows the supply duct at the connection to the air conditioning unit.  The duct is not sealed allowing air leakage into the ceiling cavity**

The supply duct is not sealed to the unit properly.  This condition with the other conditions which are not properly sealed, is major cause of the air leakage into the ceiling cavity.

16

CAST002217



**Figure 16:  Another location in the duct where the sections are not joined and sealed air tight.**

Figure 16, shows another joint in the supply air duct which is not properly sealed or joined.



**Figure 17:  Wiring running in the return air section into the ceiling cavity.  The opening into the ceiling cavity is not sealed.**

Figure 17, shows the return air section is not properly sealed to the ceiling cavity which allows the air conditioning unit to draw air from the ceiling cavity.



**Figure 18:  Another photo showing gaps in the return air section of the air conditioning unit which are not sealed properly.**

In Figure 18, another area of the return air section which is not properly sealed at the ceiling cavity.

17

CAST002218

**Deficiencies in Design**

The construction of the trailer and air conditioning system have deficiencies which tends to maintain a higher than normal moisture content in the walls and the interior living space.  This coupled with the typical climatic conditions experienced during the late spring to fall seasons will increase the moisture in the walls and infiltration into the trailer. Moisture contained in the wall can condense in the wall and ceiling cavities. This will cause an elevated moisture content in the wood products. The condensation will occur as the sun load (daytime heating) decreases to the evening and night. As this cooling occurs, the interior wall temperatures drop to, and below, the dew point. When the temperature is below dew point, the moisture in the form of water vapor will condense inside the wall and ceiling cavities. This is a cycle which will continue for five to six months out of the year. The water vapor will move into the wall and through the wall materials unless stopped by a vapor barrier. The interior wall panels are covered with a vinyl wall covering. The vinyl wall covering acts as a vapor barrier.  This vapor barrier is located in the wrong place for conditions in hot humid areas of the country such as in the gulf coast regions. Water vapor and water from the condensed water cannot go through the interior wall. The moisture in the wall will condense, evaporate and condense again. This is the cycle which will occur every summer season.

With these conditions of moisture in the wall and ceiling cavities and the interior of the trailer being negative with respect to the wall and ceiling cavities, then moisture and air borne contaminants will migrate to the interior through any penetrations in the wall and ceiling panels. The penetrations are the ceiling mounted lights, wall switches, wall electrical outlets, plumbing piping penetrations and air conditioning grille penetrations.

This type of wall construction will allow these conditions anytime the indoor temperature is maintained at or below 75 degrees F. and the dew point is at or above 75 degrees F. The following roof and wall sections graphically show how the temperature changes through the wall composition. Since the exterior and interior materials are very thin, the transition through the insulation is close to a straight line (or linear) relationship.



Roofing/Ceiling Section

18

CAST002219



<u>Wall Section</u>

Considering that the air conditioning ductwork leaks cold conditioned air into the roof cavity, the amount of condensation which can occur would be even greater. As the air moves through the ceiling cavity to the wall cavity, there would be condensation in the walls and in the ceiling cavity.

The duct leakage, the air which is leaked into the ceiling and wall cavities, must return to the unit return air inlet.

This air leakage will cause the Living Area to be under a negative pressure with respect to the outside air.

During the inspection it was evident and obvious that the trailer manufacturer and/or the air conditioning installer did not take care to install the air conditioning unit and/or ducts to prevent duct leakage.

The ducts for the heating and the air conditioning systems do not meet the ASHRAE or SMACNA standards for duct construction and insulation.  There are no known standards that approve constructing air ducts using foil faced foam board approximately ¼" thick with an R value=1.

The air conditioning system a packaged roof-top air conditioning unit connected to a duct system installed in the roof truss system.  The duct system is foil faced ¼" thick board.  The ceiling outlets are plastic grilles.

The air conditioning system is manufactured by Dometic Corporation, 2320 Industrial Parkway, Elkhart, Indiana.  The unit is a Duo-Therm :  Model No. 59516.531; Product No. 991731786; and Serial No. 54733885.  The air conditioning unit is designed specifically for recreational vehicle industry.  This unit is a cooling only unit with a capacity of 15,000 nominal BTUH.  The

19

CAST002220

unit name plate does not indicate that the unit is ARI/AHRI certified and a check of the AHRI website does not indicate the unit is ARI/AHRI certified.  Therefore it is not possible to determine if the unit will perform to the 15,000 BTUH.

The fact that the package roof top unit is not AHRI certified does not mean that the unit will perform as stated by the manufacturer.  It means that there is not an independent organization that has verified and certified the capacity of the air conditioning unit.

In reviewing the Dometic installation manual provided in discovery documents there were several items where it appears that the manufacturer has or has had cause to issue statements of warnings and/or caution for the installation.  The following paragraphs will address those concerns as noted in the air conditioning unit manufactures installation literature.

> **⚠ WARNING**
>
> **This manual must be read and understood before installation, adjustment, service, or maintenance is performed. This unit must be installed by a qualified service technician. Modification of this product can be extremely hazardous and could result in personal injury or property damage.**

This is a typical statement that is expected from a manufacturer to an installer of the equipment. The manufacturer (Dometic) expects that the trailer manufacturer (Recreation by Design, LLC) will use competent individuals to install the equipment and to follow the published installation instructions.  The Dometic literature covers the specifics of the installation.

> **Important:** **These instructions must stay with unit. Owner read carefully.**

This note states the air conditioning unit manufacturer's instructions are to be kept with the trailer.  Also, the air conditioning unit manufacturer indicates that the Owner should read the installation instructions.

20

**C.** The ability of the air conditioner/heat pump to maintain the desired inside temperature depends on the heat gain of the RV. Some preventative measures taken by the occupants of the RV can reduce the heat gain and improve the performance of the air conditioner/heat pump. During extremely high outdoor temperatures, the heat gain of the vehicle may be reduced by:
1. Parking the RV in a shaded area.
2. Using window shades (blinds and/or curtains).
3. Keeping windows and doors shut or minimizing usage.
4. Avoiding the use of heat producing appliances.

Operation on High Fan/Cooling mode will give optimum or maximum efficiency in high humidity or high outside temperatures.

The Dometic installation manual gives clear instructions on how to use and operate the air conditioning system in trailer.  However, this statement may not necessarily apply for the way these trailers were being utilized.  In the non-recreational use, shaded areas may not be the norm. This statement by the air conditioning unit manufacturer gives the appearance the air conditioning unit capacity is marginal.

**D.  Condensation**
**Note:** The manufacturer of this air conditioner will not be responsible for damage caused by condensed moisture on ceilings or other surfaces. Air contains moisture and this moisture tends to condense on cold surfaces. When air enters the RV, condensed moisture may appear on the ceiling, windows, metal parts, etc. The air conditioner removes this moisture from the air during normal operation. Keeping doors and windows closed when this air conditioner is in operation will minimize condensed moisture on cold surfaces.

The above statement deals with condensation and the fact is that the manufacturer has had or expects to have issues with condensation and humidity in the trailer.

**CAUTION**

It is the responsibility of the installer of this air conditioner/heat pump system to ensure structural integrity of the RV roof. Never create a low spot on the roof where water will collect. Water standing around the air conditioner/heat pump may leak into the interior causing damage to the product and the RV.

21

CAST002222

The air conditioning unit manufacturer provides a caution to properly frame the roof to support the air conditioning unit to prevent a situation which would cause standing water on the roof and/or a roof leak at the air conditioning unit.

## 4. AIR DISTRIBUTION SYSTEM
## SIZING & DESIGN

The Installer of this air conditioner/heat pump system must design the air distribution system for their particular application. Several requirements for this system **MUST** be met for the air conditioner/heat pump to operate properly. These requirements are as follows:

A.   The duct material must meet or exceed any agency or RVIA Standard that may be in existence at the time the RV is produced.

B.   All discharge air ducts must be properly insulated to prevent condensation from forming on their surfaces or adjacent surfaces during operation of the air conditioner/heat pump. This insulation must be R-7 minimum.

C.   Ducts and their joints must be sealed to prevent condensation from forming on adjacent surfaces during operation of the air conditioner/heat pump.

D.   Return air openings must have 40 square inches minimum free area including the filter.

E.   Return air to the air conditioner/heat pump must be filtered to prevent dirt accumulation on air conditioner/heat pump cooling surface.

This is a very strong statement from the air conditioning unit manufacturer on proper design of the system and installation of the roof mounted air conditioning system.  The air conditioning unit manufacturer gives specific instructions on installing the air conditioning unit and associated ductwork.

> ### CAUTION
> It is the responsibility of the installer of this air conditioner/heat pump system to insure the duct work will not collapse or bend during and after the installation. Dometic, LLC will not be liable for roof structural or ceiling damage due to improperly insulated, sealed or collapsed duct work.

22

**DATA LOGGERS**

Data Loggers were used to collect dry bulb temperature, relative humidity and dew point temperatures during the inspection.  These data loggers were placed in various locations in the trailer.

| Data Logger Nos. | Location |
|---|---|
| RCE #2 | Bedroom |
| RCE #6 | Living room |
| RCE #5 | Outside |

These data loggers were placed to collect data on the inside and outside conditions on the day of the inspection.  The data loggers were taped to the interior and exterior walls.  The data loggers were in place for approximately three hours.

The interior space temperature was in the mid to upper 40 degree F range at the start of the inspection and in the low 70 degree F range at the end of the inspection.  The outside temperature was in the 50 to 55 degree F range during the inspection

Due to the time of the year, it is not possible to show any conditions which would be likely to have visible moisture.  The temperature on the days of the inspection ranged from the upper 30's to upper 40's. The interior was heated by the base board heaters.



.
**Figure 19:  Data logger graph for the conditions in the bedroom. The time period is from 8:30 am to 10:30.**

23

CAST002224



**Figure 20:  Data logger graph for the conditions in the living room. The time period is from 8:30 am to 10:30.**



**Figure 21:  Data logger graph for the conditions in the outside conditions. The time period is from 8:30 am to 10:30.**

24

CAST002225

## CODES AND STANDARDS

These travel trailers procured by FEMA for use as temporary housing after a disaster are constructed or should have been constructed according to the FEMA Model Travel Trailer Procurement Specifications.  These specifications state that the travel trailers are "for the purpose of providing temporary housing".

FEMA clearly intends to locate these units for the purpose of being used as a dwelling after a disaster.

Under the quality of construction section, FEMA states that the specifications establish the minimum standards for travel trailer construction and outfitting.  FEMA also states that the specifications do not constitute any expressed or implied deviation or waiver of any of the U.S. regulatory requirements from the governing agency.  The specifications further require that all units shall be designed and constructed with a superior grade quality of workmanship.

Since the intended use is for temporary housing, national standards and codes should be used as the minimum construction standards.  The standards which are commonly used in the residential housing industry are as follows:

| | |
|---|---|
| NFPA 90 B | Standard for the Installation of Warm Air Heating and Air-Conditioning System |
| ASHRAE 62.2-2004 | ASHRAE Standard – Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings |
| ASHRAE Applications Hand Book 2003 | |
| NFPA 1192: | Standard on Recreational Vehicles 2002 edition |
| IRC 2003: | International Residential Code |

The above listed standards and codes are referenced in this report.  Sections of the ASHRAE Applications Hand Book will be included, but not the entire publication.  The same is true for the International Residential Code.  This code is approximately 625 pages total.  Specific sections will be reference and included.  This is not intended to limit usage only to those sections since codes and standards are to be used in full text.

There are codes which apply to the construction of this travel trailer. NFPA 1192 is the primary code which can be applied to travel trailers. For this report the pertinent part of NFPA 1192 is Chapter 5. This Chapter contains the requirements for the air conditioning, cooling, and heating systems. Considering the amount of duct leakage, the duct installation for the air conditioning systems and heating systems do not comply.

25

CAST002226

ABBREVIATIONS:

| | |
|---|---|
| ASHRAE | American Society of Heating, Refrigerating and Air Conditioning Engineers |
| ARI | Air-Conditioning Refrigerating Institute |
| AHRI | Air-Conditioning Refrigerating Institute |
| FEMA | Federal Emergency Management Agency |
| IRC | International Residential Code |
| NFPA | National Fire Protection Association |

26

CAST002227