**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| Relates to Civil Action No.  09-3251 | * | JUDGE ENGELHARDT |
| *Earline Castanel, et al. vs. Recreation by Design, LLC, et al.* | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF EARLINE CASTANEL'S DESIGNATION OF EXPERT WITNESSES**

Plaintiff, Earline Castanel, pursuant to this Honorable Court's Trial Scheduling Order dated December 28, 2009 (Doc. No. 9602) and Fed.R.Civ.P. 26(a)(2)(B), hereby file this Designation of Expert Witnesses.

Plaintiff, Earline Castanel, hereby designates the following expert witnesses:

(1) **Branscome, Lee, Ph.D., C.C.M.**

Name: Dr. Lee Branscome, Ph.D., C.C.M.
Climatological Consulting Corporation

Address: 7338 155th Place North
Palm Beach Garden, Florida 33418
Phone: (561) 744-4889

Area of Testimony: Climatology of Air Temperature, Humidity and Weather Data for the relevant areas and time frames and related issues

C.V.: See: CAST001964
Compensation Rate: See: CAST001965
List of Testimonies: See: CAST001966 – CAST001974
Expert Report: See: CAST001957 – CAST001978
Three Deposition Dates: February 5, 9, 10, 2010 *

*Plaintiff proposes that the parties stipulate to the weather data in Dr. Branscome's report in lieu of a deposition in this regard.

(2) **Hewett, Paul, Ph.D., C.I.H.**

    Name:                      Dr. Paul Hewett, Ph.D., C.I.H.
                                 Exposure Assessment Solutions, Inc.

    Address:            1270 Kings Road
                                 Morgantown, West Virginia 26508
    Phone:              (304) 685-7050

    Area of Testimony:    Statistics; Statistical Analysis of Air Sampling Test Results; Formaldehyde Exposure Survey of Temporary Housing Units (THUs) and an analysis of the Recreation by Design and other Formaldehyde Datasets, Formaldehyde Exposure Limits; Formaldehyde Concentration Estimations; Formaldehyde Decay Coefficient; and Additional Analysis

    C.V.:                       See: PSC025265 – PSC025268
    Compensation Rate:   See: PSC025269
    List of Testimonies:   See: PSC025269
    Expert Report:        See: CAST002113 – CAST002175
    Three Deposition Dates:   February 11, 18, 25, 2010

(3) **Lagrange, Paul**

    Name:                      Paul Lagrange
                                 Lagrange Consulting, LLC

    Address:            256 Calumet Drive
                                 Madisonville, Louisiana 70447
    Phone:              (985) 845-2148

    Area of Testimony:    Blower Door Testing for Air Leakage of the Thermal Envelope, Duct Blaster Testing for Air Leakage of Supply and Return Duct Work, and calculations related to BTU gain (air infiltration), and R-value of the wall and ceiling assemblies; Ventilation; Inspection and testing of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit

    C.V.:                       See: PSC026031 – PSC026034
    Compensation Rate:   See: PSC026035
    List of Testimonies:   See: PSC026036
    Expert Report:        See: CAST002431 – CAST002685
    Three Deposition Dates:   February 17, 18, 19, 2010

(4) **Laughery, Kenneth, Ph.D.**

    Name:                    Dr. Kenneth R. Laughery, Emeritus Professor

    Address:             3050 Claire Court
                                 Janesville, WI 53548
    Phone:                  (608) 754-0849

    Area of Testimony:    Science of human factors engineering, ergonomics, human factors methodology, human reliability, and safety and how it applies in this case, warnings, need for warnings, failure to warn, and the adequacy of warnings, lack of warnings, the consequences of failing to adequately warn of formaldehyde and dangers thereof, and industry practice and/or knowledge with regard to formaldehyde warnings.

    CV:                         See: PSC025282 – PSC025310
    Compensation Rate:   See: CAST001980
    List of Testimonies:   See: PSC025311 – PSC025313
    Expert Report:         See: CAST001979 – CAST001984
    Three Deposition Dates:   February 5, 15, 16, 2010 in Chicago, IL

(5) **Mallet, Alexis, Jr.**

    Name:                    Alexis Mallet, Jr.
                                   First General Services of the South, Inc.

    Address:             103 Bradbury Crossing,
                                 The Village of River Ranch
                                 Lafayette, Louisiana 70508
    Phone:                (337) 988- 3556

    Area of Testimony:   Inspection and testing of the Recreation by Design unit; Design Defects; Construction Issues and jacking issues and frame issues with regard to the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit; Inspection of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit; Failure to Warn of HVAC installation issues and all related issues discussed in his report

    C.V.:                        See: PSC025314 – PSC025321
    Compensation Rate:   See: PSC025322 – PSC025324
    List of Testimonies:   See: PSC025325 – PSC025326
    Expert Report:         See: CAST002322 – CAST002430
    Three Deposition Dates:   February 26, 2010 and March 1, 2, 2010

(6) **McGwin, Gerald, Jr., M.S., Ph.D.**

    Name:                  Dr. Gerald McGwin, Jr., M.S., Ph.D.
                              Center for Injury Sciences

    Address:              1922 7th Avenue South, Suite 120
                              Birmingham, AL 35294
    Phone:                (205) 975-3036

    Area of Testimony:    General Causation; Epidemiologic Evidence regarding Health Effects Associated with Exposure to Formaldehyde; Epidemiology and Effect of Exposure to Formaldehyde on the Elderly

    C.V.:                      See: PSC026176 – PSC026208
    Compensation Rate:    See: PSC026209
    List of Testimonies:     See: PSC026210
    Expert Report:         See: CAST002228 – CAST002238
    Three Deposition Dates:    February 17, 18, 23, 24, 25, 2010

(7) **Miller, Lawrence G., M.D., M.P.H.**

    Name:                  Dr. Larry Miller, M.D., M.P.H.
                                Mediphase Venture Partners

    Address:             3 Newton Executive Park
                              2223 Washington Street, Suite 104
                              Newton, MA 02462
    Phone:                (617) 332-3408

    Area of Testimony:    Physician Board Certified in Internal Medicine, Pulmonary Disease and Clinical Pharmacology with an M.P.H. degree in Environmental Health to discuss actual and potential health effects for Earline Castanel's exposure to Formaldehyde and her residence in this unit

    C.V.:                      See: PSC025327 – PSC025342
    Compensation Rate:    See: PSC025343 – PSC025344
    List of Testimonies:     See: PSC025345
    Expert Report:         See: CAST002312 – CAST002321
    Three Deposition Dates:    February 16, 24, 25, 2010 in Boston, MA

(8) **Moore, Charles David, P.E., P.L.S.**

    Name:               Charles David Moore, P.E., P.L.S.
                            Freyou, Moore & Associates, Inc.

    Address:           1833 East Main Street
                            New Iberia, Louisiana 70560
    Phone:             (337) 365-9535

    Area of Testimony:  Civil Engineering; Inspection and Testing of the Recreation by Design unit; Trailer Frame and Installation Issues; Structural Issues with Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit; Inspection of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit

    C.V.:                        See: PSC025346 – PSC025348
    Compensation Rate:     See: PSC025349
    List of Testimonies:      See: PSC025346 – PSC025348
    Expert Report:           See: CAST002176 – CAST002201
    Three Deposition Dates:  February 18, 24, 25, 2010

(9) **Ritter, Ervin, P.E.**

    Name:               Ervin Ritter, P.E.
                            Ritter Consulting Engineers Ltd.

    Address:           250 Ridgeway Drive, Suite C-3
                            Lafayette, Louisiana 70503
    Phone:             (337) 984-8498

    Area of Testimony:  HVAC/heating system mechanical engineering; Ventilation, air infiltration, Inspection and testing of the Recreation by Design unit; indoor air quality and related Trailer Construction and Design and Installation Issues; Inspection of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit

    C.V.:                        See: PSC025350 – PSC025352
    Compensation Rate:     See: PSC025353
    List of Testimonies:      See: PSC025354
    Expert Report:           See: CAST002202 – CAST002227
    Three Deposition Dates:  February 12-25, 2010

(10) **Scott, William D., P.E., C.H.M.M.**

|  |  |
|---|---|
| Name: | William D. Scott, P.E., C.H.M.M. |
|  | WD Scott Group, Inc. |
| Address: | 1117 Wright Avenue |
|  | Terrytown, Louisiana 70056 |
| Phone: | (504) 393-7338 |
| Area of Testimony: | Air Sampling Testing Protocol; Air Sampling and Test Results; Characteristics of Formaldehyde Concentrations over time; Temperature and Humidity Effects on Formaldehyde; Formaldehyde Levels and Formaldehyde Exposure Standards; Inspection and testing of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit and Sources of Formaldehyde |
| C.V.: | See: PSC025355 – PSC025359 |
| Compensation Rate: | See: PSC025360 – PSC025361 |
| List of Testimonies: | See: PSC025362 – PSC025368 |
| Expert Report: | See: CAST001985 – CAST002001 |
|  | Attachments: CAST00224 – CAST002311 |
| Three Deposition Dates: | Federal Jury Duty; Will Provide Dates as soon as Possible |

(11) **Shwery, Edward H., Ph.D.**

|  |  |
|---|---|
| Name: | Dr. Edward H. Shwery, Ph.D. |
| Address: | 315 Metairie Road, Suite 300 |
|  | Metairie, LA 70005 |
| Phone: | (504) 833-6999 |
| Area of Testimony: | Clinical Psychology; Evaluation of Earline Castanel |
| C.V.: | See: PSC025369 – PSC025384 |
| Compensation Rate: | See: PSC025385 |
| List of Testimonies: | See: PSC025386 – PSC025391 |
| Expert Report: | See: CAST002239 – CAST002246 |
| Three Deposition Dates: | February 24, 28, 2010 and March 2, 2010 (9:00 am – 12:00 pm only) |

(12) **Smulski, Stephen, Ph.D.**

 Name:      Dr. Stephen Smulski, Ph.D.
          Wood Science Specialists, Inc.

 Address:     453 Wendell Road
          Shutesbury, Massachusetts, 01072
 Phone:      (413) 259-1661

 Area of Testimony: Design Defects in Recreation by Design Unit; Material Selection; Material Audits; Component Parts; Formaldehyde Emissions from Component Parts; Inspection of the Castanel/Recreation by Design, LLC/Shaw Environmental, Inc. Unit

 C.V.:       See: CAST002098 – CAST002107
 Compensation Rate: See: PSC025404
 List of Testimonies: See: CAST002108
 Expert Report:   See: CAST002085 – CAST002112
 Three Deposition Dates: February 8, 9, 10, 24, 25, 26, 2010

(13) **Williams, Patricia M., Ph.D., D.A.B.T.**

 Name:      Dr. Patricia M. Williams, Ph.D., D.A.B.T.
          Environmental Toxicology Experts, LLC

 Address:     234 West William David Parkway
          Metairie, Louisiana 70005
 Phone:      (504) 834-0073

 Area of Testimony: Toxicology; General Causation of Adverse Health Effects from Exposure to Formaldehyde; Mechanism of Injury regarding Exposure to Formaldehyde and related health issues; Formaldehyde Causation of Cancers and other Chronic Health Effects; Toxicokinetics of Formaldehyde

 C.V.:       See: PSC025407 – PSC025437
 Compensation Rate: See: PSC025438
 List of Testimonies: See: PSC025439 – PSC025440
 Expert Report:   See: CAST002002 – CAST002084
 Three Deposition Dates: February 9, 10, 23, 24, 2010; Per office policy, Dr. Williams must receive the scheduled fee for her deposition 10 days prior to the deposition.

Plaintiff, Earline Castanel, has also provided Defendants with the reports and medical records of all of Plaintiff's treating physicians who are also experts in this case.

Defendants are to provide expert reports to Plaintiff on or before March 1, 2010.

Plaintiff also states her willingness to enter into an agreement with the defendants to exchange each Expert's file and reliance materials in advance of the deposition, provided that such agreement is made reciprocally, and in writing.

The foregoing reports and related materials have been served upon Liaison Counsel for Manufacturing Defendants and Contractor Defendants, as well as counsel for Recreation by Design, LLC.

      Respectfully submitted,

      **FEMA TRAILER FORMALDEHYDE**
      **PRODUCTS LIABILITY LITIGATION**

BY:  */s/Gerald E. Meunier*
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone: 504/522-2304
    Facsimile: 504/528-9973
    gmeunier@gainsben.com

    */s/Justin I. Woods*
    JUSTIN I. WOODS, #24713
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone: 504/522-2304
    Facsimile: 504/528-9973
    jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
           ANTHONY BUZBEE, Texas # 24001820
           RAUL BENCOMO, #2932
           FRANK D'AMICO, #17519
           MATT MORELAND, #24567
           LINDA NELSON, #9938
           MIKAL WATTS, Texas #20981820
           ROBERT BECNEL, #14072
           DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

  I hereby certify that on   January 29  , 2010, I mailed the foregoing document electronically to all counsel of record regarding this matter.

             */s/Linda J. Nelson*
             LINDA J. NELSON (LA #9938)