Transcript of the Testimony of
# Ervin L. Ritter, Jr.

## Date taken: February 12, 2010

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**


EXHIBIT
C

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 48

1    system as installed in the ceiling cavity,

2    unit on the roof, the ductwork in the

3    ceiling cavity.  Visually identified that

4    there were places or connection points where

5    the duct should be connecting to the unit

6    that were not connected and allowed leakage

7    into the cavity space.

8           Further looking into the duct with

9    a borescope, we found that there were

10   staples going through the duct from above,

11   which allowed leakage into the cavity space.

12   We found that the taping of the openings for

13   the air outlet in the ceiling were such that

14   some leakage could occur into the ceiling

15   cavity.

16          The end caps, or the method of

17   capping the end of the duct, they used a

18   wood blocking instead of actual duct

19   material.  The ductwork is constructed of

20   quarter-inch foil-faced foam board.  Could

21   not find a manufacturer for that material

22   and could not identify it other than it is a

23   quarter-inch foam-faced material used as

24   duct board.

25          The unit itself was operated in

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 49

1    the fan only position, and I measured

2    airflows using a section of 6-inch duct, and

3    measured the velocities through it to

4    calculate the airflow at each of the

5    grilles, or air outlets.  Measured the

6    airflow using velocities across a fixed

7    rectangular box to calculate the airflow

8    into the return air.

9              We found that the unit, which has

10   a cataloging capacity of 325 CFM, was

11   leaking approximately 51 percent into the

12   cavity space, with the other 50 percent

13   making its way into the living space.

14             The return air side of it was 295

15   CFM roughly of the 325 going through the

16   return air grille.  The other roughly

17   9 percent was coming from the ceiling

18   cavity.

19   EXAMINATION BY MR. MULCAHY:

20        Q.   Anything else?  And we will get to

21   your report --

22        MR. PINEDO:

23             Do you want to look at your

24   report?

25        THE WITNESS:

Page 53

1        Q.    With the borescope, you could only

2    see one side, you couldn't tell on the other

3    side if it was blocked, the ductwork, and

4    that meant whether or not it was sealed or

5    taped or anything of that manner, correct?

6        A.    That's correct.

7        Q.    You said that the numbers you

8    calculated regarding the airflow were based

9    off 325 CFM cat capacity.  That means

10   catalog capacity?

11       A.    Catalog capacity, correct.

12       Q.    Is there any way to determine if

13   the unit was actually producing 325 CFM at

14   the time that you did the test?

15       A.    No.

16       Q.    So the numbers that you have

17   calculated based on the airflow and the

18   return air are based off the catalog rating

19   of 325 CFM?

20       A.    That's correct.

21       Q.    And if the unit was producing less

22   than that, that would have an impact on the

23   calculations?

24       A.    That's correct.

25       Q.    I believe you said that the return

Ervin L. Ritter, Jr.

Page 54

```
 1    air you did read as 295 CFM?
 2         A.   That's correct.
 3         Q.   I was there when you were doing
 4    the inspection, and I know you have it in
 5    some photos -- I didn't print out a copy --
 6    but the methodology that you used in
 7    determining the airflow, both out of the
 8    ductwork and into the return air, that was
 9    with the -- I'm trying to think of the
10    proper term.  You made a device out of
11    ductwork, I guess; is that correct?
12         A.   That's correct.
13         Q.   And that was the steel cylinder
14    that you drilled some holes in, correct?
15         A.   That's correct.
16         Q.   And the other device you created
17    on the spot was a white open-ended box out
18    of some construction materials, I guess?
19    MR. PINEDO:
20              Objection, form.
21    THE WITNESS:
22              That's correct.
23    EXAMINATION BY MR. MULCAHY:
24         Q.   And it looked like a foam board
25    with tape and stuff that you made and
```

Page 55

1    drilled holes into; is that correct?

2        A.    That's correct.

3        Q.    Where did you test for the output

4    from the ductwork, at what locations?

5        A.    At each of the ceiling outlets.

6        Q.    Where would those have been

7    located?  If you can tell me from your

8    report or memory where those were located in

9    the unit, the ceiling outlets.

10       A.    You had an outlet in the bedroom

11   and the other outlets were in the -- from

12   the kitchen to the living area and one right

13   near the lavatory.

14       Q.    Do you remember how many outlets

15   there were total?

16       A.    I want to say there were five.

17       Q.    What type of unit was this A/C

18   unit?

19       A.    It was a Duotherm Dometic unit,

20   15,000 BTUs, cooling only.

21       Q.    I was going to ask you, this is a

22   cooling-only unit?

23       A.    Correct.

24       Q.    It was not made for a furnace or

25   heat?

Page 57

1    in good, straight-flowing air.

2         Q.   What was the device you used to

3    take the velocity readings?

4         A.   It was a Fluke IAQ meter that uses

5    a hot-wire anemometer on it.  The technology

6    is such that airflow over the anemometer, as

7    it changes the temperature, it calculates

8    the velocity.

9         Q.   When you used the 6-inch duct, you

10   drilled holes into that particular metal

11   where you put the tip of this meter into it;

12   is that correct?

13        A.   That's correct.

14        Q.   Was there a particular location as

15   to where you drilled those holes on the

16   length of tubing to get your reading?

17        A.   I drilled the holes near the

18   bottom of the tube so that, as the air is

19   leaving the outlet and transitions from, or

20   going through the transition, it will have

21   an even flow.

22             At that point, there shouldn't be

23   any turbulence to affect the velocity

24   reading.  More laminar flow.

25        Q.   The meter that you talked about,

Page 58

1    is that designed for testing airflows in

2    actual ductwork itself?

3          Like in this room, today, if you

4    wanted to test airflow in the ductwork,

5    could you insert that meter into the

6    ductwork?

7          A.   Yes.

8          Q.   Are there other devices that are

9    designed for testing airflow in

10   air-conditioning systems?

11         A.   Yes.  There are actual flow hoods

12   that have the meter built into it so that it

13   will give you a direct reading.  And those

14   are made by Alnor, TSI.  There are several

15   manufacturers of those.

16         Q.   Why didn't you use a flow hood

17   when doing the flow readings on this THU?

18         A.   I don't have one.

19         Q.   Are they expensive?

20         A.   At one time they were about

21   $5,000, but they are coming down in price.

22         Q.   How about the cost of the device

23   you used?

24         A.   That device costs about $2,000.

25         Q.   What is the name of the meter you

Page 60

1    the duct directly and then cap it

2    afterwards.

3            If you know the K value constant

4    for the grille itself, you can take that

5    device and read it directly.  It is a very

6    versatile device.

7            So the way I was using it is

8    perfectly acceptable.

9    EXAMINATION BY MR. MULCAHY:

10       Q.   I take it you have an owner's

11   manual for the Fluke meter?

12       A.   That's correct.

13       Q.   Does it have instructions on how

14   to construct a separate set of ductwork like

15   you did in order to use it to take readings

16   in that manual?

17       A.   Not for what I was doing.  What I

18   was doing was basically extending the outlet

19   as a section of duct and doing just what we

20   were talking about, drilling a hole and

21   taking a measurement.

22       Q.   And extending the outlet on an

23   air-conditioning system, does that have an

24   impact on the length of the ductwork as the

25   amount of airflow that comes out of the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 64

1        A.   I call them ceiling outlets.  Some

2   people call them registers, some people call

3   them vents, some people call them diffusers.

4   There are different names, but a ceiling

5   outlet is the simplest one to use here.

6        Q.   So you took five outlets and made

7   measurements with your Fluke meter and

8   ductwork extension at those five different

9   locations, correct?

10       A.   That's correct.

11       Q.   And then you took the other device

12  we talked about, the white foam box you

13  built with the holes in it, and you used

14  that to measure return air into the system,

15  correct?

16       A.   That's correct.

17       Q.   And then how did you calculate the

18  51 percent number that you gave me earlier

19  regarding the supply air?

20       A.   By taking the cataloged

21  information, 325 CFM from the manufacturer,

22  and knowing the return, I calculated 295,

23  that was within 9 percent.  So I have good

24  reason to believe that the manufacturer's

25  catalog data is correct.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 80

1       A.    Occasionally.

2       Q.    Do you do blower door tests in

3   those situations?

4       A.    I haven't had the occasion to need

5   it.

6       Q.    Do you do pressure testing for

7   those other entities?

8       A.    No.

9       Q.    Have you calculated airflow for --

10  for work you have done, have you calculated

11  airflow similar to the way that you did at

12  the Castanel unit with the Fluke meter?

13      A.    I don't go out and actually do

14  those tests on my projects.  I specify a

15  third party, an independent testing

16  organization, to do that and then I review.

17      Q.    What type of -- is there a

18  particular company that you use more than

19  others for that type of testing?

20      A.    We use agencies certified by the

21  AABC, the American Air Balance Council, or

22  you have the National Environmental

23  Balancing Council.  Those are the two that

24  are the local firms here that carry

25  certifications for it.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 81

1      Q.    You are not AABC certified?

2      A.    No.

3      Q.    Is Mr. LaGrange?

4      A.    No, he's not.

5      Q.    Did you review the results on his

6   air leakage test when he ran the duct

7   blaster on this unit?

8      A.    No.  I have not reviewed his

9   numbers.

10     MR. PINEDO:

11         Are you asking him to review the

12  LaGrange report?

13     MR. MULCAHY:

14         Just this one calculation,

15  correct.  There may be others, but --

16  EXAMINATION BY MR. MULCAHY:

17     Q.    This is the section that

18  Mr. LaGrange has entitled "Duct Blaster

19  Results."

20         Did you talk to him about the

21  leakage rates of 34 percent for this air

22  system he found?

23     A.    He didn't give me his percentages

24  when we were talking.

25     Q.    You calculated it at 51 percent,

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 84

1          Q.    I get to ask him more questions on

2    that next week, so --

3              I'm going to change gears a little

4    bit.  We have been talking about your

5    leakage calculation for a while.  What other

6    tests did you perform besides the one we

7    talked about with measuring the airflow?

8    Did you perform any other tests while you

9    were there?

10         A.    The other thing I did was

11   investigate the interior of the ductwork

12   with the borescope.

13         Q.    You mentioned earlier that when

14   using the borescope, you talked about the

15   wood blocks at the end.

16              It's my understanding, in your

17   opinion, there should have been additional

18   duct board or that type of material used to

19   seal the end of the ducts, correct?

20         A.    You should use the same material

21   as the duct to seal the ends of the duct.

22         Q.    Wouldn't a wooden block at the

23   end, do you know if that would have a higher

24   R-value than this quarter-inch duct board?

25         A.    I don't know how thick the wood

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 103

1    complained of leaks in her unit?

2        A.   She talked about leaks from the

3    air-conditioning unit where she had to have

4    a mop bucket under it.

5        Q.   Talking about when she said the

6    air conditioner unit was having mechanical

7    problems?

8        A.   Correct.

9        Q.   Otherwise, do you have any

10   information Ms. Castanel complained of any

11   other issues with leaks within the unit?

12       A.   I don't recall any.

13       Q.   Did you see evidence of

14   condensation or moisture when you did the

15   borescope?

16       A.   No.

17       Q.   Other than the A/C having

18   mechanical troubles when Ms. Castanel called

19   out for maintenance, do you know if she had

20   any complaints about the air inside the

21   trailer feeling warm and moist?

22       A.   I believe she mentioned it in her

23   deposition.

24       Q.   What do you think she mentioned in

25   her deposition?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 104

1        A.   I was very briefly looking at her

2    deposition.  I don't want to go from what my

3    short and brief review of it was.

4        Q.   If air is leaking into the ceiling

5    cavities from the supply air, does that have

6    the effect of cooling the ceiling cavity?

7        A.   It is going to try to.

8        Q.   You mentioned that the effect of

9    having -- I'll just put it in your words.

10   You said, "When the air-conditioning is in

11   operation during the cooling season and when

12   required during the heating season, the duct

13   leakage will cause condensation to occur in

14   the wall cavities and ceiling cavities.

15   Negative pressure condition" --

16           From the tests you did, you have

17   no information regarding that there was

18   actually condensation occurring in the wall

19   cavities or ceiling cavities, correct?

20       MR. PINEDO:

21           Objection, asked and answered.

22       THE WITNESS:

23           No.

24   EXAMINATION BY MR. MULCAHY:

25       Q.   When the baseboard heater was in

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 105

1    operation, it would have been a neutral

2    state, correct?

3        A.   With the exception of any window

4    that it could have affected it, but yes, it

5    should have been in neutral.

6        Q.   The fact that the unit had a metal

7    roof on it, does that have any impact on

8    your opinion regarding the operation of the

9    air-conditioning system?

10       A.   With regard --

11       Q.   To the heating and cooling of the

12   unit.

13       MR. PINEDO:

14           Objection, form.

15       THE WITNESS:

16           If it were built tight with no

17   leaks, the metal roof would have no effect.

18   EXAMINATION BY MR. MULCAHY:

19       Q.   Do you know if the metal roof had

20   any leaks?

21       A.   Let me back up.  Without leaks in

22   the ductwork, okay, the metal roof would

23   have no effect.

24           I guess to answer your question,

25   no, I don't know if there were leaks in the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 139

1     side into the duct and then the other side.

2            The best way then to test it would

3     be to take a measurement of the return air

4     side, as I did with the constructed box, and

5     measure that velocity through that boxed

6     area and calculate the return air going into

7     the unit.

8            Q.    And you calculated that at 295, I

9     think you said?

10           A.    That's correct.

11           Q.    I think in order to positively

12    pressurize the system, you would have to use

13    a mechanical system.  Is that your opinion?

14           A.    You would have to use a mechanical

15    system or have Dometic design a unit with

16    outside air capability on it.

17           Q.    Whether it is a Dometic unit or a

18    mechanical system, the whole idea is you are

19    forcing outside air inside, correct?

20           A.    That's correct.

21           Q.    Do you know if that is a

22    possibility for a travel trailer, if such a

23    type unit exists?

24           A.    It's the same unit you would use

25    in a residential application, could be

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                      Ervin L. Ritter, Jr.

Page 140

1      applied here.

2          Q.    But do you know if one exists in

3      application?

4          A.    On travel trailers, no.

5          Q.    And by that, do you know what the

6      cost would be, or how much more it would

7      cost to have a mechanical unit?

8          A.    That mechanical unit, as I said in

9      a previous deposition, if I recall, is

10     around $1,200 or $1,500.  On quantity, you

11     could probably negotiate a lower price,

12     going in at the same time.

13              I don't do estimates on building

14     travel trailers, but probably an added cost

15     of somewhere between $1,500 to $2,500, at

16     the most.

17              This is a little different than

18     what I testified probably to before in my

19     previous deposition, but that is from my

20     recollection.

21         Q.    So $2,500 to add a mechanical

22     system?

23         A.    At most.

24         Q.    Do you know how much the Castanel

25     unit cost?

Page 141

1        A.    I believe I saw an invoice of

2    around $10,000, something like that.  I may

3    have it right here.  If I may refer.

4        Q.    Yes.  Look at your documents,

5    please.

6        A.    Total invoice was fourteen five.

7        Q.    Is that after shipping and tax?

8        A.    Yes.  Well, there's no tax.

9    $12,980 before tax, freight was $1,522.50,

10   which brought it to $14,502.50.

11       Q.    Do you know who the purchaser of

12   the Castanel unit was?

13       A.    Morgan -- let's see.  It was

14   titled to Morgan's Buildings and Spas out of

15   Morgan, Texas.

16       Q.    Did you review any Morgan

17   documents as part of your opinion on the

18   Castanel unit?

19       A.    I don't recall having any of

20   those.  Documents I have all related to this

21   travel trailer.

22       Q.    You discussed the insulation, the

23   R7 value, R1 of the duct board.  Do you have

24   an opinion that there is another type of

25   insulation that should have been used or

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 142

1    could be used in this travel trailer?

2         A.   Yes.  You could have used some of

3    the foam insulations to fill those cavities

4    solid with insulation.  If you had done that

5    up in the ceiling cavity, you would have

6    then sealed the ductwork also.

7         Q.   Have you done any analysis on the

8    feasibility of using foam insulation in a

9    travel trailer?

10        A.   I believe you're going to see that

11   in one of the other expert's reports.

12        Q.   Just asking from an engineering

13   HVAC perspective, have you done that?

14        A.   No.

15        Q.   You haven't priced foam

16   insulation, correct?

17        A.   Not for a travel trailer.

18        Q.   You didn't run this as far as the

19   condensers, you just used the fan?

20        A.   That's correct.

21        Q.   Why didn't you use the actual air

22   conditioner in operation?

23        A.   The outside temperature of the day

24   would have been such that it may not have

25   even started, it was so cold outside.  Many

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Ervin L. Ritter, Jr.

Page 143

1    times these units won't run below 40 to

2    50 degrees outside.

3        Q.   But since you didn't utilize the

4    actual compressor, you were not able to test

5    for any changes in humidity within the unit,

6    correct?

7        A.   On the day we were there, the

8    air-conditioning unit would probably not

9    have changed the indoor humidity very much

10   because of the cold outside, and we would

11   have been heating the inside, which we were

12   doing.  Taking cold air and heating it drops

13   the humidity, just typical psychrometric

14   analysis.  I don't have a chart to show you

15   how it works.

16       Q.   Under "Negative Pressurization,"

17   you opine regarding the air in the walls and

18   ceiling cavities coming back into the unit,

19   correct?

20       A.   It would have to migrate back into

21   the unit.  That's correct.

22       Q.   Have you done any air quality

23   testing on any of the travel trailers as to

24   the -- a unit that you think is in a

25   negative state, have you done any testing to

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                   Ervin L. Ritter, Jr.

Page 149

```
 1              Objection, form, asked and
 2    answered.
 3          THE WITNESS:
 4              Correct.
 5    EXAMINATION BY MR. MULCAHY:
 6          Q.   Is it your opinion this unit was
 7    adequate to cool the space of this travel
 8    trailer?
 9          A.   It is my opinion that with roughly
10    230 square feet of travel trailer and one
11    and a quarter tons of air-conditioning, with
12    the proper insulation, properly sealed
13    ducts, we should have been able to cool that
14    very, very well.  That's roughly 200 square
15    feet per ton, which is most commercial
16    buildings are running around 250 to 350
17    square feet per ton today.
18          Q.   On the tests that you did, and we
19    went through them in depth earlier, the flow
20    meter, or the Fluke meter, was there a
21    particular protocol you were following for
22    that?  Is there a written protocol by any
23    society, ASHRAE, any entity?
24          A.   If I would go into some of my
25    textbooks on balancing in ASHRAE, yes, there
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 150

1    would be.

2         Q.   Were you following any one of

3    those particular protocols as far as this

4    test?

5         A.   No, I had not pulled those

6    protocols out.

7         Q.   When a duct blaster test is done

8    on ductwork, can it damage the ductwork?

9         A.   If you over-pressure the ductwork,

10   yes, you could.  But you are only pressuring

11   up, I believe, to 25 Pascals, and I don't

12   have my conversion to tell you what it is in

13   inches and water, but that is very, very low

14   pressure and should not cause damage to the

15   ductwork.

16        Q.   Is there a way to determine the

17   Pascals, if that would relate to a CFM, if a

18   system is a 325 CFM, how many Pascals that

19   would be?

20        A.   No.  We are talking about

21   pressure.  If you asked me how much pressure

22   pounds per square inch, I can give you a

23   decimal with a bunch of zeros and a number.

24   Okay?

25        Q.   Okay.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 159

1    continue to run, but it is not functioning

2    at all.

3        Q.   It is not performing the function

4    it is designed to perform at that point,

5    right?

6        A.   That's correct.

7        Q.   And I believe you said that what

8    happens is that the unit is running so much

9    that the temperature drops below the

10   freezing point of water, right?  The

11   temperature on the condensate coils will

12   drop below the freezing point of water?

13       A.   Correct.

14       Q.   Again, to confirm something, the

15   first time you saw the trailer that

16   Ms. Castanel lived in was in January of

17   2010, correct?

18       A.   That's correct.

19       Q.   And you saw it in Lottie,

20   Louisiana, right?

21       A.   That's correct.

22       Q.   And it was sitting in a field with

23   lots of other trailers along with it, right?

24            I mean, it may have been separated

25   out, but it was in the same field as lots of

Page 160

1    others?

2         A.   It was in a parking lot.

3         Q.   Okay.  And there were lots of

4    other FEMA trailers at that facility?

5         A.   That's correct.

6         Q.   How long had it been sitting in

7    that field, do you know?

8         A.   I don't have a date for when it

9    arrived at Lottie.  I couldn't tell you how

10   long it had been there.  I just know that

11   she vacated it in August of 2007, and she

12   moved into it in the first three months of

13   2006, if I recall.

14        Q.   Okay.  If we assume the trailer

15   went directly from her home to Lottie, it

16   would have been sitting in that field for

17   roughly two and a half years before you saw

18   it, right?

19   MR. PINEDO:

20             Objection, form.

21   THE WITNESS:

22             That's correct.

23   EXAMINATION BY MR. KURTZ:

24        Q.   You talked with Mr. Mulcahy about

25   the calculations you performed with respect

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 161

1    to the pressurization of the unit and the

2    airflow.

3              One of the bases of that

4    calculation was an assumption that the fan,

5    when you tested it, was operating at a speed

6    of 325 cubic feet per minute, right?

7        MR. PINEDO:

8              Objection, form.

9        THE WITNESS:

10              That's correct.

11   EXAMINATION BY MR. KURTZ:

12       Q.   Now, at the return air grille, you

13   measured an airflow of 295 cubic feet per

14   minute, right?

15       A.   That's correct.

16       Q.   And I believe in your report you

17   suggested that this indicated that roughly

18   9 percent of the airflow was leaking out of

19   the return air ductwork before it gets to

20   the fan, right?

21       A.   Leaking into the return air duct

22   before it gets to the fan.

23       Q.   Excuse me.  Thank you for

24   correcting me on that.

25              Now, another possibility is that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Ervin L. Ritter, Jr.

Page 162

1    the fan had lost some of its performance and

2    was actually running at less than 325 CFM,

3    right?

4        A.   Are you saying it lost it just

5    sitting there?

6        Q.   Things deteriorate over time.

7    Perhaps it wasn't performing at its optimal

8    level when you tested it?

9        A.   That's an A/C motor.  Now, someone

10   is going to say I am not an electrical

11   engineer, but unfortunately, I had to take

12   two courses in it.

13            It is a synchronous motor.  You've

14   heard of 60 hertz.  So when it's applied

15   with -- using a generator with A/C current

16   to run that motor, and it is a 60 hertz

17   motor, because the generator is generating

18   60 hertz, that motor runs at a constant

19   speed.  It does not change over time.

20            So it couldn't, you know, unless,

21   you know, just sitting there, the motor

22   can't slow down is what I am saying.  So is

23   there another scenario that you could have?

24       Q.   What is the drive mechanism for

25   the fan?  Is there a belt or gears?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Ervin L. Ritter, Jr.

Page 163

1      A.   Direct drive.

2      Q.   Well, one could imagine that the

3   surface of the blades, if something had

4   gunked up over it, something had accumulated

5   within the direct drive mechanism that would

6   slow it down relative to the amount of power

7   that it is putting -- there are different

8   scenarios one could imagine that would

9   affect the performance of this fan.

10      MR. PINEDO:

11          Objection, form.

12      THE WITNESS:

13          I guess there's all kinds of --

14   what would you look for me to imagine?

15   EXAMINATION BY MR. KURTZ:

16      Q.   Well, Mr. Pinedo is objecting to

17   me answering your questions and he's right.

18          My only point is none of your

19   observations excluded the possibility that

20   the fan was actually running at less than

21   325 as opposed to there being leakage into

22   the return air duct system, right?

23      A.   If I had seen a condition that

24   might have created that, I would have

25   mentioned it in my report.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                          Ervin L. Ritter, Jr.

Page 164

1      Q.   But you can't exclude it from the
2  observations you made, correct?
3      A.   Based on the observations I took,
4  I didn't see anything that would slow
5  that -- you know, I can't say that the fan
6  was gunked up because I didn't see it gunked
7  up.
8      Q.   So you don't know one way or the
9  other if it was gunked up, right?  To use a
10 technical term.
11     A.   I didn't see gunk on the fan.
12     Q.   Okay.  The 150 cubic feet per
13 minute or so that you described as leaking
14 into the ceiling cavity has to go somewhere,
15 correct?
16     A.   That's correct.
17     Q.   Did you observe the pathway for
18 that air back into the living space of the
19 trailer?
20     A.   No, I did not.
21     Q.   You didn't measure airflow coming
22 out of electrical outlets or wall or floor
23 or ceiling penetrations, did you?
24     A.   No, I did not.
25     Q.   If you had and if those