# Transcript of the Testimony of
# Paul LaGrange

### Date taken: February 18, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**



EXHIBIT D

Page 30

```
 1        Q.    What specialty do you hold yourself
 2   out in?
 3        A.    I'm sorry?
 4        Q.    What specialty do you hold yourself
 5   out as?
 6        A.    A building performance consultant.
 7        Q.    Is that a degree you've earned?
 8        A.    It's not a degree here in Louisiana.
 9   However, I do have as you read from my resume a
10   degree from University of New Orleans in finance
11   with a concentration in real estate, but over
12   the years since 1999 I've acquired a tremendous
13   amount of training that deals directly with
14   building science and building performance.
15        Q.    I read some of your testimony in the
16   Forest River matter where you talk about your
17   education and training.  Have you had any
18   additional courses or any additional training as
19   it relates to building science since October of
20   2009?
21        A.    No, sir, I have not.
22        Q.    By that you haven't gone to any
23   additional seminars or anything of that nature?
24        A.    Not that I've attended.  I have given
25   a few presentations but haven't attended any.
```

Page 252

1   imaging in the summertime where the exterior or
2   the outside air was hotter than the interior air
3   of the trailer, would you expect to find similar
4   findings?
5        A.   I would.  And when we've tested the
6   trailers in the past in the summertime, we've
7   always turned the air condition on to create
8   that differential pressure between indoor and
9   outdoor temperatures.
10       Q.   There was a discussion of the air
11  leakage that you found while doing a blower door
12  test.  Do you recollect that?
13       A.   Yes, sir.
14       Q.   And how many cubic feet per minute
15  did you find was leaking out of this trailer
16  when you were doing your blower door test?
17       A.   When the blower door was set at a
18  negative 50 Pascals, we calculated and measured
19  297 to 298 CFM's of air leakage at a negative 50
20  Pascals.
21       Q.   Did Ervin Ritter also do an analysis
22  of air leakage?
23       A.   No, sir, he did not.
24       Q.   Did Ervin Ritter do an analysis of
25  duct leakage?

Page 253

```
 1      A.    He did an analysis of airflow which
 2   you can interpret into duct leakage.
 3      Q.    Did you do an analysis of duct
 4   leakage?
 5      A.    I did.  Through the duct blaster.
 6      Q.    Did you find that 51 percent of the
 7   air flowing through the system was leaking out
 8   of the ductwork?
 9      A.    I did not, no, sir.  I found
10   something less than that.
11      Q.    What did you find?
12      A.    Let me refer to my report.  Mine was
13   in the mid 30's.  I got a total duct leakage of
14   34 percent of the machine's rated capacity as
15   leakage.
16      Q.    And did Ervin Ritter's result -- did
17   his test show 51 percent of duct leakage?
18      A.    Yes, sir, it did.
19      Q.    How do you account for the difference
20   between your test that showed 34 percent duct
21   leakage and Ervin Ritter's test results which
22   showed 51 percent duct leakage?
23      MR. KURTZ:
24            Objection to form.
25      THE WITNESS:
```

Page 254

1      They were measured at different
2  pressures. The duct blaster measures at a
3  pressure of negative 25 Pascals and Ervin's
4  pressures were measured at the actual static
5  pressure that that fan created under its
6  everyday normal use.
7  BY MR. PINEDO:
8      Q.   Which was what?
9      A.   I would presume it to be a half inch
10 of static pressure, but that's a presumption on
11 my part because that's what most air condition
12 manufacturers state is the external static
13 pressure is the half inch of water column.
14     Q.   And a one-half inch of static
15 pressure equates with how many Pascals?
16     A.   Approximately 120, 125 Pascals.
17     Q.   Are you aware of anybody in the
18 United States that manufactures an air
19 conditioning unit that operates on something
20 other than one-half an inch of water column?
21     A.   No, sir, I'm not.
22     Q.   The duct leakage test that you did by
23 virtue of using the duct blaster, did you do it
24 in accordance with ASTM Standards which call for
25 25 Pascals?