UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO ALL CASES | § § § § | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

FLUOR ENTERPRISES, INC.'S MEMORANDUM
ON MANUFACTURED HOUSING DEFENDANT
<u>BELLWETHER PLAINTIFF NOMINEES</u>

EXHIBIT "A"

| | | | |
|---|---|---|---|
|  | **Denise Martin** <dmartin@gainsben.com> 03/30/2010 03:53 PM | To cc bcc Subject | "'TThagard@maynardcooper.com'" <TThagard@maynardcooper.com>, "'sskinner@frvf-law.com'" <sskinner@frvf-law.com>, Justin Woods <jwoods@gainsben.com>, Tara Todd <ttodd@gainsben.com> <br><br> Formaldehyde - Nomination of Bellwether |

History:   This message has been forwarded.

Dear Counsel:

On behalf of the PSC, and pursuant to the Court's previous Order for the nomination of a bellwether plaintiff against a manufactured housing unit defendant, we would like to submit to Judge Englehardt by close of business on April 1, the name of **Kenneth Woods** as a proposed plaintiff. This plaintiff is matched to a Palm Harbor unit, based on our understanding that Palm Harbor is not currently participating in the proposed settlement with manufactured housing unit defendants.

According to our records, this plaintiff matches to Fluor as the contractor.

Sincerely,
Jerry


Denise M. Martin, Legal Assistant to Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line:  504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.