**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO ALL CASES | § § § § | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

**FLUOR ENTERPRISES, INC.'S MEMORANDUM**
**ON MANUFACTURED HOUSING DEFENDANT**
**<u>BELLWETHER PLAINTIFF NOMINEES</u>**

**EXHIBIT "B"**

Table 16. **Resident Population by Age and State: 2008**

[**In thousands, except percent** (304,060 represents 304,060,000). **As of July**. Includes Armed Forces stationed in area]

| State | Total | Under 5 years | 5 to 17 years | 18 to 24 years | 25 to 34 years | 35 to 44 years | 45 to 54 years | 55 to 64 years | 65 to 74 years | 75 to 84 years | 85 years and over | Percent 65 years and over |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S.** | **304,060** | **21,006** | **52,936** | **29,757** | **40,932** | **42,501** | **44,372** | **33,686** | **20,123** | **13,025** | **5,722** | **12.8** |
| AL | 4,662 | 311 | 811 | 451 | 608 | 623 | 674 | 542 | 345 | 212 | 85 | 13.8 |
| AK | 686 | 52 | 128 | 74 | 104 | 95 | 108 | 75 | 31 | 14 | 5 | 7.3 |
| AZ | 6,500 | 516 | 1,191 | 602 | 933 | 871 | 846 | 678 | 445 | 295 | 123 | 13.3 |
| AR | 2,855 | 202 | 500 | 264 | 382 | 373 | 396 | 331 | 215 | 134 | 59 | 14.3 |
| CA | 36,757 | 2,705 | 6,660 | 3,854 | 5,255 | 5,350 | 5,152 | 3,667 | 2,127 | 1,375 | 612 | 11.2 |
| CO | 4,939 | 358 | 849 | 466 | 745 | 720 | 743 | 547 | 279 | 165 | 67 | 10.4 |
| CT | 3,501 | 212 | 601 | 325 | 405 | 512 | 561 | 408 | 237 | 162 | 79 | 13.7 |
| DE | 873 | 59 | 147 | 84 | 109 | 121 | 128 | 102 | 64 | 41 | 16 | 13.9 |
| DC | 592 | 36 | 76 | 76 | 109 | 85 | 77 | 63 | 37 | 23 | 11 | 11.9 |
| FL | 18,328 | 1,141 | 2,864 | 1,607 | 2,295 | 2,487 | 2,609 | 2,138 | 1,536 | 1,130 | 521 | 17.4 |
| GA | 9,686 | 741 | 1,808 | 920 | 1,385 | 1,462 | 1,379 | 1,010 | 553 | 305 | 122 | 10.1 |
| HI | 1,288 | 87 | 198 | 125 | 182 | 174 | 180 | 152 | 90 | 69 | 32 | 14.8 |
| ID | 1,524 | 122 | 291 | 148 | 213 | 193 | 208 | 167 | 98 | 59 | 26 | 12.0 |
| IL | 12,902 | 894 | 2,285 | 1,311 | 1,788 | 1,809 | 1,873 | 1,366 | 812 | 524 | 239 | 12.2 |
| IN | 6,377 | 443 | 1,142 | 606 | 854 | 871 | 938 | 709 | 423 | 272 | 119 | 12.8 |
| IA | 3,003 | 201 | 511 | 306 | 369 | 381 | 444 | 344 | 214 | 152 | 79 | 14.8 |
| KS | 2,802 | 203 | 498 | 293 | 368 | 360 | 408 | 306 | 180 | 125 | 62 | 13.1 |
| KY | 4,269 | 285 | 723 | 381 | 587 | 593 | 632 | 502 | 308 | 184 | 75 | 13.3 |
| LA | 4,411 | 311 | 797 | 471 | 594 | 568 | 639 | 489 | 289 | 179 | 72 | 12.3 |
| ME | 1,316 | 71 | 203 | 113 | 149 | 182 | 220 | 178 | 103 | 67 | 29 | 15.1 |
| MD | 5,634 | 372 | 969 | 543 | 731 | 825 | 875 | 639 | 366 | 222 | 92 | 12.1 |
| MA | 6,498 | 384 | 1,043 | 666 | 832 | 951 | 1,003 | 748 | 429 | 299 | 143 | 13.4 |
| MI | 10,003 | 626 | 1,765 | 974 | 1,245 | 1,383 | 1,537 | 1,169 | 680 | 437 | 187 | 13.0 |
| MN | 5,220 | 358 | 896 | 507 | 696 | 720 | 812 | 580 | 330 | 213 | 107 | 12.5 |
| MS | 2,939 | 221 | 546 | 306 | 385 | 379 | 410 | 320 | 198 | 122 | 52 | 12.7 |
| MO | 5,912 | 399 | 1,022 | 560 | 783 | 787 | 882 | 673 | 416 | 267 | 122 | 13.6 |
| MT | 967 | 61 | 159 | 95 | 120 | 116 | 152 | 126 | 72 | 45 | 20 | 14.2 |
| NE | 1,783 | 132 | 315 | 187 | 232 | 225 | 257 | 195 | 117 | 83 | 41 | 13.5 |
| NV | 2,600 | 199 | 469 | 212 | 388 | 382 | 362 | 292 | 171 | 94 | 32 | 11.4 |
| NH | 1,316 | 75 | 218 | 119 | 151 | 194 | 223 | 165 | 89 | 56 | 24 | 12.9 |
| NJ | 8,683 | 557 | 1,490 | 769 | 1,067 | 1,312 | 1,359 | 976 | 585 | 390 | 175 | 13.3 |
| NM | 1,984 | 148 | 354 | 203 | 268 | 250 | 278 | 224 | 137 | 87 | 36 | 13.1 |
| NY | 19,490 | 1,208 | 3,200 | 1,999 | 2,560 | 2,795 | 2,911 | 2,209 | 1,332 | 878 | 398 | 13.4 |
| NC | 9,222 | 653 | 1,591 | 883 | 1,235 | 1,341 | 1,325 | 1,055 | 618 | 373 | 148 | 12.4 |
| ND | 641 | 42 | 101 | 83 | 81 | 74 | 94 | 72 | 44 | 33 | 18 | 14.7 |
| OH | 11,486 | 744 | 1,987 | 1,082 | 1,463 | 1,556 | 1,751 | 1,333 | 807 | 535 | 229 | 13.7 |
| OK | 3,642 | 267 | 639 | 370 | 498 | 459 | 512 | 407 | 259 | 162 | 70 | 13.5 |
| OR | 3,790 | 243 | 624 | 338 | 534 | 510 | 560 | 476 | 262 | 166 | 76 | 13.3 |
| PA | 12,448 | 737 | 2,025 | 1,204 | 1,465 | 1,693 | 1,926 | 1,488 | 922 | 679 | 310 | 15.4 |
| RI | 1,051 | 61 | 168 | 115 | 130 | 148 | 161 | 121 | 70 | 52 | 26 | 14.1 |
| SC | 4,480 | 303 | 763 | 438 | 582 | 611 | 641 | 545 | 327 | 193 | 77 | 13.3 |
| SD | 804 | 59 | 140 | 83 | 101 | 96 | 117 | 93 | 56 | 40 | 21 | 14.4 |
| TN | 6,215 | 416 | 1,062 | 551 | 845 | 875 | 912 | 735 | 449 | 265 | 106 | 13.2 |
| TX | 24,327 | 2,027 | 4,698 | 2,455 | 3,578 | 3,439 | 3,299 | 2,357 | 1,332 | 807 | 333 | 10.2 |
| UT | 2,736 | 269 | 581 | 330 | 446 | 326 | 313 | 225 | 132 | 82 | 33 | 9.0 |
| VT | 621 | 33 | 96 | 62 | 71 | 85 | 104 | 85 | 46 | 28 | 12 | 14.0 |
| VA | 7,769 | 523 | 1,301 | 768 | 1,064 | 1,139 | 1,157 | 876 | 514 | 305 | 122 | 12.1 |
| WA | 6,549 | 433 | 1,108 | 610 | 926 | 925 | 990 | 772 | 416 | 253 | 115 | 12.0 |
| WV | 1,814 | 105 | 281 | 158 | 231 | 240 | 274 | 241 | 150 | 97 | 39 | 15.7 |
| WI | 5,628 | 362 | 952 | 554 | 719 | 768 | 875 | 647 | 379 | 254 | 117 | 13.3 |
| WY | 533 | 38 | 90 | 54 | 72 | 65 | 83 | 65 | 35 | 21 | 9 | 12.3 |

Source: U.S. Census Bureau, "Annual Estimates of the Resident Population by Sex and Age for States and for Puerto Rico: April 1, 2000 to July 1, 2008" (released May 14, 2009); <http://www.census.gov/popest/states/asrh/SC-EST2008-02.html>.