# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO ALL CASES | § § § § | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

## FLUOR ENTERPRISES, INC.'S MEMORANDUM ON MANUFACTURED HOUSING DEFENDANT <u>BELLWETHER PLAINTIFF NOMINEES</u>

### EXHIBIT "C"

Table 22. **Metropolitan Statistical Areas With More Than 750,000 Persons in 2008—Population by Age: 2008**

[In thousands (854 represents 854,000). As of July 1. Covers metropolitan statistical areas as defined by the U.S. Office of Management and Budget as of November 2007. All geographic boundaries are defined as of January 1, 2008. For definitions and components of all metropolitan and micropolitan areas, see Appendix II]

| Metropolitan statistical area | Number (1,000) | | | | | | Percent under 18 years | Percent 65 years and over |
|---|---|---|---|---|---|---|---|---|
| | Total | Under 18 years | 18 to 44 years | 45 to 64 years | 65 to 74 years | 75 years and over | | |
| Albany-Schenectady-Troy, NY | 854 | 181 | 324 | 233 | 57 | 59 | 21.2 | 13.6 |
| Albuquerque, NM | 846 | 211 | 316 | 216 | 54 | 49 | 25.0 | 12.2 |
| Allentown-Bethlehem-Easton, PA-NJ | 808 | 183 | 285 | 221 | 57 | 64 | 22.6 | 14.9 |
| Atlanta-Sandy Springs-Marietta, GA | 5,376 | 1,443 | 2,132 | 1,353 | 266 | 182 | 26.8 | 8.3 |
| Austin-Round Rock, TX | 1,653 | 430 | 728 | 369 | 70 | 55 | 26.0 | 7.6 |
| Bakersfield, CA | 800 | 239 | 328 | 162 | 39 | 33 | 29.8 | 9.0 |
| Baltimore-Towson, MD | 2,667 | 630 | 986 | 722 | 174 | 155 | 23.6 | 12.3 |
| Baton Rouge, LA | 774 | 197 | 308 | 190 | 44 | 36 | 25.5 | 10.3 |
| Birmingham-Hoover, AL | 1,118 | 272 | 403 | 298 | 77 | 68 | 24.3 | 12.9 |
| Boston-Cambridge-Quincy, MA-NH | 4,523 | 999 | 1,721 | 1,228 | 292 | 283 | 22.1 | 12.7 |
| Bridgeport-Stamford-Norwalk, CT | 895 | 223 | 301 | 252 | 61 | 58 | 24.9 | 13.2 |
| Buffalo-Niagara Falls, NY | 1,124 | 241 | 396 | 312 | 83 | 92 | 21.5 | 15.5 |
| Charlotte-Gastonia-Concord, NC-SC | 1,702 | 446 | 663 | 432 | 91 | 70 | 26.2 | 9.5 |
| Chicago-Naperville-Joliet, IL-IN-WI | 9,570 | 2,451 | 3,648 | 2,414 | 565 | 493 | 25.6 | 11.1 |
| Cincinnati-Middletown, OH-KY-IN | 2,155 | 539 | 788 | 569 | 136 | 123 | 25.0 | 12.0 |
| Cleveland-Elyria-Mentor, OH | 2,088 | 490 | 701 | 592 | 153 | 153 | 23.5 | 14.7 |
| Columbus, OH | 1,773 | 451 | 701 | 439 | 100 | 82 | 25.4 | 10.2 |
| Dallas-Fort Worth-Arlington, TX | 6,300 | 1,755 | 2,537 | 1,482 | 304 | 221 | 27.9 | 8.3 |
| Dayton, OH | 837 | 193 | 295 | 226 | 64 | 58 | 23.1 | 14.6 |
| Denver-Aurora, CO | 2,507 | 637 | 967 | 661 | 135 | 107 | 25.4 | 9.6 |
| Detroit-Warren-Livonia, MI | 4,425 | 1,090 | 1,551 | 1,235 | 285 | 264 | 24.6 | 12.4 |
| Fresno, CA | 909 | 271 | 359 | 190 | 46 | 44 | 29.8 | 9.9 |
| Grand Rapids-Wyoming, MI | 777 | 204 | 292 | 196 | 44 | 41 | 26.2 | 10.9 |
| Hartford-West Hartford-East Hartford, CT | 1,191 | 267 | 427 | 331 | 82 | 84 | 22.4 | 13.9 |
| Honolulu, HI | 905 | 199 | 341 | 226 | 64 | 75 | 22.0 | 15.4 |
| Houston-Sugar Land-Baytown, TX | 5,728 | 1,616 | 2,243 | 1,395 | 277 | 197 | 28.2 | 8.3 |
| Indianapolis-Carmel, IN | 1,715 | 457 | 640 | 434 | 99 | 85 | 26.6 | 10.7 |
| Jacksonville, FL | 1,313 | 322 | 481 | 358 | 88 | 64 | 24.5 | 11.6 |
| Kansas City, MO-KS | 2,002 | 515 | 727 | 530 | 122 | 108 | 25.7 | 11.5 |
| Las Vegas-Paradise, NV | 1,866 | 493 | 723 | 453 | 116 | 81 | 26.4 | 10.6 |
| Los Angeles-Long Beach-Santa Ana, CA | 12,873 | 3,315 | 5,067 | 3,093 | 736 | 662 | 25.8 | 10.9 |
| Louisville/Jefferson County, KY-IN | 1,245 | 301 | 443 | 343 | 84 | 74 | 24.1 | 12.7 |
| Memphis, TN-MS-AR | 1,286 | 350 | 467 | 335 | 75 | 59 | 27.2 | 10.4 |
| Miami-Fort Lauderdale-Pompano Beach, FL | 5,415 | 1,204 | 1,885 | 1,423 | 420 | 483 | 22.2 | 16.7 |
| Milwaukee-Waukesha-West Allis, WI | 1,549 | 387 | 545 | 425 | 98 | 94 | 24.9 | 12.4 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 3,230 | 812 | 1,222 | 869 | 177 | 150 | 25.1 | 10.1 |
| Nashville-Davidson—Murfreesboro—Franklin, TN | 1,551 | 383 | 596 | 407 | 93 | 72 | 24.7 | 10.6 |
| New Haven-Milford, CT | 846 | 195 | 309 | 225 | 56 | 61 | 23.1 | 13.8 |
| New Orleans-Metairie-Kenner, LA | 1,134 | 267 | 403 | 324 | 75 | 65 | 23.5 | 12.3 |
| New York-Northern New Jersey-Long Island, NY-NJ-PA | 19,007 | 4,434 | 7,100 | 4,991 | 1,279 | 1,202 | 23.3 | 13.1 |
| Oklahoma City, OK | 1,206 | 304 | 459 | 301 | 77 | 66 | 25.2 | 11.8 |
| Omaha-Council Bluffs, NE-IA | 838 | 224 | 313 | 209 | 49 | 43 | 26.7 | 11.0 |
| Orlando-Kissimmee, FL | 2,055 | 488 | 778 | 515 | 144 | 129 | 23.8 | 13.3 |
| Oxnard-Thousand Oaks-Ventura, CA | 798 | 207 | 292 | 208 | 49 | 42 | 25.9 | 11.4 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 5,838 | 1,395 | 2,101 | 1,574 | 389 | 380 | 23.9 | 13.2 |
| Phoenix-Mesa-Scottsdale, AZ | 4,282 | 1,169 | 1,643 | 977 | 258 | 235 | 27.3 | 11.5 |
| Pittsburgh, PA | 2,351 | 482 | 780 | 685 | 187 | 217 | 20.5 | 17.2 |
| Portland-Vancouver-Beaverton, OR-WA | 2,207 | 533 | 836 | 604 | 129 | 106 | 24.1 | 10.6 |
| Providence-New Bedford-Fall River, RI-MA | 1,597 | 351 | 595 | 428 | 106 | 116 | 22.0 | 13.9 |
| Raleigh-Cary, NC | 1,089 | 285 | 443 | 272 | 52 | 37 | 26.2 | 8.1 |
| Richmond, VA | 1,226 | 289 | 466 | 326 | 77 | 68 | 23.6 | 11.8 |
| Riverside-San Bernardino-Ontario, CA | 4,116 | 1,174 | 1,679 | 851 | 208 | 204 | 28.5 | 10.0 |
| Rochester, NY | 1,034 | 230 | 377 | 286 | 71 | 70 | 22.2 | 13.6 |
| Sacramento-Arden-Arcade-Roseville, CA | 2,110 | 520 | 830 | 510 | 128 | 122 | 24.6 | 11.8 |
| St. Louis, MO-IL [1] | 2,817 | 678 | 1,005 | 768 | 188 | 178 | 24.1 | 13.0 |
| Salt Lake City, UT | 1,116 | 330 | 443 | 246 | 53 | 42 | 29.6 | 8.6 |
| San Antonio, TX | 2,031 | 561 | 780 | 470 | 115 | 105 | 27.6 | 10.8 |
| San Diego-Carlsbad-San Marcos, CA | 3,001 | 744 | 1,218 | 702 | 164 | 173 | 24.8 | 11.2 |
| San Francisco-Oakland-Fremont, CA | 4,275 | 924 | 1,629 | 1,183 | 278 | 261 | 21.6 | 12.6 |
| San Jose-Sunnyvale-Santa Clara, CA | 1,819 | 443 | 714 | 464 | 109 | 89 | 24.4 | 10.9 |
| Seattle-Tacoma-Bellevue, WA | 3,345 | 770 | 1,286 | 935 | 192 | 161 | 23.0 | 10.6 |
| Tampa-St. Petersburg-Clearwater, FL | 2,734 | 592 | 930 | 733 | 226 | 252 | 21.7 | 17.5 |
| Tucson, AZ | 1,012 | 239 | 366 | 253 | 75 | 79 | 23.6 | 15.2 |
| Tulsa, OK | 916 | 235 | 328 | 239 | 61 | 53 | 25.6 | 12.5 |
| Virginia Beach-Norfolk-Newport News, VA-NC | 1,658 | 412 | 647 | 409 | 102 | 88 | 24.8 | 11.4 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 5,358 | 1,300 | 2,079 | 1,440 | 311 | 228 | 24.3 | 10.1 |
| Worcester, MA | 784 | 185 | 290 | 213 | 47 | 49 | 23.6 | 12.3 |

[1] The portion of Sullivan city in Crawford County, Missouri, is legally part of the St. Louis, MO-IL MSA. Data shown here do not include this area.

Source: U.S. Census Bureau, USA Counties; <http://censtats.census.gov/usa/usa.shtml> (accessed 23 July 2009).