## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO ALL CASES | § § § § | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

### FLUOR ENTERPRISES, INC.'S MEMORANDUM ON MANUFACTURED HOUSING DEFENDANT <u>BELLWETHER PLAINTIFF NOMINEES</u>

### EXHIBIT "D"



| | | | |
|---|---|---|---|
| "Eric Lindstrom " <ELindstrom @cdklawfirm .com> 03/31/2010 04:59 PM | | To | <gmeunier@gainsben.com>, "Denise Martin" <dmartin@gainsben.com> |
| | | cc | "Tom Thagard" <TThagard@maynardcooper.com>, "LAMONT DOMINGUE" <lpd@volalaw.com>, <CPenot@midrid.com>, "ANDREW WEINSTOCK" |
| | | bcc | |
| | | Subject | FEMA Manufactured Housing Bellwether Plaintiff |

History:     This message has been replied to.

Palm Harbor agrees to the PSC's proposal to submit Kenneth Woods to the Court as the manufactured housing bellwether plaintiff.  As your email of yesterday noted, it appears that Palm Harbor will be the sole remaining manufactured housing defendant, and thus presumably the bellwether defendant.

Please let me know if I can assist you in making that submission to the Court.

Eric L. Lindstrom
Attorney/Mediator
Craddock Davis & Krause LLP
3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
214/750-3569 (direct)
214/750-3551 (fax)

**Contact me if you would like to schedule a mediation**

Important/Confidential: This message contains information from the law firm of Craddock Davis & Krause LLP, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately at our telephone number 214/750-3550.

 Please consider the environment before printing this email.

```
--
This email was Anti Virus checked by MRG Document Technology's
Security Gateway.
```