# Transcript of the Testimony of
# Edward Halie Shwery, Ph.D.

### Date taken: March 2, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

### **Note**
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT A

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Edward Halie Shwery, Ph.D.

Page 11

1    Q    Okay.  Before we get into the
2    details of the report, does the report
3    contain accurate and correct information
4    that you obtained both from Ms. Castanel and
5    from other sources?
6    A    It does.
7    Q    Do you have any changes to your
8    report at this time?
9    A    No.  The only thing is I have read
10   additional records, but it didn't change any
11   opinions.
12   Q    So it would be fair to say as we
13   sit here today the opinions in your report,
14   January 26, 2010, remain the same?
15   A    That's correct.
16   Q    And all the factual information
17   you obtained that is listed in your report,
18   January 26, 2010, remains the same?
19   A    It does.
20   Q    Okay.  We will attach the report
21   as Exhibit 3.
22        How many times did you see
23   Ms. Castanel?
24   A    Twice.
25   Q    Twice.  What was the reason for

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Edward Halie Shwery, Ph.D.

Page 12

1    the two visits?
2        A    Well, the first visit I got some
3    information, but I didn't finish it, and
4    then I scheduled her to come back.
5        Q    So was it necessary for a second
6    visit for purposes of obtaining complete
7    information?
8        A    Yes.
9        Q    All right.  Did you ask
10   Ms. Castanel to come back because you felt
11   like she needed an additional visit with you
12   from a psychological standpoint?
13       A    Yes.
14       Q    Oh, is that why?
15       A    Yes.
16       Q    I thought you were obtaining
17   additional information?
18       A    Well, isn't that the same thing?
19       Q    It may be.  You're the expert.
20   I'm just trying to find out.
21       A    I felt like I needed to interview
22   her some more after I finished the first
23   interview.
24       Q    Fair enough.  And maybe I didn't
25   ask a good question.  So you felt like you

Case 2:07-md-01873-KDE-MBN   Document 13303-2   Filed 04/16/10   Page 4 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)  Edward Halie Shwery, Ph.D.

Page 145

```
 1      A    No.
 2      Q    Do you know when Ms. Castanel
 3   first thought about or had concerns about
 4   getting cancer related to her breathing?
 5      A    No, I don't know when that began.
 6   She didn't disclose that to me the first
 7   visit.
 8      Q    In her deposition, Ms. Castanel
 9   testified, and her deposition was given in
10   early February, that she first had concerns
11   about getting cancer about three months
12   before her deposition.
13      A    So the fall of '09, I guess?
14      Q    October, November.
15      A    Yes, I do recall she said that.
16      Q    Did she say that to you?
17      A    No, I read it in her deposition.
18      Q    You read it in her deposition?
19      A    I think I did.  I can't remember
20   exactly, but it seems like that's what was
21   in there.
22      Q    Do you know if Ms. Castanel's fear
23   of cancer was from watching TV and news
24   stories about people living in FEMA
25   trailers?
```

Case 2:07-md-01873-KDE-MBN   Document 13303-2   Filed 04/16/10   Page 5 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Edward Halie Shwery, Ph.D.

Page 146

```
 1       A    I don't know the source of it.
 2       Q    So as we sit here today, you can't
 3   talk about why Ms. Castanel had a fear of
 4   cancer?
 5       A    No, just that it's been on her
 6   mind and it's part of the whole motivational
 7   system for her developing this anxiety
 8   around a specific medical condition.
 9       Q    So asking in the affirmative, as
10   you sit here today, you cannot say why
11   Ms. Castanel has a fear of cancer?
12       A    Correct.
13       Q    All right.  Going to the last page
14   of your report, I believe that's Page 8?
15       A    Yes.
16       Q    "Since living back in her home,
17   the intensity, frequency, and duration of
18   her anxieties diminished, but the increase
19   in sinus problems have caused her anxieties
20   to increase.  Her problems" --
21       A    And I should have said "relative
22   to the experience of sinus problems."  That
23   would have been clearer.
24       Q    That's your recollection?
25       A    No, as I read this, that's what I
```