**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER )<br>FORMALDEHYDE )<br>PRODUCT LIABILITY LITIGATION ) | **MDL NO. 07-1873** |
| ) | |
| ) | SECTION: N(5) |
| ) | |
| ) | JUDGE: ENGELHARDT |
| ) | MAG: Chasez |
| ) | |
| ) | |
| ) | |

<u>**PRELIMINARY AFFIDAVIT OF PATRICIA M. WILLIAMS, PH.D.DABT**</u>
<u>**IN THE TRIAL OF EARLINE MONROE CASTANEL**</u>

STATE OF LOUISIANA
PARISH OF ORLEANS

Before me, the undersigned notary on this day personally appeared Patricia M. Williams,

Ph.D. DABT, a person whose identity is known to me. After I administered the oath to

her, upon her oath she stated as follows:

    All statements contained herein are true and correct and based upon my personal
knowledge, education, and experience and I am a person of full age of majority,
competent to execute this affidavit.

**Section 1.0 – Expert Witness Qualifications**

**1.1** My qualifications as expert witness include the following:

**Board certification: Diplomate of the American Board of Toxicology**
**Tulane University, School of Medicine, Department of Anatomy, Ph.D., 1983.**
  **Major: Anatomy; Minor: Biochemistry**
**Louisiana State University in Baton Rouge; M.S. in Microbiology, 1975**
**Louisiana State University in Baton Rouge; B.S. in Medical Technology, 1966**
**Clinical Laboratory Scientist-Generalist, Louisiana License Number: G00023**
**Laboratory Director – CLIA Certification 19D0898394 (1993-2005)**

    I am board-certified in Toxicology and a Diplomate of the American Board of
Toxicology. I am a tenured Associate Professor and currently serve as Coordinator for



EXHIBIT
C

1
**CAST002002**

### 16.1 Mechanistic evidence

In October, 2009, the IARC Working Group reaffirmed the importance of mechanistic data. In its discussion in Part F, referring to Dioxin (2,3,7,8-TCDD), IARC classified Dioxin in Group 1 based on strong mechanistic evidence, and notes that now in 2009, there is sufficient evidence in humans. "This highlights the ability of mechanistic information to provide robust evidence of carcinogenicity and suggests that preventive actions can be taken without waiting for cancers to be observed in exposed humans. In referring to Formaldehyde, which in 2004 was classified in Group 1, data has confirmed formaldehyde as carcinogenic to humans. (IARC, 2009)

**"There is sufficient evidence in humans of nasopharyngeal carcinomas, and the Group 1 classification is also supported by strong mechanistic evidence. In addition, the epidemiological evidence on leukaemia has become stronger, and new mechanistic studies support a conclusion of sufficient evidence in humans. This highlights the value of mechanistic studies, which in only 5 years have replaced previous assertions of biological implausibility with new evidence that formaldehyde can cause blood-cell abnormalities that are characteristic of leukaemia development."** (IARC, 2009)

Biological plausibility depends upon existing knowledge about the mechanisms by which the disease develops. When biological plausibility exists, it lends credence to an inference of causality. The saliency of this factor varies depending on the extent of scientific knowledge about the cellular and subcellular mechanisms through which the disease process works. (Reference Manual on Scientific Evidence, Federal Judiciary Center, 2000)

### Section 17.0 Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes—Centers for Disease Control and Prevention, July 2, 2008

On August 28 and 29, 2005, Hurricane Katrina (Category 4) made landfall between New Orleans, Louisiana and Mobile, Alabama. Shortly thereafter on September 24, 2008 Hurricane Rita (Category 3) made landfall along the Texas-Louisiana border. Severe damage resulted to the homes of many families necessitating the provision of temporary housing by the Federal Emergency Management Agency (FEMA) to residents along the Gulf Coast. (CDC Report, July 2, 2008)

From December 21, 2007 to January 23, 2008, the Centers for Disease Control and Prevention assessed levels of formaldehyde in indoor air of a random sample (519) of occupied FEMA-supplied trailers. To evaluate levels of formaldehyde, investigators conducted a 1-hour continuous indoor air sample and sample measurements of indoor temperature and relative humidity. Investigators conducted a walk-through survey to observe the exterior and interior of the trailer, and administered a short questionnaire to

63

CAST002064

adult residents about occupant demographics and trailer characteristics. (CDC Report, July 2, 2008)

The word **"trailers"** in the CDC report refers collectively to travel trailers, park models, and mobile homes. Mobile homes are manufactured homes wider than 8 feet or longer than 40 feet for an area greater than 320 square feet. They are built on permanent chassis, contain plumbing, heating, air-conditioning, and electrical systems.   They are designed for use as permanent dwellings.  Mobile homes are defined and regulated by the US Department of Housing and Urban Development (HUD). Park models are manufactured homes of 320-400 square feet administrative exempted from HUD formaldehyde standards.  Park models may be regulated by transportation authorities and by manufacturer acceptance of a voluntary American National Standards Institute standard applying to their construction.  Travel trailers are wheel-mounted trailers designed to provide temporary living quarters during periods of recreation, camping, or travel.   Travel trailers generally have size limits, such as 8 feet wide and 40 feet long, for an area less than 320 square feet.  Travel trailers generally are considered vehicles rather than structures and are regulated by state transportation authorities rather than by housing authorities. (CDC Report, July 2, 2008)

Formaldehyde in homes is a longstanding issue.  Formaldehyde is frequently used in plywood, fiberboard, resins, glues, carpets, and several other construction components. Prior to 1982, urea foam formaldehyde insulation was used in many homes.  In the past, pressed wood products often contained urea-formaldehyde resins.  Today many pressed wood products are constructed with phenol-formaldehyde products, commonly known as exterior-grade products.  (CDC Report, July 2, 2008)

Temperature, relative humidity (RH), ventilation, and age of house also contribute to differences in measured formaldehyde levels.  In longitudinal studies, formaldehyde emission rates were nearly constant over the first 8 months after construction, and then began to decline, suggesting that formaldehyde off-gassing continues for extended periods but decreases with the age of the home.  Studies also show that older homes have lower formaldehyde levels than do newer homes.  (CDC Report, July 2, 2008)

The geometric mean of formaldehyde level for all trailers sampled was 77 ppb with a range of 3 to 590 ppb.  The geometric mean formaldehyde level was 81 ppb for travel trailers, 44 ppb for park models, and 57 ppb for mobile homes.  In all three trailer types, some trailers had formaldehyde levels greater than or equal to 100 ppb.  Mobile homes and travel trailers each had levels greater than or equal to 300 ppb.  The samples were taken during the winter months.  Formaldehyde levels during the winter may not represent summer levels.  (CDC Report, July 2, 2008)

Survey of occupant activities revealed the use of air conditioning in 71%, heat in 56%, and space heaters in 44% of the trailers.  For 34% of trailers, residents reported someone had smoked in the trailer within 2 weeks before the sampling.  Eighty-one percent of respondents cooked in their trailers.  Pets were present in 25% of trailers, with dogs

CAST002065