# In The Matter Of:

*In re: FEMA Trailer Formaldehyde Liability Litigation*
*Castanel, et al. vs. Recreation By Design, LLC, et al.*

*Lawrence G. Miller, M.D., M.P.H.*
*March 11, 2010*

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*Videoconference Center*
*50 Franklin Street, Boston, MA 02110*
*Phone: (617) 426-2432*

Original File MILLER.txt
Min-U-Script® with Word Index



EXHIBIT D

Lawrence G. Miller, M.D., M.P.H. - March 11, 2010

90

1  Q. Do you know the level of formaldehyde that
2  was in Ms. Castanel's trailer?
3  A. I do not.
4  Q. And as you testified earlier, you don't
5  feel like you need any additional information to
6  provide opinions in this case?
7  MR. TORRY: Objection to the form.
8  A. If I said that, that's certainly not what I
9  intended. I would, again -- if more information
10 becomes available, I would certainly want to review
11 it.
12 Q. As you sit here today, you don't know what
13 the level of formaldehyde was in Ms. Castanel's
14 trailer?
15 MR. TORRY: Objection to the form.
16 A. Again, what I -- specifically, no. I've
17 discussed the level in FEMA trailers in general in
18 this report.
19 Q. And you offered opinions in your report
20 regarding Ms. Castanel's condition and its
21 relationship to formaldehyde in her trailer without
22 knowing the level of formaldehyde in her trailer,
23 correct?
24 A. Correct.

Lawrence G. Miller, M.D., M.P.H. - March 11, 2010

113

1  Q. When is the first time you went to New
2  Orleans after Hurricane Katrina?
3  A. A year or two after. I don't remember
4  exactly when.
5  Q. So what was the purpose of your visit a
6  year or two after?
7  A. I flew into the airport.
8  Q. Did you stay in New Orleans any length of
9  time for that visit?
10 A. I don't think so. I think -- my wife's
11 family lives north of New Orleans. I think we just
12 went directly there on that first trip.
13 Q. Where does your wife's family live?
14 A. Some live in Tylertown, Mississippi, some
15 in McComb, Mississippi.
16 Q. Did you spend any time in New Orleans -- by
17 any time, more than a day -- in New Orleans when you
18 made that trip a year or two after Katrina?
19 A. We go down there regularly, and I lose
20 track on what we do on each trip. I think the first
21 time we didn't. I believe the second time we went
22 down, we probably did spend some time in New
23 Orleans.
24 Q. The second time you went down to New

Lawrence G. Miller, M.D., M.P.H. - March 11, 2010

114

1  Orleans and spent some time there, when was that?
2      A.   I can't tell you the exact date.  It's a
3  couple -- a couple of years ago.
4      Q.   Would that have been 2008, 2009?
5      A.   You know, I don't -- more likely 2008, but
6  as I mentioned, we're down there several times a
7  year.
8      Q.   Do you know anything about the smell that
9  was in neighborhoods after Katrina?
10     A.   I read about it in the newspapers, but I
11 don't know anything beyond that.
12     Q.   Do you have any firsthand experience about
13 the smell that was in neighborhoods after Katrina?
14     A.   I do not.
15     Q.   Did you know, beyond what you read in the
16 papers, that there were damaged properties all over
17 the city after Katrina?
18     A.   Well, we could even see them -- again, I
19 don't recall the exact date of the visit.  We could
20 see some of it, but mostly what I read in the
21 newspapers.
22     Q.   When you did go down to New Orleans for
23 that visit a few years ago, did you notice any
24 smells in the neighborhoods from damaged properties?