Case 2:07-md-01873-KDE-MBN   Document 13303-6   Filed 04/16/10   Page 1 of 3

# Transcript of the Testimony of
# Videotaped Deposition of Carter Paddock, M.D.

### Date taken: January 18, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**ORIGINAL**



EXHIBIT E

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Carter Paddock, M.D.

Page 25

1  her scalp and uses rollers in her hair.
2         Her general health, mainly she
3  said she was a very nervous person. The
4  medications at the time were Limbitrol and
5  Polaramine. We asked if she was allergic to
6  anything and she said no.
7         Our examination at that time
8  showed a mild erythema and scaling of the
9  scalp, and there was some diffuse thinning,
10 alopecia of her temple area.
11      Q.   What does that mean, in the temple
12 area?
13      A.   The temple of her scalp?
14      Q.   No, that medical term --
15      A.   Alopecia means a balding.
16      Q.   Okay. And the next visit is --
17      A.   We're still on the same visit.
18 Our impression at that time was a problem
19 called seborrhea dermatitis, which you will
20 hear quite often in the treatment of Ms.
21 Castanel.
22         Seborrhea dermatitis, for your
23 information, is a very common skin
24 condition, sort of inherent in nature, it
25 can cause a redness, a scaling, perhaps some

Case 2:07-md-01873-KDE-MBN   Document 13303-6   Filed 04/16/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Carter Paddock, M.D.

Page 34

```
 1      Q.   And the next visit after that, it
 2   looks like January 25, 1994?
 3      A.   Yes.  We were jumping up on about
 4   three years.  So we kind of asked about her
 5   general health.  She said she was still
 6   nervous.  She was on an antibiotic at that
 7   time called doxycycline.  I don't recall
 8   what she was on it for.  It was not given to
 9   her by me.  We went over her allergies, we
10   always go over some general background when
11   we haven't seen someone in a number of
12   years.  She told me she was allergic to
13   penicillin and sulfur.  The main thrust of
14   the visit, her chief complaint was irritated
15   growths around her neck.
16      Q.   And what does that mean in
17   layman's terms?
18      A.   Irritated growths around her neck?
19      Q.   That might be the layman's terms.
20      A.   Skin tags is what she had.
21   Acrochordon would be the medical term.
22          (Brief discussion between reporter and
23   witness off the record.)
24          She also had a cyst, a
25   1-centimeter cyst on the back of her neck.
```