# Transcript of the Testimony of
# Videotaped Deposition of Alan Bowers, M.D.

### Date taken: January 13, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**ORIGINAL**


EXHIBIT F

Case 2:07-md-01873-KDE-MBN   Document 13303-7   Filed 04/16/10   Page 2 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Alan Bowers, M.D.

Page 14

1   or three months after I started practicing here.
2   Q.   The first date as far as your
3   treatment of Ms. Castanel at this facility at
4   this group I have is October 21st, 2003; is that
5   correct?
6   A.   Yes, sir.
7   Q.   All right.  Do you have an estimate
8   of when you started treating Ms. Castanel when
9   you were with Methodist?
10  A.   I would say probably around 2000.
11  Q.   Roughly 2000.  Now, I looked through
12  your medical records.  I didn't see a medical
13  questionnaire.  If you had already been treating
14  Ms. Castanel at Methodist, would it be fair to
15  say you didn't require her to fill out a
16  questionnaire for her treatment with you here?
17  A.   No.  All that -- she would have been
18  a new patient to this practice group and she
19  would have had to follow the same procedure all
20  other patients do whenever they become
21  established with us.
22  Q.   Do you have a medical questionnaire
23  in your notes?
24  A.   I don't.  I have a copy of the same
25  thing that you do.

Case 2:07-md-01873-KDE-MBN Document 13303-7 Filed 04/16/10 Page 3 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Alan Bowers, M.D.

Page 32

1  Q.  And what were her complaints?
2  A.  She came in with a cold and was also
3  here to have her blood pressure checked.
4  Q.  And what were the symptoms that she
5  had with that cold?
6  A.  Well, she was complaining of some
7  fatigue, fever, night sweats, malaise and some
8  flu-like symptoms and some weight loss.  She did
9  report that she was having a yellow nasal
10 discharge and she was coughing some discolored
11 sputum and a large amount of it and she was
12 complaining of anxiety and depression and
13 nervousness which were some chronic complaints
14 for her.
15 Q.  The anxiety, depression and
16 nervousness you described as chronic, and I did
17 see repeated references to those symptoms, did
18 Ms. Castanel have an ongoing problem with this
19 nervousness and depression in 2004, 2005?
20 A.  I think Ms. Castanel has always had
21 an issue with anxiety.  She would be what most
22 people call a high strung person.
23 Q.  That's fair.  And do you remember if
24 she had those nervousness issues and depression
25 issues when you treated Ms. Castanel at

Case 2:07-md-01873-KDE-MBN   Document 13303-7   Filed 04/16/10   Page 4 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Alan Bowers, M.D.

Page 35

1    the hurricane?
2        A.    Yes.
3        Q.    And some of the family problems she
4    was having?
5        A.    Yes, sir.
6        Q.    Did Ms. Castanel mention any other
7    reasons that she thought she was feeling this
8    depression on March 29th, 2006?
9        A.    I think that pretty much covered it.
10       Q.    Yes, sir. And you -- with your
11   specific recollection, that's your recollection
12   as well that her depression and her emotions
13   were related to her loss from the hurricane?
14       A.    Yes, sir.
15       Q.    Let's see, what were her symptoms on
16   this date?
17       A.    Well, she visibly was moved to tears
18   in my presence and she reported that she cried
19   at the drop of a hat. She wasn't able to sleep.
20   She was constantly having worried thoughts. She
21   still maintained her appearance and her hygiene
22   and she was not reporting any forgetfulness.
23   She was very oriented to what was supposed to be
24   happening, and she wasn't having any abnormality
25   in her thought processes.

Case 2:07-md-01873-KDE-MBN   Document 13303-7   Filed 04/16/10   Page 5 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Videotaped Deposition of Alan Bowers, M.D.

Page 57

1  BY MR. GARRISON:
2      Q.   And Ms. Castanel, you've already
3  described her as vigilant in her medical
4  treatment and her appointments and her
5  personality.  She's very open.  Is she very
6  talkative with you as her physician?
7      A.   Yes.
8      Q.   Did you find during the course of
9  your treatment with Ms. Castanel -- of Ms.
10 Castanel since 2000 was she a good historian?
11     A.   Yes.
12     Q.   Did you find that she provided good
13 specific factual information regarding the onset
14 of her symptoms?
15     A.   I think she is a very detail-oriented
16 person and she is very capable in her
17 description of her symptoms.
18     Q.   Did Ms. Castanel ever say anything to
19 you during the time you treated her since 2006
20 about her FEMA trailer causing any of her
21 symptoms?
22     A.   Never once.
23     Q.   If Ms. Castanel would have said that
24 she thought that some of her symptoms were being
25 caused by her FEMA trailer, would you have made

Case 2:07-md-01873-KDE-MBN   Document 13303-7   Filed 04/16/10   Page 6 of 6

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)     Videotaped Deposition of Alan Bowers, M.D.

Page 58

```
 1   that notation in your records?
 2        MR. REICH:
 3             Object to the form.
 4        THE WITNESS:
 5             I usually try to write exactly what
 6   the patient's primary complaint is as they speak
 7   it.
 8   BY MR. GARRISON:
 9        Q.   Has Ms. Castanel ever said to you
10   that she believes exposure to formaldehyde may
11   have caused some of her symptoms?
12        A.   No, sir.
13        Q.   With respect to Ms. Castanel's
14   overall health, how would you describe her
15   health?
16        A.   I think her health is good.
17        Q.   The office notes we just went through
18   went from October of 2003 until last week and
19   Ms. Castanel treated on a consistent basis,
20   would that be fair to say?
21        A.   Yes, sir.
22        Q.   Did you see any changes in Ms.
23   Castanel's condition, significant changes during
24   that time period from 2003 to last week?
25        A.   No, I can't say that I did.
```