# Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams

**Date taken: July 7, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT H

1   formaldehyde can cause respiratory tract
2   cancers so it's not just nasopharyngeal.
3   It's lumped all of them together.
4           Yes, there are multiple studies,
5   each looking at different measures of
6   exposure that come up with the same answer
7   that, yes, it is a cause and effect
8   relationship between formaldehyde and upper
9   respiratory tract cancers.
10  EXAMINATION BY MR. WEINSTOCK:
11      Q.   Between formaldehyde at an
12  exposure level of 40 parts per billion?
13      A.   There are studies at -- there is a
14  study at 40 parts per billion.  There are
15  other studies at other points, but as low as
16  40 parts per billion based on this study,
17  yes.
18      Q.   I'm not asking you to go with one
19  study or not.  I'm asking as the person that
20  reviewed this study, these studies, what
21  level are you comfortable opining
22  nasopharyngeal cancer can be caused by what
23  level of formaldehyde?
24      A.   Well, I don't think I limited
25  myself to a specific level.  I think that

1   the evidence in the literature from
2   epidemiological studies puts it as low as 40
3   parts per billion.  But that's not the only
4   studies that we have that give a numerical
5   measure of exposure.
6           So I'm not going to limit it to
7   just the particular parts per billion, but
8   that is a level that is documented to have
9   an increased risk of upper respiratory tract
10  cancer.
11       Q.  I just want to make sure I'm clear
12  here.  Are you saying you will not
13  articulate a specific level at which the
14  epidemiological evidence is sufficient to
15  say that level of formaldehyde exposure
16  causes nasopharyngeal cancer?
17       MR. PINEDO:
18           Objection; form.
19       THE WITNESS:
20           No.  I'm saying that we have
21  evidence as low as 40 parts per billion that
22  you can have either the increased
23  observation of increased upper respiratory
24  tract cancers or the DNA-protein complex
25  breaks.  That is my opinion.

1      Q.   And I want to focus on, not on the
2   DNA mechanism studies, on the pure
3   epidemiology cohort or case control studies.
4   On the basis of any of those studies, would
5   40 parts per billion exposure to
6   formaldehyde be sufficient to cause
7   nasopharyngeal cancer, in your opinion?
8      A.   In my opinion -- well, my opinion
9   is based on all of the studies as well as
10  the mechanistic studies.  So my opinion, if
11  you want my causal opinion, you have to look
12  not just at epi studies, you have to look at
13  the mechanistic studies, the consistency,
14  the strength of association of both of those
15  as well as all the other parameters, the
16  biological gradient, the dose response.
17  When you ask me for my opinion, I'm not
18  going to base an opinion just on an
19  epidemiological study.
20     Q.   That's a fair response.  You are
21  correct.  Based on everything you have
22  reviewed, at what level of exposure to
23  formaldehyde is it more likely than not that
24  nasopharyngeal cancer can develop?
25     A.   Well, I haven't given that in my

1   opinion.  What I have given in my opinion
2   that it can cause upper respiratory tract
3   cancers.  I will say that based upon the
4   review of the literature we see as low as 40
5   parts per billion, we see associations with
6   the formation of the cancer or of the
7   damage, the DNA-protein complexes or the
8   micronuclei which -- all of the components
9   that can cause the mutation -- do cause the
10  mutation in the cell.  That is my opinion.
11  I'm not giving a specific opinion.
12       Q.   You are not giving a specific
13  level in your opinion?
14       A.   I'm not giving -- in specific
15  causation the person who's going to make
16  specific causation will have to go back to
17  literature and use some of these parameters
18  with what he knows that particular claimant
19  is exposed to.  I am not into the business
20  of specific causation for this.  I'm into
21  the business of can this cause upper
22  respiratory tract cancer.  Yes, I want to
23  know the concentrations because I want to
24  know, and -- but I made -- my opinion is
25  general causation.

Page 131

1    Q.   If you were exposed to 40 parts
2    per billion of formaldehyde, is it more
3    likely than not that you will develop any of
4    these cancers?
5         MR. D'AMICO:
6              Object to the form.
7         THE WITNESS:
8              Yeah, that's risk assessment. And
9    I'm not here to testify on probabilities and
10   risk assessment. This is hard science.
11   Risk assessment is based on assumptions and
12   that's what you are asking and I don't do
13   risk assessment, for that reason. It's not
14   hard science.
15   EXAMINATION BY MR. WEINSTOCK:
16        Q.   Doctor, saying I don't have an
17   opinion on that is fine by me.
18        A.   I will not give an opinion on risk
19   assessment. That is not acceptable.
20        Q.   Or that. That's a fine answer
21   too. So as we sit here today, if I
22   understand correctly, you have not
23   formulated an opinion in your mind as to
24   what level is necessary to cause any of
25   these cancers, what level of formaldehyde

1   exposure; is that correct?
2       A.   I have scientific evidence as to
3   what levels individuals were exposed to
4   where there was an increased risk of cancer.
5   I'm with general causation which says, given
6   the scientific data, given the scientific
7   evidence, can formaldehyde cause upper
8   respiratory tract cancers.  Yes, based on
9   everything, not just epi, mechanistic,
10  everything, all of the information that I
11  have studied, all of the different
12  components, considerations that are required
13  to look at, the answer is my opinion is
14  formaldehyde can cause upper respiratory
15  tract cancers.
16      Q.   Can formaldehyde at one molecule
17  cause upper respiratory cancer?
18      A.   Well, you are talking about
19  theoretically.  You always as a
20  toxicologist, you want to know molecularly
21  what is the ultimate toxicant and that is --
22  when you are talking about molecular cause
23  of cancer you must consider the molecular
24  basis, which is what is the ultimate
25  toxicant and how does the ultimate toxicant