# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

## Date taken: February 10, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 5

1  cancer?
2      A    After I started seeing that on
3  television and just hearing people talk.  I
4  mean, you know, no one special talked to me,
5  but just hearing the news and things, then I
6  started worrying, especially since I was
7  getting worse and worse with my sinus.
8      Q    And when was this that you started
9  to worry about cancer?
10     A    Oh, that's been at least about
11 four months now, three, four months I been
12 worrying about it.
13     Q    So --
14     A    It's been so bad, I started
15 worrying about it.
16     Q    Yes, ma'am.  So you started
17 worrying about cancer about three or four
18 months ago?
19     A    Yes.
20     Q    And is that the first time you
21 started worrying about cancer?
22     A    I would worry, wondering if I was
23 going to get well and this would pass me,
24 but when I hear it on the television and the
25 news, then I start worrying more.

Page 138

1    Q    When you hear what?
2    A    About the cancer and the
3    formaldehyde and all of that, I start
4    worrying more.
5    Q    All right.  Have you read anything
6    about formaldehyde and cancer?
7    A    I just listen to the news.
8    Q    The news on TV?
9    A    Yes.
10   Q    Has anybody told you about cancer
11   and formaldehyde?
12   A    No, I didn't talk to no one about
13   that.
14   Q    Have you mentioned to any doctors
15   that you worry about cancer from
16   formaldehyde?
17   A    No, I didn't tell them.  I just
18   worry myself.  I just be worried.
19   Q    I understand.  In the last month,
20   have you worried less about getting cancer?
21   A    No.  I worry more, because my
22   sinus been bugging me more.
23   Q    Yes, ma'am.  And you mentioned
24   your son passed a few years ago.  What
25   caused him to die?