# Transcript of the Testimony of
# Edwin Peter Ganier

### Date taken: April 1, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT K

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Edwin Peter Ganier

Page 55

```
1     in there?
2        A    Yes.
3        Q    And you all ran the electricity
4     while you were living in the trailer?
5        A    Yes.
6        Q    Has Ms. Castanel ever mentioned
7     any fear of cancer to you?
8        A    Yes.
9        Q    When did she mention that?
10       A    Since her son died of cancer.
11       Q    When did he die?
12       A    I don't remember.
13       Q    The son died before Hurricane
14    Katrina, correct?
15       A    Oh, yes.
16       Q    So Ms. Castanel --
17       A    At least 10 years, 10, 12 years
18    ago.
19       Q    So after Ms. Castanel's son died
20    of cancer, she started talking to you about
21    fear of cancer?
22       A    Yes.
23       MR. GARRISON:
24            I think that's all I have.
25            Karen, do you have any questions?
```