# Transcript of the Testimony of
# Alexis Mallet, Jr.

**Date taken: March 2, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT A

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)　　　　　　　　　　　　　　　Alexis Mallet, Jr.

Page 15

```
 1      Q.   So as of the end of last week,
 2   would this reflect all of the work that your
 3   company has done in the Earline Castanel
 4   matter?
 5      A.   Yes, sir, except for the invoices
 6   of our engineers and testing people.  They
 7   are not in there because we have not been
 8   invoiced yet.
 9      Q.   You anticipated my question, like
10   you were doing a minute ago.  You don't have
11   the invoices of some of the consultants that
12   you relied upon as part of your report,
13   correct?
14      A.   I do not.
15      Q.   Whose invoices do you anticipate
16   receiving?
17      A.   David Moore, Freyou, Moore &
18   Associates; Ervin Ritter with Ritter
19   Consulting Engineers; Paul LaGrange with
20   LaGrange Consulting.
21           I think that is all.
22      Q.   Does Stephen Smulski bill through
23   your office?
24      A.   No, sir.
25      Q.   You told me David Moore, Ervin
```

Case 2:07-md-01873-KDE-MBN Document 13304-2 Filed 04/16/10 Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)  Alexis Mallet, Jr.

Page 16

```
 1   Ritter and Paul LaGrange?
 2        A.   Yes, sir.
 3        Q.   I take it that would include any
 4   personnel and -- people in their businesses
 5   would be included on their invoices that
 6   they send to you; is that correct?
 7        A.   Yes, sir.
 8        Q.   It is my understanding from your
 9   past depositions that you coordinate the
10   services of these individuals in preparing
11   your expert report; is that correct?
12        MR. PINEDO:
13             Objection, form.
14        THE WITNESS:
15             I coordinate all of the
16   individuals in the data gathering phase and
17   put the work together.
18   EXAMINATION BY MR. MULCAHY:
19        Q.   They perform work at your request,
20   and they invoice you; is that correct?
21        A.   Yes, sir.
22        Q.   And then you invoice your total
23   amount, including whatever they bill you, to
24   the plaintiffs' counsel; is that correct?
25        A.   Yes, sir.
```

Case 2:07-md-01873-KDE-MBN   Document 13304-2   Filed 04/16/10   Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)　　　　　Alexis Mallet, Jr.

Page 60

```
 1      A.   No, sir.
 2      Q.   You didn't do any formaldehyde
 3  testing in the Castanel unit, correct?
 4      A.   No, sir.
 5      Q.   You never designed a travel
 6  trailer; is that correct?
 7      A.   Never designed?  No.
 8      Q.   Have you ever constructed a travel
 9  trailer?
10      A.   Not from scratch.  We have
11  restored, repaired many travel trailers over
12  the years.
13      Q.   You never manufactured a travel
14  trailer?
15      A.   No.  It is easier to manufacture
16  than it is to pull one apart and put it back
17  together.
18      Q.   How do you classify your
19  professional services?
20      MR. PINEDO:
21           Object to the extent this has
22  already been addressed in prior depositions.
23      THE WITNESS:
24           As a construction specialist.
25  EXAMINATION BY MR. MULCAHY:
```