**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

|  |  |  |
|---|---|---|
| | * | |
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY** | * | **SECTION "N-5"** |
| **LITIGATION** | * | |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAG. JUDGE CHASEZ** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| ***EARLINE CASTANEL, ET AL v .*** | * | |
| ***RECREATION BY*** | * | |
| ***DESIGN, LLC, SHAW*** | * | |
| ***ENVIRONMENTAL, INC.,*** | * | |
| ***and UNITED STATES OF AMERICA*** | * | |
| ***THROUGH THE FEDERAL*** | * | |
| ***EMERGENCY MANAGEMENT*** | * | |
| ***AGENCY,*** **NO. 09-3251** | * | |

**************************************************************************

**MEMORANDUM IN SUPPORT OF RECREATION BY DESIGN, LLC'S MOTION *IN LIMINE* REGARDING PLAINTIFF'S ANIMATION EXHIBIT**

**MAY IT PLEASE THE COURT:**

    **NOW INTO COURT,** through undersigned counsel, comes defendant Recreation By

Design, LLC ("RBD"), who respectfully submits this memorandum in support of its Motion

Regarding Plaintiff's Animation exhibit.[1]

## BACKGROUND

This action stems from Plaintiff's alleged exposure to formaldehyde while residing in a travel trailer provide by FEMA as emergency housing.  Trial in this matter is scheduled to commence on Monday, May 17, 2010. The deadline for all parties to file Final Exhibit and Witness List was April 14, 2010.  Entry 157 on the Plaintiff's Final Exhibit List reads as follows, "Animation created by C4 Animation - Reagan Johnson."[2]  Entry 62 on the Plaintiff's Final Witness List states, "Reagan Johnson - C4 Animation."[3]  Despite including an animation exhibit on her Final Exhibit List and the creator of the animation on her Final Witness List, to date, Plaintiff has not produced a copy of the animation to the defense.  Thus RBD has not had the opportunity to determine the nature of the proposed animation.[4]

RBD is therefore, out of an abundance of caution, filing the instant Motion in order to preserve its right to challenge the use of the Plaintiff's proposed animation at trial, once it has been produced.

## CONCLUSION

RBD respectfully requests that the Court enter an Order allowing it to file a Motion in Limine to Exclude Plaintiff's Animation Exhibit after the April 16, 2010 deadline to file all such motions.

---

[1] As the Court and parties are familiar with the factual/procedural background of this matter, reference is made here to the background as set forth in Recreation by Design, LLC's Memorandum in Support of Motion for Summary Judgment Regarding Prescription R. Doc. 9722).

[2] See. R. Doc. 13276.

[3] See R. Doc. 13277.

[4] Per the Trial Scheduling Order entered in this matter, the deadline for all Parties to file Motions in Limine is April 16, 2010.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591

3