# Respiratory Health Effects Associated with Residential Exposure to Formaldehyde

Gerald McGwin, Jr., M.S., Ph.D.

January 28, 2010

_____          1/28/10
Gerald McGwin, Jr., M.S., Ph.D.          Date

Gerald McGwin, Jr., M.S., Ph.D
Suite 120, 1922 7th Avenue South, Birmingham, AL 35294
205-975-3036



CAST002228

## I. Background and Objective

Formaldehyde is a colorless, strong smelling gas. The general public is exposed to formaldehyde via a number of sources. It is found in a number of products including particle board, household products, fabrics, glues and adhesives, plywood, fiberboard and paper product coatings. It is also used as a preservative, industrial fungicide, germicide and disinfectant. Certain occupations, such as industrial workers, laboratory technicians, health care professionals and mortuary workers, have higher levels of formaldehyde exposure compared to the general public. The International Agency for Research on Cancer classifies formaldehyde as a human carcinogen having been linked to an increased risk of nasopharyngeal cancer. It has also been associated with an increased risk of other types of cancer (e.g., leukemia). The acute, short-term health effects of formaldehyde exposure are well known and include burning and watery eyes, nose and throat irritation, coughing, wheezing, and nausea; dermal exposure is associated with skin irritation. It has been suggested that health effects occur at levels above 0.1 parts per million (ppm), which is the indoor air level currently recommended in the European Union. In the United States, the legal occupational limit for short-term (i.e., less than 15 minutes) formaldehyde exposure is 2 ppm, and the long term limit (i.e., more than 15 minutes) is 0.75 ppm. In contrast, NIOSH suggests that exposure be limited to much lower levels: 0.016 ppm (long term) and 0.1 ppm (short term). Residential formaldehyde levels depend upon a variety of home and occupant characteristics including the age of the home, building products, ventilation systems, furnishings, method of heating, and whether the occupant(s) smoke. Seasonal and climatic factors also play a role; formaldehyde levels tend to be higher in the summer and with increased humidity.

The objective of this report is to review and summarize the published epidemiologic literature regarding the adverse health effects, specifically respiratory, associated with residential formaldehyde exposure in adults. To accomplish this objective potentially relevant epidemiologic studies were identified using standard tools (e.g., PubMed) and subsequently reviewed. Potentially relevant manuscripts were those that contained information on residential quantitative formaldehyde measurements as well as information regarding respiratory health effects among residents. Publications describing non-observational (i.e., experimental) research as well as those describing research focused on occupational settings were not considered in this review; publications specific to formaldehyde exposure in children were also excluded. Literature reviews and commentaries were also not considered unless they described primary research findings for which the original manuscript was not obtainable.

## II. Personal Information

My opinions offered herein are to a reasonable degree of scientific certainty and based upon:

### A. Education

I hold a Ph.D. degree in epidemiology from the University of Alabama at Birmingham (1998), an M.S. degree in Health and Social Behavior from Harvard University (1995) and a B.S. degree in human development from the University of Vermont (1993).

CAST002229

### B. Experience

I am currently a Professor and the Vice Chair in the Department of Epidemiology at the University of Alabama at Birmingham School of Public Health. I hold secondary appointments in the Departments of Ophthalmology and Surgery at the University of Alabama at Birmingham School of Medicine.

My research interests include injury epidemiology and ophthalmic epidemiology though I also work in the areas of systemic lupus erythematosus and epidemiologic methods. I regularly present the results of my research at other institutions and at national epidemiology, ophthalmology and trauma care meetings.

I have authored or co-authored over 300 peer reviewed manuscripts. I am an Associate Editor for the *American Journal of Epidemiology* and regularly review manuscripts for over a dozen clinical, public health and epidemiology journals.

I serve as a grant reviewer for the National Institutes of Health among other local, national and international organizations.

I currently teach three courses a year, two of which are Ph.D. level courses focused on the design and analysis of case-control and cohort studies; I also teach an introductory course on the principles of epidemiology.

I have conducted prior research on the health effects of formaldehyde exposure (McGwin et al., 2009).

### III. Epidemiology and Causality

Epidemiology is the study of the distribution and determinants of diseases in populations. Epidemiology can be descriptive, for example, quantifying the rate of lung cancer in a defined population or it can be etiologic, investigating risk factors for lung cancer. Epidemiologists collect information on disease occurrence (or lack thereof) and potential risk factors of interest (often called exposures) using a variety of valid, reliable, and reproducible techniques. How and which of these techniques are employed is governed by the application of specific study designs in conjunction with careful consideration of the disease in question, specifically issues related to natural history. Specific hypotheses of interest are tested using statistics that are selected and applied with consideration of the specific study design being utilized. Though diverse, nearly all such statistical analyses have a common goal of quantifying the existence of an association between a specific risk factor and disease. However, the interpretation of a quantified exposure-disease relationship must be done in light of any potential threats to a study's validity. Flaws in a study's design or analysis can introduce specific biases that can obscure a relationship when one truly exists and vice versa. Establishing whether a hypothesized exposure-disease association reflects a true cause-effect relationship requires a diversity of information and the results of epidemiologic studies represent one, albeit important, such element.

CAST002230

## IV. Formaldehyde Exposure and Respiratory Health Effects in Largely Adults Populations

Table 1 summarizes nine peer-reviewed epidemiologic studies regarding the relationship between residential formaldehyde exposure and respiratory problems in adults that have been published from 1980 to date. It should be noted that the manuscripts by Broder et al. (1988a, 1988b, 1991) present results from the same study. The majority of studies were cross-sectional in nature and conducted in the United States; approximately half focused, or provided data, on mobile homes specifically. Study participants were, on average, in their early 30s to late 40s. There was marked variation in sample sizes, which ranged from less than 100 participants to greater than 2,000. There was also a wide range of formaldehyde exposure levels. All of the studies used self-report to define respiratory problems, though the specific problems varied across studies (e.g., nasal irritation, cough). A small number of studies obtained objective measures of respiratory function. Most studies also measured other, non-respiratory, health symptoms (e.g., ocular irritation, skin rash).

Hanrahan et al. (1984) selected a random sample of mobile homes from across the state of Wisconsin and collected indoor formaldehyde samples in two locations (bedroom and kitchen or living room). Teenage and adult occupants completed health questionnaires without knowledge of the formaldehyde test results. Approximately one-third of residents reported respiratory irritation (i.e., running nose, sore throat, coughing) which was the most commonly reported symptom. However, only ocular symptoms (i.e., burning eyes, eye irritation) demonstrated a statistically significant association with formaldehyde levels. The quantitative results for respiratory symptoms are not provided thus it is not possible to determine whether an association might still exist; the lack of statistical significance owing to the small sample size.

Norsted et al. (1985) evaluated the relationship between health symptoms and formaldehyde exposure in a sample of mobile homes in Texas that had requested formaldehyde monitoring through the Texas Department of Public Health. The authors state the formaldehyde levels were measured throughout the home though the exact locations were not described. Information regarding respiratory and other symptoms was obtained based upon direct accounts from residents. The most common symptoms were respiratory discomfort and ocular irritation, the prevalence of which increased with increasing formaldehyde levels.

In a similar study Ritchie et al. (1987) investigated formaldehyde exposure and health complaints in both conventional and mobile homes in Minnesota. Formaldehyde measurements were taken in two rooms, most commonly the bedroom and living room, which were then averaged for analytical purposes. A symptom questionnaire was administered to residents who did not have knowledge of their formaldehyde test results. Four health effects were ultimately analyzed including eye irritation, nose and throat irritation, headaches and skin rash. All of these symptoms demonstrated a positive dose-response relationship with formaldehyde levels. This was true for both conventional and mobile homes and could not be explained by smoking status.

Broder et al. (1988a, 1988b) compared acute and sub-acute health effects in a group of homes insulated with urea formaldehyde form insulation (UFFI) with a group of "control" homes, presumably without such insulation, in Toronto, Canada. The study also had a longitudinal

Table 1. Summary of published epidemiologic studies on residential formaldehyde exposure and respiratory problems in adults

| Reference | Year | Study Design[†] | Location | Setting | Ave. Participant Age | Sample Size | Formaldehyde Level (μg/m3) (min., max.) | Respiratory-Related Outcome Measure(s) | Statistically Significant |
|---|---|---|---|---|---|---|---|---|---|
| Hanrahan et al. | 1984 | XC | Wisconsin, USA | Mobile homes | 48 | 61 | 197 (<123, 980) | Self-reported respiratory irritation | No |
| Norsted et al. | 1985 | XC | Texas, USA | Mobile homes | NA | 443[‡] | NA (0, >5,000) | Self-reported respiratory symptoms | No |
| Ritchie et al. | 1987 | XC | Minnesota, USA | Mobile & Conventional homes | NA | ~2,000 | NA (<123, >369) | Self-reported nose and throat irritation | Yes |
| Broder et al. | 1988 | XC | Toronto, Canada | Conventional homes | 35, 40 | 2,446 | 40, 60 | Self-reported throat discomfort, wheeze, cough; spirometry | Yes |
| Broder et al. | 1988 | FU | Toronto, Canada | Conventional homes | 35, 40 | 2,177 | 40, 60 | Self-reported throat discomfort, wheeze, cough; spirometry | Yes |
| Krzyzanowski et al. | 1990 | XC | Arizona, USA | Conventional homes | 37 | 613 | 32 (?, 172) | Self-reported chronic respiratory symptoms; PEFR | Yes |
| Liu et al. | 1991 | XC | California, USA | Mobile homes | 46 | 2,490 | 92 (<61.5, >123) | Self-reported cough, sore throat | Yes |
| Broder et al. | 1991 | XC/FU | Toronto, Canada | Conventional homes | 37 | 1,304 | 40, 60 | Self-reported throat discomfort, cough | Yes |
| Norback et al. | 1995 | CC/XC | Uppsala, Sweden | Conventional homes | 32 | 154 | NA (<5, 110) | Self-reported asthma attacks, nocturnal breathlessness, or asthma medication use | Yes |
| Saijo et al. | 2004 | XC | Sapporo, Japan | Conventional homes | 36 | 317 | 69 (8, 181) | Self-reported throat and respiratory symptoms | No |
| Lovreglio et al. | 2009 | XC | Bari, Italy | Conventional homes | 38 | 182 | 16 (5, 42) | Self-reported irritant complaints | No |

† XC = cross-sectional; CC = case-control; FU = follow-up
‡ Represents the number of homes, *not* residents

Page | 4

CAST002232

component that sought to evaluate the impact of remedial measures (including removal) taken in approximately half of the UFFI homes. The study results are presented in three separate manuscripts with a certain degree of overlap in the results. The two initial studies compare, among other things, the baseline, pre-remediation (1988a) and the post-remediation (1988b) results. The third paper (1991) presents both pre- and post-remediation results though the analyses are limited to those that participated in the longitudinal component. With respect to the study design study, participants completed a questionnaire that collected information regarding demographic, behavioral and health-related characteristics. Formaldehyde measurements were taken in the bedroom. The baseline results (Broder et al., 1988a) indicated that for occupants of the UFFI formaldehyde levels demonstrated significant, positive associations with, among other symptoms, cough, sputum and wheeze. The associations for cough and sputum remained after excluding a small number of participants with elevated formaldehyde levels. No significant associations were observed among the control group; however, when the UFFI and control homes were combined, significant positive associations between formaldehyde levels and nasal problems and sputum were observed. Objective measures of pulmonary function (e.g., FVC) were not associated with formaldehyde levels in either study group though were associated with hours spent in the home per week.

The second component of the study was conducted 12-months following the baseline component and describes the impact of remediation activities (Broder et al., 1988b). The UFFI group experienced a decline in symptoms prevalence though these did not reach the level of the control group. In fact, the UFFI group continued to show a higher prevalence for all symptoms that were in excess at baseline, except for headache and throat discomfort which had become equivalent. The baseline results with respect to the association between formaldehyde levels and cough, sputum and nasal problems were confirmed when the UFFI and control homes were combined. These results may not be surprising given that there was no change in formaldehyde levels between the baseline and follow-up assessments. The authors note that, given the UFFI removal or remediation, the lingering associations reflect the fact that background formaldehyde levels contribute significantly to the prevalence of respiratory symptoms in the general population. In summarizing the study's overall results, the authors evaluate the extent to which their study results provide evidence for a causal link between UFFI and adverse health effects. They conclude that, "the case for causality is moderately convincing, based upon the modest strength of association, some specificity, positive temporal relationships, and the presence of exposure-response relationships". They go on to state that certain deficiencies exist, including the lack of other studies as well as the lack of identity of all causative agents. This support for a causal relationship between UFFI and health effects is in contrast to the conclusion reached by Norman et al. (1986). However, many of the gaps identified by the authors were filled in by the findings of subsequent studies.

Krzyzanowski et al. (1990) identified a sample of households of municipal employees in Arizona with "potential exposure and susceptibility" to formaldehyde; additionally, to be eligible households had to contain children between 5 and 15 years of age. A self-completed questionnaire collected information regarding chronic respiratory symptoms and physician-diagnosed asthma and chronic bronchitis. Peak expiratory flow rates (PEFR) were also measured. Formaldehyde measurements were taken in multiple locations in the home including the kitchen, main living area and bedrooms. With respect to respiratory symptoms, among those

CAST002233

16 years of age and older, there was an increase in chronic cough and wheeze associated with higher formaldehyde levels, though this was not statistically significant. With respect to PEFR measurements, morning values were significantly positively associated formaldehyde levels; this association was stronger among smokers exposed to higher levels.

Liu et al. (1991) selected a random sample of mobile homes in California and ultimately obtained formaldehyde levels and health symptom information on nearly 2,500 individuals. Passive formaldehyde measurements were taken in the kitchen and bedroom but were averaged for analytical purposes. Approximately one-third of the overall participants reported respiratory and/or allergy conditions. A multivariable analysis limited to adult (i.e., 20-64 years of age) participants revealed that formaldehyde levels were significantly positively associated with burning eyes, burning skin, chest pain, dizziness, fatigue, sleeping problems and sore throat. Many of these effects were more pronounced among those with chronic conditions; this finding is consistent with that of Krzyzanowski et al. (1990) who reported a stronger relationship between PEFR and formaldehyde among smokers.

In a third paper by Broder et al. (1991) the authors focused on the 1,304 individuals who participated in both the initial, cross-sectional as well as the longitudinal component of the study. However, as compared to Broder et al. (1988b) the UFFI homes in this analysis are restricted to those that underwent UFFI (as opposed to remediation). Compared to the control homes, the UFFI homes had higher formaldehyde levels both before remediation. Moreover, prior to UFFI removal occupants of those homes had a significantly increased prevalence of all of the health status indicators measured, the strongest association being for throat discomfort. Significant associations between symptom prevalence and formaldehyde levels were also observed for the UFFI homes but not the control homes. Following UFFI removal, formaldehyde levels remained largely unchanged from pre-remediation levels. Yet, a decrease in these symptoms was observed for the UFFI homes though a number remained elevated compared to the control homes, specifically nasal problems and cough. The significant pre-remediation associations between symptom prevalence and formaldehyde levels were no longer significant though the actual magnitude of the associations is not provided. However, this is in contrast to the Broder et al. (1988b) results based upon the entire study population. Thus the lack of significant results may be attributed to the smaller sample size in this later study.

Norback et al. (1995) conducted a case-control study using a population-based sample of adults in Uppsala, Sweden. Cases were defined as those who self-reported asthma attacks, nocturnal breathlessness, or current asthma medication use. Controls were those who did not report these symptoms. Formaldehyde measurements were taken only in the bedroom; other volatile organic compounds were measured in the bedroom but also in other locations in the home. The results indicated a strong, statistically significant, association between nocturnal breathlessness and formaldehyde levels.

Saijo et al. (2004) measured self-reported health symptoms and volatile organic compounds and aldehydes in newly built or remodeled dwellings in and around Sapporo, Japan. The majority of dwellings were solitary homes. Ultimately, VOCs and aldehydes were measured in a random sample of those homes in which at least one inhabitant reported one or more symptoms as well as in a random sample of homes in which none of the inhabitants reported symptoms. All of the

CAST002234

residents of these homes were asked to complete a questionnaire regarding current health for the one-week period during which VOCs and aldehydes were measured. VOC and aldehyde measurements were taken from the living room and those taking the measurements were not knowledgeable of the symptom survey results. The authors reported that there was no relationship between formaldehyde and any of the reported symptoms; however, the actual measures of association were not provided. The authors attribute the lack of an association to the narrow range of formaldehyde concentrations.

Lovreglio et al. (2009) measured formaldehyde levels and collected information regarding irritant symptoms while in the kitchen, where the air sampling took place, in Bari, Italy. A total of 182 subjects living in 59 homes participated in the study. There was no association between irritant and allergic complaints reported by the inhabitants and the indoor formaldehyde levels; however, the quantitative results are not provided in the manuscript. There was also no association between the time spent in the environments sampled and the onset of irritant symptoms. However, the majority of participants spent less than six hours per day in the kitchen, with approximately 40% reporting between zero and two hours per day in that location. Thus, the extent to which the measured formaldehyde levels reflected the participants overall residential exposure level is not clear. Moreover, the authors indicated that the frequency of irritant symptoms was low indicating low statistical power to detect significant associations.

## V.     Formaldehyde Exposure and Respiratory Health Effects in Older Adults

Of the nine peer-reviewed studies in Table 1, only one presents results specific to older adults. In evaluating the association between nose and throat irritation and formaldehyde levels Ritchie et al. (1987) stratify their results related to conventional homes according to age (7-54 years and $\geq 55$ years) and smoking status. No such age-stratification is conducted for mobile homes. Among the older conventional home residents the prevalence of self-reported nose and throat irritation was 5-, 25- and 87-percent among those with formaldehyde exposure levels of <0.1 ppm, 0.1 to <0.3 ppm and $\geq 0.3$ ppm, respectively ($p<0.0001$). It is perhaps important to note that the aforementioned results were similar in younger study subjects (i.e., 7-54 years) suggesting that, in this study, the association between nose and throat irritation and formaldehyde levels was not differential according to age. Further, in many other studies (e.g., Broder et al., 1988a, 1988b, Norback et al., 1995) the observed associations were adjusted for the age of the study participants. Thus, any observed relationship between respiratory symptoms and formaldehyde are independent of age and would be generalizable to individuals across the age spectrum of the study participants.

## VI.    Summary and Opinions

Due to methodological and statistical differences across studies it is difficult to obtain a single, quantitative measure of association in order to evaluate its strength, as has been done in children (McGwin et al., 2009). However, in evaluating the results of individual studies it is possible to gain a sense of the strength of this relationship. For example, according to Ritchie et al. (1987) the prevalence of nose and throat irritation among those with the highest levels of formaldehyde exposure was approximately 10-times that of those with the lowest levels. Broder et al. (1988a) report odds ratios for the association between formaldehyde level and wheeze, sputum and cough

CAST002235

of between approximately 2.0 and 3.0. Norback et al. report an odds ratio of 12.5 for the association between formaldehyde level and nocturnal breathlessness. These associations provide evidence for a moderate to strong association between formaldehyde exposure and respiratory symptoms.

The relationship between formaldehyde and respiratory symptoms has been observed in a number of studies, in different locations and over an approximately thirty-year period. This consistency provides evidence, despite study design and methodological differences, provides support for a causal relationship.

The majority of published epidemiologic research regarding the health effects of residential formaldehyde exposure has relied upon self-reported information on respiratory symptoms. The most common symptoms were nose and throat irritation and discomfort, cough, and wheeze.. Thus, despite the absence of clinical measures of respiratory disease, the universal use of self-reported measures and the consistency of findings associated with them points to the specificity of effect. However, it should perhaps be noted that associations for other symptoms have been reported and are more difficult to explain; these may, ultimately, prove to be spurious.

With one exception, all of the published research regarding residential formaldehyde exposure and respiratory symptoms has utilized a cross-sectional study design thereby limiting the ability to evaluate the temporal nature of this relationship. However, limited evidence for temporality is available in Broder et al. (1988a) who reported that respiratory symptoms did not appear until after UFFI was in place and diminished upon remediation.

Norsted et al. (1985), Ritchie et al. (1987), Broder et al. (1988a, 1988b, 1991), Norback et al. (1995) all provide evidence for a dose-response relationship between formaldehyde exposure and respiratory symptoms. Hanrahan et al. (1984), Ritchie et al. (1987), Broder et al. (1988a, 1988b, 1991), and Liu et al. (1991) reported similar relationships for ocular symptoms.

As others have noted (Norman et al., 1986; Mendell, 2007), the biologic plausibility and coherence of the association between formaldehyde exposure and respiratory disease is clear. This is supported by ample research describing the evidence for hypothesized mechanisms underlying this association (Naya et al., 2005; Delfino, 2002).

Finally, it should be noted that the studies reporting no association between formaldehyde levels and respiratory symptoms were among those with the smallest sample size. Thus, the lack of statistical significance may be more directly related to low statistical power than to the absence of a true association. Because several of the studies reporting null results (Hanrahan et al., 1984; Saijo et al., 2004; Lovreglio et al., 2009) do not provide the actual measures of association, thus it is not possible to determine whether, despite the lack of statistical significance, meaningful associations were observed.

In summary, the epidemiologic literature provides largely statistically significant associations between residential formaldehyde exposure and respiratory symptoms. In aggregate, the results of these studies support the existence of a causal relationship between residential formaldehyde exposure and respiratory symptoms.

CAST002236

## References

Broder I, Corey P, Brasher P, Lipa M, Cole P. Comparison of health of occupants and characteristics of houses among control homes and homes insulated with urea formaldehyde foam. III. Health and house variables following remedial work. Environ Res. 1988b; 45:179-203.

Broder I. Corey P, Brasher P, Lipa M, Cole P. Formaldehyde exposure and health status in households. Environ Health Perspect. 1991;95:101-104.

Broder I, Corey P, Cole P, Lipa M, Mintz S, Nethercott JR. Comparison of health of occupants and characteristics of houses among control homes and homes insulated with urea formaldehyde foam. II. Initial health and house variables and expoure-response relationships. Environ Res. 1988a; 45:156-178.

Delfino RJ. Epidemiologic evidence for asthma and exposure to air toxics: linkages between occupational, indoor, and community air pollution research. Environ Health Perspect. 2002;110:573-589.

Hanrahan LP, Dally KA, Anderson HA, Kanarek MS, Rankin J. Formaldehyde vapor in mobile homes: a cross sectional survey of concentrations and irritant effects. Am J Pub Health 1984;74:1026-1027.

Krzyzanowski M, Quackenboss JJ, Lebowitz MD. Chronic respiratory effects of indoor formaldehyde exposure. Environ Res. 1990;52:117-125.

Liu KS, Huang FY, Hayward SB, Wesolowski J, Sexton K. Irritant effects of formaldehyde exposure in mobile homes. Environ Res. 1991;94:91-94.

Lovreglio P, Carrus A, Iavicoli S, Drago I, Persechino, B, Soleo L. Indoor formaldehyde and acetaldehyde levels in the province of Bari, South Italy, and estimated health risk. J Environ Monit. 2009;11:955-961.

McGwin G, Lienert J, Kennedy J. Formaldehyde exposure and asthma in children: A systematic review. Environ Health Perspect. 2009.

Mendell MJ. Indoor residential chemical emissions as risk factors for respiratory and allergic effects in children: a review. Indoor Air 2007;17:259-277.

Naya M, Nakanishi J. Risk assessment of formaldehyde for the general population in Japan. Regul Toxicol Pharmacol. 2005;43:232-248.

Norback D, Bjornsson E, Janson C, Widstrom J, Boman G. Asthmatic symptoms and volatile organic compounds, formaldehyde, and carbon dioxide in dwellings. Occup Environ Med. 1995;52:388-395.

CAST002237

Norman GR, Newhouse MT. Health effects of urea formaldehyde foam insulation: evidence of causation. CMAJ 1986;134:733-738.

Norsted SW, Kozinetz CA, Annegers JF. Formaldehyde complaint investigations in mobile homes by the Texas Department of Health. Environ Res. 1985;37:93-100.

Ritchie IM, Lehnen RG. Formaldehyde-related health complaints of residents living in mobile and conventional homes. Am J Pub Health 1987;77:323-328.

Saijo Y, Kishi R, Sata F, Katakura Y, Urashima Y, Hatakeyama A, Kobayashi S, Jin K, Kurahashi, N, Konda T, Gong YY, Umemura T. Symptoms in relation to chemicals and dampness in newly built dwellings. Int Arch Occup Environ Health 2004;77:461-470.

CAST002238