# Transcript of the Testimony of
# Gerald McGwin, Jr., M.S., Ph.D.

### Date taken: February 23, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com


EXHIBIT B

Case 2:07-md-01873-KDE-MBN   Document 13306-3   Filed 04/16/10   Page 2 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Gerald McGwin, Jr., M.S., Ph.D.

Page 81

1   and asthma in children, all of those studies
2   looked at children with asthma and children
3   without asthma and formaldehyde levels,
4   which allowed us to calculate a similar
5   measure of association across all of them,
6   an odds ratio from each study.  The
7   meta-analysis allowed us to then take all
8   those odds ratios and pool them together.
9   We could get a single number and
10  extrapolate.
11           Here, as I'm sure you're aware,
12  the literature is very heterogeneous.  Some
13  people are using what is known as linear
14  regression to get a relationship and other
15  people are using logistic regression.  In
16  some of these studies, the results aren't
17  even given.  So it's not that the literature
18  is insufficient.  It's more a matter that
19  it's presented in an inconsistent manner.
20      Q    On Page 8 of your report, at the
21  bottom, the summary, you state, "In
22  aggregate, the results of these studies
23  support the existence of a causal
24  relationship between residential
25  formaldehyde exposure and respiratory

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                    Gerald McGwin, Jr., M.S., Ph.D.

Page 82

1    symptoms."
2           Do you see that?
3    A    Yes, sir.
4    Q    Are you able to identify at what
5    level of exposure this causal relationship
6    exists?
7    A    No, sir.
8    Q    You would agree with me that there
9    is a level where the literature does not
10   support a causal relationship between
11   formaldehyde exposure and respiratory
12   symptoms?
13   A    Could you say that one more time?
14   MR. REICH:
15          Do you want it read back?
16   THE WITNESS:
17          Yes, please.
18   (Whereupon, the court reporter read back the
19   requested testimony as follows:
20      THE COURT REPORTER:
21          Question:  "You would agree with
22   me that there is a level where the
23   literature does not support a causal
24   relationship between formaldehyde exposure
25   and respiratory symptoms?"

Case 2:07-md-01873-KDE-MBN   Document 13306-3   Filed 04/16/10   Page 4 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Gerald McGwin, Jr., M.S., Ph.D.

Page 83

```
 1        MR. REICH:
 2              Object to the form of the
 3    question.  Vague.  Insufficient parameters.
 4        THE WITNESS:
 5              I would have to disagree with you,
 6    because it's sort of the converse of the
 7    question that you just asked.  The
 8    literature really isn't consistent enough
 9    for us to quantify that -- to quantify it in
10    that way.
11              The data from all of these studies
12    really isn't enough to say that at this
13    level there's a step function and it goes
14    up.
15              In fact, as I said, many of the
16    studies look at it as a continuum and
17    suggest that with each increase in a
18    formaldehyde level, the risk of health,
19    respiratory health effects goes up.
20              So unless you want to -- Unless
21    you are interested in zero exposure, it
22    would be very difficult to either agree or
23    disagree with that statement.
24    EXAMINATION BY MR. YOUNT:
25        Q    As we sit here today, you are
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Gerald McGwin, Jr., M.S., Ph.D.

Page 84

1  unable to give an opinion on the level of
2  formaldehyde exposure it would take to have
3  a causal relationship between residential
4  formaldehyde exposure and respiratory
5  symptoms; is that correct?
6      A    If you wanted an exact number, I
7  would answer "yes."  However, the literature
8  clearly suggests that there is a
9  dose-response, there is a trajectory from
10 many of the studies wherein the prevalence
11 of respiratory problems is linearly related
12 to formaldehyde exposure.
13          So the question sort of really
14 becomes not so much where does it exist and
15 not exist.  It's where is it where it's low
16 enough that either for sample size reasons
17 the estimate isn't reliable or for public
18 health reasons it's not a public health
19 problem, so the question is sort of hard to
20 answer in that way.  There isn't one number
21 that I could give you today.
22     Q    And there's not a number that you
23 could give me if you did further research at
24 this point?
25     A    Based on the literature that

Case 2:07-md-01873-KDE-MBN   Document 13306-3   Filed 04/16/10   Page 6 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Gerald McGwin, Jr., M.S., Ph.D.

Page 85

1  exists here today, again, if I could do it,
2  I would have done a meta-analysis, but the
3  literature really doesn't lend itself to it.
4         This was a much more heterogeneous
5  group of papers than the literature on
6  children.  So, yes, sitting here today, I
7  couldn't easily take this literature and
8  give you that number.
9     Q    Let's talk hypotheticals.  You
10 have a hypothetical exposure of 100 parts
11 per billion.
12    A    Okay.
13    Q    In your opinion, does the
14 literature support a causal relationship
15 between that exposure and any respiratory
16 health effects?
17    MR. REICH:
18         Objection, form.  The question is
19 too vague to be answered, but you can go
20 ahead and answer it if you can.
21    THE WITNESS:
22         I don't think I can answer that
23 question.
24 EXAMINATION BY MR. YOUNT:
25    Q    Okay.  Why not?

Page 86

1    A    Again, we don't have a function
2    that we could draw on the board over there,
3    you know, based on this literature.
4         Again, it would be nice to have
5    that function and we could draw it on the
6    board and we could show that there's perhaps
7    a slope to it or maybe it's a step function
8    and we could say, "Okay.  Here's 100 parts
9    per billion."  We would predict five percent
10   of the population, 10 percent of the
11   population, 20 percent of the population to
12   have respiratory problems.
13        The literature doesn't allow us to
14   take those specific measurements of exposure
15   and assign to them specific risk estimates.
16   Q    So you can't do it at 100 parts
17   per million, you can't do it at 50 parts per
18   billion, you can't do it at 200 parts per
19   billion, correct?
20   MR. REICH:
21        Objection, compound.
22   THE WITNESS:
23        It would be very difficult to take
24   this literature -- I'm not going to say
25   impossible, because I'm sure somebody could