# AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary, appeared on this the 29th day of January, 2010, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1. My name is William D. Scott, PE, CHMM. I am over 21 years of age and am competent to give this affidavit. Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2. I am a registered professional Environmental Engineer in the states of Louisiana, Mississippi, and Missouri. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, provides hazardous materials evaluation and consulting services to the public and private sectors. These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training. I have more than thirty years personal and direct experience in the above mentioned areas. I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants. Further information on my background and experience is contained in my resume as Attachment 1 herein.

3. **Background** - The objective of the sampling conducted by the Scott Group was to duplicate, insofar as possible, the sampling conducted by the Recreation by Design, LLC's consultant (Workplace Hygiene, 445 Dolley Madison Road, Suite C, Greensboro, NC 27410) of the Castanel temporary housing unit (THU). The THU in question is identified as follows:

    A. **THU Identity** - The THU is designated by the following information:

    Manufacturer: Recreation by Design, LLC
    Model: 33 PM-HC
    Date of Manufacture: 12/2005
    Vehicle Identification Number: 5CZ200R2461125294
    FEMA Identification Number: 1373963
    THU Size (nominal): 8' x 30' with Slideout

    B. **Occupancy** - The THU was occupied by Ms. Earline Castanel during the period of March 8, 2006, through August 21, 2007.

    C. **Configuration** - The THU is configured as three (3) rooms: Bedroom, Bathroom, and Kitchen/Living Room (with slide-out). It is designated as a Handicap Unit.



*Page 1 of 17*

CAST001985

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

D.   **THU Sampling Location** - The THU was sampled on January 4 and 7-8, 2010. The THU was located at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, at the time of the Sampling Event.

E.   **Initial Visual Inspection** -

   1.   The Castanel THU was visually inspected by William D. Scott on January 4, 2010.

   2.   The results of the visual inspection are summarized as follows:

      a.   All windows, ventilators, and the door were in good condition and operable.

      b.   There were no placards or other warning signs related to formaldehyde.

      c.   There was no evidence of water leakage or mold formation in the THU.

      d.   The THU had been well cared for and maintained during its occupancy. All surfaces and enclosures were clean and intact. This condition is particularly noteworthy when it is considered that the THU had been in FEMA storage for approximately two years.

   The Floor Plan drawing is contained in Attachment 2.

4.   **Formaldehyde** - Formaldehyde is a colorless, flammable, acrid, pungent-smelling gas. The chemical formula for formaldehyde is HCOH and its molecular weight is 30.03 grams per mole. Formaldehyde's CAS is 50-00-0.[1]

5.   **Potential Formaldehyde Sources** - Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are all potential formaldehyde sources. The origin of the formaldehyde vapor is urea formaldehyde (UF) adhesive. UF adhesive is used to bond veneers, wood particles, and wood fibers. Melamine formaldehyde adhesives are used to bond vinyl overlays and hardwood veneers to particleboard and hardwood plywood. During fabrication and curing of these materials, the majority of the formaldehyde becomes part of the adhesive matrix. Emissions of formaldehyde are due to the presence of small amounts of free formaldehyde in the resin and to the reversibility of the urea-formaldehyde reaction.[2] Formaldehyde emission from urea-formaldehyde bonded particle board may continue for months or years, but the emission potential decreases with increasing age.[3] THU manufacturers commonly use pressed wood products such as particleboard, plywood, and MDF as building materials and finishes. These materials may be used in sub-floors, walls, cabinetry and furniture. In addition, some formaldehyde-containing upholstery, fabrics, and carpeting are also used in the manufacture of THUs. Countertops, carpeting and the above-listed wood products are commonly installed using formaldehyde-based glues and adhesives.[4]

---

1   Lewis, *Sax's Dangerous Properties of Industrial Materials Tenth Edition and Hawley's Condensed Chemical Dictionary*, Thirteenth Edition, Wiley, Hoboken, NJ, 2000.
2   Salthammer, et al, *Formaldehyde in the Indoor Environment*, Chem. Rev.; ACS; January, 2010
3   Ibid.
4   USEPA, *Indoor Air Quality - Basic Information - Formaldehyde*, Washington DC, 2007;http://www.epa.gov/iaq/formalde.html

CAST001986

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

6. **Formaldehyde Exposure Standards** - The following formaldehyde exposure standards have been published by regulatory agencies, advisory agencies, and health and safety professional organizations. Although the most recent edition and/or issue of these standards are cited, all of these standards were in effect as of 2006.

   A. **Occupational Safety & Health Administration** (OSHA), US Department of Labor; Workplace Exposure Standard[5]

   Permissible Exposure Limit: Time-Weighted Average (TWA) (8-hours) - 0.75 parts per million (ppmV) (750 ppbV)

   Short Term Exposure Limit (workplace allowable exposure for 15 minutes followed by 1.75 hours of no exposure) - 2 ppmV (2,000 ppbV)

   B. **American Conference of Governmental Industrial Hygienists** (ACGIH); Workplace Exposure Standard[6]

   Threshold Limit Value - Short Term Exposure Limit (TLV-STEL) (workplace allowable exposure for 15 min. followed by 1.75 hrs. of no exposure) - 0.3 ppmV (300 ppbV)

   C. **World Health Organization** (WHO), 2000, Air Quality Guidelines for Europe; General Public[7]

   Air Quality Guideline Value (0.5 hour) - 0.08 ppmV (80 ppbV)

   D. **Health Canada** (HC), Residential Indoor Air Quality Guidelines; General Public[8]

   One (1) hour exposure limit - 0.1 ppmV (100 ppbV)

   Eight (8) hour exposure limit - 0.04 ppmV (40 ppbV)

   E. **National Institute for Occupational Safety & Health** (NIOSH), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; Workplace Exposure Standard[9], Recommended Exposure Limits:

   TWA up to 10 hour work day/40 hour work week - 0.016 ppmV (16 ppbV)

   Ceiling (never exceed) - 0.1 ppmV (100 ppbV)

   Immediately Dangerous to Life and Health (IDLH) - 20 ppmV (20,000 ppbV)

---

5   USDOL, OSHA, *OSHA Formaldehyde Standards*, Washington DC, 2008
http://wvvw.osha.gov/SLTC/formlaldehyde/standards.html
6   ACGIH, *Documentation of Threshold Limit Values and Biological Exposure Indices*, 2009
7   World Health Organization, *Air Quality Guidelines for Europe - Formaldehyde*, Copenhagen, DE, 2001 http://www.euro.who.int/document/aiq/5_8formaldehyde.pdf
8   Health Canada, *Residential Indoor Air Quality Guideline - Formaldehyde*, 2006
http://www.hc-sc.gc.calewh-selnt/alt forn1ats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf
9   NIOSH, *NIOSH Pocket Guide to Chemical Hazards, 2005*, http://www.cdc.gov/niosh/npg/npgd0293.html

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

F.  **Agency for Toxic Substances and Disease Registry (ATSDR)**, Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; General Public[10], Minimal Risk Levels (MRL)

Acute MRL (exposure < 14 days) - 0.04 ppmV (40 ppbV)

Intermediate Duration MRL (> 14 days ≤ 365 days) - 0.03 ppmV (30 ppbV)

Chronic Duration MRL (exposure > 1 year) - 0.008 ppmV (8 ppbV)

G.  **California Environmental Protection Agency** (CEPA), Office of Environmental Health Hazard Assessment; General Public[11]

As low as possible (assuming concentrations < background not achieved), or:

Recommended exposure limits (REL)

Acute REL (1 hour) - 0.076 ppmV (76 ppbV)

Intermediate REL (8 hour) - 0.027 ppmV (27 ppbV)

Chronic REL - 0.0024 ppmV (2.4 ppbV)

In evaluating the exposure standards presented above, it is important to understand that a Workplace Exposure Standard is, as the name implies, based on the contaminant concentration in air for which it is believed that nearly all workers may be repeatedly exposed, day after day, without adverse effect, based on a conventional 8-hour workday and a 40-hour work week, without adverse effect. The population used to establish workplace exposure standards consists of adults, generally males, in relatively good health.

General Public Exposure Standards are significantly lower than Workplace Exposure Standards for two predominant reasons: 1) the General Public contains many subsets of sensitive individuals (the elderly, the very young, immuno-compromised individuals, individuals with respiratory disease, etc.) that are excluded from the workplace model and 2) the General Public will have an exposure duration that far exceeds the "8-hour workday and 40-hour work week" exposure basis of workplace standards. For these reasons, the OSHA, NIOSH, and ACGIH formaldehyde workplace exposure standards cannot be competently applied as guidance when evaluating the General Public's exposures. The competent development of indoor air quality standards for the General Public requires the employment of numerous safety factors to reflect the quality of the base data, the variation in sensitivity among humans, extrapolation of data from animals to healthy humans, and many other considerations.[12]

---

10   ATSDR, *Minimal Risk Levels (MRLs) for Hazardous Substances, 2007*, http://www.atsdr.cdc.gov/mrls/index.html
11   California EPA, ARB, *Indoor Air Quality Guideline - Formaldehyde in the Home, 2004*
http://www.arb.ca.gov/researchiindoor/formaldgl08-04.pdf
12   Nielsen, G; Hansen, L; Wolkoff, P.; *Chemical and Biological Evaluation of Building Material Emissions. II. Approaches for Setting Indoor Air Standards or Guidelines for Chemicals*; Indoor Air 1997; 7: 17-32, Copenhagen

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

7. **Sample Collection Media –**

   A. **Passive Sampler** - The passive sample collection media (diffusive sampler) used in the formaldehyde sampling of the THU was the AT Laboratories Model 571 Aldehyde Sampler, manufactured by AT Laboratories, 1252 Quarry Lane, Pleasanton, CA 94566. Formaldehyde is collected on a glass fiber filter treated with *2,4-dinitrophenylhydrazine* (2,4 DNPH) and phosphoric acid. When the diffusive sampler is exposed in a formaldehyde containing environment there is a concentration gradient between the ambient air and sampler interior air. This gradient is the force that drives the contaminant molecules to migrate into the diffusive sampler. The direct chemical reactions between formaldehyde and 2,4 DNPH take place in the sampler, insuring there is virtually no free formaldehyde vapor molecules in the air inside. Thus, the full concentration gradient is maintained during exposure. In the laboratory, the sample filter is extracted with acetonitrile and analyzed by HPLC using a UV detector. Opening its integral cover to expose the collection media to the atmosphere to be sampled actuates the diffusive sampler. At the completion of sampling, the cover is closed, ending the sampler's exposure to the atmosphere. The sampler is returned to its shipping envelope, sealed, the envelope is then placed in a sample bag, sealed, placed on ice in an insulated cooler, and sent to the laboratory for analysis.

   The availability of diffusive samplers for formaldehyde is plentiful and inexpensive. Two sources of the diffusive samplers for formaldehyde, both with American Industrial Hygiene Association (AIHA) accredited laboratories, and associated costs are noted below:

   1. AT Laboratories quotes the following costs for the Model 571 Aldehyde Sampler, in quantity:

      a. 5,000 Samplers and Analyses per year: $31.80 each

      b. 7,000 Samplers and Analyses per year: $29.60 each.

   2. Advanced Chemical Sensors, Inc. quotes the following costs for the ACS Formaldehyde Vapor Monitor (Cat. No. F-50), in quantity: 500 Monitors and Analyses: $29.90 each.

   The quotations and AIHA accreditations for each manufacturer/laboratory are contained in Attachment 3. Specimen samples of each device are included in the Reliance Materials that accompany this document.

   B. **Active Sampler** - The active sample collection media used in the formaldehyde sampling of the THU was the SKC, Inc. 226-119 Sorbent Tube, manufactured by SKC, Inc., 863 Valley View Road, Eighty Four, PA 15330. The sorbent tube is made of glass and contains silica gel doped with 2,4 DNPH. A sample is collected by opening the glass tube, connecting it to a sample pump, and drawing air through the tube with the pump. The Sorbent Tube is prepared for sampling by removing both fused ends of the tube using a tube scorer/breaker or wire cutters and inserting the opened tube into the sample train inlet hose. The atmosphere to be sampled is introduced, through the tube, by the motive force of the sample pump. Formaldehyde in the sampled atmosphere is collected in the 2,4 DNPH treated silica gel matrix. The tube is then sealed with push-on caps, further sealed with laboratory film, packaged, sealed, placed on ice in an insulated cooler, and sent to the laboratory for analysis.

CAST001989

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

8. **Sampling Methodology** - The formaldehyde sampling methods employed in the sampling of the Castanel THU are described below. The objective of the sampling was to duplicate, insofar as possible, the sampling conducted by the Recreation by Design, LLC's consultant (Workplace Hygiene, 445 Dolley Madison Road, Suite C, Greensboro, NC 27410). The PSC had elected to not independently sample this Unit due to the prolonged period of unseasonably cold weather during this period and its anticipated suppression of the formaldehyde off gassing process.

   A. **Workplace Hygiene Ventilation and Conditioning Plan** - The sampling was conducted in conjunction with Workplace Hygiene's *Ventilation and Conditioning Plan*. The general outline of the Plan is shown below:

      1. Ventilation

         a. Open all windows (including shades, drapes, and blinds), doors, and vents in the THU.

         b. Maintain all windows, doors, and vents open until Conditioning Phase begins.

         c. The Ventilation Phase commenced at approximately 12:00 PM, 01/04/10, and continued until approximately 1:35 PM, 01/05/10

      2. Conditioning

         a. Test HVAC system for proper function. One of the three installed electric baseboard heaters was inoperable.

         b. Close exterior windows (including shades, drapes, and blinds), doors, and vents.

         c. Start HVAC and place thermostat setting on 75°F.

         d. Allow HVAC to run for 48 hours before conducting post-conditioning sampling.

         e. The Conditioning Phase commenced at approximately 1:55 PM, 01/05/10, and continued until approximately 10:00 AM, 01/07/10.

   B. **Passive Sampling** -

   Passive Dosimetry was employed, using an Assay Technology, Inc., ChemDisk 571 Aldehyde Monitor (Monitor). Sampling was conducted, by William D. Scott (installation) and Lisa T. Diamond (recovery) on January 7 and 8, 2010. At the completion of the sampling period, the Monitor was recovered, closed, placed in the shipping envelope and sealed. The shipping envelope is then placed in a sample bag, sealed, placed on ice in an insulated cooler, and shipped via overnight delivery to the Laboratory for analysis.

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

The Passive sampling locations and times are as described below:

1. The THU Interior sample position (Sample Number GZ 3532, 01/07-08/10) ) was located as close as possible to the Workplace Hygiene's sample position in the common area of the THU after the completion of the Conditioning Phase. Specifically, the sample was positioned 48" above floor level, 19' 6" forward of the rear extent of the THU, 5'0" from the right (facing the hitch) wall of the THU.

   The Sample Number GZ 3532 sampling period commenced immediately following the completion of the Sample Number 2917200303 sampling, following the Ventilation and Conditioning period.

2. The Outdoor Ambient sample position (Sample Number GZ 2692, 01/07-08/10) ) was located as close as possible to the Workplace Hygiene's sample position and run concurrently with Sample Number GZ 3532. Specifically, the sample was positioned 48" above grade level, 90' west of the THU door. At the time of placement, winds were estimated to be 10 miles per hour with significant gusts, shifting from the northwest to north during the sampling period. This position was chosen to protect the sample from significant rainfall that was occurring at the time. This position is under a roof, open on the north, east, and south sides, attached to a park home on the west. This area is used as an assembly point for THU auctions and is immediately adjacent to the parking lot and road.

   The Sample Number GZ 2692 sampling period was generally concurrent with the Sample Number GZ 3532 sampling period.

Field data collection records for the Sampling Event are contained in Attachment 4.

C. **Active Sampling -**

Active sampling, in accordance with NIOSH Method 2016[13] (Method), was conducted on January 4 and 7, 2010, by William D. Scott. Active sampling was conducted by the use of a battery operated personal sampling pump (Air One, Model TI-004), connected with flexible tubing to an SKC 226-119 sorbent tube (Sample Tube). The sample train was calibrated prior to and following the Sampling Event using a mini-Buck Calibrator (Model M-30B). The sampling duration was approximately 60 minutes. Based on the calibrated sample train flow rate and duration, the sample volume was determined. At the completion of the sampling period, the Sample Tube was recovered, sealed, placed in a sample bag, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

The Active sampling locations and times are as described below:

1. The THU Interior sample position (Sample Number 2917200159, 01/04/10) ) was located as close as possible to the Workplace Hygiene's sample position in the common area of the THU. Specifically, the sample was positioned 48" above floor level, 15' forward of the rear of the THU, 5'0" from the right (facing the hitch) wall of the THU.

---

13  NIOSH, *Method 2016 (Formaldehyde)*, Issue 2, *NIOSH Manual of Analytical Methods (NMAM)*, Fourth Edition, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

CAST001991

### AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

The Sample Number 2917200159 sampling period commenced upon initial entry into the THU and prior to the Ventilation and Conditioning period.

2. The THU Interior sample position (Sample Number 2917200303, 01/07/10) ) was located as close as possible to the Workplace Hygiene's sample position in the common area of the THU. Specifically, the sample was positioned 48" above floor level, 19' 6" forward of the rear extent of the THU, 5'0" from the right (facing the hitch) wall of the THU.

   The Sample Number 2917200303 sampling period commenced immediately following the Ventilation and Conditioning period.

3. The Outdoor Ambient sample position (Sample Number 2917200156, 01/04/10) ) was located as close as possible to the Workplace Hygiene's sample position. Specifically, the sample was positioned 48" above grade level, 85' east-north-east of the THU door. An estimated 15 mile per hour breeze was blowing out of the northwest.

   The Sample Number 2917200156 sampling period was generally concurrent with the Sample Number 2917200159 sampling period.

4. The Outdoor Ambient sample position (Sample Number 2917200155, 01/07/10) ) was located as close as possible to the Workplace Hygiene's sample position. Specifically, the sample was positioned 48" above grade level, 90' west of the THU door. Winds were estimated to be 10 miles per hour with significant gusts, shifting from the northwest to north during the sampling period. This position protected the sample from significant rainfall that was occurring at the time. It is under a roof, open on the north, east, and south sides, attached to a park home on the west. This is used as an assembly point for THU auctions and is immediately adjacent to the parking lot and road.

   The Sample Number 2917200155 sampling period was generally concurrent with the Sample Number 2917200303 sampling period.

See Floor Plan drawing in Attachment 2 for locational reference.

D. **Potential Interferences -**

1. The installed THU heating system was unable to reach or maintain the the desired 70 - 75 °F interior THU temperature specified in the Workplace Hygiene's protocol.

2. The necessary placement of the Outdoor Ambient Passive and Active samplers, on 01/07/10, due to weather conditions, placed the samplers adjacent to the parking lot/road and the potential for the presence of internal combustion engine vehicle exhaust. Additionally, this sample position was within 12' of a park model home, a potential HCOH emission source. Further, this roofed area contained a 55 gallon trash receptacle, with contents, within 8' of the samplers.

Field data collection records for the Sampling Event are contained in Attachment 4.

CAST001992

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

9. **Laboratory Analysis -**

   A. **Method -**

   All samples were analyzed in accordance with NIOSH Method 2016 (Formaldehyde). The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

   B. **Laboratory -**

   All samples were analyzed by AT Labs, a Unit of Assay Technology, 250 DeBartolo Place, Suite 2525, Youngstown, OH 44512. AT Labs is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 100903.

10. **Results -**

    A. The following, summarized results for the Sampling Events are presented below:

    | Sample # | Date | Sample Location | Active Sample Result (ppbV) | Passive Sample Result (ppbV) |
    |---|---|---|---|---|
    | 2917200159 | 01/04/10 | Interior - Common Area | 8.8 | N/A |
    | 2917200303 | 01/07/10 | Interior - Common Area | 48 | N/A |
    | GZ 2692 | 01/07-8/10 | Interior - Common Area | N/A | 19 |

    B. **Passive Sampling - THU Interior**

    1. The Passive Dosimetry (Sample Number GZ 2692) result was a formaldehyde concentration in air of 19 parts per billion-volume (ppbV). The interior temperature of the THU decreased from 65.3 °F to 44.6 °F during the sampling period due to the inability of the THU's installed heating system to maintain interior temperature.

    C. **Active Sampling - THU Interior**

    1. The Sample Number 2917200159 result was a formaldehyde concentration in air of 8.8 parts per billion-volume (ppbV). This sample was obtained prior to the Workplace Hygiene's "conditioning" of the THU. The THU average temperature during sampling was 44.0 °F.

    2. The Sample Number 2917200303 result was a formaldehyde concentration in air of 48 parts per billion-volume (ppbV). This sample was obtained after the Workplace Hygiene's "conditioning" of the THU. The THU average temperature during sampling was 64.2 °F.

    Laboratory reports and chain of custody documents are contained in Attachment 5.

CAST001993

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

D. **Workplace Hygiene Results -**

The following, summarized results for the Workplace Hygiene Sampling are presented below:

| Sample # | Date | Sample Location | Active Sample Result (ppbV) | Passive Sample Result (ppbV) |
|---|---|---|---|---|
| 35184A | 01/04/10 | Interior - Common Area | 9 | N/A |
| 35186A | 01/07/10 | Interior - Common Area | 50 | N/A |
| GZ 6994 | 01/07-8/10 | Interior - Common Area | N/A | 20 |

The Workplace Hygiene Sampling Report is contained in Attachment 6.

E. **Units of Measure -**

Due to the common and inaccurate use of the term "parts per billion" (ppb), it is appropriate to speak to these units. Depending on the physical state of matter of the concentration in question (solid, liquid, or gas), the expression "ppb" may refer to micrograms per kilogram in the case of a solid or liquid. In the case of HCOH in a solid or liquid matrix, this is obtained by dividing the HCOH mass by the total mass of the target matrix, as follows:

$$ppb = \frac{(HCOH\ mass)}{(Target\ matrix\ total\ mass)}$$

However, when referring to a gaseous mixture, the term parts per billion (ppb) refers to the volume of contaminant versus the total volume of the gaseous mixture. The correct notation for this terminology is ppbV, or "parts per billion by volume". In the case of HCOH in a gaseous matrix, this is obtained by dividing the HCOH volume by the total volume of the target analyte, as follows:

$$ppbV = \frac{1\ volume\ of\ HCOH}{1,000,000,000\ volumes\ of\ air\ + HCOH}$$

11. **Conclusions -**

A. **Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time have been well documented. The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time. In simplified terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

CAST001994

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

The reduction in formaldehyde emission rates over time may be characterized by the term "half-life" as used in the Zinn, et al study.[14] The half-life of formaldehyde emission rate is defined as the time needed for the rate of formaldehyde off gassing to decrease to one-half of its initial rate. The emission rate and associated half-life will vary with specific wood products. Research has found that an average particleboard formaldehyde emission rate half life of approximately 7 months and that "Formaldehyde emission levels from particleboard can be expected to decrease over time".[15]

The Sampling Event occurred more than 4 years (49) months after the THU was constructed (12/05). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period and (using the Zinn average half life value of approximately 7 months for the purposes of illustration) 7 formaldehyde emission rate half lives following THU manufacture. This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Sampling Event. The same conclusion was reached by the U. S. Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA supplied travel trailers, park models, and mobile homes conducted in December and January, 2008: *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.*[16]

B. **Temperature and Humidity Effects –**

1. Background –

    The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) vary directly with both temperature and relative humidity is well documented. The following expression[17] shows that the effects of temperature and humidity on measured formaldehyde concentration may be characterized by:

    $$C_o = C \cdot (1 + A[Rh - Rh_o]) \cdot e^{R(1/T - 1/T_o)}$$

    Where:

    $C$ = test formaldehyde concentration in air

    $C_o$ = normalized formaldehyde concentration in air

    $A$ = coefficient of humidity (0.0175)

---

14  Zinn, et al; *Long-term study of formaldehyde emission decay from particleboard*; Forest Products Journal, Vol. 40, No.6, 1990
15  *Ibid.*
16  CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes; Conclusions; 2008*, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm
17  Berge,A, et al; *Formaldehyde Release from Particleboard – Evaluation of a Mathematical Model*; Holz als Roh- und Werkstoff 38 (1980) 251-255

CAST001995

### AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

$Rh$ = normalized relative humidity

$Rh_o$ = measured relative humidity

$e$ = exponential function

$R$ = coefficient of temperature (9799)

$T$ = measured temperature, °K

$T_o$ = normalized temperature, °K

This expression is commonly referred to as the "Berge Equation". It was developed empirically to account for variations in temperature and relative humidity between various researchers' data sets. It has been evaluated for application to housing units to normalize formaldehyde data.[18] After completing the standard and rigorous American Society of Testing and Materials (ASTM) vetting process, the Berge Equation was included, for the above stated purpose, in ASTM Standards *D 6007 - Determining Formaldehyde Concentration in Air from Wood Products* and *E 1333 - Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber.*[19]

2. Test Results -

The sampling and analysis conducted experienced significant variations in internal THU temperature. The results confirm the expected behavior of formaldehyde off gassing as a function of temperature. The summary below demonstrates this behavior:

a. Sample Number 2917200159 reflected 8.8 ppbV HCOH at an average temperature of 44.0 °F. This sample was taken before the Ventilation and Conditioning Phases.

b. Sample Number 2917200303 reflected 48 ppbV HCOH at an average temperature of 62.4 °F. This sample was taken after the Ventilation and Conditioning Phases.

c. Sample Number GZ 2692 reflected 19 ppbV HCOH at an average temperature of 55.0 °F. During the sampling period, The interior temperature of the THU decreased from 65.3 °F to 44.6 °F due to insufficient heating system capacity. This sample was taken after the Ventilation and Conditioning Phases.

---

18  Godish,T, Rouch, J; *An Assessment of the Berge Equation Applied to Formaldehyde Measurements under Controlled Conditions of Temperature and Humidity in a Mobile Home;* Journal of the Air Pollution Control Association; November 1985, Volume 35, No. 11, 1186-1187

19  ASTM D 6007 *Determining Formaldehyde Concentration in Air from Wood* and E 1333 *Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*; *Annual Book of ASTM Standards*; ASTM International, West Conshohocken, PA, 2008

*Page 12 of 17*

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

    d.    The Workplace Hygiene sampling produced comparable results, with the reported results all greater than the Scott Group's, but within 5% of those reported by the Scott Group.

These results demonstrate:

    a.    After more than 4 years, there remains sufficient formaldehyde off gassing capability in the THU's building materials to produce measurable formaldehyde in air concentrations, even at temperatures far below normal indoor housing temperatures.

    b.    The rate of formaldehyde off gassing capacity in the THU (after several formaldehyde emission rate half lives) remains sufficient to not only rebound to pre-Ventilation and Conditioning concentrations, but to increase to 48 ppbV at a significantly lower than normal indoor housing temperature within approximately two days following the Ventilation and Conditioning period.

    c.    Even with insufficient heating system capacity to obtain or maintain the target conditioned interior temperature (75°F.), with the interior temperature falling as low as 45 °F, there was still sufficient formaldehyde off gassing to result in a concentration of 19 ppbV.

    d.    Ventilation of the THU to reduce formaldehyde concentrations in the air of the THU interior, as recommended by FEMA, is only effective for the duration of the ventilation period. Formaldehyde concentrations rapidly rebound to the initial, equilibrium formaldehyde concentration.

C.    **Test Data Normalization -**

Formaldehyde off gassing rates and resultant airborne concentrations are significantly dependent on temperature and relative humidity, leading to difficulty in interpreting data obtained by different researchers under varying test conditions. The primary use of the Berge Equation is to provide a reliable means of normalizing formaldehyde data from varying source conditions. The following Tables indicate the results of the application of the Berge Equation to the formaldehyde data obtained from the Castanel THU to a more typical residential environment temperature and relative humidity.

1.    Normalization of Scott Group sample results by application of the Berge Equation:

| Sample # | Date | Sample Result (ppbV) | Result @ 75 °F & 60% RH (ppbV) |
|---|---|---|---|
| 2917200159 | 01/04/10 | 8.8 | 32 |
| 2917200303 | 01/07/10 | 48 | 95 |
| GZ 2692 | 01/07-8/10 | 19 | 68 |

CAST001997

### AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

2. Normalization of Workplace Hygiene sample results to 75°F and 60% relative humidity by application of the Berge Equation:

| Sample # | Date | Sample Result (ppbV) | Result @ 75 °F & 60% RH (ppbV) |
|---|---|---|---|
| 35184A | 01/04/10 | 9 | 32 |
| 35186A | 01/07/10 | 50 | 91 |
| GZ 6994 | 01/07-8/10 | 20 | 57 |

These results indicate substantial, but not perfect correlation, between actual field measurements of formaldehyde concentrations and the mathematical model provided by the Berge Equation under the field conditions discussed above. The most significant shortfalls in data quality are related to the use of average temperature and relative humidity data (measured only at the commencement and completion of each sampling period) rather than integrated temperature and relative humidity data.

E. **Ventilation -**

Active and Passive Sampling was performed with only two (2) of the three (3) convective electrical baseboard heaters in operation. The THU exterior openings were closed with the exception of limited door openings to allow personnel ingress/egress to conduct sampling.

F. **Comparison of Castanel THU Sampling Results With Published Standards -**

1. The Sample Number 2917200303 result (48 ppbV) exceeds the following published standards:

   a. Health Canada (HC), Residential Indoor Air Quality Guidelines; General Public;

   Eight (8) hour exposure limit - 0.04 ppmV (40 ppbV)

   b. National Institute for Occupational Safety & Health (NIOSH), CDC; Workplace Exposure Standard; Recommended Exposure Limits (RELs);

   TWA up to 10 hour work day/40 hour work week - 0.016 ppmV (16 ppbV)

   c. Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; Minimal Risk Levels (MRLs):

   Acute MRL (exposure < 14 days) - 0.04 ppmV (40 ppbV)

   Intermediate Duration MRL (> 14 days ≤ 365 days) - 0.03 ppmV (30 ppbV)

   Chronic Duration MRL (exposure > 1 year) - 0.008 ppmV (8 ppbV)

CAST001998

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

    d.    California Environmental Protection Agency (CEPA), Office of Environmental Health Hazard Assessment; General Public; Recommended Exposure Limits (RELs):

        Intermediate REL (8 hour) - 0.027 ppmV (27 ppbV)

        Chronic REL - 0.0024 ppm (2.4 ppbV)

2.    The Sample Number GZ 2692 result (19 ppbV) exceeds the following published standards:

    a.    National Institute for Occupational Safety & Health (NIOSH), CDC; Workplace Exposure Standard; Recommended Exposure Limits (RELs);

        TWA up to 10 hour work day/40 hour work week - 0.016 ppmV (16 ppbV)

    b.    Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; Minimal Risk Levels (MRLs):

        Chronic duration MRL (exposure > 1 year) - 0.008 ppmV (8 ppbV)

    c.    California Environmental Protection Agency (CEPA), Office of Environmental Health Hazard Assessment; General Public; Recommended Exposure Limits (RELs):

        Chronic REL - 0.0024 ppm (2.4 ppbV)

2.    The Sample Number 2917200159 result (8.8 ppbV) exceeds the following published standards:

    a.    Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; Minimal Risk Levels (MRLs):

        Chronic duration MRL (exposure > 1 year) - 0.008 ppmV (8 ppbV)

    b.    California Environmental Protection Agency (CEPA), Office of Environmental Health Hazard Assessment; General Public; Recommended Exposure Limits (RELs):

        Chronic REL - 0.0024 ppm (2.4 ppbV)

CAST001999

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

12. FEMA Job Hazard Analysis – A job hazard analysis (JHA) is a safety evaluation technique that focuses on work tasks as a means to identify physical, electrical, chemical, fire, or other hazards before they occur. It evaluates the relationship between the worker, task, tools, and the work environment. It identifies uncontrolled hazards and requires procedures and precautions to eliminate hazards or to reduce risk to an acceptable level. The FEMA Job Hazard Analysis, dated 07/06, for the task of Trailer In-Bound Inspection (new trailer), under the activity of Entering new trailers/mobile home (sic), identifies the following parameters, in addition to trip/slip, repetitive motion, and lifting hazards:

   A. **Physical Hazard or Chemical**: Formaldehyde off gassing from building materials including plywood, crush-board, urea formaldehyde foam, insulation (UFFI), etc.(new trailers)

   B. **Potential Injury**: Formaldehyde exposure, inhalation, Cancer

   C. **Control Type**: Ventilation, PPE-respiratory protection, Rotation

   D. **Type of Training Required**: Formaldehyde awareness in accordance with OSHA 1910.1048

   E. **Frequency and/or duration of exposure**: 480 min/day

   F. **Occupational Exposure Limit** (if applicable): OSHA PEL TWA 0.75 ppm, OSHA Action Level 0.5 ppm, ACGIH Ceiling 0.3 ppm

This JHA was issued as a response to the OSHA survey, conducted in the third quarter of 2005, regarding Katrina THU delivery, installation, and inspection activities.[20] 95 samples were taken, with 83 producing quantifiable results. Of those:

   A. 18 % measured formaldehyde concentrations greater than the OSHA Action Level of 500 ppmV.

   B. 6% measured formaldehyde concentrations greater than the OSHA Permissible Exposure Limit of 750 ppmV.

A copy of the FEMA Job Hazard Analysis is contained in Attachment 7.

### END OF REPORT TEXT

---

20  OSHA, *Part II: Summary of Air and Noise Sampling Results Representing Actual or Potential Exposures for Response and Recovery Workers Involved in Hurricane Response and Recovery Activities*, 2006, http://www.osha.gov/SLTC/etools/hurricane/sampling-part2.html#gasv

CAST002000

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this 29th day of January, 2010.

_____
William D. Scott, PE, CHMM
1117 Wright Avenue
Gretna, LA 70056

_____
Notary Public Name  LINDA J. NELSON
                    LA BAR # 9938

LA BAR # 9938
Notary Number

with LIFE
Commission Expires