Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          MDL NO. 1873
       FORMALDEHYDE
       PRODUCTS LIABILITY    SECTION: N(5)
       LITIGATION
                             JUDGE:
                             ENGELHARDT

                             MAG: CHASEZ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   Deposition of WILLIAM D. SCOTT, P.E., taken at the Law Offices of Lambert and Nelson, 701 Magazine Street, New Orleans, Louisiana, 70130, beginning at or about 11:11 a.m. on Wednesday, the 31st day of March, 2010.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT 2

Page 21

1    report.
2            MR. PINEDO:  He noticed the typo
3    this morning.
4            THE WITNESS:  Yeah.  I was coming
5    to that.
6            MR. MULCAHY:  Okay.
7            THE WITNESS:  This appears to be
8    complete.
9            MR. MULCAHY:  Okay.  Let me go
10   ahead and mark --
11   BY MR. MULCAHY
12   Q.   And these two documents together,
13   the 17 page affidavit and the ones that
14   start with Attachment 1, that constitutes
15   a complete copy of your report?
16   A.   Yes.
17           MR. MULCAHY:  Okay.  We'll go
18   ahead and mark that in globo as Scott 4.
19   BY MR. MULCAHY:
20   Q.   And does this report contain all
21   your opinions that you have rendered in
22   the Castanel matter?
23   A.   Yes.  Now, is this a good time to
24   bring up --
25   Q.   Well, let's talk, uh, --

Page 22

```
 1    A.     Okay.
 2    Q.     -- about Chris's comment a second
 3    ago.   Is there a typo that you have
 4    noticed in your report?
 5    A.     Yes.
 6    Q.     Okay.  And where is that?
 7    A.     Page 11 of 17.
 8    Q.     What are we looking at on Page 11 of
 9    17?
10           MR. PINEDO:  Why don't you just
11    show it to him?
12           THE WITNESS:  I was just going to
13    pull it out.  I think a picture might be
14    worth a thousand words.
15           MR. MULCAHY:  Okay.
16           THE WITNESS:  This pertains to
17    the Berge Equation as written there.
18    BY MR. MULCAHY:
19    Q.     And on the Berge Equation you have
20    corrected it with a division sign, it
21    looks like, and brackets around the first
22    part of the formula after the equal sign;
23    is that correct?
24    A.     Right.
25    Q.     Okay.  So the way the report was
```

WILLIAM D. SCOTT							3/31/2010

Page 23

1   written with a C and a dot in that area,
2   does that mean C times --
3   A.   Correct.
4   Q.   -- the information and what you're
5   telling me now is this --
6   A.   It was suppose to be C divided by.
7   Q.   Okay.  Is that the only typo that
8   you noticed in your report?
9   A.   Yes.
10         MR. MULCAHY:  Let me go ahead and
11  mark this --
12         MR. PINEDO:  Could I suggest we
13  just replace that page within Exhibit 4?
14         MR. MULCAHY:  No.  I'd like to
15  keep his report the way I received it.
16         MR. PINEDO:  Okay.
17         MR. MULCAHY:  But we can mark
18  this as Exhibit 5 as to the typo that he
19  corrected last night on his report.
20         THE WITNESS:  That does not alter
21  anything subsequent.  That's --
22         MR. MULCAHY:  You anticipated my
23  next question.
24  BY MR. MULCAHY:
25  Q.   From what you're telling me, my

```
 1   understanding is that you're saying that
 2   change, in correcting the typo of this
 3   report, has no impact on your calculations
 4   or anything inside the report; is that
 5   correct?
 6   A.    That is correct.  I, basically, got
 7   wrapped in a fur ball trying to do
 8   equations and Word Perfect.
 9   Q.    Okay.  Now I was going to ask you
10   about a couple of other things that may be
11   typos in your report.  On Page 1, you
12   still have a copy of that in front of
13   you?
14   A.    Page 1?
15   Q.    Yes.  Do you have a copy there in
16   front of you?
17   A.    I do.
18   Q.    Okay.  Under THU Identity --
19   A.    Yes.
20   Q.    -- under FEMA Identification Number
21   373963, do you know if that is the correct
22   FEMA Identification Number of the Castanel
23   unit?
24   A.    Well, I would answer I thought it
25   was.  If I'm mistaken then I'm mistaken.
```

Page 76

1    do vary in response to temperature, and
2    it's an empirical equation.  So that was
3    what, as I appreciate it, what the man set
4    out to do.
5    Q.    Are you confident in the
6    calculations that you have performed in
7    this particular report?
8    A.    I don't understand.
9    Q.    Confident in the accuracy of your
10   calculations in this report?
11   A.    You mean --
12   Q.    Results that you calculated.
13   A.    You mean the 68 I indicated, is that
14   68.000?  No.  I think what that is, is
15   that is illustrative of the affect of
16   temperature and RH on the situation.  And
17   when we measure at low, low temperatures,
18   okay, we get a reduction in hard results
19   measured in the field that, if we're
20   talking about normal living conditions,
21   okay, say 75 degrees, we can use Berge to
22   at least get an idea of where that value
23   would be under "normal circumstances".
24   Q.    Now you put your data, put these
25   results, into the Berge Equation;

Page 84

1   A.      Exactly.  It's a broader scope than
2   simply particleboard, Section 8 of the
3   standard.
4           (Recess in the deposition)
5   BY MR. MULCAHY:
6   Q.      Did you do any handwritten
7   calculations with the Berge Equation?
8   A.      No.  I put it in a spreadsheet.
9   Q.      Okay.  Is that part of the materials
10  that are on your Additional Materials
11  Spreadsheet?
12  A.      I didn't keep it, but I can generate
13  it easy enough, if that's desired.
14  Q.      It wasn't on your Reliance disk.  I
15  just didn't know if it was on this other,
16  uh --
17  A.      My fault.
18  Q.      -- information too.  You told me
19  earlier today the three depositions you've
20  given regarding formaldehyde were those
21  involved in this MDL; correct?
22  A.      Involved in --
23  Q.      This MDL with the Alexander unit in
24  the FEMA trailer litigation; is that
25  correct?

```
 1              THE WITNESS:  It's an oversight,
 2    but it's easy to do.
 3              MR. KURTZ:  Okay.
 4    BY MR. KURTZ:
 5    Q.    Mr. Scott, do you have the Berge
 6    paper handy?
 7    A.    Which one?
 8    Q.    The one that's on this disk, the
 9    1980 version.  It's got the formula on it.
10         (Witness searching documents)
11              MR. KURTZ:  Mind if I show it to
12    him?
13              MR. PINEDO:  Makes good bedtime
14    reading.
15              MR. KURTZ:  Yeah.  That's fine.
16    I'm not going to attach it.
17              MR. MULCAHY:  That's all right.
18    BY MR. KURTZ:
19    Q.    Do you have it, Mr. Scott?
20    A.    Yes.
21    Q.    Okay. Great.  I wanted to compare
22    Equation 6 to the marked up version on
23    Exhibit 5 to this deposition.
24    A.    Yep.
25    Q.    If you could, walk me through what
```

1   you did there.  Equation 6 in the Berge
2   Paper is the Berge Equation that we've
3   been talking about all day; right?
4   A.    It's one form of it, yeah.
5   Q.    Okay.  Now, as it appears in your
6   report, you, at least initially, didn't
7   have any division signs.  It read just
8   like it appears in the Berge Paper;
9   correct?
10  A.    Well, and that's where the confusion
11  of my assistant came from.
12  Q.    Okay.  Can you explain why you have
13  modified Equation 6 from the Berge Paper
14  such that it does have a --
15  A.    Because 6 on the Berge Paper, if you
16  look carefully, okay, calls -- as it's
17  presented there, has the steady state
18  concentration, okay, equals the -- Bear
19  with me here.  I'm trying to pick this out
20  of the text.
21  Q.    I think C asterisk is the
22  concentration at the surface of the
23  particleboard; right?
24  A.    That's what I'm thinking, but I'd
25  like to -- Yeah.  Yeah.  Okay.  And then

1   is equal to the adjusted or normalized
2   value concentration with the humidity
3   terms and the exponential temperature
4   problems.
5   Q.    Well, I think that's where you and I
6   are getting it cross purposes.  C asterisk
7   subscript zero, according to the Berge
8   Paper, is the measured formaldehyde
9   concentration in a closed system; right?
10  A.    Yes.
11  Q.    The predicted formaldehyde
12  concentration is just the C asterisk;
13  right?  Well, it's the C asterisk and the
14  C subscript alpha, which is the steady
15  state; right?
16  A.    Yeah.
17  Q.    So, when you apply the Berge
18  calculation, you take the measured
19  formaldehyde concentration, multiply it by
20  all those other terms; right?
21  A.    In this case here, yeah.
22  Q.    Okay.
23  A.    With the -- I don't know what the
24  old timers called it -- the hand analog
25  function.

Page 101

1  Q.    Right, right.  Okay.  So, let me get
2  back to my original question, which is,
3  why did you move the 1 plus term such that
4  you're dividing by that?
5  A.    Because we're solving for the --
6  the -- the normalized value.
7  Q.    Okay.  Well, if you were doing that,
8  would you not also be dividing by the E
9  term at the end?
10 A.    Yeah, which is why it goes from an
11 analog to the log or to an exponent.
12 Q.    Is that where you changed the
13 sign?
14 A.    Is the question how did we derive
15 what's here from what's in this paper?
16 Q.    Yes.
17 A.    Okay.  I can't tell you that with
18 clarity just sitting here flatfooted
19 without looking at it because I used a
20 different source in Berge's equation than
21 this paper.
22 Q.    Okay.  Well, let me refer you, then,
23 to the Salthammer -- Was the Salthammer
24 the source that you used?
25 A.    One of them.

1   Q.   Okay.  Do you have the paper with
2   you that you used as the source for what
3   you put in your report?
4   A.   I've got to go back and look and see
5   what I actually pulled it from.
6   Q.   Okay.
7   A.   Okay.  I actually think I pulled it
8   from something that ASHRAE had discussing
9   Berge and related it back to the ASTM
10  format.
11  Q.   Okay.
12  A.   But, I believe that you will find
13  that that's an accurate representation of
14  the equation, the expression.
15  Q.   All right.
16  A.   I know you're a math major, so you
17  don't like to say formula.
18  Q.   You can say formula.  It's okay.
19  All right.  So, we'll say expression.  The
20  source of the expression you use in the
21  report, as corrected this morning, is an
22  ASHRAE Paper as opposed to the Berge
23  Paper?
24  A.   I believe, yeah.
25  Q.   All right.  Whether it came from