| Sample # | Location | Cmeas (ppm) | A | RHmeas % | Rhnorm % | RHm - Rhn % | 1+A*[Rhm-RHn] |
|---|---|---|---|---|---|---|---|
| 159 | THU Interior | 0.0088 | 0.0175 | 57.3 | 60.0 | -2.7 | 0.953 |
| 303 | THU Interior | 0.048 | 0.0175 | 73.8 | 60.0 | 13.8 | 1.242 |
| 2692 | THU Interior | 0.019 | 0.0175 | 49.3 | 60.0 | -10.8 | 0.812 |

Sample # 159: Tube sample taken prior to ventilation and HVAC operation - THU "as is"; 6

Sample # 303: Tube sample taken after THU ventilation and HVAC operation; 60 minute s

Sample # 2692: Badge sample taken immediately after 303; nominal 24 hour duration.

| Sample # | Location | Cmeas (ppm) | A | RHmeas % | Rhnorm % | RHm - Rhn % | 1+A*[Rhm-RHn] |
|---|---|---|---|---|---|---|---|
| 35184A | THU Interior | 0.009 | 0.0175 | 67.5 | 60.0 | 7.5 | 1.131 |
| 35186A | THU Interior | 0.050 | 0.0175 | 66.5 | 60.0 | 6.5 | 1.114 |
| 6994 | THU Interior | 0.020 | 0.0175 | 56.5 | 60.0 | -3.5 | 0.939 |

Sample # 184: Tube sample taken prior to ventilation and HVAC operation - THU "as is"; 6

Sample # 186: Tube sample taken after THU ventilation and HVAC operation; 60 minute s

Sample # 6994: Badge sample taken immediately after 186; nominal 24 hour duration.

EXHIBIT 3

## Castanel / Recreation by Design
## Data Normalization by Berge Application

*Berge Expression:* $Co = [C/(1+A*[RHm-RHn])] * e R (1/Tm - 1/Tn)$

### W. D. Scott Group Data

| 1/(1+A*[RHm-RHn]) | R | Tmeas (°F) | Tmeas (°C) | Tmeas (°K) | 1 / Tmeas | Tnorm (°F) | Tnorm (°C) | Tnorm (°K) |
|---|---|---|---|---|---|---|---|---|
| 1.050 | 9799 | 44.0 | 6.7 | 280 | 0.003574 | 75.0 | 23.9 | 297 |
| 0.805 | 9799 | 64.2 | 17.9 | 291 | 0.003436 | 75.0 | 23.9 | 297 |
| 1.232 | 9799 | 55.0 | 12.8 | 286 | 0.003497 | 75.0 | 23.9 | 297 |

30 minute sample.

sample.

### Workplace Hygiene Data

| 1/(1+A*[RHm-RHn]) | R | Tmeas (°F) | Tmeas (°C) | Tmeas (°K) | 1 / Tmeas | Tnorm (°F) | Tnorm (°C) | Tnorm (°K) |
|---|---|---|---|---|---|---|---|---|
| 0.884 | 9799 | 44.0 | 6.7 | 280 | 0.003574 | 75.0 | 23.9 | 297 |
| 0.898 | 9799 | 65.5 | 18.6 | 292 | 0.003427 | 75.0 | 23.9 | 297 |
| 1.065 | 9799 | 58.5 | 14.7 | 288 | 0.003474 | 75.0 | 23.9 | 297 |

30 minute sample.

sample.

| 1 / Tnorm | 1/ΔT | R x 1/ΔT | e[R(1/ΔT)] | Cnorm (ppm) | Remarks |
|---|---|---|---|---|---|
| 0.003367 | 0.000207 | 2.030 | 7.617 | 0.070 | Normalize to 75°F & 60% RH |
| 0.003367 | 0.000070 | 0.683 | 1.980 | 0.077 | Normalize to 75°F & 60% RH |
| 0.003367 | 0.000131 | 1.282 | 3.604 | 0.084 | Normalize to 75°F & 60% RH |

| 1 / Tnorm | 1/ΔT | R x 1/ΔT | e[R(1/ΔT)] | Cadj (ppm) | Remarks |
|---|---|---|---|---|---|
| 0.003367 | 0.000207 | 2.030 | 7.617 | 0.078 | Normalize to 75°F & 60% RH |
| 0.003367 | 0.000061 | 0.597 | 1.816 | 0.091 | Normalize to 75°F & 60% RH |
| 0.003367 | 0.000107 | 1.050 | 2.859 | 0.057 | Normalize to 75°F & 60% RH |