## Sean Rastanis

| | |
|---|---|
| **From:** | Randy Mulcahy |
| **Sent:** | Tuesday, April 13, 2010 5:18 PM |
| **To:** | Sean Rastanis |
| **Subject:** | FW: Bill Scott Materials in Castanel |
| **Attachments:** | Berge T & RH.xls |

**From:** Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
**Sent:** Friday, April 02, 2010 7:55 AM
**To:** 'Kurtz, David'
**Cc:** Randy Mulcahy; 'Linda Nelson'; 'Magan Ennis'; mcwatts@wgclawfirm.com; 'Dennis Reich'
**Subject:** Bill Scott Materials in Castanel

David:  Please find attached the spreadsheet you requested from Bill Scott during his deposition on March 31.  He has reconstituted the spread sheet and in so doing, he noticed he reported some of the numbers improperly in his report.  If you would like to reconvene his deposition for the purpose of clarifying this, let me know and I am sure we can arrange a short deposition forthwith.

Please accept this as a supplement to all Plaintiff's discovery in this matter.

**Chris Pinedo**
**Attorney At Law**
**4550 Jericho Road**
**Corpus Christi, Texas 78413**
**(361) 946-1474**
**(361) 244-2278 (Cell)**
**(361) 288-8028 (Fax)**



EXHIBIT
4