ii.  From observations and data provided, the wall framing of the trailer appears to be 1 ½" x 1 1/8" vertical wood members placed 16" apart.

    iii.  The floor framing appears to be constructed with nominal 2" x 3" wood members joists with actual spacing unknown.

    iv.  According to the Freyou Moore Report, if the blocking was performed correctly, the floor framing system would have met the code requirements.

K.    Plastic Black Under Siding

  1.  Observations:

    i.  The underside of the temporary housing unit is protected with a vapor barrier between the steel chassis and the wood floor structure.

    ii.  Penetrations in the in the vapor barrier are not sealed.

    iii.  The edges of the vapor barrier are not sealed.

    iv.  Air is allowed to infiltrate the outside envelope of the unit.

    v.  FEMA standards require the unit to be sealed against air intrusion.

  2.  Photographs:

    i.  Please see photographs provided by Ritter Consulting Engineers #8768, 8780, 8785, 8844, 8905, 8906, 0109, 0129, -130, 0131, 0139, 0140, 0142.

  3.  Codes, Standards, Tests or Engineering Assessments:

CAST002362

    i. Please see FEMA Model Travel Trailer Procurement Specifications dated July 14, 2005.

    ii. Please see International Residential Code, 2000, Section 1102.1.10-Air Leakage; the New Orleans City Building Code, 2003.

    iii. RPTIA Standards ANSI A119.5:  Section 5.2.4-Resistace to Elements

4. Comments:

    i. In the FEMA procurement specifications, the temporary housing unit was to be constructed to prevent air and moisture infiltration.  The construction and installation methods used by Recreation by Design did not meet the procurement specifications.

    ii. Electrical and plumbing penetrations were not sealed.

    iii. The perimeter of the vapor barrier was not sealed at the intersection with the wall framing and siding.

    iv. There were unsealed cuts in the vapor barrier.  It is unknown when these cuts occurred.  We cannot assess if the cuts existed prior to the delivery of the unit to Urquhart St., during the time Ms Castanel occupied the unit or subsequent to the removal of the unit from Urquhart St.

    v. Test performed indicates the air conditioning system ducts leak air.  This causes the Castanel unit to operate in a negative air condition. When negative air pressure conditions exist in hot humid climates, unfiltered unconditioned hot, moist air is sucked into the walls, ceiling, floor and living areas.  This

CAST002363

unfiltered air entering into the floor, walls and ceiling cavities elevates the heat and moisture in these areas. This contributes to the increase of formaldehyde off-gassing in those areas when formaldehyde containing materials are present.

vi. The FEMA specifications required the manufacturer to meet industry standards. Recreation by Design failed to meet the standards of the air conditioning manufacturer. The supply and return air ducts leaked in turn causing air and moisture leakage into the unit.

vii. Pressure differentials cause movement of air and moisture from the hot humid outside to the colder drier air on the interior. This air and moisture vapor transmittal occurs as a result of diffusion.

viii. Additionally, air flow forces heat and moisture through unsealed penetrations and openings in the walls and ceiling cavities of the home.

ix. In the winter months, the opposite occurs. The typically higher humidity on the interior of the building seeks to escape to the cooler, drier outside air in the winter months. Moisture can be forced into wall, floor and ceiling cavities. If the temperature differential is great enough, the moisture will condense on the colder surfaces.

L.    Aluminum Exterior Sheeting

1. Observations:

i. A review of the exterior sheeting or skin around the unit was performed. It is unknown if the lap joints are sealed.

CAST002364

    ii. The corner trims covering the intersections of the exterior siding was inspected. Deterioration and cracks in the sealant for the corner trims were observed.

2. Codes, Standards, Tests or Engineering Assessments:

    i. Please see the FEMA Model Travel Trailer Procurement Specifications dated July 14, 2005.

    ii. Please see the International Residential Code 2000, Section N1102.1.10 Air Leakage; and the New Orleans City Building Code 2003.

    iii. RPTIA Standards ANSI A119.5: Section 5.2.4-Resistace to Elements

3. Comments:

    i. A review of the installation means and methods of the exterior aluminum wall sheeting was performed. The wall sheeting was rolled or crimped in a horizontal pattern. Panel joints were approximately 16"+ apart and ran from front to back and side to side.

    ii. Envelope leakage test indicated air was penetrating though openings in the siding. The siding was not sealed to prevent air and moisture penetration.

M.   Wall Trim-Exterior: Corners, Roof to Wall, and Window/Doors/Vents and Other Penetrations

1. Observations:

    i. A close inspection of the exterior corners, the roof to wall connection, and the trim around the windows and entry door

CAST002365

was performed.   We observed the materials utilized to seal these areas were deteriorated or absent in a number of locations.

2. Photographs:
   i.  Please see photographs M-1 through M-96.

3. Codes, Standards, Tests or Engineering Assessments:

   i.  FEMA Model Travel Trailer Procurement Specifications dated July 14, 2005.

   ii.  International Residential 2000, Section N1102.1.10 Air Leakage; Section 703.1 Exterior Walls;

   iii.  City of New Orleans Building Code 2003

   iv.  HUD publication, "Durability by Design", Section 4.2.5;

   v.  RPTIA Standards ANSI A119.5:   Section 5.2.4-Resistace to Elements

4. Comments:

   i.  Moisture surveys and infrared thermographic surveys were conducted on the interior of the unit.  Indications of air, thermal energy and moisture infiltration were observed.  This led to a more in depth inspection of the sealed intersections on the exterior of the building as discussed above.

   ii.  Sealant material was used at through-wall penetrations, roof and wall intersections and the corner sections.  It was noted during the exterior inspection that the only method of sealing penetrations or intersections was the use of caulking or sealant. The sealant material had hardened at a number of the areas inspected.

CAST002366

iii. The FEMA specifications call for a clear non- hardening water proof sealant to be used. The specification was not followed by the manufacturer.

iv. Caulking was used as the only defensive means to prevent water and air infiltration into the FEMA unit.

v. As indicated in the HUD publication, "Durability by Design," caulking should be used as a secondary means to prevent air and moisture penetration into a structure. There should be some other primary means of moisture and air penetration prevention at intersections and penetrations.

    a. The reason caulking or other like sealants should not be used for primary prevention of air and moisture penetration into structures is that any breach of the caulking or sealant material allows air and moisture through the opening. There is no primary flashing or material to prevent or manage that air and moisture infiltration from entering into the wall or ceiling cavity or the interior of the building.

    b. Holes or cracks can form either during the installation or as a result of the material degradation. It is not usually apparent that this has occurred. Deterioration or decay of building materials, a decrease of the R- value of the insulation, and indoor air quality issues become a problem usually long before the problem of infiltration is noted by the occupant.

vi. The sealant does not appear to have been installed with a backer rod or bond breaker. This creates a three point contact with the materials to be sealed. This installation method increases the opportunity for leakage.

CAST002367

N.    Wall penetrations-Interior and Exterior:  Lights, Pipes, Electrical, Etc.

    1. Observations:

        i.  The exterior wall penetrations were inspected.  Areas such as lights, pipes, electrical and other penetrations were examined utilizing infrared thermographic imaging and a smoke producing device.  Air leakage was documented.

        ii.  Interior wall penetrations were inspected.  Areas such as lights, pipes, electrical and other penetrations were examined utilizing infrared thermographic imaging and a smoke producing device.  Air leakage was documented.

    2. Photographs:

        i.  Please see photographs in Section M for exterior.

        ii.  Please see photographs N1 through N-6.

        iii.  Please see Enclosure #4:  Photographs and video recording links contained within the La Grange Consulting Inspection Report pages 31through 34.

        iv.  Please see Enclosure #2:  First General Services Infrared Thermographic Images #0001 through 00036.

    3. Codes, Standards, Tests or Engineering Assessments:

        i.  Please see the FEMA Model Travel Trailer Procurement Specifications dated July 14, 2005.

        ii.  International Residential Code 2000, Section N1102.1.10;

CAST002368

      iii. RPTIA Standards ANSI A119.5:  Section 5.2.4-Resistace to Elements

      iv. Please see Enclosure #4, La Grange Consulting Inspection Report.

      v. Please See Enclosure #8, Ritter Consulting Engineers Report.

4. Comments:

      i. Inspection of the exterior and interior areas of wall penetrations was performed.  Areas such as lights, access panels, electrical outlets, electrical connection box, water lines, and other penetrations were inspected.

      ii. While a sealant was applied to the exterior of most of these items, some of these areas had air and possible water penetration through breaches in the sealant.

      iii. Other areas, such as wiring penetrating through the walls allow for communication between the attic and floor spaces into the wall cavities and into the living space of the housing unit.

O.    Floor Penetrations

1. Observations:

      i. There are a number of areas of unsealed penetrations in the floor noted during the inspection.

      ii. Floor penetrations are not properly sealed to meet the FEMA procurement specifications or the NFPA, ANSI or the Building Codes.

2. Photographs:

    i.  Please see photographs O-1 through O-5.

    ii.  Please see Enclosure #4:   LaGrange Consulting Inspection Report.

    iii.  Please see Enclosure #8:  Ritter Consulting Engineers Report

3.  Codes, Standards, Tests or Engineering Assessments:

    i.  FEMA Model Travel Trailer Procurement Specifications

    ii.  NFPA Code 1192-05: Section 7.1.6.4-Protective Requirements

    iii.  International Residential Code 2000:  Section N1102.1.10 Air Leakage

    iv.  RPTIA Standards ANSI A119.5:  Section 5.2.4-Resistace to Elements

    v.  RPTIA Standards ANSI A119.5:  Section 5.2.5-Rodent Resistance

4.  Comments:

    i.  Penetrations through the floor of the unit were inspected. These penetrations through the floor were not sealed.  This allowed for the transfer of air and moisture between the underside of the unit into the floor cavity and into the interior living space.

    ii.  The specifications required all penetrations including piping to be sealed.

CAST002370

iii. Section 7.1.6.4, Protective Requirements, on page 27 of the code states that "all exterior openings around piping shall be sealed to prevent the entrance of rodents." As discussed in Section K: The Plastic Black Underlining, penetrations in the underside of the housing unit was not sealed and is a code violation.

P.   Windows: Air Leakage:

1. Observations:

   i. An inspection was performed on the interior side of the window units. The rough framing of the windows was exposed.

   ii. Air movement could be felt around the perimeter of the window.

2. Photographs:

   i. Please see photographs P-1 through P-18.

   ii. Please see Enclosure #4: LaGrange Consulting Inspection Report, video recording on YouTube page 17.

3. Codes, Standards, Tests or Engineering Assessments:

   i. Please see FEMA Model Travel Trailer Procurement Specifications.

   ii. Please see International Residential Code 2000: Section 1102.1.10 Air Leakage

   iii. RPTIA Standards ANSI A119.5: Section 5.2.4-Resistace to Elements

CAST002371

iv.  Please see Enclosure #4:    LaGrange Consulting Inspection Report

v.  Comments:

a.  During the interior inspection air infiltration around the windows could be felt.

b.  The windows are installed in a manner that exposes the rough framed opening exposed.

c.  Despite the exposed rough opening, air infiltration should not be experienced.  Air is penetrating the into either the floor or wall cavities and is entering into the living space.

d.  Air is penetrating or bypassing the air barrier and pressure envelope of the living unit.

e.  During the jacking and blocking of the unit, it was noted the window units appeared to move.  As others have also opined stated in the Wright litigation, detachment of the sealant material occurs as a result of deterioration or movement of the joint, breaking or tearing the seal between the window unit and the wall.  Any air leakage around the window created conditions conducive to elevated relative humidity in the wall cavity especially in the hot, humid months.

Q.    Floor Insulation

1.  Observations:

i.  We were not allowed to remove the floor decking or the moisture barrier under the THU to inspect the floor cavity;

however, David Moore was able to measure the depth of the cavity through one on the unsealed penetrations in the underside vapor barrier. The floor cavity was approximately 2 ¾" in depth.

ii. Only an R-7, 1½" thick insulation was identified during a review of the material list provided by Recreation by Design. It is unknown if the unit was constructed utilizing a 1 ½" thick insulation or we were not provided the entire materials list.

2. Comments:

i. The floors were insulated with fiberglass roll material. The insulation thickness is unknown. If the insulation material does not fill the space between the joists or between the underside vapor barrier and the underside of the floor sheeting this creates conditions conducive to condensation forming and/or the increasing of relative humidity. The gaps in the insulation, insulation not fully fitted between framing members or insulation that does not fill the cavity, especially at the underside of the interior colder surfaces, creates conditions that allow for the air to reach the dew point in these areas and condense. This creates conditions conducive to mold growth and off-gassing.

R.    Floor Joist

1. Observations:

i. The floor joist system could not be observed. The floor joists were assessed to be 1 ½" x 2 ½" wood members.

2. Codes, Standards, Tests or Engineering Assessments:

        i. Please see Enclosure #5, Freyou, Moore and Associates – Structural Condition Assessment.

   3. Comments:

        i. Dimensioned lumber is utilized for floor joists.  The floor joists are 1 ½" x 2 ½" in dimension.

S.    Flooring-Vinyl

   1. Observations:

        i. The vinyl flooring was raised by the pressure during the envelope air leakage testing.

   2. Photographs:

        i. Please see Video Recording By Scott Johnson

   3. Codes, Standards, Testing or Engineering Assessments:

        i. Please see Enclosure #4:   LaGrange Consulting Inspection Report

        ii. RPTIA Standards ANSI A119.5:   Section 5.2.4-Resistace to Elements

T.    Wall Insulation

   1. Observations:

        i. Infrared thermographic imaging was used to identify areas in the wall insulation that are not cut, fitted or installed in a

manner that would prevent condensation from forming within the wall cavities of the unit.

ii.  Infrared thermographic imaging was used to identify areas in the wall insulation that are not cut, fitted or installed in a manner that would prevent the movement of thermal energy into the wall cavity.  This causes the rise of temperature in the wall cavity which in turn increases the rate of off-gassing in formaldehyde containing materials.

iii.  The insulation in the walls of this unit is 1 ½" thick un-faced fiberglass batting.  This material has an R-value of 7 or less. The low R- value of the insulation does not offer the necessary resistance to temperature movement within the walls that would prevent the formation of condensation.

2.  Photographs:

   i.  Please see Enclosure #2:   First General Services Infrared Thermographic Images

   ii.  Please see Enclosure #4:   LaGrange Consulting Inspection Report, Thermographic Images.

3.  Codes, Standards, Testing or Engineering Assessments:

   i.  FEMA Model Travel Trailer Procurement Specifications

   ii.  International Residential Code 2000:

       a.  Section   N1102.1   Building   Envelope   Thermal Performance;

       b.  Section N1102.1.1-Building Envelope-Exterior Walls; and

      c.  Table N1102.1.1.

  iii.  Please see LaGrange Consulting, L.L.C. Inspection Report.

  iv.  Please See ASTM Publication, "Moisture Analysis in Building Envelopes", by Heinz R. Trechsel, 2001

4. Comments:

  i.  Gaps between wood wall framing members and the insulation exist because the width of the insulation is not as wide as the wall frame member spacing.

  ii.  The voids and compressed insulation allow air and moisture movement into the wall cavities and to come in contact with colder interior wall surfaces. This creates conditions conducive for the presence of higher relative humidity and the formation of condensation.

  iii.  The roll insulation was identified as having an R-7 value. This is a low resistance value especially for the climate in southern Louisiana. The lower the "R" number the less resistance it has to prevent the movement of heat and cold though it. Typical wall systems in this climate require an R-11 value.

  iv.  Recreation by Design either did not consider or ignored the fact that condensation can occur in the walls, ceiling and possibly the floor systems of the Castanel house. There are studies dating back to the 1980s or earlier demonstrating condensation occurs in the cavities of a structure when air and surface temperatures reach the dew point.

    v.  HUD has required the control and management of condensation in mobile homes from air and moisture infiltration into the cavities and envelopes since 1986.

    vi.  While travel trailers do not fall under the manufactured housing code, it has been well established in the industry that the condition of low R values in hot humid climate areas creates conditions conducive to the formation of condensation and material deterioration.

    vii.  Because the insulation in the wall cavities has such a low R-value (resistance to the temperature), this condition occurs in the cavities of the housing unit anytime during the year when conditions are favorable, in addition to the months of May, June, July, August or September in the New Orleans area. The manufacturer did not account for or address the probability of this occurrence.

    viii.  It is not necessary for the relative humidity in the wall, floor and ceiling cavities to reach the dew point and for condensation to form for formaldehyde off-gassing to occur. Increase in formaldehyde off-gassing in wood products can occur when the relative humidity reaches 60-70% per Failure Criteria by Hannu Viitanen and Mikael Salonvaara.[7]

U.    Walls - Interior Wall Material and Vinyl Covered Finishes

  1.  Observations:

    i.  The manufacturer has utilized an applied vinyl covering over the hardwood plywood sheathing on the wall and ceiling panels.

---

7 ASTM Publication, "Moisture Analysis in Building Envelopes", Chapter 4, Failure Criteria

ii. According to information provided by Dr. Stephen Smulski in his report, the wall and ceiling panels are hardwood plywood containing formaldehyde.

2. Photographs:

i. Please see photographs U-1 through U-6.

3. Codes, Standards, Testing and Engineering Assessments:

i. Please see Enclosure #4, LaGrange Consulting Inspection Report.

ii. Please see Enclosure #7, Affidavit of Stephen Smulski, Ph.D.

iii. Please see Enclosure #10, Part 3280.309-Health Notice on Formaldehyde Emissions.

4. Comments:

i. The problems associated with placing vinyl wall and ceiling coverings on the interior of all types of buildings in the hot, humid climates has been studied for many years and there are numerous publications on this subject. These types of wall coverings trap moisture inside the wall cavities and create moisture problems. In these temporary housing units, this leads to an increase in formaldehyde off-gassing.

ii. The interior face of the wall panels is covered with a vinyl material. Vinyl materials usually have a lower ability to allow air and moisture vapor to filter through. This resistance is known as the perm rating of the material. Any material with a perm rating low enough will prevent (a vapor barrier) or slow (a vapor retarder) the passage of air and moisture vapor from the outside into the wall cavity or living area.

CAST002378

iii. To prevent air and moisture from entering a building cavity, a Tyvek type material should be installed on the warm side of the wall in the hot humid climate zone. If the vapor barrier or Tyvek type of material is placed on the cold side of the wall in this climate, moisture collection and condensation can be expected in the wall cavity. The drying process will be affected.

iv. Deterioration of the building materials will occur over time, microbial growth and other contaminants present will not dissipate into the outdoor atmosphere, especially when there are negative air pressure conditions that exist in the living space. Once the wall system allows air and moisture to enter, the vinyl surface of the wall and ceiling panels prevents or retards the moisture from passage through to the interior.

v. The moisture vapor collects on or absorbs into the back side of the vinyl covered wall and ceiling sheeting. This causes an increase in formaldehyde off-gassing. As the surfaces on the interior of the temporary housing unit gets colder, the relative humidity rises on or near the surface of the paneling in the wall and ceiling cavities. The higher the relative humidity the higher the rate of formaldehyde off-gassing.

vi. The manufacturer did not provide for the management of air, water and water vapor intrusion into the wall, ceiling and floor cavities. As a result, the lack of a management system causes conditions conducive to the increase in formaldehyde off-gassing.

V.    Ceilings

1. Observations:

    i. The ceilings throughout the house were vinyl covered hardwood paneling.

2. Photographs:

    i. Please see photograph V-1through V-3.

3. Codes, Standards, Testing or Engineering Assessments:

    i. Please see Enclosure #7, Affidavit of Stephen Smulski, Ph.D.

    ii. Please see Enclosure #4, LaGrange Consulting Inspection Report.

4. Comments:

    i. The problems associated with placing vinyl wall and ceiling coverings on the interior of all types of buildings in the hot, humid climates has been studied for many years and there are numerous publications on this subject. These types of wall coverings trap moisture inside the wall cavities and create moisture problems. In these temporary housing units, this leads to an increase in formaldehyde off-gassing.

    ii. Ceiling panels throughout the unit are hardwood paneling covered with vinyl material. The wood panel is a hardwood material and identified in Dr. Stephen Smulski's report as formaldehyde emitting materials.

    iii. As discussed in Section U, Walls, the same issues identified with the vinyl covered hardwood paneling also apply to the vinyl covered ceiling boards. Air and moisture are not allowed to permeate through the materials to dry out to the interior. Any elevated relative humidity levels or condensation that occurs in the ceiling cavity is trapped against or near the cold

CAST002380

surface of the ceiling panel.  This creates conditions conducive to formaldehyde off-gassing.

W.    Ceiling Penetrations

1. Observations:

   i.  There were unsealed penetrations through the ceiling panels. Areas such as air conditioning duct penetrations, and other such penetrations were noted.

2. Photographs:

   i.  Please see photographs W-1 through W-4.

   ii. Please see Ritter Consulting Engineers Photographs #0054-0070.

3. Codes, Standards, Testing or Engineering Assessments:

   i.   FEMA Model Travel Trailer Procurement Specifications

   ii.  Please see Enclosure 3, LaGrange Consulting Inspection Report.

   iii. Please see Enclosure #8, Ritter Consulting Engineer's Report

   iv.  International Residential Code 2000:  Section N1102.1.10 Air Leakage

4. Comments:

   i.  The numerous penetrations through the ceiling were not properly sealed to prevent air and moisture movement between the ceiling cavity and the interior air of the home.    The

CAST002381

construction makeup of the unit as discussed earlier allows for the transfer of air and moisture into walls, ceilings and cavities. This moisture will migrate from the warmer, moist ceiling cavity areas into the drier, cooler air within the living area of the home. Movement of any micro-organisms, contamination or formaldehyde gas into the living area then occurs.

X.    Ceiling Insulation

1. Observations:

   i. Observations of the ceiling insulation material and installation methods were not allowed. It is unknown how Recreation by Design was able to install insulation in the area allowed in the ceiling cavity and maintain the required R-7 factor for the duct system. Compressed insulation, missing insulation, or a lack of insulation around the duct system raises the temperature in the ceiling cavity.

2. Codes, Standards, Testing or Engineering Assessments:

   i. International Residential Code 2000: Section 1102.1.2-Ceilings and Table 1102.1

   ii. Please see Enclosure #4, LaGrange Consulting Inspection Report.

   iii. Please see Enclosure #7, Affidavit of Stephen Smulski, Ph.D.

   iv. Please see Enclosure #8, Ritter Consulting Engineers' report.

3. Comments:

   i. The insulation installed in the ceiling system is an un-faced 2 ½" thick fiberglass roll insulation. The insulation noted on the

bill of materials is a 1 ½" thick material. The insulation cannot fill the voids between the framing members. The insulation has to be significantly compressed in a number of areas. It appears the insulation was installed prior to the installation of the metal roof. Once the roof deck was installed, the insulation was compressed between the roof and the roof truss. This rendered the insulating capacity of the material relatively ineffective at those locations. The consequence of this method of installation allowed for unnecessary heat transfer into the ceiling cavity. The high heat and humidity that are allowed into the ceiling cavity produces conditions conducive to an increase in formaldehyde off-gassing when the hot, humid air comes into contact with the colder ceiling panels. There is available cold air in the ceiling cavity to create conditions of high relative humidity and condensation. This will be discussed later in the report.

    ii. The methods of the insulation installation fall below the level of superior quality.

    iii. The thin insulation and low R- value allow the dew point to be reached easily in this area.

Y.    Roof Truss

  1. Observations:

    i. We could not access the roof framing material. According to the bill of materials provided, the ceiling and roof framing is constructed with roof truss.

  2. Comments:

    i. Air leakage from the supply duct and return air system creates air movement in the insulation of the ceiling cavity. The open

CAST002383

truss system allows for air to move from one section of the cavity to another.

    ii. Air movement within insulation reduces the insulating value of the insulation. Insulation is dependent upon dead air space for its ability to resist thermal energy movement. When that dead air space is disturbed, the resistive value of the insulation is reduced or eliminated.

Z.    Roof

    1. Observations:

        i. The roof material is a galvanized thin gauge metal material very similar if not exactly the same material that was installed on mobile homes some years ago.

        ii. Seams at the edges of the roof material were not completely sealed.

    2. Photographs:

        i. Please see photographs Z-1 through Z-8.

    3. Codes, Standards, Testing or Engineering Assessments:

        i. FEMA Model Travel Trailer Procurement Specifications

        ii. International Residential Code 2000: Section 1101.1.10 Air Leakage

        iii. RPTIA Standards ANSI A119.5: Section 5.2.4-Resistace to Elements

AA.    Roof Penetrations

1. Observations:

   i.   The roof penetrations for the vent pipe indicated cracking.

   ii.  The penetration through the roof for the air conditioning system could not be observed from the roof; however, the observations from the interior side indicated the area between the roof and the ceiling were not properly sealed.

   iii. The area around the air conditioner unit appears to hold water.

2. Photographs:

   i.   Please see photographs AA-1 through AA-14.

3. Codes, Standards, Testing or Engineering Assessments:

   i.   FEMA Model Travel Trailer Procurement Specifications

   ii.  International Residential Code 2000:  1101.1.10 Air Leakage, P2606.1 Water proof openings

   iii. NFPA 1192-05: Section 7.1.6.3 Pipe Penetrations and Section 7.6.8.2 Vent Flashings

   iv.  RPTIA Standards ANSI A119.5:  Section 5.2.4-Resistace to Elements

4. Comments:

   i.   The observations of the roof penetrations indicate the sealant material was somewhat brittle.  The sealant appeared to have separations between layers.

CAST002385

    ii. The roof structure and decking around the air conditioning rooftop unit appeared to pond water. Close examination of the roof deck indicated a deflection which would allow water to accumulate around the opening of the air conditioning unit.

BB.    Roof Deck Deflections

    1. Observations:

        i. As noted in Section AA above, the metal roof deck showed deflections. Water entry around those deflections appeared to be possible.

        ii. The area of roof deflection is holding water and is causing corrosion.

    2. Photographs:

        i. Please see photographs in Section BB-1through BB-6.

    3. Codes, Standards, Testing or Engineering Assessments:

        i. FEMA Model Travel Trailer Procurement Specifications

        ii. NFPA 1192-05: Section 5.8.1-Air Conditioning Installation

        iii. Please see Enclosure #5, Freyou Moore and Associates Structural Assessment Report

    4. Comments:

        i. The deflection around the air conditioning unit is indicative of roof deflection on other travel trailer observed. These areas of deflection will allow air and moisture infiltration into the ceiling cavity.

CAST002386

CC.   Appliances

    1. Observations:

        i. The stove vent is the only mechanical ventilation for the temporary housing unit.

    2. Codes, Standards, Testing or Engineering Assessments
        i. Please see RPTIA Codes, ANSI A119.5: Section 5-3.6 and 5-3.6.1, Light and Ventilation and Habitable Rooms.

    3. Photographs:

        i. Please see photographs CC-1 through CC-6.

    4. Comments:

        i. The stove hood vent is the only exhaust ventilator in the unit. There is no fresh air intake in the exhaust hood. Air exhausted from the house is not replaced with outside filtered air. If the ventilator is operating during cooking and the doors and windows are closed it can place the house in a negative pressure condition.

        ii. All of the building codes require ventilation in the bathroom areas.

DD.   Furnishings

    1. Observations:

        i. The bed platform bed with storage is constructed with formaldehyde containing materials.

    2. Codes, Standards, Testing or Engineering Assessments

CAST002387

    i.  Please see Enclosure #7, Affidavit of Stephen Smulski, Ph.D.

3. Comments:

    i.  The various components of the unit were observed and investigated by Dr. Smulski. Various items were identified by Dr. Smulski as formaldehyde emitting materials. The locations and effects of these materials and the relationship to the housing unit are discussed in Dr. Smulski's report. The content materials added to the overall amount of materials in the trailer that contained formaldehyde.

EE.   Cabinets

1. Observations:

    i.  The cabinets were constructed with 3/4" hardwood plywood, 1/8" Hardwood plywood, 5/8" MDF, 3/4" particle board and other formaldehyde containing materials.

2. Codes, Standards, Testing or Engineering Assessments:

    i.  Please see Enclosure #7, Affidavit of Stephen Smulski, Ph.D.

3. Comments:

    i.  The cabinets were inspected for measuring, photographing and identification of the various materials utilized in their construction. Dr. Smulski identified a number of the components that composed the cabinets as being materials that contained formaldehyde.

FF.   Heating System

1. Observations:

CAST002388

      i. Observations of the heating system were performed. The heating system consisted of three electric baseboard heaters.

      ii. Only two of the three heaters operated.

2. Photographs:

      i. Please see photographs of the furnace: FF-1 through FF-8.

GG.   Air Conditioning and Duct System

1. Observations – Boroscope Inspection:

      i. A boroscope inspection was performed in air conditioning duct system. The boroscope with a small camera lens and a long extension allows us to view into typically inaccessible places and perform inspections. Photographic and video documentation were performed during that inspection.

      ii. Fastener penetrations and open joints in the duct system were observed.

      iii. The duct penetrations through the ceiling were made with aluminum tape.

      iv. The ceiling cover at the supply/return air unit was removed for inspection. The roof to ceiling penetration is not sealed completely. The section that is sealed has been sealed using an aluminum tape. Air leakage is occurring at this area.

2. Photographs:

      i. Please see photographs GG-1 through GG-14.

3. Codes, Standards, Testing and Engineering Assessments:

CAST002389

    i.  Please see Enclosure #10: Dometic Installation Instructions

   ii.  Please see NFPA 1192 and ANSI 119.2: Section 5.8.1 and Section 5.8.2.1-Air Conditioning

  iii.  Dometic Installation Instructions

  iv.  International Residential Code 2000: Section 1103.3, Section 1103.4 Duct Sealing and Section M1601.3.1-Joints and Seams

   v.  Please see Enclosure #8, Ritter Consulting Engineers' report.

  vi.  Please see Enclosure #4, LaGrange Consulting Inspection Report.

4. Comments:

    i.  Observations: Physical Inspection

       a.  Physical inspection of the duct penetration through the ceiling was performed. The penetration is bridged and sealed with unlabeled aluminum tape. The transition between the ducts and the ceiling is not insulated. This allows for condensation to occur within the ceiling and into the plywood at the duct penetration. Without a sufficient insulation around the duct and transition area, the hot, humid air in the attic will come into contact with the cold surface of the aluminum tape.

   ii.  Observations: Mechanical Unit-Interior

       a.  The interior portion of the air conditioning unit was inspected. The ceiling cover and filter were removed for inspection. Access to the unit and ceiling cavity was available. The penetration between the roof and the

**CAST002390**

ceiling is only partially sealed with aluminum tape. The unsealed portion is allowing air to escape into the ceiling cavity. The return air is sucking hot humid unconditioned and contaminated air from the ceiling cavity and into the living area of the housing unit.

iii. Observations: Mechanical Unit-Exterior

    a. The exterior portion of the air conditioning unit was inspected. The unit was identified as a Duo-Therm QUICK COOL high efficiency unit. The model number was 59516.531.

      i. Please see photographs HH-14 through HH-15.

iv. Observations: Ceiling Duct System

    a. The ducts are constructed of a thin foam board material and sealed with an aluminum tape. No markings identified the duct material or the tape sealant material for compliance with the applicable code or standard for use of those materials. The duct material has an R-1 rating. This material offers very little resistance to heat and cold.

    b. Inspection of the air condition duct revealed the following:

      i. The tape used to seal the joints was not fully adhered to the duct material. Air leakage was made possible through those penetrations.

      ii. The air condition manufacturer requires an R-7 insulation material to encompass the duct system. Based on the construction of the ducts and ceiling cavity, it is not known how the manufacturer was able

CAST002391

to meet this requirement. If the ducts were insulated over the top side there is not enough area above the duct for a full thickness layer of insulation to encompass that area. If the insulation is placed between the trusses the areas of the truss are not insulated. The ductwork and roof truss compress the ceiling insulation to the bottom side of the roof sheeting. This renders the insulation ineffective. The remainder of the duct system on the sides and bottom are only partially insulated or not insulated fully and are exposed to the hot, humid air of the cavity.

v.  Observation: Dometic Duo-Therm A/C unit Manual:

a.  As is mentioned earlier in the report, the air-conditioning system installed in the Castanel trailer is a Dometic Duo-Therm 595 QUICK COOL. The installation instructions were downloaded from Dometic.

On the first page of the Dometic document, a warning stating, "This manual must be read and understood before installation, adjustment, service, or maintenance is performed. This unit must be installed by a qualified service technician. Modification of this product can be extremely hazardous and could result in personal injury or property damage."

Along the lines of this warning, further modifications that could fall into this warning category can be the failure to properly install the ductwork system. Failure to install the ducts properly can and does cause negative air pressure drawing in the hot, humid, contaminated air into the trailer. This condition was verified by LaGrange Consulting. Duct leakage test indicate the supply and return air ducts are leaking air.

In addition, drawing hot, moist air into wall, ceiling and floor cavities can cause corrosion of electrical

components. This condition can lead to electrical shorts and fires. As the humid air is drawn into walls, ceiling and floor cavities, it comes in contact with the metal components of electrical devices and appliances. The high moisture content of the air interacting with the metals of the electrical devices causes corrosion. This corrosion or rust then creates a pitting of the metal parts of the device. This pitting or eating away of the metal can cause arcing or a jumping of the electrical charge between the various metal components, it can raise the temperature of the metal components and the sparks created by the arcing and elevated temperatures can cause fires.[8]

b.  Under Section 1C, page 2, the manufacturer states, "The ability of the air-conditioner to maintain the desired inside temperature depends on the heat gain of the R.V." One of the recommendations made by the manufacturer to reduce the heat gain is to keep windows and doors shut or minimizing usage.

The heat gain is a measurement of heat absorption and gain in temperature as a result of various conditions. The position of a housing unit or building in relation to the amount of exposure it has to the sun; the number and size of doors and windows; the types of doors and windows and their insulating value and their ability to resist heat and air penetration; the types walls, ceilings and floors and the thickness of those systems; and, the types of insulation and the thickness of insulation in the walls, ceiling and floor areas all are factors that affect heat gain.

The higher the thermal resistance values of the walls, ceilings and floors, the greater the ability to resist heat transferring from the outside to the inside of the trailer and the smaller the heat gain will be. The lower the heat

---

[8] "The Effects of Smoke & Moisture on Residential and Commercial Electrical Systems" by Alexis Mallet, Jr.

CAST002393

gain, the quicker and easier it is to cool the interior of the temporary housing unit.

As we will discuss shortly, the type of construction of the walls, ceiling and floor did not permit a low heat gain transfer. This also makes higher temperatures available to increase the off-gassing of formaldehyde.

c. As noted earlier, the air-conditioning manufacturer recommends keeping the windows and doors closed and / or minimize their usage. FEMA advised residents to open windows and doors to reduce odor or formaldehyde levels in their housing units. These recommendations are in contradiction to the air conditioning manufacturer's recommendations. The problem is that opening windows introduces hot, humid, unfiltered air into the house in hot, humid climates.

d. Under Section 1-D, Condensation, on page 2, the manufacturer has written, "**Note**: The manufacturer of this air-conditioner will not be responsible for damage caused by condensed moisture on ceilings or other surfaces. Air contains moisture and this moisture tends to condense on cold surfaces. When air enters the R.V., condensed moisture may appear on ceilings, windows, metal parts, etc. **The air-conditioner removes this moisture from the air during normal operations. Keeping doors and windows closed when the air conditioner is in operation will minimize condensed moisture on cold surfaces.**" (Emphasis added)

The importance of this statement as it relates to the issues at hand with this temporary housing unit is that in a short paragraph, it explains also what is occurring in the walls, ceilings and potentially floor cavities of the temporary housing unit. It states that "the air contains moisture and the moisture tends to condense on cold surfaces." High relative humidity and possible condensation is occurring in the walls, ceiling and floors because of the failure of the manufacturer to construct a unit that prevents

CAST002394

sufficient heat transfer from the exterior to the interior surfaces and the construction of the temporary housing unit is such that hot, moist air is being transferred (sucked in) from the outside atmosphere into the walls, ceilings and floor cavities. That hot, humid air then comes near or in contact to the unsealed back sides of the colder wall and ceiling panels and the high relative humidity and hot air increases the formaldehyde off-gassing. Conditions are also conducive for condensation to occur.

It further states in Section D, "The air-conditioner removes the moisture from the air during normal operations." Normal operation is not meant to include the transfer of hot, humid air from the exterior to the interior raising the heat gain that the unit must then address. The windows and doors should be closed when the air-conditioning system is in operation because opened windows and doors will cause the hot, humid air to come into the unit and cause condensation on the cold interior surfaces and increase the formaldehyde off-gassing.

When the doors and windows are closed and the walls, ceiling and floor are not sealed air tight, the outside air is drawn into wall, ceiling and floor cavities of the unit raising the temperature and relative humidity in these cavities and creating the conditions conducive to forming condensation inside these cavities behind the finished vinyl or plastic covering of the wall and ceiling panels.

e.   Once again on page 3 of the Dometic installation instructions, the manufacturer warns that improper installation may damage equipment, could endanger life, or cause serious injury and / or property damage.

We reiterate this because the air-conditioning system was not properly installed causing the air duct leakage. The manufacturer requires the ducts and their joints to be sealed to prevent condensation.

f.   Air distribution system:

CAST002395

i. On page 4 of the Dometic installation manual, directions regarding the air distribution system are given. They state as follows:

"The installer of this air-conditioner / heat pump system must design the air distribution for their particular application. Several requirements for this system **MUST** be met for the air-conditioner / heat pump to operate properly. These requirements are as follows:

1. The duct material must meet or exceed any agency or RVIA standard that may be in existence at the time of production.

2. All discharge air ducts must be properly insulated to prevent condensation from forming on their surfaces or adjacent surfaces during operation of the unit. This insulation must be R-7 minimum.

3. Ducts and their joints must be sealed to prevent condensation from forming on adjacent surfaces during operation of the unit."

There is a caution block on page 5. It states, "**CAUTION**. It is the responsibility of the installer of this unit system to insure the ductwork will not collapse or bend during or after the installation. Dometic Corporation will not be liable for roof, structural or ceiling damage due to improperly insulated, sealed or collapsed ductwork."

It is clear by the instructions given by Dometic that the joints and ducts must be sealed to prevent air leakage and condensation. It is also very clear that Dometic is informing the installer of the air-conditioning system that structural or ceiling damage from condensation due to improperly sealed ductwork is a distinct possibility.

CAST002396

This is directly on point with the information that we have provided regarding hot, humid air infiltration from the exterior into the wall and ceiling cavities and that the duct leakage has resulted in negative air pressure and that negative air pressure will suck in the hot, humid air from the exterior into the ceiling and wall cavities and that severe damage to the unit as well as potential harm to the occupants are a very distinct possibility.

g. Prevention of Air Leakage:

i. Page 5 of the Dometic manual, Section 5 (B) (4) under Air Distribution System Installation instructs the installer to provide adequate support and prevent air from being drawn into the roof cavity. This coincides with our presentation that air infiltration will bring in hot, humid, contaminated, unfiltered air that is harmful to the building and the occupants.

vi. A review of the Standards on Recreational Vehicles produced by ANSI and NFPA was performed. The particular standards that govern the design, construction and operation of recreational vehicles under these organizations are ANSI A119.2 and NFPA 1192. The particular applicable edition in effect at the time of construction of the Castanel temporary housing unit would be the 2005 Edition if it were used as a recreational vehicle.

i. Section 3.3.50 of the standard on page 8 gives the definition of recreational vehicles, camping trailers and travel trailers that are governed under this standard. The Castanel temporary housing unit does not fall within the definition of this standard. Note: This unit was NOT constructed for recreational, camping, travel or seasonal use.

ii. Section 5.7.1, Supply System Ducts, directs the manufacturer to use durable construction that can be demonstrated to equally resist fire and deterioration. The call for ducts that are resistant to deterioration is once again

Page **76** of **109**

CAST002397

to prevent air leakage into non-air-conditioned spaces which cause negative air situations to occur which is conducive to potential deterioration to the building's components and unwanted contamination that may affect the occupants of the housing unit.

iii. Section 5.8.1, General Requirements - Air-Conditioning, can be found on page 20 of the Code. This portion of the Code requires every air-conditioning appliance or combustion air-conditioning and heating appliance to be installed in accordance with the terms of its listing and the manufacturer's instructions.

iv. Section 5.8.2.1, Installation of Air-Condition Appliances, reiterates the requirement to conform to the manufacturer's installation instructions.

It is a requirement of the Code to follow the installation instructions of the air-conditioning manufacturer. It has been well documented earlier in this Report that duct leakage and negative air pressure as a result of improper installation of the system not only fails to follow the instructions of the manufacturer of the air-conditioning system but is a Code violation.

HH.  Ventilation

1. Observations:  Bathroom and Kitchen Hood

i. Inspection of the bathroom revealed there is no exhaust ventilation system to exhaust odors and moisture from showering and bathing.

ii. The Owner's Manual discusses different types of vents available but did not install any type exhaust vent.

iii. The kitchen hood exhaust indicates there is no fresh air intake to make up the air exhausted from the ventilator.

CAST002398

    iv.  The methods of ventilation were reviewed.  The available methods were limited to a mechanical unit (kitchen hood) and passive air movement (window and door openings).

    v.  The air conditioning system does not have accommodations for fresh air intake.  Also noted during the inspection and testing is that air is infiltrating into the ceiling cavity from the return air duct and attic air is being sucked into the living area.  The penetration between the roof and ceiling is not properly sealed and insulated to prevent air movement into the conditioned air space of the house.

2.  Codes, Standards, Testing or Engineering Assessments:

    i.  Please see NFPA 1192:  Sections 5.8.1 and 5.8.2.1.

    ii.  International Residential Code 2000:   Section R303.3 Ventilation

3.  Codes, Standards, Testing or Engineering Assessments

    i.  Please see RPTIA Codes, ANSI A119.5:  Section 5-3.6 and 5-3.6.1, Light and Ventilation and Habitable Rooms.

    ii.  Part 3280.103 Light and Ventilation

    iii.  Please see Enclosure #4, LaGrange Consulting Inspection Report.

    iv.  Please see Enclosure #8:  Ritter Consulting Engineers Report

4.  Comments:

    i.  Noted during the inspection is that air is infiltrating into the ceiling cavity.  The penetrations are not properly sealed and insulated to prevent air movement into the conditioned air space of the house.

CAST002399

ii. The different ways of ventilation available in this THU are by means of mechanical or passive methods.

iii. The mechanical method utilized is an exhaust fan in the kitchen. The fan operates only when manually engaged. Someone has to turn a switch on for them to operate. There is no automatic means installed to start the operations of the unit if ventilation is needed.

iv. As the hood exhaust fan removes air, it does not draw in air that can be filtered prior to it entering into the living space of the home. The air drawn into the house is unfiltered and moist.

v. The other method of ventilation (passive) is to open the windows and doors on an on-going basis to ventilate the contaminants, such as formaldehyde. This is not a desirable option in the months of May through September in this climate. The goal is to have the indoor air quality in a house that is cleaner and drier than the outside air.

vi. The question raised with using only windows and doors for ventilation is how often do they have to be opened and how long are they to be left open? There have been no documents produced of studies provided that has answered this question. Therefore, even if opening windows and doors for ventilation was a feasible alternative, no one told the occupant how long or how often to ventilate.

vii. The issue regarding the exfiltration of high indoor relative humidity and other contaminants, such as formaldehyde gases within the Castanel temporary housing unit is not limited to a matter of simply opening windows and doors for ventilation or the addition of a vent in the bathroom to introduce fresh air or expel the formaldehyde within the housing unit. There are issues with the air conditioning system that exacerbate the condition.

viii. As we have discussed, the air conditioning system is sucking air into the wall, ceiling and floor cavities and drawing

CAST002400

contaminants as well as formaldehyde into the living area. There is no system installed in this living area to remove the contaminants in the air and replace it with fresh filtered air.

ix. HUD does not allow for the infiltration or expelling of air through walls, ceilings or floor cavities in manufactured houses. The same science and reasoning applies to other housing units. The standard practice in the construction industry and the manufactured housing industry is to prevent the infiltration and expelling of air into wall, ceiling and floor cavities.

II. Plumbing System and Fixtures

1. Observations:

i. The plumbing waste water system was connected directly to the city's sewer system.

ii. The water line was connected directly to the city's water system.

iii. The plumbing fixtures utilized in the travel trailer were a double kitchen sink and faucet, a lavatory with faucets, a commode and tub/shower combination

iv. The Castanel THU appears to be designated as a handicap unit.

v. The ADA symbol is attached to the front of the trailer and to the window next to the entrance door. The documents provided also appear to indicate the unit is a designated handicap unit.

vi. Observations of the plumbing fixtures reveal they are not ADA compliant.

2. Photographs:

i. Please see photographs II-1 through II-9.

3. Codes, Standards, Testing or Engineering Assessments:

CAST002401