Transcript of the Testimony of
# Alexis Mallet, Jr.

**Date taken: March 2, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability
Litigation (Castanel)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**



EXHIBIT
B

Page 60

```
 1      A.   No, sir.

 2      Q.   You didn't do any formaldehyde

 3   testing in the Castanel unit, correct?

 4      A.   No, sir.

 5      Q.   You never designed a travel

 6   trailer; is that correct?

 7      A.   Never designed?  No.

 8      Q.   Have you ever constructed a travel

 9   trailer?

10      A.   Not from scratch.  We have

11   restored, repaired many travel trailers over

12   the years.

13      Q.   You never manufactured a travel

14   trailer?

15      A.   No.  It is easier to manufacture

16   than it is to pull one apart and put it back

17   together.

18      Q.   How do you classify your

19   professional services?

20      MR. PINEDO:

21           Object to the extent this has

22   already been addressed in prior depositions.

23      THE WITNESS:

24           As a construction specialist.

25   EXAMINATION BY MR. MULCAHY:
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 61

1      Q.   Now, you have given depositions in

2   this litigation in the Gulf Stream matter;

3   is that correct?

4      A.   Yes, sir.

5      Q.   Fleetwood matter?

6      A.   Yes, sir.

7      Q.   Lyndon Wright matter?

8      A.   Yes, sir.

9      Q.   Any other depositions, besides

10   what we are sitting here for today, that you

11   have given in this MDL litigation?  That

12   constitutes all of the depositions you've

13   given in the MDL litigation?

14      A.   Yes, sir.

15      Q.   Based on your counsel's objection

16   a minute ago, you rendered deposition

17   testimony in all of those cases, correct?

18      A.   Yes, sir.

19      MR. PINEDO:

20           Counsel, I believe there was also

21   a deposition in the MDL proceedings.  No?

22      THE WITNESS:

23           No.

24      MR. PINEDO:

25           I'm sorry.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                 Alexis Mallet, Jr.

Page 214

1    saying about 80 to 90 percent is where you

2    would see mold growth with those conditions?

3         A.    That's where it would begin, yes,

4    sir.

5         MR. PINEDO:

6              Randy, can we take a break?

7         (Recess.)

8    EXAMINATION BY MR. MULCAHY:

9         Q.    I guess this is a good time to

10   shift gears and talk about the mockups you

11   brought today.

12             Did you make those mockups?

13        A.    Yes, sir.

14        Q.    First General Services made them?

15        A.    Dalton Toups and I worked on them,

16   putting them together.

17        Q.    What was the purpose for making

18   those mockups?

19        A.    I was asked to construct a

20   demonstrative of a typical wall section of a

21   travel trailer.

22        Q.    I see you have two different

23   mockups over there.  For the record, you

24   said it looks like a section of wall with

25   one having a white metal siding insulation,

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                 (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 215

1      some type of paneling on the other side of

2      the wall and an electrical outlet; and the

3      other one, from what I can see here, has

4      white metal siding, Tyvek Home Wrap writing

5      on it, and I can't tell what is on the back

6      side of that.

7            A.    Insulation and a panel.

8            Q.    So the same thing as this one.  Is

9      the only differences between the two

10     mockups, one having the Tyvek Home Wrap and

11     the other not having Tyvek Home Wrap?

12           A.    No, sir.  The insulation is

13     different.

14           Q.    Can you spin that around, if you

15     don't mind?

16           A.    Sure.

17           Q.    What size wood did you use for the

18     frame?

19           A.    Two by twos.

20           Q.    What type of insulation do you

21     have here?  And let's call this the Tyvek

22     mockup, since that is what is on the other

23     side.  What type of insulation do you have

24     here on the Tyvek mockup?

25           A.    That is a blown insulation.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 216

1      Q.   Is that a foam insulation?

2      A.   Foam, yes.

3      Q.   And on the other mockup, you have

4    foam insulation and no Tyvek?

5      A.   Yes, sir.

6      Q.   Is that the two differences

7    between the mockups?

8      A.   And the panels.

9      Q.   What is the difference between the

10   panels?

11     A.   One is the vinyl-covered lauan,

12   and one is vinyl-covered hardboard.

13     Q.   And this comes off of here?

14     A.   Yes, sir.

15     Q.   Is that fiberglass insulation just

16   held in right now by pressure?

17     A.   Yes, sir.

18     Q.   What's holding in this insulation,

19   just the nature of the insulation?

20     A.   Yes.

21     Q.   Now that we are back over here and

22   she can hear us better, would you explain --

23   on the two mockups, the things that are

24   similar are the metal siding and the wood

25   frames; is that correct?

Page 217

1      A.    Yes, sir, and the outlet and

2   wiring.

3      Q.    Why did you include the outlet and

4   wiring, just for demonstration purposes?

5      A.    Yes, sir.  That it replicates

6   the -- how an actual wall system in the

7   travel trailer is made up and the

8   penetration, one of the penetrations in the

9   wall or ceiling.

10      Q.    The mockup with the fiberglass

11   insulation, does that represent, in your

12   opinion, a typical travel trailer wall

13   section?

14      A.    From my experience, that would be

15   a typical wall system of a travel trailer.

16      Q.    Is that how the Castanel wall is,

17   is that how you envisioned that wall to look

18   if you took it apart?

19      A.    That is my understanding from the

20   documents that were given to me.

21      Q.    Would that be similar to the

22   Forest River unit that you disassembled?

23      A.    Yes, sir.

24      Q.    And do you know if it would be

25   similar to the Gulf Stream and Fleetwood

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 218

1    units that you inspected?

2         A.    Yes, sir.

3         Q.    On the mockup with the foam

4    insulation --

5         A.    And let me say, just to be clear,

6    it is not necessarily representative of all

7    types of travel trailers.  There are some

8    that are made differently with composite

9    panels, aluminum framing.

10              But in my experience in the middle

11   to lower end-type campers and travel

12   trailers -- not campers, but travel

13   trailers, that's what I'm used to seeing, is

14   that construction.

15        Q.    The travel trailers that you have

16   inspected as part of this multidistrict

17   litigation, it is my understanding that they

18   are similar to the mockup that you have over

19   there with the fiberglass insulation?

20        A.    Right.  And travel trailers that

21   we have worked on in the past.  It is

22   demonstrative of what you would typically

23   see.

24        Q.    Higher-end travel trailers would

25   have different materials; is that correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 219

1        A.    They could.   They could have

2    composite panel, or it could have aluminum

3    framing.

4        Q.    The type of paneling that you have

5    on the foam insulation mockup, what type of

6    panel is that again?

7        A.    It is a hardboard.

8        Q.    What is that hardboard made of?

9        A.    Wood.

10       Q.    Anything else?

11       A.    It is made of lignin particles of

12   portions of wood, and it is hot-pressured

13   together.

14       Q.    Do you know what type of adhesive

15   is used in that material?

16       A.    None.

17       Q.    You said it is hot-pressured

18   together?

19       A.    Yes, sir.

20       Q.    But it is some type of wood

21   particles?

22       A.    Yes.   I can't remember the whole

23   word.   It's -- it is put together with the

24   portions of the lignin of wood, lignin

25   particles.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 220

1      Q.   What are lignin particles?

2      A.   It is just part of the tree.  It

3   is the part that -- it is not the rings,

4   it's the other portion of that that holds

5   the moisture in the tree.  It is kind of a

6   cellulosic material.

7      Q.   Why were you asked to do the two

8   different mockups?

9      MR. PINEDO:

10         Objection, form.

11      THE WITNESS:

12         Of course, one is representative

13   of a typical travel trailer, and the other

14   is representative of an alternative

15   construction method that has appeared in my

16   reports that would be a

17   nonformaldehyde-emitting material and one

18   that restricted air flow and moisture flow

19   from either in or out, and one that could

20   meet almost every climate condition in the

21   continental United States except for

22   mountainous areas.

23   EXAMINATION BY MR. MULCAHY:

24      Q.   These are materials that you have

25   made this mockup with based off the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 221

1     alternative theory that you have in your

2     report on page 90, correct?

3          MR. PINEDO:

4               Objection, form.

5          THE WITNESS:

6               Yes, sir.

7     EXAMINATION BY MR. MULCAHY:

8          Q.   You mentioned the hardboard.  Do

9     you know if, in fact, that is a

10    nonformaldehyde-emitting board or if it

11    still emits some portion of formaldehyde?

12         A.   It is my understanding that it is

13    nonformaldehyde-emitting.  My only

14    hesitation is that it is a wood product

15    that -- if it has any formaldehyde

16    emissions, it is so low that it is not

17    classified as formaldehyde-emitting.

18         Q.   Do you know what the level is that

19    is used for something to not be classified

20    as formaldehyde-emitting?

21         A.   I have it, but I can't quote it

22    from memory.

23         Q.   Is it in your materials?

24         A.   I believe so.

25         Q.   Would you try to find it?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 222

1          Who is the manufacturer of that

2   hardboard?

3        A.   I can't remember.  I would have to

4   get that for you.  I can't recall that.

5        Q.   This is in your -- I think, but I

6   don't' know for sure -- reliance materials,

7   or the -- I think it is probably your

8   reliance materials.

9          I have Bates stamped CAST-MALLET

10  178 to 180.  It appears that you have it

11  labeled "Cast. Alt. Products" at the top.

12         Are those your notes?

13       A.   Yes, sir.

14       Q.   Do you have a copy of those here

15  that you can look at?  This is the only copy

16  I have.

17       A.   I do.

18       Q.   When did you prepare these

19  mockups?

20       A.   Maybe in December.  I don't

21  believe it was in January.  November or

22  December.

23       Q.   Did you bring these to your

24  deposition in the Wright matter?

25       A.   No, sir.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 223

1      Q.    Do you plan on using these at

2    trial in the Wright matter?

3      A.    I haven't been told.

4      Q.    How about in the Castanel case?

5      A.    I haven't been told.

6      Q.    Looking at your alternative

7    materials, tell me what Item 1 says, it is

8    your handwriting.

9      A.    It says, "Masonite versus hardwood

10   paneling."

11          That's the hardboard versus the --

12   that's the cost.

13     Q.    That is comparing Masonite to

14   hardboard, and that is the hardboard you

15   have over there?

16     A.    Well, it is hardboard versus

17   hardwood.

18     Q.    Which one is the hardboard, the

19   Masonite?

20     A.    The Masonite, yes.

21     Q.    Is that a brand name?

22     A.    Well, it is, and I use it

23   generically, like Xerox or Frigidaire.

24          I don't know that that is a

25   Masonite product.  It should be in the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                              Alexis Mallet, Jr.

Page 224

1    reliance materials.

2         Q.   And you have a cost associated

3    with that in your handwritten notes?

4         A.   Yes, sir.

5         Q.   Is this in your report?

6         A.   It should be.

7         Q.   And it is your research -- it's --

8    well, you tell me what you did as far as the

9    Masonite.  Did you perform calculations

10   regarding the use of Masonite in the

11   construction of travel trailers; is that

12   correct?

13        A.   Yes.  What I did is I took -- I

14   think I took a size of around the Castanel

15   trailer, calculated the number of sheets for

16   the walls and the ceilings, and then

17   utilized just retail prices for materials,

18   retail prices for labor in the Lafayette,

19   Louisiana, area and came up with a cost per

20   square foot, a cost for the unit of how much

21   it would cost, the difference, to utilize

22   one material to the other.

23        Q.   And your cost calculations on the

24   use of Masonite on a unit approximately the

25   size of Mrs. Castanel's, was what?

Page 225

1      A.   Ask the question again, please?

2      Q.   What was your price calculation

3    regarding the use of Masonite?

4      A.   That it would be about $88.25 less

5    to use the Masonite hardboard versus the

6    hardwood paneling.

7      Q.   Do you know if Masonite hardboard,

8    such as what you have in your mockup, was

9    used in -- manufactured in 2005?

10     A.   Was it manufactured?  Yes, sir.

11     Q.   No, no.  Do you know if that type

12   of material, that Masonite was utilized in

13   travel trailers manufactured in 2005 for the

14   walls and ceilings?

15     A.   I don't know.

16     Q.   Did you do any research regarding

17   that?

18     A.   No, sir.

19     Q.   I see you have performed a cost

20   estimate on it.  You told me earlier that it

21   is a wood-based product, correct?

22     A.   Yes, sir.

23     Q.   So even though it is classified as

24   nonformaldehyde-emitting, it may emit some

25   level of formaldehyde, corrected?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 226

1       A.   It may, but my understanding is
2   that it doesn't.
3       Q.   Is it your understanding that just
4   regular wood products, such as those wood
5   studs over there, would also emit
6   formaldehyde?
7       A.   It is possible, yes.
8       Q.   And I'm talking about wood that is
9   not utilizing urea-formaldehyde resin,
10  correct?
11      A.   Yes.
12      Q.   Did you make a determination as to
13  whether or not the Masonite was available in
14  2005?
15      A.   Yes, it was.
16      Q.   Did you make any type of study as
17  to the quantities of Masonite available in
18  2005 as far as its use in the travel trailer
19  industry?
20      MR. PINEDO:
21           Objection, form.
22      THE WITNESS:
23           No, sir.  I couldn't find any data
24  on how much was used in the travel trailer
25  industry or how much was used in the mobile

Page 227

```
 1    home industry.  Only the amount of hardboard
 2    that was used, the data that I was able to
 3    find was, I think, in 2000, what was
 4    produced.
 5    EXAMINATION BY MR. MULCAHY:
 6         Q.    2000 what?
 7         A.    2000.
 8         Q.    It started being produced in the
 9    year 2000?
10         A.    No, sir, how much was produced.
11         Q.    I mean, what does 2000 mean,
12    sheets?
13         A.    The year 2000.  How much was
14    produced of hardboard in the year 2000.
15         Q.    But you don't have any data from
16    2005 as to how much was produced in 2005; is
17    that correct?
18         A.    That is correct.  I could not find
19    that.
20         Q.    Nor 2006?
21         A.    I think 2000 was the last year I
22    could find data on, the compilations.
23         Q.    Do you know if there has been any
24    structural integrity tests of the hardboard
25    for use in a travel trailer?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 228

```
 1        A.    Quarter inch can be used on stud

 2   framing.   Eighth inch would need a backing.

 3        Q.    As far as quarter inch used as

 4   stud framing, do you know if that has been

 5   utilized on a travel trailer, as far as the

 6   structural integrity of a quarter inch

 7   across the whole interior of the travel

 8   trailer and the ceiling of the travel

 9   trailer?

10        A.    I'm sorry, could I ask just for a

11   small break?  I'm distracted.  I received an

12   urgent message, and I'm trying to read it

13   and listen to you.

14             (Brief pause.)

15        (Requested portion of transcript read

16   back, as follows:

17        "Question:  As far as quarter inch used

18   as stud framing, do you know if that has

19   been utilized on a travel trailer, as far as

20   the structural integrity of a quarter inch

21   across the whole interior of the travel

22   trailer and the ceiling of the travel

23   trailer?")

24        MR. PINEDO:

25             Objection, form.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 229

1          THE WITNESS:

2               No, I don't know that it has been

3     used in travel trailers.  I know it has been

4     used in mobile homes.

5     EXAMINATION BY MR. MULCAHY:

6          Q.   Would you agree with me that

7     travel trailers, by their very nature, are

8     utilized more on the road than a mobile

9     home?

10         A.   Yes, sir.

11         Q.   Do you know if Masonite has

12    water-resistant properties?

13         A.   Yes, sir.

14         Q.   Do you know what the weight of a

15    sheet of Masonite is?

16         A.   I don't remember.

17         Q.   Is it greater than the piece of

18    lauan that you have over there?

19         A.   I don't recall.

20         Q.   When I lifted them both, it felt

21    heavier, but I didn't know if you had an

22    actual weight.

23         MR. PINEDO:

24              Objection, form.

25         THE WITNESS:

Page 230

1              It has a little bit more weight,

2    but I couldn't tell you -- I can't remember

3    what the amount is.

4    EXAMINATION BY MR. MULCAHY:

5         Q.   Is it your idea in your

6    alternative design to use Masonite in the

7    locations where hardwood is used in a

8    regular travel trailer, is that your

9    alternative design?

10        MR. PINEDO:

11             Objection, form.

12        THE WITNESS:

13             That is one of them that could be

14   used.

15   EXAMINATION BY MR. MULCAHY:

16        Q.   Do you have another material

17   inside your report here that could be used

18   in place of that?

19        A.   I don't know that it's in the

20   report.  I'm pretty sure it is in the

21   reliance material, and I think Dr. Smulski

22   talked about it.

23        Q.   But as far as the alternative

24   material section in your report, the only

25   material you have to replace the hardwood

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 231

```
 1    would be the hardboard, correct?
 2         A.    Correct.  It's the only one that I
 3    could readily assess a cost to.
 4         Q.    In calculating your savings of
 5    $88.25, did you calculate any shipping
 6    costs?
 7         A.    I did not.  This is retail off the
 8    shelf, so shipping costs would have been
 9    included in that, but I could not tell you
10    the breakdown.
11         Q.    Did you do any strength-weight
12    analysis of hardboard versus hardwood?
13         MR. PINEDO:
14              Objection, form.
15         THE WITNESS:
16              Strength-weight analysis?
17    EXAMINATION BY MR. MULCAHY:
18         Q.    Correct.
19         A.    I don't know what that is.
20         Q.    The strength of the material
21    versus the weight of the material.
22         MR. PINEDO:
23              Objection, form.
24         THE WITNESS:
25              The answer is no.  I'm not aware
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 232

```
 1    of a test -- that doesn't mean anything, but

 2    I am not aware of a test that correlates the

 3    weight of the material to the strength.

 4    EXAMINATION BY MR. MULCAHY:

 5         Q.    How about comparing the strength

 6    of that material to the strength of

 7    hardwood?

 8         A.    I did not.

 9         Q.    What about the flexibility versus

10    the two?

11         A.    I think the hardboard is more

12    flexible than the lauan.  Lauan is made in

13    plys.

14         Q.    How about having hardboard hanging

15    from ceiling rafters over a period of time,

16    if it is more flexible, did you do any

17    analysis on that, if there would be any

18    potential for sagging?

19         A.    Not if it was installed correctly.

20         Q.    Did you do any formaldehyde

21    analysis utilizing a hardboard in a space

22    the size of a travel trailer, as far as

23    determining formaldehyde levels?

24         A.    Well, because it is a

25    nonformaldehyde-emitting or so low it
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 233

1    doesn't register as being classified as a

2    formaldehyde-emitting material, the

3    difference would be -- it is a

4    nonformaldehyde-emitting, and the difference

5    would be how much lauan emits versus no

6    formaldehyde emissions.

7         Q.   But as far as actually having an

8    engineered and put together travel trailer

9    with materials that you have here today,

10   with the Tyvek, the foam insulation and the

11   hardboard, you don't have any test results

12   regarding a travel trailer constructed with

13   those materials as to the levels of

14   formaldehyde in that concept unit, correct?

15        A.   I don't.  However, neither the

16   Tyvek nor the insulation, and within reason

17   the Masonite, the hardboard doesn't emit

18   formaldehyde.  So if it doesn't emit it,

19   then I don't know how we can calculate the

20   level of what it would have in the trailer.

21        Q.   As far as your alternative design

22   in your report, you don't list alternative

23   cabinet materials, do you?

24        A.   I did not.

25        Q.   And you do not have any types of

Page 234

1    furnishings listed, as far as alternative

2    furnishings, correct?

3        A.   Correct.

4        Q.   No different mattresses?

5        A.   Correct.

6        Q.   Different carpets?

7        A.   Correct.

8        Q.   And to go back to my question,

9    even though it is your belief that the

10   hardboard has a very low, if any,

11   formaldehyde emission rate, you don't have

12   any test results in a unit constructed like

13   a travel trailer while substituting those

14   materials that we are looking at in Mockup

15   2, correct?

16       MR. PINEDO:

17            Objection, form.

18       THE WITNESS:

19            No, I don't.

20   EXAMINATION BY MR. MULCAHY:

21       Q.   Nor do you have any test results

22   regarding how that type of unit would

23   perform in repeat travel usage?

24       A.   I don't.

25       Q.   Now, as far as the next material

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 235

1   you have over there, that's Tyvek Home Wrap,

2   correct?

3        A.   Yes, sir.

4        Q.   What is your purpose for having

5   Tyvek on that mockup?

6        A.    It is a moisture and air barrier.

7        Q.   You have placed that on your

8   mockup between the metal skin and the

9   exterior of the studs, correct?

10       A.   Yes, sir.

11       Q.   Did you do any testing with the

12  Tyvek, with the metal skin, the foam

13  insulation and hardboard to determine the

14  effects of heat and humidity on that

15  particular design?

16       MR. PINEDO:

17            Objection, form.

18       THE WITNESS:

19            Heat and humidity on that design?

20            I have not.  However, that design

21  is used on residential buildings.

22  EXAMINATION BY MR. MULCAHY:

23       Q.   As far as something like the

24  mockup you have there, and design is a bad

25  word on my end, but as far as your mockup of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                        Alexis Mallet, Jr.

Page 236

```
 1    your alternative construction with a 2-inch

 2    or 2 by 2 studs and a metal skin versus

 3    residential construction and the hardboard,

 4    you haven't done any type of testing on that

 5    mockup to determine if there are effects of

 6    heat and humidity inside that wall cavity,

 7    correct?

 8         A.   There is no wall cavity.

 9         Q.   Well, there is a framed cavity,

10    correct?

11         A.   There is no cavity.

12         Q.   If we don't have the insulation,

13    you have a wall cavity, correct?

14         A.   Without the insulation, I have a

15    cavity, yes, sir.

16         Q.   And you have foam insulation that

17    you used to fill that cavity?

18         A.   Yes, sir.

19         Q.   But have you done any testing as

20    to the effects of heat and humidity in that

21    section where the foam insulation is?

22         MR. PINEDO:

23              Objection, form.

24         THE WITNESS:

25              I haven't tested it.  However, the
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 237

```
 1    test data on those materials indicate that

 2    the foam insulation has a higher R-value

 3    than the fiberglass insulation, and has

 4    almost no vapor emission passage through

 5    that material.

 6              So as it relates to what is used

 7    now, it is superior to -- in moisture and

 8    air passage and temperature resistance.

 9    EXAMINATION BY MR. MULCAHY:

10         Q.   Do you know if there is a weight

11    differential with the use of that foam

12    versus fiberglass?

13         A.   Yes, the foam is a little bit

14    heavier because the fiberglass has almost no

15    weight.

16         Q.   And your concept with the foam is

17    -- well, you tell me if I am wrong, but

18    looking at your report, the foam would also

19    be in the ceiling cavity; is that correct?

20         A.   Yes.

21         Q.   Have you done any structural

22    assessment as to the weight of the foam in

23    the ceiling cavity on a travel trailer?

24         A.   I have not -- I'm sorry.

25              Ask the question again.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 238

```
 1        Q.   You have not done a structural

 2   assessment as to the weight of the foam,

 3   what impact it would have as it is being

 4   used in a travel trailer, correct?

 5        A.   The weight?

 6        Q.   It is a simple question.

 7        A.   I can't give you a simple answer.

 8        Q.   Have you done a structural

 9   assessment?

10        A.   I have not done an assessment, but

11   the test data available is that it adds to

12   the structural integrity of the materials it

13   is applied to.

14        Q.   But as far as utilizing it in a

15   vehicle that is going to travel on a highway

16   at certain intervals, you have not done that

17   type of analysis, correct?

18        A.   As it relates to what?

19        Q.   Using those materials in a travel

20   trailer.

21        MR. PINEDO:

22             Objection, form, asked and

23   answered.

24        THE WITNESS:

25             We haven't done the analysis -- we
```

Page 239

```
1    have not done any tests.

2    EXAMINATION BY MR. MULCAHY:

3         Q.   Have you had a structural engineer

4    review your concept?

5         A.   Mr. Moore and I have discussed

6    that, yes.

7         Q.   Has he run actual engineering

8    designs and calculations?

9         A.   I don't remember, because we

10   originally started talking about this --

11        Q.   You haven't been presented with

12   any from Mr. Moore?

13        A.   I'm just trying to remember if he

14   did any and told me, because we started

15   talking about this months and months ago,

16   like probably back in September.  Yes,

17   September or October, something like that.

18             I don't recall -- I don't recall

19   if he gave me any information on it or not.

20        Q.   Did you specifically ask him to do

21   any type of engineering analysis of these

22   materials as they relate to a unit

23   approximately the size of the Castanel unit?

24        A.   I don't recall.

25        Q.   You haven't paid him to do that,
```

Page 240

1    correct?

2         A.    I don't know.  We would have to

3    look back at the invoices.

4         Q.    Looking at your alternative

5    construction method in that section of your

6    report, you talk about the retail cost of

7    the Tyvek on a unit the approximate size of

8    the Castanel unit would be $152 more?

9         A.    Yes, sir.

10        Q.    Did you do an analysis on what

11   impact using the foam insulation in the

12   walls and ceilings of a travel trailer would

13   have on the air exchange rate of that travel

14   trailer?

15        A.    We did not do an analysis of it,

16   but it would help to eliminate air exchange.

17        Q.    You haven't built any type of a

18   concept unit with those alternative methods

19   you are presenting in your mockups, correct?

20        A.    Correct.

21        Q.    So by that, you haven't tested

22   what effect it would have on the air

23   exchange rate, correct?

24        MR. PINEDO:

25             Object to the form, asked and

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 241

```
 1    answered.

 2        THE WITNESS:

 3            We have not tested it.  However,

 4    based on our knowledge of and use of foam,

 5    it would reduce the air leakage rate.

 6    EXAMINATION BY MR. MULCAHY:

 7        Q.   What is the cost differential to

 8    use the foam versus fiberglass insulation?

 9            I'm looking at page 93 of your

10    report.  I may have found it under Section

11    I, is that the $408.03 more?

12        A.   Yes.

13        MR. PINEDO:

14            That's the retail cost?

15        THE WITNESS:

16            Retail cost, retail labor.

17    EXAMINATION BY MR. MULCAHY:

18        Q.   You haven't done any analysis as

19    to air quality in a travel trailer utilizing

20    these materials, if there would be any

21    additional VOCs or impact on air quality by

22    using the foam and the Tyvek in that

23    particular concept, correct?

24        A.   We have not performed any tests on

25    travel trailers.  However, the information
```

Page 242

1    provided, they are used on residential,

2    institutional, commercial, schools and are

3    classified as a green product.

4         Q.   Fiberglass insulation is used in

5    residential homes, schools and other

6    buildings too; is that correct?

7         A.   That's correct.

8         Q.   Hardwood is also used in those

9    types of environments; is that correct?

10        A.   It is but to a far, far lesser

11   degree than in travel trailers.

12        Q.   There are formaldehyde-emitting

13   products in stick-built homes, correct?

14        A.   There is.

15        Q.   And in manufactured homes?

16        A.   There is.

17        Q.   And in this room that we are

18   sitting in today, correct?

19        A.   Probably so, some.

20        Q.   Do you know if the foam insulation

21   you have over there was available in 2005?

22        A.   Yes, sir, it was.

23        Q.   Did you research to see the

24   availability and what quantities in 2005?

25        A.   The quantity, no, I did not.

Page 243

1        Q.    Do you know if that foam

2    insulation is currently used in any type of

3    travel trailer product in the ceilings and

4    walls?

5        A.    That particular, I don't know.  I

6    think they use it in composite panels.

7        Q.    Are you talking about the

8    hardboard or composite panels of foam?

9        A.    With the foam.

10       Q.    What do you mean by that?  I'm

11   confused.

12       A.    A wall panel that comes already

13   assembled with the foam in it.

14       Q.    As far as in a travel trailer, you

15   don't know?

16       A.    I think so.

17       Q.    Do you know when that started to

18   take place?

19       A.    No, sir.

20       Q.    In 2005, do you know if that was

21   utilized?

22       MR. PINEDO:

23             Objection, form.

24       THE WITNESS:

25             No, sir, I don't.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                    Alexis Mallet, Jr.

Page 244

1    EXAMINATION BY MR. MULCAHY:

2          Q.    We were talking some about the

3    HVAC system, the A/C system on the Castanel

4    unit, correct?

5          A.    Yes.

6          Q.    And your opinion was that there

7    was some duct leakage with that system,

8    correct?

9          A.    Yes, sir.

10         Q.    And negative pressurization?

11         A.    Yes, sir.

12         Q.    But you go on in your Alternative

13   Methods Section and mention, regarding the

14   HVAC system that was in place, it is my

15   understanding that you don't have an

16   alternative HVAC system to utilize, you are

17   just commenting on the construction methods

18   that were utilized on the Castanel unit,

19   correct?

20         A.    Yes, sir.

21         Q.    You do mention positive pressure

22   inside your alternative construction method

23   section.  Is that by adding a different type

24   of mechanical system to the travel trailer?

25         A.    Right.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 245

1        Q.    And what type of system are you
2    talking about there?
3        A.    I think it is a self-contained
4    unit with a filtrated ventilation system,
5    closed heating, cooling and ventilation.
6        Q.    Did you have a price on that?  I
7    don't see that in your report.
8        A.    Not at the time that I wrote the
9    report.  I think we have done that since.
10       Q.    But at the time you wrote this
11   report and in your report, you did not have
12   that information?
13       A.    I did not.
14       Q.    With the concept that you have in
15   your alternative methods, is it your opinion
16   that you would have to have a forced
17   air-type system with that type of
18   construction method?
19       A.    You could have the natural
20   ventilation as long as you utilized the
21   window openings, but you no longer would
22   have to deal with the -- no one would have
23   had to deal with the quantity of materials
24   in the building that emitted whatever
25   quantities were being emitted of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 246

1    formaldehyde.  You would have eliminated the

2    largest single source of formaldehyde in the

3    unit.

4         Q.   The only material that you are

5    replacing that would be formaldehyde-based

6    in your mockup over there is the Masonite,

7    correct?

8         A.   That has --

9         Q.   That would be the

10   nonformaldehyde-emitting or lower

11   formaldehyde emission?

12        A.   That's correct.

13        Q.   The rest of the materials, you are

14   still envisioning using cabinets and chairs

15   and sofas and carpets, correct?

16        A.   Well, they certainly can change

17   all of that to nonformaldehyde-containing

18   materials or hardwood materials.

19        Q.   Do you know if that is available

20   as far as carpets and sofas and soft goods?

21        A.   Totally, no, but considerably

22   reduced, yes, in the furniture and

23   cabinetry.  In the carpeting, I couldn't

24   speak to that, but a quick, simple fix to

25   that would have been just put linoleum

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 247

1     throughout and you would not have any VOCs

2     from that formaldehyde-wise.

3          Q.    Inside your report, in this

4     alternative method you have in your report,

5     you don't take into account replacing those

6     particular materials in this alternative

7     method, correct?

8          A.    I don't.  That wouldn't be an

9     alternative design, that would just be a

10    substitution of the content items.

11         Q.    Do you know how much carpet can

12    off-gas?

13         A.    Depends on the carpet.  Depends on

14    the amount of formaldehyde in it.

15         Q.    And the same thing with the

16    cabinet materials?

17         A.    Depends on how much off-gassing

18    materials they have in the materials.

19         Q.    Go ahead.

20         A.    And whether they are fully

21    wrapped, fully encapsulated.

22         Q.    Okay.  From what you told me

23    earlier, it is your opinion that using the

24    foam insulation would make a more airtight

25    unit, correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mailet, Jr.

Page 248

1        A.   Yes, it would.  You would

2    eliminate most of the air passage because of

3    the foam material not allowing the air or

4    air vapor, moisture vapor to go through it.

5        Q.   Do you know if this unit, the way

6    you have it envisioned in your alternative

7    method would exceed .008 parts per million

8    in formaldehyde emission levels if it was

9    constructed in the way of your alternative

10   method?

11       MR. PINEDO:

12            Objection, form.  Are you just

13   talking about the walls or are you talking

14   about something different?

15       MR. MULCAHY:

16            His whole concept as to

17   alternative design.

18   EXAMINATION BY MR. MULCAHY:

19       Q.   You haven't tested to determine

20   whether or not if you use that method if it

21   would exceed a particular formaldehyde

22   level, correct?

23       A.   No.  But if it is not emitting

24   formaldehyde, then --

25       Q.   I'm talking about the materials

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mailet, Jr.

                                                              Page 249

1      you would use to replace the --

2          MR. PINEDO:

3              Let him finish his answer, please.

4      EXAMINATION BY MR. MULCAHY:

5          Q.   Go ahead.

6          A.   If the materials you use are not

7      formaldehyde-emitting, then a threshold then

8      becomes a moot point because there are no

9      emissions to cross over the threshold.

10         Q.   But in your alternative method,

11     the only materials that you replaced would

12     be the insulation and the type of paneling,

13     correct?

14         A.   Replaced?  That's correct.

15         Q.   And you also added the Home Wrap

16     as an additional item?

17         A.   Correct.

18         Q.   But as far as any other items that

19     would be incorporated on the interior of a

20     travel trailer, you don't have any of those

21     additional items in your alternative method,

22     correct?

23         MR. PINEDO:

24             Objection, form.

25         THE WITNESS:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 250

1               I don't.

2    EXAMINATION BY MR. MULCAHY:

3        Q.   I'm talking furnishings, soft

4    goods, cabinetry, any other items that would

5    be utilized as far as toilets, all that

6    would stay the same based on what you have

7    in here; is that correct?

8        A.   I didn't address that.  I only

9    addressed the construction of the wall

10   system with the largest

11   formaldehyde-emitting products in the unit.

12             It would have been very easy for

13   the manufacturer to have purchased

14   nonformaldehyde-emitting materials for the

15   flooring and to -- I mean, they have cabinet

16   shops, so it was their decision what

17   materials to use.  They could have easily

18   used nonformaldehyde-emitting materials or

19   ultralow formaldehyde-emitting materials in

20   the construction of the cabinet.

21       MR. MULCAHY:

22             I will object as nonresponsive.  I

23   don't think there was a question on the

24   table.

25       MR. PINEDO:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

                                                          Page 251

 1              Were you finished with your

 2    answer, Mr. Mallet, even though there was an

 3    objection to the responsiveness?

 4        THE WITNESS:

 5              Yes, sir.

 6    EXAMINATION BY MR. MULCAHY:

 7        Q.   Under Alternative Construction

 8    Methods, on page 95, you mention jacking and

 9    blocking.  Do you know why you have that

10    under that section, Item 10 and Item 11?

11        A.   Yes.  As an alternative

12    construction method, obtaining the

13    information from the manufacturer as to

14    whether their units can be jacked and

15    leveled off of the ground, what effect that

16    would have on the unit, what recommendations

17    they have for how to jack and level.  That

18    would be an alternative construction method

19    that evidently wasn't used.

20              So it would be prudent of the

21    installer to get some sort of installation

22    information from the product manufacturer.

23        Q.   Are you talking about an

24    alternative construction method regarding

25    the way the Castanel unit is constructed

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 252

1    today or based upon the alternative

2    materials that we have discussed here this

3    afternoon?

4          A.    Yes.

5          Q.    The way it is today?

6          A.    Both.

7          Q.    Both?

8          A.    Under any circumstances, I

9    wouldn't think of installing so much as a

10   sheet of plywood on your house without

11   knowing what the standards are for the

12   application, nailing, size of nails,

13   location of nails on that.

14          I wouldn't put panels on, I

15   wouldn't put roofing on, I wouldn't install

16   a fireplace without having the installation

17   instructions to see if I am doing it in a

18   fashion that is consistent with the

19   manufacturer's guidelines or -- guidelines.

20   And if there were not any guidelines, I

21   would find out from them and get it in

22   writing how I could apply it, if it could be

23   applied at all.

24          I'm not going to take the

25   liability upon myself to do something for

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 253

1   someone without knowing what needs to be

2   done or how it could be done or if it could

3   be done at all.

4        Q.   Did you contact the manufacturers

5   of the hardboard and foam insulation to

6   determine if it could be utilized in a

7   travel trailer-type vehicle?

8        A.   No.  I looked their information up

9   and found that it was used in mobile homes.

10  Of course, I knew that before.  And that it

11  could be used in humid, moist areas, high

12  traffic areas.

13       Q.   Other than the mockup you have

14  here today, you have not done an actual

15  blueprint design of a unit from start to

16  finish utilizing these alternative

17  materials; is that correct?

18       A.   No, sir, I haven't.

19       Q.   Nor a weight analysis of that unit

20  after it had been constructed in that

21  method?

22       MR. PINEDO:

23            Objection, asked and answered.

24       THE WITNESS:

25            No, sir.

Page 254

1    EXAMINATION BY MR. MULCAHY:

2         Q.   On a travel trailer constructed in

3    the way the Castanel unit was constructed,

4    do you know what the average age of a travel

5    trailer is with proper maintenance?

6         MR. PINEDO:

7              Objection, form.

8         THE WITNESS:

9              I don't know the average.  I do

10   know that they will last for some time.

11   EXAMINATION BY MR. MULCAHY:

12        Q.   But as part of that use of a

13   travel trailer, you expect to have certain

14   routine maintenance; is that correct?

15        A.   I think on any -- yes.  In any

16   vehicle or structure, you are going to have

17   routine maintenance.

18        Q.   Such as caulking around windows

19   and doors?

20        A.   Yes.  That actual maintenance, if

21   done with some quality materials and done

22   properly, should be long-term in between

23   having to address those conditions.

24        Q.   The typical caulking around a

25   stick-built home, around the window, from

Page 263

1    emanating from anyplace, or originating from

2    anyplace.

3         Q.   You told me earlier about the air

4    pressure in the unit being a negative

5    pressure of 2.8 pascals.  Did you discuss

6    with Mr. LaGrange any other pressure

7    readings that he may have taken in the unit?

8         A.   Not that I remember.

9    MR. MULCAHY:

10             Let me look through my notes for a

11   minute.

12        (Recess.)

13   MR. PINEDO:

14             You want me to go ahead?

15   MR. MULCAHY:

16             Go ahead.

17   EXAMINATION BY MR. PINEDO:

18        Q.   Are you ready to proceed,

19   Mr. Mallet?

20        A.   Yes, sir.

21        Q.   Do you hold any licenses relating

22   to building?

23        A.   Yes, sir.  I have two general

24   contractor licenses, two state residential

25   contractor licenses -- might be three state

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 264

1    residential licenses.

2         Q.    In what states do you hold state

3    residential building licenses?

4         A.    Just Louisiana now, just

5    Louisiana.

6         Q.    The general contractor license, in

7    which state do you hold that?

8         A.    Just Louisiana now.

9         Q.    How long have you been involved in

10   the building industry?

11        A.    Thirty-six years as the owner of

12   the company.  But since Hurricane Audrey hit

13   Louisiana, which was -- I think when I was

14   seven years old.  My daddy put me on the

15   roof and put me to work.

16        Q.    So how long would you say you have

17   been involved in the building industry?

18        A.    About 50 years.

19        Q.    How many residences or structures

20   have you worked on over that 40 to 50 years?

21        A.    Thousands.

22        Q.    In addition to that, have you ever

23   worked on travel trailers?

24        A.    Yes, sir.

25        Q.    Approximately how many travel

Page 265

```
 1    trailers have you either repaired or worked

 2    on?

 3         A.   Something just under 100.

 4         Q.   In your experience in the building

 5    industry for the last 40 to 50 years, as a

 6    licensed state residential builder and a

 7    licensed general contractor, have you become

 8    familiar with the types of products, wood

 9    products used in the building industry?

10         A.   Yes, sir.

11         Q.   Based upon your expertise in the

12    building industry for over 40 years, do you,

13    as a licensed residential builder and as a

14    licensed general contractor, do you see any

15    reason as to why the hardboard you are

16    recommending for this travel trailer could

17    not be used in travel trailers?

18         MR. MULCAHY:

19              Objection, form.

20         THE WITNESS:

21              No, sir.

22    EXAMINATION BY MR. PINEDO:

23         Q.   And the hardboard we are talking

24    about is what you have suggested in your

25    report that emits either zero or very little
```

Page 266

1       formaldehyde.  Is that right?

2            A.    That's correct.

3            Q.    If I asked you the same question,

4       based upon your expertise in the building

5       industry for over 40 years and your

6       experience as a licensed residential builder

7       and a licensed contractor, do you see any

8       reason from a weight standpoint as to why

9       this hardboard could not be used in travel

10      trailers?

11           MR. MULCAHY:

12                Object to form.

13           THE WITNESS:

14                No, sir.

15      EXAMINATION BY MR. PINEDO:

16           Q.    Based on your experience as a

17      builder for over 40 years and as a licensed

18      residential builder in the State of

19      Louisiana and as a licensed general

20      contractor in the State of Louisiana, do you

21      see any reason, from a structural integrity

22      standpoint, as to why the hardboard you are

23      suggesting for use in travel trailers should

24      not be used in travel trailers?

25           MR. MULCAHY:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 267

1            Objection, form.

2        THE WITNESS:

3            No, sir.

4    EXAMINATION BY MR. PINEDO:

5        Q.   Do you consider the design

6    alternative that you have come up with to be

7    a superior method of construction?

8        MR. MULCAHY:

9            Objection, form.

10       THE WITNESS:

11           Yes, sir.

12   EXAMINATION BY MR. PINEDO:

13       Q.   Based upon your expertise as a

14   licensed home builder and as a licensed

15   general contractor and your experience for

16   over 40 years in the building industry, do

17   you see any reason as to why the foam

18   insulation you are recommending could not be

19   used in travel trailers?

20       MR. MULCAHY:

21           Objection, form.

22       THE WITNESS:

23           No, sir.

24   EXAMINATION BY MR. PINEDO:

25       Q.   Based upon your expertise in the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 268

1    building industry for over 40 years and your

2    experience as a general contractor and your

3    licensing as a residential home builder, do

4    you see any reason from a weight standpoint

5    as to why the foam insulation you are

6    recommending should not be used in travel

7    trailers?

8        MR. MULCAHY:

9            Objection, form.

10       THE WITNESS:

11           No, sir.

12   EXAMINATION BY MR. PINEDO:

13       Q.   Based upon your experience in the

14   building industry for over 40 years and your

15   expertise as a general contractor and your

16   licensing as a residential home builder, do

17   you see any reason as to why the foam

18   insulation you are recommending should not

19   be used in travel trailers from a structural

20   standpoint?

21       MR. MULCAHY:

22           Objection, form.

23       THE WITNESS:

24           No, sir.

25   EXAMINATION BY MR. PINEDO:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 269

```
 1        Q.   Do you consider the foam

 2   insulation that you have suggested in your

 3   report to be a superior method of

 4   construction?

 5        MR. MULCAHY:

 6             Objection, form.

 7        THE WITNESS:

 8             Yes, sir.

 9   EXAMINATION BY MR. PINEDO:

10        Q.   Would it add to the structural

11   integrity of the unit?

12        A.   Yes, sir.

13        Q.   Would you also recommend a forced

14   air ventilating system or a fresh air

15   ventilation system on page 95 of your

16   report?

17        A.   Yes, sir.

18        Q.   Assuming that a travel trailer had

19   the wall sections such as you have suggested

20   here, with an alternate wood product that

21   had either zero or a very low amount of

22   formaldehyde, would any remaining

23   formaldehyde be dissipated by the fresh air

24   ventilating system that you have suggested

25   in your report?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                              Alexis Mallet, Jr.

                                                                   Page 270

1          MR. MULCAHY:

2               Objection regarding his area of

3     expertise.

4          THE WITNESS:

5               It would lower any VOCs in the

6     unit by replenishing the air exchange in the

7     unit.

8     EXAMINATION BY MR. PINEDO:

9          Q.   There was an objection, so let me

10    ask you a different question.

11              Mr. Mallet, did you also suggest a

12    fresh air ventilating system in your report

13    for travel trailers?

14         A.   Yes, sir.

15         Q.   What was the purpose of that?

16         A.   To add the fresh air intake, to

17    add fresh air to the unit for removal of

18    contaminants --

19         Q.   Contaminants such as what?

20         A.   -- and introduce into the building

21    non-contaminated, dehumidified air.

22         Q.   What contaminants would you be

23    concerned about in the context of a travel

24    trailer?

25         A.   Well, it could be anything from

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 271

1    moisture vapor to carbon dioxide to

2    formaldehyde, if it is present, to any other

3    types of materials, such as pollens, that

4    might have come in from the exterior.

5        Q.    In your examination of the

6    Castanel unit, what was the greatest source

7    or greatest number of wood products that

8    were releasing formaldehyde?

9        MR. MULCAHY:

10            Objection, form.

11        THE WITNESS:

12            The wall and ceiling panels.

13    EXAMINATION BY MR. PINEDO:

14        Q.    In your alternative design, are

15    you also suggesting that the ceiling panels,

16    not just the wall panels, be made of some

17    type of material that emitted very low or

18    zero formaldehyde?

19        A.    Yes, sir.

20        Q.    Assuming that this travel trailer

21    had the wall panels and ceiling panels that

22    you are suggesting, and there was some

23    residual formaldehyde released from the

24    upholstery or carpet, what effect would the

25    fresh air ventilation system you have

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 272

1    suggested have?

2        MR. MULCAHY:

3            Objection, form.

4        THE WITNESS:

5            It is designed to completely

6    replace the air within a unit every two and

7    a half or so hours.  So the exchange would

8    then remove the indoor contaminants.

9    EXAMINATION BY MR. PINEDO:

10       Q.   Would that have any effect on

11   buildup of formaldehyde in the unit?

12       A.   It would reduce the buildup of

13   formaldehyde.

14       Q.   There were questions earlier as to

15   whether or not Mrs. Castanel complained of

16   leaks around the windows.  Do you recollect

17   that?

18       A.   Yes, sir.

19       Q.   Just because Mrs. Castanel did not

20   complain or observe leaks around the

21   windows, does that mean that there were,

22   indeed, no leaks around the windows?

23       MR. MULCAHY:

24           Objection, form.

25       THE WITNESS:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 273

1              No, sir.

2    EXAMINATION BY MR. PINEDO:

3         Q.   Is it possible for water to leak

4    in around the windows and then go to the

5    inside of the wall cavity?

6         A.   It is.

7         Q.   And what effect would that have on

8    composite wood products that contain

9    urea-formaldehyde?

10        A.   Moisture induced into the wall or

11   ceiling cavities raises the level of -- one,

12   raises the level of relative humidity, and

13   two, it comes into direct contact as a

14   moisture source for an increase in

15   off-gassing.

16        Q.   You were asked about evidence of

17   past condensation in the wall cavities.  Do

18   you recollect that?

19        A.   Yes, sir.

20        Q.   Were you allowed to inspect the

21   wall cavities of this unit?

22        A.   No, sir.

23        Q.   If Recreation by Design were to

24   make this unit available to you such that

25   you could open up the wall cavities, would

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 274

1    you then be inclined to go ahead and inspect

2    the wall cavities?

3        A.   Yes, sir.

4        Q.   Same question:  If they gave you

5    an opportunity to inspect the ceiling

6    cavity, would you then be able to open them

7    up and look for evidence of past

8    condensation?

9        A.   Yes, sir, or any other problems

10   that we could assess.

11       Q.   What effect would condensation in

12   the wall or ceiling cavities have on the

13   composite wood products that had

14   urea-formaldehyde resins?

15       MR. MULCAHY:

16           Objection, form.

17       THE WITNESS:

18           It would increase the off-gassing

19   rate.

20       MR. PINEDO:

21           Pass the witness.

22   EXAMINATION BY MR. MULCAHY:

23       Q.   Mr. Mallet, you worked with

24   Dr. Smulski in rendering your report,

25   correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 275

1        A.    Yes, sir.

2        Q.    You are not a wood scientist,

3    correct?

4        A.    No, sir.

5        Q.    Or wood specialist?

6        A.    No, sir.

7        Q.    You are not a chemist?

8        A.    No, sir.

9        Q.    Do you know what type of flooring

10   materials were in the Castanel unit?  I'm

11   talking about the subfloor, not the

12   decorative finishes.

13       A.    Not the decorative finishes, is

14   that what you are saying?

15       Q.    Right.  Just the subfloor

16   materials.

17       A.    Based on the information given, I

18   believe it is 5/8ths-inch plywood.

19       Q.    Did you rely upon Dr. Smulski to

20   give you information regarding the wood

21   products in the Castanel unit?

22       A.    Did I rely on him to do that?  No.

23       Q.    Did you obtain an inventory from

24   Dr. Smulski regarding the products in the

25   Castanel unit?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 276

```
1        A.    Yes, sir.

2        Q.    Did you rely upon that in

3   rendering your report?

4        A.    Only from the standpoint of his

5   verification that the lauan hardboard does

6   emit formaldehyde, but we knew that before.

7        Q.    Are you done?

8        A.    Yes.

9        Q.    I didn't mean to cut you off.

10        A.    Well, I did hesitate for a moment.

11        Q.    Did you talk to Dr. Smulski

12   regarding your alternative method,

13   construction method?

14        A.    Yes.

15        Q.    What did you discuss with

16   Dr. Smulski?

17        A.    We discussed the whole design,

18   including the Masonite hardboard paneling.

19   He is actually the one who got the

20   information on the urea-formaldehyde and

21   sent to it me.  I think he is a member of

22   the Composite Panel Association or

23   something.

24        Q.    When did you talk to Dr. Smulski

25   about an alternative construction method?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 277

1        A.   I don't know.

2        Q.   Was it before the Castanel

3    litigation ensued, before you got involved

4    in December of 2009?

5        MR. PINEDO:

6             Objection, form.

7        THE WITNESS:

8             Yes, sir.  It was much earlier

9    than that.  Again, I think we started

10   tossing the idea of alternative designs

11   around in September or something like that.

12   EXAMINATION BY MR. MULCAHY:

13       Q.   Now, who is "we"?

14       A.   David Moore and I, Dr. Smulski,

15   and I think maybe Mr. Lambert.

16       Q.   Other than the three prior cases

17   now with Gulf Stream, Fleetwood and Forest

18   River, have you testified in any other

19   matters involving a travel trailer?

20       A.   No, sir.

21       Q.   Those are the only three cases --

22   I'm sorry.  And you would have testified

23   twice in Gulf Stream.  You testified at

24   trial too, correct?

25       A.   Yes, sir.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 278

```
 1        Q.   But other than those instances,
 2   those are the only times you have testified
 3   regarding travel trailers?
 4        A.   Right.
 5        Q.   And you rendered opinions in each
 6   of those times that you gave testimony as to
 7   the travel trailer?  You gave an opinion as
 8   to the construction of the travel trailer?
 9        A.   Yes, sir.
10        Q.   Have you ever testified that any
11   of the travel trailers, including this one
12   here today, were suitably constructed?
13        MR. PINEDO:
14             I object to the form to the extent
15   he is being offered for opinions related to
16   the Castanel case.  To the extent the
17   witness remembers, he can answer.
18        THE WITNESS:
19             Well, we have not opined that the
20   whole system is defective.  I'm not quite
21   sure how to answer your question.
22   EXAMINATION BY MR. MULCAHY:
23        Q.   Did you find defects with the
24   construction in the other travel trailers
25   besides the Castanel unit that you have also
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 279

1    rendered testimony in?

2        A.   Yes, sir.

3        Q.   Did you talk to Bill Scott

4    regarding your alternative construction

5    method?

6        A.   No, sir.

7        MR. MULCAHY:

8            That's all I have.

9    EXAMINATION BY MR. PINEDO:

10       Q.   Sir, let me ask you, in your

11   experience in working on approximately some

12   100 travel trailers, did you become familiar

13   with the means, methods and manners of

14   construction of those travel trailers?

15       A.   Yes, sir.

16       MR. PINEDO:

17           Pass the witness.

18       MR. MULCAHY:

19           I'm sorry, I need to go through

20   those documents Mr. Mallet brought before we

21   go totally off the record.

22       (Off the record discussion.)

23       (Which concluded the deposition.)

24

25