UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v.*<br>*RECREATION BY*<br>*DESIGN, LLC, SHAW*<br>*ENVIRONMENTAL, INC.,*<br>*and UNITED STATES OF AMERICA*<br>*THROUGH THE FEDERAL*<br>*EMERGENCY MANAGEMENT*<br>*AGENCY,* NO. 09-3251 | * * * * * * * * * | |

******************************************************************************

**RECREATION BY DESIGN, LLC'S MOTION IN LIMINE REQUESTING THAT THE COURT ENTER ITS PRIOR RULINGS MADE IN THE *WRIGHT* TRIAL AS TO CERTAIN SIMILAR EVIDENTIARY ISSUES RELEVANT TO THIS MATTER**

NOW INTO COURT, through undersigned counsel, comes Defendant, Recreation by Design, LLC ("RBD"), which hereby respectfully moves this Honorable Court to enter in the *Castanel* matter its prior ruling made in the *Wright* bellwether trial as to the following evidentiary issues which are also issues present in the *Castanel* case:

1. References to (1) jurors', or others', status as taxpayers in connection with (2) FEMA's use of federal tax funds in purchasing, distributing, or storing FEMA EHUs in response to Hurricanes Katrina and Rita.

2. References to the residents of FEMA EHUs as "victims."

3. References to shortages or substitutions of construction materials relating to units procured by FEMA.

4. References that the travel trailer industry was "plagued" with formaldehyde problems in the 1970s.

5. References to Dr. Wedner practicing medicine without a medical license.

6. Any references to building codes.

7. References to the November 2008 report by the Lawrence Berkeley National Laboratory.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

  I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

               ***/s/ Lyon H. Garrison***
               LYON H. GARRISON, Bar No. 19591