Page 1

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3
     IN RE: FEMA TRAILER           )   MDL NO. 1873
 4   FORMALDEHYDE PRODUCTS         )
     LIABILITY LITIGATION          )   SECTION "N" (5)
 5                                 )
                                   )   JUDGE ENGELHARDT
 6   THIS DOCUMENT RELATES TO      )
     09-3251                       )   MAGISTRATE CHASEZ
 7                                 )
     Earline Castanel, et al. v.   )
 8   Recreation by Design, LLC,    )
     et al.                        )
 9   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

10        The Video Deposition of Randall Rush

11             Date:  Tuesday, February 23, 2010

12             Time:  9:23 a.m.

13             Place: South Bend Marriott
                      123 North St. Joseph Street
14                    South Bend, Indiana

15             Called as a witness by the Plaintiff

16             in accordance with the Federal Rules of

17             Civil Procedure, for the Eastern District

18             of Louisiana, pursuant to Notice

19

20   Before Michelle Soffa, Court Reporter
     Notary Public, Porter County, Indiana
21

22

23                 MIDWEST REPORTING
                  1448 Lincolnway East
24             South Bend, Indiana 46613
                   (574) 288-4242
25
```

EXHIBIT A

Page 12

```
 1   Q   Are you also the founder of Recreation By
 2       Design?
 3   A   Yes, I am.
 4   Q   About how many employees does Recreation By
 5       Design currently have?
 6   A   Possibly 45.
 7   Q   Back in 2005 how many employees did Recreation
 8       By Design have?
 9   A   I wouldn't know unless I would have to go back
10       to payroll records.  I would assume 75, maybe
11       100, I don't know.
12   Q   Has there been a downturn in the travel
13       trailer industry in the last five years?
14   A   Absolutely.
15   Q   What do you attribute that to?
16   A   Global economy in general.
17   Q   Are you the founder of Recreation By Design?
18   A   Yes, again, I am.
19   Q   When did you found or create Recreation By
20       Design?
21   A   I believe it was in 1999.
22   Q   When you say Recreation By Design
23       manufactures travel trailers, fifth wheels and
24       park models, how do you fine -- how do you
25       define a park model?
```

```
 1         Katrina and Rita?
 2    A    Not to my knowledge, no.
 3    Q    Back in 2005 and 2006, did Recreation By
 4         Design ever suffer from any kind of material
 5         shortages when you were trying to make the
 6         2600 emergency housing units for Morgan?
 7    A    Materials were hard to get.  I think everybody
 8         was involved in building at that time.  I've
 9         been in the industry for 40 years, I know my
10         vendors well.  They pretty much took care of
11         us.  I've always paid my bills, always been a
12         good customer to them.
13    Q    And you were able to deal with any material
14         shortages you had to meet the terms of the
15         contract with Morgan, right?
16    A    That's correct.  I think one of the rough ones
17         was ranges at one time and it held us up.
18    Q    Was wood product ever a material that was in
19         short supply?
20    A    No.
21    Q    And whatever material shortages there were,
22         that's not something that you would have ever
23         discussed with FEMA or anybody from the
24         government, right?
25    A    That's correct.
```