UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Recreation By Design, LLC, through undersigned counsel, will bring its Motion in *Limine* to Exclude the Opinions and Testimony of Stephen Smulski, Ph.D., in the above-captioned matter for hearing before this Honorable Court on the 5th day of May, 2010, at 9:30 a.m. or as soon thereafter as this matter may be heard.

        Respectfully submitted,

        */s/Randall C. Mulcahy*
        LYON H. GARRISON, Bar No. 19591
        SCOTT P. YOUNT, Bar No. 22679
        RANDALL C. MULCAHY, Bar No. 26436
        DARRIN L. FORTE, Bar No. 26885
        KELLY M. MORTON, Bar No. 30645
        GARRISON, YOUNT, FORTE
        & MULCAHY, L.L.C.
        909 Poydras Street, Ste. 1800
        New Orleans, LA 70112
        Telephone: (504) 527-0680
        Facsimile: (504) 527-0686
        *Attorneys for defendant,*
        *Recreation By Design, LLC*
        Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16th, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

        */s/Randall C. Mulcahy*
        RANDALL C. MULCAHY, Bar No. 26436