UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

**DEFENDANT, RECREATION BY DESIGN, LLC's, MOTION IN LIMINE
REQUESTING THAT THE COURT ENTER ITS PRIOR RULINGS MADE
IN THE *ALEXANDER* BELLWETHER TRIAL AS TO CERTAIN
SIMILAR EVIDENTIARY ISSUES RELATIVE TO THIS MATTER**

Defendant, Recreation By Design, LLC, (hereinafter "RBD"), now respectfully moves this Court to enter in the Castanel matter its prior ruling made in the *Alexander* Bellwether trial as to the following evidentiary issues which are also issues present in the Castanel case:

1.  References to political proceedings as set out in Order 3029.

2.  Events leading up to Hurricane Katrina as set out in Order 3018.

3.  RBD financial status/finances from FEMA sales as set out in Orders 3018 and

3019.

4. Ambient air standards as set out in Order 3069.

5. Chris DeRosa will not testify as an expert or render expert opinions as set out in Order 3057.

6. Inflammatory statements as outlined in Order 3018.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591