UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

*************************************************************************

**DEFENDANT, RECREATION BY DESIGN, LLC's, MOTION IN LIMINE REQUESTING THAT THE COURT ENTER ITS PRIOR RULINGS MADE IN THE *DUBUCLET* BELLWETHER TRIAL AS TO CERTAIN SIMILAR EVIDENTIARY ISSUES RELATIVE TO THIS MATTER**

Defendant, Recreation By Design, LLC, (hereinafter "RBD"), now respectfully moves this Court to enter in the Castanel matter its prior ruling made in the *Dubuclet* Bellwether trial as to the following evidentiary issue which is also issues present in the Castanel case:

1.  Offering evidence or testimony of the claims of MDL litigants if those claims arose *after* the manufacture of Plaintiff's emergency housing unit.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591