UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

**DEFENDANT, RECREATION BY DESIGN, LLC'S, MEMORANDUM
IN SUPPORT OF ITS MOTION IN LIMINE REQUESTING THAT
THE COURT ENTER ITS PRIOR RULINGS MADE
IN THE *DUBUCLET* BELLWETHER TRIAL AS TO CERTAIN
SIMILAR EVIDENTIARY ISSUES RELATIVE TO THIS MATTER**

Defendant, Recreation By Design, LLC (hereinafter "RBD"), now respectfully moves this Court to enter in the *Castanel* matter its prior ruling made in the *Dubuclet* Bellwether trial as to the following evidentiary issues which are also issues present in the *Castanel* case:

1. Offering evidence or testimony of the claims of MDL litigants if those claims arose *after* the manufacture of Plaintiff's emergency housing unit, as set out in Order 8171.

In *Dubuclet*, the Court granted Fleetwood's motion, precluding the Plaintiff from

offering evidence or testimony of the claims of MDL litigants if those claims arose after the manufacture of Plaintiff's emergency housing unit.

The same issue if present in the *Castanel* matter. RBD requests that the Court enter its prior ruling on this issue in the *Castanel* case.

For the foregoing reasons, RBD respectfully requests that the Court enter its prior ruling made in the *Dubuclet* case on this issue.

>Respectfully submitted,
>
>*/s/ Lyon H. Garrison*
>LYON H. GARRISON, Bar No. 19591
>SCOTT P. YOUNT, Bar No. 22679
>RANDALL C. MULCAHY, Bar No. 26436
>DARRIN L. FORTE, Bar No. 26885
>KELLY M. MORTON, Bar No. 30645
>GARRISON, YOUNT, FORTE
>& MULCAHY, LLC
>909 Poydras Street, Suite 1800
>New Orleans, Louisiana 70112
>Telephone: (504) 527-0680
>Facsimile: (504) 527-0686
>Attorneys for defendant,
>Recreation By Design, LLC
>Email: lgarrison@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

>*/s/ Lyon H. Garrison*
>LYON H. GARRISON, Bar No. 19591