# Inspection Report



©2009 LaGrange Consulting

PREPARED BY:
LaGrange Consulting, LLC
256 Calumet Drive
Madisonville, LA 70447
Info@LaGrangeConsulting.com



PREPARED FOR:

Al Mallet, Jr.
First General Services
Lafayette, LA 70598
with regards to
Castanel Et Al. vs
Recreation by Design
January, 2010

All Information Contained Herein is for Client Use and Review Only.
Unauthorized Duplication or Distribution of this Material is Strictly Prohibited.

INTRODUCTION TO THE PROJECT ......................................................................................................... 3

    DESCRIPTION OF TESTING SITE ............................................................................................................. 3
    LAGRANGE CONSULTING'S SCOPE OF WORK ......................................................................................... 3
    OVERVIEW OF REPORT ....................................................................................................................... 4
    COOLING AND VENTILATION SYSTEM DESCRIPTION .................................................................................. 4
    DISCUSSION OF BUILDING CODES – WHAT IS A "DWELLING"? ..................................................................... 5

BUILDING SCIENCE PRINCIPLES RELATIVE TO THIS CASE ......................................................................... 6

    THE 2ND LAW OF THERMODYNAMICS ................................................................................................... 6
    COMFORT AND INDOOR AIR QUALITY .................................................................................................. 6
    BUILDINGS NEED TO BE AIR TIGHT ....................................................................................................... 7
    EFFECTS OF DUCT LEAKAGE ............................................................................................................. 10
    EFFECTS OF IMPROPER INSULATION INSTALLATION ................................................................................. 11
    THERMAL BYPASS CHECKLIST ........................................................................................................... 13
    BEING ON THE WRONG SIDE OF BUILDING SCIENCE ................................................................................ 14

DIAGNOSTIC TESTING RESULTS ....................................................................................................... 16

    TESTING A BUILDING FOR AIR LEAKS .................................................................................................. 16
    BLOWER DOOR TESTING RESULTS ...................................................................................................... 17
    TESTING A SYSTEM FOR DUCT LEAKAGE .............................................................................................. 29
    DUCT BLASTER RESULTS ................................................................................................................... 29
    TESTING DIFFERENTIAL PRESSURES ..................................................................................................... 30
    DIFFERENTIAL PRESSURE RESULTS ...................................................................................................... 30
    INFRARED SCANS ........................................................................................................................... 30

AIR CONDITIONING (A/C) OBSERVATIONS ........................................................................................ 35

    LACK OF PROPER DUCTWORK DESIGN ................................................................................................ 35
    LACK OF FRESH AIR PROVIDED .......................................................................................................... 38
    DUCT LEAKAGE ............................................................................................................................. 38
    LACK OF BATHROOM VENTILATION PROVIDED ...................................................................................... 39

IRC 2000 – CHAPTER 11 "ENERGY EFFICIENCY" - CODE VIOLATIONS .................................................... 40

DISCUSSION OF FINDINGS ............................................................................................................... 42

    HOW INSULATION INSTALLATION AND AIR INFILTRATION AFFECTED THE "BIG PICTURE" ................................. 43
    VOCS (VOLATILE ORGANIC COMPOUNDS) ........................................................................................... 45

CONCLUSION ................................................................................................................................ 46

WORKS CITED ............................................................................................................................... 49

CAST002432

# Introduction to the Project

### Description of Testing Site

The testing and inspection results conveyed in this Report were collected at #5310 Old State Highway, Lottie, Louisiana in the United States of America on the date of January 15th in 2010. The project being tested is a *temporary house unit (THU)* with VIN# 5CZ200R24261125294. It was used by the *Federal Emergency Management Agency (FEMA)* to house victims of hurricane Katrina. The THU was parked at a storage lot at the above address at the time of testing.



*Note: All technical terms and acronyms written in italics are defined in the glossary in APPENDIX D.

Ritter Consulting Engineering provided measurements of the THU that included length, width and height measurements over several parts of the THU. The THU was constructed December, 2005. The THU is manufactured by Recreation by Design, LLC.

### LaGrange Consulting's Scope of Work

LaGrange Consulting, LLC of 256 Calumet Dr. in Madisonville, LA 70447 was the testing and inspection company. Paul LaGrange was the technician testing the THU. LaGrange Consulting was hired by Al Mallet, Jr. of First General Services of Lafayette, LA 70598 to perform the following services:

1. Perform a blower door (building leakage) test.
2. Perform duct blaster (duct leakage) tests and inspect inside of duct work with a borescope.
3. Perform infrared thermal imaging scans of the THU.
4. Offer explanations of the interactions between the cooling systems and the cavities, attic, and crawlspace in this building.
5. Summarize the findings.

CAST002433



The standards and equations used to complete the described services are accepted standards of the industry and are described in the appendices.

### Overview of Report

According to the FEMA procurement document (See APPENDIX E), this building was built "for the purpose of providing temporary housing" for its occupants. The causes for the overall poor performance are interactive. First, the cooling systems provided no fresh outdoor air intake to dilute the pollutants within the THU. Secondly, the THU's thermal envelope was not well air sealed.  Thirdly, The air and vapor barriers were located in the wrong location of the assemblies so air leaks allowed humidity, dust, and other contaminants into the THU living area, especially when the cooling system was running. This Report will discuss the observations and diagnostic testing that support this summary.

The following outlines our test results and observations:

1. This building was ordered by FEMA and was not built to meet code.
2. The cooling system and duct work were inadequately designed and installed.
3. Air sealing was incomplete and allowed air leakage.
4. Based on the infrared scans, insulation was not properly installed.

### Cooling and Ventilation System Description

The ductless electric heating system in the THU is separate from the cooling system. The cooling equipment is a small all-in-one package unit located on the roof of the building while the supply ducts are within the ceiling assembly (between the ceiling and the metal roof). The cooling equipment is part of the 595 series, model number 595 16.531, Quick Cool Duo-therm. It produces a nominal 15,000 *Btu's*.  It has a standard thermostat used to control it.



The ductwork for the cooling system is located in the ceiling cavity, outside the conditioned space and air barrier. The return air is positioned in the ceiling within the package unit. The building's ventilation system was exhaust spot ventilation only located in the kitchen.  The ventilation system did not have an outdoor air intake for fresh outdoor air to be brought into the building. The International Residential Code of 2000 defines ventilation as, "The natural or mechanical process of supplying conditioned or

unconditioned air to, or removing such air from, any space. Ventilation can be used for comfort cooling, the control of air contaminants, equipment cooling and replenishing oxygen levels."





A/C in ceiling          Supply Ductwork that is lined with foil     A/C Ducts in ceiling



### *Discussion of Building Codes – What is a "Dwelling"?*

Per the *IRC 2000,* R107.2 and the New Orleans Building Code for 2003 (107.2), "Temporary structures and uses shall conform to the structural strength, fire safety, means of egress, light, ventilation and sanitary requirements of this code as necessary to ensure the public <u>health, safety and general welfare.</u>" The entire point of having this building code is, "to provide minimum requirements to safeguard the public safety, health and general welfare…" (IRC 2000 R101.3).  The FEMA THUs were not manufactured to adhere to the IRC 2000 (and New Orleans Building Code 2003) standards, yet this temporary housing was made with the intention of becoming single family dwellings at the time of delivery to their prospective sites.  The IRC 2000 defines a "dwelling" as, "Any building that contains one or two dwelling units used, intended, or designed to be built, used, rented, leased, let or hired out to be occupied, or that are occupied for living purposes. A dwelling is a building that contains either one or two dwelling units. The purpose of a dwelling is occupation for living purposes, ***regardless of the manner of ownership***. Single-family houses and duplexes fall under the definition of dwelling….[a dwelling unit is] A

CAST002435

single unit providing complete independent living facilities for one or more persons, including permanent provisions for living, sleeping, eating, cooking and sanitation. The specific purpose of a dwelling unit is to provide the essential amenities necessary for complete and independent facilities." (IRC 2000, R202). Since FEMA's intention of these buildings was to serve as "dwelling units" for their inhabitants, this Report will refer to the IRC 2000 and the New Orleans Building Code 2003 where applicable.

## Building Science Principles Relative to this Case

### The 2nd Law of Thermodynamics

This phenomenon is consistent and always present at some level. Simply put, energy (moisture and temperature) always moves from a warm, wet climate towards a cool, dry climate. The greater the difference between conditions, the greater the exchange (or drive) of energy. In the Gulf South, nine to ten months out of the year, the exchange of moisture and temperature is directed from the outside moving towards the inside of our homes. In addition to the drive of outdoor moisture and temperature is the drive of this same energy that may be located within the wall or ceiling cavities moving towards the dryer cooler interior living space. The exchange will only stop once both conditions are equal in temperature and moisture content (See Figure 1.0).



Figure 1.0

### Comfort and Indoor Air Quality

Occupants want to be comfortable in their "homes" and comfort is typically a function of interior temperature and humidity. In most homes (and FEMA THUs), the only control feature to achieve any level of comfort is the thermostat. The common practice and perception is that "by lowering my thermostat I can be comfortable."

The basic goal of "conditioning" our living spaces is to be able to create an indoor environment that is different from outdoors while still considering **health, safety, durability and performance**. The products and the knowledge to achieve all of these minimum goals are easily available to the construction community and consumers. However, the **right product** combined with the **wrong installation** procedures can create problems such as hot spots, moisture problems, or a poor quality of inside air.

CAST002436

We need to look at every aspect of the building in order to have healthy and safe dwellings. Usually, when we have an unhealthy building environment, it is caused by a number of inter-related factors; not just one cause.  The minimum criteria that must be met in order to achieve the stated goals are as follows:

1. Air tight building envelope (the shell of the building);
2. Properly sized cooling equipment;
3. Air tight supply and return ducts;
4. Properly installed insulation to meet the climate demands;
5. High performance windows;
6. An active plan on how to address the migration and development of moisture and vapor.

Neglecting to install or improper installation of any one or a combination of these features will result in poor performance, comfort issues, humidity issues, and poor indoor air quality.
In order to understand the dynamics of what occurs in our homes a lesson in Building Science is necessary.

### Buildings need to be air tight

There is a common misconception that buildings needed to be leaky and able to "breathe". The recommended strategy to control moisture issues, achieve energy efficiency, and good indoor air quality is to reduce air leakage and duct leakage as much as possible and to provide controlled ventilation as needed.   This is particularly true in the Gulf South because of the amount of outdoor humidity and annual rainfall. Air leakage, or *infiltration*, is outside air that enters wall, ceiling, and floor cavities and/or the living area uncontrollably through cracks and openings. The contaminated air can come from the crawlspace, through the walls, and from the attic.  The overall goal is to maintain a slightly positive pressure within conditioned buildings so that outdoor moist air does not enter the home or its assemblies.  In the Gulf South when any part of a home goes into negative pressure (outside air being drawn inward) it allows dusty and/or hot humid air to enter.  Parts of the buildings can go into negative pressure and allow outdoor and/or attic air to enter for a number of reasons. Several of the reasons for negative pressure and air infiltration include (These items are explained in detail later in the Report):

1. Poor air sealing techniques;
2. Second Law of Thermodynamics;
3. Stack effect;
4. Mechanical equipment such as A/C indoor blower;
5. Duct leakage;
6. Exhaust fans.

### Other ways Air Infiltration Occurs:
Air leakage requires two main ingredients:

- Holes — the larger the hole, the greater the air leakage.
- Driving force — a pressure (temperature or moisture or pressure) difference that forces air to flow through a hole.

CAST002437

The common driving forces are:

1. *wind* -- caused by weather conditions
2. *stack effect* -- upward air movement of warmer air
3. *mechanical blowers* -- pressure imbalances caused by leaky AC ducts

### 1. Wind

Wind is usually considered to be the primary driving force for air leakage. When the wind blows against a building, it creates a high-pressure zone on the windward areas. Outdoor air from the windward side infiltrates into the building while indoor air exits on the leeward side. Wind acts to create areas of differential pressure, which causes both infiltration and exfiltration. The degree to which wind contributes to air leakage and higher humidity depends on its velocity and duration.

Figure 2.0 shows wind velocity readings taken at the New Orleans Moisant airport throughout the duration of Earline Castanel's occupancy of the building (March 2006 to August 2007). The winds averaged 7.46 mph over the course of the year. Peak gusts ranged from 32 to 54 mph (see table below). Given the New Orleans climate of high year-round humidity and summer heat, even a constant, low-velocity wind creates enough of a pressure differential to draw significant amounts of heat and humidity indoors.

| Figure 2.0 | | |
|---|---|---|
| **Month** | **Average Wind Speed (mph)** | **Peak Gust (mph)** |
| March 2006 | 10.59 | 51 |
| April 2006 | 9.26 | 41 |
| May 2006 | 7.34 | 35 |
| June 2006 | 6.97 | 36 |
| July 2006 | 5.51 | 32 |
| August 2006 | 5.30 | 45 |
| September 2006 | 6.49 | 36 |
| October 2006 | 7.80 | 41 |
| November 2006 | 8.76 | 41 |
| December 2006 | 9.03 | 36 |
| January 2007 | 9.75 | 45 |
| February 2007 | 8.62 | 41 |
| March 2007 | 7.13 | 43 |
| April 2007 | 8.60 | 38 |
| May 2007 | 7.01 | 43 |
| June 2007 | 5.80 | 39 |
| July 2007 | 5.26 | 54 |
| August 2007 | 5.09 | 41 |
| **Average** | **7.46** | ------ |

The results above where calculated from readings taken at the New Orleans Moisant airport from March 2006 to August of 2007. http://www.losc.lsu.edu/hourly_site_map.html

CAST002438

## 2. Stack Effect

The temperature difference between inside and outside causes warm air inside the home to rise while cooler air falls, creating a driving force known as the *stack effect*.

The stack effect can create pressure differences between 1 to 3 *Pascals* due to the power of rising warm air. The pathways between conditioned space and the crawlspace and attic are often large because of all the small cracks and holes that add up to be a sizeable leak.



# The Stack Effect

Everyone is familiar with this effect... warm air rises. The stack effect is fairly weak but is almost always present. This home has gaps, cracks, holes connecting the house to the attic and underneath floor of the home. Because the stack effect is so prevalent and the pathways through which it drives air are often so large, it is usually a major contributor to air leakage, moisture, and air quality problems. As the warm air rises through the pathways in the ceiling it draws new outdoor air into the home at the lower level of the walls and floor assembly. In the Gulf South the majority of the time the new outdoor air contains high levels of moisture. This extra moisture creates problems with performance, comfort, and contributes to poor indoor air quality.

This phenomenon also occurs within the wall cavities. As the sun heats up the space between the metal skin (1) and the luan wall covering (2) it rises towards the ceiling and falls when it cools. This circulation creates air movement within the fiberglass insulation which decreases its ability to block heat movement (R-value).



© LaGrange Consulting 2010
Page 9 of 62

CAST002439

### 3. Mechanical Blowers

Forced-air cooling systems that are either poorly designed or installed improperly can create three types of driving forces for air leakage (see below). Return air leaks pressurize your home and supply leaks depressurize your home when the ducts are located outside the living space like this building.  Since this building has leaky A/C ducts this will cause large differential pressures between the living area and attic space within the bow truss assembly.

1.  Suction pressures that pull outside and attic air into return duct leaks.
2.  A/C blower drives cooled air out of the supply ductwork to the attic space.
3.  Duct-related problems can create pressure imbalances in the home that increase air leaks through holes in the pressure boundary.

Over sizing of HVAC equipment or wrongly sized ducts increase the differential pressures because larger equipment produces more pressure than smaller equipment which, in turn, increases duct leakage because of higher pressures.  When the duct system is not properly engineered then the static pressure within the ducts could also cause an increase in leakage of the pressure boundary.


## Effects of Duct Leakage

An air conditioning duct is typically a material sending the cold air from the blower around the building and then sucking it all back in on the other end as the air blends with air in the house. Then the cycle continues.  The IRC 2000 defines a duct system as "A continuous passageway for the transmission of air which, in addition to ducts, includes duct fittings, dampers, plenums, fans and accessory air-handling equipment and appliances. Duct systems are part of an air distribution system and include supply, return and relief/exhaust air systems."

In this THU, the cooling ducts are in the attic between the ceiling and the roof, hidden from everyday view.  Just like the shell of the building, we want our ducts to be sealed air tight and well insulated.

Many people assume that if the inside of the house is cool enough to satisfy the thermostat setting, that whether or not the ducts are leaking air is irrelevant. However, when there is duct leakage, the cycle is broken. In this building, some of the cool air pumped out of the A/C leaks into the attic, instead of entering the living space. Then, that same amount of air that leaked out does not return to the machine to be reconditioned because it is placed within the attic cavity of the bow truss assembly. The A/C is starved for air and causes differential pressures because of the duct leaks. This also makes certain rooms uncomfortably hot during the summer while pulling in humidity, dust, fiberglass, and *VOCs,* if present, from outside or from the attic to make up for the air that the machine is "starving" for.  It also has the propensity to increase the relative humidity within the attic and wall cavities.  The effects of an undersized duct system causes the following items

1) It increases duct leakage because of a higher static pressure created by the smaller duct system

© LaGrange Consulting 2010
Page 10 of 62

CAST002440

2) May cause the evaporator coil to become too cold and freeze because of low air flow across the coil

As the duct leakage is increased because of an undersized duct system it also increases the differential pressure within the stud and attic cavities which in turn will increase the entry of outdoor vapor and air infiltration

If the machine has duct leakage (small or large holes) in the portion of the system that pulls the air back to the machine (aka "*return plenum*"), then the cycle will also be broken when the return duct pull in hot, humid, dusty attic air instead of air from the living space that needs to be re-cooled. That moist, hot, dusty air is then dispersed throughout the living area through the ductwork. It can also contain mold spores, dust mites, insulation particles, pollen, *VOCs*, and other contaminants. This increases the probability of moisture problems.

For these reasons, it is very important for the building's performance and for the occupant's health **not** to have duct leaks. The ducts must be sealed air tight and must only allow the cooled air to go into the building and not leak anywhere else. The manufacture of the air conditioner equipment also makes the claim that the ducts must be properly air sealed.

## *Effects of Improper Insulation Installation*

Most insulation is made up of mineral or organic materials that trap air. Insulation comes in a variety of products. Fiberglass is the most common and widely available and was installed in Earline Castanel's THU. The thermal performance or how well it keeps heat from entering the walls and ceiling is called R-value. The higher the *R-value* number, the better the insulation functions to block heat transfer.

*R-value* is the ability for a material to resist heat. R-value of insulation such as fiberglass insulation is its ability to resist the movement of heat energy from one side of the insulation to the other. In a hot climate, insulation is mainly used to keep the cooled air in and the hot air out.

*U-value* is a material's ability to transfer heat from the hot side to the cold side. U-value is typically used to describe the efficiency of windows. The lower the U-value, the less heat can transfer through the material and the more effective it is as an insulator. U-value is the inverse of R-value. U-value will be used to calculate how much power and energy comes through the wall so that it can be cooled with the air conditioner.

**However and most importantly, fiberglass insulation must be air sealed on all six sides in order for it to achieve its rated R-value.** Air can move through it. When air leaks through fiberglass insulation it reduces its performance exponentially.

In order to fully understand how temperature and moisture move and how energy transfers from hot to cold and wet to dry a few explanations need to be discussed.

There are three types of energy: *convection, conduction,* and *radiation*.

CAST002441



**Convection** is the movement of heat through air because of the fact that hot air rises. This creates a type of "loop" called a "convection loop" within materials that have a large difference in temperature from one side to the other. As the warm air rises towards the top of the wall, the cool air enters at the bottom of the wall.  When the hot air cools it also falls down towards the floor. This convection loop makes air move through insulation reducing R-value in that cavity insulation.



**Conduction** is the transfer of heat from one object touching another. For example, conduction occurs when you touch your hand to the hot stove and burn yourself. The heat is transferred from the stove to your hand through the two objects touching.



© LaGrange Consulting 2010
Page 12 of 62

**CAST002442**

***Radiation*** is energy radiated by objects, liquids, and gasses in the form of waves or rays. An example is feeling warm sun rays on one's face.



### Why R-value can be misleading

R-value of insulation is determined in a laboratory setting in a vacuum where no air is flowing. Insulation such as fiberglass batt insulation gets its insulative properties from the pockets of still air stored between the strands of glass. However, when air passes through the insulation, it disturbs these still pockets of air and reduces the fiberglass' ability to resist heat transfer. The air pockets also create convection loops because of the difference in temperatures between inside and outside the building. ***In a humid climate, the air passing through the fiberglass also brings moisture, which changes the insulation's ability to hold the still dry pockets of air that insulate and increases the moisture levels within those assemblies.***

When a building is constructed with many openings where air and moisture can enter and move through the walls, the insulation in the walls will have a greatly reduced R-value. For this reason, it is important to seal all of the holes and penetrations on the outside of a building (floor, walls, and ceiling) to make certain air cannot enter the insulation. Examples of the many openings in the walls of this housing unit are found in the pictures and videos later in the Report.

### Thermal Bypass Checklist

"The Thermal Bypass Checklist is a comprehensive list of building details where thermal bypass, or the movement of heat around or through insulation, frequently occurs due to missing air barriers or gaps between the air barrier and insulation"(TBC_Guide_062507.pdf, pg 5 – See APPENDIX F). This checklist is used for inspections on potential **Energy Star homes as well as many other incentive and marketing programs** before the walls are closed. It was developed by the Environmental Protection Agency (EPA) to create a **standard** that buildings should be built to in order to reduce the amount of heat and moisture entering the building due to air leaks. The creation of this checklist by the EPA acknowledges the need for air sealing because of the three types of energy transfer previously discussed. See Appendix F for the full document with accompanying explanations and graphics.  This Report will refer to the Thermal Bypass Checklist (TBC) as the standard for air sealing and insulation installation in addition to the IRC 2000.

CAST002443

### *Being on the Wrong Side of Building Science*

This building's walls are constructed in a way that encourages high humidity (moisture) and possibly condensation in a hot humid climate.  Using the principles just discussed, the problems with the wall assembly can be explained.

There is no building wrap or thermal break behind the metal skin to stop the moist air from entering the stud walls.  Also air can enter the wall assembly at the bottom & top through holes within the bottom and top plates.  Condensation would occur between the metal skin of the outside wall skin and the insulation, NOT between the wood wall material and the insulation.

The wall assembly for this building consisted of the following layers from outside to inside the building.

Figure 3.0 shows a cross section of the typical wall of the building.

1. Metal skin exterior
2. 1.5" fiberglass batt insulation with Southern Yellow Pine(1.5") studs in wall
3. 1/8" luan board
4. Vinyl wall covering

Figure 3.0



## Wall Assembly

*exterior*  *interior*

vinyl wall covering

wall penetration such as an electric outlet

1/8" luan board

1.5" un-faced fiber-glass batt insulation

Corrugated metal skin

Southern Yellow Pine 1.5" wood studs

CAST002444

This THU was used as a residence in southeast Louisiana where the average outdoor relative humidity in the summer is 75% and the dew point is 69 degrees, so the typical outdoor humidity levels are fairly high and the summer temperatures are very hot. Because the environment inside the building is cooler and dryer than the air outside the building & the air inside the wall and ceiling cavities on most days, the Second Law of Thermodynamics comes into play. As stated previously in this Report, this law says that hot air always moves toward cooler air and moist air always moves towards dryer air.  A vapor drive is taking place wherein the humidity from outside is driving into the wall because of the vast difference in temperature and humidity between inside and outside. There is no building product to interrupt this process where it begins, but the vinyl wall covering is stopping the vapor drive on the interior of the building (See Figure 3.1 below).  This is where the problems are starting. With permeable or breathable paint, the moisture could, theoretically, pass through and be dried out by the air conditioning system or even a small supplemental dehumidifier, if necessary. However, because the wall covering is not breathable, there is no way for the moisture to be removed from the wall. At this point (on the back of the wall covering) the air is moist and the humidity is high and creates more than enough moisture for undesirable consequences within the wall assembly.



Figure 3.1

**Wall Assembly**

The vinyl wall covering is acting as a vapor barrier and as the vapor is being driven toward the cooler, dryer environment, that traps vapor.

exterior

interior

Vapor drive

Vapor drive

Vapor drive

vinyl wall covering

1/8" luan board

1.5" un-faced fiber-glass batt insulation

Corrugated metal skin

Southern Yellow Pine 1.5" wood studs

CAST002445

The same phenomena is found in many hotels that use vinyl wall paper in hot humid climates and eventually have to tear out all the walls because of mold and mildew growing beneath the wallpaper. The American Hotel & Motel Association commissioned a forensic investigation that proved that a combination of HVAC duct leaks with vinyl wallpaper coverings were closely correlated with major mold problems.  The A/C system creates large air pressure differences while running and if those pressure differences "escape or leak" the ducts, they will pull in outdoor air through holes in the walls, floors, and ceiling, even at the same time the building as a whole has an average positive pressure.

Moisture damage and mold occur when the *rate of wetting exceeds rate of drying AND water storage capacity of the wood.* Molds can start to grow at moisture contents of 16% or higher, decay begins at 28%.

## Diagnostic Testing Results

There were three major diagnostic tests performed on this building. The first test was the building leakage test, called the **blower door test**.  The second test was a duct leakage test to determine how much the cooling ductwork is leaking.  Lastly, a differential pressure test was conducted to analyze the indoor pressures under various circumstances.

### Testing a Building for Air Leaks

The main test used to determine this leakage information is called a **blower door test.** This test is recognized nationally as the standard testing procedure for measuring air infiltration in a building. The blower door is a fan placed in an exterior door that pulls air from the building, creating a negative pressure inside the THU. The negative pressure drives air to enter the building at the paths of least resistance and that amount of air is measured with a probe on the blower door fan.  It is important to know how leaky a structure is when determining the origination of moisture problems because air infiltration (especially in a hot humid climate) can bring humidity and heat into the building. This air and humidity can cause increased moisture issues within the assemblies (floor, wall, and ceiling) and inside the living area.

Air infiltration can cause a myriad of efficiency and comfort issues in a structure.  More air infiltration means more dust, increased possibility of mold growth, higher humidity, and more air that the heating and cooling system has to



Blower Door set up in exterior door.

CAST002446

condition.  These problems lead to higher utility costs and sometimes costs associated with remediation of mold and mildew.  This can also cause problems for people with allergies to dust and mildew.  For these reasons, buildings should be built as tightly as possible and allowed to "breathe" using only the fresh outdoor air conditioned through the A/C system or dehumidifier, not the uncontrolled holes in the thermal envelope.

The thermal affects of air infiltration can be viewed in the thermal images starting on page 31. These images demonstrate how energy enters the building through cracks and crevices and also brings air and moisture along with it.

### Blower Door Testing Results

The blower door/ air leakage test revealed leakage rates for this building are average. However, the problem in this situation is such that the air coming into the building is not filtered, cleaned or dehumidified. There is also no way of controlling when the air enters the home or how much air enters the home because the wind blows at different rates throughout the day and night. In order to gain control of these variables, buildings should be built as tight as possible and then ventilated mechanically. The standard for good indoor air quality (according to the **American Society of Heating, Refrigerating and Air Conditioning Engineers [ASHRAE]**) is a full change of indoor air every 2.8 hours through controlled mechanical ventilation that cleans and dehumidifies the air. That means that every hour, only about 1/3 of the air in the THU should be exchanged with outside air. In this building, less than 1/3 of the air is changed out every hour. 100% of the air changes out every 3 hours and 34 minutes. That means that 100% of the air in the THU is replaced about every 3.5 hours with air from holes in the crawlspace, walls, attic, and/or outdoor air. This is because the shell of the building is leaking and there is no mechanical ventilation.  When the air barrier of the building is average sealed or tighter, then holes that do leak, leak that much more because more pressure is applied to those pathways with greater force created by the forces mentioned above. Duct leakage is a large factor in this process. It greatly exacerbates the negative pressure within this home.

The video links below show places where air is entering the THU through holes in the thermal envelope. Click on each link to see the video.

http://www.youtube.com/watch?v=91mSC08NEfY *(Exterior wall and subfloor penetrations leaking air)*

http://www.youtube.com/watch?v=DyajnDOO_ow *(Exhaust vent above stove leaking)*

http://www.youtube.com/watch?v=LY9wzT_tOoU *(Wall penetrations leaking air)*

The openings in these videos that are leaking air are the same locations that will leak whenever the winds blows, the air conditioner is running or there is a temperature and/or humidity difference between inside and outside the building (Second Law of Thermodynamics).

The pictures below show more sources of leakage into this building.

CAST002447



Top of the slide out is
poorly sealed.

Bottom of the slide
out is poorly sealed.





Bottom of the trailer
is poorly sealed.

CAST002448



This is the opening for the main electrical supply for the entire trailer. There was no attempt to air seal this outlet. Pictures from outside and inside show how much air can pass through the hole, even when the cover is closed (see bottom two pictures). These pictures are all examples of the openings in the walls which allowed air, moisture and contaminants into the trailer.





CAST002449

There are several pipes and wires passing through the bottom of the trailer that are unsealed and allow air & moisture to pass through them.



© LaGrange Consulting 2010
Page 20 of 62

CAST002450



CAST002451

The exhaust hood over the stove was vented to the outside. However, there was no damper installed in the wall adapter so air was allowed to freely pass in and out of the building.  This was also demonstrated in the previously mentioned videos.





© LaGrange Consulting 2010
Page 22 of 62

These wall and floor penetrations are not air sealed, allowing air, moisture, and contaminants to enter the trailer when it goes into negative pressure.






The windows and other wall penetrations were not well sealed, allowing air and vapor to pass through them.

CAST002453

In order to perform the blower door test the unit was leveled. The front left corner was raised only 5/8 inch to level the unit. This was to conform with the installation instructions to have the unit level with the slide-out in place. (See pictures below).





CAST002454








CAST002455



© LaGrange Consulting 2010
Page 26 of 62

CAST002456

Then a straight edge was used to make certain the walls were not "bowing" out when the building was leveled properly. A straight edge was used to show that the walls were still not bowing and bending. Below are pictures showing before and after the leveling of the building. The pictures framed in green are of the leveled building and the pictures framed in red are of the building in a natural state.



Entrance wall – on & off jacks    Entrance side – on & off jack

Rear wall – on & off jacks    Slide-out wall – on & off jacks

CAST002457



Slide out wall – on & off jacks

Nose of trailer – on & off jacks

Slide out – on & off jacks

Slide out wall – on & off jacks

Slide out – on & off jacks

Nose of trailer – on & off jacks

CAST002458

### *Testing a system for duct leakage*



The industry standard used to test for duct leaks is by using a small fan called a duct blaster. The fan has a probe in it that measures how much the ducts leak and if they leak to the outside of the living space or into the living space.







### *Duct Blaster results*

The duct blaster (duct leakage) test revealed leakage rates for this building are 34% of the total air from the system is leaking. About 14% of the air conditioners air is leaking to the outside of the thermal envelope (i.e. into the attic). The other 20% is leaking within the thermal envelope, denoting the leaks could be return air leaks or leaks from the supply ductwork where they enter the ceiling. 34% leakage is a very high leakage rate. This means that 34% of the air moving through the A/C system is being lost somewhere in the process. This breaks the cycle of "air in = air out" which can cause severe differential pressures between the inside of the building and the outside and more importantly between the inside

© LaGrange Consulting 2010
Page 29 of 62

living area and the assemblies (floor, wall, & attic). Differential pressures lead to air leakage across the building envelope and that leads to contaminants entering the building and increasing moisture issues within the assemblies. (See next section for differential pressure test results)

The manufacturer of the A/C equipment states in the installation manual that all duct connections must be air sealed to prevent air leakage. See page 6 of the Dometic Installation manual (Appendix G). It is clear that the manufacturer of the air conditioning system does not allow duct leakage. See pictures and duct blaster test results for evidence of duct leakage.

### *Testing differential pressures*

Testing differential pressures includes the use of a manometer, which measures pressure differences. A difference in pressure between two areas is measured using rubber hosing and the manometer. This test identifies how different areas or the inside of assemblies are reacting when the A/C is running creating differential pressures because of duct leakage. Twelve differential pressure measurements were taken in this building to compliment the findings of the duct blaster and blower door tests.

### *Differential pressure results*

The pressure differential between inside and outside was measured while the air conditioner was running. The interior of the THU maintained a negative pressure (-2.3 PA) with respect to outside. The reason the building is at a negative pressure when the A/C is running is because the A/C supply duct leaks within the bow truss attic assembly are greater than the return leaks. Confirming the results found from the duct leakage tests, the differential pressure tests show that the Living space *IS* going into negative pressure (with respect to outside) when the A/C is running. This is simply just another indication that the supply ducts are leaking. Corroborating this finding is the fact that the attic space is at a positive pressure with respect to the living area when the A/C is running. This shows, again, that the supply ductwork is leaking into the attic space. Details of the differential pressure findings are located in Appendix A.

The dynamics occurring within the attic ceiling cavity are numerous.

1. Air is moving within the attic space (some from the areas that are not air sealed) and is allowing outdoor moist air to enter this space as well as A/C supply duct leaks.
2. As the air is moving through the attic's fiberglass insulation, the R-value (thermal performance) is decreased and the additional radiant heat from the sun enters the cavity and eventually transfers into the ceiling living area.
3. As the interior living space moisture and temperature becomes dryer and lower than the attic space, the vapor and temperature within the attic drives towards the living space (Second Law of Thermodynamics). When the warm moist air drives towards the interior of the trailer, the vapor and air stops at the vinyl covering on the ceiling panel (with adhesive) and it is blocked. This increases the temperature and moisture levels within the attic area inducing the additional off-gassing of the raw wood ceiling paneling

### *Infrared Scans*

The building was scanned with an infrared camera in both a neutral ("normal") state and under negative pressure from a blower door assembly to help identify thermal or air barrier irregularities in the insulation and air sealing. The **blower door simulates negative indoor pressure caused by a 20 M.P.H.**

CAST002460

**outdoor wind. It can also simulate the effect of an oversized imbalanced, leaky A/C supply and return system.** Negative indoor pressure draws in larger amounts of air infiltration. Using the blower door and infrared scanner together pinpoints *unseen* areas of leakage because the infrared camera measures unseen temperatures. The "before" and "after" images below demonstrate how and where leakage occurs. Note that the thermal imaging camera only shows *where* air is leaking and the blower door tells *how much* air is leaking in. These scans are not depicting how much air is leaking inward but where the thermal irregularities are occurring.

Pictures on the left (blue frames) were taken *before* the blower door test (neutral indoor pressure) and pictures on the right (red frames) were taken *during* the blower door test (negative indoor pressure). The hotter colors are the reds and yellows and greens, while the cooler colors are the blues, purples and blacks. Wherever the cold colors are present, air is infiltrating the thermal envelope, bringing in outdoor air and humidity because the **outdoor temperature was colder than the indoor temperature**.

Please note that the temperature scale for each pair of thermal scans (shown on the right edge of each picture) is consistent both before and during the blower door test. Using a consistent scale is important because it keeps the color range constant. This ensures that temperature differences can be identified accurately. Specific temperatures in certain areas of interest are also included in each thermal scan.

The infrared scans uncover the transfer of heat and cold across the thermal envelope even when it is invisible to the naked eye or the digital camera. The reasons for the extreme temperatures originate in the attic and walls where insulation is poorly installed and the thermal envelope is not air sealed well.

The description of the locations are described as if the tongue of the trailer was the front and the slide out was the driver's side.



Slide out – driver's side (upper left)

© LaGrange Consulting 2010

CAST002461