

Slide out – driver's side (lower left)

Slide out – driver's side (lower right corner)

Slide out – driver's side – floor assembly connection

CAST002462



Front nose – driver's side - angle

Passenger side wall at door – outside light and switches

Driver's side wall – kitchen countertop – left of window

CAST002463



**Passenger side – master bedroom – insulation gap at top of wall**



**Driver's side – air leakage through electrical cord access panel located on exterior of trailer**

CAST002464

# Air Conditioning (A/C) Observations

### *Lack of Proper Ductwork Design*

A *manual d* is a method of properly calculating the sizing and design of the ductwork for the heating and cooling system. Because all of the A/C vent outlets and duct sizes in this building are identical, it is obvious that a manual d was not done. Rooms with higher heat loads will require larger vents and rooms with less heat load will require smaller vents because less air is required to condition those rooms. Lack of proper duct design creates resident discomfort, which often drives occupants to run the system at more extreme temperatures to meet their comfort needs. This can often lead to moisture problems because of combination of the duct leaks and leaky thermal envelope. Duct design deficiencies can also create higher pressures and higher leakage rates. Duct design should be dependent on static pressures, but when static pressure is not taken into account, pressure imbalances occur within the system, which can cause even larger duct leaks.

Duct leaks lead to pressure imbalances in the building and air infiltration. Improper design simply fuels the whole cycle of leaks that should be avoided altogether.

The air conditioner is manufactured by Dometic, 595 series. On page 4 of Dometic's installation manual (See Appendix G), the guidelines for installing ductwork are stated. All three of the guidelines below have been violated.

> A. The duct material must meet or exceed any agency or RVIA Standard that may be in existence at the time the RV is produced.

> B. All discharge air ducts must be properly insulated to prevent condensation from forming on their surfaces or adjacent surfaces during operation of the air conditioner/heat pump. This insulation must be R-7 minimum.

> C. Ducts and their joints must be sealed to prevent condensation from forming on adjacent surfaces during operation of the air conditioner/heat pump.

Guideline "A" was violated because the duct material did not meet or exceed the standards for the IRC 2000 building code at the time of manufacture of the building. Guideline "B" was violated in that the insulation board that made the cooling ductwork was valued at less than R-1, instead of "at least" R-7. Guideline "C" was not followed as evidenced by all the pictures showing how poorly the ductwork was sealed.

CAST002465



Staples from the ceiling are protruding into the ac supply ducts contributing to the leakage.

In addition, the connections between sections of duct is not properly air sealed as evidence of the visible gaps.



CAST002466



The supply plenum is largely unsealed. Note the gaping holes on both sides of the framing/plenum connection as well as the open seams.  Also, the foil tape is not UL rated or labeled.

As seen in the photos above, aluminum foil tape was used to connect the supply register plate to the duct, which was not connected to the register.  The aluminum tape is not suited to form-fitting applications – lumps and gaps like the ones shown above are pathways for air leakage.  Also, the foil tape is not UL rated or insulated and could develop condensation around it.

### *Lack of Fresh Air Provided*

Fresh air was discussed in prior sections with regards to indoor air quality. It should be part of the cooling and ventilation system, but this system has no fresh outdoor air supplied at all. *Fresh Air* is just what it sounds like. In such a small living environment as a FEMA THU, indoor air quality is of the utmost importance. Buildings should be built as tight as possible, but then allowed them to "breathe" through the "lungs" of the structure which is the ventilation system. Just like the human body, it is not suitable to bring in air from every uncontrolled <u>crack and crevice</u> in the thermal envelope and air barrier. It is necessary to bring the fresh air into the structure through a fresh air duct (pipe) that has a damper to control the flow and also a filter to filter out contaminants that can enter from outside. The ventilation system could also dehumidify the outdoor air and distribute it throughout the building.

**Why is Fresh Air Important?**

Indoor air can be full of contaminants such as cleaning chemicals fumes, dust, allergens, and moisture. While some people may not be sensitive to these pollutants, the long term affects are not beneficial to our overall health. The American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) advises a ventilation rate of a full change of air every 2.8hours. This means that about a third of the air in the building should be exchanged with outside air every 60 minutes.

### *Duct Leakage*
Duct leakage can cause moisture problems because the conditioned air is not exiting the ducts or returning at the intended sites. Most of the duct leakage in this building is leaking into the conditioned area, but the leaking air is also entering the ceiling cavity, increasing the relative humidity of the attic assembly and possibly creating condensation.

The cooling system is inadequately sealed. Leaking conditioned air is not only wasted energy and money; it also creates conditions conducive to high dust and humidity and moisture issues within the building and its assemblies. When cool, conditioned air mixes with warm, humid air it raises the humidity level and could create condensation on cold surfaces.

Forced-air heating and cooling systems should be balanced — the amount of air delivered through the supply ducts should be equal to that drawn through the return ducts. If the two volumes of air are unequal, pressure imbalances occur. Air leakage throws a system out of balance because the flow of air is uncontrolled.

If supply ducts in unconditioned areas have more leaks than return ducts:

- Heated and cooled air will escape to the outside, increasing energy costs.
- Less air volume will be "supplied" to the house, so the pressure inside the house may become negative, thus increasing air infiltration. The negative pressure can actually back draft flues — pull exhaust gases back into the home from water heaters and other combustion appliances.

CAST002468

If return ducts in unconditioned spaces leak:

- The home can become pressurized, thus increasing air leakage out of the envelope.
- Hot, humid air is pulled into the ducts in systems in summer; cold air is drawn into the ducts in winter.

**Air Leaks in Supply Ducts**     **Air Leaks in Return System**     **Return Blocked by Door**

  

In this building, the problem with the ducts leaking is that the supply side of the system is leaking more than the return side. This creates a slightly negative pressure in the living area, but can generate contamination within the living space. The contamination comes from the dust, humidity, and other contaminants entering the living space. These contaminants are then pulled into the return and dispersed throughout the building using the supply ductwork. This is very bad for indoor air quality and moisture control.

### Lack of Bathroom Ventilation Provided

There is no exhaust fan in this THU to dispose of the moisture created in the bathroom area. This creates problems with moisture and indoor air quality, as well as comfort.  According to the IRC 2000 building code (see chart below), there should be bathroom ventilation to address the moisture problems in a bathroom. The reason that this causes an indoor air quality problem is because the moisture is created by

**TABLE 403.3—continued**
**REQUIRED OUTDOOR VENTILATION AIR**

| OCCUPANCY CLASSIFICATION | ESTIMATED MAXIMUM OCCUPANT LOAD, PERSONS PER 1,000 SQUARE FEET[a] | OUTDOOR AIR [cubic feet per minute (cfm) per person] UNLESS NOTED[e] |
|---|---|---|
| **Private dwellings, single and multiple** | | |
| Living areas[c] | Based upon number of bedrooms. First bedroom: 2; each additional bedroom: 1 | 0.35 air changes per hour[k] or 15 cfm per person, whichever is greater |
| Kitchens[g] | — | 100 cfm intermittent or 25 cfm continuous |
| Toilet rooms and bathrooms[g] | — | Mechanical exhaust capacity of 50 cfm intermittent or 20 cfm continuous |
| Garages, common for each dwelling | — | 100 cfm per car |
| Garages, common for multiple units[b] | — | 1.5 cfm/ft[2] |

© LaGrange Consulting 2010
Page 39 of 62

CAST002469

the occupant taking a shower. It is not removed by any exhaust fan, so the return air picks up the moist air and blows it through the supply ducts, which we have proven to be leaky. Since the ducts are leaking into the ceiling cavity, the moisture is pumped into that same area. The raw side of the luan board is exposed to the moist air.  This lack of an exhaust vent for the bathroom is not simply a code problem. It is a contamination problem as well.

## IRC 2000 - Chapter 11 "Energy Efficiency" - Code Violations

As presented at the beginning of this Report, this building became a dwelling unit for Hurricane Katrina victims and is thus subject to FEMA's procurement document and the International Residential Code of 2000 and the New Orleans Building Code 2003. Chapter 11 of the residential code covers the energy efficiency requirements of residential structures, i.e. "dwelling units".

There were at least five different code violations from chapter 11 found in the inspection of this building.

1. N1101.3 says that energy efficient features such as insulation, ductwork materials, etc. must be labeled so that inspectors can verify their ratings.  The ductwork did not have labels stating their R-values or UL ratings (as previously discussed).

2. N1102.1.1, N1102.1.2, and N1102.1.4 give the minimum R-values for the exterior wall, ceiling, and floor insulations in a dwelling.  In New Orleans where this THU was located, the minimum R-value requirements are as follows:

   Walls: R-11
   Ceilings: R-19
   Floors: R-11

   Even though the wall insulation was not inspected, it is safe to assume that the walls did not have R-11 insulation installed in them because they are only 1.5" thick and R-11 fiberglass batt insulation has an R-value of R-3.1 per inch. All of the installed R-values for the building's walls, ceiling, and floors are lower than the minimum required R-values of the code. Based on previous inspections of similar buildings, the R-value for the ceiling is estimated as 9.125 and the R-value for the floor is also estimated as 9.125. There is no other data provided that stated otherwise. If these R-values are incorrect, we will modify this Report based on proper data.

3. N1102.1.10 says that "All joints, seams, penetrations; site built windows, doors, and skylights; openings between window and door assemblies and their respective jambs and framing; and other sources of air leakage (infiltration and exfiltration) through the building thermal envelope shall be caulked, gasketed, weatherstripped, wrapped, or otherwise sealed to limit uncontrolled air movement."

CAST002470

The above listed items in this building were not well sealed. The air leakage was shown in the pictures and videos and is discussed previously in this Report.



**Figure N1102.1.10**
**TYPICAL SOURCES OF AIR LEAKAGE IN THE HOME**

4.  N1103.3 states that the air conditioning ductwork must be insulated with at least R-5 insulation if the ductwork is located in unconditioned space (such as in this building). The ductwork in this building had less than R-1 on the cooling ductwork. The ceiling fiberglass insulation cannot be counted towards the required R-value.

5.  N1103.4 says that all ducts must be sealed in accordance with the mechanical code portion of the building code (M1601.3.1) because, the return side of the system can pull in harmful contaminants into the duct system and then into the home. This portion of the code was violated on many levels and this was discussed in detail in prior sections of this Report about duct leakage.

Joints of duct systems shall be made substantially airtight by means of tapes, mastics, gasketing or other approved closure systems. Closure systems used with rigid fibrous glass ducts shall comply with UL 181A and shall be marked "181A-P" for pressure-sensitive tape, "181A-M" for mastic or "181A-H" for heat-sensitive tape.

A "label" is defined by the IRC 2000 (R202) as, "An identification applied on a product by the manufacturer which contains the name of the manufacturer, the function and performance characteristics of the product or material, and the name and identification of an approved agency and that indicates that the representative sample of the product or material has been tested and evaluated by an approved agency. A label identifies a product or material and provides other information that can be investigated if there is question as to the suitability of the product or material for a specific installation. The applicable reference standard often states

CAST002471

the minimum identifying information required on a label. The information on a label as mandated by the code includes the name of the manufacturer, the product's function or performance characteristics, the name and identification of the approved labeling agency and the approval of the testing agency. The product name, serial number, installation specifications or applicable tests and standards might be additional information that is provided."

M1601.3.1 (Ductwork joints and seams) describes how heating and cooling ductwork sealant materials must be labeled so that inspectors can ensure the A/C system has the proper materials included in its make-up.

Joints of duct systems shall be made substantially airtight by means of tapes, mastics, gasketing or other approved closure systems. Closure systems used with rigid fibrous glass ducts shall comply with UL 181A and shall be marked "181A-P" for pressure-sensitive tape, "181A-M" for mastic or "181A-H" for heat-sensitive tape. Closure systems used with flexible air ducts and flexible air connectors shall comply with UL 181B and shall be marked "181B-FX" for pressure-sensitive tape or "181B-M" for mastic.

The list of materials used in this building (provided by Recreation by Design) do not list any UL rated products used in the building.


# Discussion of Findings

Prior to this section of the Report, the observable facts were simply reported. In this section of the Report, conclusions will be drawn based on building science and the facts collected at the testing site. This building became a semi-permanent residence. Based on the findings in this Report, during the time the THU was inhabited, the temperature and relative humidity levels were probably high. More probable than not, the air contained VOCs (including formaldehyde) from off-gassing of construction products. It was probable that the air contained high humidity and that mold growth may have occurred as a result of the high relative humidity. Based on the return air duct leakage and high humidity levels, the air likely contained such pollutants as dust mites and mold spores and other allergens because of the air leaks coming across the thermal envelope.

The causes for the poor indoor air quality and presence of these contaminants are interactive in nature. First, the cooling system provided no fresh air to dilute the pollutants in the building. Secondly, the building was not air sealed well, so infiltration allowed humidity and dust and other impurities into the building regularly, especially when the cooling system was running. Thirdly, the installation of the insulation is quite inadequate (as seen with the thermal images), making the wall and floor assemblies conducive to poor performance, which only increases the poor performance. The vinyl covering on the wall & ceiling panels in the hot humid South can led towards increased condensation and moisture build-up within the concealed cavities.

CAST002472

Below is a detailed explanation of how these three phenomena worked together to create the performance and quality problems in this building and why this could have been prevented if the building codes and standards had been followed.

### How Insulation Installation and Air Infiltration Affected the "Big Picture"

Infiltration has played a large part in the inefficiency and poor performance of this building. However, it is not alone. The **installation** of the insulation in this building is poor and the installation is exacerbating the infiltration problems. There are gaps and voids and possibly compressed insulation throughout the building. These reductions in R-value are increasing the thermal drive described in the 2nd Law of Thermodynamics.

The U.S Department of Energy (DOE) published a technical fact sheet explaining how important air sealing and proper installation of fiberglass insulation is when installing wall insulation (See Appendix H). The technical bulletin states:

> A I R S E A L I N G
> Air sealing reduces heat flow from air movement (convection) and prevents water vapor in the air from entering the wall. In a 100-squarefoot wall, one cup of water can diffuse through drywall without a vapor barrier in a year, but 50 cups can enter through a ½-inch, round hole. In fact, sealing air leaks is 10 to 100 times as important as installing a vapor barrier.
>
> MOISTURE CONTROL
> Air sealing and moisture control make insulation more effective. It is a myth that installing vapor barriers is the most important step for controlling moisture in walls. Vapor barriers only retard moisture due to diffusion, while most moisture enters walls either through fluid capillary action or as water vapor through air leaks.

The DOE Technology fact sheet also says that when insulating, installers should, "maximize insulation coverage and reduce thermal bridging, no gaps or compressed insulation (Wall Insulation, pg 4)"

These same recommendations led the EPA in developing a checklist on how to properly install insulation for it to be fully effective.  EPA's Thermal Bypass Checklist offers a very simple explanation of how insulation should be installed, "In order for insulation to be an effective thermal barrier, it should be installed without any gaps, voids, compression, or wind intrusion. Gaps and voids allow air to flow through the insulation, decreasing its effectiveness (Figure 5.0, [below]). Compression reduces the effective R-value of the insulation. The following images depict misalignment between the air barrier and insulation that undermine the performance of the thermal enclosure." (TBC, pg 8).

CAST002473

**Figure 4.0 -Gaps (left) and voids (right) allow air to flow through insulation.**



When insulation is compressed or missing altogether, the differences in temperature create condensation easily on cool surfaces, especially when moist air infiltration is involved.

This building was used as a residence in southeast Louisiana where the average outdoor relative humidity in the summer is 75% and the dew point is 69 degrees, so the typical outdoor humidity levels are fairly high and the summer temperatures are very hot. Because the environment inside the building is cooler and dryer than the air outside the building on most days, the 2nd Law of Thermodynamics comes into play. As stated previously in this Report, this Law says that hot air always moves toward cooler air and moist air always moves towards dryer air.  A vapor drive is taking place wherein the humidity from outside is driving into the wall because of the vast difference in temperature and humidity between inside and outside.

When the hot humid Louisiana air infiltrates the building's walls, roof, or subfloor, it immediately comes in contact with much cooler air because the air conditioner is running. Usually, at that point, relative humidity increases and condensation occurs because that cooler air on the inside of the building cannot hold as much moisture as the hot air outside, so it must condense on whatever cool surface is nearby.  If that surface is made of a wood product, the perfect recipe for mold is created: food (wood products) and moisture.

Pictures and video links showing obvious sources of air infiltration in this building are included throughout this Report. When the building developed a negative pressure, it pulled in outside air, decreasing the indoor air quality. (See thermal image scans, photos and videos in the Report prior to this section for visual demonstration of this phenomenon).

CAST002474



Numerous studies done by ASHRAE and other indoor air quality experts, suggest an optimum relative humidity (Rh) range of 45 to 55%. Too much or too little moisture can cause a variety of health threats and illnesses.

*Optimum Relative Humidity Ranges for Healthier Indoor Air*
http://www.gasairconditioning.org/relative_humidity_chart.htm

### VOCs (Volatile Organic Compounds)

The Environmental Protection Agency (EPA) defines VOCs in the following excerpt.

> Volatile organic compounds (VOCs) are emitted as gases from certain solids or liquids. VOCs include a variety of chemicals, some of which may have short- and long-term adverse health effects. Concentrations of many VOCs are consistently higher indoors (up to ten times higher) than outdoors. VOCs are emitted by a wide array of products numbering in the thousands. Examples include: paints and lacquers, paint strippers, cleaning supplies, pesticides, building materials and furnishings, office equipment such as copiers and printers, correction fluids and carbonless copy paper, graphics and craft materials including glues and adhesives, permanent markers, and photographic solutions.

> Organic chemicals are widely used as ingredients in household products. Paints, varnishes, and wax all contain organic solvents, as do many cleaning, disinfecting, cosmetic, degreasing, and hobby products. Fuels are made up of organic chemicals.

CAST002475

All of these products can release organic compounds while you are using them, and, to some degree, when they are stored. EPA's Total Exposure Assessment Methodology (TEAM) studies found levels of about a dozen common organic pollutants to be 2 to 5 times higher inside homes than outside, regardless of whether the homes were located in rural or highly industrial areas. Additional TEAM studies indicate that while people are using products containing organic chemicals, they can expose themselves and others to very high pollutant levels, and elevated concentrations can persist in the air long after the activity is completed. (*An Introduction to Indoor Air Quality*).

In the EPA's *Indoor Air Facts No. 4 (revised)*, the EPA recommends increasing ventilation in a building to mitigate the effects of VOCs and dilute the air within the building. The American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) standard 62.2 recommends mechanical ventilation in *all* low rise residential buildings equaling 7.5 CFM per person plus 1 CFM per 100 square feet of floor area (the old standard simply states 15 CFM per occupant). However, it also recommends that this not be supplied by air infiltration, but by mechanical means to prevent contaminants from being pulled into the residence and to prevent the walls from rotting from moisture being brought in with the air infiltration. This standard was developed to prevent pollution of indoor air in residences. Those pollutants originate from VOCs off gassed from building materials, moisture, dust mites and other contaminants brought into the home from outside through cracks in the thermal envelope.  The air in a building should be properly diluted with clean air brought in mechanically, cleaned and dehumidified, then pumped into the living space, creating a slightly positive pressure within the residence. That positive pressure then eliminates the driving force for air infiltration.

ASHRAE 62.2 defines acceptable indoor air quality as, "air in which there are no known contaminants at harmful concentrations as determined by cognizant authorities and with which a substantial majority (80% or more) of the people exposed do not express dissatisfaction."(Dougan & Damiano, pg 1). The air inside this THU was not acceptable because of the lack of ventilation within.

**This building is allowing moisture and contaminants to enter the living space in an uncontrolled manner.** The proof of this is in the blower door test and in the video of the kitchen vinyl floor puffing up from the air infiltration.  There is no fresh air provided to this THU. Therefore, the air exchange is occurring around cracks, holes and openings in the thermal envelope.

As discussed previously, infiltration can cause many problems in a building that is not properly air sealed, especially one that is fitted with air conditioning that uses ductwork to distribute the air.  Air infiltration brings in heat from outside, humidity from outside, contaminants from inside walls, crawlspaces, and outdoors.  These contaminants collect around the areas of infiltration and cause moisture problems. Obviously, this can lead to very poor indoor air quality.

# Conclusion

The manner in which the building was specified by FEMA to be used as temporary housing in the Gulf South hot and humid climate was not followed by the manufacturer and violated several building codes. It is my professional opinion that if the followings items were correctly designed and executed then the failures in this building would not have occurred as it relates to the topics covered in this Report.

CAST002476

Constructing a THU with good indoor air quality and properly functioning A/C and ventilation system could have easily been achieved had the manufacturers followed the minimum building codes in force at the time of manufacturing as well as the instruction manual for the A/C system. Had they air sealed the thermal envelope of the building properly and insulated the walls, attic, and floor properly, there would have been no path for air to be pulled through the thermal envelope and little cause for high relative humidity and/or condensation in the walls and ceiling assemblies. Had the duct system been well insulated and well sealed, there would be no path for contaminants to enter the system and be distributed throughout the building. Correctly installed insulation also would have helped to prevent moisture problems. If fresh air had been used to mechanically ventilate the building, the toxins present in the building materials would have been diluted and the air would have been healthier to breathe. All of these items are very simple and can be accomplished by someone with a very basic knowledge of construction and building science.

The follow lists outline exactly what problems existed in this building:

1. This building was ordered by FEMA and was required to be built to their temporary housing standards. The International Residential Code (IRC) 2000 and the New Orleans 2003 Building Code were the building codes at the time that governed how housing was to be constructed. The THU was not constructed to meet code requirements. This Report describes how the manufacturer did not follow the building code as it relates to insulation, air leaks, air conditioning, and duct work while the buildings were being constructed.
2. The cooling system and duct work was poorly designed and installed.
   a. There was no filtered fresh air brought in to dilute the pollutants in the air from off-gassing and human occupancy.
   b. The ductwork for the cooling system was poorly installed and designed as fully described in the Report.
      i. The supply ducts leaked causing differential pressures between the attic and living space.
      ii. The return side of the unit leaked causing return air to pull in contaminants from the attic and walls.
      iii. The differential pressures created by the duct leakages elevate moisture level within the attic and wall cavities
3. Air sealing was inadequate
   a. Building codes (New Orleans 2003 Building Code and the International Residential Code 2000 [IRC 2000]) require air sealing for all housing units
   b. Pipes, wires, wall outlets and other openings/penetrations in the thermal envelope were not properly air sealed to prevent air leakage.
   c. Air leakage causes poor indoor air quality and increases relative humidity because contaminants are pulled into the THU caused by the cooling system duct leakage through leaks in the windows, doors, and other wall and ceiling openings/penetrations into the attic and into the return air of the air conditioner.

CAST002477

    d.  Because this building was located in the Gulf South hot humid climate, the *vapor drive* was very strong from outside to inside the building and air & vapor could enter the building through air passage ways.  The vinyl covering on the wall & ceiling panels in the hot humid South can led towards increased condensation and moisture build-up within the concealed cavities. See page 15 for a textual and graphical explanation of the vapor drive.

    e.  The air infiltration through the insulation reduced the insulation's ability to protect the building from heat and cold

4. Based on the infrared scans, the floor, wall, and ceiling insulation were inadequate and poorly installed.

CAST002478

# WORKS CITED

*An Introduction to Indoor Air Quality*. U.S. Environmental Protection Agency, 26 Jan. 2009. Web. 08 Sept.
    2009. <http://www.epa.gov/iaq/voc.html>.

Building, Southern. *International Residential Code for One- And Two-Family Dwellings Commentary*.
    Grand Rapids: Kaplan, 2003. Print.

Dougan, David S., and Leonard A. Damiano. "ASHRAE STANDARD 62 Ventilation for Acceptable Indoor
    Air Quality Analysis and Recommendations." Rev. of *ASHRAE STandard 62.2*. EBTRON, Inc., 5
    Dec. 2002. Web. 7 Sept. 2009. <http://www.technicalair.com/newsletters/Newsletter%201-7-
    03%20ASHRAE62_Summary_120502.pdf>.

"Ductwork Questions and Answers." Southface. Southface. 22 Oct. 2008
<http://www.southface.org/web/resourcesandservices/publications/factsheets/2duct_qanda.pdf>.

EnergyGauge. EnergyGauge - Energy and Economic Analysis Software. 30 June 2009
    <http://www.energygauge.com/>.

*Energy Star Qualfied Homes Thermal Bypass Checklist Guide*. Environmental Protection Agency, 2008.
    Web. 4 Sept. 2009. <http://www.energystar.gov/ia/partners/bldrs_lenders_raters/downloads
    /TBC_Guide_062507.pdf>.

Krigger, John T., and Chris Dorsi. Residential Energy Cost Savings and Comfort for Existing Buildings. 4th
    ed. New York: Saturn Resource Management, 2004.

Lewis, Harriman G., and Joseph W. Lstiburek. *The ASHRAE Guide for Buildings in Hot Humid Climates*.
    2nd ed. Atlanta: ASHRAE, 2009. Print.

Lstiburek, Joseph. Builder's Guide to Hot-Humid Climates. 2nd ed. Canada: Building Science Press, 2005.

Minneapolis Blower Door Operations Manual. Minneapolis: The Energy Conservatory, 2007.

*New Orleans Amendments to the International Bldg. Code, 2000 Ed.* New Orleans, 2003. Print.

*Optimum Relative Humidity Ranges for Healthier Indoor Air*. Energy Solutions Center. Web. 22 Sept.
    2009. <http://www.gasairconditioning.org/relative_humidity_chart.htm>.

*PROCEDURES FOR HVAC SYSTEM INSTALLATION*. Sacramento: Building Industry Institute,
    2006. Print.

CAST002479

Tiller, Jeffrey S. Builder's Guide to Energy Efficient Homes in Louisiana. Baton Rouge: Louisiana
       Department of Natural Resources, 2002.

USA. Environmental Protection Agency. Research and Development. *Indoor Air Facts No. 4 (revised) Sick
       Building Syndrome*. EPA, Feb. 1991. Web. 8 Sept. 2009.
       <http://www.epa.gov/iaq/pubs/sbs.html>.

CAST002480

# APPENDIX A

## Specifics of Diagnostic Testing Results

Differential Pressure Results

When the A/C is running, the living space develops a negative pressure. The ceiling cavity develops a positive pressure because the supply leaks are greater than the return leaks. The ceiling cavity was negative with respect to outside when the blower door was running, showing that it was communicating with the living space below, i.e. it was unsealed.

Measurement Data & Blower Door Test Results

**Based on ASTM E 1827**

The area and cubic volume measurements used for the calculations are found in Figure 1.0 below.

### Figure 1.0

| Description of Measurement | Measurement |
|---|---|
| Conditioned Floor Area | $265.9\ ft^2$ |
| Surface Area of Building Envelope | $1157.5 ft^2$ |
| Volume of Conditioned Space | $1853.4\ ft^3$ |

There was 1.0 PA pressure difference between indoor and outdoor, no forced air systems were running and there 2.5 to 3 mph easterly wind blowing at the time of testing. The information below shows the air leakage results.

**Test Results**
1. Airflow at 50 Pascals: 298 CFM ( +/- 0.4 %) (50 Pa = 0.2 w.c.)
         9.63 ACH
         1.12 CFM per ft2 floor area
2. Leakage Areas: 28.9 in2 ( +/- 2.3 %)
         Canadian EqLA @ 10 Pa
         14.8 in2 ( +/- 3.5 %) LBL ELA @ 4 Pa
3. Minneapolis Leakage Ratio: 0.26 CFM50 per ft2 surface area
4. Test Settings: Test Standard: = CGSB

© LaGrange Consulting 2010

**CAST002481**

Test Mode: = Depressurization
Equipment = Model 3 Minneapolis Blower Door

**Infiltration Estimates**
1. Estimated Average Annual Infiltration Rate:
   8.5 CFM
   0.28 ACH
   4.3 CFM per person
2. Estimated Design Infiltration Rate:
   Winter: 17.3 CFM     0.56 ACH
   Summer: 11.3 CFM   0.37 ACH
3. Recommended Whole Building Mechanical 16.1 CFM
Ventilation Rate: (based on ASHRAE 62.2)


**Testing Conditions**

According to ASTM E 1827 definition, the testing site was closed. This standard testing procedure requires testing individuals to "Close all operable openings and seal other intentional openings to evaluate envelope air tightness without including intentional openings." The test zone was interconnected with a door sized opening per the ASTM 1827 standard.  The condition of all the building elements is described in Table 1.


TABLE 1 Recommended Test Envelope Conditions

| Building Component | Envelope Conditions Closed | Current Testing Situation |
|---|---|---|
| Vented combustion appliance | Off | N/A |
| Pilot light | As found | off |
| Flue to nonwood combustion appliance | No preparation | N/A |
| Flues for fireplaces and wood stoves with dampers | Closed | N/A |
| Flues for fireplaces and wood stoves without dampers | Ashes removed | N/A |
| Fireplace and wood stove doors and air inlet dampers | Closed | N/A |
| Fireplace without firebox doors | No preparation | N/A |
| Furnace room door for furnace outside test zone | Closed | N/A |
| Combustion air intake damper for wood stove or fireplace | Closed | N/A |
| Make up air intake damper for furnace inside test zone | Closed | N/A |
| Make up air intake for furnace inside test zone without damper | No preparation | N/A |
| Exhaust and supply fans | Off | Off |
| Fan inlet grills with motorized damper | Closed | N/A |
| Fan inlet grills without motorized damper | No preparation | No preparation |
| Ventilators designed for continuous use | Sealed | N/A |
| Supply and exhaust ventilator dampers | Held closed | N/A |
| Clothes dryer | Off | N/A |

© LaGrange Consulting 2010
Page 52 of 62

| Clothes dryer vent | No preparation | N/A |
|---|---|---|
| Ventilation to other zones | Sealed | N/A |
| Windows and exterior doors | Latched | Latched |
| Window air conditioners | No preparation | N/A |
| Openings leading to outside the test zone | Closed | Closed |
| Openings within the test zone | Open | Open |
| Floor drains and plumbing traps | Filled | Filled* |

The shaded items in the table above represent tasks that are not applicable for this project.

*See pictures below of all drains being filled with water.  The drains were actually filled twice as shown in the pictures below.

© LaGrange Consulting 2010

CAST002483









The p-traps in the bathroom sink, toilet, tub and both left and right sides of the kitchen sink were filled with water prior to blower door and duct blaster testing.

CAST002484

 

 



Additional water was poured into the p-traps in the bathroom sink, toilet, tub and both left and right sides of the kitchen sink.

**Duct Leakage Test**

The same THU VIN# 5CZ200R24261125294 was tested for total duct leakage and duct leakage to the outside. The openings in the exterior shell were treated as previously noted in Table 1 above. All windows and doors were intact.

CAST002485

The manometer which measures pressure and airflow, was calibrated on 6-11-09 by The Energy Conservatory. See APPENDIX B for a certificate of calibration.

**Test Results**
The duct leakage test results are found in Figure 4.0

Figure 4.0

| Duct Leakage Results | |
|---|---|
| Cooling Duct Leakage to Outside | 41 CFM -25 PA |
| Cooling Duct Leakage to Inside | 60 CFM -25 PA |
| Cooling Total Duct Leakage | 101 CFM -25PA |

Testing Equipment

The building leakage test performed was a single point blower door test where the building was depressurized. The equipment used to perform the test is listed below:

- Minneapolis Blower Door (Model number: 8151) - manufactured by The Energy Conservatory.
- Manometer (pressure gauge) (Model number: DG-700, Serial Number: 11047-6-700) - manufactured by The Energy Conservatory.

The manometer, which takes all of the measurements, was calibrated on 6-11-09 by The Energy Conservatory. See APPENDIX B for a certificate of calibration.

CAST002486

# APPENDIX B



## The ENERGY CONSERVATORY

DIAGNOSTIC TOOLS TO MEASURE BUILDING PERFORMANCE

### Digital Gauge Calibration Certificate

| | | | |
|---|---|---|---|
| Calibration Facility: | 2801 21st Ave. S., Minneapolis, MN 55407 | Model: | DG700 |
| Calibration Date: | 6/11/09 | Serial #: | 16516-6 |
| Customer #: | MA2146 | Temperature (F): | 77.0 |
| Certificate #: | DG700-16515-5-11-09 | Firmware Version: | 6 |

### Calibration Data

| | | Gauge # 16516-5 | | | Gauge # 16516-5 | |
|---|---|---|---|---|---|---|
| Positive Polarity | Standard | Channel A | % Difference | | Channel B | % Difference |
| | 24.9 Pa | 25.0 Pa | 0.4% | | 24.9 | 0.0% |
| | 39.6 | 39.6 | 0.0% | | 39.6 | 0.0% |
| | 58.5 | 58.5 | 0.0% | | 58.4 | -0.2% |
| | 91.9 | 91.6 | -0.1% | | 91.8 | -0.1% |
| | 127.1 | 127.0 | -0.1% | | 127.0 | -0.1% |
| | 184.0 | 183.9 | -0.1% | | 183.8 | -0.1% |
| | 300.5 | 300.4 | 0.0% | | 300.4 | 0.0% |
| | 504.2 | 504.3 | 0.0% | | 504.4 | 0.0% |
| | 964.2 | 964.6 | 0.0% | | 964.7 | 0.1% |
| | 1234.4 | 1233.9 | 0.0% | | 1233.9 | 0.0% |
| | | **Calibration** | | | **Calibration** | |
| | | 1.001940 | | | 1.062365 | |
| | | 3.670E-06 | | | 3.831E-06 | |
| | | -1.275E-09 | | | -1.561E-09 | |
| Negative Polarity | -24.9 Pa | -25.0 Pa | 0.4% | | -25.0 | 0.4% |
| | -39.7 | -39.7 | 0.0% | | -39.7 | 0.0% |
| | -58.6 | -58.6 | 0.0% | | -58.5 | -0.2% |
| | -92.0 | -91.9 | -0.1% | | -91.6 | -0.2% |
| | -127.3 | -127.1 | -0.2% | | -127.1 | -0.2% |
| | -184.2 | -184.1 | -0.1% | | -184.0 | -0.1% |
| | -300.7 | -300.7 | 0.0% | | -300.5 | 0.0% |
| | -504.4 | -504.7 | 0.1% | | -504.8 | 0.1% |
| | -964.6 | -965.0 | 0.0% | | -965.3 | 0.1% |
| | -1234.7 | -1234.0 | -0.1% | | -1233.9 | -0.1% |
| | | **Calibration** | | | **Calibration** | |
| | | 1.002055 | | | 1.061673 | |
| | | -1.395E-05 | | | -1.946E-05 | |
| | | -2.171E-09 | | | -5.069E-09 | |

1.  The published accuracy specifications for the DG700 gauge is +/- 1.0% of reading, or .15 Pa (whichever is greater). The calibration interval for this gauge is 12 months. This calibration is NIST traceable.

2.  The manufacturer's reference for the purpose of accuracy assurance is a Mensor Series 6100 Digital Pressure Transducer
    S/N:     600145       Calibration Date:     5/15/2008

CAST002487

# APPENDIX C

## Equations Used in Report

**ACH50  (Air Changes per Hour at -50 Pascals)**

$$ACH_{50} = \frac{CFM_{50} \times 60\ minutes}{volume}$$

**NACH  (Air Changes per Hour in a Natural State)**

C = Climate factor = 40

$$NACH = \left(\frac{ACH_{50}}{C}\right)$$

**EqLA (Equivalent Leakage Area)**

$$EqLA = CFM_{50}\ x\ 0.103$$

**ELA (Effective Leakage Area)**

$$ELA = CFM_{50}\ x\ 0.055$$

CAST002488

# APPENDIX D

### Glossary of terms used in this Report

Air handler – the indoor mechanical part of the air conditioning/heating system.  The air handler is usually contained inside a large metal box (cabinet).

Air current testing – smoke from a small canister is used to find supply and return air leaks.  Supply air leaks blow the smoke stream away from the source.  Return air leaks draw the smoke into the leak.

Air intrusion (infiltration) -  outside air that enters a house through cracks and openings.

Air Sealed  - completely closed off to prevent air entering or leaving the system.

ASHRAE – (American Society of Heating, Refrigerating and Air Conditioning Engineers)- an international technical society for all individuals and organizations interested in heating, ventilation, air-conditioning, and refrigeration. ASHRAE publishes a well recognized series of standards and guidelines relating to HVAC systems and issues. These standards are often referenced in building codes, and are considered useful standards for use by consulting engineers, mechanical contractors, architects, and government agencies.

Attic – space between the roof and the ceiling that may or may not be accessible and may contain ductwork, plumbing pipes, and electrical wiring. Per the International Residential Code (2000), "The unfinished space between the ceiling joists of the top story and the roof rafters."

Blower door test – equipment used to measure air leakage into a building.  A sealed curtain and air fan are installed in an exterior doorway of the building.  The fan draws air out of the house in a controlled, measurable way.  Gauges and flow meters provide information that is used to calculate the amount and flow rate of outdoor air entering the building.

Bottom plate – horizontal board at the bottom of a wall frame.

Building –(According to International Residential Code 2000) "Building shall mean any one- and two-family dwelling or portion thereof, including townhouses, that is used, or designed or intended to be used for human habitation, for living, sleeping, cooking or eating purposes, or any combination thereof, and shall include accessory structures thereto. A building according to the IRC may be a single-family dwelling, a two-family dwelling, a townhouse or an accessory structure to such buildings. The use of a building, excluding an accessory structure, is human habitation, which specifically includes living, sleeping, cooking or eating.

Building thermal envelope – all parts of a building that separate "indoors" from "outdoors".  This includes walls, windows, doors, floors and ceilings.  If an attic is open to outdoor air (vented), then it is NOT part of the building envelope. Per the IRC 2000, "The building thermal envelope includes the roof/ceiling assembly, wall assemblies and floor assemblies that surround a conditioned area"

CAST002489

BTU – (British Thermal Unit) – unit of energy - One btu will heat a pound of water about one degree farenheit in one hour.

BTUH – BTU used per hour

Condensation –air moisture that changes from a vapor to a liquid state.  Condensation occurs when hot, humid air is cooled down quickly, as when a cold can of soda is taken out of the refrigerator. Condensation forms on the surface of the can because the air and the vapor it contains have become much colder right around the can.

Conduction - the transfer of heat from one object touching another. For example, conduction occurs when you touch your hand to the hot stove and burn yourself. The heat is transferred from the stove to your hand through the two objects touching.

Convection - the movement of heat through air because of the fact that hot air rises.

Dew point – the temperature at which condensation forms.  Dew point changes depending on air temperature and the amount of moisture in the air.

Duct blaster (duct leakage) test – equipment used to measure air leakage in heating/air conditioning ducts.

Duct collars  - metal tubes that connect ductwork to other equipment such as plenums or boots.  Duct collars are a large source of air leakage into and out of the heating/air conditioning system if not properly air sealed.

Ductwork – flexible or rigid piping that channels air into and out of heating/air conditioning equipment. Elements of a typical flexible duct are shown below.

Duct System (per IRC 2000)- "A continuous passageway for the transmission of air which, in addition to ducts, includes duct fittings, dampers, plenums, fans and accessory air-handling equipment and appliances. Duct systems are part of an air distribution system and include supply, return and relief/exhaust air systems."

Dwelling (per IRC 2000) - Any building that contains one or two dwelling units used, intended, or designed to be built, used, rented, leased, let or hired out to be occupied, or that are occupied for living purposes. A dwelling is a building that contains either one or two dwelling units. The purpose of a dwelling is occupation for living purposes, regardless of the manner of ownership. Single-family houses and duplexes fall under the definition of dwelling. See also "Dwelling Unit."

Dwelling Unit (per IRC 2000) - A single unit providing complete independent living facilities for one or more persons, including permanent provisions for living, sleeping, eating, cooking and sanitation. The specific purpose of a dwelling unit is to provide the essential amenities necessary for complete and independent facilities.

CAST002490

Energy Star Home – House designated by the US Environmental Protection Agency as being built to a high standard of energy efficiency and verified as being built so by a third party verifier.

Fenestration – any part of a building's envelope that can be opened or closed such as a door, window or attic access.

Flashing – water-repellent materials installed around windows and doors that keep water out of the wall assembly.

House wrap – material installed over the plywood sheathing of a building that repels water and moisture.

HVAC (Heating, Ventilating & Air Conditioning) System – mechanical equipment (indoor and outdoor), ductwork, plenums and return air chases that work together to heat/cool, remove humidity and circulate air throughout a building.

Indoor air quality – the amount of various indoor pollutants (dust, smoke, pollen, mold, chemicals, etc.) contained in an indoor space

Infiltration (air intrusion) -  outside air that enters a house uncontrollably through cracks and openings

Infrared thermal imaging scans – images that show the temperatures of objects and surfaces.

IRC 2000 -International Residential Code 2000 - The International Residential Code (IRC)2000 is a comprehensive, stand-alone residential code developed in 2000 that creates minimum regulations for one- and two-family dwellings of three stories or less. It brings together all building, plumbing, mechanical, fuel gas, energy and electrical provisions for one- and two-family residences. The IRC also provides a prescriptive approach (i.e., a set of measures) and a performance approach (i.e., energy modeling) for determining compliance.

Label (per IRC 2000) - An identification applied on a product by the manufacturer which contains the name of the manufacturer, the function and performance characteristics of the product or material, and the name and identification of an approved agency and that indicates that the representative sample of the product or material has been tested and evaluated by an approved agency. A label identifies a product or material and provides other information that can be investigated if there is question as to the suitability of the product or material for a specific installation. The applicable reference standard often states the minimum identifying information required on a label. The information on a label as mandated by the code includes the name of the manufacturer, the product's function or performance characteristics, the name and identification of the approved labeling agency and the approval of the testing agency. The product name, serial number, installation specifications or applicable tests and standards might be additional information that is provided.

Manual J-load - (A.K.A "Heating/Cooling load calculation") determines the amount of conditioned air needed in each room of a building to overcome the heat/cold and humidity load in that room. It takes into account insulation values, types of windows, heat-producing equipment and infiltration rates,

CAST002491

among other factors. *The Air Conditioning Contractors of America (ACCA)* has chosen the Manual J-load as its standard for properly sizing air conditioning and heating systems.

Negative pressure – pressure created by drawing air out of an enclosed space.

Pascals – unit of measurement for pressure similar to pounds per square inch, but on a much smaller scale.

Positive pressure -  pressure created by blowing air into an enclosed space.

R-value – measured ability of a material to block thermal transfer (insulate)

Radiation - energy radiated by objects, liquids, and gasses in the form of waves or rays. An example is feeling warm sun rays on one's face.

Return Plenum – Place in the HVAC system where the air from the house is pulled back into the air conditioner to be reconditioned.

Relative humidity – amount of moisture in the air compared to the maximum amount of moisture the air could hold at that temperature.

Thermal envelope – see Building Envelope

THU – Temporary Housing Unit

Top plate -  horizontal board at the bottom of a wall frame

Underwriters Laboratories (UL) - is an independent product safety certification organization Based in Northbrook, Illinois. UL develops standards and test procedures for products, materials, components, assemblies, tools and equipment, chiefly dealing with product safety. Products tested by UL are labeled as "UL Rated."

U-value – measured ability of a material to transfer heat energy – the inverse of R-value

Vapor drive – The movement of energy from a wet environment to a dryer environment.

Ventilation -  fresh outdoor air that enters a house in a controlled manner through the air conditioning or other mechanical systems. (Per IRC 2000) "The natural or mechanical process of supplying conditioned or unconditioned air to, or removing such air from, any space. Ventilation can be used for comfort cooling, the control of air contaminants, equipment cooling and replenishing oxygen levels."

Volatile Organic Compounds (VOCs) - organic chemical compounds that have high enough vapor pressures under normal conditions to significantly vaporize and enter the atmosphere.  They may be harmful or toxic to human health.

CAST002492