# Transcript of the Testimony of
# Alexis Mallet, Jr.

**Date taken: March 2, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT C

Case 2:07-md-01873-KDE-MBN   Document 13313-5   Filed 04/16/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                Alexis Mallet, Jr.

Page 199

1  I work with on metallurgy or soil or areas
2  of that nature.
3  EXAMINATION BY MR. MULCAHY:
4       Q.   Sure.  Are you aware that
5  Mr. Ritter ran the air conditioner and the
6  fan as part of his examination of the
7  air-conditioning system?
8       A.   I don't remember.  I wasn't there
9  that day.  I mean, I don't remember if I was
10 told that.
11      Q.   Do you have any readings in your
12 report regarding temperature and humidity
13 levels in the Castanel unit while you were
14 performing your inspection?
15      A.   Do I have them in my report?
16      Q.   Correct.
17      A.   No.  When we were doing those
18 tests, Mr. LaGrange took the temperature and
19 relative humidity readings and I think
20 Mr. Ritter -- Scott Daly with Mr. Ritter's
21 company took the temperature and relative
22 humidity readings with data loggers.
23      Q.   But you didn't personally think it
24 was necessary to put those results in your
25 report, correct?