UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** * | **MDL NO. 1873** |
| **FORMALDEHYDE** * | |
| **PRODUCT LIABILITY** * | **SECTION "N-5"** |
| **LITIGATION** * | |
| * | **JUDGE ENGELHARDT** |
| * | |
| **THIS DOCUMENT RELATES TO** * | **MAG. JUDGE CHASEZ** |
| *EARLINE CASTANEL, ET AL* * | |
| *v. RECREATION BY DESIGN, LLC* * | |
| *ET AL*, *DOCKET NO. 09-3251* * | |

**************************************************************************

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Recreation By Design, LLC, through undersigned counsel, will bring its Motion in *Limine* to Exclude the Opinions and Testimony of Paul LaGrange, in the above-captioned matter for hearing before this Honorable Court on the 5th day of May, 2010, at 9:30 a.m. or as soon thereafter as this matter may be heard.

Respectfully submitted,

*/s/Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
909 Poydras Street, Ste. 1800
New Orleans, LA 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for defendant,*
*Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16th, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

*/s/Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436