# Transcript of the Testimony of
# Edwin Peter Ganier

### Date taken: April 1, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT B

```
 1    sinus condition before moving in the
 2    trailer.  Did you notice any change in
 3    Ms. Castanel's sinus condition while she was
 4    living in the trailer?
 5         A    Yes.
 6         Q    And what did you notice?
 7         A    That's when she had what I thought
 8    was asthma.
 9         Q    I'm sorry?
10         A    I thought she was having asthma
11    attacks.
12         Q    And why did you think that?
13         A    Because she never had that before
14    she moved in the trailer.
15         Q    Did you notice anything about
16    Ms. Castanel's sinuses in particular while
17    she lived in the trailer?
18         A    Yes, her sinuses were always
19    stopped up.
20         Q    All right.  Did it seem like to
21    you that her sinuses were stopped up more
22    while living in the trailer than before?
23         A    No.
24         Q    Okay.
25         A    I think it got worse after awhile,
```

Page 43

1   after about -- She had sinuses when we was
2   in the trailer.  When we moved out of the
3   trailer, it progressively got worse.
4        Q    But while living in the trailer,
5   Ms. Castanel's sinuses or sinus condition
6   did not seem any worse to you than it was
7   before she moved in the trailer, correct?
8        A    Correct.
9        Q    All right.  And then at some point
10  after Ms. Castanel moved out of the trailer,
11  that's when you noticed her sinuses got
12  worse?
13       A    Correct.
14       Q    How long was it after Ms. Castanel
15  moved out of the trailer that you noticed
16  her sinuses got worse?
17       A    I couldn't tell.
18       Q    Was it more than a year?
19       A    I don't remember.
20       Q    That's fair.  In the last three
21  months, how is Ms. Castanel doing with her
22  sinuses?
23       A    Horrible.
24       Q    Do you know if she plans on having
25  any type of surgery?