# Transcript of the Testimony of
# Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

**Date taken: January 20, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT C

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 2 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 54

1  from the start of the nasal steroid spray,
2  and then we will repeat the sinus views.
3      Q   And the diagnosis, is it still
4  sinusitis?
5      A   Sinusitis.
6      Q   So throughout the course of your
7  treatment of Ms. Castanel from 2002 to the
8  present, she's had this sinusitis, correct?
9      A   Yes.
10     Q   All right.  During the period in
11 which you treated Ms. Castanel, did you see
12 any changes in her diagnosis after Hurricane
13 Katrina?
14     A   No.
15     Q   Did Ms. Castanel ever tell you
16 that she thought a FEMA trailer in which she
17 was living was causing symptoms?
18     A   No.
19     Q   Did you diagnose any new symptoms
20 or conditions for Ms. Castanel after
21 Hurricane Katrina?
22     A   No.
23     Q   To what do you relate
24 Ms. Castanel's recent, and by "recent," I
25 mean in December of 2009 and January of

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 3 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)     Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 67

```
 1   purulent appearance to it.
 2       Q    And do you know whether
 3   formaldehyde can worsen a rhinitis
 4   condition?
 5       A    I'm not familiar with that.
 6       Q    Now, during the time period in
 7   which Ms. Castanel lived in her trailer,
 8   roughly February, March of 2006 through
 9   July of 2007, assume that's the case, did
10   you ever during that time period diagnose
11   Ms. Castanel with rhinitis?
12       A    No.
13       Q    Did you diagnose her with rhinitis
14   after she had left the trailer after July of
15   '07?
16       A    On September 21st of '09, there's
17   one diagnosis of allergic rhinitis.  That's
18   the only one that I see.
19       MR. GARRISON:
20            What date was that, Doctor?
21       THE WITNESS:
22            July 21st.  We were confused on
23   whether that was a "7" or a "9."  7-21-09.
24   It looks like a "7," but it's actually a
25   "9."
```

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 4 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 75

1    Q    All right.  By you?

2    A    I'm not sure if it was by me or
3   just I dictated this.  I believe this was a
4   dictated message to be given by my nurse to
5   Earline.

6    Q    Okay.  And let's read the
7   office -- Could you read the "office
8   response," please?

9    A    The message was -- We were
10  responding, calling her with her X-ray
11  report, and the "Office Response" was I
12  called to Earline to tell her that her sinus
13  was infected on her right side and that we
14  were starting her on a nasal steroid spray
15  for 30 days, and I'm sure I told her, to
16  tell her to continue her Zyrtec, but it's
17  not on here.  And that she would be coming
18  back to the clinic at the end of the 30 days
19  for re-examination and a re-X-ray.

20   Q    Is there also a notation relative
21  to surgery?

22   A    Yeah, we discussed that there
23  might be the possibility of a sinus surgery,
24  either a clean-out or a sinus scraping.  I
25  mean, an irrigation or a sinus scraping.

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 5 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 79

1    MR. REICH:

2        Objection, no foundation.

3    THE WITNESS:

4        Repeat the question.

5    EXAMINATION BY MR. GARRISON:

6    Q    Would the fact that Ms. Castanel

7    treated with you on nine occasions in 2009

8    for the sinusitis, which was based on a

9    bacterial infection, would those nine

10   treatments or the increase in treatments

11   have a connection to the fact that

12   Ms. Castanel lived in a FEMA trailer from

13   February, 2006 through July of 2007?

14   MR. REICH:

15       The same objection.

16   THE WITNESS:

17       Again, I'm not familiar with the

18   complications of formaldehyde inhalation, so

19   I can't really comment on that.

20   EXAMINATION BY MR. GARRISON:

21   Q    Based on your treatment of

22   Ms. Castanel and the history given by

23   Ms. Castanel, was the sinusitis for which

24   you treated her in 2009 similar to the

25   sinusitis you treated her for from 2002 to

Case 2:07-md-01873-KDE-MBN Document 13314-4 Filed 04/16/10 Page 6 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 80

```
 1     the present?
 2          A    Yes.
 3          Q    You have testified you're not
 4     familiar with the properties of
 5     formaldehyde, but formaldehyde, can it cause
 6     a bacterial infection in a patient?
 7          MR. D'AMICO:
 8               Objection, lack of foundation.
 9          THE WITNESS:
10               I'm not familiar with
11     formaldehyde's problems.
12     EXAMINATION BY MR. GARRISON:
13          Q    Okay.  Let's analyze it or ask
14     about it this way.  Ms. Castanel's treatment
15     with you in 2007, 2008 and 2009 for the
16     sinusitis, that treatment was based on
17     infections from bacterial elements that
18     Ms. Castanel was exposed to, correct?
19          A    Yes.
20          Q    Given your treatment of
21     Ms. Castanel in 2006, 2007, 2008, 2009, did
22     her symptoms appear unusual or different
23     from the ordinary symptoms that people
24     experience with sinusitis?
25          MR. REICH:
```

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 7 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 81

1          Object to form.
2     EXAMINATION BY MR. GARRISON:
3          Q    You can answer.
4          A    No.
5          Q    And isn't it true that
6     Ms. Castanel never once told you that she
7     thought her symptoms were related to living
8     in a FEMA unit after the hurricane?
9          MR. REICH:
10             Objection, leading.
11         THE WITNESS:
12             She didn't tell me.
13    EXAMINATION BY MR. GARRISON:
14         Q    Plaintiffs' counsel asked you
15    about the severity of Ms. Castanel's
16    condition, the sinusitis after the
17    hurricane, and you responded to his question
18    about the frequency of visits.
19             Did the severity, in fact, the
20    severity of Ms. Castanel's condition
21    actually change in terms of her symptoms?
22         A    No.
23         Q    When discussing Ms. Castanel's
24    condition after Hurricane Katrina, you used
25    the term progression of the symptoms and the

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 8 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 86

1   related to the high blood pressure?
2       A    Yes.
3       Q    In fact, was Ms. Castanel treated
4   for sinuses on that date or was it simply
5   referenced in the history?
6       A    Referenced in the history.
7       Q    Now, the surgery that may be
8   recommended to Ms. Castanel, tell us the
9   reason for that procedure.
10      A    Well, to get the fluid out of
11  her -- The fluid that's in her sinus is a
12  thick proteinaceous fluid which needs to be
13  removed to stop the infection if the
14  medication she was given, the steroid spray
15  and the Zyrtec doesn't decongest her nose
16  internally enough to open up the sinus
17  drainage sites and allow it to drain
18  spontaneously.
19      Q    So this procedure is to remove the
20  fluid related to the sinusitis?
21      A    If it's still present.  If the
22  X-ray comes back and she still shows fluid.
23           Now, if the fluid has improved and
24  gone down, then most likely I will continue
25  with a medical therapy.  But if her frontal

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 9 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 88

```
1    EXAMINATION BY MR. GARRISON:
2         Q    And could Ms. Castanel's more
3    frequent visits be related to her increase
4    in age?
5         MR. REICH:
6              Objection, form.
7         THE WITNESS:
8              No.
9    EXAMINATION BY MR. GARRISON:
10        Q    Could her more frequent visits be
11   related to her sinusitis maybe being more
12   active due to exposure to bacteria?
13        MR. REICH:
14             Objection, form.  Objection, lack
15   of foundation.
16        THE WITNESS:
17             I mean, yes.
18   EXAMINATION BY MR. GARRISON:
19        Q    And if Ms. Castanel is treating
20   with you in 2009 for sinusitis, would the
21   bacteria which has caused her sinusitis be
22   bacteria she was exposed to in that year,
23   2009?
24        MR. REICH:
25             Objection, form.  Objection, lack
```

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 10 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 89

1    of foundation.

2         THE WITNESS:

3              There's really no way of telling

4    that.

5    EXAMINATION BY MR. GARRISON:

6         Q    All right.  If Ms. Castanel moved

7    out of her FEMA trailer in July of 2007, her

8    treatment for sinusitis to you would not be

9    related to bacteria to which she was exposed

10   in that FEMA trailer in 2007?

11        MR. REICH:

12             Objection, form.  Objection, lack

13   of foundation.

14        THE WITNESS:

15             You've got to repeat that one.

16   EXAMINATION BY MR. GARRISON:

17        Q    I will be happy to.

18             Ms. Castanel's treatment for you

19   in 2009 for sinusitis related to exposure to

20   bacteria, that wouldn't be related to any

21   exposure to bacteria from a FEMA trailer in

22   which Ms. Castanel lived in 2007?

23        MR. REICH:

24             The same objection.

25        MR. D'AMICO:

Case 2:07-md-01873-KDE-MBN   Document 13314-4   Filed 04/16/10   Page 11 of 11

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 90

1            Object to the form of the
2   question.
3       THE WITNESS:
4            No.
5   EXAMINATION BY MR. GARRISON:
6       Q    That's a correct statement?
7       A    That's a correct statement.
8       Q    Describe for us very briefly what
9   this surgery would entail if Ms. Castanel
10  chooses to have the sinus surgery to relieve
11  the fluid.
12      A    Well, it would have to be done
13  under a general anesthesia.  I would inject
14  some local anesthetic under her right lip to
15  gain some better hemostasis.  It would have
16  some Epinephrine mixed with a local, and
17  then I would tap a trocar into her sinus and
18  pass a four-millimeter straight endoscope
19  into the sinus to take some photos and get
20  some cultures of what's in the sinus.
21           I would then -- Her nose would be
22  sprayed down with some Afrin or something
23  before she went into the operating room.
24           In the operating room, I would put
25  some adrenaline pledgets in her nose to