In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 146

1       A.    It was an observation --

2       Q.    Just an observation?

3       A.    I didn't opine to the cause, just

4    that that is what it was.

5       Q.    Okay.  Even to the extent that you

6    have data on the movement from -- actually,

7    you don't have any data on the movement, but

8    whatever movement you observed, did you

9    separately determine whether that movement

10   that you observed from the jacking actually

11   caused damage to the trailer?

12       MR. PINEDO:

13            Objection, form.

14       THE WITNESS:

15            In some instances, it wouldn't

16   necessarily have to be damage, it would just

17   be an opening that wouldn't necessarily be

18   associated as damage.

19            And the second line of caulking, I

20   could not observe.

21   EXAMINATION BY MR. BARRIOS:

22       Q.    But did you make a conclusion that

23   the type of movements that you saw actually

24   caused damage to the Castanel unit?  The

25   movements that were the result of Shaw's

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

Alexis Mallet, Jr.

Page 161

1    If Mr. Pinedo and I attempted to lift this

2    table from this side, the stresses are going

3    to be different than if we have six or eight

4    people around this table picking it all up

5    at the same time or lowering it down at the

6    same time.

7         Q.   Would you agree that there wasn't

8    any regular maintenance of the Castanel

9    trailer while it was at Lottie for almost

10   two years by the time you looked at it in

11   January of 2010?

12        MR. PINEDO:

13             Objection, asked and answered.

14        THE WITNESS:

15             I don't know that for certain, but

16   it certainly wouldn't surprise me that it

17   didn't have any ongoing maintenance.

18   EXAMINATION BY MR. BARRIOS:

19        Q.   One of your conclusions on page

20   107 of your report is "Failure to properly

21   maintain the trailer."

22             Whose maintenance are you

23   referring to there?  L8 on page 107.

24        A.   That was in relation to the water

25   infiltration through the roof system and

Page 162

1    then that buckled area that held water.

2        Q.   So whose maintenance failure are

3    you attributing the water infiltration and

4    the buckling to?

5        A.   Whoever FEMA had maintaining the

6    unit or FEMA at that time.

7        Q.   When you say, "at that time,"

8    while it was sitting out in the storage

9    yard?  Or can you really know?

10        A.   No.  During the time that

11   Mrs. Castanel had it and it continued to

12   leak.  Regardless of what contractor was

13   there, FEMA was in charge of having

14   competent people provide the maintenance.

15        Q.   Did you measure or have any data

16   to tell us to what extent the formaldehyde

17   off-gassing or concentration levels inside

18   the unit was increased by something that

19   Shaw or its sub did on the unit?

20        A.   Did I measure?

21        Q.   Yes.  Do you have any data to be

22   able to tell me that?

23        A.   No, sir.

24        Q.   Did you perform any tests to

25   quantify the amount of increased

Page 168

1    Moore regarding Shaw protocol.  Do you

2    recall what you discussed with Mr. Moore

3    about Shaw's protocol?

4        A.   When was this?

5        Q.   This was January 21, 2010, "Sent

6    e-mail to Mr. Moore regarding Shaw

7    protocol."

8        A.   On January 21?  I may have just

9    sent him -- he may have called and asked if

10   I had a copy of the written protocol.

11       Q.   You don't remember?

12       A.   That's the only thing I can think

13   of.  I don't recall any conversations about

14   that.

15       MR. BARRIOS:

16            That's all I have for you,

17   Mr. Mallet.  I will give you back to

18   Mr. Mulcahy.  Thank you for your patience.

19       (Recess.)

20   EXAMINATION BY MR. MULCAHY:

21       Q.   It's my turn again.

22            You hired Mr. Ritter and

23   Mr. LaGrange to perform some testing as it

24   relates to the air-conditioning system,

25   correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                    Alexis Mallet, Jr.

Page 169

1        A.    I hired Mr. Ritter to analyze the

2    A/C and heating, Mr. LaGrange to perform

3    envelope and duct leakage testing and

4    pressure differentials.

5        Q.    Mr. LaGrange did the blower door

6    and duct blaster?

7        A.    Yes.

8        Q.    And it was your person, when

9    Mr. LaGrange when doing the blower door,

10   that was doing the thermal imaging, correct?

11       A.    He was inside.  I don't know if he

12   was still doing something on the imaging.

13   He was doing most of the thermal imaging

14   while I was inside.

15       Q.    The thermal imaging that he was

16   doing while you were inside, that was done

17   without the blower door or anything running?

18       A.    Correct.

19       Q.    He heated up the unit to do the

20   thermal imaging; is that right?

21       A.    No, sir.

22       Q.    Do you have a separate set of

23   thermal imaging photos that are done just on

24   your behalf by Mr. Toups?

25       A.    Yes, sir.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 176

1          MR. MULCAHY:

2               Where he listed his observations

3     in his report regarding the air-conditioning

4     system.

5          THE WITNESS:

6               Yes, sir, that would be it.

7     EXAMINATION BY MR. MULCAHY:

8          Q.   Did you test the unit while it was

9     in operation, the air conditioner?

10         A.   Did I test it?

11         Q.   Yes.

12         A.   No, sir.

13         Q.   Did you run the system at all,

14    turn it on or off?

15         A.   I did not.

16         Q.   So you made no observation then

17    with the system operating whether or not

18    there was any condensation forming inside

19    the ductwork, correct?

20         A.   The days we were out there, that

21    would have been a futile attempt.

22         Q.   You are just meaning because of

23    the temperature?

24         A.   Because of the temperature.

25         Q.   Were you there the day of the duct

Page 177

1    blaster test?

2        A.   Yes, sir.

3        Q.   I believe Mr. LaGrange was heating

4    up the inside of the unit that day in order

5    to do his thermal imaging?

6        A.   Right.

7        Q.   You didn't attempt to run the air

8    conditioner at all during the time that

9    Mr. LaGrange was heating up the unit to

10   perform his thermal imaging?

11       A.   No, sir.

12       Q.   You never ran the compressor on

13   the unit at all?

14       A.   I did not, no.

15       Q.   So the time period that you were

16   out there, you were not able to run the unit

17   to observe whether there was any formation

18   of condensation in the unit, correct?

19       A.   I didn't, to see if there was

20   condensation in the unit.

21       Q.   You did not run it to test the fan

22   motor?

23       A.   I did not.  That would have been

24   Mr. LaGrange and Mr. Ritter to do that.

25       Q.   And by that, you weren't testing

Page 178

1    it or running it to determine air flow of

2    the unit?

3         A.    No.    That would have been

4    Mr. Ritter and/or Mr. LaGrange doing that.

5         Q.    So your observations that we are

6    looking at that commence on page 68 and run

7    through the next couple of pages in your

8    report, those are based on a purely visual

9    inspection of the system?

10        A.    Through what page?

11        Q.    You tell me where your

12   observations end.

13        A.    I'm sorry.  I thought you said

14   through page whatever.  I thought you wanted

15   a specific something from me.

16        Q.    You have several pages here where

17   you had additional information on the unit.

18   Looks like through page 77.  Tell me if

19   that's right.

20        MR. PINEDO:

21             Sixty-eight to 77?

22        MR. MULCAHY:

23             Correct.

24        THE WITNESS:

25             Correct.

Page 179

1    EXAMINATION BY MR. MULCAHY:

2        Q.   Your comments between those pages.

3    And my question was, this is based upon you

4    performing a visual inspection of the unit,

5    correct?

6        A.   Yes, sir.  I'd have to read it to

7    see absolutely every word of it.

8             I don't think that section, I

9    relied on any of the testing, because I

10   don't have a section for code testing

11   separate.  So those would appear to be just

12   from observation.

13       Q.   Now, from the testing, is there a

14   separate section that you relied upon with

15   the testing results from Mr. LaGrange?

16       A.   Well, part of it would have been

17   in the -- let's see.  In the ventilation --

18   no.

19            Let's see.  Page 82, LL at the

20   bottom, and it goes to the next page.

21       Q.   Envelope air leakage?

22       A.   Yes, sir.

23       Q.   That is where you relied upon

24   Mr. LaGrange's inspection and testing?

25       A.   For quantification, yes.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 180

1      Q.   And that envelope air leakage, is

2   that regarding the envelope of the building

3   of the travel trailer?

4      A.   Yes, sir, pressure envelope.

5      Q.   As far as duct leakage and your

6   comments regarding the construction of the

7   ducts, is there any information in your

8   report incorporating Mr. LaGrange's results

9   from his duct blaster testing?

10     A.   Well, part of the envelope leakage

11   and negative air pressure is dependent upon

12   the condition of the ducts or quantification

13   that the ducts leak and are placing the

14   building under negative pressure.  The duct

15   leakage starts on page 85.

16     Q.   Let's talk about what is on

17   page 82 first.  That's the envelope air

18   leakage.  You state under your comments that

19   "the leak test was performed to assess and

20   measure any air leakage in the walls,

21   ceiling and floors"; and that Mr. LaGrange

22   was engaged to perform leakage tests on the

23   unit and ductwork, correct?

24     A.   Yes, sir.

25     Q.   So this section of your report

Page 181

1    regarding the leakage of the air envelope

2    and -- I guess that's what it is, the air

3    envelope leakage, is based upon

4    Mr. LaGrange's testing and observations,

5    correct?

6         A.   The quantification and some of the

7    areas of entry, yes.

8         Q.   The natural air change per hour

9    information under Section 3 of that area on

10   page 84, you would have obtained that from

11   Mr. LaGrange?

12        A.   Yes, sir.

13        Q.   And the ACH calculations of air

14   exchange, you would have obtained that from

15   Mr. LaGrange?

16        A.   Yes.

17        Q.   Then under Section 4, there is a

18   statement about "according to the experts,"

19   which I think we saw earlier, "formaldehyde

20   off-gassing is doubled for each 12 degrees

21   with the rise in temperature, humidity or

22   both."

23             Did you do any equations regarding

24   formaldehyde in this unit?

25        A.   No, sir.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 182

1       Q.   You didn't test in this unit for

2   formaldehyde, correct?

3       MR. PINEDO:

4            Objection, form, asked and

5   answered.

6       THE WITNESS:

7       A.   No, sir.

8   EXAMINATION BY MR. MULCAHY:

9       Q.   What is that statement based off

10  of?

11      A.   Could you clarify that?

12      Q.   Sure.  The statement you make

13  saying, "According to the experts,

14  formaldehyde off-gassing is doubled for each

15  12 degrees."

16           What are you basing that statement

17  off of?  Is there a reference?

18      MR. PINEDO:

19           Objection, form, asked and

20  answered.

21      THE WITNESS:

22           Yes, sir.  One, a report by Mary

23  DeVany, and secondly, I think it is either

24  CDC or Lawrence Berkeley Labs.

25           As to the actual figure of the

Page 183

```
 1    multiples of 12 degrees, I got that there.

 2    But that the off-gassing increases with a

 3    rise in temperature or humidity, that comes

 4    from my own knowledge and research.

 5    EXAMINATION BY MR. MULCAHY:

 6         Q.   That general phrase, "off-gassing

 7    increases with a rise in temperature or

 8    humidity or both," that's from your own

 9    research?

10         A.   That's correct, and just my

11    general knowledge of the HUD regulations for

12    manufactured housing.  We do a lot of that

13    type of investigation and actual work.

14              And it is in the HUD code, what,

15    3280, maybe 302.  Or something like that.

16         Q.   Based upon that air change rate,

17    ACH calculations performed by Mr. LaGrange,

18    I don't see that you have rendered an

19    opinion in your report regarding his

20    results, correct?

21         MR. PINEDO:

22              Objection, form.

23         THE WITNESS:

24              I really have to look through.  I

25    didn't get a chance to look through the
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 184

1    report really before.

2    EXAMINATION BY MR. MULCAHY:

3        Q.   It is 109 pages of report.

4        A.   Well, I had intended to read

5    through it so I would be more familiar with

6    what's where, so I apologize for that.

7             With regards to the air change

8    rate, I think it is in here somewhere.

9             We discussed the air coming into

10   the building as unfiltered air, coming

11   through the envelope rather than through a

12   method of running the ventilation air

13   through the air-conditioning system to be

14   dehumidified and for the removal of

15   contaminants such as dust or pollens and so

16   forth.

17       Q.   You didn't do any VOC testing or

18   you didn't have anyone do any VOC testing on

19   this unit during your inspection?

20       A.   No, sir.

21       Q.   Okay.

22       A.   But the reason for that is not the

23   dust and pollen and so forth, it was the

24   pathway of any off-gassing of formaldehyde,

25   the pathways of coming into the living area,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 185

1    living space of the unit.

2         Q.   Mr. Barrios asked you this

3    question earlier, but I think he asked it in

4    particular to Shaw, but you don't have any

5    information in your report as to whether the

6    levels of off-gassing, or the off-gassing

7    that you opine about increased the levels of

8    formaldehyde in the interior of this unit by

9    any specific amount; is that correct?

10        A.   No, sir, we have no test results

11   for that.

12        Q.   You didn't have anyone run the

13   unit or run the fan of the motor to test to

14   see if there was any increase of

15   formaldehyde levels in the interior of the

16   unit, correct?

17        A.   No, I did not do a testing of

18   that.

19        Q.   Are you aware of any expert

20   retained by the plaintiffs that did that

21   type of testing in Mrs. Castanel's unit?

22        A.   I'm not aware of it.

23        Q.   You are aware that Mr. Scott did

24   some testing, correct?

25        A.   Yes, sir.

Page 188

```
 1    noted by the variations of color during the

 2    survey," and then you have some photographs

 3    on your addendum disk that we talked about

 4    earlier, with the 17 subfiles on it.  That

 5    is where I would find those FLUOR-BS20

 6    camera pictures, correct?

 7         A.   Yes.

 8         Q.   What areas, if you can remember

 9    off the top of your head, if any, did you

10    note there were air and moisture leaks?

11         A.   I mean, there were just different

12    areas, ceiling, walls.  I would have to go

13    through each one to be able to tell you

14    that.

15         Q.   You also had Mr. LaGrange perform

16    the duct leakage test; is that right?

17         A.   Yes, sir.

18         Q.   And that appears to be in the next

19    section of your report.  You say, "The

20    results of that test indicated the

21    air-conditioning ductwork has a leakage

22    equal to 34 percent of the total output of

23    the unit."

24              Is that based off information you

25    received from Mr. LaGrange?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

                                                                    Page 189

1        A.    That's correct.

2        Q.    "Fourteen percent of the leakage

3   is going to the exterior of the unit."

4        A.    Yes, sir.

5        Q.    That means that it's exiting the

6   envelope of the unit?

7        A.    It never went into the envelope of

8   the unit.  The pressure envelope of the

9   unit.

10       Q.    When you say, "exiting the

11  exterior of the unit," or "going to the

12  exterior of the unit," what do you mean by

13  that?

14       A.    That instead of returning air into

15  the unit, it is going outside of the unit.

16       Q.    So of the 34 percent --

17       A.    I'm sorry.  I used "unit" in two

18  different contexts.

19             That the air is not circulating

20  100 percent within the air-conditioning

21  system, it is exiting the housing unit

22  because of leakage.

23       Q.    You have "20 percent is leaking

24  back into the building."

25       A.    Yes, sir.

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 190

1      Q.    What do you mean by that?

2      A.    The ductwork is in the

3  unconditioned attic space, ceiling space of

4  the unit.  We have 34 percent duct leakage,

5  I think somewhere around 95 cubic feet a

6  minute of air leaking into the attic and

7  wall systems.  14 percent of that is

8  escaping the unit, and air from the attic or

9  ceiling cavity is being drawn back into the

10  living space.  20 percent of the duct

11  leakage, the supply leakage, is leaking into

12  the attic ceiling space and finding its way

13  back into the living area.

14      Q.    And the 14 percent is --

15      A.    Going into the atmosphere.

16      Q.    Is it your opinion in your report

17  that this leakage will increase off-gassing

18  into the travel trailer?

19      A.    I'm going to have to give you a

20  complicated -- yes.

21      Q.    You were about to tell me

22  something.  Were you going to say, "a

23  complicated response"?

24      A.    No, I can't give a complicated

25  response.  I would have to be complicated to

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 193

1    leakage, if any, there was, correct?

2        A.   Of cubic feet per minute, I could

3    not.

4        Q.   And that is why Mr. LaGrange

5    performed his work?

6        A.   Right.  If I chose to, I could

7    have taken a manometer and I could have

8    quantified the pressure differentials, but

9    he was already doing that with his

10   instrumentation.

11            And then to answer your previous

12   question when I said I would have to look

13   through my report, I don't use the words

14   "negative pressure," but in "4. iii.," where

15   I talk about the outside return air system

16   sucks in the air to the ceiling and so

17   forth, that sucking, that is the negative

18   pressurization.

19       Q.   And, I'm sorry, what page are you

20   on?

21       A.   Eighty-six.

22       Q.   So for the 14 percent of the air

23   that you are saying is leaving the envelope,

24   that would be replaced with additional air

25   from the exterior of the unit.  Is that what

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 194

1    you are saying in Section iii?

2         A.   That's correct.  Exterior of the

3    pressure envelope.

4         Q.   Do you know if that is a

5    conclusion that was also reached by

6    Mr. LaGrange?

7         A.   Yes, sir.  I think he has 2.3 or

8    2.8 pascals negative pressure.

9         Q.   Do you know what that equates to

10   in miles per hour?

11        A.   No, not without calculating it.

12        Q.   Was that negative pressure done

13   under a blower door test or was that done

14   just by running the air-conditioning unit,

15   to obtain that minus 2.8?

16        A.   I think that was the unit

17   measurements.

18        Q.   You would have to refer to

19   Mr. LaGrange's report to be sure?

20        A.   I would have to go back and look

21   to make certain.

22        Q.   Under HH, "Ventilation," page 77,

23   you discuss the kitchen hood exhaust.

24        A.   Page 77?

25        Q.   HH, page 77.

Page 197

```
 1        A.   Wall cavities, ceiling cavities,
 2   floor cavities.
 3        Q.   Okay.  Do you rely upon, anywhere
 4   in your report, the results of Mr. Ritter
 5   like you did with Mr. LaGrange?
 6        MR. PINEDO:
 7             Objection, form.
 8        THE WITNESS:
 9             Yes, sir.  Or, I don't know that I
10   relied upon it, but our opinions coincided
11   as to what conditions existed.
12   EXAMINATION BY MR. MULCAHY:
13        Q.   What opinions coincided with
14   Mr. Ritter's?
15        A.   As it goes to the ventilation,
16   that there was an absence of mechanical
17   ventilation and that the infiltration was
18   occurring through unfiltered areas.
19        Q.   You hired Mr. Ritter to be your
20   HVAC expert, correct?
21        A.   On the mechanical system.
22        Q.   On the mechanical system itself
23   and on the operation of the mechanical
24   system, right?
25        A.   Yes, sir.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 198

```
 1        Q.    I mean, he is a mechanical
 2   engineer, correct?
 3        A.    Mechanical and environmental.
 4        Q.    And you hired Mr. LaGrange to be
 5   your testing person as far as duct blaster,
 6   blower door and some thermal imaging,
 7   correct?
 8        MR. PINEDO:
 9             Objection, form.
10        THE WITNESS:
11             Right, he has those particular
12   toys.
13   EXAMINATION BY MR. MULCAHY:
14        Q.    And you hired Mr. Moore to be your
15   civil engineer regarding structural-type
16   issues, correct?
17        MR. PINEDO:
18             Objection, asked and answered.
19        THE WITNESS:
20             Yes.  And because I am not allowed
21   by licensing laws to perform calculations,
22   engineering-type calculations, so where
23   there is the potential for the need of that,
24   I bring in Mr. Ritter or Mr. Moore or
25   Mr. Hicks or one of my other engineers that
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 199

1    I work with on metallurgy or soil or areas

2    of that nature.

3    EXAMINATION BY MR. MULCAHY:

4        Q.   Sure.  Are you aware that

5    Mr. Ritter ran the air conditioner and the

6    fan as part of his examination of the

7    air-conditioning system?

8        A.   I don't remember.  I wasn't there

9    that day.  I mean, I don't remember if I was

10   told that.

11       Q.   Do you have any readings in your

12   report regarding temperature and humidity

13   levels in the Castanel unit while you were

14   performing your inspection?

15       A.   Do I have them in my report?

16       Q.   Correct.

17       A.   No.  When we were doing those

18   tests, Mr. LaGrange took the temperature and

19   relative humidity readings and I think

20   Mr. Ritter -- Scott Daly with Mr. Ritter's

21   company took the temperature and relative

22   humidity readings with data loggers.

23       Q.   But you didn't personally think it

24   was necessary to put those results in your

25   report, correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 200

1     A.    No, because they were not material

2  to the sections I dealt with.

3     Q.    You said earlier, when Mr. Barrios

4  was asking you questions, that negative

5  pressure is a violation of standards.  What

6  standards would those be?

7     A.    ASHRAE, and I think the indoor air

8  quality standards.

9     Q.    Do you know if ASHRAE specifically

10  defines travel trailers as ASHRAE applying

11  to travel trailers?

12     A.    I think it is a generic standard

13  for living areas or structures in general.

14     Q.    Well, speaking of standards, I see

15  you have a section in your report, and you

16  have referenced many different types of

17  regulations and standards, it appears.

18         Well, let's go to your

19  conclusions.  I think you put it more

20  concisely there.  Under your first

21  conclusion, A, page 105, you have

22  "Recreation by Design was required to follow

23  at a minimum the FEMA specifications, the

24  ANSI" -- and what ANSI are you referring to?

25     A.    Eleven -- 119.2 or 119.5.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 212

```
 1    the unit is designed for short-term camping

 2    and recreational use, correct?

 3         A.   Yes, sir.

 4         Q.   Although you mentioned that

 5    temperature and humidity increase the

 6    off-gassing of formaldehyde in the wall and

 7    ceiling cavities, it is my understanding you

 8    are not going to be offering any opinion

 9    regarding the levels of off-gassing at

10    trial, correct?

11         MR. PINEDO:

12              Objection, form, asked and

13    answered.

14         THE WITNESS:

15              I am not.

16    EXAMINATION BY MR. MULCAHY:

17         Q.   You are not going to render an

18    opinion regarding what you consider to be a

19    safe level of formaldehyde, are you?

20         A.   I am not.

21         Q.   You mention in your report that

22    moisture and humidity affects the level of

23    formaldehyde in the travel trailer, correct?

24         A.   Well, it affects the increase of

25    off-gassing.  And if it has an avenue to get
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 213

1    into the trailer, it does.

2         Q.   At what relative humidity level do

3    you opine that the off-gassing takes place?

4         A.   Between 60 and 70 percent it

5    begins, and it increases with the increase

6    of the relative humidity.

7         Q.   Is there is particular percentage

8    of relative humidity for mold to start

9    growing?

10        A.   Let's see, how did I answer that?

11             In general, the level of relative

12   humidity where most molds can begin to

13   manifest is in the neighborhood of 80 to

14   90 percent.  Not every mold requires that

15   relative humidity.  There are molds that

16   require almost no moisture, but in general,

17   80-plus percent.

18             Also, in conjunction with that,

19   there has to be a food source and a lack

20   of -- generally a lack of air movement.

21        Q.   Food source would be some type of

22   wood product possibly?

23        A.   Wood product or some

24   cellulosic-based material.

25        Q.   But for general purposes, you are

Page 214

```
 1    saying about 80 to 90 percent is where you

 2    would see mold growth with those conditions?

 3         A.   That's where it would begin, yes,

 4    sir.

 5         MR. PINEDO:

 6              Randy, can we take a break?

 7         (Recess.)

 8    EXAMINATION BY MR. MULCAHY:

 9         Q.   I guess this is a good time to

10    shift gears and talk about the mockups you

11    brought today.

12              Did you make those mockups?

13         A.   Yes, sir.

14         Q.   First General Services made them?

15         A.   Dalton Toups and I worked on them,

16    putting them together.

17         Q.   What was the purpose for making

18    those mockups?

19         A.   I was asked to construct a

20    demonstrative of a typical wall section of a

21    travel trailer.

22         Q.   I see you have two different

23    mockups over there.  For the record, you

24    said it looks like a section of wall with

25    one having a white metal siding insulation,
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

                                                           Page 215

1      some type of paneling on the other side of

2      the wall and an electrical outlet; and the

3      other one, from what I can see here, has

4      white metal siding, Tyvek Home Wrap writing

5      on it, and I can't tell what is on the back

6      side of that.

7            A.    Insulation and a panel.

8            Q.    So the same thing as this one.  Is

9      the only differences between the two

10     mockups, one having the Tyvek Home Wrap and

11     the other not having Tyvek Home Wrap?

12           A.    No, sir.  The insulation is

13     different.

14           Q.    Can you spin that around, if you

15     don't mind?

16           A.    Sure.

17           Q.    What size wood did you use for the

18     frame?

19           A.    Two by twos.

20           Q.    What type of insulation do you

21     have here?  And let's call this the Tyvek

22     mockup, since that is what is on the other

23     side.  What type of insulation do you have

24     here on the Tyvek mockup?

25           A.    That is a blown insulation.

Page 216

1       Q.    Is that a foam insulation?

2       A.    Foam, yes.

3       Q.    And on the other mockup, you have

4    foam insulation and no Tyvek?

5       A.    Yes, sir.

6       Q.    Is that the two differences

7    between the mockups?

8       A.    And the panels.

9       Q.    What is the difference between the

10   panels?

11      A.    One is the vinyl-covered lauan,

12   and one is vinyl-covered hardboard.

13      Q.    And this comes off of here?

14      A.    Yes, sir.

15      Q.    Is that fiberglass insulation just

16   held in right now by pressure?

17      A.    Yes, sir.

18      Q.    What's holding in this insulation,

19   just the nature of the insulation?

20      A.    Yes.

21      Q.    Now that we are back over here and

22   she can hear us better, would you explain --

23   on the two mockups, the things that are

24   similar are the metal siding and the wood

25   frames; is that correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                              Alexis Mallet, Jr.

Page 217

1        A.    Yes, sir, and the outlet and
2    wiring.
3        Q.    Why did you include the outlet and
4    wiring, just for demonstration purposes?
5        A.    Yes, sir.   That it replicates
6    the -- how an actual wall system in the
7    travel trailer is made up and the
8    penetration, one of the penetrations in the
9    wall or ceiling.
10        Q.    The mockup with the fiberglass
11    insulation, does that represent, in your
12    opinion, a typical travel trailer wall
13    section?
14        A.    From my experience, that would be
15    a typical wall system of a travel trailer.
16        Q.    Is that how the Castanel wall is,
17    is that how you envisioned that wall to look
18    if you took it apart?
19        A.    That is my understanding from the
20    documents that were given to me.
21        Q.    Would that be similar to the
22    Forest River unit that you disassembled?
23        A.    Yes, sir.
24        Q.    And do you know if it would be
25    similar to the Gulf Stream and Fleetwood

Page 218

1    units that you inspected?

2         A.   Yes, sir.

3         Q.   On the mockup with the foam

4    insulation --

5         A.   And let me say, just to be clear,

6    it is not necessarily representative of all

7    types of travel trailers.  There are some

8    that are made differently with composite

9    panels, aluminum framing.

10            But in my experience in the middle

11   to lower end-type campers and travel

12   trailers -- not campers, but travel

13   trailers, that's what I'm used to seeing, is

14   that construction.

15        Q.   The travel trailers that you have

16   inspected as part of this multidistrict

17   litigation, it is my understanding that they

18   are similar to the mockup that you have over

19   there with the fiberglass insulation?

20        A.   Right.  And travel trailers that

21   we have worked on in the past.  It is

22   demonstrative of what you would typically

23   see.

24        Q.   Higher-end travel trailers would

25   have different materials; is that correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                    Alexis Mallet, Jr.

Page 219

```
 1        A.    They could.  They could have

 2    composite panel, or it could have aluminum

 3    framing.

 4        Q.    The type of paneling that you have

 5    on the foam insulation mockup, what type of

 6    panel is that again?

 7        A.    It is a hardboard.

 8        Q.    What is that hardboard made of?

 9        A.    Wood.

10        Q.    Anything else?

11        A.    It is made of lignin particles of

12    portions of wood, and it is hot-pressured

13    together.

14        Q.    Do you know what type of adhesive

15    is used in that material?

16        A.    None.

17        Q.    You said it is hot-pressured

18    together?

19        A.    Yes, sir.

20        Q.    But it is some type of wood

21    particles?

22        A.    Yes.  I can't remember the whole

23    word.  It's -- it is put together with the

24    portions of the lignin of wood, lignin

25    particles.
```

Page 220

1        Q.    What are lignin particles?

2        A.    It is just part of the tree.    It

3    is the part that -- it is not the rings,

4    it's the other portion of that that holds

5    the moisture in the tree.    It is kind of a

6    cellulosic material.

7        Q.    Why were you asked to do the two

8    different mockups?

9        MR. PINEDO:

10            Objection, form.

11        THE WITNESS:

12            Of course, one is representative

13    of a typical travel trailer, and the other

14    is representative of an alternative

15    construction method that has appeared in my

16    reports that would be a

17    nonformaldehyde-emitting material and one

18    that restricted air flow and moisture flow

19    from either in or out, and one that could

20    meet almost every climate condition in the

21    continental United States except for

22    mountainous areas.

23    EXAMINATION BY MR. MULCAHY:

24        Q.    These are materials that you have

25    made this mockup with based off the

Page 221

```
 1    alternative theory that you have in your

 2    report on page 90, correct?

 3         MR. PINEDO:

 4              Objection, form.

 5         THE WITNESS:

 6              Yes, sir.

 7    EXAMINATION BY MR. MULCAHY:

 8         Q.   You mentioned the hardboard.  Do

 9    you know if, in fact, that is a

10    nonformaldehyde-emitting board or if it

11    still emits some portion of formaldehyde?

12         A.   It is my understanding that it is

13    nonformaldehyde-emitting.  My only

14    hesitation is that it is a wood product

15    that -- if it has any formaldehyde

16    emissions, it is so low that it is not

17    classified as formaldehyde-emitting.

18         Q.   Do you know what the level is that

19    is used for something to not be classified

20    as formaldehyde-emitting?

21         A.   I have it, but I can't quote it

22    from memory.

23         Q.   Is it in your materials?

24         A.   I believe so.

25         Q.   Would you try to find it?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 222

1              Who is the manufacturer of that
2    hardboard?
3        A.   I can't remember.  I would have to
4    get that for you.  I can't recall that.
5        Q.   This is in your -- I think, but I
6    don't´ know for sure -- reliance materials,
7    or the -- I think it is probably your
8    reliance materials.
9              I have Bates stamped CAST-MALLET
10   178 to 180.  It appears that you have it
11   labeled "Cast. Alt. Products" at the top.
12             Are those your notes?
13       A.   Yes, sir.
14       Q.   Do you have a copy of those here
15   that you can look at?  This is the only copy
16   I have.
17       A.   I do.
18       Q.   When did you prepare these
19   mockups?
20       A.   Maybe in December.  I don't
21   believe it was in January.  November or
22   December.
23       Q.   Did you bring these to your
24   deposition in the Wright matter?
25       A.   No, sir.

Page 223

1       Q.   Do you plan on using these at

2   trial in the Wright matter?

3       A.   I haven't been told.

4       Q.   How about in the Castanel case?

5       A.   I haven't been told.

6       Q.   Looking at your alternative

7   materials, tell me what Item 1 says, it is

8   your handwriting.

9       A.   It says, "Masonite versus hardwood

10  paneling."

11          That's the hardboard versus the --

12  that's the cost.

13      Q.   That is comparing Masonite to

14  hardboard, and that is the hardboard you

15  have over there?

16      A.   Well, it is hardboard versus

17  hardwood.

18      Q.   Which one is the hardboard, the

19  Masonite?

20      A.   The Masonite, yes.

21      Q.   Is that a brand name?

22      A.   Well, it is, and I use it

23  generically, like Xerox or Frigidaire.

24          I don't know that that is a

25  Masonite product.  It should be in the

Page 224

1    reliance materials.

2         Q.   And you have a cost associated

3    with that in your handwritten notes?

4         A.   Yes, sir.

5         Q.   Is this in your report?

6         A.   It should be.

7         Q.   And it is your research -- it's --

8    well, you tell me what you did as far as the

9    Masonite.  Did you perform calculations

10   regarding the use of Masonite in the

11   construction of travel trailers; is that

12   correct?

13        A.   Yes.  What I did is I took -- I

14   think I took a size of around the Castanel

15   trailer, calculated the number of sheets for

16   the walls and the ceilings, and then

17   utilized just retail prices for materials,

18   retail prices for labor in the Lafayette,

19   Louisiana, area and came up with a cost per

20   square foot, a cost for the unit of how much

21   it would cost, the difference, to utilize

22   one material to the other.

23        Q.   And your cost calculations on the

24   use of Masonite on a unit approximately the

25   size of Mrs. Castanel's, was what?

Page 225

```
 1        A.    Ask the question again, please?

 2        Q.    What was your price calculation

 3   regarding the use of Masonite?

 4        A.    That it would be about $88.25 less

 5   to use the Masonite hardboard versus the

 6   hardwood paneling.

 7        Q.    Do you know if Masonite hardboard,

 8   such as what you have in your mockup, was

 9   used in -- manufactured in 2005?

10        A.    Was it manufactured?  Yes, sir.

11        Q.    No, no.  Do you know if that type

12   of material, that Masonite was utilized in

13   travel trailers manufactured in 2005 for the

14   walls and ceilings?

15        A.    I don't know.

16        Q.    Did you do any research regarding

17   that?

18        A.    No, sir.

19        Q.    I see you have performed a cost

20   estimate on it.  You told me earlier that it

21   is a wood-based product, correct?

22        A.    Yes, sir.

23        Q.    So even though it is classified as

24   nonformaldehyde-emitting, it may emit some

25   level of formaldehyde, corrected?
```

Page 226

```
 1        A.    It may, but my understanding is
 2    that it doesn't.
 3        Q.    Is it your understanding that just
 4    regular wood products, such as those wood
 5    studs over there, would also emit
 6    formaldehyde?
 7        A.    It is possible, yes.
 8        Q.    And I'm talking about wood that is
 9    not utilizing urea-formaldehyde resin,
10    correct?
11        A.    Yes.
12        Q.    Did you make a determination as to
13    whether or not the Masonite was available in
14    2005?
15        A.    Yes, it was.
16        Q.    Did you make any type of study as
17    to the quantities of Masonite available in
18    2005 as far as its use in the travel trailer
19    industry?
20        MR. PINEDO:
21            Objection, form.
22        THE WITNESS:
23            No, sir.  I couldn't find any data
24    on how much was used in the travel trailer
25    industry or how much was used in the mobile
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mailet, Jr.

Page 227

1    home industry.  Only the amount of hardboard

2    that was used, the data that I was able to

3    find was, I think, in 2000, what was

4    produced.

5    EXAMINATION BY MR. MULCAHY:

6         Q.   2000 what?

7         A.   2000.

8         Q.   It started being produced in the

9    year 2000?

10        A.   No, sir, how much was produced.

11        Q.   I mean, what does 2000 mean,

12   sheets?

13        A.   The year 2000.  How much was

14   produced of hardboard in the year 2000.

15        Q.   But you don't have any data from

16   2005 as to how much was produced in 2005; is

17   that correct?

18        A.   That is correct.  I could not find

19   that.

20        Q.   Nor 2006?

21        A.   I think 2000 was the last year I

22   could find data on, the compilations.

23        Q.   Do you know if there has been any

24   structural integrity tests of the hardboard

25   for use in a travel trailer?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 228

1        A.    Quarter inch can be used on stud

2    framing.  Eighth inch would need a backing.

3        Q.    As far as quarter inch used as

4    stud framing, do you know if that has been

5    utilized on a travel trailer, as far as the

6    structural integrity of a quarter inch

7    across the whole interior of the travel

8    trailer and the ceiling of the travel

9    trailer?

10        A.    I'm sorry, could I ask just for a

11    small break?  I'm distracted.  I received an

12    urgent message, and I'm trying to read it

13    and listen to you.

14            (Brief pause.)

15            (Requested portion of transcript read

16    back, as follows:

17        "Question:  As far as quarter inch used

18    as stud framing, do you know if that has

19    been utilized on a travel trailer, as far as

20    the structural integrity of a quarter inch

21    across the whole interior of the travel

22    trailer and the ceiling of the travel

23    trailer?")

24            MR. PINEDO:

25                Objection, form.

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 229

 1        THE WITNESS:

 2            No, I don't know that it has been

 3   used in travel trailers.  I know it has been

 4   used in mobile homes.

 5   EXAMINATION BY MR. MULCAHY:

 6        Q.   Would you agree with me that

 7   travel trailers, by their very nature, are

 8   utilized more on the road than a mobile

 9   home?

10        A.   Yes, sir.

11        Q.   Do you know if Masonite has

12   water-resistant properties?

13        A.   Yes, sir.

14        Q.   Do you know what the weight of a

15   sheet of Masonite is?

16        A.   I don't remember.

17        Q.   Is it greater than the piece of

18   lauan that you have over there?

19        A.   I don't recall.

20        Q.   When I lifted them both, it felt

21   heavier, but I didn't know if you had an

22   actual weight.

23        MR. PINEDO:

24            Objection, form.

25        THE WITNESS:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                   Alexis Mallet, Jr.

```
                                              Page 230
 1              It has a little bit more weight,
 2    but I couldn't tell you -- I can't remember
 3    what the amount is.
 4    EXAMINATION BY MR. MULCAHY:
 5         Q.   Is it your idea in your
 6    alternative design to use Masonite in the
 7    locations where hardwood is used in a
 8    regular travel trailer, is that your
 9    alternative design?
10         MR. PINEDO:
11              Objection, form.
12         THE WITNESS:
13              That is one of them that could be
14    used.
15    EXAMINATION BY MR. MULCAHY:
16         Q.   Do you have another material
17    inside your report here that could be used
18    in place of that?
19         A.   I don't know that it's in the
20    report.  I'm pretty sure it is in the
21    reliance material, and I think Dr. Smulski
22    talked about it.
23         Q.   But as far as the alternative
24    material section in your report, the only
25    material you have to replace the hardwood
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

                                                                    Page 231

1     would be the hardboard, correct?

2         A.    Correct.  It's the only one that I

3     could readily assess a cost to.

4         Q.    In calculating your savings of

5     $88.25, did you calculate any shipping

6     costs?

7         A.    I did not.  This is retail off the

8     shelf, so shipping costs would have been

9     included in that, but I could not tell you

10    the breakdown.

11        Q.    Did you do any strength-weight

12    analysis of hardboard versus hardwood?

13        MR. PINEDO:

14             Objection, form.

15        THE WITNESS:

16             Strength-weight analysis?

17    EXAMINATION BY MR. MULCAHY:

18        Q.    Correct.

19        A.    I don't know what that is.

20        Q.    The strength of the material

21    versus the weight of the material.

22        MR. PINEDO:

23             Objection, form.

24        THE WITNESS:

25             The answer is no.  I'm not aware

Page 232

1   of a test -- that doesn't mean anything, but

2   I am not aware of a test that correlates the

3   weight of the material to the strength.

4   EXAMINATION BY MR. MULCAHY:

5       Q.   How about comparing the strength

6   of that material to the strength of

7   hardwood?

8       A.   I did not.

9       Q.   What about the flexibility versus

10  the two?

11      A.   I think the hardboard is more

12  flexible than the lauan.  Lauan is made in

13  plys.

14      Q.   How about having hardboard hanging

15  from ceiling rafters over a period of time,

16  if it is more flexible, did you do any

17  analysis on that, if there would be any

18  potential for sagging?

19      A.   Not if it was installed correctly.

20      Q.   Did you do any formaldehyde

21  analysis utilizing a hardboard in a space

22  the size of a travel trailer, as far as

23  determining formaldehyde levels?

24      A.   Well, because it is a

25  nonformaldehyde-emitting or so low it

Page 233

1    doesn't register as being classified as a

2    formaldehyde-emitting material, the

3    difference would be -- it is a

4    nonformaldehyde-emitting, and the difference

5    would be how much lauan emits versus no

6    formaldehyde emissions.

7        Q.   But as far as actually having an

8    engineered and put together travel trailer

9    with materials that you have here today,

10   with the Tyvek, the foam insulation and the

11   hardboard, you don't have any test results

12   regarding a travel trailer constructed with

13   those materials as to the levels of

14   formaldehyde in that concept unit, correct?

15       A.   I don't.  However, neither the

16   Tyvek nor the insulation, and within reason

17   the Masonite, the hardboard doesn't emit

18   formaldehyde.  So if it doesn't emit it,

19   then I don't know how we can calculate the

20   level of what it would have in the trailer.

21       Q.   As far as your alternative design

22   in your report, you don't list alternative

23   cabinet materials, do you?

24       A.   I did not.

25       Q.   And you do not have any types of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)        Alexis Mallet, Jr.

Page 234

1    furnishings listed, as far as alternative

2    furnishings, correct?

3        A.   Correct.

4        Q.   No different mattresses?

5        A.   Correct.

6        Q.   Different carpets?

7        A.   Correct.

8        Q.   And to go back to my question,

9    even though it is your belief that the

10   hardboard has a very low, if any,

11   formaldehyde emission rate, you don't have

12   any test results in a unit constructed like

13   a travel trailer while substituting those

14   materials that we are looking at in Mockup

15   2, correct?

16       MR. PINEDO:

17            Objection, form.

18       THE WITNESS:

19            No, I don't.

20   EXAMINATION BY MR. MULCAHY:

21       Q.   Nor do you have any test results

22   regarding how that type of unit would

23   perform in repeat travel usage?

24       A.   I don't.

25       Q.   Now, as far as the next material

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 235

```
1     you have over there, that's Tyvek Home Wrap,

2     correct?

3          A.    Yes, sir.

4          Q.    What is your purpose for having

5     Tyvek on that mockup?

6          A.    It is a moisture and air barrier.

7          Q.    You have placed that on your

8     mockup between the metal skin and the

9     exterior of the studs, correct?

10         A.    Yes, sir.

11         Q.    Did you do any testing with the

12    Tyvek, with the metal skin, the foam

13    insulation and hardboard to determine the

14    effects of heat and humidity on that

15    particular design?

16         MR. PINEDO:

17              Objection, form.

18         THE WITNESS:

19              Heat and humidity on that design?

20              I have not.  However, that design

21    is used on residential buildings.

22    EXAMINATION BY MR. MULCAHY:

23         Q.    As far as something like the

24    mockup you have there, and design is a bad

25    word on my end, but as far as your mockup of
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 236

1    your alternative construction with a 2-inch

2    or 2 by 2 studs and a metal skin versus

3    residential construction and the hardboard,

4    you haven't done any type of testing on that

5    mockup to determine if there are effects of

6    heat and humidity inside that wall cavity,

7    correct?

8         A.   There is no wall cavity.

9         Q.   Well, there is a framed cavity,

10   correct?

11        A.   There is no cavity.

12        Q.   If we don't have the insulation,

13   you have a wall cavity, correct?

14        A.   Without the insulation, I have a

15   cavity, yes, sir.

16        Q.   And you have foam insulation that

17   you used to fill that cavity?

18        A.   Yes, sir.

19        Q.   But have you done any testing as

20   to the effects of heat and humidity in that

21   section where the foam insulation is?

22        MR. PINEDO:

23             Objection, form.

24        THE WITNESS:

25             I haven't tested it.  However, the