Page 237

1    test data on those materials indicate that

2    the foam insulation has a higher R-value

3    than the fiberglass insulation, and has

4    almost no vapor emission passage through

5    that material.

6              So as it relates to what is used

7    now, it is superior to -- in moisture and

8    air passage and temperature resistance.

9    EXAMINATION BY MR. MULCAHY:

10        Q.   Do you know if there is a weight

11   differential with the use of that foam

12   versus fiberglass?

13        A.   Yes, the foam is a little bit

14   heavier because the fiberglass has almost no

15   weight.

16        Q.   And your concept with the foam is

17   -- well, you tell me if I am wrong, but

18   looking at your report, the foam would also

19   be in the ceiling cavity; is that correct?

20        A.   Yes.

21        Q.   Have you done any structural

22   assessment as to the weight of the foam in

23   the ceiling cavity on a travel trailer?

24        A.   I have not -- I'm sorry.

25             Ask the question again.

Page 238

```
1       Q.    You have not done a structural

2   assessment as to the weight of the foam,

3   what impact it would have as it is being

4   used in a travel trailer, correct?

5       A.    The weight?

6       Q.    It is a simple question.

7       A.    I can't give you a simple answer.

8       Q.    Have you done a structural

9   assessment?

10      A.    I have not done an assessment, but

11  the test data available is that it adds to

12  the structural integrity of the materials it

13  is applied to.

14      Q.    But as far as utilizing it in a

15  vehicle that is going to travel on a highway

16  at certain intervals, you have not done that

17  type of analysis, correct?

18      A.    As it relates to what?

19      Q.    Using those materials in a travel

20  trailer.

21      MR. PINEDO:

22          Objection, form, asked and

23  answered.

24      THE WITNESS:

25          We haven't done the analysis -- we
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

1    have not done any tests.

2    EXAMINATION BY MR. MULCAHY:

3         Q.   Have you had a structural engineer

4    review your concept?

5         A.   Mr. Moore and I have discussed

6    that, yes.

7         Q.   Has he run actual engineering

8    designs and calculations?

9         A.   I don't remember, because we

10   originally started talking about this --

11        Q.   You haven't been presented with

12   any from Mr. Moore?

13        A.   I'm just trying to remember if he

14   did any and told me, because we started

15   talking about this months and months ago,

16   like probably back in September.  Yes,

17   September or October, something like that.

18             I don't recall -- I don't recall

19   if he gave me any information on it or not.

20        Q.   Did you specifically ask him to do

21   any type of engineering analysis of these

22   materials as they relate to a unit

23   approximately the size of the Castanel unit?

24        A.   I don't recall.

25        Q.   You haven't paid him to do that,

Page 240

1    correct?

2        A.   I don't know.  We would have to

3    look back at the invoices.

4        Q.   Looking at your alternative

5    construction method in that section of your

6    report, you talk about the retail cost of

7    the Tyvek on a unit the approximate size of

8    the Castanel unit would be $152 more?

9        A.   Yes, sir.

10       Q.   Did you do an analysis on what

11   impact using the foam insulation in the

12   walls and ceilings of a travel trailer would

13   have on the air exchange rate of that travel

14   trailer?

15       A.   We did not do an analysis of it,

16   but it would help to eliminate air exchange.

17       Q.   You haven't built any type of a

18   concept unit with those alternative methods

19   you are presenting in your mockups, correct?

20       A.   Correct.

21       Q.   So by that, you haven't tested

22   what effect it would have on the air

23   exchange rate, correct?

24       MR. PINEDO:

25           Object to the form, asked and

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 241

1    answered.

2         THE WITNESS:

3              We have not tested it.  However,

4    based on our knowledge of and use of foam,

5    it would reduce the air leakage rate.

6    EXAMINATION BY MR. MULCAHY:

7         Q.   What is the cost differential to

8    use the foam versus fiberglass insulation?

9              I'm looking at page 93 of your

10   report.  I may have found it under Section

11   I, is that the $408.03 more?

12        A.   Yes.

13        MR. PINEDO:

14             That's the retail cost?

15        THE WITNESS:

16             Retail cost, retail labor.

17   EXAMINATION BY MR. MULCAHY:

18        Q.   You haven't done any analysis as

19   to air quality in a travel trailer utilizing

20   these materials, if there would be any

21   additional VOCs or impact on air quality by

22   using the foam and the Tyvek in that

23   particular concept, correct?

24        A.   We have not performed any tests on

25   travel trailers.  However, the information

Page 242

1    provided, they are used on residential,

2    institutional, commercial, schools and are

3    classified as a green product.

4         Q.    Fiberglass insulation is used in

5    residential homes, schools and other

6    buildings too; is that correct?

7         A.    That's correct.

8         Q.    Hardwood is also used in those

9    types of environments; is that correct?

10        A.    It is but to a far, far lesser

11   degree than in travel trailers.

12        Q.    There are formaldehyde-emitting

13   products in stick-built homes, correct?

14        A.    There is.

15        Q.    And in manufactured homes?

16        A.    There is.

17        Q.    And in this room that we are

18   sitting in today, correct?

19        A.    Probably so, some.

20        Q.    Do you know if the foam insulation

21   you have over there was available in 2005?

22        A.    Yes, sir, it was.

23        Q.    Did you research to see the

24   availability and what quantities in 2005?

25        A.    The quantity, no, I did not.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 243

1      Q.   Do you know if that foam

2   insulation is currently used in any type of

3   travel trailer product in the ceilings and

4   walls?

5      A.   That particular, I don't know.  I

6   think they use it in composite panels.

7      Q.   Are you talking about the

8   hardboard or composite panels of foam?

9      A.   With the foam.

10     Q.   What do you mean by that?  I'm

11  confused.

12     A.   A wall panel that comes already

13  assembled with the foam in it.

14     Q.   As far as in a travel trailer, you

15  don't know?

16     A.   I think so.

17     Q.   Do you know when that started to

18  take place?

19     A.   No, sir.

20     Q.   In 2005, do you know if that was

21  utilized?

22     MR. PINEDO:

23          Objection, form.

24     THE WITNESS:

25          No, sir, I don't.

Page 244

```
 1    EXAMINATION BY MR. MULCAHY:

 2        Q.   We were talking some about the

 3    HVAC system, the A/C system on the Castanel

 4    unit, correct?

 5        A.   Yes.

 6        Q.   And your opinion was that there

 7    was some duct leakage with that system,

 8    correct?

 9        A.   Yes, sir.

10        Q.   And negative pressurization?

11        A.   Yes, sir.

12        Q.   But you go on in your Alternative

13    Methods Section and mention, regarding the

14    HVAC system that was in place, it is my

15    understanding that you don't have an

16    alternative HVAC system to utilize, you are

17    just commenting on the construction methods

18    that were utilized on the Castanel unit,

19    correct?

20        A.   Yes, sir.

21        Q.   You do mention positive pressure

22    inside your alternative construction method

23    section.  Is that by adding a different type

24    of mechanical system to the travel trailer?

25        A.   Right.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 245

1       Q.   And what type of system are you

2   talking about there?

3       A.   I think it is a self-contained

4   unit with a filtrated ventilation system,

5   closed heating, cooling and ventilation.

6       Q.   Did you have a price on that?  I

7   don't see that in your report.

8       A.   Not at the time that I wrote the

9   report.  I think we have done that since.

10      Q.   But at the time you wrote this

11  report and in your report, you did not have

12  that information?

13      A.   I did not.

14      Q.   With the concept that you have in

15  your alternative methods, is it your opinion

16  that you would have to have a forced

17  air-type system with that type of

18  construction method?

19      A.   You could have the natural

20  ventilation as long as you utilized the

21  window openings, but you no longer would

22  have to deal with the -- no one would have

23  had to deal with the quantity of materials

24  in the building that emitted whatever

25  quantities were being emitted of

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255            (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 246

1    formaldehyde.  You would have eliminated the

2    largest single source of formaldehyde in the

3    unit.

4         Q.   The only material that you are

5    replacing that would be formaldehyde-based

6    in your mockup over there is the Masonite,

7    correct?

8         A.   That has --

9         Q.   That would be the

10   nonformaldehyde-emitting or lower

11   formaldehyde emission?

12        A.   That's correct.

13        Q.   The rest of the materials, you are

14   still envisioning using cabinets and chairs

15   and sofas and carpets, correct?

16        A.   Well, they certainly can change

17   all of that to nonformaldehyde-containing

18   materials or hardwood materials.

19        Q.   Do you know if that is available

20   as far as carpets and sofas and soft goods?

21        A.   Totally, no, but considerably

22   reduced, yes, in the furniture and

23   cabinetry.  In the carpeting, I couldn't

24   speak to that, but a quick, simple fix to

25   that would have been just put linoleum

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 247

1    throughout and you would not have any VOCs

2    from that formaldehyde-wise.

3        Q.    Inside your report, in this

4    alternative method you have in your report,

5    you don't take into account replacing those

6    particular materials in this alternative

7    method, correct?

8        A.    I don't.  That wouldn't be an

9    alternative design, that would just be a

10   substitution of the content items.

11       Q.    Do you know how much carpet can

12   off-gas?

13       A.    Depends on the carpet.  Depends on

14   the amount of formaldehyde in it.

15       Q.    And the same thing with the

16   cabinet materials?

17       A.    Depends on how much off-gassing

18   materials they have in the materials.

19       Q.    Go ahead.

20       A.    And whether they are fully

21   wrapped, fully encapsulated.

22       Q.    Okay.  From what you told me

23   earlier, it is your opinion that using the

24   foam insulation would make a more airtight

25   unit, correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Alexis Mallet, Jr.

Page 248

1        A.   Yes, it would.  You would

2   eliminate most of the air passage because of

3   the foam material not allowing the air or

4   air vapor, moisture vapor to go through it.

5        Q.   Do you know if this unit, the way

6   you have it envisioned in your alternative

7   method would exceed .008 parts per million

8   in formaldehyde emission levels if it was

9   constructed in the way of your alternative

10  method?

11       MR. PINEDO:

12            Objection, form.  Are you just

13  talking about the walls or are you talking

14  about something different?

15       MR. MULCAHY:

16            His whole concept as to

17  alternative design.

18  EXAMINATION BY MR. MULCAHY:

19       Q.   You haven't tested to determine

20  whether or not if you use that method if it

21  would exceed a particular formaldehyde

22  level, correct?

23       A.   No.  But if it is not emitting

24  formaldehyde, then --

25       Q.   I'm talking about the materials

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 249

1     you would use to replace the --

2          MR. PINEDO:

3              Let him finish his answer, please.

4     EXAMINATION BY MR. MULCAHY:

5          Q.   Go ahead.

6          A.   If the materials you use are not

7     formaldehyde-emitting, then a threshold then

8     becomes a moot point because there are no

9     emissions to cross over the threshold.

10         Q.   But in your alternative method,

11    the only materials that you replaced would

12    be the insulation and the type of paneling,

13    correct?

14         A.   Replaced?  That's correct.

15         Q.   And you also added the Home Wrap

16    as an additional item?

17         A.   Correct.

18         Q.   But as far as any other items that

19    would be incorporated on the interior of a

20    travel trailer, you don't have any of those

21    additional items in your alternative method,

22    correct?

23         MR. PINEDO:

24              Objection, form.

25         THE WITNESS:

Page 250

1              I don't.

2     EXAMINATION BY MR. MULCAHY:

3         Q.   I'm talking furnishings, soft

4     goods, cabinetry, any other items that would

5     be utilized as far as toilets, all that

6     would stay the same based on what you have

7     in here; is that correct?

8         A.   I didn't address that.  I only

9     addressed the construction of the wall

10    system with the largest

11    formaldehyde-emitting products in the unit.

12             It would have been very easy for

13    the manufacturer to have purchased

14    nonformaldehyde-emitting materials for the

15    flooring and to -- I mean, they have cabinet

16    shops, so it was their decision what

17    materials to use.  They could have easily

18    used nonformaldehyde-emitting materials or

19    ultralow formaldehyde-emitting materials in

20    the construction of the cabinet.

21        MR. MULCAHY:

22             I will object as nonresponsive.  I

23    don't think there was a question on the

24    table.

25        MR. PINEDO:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 251

1           Were you finished with your

2    answer, Mr. Mallet, even though there was an

3    objection to the responsiveness?

4           THE WITNESS:

5              Yes, sir.

6    EXAMINATION BY MR. MULCAHY:

7       Q.   Under Alternative Construction

8    Methods, on page 95, you mention jacking and

9    blocking.  Do you know why you have that

10   under that section, Item 10 and Item 11?

11      A.   Yes.  As an alternative

12   construction method, obtaining the

13   information from the manufacturer as to

14   whether their units can be jacked and

15   leveled off of the ground, what effect that

16   would have on the unit, what recommendations

17   they have for how to jack and level.  That

18   would be an alternative construction method

19   that evidently wasn't used.

20              So it would be prudent of the

21   installer to get some sort of installation

22   information from the product manufacturer.

23      Q.   Are you talking about an

24   alternative construction method regarding

25   the way the Castanel unit is constructed

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 252

1     today or based upon the alternative

2     materials that we have discussed here this

3     afternoon?

4          A.   Yes.

5          Q.   The way it is today?

6          A.   Both.

7          Q.   Both?

8          A.   Under any circumstances, I

9     wouldn't think of installing so much as a

10    sheet of plywood on your house without

11    knowing what the standards are for the

12    application, nailing, size of nails,

13    location of nails on that.

14              I wouldn't put panels on, I

15    wouldn't put roofing on, I wouldn't install

16    a fireplace without having the installation

17    instructions to see if I am doing it in a

18    fashion that is consistent with the

19    manufacturer's guidelines or -- guidelines.

20    And if there were not any guidelines, I

21    would find out from them and get it in

22    writing how I could apply it, if it could be

23    applied at all.

24              I'm not going to take the

25    liability upon myself to do something for

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castane!)                    Alexis Mailet, Jr.

Page 253

```
 1    someone without knowing what needs to be
 2    done or how it could be done or if it could
 3    be done at all.
 4         Q.   Did you contact the manufacturers
 5    of the hardboard and foam insulation to
 6    determine if it could be utilized in a
 7    travel trailer-type vehicle?
 8         A.   No.  I looked their information up
 9    and found that it was used in mobile homes.
10    Of course, I knew that before.  And that it
11    could be used in humid, moist areas, high
12    traffic areas.
13         Q.   Other than the mockup you have
14    here today, you have not done an actual
15    blueprint design of a unit from start to
16    finish utilizing these alternative
17    materials; is that correct?
18         A.   No, sir, I haven't.
19         Q.   Nor a weight analysis of that unit
20    after it had been constructed in that
21    method?
22         MR. PINEDO:
23              Objection, asked and answered.
24         THE WITNESS:
25              No, sir.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                                Alexis Mallet, Jr.

                                                          Page 254

1    EXAMINATION BY MR. MULCAHY:

2         Q.   On a travel trailer constructed in

3    the way the Castanel unit was constructed,

4    do you know what the average age of a travel

5    trailer is with proper maintenance?

6         MR. PINEDO:

7              Objection, form.

8         THE WITNESS:

9              I don't know the average.  I do

10   know that they will last for some time.

11   EXAMINATION BY MR. MULCAHY:

12        Q.   But as part of that use of a

13   travel trailer, you expect to have certain

14   routine maintenance; is that correct?

15        A.   I think on any -- yes.  In any

16   vehicle or structure, you are going to have

17   routine maintenance.

18        Q.   Such as caulking around windows

19   and doors?

20        A.   Yes.  That actual maintenance, if

21   done with some quality materials and done

22   properly, should be long-term in between

23   having to address those conditions.

24        Q.   The typical caulking around a

25   stick-built home, around the window, from

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 257

1    that was filled out by hand, and I couldn't

2    tell you whether they were both on the same

3    or on different forms.

4        Q.   You didn't see any evidence around

5    the air-conditioning system in the Castanel

6    unit indicating a past heavy water leak, did

7    you?

8        MR. PINEDO:

9            Objection, form.

10   THE WITNESS:

11           No, sir.

12   EXAMINATION BY MR. MULCAHY:

13       Q.   You didn't see any actual evidence

14   of condensation taking place in the wall

15   cavities during your inspection; is that

16   correct?

17       A.   No, sir, I wouldn't have expected

18   to.

19       Q.   I'm talking about past evidence of

20   condensation in the wall cavities.

21       A.   No, but we would not necessarily

22   have seen that.

23       Q.   I'm just asking what you saw in

24   your inspection.

25       A.   Sorry.  Yes, sir, you're right.  I

Page 261

1    included fiberglass insulation.

2    EXAMINATION BY MR. MULCAHY:

3        Q.    In your report, I think you

4    discussed this earlier, that by one of the

5    windows, you mentioned you may have seen

6    some moisture on the, for lack of a better

7    term, the sill or the ledge of the window,

8    or evidence of moisture; is that correct?

9    I'm looking for your report right now.

10       A.    Yes, sir.

11       Q.    You noted the appearance of

12   "mold-like substance on window frames,"

13   correct?  That's on page 33, B.1.i.a.

14       A.    Yes, sir.

15       Q.    You don't know how long that

16   particular mold-like substance had been on

17   those windows, correct, the window frames?

18       A.    No, sir, that was just an

19   observation.

20       Q.    And you don't know the cause of

21   the water stains on those window frames?

22       MR. PINEDO:

23           Objection, form, asked and

24   answered.

25       THE WITNESS:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                          Alexis Mallet, Jr.

Page 262

1               It would only have to be through

2      either water leaks or condensation.

3      EXAMINATION BY MR. MULCAHY:

4          Q.   But you don't have any idea how a

5      unit that has been sitting in a field for

6      two years as to when that could have taken

7      place, correct?

8          A.   If it was condensation, probably

9      prior to its arrival in Lottie.  If it was

10     water infiltration, it could have been any

11     time.

12         Q.   Condensation, would that indicate

13     to you some type of leak in the caulking

14     around a window?

15         A.   No, sir.

16         Q.   What would that indicate to you?

17         A.   Air passage, air movement with

18     high moisture content infiltrating the

19     envelope.

20         Q.   Were you able to determine where

21     that air infiltration was as to the windows?

22         A.   Could have been anywhere.  The

23     walls were not sealed.  The floor to the

24     walls were not sealed.  The attic to ceiling

25     was not sealed.  So it could have been

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 263

1   emanating from anyplace, or originating from

2   anyplace.

3       Q.   You told me earlier about the air

4   pressure in the unit being a negative

5   pressure of 2.8 pascals.  Did you discuss

6   with Mr. LaGrange any other pressure

7   readings that he may have taken in the unit?

8       A.   Not that I remember.

9       MR. MULCAHY:

10          Let me look through my notes for a

11   minute.

12      (Recess.)

13      MR. PINEDO:

14          You want me to go ahead?

15      MR. MULCAHY:

16          Go ahead.

17   EXAMINATION BY MR. PINEDO:

18      Q.   Are you ready to proceed,

19   Mr. Mallet?

20      A.   Yes, sir.

21      Q.   Do you hold any licenses relating

22   to building?

23      A.   Yes, sir.  I have two general

24   contractor licenses, two state residential

25   contractor licenses -- might be three state

Page 264

1    residential licenses.

2         Q.   In what states do you hold state

3    residential building licenses?

4         A.   Just Louisiana now, just

5    Louisiana.

6         Q.   The general contractor license, in

7    which state do you hold that?

8         A.   Just Louisiana now.

9         Q.   How long have you been involved in

10   the building industry?

11        A.   Thirty-six years as the owner of

12   the company.  But since Hurricane Audrey hit

13   Louisiana, which was -- I think when I was

14   seven years old.  My daddy put me on the

15   roof and put me to work.

16        Q.   So how long would you say you have

17   been involved in the building industry?

18        A.   About 50 years.

19        Q.   How many residences or structures

20   have you worked on over that 40 to 50 years?

21        A.   Thousands.

22        Q.   In addition to that, have you ever

23   worked on travel trailers?

24        A.   Yes, sir.

25        Q.   Approximately how many travel

Page 265

```
 1    trailers have you either repaired or worked
 2    on?
 3         A.   Something just under 100.
 4         Q.   In your experience in the building
 5    industry for the last 40 to 50 years, as a
 6    licensed state residential builder and a
 7    licensed general contractor, have you become
 8    familiar with the types of products, wood
 9    products used in the building industry?
10         A.   Yes, sir.
11         Q.   Based upon your expertise in the
12    building industry for over 40 years, do you,
13    as a licensed residential builder and as a
14    licensed general contractor, do you see any
15    reason as to why the hardboard you are
16    recommending for this travel trailer could
17    not be used in travel trailers?
18         MR. MULCAHY:
19              Objection, form.
20         THE WITNESS:
21              No, sir.
22    EXAMINATION BY MR. PINEDO:
23         Q.   And the hardboard we are talking
24    about is what you have suggested in your
25    report that emits either zero or very little
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 266

1    formaldehyde.  Is that right?

2        A.   That's correct.

3        Q.   If I asked you the same question,

4    based upon your expertise in the building

5    industry for over 40 years and your

6    experience as a licensed residential builder

7    and a licensed contractor, do you see any

8    reason from a weight standpoint as to why

9    this hardboard could not be used in travel

10   trailers?

11       MR. MULCAHY:

12           Object to form.

13       THE WITNESS:

14           No, sir.

15   EXAMINATION BY MR. PINEDO:

16       Q.   Based on your experience as a

17   builder for over 40 years and as a licensed

18   residential builder in the State of

19   Louisiana and as a licensed general

20   contractor in the State of Louisiana, do you

21   see any reason, from a structural integrity

22   standpoint, as to why the hardboard you are

23   suggesting for use in travel trailers should

24   not be used in travel trailers?

25       MR. MULCAHY:

Page 267

1          Objection, form.

2      THE WITNESS:

3          No, sir.

4  EXAMINATION BY MR. PINEDO:

5      Q.   Do you consider the design

6  alternative that you have come up with to be

7  a superior method of construction?

8      MR. MULCAHY:

9          Objection, form.

10     THE WITNESS:

11         Yes, sir.

12 EXAMINATION BY MR. PINEDO:

13     Q.   Based upon your expertise as a

14 licensed home builder and as a licensed

15 general contractor and your experience for

16 over 40 years in the building industry, do

17 you see any reason as to why the foam

18 insulation you are recommending could not be

19 used in travel trailers?

20     MR. MULCAHY:

21         Objection, form.

22     THE WITNESS:

23         No, sir.

24 EXAMINATION BY MR. PINEDO:

25     Q.   Based upon your expertise in the

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 268

1    building industry for over 40 years and your

2    experience as a general contractor and your

3    licensing as a residential home builder, do

4    you see any reason from a weight standpoint

5    as to why the foam insulation you are

6    recommending should not be used in travel

7    trailers?

8         MR. MULCAHY:

9              Objection, form.

10        THE WITNESS:

11             No, sir.

12   EXAMINATION BY MR. PINEDO:

13        Q.   Based upon your experience in the

14   building industry for over 40 years and your

15   expertise as a general contractor and your

16   licensing as a residential home builder, do

17   you see any reason as to why the foam

18   insulation you are recommending should not

19   be used in travel trailers from a structural

20   standpoint?

21        MR. MULCAHY:

22             Objection, form.

23        THE WITNESS:

24             No, sir.

25   EXAMINATION BY MR. PINEDO:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 269

1          Q.    Do you consider the foam

2     insulation that you have suggested in your

3     report to be a superior method of

4     construction?

5          MR. MULCAHY:

6               Objection, form.

7          THE WITNESS:

8               Yes, sir.

9     EXAMINATION BY MR. PINEDO:

10         Q.    Would it add to the structural

11    integrity of the unit?

12         A.    Yes, sir.

13         Q.    Would you also recommend a forced

14    air ventilating system or a fresh air

15    ventilation system on page 95 of your

16    report?

17         A.    Yes, sir.

18         Q.    Assuming that a travel trailer had

19    the wall sections such as you have suggested

20    here, with an alternate wood product that

21    had either zero or a very low amount of

22    formaldehyde, would any remaining

23    formaldehyde be dissipated by the fresh air

24    ventilating system that you have suggested

25    in your report?

Page 270

1       MR. MULCAHY:

2            Objection regarding his area of

3  expertise.

4       THE WITNESS:

5            It would lower any VOCs in the

6  unit by replenishing the air exchange in the

7  unit.

8  EXAMINATION BY MR. PINEDO:

9       Q.   There was an objection, so let me

10  ask you a different question.

11            Mr. Mallet, did you also suggest a

12  fresh air ventilating system in your report

13  for travel trailers?

14       A.   Yes, sir.

15       Q.   What was the purpose of that?

16       A.   To add the fresh air intake, to

17  add fresh air to the unit for removal of

18  contaminants --

19       Q.   Contaminants such as what?

20       A.   -- and introduce into the building

21  non-contaminated, dehumidified air.

22       Q.   What contaminants would you be

23  concerned about in the context of a travel

24  trailer?

25       A.   Well, it could be anything from

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 271

1    moisture vapor to carbon dioxide to

2    formaldehyde, if it is present, to any other

3    types of materials, such as pollens, that

4    might have come in from the exterior.

5        Q.   In your examination of the

6    Castanel unit, what was the greatest source

7    or greatest number of wood products that

8    were releasing formaldehyde?

9        MR. MULCAHY:

10           Objection, form.

11       THE WITNESS:

12           The wall and ceiling panels.

13   EXAMINATION BY MR. PINEDO:

14       Q.   In your alternative design, are

15   you also suggesting that the ceiling panels,

16   not just the wall panels, be made of some

17   type of material that emitted very low or

18   zero formaldehyde?

19       A.   Yes, sir.

20       Q.   Assuming that this travel trailer

21   had the wall panels and ceiling panels that

22   you are suggesting, and there was some

23   residual formaldehyde released from the

24   upholstery or carpet, what effect would the

25   fresh air ventilation system you have

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 272

1    suggested have?

2        MR. MULCAHY:

3            Objection, form.

4        THE WITNESS:

5            It is designed to completely

6    replace the air within a unit every two and

7    a half or so hours.  So the exchange would

8    then remove the indoor contaminants.

9    EXAMINATION BY MR. PINEDO:

10       Q.   Would that have any effect on

11   buildup of formaldehyde in the unit?

12       A.   It would reduce the buildup of

13   formaldehyde.

14       Q.   There were questions earlier as to

15   whether or not Mrs. Castanel complained of

16   leaks around the windows.  Do you recollect

17   that?

18       A.   Yes, sir.

19       Q.   Just because Mrs. Castanel did not

20   complain or observe leaks around the

21   windows, does that mean that there were,

22   indeed, no leaks around the windows?

23       MR. MULCAHY:

24           Objection, form.

25       THE WITNESS:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                     Alexis Mallet, Jr.

Page 273

1              No, sir.

2     EXAMINATION BY MR. PINEDO:

3         Q.   Is it possible for water to leak

4     in around the windows and then go to the

5     inside of the wall cavity?

6         A.   It is.

7         Q.   And what effect would that have on

8     composite wood products that contain

9     urea-formaldehyde?

10        A.   Moisture induced into the wall or

11    ceiling cavities raises the level of -- one,

12    raises the level of relative humidity, and

13    two, it comes into direct contact as a

14    moisture source for an increase in

15    off-gassing.

16        Q.   You were asked about evidence of

17    past condensation in the wall cavities.  Do

18    you recollect that?

19        A.   Yes, sir.

20        Q.   Were you allowed to inspect the

21    wall cavities of this unit?

22        A.   No, sir.

23        Q.   If Recreation by Design were to

24    make this unit available to you such that

25    you could open up the wall cavities, would

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

                                                              Page 274

1      you then be inclined to go ahead and inspect

2      the wall cavities?

3           A.    Yes, sir.

4           Q.    Same question:  If they gave you

5      an opportunity to inspect the ceiling

6      cavity, would you then be able to open them

7      up and look for evidence of past

8      condensation?

9           A.    Yes, sir, or any other problems

10     that we could assess.

11          Q.    What effect would condensation in

12     the wall or ceiling cavities have on the

13     composite wood products that had

14     urea-formaldehyde resins?

15          MR. MULCAHY:

16               Objection, form.

17          THE WITNESS:

18               It would increase the off-gassing

19     rate.

20          MR. PINEDO:

21               Pass the witness.

22     EXAMINATION BY MR. MULCAHY:

23          Q.    Mr. Mallet, you worked with

24     Dr. Smulski in rendering your report,

25     correct?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 275

1      A.   Yes, sir.

2      Q.   You are not a wood scientist,

3   correct?

4      A.   No, sir.

5      Q.   Or wood specialist?

6      A.   No, sir.

7      Q.   You are not a chemist?

8      A.   No, sir.

9      Q.   Do you know what type of flooring

10   materials were in the Castanel unit?  I'm

11   talking about the subfloor, not the

12   decorative finishes.

13      A.   Not the decorative finishes, is

14   that what you are saying?

15      Q.   Right.  Just the subfloor

16   materials.

17      A.   Based on the information given, I

18   believe it is 5/8ths-inch plywood.

19      Q.   Did you rely upon Dr. Smulski to

20   give you information regarding the wood

21   products in the Castanel unit?

22      A.   Did I rely on him to do that?  No.

23      Q.   Did you obtain an inventory from

24   Dr. Smulski regarding the products in the

25   Castanel unit?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 276

1      A.    Yes, sir.

2      Q.    Did you rely upon that in

3   rendering your report?

4      A.    Only from the standpoint of his

5   verification that the lauan hardboard does

6   emit formaldehyde, but we knew that before.

7      Q.    Are you done?

8      A.    Yes.

9      Q.    I didn't mean to cut you off.

10     A.    Well, I did hesitate for a moment.

11     Q.    Did you talk to Dr. Smulski

12   regarding your alternative method,

13   construction method?

14     A.    Yes.

15     Q.    What did you discuss with

16   Dr. Smulski?

17     A.    We discussed the whole design,

18   including the Masonite hardboard paneling.

19   He is actually the one who got the

20   information on the urea-formaldehyde and

21   sent to it me.  I think he is a member of

22   the Composite Panel Association or

23   something.

24     Q.    When did you talk to Dr. Smulski

25   about an alternative construction method?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Alexis Mallet, Jr.

Page 277

```
 1        A.    I don't know.

 2        Q.    Was it before the Castanel

 3   litigation ensued, before you got involved

 4   in December of 2009?

 5        MR. PINEDO:

 6             Objection, form.

 7        THE WITNESS:

 8             Yes, sir.  It was much earlier

 9   than that.  Again, I think we started

10   tossing the idea of alternative designs

11   around in September or something like that.

12   EXAMINATION BY MR. MULCAHY:

13        Q.    Now, who is "we"?

14        A.    David Moore and I, Dr. Smulski,

15   and I think maybe Mr. Lambert.

16        Q.    Other than the three prior cases

17   now with Gulf Stream, Fleetwood and Forest

18   River, have you testified in any other

19   matters involving a travel trailer?

20        A.    No, sir.

21        Q.    Those are the only three cases --

22   I'm sorry.  And you would have testified

23   twice in Gulf Stream.  You testified at

24   trial too, correct?

25        A.    Yes, sir.
```

Page 278

1      Q.   But other than those instances,

2   those are the only times you have testified

3   regarding travel trailers?

4      A.   Right.

5      Q.   And you rendered opinions in each

6   of those times that you gave testimony as to

7   the travel trailer?  You gave an opinion as

8   to the construction of the travel trailer?

9      A.   Yes, sir.

10     Q.   Have you ever testified that any

11  of the travel trailers, including this one

12  here today, were suitably constructed?

13     MR. PINEDO:

14          I object to the form to the extent

15  he is being offered for opinions related to

16  the Castanel case.  To the extent the

17  witness remembers, he can answer.

18     THE WITNESS:

19          Well, we have not opined that the

20  whole system is defective.  I'm not quite

21  sure how to answer your question.

22  EXAMINATION BY MR. MULCAHY:

23     Q.   Did you find defects with the

24  construction in the other travel trailers

25  besides the Castanel unit that you have also

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Alexis Mallet, Jr.

Page 279

1    rendered testimony in?

2         A.   Yes, sir.

3         Q.   Did you talk to Bill Scott

4    regarding your alternative construction

5    method?

6         A.   No, sir.

7         MR. MULCAHY:

8              That's all I have.

9    EXAMINATION BY MR. PINEDO:

10        Q.   Sir, let me ask you, in your

11   experience in working on approximately some

12   100 travel trailers, did you become familiar

13   with the means, methods and manners of

14   construction of those travel trailers?

15        A.   Yes, sir.

16        MR. PINEDO:

17             Pass the witness.

18        MR. MULCAHY:

19             I'm sorry, I need to go through

20   those documents Mr. Mallet brought before we

21   go totally off the record.

22        (Off the record discussion.)

23        (Which concluded the deposition.)

24

25