# Transcript of the Testimony of
# Videotaped Deposition of Alexis Mallet, Jr.

### Date taken: July 17, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT C

Case 2:07-md-01873-KDE-MBN   Document 13315-8   Filed 04/16/10   Page 2 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 22

1   long break where we go through the file.
2        MR. DERHAM:
3             I don't want to walk out of here
4   with four boxes of stuff, I can tell you
5   that.
6   EXAMINATION BY MR. DERHAM:
7        Q    All right.  Let's go to your CV
8   first, if you don't mind.  Do you have that
9   there in front of you?
10       A    Yes, sir.
11       Q    Okay.  It looks like you have New
12  Iberia Senior High School, and you got a
13  Bachelor of Arts from USL, and your degree
14  is in -- Is it political science?
15       A    Yes, sir.
16       Q    Okay.  I thought I saw somewhere
17  in one of your papers, it was prelaw,
18  political science.  Is that actually what it
19  was called?
20       A    The sub-category was prelaw.
21       Q    Okay.  So there are different
22  branches of political science?
23       A    I guess it was a specific branch
24  of political science --
25       Q    Okay.

Case 2:07-md-01873-KDE-MBN   Document 13315-8   Filed 04/16/10   Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 25

1    Q    What type of construction does it
2    do?
3    A    Now, it doesn't do very much.  We
4    have distinction between two companies.
5    Royal does commercial construction, and our
6    First General company deals mostly with
7    insurance companies and defective
8    construction type construction work.  We
9    focus more on that now than any type of new
10   construction.
11   Q    And is that -- What was the name
12   of that company?
13   A    First General Services.
14   Q    First General Services.  Did you
15   start that business?
16   A    Yes, sir.
17   Q    When did you start that business?
18   A    1985.
19   Q    And you said that company is more
20   involved in handling basically repairs,
21   claims, estimates, appraisals, rebuilding
22   for insurance claims?
23   A    Yes, sir.
24   Q    Okay.  Is there a particular
25   insurance company that it's affiliated with

Case 2:07-md-01873-KDE-MBN   Document 13315-8   Filed 04/16/10   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 30

1    Q    Okay.
2    A    Like on the fire projects or mold
3    remediation work.
4    Q    Okay.  I see in, I guess, Page 7
5    of your CV, you're a licensed state general
6    contractor in Louisiana?
7    A    Yes, sir.
8    Q    As well as a licensed residential
9    building contractor in Louisiana?
10   A    Yes, sir.
11   Q    You're a licensed real estate
12   agent?
13   A    Yes, sir.  Dormant.
14   Q    Dormant?
15   A    Dormant.
16   Q    Okay.  You're a licensed state
17   mold remediation contractor?
18   A    Yes, sir.
19   Q    And a licensed Manufactured
20   Housing Commission/manufactured housing
21   installer --
22   A    Yes, sir.
23   Q    -- for the State of Louisiana?
24   Have any of those licenses ever been subject
25   to suspension or revocation or any kind of

Case 2:07-md-01873-KDE-MBN   Document 13315-8   Filed 04/16/10   Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation		Videotaped Deposition of Alexis Mallet, Jr.

Page 126

1  told by another expert?

2      A    Correct.

3      Q    Okay.

4      A    And the reports that are in the
5  enclosure along with other data that I
6  reviewed, just repeating their or taking
7  their position in how the building affected
8  it.

9      Q    No. 2, "The vapor barrier on the
10 temporary housing unit was designed and
11 placed on the cold side of the exterior
12 wall."  And then you talk about studies
13 which have looked at this kind of
14 application.

15          What are the typical signs of
16 condensation in a wall cavity resulting from
17 this application of vinyl wall covering?

18     A    Actually, the problem with vinyl
19 wall covering being on the cold side is that
20 you can't tell the condensation occurring in
21 the system.

22          The wood and other cellulose-based
23 products can actually be decaying before you
24 would actually find the damage or the panels
25 would be deteriorating on the wall.

Case 2:07-md-01873-KDE-MBN   Document 13315-8   Filed 04/16/10   Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 183

1    A    Correct.
2    Q    What I'm saying is what tells you
3    that they weren't properly sealed aside from
4    the manufacturer's installations, in your
5    opinion, saying they should be airtight?
6    Are there any other --
7        MR. PINEDO:
8            Objection.
9    EXAMINATION BY MR. DERHAM:
10   Q    Well, let me finish.  Are there
11   any other codes or standards or what have
12   you that govern the air conditioning
13   ductwork systems in this travel trailer?
14       MR. PINEDO:
15           Objection, form.
16       THE WITNESS:
17           Not in this travel trailer, but
18   just govern air conditioning ductwork.  I
19   mean, there's no specific separate set of
20   standards for travel trailer ductwork.  Just
21   like there's no separate set of standards
22   for the electrical used in there.  It's the
23   National Electrical Code.
24           But if you have a set of standards
25   for this travel trailer, I would be more

Case 2:07-md-01873-KDE-MBN   Document 13315-8   Filed 04/16/10   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation      Videotaped Deposition of Alexis Mallet, Jr.

Page 184

1  than happy to accept them and review them.
2  But to date, we haven't seen much of any
3  kind of standards or specifications or how
4  this trailer was built and what it was
5  supposed to meet.
6  EXAMINATION BY MR. DERHAM:
7       Q    What air conditioning ductwork
8  standards would be applicable in the design
9  and construction of this trailer?
10      A    Well, ASHRAE and SMACNA has
11 standards governing the construction of
12 ductwork.
13           Outside of that, it is the various
14 studies performed over the years stating
15 that the air leakage in ducts creates
16 negative pressures in the buildings that
17 they operate within, and that in hot, humid
18 climates, the pressurization in the building
19 should be positive and not negative.
20      Q    What --
21      A    So it's --
22      Q    I'm sorry.
23      A    It's the contribution or the cause
24 of the negative pressure is the duct
25 leakage.

Case 2:07-md-01873-KDE-MBN   Document 13315-8   Filed 04/16/10   Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 185

```
 1        Q    What ASHRAE standard applies to
 2   ductwork construction?
 3        A    I don't remember the number.
 4        Q    What SMACNA standard applies to
 5   the ductwork construction?
 6        A    I don't recall the number.
 7        Q    Do you know what the shape of the
 8   ducts was?
 9        A    I believe they were rectangular
10   based on what we could see.
11        Q    Do you know what the surface area
12   of the ducts was?
13        A    No, we do not.  Again, we couldn't
14   open anything to observe anything.  We were
15   severely hampered from being able to make
16   observations that would have been quite
17   beneficial to us in formulating our
18   opinions.
19        Q    Further on in Paragraph 8 on the
20   next page, on Page 97 -- Are you ready?
21        A    Yes.  Where?
22        Q    The fourth -- fifth line, it says,
23   "This contributed to the additional release
24   of formaldehyde."
25        A    Under which number, please?
```