1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4      IN RE:  FEMA TRAILER        MDL NO. 1873
 5      FORMALDEHYDE PRODUCTS       SECTION N(4)
 6      LIABILITY LITIGATION        JUDGE ENGELHARDT
 7      (This document relates to
        "DUBUCLET V. FLEETWOOD
 8        ENTERPRISES, INC.,"
        Case No. 07-9228)
 9
10                      *   *   *
11
12              DEPOSITION OF ALEXIS MALLET, JR.,
13      103 BRADBURY CROSSING, LAFAYETTE, LOUISIANA
14      70508, TAKEN AT THE OFFICES OF LAMBERT &
15      NELSON, 701 MAGAZINE STREET, NEW ORLEANS,
16      LOUISIANA 70130, ON THE 28TH DAY OF OCTOBER,
17      2009.
18
19
20      REPORTED BY:
21         CATHY RENEE' POWELL, CCR
           PSR
22         (504)529-5255
23
24
25
```


EXHIBIT D

Case 2:07-md-01873-KDE-MBN   Document 13315-9   Filed 04/16/10   Page 2 of 4
Case 2:07-md-01873-KDE-ALC   Document 11383-3   Filed 02/09/10   Page 2 of 4

89

1   designer or a manufacturer of a travel

2   trailer?

3        A.   No, sir.

4        Q.   Have you ever been involved in a

5   consultation, prior to this FEMA litigation,

6   involving a claim of formaldehyde in a

7   travel trailer?

8        A.   No, sir.

9        Q.   You are not a mechanical engineer,

10  are you?

11       A.   I am not.

12       Q.   Do you hold any engineering

13  degrees in any discipline?

14       A.   I don't, but I have a lot of

15  experience working with our engineers, and

16  35 years of construction experience in

17  design build, and having engineers and

18  architects working underneath me.

19       Q.   And you have never worked as a

20  designer or manufacturer of an HVAC system

21  or air-conditioning system specifically for

22  a travel trailer, have you?

23       A.   No, sir.  Although we have had to

24  specify or replace air-conditioning units

25  and ductwork systems in travel trailers when

Case 2:07-md-01873-KDE-MBN   Document 13315-9   Filed 04/16/10   Page 3 of 4
Case 2:07-md-01873-KDE-ALC   Document 11383-3   Filed 02/09/10   Page 3 of 4

105

```
 1    expert and give opinions on location or
 2    adequacy of warnings?
 3         A.   No, sir.  I am not an expert in
 4    that field, nor was it my intention to give
 5    testimony in that field, other than the
 6    observation.
 7         Q.   Of what you observed while you
 8    were inspecting the travel trailer?
 9         A.   That is correct.
10         Q.   All right.
11              Tell me what your role is in the
12    Dubuclet case.  We know there is Mr. Moore
13    out there, we know there is Mr. Ritter out
14    there, we know there are others out there.
15    What is your role?  What is the area of your
16    opinions and expertise in the Dubuclet case?
17         MR. PINEDO:
18              Objection, form.
19         THE WITNESS:
20              I basically lead the team,
21    disseminate who is going to look at what,
22    and have them to either -- if there are
23    calculations involved, perform the
24    calculations that will back up or that will
25    tell me whether a position that we have
```

Case 2:07-md-01873-KDE-MBN   Document 13315-9   Filed 04/16/10   Page 4 of 4
Case 2:07-md-01873-KDE-ALC   Document 11383-3   Filed 02/09/10   Page 4 of 4

106

```
 1    taken is accurate or inaccurate.
 2              They're the more technical end of
 3    the team, but, in general, I see and
 4    understand how the whole package fits
 5    together, how the parts and system works or
 6    doesn't work together, and how -- if it
 7    doesn't function, why it doesn't function
 8    properly.
 9    EXAMINATION BY MR. SAPORITO:
10         Q.   Are you saying Mr. Moore and
11    Mr. Ritter, in their particular fields,
12    cannot see how the whole package fits
13    together; and, therefore, they should defer
14    to your testimony in that area?
15         MR. PINEDO:
16              Objection, form.
17         THE WITNESS:
18              They are not brought in to perform
19    that function.  They can have opinions, they
20    can have observations, but my overall
21    function is to put the whole package
22    together.
23    EXAMINATION BY MR. SAPORITO:
24         Q.   Are you saying that Mr. Ritter and
25    Mr. Moore cannot verify their own
```