# Transcript of the Testimony of
# Videotaped Deposition of Alexis Mallet, Jr.

### Date taken: January 12, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT E

Case 2:07-md-01873-KDE-MBN   Document 13315-10   Filed 04/16/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)                    Videotaped Deposition of Alexis Mallet, Jr.

Page 20

```
 1    temporary housing units supplied by FEMA?
 2         A.   Yes, sir.
 3         Q.   Who did you contact?
 4         A.   The chief building inspector.
 5         Q.   Who was that?
 6         A.   The same name -- I don't recall.
 7    I have to dig it up.  It's the same name --
 8    the man that Liberty contacted, the chief
 9    building inspector.
10         Q.   And did he give you the same
11    response as to whether the building codes
12    were, in fact, applied to travel trailers
13    that he gave to Liberty?
14         A.   The response that I got was that
15    the building codes were not waived, they
16    only suspended the inspections.
17         Q.   By "suspending the inspections,"
18    what did you take that to mean?
19         A.   That the contractor was to do his
20    own inspections.
21         Q.   Do you have a document from the
22    chief building inspector of the City of New
23    Orleans that says that the building codes
24    were not waived for these particular units?
25         A.   Yes, sir.
```

Case 2:07-md-01873-KDE-MBN   Document 13315-10   Filed 04/16/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)          Videotaped Deposition of Alexis Mallet, Jr.

Page 21

```
 1        Q.   Let me mark this as the next
 2   exhibit, Exhibit 3.
 3             Now, Mr. Mallet, what I have
 4   marked as Exhibit 3 is, in fact, the e-mail
 5   chain between you and Mr. Odom; is that
 6   correct?
 7        A.   Yes, sir.
 8        Q.   And this e-mail chain begins on
 9   January 8 of this year, correct?
10        A.   I guess.  Yes, sir.
11        Q.   Do you have a copy of your own?
12        A.   No, sir.
13        Q.   All right.
14        A.   This is the only copy that I have.
15        Q.   All right.
16        A.   Yes, sir.
17        Q.   And the response that you got was
18   on January 11, which was yesterday, correct?
19        A.   Yes, sir.
20        Q.   So Mr. Odom related to you that
21   "We did not waive code requirements, we did
22   allow FEMA to have their own inspections,"
23   correct?
24        A.   Yes, sir.  I misspoke, I said the
25   contractors, it's FEMA.
```