274-12292

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:
THE ADMINISTRATIVE MASTER COMPLAINT,
THE FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
THE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND
THE THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER
COMPLAINT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT MOTION AND INCORPORATED MEMORANDUM OF JACQUET CONSTRUCTION SERVICES, LLC FOR LEAVE TO FILE AMENDED RESPONSES TO THE ADMINISTRATIVE MASTER COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

Jacquet Construction Services, LLC previously responded to the Administrative

Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental

and Amended Master Complaint and Third Supplemental and Amended Administrative Master

Complaint. All claims and affirmative defenses were not adequately addressed in the prior responses. It is appropriate, accordingly, that Jacquet amend the responses and further plead affirmative defenses, and it requests leave to do so. At the same time, Jacquet will respond to the Fourth Supplemental and Amended Administrative Master Complaint.

Counsel for Jacquet represents he has consulted with counsel for plaintiffs, and counsel has consented to the motion for leave. Exhibit 1. Amendments are allowed upon consent of opposing counsel. Federal Rules of Civil Procedure, Rule 15(a)(2). Upon consent, a motion to amend may be granted without hearing. Local Rule 7.3E.

//S// *John A. Stewart, Jr.*
JOHN A. STEWART, JR. (#8164)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112
(504) 524-6221   Fax (504) 529-4106
*(jas@hulsewanek.com)*
*Attorney for Jacquet Construction Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

//S// *John A. Stewart, Jr.*
JOHN A. STEWART, JR. (#8164)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112
(504) 524-6221   Fax: (504) 529-4106
*Attorney for Jacquet Construction Services, LLC*
*jas@hulsewanek.com*