274-12292

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-4"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
THE ADMINISTRATIVE MASTER COMPLAINT,
THE FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
THE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND
THE THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER
COMPLAINT

**************************************************************************

### STATEMENT OF CONSENT

        COMES NOW John A. Stewart, Jr., counsel for Jacquet Construction Services, LLC, and represents he consulted with plaintiffs' co-liaison counsel, and counsel has no objection to the consent motion of Jacquet for leave to file amended responses to the Administrative Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint and Third Supplemental and Amended Administrative Master Complaint and to further plead affirmative defenses.



//S// John A. Stewart, Jr.
JOHN A. STEWART, JR. (#8164)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112
(504) 524-6221   Fax (504) 529-4106
(jas@hulsewanek.com)
*Attorney for Jacquet Construction Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

//S// John A. Stewart, Jr.
JOHN A. STEWART, JR. (#8164)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112
(504) 524-6221   Fax: (504) 529-4106
*Attorney for Jacquet Construction Services, LLC*
jas@hulsewanek.com

-2-