274-12292

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

### NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:
THE ADMINISTRATIVE MASTER COMPLAINT,
THE FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
THE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND
THE THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER
COMPLAINT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Considering the motion of Jacquet Construction Services, LLC for leave to amend its responses to the Administrative Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint and Third Supplemental and Amended Administrative Master Complaint, and to further plead affirmative defenses, LET THE MOTION BE GRANTED. Jacquet Construction Services, LLC is hereby granted leave to amend its responses and to further plead affirmative defenses.

New Orleans, Louisiana this _____ day of _____, 2010.

> _____
> JUDGE