274-12292

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:
ALL CASES

*************************************************************************

## MASTER PRESERVATION OF DEFENSES OF JACQUET CONSTRUCTION SERVICES, LLC

Jacquet Construction Services, LLC, with a full reservation of rights, submits the following list of defenses to be preserved in all suits currently pending in the MDL proceeding in which it was named as a defendant and in all cases that may be filed or transferred to the proceeding in the future. Jacquet reserves the right to amend or supplement the list of defenses and to file any other preliminary pleadings, dispositive motions or affirmative defenses in any related matter in which it is now or subsequently named as a defendant:

1. The Complaints fail to state a claim upon which relief can be granted.

2. The claims are time barred

3. Respondent had no duty to plaintiffs.

4. Any and all damages complained of are a result of the fault of plaintiffs and/or third parties.

5. Plaintiffs have failed to mitigate their damages.

6. Any and all damages complained of by plaintiffs are the result of pre-existing conditions.

7. Any liability of respondent is limited according to its contract with FEMA.

8. Any liability of respondent is precluded by its contract with FEMA since it acted prudently in accordance with its contract and within its scope.

9. Any liability of respondent is precluded by its contract with FEMA since it followed instructions, guidelines or information issued by FEMA employees or agents who were authorized under the contract to issue such instructions, guidelines or information.

10. No action may be maintained against respondent since it performed its work according to specifications and instructions furnished to it by FEM which respondent did not make or cause to be made.

11. The claims are barred pursuant to the *Spearin* doctrine.

12. The claims are barred pursuant to the federal contractor doctrine.

13. The claims are barred pursuant to the independent contractor doctrine.

14. The claims are barred by estoppel, release or waiver.

15. Respondent is not a manufacturer.

16. The claims are barred pursuant to the sophisticated purchaser/user doctrine.

17. The trailer was not unreasonably dangerous under the Louisiana Products Liability Act.

18. If there was a defect in the trailer, which is specifically denied, said defect was apparent and obvious.

19. Respondent pleads, to the extent applicable, all defenses allowed under the Louisiana Products Liability Act.

20. To the extent economic damages are claimed, they are barred pursuant to the economic loss doctrine.

21. Any damages were caused by superseding or intervening events.

22. The claims are barred as a result of FEMA's acceptance of the work.

23. It adopts the defenses of other defendants to the extent they are not inconsistent with its interests.

*//S// John A. Stewart, Jr.*
JOHN A. STEWART, JR. (#8164)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112
(504) 524-6221   Fax (504) 529-4106
*(jas@hulsewanek.com)*
*Attorney for Jacquet Construction Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

known counsel of record.

                                            *//S// John A. Stewart, Jr.*
                                            JOHN A. STEWART, JR. (#8164)
                                            HULSE & WANEK
                                            1010 Common Street, Suite 2800
                                            New Orleans, LA 70112
                                            (504) 524-6221   Fax: (504) 529-4106
                                            *Attorney for Jacquet Construction Services, LLC*
                                            *jas@hulsewanek.com*