```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

IN RE: FEMA TRAILER                              MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                             NUMBER: 07-1873

                                                 SECTION: "N"(5)


## ORDER SETTING ORAL ARGUMENT
## VIA TELEPHONE

Oral argument on Keystone's Motion to Compel Discovery (rec. doc. 13270) will be conducted telephonically on May 5, 2010 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 15th day of ____April____, 2010.

                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE