# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore

### Date taken: February 26, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT B

1   EXAMINATION BY MR. MULCAHY:

2       Q.   Mr. Moore, are there any parts of

3   the New Orleans building code, the

4   International Building Code or the

5   International Residential Code specifically

6   related to a travel trailer?

7       A.   No, sir, not that I know of.

8       Q.   Just because a structure, any

9   structure, doesn't meet the code, a

10  particular portion of a building code, does

11  not mean that the occupants actually were

12  harmed, correct?

13      A.   No, sir, not -- not specifically.

14      Q.   Do you have any evidence that the

15  Castanel unit sustained any type of damage

16  due to not meeting local building codes, as

17  you opine?

18      MR. PINEDO:

19          Objection, form.

20      THE WITNESS:

21          I'm not sure.  Ask that again.

22  EXAMINATION BY MR. MULCAHY:

23      Q.   Do you have any evidence that the

24  Castanel unit sustained any type of damage

25  due to it not meeting the local codes that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)　　　　Videotaped Deposition of Charles David Moore

Page 160

```
 1   you believe are applicable?
 2        MR. PINEDO:
 3             Objection, form.
 4        THE WITNESS:
 5             I do not have any specific
 6   evidence of that, no.
 7   EXAMINATION BY MR. MULCAHY:
 8        Q.   You don't have any evidence that
 9   this vehicle -- that this travel trailer did
10   not comply with standards for RVs for ANSI
11   or NFPA, correct?
12        MR. PINEDO:
13             Objection, form.  Asked and
14   answered.
15        THE WITNESS:
16             I do not have any evidence of
17   that, no.
18   EXAMINATION BY MR. MULCAHY:
19        Q.   You didn't do any particular test
20   to see if there's any failure of the walls
21   regarding wind forces, correct?
22        A.   That's correct, we did not do any
23   testing like that.
24        MR. MULCAHY:
25             That is all the questions I have.
```