UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION N(5)

                                              JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*Nunnery v. Keystone Industries, Inc.,*
*et al*, 09-3871 (David L. McGraw)            MAGISTRATE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The foregoing Motion to Enroll Additional Counsel of Record filed by defendant CH2M Hill Constructors, Inc., having been duly considered,

IT IS ORDERED that Roy C. Cheatwood (La. Bar #04010), M. David Kurtz (La. Bar #23821), and Karen Kaler Whitfield (La. Bar #19350) of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be and hereby are enrolled as additional counsel of record for defendant CH2M Hill Constructors, Inc. in the captioned MDL proceeding.

New Orleans, Louisiana, this 16th day of April, 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE