1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:  FEMA TRAILER       MDL NO. 1873
 6   FORMALDEHYDE PRODUCTS      SECTION "N"(5)
 7   LIABILITY LITIGATION       JUDGE ENGELHARDT
 8                              MAGISTRATE CHASEZ
 9
10   This document relates to:  Earline Castanel,
11   et al v. Recreation By Design, LLC, et al
12              Docket No. 09-3251
13                   *   *   *
14
15        Deposition of EDWARD HALIE SHWERY,
16   Ph.D., Suite 200, 315 Metairie Road,
17   Metairie, Louisiana 70005, taken at the law
18   offices of Lambert & Nelson, 701 Magazine
19   Street, New Orleans, Louisiana 70130, on
20   Tuesday, the 2nd day of March, 2010.
21
22
23   REPORTED BY:
24        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255
```

EXHIBIT A

1  that she thought formaldehyde in her trailer
2  was causing her sleep problems or her
3  breathing concerns?
4      A    No, it was really generic "living
5  in that trailer, I had trouble."  I'm not
6  sure if she would be familiar in detail
7  about what formaldehyde is.
8      Q    I understand.  The next section is
9  entitled "Mental Status Examination"?
10     A    Yes.
11     Q    Tell us about that, please.
12     A    You mean what it is or what I
13 found?
14     Q    What you found.
15     A    Okay.
16     Q    You can tell us what it is.
17     A    Okay.  For the last one hundred
18 and, what, fifty years there has been the
19 development that we all use, physicians,
20 psychologists, psychiatrists, of a mental
21 status examination.  It is the fifth part of
22 a neurological exam, and it came from
23 neurology.
24         And it is essentially what the
25 findings are here.  You look at how the