# HISTORY / PHYSICAL EXAMINATION REPORT

**Name:** Earline Castanel  **DOB:** 8/10/30  **Date:** DEC 28 2009

**Reason for Visit / HPI:**
Chest cong., cough

## REVIEW OF SYSTEMS
(No ✓ or mark = not reviewed. For abnormal, Note & explain)

| WNL | Note | WNL | Note | PFSMH: |
|---|---|---|---|---|
| ☐ Gen | ☐ | ☐ Heart | ☐ | |
| ☐ Skin | ☐ | ☐ Lungs | ☐ | |
| ☐ HEENT | ☐ | ☐ Abd | ☐ | Drug Use: Y N |
| ☐ Neck | ☐ | ☐ GU/GYN | ☐ | Alcohol Use: Y N |
| ☐ Musc | ☐ | ☐ Neuro | ☐ | Tobacco Use: Y N |

## NOTES
☐ Vital Signs / Allergies / Medications Reviewed

**ALLERGIC TO:** Penicillin, Sulfa

[handwritten notes illegible]

EXHIBIT C

## PHYSICAL EXAM
(No ✓ or mark = not examined. For abnormal, Note & explain)

| WNL | Normal Findings | Note |
|---|---|---|
| ☐ Gen | Well-developed, Well-nourished. No acute distress. Normal habitus and grooming. | ☐ |
| ☐ Skin | No abnormal lesions, rashes, ulcers, or hair patterns. Warm, dry, and normal in color and texture. | ☐ |
| ☐ Eyes | Conjunctiva and lids normal. Pupils react to light and accommodation. Normal size and symmetry. | ☐ |
| ☐ Ears | External normal. Auditory canals normal. Tympanic membranes are normal. Hearing is grossly normal. | ☐ |
| ☐ Nose | External appearance normal. Mucosa, septum and turbinates normal. | ☐ |
| ☐ Mouth | Lips, teeth and gums normal. Tongue, palates and oropharynx normal. No masses. No exudates. | ☐ |
| ☐ Neck | No adenopathy. No masses. Thyroid smooth & symmetrical without tenderness or enlargement. | ☐ |
| ☐ MS | Normal bulk & tone. Equal strength. No muscle pain. No muscle spasms. Spine normal. Limbs normal in appearance and function. Joints normal. | ☐ |
| ☐ Heart | Regular rate & rhythm. No murmurs. No gallop. No rub. No JVD. No edema. Peripheral pulses normal. | ☐ |
| ☐ Lungs | Clear to auscultation with no adventitious sounds. Normal respiratory efforts. | ☐ |
| ☐ Abd | Soft & non-tender. No guarding. No masses. No pulsations. No hernias are detected. Liver is normal. Spleen is normal. Bowel sounds normal. | ☐ |
| ☐ GU / GYN  √ Appropriate | Bladder non-tender / distended. No CVA tenderness. ( ) Female: No lesions. Vagina without discharge. Cervix smooth with no lesions or CMT. Uterus normal. No adnexal masses or tenderness. ( ) Male: Penis normal. Scrotum normal. No lesions. No masses. No hernia detected. | ☐ For female LMP: |
| ☐ Neuro | Oriented to person, place, & time. No sensory or motor loss. DTR's symmetrical and normal. Normal balance and gait. CN II-XII grossly intact. | ☐ |

## ASSESSMENT
[illegible handwriting]

## PLAN
[illegible handwritten plan notes including medications]

**Signature:** [signature]

☐ Continued on Reverse

**Return Visit:** _____ Day(s) Week(s) Month(s) PRN Pending Labs