***Final Report***

# OCHSNER MEDICAL CENTER KENNER

180 W ESPLANADE AVE • Kenner, Louisiana 70065 • (504) 464-8040

## RADIOLOGY RESULTS

| | | | |
|---|---|---|---|
| PATIENT NAME: | CASTANEL, EARLINE | DOB/SEX: | F/08/10/1930 |
| CLINIC NO: | 8327091 | PT. CLASS: | O |
| ADMISSION NO: | 005001521529 | ORDER NO: | 90002 |
| PT NS/ROOM: | KOP-KOP | ACCESSION NO: | 10070700 |

ORDERING DR: JOSEPH GAUTREAUX
PMA TREATMENT CENTER 613 WILLIAMS BLVD
KENNER, LA 70062
5044415555

EXHIBIT E

DATE OF EXAM: Feb 22 2010

KCT 0039 - CT MAXIOFACIAL W/O CONTRAST:
39375960

CLINICAL HISTORY: sinusitis

ICD 9 CODE(S): ()

CPT 4 CODE(S)/MODIFIER(S): ()

RESULTS:
Procedure: noncontrast CT of the sinuses.

Technique: 1 mm axial images of the sinuses without contrast with coronal reformatted imaging from the axial acquisition.

Clinical Indication: 79-year-old female with sinusitis

Comparison: Plain film 12/28/2009

Findings: complete opacification of the right frontal sinus extending to opacify the right frontal ethmoid recess. There is mild mucosal thickening in the inferior frontal sinus opacifying the left ethmoid recess. There is moderate patchy opacities in the ethmoid air cells bilaterally. There is mild mucosal thickening in the right sphenoid sinus the left sphenoid sinus is clear. There is slight narrowing of the sphenoethmoid recesses. There is mild mucosal thickening within the left maxillary antra with a patchy along the left infundibulum narrowing the left osteal complex although it is patent. The ureters moderate mucosa thickening in the right maxillary antrum most pronounced inferiorly with opacity extending along the infundibulum obstructing the right ostomy of complex.

Nasal cavity: There is slight leftward deviation the nasal septum. Aerated secretions and nasal choana bilaterally. Slight asymmetry the roof the ethmoids left higher than on the right. The lamina papyracea are grossly intact bilaterally.

IMPRESSION:
Moderate patchy pansinus disease as described above with complete opacification the right frontal sinus and moderate mucosal thickening the right maxillary antrum with opacification the right osteomeatal complex and right frontoethmoid recess

**DIAGNOSTIC IMAGING**
CL NO: 8327091

NAME: **CASTANEL, EARLINE**