UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Castanel, et. al. v Recreation by Design, LLC, et. al* | * | |
| Docket No. 09-3251 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S RESPONSE TO DEFENDANT RECREATION BY DESIGN, LLC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
<u>AS TO EXPRESS WARRANTY CLAIM</u>

Plaintiff files this response to Defendant Recreation by Design, L.L.C.'s Motion for Partial Summary Judgment as to Express Warranty Claim, and in response, would show:

**I.**

Plaintiff hereby withdraws her claim as to express warranty. Defendant's partial motion for summary judgment on the express warranty claim is therefore moot.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

                            s/Justin I. Woods
                            JUSTIN I. WOODS, #24713
                            **PLAINTIFFS' CO-LIAISON COUNSEL**
                            Gainsburgh, Benjamin, David, Meunier &
                            Warshauer, L.L.C.
                            2800 Energy Centre, 1100 Poydras Street
                            New Orleans, Louisiana 70163
                            Telephone:     504/522-2304
                            Facsimile:      504/528-9973
                            jwoods@gainsben.com

                            **COURT-APPOINTED PLAINTIFFS'**
                            **STEERING COMMITTEE**
                            ANTHONY BUZBEE, Texas # 24001820
                            RAUL BENCOMO, #2932
                            FRANK D'AMICO, #17519
                            MATT MORELAND, #24567
                            LINDA NELSON, #9938
                            MIKAL WATTS, Texas # 20981820
                            DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  s/Gerald E. Meunier
                                                GERALD E. MEUNIER, #9471