**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Earline Castanel, et al. v. Recreation By Design, LLC, et al.*
*Case No. 09-3251 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF MATERIAL FACT WHICH REMAIN IN DISPUTE

**MAY IT PLEASE THE COURT:**

Plaintiff, through undersigned counsel, respectfully submits the following list of genuine issues of material fact which remain in dispute relating to mental anguish and fear of cancer in the above-captioned matter, and which preclude any motion for summary judgment on same:

1. Plaintiff disputes the factual claims made by Defendants in their Statement of Uncontested Facts, specifically numbers 5, 8, 9 and 10.

2. Whether Plaintiff suffers from mental anguish, anxiety and fear of cancer specific to her living in the trailer and her exposure to formaldehyde.

3. Whether her conditions, including mental anxiety and fear of cancer were made worse by her exposure to formaldehyde while living in the Recreation By Design Trailer.

4. Whether her fear of cancer is rationally based.

5. Whether her exposure to formaldehyde increased to any degree the likelihood that Plaintiff will develop cancer.

6. Whether the Defendants could have done anything to lessen the exposure to formaldehyde experienced by the Plaintiff.

7. Whether Recreation By Design failed to warn of formaldehyde in the travel trailer.

8. Whether there existed sufficient formaldehyde levels in the travel trailer to cause the injuries and symptoms experienced by the Plaintiff.

    Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

s/ Gerald E. Meunier
GERALD E. MEUNIER, # 9471
**PLAINTIFF'S' CO-LIAISON COUNSEL**
Gainsburg, Benjamin, David, Meunier & Warshauer, L.L.C
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
T: 504/522-2304
F. 504/528-9973
gmeunier@gainsben.com

s/ Justin I. Woods
JUSTIN I WOODS, #24713
**PLAINTIFF'S' CO-LIAISON COUNSEL**
Gainsburg, Benjamin, David, Meunier & Warshauer, L.L.C
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
T: 504/522-2304
F. 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON. #9938
MIKAL WATTS, Texas #20981820
DENNIS REICH, Texas #16739600

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on April 16, 2010.

                                      s/ Gerald E. Meunier
                                      GERALD E. MEUNIER, # 9471