# Transcript of the Testimony of
# Edwin Peter Ganier

## Date taken: April 1, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

## Page 53

1  Q  Did you ever see an owner's manual
2  in the trailer?
3  A  No.
4  Q  Do you know if there was an
5  owner's manual in the trailer?
6  A  I don't believe they had one.
7  Q  But you don't know if one was in
8  there somewhere?
9  A  No.
10 Q  So it's true there could have been
11 an owner's manual in the trailer and you
12 didn't see it?
13 A  Possibly, yes.
14 Q  Okay. Did you ever fix anything
15 in the trailer?
16 A  No.
17 Q  And when you all moved into the
18 house on St. Peter, it was completely
19 repaired?
20 A  Yes, it was.
21 Q  Since living in the trailer, is
22 your relationship the same with
23 Ms. Castanel?
24 A  Yes, it is.
25 Q  And as far as sexual activity, you

## Page 54

1  all still engage in the same amount of
2  sexual activity?
3  A  What that got to do with the
4  trailer?
5  MS. WALLACE:
6      I object to that.
7  MR. GARRISON:
8      Sir?
9  THE WITNESS:
10     What that got to do with this?
11 EXAMINATION BY MR. GARRISON:
12 Q  I'm just asking.
13 A  I think that's personal.
14 Q  Sir?
15 A  I think that's personal.
16 Q  Okay. But your relationship is
17 the same with Ms. Castanel since living in
18 the trailer and moving out?
19 A  Yes.
20 Q  As far as the appliances in the
21 trailer, they had a TV?
22 A  No. Well, they had a TV that we
23 put in the trailer. It didn't come with the
24 trailer, a TV.
25 Q  That's right. So you all had a TV

## Page 55

1  in there?
2  A  Yes.
3  Q  And you all ran the electricity
4  while you were living in the trailer?
5  A  Yes.
6  Q  Has Ms. Castanel ever mentioned
7  any fear of cancer to you?
8  A  Yes.
9  Q  When did she mention that?
10 A  Since her son died of cancer.
11 Q  When did he die?
12 A  I don't remember.
13 Q  The son died before Hurricane
14 Katrina, correct?
15 A  Oh, yes.
16 Q  So Ms. Castanel --
17 A  At least 10 years, 10, 12 years
18 ago.
19 Q  So after Ms. Castanel's son died
20 of cancer, she started talking to you about
21 fear of cancer?
22 A  Yes.
23 MR. GARRISON:
24     I think that's all I have.
25     Karen, do you have any questions?

## Page 56

1  MS. WHITFIELD:
2      Just a few.
3  EXAMINATION BY MS. WHITFIELD:
4  Q  Hi, Mr. Ganier. We met earlier
5  this morning. My name is Karen Whitfield
6  and I represent Shaw Environmental, Inc., in
7  this lawsuit. I just have a couple of
8  questions for you.
9      First of all, let me show you this
10 document and ask you if you have ever seen
11 this document before?
12 A  Yeah.
13 Q  This document, it's called
14 "Federal Emergency Management Agency,
15 Landowner's Authorization, Ingress-Egress
16 Agreement," and it's Bates numbered
17 SHAW-CAST 0005; is that correct?
18 A  Okay. Yes.
19 Q  You said you have seen this
20 document before, sir?
21 A  Yes, I did.
22 Q  Is this your signature on the
23 document?
24 A  Yes, it is.
25 Q  Under "Owner/Agent"?