# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

**Date taken: February 10, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**Page 85**

1  with you?
2  A  No.
3  Q  When you were cooking in your FEMA
4  unit, did you use the vent?
5  A  Yes.
6  Q  And you found the vent worked
7  properly?
8  A  Yeah, it worked okay.
9  Q  How do you feel today,
10  Ms. Castanel?
11  A  I don't feel too bad today, but I
12  have a lot in my sinus.
13  Q  Your sinus?
14  A  Yes.
15  Q  Do you have any stuffiness in your
16  nose today?
17  A  It seems like there's a little
18  bit. Not as much as there have been in the
19  last couple of days.
20  Q  The last couple of days?
21  A  Yes.
22  Q  Can you smell right now?
23  A  A little.
24  Q  When you lived in that FEMA unit,
25  did you smell anything unusual?

**Page 86**

1  A  Well, when I first walked in, I
2  didn't smell anything, but after I was in
3  there for about three, four, five weeks,
4  like that, that's when I started feeling a
5  change in me.
6  Q  Okay.
7  A  I started getting all stuffy. I
8  couldn't breathe like. All my nose would
9  get so stopped up, I had to do like that
10  (indicating), breathe through my mouth.
11  Q  And that was three or four weeks
12  after you moved in the FEMA trailer?
13  A  After I moved in the trailer. I
14  just would get stopped up, and then my
15  throat would get sore. I would go to the
16  doctor and he would paint my throat and
17  stuff my nose with some kind of medicine,
18  put me in front of the heat lamp, and he
19  would come back and he takes that out, that
20  stuff, that packing out, and then he will
21  give me a shot and he will give me some
22  medicine to take for my sinus, to clear it
23  up some, and some nose spray.
24  Q  And was this the visit to the
25  doctor three or four weeks after you moved

**Page 87**

1  into the FEMA trailer?
2  A  Well, it was about the fifth week,
3  sixth week, something like that. I was
4  feeling so bad and so stuffed up, I had to
5  go to the doctor, because I was afraid I was
6  going to smother.
7  Q  What doctor was that?
8  A  Dr. Gautreaux, Joseph Gautreaux.
9  Q  Okay. Now, when you were in the
10  trailer for the three or four weeks before
11  this, did you smell anything unusual?
12  A  Well, when I first walked in, I
13  didn't smell anything, you know. Well, it
14  did smell like newness, like when you go in
15  somewhere where it's new, like that, that's
16  how it smelled, but after that, I started
17  getting stopped up.
18  Q  And that was three or four weeks
19  later?
20  A  Yes, I started getting stopped up.
21  And since then, I really been stopped up and
22  getting sick with my sinuses.
23  Q  So from the time, three or four
24  weeks you moved into the trailer until now,
25  you have been stopped up; is that right?

**Page 88**

1  A  I have been stopped up and running
2  back and forth to the doctor with my
3  sinuses.
4  Q  When you were seeing Dr. Gautreaux
5  while living in the trailer, did you ever
6  tell him that -- did you ever mention what
7  you thought was causing your stuffy nose?
8  A  No, I just told him -- I just told
9  him I was stuffed up, my nose was stuffed, I
10  couldn't smell, and I was breathing like
11  through my mouth.
12  Q  When Dr. Gautreaux would give you
13  medicine, antibiotics, would that help clear
14  up your stuffy nose?
15  A  It would help, and he gave me some
16  nose spray. And like I say, he gave me a
17  shot, and this is not too -- This is not
18  three weeks yet. I went to him. I was
19  stuffed up. He packed my nose. He gave me
20  some medicine. He gave me a shot. He told
21  me what to do. Then he sent me to the
22  hospital to take X-rays of my sinus.
23  Q  And I just want to find out if you
24  got relief from your stuffy nose with --
25  A  It passes for awhile.

**Page 117**

```
 1  was before this came out.
 2      Q   Do you know if you have Chinese
 3  drywall in your house?
 4      A   I don't have no Chinese drywall.
 5      Q   Ma'am?
 6      A   I don't have that.
 7  MR. REICH:
 8          I thought that was in the other
 9  court.
10  EXAMINATION BY MR. GARRISON:
11      Q   Do you know what caused your
12  stuffy noses while living in the FEMA
13  trailer?
14      A   It just starts getting stopped up
15  and that was it. It just started getting
16  stopped up. And after I got out of the
17  trailer, I'm getting stuffed.
18      Q   Yes, ma'am.
19      A   The only one thing I just haven't
20  gotten to the point that I feel like I'm
21  going to smother, like I was when I was in
22  the trailer. When I was in the trailer,
23  when it first started happening, I got so
24  stopped up, I just couldn't breathe. Okay,
25  (indicating), like that. My nose was just
```

**Page 118**

```
 1  that stopped up.
 2          Now it still gets stopped up, but
 3  I haven't gotten to that point yet that I
 4  couldn't -- I can't breathe at all, that I
 5  got to (indicating). But my nose still gets
 6  stopped up.
 7      Q   So would you say that your nose is
 8  better since moving out of the FEMA trailer?
 9      A   I wouldn't say that.
10      Q   How often do you have a stuffy
11  nose?
12      A   Almost every other day I'm stuffed
13  up. There ain't a week that passes that I'm
14  not stuffed.
15      Q   How long has it been like that?
16      A   Since I got out of that trailer.
17  It goes and comes.
18      Q   And do you find it's pretty much
19  staying the same as far as frequency since
20  you moved out of the trailer?
21      A   Yes, it's still staying the same.
22  Still no change. No better.
23      Q   And I asked you a few minutes ago,
24  and I wasn't sure of the answer. Was there
25  something in your FEMA trailer that you
```

**Page 119**

```
 1  thought was causing your nose to be stopped
 2  up?
 3      A   I don't know. I just know that I
 4  got stuffed up. I don't know what was
 5  causing it or what. Like I said, when I
 6  first walked in there, it just felt like you
 7  were walking into a new house, but after I
 8  was in there, you know, them three or four
 9  weeks, five weeks, that's when I started
10  with this, and I been suffering with it ever
11  since.
12      Q   Would you feel a stuffy nose when
13  you were working at the church, in the
14  rectory?
15      A   No. Maybe once every three months
16  I might get a little sinus, something light,
17  but I never got stopped up that I couldn't
18  breathe.
19      Q   Would you feel stopped up when you
20  went over to Mr. Gagnet's house?
21      A   No. I mean, when I was sick in
22  the trailer and I would go over there, you
23  know, I would be stopped up, and he would
24  ask me, "Are you feeling all right?" His
25  momma and him asked me that. Because
```

**Page 120**

```
 1  sometimes we be talking, and I would go like
 2  that (indicating), talking to them.
 3      Q   The church where you worked, did
 4  that church flood?
 5      A   No. Not that I know of. I mean,
 6  when I went back there, I don't know if they
 7  had did anything else, you know, when I went
 8  back for the couple weeks that I went back
 9  to work there.
10      Q   So is your answer you don't know
11  if the church flooded?
12      A   I don't know. The church is low
13  on the ground, so I wouldn't know.
14      Q   Yes, ma'am. I'm actually more
15  interested in the rectory.
16      A   Oh, well, the rectory, that was
17  upstairs, so it was okay up there.
18      Q   After the hurricane, did you ever
19  notice outside in areas where there was
20  flooding, did you ever notice there was a
21  smell after the hurricane?
22      A   No. Certain streets you pass on,
23  sometimes, you know, there's more houses all
24  messed up, you know, that don't smell too
25  hot, but, I mean, I don't be going out in
```

```
 1    of soap?
 2        A    No.  I use liquid Dove.
 3        Q    Do you use deodorant?
 4        A    Yes.
 5        Q    What type of deodorant do you use?
 6        A    Shoot.  Well, the one I use, it
 7    don't have no scent.  I always get the one
 8    with no scent.
 9        Q    You always use the same type of
10    deodorant?
11        A    I always use the same type.
12        Q    What brand is that; do you know?
13        A    It starts with an "M."  "M" -- Oh,
14    shoot.  I can't think of the name of it
15    right now.  When it comes to me, I will tell
16    you.
17        Q    That's fine.
18        A    I can't think of it right now.
19        Q    Do you wear perfume?
20        A    No.
21        Q    Do you wear any type of other
22    cosmetics?
23        A    I never was the type that liked
24    all that kind of stuff.  I use my regular
25    soap and I just use lotion, Pond lotion.
                                        Page 133

 1        Q    What type?
 2        A    Pond.
 3        Q    Do you use any kind of make-up on
 4    your face?
 5        A    No.  I put lipstick.
 6        Q    You wear lipstick?
 7        A    Yeah.
 8        Q    What type of lipstick?
 9        A    Just regular lipstick.
10        Q    I see you wear fingernail polish?
11        A    Yes.
12        Q    What type of fingernail polish do
13    you use?
14        A    Just any kind.  Any type I see
15    that I like.
16        Q    And do you use any other personal
17    hygiene products that we haven't talked
18    about?
19        A    No.  Just like I said, underarm
20    deodorant and I use Dove or Dial.  That's
21    the only two things I use.
22        Q    When you went to Houston to
23    evacuate for Katrina, did you bring clothes
24    with you, extra clothes?
25        A    I brought a few pieces, because I
                                        Page 134

 1    thought I was coming back home.
 2        Q    Like everybody else.  I understand
 3    completely.
 4        A    Yeah.
 5        Q    So you brought maybe two or three
 6    days' worth of clothes?
 7        A    I brought about a week.
 8        Q    A week?
 9        A    Yeah.  Especially underclothes.
10        Q    Ma'am?
11        A    Like the underclothes, you know, I
12    had.
13        Q    Yes, ma'am.  And you left your
14    clothes back home on St. Peter Street?
15        A    Yeah, in the closet.
16        Q    Were those clothes destroyed?
17        A    Yeah, all the bottom of them was
18    all wet and messed up.
19        Q    Did you have to buy new clothes
20    after Hurricane Katrina?
21        A    I would buy a little bit at a
22    time.
23        Q    And did you buy some clothes in
24    Houston after Hurricane Katrina?
25        A    A few pieces.  Not too much.
                                        Page 135

 1        Q    And did you buy some clothes in
 2    New Orleans after Hurricane Katrina?
 3        A    A few.
 4        Q    Did you ever notice a smell with
 5    those new clothes?
 6        A    No.
 7        Q    Since you moved out of the FEMA
 8    unit, have you had any new physical
 9    complaints?
10        A    No more than with my sinus, and
11    then I started worrying about my sinuses
12    being so bad that I just started worrying a
13    lot about it, wondering if I'm going to get
14    any cancer or something like that, I be
15    worrying about that.
16        Q    Well, I'm going to ask you about
17    that, but let me just make sure we cover any
18    new complaints.  Since you moved out of your
19    FEMA unit, have you had any new physical
20    complaints?
21        A    No.
22        Q    You said you were worried about
23    cancer?
24        A    Yes.
25        Q    When did you start to worry about
                                        Page 136
```

```
 1  cancer?
 2      A   After I started seeing that on
 3  television and just hearing people talk. I
 4  mean, you know, no one special talked to me,
 5  but just hearing the news and things, then I
 6  started worrying, especially since I was
 7  getting worse and worse with my sinus.
 8      Q   And when was this that you started
 9  to worry about cancer?
10      A   Oh, that's been at least about
11  four months now, three, four months I been
12  worrying about it.
13      Q   So --
14      A   It's been so bad, I started
15  worrying about it.
16      Q   Yes, ma'am. So you started
17  worrying about cancer about three or four
18  months ago?
19      A   Yes.
20      Q   And is that the first time you
21  started worrying about cancer?
22      A   I would worry, wondering if I was
23  going to get well and this would pass me,
24  but when I hear it on the television and the
25  news, then I start worrying more.
                                    Page 137
```

```
 1      Q   When you hear what?
 2      A   About the cancer and the
 3  formaldehyde and all of that, I start
 4  worrying more.
 5      Q   All right. Have you read anything
 6  about formaldehyde and cancer?
 7      A   I just listen to the news.
 8      Q   The news on TV?
 9      A   Yes.
10      Q   Has anybody told you about cancer
11  and formaldehyde?
12      A   No, I didn't talk to no one about
13  that.
14      Q   Have you mentioned to any doctors
15  that you worry about cancer from
16  formaldehyde?
17      A   No, I didn't tell them. I just
18  worry myself. I just be worried.
19      Q   I understand. In the last month,
20  have you worried less about getting cancer?
21      A   No. I worry more, because my
22  sinus been bugging me more.
23      Q   Yes, ma'am. And you mentioned
24  your son passed a few years ago. What
25  caused him to die?
                                    Page 138
```

```
 1      A   Well, he had what you call that
 2  "lip notes," "lip notes" or whatever you
 3  call that cancer.
 4      Q   Did you worry about cancer before
 5  Hurricane Katrina?
 6      A   No.
 7      Q   Did you ever worry about cancer
 8  before Hurricane Katrina?
 9      A   No.
10      Q   Is your mother still alive?
11      A   My mother has passed. She's dead.
12  She has been dead.
13      Q   Yes, ma'am. How did she die?
14      A   Old age.
15      Q   Is your father deceased?
16      A   Yes.
17      Q   How did your father die?
18      A   Old age, too. They were almost 90
19  something years old.
20      Q   And how many brothers and sisters
21  did you have?
22      A   I had three brothers -- I mean,
23  two brothers and a sister.
24      Q   And are your brothers still
25  living?
                                    Page 139
```

```
 1      A   They're all dead.
 2      Q   And how did your two brothers die?
 3      A   My brother died, he died from old
 4  age, too.
 5      Q   And we talked about your sister
 6  earlier, and I don't want to guess. Is she
 7  still alive?
 8      A   She's dead.
 9      Q   Yeah, that's what I thought. And
10  how did your sister die?
11      A   She died, too. I mean, just
12  normal sickness, you know.
13      Q   All right.
14      A   All like -- My mother was like
15  eighty -- or 91 when she died.
16      Q   How old was your father when he
17  died?
18      A   He was around the same age.
19      Q   Yes, ma'am. When you moved back
20  into your house on St. Peter -- Do you need
21  a few minutes?
22      A   Yes, I do.
23  MR. GARRISON:
24      Why don't we take a few minutes.
25  MR. REICH:
                                    Page 140
```

**Page 161**

Q  Do you know offhand or are you able to tell me the medications that you're presently taking?
A  I have the paper I can show you. It's Lipitor and the pressure medicine starts with a "V."
Q  That's all right. You can just describe it as blood pressure medication.
A  Yeah, blood pressure.
Q  That's fine.
A  And I go over there for that, and every three months he takes my blood for a check, you know, how I'm doing.
Q  Yes, ma'am. That's fine. Any other medications that you're presently taking?
A  My eye drops.
Q  Eye drops.
A  Now, right now, I'm taking an antibiotic right now for my sinus and this other stuff I'm spraying and I'm taking Zyrtec.
Q  Zyrtec. Who prescribed the Zyrtec?
A  Dr. Gautreaux.

**Page 162**

Q  Okay. And how long have you been taking Zyrtec?
A  Well, I been taking it -- He put me back on them again. I was taking them before when I came out of the trailer. Then he gave me some other medicine. But then this last time I went to him, he put me back on them again. He gave me that, and he told me to spray this Nasonex in my nose.
Q  And you're presently taking antibiotics, correct?
A  Yeah, for that sinus infection.
Q  And Dr. Gautreaux told you it's an infection?
A  It's still bad. He said it's just bad. My sinuses have gotten worse.
Q  But he described it as an infection to you?
A  Well, he said it's worse, so I imagine it's an infection, I guess, because it's sore, you know. All up in here (indicating) be sore and my head, all this (indicating). Half of the time I'm stopped up.
Q  Yes, ma'am. And that's half of

**Page 163**

the time; is that correct?
A  Well, I mean, most of the time I'm all stopped up. Very seldom I'm breathing being normal like everybody else.
Q  And any other -- Are you taking any other medications?
A  Just the medicine I'm taking for my sinus and my pressure medicine.
Q  Yes. I'm just trying to get a picture of all your medications.
A  My pressure medicine, my cholesterol, and I puts my eye drops.
Q  When you pick up -- Where do you get your prescriptions filled?
A  Walgreens.
Q  Okay. And what Walgreens is that?
A  On Esplanade and St. Bernard -- I mean, on Broad and St. Bernard.
Q  And when you pick up your prescriptions, do you ever read the literature that they give you at Walgreens about your prescriptions?
A  No, I just take my medicine. Whatever the doctor have on there, that's what I do.

**Page 164**

Q  Do you know if any of the medications that you're taking for your blood pressure, do you know if those medications have any side effects?
A  No, I never had none since I been taking it.
Q  Do you know if any of the medication you take for your cholesterol have any side effects?
A  No. Like I said, I go every three months and get my blood work, and so far it's doing fine.
Q  Have you talked to Edward about your concerns about getting cancer?
A  Well, I been telling my daughter and them. I say, "I'm scared." I say, "I might get cancer. I'm scared. Since I been having this, it worry me so bad." They tell me, "Don't worry," but I still worries.
Q  Yes, ma'am. And I was asking about Edward. Have you --
A  Him, too. I tell him, and he tell me, "Oh, don't worry." I say, "Well, I do worry. I mean, this is not y'all. I'm the one who's suffering."

41 (Pages 161 to 164)

Page 165

1  Q   And you testified that you have
2  told your daughters about your concern about
3  cancer; is that right?
4  A   Yes.
5  Q   And have you mentioned that to all
6  of your daughters?
7  A   Yes, I told them all.
8  Q   And how often?
9  A   I be worried. Sometimes they find
10 me and I will be home sitting down crying.
11 Q   And how often have you mentioned
12 that to your daughters?
13 A   A couple of times.
14 Q   Now, do you find you still can get
15 out and go to the store and go eat at a
16 restaurant and do everything that you did
17 before the hurricane?
18 A   Not as much, because lot of times
19 I'm feeling bad, my head is stopped up and
20 my head hurt up here (indicating) and I just
21 stay at home, go lay down.
22 Q   But you still get out most of the
23 time?
24 A   Once in awhile.
25 Q   Do you take any over-the-counter

Page 166

1  medication?
2  A   No.
3  Q   And you know what I mean by
4  "over-the-counter"?
5  A   Like all the medicine, like cough
6  drops and -- I mean, like cough syrup and
7  all that stuff, no.
8  Q   The medicine you don't need a
9  prescription for?
10 A   No, I don't take nothing like
11 that. If I'm feeling bad or something, I go
12 to the doctor.
13    MR. GARRISON:
14        I will pass the witness.
15 EXAMINATION BY MR. KURTZ:
16 Q   Ms. Castanel, good afternoon. My
17 name is David Kurtz and I represent Shaw.
18 Do you need to take a break or do you want
19 to keep going for a little while?
20 A   No, I'm all right.
21 Q   Okay. Just let me know if you
22 feel like you need to take a break. Okay,
23 ma'am?
24 A   Uh-huh (affirmative response).
25 Q   Ms. Castanel, when you were living

Page 167

1  in Texas, did you pay any visits to New
2  Orleans for any reason?
3  A   Well, I came down a couple of
4  times to check my house and, you know, when
5  I came back to see if I could get a trailer.
6  Q   When you came back to check on
7  your house the first time, when was that?
8  How soon after the hurricane was it?
9  A   Oh, it must have been about a
10 month.
11 Q   Okay. Did you go inside your
12 house at that time?
13 A   I went to the door. It was too
14 bad then. I didn't, you know, go all the
15 way in.
16 Q   Did you go into the front room?
17 A   Into the front room, yeah.
18 Q   Okay. And this is the house on
19 St. Peter Street, right?
20 A   Right.
21 Q   And that's right off of Orleans
22 Avenue; is that right?
23 A   Yes.
24 Q   Okay. And it's not too far from
25 Bayou St. John, right?

Page 168

1  A   No. About three blocks.
2  Q   Okay. Are there a couple of
3  warehouses near the St. Peter Street house
4  around the corner on Dupre Street?
5  A   On Dupre Street, they got -- I
6  think there's a lumberyard or something. I
7  don't know what it is.
8  Q   Okay. Any other warehouses or
9  industrial facilities in your neighborhood?
10 A   On Toulouse Street, I know they
11 got that place where they sell all the
12 carnival stuff. That's all.
13 Q   Okay. Plush Appeal, the beads and
14 the throws for carnival?
15 A   Yeah, yeah. That's on Toulouse.
16 That's around the corner from me.
17 Q   Okay. And is there a Sheetrock
18 warehouse right around the corner from you?
19 A   No.
20 Q   Ms. Castanel, when you first saw
21 your house after the hurricane, was there
22 mold growing in it?
23 A   I didn't see no mold.
24 Q   "No"?
25 A   I seen it was wet, but I didn't

42 (Pages 165 to 168)