Results from human and animal studies indicate that the critical target organs to airborne formaldehyde are the nose and the eyes, with the lungs being a secondary target at high exposure levels. Due to rapid, detoxifying metabolism of formaldehyde by most, if not all, cells, tissues, and organs distant from portals of entry are spared toxic effects from formaldehyde at concentrations normally expected to be encountered in the ambient or workplace atmosphere.

**Respiratory Effects.**

The respiratory tract, especially the upper respiratory tract, is a critical target of the toxicity of airborne formaldehyde as shown by acute controlled exposure human studies, by studies of humans exposed acutely or repeatedly under occupational or residential conditions, and by studies of animals (including primates) exposed by inhalation for acute, intermediate, and chronic durations.

*Acute Controlled Exposure Human Studies.* More than 15 published studies of respiratory function and/or irritation of the nose, eyes, and throat are available involving acute controlled exposure of volunteers, generally at formaldehyde concentrations ≤3 ppm. Recent reviews of these studies include those by ACGIH (1992), Krivanek and Imbus (1992), and Paustenbach et al. (1997).

Controlled exposure human studies have found that short-term inhalation exposures to concentrations ranging from 0.4 to 3 ppm can produce symptoms of mild to moderate irritation of the eyes, nose, and throat. The odor threshold for formaldehyde in humans has been reported to be 1 ppm (Leonardos et al. 1969), but others have noted that it may range as low as 0.05 ppm (ACGIH 1992). Descriptions follow of findings for irritation of the eyes, nose, and throat from a sampling of available controlled exposure studies of acute irritation, emphasizing studies that examined symptoms of irritation at the lower end of this concentration range (Andersen and Molhave 1983; Bender et al. 1983; Day et al. 1984; Gorski et al. 1992; Krakowiak et al. 1998; Kulle et al. 1987; Pazdrak et al. 1993; Weber-Tschopp et al. 1977). Several of these studies reported that the initial severity of irritation lessened to some degree with continued exposure (Bender et al. 1983; Day et al. 1984; Green et al. 1987; Weber-Tschopp et al. 1977).

Weber-Tschopp et al. (1977) exposed a group of 33 healthy subjects for 35 minutes to concentrations of formaldehyde that increased during the period from 0.03 to 3.2 ppm; another group of 48 healthy subjects was exposed to 0.03, 1.2, 2.1, 2.8, and 4.0 ppm for 1.5 minute intervals. Eye and nose irritation were reported on a 1–4 scale (1=none to 4=strong) in both experiments, and eye blinking rate was measured in