UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO** | | * | |
| | | * | |
| *Earline Castanel et al. v. Recreation by* | | * | |
| *Design, LLC, et al*, Docket No. 09-3251; | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH
THERE EXIST A GENUINE ISSUE TO BE TRIED**

Pursuant to Local Rule 56.2, Plaintiff Earline Castanel sets forth the following statement of material facts as to which there exist a genuine issue to be tried, with respect to Defendant Recreation By Design LLC's ("RBD") Partial Motion for Summary Judgment as to Plaintiff's Failure to Warn Claim (Document No. 13241-1).

  **I. MATERIAL FACTS AS TO WHICH THERE EXIST A GENUINE ISSUE TO BE TRIED.**

    1. Whether FEMA is a sophisticated user of travel trailers.
    2. Whether Morgan Buildings and Spas ("Morgan") was a sophisticated user of travel trailers.
    3. Whether RBD was excused from warning FEMA or all travel trailer residents regarding the dangers of formaldehyde associated with residency in the travel trailers.
    4. Whether RBD had knowledge of the dangers of formaldehyde.
    5. Whether RBD was aware of potential dangers related to formaldehyde prior to FEMA and failed to warn FEMA of the same.
    6. Whether RBD had a continuing duty to warn FEMA of the potential dangers related to formaldehyde.
    7. Whether RBD had a continuing duty to warn Plaintiff of the same.

**II.	ALLEGED FACTS IN RBD'S MOTION WHICH ARE CONTROVERTED.**

1. Plaintiff controverts number seven in RBD's Statement of Uncontested Material Facts to the extent it states that Morgan inspected the units prior to FEMA's inspection. Testimony has shown that FEMA first inspected the units upon delivery from the manufacturer.

Respectfully Submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:	s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on April 16, 2010.

      s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471

3