1

```
            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS *
       LIABILITY LITIGATION  *    SECTION "N"(5)
                             *
                             *    JUDGE ENGELHARDT
THIS DOCUMENT IS RELATED TO  *    MAGISTRATE CHASEZ
                             *
Lyndon T. Wright, et al. v.  *
Forest River, Inc., et al.,  *
No. 09-2977                  *
                             *
* * * * * * * * * * * * * * *
```

EXHIBIT A

INCLUDES PORTIONS SUBJECT TO PROTECTIVE ORDER

The 30(b)(6) videotaped deposition upon oral examination of FOREST RIVER, INC., by Doug Gaeddert, a witness produced and sworn before me, Patrice E. Morrison, RMR, CRR, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiffs at The Marriott, 123 St. Joseph Street, South Bend, Indiana, on November 5, 2009, at 9:03 a.m., pursuant to the Federal Rules of Civil Procedure.

```
             STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
                    One Indiana Square
                       Suite 2425
                 Indianapolis, IN  46204
                      (317)237-3773
```

60

1  Q  All right. And obviously, we're not trying to
2     enter into the attorney-client privilege here. I
3     know Ernie's looking at me like he's about to
4     object.
5        MR. GIEGER: Right.
6  Q  And I'm not trying to get into anything that was
7     communicated regarding your defense or strategy
8     between counsel, but we're talking about any
9     documents that would be discoverable relating to
10    any testing of the trailers or anything that may
11    relate to the trial of this matter. Have they been
12    produced, to the best of your knowledge?
13 A  To the best of my knowledge, anything that would
14    apply to that would have been.
15 Q  Are there any communications between Forest River
16    and the plaintiff, Lyndon Wright, that you are
17    aware of?
18 A  No, sir.
19 Q  And I think you already testified to this in your
20    prior deposition. The total amount of compensation
21    Forest River received from the contract, and that
22    would have been with NACS, under which the trailer
23    was sold to FEMA through NACS.
24 A  I believe that --
25       MR. GIEGER: I'm going to object to it. Just

Gaeddert, Doug 11/05/09

61

```
 1        as long as it's clear that -- and I think it is --
 2        there's no contract between --
 3             MR. D'AMICO:  FEMA and --
 4             MR. GIEGER:  Between Forest River --
 5             MR. D'AMICO:  Right.
 6             MR. GIEGER:  -- and any governmental agency
 7        relative to disaster relief.
 8             MR. D'AMICO:  And I agree.
 9             MR. GIEGER:  I think all the other information
10        relative to dollars has either been previously
11        produced or appears in Mr. Liegl's Congressional
12        testimony.
13   Q    And really, we're concentrating on this trailer,
14        and I think Jeff Burian was asked about it
15        yesterday, and I think it was 9000 -- where is that
16        exhibit?  It was an exhibit, hold on.
17             Because you've already talked about the
18        47 million that was billed, and so did Mr. Liegl.
19        We're not asking you that.
20             Here.  Talking about the document that was
21        produced yesterday and discussed in Mr. Burian's --
22        I have it as an exhibit already out.  I'll give you
23        this.
24             MR. GIEGER:  It's Exhibit No. 4.
25   Q    This was produced yesterday.  There was a base
```

```
 1      price of 9455 which we discussed; a $40 option
 2      which was the upgrade on the refrigerator, for a
 3      total of 9495.  Do you have any other information
 4      on the invoice for this trailer?
 5   A  That's on the sales order and the confirmation.  I
 6      don't have a copy of the invoice.  And the invoice
 7      typically would have been --
 8   Q  Is this the whole package?
 9   A  This is also a confirmation, but yeah, I mean,
10      that's accurate.  You just stated what jibes with
11      all three of those pieces of paper.
12   Q  Okay.  Do you have any other information that you
13      would have to produce on the sale of this trailer?
14      The Lyndon Wright trailer.
15   A  No.  You had a freight -- you had a bill of lading
16      yesterday.
17   Q  There's a whole package of stuff in here.
18   A  Yeah.
19   Q  The bill of lading --
20   A  So the bill of lading would have had to -- would
21      have applied to that particular coach.  There would
22      have been --
23   Q  You want to take your time and look through it and
24      see?
25   A  Okay.  The reason I mention the confirmation, the
```

```
                                                              63
 1           confirmation may or may not show a transportation
 2           cost.  In the case of these 5000 FEMA units --
 3      Q    It does.
 4      A    The confirmation didn't; the invoice will.
 5      Q    The invoice did.
 6      A    That's what I'm -- that's the point I want to make
 7           so I don't get you in trouble here either.  The
 8           transportation on the 5000 NACS units, because it
 9           was subject to -- we might put a transportation
10           destination on when we built the unit, but we had,
11           majority of the time -- way too often the
12           destination changed by the time the units came off;
13           they'd have a different need, a different place.
14                So to clarify what you've asked, confirmation;
15           we'll show no transportation, no destination; bill
16           of lading, which will have a destination.  And
17           that's the information that's in the file.  Oh,
18           here's a partial copy of an invoice.  Yeah, you'll
19           have freight on the invoice in addition to, which
20           in this case transportation was invoiced, was
21           $2703, so...
22      Q    And that shows transportation to Louisiana.
23      A    Exactly.
24      Q    Are those all the documents relating to this
25           trailer?
```

103

1          in a lot of cases there was going to be an
2          approximately 30-day delay on those type items, and
3          for them to contact the retail customers.
4               And obviously everybody in the United States
5          and Canada knew what was going on, and I can only
6          remember one or two instances where we had somebody
7          that got kind of belligerent about -- and if I
8          remember right, we put some extra hours in and did
9          some modifications to some units in the yard to
10         satisfy one or two of those people that weren't as
11         understanding.
12    Q    And it's generally my understanding from your
13         testimony previously and the president, Mr. Liegl's
14         testimony, that you had to make some adjustments in
15         order to satisfy this while keeping in mind your
16         customer base, but you were able to do it within
17         your, let's say your existing factory runs.  You
18         didn't have to hire more people.
19    A    Yeah.  I mean we were able to balance it out.  And
20         so we ended up building -- you know, same people
21         built the products in the same facilities with the
22         same raw materials that we did before and shortly
23         after.
24    Q    Okay.  Generally speaking, and if you know, do you
25         know if any of the wood products -- particleboard,

Gaeddert, Doug 11/05/09

104

1    lauan -- that may be used in any of the travel
2    trailers that we're talking about may have been
3    imported from Asia, being China, Indonesia, the
4    Philippines?
5  A I don't know country of origins for any of the
6    specific materials. You do know that Malaysia,
7    Indonesia are fairly common sources on, you know,
8    the lauan, but -- in 2005, there were certainly no
9    documentation that I was aware of that had country
10   of origin.
11 Q Okay. So you don't know if Forest River suppliers
12   actually shipped Asian-manufactured wood products
13   for some of the wood products that were used in
14   these trailers.
15 A Best way to verify would go back down the supply
16   chain to the supplier.
17 Q There may have been Asian wood products in some of
18   those?
19 A I'm not going to say.
20       MR. GIEGER:  Asked and answered.
21 A No idea what country of origin, to be certain.
22 Q And again, I think you just said, in 2005, you
23   don't know if there were any markings on any of the
24   Asian wood products that would have alerted anyone
25   at Forest River to be able to distinguish it from

Gaeddert, Doug 11/05/09

                                                                          105

 1         domestic or manufactured wood.
 2     A   Yeah.  I'm not familiar with any markings that
 3         would have -- I think any markings would have been
 4         towards product type, maybe, but I don't know that.
 5     Q   Okay.  We talked a little bit about the frame and
 6         your interaction with Lippert, and so did
 7         Mr. Burian yesterday talk about that.  And it's my
 8         understanding that the actual frame for the travel
 9         trailer that was produced for NACS and shipped down
10         to the Gulf Coast that Lyndon Wright actually
11         resided in was a frame that had jacks.  Correct?
12     A   There were four stabilizer jacks as part of the
13         specification on this 5000-unit order.
14     Q   And was it the understanding at Forest River that
15         the trailers were spec'd for jacks?
16     A   Yeah, they were.  They were on the specifications.
17     Q   And consequently, was it your expectation that
18         these travel trailers would be spec'd with jacks
19         because there would be a need for them at some
20         point?
21             MR. KURTZ:  Object to form.
22     A   I don't remember thinking specifically about that
23         at the time we processed the bid, but you would
24         assume that, if they were going to spend the money
25         to put the jacks on, that they would utilize the

```
 1         jacks, but...
 2    Q    That's an assumption.
 3    A    That's -- yeah.  I don't --
 4    Q    Were there any discussions with anyone at FEMA or
 5         NACS, or was Forest River consulted by FEMA or NACS
 6         about putting the travel trailers on concrete piers
 7         or blocks and lifting them off their wheels?
 8    A    Not to my knowledge.
 9    Q    Was that listed anywhere in the specs, that these
10         units had to be capable of being lifted off their
11         wheels and placed on concrete piers?
12    A    No.  I looked back through there, and there's
13         nothing that refers to that.
14    Q    Did you have any understanding at the time that you
15         were filling this order for these 5000 units that
16         that is how they were ultimately going to be set up
17         at their destination?
18    A    We didn't have any discussions as to ultimate end
19         use.
20    Q    Do you have an understanding -- and this may be
21         beyond your expertise, and if it is so, just tell
22         me.  But do you have any understanding of what the
23         health risks are from exposure to formaldehyde?
24    A    I'm not a doctor.  And I think even amongst the
25         medical community, from what I've read in the last
```

137

1          Even though we have auditors, even though we
2     have QC people in every facility, kind of like
3     those random audits that Jeff Burian talked about
4     with RVIA would run unannounced, we randomly pull,
5     on average, about two units a day from the majority
6     of the facilities and do a random recheck of the
7     checks that we would have just done.
8          It's kind of an internal way of evaluating
9     each place individually, keeping ourself honest,
10    focused.  So that's what this is, basically one of
11    these daily summaries.  Actually, this one would
12    probably be -- yeah, this looks like it was a
13    one-day --
14  Q  March 27th.
15  A  One-day summary.  They also will supply us with a
16    monthly summary or quarterly summary.
17  Q  So how would it work?
18  A  All right.  On here, they ran through, this
19    particular day, 28 units.
20         You guys are becoming familiar with our plant
21    numbers, but if you look at the Plant # column,
22    it's going to show which units came from what
23    plant, so this included some motor homes as well as
24    towables.
25         The date obviously.

Gaeddert, Doug 11/05/09

147

1  Q  In the course of this litigation, you learned that.
2  A  Yes.
3  Q  So even though all of your FEMA run product was
4     being installed on piers, there was no systemic
5     complaint about leaks.
6  A  Not that I'm aware of.
7        MR. D'AMICO:  Object to the form.
8  Q  Was there any systemic complaint about condensation
9     in any of the units, the FEMA run units?
10 A  Not that I'm aware of.
11 Q  You mentioned that Forest River had supplied travel
12    trailers to the government, perhaps it was also
13    through NACS, for prior disasters; right?
14 A  Correct.
15 Q  Do you know whether in those prior disasters, the
16    trailers were being installed on concrete piers or
17    not?
18 A  I have no idea.
19 Q  You mentioned that, in 2004, Mr. Porter came to do
20    an inspection of a prototype of what would become
21    the FEMA run unit; right?
22 A  Correct.
23 Q  What did his inspection entail?
24 A  A walk-through part of the plant, part of the
25    facility, Plant No. 27, with plant manager that was

Gaeddert, Doug 11/05/09

1  involved in this -- we brought his name up a time
2  or two -- Jamie Albrecht, myself, Elton Keifer,
3  Eric Sharp, who is also a plant manager for a
4  couple of other facilities.
5      Review of this particular prototype, specific
6  prototype that we built to the FEMA specifications,
7  including the aluminum roof and the oven like we
8  talked about, the four-burner cooktop.
9      Open book for any documentation, any materials
10 he wanted to see.
11     We did take him up on a scaffolding -- it
12 wasn't actually a scaffolding; a mezzanine would be
13 the correct word, to show him the difference from a
14 distance between the one-piece seamless aluminum
15 roof, which we had one of in the building, and the
16 EPDM rubber roof so he could see, you know, what we
17 were saying was going to be a supply issue if it
18 actually came to that.
19     And just prior to lunch is when we completed
20 that inspection of that unit and the walk-through
21 in the plant and the short Q and A's that we had.
22     At that time, we were getting ready to go to
23 lunch, and I think I might have -- I don't know if
24 I said it in that last deposition, but one of the
25 things that impressed me about Dave Porter is we

149

```
 1        were going to go to lunch, and we said, "Hey, do
 2        you want to pop along? We're going to go grab,"
 3        you know, "a burger or something or some chicken
 4        wings or something."
 5             And he said, "No, I don't do that. I'd love
 6        to, but I don't do anything that could ever," you
 7        know, "be suspect as far as impropriety."
 8             And the guy was a very straight shooter. I
 9        know he struck me unique as just a great guy. I
10        was glad he was at my government.
11   Q    And I'm sure Mr. Miller is making a careful note of
12        that.
13             So he spent about three hours at Forest
14        River's facility inspecting the prototype in your
15        plant?
16   A    Yeah. I don't remember the exact, but it would
17        have been -- it would have been in the morning, and
18        it would have ended prior to lunch, so... The
19        plant managers typically go about 11:30, so right
20        around 11:30 we would have been done. So whether
21        he got there at 8:00 or 9:00, I don't recall
22        exactly, but it would have -- ballpark it pretty
23        close.
24   Q    Okay. Did the prototype have a Lippert-supplied
25        frame?
```

Gaeddert, Doug 11/05/09

```
 1    necessarily made any awards on that contract at this
 2    stage of the game, just that we had a protocol for
 3    going forward to execute the new contracts using
 4    these specs and this testing protocol.
 5         Q.    Did the new contract protocol extend to
 6    each and every manufacturer that was a source of
 7    emergency housing units?
 8         A.    Yes.
 9         Q.    Prior to that change, did -- was it the
10    prevailing view, at least your view, that the con- --
11    that the manufacturers were in fact providing units
12    that complied with the required safety standards for
13    formaldehyde?
14         A.    It was our understanding that the
15    manufacturers were -- if they were producing mobile
16    homes or manufactured housing, producing units that
17    complied with HUD standards.
18         Q.    M-hm.
19         A.    For those who were not producing
20    manufactured housing, they were producing park models
21    or travel trailers, which were recreational vehicles
22    that met or exceeded industry standards since there
```

1   were no federal standards that applied -- there were
2   no HUD standards that applied to their construction
3   at the time that those units were purchased for
4   Hurricane Katrina.
5        Q.   Well, how did the new specifications for
6   travel trailer manufacturing change what you refer to
7   as the industry standards?
8        A.   Well, our new specifications for park
9   models and mobile homes require that the units test
10  at point- -- what they ended up requiring is that
11  below .016 PPM.
12           Now, how the manufacturers and what the
13  manufacturers did to achieve that level in terms of
14  reducing components, materials, glues, et cetera,
15  that emit formaldehyde was up to them.  We were
16  interested in the outcome, which was a unit that
17  emitted no more than this amount of formaldehyde.
18           For travel trailers, we faced a different
19  or additional concern, and that was, they don't have
20  the ventilation systems that a park model or a mobile
21  home has.
22           So even if they use reduced formaldehyde,

196

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | make sure that we could build a unit that would              |
| 2  |   | comply with these specifications, proposed                   |
| 3  |   | specifications, A; and if we could, B, to have them          |
| 4  |   | arrange for a FEMA representative to conduct a               |
| 5  |   | First Article Inspection after we completed the              |
| 6  |   | unit.                                                        |
| 7  | Q | And did Forest River, in fact, build a unit that             |
| 8  |   | met these requirements?                                      |
| 9  | A | Yes, we did.                                                 |
| 10 | Q | And did, in fact, a FEMA inspector or first                  |
| 11 |   | inspector come out and look at that unit?                    |
| 12 | A | Yes.                                                         |
| 13 | Q | And who was that person?                                     |
| 14 | A | Gentleman's name was Dave Porter.                            |
| 15 | Q | And when did this first inspection -- site                   |
| 16 |   | inspection take place?                                       |
| 17 | A | This would have been -- I don't remember the exact           |
| 18 |   | date. It would have been the latter part of July,            |
| 19 |   | first part of August in 2004. Kind of the middle             |
| 20 |   | part of the summer, late part of the summer.                 |
| 21 | Q | And approximately how much time -- at that point,            |
| 22 |   | had you already built the unit for him to look at?           |
| 23 | A | Yeah. I think we had it come off line and we had             |
| 24 |   | him scheduled to come in through NACS two or three           |
| 25 |   | days after we had it projected to come off our               |

Gaeddert, Doug 11/05/09

197

1  production line.
2 Q And how long was he at the facility looking at this
3  unit?
4 A Mr. Porter was there in the morning, and I know he
5  left prior to 11:30, as 11:30 is when our plant
6  managers typically decide they're going to go to
7  lunch, and he was invited to go along. So I know
8  we were done at that time, and he declined to go
9  along because he wanted to make sure that
10  everything was on the up and up with his visit to
11  our facility, the inspection approval of that
12  particular unit.
13      And I know I told you last time, to me, it was
14  very impressive because he was a very straight
15  arrow and kind of renewed my confidence in some of
16  the stories that were going on about the government
17  at the time, although those have gone up further
18  since being associated with watching you do your
19  job as well.
20 Q As to Mr. Porter, sir, did Forest River make any
21  suggestions to Mr. Porter at that time, during
22  conversations or in writing or anything, suggesting
23  that perhaps FEMA may want to modify or alter the
24  specifications of the units that you had built for
25  him to examine or look at?

Gaeddert, Doug 11/05/09