Capital Reporting Company
**CONFIDENTIAL**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---------------------------X

IN RE:                          )   MDL NO. 1873

   FEMA TRAILER               )   SECTION "N" (4)

   FORMALDEHYDE PRODUCTS      )   JUDGE ENGELHARDT

   LIABILITY LITIGATION.      )   PAGES 1 - 40

---------------------------X

                Tuesday, September 23, 2008

                Washington, D.C.

CONFIDENTIAL DISCOVERY MATERIAL

30(b)(6) Videotaped Deposition of:

BRIAN McCREARY, called for oral examination by counsel for the Plaintiffs, pursuant to notice, at 1821 Jefferson Place, Washington, D.C., before Leslie Todd, of Capital Reporting Company, a Notary Public in and for the Commonwealth of Virginia, beginning at 12:28 p.m., when were present on behalf of the respective parties:

EXHIBIT D

Capital Reporting Company
CONFIDENTIAL

Page 15

```
 1   THU manufacturers use low formaldehyde -- excuse me --
 2   low formaldehyde-emitting products in its construction?
 3        A.   We had -- I remember nothing in our
 4   specifications that directly speak to formaldehyde, but
 5   they -- in the mobile home specifications, the
 6   manufacturers were required to comply with HUD
 7   requirements.
 8        Q.   But not the travel trailers, correct?
 9        A.   Correct.
10        Q.   And the huge majority of these purchases by
11   the government were for travel trailers, correct?
12        A.   Correct.
13        Q.   So the government was aware, and you were
14   aware in the contracting department, of
15   formaldehyde-emitting products with these temporary
16   housing units, correct?
17             MR. MILLER:  Objection.  Assumes facts not in
18   evidence, vague as to time.
19   BY MR. PENTON:
20        Q.   Correct?
21        A.   I was actually not aware that formaldehyde was
22   an issue, and I hadn't read the HUD specifications --
```

Capital Reporting Company
CONFIDENTIAL

Page 29

```
 1       A.   Yes.
 2       Q.   Were you aware they had provided temporary
 3  housing units to FEMA since the time of Hurricane
 4  Andrew?
 5       A.   No.  Just from my -- I wasn't involved until
 6  around -- in the housing program until sometime in
 7  2000.
 8       Q.   Since 2000 had you become aware of any
 9  complaints prior to Katrina of formaldehyde in a Gulf
10  Stream unit provided for temporary housing?
11       A.   No, sir.
12            MR. WEINSTOCK:  That's all the questions I
13  have.
14
15       EXAMINATION BY COUNSEL FOR DEFENDANT FLEETWOOD
16  BY MS. DALY:
17       Q.   My name is Taylor Daly, and I represent
18  Fleetwood.  I'm going to follow up on Mr. Weinstock's
19  questions.
20            With respect to Fleetwood, are you aware of
21  FEMA representatives going to facilities to look at
22  construction?
```