1

UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

In Re:  FEMA Trailer       )

Formaldehyde Products   ) MDL No. 1873

Liability Litigation    )

EXHIBIT F

Washington, D.C.

Tuesday, July 14, 2009

Videotape Deposition of MARTIN EDWARD McNEESE, called for examination by counsel for Plaintiffs in the above-entitled matter, the witness being duly sworn by CHERYL A. LORD, a Notary Public in and for the District of Columbia, taken at the offices of NELSON MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution Avenue N.W., Suite 900, Washington, D.C., at 9:03 a.m., and the proceedings being taken down by Stenotype by CHERYL A. LORD, RPR, CRR.

101

1   experience would have been working with travel
2   trailers in hurricane disaster areas, including the
3   Gulf Coast in Florida?
4        A.   That's correct.
5        Q.   Is -- am I also correct that to the best
6   of your knowledge and experience working with travel
7   trailers prior to Hurricane Katrina, you weren't
8   aware of any health concerns associated with
9   formaldehyde in the travel trailers; is that right?
10       A.   That's correct.  I was not.
11       Q.   And you dealt directly with occupants,
12  didn't you, in those other hurricane disaster areas
13  from time to time?
14       A.   I did.
15       Q.   And again, prior to Hurricane Katrina, you
16  weren't aware of any complaints by occupants relating
17  to formaldehyde or health effects of living in these
18  trailers?
19            MR. MILLER:  Objection, compound.
20       A.   Yeah,.
21            Actually I was not aware of any.
22            BY MR. SCANDURRO:

McNeese, Martin 071409