1

1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  FEMA TRAILER        MDL NO. 1873

5    FORMALDEHYDE PRODUCTS       SECTION N(4)

6    LIABILITY LITIGATION        JUDGE ENGELHARDT

7                                              EXHIBIT
                                                  I
8                    * * *

9              (RE:  DUBUCLET)

10

11        VIDEOTAPED DEPOSITION OF MORGAN

12   BUILDINGS & SPAS THROUGH ITS CORPORATE

13   REPRESENTATIVE JAMES SCHILLIGO, 2800 MCCREE

14   ROAD, GARLAND, TEXAS 75041, TAKEN AT THE

15   OFFICES OF MCGLINCHEY, STAFFORD, PLLC, 601

16   POYDRAS STREET, 12TH FLOOR, NEW ORLEANS,

17   LOUISIANA, ON THE 22ND DAY OF OCTOBER, 2009.

18
     REPORTED BY:
19
         PAT KENNEDY QUINTINI, CCR
20       PROFESSIONAL SHORTHAND REPORTERS
         (504)529-5255
21

22   VIDEOGRAPHER:

23       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
24       (504)529-5255

25

```
                                                    21
 1   is that right?
 2        A.   Correct.
 3        Q.   Do you have any idea of what
 4   proportion of those travel trailers, of that
 5   15,000, were Fleetwood travel trailers as
 6   opposed to Recreation by Design or Monaco?
 7        A.   I can give you a close estimate.
 8        Q.   Please do so.
 9        A.   A little over 10,000 pieces from
10   Fleetwood.  I believe it was 2,400 or 2,600
11   from RBD.
12        Q.   That's Recreation by Design?
13        A.   Yes, sir.
14        Q.   2,400 or 2,600?
15        A.   Yes, sir.  And the balance would
16   have been from Monaco.
17        Q.   As I understand your testimony --
18   let me start over.  As I understand your
19   testimony that Morgan does not now nor has
20   it ever constructed travel trailers?
21        A.   No, sir.  We have not.
22        Q.   Morgan is in the business of
23   selling buildings and spas and above-ground
24   pools?
25        A.   Yes, sir.
```

22

1   Q. And Morgan does not manufacture
2   mobile homes either, do they?
3   A. No, sir.
4   Q. Do you have an understanding of
5   the individual who first contacted Morgan
6   about purchasing travel trailers for use as
7   temporary housing units after Hurricane
8   Katrina?
9   A. Yes, sir.
10   Q. And who was that individual?
11   A. I had a phone call from, I think
12   it was Bryan McCreary, who is a FEMA
13   contracting officer, or it could have been
14   Mike Wagner.
15   Q. And do you remember approximately
16   when you got that call?
17   A. It was almost immediately after --
18   maybe even the day before the disaster,
19   Katrina hit.
20   Q. So that would have been in late
21   August 2005 that you had that phone call?
22   A. Yes.
23   Q. And who is Bryan McCreary?
24   A. He is a contracting --
25   MR. MILLER:

Schilligo, James 10/22/09

```
                                                            47
 1        A.   I believe it was in February of
 2   2006.
 3        Q.   So that was after the initial
 4   order was placed that we have marked here as
 5   Exhibit 4?
 6        A.   Yes.
 7        Q.   And generally speaking, do you
 8   remember what the nature of that email
 9   correspondence was with regard to
10   formaldehyde?
11        A.   One of the contractors, CH2M Hill,
12   had asked us about -- it was a list of
13   questions really.  It was about offgassing,
14   about monometer readings on gas units and
15   more or less safety issues.
16        Q.   Was that the first time Morgan was
17   aware of any issue with regard to
18   formaldehyde in these travel trailers?
19        MS. LIPSEY:
20             Object to the form.
21        THE WITNESS:
22             It was the first time that we had
23   been notified of anybody even talking about
24   formaldehyde.
25   EXAMINATION BY MR. PINEDO:
```

```
                                                            48
 1        Q.   Prior to that, Morgan was not
 2   aware of any issue with regard to
 3   formaldehyde in travel trailers from
 4   Fleetwood or anybody else?
 5        A.   No, sir.
 6        Q.   Fleetwood did not warn Morgan that
 7   the travel trailers they sold to them
 8   contained formaldehyde, did they?
 9        A.   Not to my knowledge.
10        Q.   Fleetwood did not warn Morgan of
11   the dangers of formaldehyde for people
12   living in travel trailers, did they?
13        A.   I don't know that there is a
14   danger.
15        Q.   Suffice it to say, Morgan never
16   received any such information from
17   Fleetwood; is that right?
18        A.   Not that I'm aware of.
19        MR. MILLER:
20             Objection; assumes facts not in
21   evidence.
22        THE WITNESS:
23             Not that I'm aware of.
24   EXAMINATION BY MR. PINEDO:
25        Q.   Let me state it a different way.
```

Schilligo, James 10/22/09

69

1    Fleetwood to provide travel trailers for
2    emergency housing units in response to a
3    request from FEMA for emergency units to use
4    in a national disaster?
5        A.   I believe it was Charlie in
6    Florida, 2004.
7        Q.   Approximately how many units did
8    you get at that time?
9        A.   I don't remember.
10       Q.   Was there any time other than
11   Charlie in 2004 and before Katrina when
12   Morgan obtained or contracted with Fleetwood
13   for travel trailers to respond to an
14   emergency that FEMA was looking for housing?
15       A.   Not that I remember.
16       Q.   Did you have any complaints from
17   occupants who received the housing for
18   Charlie from Fleetwood?
19       A.   No, ma'am.
20       MR. PINEDO:
21            Objection; foundation.
22       THE WITNESS:
23            No, ma'am.
24   EXAMINATION BY MS. DALY:
25       Q.   Now, Morgan also entered into a

Schilligo, James 10/22/09

114

1    Q.    As you sit here today, do you know
2    whether Monaco used LFE materials?
3    A.    No, I do not.
4    Q.    Do you know whether RV by Design
5    used low emission materials?
6    A.    I was told they did.
7    MR. PINEDO:
8         Recreation by Design.
9    EXAMINATION BY MR. MILLER:
10   Q.    Recreation by Design.  I will get
11   this right eventually before trial.  Who
12   told you that Recreation by Design uses low
13   emitting materials?
14   A.    Randy Rush, president of RBD.
15   Q.    And when did he tell you that,
16   sir?
17   A.    I believe it was when the first
18   article came out in the Wall Street Journal.
19   We had questions about it then.
20   Q.    Was that an email transmittal?
21   A.    No.  It was a telephone
22   conversation.
23   Q.    Was it one conversation or more?
24   A.    I believe it was just one.
25   Q.    What prompted that discussion

Schilligo, James 10/22/09

115

1  between yourself and Mr. Rush?
2      A.   The news.
3      Q.   Was the purpose of that call
4  solely relating to the formaldehyde issue or
5  were other matters being discussed?
6      A.   No.  It was that only.
7      Q.   Who initiated that call?
8      A.   I don't remember if it was myself
9  or Mr. Morgan.
10     Q.   So Morgan, though, either yourself
11 or Mr. Morgan, is the one that contacted
12 Recreation by Design and asked them whether
13 or not they were using low formaldehyde?
14     A.   Yes, sir.  Yes, sir.
15     Q.   Did you receive any documentation
16 showing that, in fact, Recreation by Design
17 had such a policy in place?
18     A.   No, sir.
19     Q.   Did anyone from Morgan contact
20 Monaco and ask them whether they had a
21 policy relating to low formaldehyde emitting
22 materials?
23     A.   I don't believe so.
24     Q.   Why did the -- to the best of your
25 knowledge, what is your understanding of why

Schilligo, James 10/22/09