```
                                                                    1

 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3

    IN RE: FEMA TRAILER            )   MDL NO. 1873
 4  FORMALDEHYDE PRODUCTS          )
    LIABILITY LITIGATION           )   SECTION "N" (5)
 5                                 )
                                   )   JUDGE ENGELHARDT
 6  THIS DOCUMENT RELATES TO       )
    09-3251                        )   MAGISTRATE CHASEZ
 7                                 )
    Earline Castanel, et al. v.    )
 8  Recreation by Design, LLC,     )
    et al.                         )
 9  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _  )

10       The Video Deposition of Randall Rush

11            Date:  Tuesday, February 23, 2010

12            Time:  9:23 a.m.

13            Place: South Bend Marriott
                     123 North St. Joseph Street
14                   South Bend, Indiana

15            Called as a witness by the Plaintiff

16            in accordance with the Federal Rules of

17            Civil Procedure, for the Eastern District

18            of Louisiana, pursuant to Notice

19

20  Before Michelle Soffa, Court Reporter
    Notary Public, Porter County, Indiana
21

22

23              MIDWEST REPORTING
                1448 Lincolnway East
24           South Bend, Indiana 46613
                 (574) 288-4242
25
```

EXHIBIT J

Rush, Randall 02/23/10

124

1    Q   And you think that owner's manual should put
2        them on notice of things they need to be aware
3        of, such as those warnings in there; isn't
4        that right?
5    A   In general conditions, yes.
6    Q   And you would agree with me that it is the
7        duty of the manufacturer to put people on
8        notice of the things that can harm them in the
9        travel trailer; isn't that right?
10               MR. MULCAHY: Objection,
11               argumentative.
12 BY MR. PINEDO:
13    Q   I mean, for example, there is warnings on LP
14        gas, there's warnings on carbon monoxide,
15        aren't there?
16    A   That's correct.
17    Q   But there is no warning on formaldehyde?
18    A   That's correct.
19    Q   And you agree with me that formaldehyde can
20        harm you?
21               MR. MULCAHY: Objection, form.
22               THE DEPONENT: No. I don't
23             agree to you with that.
24               MR. MILLER: Objection, vague.
25 BY MR. PINEDO:

```
                                                           213
 1              MR. PINEDO:   Twenty-five.
 2   BY MR. PINEDO:
 3   Q   Is that a material data safety sheet?
 4   A   Yes, it is.
 5   Q   For Urea-formaldehyde (UF) bonded wood
 6       products; is that correct?
 7   A   Correct.
 8   Q   And the effective date is May 10th, 2004; is
 9       that right?
10   A   Yes.
11   Q   And this is a document from the files of
12       Recreation By Design; is that correct?
13   A   I believe so.
14   Q   It says in the Emergency Overview toward the
15       end of the paragraph -- let me start over.
16       The product name that they have identified
17       here is Urea-formaldehyde (UF) bonded wood
18       products, correct?
19   A   Yes.
20   Q   And in the Emergency Overview towards the
21       second half it says, "These products may
22       release small quantities of formaldehyde in
23       gaseous form."  You knew that, correct?
24   A   It was never an issue, yes.
25   Q   But you knew that certainly back in May of
```

```
                                                          214
 1         2004; isn't that right?
 2                    MR. MULCAHY:  Objection, asked
 3              and answered.
 4   BY MR. PINEDO:
 5   Q    By virtue of getting this MSDS sheet; isn't
 6        that right?
 7   A    By the MSDS sheet, yes, that's correct.
 8   Q    But this wasn't your first knowledge that
 9        Urea-formaldehyde bonded wood products
10        contained formaldehyde was it, May of 2004?
11   A    Well, I believe just about everything contains
12        a certain level of formaldehyde.
13   Q    My question to you this was not your first
14        knowledge that Urea-formaldehyde bonded wood
15        products contained formaldehyde, this
16        notice -- MSDS form that is dated May 10,
17        2004?
18   A    Correct.
19   Q    It states in here, "Emissions decrease through
20        time as the board ages."  Do you agree that
21        formaldehyde emissions decrease through time
22        as the board ages?
23                    MR. MULCAHY:  Objection, seeks
24              expert testimony.
25                    THE DEPONENT:  I'm not a
```

```
                                                              215

 1              hygienist, I don't know.
 2   BY MR. PINEDO:
 3     Q    Okay.  But you are the designated
 4          representative on MSDS sheets for Recreation
 5          By Design, aren't you?
 6     A    Yes.
 7     Q    It then goes on to say, "Exposure to
 8          formaldehyde gas may cause eye, skin and
 9          respiratory irritation and may cause allergic
10          sensitization in some individuals."  Do you
11          agree with that, sir?
12                    MR. MULCAHY:  Objection.
13                    THE DEPONENT:  No.
14   BY MR. PINEDO:
15     Q    You disagree with that?
16     A    It has never bothered me.  I have been in it
17          for 40 years.
18     Q    So you disagree with the statement that
19          exposure to formaldehyde gas may cause eye,
20          skin, respiratory irritation and may cause
21          allergic sensitization in some individuals?
22                    MR. MULCAHY:  Objection.
23                    THE DEPONENT:  A possibility.
24   BY MR. PINEDO:
25     Q    It then goes on to say in this MSDS sheet,
```

# Exhibit 4

 

RBD© Recreation By Design, LLC
21746 Buckingham Road
Elkhart, Indiana 46516
www.recreationbydesign.com

**CONFIDENTIAL**



## Recreation By Design, LLC 33' FH Specifications
### Specs To Meet Morgan Handicap Travel Trailer Specs.

- 8x33' Travel Trailer With Slideout (29' Box Length)
- All Electric Heating (Baseboard Heater In Bedroom, Living Room & Dinette Area)
- All Electric 10 Gallon (or 18 Gallon) Water Heater
- All Electric Stove With Electric Microwave Above Stove
- 15k BTU Roof Mounted A/C With Wall-Mounted Thermostat
- Wheel Chair Accessible Entry Door (38" Wide) With Grab Handle
- Wheel Chair Accessible Interior Doors & Hallways
- Accordian Doors To Close Off Bathroom Area
- Handicap Accessible Commode With Grab Handle
- Handicap Accessible Tub/Shower With Grab Handles
- Free-Standing Table & 4 Chairs
- 150' Residential Refrigerator (To Sit On Floor)
- 60 Amp Service With 50' Marine-Type Power Cord




EXHIBIT

RBD05186



RBD05187