# Transcript of the Testimony of
# Earline Castanel

## Date taken: December 2, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT A

```
 1   came back to New Orleans?
 2        A.  No, nowhere else.
 3        Q.  Did you request that FEMA provide you
 4   with the travel trailer?
 5        A.  Well, I asked and I went around and
 6   find out and they told me I could get some
 7   help.  I went to this place it was on Frenchmen
 8   where they had this trailer that you go in to
 9   ask to get help with the trailer.
10        Q.  And you asked for them to provide you
11   with a travel trailer or some emergency
12   housing?
13        A.  Some place that I could live in.
14        Q.  And did you understand that that
15   travel trailer was for temporary purposes while
16   you repaired your house?
17        A.  Yes.
18        Q.  I'm sorry, what?
19        A.  Yes.
20        Q.  From February of 2006 until you moved
21   out of the trailer in March of 2007, did you
22   live in that trailer continuously?
23        A.  Yes.
24        Q.  You didn't go back to Texas or move
25   anyplace else?
```

Page 32

1    indicates here that you had some problems,
2    symptoms or complaints when you were in the
3    trailer.  Do you see that?  There's a whole
4    bunch of -- on C3, there's a whole bunch of
5    boxes and many of them are checked such as
6    irritation to the eyes, irritation to nasal
7    membrane inside the nose, do you see those?
8         A.   You're talking about down here?
9         Q.   Yes.  Do you see that?
10        A.   Yeah.
11        Q.   When you were in the trailer, did you
12   suffer irritation to your eyes?
13        A.   Well, when I was in the trailer,
14   after I was in there for a while, not too long,
15   then I started having my nose stopped up.  It
16   would get so stopped up like I had to go to the
17   door to see if I can catch some air, I couldn't
18   like hardly breathe.
19        Q.   So you had breathing problems?
20        A.   Yes.  My sinus.  When I get like that
21   I couldn't, I don't know, I keep going like
22   that (demonstrating), trying to catch my breath
23   because I couldn't breathe through my nose.
24        Q.   And this happened soon after you
25   moved into the trailer?

Page 33

1    A.  It was like five weeks or so after I
2  got in there, four or five weeks it started
3  getting like that.
4    Q.  And when you went outside of the
5  trailer, did that relieve the symptoms?
6    A.  Well, I would stand up by the door
7  until I keep doing that (demonstrating), and
8  then I would get some of that stuff, it's A-Y-R
9  I think it is, and spray in my nose to try to
10 open it up some.  And when it opened up a
11 little bit, well, I'd go back in there.
12   Q.  So you'd experience this symptom,
13 this difficulty breathing when you were inside
14 the trailer.
15   A.  Yeah.
16   Q.  And this started happening about five
17 weeks after you moved into the trailer?
18   A.  Yeah.
19   Q.  And to relieve those symptoms, you
20 would go outside the trailer.
21   A.  Yes.
22   Q.  And when you went outside the trailer
23 it would get better?
24   A.  Not that much.
25   Q.  A little bit?

1   A.   Not that much.
2   Q.   Okay.  Besides this problem with your
3   sinus and breathing problems, did you have any
4   other problems that you attributed to the
5   trailer?
6   A.   No, I'd just feel bad sometimes, you
7   know, start feeling bad.  I know it wasn't very
8   comfortable, that's for sure.
9   Q.   Understood.  And what I want to know
10  is, what specific type symptoms were present,
11  how you presented, what was the problem, was it
12  a stomachache, was it headache, was it just
13  general malaise?
14  A.   I just would feel bad, I know that.
15  And I'd get that little funny feeling and I
16  would go lay down.
17  Q.   Let me ask you, you're 79 years old;
18  is that right?
19  A.   Yes.
20  Q.   Was the illness that you were
21  experiencing when you were in the trailer
22  different than other illnesses that you were
23  suffering?
24  A.   Before I didn't have all that problem
25  with that, you know, getting like -- sometimes

Page 35

```
1    I'd get like nauseated and I just thought it
2    was just one of them things.
3         Q.  And that's what I'm trying to get at,
4    was this something different, something unique
5    that you thought was being caused by the
6    trailer?
7         A.  I don't know what it was being caused
8    by, I just know I felt it.
9         Q.  So let's go through the symptoms you
10   had, sinus problems, breathing problems; is
11   that right?
12        A.  Yeah.
13        Q.  And those started about five weeks
14   after you moved in?
15        A.  Yes.
16        Q.  You had some generally just not
17   feeling well.
18        A.  Yes.
19        Q.  Anything else?
20        A.  That's about it I can think about
21   right now.
22        Q.  Did you ever suffer any irritation or
23   itching of the skin?
24        A.  Yeah.  My arm.  I have some marks
25   now, you see where it's like dry skin.  And you
```

```
 1   can see the marks right here (indicating).
 2        Q.   Did that happen when you were in the
 3   trailer?
 4        A.   When I was in the trailer that
 5   happened, you know, I would be like dry, itchy.
 6        Q.   And when did that first present?
 7        A.   I don't know.  I know it happened
 8   while I was in there.
 9        Q.   Did it happen shortly after you were
10   in there, were you in there a couple of months,
11   how long before you started presenting with dry
12   itchy skin?
13        A.   I'd say about three months or
14   something, something like that, I don't know.
15   I can't remember exactly.
16        Q.   And I understand, just the best of
17   what your recollection is.  Did you have any
18   irritation or swelling of your eyelids or your
19   lips?
20        A.   It would get a little puffy, my eye.
21        Q.   And that happened when you were in
22   the trailer?
23        A.   Yes.  And I don't know, I'd get like
24   a dry feeling, you know.  Like I said, I would
25   get like a dry feeling.  And then I would get
```

Page 37

1   like itchy. And then I'd look at my arm and it
2   would be kind of a little scaly. And when I'd
3   do like this, you know, dry. You could see all
4   the little spots where it was.
5         Q.  And the irritation, swelling of your
6   eyelids or the puffiness that you just
7   described, how long were you in the trailer
8   before you presented with that?
9         A.  I would say around the same time I
10  was getting my sinus trouble.
11        Q.  So about five weeks?
12        A.  About the same time around up in that
13  time.
14        Q.  Is that about five weeks? And it's
15  not an exact science, just your best
16  recollection.
17        A.  I'll say about five or six weeks,
18  something like that.
19        Q.  And I'm sorry, because I have to --
20  we have to be clear on it, so is your best
21  estimate that you started suffering the
22  irritation or swelling of your eyelids --
23        A.  Around the same time I started with
24  the sinus thing stopping up and that's when my
25  eyes started puffing and then I started feeling

1   all this itchy stuff.
2        Q.   Okay.  And you indicated earlier that
3   your eyes or your sinus was about five weeks
4   after you moved in?
5        A.   Yeah.
6        Q.   So that would be about five weeks
7   after you started suffering the puffiness and
8   irritation of the eyelids?
9        A.   Yeah.  About five or six weeks,
10  something like that.
11       Q.   Did you ever suffer any headaches
12  that you associated with the trailer?
13       A.   Well, I'd get a little headache, my
14  head would hurt like right up in here
15  (indicating).
16       Q.   Were those different from headaches
17  that you had prior to moving in the trailer?
18       A.   I know they'd hurt me more than when
19  I would have a regular headache.
20       Q.   And when did you start having those
21  headaches?
22       A.   Around the same time.  Everything
23  started around the same time, around 5, 6,
24  6 1/2 weeks, around that time.
25       Q.   You also indicate that you suffered

Page 39

```
 1   nausea, abdominal pain, diarrhea, did those
 2   symptoms start occurring about five or six
 3   weeks after you moved into the trailer?
 4        A.   It was about I would say three
 5   months.
 6        Q.   About three months after you moved
 7   in?
 8        A.   Yeah.  That's when I started getting
 9   all kind of problems.
10        Q.   If we turn to the next page of
11   Exhibit No. 2, Ms. Castanel, there are some
12   other complaints here that are marked at the
13   top of that page.  And you see it says
14   tightness of chest, throat irritation,
15   hoarseness, are those symptoms that you also
16   suffered within five or six weeks after you
17   moved into the trailer?
18        A.   I wasn't looking at the time, I just
19   know I got them, you know, I had those problems
20   after, but I didn't know exactly what, if it
21   was like two weeks, three weeks, I didn't
22   notice all of that, I just know I had them.
23        Q.   And I guess what I'm just trying to
24   do is put the best estimate date that you think
25   it was, was it one month, two months, three
```

1  months, four months after moving in? I
2  understand it happened a while ago.
3      A.  I don't know exactly when.
4      Q.  And I understand that. What's your
5  best estimate of when you started suffering
6  tightness of the chest, throat irritation and
7  hoarseness?
8      A.  It was I'd say around the fourth
9  month or something like that, third month,
10 fourth month.
11     Q.  Three or four months?
12     A.  Yeah.
13     Q.  And you also checked that you had an
14 upper respiratory tract infection. Did you
15 have an upper respiratory tract infection that
16 you thought was caused by the trailer?
17     A.  I don't know. I had a throat thing
18 and I went to my doctor and he gave me -- put
19 me in front of the heat lamp and looked at my
20 throat, put some medicine in my throat, he
21 packed my nose, he put me in front of the heat
22 lamp, he gave me a shot.
23     Q.  So when you marked upper respiratory
24 tract infection, you were talking about that
25 treatment that the doctor provided?

```
 1    your neighbor --
 2        A.   Well, I didn't tell them just then.
 3        Q.   Did you tell them shortly after that?
 4        A.   Yeah, a while after.
 5        Q.   Besides Ms. Robert and your daughter,
 6    anyone else that you talked about regarding
 7    these complaints or concerns with the trailer?
 8        A.   I didn't know anyone around there.
 9        Q.   How did you learn about this lawsuit,
10    that people were filing suit against the
11    government, manufacturers, government
12    contractors because of the formaldehyde in the
13    trailers?
14        A.   Well, I didn't know about it till I
15    just -- I just hear people talking about it,
16    then I said well, I'm going check it.
17        Q.   Who did you hear talking about this?
18        A.   I don't know those people, I just see
19    them talking.  And I'm not the type of person
20    to ask questions.
21        Q.   I'm sorry, what was that?
22        A.   I say, I'm not the type that if I see
23    somebody -- hear somebody talking to go ask
24    them what you talking about and all that.  I
25    sit and listen.
```

1  suffering these symptoms, sinus problems,
2  itching, dry itching skin, generally not
3  feeling good; is that right?
4         A.  Yes.
5         Q.  Prior to moving into the trailer you
6  weren't experiencing those symptoms or those
7  problems?
8         A.  No.
9         Q.  You didn't have those problems
10 before?
11        A.  No.  I had a -- I used to have my
12 nose stop up a little bit but nothing like I
13 had it in there.
14        Q.  It was different and it was much
15 worse.
16        A.  Yes, it was much worse.
17        Q.  It was different than what you'd
18 experienced before and it was worse than you
19 experienced before?
20        A.  Yes.
21        Q.  And that happened within five or six
22 weeks of moving in the trailer.
23        A.  Yes.
24        Q.  And you had discussions with your
25 neighbor and your daughter about these

```
 1   while with it.  It didn't completely leave.
 2        Q.   And that's Dr. Paddock that you see
 3   for that?
 4        A.   That's who I go to.
 5        Q.   Who did you call for maintenance, do
 6   you know who you would call for maintenance?
 7        A.   There was a phone number I had to
 8   call.  I don't know what I did with that
 9   number.  And I would just call and tell them
10   that something was wrong.
11        Q.   Do you know where you got that
12   number?  Was it a flyer or something in the
13   unit that had a number on it?
14        A.   I don't remember if this man who gave
15   me the key had told me the number, if I needed
16   anything to call, I can't remember.
17        Q.   Do you know about how long you lived
18   in the unit before you had your first
19   maintenance request?
20        A.   It was during the summer when it was
21   hot.
22        Q.   You mentioned earlier about the
23   litigation is when you first started
24   overhearing somebody speaking about the
25   trailers; is that correct?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)  Earline Castanel

Page 93

```
 1         A.   Yeah.
 2         Q.   Okay.  Were you still living in a
 3   trailer at that point in time?
 4         A.   No.
 5         Q.   This was after you had moved out of
 6   the trailer back into your home?
 7         A.   Yeah.
 8         Q.   Did you go to any public meetings
 9   prior to filing suit?
10         A.   No.
11         Q.   That's a no?
12         A.   No.
13         Q.   Did you ever spend time or visit
14   anybody in a travel trailer besides your own?
15         A.   No.
16         Q.   Did you have any family members in a
17   travel trailer?
18         A.   I had a niece I think was staying in
19   a trailer.
20         Q.   Do you know -- what's her name?
21         A.   You mean her last name?  I don't know
22   her last name.
23         Q.   What do you call your niece?
24         A.   Niece.
25         Q.   Does she have a first name that she
```