# Final Report on Formaldehyde Levels

## in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes

From the Centers for Disease Control and Prevention

July 2, 2008



PLAINTIFF'S EXHIBIT C

# Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes

**From the Centers for Disease Control and Prevention**
**July 2, 2008**

## EXECUTIVE SUMMARY

In December 2007 and January 2008, the Centers for Disease Control and Prevention (CDC) measured formaldehyde levels in a stratified random sample of 519 FEMA-supplied occupied travel trailers, park models, and mobile homes (i.e., "trailers"). At the time of the study, sampled trailers were in use as temporary shelter for Louisiana and Mississippi residents displaced by hurricanes Katrina and Rita. The study aimed to determine formaldehyde levels in occupied trailers, determine trailer characteristics that could affect formaldehyde levels, and provide information to assist FEMA in deciding whether to relocate residents from FEMA-supplied trailers in the Gulf Coast area. This study assessed only current formaldehyde levels in the occupied trailers; it was not a health effects study.

To evaluate levels of formaldehyde, investigators conducted a 1-hour continuous indoor air sample and sample measurements of indoor temperature and relative humidity. To determine factors that could affect formaldehyde levels, investigators administered a short questionnaire to adult residents about occupant demographics and trailer characteristics. To observe the exterior and interior of the trailer, investigators conducted a walk-through survey.

In many of the trailers tested, formaldehyde levels were higher than typical U.S. indoor levels. The geometric mean level of formaldehyde in sampled trailers was 77 ppb (range: 3–590 ppb). Formaldehyde levels varied by trailer type, but all types tested had some levels $\geq$ 100 ppb, the level at which health effects have been described in sensitive persons.

In this study, travel trailers had significantly higher average formaldehyde levels than did park models and mobile homes. A higher proportion of travel trailers than park models and mobile homes also had formaldehyde levels $\geq$ 100 ppb and $\geq$ 300 ppb. In multivariate analysis, factors such as temperature; relative humidity; trailer type and brand; opened windows, doors, and scuttles; and presence of mold ($\geq$ 1 ft$^2$) were significantly associated with formaldehyde levels.

Because formaldehyde levels tend to be higher in newly constructed trailers and during warmer weather, levels measured in this study are likely to underrepresent long-term exposures; many of these trailers are approximately 2 years old, and the study was conducted during the winter. In addition, the study did not evaluate any specific patterns of use with respect to specific types of trailers.

On the basis of the data reported here and in previous scientific reports and publications about adverse health effects associated with exposure to elevated formaldehyde levels,

**Health Effects**
Symptoms from acute exposure to formaldehyde commonly manifest as irritation of the throat, nose, eyes, skin, and upper respiratory tract. This upper respiratory tract irritation can exacerbate symptoms of asthma and other respiratory illnesses (Main et al., 1983; Bracken et al., 1985; Kilburn et al., 1985; Imbus et al., 1985; Anderson et al., 1979).

Acute and chronic health effects of exposure to formaldehyde vary by individual. At 800 ppb, nearly everyone develops some acute irritative symptoms; however, formaldehyde-sensitive persons have reported symptoms at levels around 100 ppb (Main et al., 1983; Bender et al., 1983). Additional studies have found health effects at 100 ppb in sensitive persons chronically exposed to formaldehyde (Ritchie et al., 1987). Typically olfactory recognition occurs around 500 ppb, leaving the average exposure from a home below this level. Sensitive and sensitized persons can experience symptoms without detecting odor and thus receive little or no warning of exposure (Kulle et al. 1987; Weisel et al. 2005).

In addition to acute health effects from formaldehyde, chronic effects in occupational settings have been studied. A study of 186 male plywood workers associated formaldehyde exposure with several respiratory symptoms, including cough and chronic bronchitis, and suggested that formaldehyde exposure induces symptoms of chronic obstructive lung disease (Malaka and Kodama, 1990). Funeral home workers reported chronic bronchitis more frequently than did controls who were not occupationally exposed to formaldehyde (Holness, 1989).

However, studies attempting to correlate worker-reported symptoms, such as cough or shortness of breath, with formal objective pulmonary function testing have shown conflicting results. Two studies demonstrated a small and reversible decrease in forced expiratory volume and forced vital capacity (Alexandersson et al., 1989; Alexandersson et al., 1982). Additional studies employing formal pulmonary function testing demonstrated no significant difference in pulmonary function testing parameters (Horvath, 1988; Holness et al., 1989).

The carcinogenicity of formaldehyde has been extensively studied during the last 30 years. In June 2004, the International Agency for Research on Cancer (IARC) reclassified formaldehyde from "probably carcinogenic to humans" to "carcinogenic to humans." IARC has concluded that formaldehyde exposure causes nasopharyngeal cancer (http://monographs.iarc.fr/ENG/Meetings/88-formaldehyde.pdf). However, the National Institutes of Health National Toxicology Program has not adopted IARC's classification change and continues to classify formaldehyde as "reasonably anticipated to be a carcinogen in humans" (http://ntp.niehs.nih.gov/ntp/roc/eleventh/profiles/s089form.pdf).

How to quantitatively relate measured air levels of formaldehyde to cancer risk is uncertain. Because many other factors play a role in the development of cancer and because formaldehyde is ubiquitous in the environment, no definitive level can be established that places humans in a "high-risk" category. The safest way to reduce risk for cancer is to limit exposure. Clinically useful biologic markers, such as blood or urine tests, also are lacking, further complicating the ability to link exposure with outcome. Because formaldehyde plays integral physiologic roles and has a short half-life in the body, determining what is necessary for normal physiologic function and what is excessive and potentially harmful is difficult (Sullivan and Kreiger, 2001;