(20%) most commonly reported. More than 80% of respondents spent greater than eight hours in their trailer each day. (CDC Report, July 2, 2008)

> Occupant activities directly preceding the sampling period included the following:
> - within 3 hours before testing, 44% of homes had windows, doors, and scuttles open, and smoking had occurred in 19%.
> - in the week before testing, 61% used air fresheners, 24% used candles, and 3 % used glue, paint, or furniture finish.

(CDC Report, July 2, 2008)

Respondents reported roof leaks in 17% of trailers, pipe leaks in 15%, and mold in 21%. Propane gas was the most commonly used fuel for cooking (71% of trailers). Six percent of trailers had at least 1 square foot of mold. (CDC Report, July 2, 2008)

Levels measured in this study are likely to underestimate past levels when trailers were hotter and more humid, and future levels of formaldehyde during summer months. Many of these trailers were greater than two years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes. Thus residents were probably exposed to higher levels of formaldehyde when their trailers were newer. (CDC Report, July 2, 2008)

### Section 18.0   Completed Exposure Pathways

Actual exposure is effected only if there is a completed exposure pathway. A completed exposure pathway consists of the following five elements: a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor population. (LaDou, 1997) Some of the exposure pathways that should be considered include the following:

> Inhalation of contaminants in air
> Inhalation of contaminants in dust and particles
> Incidental ingestion of contaminants in air
> Incidental ingestion of contaminants in dust and particles
> Dermal absorption from contaminated air
> Dermal absorption from contaminated dust and particles

### Section 19.0   Sensitive Populations

### 19.1 Children

There is considerable variability in responses of humans to xenobiotics. The potential sensitivity of infants and children to chemicals was brought to the public's attention by a National Academy of Sciences report (NAS, 1993). The ensuing Executive Order 13045, in 1997, directed all federal agencies to make protection of children a high priority and to consider risks to children when making policies and setting standards. (Casarett & Doull's, 2001)

Animal studies reveal that immature animals are more sensitive to some but not all chemicals. The younger and more immature the subject, the more different is its response from that of an adult. Substantial anatomical, physiologic, and biochemical changes occur during infancy, childhood, and puberty. There may be developmental periods, or "windows of vulnerability" when the endocrine, reproductive, immune, audiovisual, nervous, and other organ systems are particularly sensitive to certain chemicals. Maturational changes may also substantially affect the kinetics and ensuing toxicity of toxic agents. (Casarett & Doull's, 2001)

Despite a virtual "data vacuum", logical assumptions can be made about age-dependent changes in the kinetics and toxicity of xenobiotics. GI absorption of solvents would not be expected to vary with age, since most solvents are rapidly and completely absorbed by passive diffusion. Systemic absorption if inhaled VOCs may be greater in infants and children than in adults. Infants' and children's cardiac output and respiratory rates are relatively high, although their alveolar surface area is lower than that of adults. Reduced plasma protein binding capacity in neonates and infants may be of consequence for solvent metabolites. Extracellular water, expressed as percentage of body weight, is highest in newborns and gradually diminishes through childhood. Body fat content is high from about 6 months to 3 years of age, then steadily decreases until adolescence, when it increases again in females. Lipophilic solvents accumulate in adipose tissue, so more body fat would result in greater body burdens and slower clearance of the chemicals. (Casarett & Doull's, 2001)

Changes in xenobiotic metabolism during maturation may have the greatest impact on susceptibility to solvent toxicity and carcinogenicity. Poisonings of premature and term newborns exposed to xenobiotics are primarily attributable to initial deficits in metabolic conjugation capacity. Studies of human liver reveal that P450 isoforms are age-dependent and develop asynchronously, possibly by different mechanisms. Systemic clearance of many drugs is higher in children than in adults. It is generally believed that P450 activities are higher in infants and children than in adults. It should be recognized that increased metabolic activation with production of reactive intermediates does not necessarily mean increased toxicity in children. More rapid detoxification and elimination of these reactive intermediates may occur with some xenobiotics. Increased rates of metabolism, urinary excretion of metabolites, and exhalation by children should hasten elimination and reduce body burdens of some solvent xenobiotics. (Casarett & Doull's, 2001)

The net effect of immaturity on solvent disposition and toxicity is difficult to predict. An age-related change in one parameter may be offset or augmented by concurrent changes in other parameters. Susceptibility of immature subjects may be age-, organ-, chemical-, and species-dependent. (Casarett & Doull's, 2001)

There are large individual differences in responses to formaldehyde exposure in the normal population and between hyperreactive and sensitized people. (WHO, 1989) Children differ from adults anatomically and physiologically. The unique physiology and behavior of children can influence the extent of their exposures and their susceptibility to

66

hazardous chemicals. Depending on the chemical, children may be more or less susceptible than adults to health effects, and the effects may vary with developmental age. Vulnerability often depends on developmental stage, with critical periods of structural and functional development during both prenatal and postnatal life. (ATSDR, 1999) Critical times for chemical exposure from environmental estrogens exist during puberty with its hormonal influences. (Parmigiani et al, 1998) Damage may not be evident until a later stage of development. (ATSDR, 1999)

Xenobiotic metabolism may differ in a child from that of an adult. Absorption may be different in neonates because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight. Distribution of xenobiotics may be different because, for example, infants have proportionally more extracellular water in their bodies, and their brains and livers are proportionately larger. Infants also have an immature blood-brain barrier, blood-testis barrier, and liver. Many xenobiotic metabolizing enzymes have distinctive developmental patterns and levels may vary with the stage of growth. Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification. There may also be differences in excretion, particularly in the newborn who has a low glomerular filtration rate and has not developed efficient tubular secretion or resorption capacities. Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer lifetime in which to express damage from chemicals, particularly in regards to cancer. Infants breathe more air per kilogram of body weight than adults, however, their alveoli are less well developed with a disproportionately smaller surface area for absorption. (ATSDR, 1999)

The same type of effects that occur in adults are expected to occur in children. Damage in portal-of-entry tissues at exposure levels that exceed tissue detoxification mechanisms and symptoms of eye, nose, and throat irritation from airborne exposure to formaldehyde are expected to occur. Studies provide suggestive evidence that children may be more sensitive than adults to the irritant properties of airborne formaldehyde. (Krzyanowski et al., 1990; Wantke et al., 1996)

Children have different behavioral and lifestyle patterns that influence their susceptibility to hazardous exposures. Children drink more fluids, eat more food, and breathe more air per kilogram of body weight, and have a larger skin surface in proportion to their body volume. A child's diet often differs from that of adults. Children crawl on the floor and put things in their mouths. They may also ingest inappropriate things such as soil or paint chips. They may spend more time outdoors. Children are closer to the ground and may not have the judgment of adults to avoid hazards. Young children may spend a significant amount of time indoors (ATSDR, 1999)

Small children have mouthing habits that place products that may contain hazardous chemicals in their mouth, on their skin, or into their respiratory tract from sniffing. Small children may spend increased time on the flooring and carpeting. New carpeting or wood flooring materials with formaldehyde resins or coatings will release formaldehyde. Older

CAST002068

carpets have been found to be a sink for formaldehyde if there are other indoor sources. Infants may be exposed to formaldehyde while crawling on carpets or sitting or playing on indoor carpeting. (ATSDR, 1999)

Children that live in mobile homes may be exposed to higher levels of formaldehyde compared to those that live in conventional homes because mobile homes have lower air exchange rates. Children that live in households that have a cigarette, cigar, or pipe smoker will also be exposed to higher levels of formaldehyde due to its presence in side stream smoke. (ATSDR, 1999)

## 19.2 The Elderly

A number of factors would appear to be involved in differential sensitivities of the elderly to xenobiotics. With aging, body fat usually increases substantially at the expense of lean mass and body water. Relatively polar solvents tend to reach higher blood levels during exposures. Relatively lipid-soluble solvents accumulate in adipose tissue and are released slowly to sites of action, metabolism, and elimination. Cardiac output diminishes 30 to 40 percent between the ages of 25 and 65, as do renal and hepatic blood flows. Researchers concluded that reduced clearance of flow- and capacity-limited drugs in the elderly was due primarily to reductions in liver blood flow and liver size. A relationship between aging and P450 activities and content in the human liver has not been found. It has been determined that reduced urinary elimination of benzene metabolites in animal experimentation was due to decreased renal blood flow rather than altered formation of metabolites. (Casarett & Doull's, 2001)

The elderly, like infants and children, may be more or less sensitive to the toxicity of solvents than young adults. Data are lacking on age-dependent susceptibility of humans to solvents and other industrial chemicals. Older people appear to be more sensitive to CNS-depressant effects of ethanol, due in part to lower gastric alcohol dehydrogenase activity. Experiments have shown that aged rodents are more vulnerable to hepatocellular injury by some solvents. Rinkans, et al., 1999, have suggested that the greater liver damage could be due to increased inflammatory damage, due to age-related dysregulation of cytokines. Other major sources of variability and complexity in responses of geriatric populations to solvents include toxicodynamic changes, inadequate nutrition, the prevalence of disease states, and the concurrent use of multiple medications. (Casarett & Doull's, 2001)

Chen and Yu, 1996, performed animal studies that determined aging and dietary restriction reduce Aldehyde Dehydrogenase activities needed for the biotransformation and elimination of aldehydes. Davydov and Fomina, 2006, demonstrated that changes in activities of aldehyde dehydrogenase and aldehyde reductase in the liver after immobilization stress depended on animal age.

Apoptosis in tissues is induced by different kind of signals including endogenous aldehydes. In the cell, aldehydes can be metabolized by various isoforms of aldehyde dehydrogenase, aldehyde reductase, and glutathione-S-transferase. There is evidence

suggesting that the catalytic properties of these enzymes change during ontogenesis, and that aging is accompanied by their reduced activities. These functional changes may contribute substantially to the alteration in the organism sensitivity to damaging action of stress factors during aging, to age-related modulation of the action of endogenous aldehydes as a signal for apoptosis, and finally to the origin of disease associated with aging. (Davydov, et al., 2004)

Section 20.0   ATSDR MINIMUM RISK LEVELS (MRL)

| Inhalation MRLs | | | CDC FEMA trailer Formaldehyde Concentration |
|---|---|---|---|
| Acute MRL | = 40 ppb | (1-14 days) | 3 ppb – 590 ppb |
| Intermediate MRL | = 30 ppb | (15 – 364 days) | 3 ppb – 590 ppb |
| Chronic MRL | = 8 ppb | (365 days or longer) | 3 ppb – 590 ppb |

Section 21.0   Opinions

**An opinion of General Causation focuses on the question as to whether the toxic agent is capable of causing disease, cancer, or other health effects. The following considerations are included in rendering an opinion of General Causation:**

In reviewing the scientific literature, considerations of the following are made to determine whether a cause—effect relationship exists between an agent and disease. *(Reference Manual on Scientific Evidence, Federal Judiciary Center)*

> Strength of the Association of disease and exposure
> - The higher the relative risk, the stronger the association and the lower the probability that the effect is due to chance.
>
> Consistency- Is there consistency—repeated observation of an association in different populations?
>
> Dose-response or biological gradients–Are there dose-response relationships or evidence of biological gradients (duration of employment; years since last employment, etc.)? Are there exposure measures that are applicable to the exposures of the individual?
>
> Temporal –Is there a temporal relationship of disease to exposure?
>
> Biologic Plausibility –Is the association biologically plausible?
>
> Coherence-an association does not conflict with the natural history and biology of the disease
>
> Experimental evidence

**Based upon scientifically documented evidence in the literature, plaintiffs fact sheets, Government documents and reports, and established scientific methodology, the following considerations have been made:**

....The scientific literature on formaldehyde documents the causal considerations of sufficient strength of association in epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both animal and epidemiologic studies; Temporal relationships are documented for exposures of formaldehyde and its biological effects; The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by formaldehyde; Experimental evidence in animals and *in vitro* studies supplement and confirm human studies in causal determination. Therefore, the following General Causation opinion is rendered:

....A cause—effect relationship exists between formaldehyde and upper respiratory tract damage and cancer.

....A cause—effect relationship exists between formaldehyde and bronchoconstriction/asthma.

.....A cause—effect relationship exists between formaldehyde and eczema.

.....An association exists between formaldehyde and epistaxis.

.....An association exists between epistaxis and cancer of the sinuses, nasal cavity, and nasal vestibule and wall.

.....An association exists between mold exposure and nonallergic rhinitis.

....A cause—effect relationship exists between formaldehyde and leukemia.


Section 22.0 References

Agner T, Flyvholm M, Menne T. Formaldehyde Allergy: A Follow-up Study. Am J Contact Dermatitis 10(1):12-17, 1999.
Alavanja M, Rush G, et al., Proportionate Mortality Study of Workers in the Grain Industry. JNCI. 78(2):247-252, 1987.
American Academy of Pediatrics. Toxic Effects of Indoor Molds. Pediatrics 101(4):712-714.
American College of Occupational and Environmental Medicine. Adverse Human Health Effects Associated with Molds in the Indoor Environment. October 27, 2002.
Andersson MA, et al., Bacteria, Molds, and Toxins in Water-Damaged Building Materials. Applied and Environmental Microbiology, 63(2):387-393, 1997.
Arts JHE, Rennen MAJ, de Heer C. Inhaled formaldehyde: Evaluation of sensory irritation in relation to carcinogenicity. Regulatory Toxicology and Pharmacology 44:144-160, 2006.

Arts JHE. Setting an indoor air exposure limit for formaldehyde: Factors of concern. Regulatory Toxicology and Pharmacology 52:189-194, 2008.

Ballarin C, Sarto F, Giacomelli L, et al. Micronucleated cells in nasal mucosa of formaldehyde-exposed workers. Mutat Res 280:1-7, 1992.

Barker S, Weinfeld M, et al., DNA-protein crosslinks: their induction, repair, and biological consequences. Mutat Res 589:111-135,2005.

Barnett D, Janossy G, et al., Guideline for the flow cytometric enumeration of CD34+ haematopoietic stem cells. Prepared by the CD34+ haematopoietic stem cell working party. General Haematology Task Force of the British Committee for Standards in Haematology. Clin Lab Haematol 21:301-308, 1999.

Batra J, Chatterjee R, Ghosh B. Inducible nitric oxide synthase (iNOS): role in asthma pathogenesis. 44(5):303-309, 2007.

Ballenger, JJ. Some effects of formaldehyde on the upper respiratory tract. Laryngoscope 94:1411-1413, 1984.

Barreto, Cunha, Neves, et al. Risk factors and immunological pathways for asthma and other allergic diseases in children: background and methodology of a longitudinal study in a large urban center in Northeastern Brazil (Salvador-SCAALA study). BMC Pulmonary Medicine. 6:15 2006. doi: 10.1186/1471-2466-6-15

Beane L, Blair A, et al., Mortality From Lymphohematopoietic Malignancies Among Workers in Formaldehyde Industries: The National Cancer Institute Cohort. JNCI 101(10):751-761, 2009.

Berke JH. Cytologic examination of the nasal mucosa in formaldehyde-exposed workers. J Occup Med  29(8):681-684, 1987.

Bermudez E, Chen Z, Gross E, et al. Characterization of Cell Lines Derived from Formaldehyde-induced Nasal Tumors in Rats. Molecular Carcinogenesis 9:193-199, 1994

Bissett SA, Drobatz KJ, et al. Prevalence, clinical features, and causes of epistaxis in dogs: 176 cases (1996-2001). JAVMA 231(12):1843-1850, 2007.

Blair A, Saracci R, et al. Epidemiologic evidence on the relationship between formaldehyde exposure and cancer. Scand J Work Environ Health. 16:381-393, 1990.

Bolt HM. Experimental toxicology of formaldehyde. J Cancer Res Clin Oncol. 113(4):305-309, 1987.

Boysen M, Zadig E, Digernes V, et al. Nasal mucosa in workers exposed to formaldehyde: a pilot study. Br J Ind Med 47:116-121, 1990.

Bredt DS. Endogenous nitric oxide synthesis: biological functions and pathophysiology. Free Radical Research  31(6):577-596, 1999

Brooks SM, et al., Occ Env Lung Disease, The Spectrum of Building-Related Airway Disorders. CHEST 128(3):1720-1727, 2005.

Brown SJ, Irvine AD. Atopic eczema and the filaggrin story. Semin Cutan Med Surg 27(2):128-137, 2008.

Brunekreef B. Damp housing and adult respiratory symptoms. Allergy 47:498-502m 1992,

Bruynzeel DP, et al. Formaldehyde contact sensitivity and the use of shampoos. Contact dermatitis 10:179-180, 1984.

Bryder D, Rossi DJ, et al., Hematopoietic stem cells: the paradigmatic tissue-specific stem cell. Am J Pathol 169:338-346, 2006.

Burgaz S, CakmakG, et al. Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde. Neoplasma, 48(2):144-147, 2001

Casanova M, Morgan, Steinhagen WH, et al. Covalent Binding of Inhaled Formaldehyde to DNA in the Respiratory Tract of Rhesus Monkeys: Pharmacokinetics, Rat-to-Monkey Interspecies Scaling, and Extrapolation to Man. Fundamental and Applied Toxicology. 17:409-428, 1991.

Casanova M, Morgan KT, et al. DNA-Protein Cross-links and Cell Replication at Specific Sites in the Nose of F344 Rats Exposed Subchronically to Formaldehyde. Fundamental and Applied Toxicology 23:525-536, 1994.

Casset A, Purohit A, Marchand C, Le Calve S, et al. The bronchial response to inhaled formaldehyde. Rev Mal Respir, 23(1 Suppl):3S25-34, Feb 2006.

Chaiyasate S, Roongrotwattanasiri K, et al. Epistaxis in Chiang Mai University Hospital  J Med Assoc Thai 88(9):1282-1285, 2005.

Chan LS. Atopic dermatitis in 2008. Curr Dir Autoimmun, 10:76-118, 2008.

Chen JJ, Yu BP. Detoxification of reactive aldehydes in mitchondria: effects of age and dietary restriction, Aging (Milano) 8(5):334-340, Oct 1996.

Clement P, Stoop A, Kaufman L. The Influence of Formaldehyde on the Nasal Mucosa. Rhinology 25:29-34, 1987.

Cogliano VJ, Grosse, Y, et al. Meeting report: summary of IARC monographs on formaldehyde, 2-butoxyethanol, and 1-tert-butoxy-2-propanol. Environ Health Perspect 113:1205-1208, 2005.

Conolly RB, Lilly PD, Kimbell JS. Simulation Modeling of the Tissue Disposition of Formaldehyde to Predict Nasal DNA-Protein Cross-Links in Fischer 344 Rats, Rhesus Monkeys, and Humans. Environmental Health Perspectives. 108(supp 5):919-924, 2000.

Conolly RB, Kimbell JS, et al. Human respiratory tract cancer risks of inhaled formaldehyde: dose-response predictions derived from biologically-motivated computational modeling of a combined rodent and human dataset. Toxicol Sci. 82(1):279-296, 2004.

Costa S, Coelho P, et al. Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde. Toxicology. 252(1-3):40-48, 2008.

Cronin E. Formaldehyde is a significant allergen in women with hand eczema. Contact Dermatitis. 25:276-282, 1991.

Daele J, Poorten V, Rombaux P, Hamoir M. Cancer of the nasal vestibule, nasal cavity and paranasal sinuses. B-ENT, 1(Suppl 1):87-96, 2005.

Dales R, et al. Quality of indoor residential air and health. CMAJ 179(2):147-152, 2008

Dales R, et al., Indoor Air Quality and Health: Reproducibility of Respiratory Symptoms and Reported Home Dampness and Molds using a Self-Administered Questionnaire. Indoor Air 4:2-7, 1994.

Dales RE, et al., Respiratory Health Effects of Home Dampness and Molds among Canadian Children. Am J Epid. 134(2):196-203, 1991.

Dales R, et al., Quality of indoor residential air and health. CMAJ 179(2):147-152, 2008.

Davydov VV, Fomina EV. Age-related changes in activity of enzymes catalyzing oxidation-reduction of endogenous aldehydes in the liver of rats during immobilization stress. Bull Exp Biol Med, 141(1):17-19, Jan 2006.

Davydov VV, Dobaeva NM, Bozhkiv AI. Possible role of alteration of aldehyde's scavenger enzymes during aging. Exp Gerontol, 39(1):11-16, Jan 2004.

de Groot AC, et al. Patch test reactivity to DMDM hydantoin: Relationship to formaldehyde allergy. Contact Dermatitis 18:197-201, 1988.

de la Maza, et al. Color Atlas of Diagnostic Microbiology, Mosby, St. Louis, 1997.

Delfino RJ, Gong H, et al. Asthma Symptoms in Hispanic Children and Daily Ambient Exposures to Toxic and Criteria Air Pollutants. Environ Health Perspectives 111(4):647-656, 2003.

Delfino RJ. Epidemiologic Evidence for Asthma and Exposure to Air Toxics: Linkages between Occupational, Indoor, and Community Air Pollution Research. Env Health Persp 110(suppl 4):573-589, 2002.

Ebbens FA, et al., Fungus as the cause of chronic rhinosinusitis: the case remains unproven. Curr Opin Otolaryngol Head Neck Surg. 17(1):43-49, 2009.

Ebbens FA, et al., The mold conundrum in chronic rhinosinusitis: where do we stand today? Curr Allergy Asthma Rep. 8(2):93-101, 2008.

Eberlein-Konig, et al. Influence of air borne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects. J Allergy Clin Immunol 101:141-143, 1998.

Edling C, Hellquist H, Odkvist L. Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. Br J Ind Med 45:761-765, 1988.

Edling C, Odkvist L, Hellquist H. Formaldehyde and the nasal mucosa, Br J Ind Med 42(8):570-571, Aug 1985.

Edling C, Hellquist H, Odkvist L. Occupational formaldehyde exposure and the nasal mucosa. Rhinology 25(3):181-187, 1987.

Erdei E, Bobvos J, et al. Indoor Air Pollutants and Immune Biomarkers among Hungarian Asthmatic Children. Archives of Environmental Health 58(6):337-347, 2003.

d'Errico A, Pasian S., et al. A Case-control Study on Occupational Risk Factors for Sino-nasal Cancer Occup Environ Med, Jan 19, 2009 [Epub ahead of print]

Etzel, RA. Mycotoxins. JAMA 287(4):425-427, 2002.

Fasunia AJ, Lasisi AO. Sinonasal malignancies: a 10-year review in a tertiary health institution. J Natl Med Assoc. 99(12):1407-1410, 2007.

Fischer A, Folkerts G, Geppetti P, Groneberg DA. Mediators of asthma: nitric oxide. Pulm Pharmacol Ther. 15(2):7381, 2002.

Fischer T, et al. Clinical Standardization of the TRUE Test™ Formaldehyde Patch. in Exogenous Dermatology, Current Problems in dermatology. 22:24-30, 1995.

Fisher F, Cook N. Fundamentals of Diagnostic Mycology. WB Saunders Co. 1998.

Fleming C, Parry E, et al. Patch testing in discoid eczema. Contact Dermatitis 36(5):261-264, 1997

Flyvholm and Menne. Allergic contact dermatitis from formaldehyde. Contact Dermatitis. 27:27-36, 1992.

Franklin P, Dingle P, Stick S. Raised Exhaled Nitric Oxide in Health Children is Associated with Domestic Formaldehyde Levels. Am J Respir Crit Care Med 161:1757-1759, 2000

Garrett MH, Hooper MA, Hooper BM, et al. Increased risk of allergy in children due to formaldehyde exposure in homes. 54(4):330-337, Apr 1999.

Garrett MH. Erratum Allergy 54(12):1327, 1999

Giwercman C, Lerbaek A, et al. Classification of atopic hand eczema and the filaggrin mutations. Contact Dermatitis, 59(5):257-260, 2008.

Gravesen S, et al., Microfungal Contamination of Damp Buildings—Examples of Risk Constructions and Risk Materials. Env Health Perspectives 107(Supp 3): 505-508, 1999

Gu Y, Fujimiya Y, Kunugita N. Long-term exposure to gaseous formaldehyde promotes allergen-specific IgE-mediated immune responses in a murine model. Hum Exp Toxicol. 27(1):37-43, 2008.

Gutarowska B, et al., Exposure to moulds in flats and the prevalence of allergic diseases-preliminary study. Pol J Microbiol 54:13-20, 2005.

Hanckel R, Carter R. Epistaxis. Southern Medical Journal. 57:282-286, 1964.

Hansen J, Olsen JH. Formaldehyde and cancer morbidity among male employees in Denmark. Cancer Causes Control. 6(4):354-360, 1995.

Haraguchi H, Ebihara S, Saikawa M, et al. Malignant tumors of the nasal cavity: review of a 60-case series. Jpn J Clin Oncol 25(5):188-194, 1995.

Hata H, Takano H, et al. Late Complications of Gelatin-Resorcin-Formalin Glue in the Repair of Acute Type A Aortic Dissection. Ann Thorac Surg 83:1621-1627, 2007.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries. J Natl Cancer Inst, 95, 1615-1623, 2003.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from solid cancers among workers in formaldehyde industries. Am J epidemiol, 159:1117-1130, 2004.

Hauptmann M, Stewart PA, et al., Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. J Natl Cancer Inst 101(24):1696-1708, 2009.

Hayes RB Raatgever JW, de Bruyn A, et al. Cancer of the nasal cavity and paranasal sinuses, and formaldehyde exposure. Int J Cancer, 37:487-494, 1986.

Hayes RB, Gerin M, Raatgever JW, et al. Wood-related occupations, wood dust exposure, and sinonasal cancer. Am J Epidemiol 124:569-577, 1986.

Hayes RB, Blair A, Stewart PA, Herrick RF, et al. Mortality of US embalmers and funeral directors. Am J Ind Med 18:641-652, 1990.

Held, Johansen, Agner, et al. Contact allergy to cosmetics: testing with patients' own products. Contact Dermatitis. 40:310-315, 1999.

Henderson EM, Gaston B. SNOR and wheeze: the asthma enzyme? Trends Mol Med. 11(11):481-484, 2005.

Hendry KM, Cole E. A Review of Mycotoxins in Indoor Air. J Tox Env Health 38:183-198, 1993.

Hester SD, Benavides GB, et al. Formaldehyde-induced gene expression in F344 rat nasal respiratory epithelium. Toxicology 187(1):13-24, 2003.

Hodgson M, et al. An Outbreak of Recurrent Acute and Chronic Hypersensitivity Pneumonitis in Office Workers. Am J Epid. 125(4):631-638.

Hodgson M, et al. Pulmonary Disease Associated with Cafeteria Flooding. Arch Env Health. 40(2):96-101, 1985.

Hodgson M, et al. Building-Associated Pulmonary Disease From Exposure to Stachybotrys chartarum and Aspergillus versicolor. JOEM 40(3):241-249, 1998.

Hoffman Ronald, et al., Hematology: Basic Principles and Practice. Churchill Livingstone, Philadelphia, 2009

Holmstrom M, Wihelmsson B. Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde and wood dust. Scand J Work Environ Health 14:306-311, 1988.

Holmstrom M, Wilhelmsson B, Hellquist H. Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde alone and wood dust. Acta Otolaryngol (Stockh) 108:274-283, 1989.

Holmstrom M, Wilhelmsson B, Hellquist H, et al. Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust. Acta Otolaryngol (Stockh) 107:120-129, 1989.

Hovding G. Contact Eczema Due to Formaldehyde in Resin Finished Textiles. Acta Dermato-Venereologica 41:194-200, 1961.

Howard B, et al Clinical and Pathogenic Microbiology, 2nd ed. Mosby St. Louis, 1994.

Ionescu J, Marinescu D, Tapu V, Eskenasy A. Experimental chronic obstructive lung disease. I. Bronchopulmonary changes induced in rabbits by prolonged exposure to formaldehyde. Morphol Embryol (Bucur). 24(3):233-242, 1978.

International Classification of Diseases, Revision 8 (1965) http://www.wolfbane.com/icd/icd8.htm

Izutani H, Shibukawa T, et al. Devastating Late Complication for Repair of Type A Acute Aortic Dissection with Usage of Gelatin-Resorcinol-Formalin Glue. Interact CardioVasc Thorac Surg 6:240-242, 2007.

Jagani Z, Khosravi-Far R. Cancer stem cells and impaired apoptosis. Adv Exp Med Biol 615:331-344, 2008.

Jeffery PK. Differences and similarities between chronic obstructive pulmonary disease and asthma. Clin Exp Allergy. 29(Suppl 2):14-26, 1999.

Jude CD, Gaudet JJ, et al., Leukemia and hematopoietic stem cells: balancing proliferation and quiescence. Cell Cycle 7:586-591, 2008.

Kamata E, Nakadate M, et al. Results of a 28-month chronic inhalation toxicity study of formaldehyde in male Fisher-344 rats. J Toxicol Sci 22(3):239-254, 1997

Kaplan N, Palmer BF. Clinical Implications of Mycotoxins and Stachybotrys. Am J Medical Sciences 325(5):262-274, 2003.

Kazui T, Washiyama N, et al. Role of Biologic Glue Repair of Proximal Aortic Dissection in the Development of Early and Midterm Redissection of the Aortic Root. Ann Thorac Surg 72:509-514, 2001.

Kerfoot E, Mooney T. Formaldehyde and Paraformaldehyde Study in Funeral Homes. Am Ind Hyg Assoc J July 533-537, 1975.

Kerns WD, Pavkov KL, et al. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res. 43(9):4382-4392, 1983.

Kozak P, et al., Currently Available Methods for Home Mold Surveys. II. Examples of Problem Homes Surveyed. Annals of Allergy. 45:167-176, 1980.

Krzyzanowski M, Quackenboss JJ, Lebowitz M. Chronic Respiratory Effects of Indoor Formaldehyde Exposure, Env Res 52:117-125, 1990.

75

CAST002076

Kimbell JS. Nasal dosimetry of inhaled gases and particles: where do inhaled agents go in the nose? 34(3):270-273, 2006.

Kimbell, Gross, et al. Correlation of regional formaldehyde flux predictions with the distribution of formaldehyde-induced squamous metaplasia in F344 rat nasal passages. 380(1-2):143-154, 1997.

Kirsch M, Ginat M. Aortic Wall Alterations After Use of Gelatin-Resorcinol-Formalin Glue. Ann Thorac Surg 73:642-644, 2002.

Klaassen, Curtis D, et al., Editors. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 3rd Edition, New York: McMillan Publishing Company, 1986.

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 5th Edition, New York: McGraw-Hill Companies, Inc., 1996.

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 6h Edition, New York: McGraw-Hill Companies, Inc., 2001

Klaassen, Curtis D., Editor. **Casarett and Doull's Toxicology: The Basic Science of Poisons.** 7h Edition, New York: McGraw-Hill Companies, Inc., 2008

Kolstad H, et al., Do Indoor Molds in Nonindustrial Environments Threaten Workers' Health? A Review of the Epidemiologic Evidence. Epidemiol Rev 24:203-217, 2002.

Kuhn DM, and Ghannoum Ma. Indoor Mold, Toxigenic Fungi, and Stachybotrys chartarum: Infectious Disease Perspective. Clin Microbiology Reviews. 16(1):144-172, 2003.

Kwon J, and Park C. Sooty Mold of Persimmon (Diospyros kaki) Caused by Cladosporium cladosporioides. Plant Pathol. J. 19(5):266-268, 2003.

Lee GR, Wintrobe's Clinical Hematology. Lippincott, Williams and Wilkins, Philadelphia. pp. 56-71, 2209-2373, 1999.

Leino M, Makela M, et al., Intranasal exposure to a damp building mould, Stachybotrys chartarum, induces lung inflammation in mice by satratoxin-independent mechanisms. Clin Exp Allergy 33:1603-1610, 2003.

Leung DY. Role of IgE in atopic dermatitis. Curr Opin Immunol. 5(6):956-962, 1993.

Li C, Dampness and Respiratory Symptoms among Workers in Daycare Centers in a Subtropical Climate. Arch Env Health, 52(1):68-71, 1997.

Linos A, Blair A, Cantor KP, et al. Leukemia and non-Hodgkin's lymphoma among embalmers and funeral directors (Letter to the Editor) J Natl Cancer Inst, 82:66, 1990.

Linz DH, et al. Cluster Analysis Applied to Building-Related Illness. JOEM 40(2):165-171, 1998.

Luce D, Gerin M, et al. Sinonasal cancer and occupational exposure to formaldehyde and other substances. Int J Cancer 53:224-231, 1993.

Maibach H. Formaldehyde: Effects on Animal and Human Skin. in Human Studies: Effects of Formaldehyde on Skin. 1982.

Maronpot RR, Miller RA, et al. Toxicity of formaldehyde vapor in B6C3F1 mice exposed for 13 weeks. Toxicology 41(3):253-266, 1986.

Merk O, Speit G. Significance of formaldehyde-induced DNA-protein crosslinks for mutagenesis. Environ Mol Mutagen 32:260-268, 1998.

MSDS SPI :#02614-DA, 02614-AB Spi-Chem™ Formaldehyde, 37%, 2009.

Matsunaga, Miyake, et al. Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data From the Osaka Maternal and Child Health Study. Ann Epidemiol 18:78-84, 2008.

Maurice F, Rivory J-P, et al. Anaphylactic shock caused by formaldehyde in a patient undergoing long-term hemodialysis. J Allergy Clin Immunol. 77(4): 594-597, 1986.

McGregor D, Bolt H, et al. Formaldehyde and glutaraldehyde and nasal cytotoxicity: case study within the context of the 2006 IPCS Human Framework for the Analysis of a cancer mode of action for humans. Crit Rev Toxicol. 36(10):821-835, 2006.

Mi YH, Norback D, Tao J, et al. Current asthma and respiratory symptoms among pupils in Shanghai, China: influence of building ventilation, nitrogen dioxide, ozone, and formaldehyde in classrooms. Indoor Air 16:454-464, 2006.

Mirshahpanah and Maibach. Relationship of patch test positivity in a general versus an eczema population. Contact Dermatitis 56:125-130, 2007

Monticello TM, et al. Effects of formaldehyde gas on the respiratory tract of rhesus monkeys. Pathology and cell proliferation. Am J Pathol 134(3):515-527, 1989.

Monticello TM, Morgan KT. Cell proliferation and formaldehyde-induced respiratory carcinogenesis. Risk Anal 14(3):313-319, 1994.

Morey PR, Microbiological Contamination in Buildings: Precautions During Remediation Activities. IAQ 92 Environments for People, p. 171-177.

Morgan GJ, Alveres CI, et al., Benzene and the hemopoietic stem cell. Chem Biol Interact 153/154:217-222, 2005.

Nederost ST, Cooper KD. The Role of Patch Testing for Chemical and Protein Allergens in Atopic Dermatitis. Current Allergy and Asthma Reports. 1:323-328, 2001

Nielsen GD, Hougaard KS, et al. Acute airway effects of formaldehyde and ozone in BALB/c mice. Hum Exp Toxicol 18(6):400-409, 1999.

Norback D, Bjornsson E, Janson C, Widstrom J. et al. Asthmatic symptoms and volatile organic compounds, formaldehyde, and carbon dioxide in dwellings. Occup Environ Med 52:388-395, 1995.

Ogunleye AO, Ijaduola GT, Sandabe MB, Usual and unusual features of sinonasal cancer in Nigerian Africans: a prospective study of 27 patients.

Olsen JH. Occupational risks of sinonasal cancer in Denmark. British Journal of Industrial Medicine. 45:329-335, 1988.

Olsen JH, Asnaes S. Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities. Br J Ind Med 43(11):769-774, 1986

Olsen JH, Jensen SP, et al. Occupational Formaldehyde Exposure and Increased Nasal Cancer Risk in Man. Int J Cancer 34:639-644, 1984.

Olsen JH. Martin Dossing. Formaldehyde induced symptoms in day care centers. Am Ind Hyg Assoc J, 43:5,366-5,370, 1982.

Olsen, J.H., et al., "Cancer Risk and Occupational Exposure to Aflatoxins in Denmark." Br. J. Cancer. 1988, Vol. 58: 392—396.

Osguthorpe JD, Richardson M. Otolaryngologic Clinics of North America. 34(1):269-281, 2001.

Ott MF, Teta MJ, & Greenberg HL. Lymphatic and hematopoietic tissue cancer in a chemical manufacturing environment. Am J Ind Med, 16:631-643, 1989.

Parmigiani, Oalanza, Vom Saal. Ethotoxicology: An Evolutionary Approach to the Study of Environmental Endocrine-Disrupting Chemicals, Toxicology and Industrial Health, 14(1/2):1-8, 1998.

Passegue E, Jamieson CH, et al., Normal and leukemic hematopoiesis: are leukemias a stem cell disorder or a reacquisition of stem cell characteristics? Proc Natl Acad Sci USA 100(Suppl. 1):11842-11849, 2003.

Pati S, Parida SN. Indoor Environmental Risk Factors for Asthma and Respiratory Ill Health in Preschool Children of Coastal Orissa, India. Epidemiology. 16(5):S132-S133, 2005.

Patty's Toxicology, Fifth Edition, ed. Bingham, Cohrssen, Powell, John Wiley & sons, Inc, New York, 2001, Vol 5, pp979-989.

Pazdrak K, Gorski P, Krakowiak A, Urszula, R. Changes in Nasal Lavage Fluid due to Formaldehyde Inhalation. Int Arch Occup Environ Health 64:515-519, 1993.

Pedersen-Bjergaard, J, Christiansen DH, et al., Alternative genetic pathways and cooperating genetic abnormalities in the pathogenesis of therapy-related myelodysplasia and acute myeloid leukemia. Leukemia 20: 1943-1949, 2006.

Pedersen-Bjergaard, J, Andersen MK, et al., Genetics of therapy-related myelodysplasia and acute myeloid leukemia. Leukemia 22:240-248, 2008.

Pedersen N. Occupational hand eczema from formaldehyde in price labels. Contact Dermatitis. 6:57-58, 1980.

Pinkerton LE, Hein MJ, Stayner LT. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup Environ Med. 61(3):193-200, March 2004

Quievryn G, Zhitkovich A. Loss of DNA-protein crosslinks from formaldehyde-exposed cells occurs through spontaneous hydrolysis and an active repair process linked to proteosome function. Carcinogenesis 21:1573-1580, 2000.

Rask-Andersen A, Land CJ, Enlund K. Inhalation Fever and Respiratory Symptoms in the Trimming Department of Swedish Sawmills. Am J Ind Med 25:65-67, 1994.

Recio L. Oncogene and tumor suppressor gene alterations in nasal tumors. Mutat Res. 380(1-2):27-31, 1997.

Riddle, H.F.V. "Prevalence of Respiratory Symptoms and Sensitization by Mould Antigens Among a Group of Maltworkers." British Journal of Industrial Medicine. 1974, Vol. 31: 31—35.

Roitt I, Roth D, Brostoff J, Male D. Immunology seventh edition, Elsevier Health Sciences, 2006,

Rostenberg A, Bairstow B, et al. A Study of Eczematous Sensitivity to Formaldehyde. The Journal of Investigative dermatology. 19(6):459-462, 1952.

Ruoppi PI, et al., Nasal symptoms among residents in moldy housing. Scand J Work Environ Health, 29(6):461-467, 2j003.

Rumchev KB, Spickett JT, Bulsara MK, et al. Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur Respir J 20(2):403-408, 2002.

Rusch G, Clary JJ, Rinehart WE, and Bolte HF. A 26 Week Inhalation Toxicity Study with Formaldehyde in the Monkey, Rat, and Hamster. Toxicol Appl Pharmacol 68(3):329-343, 1983.

Scheel CM, et al., Possible Sources of Sick Building Syndrome in a Tennessee Middle School. Arch Env Health 56(5):413-417, 2001.

Scheynius L, Fischer T, et al. Absence of specific IgE antibodies in allergic contact sensitivity to formaldehyde. Allergy 48:525-529, 1993.

Sciandra D, Dispenza F, et al. Pleomorphic adenoma of the lateral nasal wall: case report. ACTA OTORHINOLARYNGOLOGICA ITALICA 28:150-153, 2008.

Shaham J, Bomstein Y, et al. DNA-protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde. Occup Environ Med 60(6):403-409, 2003

Shin SH, et al., Chronic rhinosinusitis: an enhanced immune response to ubiquitous airborne fungi. J Allergy Clin Immunol 114(6):1369-1375, 2004.

Shiono M. Surgery for acute aortic dissection using gelatin-resorcin-formalin glue: perspective from 10 years of follow-up at a single center. J Artif Organs 11:19-23, 2008.

Simoni M, et al., Mould/dampness exposure at home is associated with respiratory disorders in Italian children and adolescents: the SIDRIA-2 study. Occup Environ Med. 62(9):616-622, 2005.

Sittig M. Handbook of Toxic and Hazardous Chemicals and Carcinogens, Third Edition, Noyes Publications, New Jersey, 1991.

Smedje G, Norback D. Incidence of asthma diagnosis and self-reported allergy in relation to the school environment—a four year follow-up study in school children. Int J Tuberc Lung Dis 5(11):1059-1066, 2001.

Smedje G, Norback D, Edling C. Asthma among secondary schoolchildren in relation to the school environment. Clinical and Experimental Allergy. 27:1270-1278, 1997.

Smith MT, Skibola CF, et al., Causal models of leukaemia and lymphoma. IARC Sci Publ 157:373-392, 2004.

Stellman SD, Demers PA, Colin D, & Boffetta P. Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). Am J Ind Med 34:229-237, 1998.

Stroup NE, Blair A, & Erikson GE. Brain cancer and other causes of death in anatomists. J Natl Cancer Inst 77:1217-1224, 1986.

Swenberg JA, Kerns WD, et al. Induction of squamous cell carcinomas of the rat nasal cavity by inhalation exposure to formaldehyde vapor. Cancer Res 40(9):3398-3402, 1980.

Takahashi S, Kazuhide T, et al. Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas. Journal of Dermatology 34:283-289, 2007.

Takigawa T, Usami M, et al. Reduction of Indoor Formaldehyde Concentrations and Subjective Symptoms in a Gross Anatomy Laboratory. Bull Environ Contam Toxicol 74:1027-1033, 2005.

Tavernier, G, Fletcher G, et al. IPEADAM study: Indoor endotoxin exposure, family status, and some housing characteristics in English children. J Allergy Clin Immunol. 117(3):656-662, 2006.

Thompson CM, Grafstrom RC. Mechanistic considerations for formaldehyde-induced bronchoconstriction involving S-nitrosoglutathione reductase. J Toxicol Environ Health A 71(3):244-248, 2008.

Thompson CM, Subramaniam RP, Grafstrom RC. Mechanistic and dose considerations for supporting adverse pulmonary physiology in response to formaldehyde. Toxicol Appl Pharmacol 233(3):355-359, 2008.

Til HP, Woutersen RA, Feron VJ, Hollanders VHM, Falke HE, Clary JJ. Two-year drinking-water study of formaldehyde in rats Fd. Chem. Toxic 27(2):77-87, 1989.

Til HP, Woutersen RA, Feron VJ, Clary JJ. Evaluation of the oral toxicity of acetaldehyde and formaldehyde in a 4-week drinking-water study in rats. Fd. Chem Toxic 26:447-452, 1988.

Towers JF, McAndrew P. Maxillary sinusitis mimicking malignant disease. 39(5):719-723, 1975.

Tuomi T, et al., Mycotoxins in Crude Building Materials from Water-Damaged Buildings. Applied and Environmental Microbiology 66(5):1899-1904, 2000.

Uba G, Pachorek D, Bernstein J, et al. Prospective Study of Respiratory Effects of Formaldehyde Among Healthy and Asthmatic Medical Students. Am J Ind Med 15:91-101, 1989.

U. S. Department of Health and Human Services, Public Health Service, **Agency for Toxic Substances and Disease Registry**, Toxicological Profile for Formaldehyde, July 1999.

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, NIOSH Pocket Guide to Chemical Hazards, June 1990.

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Respirator Use Policy, 1995. http://www.cdc.gov/niosh/respuse.html

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Formaldehyde IDLH Documentation. http://www.cdc.gov/niosh/idlh/50000.html

U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, Publication No. 77-126, December 1976.

U. S. Department of Health and Human Services, Public Health Service, National Toxicology Program, Report on Carcinogens: Background Document for Formaldehyde, September 3, 2009

United States Department of Labor, Occupational Safety & Health Administration, Section 6-VI. Health Effects Discussion and Determination of Final PEL, http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=PREAMBLES&p_id=770

United States Department of Labor, Occupational Safety & Health Administration, OSHA document 2206, November 7, 1978, 1910.132-141, 1910.441 Subpart Z

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde standard, 1910.1048 App C. 2008

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1048, 2008

United States Department of Labor, Occupational Safety & Health Administration, letter dated October 16, 2003, Richard E. Fairfax to Philip Crawford. http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_id=24730&p_table=INTER

United States Department of Labor, Occupational Safety & Health Administration, letter dated August 7, 1987, John A. Pendergrass to John F. Murray

CAST002081

http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=INTERPRETATIONS&p_id=19

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1200, 1996

United States Department of Labor, Occupational Safety & Health Administration, Final Rules Federal Register # 52:46168-312, Formaldehyde, 12/04/1987

United States Department of Labor, Occupational Safety & Health Administration, letter dated February 21, 1989, correspondence from Thomas J. Shepich to Roger Clark.. http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=INTERPRETATIONS&p_id=19

United States Department of Labor, Occupational Safety & Health Administration, Docket No. H-225D, Occupational Exposure to Formaldehyde, 1992.

United States Department of Labor, Occupational Safety & Health Administration, Formaldehyde Standard, 1910.1200, July 1, 1990.

U.S. Environmental Protection Agency "Particulate Matter (PM10), 1997 Summary Report." January 26, 2005. http://www.epa.gov/air/airtrends/aqtrnd97/brochure/pm10.html.

U.S. Environmental Protection Agency. "Fine Particle (PM 2.5) Designations." January 26, 2005. http://www.epa.gov/pmdesignations/documents/120/factsheet.htm.

U.S. Environmental Protection Agency Particle Pollution and Your Health. Office of Air and Radiation, September 2003. EPA-452/F-03-001.

United States **Environmental Protection Agency (EPA)**, Formaldehyde Hazard Summary, January 2000 www.epa.gov .

United States **Environmental Protection Agency (EPA)**, National Primary Drinking Water Regulations, EPA 816-F-09-004, May 2009.

United States Food and Drug Administration. Floods Carry Potential for Toxic Mold Disease.JAMA 277(17):1342, 1997.

Vaughan TL, Strader C, Davis S, & Daling JR. Formaldehyde and cancers of the pharynx, sinus and nasal cavity: I. Occupational exposures. Int J Cancer 38:677-683, 1986.

Vaughn TL, Strader C, Davis S, U Daling JR. Formaldehyde and cancers of the pharynx, sinus and nasal cavity: II. Residential exposures. Int J Cancer, 38:685-688, 1986.

Vaughn TL, Stewart PA, Teschke, K, Lynch CF, et al. Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. Occup environ Med, 57:376-384, 2000.

Vimpel T, Felding J, Bonding P. The value of X-ray examination of the paranasal sinuses after epistaxis. The Journal of Laryngology and Otology. 99:253-259, 1985.

von Bubnoff, Koch, Bieber. Dendritic cells and atopic eczema/dermatitis syndrome. Curr Opin Allergy Clin Immunol. 3(5):353-358, 2003.

Walrath J and Fraumeni JF, Jr. Mortality patterns among embalmers. Int J Cancer 31:407-411, 1983.

Wantke F, Focke M, et al. Formaldehyde and phenol exposure during an anatomy dissection course: a possible source of IgE-mediated sensitization? Allergy 51:837-841, 1996.

CAST002082

Ward KA, Todd D, et al. A comparison of expression of surface-bound immunoglobulin E on antigen-presenting cells in cutaneous tissue between patients with allergic, irritant and atopic dermatitis. Contact Dermatitis 25:115-120, 1991.

West S, Hildesheim A, and Dosemeci M. Non-viral risk factors for nasopharyngeal carcinoma in the Phillippines: Results from a case-control study. Int J Cancer, 55:722-727, 1993.

Weston WL. Type IV reactions in the skin. Ann Allergy 37(5):346-352, 1976.

Wilmer JWG, Woutersen RA, Appelman LM, et al. Subacute (4-week) inhalation toxicity study of formaldehyde in male rats: 8-hour intermittent *versus* 8-hour continuous exposures. J Appl Toxicol 7:15-16. 1987.

Wilmer JW, Woutersen RA, et al. Subchronic (13-week) inhalation toxicity study of formaldehyde in male rats: 8-hour intermittent versus 8-hour continuous exposures. Toxicol Lett. 47(3):287-293, 1989.

Wantke F, Demmer CM, Tappler P, Gotz M, Jarisch R. Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children, Clin Exp Allergy 26(3):276-280, Mar 1996.

Wantke F, Focke M, Hemmer W, et al. Exposure to formaldehyde and phenol during an anatomy dissecting course: sensitizing potency of formaldehyde in medical students. Allergy 55:84-87, 2000.

World Health Organization. Formaldehyde: Environmental health criteria 89, Geneva: World Health Organization, 1989.

World Health Organization, **International Agency for Research on Cancer**: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 88, June, 2004.

World Health Organization, **International Agency for Research on Cancer**: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 100F, October 2009 in press.

World Health Organization, **International Agency for Research on Cancer**: IARC. Special Report: Policy—A review of human carcinogens—Part F: Chemical agents and related occupations. Lancet 10:1143-1144, 2009.

Woutersen RA, Appelman LM, et al. Subchronic (12-week) inhalation toxicity study of formaldehyde in rats. J Appl Toxicol 7(1):43-49, 1987.

Wuthrich B, Cozzio A, et al. Atopic eczema: genetics or environment? Ann Agric Environ Med. 14(2):195-201, 2007.

Zwart A, Woutersen RA, et al. Cytotoxic and adaptive effects in rat nasal epithelium after 3-day and 13-week exposure to low concentrations of formaldehyde vapour. Toxicology 51(1):87-99, 1988.

Zhang L, Beane Freeman L, et al., Formaldehyde and Leukemia: Epidemiology, Potential Mechanisms, and Implications for Risk Assessment. Environmental and Molecular Mutagenesis DOI 10.1002/em, 2009.

Zhang L, Tang X, Rothman N, et al. Occupational exposure to formaldehyde, hematotoxicity and leukemia-specific chromosome changes in cultured myeloid progenitor cells. Cancer Epidemiol Biomarkers Prev 19(1):80-88, 2010.

Zhang L, Steinmaus C, Eastmond DA, et al., Formaldehyde exposure and leukemia: A new meta-analysis and potnetial mechanisms. Mutation Research 681:150-168, 2009.

Zhao Z, Zhang Z, et al. Asthmatic Symptoms among Pupils in Relation to Winter Indoor and Outdoor Air Pollution in Schools in Taiyuan, China. Environmental Health Perspectives. 116(1):90-97, 2008.

**Methodology References**

Epi Info 2000, Centers for Disease Control and Prevention and the World Health Organization, 2000 www.cdc.gov/epiinfo.
Evans, AS. Causation and Disease: The Henle-Koch Postulates Revisited, The Yale Journal of Biology and Medicine, 49:175-195, 1976.
LaDou, Joseph. Occupational & Environmental Medicine, 2nd edition, Appleton & Lange, Connecticut, 1997.
MacHahon and Pugh. Epidemiology: Principles and Methods, Little, Brown and Company, Boston, 1970.
Reference Manual on Scientific Evidence 2nd edition: Reference guides on toxicology, epidemiology, survey research, and medical testimony: external causation. www.fjc.gov/newweb/jnetweb.nsf.
Rothman and Greenland, Modern Epidemiology, 2nd Edition, Lippincott Williams & Wilkins, Phildelphia, 1998.
Sherman, J. Chemical Exposure and Disease: Diagnostic and Investigative Techniques. Van Nostrand Reinhold, New York. 1988.
Sir Bradford Hill. Proc. Royal Soc. Med., 58(5): May, 1965.


I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

1-27-10
**Date**

Patricia M. Williams, Ph.D.
**President, Environmental Toxicology Experts, LLC**

Sworn to and subscribed before me this 27th day of January 2010.

LWallace

Notary Public
Commission expires at death.
**Bar Roll No.** 19359

CAST002084