EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | SECTION: "N"(5) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| | ) | MAG: CHASEZ |
| | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF LAWRENCE G. MILLER, M.D.,M.P.H. IN THE
## TRIAL OF EARLINE M. CASTANEL

STATE OF MASSACHUSETTS
COUNTY OF MIDDLESEX

Before me, the undersigned notary on this day personally appeared Lawrence G. Miller, M.D.,

M.P.H., a person whose identity is known to me. After I administered the oath to him, upon

his oath he stated as follows:

All statements contained herein are true and correct and based upon my personal knowledge,
education, experience and personal knowledge of Ms. Earline Castanel and I am a person of full
age of majority, competent to execute this affidavit.

I am writing concerning Ms. Earline M. Castanel. I have been asked to provide an opinion
concerning her state of health as relates to exposure to formaldehyde while residing in a
FEMA-provided trailer. My opinion is based on my personal knowledge, education and
experience. I am a licensed physician and am Board-certified in Internal Medicine, Pulmonary
Disease and Clinical Pharmacology. I received M.P.H. degree in Environmental Health.

CAST002312

I have reviewed medical records provided to me concerning Ms. Castanel and also medical and toxicological literature. In addition, I have interviewed and examined Ms. Castanel on January 13, 2010.

Ms. Castanel is a 79-year-old African American female who appears to be in good health for her age. She reports that her current problems are depression, fatigue and nasal congestion. She indicates that she has had intermittent episodes of "feeling discouraged" or "a little depressed" for many years; she has not discussed these episodes in most cases with her physician. They seemed to have resolved but have in fact reoccurred. Since she left the FEMA trailer, she reports that she has had more persistent and somewhat more severe depression. She says she is worried about the future, and in particular she is very worried about the effects of exposures in the FEMA trailer. She indicated she is worried about developing cancer, which she finds very frightening. She began to cry twice spontaneously during this discussion, both times when mentioning cancer. She doesn't believe that her appetite or weight has changed significantly, and she does not believe her sleep habits have changed. She also reports that she has felt fatigued since living in the trailer. She states that before moving into the trailer she was "frisky", but since that time she has felt more general fatigue and notes that she gets tired faster. She does not report a significant change in her activity. She sees her daughter regularly.

Ms. Castanel also reports "sinus trouble." She recalls a history of sinus problems, usually mild, and she remembers taking medication in the past. Soon after moving into the trailer, she reports that she began to have severe headaches and facial pressure and couldn't breathe through her nose. These episodes lasted several days and occurred frequently while she was living in the trailer. Since leaving the trailer, she has continued to have similar episodes but not as severe, usually consisting of nasal congestion and headache. The episodes occur intermittently; she is not sure of the frequency, probably several times per month.

Ms. Castanel has a long history of hypertension and hyperlipidemia for which she takes medication.

She reports allergies to Penicillin and Sulfa. She never smoked and does not drink alcohol.

She was healthy as a child, and recalls no specific illnesses in her parents and siblings. Her daughter has diabetes mellitus, and her son had testicular cancer.

She lives on St. Peters Street in New Orleans, Louisiana. Ms. Castanel lived in a FEMA trailer from March 2006 to August 2007.

She worked briefly in a factory when she was young; she worked for more than 30 years as a housekeeper up until Hurricane Katrina. She primarily worked keeping house for a priest, and reports that the work has not strenuous. She recalls no chemical exposures, and used few cleaning agents.

Review of systems is negative except that she reports that she developed light spots on her skin, especially arms and legs, while living in the trailer. She had mild itching while living in the trailer but this has resolved. The light spots have persisted. She also reports that she has had glaucoma.

Medical records from her primary physician, Dr. Alan Bowers, are available dating to 2003. Diagnoses at that time were glaucoma, generalized anxiety disorder, rhinitis, GE reflux and hypertension. She was evaluated for sinus problems in early 2004 and treated with Nascocot, Zyrtec and Depomedrol. She reported in March 2004 that her face became puffy when her sinus problems occur; she was diagnosed with chronic sinusitis. She was again seen for nasal obstruction in June of 2004 and received Rhinocort and Depomedrol. Anxiety was noted on a visit in July of 2004. Hyperlipidemia was noted in September of 2004. She had an episode of chest pain and a stress test in September of 2004; results were normal. She was seen by a specialist in October of 2004 for her sinus problems. She was again seen for sinus problems in December of 2004 and received Keflex. She reported a facial rash in June of 2005. In March of 2006 she was reported to be anxious and depressed and Zoloft was prescribed; she stopped the Zoloft soon after. She was again seen for sinus problems in July of 2006 and treated with Depomedrol. She had a hospital admission in August of 2006 for chest pain; no cardiac event occurred. She was again seen for sinus problems in June of 2007. She had numerous other visits for evaluation hypertension, abdominal pain, neck pain, shoulder pain and low potassium. Medications as of October of 2008 include Alphagan, Anaprox, Cosopt, Depo-estradiol, Flexeril, Lipitor, Amitriptyline, Miralax, Motrin, Nasonex, Nexium, Verapamil, Xalatan and Zytrec.

She also was seen on several occasions by Dr. Joseph Gautreaux beginning in 2002. He diagnosed episodes of sinusitis in May of 2002, September of 2003, October of 2004, February of 2006, April of 2008, and August of 2008, as well as several episodes of pharyngitis. During the time she was in the travel trailer, she had frequent visits to Dr. Gautreaux. She was also admitted to the Ochsner Emergency Room in August of 2009 for near syncope, and described sinus congestion at that time. Physical examination was unremarkable and chest X-ray and head CT were normal.

Medical records from her dermatologist, Dr. Carter Paddock, are available dating to 1984. She had a history of seborrheic dermatitis at that time which persisted. Eczema was diagnosed in 1995. She also had several warts and actinic keratoses. Medical records are also available from Dr. S.T. Reddy, her gastroenterologist. In September of 2006 she was diagnosed with dysphagia and anemia. She had a normal EGD with dilation in September of 2006. In February of 2007 she had a colonoscopy which indicated polyps and mild diverticulosis. Pathology report indicated tubular adenoma. Subsequent CBC was normal.

Physical examination was unremarkable. Skin showed multiple small hypopigmented areas on lower arms and legs without obvious inflammation or excoriation. No rashes were noted. HEENT was unremarkable. Pharynx was unremarkable. Chest was clear, heart was

Ms. Earline Castanel                    3                    January 28, 2010

unremarkable. Abdomen was unremarkable, and extremities indicated no joint swelling or edema. Peripheral pulses were intact.

Formaldehyde in housing has been an issue of longstanding concern. Formaldehyde is a common component of hardwood plywood, particle board, composition board, medium density fiberboard, carpeting, glues, resins, and other construction materials. Studies summarized in the CDC Report (2008; see below) indicate that formaldehyde emission rates in housing are greater in newer housing compared to older housing, and are relatively constant during the first 8 months post-construction, declining subsequently, although emissions can continue for prolonged periods. Formaldehyde emissions in housing vary with temperature, humidity and ventilation.

As is widely known, in the aftermath of Hurricane Katrina, severe damage to the homes of many families led to the provision of temporary housing by the Federal Emergency Management Agency (FEMA). This temporary housing, collectively referred to as "FEMA trailers," led to the exposure of residents to potentially toxic substances, including formaldehyde. In July of 2008, the Centers for Disease Control issued a report describing exposures to formaldehyde in a random sampling of 519 occupied trailers, involving a 1-hour continuous indoor air sample, and spot measurements of indoor temperature and humidity. These measurements were undertaken during the winter months.

The CDC sampling data indicated a mean (geometric) formaldehyde level of 77 ppb, with a range from 590 ppb, with some variation based on type of trailer. Some trailers of all types had formaldehyde levels greater than 100 ppb. The CDC also surveyed other activities with the potential to alter formaldehyde emissions, including smoking, cooking, use of fragrances, use of construction materials and ventilation.

As the CDC Report discusses, formaldehyde levels measured during this study are likely to underestimate past levels, in part due to higher expected emissions with increased temperature and humidity, and in part due to higher expected emissions when the trailers were first placed into use.

In the case of Ms. Castanel, the formaldehyde data indicated the presence of a "completed exposure pathway", that is, a source of contamination, a means by which contamination becomes present in the environment, a source of exposure, routes of exposure and an exposed population.

The health effects of formaldehyde have been widely studied for decades (ATSDR Profile, 1999; Feinman, 1988). Acute exposure to formaldehyde produces irritation in the eyes and upper respiratory tract. Chronic Exposure to low concentrations of formaldehyde vapor produces eye and upper respiratory tract irritation, as well as skin rashes and neurobehavioral effects.

Ms. Earline Castanel                    4                    January 28, 2010

CAST002315

The Agency for Toxic Substances and Disease Registry (ATSDR) has established Minimal Risk Levels (MRL) for inhalation of formaldehyde (1999). An MRL is an estimate of the daily human exposure to a toxic substance that is likely to produce no adverse health effects over a specified period of exposure. It should be noted that MRLs are generally based on studies of healthy adults. The MRL derived for intermediate inhalation (15-365 days) is 30 ppb, and for chronic inhalation (greater than 365 days) is 8 ppb.

There is an extensive literature concerning the effects of acute and chronic exposure to formaldehyde on the upper respiratory tract. Acute and sub-acute exposure to formaldehyde has been shown to have irritant effects on nasal and respiratory mucosa in animals (Bolt, 1987; EPA/OTS, 1980, 1985; Feron et al., 1988; Wilmer et al., 1987; Zissu, 1995) and humans. Substantial literature exists concerning subchronic and chronic exposure. To summarize, in animals, subchronic and chronic exposure to formaldehyde leads to rhinitis as determined by observation and histopathology (Appleman et al., 1988; Holmstrom et al., 1989; Kerns et al., 1983; Wilmer et al., 1989). In particular, formaldehyde exposure causes cytotoxic effects on nasal and respiratory epithelium, and frequently dysplasia and metaplasia. Recent genetic studies in the nasal mucosa indicate that low concentrations of formaldehyde primarily affect the extracellular matrix or external plasma membrane portions of the epithelium (Andersen et al, 2008).

There is substantial literature addressing effects of chronic exposure to formaldehyde on the upper respiratory tract in humans (Airaksinen, 1988; Krzyzanowski et al., 1990; Srivastava, 1992; Takahashi et al., 2007). While most studies are small, there is broad agreement that formaldehyde exposure is correlated with rhinosinusitis. Detailed studies of workers exposed to formaldehyde indicate nasal mucosal swelling, decreased mucocilliary clearance, and histopathologic changes, including altered nasal epithelium, dysplasia and metaplasia (Edling et al., 1985, 1987; Pazdrak et al., 1993). Larger studies suggest that formaldehyde is the leading cause of occupational rhinitis (Hytonen et al., 1997). There is clear evidence that formaldehyde inhalation is associated with immune system activation, and that individuals with a history of allergic rhinitis are more susceptible to the effects of formaldehyde exposure (Takahashi et al., 2007; Thrasher et al., 1988; Wantke et al., 1996; Wilhelmsson and Holmstrom, 1987).

Although rhinosinusitis is clearly associated with formaldehyde exposure in humans, whether this condition is irritative or allergic, or a combination of the two, cannot be stated with certainty. A conservative assessment of the evidence suggests that both processes contribute to the development and persistence of rhinosinusitis in individuals with chronic exposure to formaldehyde.

These data strongly support the correlation between formaldehyde exposure in the development of rhinosinusitis in humans. In addition, the biological mechanism for the causative role of formaldehyde in rhinosinusitis, i.e., cytotoxic effects on the nasal and respiratory epithelium as well as the development of immune-mediated responses (see above), is well-described and widely accepted.

Ms. Earline Castanel                                 5                                 January 28, 2010

With regard to Ms. Castanel, the primary elements for the correlation of her rhinosinusitis with formaldehyde exposure are present. As previously noted, a "completed exposure pathway" is present, indicating the strong likelihood that Ms. Castanel was exposed chronically to formaldehyde emissions in her "FEMA trailer" housing. As the prior discussion indicates, exposure to formaldehyde is strongly associated with the development of rhinosinusitus and changes in the respiratory mucosa.

It should be noted that Ms. Castanel had a history of allergies and chronic rhinitis and sinusitis prior to her exposure in the FEMA trailer. As noted previously, there is evidence that individuals with an allergic history are more sensitive to the effects of formaldehyde on the upper and lower respiratory tract.

With regard to these conditions, it is difficult to ascertain a specific cause of Ms. Castanel's rhinosinusitis since 2004. The substantial reported increase in these symptoms during her occupancy of the trailer strongly supports a role for formaldehyde exposure. In view of Ms. Castanel's exposure to formaldehyde in the trailer and the clear association between formaldehyde and rhinosinusitis, it is highly likely that this exposure exacerbated this illness. The natural history of rhinosinusitis symptoms associated with formaldehyde exposure is uncertain. While Ms. Castanel's symptoms have improved somewhat since leaving the trailer, the symptoms have persisted, and she describes them as more severe than prior to living in the trailer.   In view of the documented histological abnormalities in the upper airways associated with formaldehyde exposure, it is highly likely that symptoms of rhinosinusitis will persist for some time, perhaps indefinitely.

Ms. Castanel also indicates increased depression and fatigue since living in the trailer. The cause of these symptoms is difficult to ascertain. She also reports substantial concern about health effects to exposures in the trailer, and in particular, fear of developing cancer. As noted previously, she began to cry on two occasions when discussing her fear of cancer. I have reviewed the report of Dr. Patricia Williams concerning formaldehyde exposure, and in particular, her discussion of the increased relative risk of cancer associated with exposure to inhaled formaldehyde. Dr. Williams provides substantial evidence indicating that exposure to inhaled formaldehyde increases the risk of developing cancer.

In summary, it is my professional opinion that, within a reasonable degree of medical probability, the exposure to formaldehyde emissions during her residence in the FEMA trailer significantly exacerbated Ms. Castanel's rhinosinusitis. Based on Ms. Castanel's known exposure to formaldehyde, discussed above, and the evidence summarized by Dr. Williams, it is also my opinion, within a reasonable degree of medical probability, that Ms. Castanel's fear of cancer, after her exposure to formaldehyde, are rationally based.

Ms. Earline Castanel                               6                         January 28, 2010

## References

Airaksinen LK et al. Inhalation challenge test in the diagnosis of occupational rhinitis. Am J Rhinol 2008 22:38.

Andersen ME et al. Genomic signatures and dose-dependent transitions in nasal epithelial responses to inhaled formaldehyde in the rat. Toxicol Sci 2008 105:368.

Appelman LM et al. One-year inhalation toxicity study of formaldehyde in male rats with a damaged or undamaged nasal mucosa. J Appl Toxicol 1988 8:85.

Bolt HM.   Experimental toxicology of formaldehyde. J Cancer Res Clin Oncol 1987; 113(4):305-9.

Boysen M et al. Nasal mucosa in workers exposed to formaldehyde: a pilot study. Br J Ind Med 1990 47:116.

Centers for Disease Control and Prevention. Final Report on formaldehyde levels in FEMA-supplied travel trailers, park models and mobile homes, July 2008.

Feinman SE. Formaldehyde sensitivity and toxicity. CRC Press, Boca Raton, FL, 1988, 135.

Edling C et al. Formaldehyde and the nasal mucoa. Br J Ind Med 1985 42:570.

Edling C et al. Occupational formaldehyde exposure and the nasal mucosa. Rhinology 1987 25:181.

Edling C et al. Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. Brit J Ind Med 1988 45:761.

EPA/OTS. Letter from Monsanto Company to US EPA Regarding the Enclosed Long-Term Toxicity Study on Formaldehyde with Attachments.   Doc. #88-8000314, 1980.

EPA/OTS. Studies of the inhalation toxicity of formaldehyde. Doc. #60-00022057, 1985.

Feinman S. Formaldehyde toxicity. Formaldehyde Sensitivity and Toxicity, S. E. Feinman, Editor, CRC Press, Inc., Boca Raton, pp. 155-166, 1988

Feinman S. Respiratory effects from formaldehyde. Formaldehyde Sensitivity and Toxicity, S. E. Feinman, Editor, CRC Press, Inc., Boca Raton, pp. 135-148, 1988.

CAST002318

Feron VJ et al. Nasal tumours in rats after short-term exposure to a cytotoxic concentration of formaldehyde. Cancer Lett 1988 39:101.

Holmstrom M, Wilhelmsson B. Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde alone and wood dust. Scand J Work Environ Health 1988 14:306.

Holmstrom M et al. Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde alone and wood dust. Acta Otolaryngol 1989 108:274.

Hytonen M et al. The risk of occupational rhinitis. Int Arch Occup Environ Health, 1997 69:487.

Kerns WD et al. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res 1983 43:4382.

Krzyzanowski M, Quackenboss JJ, Lebowitz M. Chronic respiratory effects of indoor formaldehyde exposure. Environ Res 1990 52:117.

Pazdrak K et al. Changes in nasal lavage fluid due to formaldehyde inhalation. Int Arch Occup Environ Health 1993 64:515.

Srivastava AK. Clinical Studies of Employees in a Sheet-Forming Process at a Paper Mill. Vet Human Toxicol 1992 34:525.

Takahashi S et al. Prospective study of clinical symptoms and skin test reactions in medical students exposed to formaldehyde gas. J Dermatol 2007 34:283

Thrasher JD et al. Antibodies and immune profiles of individuals occupationally exposed to formaldehyde: six case reports. Amer J Indust Med 1988 14:479.

US Dept. of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. Toxicological profile for formaldehyde. July 1999.

Wantke F, Demmer CM, Tappler P et al. Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children. Clin Exp Allergy 1996 26:276.

Wilhelmsson B Holmstrom M. Positive formaldehyde-RAST after prolonged formaldehyde exposure by inhalation. Lancet 1987 2:164.

Wilmer JW et al. Subacute (4-week) inhalation toxicity study of formaldehyde in male rats: 8-hour intermittent versus 8-hour continuous exposures. J Appl Toxicol 1987 7:5.

CAST002319

Wilmer JW et al. Subchronic (13-week) inhalation toxicity study of formaldehyde in male rats: 8-hour intermittent versus 8-hour continuous exposures. Toxicol Lett 1989 47:287.

Zissu    D. Histopathological Changes in the Respiratory Tract of Mice Exposed to Ten Families of Airborne Chemicals. J Appl Toxicol 1995 15:207.

CAST002320

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

1/28/10
Date



Lawrence G. Miller, M.D., M.P.H.

Sworn and subscribed before me this 28th day of January 2010.

KATHY L. PARKER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires:
May 21, 2015

Ms. Earline M. Castanel                    10                    January 28, 2010

CAST002321