UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Castanel, et. al. v Recreation by Design, LLC, et. al* | * | |
| Docket No. 09-3251 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION *IN LIMINE* TO PROHIBIT REFERENCE TO THE FINANCIAL MATTERS OF EARLINE CASTANEL

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Earline Castanel ("Plaintiff"), who hereby respectfully moves this Court *in Limine* to prohibit any reference to the financial matters of Earline Castanel. In support of this Motion, Plaintiff refers this Court to her attached Memorandum.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**

1

## PRODUCT LIABILITY LITIGATION

BY:	s/Gerald E. Meunier
	GERALD E. MEUNIER, #9471
	**PLAINTIFFS' CO-LIASON COUNSEL**
	Gainsburgh, Benjamin, David, Meunier

&

	Warshauer, L.L.C.
	2800 Energy Centre, 1100 Poydras Street
	New Orleans, Louisiana 70163
	Telephone: 504/522-2304
	Facsimile:  504/528-9973
	gmeunier@gainsben.com

	s/ Justin I. Woods
	JUSTIN I. WOODS, #24713
	**PLAINTIFFS' CO-LIASON COUNSEL**
	Gainsburgh, Benjamin, David, Meunier

&

	Warshauer, L.L.C.
	2800 Energy Centre, 1100 Poydras Street
	New Orleans, Louisiana 70163
	Telephone: 504/522-2304
	Facsimile:  504/528-9973
	jwoods@gainsben.com

	**COURT-APPOINTED PLAINTIFFS'
	STEERING COMMITTEE**
	ANTHONY BUZBEE, Texas #24001820
	ROBERT BECNEL, #14072
	RAUL BENCOMO, #2932
	FRANK D'AMICO, #17519
	MATT MORELAND, #24567
	LINDA NELSON, #9938
	DENNIS REICH, Texas #16739600
	MIKAL WATTS, Texas #20981820

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document had been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on April 16th, 2010.

                                    /s/Gerald E. Meunier
                                    GERALD E. MEUNIER