UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Castanel, et. al. v Recreation by Design, LLC, et. al* | * | |
| Docket No. 09-3251 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE ADDENDUM TO MICHAEL GINEVAN'S, PH.D. EXPERT REPORT**

**MAY IT PLEASE THE COURT:**

Plaintiff Earline Castanel hereby respectfully submits this memorandum in support of her Motion to Strike the Addendum to Michael Ginevan's, Ph.D. Expert Report. As will be discussed below, Dr. Ginevan's expert report addendum should be struck as untimely without just cause. This Addendum was only recently produced at deposition on Tuesday, April 13, 2010, over a month after the expert report deadline imposed by the Court's Scheduling Order. The submission of said report fails to qualify as a supplementation under Rule 26 of the Federal Rules of Civil Procedure, as all information referenced in the Addendum was available prior to the production of Dr. Ginevan's expert report.

1

## LAW & ARGUMENT

This Court imposed a deadline for the submission of all defense expert reports by February 24, 2010. Rec. Doc. 12585. As noted above, Defendant has attempted to submit an Addendum to Dr. Ginevan's expert report subsequent to the deadlines imposed by the Court. Dr. Ginevan's addendum fails to meet the supplementation requirement of Rule 26 of the Federal Rules of Civil Procedure. FED. R. CIV. PROC. 26(e)(1) (imposing a "duty to supplement . . . if the party learns that in some material respect the information disclosed is incomplete or incorrect"). Here, Ginevan's addendum is based upon information which was clearly available prior to this Court's deadline. The underlying data has been readily available for months. Hewett's expert report was submitted on January 29, 2010. There is no legitimate reason why Ginevan could not have commented on Hewett's analysis on a timely basis. Ginevan's addendum does not serve to complete or correct his prior report. Rather, it offers new opinions on an untimely basis. Defendant should be precluded from such submission, as the addendum not only violates the deadline imposed by this Court, but constitutes unfair prejudice to Plaintiff. Significantly, the addendum was not disclosed to Plaintiff until Dr. Ginevan's deposition was under-way. As this Court ruled in the *Wright* matter, the failure to timely supplement an expert's report is sufficient grounds to preclude its submission. *See, e.g.,* Rec. Doc. 11385; Rec. Doc. 11758. For the above and foregoing reasons, this Court should strike the addendum to Dr. Ginevan's expert report.

## PRAYER

WHEREFORE, Plaintiff respectfully requests that this Court strike the above described untimely Addendum to Michael Ginevan's, Ph.D. Expert Report.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:    s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       PLAINTIFFS' CO-LIAISON COUNSEL
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       PLAINTIFFS' CO-LIAISON COUNSEL
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:    504/528-9973
       jwoods@gainsben.com

       COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE
       ANTHONY BUZBEE, # 24001820
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       MIKAL WATTS, Texas # 20981820
       DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on April 16, 2010.

                                            s/Gerald E. Meunier  
                                          GERALD E. MEUNIER, #9471