# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT UNOPPOSED MOTION TO EXTEND NON-LITIGATION TRACK

NOW INTO COURT, come the Non-Litigation Track Defendants (except Palm Harbor Homes, Inc., Palm Harbor Manufacturing, L.P. and Palm Harbor Albemarle LLC (collectively the "Palm Harbor Defendants")) and Plaintiffs' Steering Committee, who move this Honorable Court for a pretrial order extending the Non-Litigation Track until July 1, 2010. In support of this Motion, the Parties state as follows:

1.   On March 2, 2010, this Court entered an Order (Doc. 12046) extending the Non-Litigation Track until April 1, 2010.

2.   The PSC and Non-Litigation Track Defendants have engaged in productive settlement negotiations, have reached a settlement agreement in principle and are on the verge of finalizing a settlement agreement resolving claims against all of the Non-Litigation Track Defendants, except the Palm Harbor Defendants who have elected not to participate in the settlement under the terms and conditions agreed upon in principle.

01892070.1

3.	In the event a final settlement agreement is reached, the Court has Ordered the parties to file motion to certify a settlement class and to approve class settlement no later than May 3, 2010.

4.	The undersigned certifies to this Court that a copy of this motion was presented to all Liaison Counsel before it was filed and none oppose the granting of this motion.

WHEREFORE, premises considered, the Non-Litigation Track Defendants (except the Palm Harbor Defendants), and the Plaintiffs' Steering Committee jointly request that this Honorable Court extend the Non-Litigation Track as to all Non-Litigation Track Defendants (except the Palm Harbor Defendants) until July 1, 2010;

Respectfully submitted,

**For the Non-Litigation Track Defendants**

s/ Stephanie Skinner
Stephanie Skinner

**OF COUNSEL:**

Lee E. Bains, Jr.
Thomas W. Thagard, III
Joshua B. Baker
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

- and -

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

01892070.1

## CERTIFICATE OF SERVICE

 I hereby certify that on April 19, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                 /s Stephanie Skinner
                 OF COUNSEL

01892070.1