Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR 14  AM 10: 14

LORETTA G. WHYTE
CLERK

April 8, 2010

Brown vs. Stewart Park Homes, Inc., et al
Case No. # 2:09-cv-08718

Dear Sir or Madam:

I certify that each Plaintiff has been matched to one manufacturer and one installer. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Stewart Park Homes, Inc.

Shaw Environmental, Inc.

Very truly yours,

Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084