Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



April 8, 2010

Hayes, et al vs. Thor Industries, Inc., et al
Case No. # 2:09-cv-08729

Dear Sir or Madam:

I certify that each Plaintiff has been matched to one manufacturer and one installer. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Thor Industries, Inc.

Thor California, Inc. d/b/a Thor Manufacturing

Fluor Enterprises, Inc.

Very truly yours,

Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084