OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR 15 PM 2:07

LORETTA G. WHYTE
CLERK

Date: 4/14/2010

Thomas B. Hendrix, et al

vs.

Lakeside Park Homes, Inc., et al

Case No. 09-8654   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Murillo Modular Group, Ltd.
   (address) 1400 Bradley Lane, Carrollton, TX 75007
2. (name) RAZZ Electrical Services, LLC.
   (address) 3268 Hwy 112, Lecompte, LA 71346
3. (name) TKTMJ Inc.
   (address) Through its Registered Agent for Service, Yvonne R. Tubre, 623 Patrick Rd, Natchitoches, LA 71457
4. (name) Agbayani Construction Corporation
   (address) Through its Registered Agent for Service, Matthew C. Bernstein, 401 B Street, Suite 2000, San Diego, CA 92101

Very truly yours,

_____
"Signature"
Attorney for Plaintiff
Address   855 Baronne St.
          New Orleans LA 70113

I hereby Certify that the Manufacturers + Contractors are matched according to Pre trial order 55

Fee _____
✓ Process 1st ⊕ 3rd 4th
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR 15 PM 2:07

LORETTA G. WHYTE
CLERK

Date: 4/14/2010

Thomas B. Hendrix, et al.

vs.

Lakeside Park Homes, Inc., et al

Case No. 09-8654 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Shaw Environmental
   (address) C.T. Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, LA, 70808
2. (name) CH2M Hill Constructors, Inc.
   (address) Through their Attorney of Record, Gerigo R. Barrios, 3 Sanctuary Boulevard, Suite 201, Mandeville, LA 70471
3. (name) Flour Enterprises, Inc.
   (address) Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA, 70802-6129
4. (name) C. Martin Company, Inc.
   (address) Through its Registered Agent for Service, Michael Wiggins, 1266 O Lilly Lane, Deville, LA 71328

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 855 Baronne St.
New Orleans LA 70113

I hereby Certify that the Manufacturers & contractors are matched according to Pre trial Order 55

Fee _____
✓ Process ____
X Dktd _____
___CtRmDep___
___Doc. No____