OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR 15 PM 2:07

LORETTA G. WHYTE
CLERK

Date: 4/14/2010

Carnell W. Payton, et al.

vs.

Coachman Industries, Inc., et al

Case No. 09-8666 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Coachman Recreational Vehicle Co. of Georgia.
   (address) Corporation Service Company, 251 East Ohio Street, Suite 500, Indianapolis, IN, 46204
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I hereby Certify that the manufactures and contractors are matched according to Pretrial Order 55

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address 855 Baronne St.
New Orleans LA 70113

Fee _____
✓ Process _____
x Dktd _____
___ CtRmDep _____
___ Doc. No. _____