OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR 15 PM 2:07

LORETTA G. WHYTE
CLERK

Date: 4/14/2010

Gregory O. Jones, et al.

vs.

Horton Homes, Inc., et al

Case No. 09-8688 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Flour Enterprises, Inc.
   (address) Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA, 70802-6129
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiff

Address  855 Baronne St.
         New Orleans, LA 70113

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

I hereby certify that the manufacturers and contractors are matched according to Pre Trial Order 55