OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 APR 15 PM 2:07
LORETTA G. WHYTE
CLERK

Date: 4/14/2010

Tyrone Foots, Sr., et al.

vs.

Northwood Manufacturing Inc., et al.

Case No. 09-8690 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Flour Enterprises, Inc.
   (address) Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA, 70802-6129
2. (name) Shaw Environmental
   (address) C.T. Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, LA, 70808
3. (name) CH2M Hill Constructors, Inc.
   (address) Through their Attorney of Record, Gerargo R. Barrios, 3 Sanctuary Boulevard, Suite 201, Mandeville, LA 70471
4. (name) _____
   (address) _____

I hereby certify that the manufactures and contractors are matched according to Pretrial Order 55

Very truly yours,

"Signature"

Attorney for Plaintiff

Address 855 Baronne St.
New Orleans LA 70113

___Fee _____
___Process 3 SMS
x  Dktd _____
___CtRmDep _____
___Doc. No. _____