OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR 15  PM 2:07

LORETTA G. WHYTE
CLERK

Date: _4/14/2010_

_Kendall R. Banks, et al._

vs.

_Oak Creek Homes, Inc., et al_

Case No. _09-8694_ Section _N_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) _Flour Enterprises, Inc._
   (address) _Corporation Service Company, 320 Somerulos_ Street, Baton Rouge,
   LA 70802-6129
2. (name) _Shaw Enviornmental_
   (address) _C.T. Corporation System, 5615 Corporate Boulevard, Suite 400B,_ Baton Rouge, LA,
3. (name) _Smith Research Development & Support Corporation_ 70808
   (address) _Through its Registered Agent for Service, James A. Smith, Jr.,_
4. (name) _____ 5459 Prescott Rd.
   (address) _____ Apt. #161
   Baton Rouge, LA 70805

I hereby Certify that
the manufactures and contractors
are matched according to Pre Trial
Order 55

Very truly yours,

_____
"Signature"

Attorney for _Plaintiff_

Address _855 Baronne St._
_New Orleans LA 70113_

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____