## NAMED PLAINTIFFS
## JUDY L BOURGEOIS, ET AL v. CAVALIER HOME BUILDERS, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Bourgeois | Judy | L | | 9159 Ave D<br>Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 2. | Bourgeois, Sr. | Warren | L | | 9159 Ave D<br>Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 3. | Brown | Brenda | L | | 604 Holden Rd.<br>Poplarville, MS 39470 | Pearl River | Bechtel |
| 4. | Brown | Maxine | M | | Vidalia Rd. Lot 96<br>Pass Christian, MS | Harrison | Bechtel |
| 5. | B | S | L | Maxine M Brown (Mother) | Vidalia Rd. Lot 96<br>Pass Christian, MS | Harrison | Bechtel |
| 6. | C | C | G | Mary L Lee (Mother) | 6192 Rd 382<br>Kiln, MS 39556 | Hancock | Bechtel |
| 7. | Dillard | Brett | A | | 1801 Hwy 11 South<br>Lot 104<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 8. | D | H | A | Dawn B Webb (Mother) | 1801 Hwy 11 South<br>Lot 104<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 9. | Dillard, Jr. | Thomas | E | | 1801 Hwy 11 South<br>Lot 104<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 10. | Feola | Diane | H | | 20596 Hwy 43 South<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 11. | Flowers | Katie | M | | 9389 Halsell Rd.<br>Gulfport, MS 39503 | Harrison | Bechtel |
| 12. | Flowers, Sr. | Jermone | K | | 9389 Halsell Rd.<br>Gulfport, MS 39503 | Harrison | Bechtel |
| 13. | Gagnon, Sr. | Richard | A | | 1207 13th St.<br>Pascagoula, MS 39567 | Jackson | Bechtel |

Page 1 of 3



EXHIBIT "A"

NAMED PLAINTIFFS
JUDY L BOURGEOIS, ET AL v. CAVALIER HOME BUILDERS, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 14. | Hanson | Maureen | A | | 2418 Tyler Ave. Pascagoula, MS 39567 | Jackson | Bechtel |
| 15. | Howard | Harriet | | | 15155 Graff Dr. Saucier, MS 39574 | Harrison | Bechtel |
| 16. | Jackson | Louise | J | | 9389 Halsell Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 17. | Johnson | Loretta | S | | 23186 Arcadia Rd. Pass Christian, MS 39571 | Harrison | Bechtel |
| 18. | Lee | Mary | L | | 6192 Rd 382 Kiln, MS 39556 | Hancock | Bechtel |
| 19. | Murray | Kerrie | L | | 722 Sharon Hills Dr. Biloxi, MS 39532 | Harrison | Bechtel |
| 20. | Murray | Rose | M | Kerrie L Murray (Daughter POA) | 722 Sharon Hills Dr. Biloxi, MS 39532 | Harrison | Bechtel |
| 21 | Wallis | Donna | K | | 9105 Travis Ave. Ocean Springs, MS 39564 | Jackson | CH2M Hill |
| 22. | Wallis | Kenneth | | | 9105 Travis Ave. Ocean Springs, MS 39564 | Jackson | CH2M Hill |
| 23. | W | S | A | Donna K Wallis (Mother) | 9105 Travis Ave. Ocean Springs, MS 39564 | Jackson | CH2M Hill |
| 24. | Webb | Dawn | B | | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |
| 25. | W | D | L | Dawn B Webb (Mother) | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |
| 26. | Webb | Paul | L | | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |

## NAMED PLAINTIFFS
## JUDY L BOURGEOIS, ET AL v. CAVALIER HOME BUILDERS, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 27. | W | R | S | Dawn B Webb (Mother) | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |
| 28. | W | S | D | Dawn B Webb (Mohter) | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |