UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 40

On June 15, 2009, the Hurricane Legal Center filed 172 new complaints related to the above referenced matter. As such, these new complaints are subject to Pretrial Order No. 38 (document #1596) which was issued on May 27, 2009 and requires, in part, that newly filed cases shall contain only plaintiffs who have claims against the same manufacturer, where known. Unmatched plaintiffs were to be included in separate complaints, not to exceed 300 plaintiffs in each case.

While 144 of the complaints filed yesterday do list only one manufacturing defendant (or one or more related manufacturing defendants), there are 28 lawsuits containing up to 300 plaintiffs and 73 separate manufacturing defendants. Allowing such cases to proceed through the regular

1


EXHIBIT "D"

docketing process would place an extreme burden on the court and all counsel in indexing and monitoring the numerous parties, and providing service and summons for each and would make it nearly impossible for the defendants to timely respond to those complaints.

Accordingly, IT IS ORDERED that all unmatched plaintiffs shall be matched with a specific manufacturing defendant within 45 days of the date of the filing of the complaint. This deadline is subject to extension for good cause shown.

Once they are matched to a specific manufacturing defendant, such plaintiffs shall be severed from their original complaint and counsel shall file amended complaints, each containing no more than 300 plaintiffs and naming only one manufacturing defendant as well as any other specific non-manufacturing defendants.

These new complaints will be filed with the Clerk of Court on paper, not electronically, and shall contain a copy of this order and a list of the original complaint(s) from which the plaintiffs in the amended complaint came. There will be no additional filing fee. The Clerk will assign a new civil action number for each amended complaint.

At the end of the 45 day period, counsel for plaintiffs will also notify the court of any plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named. The original claims by any plaintiff who has not filed an amended complaint or who has not notified the court of their continued unmatched status will be subject to dismissal, without prejudice, and without further notice.

This order will remain in effect and shall apply to any pending or new complaints containing unmatched plaintiffs, whether filed directly in this court or transferred here by the MDL Panel.

NEW ORLEANS, LOUISIANA, this 17th day of June, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

### PRETRIAL ORDER NO. 53

On December 14, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Henry Miller, and Dave Kurtz. During the conference, the Court **ORDERED** that third party contractor/installer defendants are hereby incorporated into the matching requirements contained in Pretrial Order No. 40 and Pretrial Order No. 49. Thus, in addition to matching to specific manufacturing defendants, all unmatched plaintiffs shall be matched with third party contractor/installer defendants with the previously-given time delays.

NEW ORLEANS, LOUISIANA, this 14th day of December, 2009.

KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE

1



EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 23 2009
BY_____ J.T. NOBLIN, CLERK
_____DEPUTY

JUDY L. BOURGEOIS and WARREN L. BOURGEOIS, together with the individuals and entities whose names appear on the attached Exhibit "A"       **PLAINTIFFS**

versus      DOCKET NO: 1.09cv929 H50-JMR

CAVALIER HOME BUILDERS, LLC, CAVALIER HOMES, INC., CH2M CONSTRUCTORS, INC., BECHTEL NATIONAL, INC., and THE UNITED STATES OF AMERICA through the FEDERAL EMERGENCY MANAGEMENT AGENCY      **DEFENDANTS**

## COMPLAINT FOR DAMAGES

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Named Plaintiffs"), who are all named in the annexed listing of the Named Plaintiffs (attached hereto as "Exhibit A"), respectfully represents through undersigned counsel that:

### I. PARTIES

1. Each Named Plaintiff is, for purposes of 28 U.S.C. §1332, a citizen of a state other than the state(s) in which Defendants are citizens.

2. Named Plaintiffs are those individuals and entities listed on the attached Exhibit "A", which is incorporated herein. In addition to Plaintiffs who bring their own


EXHIBIT "F"

## NAMED PLAINTIFFS
## JUDY L BOURGEOIS, ET AL v. CAVALIER HOME BUILDERS, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Bourgeois | Judy | L | | 9159 Ave D<br>Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 2. | Bourgeois, Sr. | Warren | L | | 9159 Ave D<br>Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 3. | Brown | Brenda | L | | 604 Holden Rd.<br>Poplarville, MS 39470 | Pearl River | Bechtel |
| 4. | Brown | Maxine | M | | Vidalia Rd. Lot 96<br>Pass Christian, MS | Harrison | Bechtel |
| 5. | B | S | L | Maxine M Brown (Mother) | Vidalia Rd. Lot 96<br>Pass Christian, MS | Harrison | Bechtel |
| 6. | C | C | G | Mary L Lee (Mother) | 6192 Rd 382<br>Kiln, MS 39556 | Hancock | Bechtel |
| 7. | Dillard | Brett | A | | 1801 Hwy 11 South Lot 104<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 8. | D | H | A | Dawn B Webb (Mother) | 1801 Hwy 11 South Lot 104<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 9. | Dillard, Jr. | Thomas | E | | 1801 Hwy 11 South Lot 104<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 10. | Feola | Diane | H | | 20596 Hwy 43 South<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 11. | Flowers | Katie | M | | 9389 Halsell Rd.<br>Gulfport, MS 39503 | Harrison | Bechtel |
| 12. | Flowers, Sr. | Jermone | K | | 9389 Halsell Rd.<br>Gulfport, MS 39503 | Harrison | Bechtel |
| 13. | Gagnon, Sr. | Richard | A | | 1207 13th St.<br>Pascagoula, MS 39567 | Jackson | Unknown |

Page 1 of 3

EXHIBIT "A"

## NAMED PLAINTIFFS
## JUDY L BOURGEOIS, ET AL v. CAVALIER HOME BUILDERS, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 14. | Hanson | Maureen | A | | 2418 Tyler Ave. Pascagoula, MS 39567 | Jackson | Bechtel |
| 15. | Howard | Harriet | | | 15155 Graff Dr. Saucier, MS 39574 | Harrison | Bechtel |
| 16. | Jackson | Louise | J | | 9389 Halsell Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 17. | Johnson | Loretta | S | | 23186 Arcadia Rd. Pass Christian, MS 39571 | Harrison | Bechtel |
| 18. | Lee | Mary | L | | 6192 Rd 382 Kiln, MS 39556 | Hancock | Bechtel |
| 19. | Murray | Kerrie | L | | 722 Sharon Hills Dr. Biloxi, MS 39532 | Harrison | Unknown |
| 20. | Murray | Rose | M | Kerrie L Murray (Daughter POA) | 722 Sharon Hills Dr. Biloxi, MS 39532 | Harrison | Unknown |
| 21 | Wallis | Donna | K | | 9105 Travis Ave. Ocean Springs, MS 39564 | Jackson | Unknown |
| 22. | Wallis | Kenneth | | | 9105 Travis Ave. Ocean Springs, MS 39564 | Jackson | Unknown |
| 23. | W | S | A | Donna K Wallis (Mother) | 9105 Travis Ave. Ocean Springs, MS 39564 | Jackson | Unknown |
| 24. | Webb | Dawn | B | | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |
| 25. | W | D | L | Dawn B Webb (Mother) | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |
| 26. | Webb | Paul | L | | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |

## NAMED PLAINTIFFS
## JUDY L BOURGEOIS, ET AL v. CAVALIER HOME BUILDERS, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 27. | W | R | S | Dawn B Webb (Mother) | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |
| 28. | W | S | D | Dawn B Webb (Mohter) | 1801 Hwy 11 South Lot 104 Picayune, MS 39466 | Pearl River | Bechtel |