**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | **MDL NO. 07-1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | **JUDGE ENGELHARDT** |
| **All Relevant Cases** | * | |
| | * | **MAGISTRATE CHASEZ** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MLU SERVICES, INC.'S MASTER ANSWER AND AFFIRMATIVE DEFENSES TO THE ADMINISTRATIVE MASTER COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT AND JURY TRIAL REQUEST**

Defendant MLU Services, Inc. ("MLU") through undersigned counsel and pursuant to Pre-Trial Order Number 36 (Rec. Doc. 1386),[1] hereby submits its Master Answer and Affirmative Defenses to Plaintiffs' original Administrative Master Complaint ("Master Complaint"), First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint, Third Supplemental and Amended Administrative Master Complaint and Fourth Supplemental and Amended Administrative Master Complaint and Jury trial request.

MLU denies each allegation in the Master Complaint, as supplemented and amended, not specifically admitted herein.

---

[1] This answer "…shall constitute an answer in each action now pending or subsequently added to this proceeding." (Rec. Doc. 1386, p. 4). MLU further submits that at the time of filing of this Master Answer, the actions to which this Master Answer applies, without limiting its application as defined in Pre-Trial Order No. 36, includes the actions listed in Exhibit "A" to this Master Answer.

## ANSWER TO MASTER COMPLAINT

And, answering the Plaintiffs' Master Complaint, MLU states the following:

## I. INTRODUCTION

### 1.

The statement contained in Paragraph 1 of Plaintiffs' Master Complaint does not require a response on the part of MLU. To the extent that a response is required, MLU respectfully submits that the Court's record is its own best evidence of the contents contained therein.  To the extent that a response is required, MLU states that class certification was denied. (See Rec. Doc. No. 1014).

### 2.

The statement contained in Paragraph 2 of Plaintiffs' Master Complaint does not require a response on the part of MLU. To the extent that a response is required, MLU states that Pre-Trial Order No. 36 (Rec. Doc. No. 1386), as amended (Rec. Doc. No. 2760), is its own best evidence of the contents contained therein.

### 3.

The statements contained in Paragraph 3 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the statements in Paragraph 3 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 4.

The allegations contained in Paragraph 4 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the

allegations in Paragraph 4 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations contained in Paragraph 5 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the allegations of Paragraph 5 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## II. <u>PARTIES</u>

**6.**

The allegations contained in Paragraph 6 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.  MLU further states that class certification was denied (See Rec. Doc. No. 1014) thus any allegations related to class actions are denied.

**7.**

The allegations contained in Paragraph 7 and all of its subparts of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**8.**

The allegations contained in Paragraph 8 and all of its subparts of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### III. JURISDICTION AND VENUE

**9.**

The allegations contained in Paragraph 9 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU admits that the jurisdictional requirements of this Court are satisfied.

**10.**

The allegations contained in Paragraph 10 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**11.**

The allegations contained in Paragraph 11 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU admits that the jurisdictional requirements of this Court are satisfied.

**12.**

The allegations contained in Paragraph 12 of Plaintiffs' Master Complaint are denied. MLU further states that class certification was denied (See Rec. Doc. No. 1014) thus any allegations related to class actions are denied.

**13.**

The allegations contained in Paragraph 13 of Plaintiffs' Master Complaint are denied. MLU further states that class certification was denied (See Rec. Doc. No. 1014) thus any allegations related to class actions are denied.

**14.**

The allegations contained in Paragraph 14 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**15.**

The allegations contained in Paragraph 15 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**16.**

The allegations contained in Paragraph 16 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## IV. FACTS AND GENERAL ALLEGATIONS

### A.   GENERAL ALLEGATIONS

**17.**

The allegations contained in Paragraph 17 of Plaintiffs' Master Complaint are denied. MLU further states that class certification was denied (See Rec. Doc. No. 1014) thus any allegations related to class actions are denied.  The remaining allegations contained in Paragraph 17 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**18.**

The allegations contained in Paragraph 18 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**19.**

The allegations contained in Paragraph 19 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**20.**

The allegations contained in Paragraph 20 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**21.**

The allegations contained in Paragraph 21 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**22.**

The allegations contained in Paragraph 22 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**23.**

The allegations contained in Paragraph 23 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**24.**

The allegations contained in Paragraph 24 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**25.**

The allegations contained in Paragraph 25 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**26.**

The allegations contained in Paragraph 26 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**27.**

The allegations contained in Paragraph 27 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**28.**

The allegations contained in Paragraph 28 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**29.**

The allegations contained in Paragraph 29 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**30.**

The allegations contained in Paragraph 30 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**31.**

The allegations contained in Paragraph 31 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**32**.

The allegations contained in Paragraph 32 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**33.**

The allegations contained in Paragraph 33 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 24 C.F.R. §3280.309 is its own best evidence.

**34.**

The allegations contained in Paragraph 34 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**35.**

The allegations contained in Paragraph 35 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**36.**

The allegations contained in Paragraph 36 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 24 C.F.R. §3280.308 is its own best evidence.

**37.**

The allegations contained in Paragraph 37 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 44 C.F.R. §206.110(e) is its own best evidence.

**38.**

To the extent that the allegations contained in Paragraph 38 of Plaintiffs' Master Complaint apply to MLU, the allegations are denied as written. The remaining allegations contained in Paragraph 38 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**39**.

To the extent that the allegations contained in Paragraph 39 of Plaintiffs' Master Complaint apply to MLU, the allegations are denied as written. The remaining allegations contained in Paragraph 39 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein

### B.    Allegations Addressing the Inapplicability of the "Discretionary Function" Exception to Plaintiffs' claims under the Federal Tort Claims Act.

**40**.

In response to the allegations contained in Paragraph 40 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 39 above, as if copied herein, *in extenso*.

**41.**

The statements contained in Paragraph 41 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the statements in Paragraph 41 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**42.**

The allegations contained in Paragraph 42 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 42 U.S.C. §5121(a)(2)(2006) is its own best evidence.

**43.**

The allegations contained in Paragraph 43 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 42 U.S.C.A. §5174(b)(1)(Supp 2007) is its own best evidence.

**44.**

The allegations contained in Paragraph 44 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 44 C.F.R. §206.11 is its own best evidence.

**45.**

The allegations contained in Paragraph 45 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that Public Law 93-288, Title IV, §408 (1988) is its own best evidence.

**46.**

The allegations contained in Paragraph 46 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 42 U.S.C.A. §5174(c)(1)(a) and 44 C.F.R. §206.117(b)(ii) are their own best evidence.

**47.**

The allegations contained in Paragraph 47 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**48.**

The allegations contained in Paragraph 48 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 42 U.S.C.A. §5174(c)(1)(B)(ii)(iii) and 44 C.F.R. §206.117(b)(ii)(F) are their own best evidence.

**49.**

The allegations contained in Paragraph 49 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU.  Further, the allegations contained in Paragraph 49 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**50.**

The allegations contained in Paragraph 50 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU.  Further, the allegations contained in Paragraph 50 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.  MLU further states that class certification was denied (See Rec. Doc. No. 1014) thus any allegations related to class actions are denied.

**51.**

The allegations contained in Paragraph 51 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**52.**

The allegations contained in Paragraph 52 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**53.**

The allegations contained in Paragraph 53 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**54.**

The allegations contained in Paragraph 54 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**55.**

The allegations contained in Paragraph 55 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**56.**

The allegations contained in Paragraph 56 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**57.**

The allegations contained in Paragraph 57 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**58.**

The allegations contained in Paragraph 58 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**59.**

The allegations contained in Paragraph 59 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**60.**

The allegations contained in Paragraph 60 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**61.**

The allegations contained in Paragraph 61 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**62.**

The allegations contained in Paragraph 62 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**63.**

The allegations contained in Paragraph 63 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**64.**

The allegations contained in Paragraph 64 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**65.**

The allegations contained in Paragraph 65 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**66.**

The allegations contained in Paragraph 66 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**67.**

The allegations contained in Paragraph 67 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**68.**

The allegations contained in Paragraph 68 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**69.**

The allegations contained in Paragraph 69 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**70.**

The allegations contained in Paragraph 70 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**71.**

The allegations contained in Paragraph 71 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**72.**

The allegations contained in Paragraph 72 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**73.**

The allegations contained in Paragraph 73 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**74.**

The allegations contained in Paragraph 74 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**75.**

The allegations contained in Paragraph 75 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**76.**

The allegations contained in Paragraph 76 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**77.**

The allegations contained in Paragraph 77 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**78.**

The allegations contained in Paragraph 78 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**79.**

The allegations contained in Paragraph 79 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**80.**

The allegations contained in Paragraph 80 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**81.**

The allegations contained in Paragraph 81 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**82.**

The allegations contained in Paragraph 82 of Plaintiffs' Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## V. <u>CLASS ACTION ALLEGATIONS</u>

**83.**

The allegations contained in Paragraph 83 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**84.**

The allegations contained in Paragraph 84 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**85.**

The allegations contained in Paragraph 85 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**86.**

The allegations contained in Paragraph 86 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**87.**

The allegations contained in Paragraph 87 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**88.**

The allegations contained in Paragraph 88 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**89.**

The allegations contained in Paragraph 89 of Plaintiffs' Master Complaint require no answer on the part of MLU.   To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**90.**

The allegations contained in Paragraph 90 of Plaintiffs' Master Complaint require no answer on the part of MLU.   To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**91.**

The allegations contained in Paragraph 91 of Plaintiffs' Master Complaint require no answer on the part of MLU.   To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**92.**

The allegations contained in Paragraph 92 of Plaintiffs' Master Complaint require no answer on the part of MLU.   To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**93.**

The allegations contained in Paragraph 93 of Plaintiffs' Master Complaint require no answer on the part of MLU.   To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**94.**

The allegations contained in Paragraph 94 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**95.**

The allegations contained in Paragraph 95 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**96.**

The allegations contained in Paragraph 96 of Plaintiffs' Master Complaint require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

**97.**

The allegations contained in Paragraph 97 of Plaintiffs' Master Complaint including all subparagraphs contained therein, require no answer on the part of MLU.  To the extent that a response is required, MLU denies the allegations contained therein for lack of sufficient information to justify a belief therein.

MLU further states in response to paragraphs 83-97 including all subparagraphs contained therein, that class certification was denied (See Rec. Doc. No. 1014) thus any allegations related to class actions are denied.

## VI. CLAIMS ASSERTED AGAINST THE FEDERAL GOVERNMENT

### A.        LOUISIANA STATE-BASED CLAIMS

### COUNT I:

### CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR LIABILITY PURSUANT TO LOUISIANA CIVIL CODE ARTICLES 2317, 2317.1 AND 2696

**98.**

In response to the allegations contained in Paragraph 98 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 97 above, as if copied herein, *in extenso*.

**99.**

The allegations contained in Paragraph 99 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**100.**

The allegations contained in Paragraph 100 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**101.**

The allegations contained in Paragraph 101 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU.  Further, the allegations contained in Paragraph 101 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**102.**

The allegations contained in Paragraph 102 of Plaintiffs' Master Complaint constitute legal conclusions to which no response is required on the part of MLU.  Further, the allegations

contained in Paragraph 102 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**103.**

The allegations contained in Paragraph 103 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**104.**

The allegations contained in Paragraph 104 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**105.**

The allegations contained in Paragraph 105 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**106.**

The allegations contained in Paragraph 106 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**107.**

The allegations contained in Paragraph 107 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**108.**

The allegations contained in Paragraph 108 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## COUNT 2:

## CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR LIABILITY PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2316

### 109.

In response to the allegations contained in Paragraph 109 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 108 above, as if copied herein, *in extenso.*

### 110.

The allegations contained in Paragraph 110 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 111.

The allegations contained in Paragraph 111 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 112.

The allegations contained in Paragraph 112 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 113.

The allegations contained in Paragraph 113 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 114.

The allegations contained in Paragraph 114 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**115.**

The allegations contained in Paragraph 115 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**116.**

The allegations contained in Paragraph 116 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**117.**

The allegations contained in Paragraph 117 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**118.**

The allegations contained in Paragraph 118 and all its subparts of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**COUNT 3:**

**CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR REDHIBITORY DEFECTS AND THE RESCISSION OF SALES OF HOUSING UNITS PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2520, ET SEQ, AND THE ARTICLES RELATING TO CONVENTIONAL OBLIGATIONS**

**119.**

In response to the allegations contained in Paragraph 119 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 118 above, as if copied herein, *in extenso.*

**120.**

The allegations contained in Paragraph 120 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**121.**

The allegations contained in Paragraph 121 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**122.**

The allegations contained in Paragraph 122 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**123.**

The allegations contained in Paragraph 123 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**124.**

The allegations contained in Paragraph 124 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**125.**

The allegations contained in Paragraph 125 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**126**.

The allegations contained in Paragraph 126 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**127.**

The allegations contained in Paragraph 127 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**128.**

The allegations contained in Paragraph 128 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**129.**

The allegations contained in Paragraph 129 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**130.**

The allegations contained in Paragraph 130 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**131.**

The allegations contained in Paragraph 131 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**VII. <u>CLAIMS ASSERTED AGAINST THE MANUFACTURING DEFENDANTS</u>**

**A.  <u>LOUISIANA STATE-BASED CLAIMS</u>**

**COUNT 4:**

**<u>CAUSE OF ACTION AGAINST THE MANUFACTURERS UNDER
LOUISIANA PRODUCTS LIABILITY ACT</u>**

**132.**

In response to the allegations contained in Paragraph 132 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 131 above, as if copied herein, *in extenso*.

**133.**

The allegations contained in Paragraph 133 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**134.**

The allegations contained in Paragraph 134 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**135.**

The allegations contained in Paragraph 135 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**136**.

The allegations contained in Paragraph 136 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**137.**

The allegations contained in Paragraph 137 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**138.**

The allegations contained in Paragraph 138 and all of its subparts of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

B.  **MISSISSIPPI STATE-BASED CLAIMS**

**COUNT 5:**

**STRICT PRODUCTS LIABILITY**
**MS CODE ANNOTATED § 11-1-63**

**1. PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN**

**139.**

In response to the allegations contained in Paragraph 139 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 138 above, as if copied herein, *in extenso*.

**140.**

The allegations contained in Paragraph 140 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**141.**

The allegations contained in Paragraph 141 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**142.**

The allegations contained in Paragraph 142 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**143.**

The allegations contained in Paragraph 143 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**144.**

The allegations contained in Paragraph 144 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**145.**

The allegations contained in Paragraph 145 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**146.**

The allegations contained in Paragraph 146 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**147.**

The allegations contained in Paragraph 147 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**148.**

The allegations contained in Paragraph 148 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**149.**

The allegations contained in Paragraph 149 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 2. PRODUCTS LIABILITY: FAILURE TO WARN

**150.**

The allegations contained in Paragraph 150 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 3. PRODUCTS LIABILITY: BREACH OF EXPRESS WARRANTY

**151.**

The allegations contained in Paragraph 151 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 4. COMPENSATORY DAMAGES UNDER MISSISSIPPI LAW

**152.**

In response to the allegations contained in Paragraph 152 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 151 above, as if copied herein, *in extenso*.

**153.**

The allegations contained in Paragraph 153 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**154.**

The allegations contained in Paragraph 154 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**155.**

The allegations contained in Paragraph 155 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**156.**

The allegations contained in Paragraph 156 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**157.**

The allegations contained in Paragraph 157 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**5. PUNITIVE/EXEMPLARY DAMAGES AS TO MANUFACTURING DEFENDANTS UNDER MISSISSIPPI LAW**

**158.**

In response to the allegations contained in Paragraph 158 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 157 above, as if copied herein, *in extenso*.

**159.**

The allegations contained in Paragraph 159 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## C.  ALABAMA STATE-BASED CLAIMS

### COUNT 6:

### ALABAMA EXTENDED MANUFACTURER'S LIABILITY DOCTRINE
### CODE OF ALA. §6-5-521

### 1. PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN

### 160.

In response to the allegations contained in Paragraph 160 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 159 above, as if copied herein, *in extenso.*

### 161.

The allegations contained in Paragraph 161 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 162.

The allegations contained in Paragraph 162 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 163.

The allegations contained in Paragraph 163 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 164.

The allegations contained in Paragraph 164 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 165.

The allegations contained in Paragraph 165 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**166.**

The allegations contained in Paragraph 166 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**167.**

The allegations contained in Paragraph 167 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**168.**

The allegations contained in Paragraph 168 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**169.**

The allegations contained in Paragraph 169 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**170.**

The allegations contained in Paragraph 170 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**171.**

The allegations contained in Paragraph 171 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**2. PRODUCTS LIABILITY: FAILURE TO WARN**

**172.**

The allegations contained in Paragraph 172 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 3. PRODUCTS LIABILITY: BREACH OF EXPRESS AND IMPLIED WARRANTY OF MERCHANTABILITY

### 173.

The allegations contained in Paragraph 173 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 4. COMPENSATORY DAMAGES UNDER ALABAMA LAW

### 174.

The allegations contained in Paragraph 174 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 175.

The allegations contained in Paragraph 175 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 176.

The allegations contained in Paragraph 176 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 177.

The allegations contained in Paragraph 177 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 178.

The allegations contained in Paragraph 178 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 179.

The allegations contained in Paragraph 179 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**5. CODE OF ALABAMA §6-11-23 PUNITIVE/EXEMPLARY DAMAGES AS TO MANUFACTURING DEFENDANTS UNDER ALABAMA LAW**

**180.**

In response to the allegations contained in Paragraph 180 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 179 above, as if copied herein, *in extenso*.

**181.**

The allegations contained in Paragraph 181 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**D.  TEXAS STATE-BASED CLAIMS**

**COUNT 7:**

**CAUSE OF ACTION AGAINST MANUFACTURERS UNDER TEXAS PRODUCTS LIABILITY LAW**

**182.**

In response to the allegations contained in Paragraph 182 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 181 above, as if copied herein, *in extenso*.

**183.**

The allegations contained in Paragraph 183 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**184.**

The allegations contained in Paragraph 184 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**185.**

The allegations contained in Paragraph 185 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**186.**

The allegations contained in Paragraph 186 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**187.**

The allegations contained in Paragraph 187 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**188.**

The allegations contained in Paragraph 188 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**189.**

The allegations contained in Paragraph 189 and all of its subparts of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**190.**

The allegations contained in Paragraph 190 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**191.**

The allegations contained in Paragraph 191 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**192.**

The allegations contained in Paragraph 192 and all of its subparts of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**COUNT 8:**

**CAUSE OF ACTION AGAINST MANUFACTURERS FOR NEGLIGENCE UNDER TEXAS LAW**

**193.**

In response to the allegations contained in Paragraph 193 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 192 above, as if copied herein, *in extenso*.

**194.**

The allegations contained in Paragraph 194 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**195.**

The allegations contained in Paragraph 195 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**196.**

The allegations contained in Paragraph 196 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**197.**

The allegations contained in Paragraph 197 and all of its subparts of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**198.**

The allegations contained in Paragraph 198 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**COUNT 9:**

**CAUSE OF ACTION AGAINST MANUFACTURERS FOR BREACH OF IMPLIED WARRANTY UNDER TEXAS LAW**

**199.**

In response to the allegations contained in Paragraph 199 of Plaintiffs' Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 198 above, as if copied herein, *in extenso*.

**200.**

The allegations contained in Paragraph 200 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**201.**

The allegations contained in Paragraph 201 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**202.**

The allegations contained in Paragraph 202 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

**203.**

The allegations contained in Paragraph 203 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 204.

The allegations contained in Paragraph 204 of Plaintiffs' Master Complaint are denied for lack of sufficient information to justify a belief therein.

### COMPENSATORY DAMAGES: ALL STATES

The allegations contained in the paragraph captioned "Compensatory Damages: All States" of Plaintiffs' Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to the damages asserted.

### MEDICAL MONITORING

The allegations contained in the paragraph captioned "Medical Monitoring" of Plaintiffs' Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to the relief requested therein or costs requested therein.

### PUNITIVE DAMAGES

The allegations contained in the paragraph captioned "Punitive Damages" of Plaintiffs' Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to the damages asserted.

### REQUEST FOR JURY TRIAL

In response to the allegations contained in the paragraph captioned "Request For Jury Trial" of Plaintiffs' Master Complaint, MLU specifically asserts that it is entitled to a trial by jury on all issues herein.

### PRAYER FOR RELIEF

In response to the allegations contained in the paragraph captioned "Prayer for Relief" of Plaintiffs' Master Complaint, MLU specifically asserts that the Plaintiffs are not entitled to the relief requested.

## ANSWER TO FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

And, answering the Plaintiffs' First Supplemental and Amended Master Complaint, MLU states the following:

**1.**

The allegations contained in Paragraph 1 of Plaintiffs' First Supplemental and Amended Master Complaint, substituting the name of certain defendants found in the original Administrative Master Complaint ("Master Complaint"), do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**2.**

The allegations contained in Paragraph 2 of Plaintiffs' First Supplemental and Amended Master Complaint, adding paragraph 8(lxiv) to the Master Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**3.**

The allegations contained in Paragraph 3 of Plaintiffs' First Supplemental and Amended Master Complaint, substituting the name of certain defendants found in the Master Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**4.**

The allegations contained in Paragraph 4 of Plaintiffs' First Supplemental and Amended Master Complaint, adding paragraph 8(lxv) to the Master Complaint, do not require a response

on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations contained in Paragraph 5 of Plaintiffs' First Supplemental and Amended Master Complaint, renaming certain defendants found in the Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**6.**

The allegations contained in Paragraph 6 of Plaintiffs' First Supplemental and Amended Master Complaint, adding certain defendants found in the Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**7.**

The allegations contained in Paragraph 7 of Plaintiffs' First Supplemental and Amended Master Complaint, adding certain defendants found in the original Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**8.**

The allegations contained in Paragraph 8 of Plaintiffs' First Supplemental and Amended Master Complaint, adding certain defendants found in the Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**9.**

The allegations contained in Paragraph 9 of Plaintiffs' First Supplemental and Amended Master Complaint, deleting the words "and fraudulently" from Paragraph 31 of  the Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## ANSWER TO SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

And, answering the Plaintiffs' Second Supplemental and Amended Master Complaint, MLU states the following:

**1.**

The allegations contained in Paragraph 1 of Plaintiffs' Second Supplemental and Amended Master Complaint, deleting certain putative class representatives listed in paragraph 7(b)(xxxi) in the original Administrative Master Complaint ("Master Complaint"), do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**2.**

The allegations contained in Paragraph 2 of Plaintiffs' Second Supplemental and Amended Master Complaint, deleting the names of certain defendants listed in the Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**3.**

The allegations contained in Paragraph 3 of Plaintiffs' Second Supplemental and Amended Master Complaint, substituting the names of certain defendants in the Master

Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**4.**

The allegations contained in Paragraph 4 of Plaintiffs' Second Supplemental and Amended Master Complaint, deleting the names of certain defendants in the Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations contained in Paragraph 5 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding the names of certain defendants, including all subparts contained therein, to the Master Complaint and in the First Supplemental and Amended Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**6.**

The allegations contained in Paragraph 6 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding a new paragraph 7(c), including all subparts contained therein, to the Master Complaint, do not require a response on the part of MLU.  To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**7.**

The allegations contained in Paragraph 7 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding a new paragraph 7(d) including all subparts contained therein, to the Master Complaint, do not require a response on the part of MLU.  To the extent

that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 8.

The allegations contained in Paragraph 8 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding a new paragraph 7(e) including all subparts contained therein, to the Master Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 9.

The allegations contained in Paragraph 9 of Plaintiffs' Second Supplemental and Amended Master Complaint, adding a new paragraph 83 to the Master Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## ANSWER TO THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT

And, answering the Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU states the following:

## I. INTRODUCTION

## 1.

The statement contained in Paragraph 1 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of MLU. To the extent that a response is required, MLU respectfully submits that the Court's record is its own best evidence of the contents contained therein.

**2.**

The statement contained in Paragraph 2 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of MLU. To the extent that a response is required, MLU concurs with Plaintiffs' statement that class certification was denied. (See Rec. Doc. No. 1014).

**3.**

The statement contained in Paragraph 3 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of MLU. To the extent that a response is required, MLU states that the Court's record is its own best evidence of the contents contained therein.

**4.**

The statement contained in Paragraph 4 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint does not require a response on the part of MLU. To the extent that a response is required, MLU states that Pre-Trial Order No. 36 (Rec. Doc. No. 1386), as amended (Rec. Doc. No. 2760), is its own best evidence of the contents contained therein.

**5**.

The statements contained in Paragraph 5 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the statements in Paragraph 5 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**6.**

The allegations contained in Paragraph 6 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the allegations in Paragraph 6 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**7.**

The allegations contained in Paragraph 7 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required. To the extent that a response is required, the allegations of Paragraph 7 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## II. <u>PARTIES</u>

**8.**

The allegations contained in Paragraph 8 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**9.**

The allegations contained in Paragraph 9 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**10.**

The allegations contained in Paragraph 10 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**11.**

The allegations contained in Paragraph 11 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**12.**

The allegations contained in Paragraph 12 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**13.**

The allegations contained in Paragraph 13 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**14.**

The allegations contained in Paragraph 14 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**15.**

The allegations contained in Paragraph 15 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**16.**

The allegations contained in Paragraph 16 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**17.**

The allegations contained in Paragraph 17 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**18.**

The allegations contained in Paragraph 18 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**19.**

The allegations contained in Paragraph 19 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**20.**

The allegations contained in Paragraph 20 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**21.**

The allegations contained in Paragraph 21 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**22.**

The allegations contained in Paragraph 22 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**23.**

The allegations contained in Paragraph 23 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**24.**

The allegations contained in Paragraph 24 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**25.**

The allegations contained in Paragraph 25 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**26.**

The allegations contained in Paragraph 26 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**27.**

The allegations contained in Paragraph 27 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**28.**

The allegations contained in Paragraph 28 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**29.**

The allegations contained in Paragraph 29 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**30.**

The allegations contained in Paragraph 30 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**31.**

The allegations contained in Paragraph 31 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**32.**

The allegations contained in Paragraph 32 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**33.**

The allegations contained in Paragraph 33 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**34**.

The allegations contained in Paragraph 34 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**35.**

The allegations contained in Paragraph 35 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**36.**

The allegations contained in Paragraph 36 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**37.**

The allegations contained in Paragraph 37 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**38.**

The allegations contained in Paragraph 38 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**39.**

The allegations contained in Paragraph 39 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**40.**

The allegations contained in Paragraph 40 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**41**.

The allegations contained in Paragraph 41 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**42**.

The allegations contained in Paragraph 42 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**43.**

The allegations contained in Paragraph 43 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**44.**

The allegations contained in Paragraph 44 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**45.**

The allegations contained in Paragraph 45 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**46.**

The allegations contained in Paragraph 46 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**47.**

The allegations contained in Paragraph 47 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**48.**

The allegations contained in Paragraph 48 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**49.**

The allegations contained in Paragraph 49 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**50.**

The allegations contained in Paragraph 50 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**51.**

The allegations contained in Paragraph 51 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**52.**

The allegations contained in Paragraph 52 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**53.**

The allegations contained in Paragraph 53 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**54.**

The allegations contained in Paragraph 54 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**55.**

The allegations contained in Paragraph 55 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**56.**

The allegations contained in Paragraph 56 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**57.**

The allegations contained in Paragraph 57 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**58.**

The allegations contained in Paragraph 58 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**59.**

The allegations contained in Paragraph 59 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**60.**

The allegations contained in Paragraph 60 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**61.**

The allegations contained in Paragraph 61 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**62.**

The allegations contained in Paragraph 62 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**63.**

The allegations contained in Paragraph 63 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**64.**

The allegations contained in Paragraph 64 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**65.**

The allegations contained in Paragraph 65 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**66.**

The allegations contained in Paragraph 66 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**67.**

The allegations contained in Paragraph 67 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**68.**

The allegations contained in Paragraph 68 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**69.**

The allegations contained in Paragraph 69 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**70.**

The allegations contained in Paragraph 70 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**71.**

The allegations contained in Paragraph 71 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**72.**

The allegations contained in Paragraph 72 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**73.**

The allegations contained in Paragraph 73 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**74.**

The allegations contained in Paragraph 74 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**75.**

The allegations contained in Paragraph 75 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**76.**

The allegations contained in Paragraph 76 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**77.**

The allegations contained in Paragraph 77 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**78.**

The allegations contained in Paragraph 78 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**79.**

The allegations contained in Paragraph 79 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**80.**

The allegations contained in Paragraph 80 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**81.**

The allegations contained in Paragraph 81 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**82.**

The allegations contained in Paragraph 82 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**83.**

The allegations contained in Paragraph 83 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**84.**

The allegations contained in Paragraph 84 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**85.**

The allegations contained in Paragraph 85 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**86.**

The allegations contained in Paragraph 86 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**87.**

The allegations contained in Paragraph 87 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**88.**

The allegations contained in Paragraph 88 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**89.**

The allegations contained in Paragraph 89 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**90.**

The allegations contained in Paragraph 90 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**91.**

The allegations contained in Paragraph 91 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**92.**

The allegations contained in Paragraph 92 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**93.**

The allegations contained in Paragraph 93 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**94.**

The allegations contained in Paragraph 94 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**95.**

The allegations contained in Paragraph 95 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**96.**

The allegations contained in Paragraph 96 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**97.**

The allegations contained in Paragraph 97 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**98.**

The allegations contained in Paragraph 98 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**99.**

The allegations contained in Paragraph 99 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**100.**

The allegations contained in Paragraph 100 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**101.**

The allegations contained in Paragraph 101 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**102.**

The allegations contained in Paragraph 102 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**103.**

The allegations contained in Paragraph 103 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**104.**

The allegations contained in Paragraph 104 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**105.**

The allegations contained in Paragraph 105 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**106.**

The allegations contained in Paragraph 106 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**107.**

The allegations contained in Paragraph 107 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**108.**

The allegations contained in Paragraph 108 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**109.**

The allegations contained in Paragraph 109 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**110.**

The allegations contained in Paragraph 110 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**111.**

The allegations contained in Paragraph 111 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**112.**

The allegations contained in Paragraph 112 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**113.**

The allegations contained in Paragraph 113 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**114.**

The allegations contained in Paragraph 114 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**115.**

The allegations contained in Paragraph 115 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## III. JURISDICTION AND VENUE

**116.**

The allegations contained in Paragraph 116 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU admits that the jurisdictional requirements of this Court are satisfied.

**117.**

The allegations contained in Paragraph 117 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU admits that the jurisdictional requirements of this Court are satisfied.

**118.**

The allegations contained in Paragraph 118 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU admits that the jurisdictional requirements of this Court are satisfied.

**119.**

The allegations contained in Paragraph 119 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of MLU. To the extent that a response is required, MLU admits that the jurisdictional requirements of this Court are satisfied.

**120.**

The allegations contained in Paragraph 120 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**121.**

The allegations contained in Paragraph 121 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**122.**

The allegations contained in Paragraph 122 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**123.**

The allegations contained in Paragraph 123 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## IV. <u>FACTS AND GENERAL ALLEGATIONS</u>

### 124.

The allegations contained in Paragraph 124 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 125.

The allegations contained in Paragraph 125 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 126.

The allegations contained in Paragraph 126 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 127.

The allegations contained in Paragraph 127 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 128.

The allegations contained in Paragraph 128 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**129.**

To the extent that the allegations contained in Paragraph 129 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied.  The remaining allegations contained in Paragraph 129 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**130.**

To the extent that the allegations contained in Paragraph 130 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations contained in Paragraph 130 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**131.**

To the extent that the allegations contained in Paragraph 131 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations contained in Paragraph 131 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**132.**

To the extent that the allegations contained in Paragraph 132 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations contained in Paragraph 132 of Plaintiffs' Third Supplemental

and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**133.**

To the extent that the allegations contained in Paragraph 133 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied as written. The remaining allegations contained in Paragraph 133 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**134.**

To the extent that the allegations contained in Paragraph 134 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations contained in Paragraph 134 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**135.**

To the extent that the allegations contained in Paragraph 135 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations contained in Paragraph 135 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**136**.

The allegations contained in Paragraph 136 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of MLU. To the extent that a response is required, MLU submits that 24 C.F.R. §3280.309 is its own best evidence.

**137.**

The allegations contained in Paragraph 137 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**138.**

The allegations contained in Paragraph 138 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**139.**

The allegations contained in Paragraph 139 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 24 C.F.R. §3280.308 is its own best evidence.

**140.**

The allegations contained in Paragraph 140 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 44 C.F.R. §206.110(e) is its own best evidence.

**141.**

To the extent that the allegations contained in Paragraph 141 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are

denied as written. The remaining allegations contained in Paragraph 141 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**142.**

The allegations contained in Paragraph 142 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU submits that 42 C.F.R. §4121; Public Law 93-288, Title IV, §408 (1988); and 42 C.F.R. §5174(c)(1)(A) are their own best evidence.

**143.**

The allegations contained in Paragraph 143 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**144.**

The allegations contained in Paragraph 144 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**145.**

The allegations contained in Paragraph 145 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**146.**

The allegations contained in Paragraph 146 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**147.**

The allegations contained in Paragraph 147 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**148.**

The allegations contained in Paragraph 148 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**149.**

The allegations contained in Paragraph 149 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**150.**

The allegations contained in Paragraph 150 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied.

**151.**

The allegations contained in Paragraph 151 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**152.**

The allegations contained in Paragraph 152 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**153.**

The allegations contained in Paragraph 153 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations in this paragraph are denied.

**154.**

The allegations contained in Paragraph 154 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations of this paragraph are denied for lack of sufficient information to justify a belief therein.

**155.**

The allegations contained in Paragraph 155 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations of this paragraph are denied for lack of sufficient information to justify a belief therein.

**156.**

The allegations contained in Paragraph 156 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, MLU denies the allegations of this paragraph for lack of sufficient information to justify a belief therein.

**157.**

The allegations contained in Paragraph 157 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**158.**

The allegations contained in Paragraph 158 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**159.**

The allegations contained in Paragraph 159 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**160.**

The allegations contained in Paragraph 160 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**161.**

The allegations contained in Paragraph 161 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**162.**

The allegations contained in Paragraph 162 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**163.**

The allegations contained in Paragraph 163 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**164.**

The allegations contained in Paragraph 164 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**165.**

The allegations contained in Paragraph 165 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**166.**

The allegations contained in Paragraph 166 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**167.**

The allegations contained in Paragraph 167 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**168.**

The allegations contained in Paragraph 168 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**169.**

The allegations contained in Paragraph 169 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**170.**

The allegations contained in Paragraph 170 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**171.**

The allegations contained in Paragraph 171 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**172.**

The allegations contained in Paragraph 172 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**173**.

The allegations contained in Paragraph 173 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**174.**

The allegations contained in Paragraph 174 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**175**.

The allegations contained in Paragraph 175 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**176.**

The allegations contained in Paragraph 176 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**177.**

The allegations contained in Paragraph 177 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

**178.**

The allegations contained in Paragraph 178 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**179.**

The allegations contained in Paragraph 179 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**180.**

The allegations contained in Paragraph 180 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**181.**

The allegations contained in Paragraph 181 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

**182.**

The allegations contained in Paragraph 182 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**183.**

The allegations contained in Paragraph 183 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of MLU. To the extent that a response is required, MLU denies the allegations of this paragraph for lack of sufficient information to justify a belief therein.

**184.**

The allegations contained in Paragraph 184 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**185.**

The allegations contained in Paragraph 185 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**186.**

The allegations contained in Paragraph 186 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**187.**

The allegations contained in Paragraph 187 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**188.**

The allegations contained in Paragraph 188 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**189.**

The allegations contained in Paragraph 189 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied as written.

**190.**

The allegations contained in Paragraph 190 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**191.**

The allegations contained in Paragraph 191 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**192.**

The allegations contained in Paragraph 192 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**193.**

The allegations contained in Paragraph 193 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**194.**

The allegations contained in Paragraph 194 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**195.**

The allegations contained in Paragraph 195 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**196.**

The allegations contained in Paragraph 196 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**197.**

The allegations contained in Paragraph 197 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**198.**

The allegations contained in Paragraph 198 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**199.**

The allegations contained in Paragraph 199 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## V.     CLAIMS ASSERTED AGAINST THE FEDERAL GOVERNMENT: ALL STATES

### COUNT 1:

### CAUSE OF ACTION AGANST THE FEDERAL GOVERNMENT

**200.**

In response to the allegations contained in Paragraph 200 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 199 above, as if copied herein, *in extenso.*

**201.**

The allegations contained in Paragraph 201 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**202.**

The allegations contained in Paragraph 202 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**203.**

The allegations contained in Paragraph 203 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**204.**

The allegations contained in Paragraph 204 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**205.**

The allegations contained in Paragraph 205 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**206.**

The allegations contained in Paragraph 206 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 207.

The allegations contained in Paragraph 207 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 208.

The allegations contained in Paragraph 208 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## 209.

The allegations contained in Paragraph 209, and each of its subparts, of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

## VI.   CLAIMS ASSERTED AGAINST THE MANUFACTURING DEFENDANTS

## A.   LOUISIANA STATE BASED CLAIMS

## COUNT 2:

## CAUSE OF ACTION AGAINST THE MANUFACTURING DEFENDANTS UNDER LOUISIANA PRODUCTS LIABILITY ACT

## 210.

In response to the allegations contained in Paragraph 210 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference

all of its statements, averments and responses contained in Paragraphs 1 through 209 above, as if copied herein, *in extenso.*

## 211.

The allegations contained in Paragraph 211 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied.

## 212.

The allegations contained in Paragraph 212 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied.

## 213.

The allegations contained in Paragraph 213 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 214.

The allegations contained in Paragraph 214 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 215.

The allegations contained in Paragraph 215 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## 216.

The allegations contained in Paragraph 216 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed through rulings on

the defendants' motions to dismiss, Plaintiffs' claims are denied. The Court's prior rulings are incorporated by reference herein.

## 217.

The allegations contained in Paragraph 217 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 218.

The allegations contained in Paragraph 218 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 219.

The allegations contained in Paragraph 219 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 220.

The allegations contained in Paragraph 220 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 221.

The allegations contained in Paragraph 221 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**222.**

The allegations contained in Paragraph 222 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**223.**

The allegations contained in Paragraph 223 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**224.**

The allegations contained in Paragraph 224 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**225.**

The allegations contained in Paragraph 225 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**226.**

The allegations contained in Paragraph 226 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**227.**

The allegations contained in Paragraph 227 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**228.**

The allegations contained in Paragraph 228 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**B.      MISSISSIPPI STATE BASED CLAIMS**

**COUNT 3:**

**STRICT PRODUCTS LIABILITY**
**MS CODE ANNOTATED 11-1-63**

**PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN**

**229.**

In response to the allegations contained in Paragraph 229 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 228 above, as if copied herein, *in extenso.*

**230.**

The allegations contained in Paragraph 230 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**231.**

The allegations contained in Paragraph 231 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**232.**

The allegations contained in Paragraph 232 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**233**.

The allegations contained in Paragraph 233 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**234.**

The allegations contained in Paragraph 234 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**235.**

The allegations contained in Paragraph 235 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**236.**

The allegations contained in Paragraph 236 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**237.**

The allegations contained in Paragraph 237 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**238.**

The allegations contained in Paragraph 238 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**239.**

The allegations contained in Paragraph 239 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## PRODUCTS LIABILITY: FAILURE TO WARN

**240.**

In response to the allegations contained in Paragraph 240 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 239 above, as if copied herein, *in extenso.*

**241.**

The allegations contained in Paragraph 241 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## PRODUCTS LIABILITY: BREACH OF EXPRESS WARRANTY

**242.**

In response to the allegations contained in Paragraph 242 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 241 above, as if copied herein, *in extenso.*

**243.**

The allegations contained in Paragraph 243 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**COUNT 4:**

**STRICT LIABILITY AND NEGLIGENCE**

**244.**

In response to the allegations contained in Paragraph 244 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 243 above, as if copied herein, *in extenso.*

**245.**

The allegations contained in Paragraph 245 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**246.**

The allegations contained in Paragraph 246 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**247**.

The allegations contained in Paragraph 247 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

C.     **ALABAMA STATE-BASED CLAIMS**

**COUNT 5:**

**EXTENDED MANUFACTURER'S LIABILITY DOCTRINE
CODE OF ALA. 6-5-521**

**PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN**

**248.**

In response to the allegations contained in Paragraph 248 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 247 above, as if copied herein, *in extenso.*

**249.**

The allegations contained in Paragraph 249 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**250.**

The allegations contained in Paragraph 250 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**251.**

The allegations contained in Paragraph 251 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**252.**

The allegations contained in Paragraph 252 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**253.**

The allegations contained in Paragraph 253 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**254.**

The allegations contained in Paragraph 254 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**255.**

The allegations contained in Paragraph 255 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**256.**

The allegations contained in Paragraph 256 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**257.**

The allegations contained in Paragraph 257 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**258.**

The allegations contained in Paragraph 258 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**259.**

The allegations contained in Paragraph 259 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## PRODUCTS LIABILITY: FAILURE TO WARN

### 260.

In response to the allegations contained in Paragraph 260 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 259 above, as if copied herein, *in extenso.*

### 261.

The allegations contained in Paragraph 261 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## PRODUCTS LIABILITY: BREACH OF EXPRESS AND IMPLIED WARRANTY OF MERCHANTABILITY

### 262.

In response to the allegations contained in Paragraph 262 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 261 above, as if copied herein, *in extenso.*

### 263.

The allegations contained in Paragraph 263 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

D.    **TEXAS STATE-BASED CLAIMS**

**COUNT 6:**

**CAUSE OF ACTION AGAINST MANUFACTURING DEFENDANTS
UNDER TEXAS PRODUCTS LIABILITY LAW**

**264.**

In response to the allegations contained in Paragraph 264 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 263 above, as if copied herein, *in extenso.*

**265.**

To the extent that the allegations contained in Paragraph 265 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied, as worded. The remaining allegations in the paragraph are denied for lack of sufficient information to justify a belief therein.

**266.**

The allegations contained in Paragraph 266 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**267.**

The allegations contained in Paragraph 267 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**268.**

The allegations contained in Paragraph 268 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**269.**

The allegations contained in Paragraph 269 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**270.**

The allegations contained in Paragraph 270 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**271.**

The allegations contained in Paragraph 271 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

**272.**

The allegations contained in Paragraph 272 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**273.**

The allegations contained in Paragraph 273 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**274.**

The allegations contained in Paragraph 274 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## COUNT 7:

## <u>CAUSE OF ACTION AGAINST MANUFACTURING DEFENDANTS<br>FOR NEGLIGENCE</u>

### 275.

In response to the allegations contained in Paragraph 275 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 274 above, as if copied herein, *in extenso.*

### 276.

To the extent the allegations contained in Paragraph 276 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations in the paragraph are denied for lack of sufficient information to justify a belief therein.

### 277.

The allegations contained in Paragraph 277 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied.

### 278.

The allegations contained in Paragraph 278 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**279.**

The allegations contained in Paragraph 279 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

**280.**

The allegations contained in Paragraph 280 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**COUNT 8:**

**CAUSE OF ACTION AGAINST MANUFACTURING DEFENDANTS
FOR BREACH OF IMPLIED WARRANTY**

**281.**

In response to the allegations contained in Paragraph 281 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 280 above, as if copied herein, *in extenso.*

**282.**

The allegations contained in Paragraph 282 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

**283.**

The allegations contained in Paragraph 283 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**284.**

The allegations contained in Paragraph 284 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**285.**

The allegations contained in Paragraph 285 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**286.**

The allegations contained in Paragraph 286 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**COUNT 9:**

**CAUSE OF ACTION AGAINST MANUFACTURING DEFENDANTS FOR BREACH OF IMPLIED WARRANTIES UNDER THE UCC AND COMMON LAW AND EXPRESS WARRANTIES: ALL STATES**

**287.**

In response to the allegations contained in Paragraph 287 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 286 above, as if copied herein, *in extenso.*

**288.**

To the extent that the allegations contained in Paragraph 288 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations in the paragraph are denied for lack of sufficient information to justify a belief therein.

**289.**

The allegations contained in Paragraph 289 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**290.**

To the extent that the allegations contained in Paragraph 290 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations contained in Paragraph 290 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

**291.**

To the extent that the allegations contained in Paragraph 291 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint apply to MLU, the allegations are denied. The remaining allegations contained in Paragraph 291 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.  In further response, to the extent that the Court has determined that Plaintiffs' claims are dismissed in its prior rulings, those rulings are incorporated herein and Plaintiffs' claims are denied.

**292.**

The allegations contained in Paragraph 292 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## VII.   CLAIMS ASSERTED AGAINST THE NO-BID CONTRACTOR DEFENDANTS

## A.   LOUISIANA STATE-BASED CLAIMS

### COUNT 10:

### CAUSE OF ACTION AGAINST THE NO-BID DEFENDANTS UNDER THE LOUISIANA PRODUCTS LIABILITY ACT

**293.**

In response to the allegations contained in Paragraph 293 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 292 above, as if copied herein, *in extenso.*

**294**.

The allegations contained in Paragraph 294 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**295**.

The allegations contained in Paragraph 295 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**296.**

The allegations contained in Paragraph 296 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**297.**

The allegations contained in Paragraph 297 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**298.**

The allegations contained in Paragraph 298 (on page 79) of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**299.**

The allegations contained in Paragraph 299 (on pages 79-80) and each subpart of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## COUNT 11:

## <u>NEGLIGENCE OF NO-BID DEFENDANTS UNDER LOUISIANA LAW</u>

**298.**

The allegations contained in Paragraph 298 (on page 81) of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**299.**

The allegations contained in Paragraph 299 (on page 81) and each subpart of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**300.**

The allegations contained in Paragraph 300 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**301.**

The allegations contained in the Paragraph 301 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**302.**

The allegations contained in Paragraph 302 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint and each of its subparts, are denied for lack of sufficient information to justify a belief therein.

**303.**

The allegations contained in Paragraph 303 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**304.**

The allegations contained in Paragraph 304 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

B.    **MISSISSIPPI STATE-BASED CLAIMS**

**COUNT 12:**

**NEGLIGENCE OF NO-BID CONTRACTOR DEFENDANTS
UNDER MISSISSIPPI LAW**

**305.**

In response to the allegations contained in Paragraph 305 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 304 above, as if copied herein, *in extenso.*

**306.**

The allegations contained in Paragraph 306 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**307.**

The allegations contained in Paragraph 307 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**308.**

The allegations contained in Paragraph 308 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**309.**

The allegations contained in Paragraph 309 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**310.**

The allegations contained in Paragraph 310 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**311.**

The allegations contained in Paragraph 311 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**COUNT 13:**

**STRICT PRODUCTS LIABILITY
MS CODE ANNOTATED 11-1-63**

**312.**

In response to the allegations contained in Paragraph 312 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 311 above, as if copied herein, *in extenso.*

**313.**

The allegations contained in Paragraph 313 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**314.**

The allegations contained in Paragraph 314 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**315.**

The allegations contained in Paragraph 315 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**316.**

The allegations contained in Paragraph 316 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**317.**

The allegations contained in Paragraph 317 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**318.**

The allegations contained in Paragraph 318 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**319.**

The allegations contained in Paragraph 319 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**320.**

The allegations contained in Paragraph 320 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**321.**

The allegations contained in Paragraph 321 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**322.**

The allegations contained in Paragraph 322 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**COUNT 14:**

**<u>FAILURE TO WARN</u>**

**323.**

In response to the allegations contained in Paragraph 323 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 322 above, as if copied herein, *in extenso*.

**324.**

The allegations contained in Paragraph 324 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**325.**

The allegations contained in Paragraph 325 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

**326.**

The allegations contained in Paragraph 326 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

## COUNT 15:

## BREACH OF IMPLIED WARRANTY

**327.**

In response to the allegations contained in Paragraph 327 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 326 above, as if copied herein, *in extenso.*

**328.**

The allegations contained in Paragraph 328 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

C.      **ALABAMA STATE BASED CLAIMS**

## COUNT 16:

## NEGLIGENCE OF NO-BID CONTRACTOR DEFENDANTS UNDER ALABAMA LAW

**329.**

In response to the allegations contained in Paragraph 329 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference

all of its statements, averments and responses contained in Paragraphs 1 through 328 above, as if copied herein, *in extenso.*

## 330.

The allegations contained in Paragraph 330 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 331.

The allegations contained in Paragraph 331 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 332.

The allegations contained in Paragraph 332 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 333.

The allegations contained in Paragraph 333 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

## 334.

The allegations contained in Paragraph 334 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**335.**

The allegations contained in Paragraph 335 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

D.       **TEXAS STATE-BASED CLAIMS**

**COUNT 17:**

**NEGLIGENCE OF NO–BID CONTRACTOR DEFENDANTS UNDER TEXAS LAW**

**336.**

In response to the allegations contained in Paragraph 336 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference all of its statements, averments and responses contained in Paragraphs 1 through 335 above, as if copied herein, *in extenso.*

**337.**

The allegations contained in Paragraph 337 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**338.**

The allegations contained in Paragraph 338 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**339.**

The allegations contained in Paragraph 339 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**340.**

The allegations contained in Paragraph 340 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**341.**

The allegations contained in Paragraph 341 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**342.**

The allegations contained in Paragraph 342 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### VIII.   CLAIMS ASSERTED AGAINST THE PROCUREMENT DEFENDANTS: ALL STATES

### COUNT 18:

### NEGLIGENCE OF PROCUREMENT DEFENDANTS

**343.**

In response to the allegations contained in Paragraph 343 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU incorporates by reference

all of its statements, averments and responses contained in Paragraphs 1 through 342 above, as if copied herein, *in extenso.*

### 344.

The allegations contained in Paragraph 344 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 345.

The allegations contained in Paragraph 345 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 346.

The allegations contained in Paragraph 346 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 347.

The allegations contained in Paragraph 347 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

### 348.

The allegations contained in Paragraph 348 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**349.**

The allegations contained in Paragraph 349 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**350.**

The allegations contained in Paragraph 350 and each of its subparts of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**351.**

The allegations contained in Paragraph 351 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**352.**

The allegations contained in Paragraph 352 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

**IX.   DAMAGES ASSERTED**

**A.   DAMAGES FOR LOUISIANA STATE-BASED CLAIMS**

**COMPENSATORY DAMAGES**

**353.**

The allegations contained in Paragraph 353 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to any damages.

**354.**

The allegations contained in Paragraph 354 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to any damages.

**B.      DAMAGES FOR MISSISSIPPI STATE-BASED CLAIMS**

**COMPENSATORY DAMAGES**

**355.**

The allegations contained in Paragraph 355 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU denies that Plaintiffs are entitled to any damages.

**356.**

The allegations contained in Paragraph 356 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to any damages.

**PUNITIVE /EXEMPLARY DAMAGES**

**357.**

The allegations contained in Paragraph 357 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to the damages asserted.

C.     **DAMAGES FOR ALABAMA STATE-BASED CLAIMS**

**COMPENSATORY DAMAGES**

**358.**

The allegations contained in Paragraph 358 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to any damages.

**359.**

The allegations contained in Paragraph 359 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to any damages.

**CODE OF ALABAMA 6-11-23 PUNITIVE/EXEMPLARY DAMAGES**

**360.**

The allegations contained in Paragraph 360 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to the damages asserted.

D.     **DAMAGES FOR TEXAS STATE–BASED CLAIMS**

**COMPENSATORY DAMAGES**

**361.**

The allegations contained in Paragraph 361 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to any damages.

**362.**

The allegations contained in Paragraph 362 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to any damages.

## PUNITIVE DAMAGES

**363.**

The allegations contained in Paragraph 363 of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied. MLU specifically denies that Plaintiffs are entitled to the damages asserted.

## REQUEST FOR JURY TRIAL

In response to the allegations contained in the paragraph captioned "Request For Jury Trial" of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU specifically asserts that it is entitled to a trial by jury on all issues herein.

## PRAYER FOR RELIEF

In response to the allegations contained in the paragraph and subparagraphs captioned "Prayer for Relief" of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, MLU specifically asserts that the Plaintiffs are not entitled to the relief requested.

## ANSWER TO FOURTH SUPPLEMENTAL AND AMENDED
## ADMINISTRATIVE MASTER COMPLAINT

And, answering the Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, MLU states the following:

**1.**

The allegations contained in Paragraph 1 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, modifying Paragraph 31 of the Third Amended Administrative Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**2.**

The allegations contained in Paragraph 2 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, modifying Paragraph 44 of the Third Amended Administrative Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**3.**

The allegations contained in Paragraph 3 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, deleting Paragraph 45 of the Third Amended Administrative Complaint and Amending Paragraph 43 of the Third Amended Administrative Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**4.**

The allegations contained in Paragraph 4 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, supplementing and amending Paragraph 93 of the Third Amended Administrative Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations contained in Paragraph 5 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, supplementing and amending Paragraph 113 of the Third Amended Administrative Complaint are denied insofar as they seek to pertain to MLU. Further, it is specifically asserted that MLU did not manufacture or supply any temporary housing units.  It is further asserted that MLU did not perform any work on temporary housing units in the states of Texas, Mississippi or Alabama following Hurricanes Katrina or Rita.

**6.**

The allegations contained in Paragraph 6 of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint, amending Paragraph 114 of the Third Amended Administrative Complaint, do not require a response on the part of MLU. To the extent that a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

**7**.

The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Fourth Supplemental and Amending Master Complaint do not require a response on the part of MLU. However, to the extent that an answer is required, MLU states that Plaintiffs are not entitled to

the relief requested and MLU incorporates by reference all of its statements, averments and responses contained in its answers to the Plaintiffs' Master Complaint, as supplemented and amended, as if copied herein, *in extenso.*

**AFFIRMATIVE DEFENSES TO ADMINISTRATIVE MASTER COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINT**

**AND NOW**, Pleading further in response to the Master Complaint, to the First Supplemental and Amended Master Complaint, to the Second Supplemental and Amended Master Complaint, to the Third Supplemental and Amended Administrative Master Complaint, and to the Fourth Supplemental and Amended Administrative Master Complaint, Defendant, MLU asserts the following Defenses:

**FIRST DEFENSE**

Plaintiffs' Master Complaint, as supplemented and amended, fails to state a claim or cause of action against MLU upon which relief can be granted.

**SECOND DEFENSE**

The claims against MLU have prescribed.

**THIRD DEFENSE**

The claims against MLU, are, or may be, barred in whole or in part by Plaintiffs' failure to institute suit within the period of time required by the applicable statutes of limitation and/or any applicable limitation of actions, or by preemption or prescription, or failure to initiate suit within the period of time required by the applicable prescriptive periods and/or any limitation of actions contained in any applicable contracts.

**FOURTH DEFENSE**

MLU is immune from liability under the government contractor defense because it performed all work at issue according to reasonably precise specifications and had no knowledge superior to that of FEMA that was not shared with FEMA. Any alleged defect claimed herein,

122

which is specifically denied, is the result of the standards mandated by the United States government over which MLU had no control.  Accordingly, MLU is immunized from liability by the government contractor defense.

## FIFTH DEFENSE

MLU denies that it is a "manufacturer" within the meaning of the Louisiana Products Liability Act, La. R.S. 9:2800.51 et seq.  MLU further denies the existence of any defect that would render the work of MLU unreasonably dangerous under the LPLA, the limited warranty, and/or any other applicable law, contract or standard.

## SIXTH DEFENSE

Solely in the alternative, in the event this Court determines there was any defect in any travel trailer, which is specifically denied, said defect was apparent and obvious and could be easily avoided or remedied, precluding any recovery by Plaintiffs.

## SEVENTH DEFENSE

MLU denies that it was negligent in any way that caused harm to Plaintiffs.

## EIGHTH DEFENSE

MLU asserts as affirmative defenses the defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. Doc 210) and incorporates the Court's Order and Reasons (Rec. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, respectively, as if plead herein, *in extenso*, and assert that all claims contrary to the orders are precluded.

## NINTH DEFENSE

MLU references and incorporates its previously filed Preservation of Federal Rule of Civil Procedure 12(b) Defenses (Rec. Doc. 11723).

## TENTH DEFENSE

Solely in the alternative, in the event the Court finds the Plaintiffs have suffered any damages whatsoever, the damages complained of resulted solely or substantially from the negligence, fault or comparative fault of the Plaintiffs through misuse and/or abuse and/or lack of maintenance of the travel trailers, failure to follow instructions for use, failure to heed applicable warnings, and/or through other acts or omissions which will be shown more fully at the trial of this matter and which preclude recovery by Plaintiffs or reduce any recovery by their respective percentage of fault.

## ELEVENTH DEFENSE

All damages complained of resulted solely or substantially from the negligence, fault or comparative fault of third parties for whom MLU is not responsible, including non-parties and parties immune by statute.

## TWELFTH DEFENSE

MLU pleads to the extent applicable all defenses allowed under the La. Health Emergency Powers Act, LSA – R.S. 29:171, and/or other Louisiana Law.

## THIRTEENTH DEFENSE

All of the claims asserted against MLU are preempted or otherwise precluded by the statutes, standards, regulations, and rules propagated by the Federal Government and/or HUD, and/or FEMA, and/or the Plaintiffs' lease agreement with FEMA.

## FOURTEENTH DEFENSE

In the event MLU is found to be a manufacturer, which is denied, MLU specifically pleads to the extent applicable, all defenses allowed under the Louisiana Products Liability Act, La. R.S. 9:2800.51 et seq. and/or other Louisiana law.

### FIFTEENTH DEFENSE

MLU specifically pleads that the product sued upon herein was not in a reasonably anticipated use at any relevant time.

### SIXTEENTH DEFENSE

In the event discovery reveals the following, MLU specifically pleads that any alleged fault, negligence and/or strict liability attributed to MLU, which is specifically denied, are not the proximate or legal cause of the injuries sued upon herein.

### SEVENTEENTH DEFENSE

Plaintiffs' claims are improperly joined with the claims of numerous other individuals and the joinder does not comply with Federal Rule of Civil Procedure 20. Thus, their claims must be severed from the claims of other named Plaintiffs.

### EIGHTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of intervening and/or superseding cause.

### NINETEENTH DEFENSE

Plaintiffs fail to state a claim for negligence under Louisiana Law.

### TWENTIETH DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted inasmuch as Plaintiffs have not specifically claimed any current injury but rather have generally claimed unspecified current and future injuries.

### TWENTY-FIRST DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted to the extent that Plaintiffs seek to recover attorneys' fees, which are not recoverable against MLU under Louisiana law, and

Plaintiffs have not alleged any other theory of liability through which they can recover attorneys' fees against MLU.

## TWENTY-SECOND DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted to the extent that Plaintiffs specifically seek property or economic damages under Louisiana law inasmuch as such claims are precluded.

## TWENTY-THIRD DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted to the extent that it is determined that Plaintiffs previously filed and/or have pending another lawsuit arising out of the same operative facts and circumstances made the subject of this lawsuit.

## TWENTY-FOURTH DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted inasmuch as Plaintiffs failed to make any particularized allegations regarding their injuries and damages and failed to make any particularized allegations connecting any particular Plaintiff to the conduct of MLU.

## TWENTY-FIFTH DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted to the extent that Plaintiffs allege strict liability as there is no basis under Louisiana law for same.

## TWENTY-SIXTH DEFENSE

Plaintiffs' alleged damages, if any, were caused or occasioned by known and open and obvious risks, which the Plaintiffs voluntarily assumed.

## TWENTY-SEVENTH DEFENSE

In the event MLU is found to be a manufacturer, which is denied, MLU specifically pleads that the trailers were properly maintained and installed in accordance with the state of the art at the

126

time; and, therefore, there is no legal basis for any assessment of fault against MLU.

## TWENTY-EIGHTH DEFENSE

MLU further pleads that Plaintiffs' claims are, or may be, barred, in whole or in part, to the extent that the Economic Loss Doctrine applies and incorporate Court's Order and Reasons (Rec. Doc. 984).

## TWENTY-NINTH DEFENSE

All claims against MLU are, or may be, barred in whole or in part by the doctrines of estoppel, release or waiver.

## THIRTIETH DEFENSE

MLU owed no warranty obligations to Plaintiffs.

## THIRTY-FIRST DEFENSE

In the alternative, if any express warranty is found to be owed by MLU, these obligations are strictly limited by the terms of the limited warranty, including all of its limitations and exclusions, which are pled herein, as if copied *in extenso*.

## THIRTY-SECOND DEFENSE

Upon information and belief, Plaintiffs have failed to mitigate their damages.

## THIRTY-THIRD DEFENSE

In the event that MLU is found to be a manufacturer, which is expressly denied, MLU specifically pleads that the accident and/or injuries sued upon herein occurred only and solely due to the substantial alteration and/or modification of the product sued upon herein, which alteration and/or modification was not foreseeable.

## THIRTY-FOURTH DEFENSE

MLU specifically pleads that any alleged fault, negligence and/or strict liability attributed to MLU which is specifically denied, was not the proximate or legal cause of the injuries sued upon herein, and that Louisiana duty-risk analysis precludes Plaintiffs' claims against MLU.

## THIRTY-FIFTH DEFENSE

To the extent MLU is found to be a manufacturer, which is denied, MLU specifically pleads that the trailer was reasonably fit for its ordinary use.

## THIRTY-SIXTH DEFENSE

Alternatively, MLU affirmatively avers that in the event it is found liable in any way to Plaintiffs, which is denied, any liability on its part is merely joint liability and not joint and several, nor *in solido*, with the liability of other parties for whom it is not responsible.

## THIRTY-SEVENTH DEFENSE

MLU is not liable under La.R.S. 9:2771 because it's work conformed to FEMA's plans and Specifications.

## THIRTY-EIGHTH DEFENSE

MLU specifically states that it had no duty to warn the Plaintiffs of any alleged harmful condition of the trailers.

## THIRTY-NINTH DEFENSE

Plaintiffs' alleged injuries are the result of pre-existing conditions or act/omissions that occurred after MLU was no longer responsible for the trailers at issue.

## FORTIETH DEFENSE

MLU is immune from liability because FEMA accepted its work.

## FORTY-FIRST DEFENSE

MLU specifically asserts that it did not perform work following Hurricanes Katrina and Rita in the states of Mississippi, Alabama and/or Texas; thus, the claims of any and all Plaintiffs who have filed claims based upon alleged work performed in the states of Mississippi, Alabama and/or Texas against MLU should be dismissed with prejudice.

## FORTY-SECOND DEFENSE

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that any award of punitive damages, to the extent they are even pled in the Master Complaint, as supplemented and amended, would be unconstitutional because the standards utilized to allow the imposition of such damages that are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

## FORTY-THIRD DEFENSE

Plaintiffs' claims are, or may be, barred in whole or in part to the extent that the award of punitive damages, to the extent they are even pled by the Plaintiffs, would violate the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments, separately, of the Constitution of the United States on each of the following separate and several grounds:

1.     The procedures failed to provide means for awarding separate judgments against alleged tortfeasors;

2.     The procedures failed to provide a limit on the amount of the award against separate defendants;

3.     The procedures failed to provide specific standards for the award of punitive damages;

4.      The procedures permit the award of punitive damages upon satisfaction of a standard of proof less than that applicable to the imposition of criminal sanctions;

5.      The procedures failed to provide a clear consistent and appellate standard of review of an award of punitive damages;

6.      The procedures may permit the admission of evidence relative to punitive damages in the same proceedings during which liability and compensatory damages are determined; and

7.      The standards of conduct upon which punitive damages are sought are vague.

## FORTY-FOURTH DEFENSE

The exact damages/losses claimed by the respective plaintiffs are unknown to MLU and thus MLU cannot adequately determine all defenses that may be applicable to the respective Plaintiffs' claims. Therefore, MLU expressly reserves by this reference the right to raise additional defenses to the extent that:

a.      Additional defenses become applicable under state and federal law;

b.      Additional defenses are established as discovery proceeds; and

c.      Additional defenses are available under subsequently asserted theories of recovery.

## FORTY-FIFTH DEFENSE

The Master Complaint, as supplemented and amended, has improperly joined parties (both plaintiffs and defendants) in this action in violation of Rule 19 of the Federal Rules of Civil Procedure, requiring severance of parties as provided by Rule 21 of the Federal Rules of Civil Procedure.

## FORTY-SIXTH DEFENSE

The Master Complaint, as supplemented and amended, has improperly joined claims under Rule 18 of the Federal Rules of Civil Procedure, requiring severance of claims as provided by Rule 21 of the Federal Rules of Civil Procedure.

## FORTY-SEVENTH DEFENSE

MLU asserts that the Master Complaint, as supplemented and amended, does not comply with the requirements of Federal Rule 8 in that it does not contain short and plain statements of the plaintiffs' claims.

## FORTY-EIGHTH DEFENSE

Defendant MLU is entitled to a trial by Jury on all issues herein.

WHEREFORE the above premises considered, Defendant MLU respectfully prays that this Master Answer and Affirmative Defenses to Plaintiffs' Master Complaint, as supplemented and amended, be deemed good and sufficient; that after due proceedings had there be judgment rendered herein in favor of MLU, dismissing Plaintiffs' Master Complaint, as supplemented and amended, with prejudice; and MLU respectfully prays for all such other general, special and equitable relief that law, equity or the nature of the case may permit and all costs of these proceedings.

To the extent Plaintiffs' Master Complaint, as supplemented and amended, is not dismissed with prejudice, MLU requests a Jury Trial on all issues herein.

RESPECTFULLY SUBMITTED,

**ADAMS AND REESE, LLP**

_____/s/ Lara E. White_____
LARA E. WHITE (#23366)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 585-3234
Facsimile: (504) 566-0210
Lara.White@arlaw.com

And

**THE STONER LAW FIRM, LLC**
COLIN D. STONER  (pro hac vice)
(Missouri Bar #51202; Kansas Bar #20518)
601 Walnut Street, Suite 200A
Kansas City, Missouri 64106
(816) 283-3535 Phone
(816) 283-3539 Fax
colin@stoner.org

*Attorneys for Defendant,*
*MLU Services, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed with the Clerk of Court and is available for viewing and downloading from the CM/ECF system. Notice of Electronic Case Filing has been sent automatically to all counsel on the electronic service list on this 19th day of April, 2010

_____/s/ Lara E. White_____

**EXHIBIT A**

| Style of Case |
| --- |
| 2:09-cv-03604-KDE-ALC; James, Jr., Robert et al. v. FRH, Inc. et al. |
| 2:09-cv-04014-KDE-ALC; Toomer, Antoinette et al. v. Cavalier Home Builders, LLC et al. |
| 2:09-cv-08643-KDE-ALC; Bowman, Odeal et al. v. Fleetwood et al. |
| 2:09-cv-08644-KDE-ALC; Adams, Beverley et al. v. Gulf Stream Coach, Inc. et al. |
| 2:09-cv-08646-KDE-ALC; Alexander, Brian et al. v. Gulf Stream Coach, Inc. et al. |
| 2:09-cv-08647-KDE-ALC; Aubert, Janet et al. v. Fleetwood et al. |
| 2:09-cv-08650-KDE-ALC; Beverly, Vincent et al. v. Recreation By Design, LLC et al. |
| 2:09-cv-08660-KDE-ALC; Pohlmann, Jr., Anthony et al. v. Dutchmen Manufacturing, Inc. et al. |
| 2:09-cv-08665-KDE-ALC; Anderson, Lucinda et al. v. Gulfstream Coach, Inc. et al. |
| 2:09-cv-08669-KDE-ALC; Adams, Kathy et al. v. Stewart Park Homes, Inc. et al. |
| 2:09-cv-08681-KDE-ALC; Bernard, Donald et al. v. Thor Industries, Inc. et al. |
| 2:09-cv-08699-KDE-ALC; Barbarin, Corey et al. v. Forest River, Inc. et al. |
| 2:09-cv-08701-KDE-ALC; Bachemin, Joan et al. v. Gulf Stream Coach, Inc. et al. |
| 2:09-cv-08702-KDE-ALC; Ambeau, Silverine et al. v. Forest River, Inc. et al. |
| 2:10-cv-00742-KDE-ALC; Allen et al v. Gulf Stream Coach, Inc. et al |
| 2:10-cv-00775-KDE-ALC; Miller et al v. Cavalier Home Builders, LLC et al |