UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
PRODUCTS LIABILITY LITIGATION
                                          SECTION N(5)

                                          JUDGE ENGELHARDT

                                          MAGISTRATE CHASEZ

THIS DOCUMENTS RELATES TO: All Cases

**JOINT MOTION OF THE GOVERNMENT'S CONTRACTORS TO DISMISS
PLAINTIFFS' THIRD AND FOURTH AMENDED MASTER COMPLAINT**

Defendants, Bechtel National Inc., CH2M Hill Constructors, Inc., and Shaw Environmental, Inc. ("the Government's contractors" or "the contractors"), respectfully move this Honorable Court to dismiss Plaintiffs' Third and Fourth Amended Master Complaint ("AMC"), Rec. Docs. 4486 and 7688, under Rule 12(b)(6), for failure to state a claim for which relief can be granted.[1] The Government's contractors recognize that this Court has taken up motions not unlike this one.[2] However, for the reasons set forth more fully in the accompanying memorandum of law, the contractors respectfully ask this Court to recognize that Plaintiffs have pled themselves out of court. Even if Plaintiffs' facts might be *consistent with* liability, which the contractors reject, Plaintiffs' own allegations offer far more likely explanations for the

---

[1] Without waving any individual rights or defenses that might apply to a contractor individually, the Government's contractors file this motion jointly to ease the burden on the Court inasmuch as the arguments and defenses presented herein and in the memorandum of law are common to all of the Government's contractors.

[2] Fluor Enterprises, Inc. ("Fluor") filed a Rule 56 motion. Rec. Doc. 2802. Bechtel National, Inc. ("Bechtel") filed a Rule 12(b)(6) motion relating to two individual cases. Rec. Doc. 2796. For both, the Court granted the motion as to Plaintiffs' maintenance and inspection related claims but denied it with respect to all other claims. Rec. Doc. 3205; Rec. Doc. 4366. Bechtel subsequently filed a Motion to Certify the Court's Order for Interlocutory Appeal. Rec. Doc. 6082. The Court denied that motion. Rec. Doc. 13163. Shaw Environmental, Inc. ("Shaw") filed three Rule 56 motions. Rec. Docs. 10935, 10941, 10946. The Court granted part of Rec. Doc. 10941, dismissing Plaintiffs' maintenance claims with prejudice in Rec. Doc. 11910. The Court denied Rec. Doc. 10946 in Rec. Doc. 12406 and denied 10935 in Rec. Doc. 12050.

injuries they complain of.  Thus, Plaintiffs cannot show any entitlement to relief, and their claims must be dismissed.

Additionally, Plaintiffs' own facts provide *prima facie* proof of the government contractor defense.  Plaintiffs' facts establish beyond any doubt that the Government knew at least as much as its contractors about the potential risk that Plaintiffs' complain of.  Notwithstanding that knowledge of the very same pre-existing defect that Plaintiffs complain of, as Plaintiffs allege, the Government directed its contractors to install the emergency housing as expeditiously as possible according to the specifications designed and issued by the Government.  Although it could have required re-performance, modified its specifications, or taken any number of other preventive measures, the Government, in its discretion, elected instead to accept its contractors' work upon completion and declare each unit "Ready for Occupancy."  The Government did so even after verifying the potential harm for itself, electing instead to issue certain venting specifications and related precautions.  Thus, because Plaintiffs' own allegations establish the defense's three conditions, the defense bars Plaintiffs' claims entirely.

Respectfully submitted,

**FRILOT L.L.C.**

/s/ *John J. Hainkel, III*
JOHN J. HAINKEL, III – (#18246)
A. J. KROUSE – (#14426)
DAVID P. CURTIS – (#30880)
CAROLYN B. HENNESY – (#25089)
PETER R. TAFARO – (#28776)
ANDREW M. MAESTRI – (#30606)

3700 Energy Centre, 1100 Poydras St.
New Orleans, Louisiana 70163
Tel: (504) 599-8000; Fax: (504) 599-8100
**Attorneys for Bechtel National, Inc.**

**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**

/s/ *Gerardo R. Barrios*
ROY C. CHEATWOOD (#4010)
GERARDO R. BARRIOS (#21223)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
WADE M. BASS (#29081)

No. 3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
Tel: (985) 819-8400; Fax: (985) 819-8484
**Attorneys for CH2M Hill Constructors, Inc.**

**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**

/s/ *M. David Kurtz*
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)

201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Tel: (504) 566-5200; Fax: (504) 636-4000
**Attorneys for Shaw Environmental, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 19th day of April, 2010.

/s/ *John J. Hainkel, III*
JOHN J. HAINKEL, III