UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: All Cases | |

...........................................................................

## NOTICE OF HEARING

Please take notice that the Joint Motion of the Government's Contractors to Dismiss Plaintiffs' Third and Fourth Amended Master Complaint is set for hearing, without oral argument, before The Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, Room C-351, New Orleans, Louisiana, on the 5th day of May, 2010 at 9:30 a.m.

_____
THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 19th day of April, 2010.

/s/ *John J. Hainkel, III*
JOHN J. HAINKEL, III