UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:  All Cases

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# EXHIBIT C

## EXCERPTS OF BECHTEL NATIONAL, INC. CONTRACT[*]

---

[*] Plaintiffs received a full copy of the United States' contract with Bechtel on a disk enclosed in an August 12, 2008 letter related to Plaintiffs' August 21, 2008 Rule 30(b)(6) deposition of Bechtel.  Bechtel includes only excerpts of the contract here to reduce the burden on the court.  Bechtel, however, will file the entire contract upon request.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO | | 1 CONTRACT ID CODE | PAGE 1 | OF PAG |
|---|---|---|---|---|---|

| 2 AMENDMENT/MODIFICATION NO. P00001 | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ. NO. N/A | 5 PROJECT NO (If applicable) |
|---|---|---|---|

6 ISSUED BY                                    CODE
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

7 ADMINISTERED BY  (If other than Item 6)                CODE

8 NAME AND ADDRESS OF CONTRACTOR  (No. street, county, State and ZIP Code)

BECHTEL NATIONAL, INC

5275 WESTVIEW DRIVE

FREDERICK MD 217038306

(X)

9A AMENDMENT OF SOLICITATION NO

9B DATED (SEE ITEM 11)

10A MODIFICATION OF CONTRACT/ORDER NO
HSFEHQ-05-D-0572

X | 10B DATED (SEE ITEM 13)
09-30-2005

CODE                         FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12 ACCOUNTING AND APPROPRIATION DATA   (If required)
N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) |
A. THIS CHANGE ORDER IS ISSUED PURSUANT TO  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF   FAR 52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

D. OTHER  (Specify type of modification and authority)

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return __003__ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE(S)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER  (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER  (Type or print) |
|---|---|
| THOMAS R. MCKINNEY BNI MANAGER OF OPERATIONS | Jenice L. Uzhe Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED 12-2-05 | 16B UNITED STATES OF AMERICA  BY | 16C DATE SIGNED 12/13/05 |

STANDARD FORM 30  (REV. 10-83)

CONTINUATION PAGE                          HSFEHQ-05-D-0572

The purpose of this modification is to to definitize letter contract HSFEHQ-05-D-0572.

Accordingly:

1.  The third sentence of subparagraph (c) in Section B.3 Is changed to read as follows: "If deemed necessary, Time-and-Material or Labor Hours rates will be negotiated and added to the contract by future modification to this contract."

2.  Subparagraph (b) in Section B.3 is changed to read as follows:  "Estimated cost will be negotiated on a task order basis.  For cost plus fixed fee task orders under this contract, the negotiated fixed fee to be applied to the total estimated cost is 7.5 percent.  The contractor shall be reimbursed for actual, incurred costs and fixed fee under each cost type task order."

3.  The first sentence of the third paragraph in Section B.5 of the contract is hereby changed,
    FROM:  Management and Administration (M&A) will be awarded by Time and Material or Labor Hour Task Order.
    TO:  Management and Administration (M&A) will be awarded by Cost Plus Fixed Fee Task Order.

4.  The Contractor's DCAA approved Forward Pricing Rate Agreements, dated August 11, 2005, as follows, are hereby incorporated into Section B.6, NEGOTIATED INDIRECT COST RATES to be utilized until such time as DCAA amends or establishes final approved rates:

    Overhead Rates:
        Permanent Office (PO) Overhead:
        Project Office (PT) Overhead:
        Construction Office (CO) Overhead:
    General & Administrative (G&A):

    Facilities Capital Cost of Money (FCCM):
        Permanent Office (PO) FCCM:
        Project Office (PT) FCCM:
        Construction Office (CO) FCCM:
    General & Administrative (FCCM):



5.  The Contractor's DCAA approved Forward Pricing Rate Agreements, dated August 11, 2005, as stated above, are hereby incorporated Into Section B.7, LIMITATION OF INDIRECT COSTS, and will be utilized until such time as DCAA amends or establishes final approved rates.

6.  The first sentence in Section B.8 is hereby changed as follows:
    FROM:  The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed $53,440,000...

2

BNIF 00000002

CONTINUATION PAGE                                    HSFEHQ-05-D-0572

TO: The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed the amount as specified in each Task Order...

7. Section F.2 is changed to read as follows: "The contract shall be effective through January 15, 2006, except that task orders placed prior to the expiration date shall remain in full force and effect until performance has been completed or the term of the task order expires and payments therefore have been made."

8. The following sentence is hereby added to Section G.2, "If deemed necessary, Time and Material or Labor Hour rates will be negotiated and added to the contract by future modification."

9. The special character after (RTN) in G.3.b.2 (a) is hereby deleted.

10. The following sentence in Section G.4(a) is hereby changed,
   FROM: The Contractor shall submit vouchers once each month...
   TO: The Contractor shall submit vouchers biweekly...

11. In Section G.4 (c), the date of clause 52.232-7 is hereby changed as follows:
   FROM: DEC 2002
   TO: AUG 2005

12. The sentence is Section G.5 is hereby changed as follows:
   FROM: For the purpose of this contract the Contracting Officer's Technical representative shall be: David Porter.
   TO: The Contracting Officer's Technical Representative will be appointed by letter, and a copy of the letter will be provided to the Contractor.

13. The following sentence is hereby added to Section H.11 (a): "The property threshold amount is $300.00." The following sentence is added to Section H.11 (b): "The due date for the annual Contract Report of Government Property for 2005 has been extended by 60 days from October 15, 2005, to December 15, 2005." [need to add approval process for accountable property—TO 6]

14. Section H.13, ACQUISITION OF GOVERNMENT PROPERTY is hereby deleted in its entirety.

15. Contract type "CPFF = Cost Plus Fixed Fee" is hereby added to the applicable contract types listed under Section I.1, NOTICE OF HYBRID CONTRACT.

16. The following figures are hereby inserted in Section I.5 (a), (b) and (d):
   (a) $10,000
   (b)(1) $500,000,000
   (b)(2) $500,000,000
   (d) 5 days

3

BNIF 00000003

CONTINUATION PAGE                                    HSFEHQ-05-D-0572

17. The following phrase is added to the last sentence in Section I.6 (d), "...12 months after issuance date of Task Order 4."

18. The following phrase is added to the last sentence in Section I.7, "...the term of the contract."

19. FAR 52.225-9, BUY AMERICAN ACT—CONSTRUCTION MATERIALS (JAN 2005) in Section I.12 is hereby deleted and replaced with FAR 52.225-11, BUY AMERICAN ACT—CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (JAN 2005).

20. FAR 52.225-10, NOTICE OF BUY AMERICAN ACT REQUIREMENT— CONSTRUCTION MATERIALS (MAY 2002) in Section I.13 is hereby deleted and replaced with FAR 52.225-12, NOTICE OF BUY AMERICAN ACT REQUIREMENT—CONSTRUCTION MATERIALS UNDER THE TRADE AGREEMENTS (JAN 2005).

21. The following phrase is inserted in Section I.16 (e): "Cost Reimbursement, Time and Materials, or Labor Hour subcontracts. Notification of consent to subcontract will be provided by the Contractor for any subcontract $100,000 or greater."

22. The following sentence is hereby added to Section G.3, INVOICES: "Invoices will be paid within 30 days with the exception of Task Order 3 and Task Order 4, which will be paid in 14 days." Subparagraph (a)(1) (i) and (ii) of Section I.14, PROMPT PAYMENT (FEB 2002) – ALTERNATE I (FEB 2002) is modified respectively from "The 30th day after..." to "The 14th day after...".

23. The requirement for submission of weekly payrolls to the Contracting Office in Subparagraph (b)(1) of Section I.2, FAR 52.222-8, PAYROLLS AND BASIC RECORDS is modified to allow certified payrolls to be maintained by the Contractor at its Corporate Accounting Office in Oakridge, Tennessee. The Contractor shall make these payrolls available to the Contracting Officer or authorized representatives of the Contracting Officer or the Department of Labor upon request.

24. The following is hereby added as Section H.14:, Electronic Direction by the Contracting Officer and Contracting Officer's Technical Representative: "Contracting Officer and Contracting Officer's Technical Representative direction that is issued via email is to be considered formal written direction for the purposes of this contract."

25. The following clauses are hereby added to the contract,
    - FAR 52.236-7, PERMITS AND RESPONSIBILITES (NOV 1991)
    - FAR 52.224-1, PRIVACY ACT NOTIFICATION (APR 1984)
    - FAR 52.224-2, PRIVACY ACT (APR 1984)

4

BNIF 00000004

CONTINUATION PAGE                                   HSFEHQ-05-D-0572

26. Exhibits 1 through 15 contain multiple fixed-price references related to performance and reperformance due to noncomformance with the contract requirements. However, the Government and the Contractor agree that the work shall be subject to the applicable inspection clause contained in the contract in Section E related to the contract type of the particular task order for the prime if the work is self-performed or to the contract type of the subcontractor if the work is subcontracted.

27. "Operations plan" is hereby deleted from the Performance Work Statement (PWS), Section 2.2.9, and replaced with "Environmental Health and Safety Plans."

28. The first sentence in the PWS, Section 2.5.2 is hereby changed as follows:
FROM: The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available.
TO: The contractor shall develop a work plan specific to each task order that will identify temporary disaster housing and the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available.

29. Section 2.9 of the PWS is hereby corrected to read as follows: "INSTALLATION TEMPORARY OF MOBILE STRUCTURES."

30. The following sentence is hereby deleted from Section 2.12.1 of the PWS,
DELETE: Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies."

31. The following sentence in Section 2.12.1 of the PWS is hereby changed as follows:
FROM: Delivery of a design product may not result in follow-on construction service.
TO: Delivery of a design product may or may not result in follow-on construction service. The second sentence in Section 2.12.1 of the PWS is deleted in its entirety.

32. The following sentence in Section 2.13.9.2 of the PWS is hereby changed as follows:
FROM: The contractor shall provide individual private shower stalls too include a private changing area.
TO: The contractor shall provide individual private shower stalls to include a private changing area.

33. The second sentence under Section 2.14.4 of PWS is hereby changed as follows:
FROM: Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA.
TO: Contractor shall provide adequate security to ensure the safety and security of persons at facilities during construction activities as designated by FEMA.

34. The second sentence under Section 2.15.7 of PWS is hereby changed as follows:

5

CONTINUATION PAGE                                          HSFEHQ-05-D-0572

FROM:  The contractor shall provide adequate security to ensure the safety and security of persons at DR centers.
TO:  The contractor shall provide adequate security to ensure the safety and security of persons at DR centers during construction activities.

35. The word "for" is hereby deleted from the first sentence in Section 2.15.6 of the PWS.

36. The PVC sewer pipe listed in Exhibit 7, Section 2.1.4(1) is hereby changed as follows:
FROM:  ASTM D-2727
TO:  ASTM D-2729

37. Section 2.1.21 of Exhibit 7 is hereby changed as follows:
FROM:  Provide and Install 5KW Generator
TO:  Provide and Install Appropriate Generator for the Installation.

38. Section 2.1.18 of Exhibit 7 is hereby changed as follows:
FROM:  Aboveground Electrical Excess
TO:  Above-Ground Electrical Excess

39. Exhibit 7, Section 2.1.20 is modified to add the following: If installation requires, an additional 25' potable water hose can be provided.

40. Exhibit 10, Section 3.4 – Bechtel to provide

41. Exhibit 10, Section 5.6, subparagraph (b) – Bechtel to provide

42. The following sentence is hereby added as a second sentence to the PWS, Section 2.12.2: "The Contractor's requests for technical variances from the standards, as specified herein, shall be submitted, in writing, to the COTR and CO for review and approval."

43. All references to Time and Materials (T&M) in Exhibit 10 are hereby deleted.

44. The attached Small Business Subcontracting Plan, dated September 30, 2005 is hereby incorporated into and made part of the contract.

45. All other terms and conditions remain in full force and effect.

END OF MODIFICATION P00001 TO CONTRACT HSFEHQ-05-D-0572

6

BNIF 00000006

Contract No.HSFE₁ ₍-05-D-0572                    Task Order No. HSFEHQ-05-J-0003

## STATEMENT OF WORK

Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised – October 3, 2005**


# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1604
State: Mississippi

### Joint Field Office Information:

Address:        Housing Area Command
                MMR Construction
                515 Amite
                Jackson,   MI  39201


JFO Point of Contact: Keith Pratt, COTR
Phone:              202-494-7016
Email:             keith.pratt@dhs.gov

Counties:  State of Mississippi.


# 2   Operational Objective:

Identify potential temporary housing solutions, resources, and requirement in Mississippi for people displaced as a result of Hurricane Katrina.


# 3   Identified Tasks:

The contractor shall perform the tasks identified below.  Contractor shall execute the below tasks and the pre-deployment meetings in accordance with the PWS contained in the contract.


I                                    Attachment I

BNIF 00000066

Contract No.HSFEι-  ⌐-05-D-0572          Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised – October 3, 2005**

## 3.1 Site Identification, Assessment: Sub-Task 1

The contractor shall inspect sites identified by FEMA. The contractor shall report the results of the inspections to FEMA.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 1 | Site Assessment | Not to exceed 20 individuals | The contractor shall provide staffing to identify potential sheltering and housing facilities that can be used by FEMA to support disaster-housing operations. The contractor shall identify the services, renovations, and site preparation required to occupy or use the facilities, or sites. The contractor will provide FEMA with status reports on the results of their findings. |

## 3.2 Miscellaneous Support Staff: Sub-Task 2

The contractor shall provide support staff to participate with Strike Team activities.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 2 | Misc. Support Staff | 8 Strike Teams | The contractor shall provide staffing in support of the recovery Division mission for 120 days to participate on and support strike team and disaster associated activities. The contractor will provide FEMA with status reports as required. |

## 3.3 Housing Strategy Support Services: Sub-Task 3

The contractor shall support the development of the Disaster Housing Strategy. This includes incorporating the short-term approaches and priorities with the Long-term Recovery Committee as defined by FEMA. The contractor shall work closely with FEMA staff and other staff to include other contractors. The contractor shall track and monitor the disaster action plans pertaining to housing and sheltering operations. The contractor shall attend and participate in appropriate strategy sessions as defined and coordinated with FEMA disaster priorities.

BNIF 00000067

Contract No. HSFEH_, 05-D-0572          Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK

Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised – October 3, 2005**

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 3 | Housing Strategy Support Services | Long-Term Housing Strategy | Contractor shall provide housing strategy support services for 120 days. The contractor shall coordinate the number and make-up of contractor staffing with the HAC and JFO mission and activities. The contractor should be prepared to work in a stressful and demanding environment in order to meet aggressive disaster priorities. This includes, but is not limited to, working with other contractors and FEMA staff to analyze and identify trends, research and assess commercial and group site availability versus needs and housing alternatives and other available resources. The contractor shall provide technical expertise and support in the development of the Long-Term Housing Strategy. |

## 3.4  Site Identification & Assessment Task #2

The contractor shall inspect sites identified by FEMA.   The contractor shall report the results of the inspection to FEMA.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 4 | Site ID and Assessment | 35,000 (Estimated) | The contractor shall provide staffing to perform individual site inspections of sites identified by FEMA. The contractor shall identify the sites that can be leased by FEMA. The contractor shall identify and perform appropriate services as coordinated with FEMA that are are required to occupy the site, which may include assistance in obtaining/preparing leases to be entered into by the Government. The contractor will provide FEMA with status reports as required |

## 3.5 Installation:  Sub-Task 5

The contractor shall install travel trailers, mobile homes, modular homes or other temporary residential structures as expeditiously as possible, following issuance of individual Work Order issuance. The Contractor shall:

3

Contract No.HSFE₁ ₂-05-D-0572          Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK

Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised – October 3, 2005**

1. Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.

2. Perform additional site preparation, as necessary, for proper installation of the units. This effort may include developments requiring all utilities, access and infrastructure required to support residents, as well as architectural planning of temporary residential "communities".

3. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade.

4. Establish procedures to monitor and track progress and compliance with contract requirements.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 5 | Installation | 35,000 (Estimated) | The contractor shall install travel trailers. FEMA will be responsible for all lease requirements. All units must be winterized. |

## 3.5  Shore Works In Support of Temp Housing Vessel:  Sub-Task 6

The contractor shall perform on-shore works at the port of Pascagoula in preparation for positioning of a large maritime vessel (to be provided by others) to be used as temporary housing.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 6 | Port Work for Housing Vessel | Prepared Dock Facility | The contractor shall perform all works required including, but not limited to; clearing and grubbing of site, fencing, paving, modification of the docks to accommodate the vessel, filling and grading, and other site improvements as required. Modifications will meet the needs of handicapped individuals who may use the site. |

4

BNIF 00000069

Contract No.HSFE₁ ₂-05-D-0572                    Task Order No. HSFEHQ-05-J-0003

## STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised – October 3, 2005**

## 4. Period of Performance: The period of performance shall be 120 days from
the effective date of the task order.

5

Contract HSFEHQ-05-D-0572                    Task Order HSFEHQ-05-J-0004

STATEMENT OF WORK
Site Maintenance and Food Services - Direct Assistance
(Bechtel - Task Order 0004)
**Revised – October 3, 2005**

# 1   General Provisions

## 1.1   Disaster Information

Disaster:  1604
State:  Mississippi

**Joint Field Office Information:**

Address:         Housing Area Command
                 MMR Construction
                 515 Amite
                 Jackson, MI  39201


JFO Point of Contact:  Michael Keeney, COTR
Phone:                 (337) 281-4400
Email:                 Michael. keeney@associates.dhs.gov

Counties:  State of Mississippi.

# 2   Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.


# 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the Performance Work Statement.

## 3.1   Maintenance.

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers (TT), Manufactured Homes (MH) or other mobile units) that have been placed under their control, not to exceed the projected quantity of units.

ATTACHMENT 1

BNIF 00000100

Contract HSFEHQ-05-D-0572                           Task Order HSFEHQ-05-J-0004

STATEMENT OF WORK
Site Maintenance and Food Services - Direct Assistance
(Bechtel - Task Order 0004)
**Revised – October 3, 2005**

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Maintenance/ Occupancy Maintenance | 35,000 Units (estimated) | The contractor will provide maintenance services for TT and MH as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

### 3.1.1  User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

### 3.1.2  Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the contract Performance Work Statement.

### 3.1.3  Maintenance Records

The contractor shall establish and maintain maintenance records for every structure a work order identifies or placed under his control.

### 31.4 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems. This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

### 31.5 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

BNIF 00000101

Contract HSFEHQ-05-D-0572                                          Task Order HSFEHQ-05-J-0004

STATEMENT OF WORK
Site Maintenance and Food Services - Direct Assistance
(Bechtel - Task Order 0004)
**Revised – October 3, 2005**

### 3.1.6 Maintenance Records

The contractor will provide maintenance services for Travel Trailer (TT), Manufactured Home (MH) or other mobile structures placed under his control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|------------|---------------|---------|
| 2 | Occupancy Maintenance Records | 35,000 (estimated) units serviced | In accordance with the contract PWS, the contractor shall establish and maintain maintenance logs for every structure installed/prepared as a result of Task Order 3 other units place under their control. This log will include all maintenance calls, e.g. issues identified, and time and status of remedy. |

## 4. Operation of Food Services Facilities

As required and when directed by FEMA, the contractor may be tasked to provide food services for residents of installed housing units (whether installed by Contractor or by others).

| Task ID | Task Title | Projected Qty | Remarks |
|---------|------------|---------------|---------|
| 3 | Food Services | Quantity as Required/Ordered | The contractor may be required to provide food services for selected residents of facilities as required by FEMA. The requirement is expected to be exercised for those incapable of providing food for themselves (i.e. elderly, infirm), and any others designated by FEMA as requiring such assistance. |

## 5. Period of Performance: The period of performance shall be from
September 4, 2005, through March 31, 2006, with two one-month option periods and one 30-day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA.

BNIF 00000102

05/29/2006 23:22 FAX 703 605 1187    FEMA RM 503                                          ☒002

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 3 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. HSFEH0592T2006T | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|

| 6. ISSUED BY                                    CODE | 7. ADMINISTERED BY (If other than Item 6)    CODE |
|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Readiness, Response & IT Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br><br>FREDERICK MD 217038306 | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0573 HSFEHQ-06-J-0004 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| N/A |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   FAR 52.216-25, CONTRACT DEFINITIZATION (OCT 1997) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return _____ 503 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE THE FOLLOWING PAGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| THOMAS R. MCKINNEY<br>MGR OF OPERATIONS, BNI | Michael E. White<br>Contracting Officer |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>26/MAR/06 | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

STANDARD FORM 30 (REV. 10-83)

BNIF 00000103

05/26/2006 02:16 FAX 703 605 1187          FEMA RM 503                        ☒002

**CONFORMED COPY**





HSFEHQ-05-D-0572 Task Order 05-J-0004                          Page 2 of 3
Modification P00001

The purpose of this modification is to authorize the continuation of Trailer Maintenance, provide Transition Support, as well as provide additional funding for subject Task Order.

    a. The contractor shall perform continued maintenance services as well as accomplish the additional Transition Support in accordance with the previous Statement of Work (Rev Oct 3, 05 with Unpriced TO 04) and the revised Statement of Work provided for the Transition Support (FEMA RFQ SOW dated May 5, 06).

    b. The contractor shall support an expeditious and effective maintenance transition to the MDC Contractors in accordance with the modified Transition Support SOW (Transition Sub-task SOW supplement dated May 24, 06).

    c. The period of performance is extended through June 16, 2006 for the maintenance portion and July 20, 2006 for the transition support portion (actual period of performance for this support may be for a lesser period of time) of the Task Order.

    d. This modification also increases the funding amount on this Task Order by $8,356,000.00 via the following Fund Cite: 2006-06-1604DR-9044-XXXX-2591-D (WN00592Y2006T). This additional funding allows Bechtel to incur additional cost in support of providing continued trailer maintenance services, as well as provide transition support services as agreed to by both parties. The Government's liability under this Task Order will not extend beyond this additional funding amount and any previously agreed upon Task Order ceiling amount. Please note the final negotiated cost, for subject Task Order to include the additional requirement of the Transition Support SOW may differ from the funding amount indicated above.

    Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

# CONFORMED COPY

**CONTRACT NUMBER:**

HSFEHQ-05-D-0572

**ISSUED BY:**

Department of Homeland Security
Federal Emergency Management Agency
Financial & Acquisition Management Division
Flood, Fire and Mitigation Branch
500 C Street, S.W., Room 350
Washington DC  20472

**NAME AND ADDRESS OF CONTRACTOR:**

Bechtel National, Inc.
5275 Westview Drive
Frederick, MD 21703-8306

**LETTER CONTRACT FOR:**

Pursuant to Federal Acquisition Regulation (FAR) 16.603, the following agreement is hereby
entered into on behalf of the Government.

**TERM OF CONTRACT**

The contract term shall be for a period commencing upon effective date of this contract and
ending January 15, 2006.

The following and attached clauses (Sections B-J) to this letter contract apply:

**52.216-23, EXECUTION AND COMMENCEMENT OF WORK  (APR 1984)**

The Contractor shall indicate acceptance of this letter contract by signing three copies of the
contract and returning them to the Contracting Officer not later than September 30, 2005.  Upon
acceptance by both parties, the Contractor shall proceed with performance of the work, including
purchase of necessary materials.

BNIF 00000285

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding the amount obligated under individual task orders.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is equal to the cumulative amount obligated under individual task orders.

## 52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) An Indefinite Delivery/Indefinite Quantity (IDIQ) type definitive contract with firm fixed price/cost/time and materials task orders is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1)   Proposal due September 30, 2005;
(2)   Negotiations on or before October 21, 2005;
(3)   Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

1·

BNIF 00000286

52.216-26  PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION  (DEC 2002)

This clause applies to Cost Reimbursement Task Orders only.

(a) Reimbursement rate.  Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement.  To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR).  The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing.  Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer.  The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs.  For the purpose of determining allowable costs, the term "costs" includes—

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for—

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

BNIF 00000287

(ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

**1. SCOPE OF WORK:**

See attached, Section C.

**2. WAGE DECISION NO.;**

See attached, Section H.10, Wage Determination (Various).

**3. Suspension of Davis-Bacon Act.** On September 8, 2005, the President signed a proclamation suspending the Davis-Bacon Act, 40 U.S.C. 3141, in those areas of the country seriously affected by Hurricane Katrina. The suspension applies to various counties/parishes in the states of Louisiana, Mississippi, Alabama and Florida to contracts awarded on or after September 8, 2005. The determination as to whether the Davis-Bacon Act applies to a particular Task Order under this contract will be determined upon the receipt of the contractor's Task Order proposal(s) and subsequent negotiations. The appropriate clauses will, then, be included in the negotiated Task Order(s).

**SIGNATURES:**

_____      _30 SEP 05_
Contractor                                             Date

_____      _9/30/05_
Nancy A. Costello                                  Date
Contracting Officer

Page 4 of 4

HSFEHQ-05-D-0573                    SECTION B

## PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

### B.1  ITEMS TO BE ACQUIRED

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set forth in this contract as furnished by the Government) and otherwise do all things necessary to, or incident to, performing and providing the following items of work:

STATEMENT OF WORK IS ATTACHED AND LISTED IN
PART III, SECTION J, ATTACHMENT A

### B.2  MAXIMUM AND MINIMUM FUNDING LIMITATION

The maximum funding limitation for this contract (inclusive of the aggregate price of all task orders issued) shall not exceed $500,000,000. The guaranteed minimum under this contract is $50,000.

### B.3  CONSIDERATION AND PAYMENT-FIXED PRICE/COST REIMBURSABLE/TIME-AND-MATERIAL OR LABOR-HOUR

(a)  FIXED PRICE.  Fixed price will be negotiated on a task order basis.  Total payments shall be made in installments based on the percentage of completion of work.

(b)  COST REIMBURSABLE.  Estimated cost and fixed fee will be negotiated on a task order basis.  The contractor shall be reimbursed for actual, incurred costs and fixed fee under each cost type task order.

(c)  TIME-AND-MATERIAL OR LABOR-HOUR.  Time-and-Material or Labor Hour price shall be based on rates specified in this contract. The government shall reimburse the contractor based on the actual number of hours incurred by labor category.  The following Time-and-Material or Labor Hours rates shall apply to this contract:

SEE SECTION J, ATTACHMENT B, PRICING SHEETS (TO BE NEGOTIATED).

Additional labor categories and rates may be added by modification of the contract.  These Time-and-Material Rates are established for full-time, bonafide company employees as well as employees of corporate affiliates and/or subsidiaries, temporary help, subcontractors and consultants, and include all applicable indirect rates, including G&A and overhead, as well as profit.  Only the skills listed are to be used in the performance of this contract.

(d)  Services may be ordered at any time during the effective period of performance.  Task orders shall be issued in accordance with the Section G clause entitled "Task Order Procedures."  The aggregate dollar amount of all task order funding obligations shall not exceed the ceiling price of this contract as specified in the Section B clause entitled "Maximum and Minimum Funding Limitation".

### B.4  TASK ORDER FUNDING

Fixed price/Cost Reimbursable/Time and Material or Labor Hour type Task Orders may be issued under this contract within the established contract ceiling limitation.

B-1

BNIF 00000291

HSFEHQ-05-D-0573                    SECTION C

## SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

### C.1  STATEMENT OF WORK

See Part III, Section J, Attachment A, Scope of Work.

C-1

BNIF 00000294

HSFEHQ-05-D-0573                    SECTION E

## SECTION E - INSPECTION AND ACCEPTANCE

### E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| | NUMBER | TITLE | DATE |
|---|---|---|---|
| | 52.246-4 | INSPECTION OF SERVICES--FIXED-PRICE | AUG 1996 |
| @ | 52.246-5 | INSPECTION OF SERVICES--COST-REIMBURSEMENT | APR 1984 |
| | 52.246-6 | INSPECTION--TIME-AND-MATERIALS AND LABOR-HOUR | MAY 2001 |

### E.2 INSPECTION AND ACCEPTANCE

Final inspection and acceptance shall be by the Contracting Officer or his/her duly authorized representative at the FEMA JFO to be specified in individual task orders.

For the purpose of this clause, the COTR named in the Designation of Contracting Officer's Technical Representative clause in this contract is the representative of the Contracting Officer. The Contracting Officer reserves the right to unilaterally designate other Government agents as authorized representatives. Should such occur, the Contractor will be notified by a written notice.

E-1

HSFEHQ-05-D-0573                    SECTION G

(a) The Contracting Officer may designate Government personnel to act as the Contracting Officer's Technical Representative (COTR) to perform functions under the contract such as review or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The Contracting Officer will provide a written notice of such designation to the Contractor within five working days after contract award or for construction, not less than five working days prior to giving the contractor the notice to proceed. The designation letter will set forth the authorities and limitations of the COTR under the contract.

(b) The Contracting Officer cannot authorize the COTR or any other representative to sign documents, such as contracts, contract modifications, etc., that require the signature of the Contracting Officer.


## G.7  PROJECT MONITOR

A Project Monitor (PM) will be designated under each task order. The PM is responsible for individual project management and task assignment administration in the field.  This may involve daily oversight to ensure work is performed in accordance with the Task Order terms and conditions and the Statement of Objectives. The PM may provide any necessary techinal guidance to the contractor.  A PM does not have authority to authorize work to be performed outside the scope of the Task Order. The PM may also be a COTR or works in conjunction with the COTR, however, if any discrepancies exist between the direction given to a contractor by a COTR and a PM, the COTR's direction shall take precedance.  If the contractor is unclear as to the direction provided by a PM or believes the direction to be out of scope, the contractor shall contract either the COTR or the Contracting Officer, as appropriate.


## G.8  TECHNICAL DIRECTION AND SURVEILLANCE

(a)  Performance of the work under this contract shall be subject to the Quality Assurance Surveillance Plan and the Technical Work Plan as submitted by the Contractor and the Contracting Officer's Technical  Representative (COTR)who shall be specifically appointed by the Contracting Officer in writing. Technical direction is defined as a directive to the Contractor which approves approaches, solutions, designs, or refinements; fills in details or otherwise completes the general description of work of documentation items; shifts emphasis among work areas or tasks; or otherwise furnishes guidance to the Contractor.  Technical direction includes the process of conducting inquiries, requesting studies, or transmitting information or advice by the COTR, regarding matters within the Task Orders and the requirements of the Statement of Objectives which will be incorporated into each Task Order.

(b)  The COTR does not have the authority to, and shall not, issue any technical direction which:

(1)  Constitutes an assignment of additional work outside the Statement of Objectives or the Technical Work Plan;

(2)  Constitutes a change as defined in the contract clause entitled "Changes";

(3)  In any manner causes an increase or decrease in the total estimated contract cost, the fixed fee (if any), or the time required for contract performance;

(4)  Changes any of the expressed terms, conditions, or specifications of the contractor the Task Orders; or

(5)  Interferes with the Contractor's right to perform the specifications of the contract.

(c)  All technical directions shall be issued in writing by the COTR.

(d)  The Contractor shall proceed promptly with the performance of technical directions duly issued by the COTR in the manner prescribed by this clause and within his/her authority under the provisions of this clause.  Any instruction or

G-4

HSFEHQ-05-D-0573                    SECTION G

direction by the COTR which falls within one, or more, of the categories defined in (b)(1) through (5) above, shall cause the Contractor to notify the Contracting Officer in writing within five (5) working days after receipt of any such instruction or direction and shall request the Contracting Officer to modify the contract accordingly. Upon receiving the notification from the Contractor, the Contracting Officer shall either issue an appropriate contract modification or Task Order modification within a reasonable time or advise the Contractor in writing within thirty (30) days after receipt of the Contractor's Letter that:

(1) the technical direction is rescinded in its entirety

(2) the technical direction is within the scope of the contract, does not constitute a change under the "Changes" clause of the contract and that the Contractor should continue with the performance of the technical direction.

(e) A failure of the Contractor and Contracting Officer to agree that the technical direction is within scope of the contract or Task Order, or a failure to agree upon the contract action to be taken with respect thereto shall be subject to the provisions of the "Disputes" clause of this contract.

(f) Any action(s) taken by the Contractor in response to any direction given by any person other than the Contracting Officer or the COTR that the Contracting Officer appoints shall be at the Contractor's risk.


## G.9  TASK ORDER PROCEDURES

A.  Issuing of Pre-Authorization Notice/Request for Task Proposal

A written or electronic Pre-authorization Notice may be issued by the Government prior to issuance of a formal written Task Order.  The pre-authorization notice will specify the Government's requirement, authorize the Contractor to perform a preliminary assessment of the Government's requirement, and request a proposal for the required effort.  The pre-authorization notice authorizes the Contractor to begin work based on urgency.

The pre-authorization notice will be limited to a specified timeframe and ceiling amount.  The pre-authorization notice will authorized the contractor to incur costs (not-to-exceed the specified ceiling) within an expressly stated time period, prior to issuance of the formal Task Order.  The Contractor will not be authorized to incur costs in excess of the ceiling amount specified or to perform work after expiration of the specified timeframe.

When a pre-authorization notice is issued, the Contractor and the Government will develop a definitive Statement of Work based on the Contractor's preliminary assessment and recommendations provided by the Government.  Based on the definitive Statement of Work, the Contractor shall submit a Draft Work Plan (which reflects the definitive Statement of Work) with its Technical and Cost Proposals.  The technical proposal shall specify the Contractor's approach to performing the specific task required within the time frame specified, and identify the names of key personnel who will be performing the work.  The business proposal shall identify the labor categories and hours per category estimated necessary to perform the task, as well as the materials and other direct costs estimated to be required for successful task completion.  A Technical and Cost Proposal and the Draft Work Plan shall be submitted electronically within fifteen (15) days of issuance of a pre-authorization notice.

In the event that it is determined to be impracticable to utilize electronic mail, the contractor may submit proposals on a 3.5" floppy disk, in MicroSoft Office format.  Utilization of a floppy disk for proposal submission will be considered acceptable only with the prior consent of the Contracting Officer.

B.  Issuing Task Orders

A Task Order may be issued without negotiations based on acceptability of the Task Order Proposal.  If negotiations are required, the Contract Specialist will arrange a meeting or a conference call among the appropriate Government and Contractor personnel.  The Government may request submission of a Revised Proposal and/or Final Work Plan, if

G-5

HSFEHQ-05-D-0573                     SECTION G

required.  If an agreement cannot be reached on any aspect of the task, the Government has the right to unilaterally issue the Task Order, and the Contractor is required to perform; however, while performance is taking place, the Contractor has the right to pursue appropriate remedies under the Contract.

Upon signature by the Contracting Officer, each Task Order is considered fully executed, binding and ready for implementation.  Each Task Order will be forwarded promptly to the Contractor and shall conform to all terms and conditions of the contract.  Orders may be issued orally, electronically, or by facsimile methods.  If issued orally, a hardcopy will follow.  At a minimum, each Task Order shall include the following: contractor's name, contract number, task order number, contract task number and description of task, performance period, disaster number and location, maximum number of labor hours, cost of the Task Order and applicable accounting and appropriations data.

C.  Completion of Task Orders.

Within 180 days of physical completion of work under each Task Order, the Contractor shall submit a Final Voucher. The final voucher shall include a payment history, cumulative itemized costs, and government property and classified materials certification.  If additional time is needed, the Contractor shall submit a written request for a time extension that explains the extenuating circumstances. Quick closeout procedures (see FAR 42.708) should be used, when appropriate, to reduce administrative costs and to enable deobligation of excess funds.

For cost reimbursable task orders, it is understood that the final voucher will be based on current provisional rates in effect at the time.  Once final rates are submitted to DCAA, the contractor shall submit an interim final voucher to be followed by a final voucher once final indirect rates are negotiated.

D.  Payment for Task Orders

If the Contractor is performing more than one Task Order simultaneously, separate invoices are required for each Task Order.

E.  Closeout of Task Orders

All task orders issued under this contract shall be closed out in accordance with FAR Subpart 4.805 and established FEMA policy.  Upon completion of each Task Order and the receipt of the final voucher, the Government will begin closeout procedures.

BNIF 00000304

HSFEHQ-05-D-0573                    SECTION I

## PART II - CONTRACT CLAUSES

## SECTION I - CONTRACT CLAUSES

## I.1  NOTICE OF HYBRID CONTRACT

This is a Fixed Price/Cost/Time and Material type contract.

See the listing below for applicable contract types:

```
FFP    = Firm Fixed Price
FP-E   = Fixed Price with Economic Price Adjustment
FP-I   = Fixed Price Incentive
FP-P   = Fixed Price Redetermination-Propspective
FP-R   = Fixed Price Redetermination-Retroactive
FFP-L  = Firm Fixed Price, Level of Effort Term
LH     = Labor Hour
TM     = Time and Material CPAF  = Cost Plus Award Fee Completion;     CPAF-T = Term
CPIF   = Cost Plus Incentive Fee Completion;   CPIF-T = Term
CR     = Cost Reimbursement (No Fee) Completion; CR-T = Term
CS     = Cost Sharing Completion;        CS-T = Term
TM     = Time and Materials
```

When applicable, the following symbols will appear next to the applicable
clauses and provisions through out this document.

$ = applicable to FIXED-PRICE line items only.

@ = applicable to COST-REIMBURSEMENT line items only.

& = applicable to TIME-&-MATERIAL/LABOR-HOUR line items only .

## I.2  NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number,
Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in
Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a
clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.202-1 | DEFINITIONS | JUL 2004 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL 1995 |

I-1

BNIF 00000315

HSFEHQ-05-D-0573                          SECTION I

| | | | |
|---|---|---|---|
| | 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL 1995 |
| | 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | JUN 2003 |
| | 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER | AUG 2000 |
| | 52.204-7 | CENTRAL CONTRACTOR REGISTRATION (OCT 2003) | OCT 2003 |
| | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | JAN 2005 |
| $ | 52.215-2 | AUDIT AND RECORDS--NEGOTIATION | JUN 1999 |
| | 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT | OCT 1997 |
| | 52.215-15 | PENSION ADJUSTMENTS AND ASSET REVERSIONS (JAN 2004) | OCT 2004 |
| | 52.215-18 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS OTHER THAN PENSIONS (PRB) | JUL 2005 |
| @ | 52.216-7 | ALLOWABLE COST AND PAYMENT | DEC 2002 |
| @ | 52.216-8 | FIXED-FEE | MAR 1997 |
| | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS | MAY 2004 |
| | 52.219-9 | SMALL BUSINESS SUBCONTRACTING PLAN ALTERNATE II (OCT 2001) | JUL 2005 |
| | 52.219-16 | LIQUIDATED DAMAGES-SMALL BUSINESS SUBCONTRACTING PLAN | JAN 1999 |
| | 52.222-3 | CONVICT LABOR | JUN 2003 |
| | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME COMPENSATION | JUL 2005 |
| | 52.222-6 | DAVIS-BACON ACT | JUL 2005 |
| | 52.222-7 | WITHHOLDING OF FUNDS | FEB 1988 |
| | 52.222-8 | PAYROLLS AND BASIC RECORDS | FEB 1988 |
| | 52.222-9 | APPRENTICES AND TRAINEES | JUL 2005 |
| | 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS | FEB 1988 |
| | 52.222-11 | SUBCONTRACTS (LABOR STANDARDS) | JUL 2005 |
| | 52.222-12 | CONTRACT TERMINATION - DEBARMENT | FEB 1988 |
| | 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS | FEB 1988 |
| | 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS | FEB 1988 |
| | 52.222-15 | CERTIFICATION OF ELIGIBILITY | FEB 1988 |
| | 52.222-16 | APPROVAL OF WAGE RATES | FEB 1988 |
| | 52.222-17 | LABOR STANDARDS FOR CONSTRUCTION WORK - FACILITIES CONTRACTS | FEB 1988 |
| | 52.222-26 | EQUAL OPPORTUNITY | APR 2002 |
| | 52.222-35 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS | DEC 2001 |
| | 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH | JUN 1998 |

I-2

HSFEHQ-05-D-0573                    SECTION I

|   |   | DISABILITIES |   |
|---|---|---|---|
|   | 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS | DEC 2001 |
|   | 52.223-6 | DRUG-FREE WORKPLACE | MAY 2001 |
|   | 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | MAR 2005 |
|   | 52.227-1 | AUTHORIZATION AND CONSENT | JUL 1995 |
|   | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | AUG 1996 |
|   | 52.227-14 | RIGHTS IN DATA--GENERAL ALTERNATE IV (JUN 1987) | JUN 1987 |
| @ | 52.228-7 | INSURANCE--LIABILITY TO THIRD PERSONS | MAR 1996 |
|   | 52.228-15 | PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION | JUL 2000 |
|   | 52.230-2 | COST ACCOUNTING STANDARDS | APR 1998 |
|   | 52.230-6 | ADMINISTRATION OF COST ACCOUNTING STANDARDS | APR 2005 |
| & | 52.232-7 | PAYMENT UNDER TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS ALTERNATE II (JAN 1986) | AUG 2005 |
|   | 52.232-17 | INTEREST | JUN 1996 |
| @ | 52.232-20 | LIMITATION OF COST | APR 1984 |
|   | 52.232-23 | ASSIGNMENT OF CLAIMS | JAN 1986 |
|   | 52.232-33 | PAYMENT BY ELECTRONIC FUNDS--CENTRAL CONTRACTOR REGISTRATION | OCT 2003 |
|   | 52.233-3 | PROTEST AFTER AWARD | AUG 1996 |
| @ | 52.233-3 | PROTEST AFTER AWARD ALTERNATE I (JUN 1985) | AUG 1996 |
|   | 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
|   | 52.237-3 | CONTINUITY OF SERVICES | JAN 1991 |
|   | 52.242-1 | NOTICE OF INTENT TO DISALLOW COSTS | APR 1984 |
|   | 52.242-3 | PENALTIES FOR UNALLOWABLE COSTS | MAY 2001 |
|   | 52.242-13 | BANKRUPTCY | JUL 1995 |
| @ | 52.243-2 | CHANGES--COST REIMBURSEMENT ALTERNATE I (APR 1984) | AUG 1987 |
| & | 52.243-3 | CHANGES--TIME-AND-MATERIALS OR LABOR-HOURS | SEP 2000 |
| @ | 52.244-2 | SUBCONTRACTS ALTERNATE II (MAR 2005) | MAR 2005 |
|   | 52.244-5 | COMPETITION IN SUBCONTRACTING | DEC 1996 |
|   | 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS | DEC 2004 |
|   | 52.245-2 | GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) | MAY 2004 |
|   | 52.245-5 | GOVERNMENT PROPERTY (COST-REIMBURSEMENT, TIME AND MATERIALS, OR LABOR HOUR CONTRACTS) | MAY 2004 |
|   | 52.246-23 | LIMITATION OF LIABILITY | FEB 1997 |
|   | 52.246-25 | LIMITATION OF LIABILITY--SERVICES | FEB 1997 |
|   | 52.247-67 | SUBMISSION OF COMMERCIAL TRANSPORTATION BILLS TO THE GENERAL SERVICES ADMINISTRATION FOR AUDIT | JUN 1997 |

I-3

BNIF 00000317

**HSFEHQ-05-D-0573**               **SECTION I**

| | | | |
|---|---|---|---|
| | 52.248-1 | VALUE ENGINEERING | FEB 2000 |
| & | 52.249-6 | TERMINATION (COST-REIMBURSEMENT) ALTERNATE IV (SEP 1996) | SEP 1996 |
| @ | 52.249-6 | TERMINATION (COST-REIMBURSEMENT) (MAY 2004) | MAY 2004 |
| | 52.249-14 | EXCUSABLE DELAYS | APR 1984 |
| | 52.251-1 | GOVERNMENT SUPPLY SOURCES | APR 1984 |
| | 52.253-1 | COMPUTER GENERATED FORMS | JAN 1991 |
| | 3052.219-70 | SMALL BUSINESS SUBCONTRACTING PROGRAM REPORTING | DEC 2003 |
| | 3052.237-70 | QUALIFICATIONS OF CONTRACTOR EMPLOYEES | DEC 2003 |
| | 3052.242-70 | DISSEMINATION OF INFORMATION -- EDUCATIONAL INSTITUTIONS | DEC 2003 |
| | 3052.242-71 | DISSEMINATION OF CONTRACT INFORMATION | DEC 2003 |
| | 3052.219-71 | DHS MENTOR-PROTÉGÉ PROGRAM | DEC 2003 |

## I.3  52.215-19  NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

(a) The Contractor shall make the following notifications in writing:

(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

(2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b) The Contractor shall--

(1) Maintain current, accurate, and complete inventory records of assets and their costs;

(2) Provide the ACO or designated representative ready access to the records upon request;

(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

(c) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

## I.4  52.216-18  ORDERING  (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the effective date of the contract through .

I-4

BNIF 00000318

HSFEHQ-05-D-0573                          SECTION J

## PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

### SECTION J - LIST OF ATTACHMENTS


| ATTACHMENT NUMBER | TITLE |
|---|---|
| A | Scope of Work |
| B | Pricing Sheets-Time and Material Rates (TO BE NEGOTIATED) |
| C | U.S. Department of Labor Wage Determination |
| D | Small Business Subcontracting Plan (TO BE NEGOTIATED) |
| E | DHS Form 0700-05, Contractor Report of Government Property |

BNIF 00000341

# PERFORMANCE WORK STATEMENT

## Individual Assistance-Technical Assistance Contract

# 1 BACKGROUND

*1.1 FEMA is authorized pursuant to the Disaster Relief and Emergency Assistance Act to provide assistance to disaster victims under a Presidential declaration of a disaster and emergency. This contract will facilitate the implementation of the Individual Assistance (IA) program by providing project management resources, expertise and technical assistance.*

*1.2 When the President of the United States declares a disaster, a Joint Field Office (JFO) is established by FEMA near or within the disaster-impacted area. This office has representatives from Federal, State, and voluntary Agencies that are responsible for the coordination and monitoring of applicable disaster assistance programs. The JFO is established for management purposes only and has no direct interaction with disaster applicants.*

# 2 SCOPE OF WORK

## 2.1 General

2.1.1 The contractor shall provide support to the Federal Emergency Management Agency (FEMA) Recovery Division and its ten (10) Regional Counterparts. This contract is designed to provide technical assistance in the management of Individual Assistance (IA) and related portions of the Disaster Relief Act of 1974, and Robert T. Stafford Relief and Emergency Assistance Act ("Stafford Act"), as amended by Public Law.

Attachment A

BNIF 00000342

**2.1.2** The contractor shall assist in administering the IA program related aspects of the statutory authority of the Stafford Act.

**2.1.3** The contractor shall be capable of maintaining at least one adequately staffed office near each Joint Field Office (JFO). An adequate staffed office is defined as one that is capable of satisfactorily performing the necessary operational and administrative tasks to sustain the TAC's field representatives as required by the disaster.

**2.1.4** The contractor has the overall responsibility of ensuring all Tasks are performed satisfactory as dictated by individual Task Orders. For tasks not performed in a satisfactory manner, the contractor will be required to correct deficiencies at no additional costs to the Government.

**2.1.5** The contractor shall be available for pre-planning operations briefings.

**2.1.6** This is a high visibility program, which includes coordination with Federal, State and local governments as well as in the public media. This effort requires knowledge of FEMA's mission and applicable Federal, State and local regulations.

**2.1.7** The contractor shall have the ability to support and perform all tasks. This includes but is not limited to: supporting staging area for units, installation of units, maintenance and upkeep, site inspections, site preparations, site restorations, group site design, group site construction, site assessments, property and facility management, and unit deactivation and removal.

## 2.2 MANAGEMENT AND ADMINISTRATION

Attachment A

BNIF 00000343

**2.2.1  Program Management**

**2.2.1.1 The program management responsibilities include, but are not limited to the following:**

**2.2.1.2 Monitor and coordinate all Task Order Assignments to ensure achievement of the technical and financial project objectives and adherence to the statutory authorities.**

**2.2.1.3 Monitor and coordinate all Task Order Assignment activities and information with federal, state, and local governments; certain private non-profit organizations; and individuals as directed by FEMA.**

**2.2.1.4 Coordinate with designated individual at FEMA Headquarters, FEMA Regions, FEMA Joint Field Offices or other offices designated to provide a full understanding of all tasks, in coordination with the Contracting Officer Technical Representative (COTR).**

**2.2.2  Project Management.**

**2.2.2.1 Contractor shall support FEMA on a project-by-project basis with sound project management and resources to achieve the best value for the work being performed.  Contractor must have an understanding of the FEMA recovery division's mission, principles, and procedures. The contractor shall act in the best interest of FEMA.**

**2.2.3  SERVICES.**

**2.2.3.1 The Contractor shall provide and coordinate comprehensive project management services to include: all phases of design, project planning, identification and adherence to project time**

Attachment A

BNIF 00000344

constraints, budget adherence and cost control, scheduling construction, implementation, operation, destruction, restoration, and removal from project beginning through project completion and closeout.

**2.2.3.2** The Contractor shall monitor and coordinate all project work activities and information with FEMA, and other designated organizations that have a mutual or legal interest in the project.

**2.2.4** Staffing. Contractor shall provide qualified professional, technical (subject matter experts), administrative, clerical, and/or linguistic personnel needed to perform requirements in an expeditious and efficient manner consistent with the best interest of the government. The contractor-provided staff shall meet FEMA's established security background checks requirements. Contractor and its staff shall adhere to federal privacy laws, including the privacy act.

**2.2.5** Working Environment. Contractor's personnel shall be capable of performing requirements over long hours and in physically demanding environments and under critical constraints.

**2.2.6** Requirements. The contractor personnel shall perform professional, technical, clerical, and field work as assigned by the task order.

**2.2.7** Equipment. Contractor shall be responsible for providing appropriate equipment for the respective work environment and requirements.

**2.2.8** Training.

**2.2.8.1** Contractor shall be responsible for providing training to its staff. All training shall meet FEMA specified requirements.

Attachment A

BNIF 00000345

Contractor's trainers shall be required to attend yearly training session conducted at location designated by FEMA. Additional training session(s) or updates may be required; the contractor's trainers shall attend these session(s).

2.2.8.2 Training shall entail guidance on policies and procedures related to FEMA's programs. The trained Contractor staff members shall provide subsequent training to Contractor personnel based on a Training Plan for its staff, including temporary and subcontract employees, that will ensure that all deployed contractor personnel are adequately trained in their field of expertise and relevant FEMA programs, policies, and procedures. The contractor shall use the most cost effective methods of delivering training (e.g. computer-based training methods).

2.2.9 Contractor "Draft" Plans. The draft plans will be incorporated into the contract upon its approval. The plans are considered to be a living document and shall be subject to annual updates and submitted for COTR approval. These plans include: operations plan; task order performance plan; and quality control plan.

2.3 *Phase-IN (Not Applicable To Hurricane Katrina) The government will evaluate the offeror's draft phase-in plan. The successful offeror will have 90 days from date of contract award to complete phase-in requirements and achieve readiness for task order activation. Upon completion of phase-in the contractor shall be capable of meeting all readiness requirements.*

Attachment A

BNIF 00000346

**2.4 *READINESS (Exhibit 1). The contractor shall maintain a constant state of readiness to meet the demands created by presidential declarations. This is to include all tasks and subtasks listed in the performance work statement. Readiness includes the establishment of organizational, management and technical capability.***

**2.5 *Pre-Deployment Meetings – Work plans (Exhibit 2)***

**2.5.1 The contractor shall meet with FEMA representatives to plan and coordinate disaster specific response, deployment, and implementation activities. These meetings will allow the contractor to become familiar and adjusted to FEMA requirements, methods, policies and procedures.**

**2.5.2 The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available. This plan shall be completed within 7 days from identification of mission or as soon as mission priorities require.**

**2.6 *Site Assessment & Feasibility ANALYSIS (Exhibit 3 – Preliminary Land or Property Identification and Usage Assessment). The contractor shall be responsible for site identification and performing site feasibility analysis of commercial, public, and private properties in areas designated by FEMA. The analysis shall be based upon criteria furnished by FEMA. Contractor shall also identify any local or state code requirements and applicable laws or ordinances pertaining to the property sites and expected uses. The contractor shall incorporate identified code requirements and laws or ordinances into the site feasibility analysis.***

Attachment A

BNIF 00000347

**2.7** *SITE INSPECTION (Exhibit 4). The contractor shall inspect individual lots, areas, or locations (private and commercial) identified by FEMA for properly and safely installing temporary housing units on that location. Site inspections will be performed within the mission requirement and priorities. The site inspection includes the identification of the flood zone, sources of and appropriate operational utilities (water, electric, sewer/sanitation), accessibility and directions to the site, site placement, special needs (as identified by FEMA), and if necessary site preparation required prior to installation.*

**2.8** *STAGING (EXHIBIT 5) The contractor shall, when requested, operate and manage staging area. The staging area shall be used to receive units from FEMA Logistics and coordinate the dispatching of the IA assets to their intended destination.*

**2.8.1** **SUPPLY CHAIN OPERATION & MANAGEMENT. The Contractor shall design, build and operate a supply chain management system. The system shall track government property upon receipt from logistics until their return to logistics. The system shall provide information in or near "real time". The system will integrate the following components into the system, which will allow decision makers to control the supply chain: order service management, demand management, fulfillment, redirect shipments reroute, shipping and supplier management. The components shall be further specified in each Task Order.**

**2.9** *INSTALLATION  TEMPORARY OE MOBILE STRUCTURES (exhibits 6, 7, 8, & 9)*

**2.9.1** **The Contractor shall transport and install mobile/temporary structures to be ready to occupy in a safe and sanitary condition. A Task order may require the contractor to transport and install mobile or temporary structure(s) at**

Attachment A

BNIF 00000348

designated locations. The Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities as specified in the Task Orders. NOTE: The Exhibits that are provided are an example of installation requirements, manufacture recommendations should be followed when ever possible. Additional Exhibits may be provided in accordance with disaster specific requirements.

2.9.2 Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in task orders. The contractor shall be responsible for meeting manufacture recommended installation specifications.

2.9.3 Special Needs. The contractor is responsible for accommodating individuals with special needs; this includes as a minimum the Americans with Disabilities act and any other federal, state and local codes.

2.9.4 Miscellaneous. Contractor shall, upon the request of FEMA, provide additional rigging and secure temporary/mobile structures to FEMA requirements.

2.10 MAINTENANCE (exhibit 10). The contractor shall resolve maintenance issues and needs relating to the structures. The contractor shall have the technical capability to make necessary repairs to the mobile/temporary structure as specified in each task order. If multiple sites are clustered together, and with FEMA approval, the contractor may share specialized maintenance personnel among clustered facilities.

2.10.1 Cleaning, Sanitation, & Reconditioning. The contractor shall provide adequate personnel to clean and sanitize structures as required by FEMA to re-occupy the unit. Contractor shall provide structural or other refurbishment as

Attachment A

BNIF 00000349

required by FEMA.  "refurbishment" means restoration of structure to "like new" condition (reasonable wear and tear excepted) and shall include but not be limited to replacement of broken or faulty equipment, systems contained within or on the structure (i.e., carpet, trim, etc.).

2.10.2   Maintenance Contact Number 24/7. The contractors shall set-up and operate a toll free maintenance telephone number for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order.  The contractor shall provide to FEMA, monthly or earlier upon request with a copy of their maintenance log.  The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.10.3   Miscellaneous. Contractor shall, upon the request provide additional rigging and secure temporary mobile structures.

*2.11 DEACTIVATION, Removal and transport (exhibit 11). The contractor shall deactivate and provide transportation services of mobile structures from facilities designated by FEMA to other locations as designated by FEMA.*

*2.12 GROUP SITE design (exhibit 12)*

2.12.1   Design Services. The contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards.  Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies. Delivery of a design product may not result in follow-on construction service.

Attachment A

BNIF 00000350

**2.12.2    Code Adherence.** The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws.  Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

**2.12.3    Special Needs.** The contractor is responsible for accommodating individuals with special needs; this includes but is not limited to compliance with the Americans With Disabilities Act, other Federal, State and local codes or regulations.

**2.12.4    Construction Services.** Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary).  Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.

**2.12.4.1  Construction Materials.** Contractor shall be responsible for obtaining all required construction materials.

**2.12.4.2  Lighting & Facility Illumination.** Contractor, when directed by FEMA, shall construct/install necessary lighting and illumination devices.  These devices shall be connected to the existing electrical system, and provide adequate illumination when desired.  Contractor shall design, construct, and install these devices in accordance with specifications or standards established by FEMA.

**2.12.4.3  Fences and Barriers.** Contractor shall construct fences and barriers at the site specified in the task order.  Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and

Attachment A

BNIF 00000351

regulations, as well as any applicable FEMA security requirements will be provided by the Joint Field Office. All fences or barriers shall comply with any requirements imposed by the Americans With Disabilities Act or similar statutes.

**2.12.4.4  Signs and identification.** The contractor shall provide and install signs at sites specified in task orders. Signs and signposts shall comply with local, state, and/or Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

**2.12.5    SAFETY & SECURITY MANAGEMENT.** Contractor shall assess safety and security risks provide as part of Group Site Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

**2.12.5.1  Civil/Sanitary services.** Contractor shall provide, clean, maintain, and remove the following as specified per task order.

**2.12.5.2  Restrooms.** Contractor shall provide temporary toilets and washroom facilities. The facilities shall be segmented for the two sexes and have HVAC to provide temperature control. Portable wash-stations shall also be provided when latrines are provided.

Attachment A

BNIF 00000352

**2.12.5.3  Showers.** Contractor shall provide individual private shower stalls to include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.

**2.12.5.4  Refuse/Waste Disposal & Debris.** Contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste.  Collections shall be once a week unless otherwise specified.  In those instances where the amount of refuse requires additional services, the Contractor shall provide an additional collection.  Contractor shall be responsible for collection, removal and the appropriate disposal of debris from sites specified under the Task Order.

***2.13 GENERAL CONSTRUCTION SERVICES. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary).  Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.***

**2.13.1    Design Services.** The Contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards.  Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies.

**2.13.2    Contruction Materials.** Contractor shall be responsible for obtaining all required construction materials.

**2.13.3    Lighting & Facility Illumination.**  Contractor, shall design, construct and install necessary lighting and illumination

Attachment A

BNIF 00000353

devices in accordance with specifications or standards established by FEMA. These devices shall be connected to the existing electrical system, and provide adequate illumination.

**2.13.4   Fences and Barriers.** Contractor shall construct fences and barriers at the site specified in the task order. Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and regulations, as well as any applicable FEMA security requirements as defined by the Joint Field Office. All fences or barriers shall comply as a minimum with requirements imposed by the Americans With Disabilities Act or other Federal, State and local requirements.

**2.13.5   Signs and Identification.** Contractor shall provide and install signs at sites specified in the task order. Signs and signposts shall comply with local, state, and Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

**2.13.6   Safety & Security Management.** Contractor shall assess safety and security risks as part of the Design process. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

**2.13.7   Code Adherence.** The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

Attachment A

BNIF 00000354

**2.13.8    Special Needs.**  Contractor is responsible for accommodating individuals with special needs; this includes as a minimum compliance with the Americans With Disabilities Act and any other Federal, State and local codes.

**2.13.9    CIVIL/SANITARY SERVICES.**  Contractor shall provide, clean, maintain, and remove the following as specified per task order.

**2.13.9.1  Restrooms.**  The Contractor shall provide temporary toilets and washroom facilities.  The facilities shall be segmented for the two sexes and have HVAC to provide temperature control.

**2.13.9.2  Showers.**  The contractor shall provide individual private showers stalls too include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.

**2.14  FACILITY MANAGEMENT (EXHIBIT 13).**  *Contractor shall manage facilities specified by the task order.  The contractor shall be responsible for coordinating all activities related to facility management with FEMA, GSA, and/or the property owner or management.*

**2.14.1    Cleaning.**  The contractor shall provide personnel to ensure the operation of clean facility.  This includes regular cleaning of areas designated by the task order.

**2.14.2    Maintenance.**

**2.14.2.1  The contractor shall set-up and operate a maintenance phone number (preferably toll free telephone number) for occupants of facility(s) to call and report maintenance problems.  Contractor shall provide a remedy to these**

Attachment A

BNIF 00000355

maintenance issues within a reasonable time (generally not to exceed 2 calendar days). Contractor shall establish and maintain maintenance records for every facility identified in the task order. The Contractor shall provide to FEMA monthly or earlier upon request, with a maintenance log. The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.14.2.2  The contractor shall resolve maintenance issues relating to the facility, as specified in the task order. The team shall have the technical capability to make all necessary repairs to the individual units. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

2.14.3  **Building Access.** The contractor shall provide access to the facility as specified in the Task Order.

2.14.4  **Safety & Security Management.** Contractor shall assess safety and security risks provided as part of the Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. The contractor shall coordinate and conform with all FEMA safety, security and site access restriction requirements.

2.14.5  **Refuse/Waste Disposal & Debris.** The contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste. Collections shall be not less frequently than once a week unless otherwise specified. In those instances where the amount of refuse requires additional services, the contractor shall provide an additional collection. The contractor shall be responsible for

Attachment A

BNIF 00000356

collection and removal of debris and appropriate disposal
from sites specified by FEMA.

## 2.15 DISASTER RECOVERY (DR) CENTER (exhibit 14)

2.15.1    **Telecommunication.  Task orders may include the need to
provide telecommunication infrastructure and service to
specified facilities.  This may require the contractor to install
a point-to-point or point-to-multipoint terrestrial wireless
networks, satellite network, or other technology that enables
telecommunication at remote sites.  Telecommunication
implies but is not limited to internet, telephone, and fax
service.  FEMA may require the contractor to link the facility
connection to a specified location. In addition contractor
shall have the capability to:**

2.15.2    **Install and administer local "TCP/IP" wired network;
provide, install, and administer computers that meet task
order specifications; provide, install and administer copier
and other office equipment; provide install and administer
computer and information systems; install and administer
telephones and fax lines.  All installations (networks) shall
be coordination with and conform to FEMA's information
Technology standards.**

2.15.3    **Cleaning  &  Maintaining.  The contractor shall provide
personnel to ensure operation of a clean facility.  The
contractor shall also perform all landscaping requirements.
This service includes regular cleaning of areas designated
by the Task Order.**

Attachment A

BNIF 00000357

**2.15.4   Temporary Utilities.** The contractor shall provide as necessary, install, maintain, and remove temporary utilities as required for facilities. Contractor shall maintain and service these temporary utilities. Temporary utility services include but are not limited to potable and waste water bladders, pumps, and generators. Contractor shall be responsible for ensuring these temporary services are in constant readiness as specified by FEMA.

**2.15.5   Permanent Utilities.** The contractor shall be responsible for all permanent utility hookups, as may be specified by FEMA

**2.15.6   Facility/Structure Access.** The contractor shall provide secure for access to the facility/structure as specified in the Task Order. The contractor shall erect a gate (with access control, see security) to limit access to authorized individuals/companies (as authorized by FEMA).

**2.15.7   Safety & Security Management.** The contractor shall assess safety and security risks as part of the Design process and implement recommended mitigation measures approved by FEMA. The contractor shall provide adequate security to ensure the safety and security of persons at DR centers. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

**2.15.8   Fixed Disaster Recovery (DR) Center**

Attachment A

BNIF 00000358

**2.15.8.1   Facility Management.** Contractor shall provide a facility management team during time periods specified by the task order.  Contactor shall appoint a site project manager (SPM).  The SPM shall be the main point of contact for the facility.

**2.15.8.2   Cleaning  & Maintaining.** Contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements.  This service includes regular cleaning of areas designated by the Task Order.   The SPM shall be the main point of contact for this function.

**2.15.8.3   Maintenance.** Contractor shall resolve maintenance issues relating to the facility.  The team shall have the technical capability to make all necessary repairs to systems specified in the task order.  If multiple sites are clustered together, with FEMA approval, Contractor may share specialized maintenance personnel among clustered facilities.  Maintenance shall include but not be limited to plumbing, electrical, and infrastructure items in or associated with the facility, as specified in the Task Order.

**2.15.9   Mobile  Disaster Recovery (DR) Center**

**2.15.9.1   Maintenance.** Contractor shall establish and operate a maintenance contact number (preferably toll free telephone number) for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order.  The Contractor shall provide to FEMA, upon request, with a maintenance log (specifying issues identified & time, issue remedy, cost, time and disposition).

Attachment A

BNIF 00000359

2.15.9.2   Mobile structures.  A Task order may require the contractor to transport and install mobile and/or temporary structure(s) at designated locations.  Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities.  Contractor will transport and install structures to meet FEMA requirements as specified in the Task Order.

**2.16   Miscellaneous Support Staff (Exhibit 15) The contractor shall provide staffing in support not previously addressed in other tasks listed herein.  Staffing to be provided will be in support of the recovery division mission.  Contractor shall provide personnel to assist in the fulfillment of the recovery mission and will be further defined upon issuance of task order.**

**2.17   Housing Strategy Support Services.  Contractor shall provide housing strategy support services.  This includes, but is not limited to, identify and assess commercial sites, research and assess housing alternatives, research and identify available resources. The area of consideration should include any surrounding major metropolitan areas.**

**2.18   Support Services.  The contractor shall provide technical assistance on an as needed basis.  Technical assistance shall be performed in support of disaster activities and the Recovery Division mission, and shall include, but is not limited to, Pre-Placement Interviews, Preliminary Damage Assessments, information analysis, and collection, analysis and reporting of data.**

# 3   Applicable Federal Laws & Regulations

**3.1   Contractor shall comply with the following laws, regulations, program policies, and/or subsequent**

Attachment A

BNIF 00000360

*material developed unless otherwise specified in Task
Order Assignments:*

3.1.1 Title 36, Code of Federal Regulations (CFR)—Parks, Forests, and Public Property

3.1.2 CFR, Parts 1500-1508 — Protection of Environment

3.1.3 CFR, Part 301 — Public Contracts and Property Management

3.1.4 CFR, Parts 8, 9, 10, 13, 14, 206--Emergency Management and Assistance

3.1.5 Public Law 93-288, Disaster Relief and Emergency Assistance Act

3.1.6 48 CFR — Federal Acquisition Regulations System

3.1.7 50 CFR, Part 402, Wildlife and Fisheries

3.1.8 Public Law 101-336, Americans with Disabilities Act

3.2 *The above documents are available through:
http://www.fema.gov/ or http://www.gpo.gov/*

Attachment A

BNIF 00000361

Exhibit 2
WORK PLAN

# 1. General

The contractor will provide a work plan identifying the various factors that could impact the temporary disaster housing mission and what it would take to perform each required task in the most effective, expedited, and efficient manner available. This plan shall be completed within 7 days from identification of mission requirements or soon as mission priorities require. FEMA may use this plan as necessary to include possibility incorporating into the overall housing strategy, and/or sharing with others. This plan shall become the property of FEMA to use as it sees fit.

# 2. Important Components

The work plan shall describe the contractor's understanding of the disaster specific mission and contract requirements and should not contain proprietary information or content. This plan will from the disaster perspective:

   a) Explain and describe in detail how the contractor will manage and perform all tasks.
   b) Describe in detail concepts, procedures, timelines, management and organization, and how planning documents will be used to assure adherence to mission priorities and include elements that will be required for satisfactory contract performance.
   c) Explain how the contractor will establish systems for planning and control of all activities.
   d) Explain how contract deliverables will be tracked monitored, and information passed to necessary elements and prioritization of work.
   e) Include clear operating procedures for assigning, recording, and tracking activities and tasks.

# 3. Priorities

The plan must match the priorities identified by FEMA and shall include researching appropriate federal, State and local codes and ordinances governing associated activities. The plan shall address the following factors and include implementation procedures and other pertinent disaster specific information.

# 4. Background

Type of damage and geographical spread of impacted area. This may affect unit placement on sites. There may be debris that could affect unit transportation, unit placement; property inclines may be to steep to place the unit on the site and water tables may be contaminated. Weather, bridges, and road conditions through areas where units travel must be considered

## *4.1 Road conditions through area where units must travel;*

   1) Identify possible land or areas to support staging areas, group sites, or disaster specific uses and what is needed to obtain the location.
   2) Points of Contact. Identify and contact points of contact (POC) for State and local officials with jurisdiction over use of temporary disaster housing in affected areas.

Exhibit 2 – Page 1 of 2

BNIF 00000363

Exhibit 2
WORK PLAN

   a) State and local requirements. Identify State and local requirements or restrictions, or and process for obtaining permits within the identified counties such as:

   b) Placement (zoning) restrictions for temporary disaster housing;

   c) Lot boundary (setback from road) restrictions;

   d) Contractor licensing requirements;

   e) Permit requirements to place or install temporary disaster housing;

   f) State or local inspection requirements;

   g) Utility companies' requirements for inspection, transfer of service, and deposits;

   h) Septic tank release and permits,

   i) Requirements for and cost of utility system tap fees; and

   j) State or local government and utility company installation specifications.

3) Other requirements. Any other State or local requirement that may affect the timely, efficient, and cost-effective installation and occupancy of temporary disaster housing shall be reported to the COTR. Once normal State and local requirements are identified and a determination is made as to those which would negatively impact the temporary disaster-housing program, FEMA will be responsible for determining, negotiating and obtaining a waiver if required; however, a waiver is not guaranteed.

4) Material shortages. Identify any shortage of materials required to install temporary disaster housing units such as concrete blocks, gas tanks, or heat cable, exterior grade plywood, etc.

5) Organization of information. Develop a resource list of commercial mobile home parks and travel trailer pads in the area. Gather the following information: point of contact (POC), pads available, pad rental cost, size of the pads, rental properties, utility services, and utility connections information.

6) Towing Information. Identify accessible transportation routes in the planning process. Areas may be flooded, and debris could hamper transportation through the disaster area. Identify information on towing units within the disaster area, such as:

   a) Days and time of travel;

   b) Commuter pattern information,

   c) Permit requirements;

   d) Contractor licensing requirements; and

   e) Escort requirements.

   f) Reporting and record-keeping.

## *4.2 Tasks (Disaster Specific)*

The plan will address each task and how the contractor intends to address, perform, and staff or subcontract each task.

Exhibit 2 – Page 2 of 2

BNIF 00000364

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

# 1. GENERAL

All work performed shall be in accordance with all applicable federal, state and local codes and regulations. The provisions herein and typical details shall not be construed as lowering standards established by local laws, ordinances or regulations

The contractor must be, or have employed, registered/licensed technicians (Plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade. It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units. Locally required permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.

All trenches shall be back filled, tamped, or rolled to the maximum practical density to avoid settlement damage to sewer, water, or gas lines. All construction debris, waste and excess material shall be cleaned and removed from all waste sites. Contractor shall be available for move-in inspection.

The following installation items represent minimum requirements. Requests for exceptions or substitutions must be approved by FEMA in writing prior to performing the work. Approval will be on an individual basis based on availability of materials or conditions peculiar to the intent of installation or work.

The contractor shall position the travel trailer on the lot as staked. In the absence of staking, the contractor shall position the travel trailer in a manner to utilize the most practical direct path from the utility connections. (Sewer line, electric, water, etc.)

# 2. BASIC TRAVEL TRAILER SET-UP

## 2.1.1 Delivery of Travel Trailer:

Towing shall be from the staging area to designated sites as identified. The travel trailer shall be properly placed, position, and aligned on the site. The towing operator shall be properly licensed and insured to protect the Government's interest.

## 2.1.2 Blocking and Leveling

The Contractor shall clean away all grass roots, loose dirt, rocks or debris where at the base of the piers. Travel trailers shall be set-up on concrete piers and after the weigh of the travel trailer is transferred to the piers, if the unit is not leveled properly the contractor will reinstall the unit at no additional cost to the government. The travel trailer set-up will also include a minimum of six piers (three on each side) evenly spaced. The end piers should not be directly on the end of the unit, but approximately six inches off the edge of the unit. The Contractor shall provide a base for each pier. The base will be ¾"x 24" x 24" exterior grade plywood. The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers.

Exhibit 7– Page 1 of 10

BNIF 00000383

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with blocking timber and wedges laid perpendicular to the travel trailer steel I-beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer is transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.

## 2.1.3   Anchoring and Straps

The contractor shall install two (2) anchors per side (total 4). All anchors must be placed, driven, or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from one turnbuckle on the anchor head, and wrap one time around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035" cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position.

## 2.1.4   Sewer Line Installation to Travel Trailer above Ground

Sewer line installation from the sewer riser and connection to the travel trailer is to be provided by use of 3" hard ABC or PVC, Schedule 40.

The line shall be of the shortest practical. At sites with a sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser, up to 50 feet. If a sewer riser is not in place, a clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The nominal inside diameter of the unit sewer connection shall not be less than three inches (3"). The slope shall be continuous and at least one-quarter inch (1/4") per foot and no more than one-half inch (1/2") per foot. Overhead (hanging) sewer straps shall be placed at four-foot (4') intervals (maximum) to prevent any deflections.

Exhibit 7– Page 2 of 10

BNIF 00000384

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The fitting between the travel trailer sewer line and sewer riser (placed above ground) will be one of the following:

(1) An approved 4" x 3" adapter, or (2) the lower end of the travel trailer sewer line shall extend at least four inches (4") below the rim of the riser with an air tight connection provided by the use of a rubber ring. Pipe shall be rigid PVC sewer pipe ASTM D-2727; or Schedule 40 ASTM D-2261. The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection. Sewer piping shall be installed in accordance with local codes and the Uniform Plumbing Code. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no addition cost. The above ground line shall be properly sealed where it connects to sewer riser. The above ground sewer line shall be strapped and secured properly every 4 feet. This Line Item includes up to 50 linear feet of above ground 3" sewer.

## 2.1.5  Water Line Installation to Travel Trailer above Ground

Water line installation from the existing service connection to the travel trailer service pipe is to be provided by use of approved RV water hose, up to 50 feet. For sites with water service riser already installed; the Contractor will make the connection between the travel trailer connecting point and the riser. A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection). The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection. Water piping shall be installed in accordance with local codes and the Uniform Plumbing Code. All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. RV hose shall be capable of withstanding constant exposure to weather elements (i.e. heat and sunlight). A pressure regulator valve is required on the supply inlet. This Line Item includes up to 50 feet of potable water hose, anti-siphon valve, and any required pressure reducing device.

Exhibit 7– Page 3 of 10

BNIF 00000385

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.6  Direct Wiring of Travel Trailer

The Contractor shall provide connection of service from the electrical assembly to the travel trailer weatherproof electrical disconnect pedestal (box) up to 50 feet. The Power supply cable shall be furnished with the travel trailer. Whenever possible the contractor shall provide above ground electrical service from the applicant's panel box to RV disconnect. The weatherproof disconnect box or RV receptacle box will be provided and installed, by the contractor, at a point near the travel trailer to permit connection of existing power cord. The weatherproof disconnect box will be equipped with the appropriate breaker to provide an approved 30 Amp service and mounted on a treated 4"X4" post or the equivalent. The bottom of weatherproof disconnect box will be a minimum of 10" above ground level. Installation of electrical service will meet all federal, state, and local codes and requirements. This Line Item includes up to 50 feet of above ground direct wiring.

Note: Travel trailers that are all electric models will require a 50 AMP service and circuit breaker. The requirements are as above, amended to 50 AMP service and circuit breaker. The increased cost of the 50 AMP service and circuit breaker shall be offset by the lack of a LP gas requirement for the unit.

## 2.1.7  Fill Propane Tanks.

Fill both tanks and inspect connections.

## 2.1.8  Steps

If required, the Contractor shall install steps at each travel trailer entrance. All wooden steps shall be made of exterior grade framing lumber. The Contractor shall prepare the grade and construct a level step, such that the step is centered on the door and safely beneath with the doorsill in a manner that does not represent a trip or safety hazard. The step must not impede the opening or closing of the door or restrict occupant entrance or exit. The steps will be constructed of wood thirty-six inches (36") wide. Handrails constructed with 2" x 4" safety edge lumber shall be provided on all steps and installed on both sides of the steps. If steps are needed a handrail will be installed in a manner to assist the occupant exiting or entering the platform. The platform and steps shall have a stable and secure foundation, be level in both directions and anchored. All handrails shall be sanded and painted with one coat of white paint. The contractor shall provide all supplies and materials.

## 2.1.9  Make Travel Trailer Ready For Occupancy (RFO).

i) **Assemble Accessories and Arrange for Use:**
   (a) Arrange all furniture for occupancy;
   (b) Clean and mount storm window panels;
   (c) Install drawers;
   (d) Remove window clips; travel blocking and protective taping;
   (e) Hang fire extinguisher (report low charge to FEMA inspector);
   (f) Mount exterior light fixtures, and install bulbs;
   (g) Install interior light globes and covers;

Exhibit 7– Page 4 of 10

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

    (h) Install screens;
    (i) Re-install any fallen curtains;
    (j) Install cabinet door panels and other knockout panels;
    (k) Install commode tank lid; and
    (l) Repair, if necessary, cabinet/door/drawer hardware.

ii) **Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)**
    (a) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
    (b) Verify hot/cold water lines, reverse if required;
    (c) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
    (d) Replace commode wax ring and tank gaskets, as needed;
    (e) Tighten loose connections in electrical system; and
    (f) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.

iii) **Test Appliances and Appurtenances:**
    (a) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations. Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
    (b) Test smoke detector and replace if faulty. Defective smoke detectors provided by FEMA or manufacturer upon receipt of damaged one; and
    (c) Test exhaust fans for proper operation, repair as needed.

iv) **Final Clean-Up and Readiness:**
    (a) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;
    (b) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);
    (c) Remove unit packing debris and excess set-up material from premises; and
    (d) Report major discrepancies or missing items to FEMA inspector.

## 2.1.10 Sewer Line, Buried

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the travel trailer. At sites with sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

Exhibit 7– Page 5 of 10

BNIF 00000387

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code. This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections. *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.* If the travel trailer has multiple sewer drop points, they will be interconnected to a single unit drop point.

## 2.1.11 Municipal Sewer Tap- Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the travel trailer and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.12 Water Line, Buried

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the travel trailer pad. At sites with water service riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line. The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

Exhibit 7– Page 6 of 10

BNIF 00000388

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. A back flow preventer valve will be properly installed. Backfill materials shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure reducing device, shall be installed in accordance with local codes and the Uniform Plumbing Code. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.13 Municipal Water Tap (Install Water Tap)

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the travel trailer and backfill, according to local requirements. The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company. If required by local regulations, the trench shall not be backfilled until the water tap has been inspected and approved by the water department. In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

## 2.1.14 TT Power Pole w/ Meter. Furnish and install 50 AMP travel trailer electric power pole and meter loop)

The Contractor shall install an overhead electric assembly. The assembly shall be at least 50 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 50 AMP circuit breaker. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections on the meter pole must be watertight. Pole shall meet all code requirements.

## 2.1.15 Water Line Winterization

When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the travel trailer). Minimum requirements include:

Exhibit 7– Page 7 of 10

BNIF 00000389

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The heat cable shall be UL listed, Commercial Pipe Heating Cable and rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding. The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

The heat cable shall be installed in compliance with the cable manufacturer's instructions and the following additional details:

The sealed end of the heat cable will be securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser. The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape. Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser.

Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape. The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered, if possible. Riser shall be filled with the appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.1.16 Handicap Ramp

The Contractor shall prepare the grade and construct a wooden ramp with level platform such that the platform is centered on the door of principal entry into the travel trailer and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The ramp pitch shall be one-inch (1") slope for each twelve inches (12") in length (maximum).The ramp shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The ramp and the platform shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

## 2.1.17 Direct Wiring To Well Pump Switch

The Contractor shall provide and install a 30 Amp well pump switch. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections must be watertight and meet all code requirements.

Exhibit 7– Page 8 of 10

BNIF 00000390

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.18  Aboveground Electrical Excess

The Contractor shall provide and install aboveground electrical connection in excess of the basic set-up.  All components shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements.

## 2.1.19 Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. Permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.  FEMA will reimburse the contractor the actual permit fees. Receipt required.

## 2.1.20 Provide additional 25' Potable Water Hose

## 2.1.21 Provide and Install 5KW Generator

## 2.1.22 Direct Burial of 50 Amp Service

At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the unit. All cable shall be appropriately buried and shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards.  Sweeps shall be used at the unit and meter loop assembly.  If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection.

## 2.1.23 Refill Both Propane Tanks

Refill both tanks and inspect connections.

## 2.1.24  Miscellaneous for TT Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or designee, which are not addressed by the above descriptions and line items.

The contractor will be compensated for time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If the task was performed by others, a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

## 2.1.25 Handicap Platform Steps

The Contractor shall prepare the grade and construct a wooden series of level platforms such that the level platform is centered on the door of principal entry into the travel trailer

Exhibit 7– Page 9 of 10

BNIF 00000391

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

and flush with the doorsill.  Contractor shall coordinate platform design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform surfaces, which shall be exterior plywood.  The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint.  Nails shall be coated and sized consistent with industry standards.

The overall number of platforms shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp.  The platform heights shall be between seven and one half-inch (7 1/2") and eight inches (8") maximum. The platforms shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The platforms shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

Exhibit 7– Page 10 of 10

BNIF 00000392

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

# 1. General

This specification establishes the minimum requirements for disaster area maintenance of temporary housing units.

This contractor at a minimum will:

a) Provide maintenance services of units assigned by FEMA. This maintenance services contract includes performing monthly preventative maintenance inspections, responding to routine and emergency maintenance calls and making repairs as required for units assigned to the contractor and/or identified by FEMA.

b) Maintain records pertaining to tasks assigned to include monthly preventative maintenance inspection, routine and emergency maintenance and will make those records available for review upon request by FEMA. The records shall be saved and provided to FEMA when the units are deactivated, and/or upon request by FEMA. All records will be saved and provided on a CD-ROM in Microsoft Word or Excel and provided to FEMA. The contractor will maintain a back-up copy for three years after the contract is terminated.

c) Perform other tasks as required by the COTR and / or the COTR's designee, and as described in the Additional Cost Line Items portion of this document. FEMA will notify the contractor of the requirement for these tasks.

d) Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.

e) The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.

f) Contact the manufacturer, dealer or temporary housing unit source for warranty maintenance issues as approved by FEMA. FEMA will not pay any co-payment or deductions if they are required. If the contractor is paid by the manufacturer, dealer, or temporary housing unit source to perform warranty maintenance, the contractor shall reimburse FEMA of the amount received.

g) Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.

h) Make repairs identified by FEMA. Generally the Contractor will be expected to correct problems that the occupants are not expected to correct. These problems are not limited to tasks that require the professional services of an experienced electrician, carpenter, plumber, or appliance repairman.

i) Obtain approval from the COTR prior to performing any miscellaneous or unusual requirements. Written documentation must be submitted for reimbursement.

j) Inform FEMA of any trends associated with the upkeep and maintenance of the unit such as excessive service calls.

Exhibit 10 – Page 1 of 15

BNIF 00000404

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

k) Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

## 2. Maintenance Areas of Responsibility

The Contractor's area of responsibility is for all interior and exterior components of the unit which includes the:

### 2.1 Plumbing System

Plumbing includes all water and sewer lines and tanks inside the temporary housing unit and all external lines from the temporary housing unit to the utility main or the park owner's connection.

### 2.2 Electrical System

Electrical includes all wiring and associated parts from the Power Company's connection on the meter loop pole or pedestal, to and throughout the manufactured unit, including underground entrance cable. When connecting to an approved power source the responsibility shall include all installed components up to the approved power source.

### 2.3 Heating and Cooling System

This includes all major components to include wiring and associated parts

### 2.4 Replacement of Components

Unless it is associated with the repair and/or replacement of a related component the Contractor is not responsible for replacing such items as light bulbs, stoppers, drain baskets, extra door keys, light covers, etc.

### 2.5 Entrance/Exit components

This includes all panels, sidings, windows, screens and doors.

## 3. Function (tasks) Descriptions.

### 3.1 Maintenance – Emergency

Repairs that are authorized under Emergency Maintenance may be requested by the temporary housing unit occupant (the contractor needs to report this to FEMA immediately) and are defined as those necessary to eliminate a serious health, safety, or security hazard. All emergency work orders received after hours, weekends, or holidays from the occupant shall be reported to the COTR by 10:00 a.m. on the following normal workday.

The Contractor shall initiate repairs to eliminate these healths, safety, or security hazards within six (6) hours of receipt (7 days per week) of an emergency request and complete the work as soon as possible. This may include temporary repairs, in which

Exhibit 10 – Page 2 of 15

BNIF 00000405

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

case the Contractor shall notify the COTR or designee. Permanent repairs must be completed within the routine repair time frame.

Emergency maintenance is typically required in response to, but not limited to, one of the following problems:
a) Gas leak
b) Major water leak, where a shut off valve cannot be located
c) Actual sewage leak (Health concern)
d) No heat (when outside temperature is, or is expected to go below 50 degrees Fahrenheit)
e) No A/C (when outside temperature is, or is expected to go above 85 degrees Fahrenheit)
f) No electricity (excluding local power company failure), or major electrical malfunction.

### 3.2 Maintenance – Routine

Maintenance not defined as emergency maintenance is defined as routine maintenance, unless identified by FEMA. All routine repairs shall be completed within 48 hours after receipt of the requirement. When such 48-hour completion time would expire on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following Monday or Tuesday, as appropriate.

The Contractor shall complete routine maintenance items requested by the occupant that were not listed on the work order when performing a service call or preventive maintenance visit, as long as the total cost of material does not exceed $250. **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work**. It is the contractor's responsibility to obtain the name of the person and the time of the decision.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

Priority shall be given during routine maintenance to:
a) Heating (winter) and cooling (summer) problems not corrected under the emergency maintenance definition
b) Problems that could be a health concern, such as stopped-up sewer or water lines
c) Permanent correction of temporary repairs that were performed under emergency maintenance; and
d) Other such tasks where earlier correction could lessen the extent of the problem.

### 3.3 Maintenance – Staging

This is related to the units located at the staging areas or other designated areas identified by FEMA. This function includes performing maintenance of units identified by FEMA. Maintenance tasks on these units will by identified and assigned by the COTR or his designee.

Exhibit 10 – Page 3 of 15

BNIF 00000406

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 3.4  *Major Material Item Replacement*

The Contractor shall provide all necessary replacement parts and materials to repair manufactured units under this Contract, except those identified as Major Material Items.

Major Material Items are identified as, but not limited to, refrigerators, water heaters, ranges, axles, exterior doors, temporary housing unit tires, complete furnace, complete A/C, or any other component valued at over $250. The Contractor may replace these items only after prior inspection and approval by the COTR or CO.

If the Contractor determines, after an inspection by a certified mechanic, that repair of a Major Material Item(s) is impractical, the Contractor shall promptly provide the COTR with a written report. This written report needs to address identifying the item(s) by make, model number, part number, identification number and location, condition of the item, and itemized material cost to replace the item(s).

*Note: This is for the actual item costs. Labor costs are covered under the monthly maintenance fee. Any additional labor cost must be itemized and approved by the COTR prior to performing the work. The COTR shall investigate and determine the practicality of repair versus replacement, and then shall instruct the Contractor to proceed with repairs, provide the Contractor with the Major Material Item for replacement, or authorize the Contractor to purchase and replace the item*

Any parts valued at over $250 each that are replaced by the Contractor shall be returned with the completed work order to the COTR, if requested. Replaced parts shall be individually identified with a wire-on tag that contains the work order number, unit number, replacement date, and description of defect. Unit components replaced as defective and later determined by the COTR to have been repairable at a reasonable cost shall result in a back-charge to the Contractor for any associated material costs

The Contractor shall, at all times, make a reasonable effort to acquire all parts at prices favorable to the Government. If the COTR determines that the Contractor could have reasonably obtained the materials at significantly lower prices, the COTR may authorize payment based on the lower prices. Purchase receipts shall be provided to the COTR with the completed work order for all (each) parts costing over $250. The Contractor will be compensated for the actual purchase costs of materials used, as documented on the receipt.

When the Contractor must backorder repair parts for the furnace, A/C, refrigerator, or range, or is otherwise unable to repair these appliances within 48 hours of receiving the work request (within 6 hours for the furnace (winter) and A/C (summer)), the Contractor shall provide a temporary appliance for the occupant. The temporary heating appliance shall be equipped with an automatic shut-off that activates if the heater is accidentally tipped over. Such temporary appliances shall be provided, at no additional cost to the Government or the occupant, until such time as the permanent appliances are fully operational

Exhibit 10 – Page 4 of 15

BNIF 00000407

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

All parts replaced shall be new and shall be of a quality equal to or better than the part being replaced.

# 4. Issuance of Work.

FEMA reserves the right to issue work to staff and other resources to perform the mission. The contractor will be assigned units after the units have been installed. The contractor will perform monthly maintenance service visits for each unit assigned. These visits must be at least 14 days apart.

The contractor may also be tasked to perform service calls for routine, emergency, staging maintenance and other tasks during normal duty hours. All service calls will have a follow-up visit scheduled.

The follow-up to a service call may serve as a monthly maintenance service visit if it is performed in the next month and the 14-day spread is met. The purpose of the maintenance service visit is to see if there were any maintenance issues related to the unit that need to be addressed and to make repairs as needed.

The contractor must provide the COTR a monthly schedule of planned visits on the first duty day of the month and a summary of findings for the units assigned at the end of the month.

The contractor will contact the applicant at least 24 hours prior to the scheduled maintenance visit. The contractor will also leave the occupant a summary of the findings and work performed for all visits and service calls.

The summary will include the unit information, date of the visit, the summary of findings and work performed, and the tentative date for the next scheduled maintenance service visit. A copy of the summary of each unit assigned shall be forwarded to FEMA on a monthly basis.

Routine, emergency, and staging work may be issued to the contractor via maintenance work orders. Maintenance work orders will be used for documenting all maintenance calls regardless of the nature. Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation. At the completion of the work the contractor shall:
  a) Complete the work order prior to requesting the occupant's signature (excluding cost).
  b) Attach a signed statement explaining the omission of occupant's signature when the occupant is unavailable to sign the completed work order.

When the unit is identified by FEMA as currently vacant the maintenance service visit will include inspecting the unit for safety hazards, damages and reporting the condition of the unit.

The contractor will perform a unit cleaning to prepare the unit for occupancy as assigned by FEMA. The LP tank of the mobile home or the travel trailer's LP bottles shall be filled for re-occupancy. The contractor will not replace appliances, furnishing, furnace, A/C, or water heater prior to COTR approval. If it is determined that these items need to be replaced for the

Exhibit 10 – Page 5 of 15

BNIF 00000408

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

unit to be ready to occupy the contractor will submit in writing the items that need to be
replaced and the estimated amount of replacement cost. The COTR must concur prior to items
being replaced.

For billing purposes the contractor must submit the actual receipts for items replaced with the
Work Order. Based on the concurrence or approval of the COTR, FEMA will reimburse the
contractor the actual cost of the replacement items not to exceed the fair market value of the
item.

# 5. Contractor Responsibilities

## 5.1 Work Hours

Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday,
excluding holidays. Emergency after-hours calls are considered as emergencies that
occur anytime outside the above-mentioned hours and days. The completion time of
service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the
following duty day, as appropriate

## 5.2 Phone Service

The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to
the Contracting Officer and FEMA COTR within 48 hours of contract award. The
telephone number(s) will be provided to the unit occupants.

## 5.3 Facilities

The Contractor shall maintain an office and adequate storage and shop facilities to
efficiently provide for the Government's maintenance obligation and requirements.
Identification
The contractor personnel must wear an identification badge. The badge must include a
contractor identification number, name, company name, and phone number. This badge
must be visible when the contractor is working. The contractor is responsible for
obtaining badges for all the employees working the tasks associated with this contract.
This includes temporary, sub-contractors, etc.. The contractor is responsible for
monitoring their staff.

## 5.4 Resources

The Contractor shall furnish all necessary labor, tools, equipment, and materials to
perform temporary housing unit maintenance services. The contractor must obtain all
appropriate permits and licenses needed to fulfill the tasks of this contract. The
contractor must use certified and licensed personnel to perform the work needed (i.e.
plumber, electrician, heating and air).

## 5.5 Contractor Expectations

All contractor staff is expected to carry themselves in a professional manner. It is the
contractor's responsibility to monitor and supervise their staff work, professionalism,

Exhibit 10 – Page 6 of 15

BNIF 00000409

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

and behavior. The contractor must be able to provide a background check of employees as requested.

## 5.6 Qualification of Personnel

Work performed under this task shall be completed by professionally certified mechanics with expertise in heating and air conditioning (HVAC), refrigeration, range, electrical, and/or plumbing repairs.

   a) The Contractor must be able to provide documentation of each mechanic's professional certification (such as certificates of training course completion, letters from previous employers certifying experience, resumes, membership affiliations to professional organizations, or other such documentation), if requested by FEMA, which, in the COTR's opinion, attests to the mechanic's qualifications.

   b) For unusually complex maintenance problems, the Contractor must have access to licensed/certified technicians in the areas of electrical, plumbing, furnace, air condition, and appliance repair. Utilization of licensed/certified personnel shall be at no additional cost to FEMA. Availability of licensed technicians shall be (a) on a 24-hour basis, if needed, (b) maintained throughout the period of this contract, and (c) the contractor may be required to provide documentation to the COTR that substantiates that licensed/certified technicians are being used.

   c) The contractor will identify a primary and alternate point-of-contact within 48 hours of contract award.

## 5.7 Warranty

All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form

## 5.8 Problem Reporting

Any maintenance problems, which in the Contractor's opinion were manufacturer warranty issues, or caused by the installation Contractor (particularly towing damage which will affect removal) and/or negligence or abuse by the occupant shall be reported to the COTR (in writing) with the completed work order.

# 6. Tasks

## 6.1 MH / TT Maintenance Specifications

| | |
|---|---|
| **Task** | THM-01 |
| **Task Title** | MH / TT Maintenance Specifications |
| **Task Description** | The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, and livable, condition. The contractor shall perform only those corrective actions that |

Exhibit 10 – Page 7 of 15

BNIF 00000410

## EXHIBIT 10
## MAINTENANCE-TEMPORARY HOUSING UNITS

require the effort of skilled technicians or labors. FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA.

| | |
|---|---|
| **Response Time** | The contractor will provide maintenance services of units assigned and identified by FEMA. Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor. |
| **Compensation** | Monthly Maintenance – For each FEMA temporary housing unit still assigned (RFO) as of close of business (COB) of the last day of the month the contractor will be compensated a flat fee that covers: any repairs, labor, parts and emergency service, re-leveling, and monthly preventive maintenance inspections. |
| | This includes the move-out inspection and clean and make ready of the unit when the unit is vacant. |
| | If there are excessive emergency service calls the contractor shall inform the COTR of the trend and provide a log of events during the billing cycle. |
| **Unit of Issue** | Per Assigned Unit Per Month |

## 6.2 Staging Maintenance

| | |
|---|---|
| **Task** | THM-02 |
| **Task Title** | Staging Maintenance |
| **Task Description** | This is for maintaining units in staging locations, as identified by the COTR or designee. |
| **Response Time** | 48 hours after the issuance of the work order. |
| **Compensation** | A work order will be issued for the unit needing the maintenance work. Compensation is by time and materials |
| **Unit of Issue** | Per unit |

## 6.3 Miscellaneous for TT Maintenance

| | |
|---|---|
| **Task** | TTM-05 |
| **Task Title** | Miscellaneous for TT Maintenance |

Exhibit 10 – Page 8 of 15

BNIF 00000411

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

**Task Description**  Miscellaneous tasks associated with the on-site unit maintenance of installed travel trailer units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy.

Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys.

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**  As appropriate

**Compensation**  Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**  Each

Exhibit 10 – Page 9 of 15

BNIF 00000412

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.4 *Install power pole and meter loop 30 AMP service*

| | |
|---|---|
| **Task** | TTM- 07A |
| **Task Title** | Install power pole and meter loop 30 AMP service |
| **Task Description** | Furnish and install temporary power pole and 30AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.5 *Install power pole and meter loop 50 AMP service*

| | |
|---|---|
| **Task** | TTM- 07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 10 of 15

BNIF 00000413

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.6 *Manufactured Homes Tasks*

### 6.6.1    Miscellaneous for MH Maintenance

| | |
|---|---|
| **Task** | MHM-05A |
| **Task Title** | Miscellaneous for MH Maintenance |
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |
| | This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities. |
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

### 6.6.2    Miscellaneous for MH Maintenance

| | |
|---|---|
| **Task** | MHM-05B |
| **Task Title** | Miscellaneous for MH Maintenance |
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |

Exhibit 10 – Page 11 of 15

BNIF 00000414

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

| | |
|---|---|
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

### 6.6.3    Install power pole and meter loop 100 AMP service

| | |
|---|---|
| **Task** | MHM- 07A |
| **Task Title** | Install power pole and meter loop 100 AMP service |
| **Task Description** | Furnish and install temporary power pole and 100AMP meter-base. Contractor will meet all local and State codes.<br><br>The contractor must have all appropriate permits and licenses. |
| **Response Time** | As appropriate |
| **Compensation** | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

### 6.6.4    Install power pole and meter loop 200 AMP service

| | |
|---|---|
| **Task** | MHM- 07B |
| **Task Title** | Install power pole and meter loop 200 AMP service |
| **Task Description** | Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes.<br><br>The contractor must have all appropriate permits and licenses. |

Exhibit 10 – Page 12 of 15

BNIF 00000415

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

| | |
|---|---|
| **Compensation** | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

### 6.6.5   Refurbish MH

| | |
|---|---|
| **Task** | RMHR-01A |
| **Task Title** | Refurbish MH |
| **Task Description** | Refurbishment tasks associated with the repair and refurbishment manufactured home or park model (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| **Response Time** | As defined by the COTR or designee |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| **Unit of Issue** | Each |

### 6.6.6   Refurbish TT

| | |
|---|---|
| **Task** | RTTR-01B |
| **Task Title** | Refurbish TT |
| **Task Description** | Refurbishment tasks associated with the repair and refurbishment travel trailer (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| **Response Time** | As defined by the COTR or designee |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 13 of 15

BNIF 00000416

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

# 7. Septic Bladder

## 7.1 Pump Septic Bladder up to 210 gallon

(Line Item PU-1)

Pump septic waste from two-hundred-ten (210) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local, state, and federal regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

## 7.2 Pump Septic Bladder up to 260 gallon

(Line Item PU-2)

Pump septic waste from two-hundred-sixty (260) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local and state regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

## 7.3 Transport and Dispose of Pumped Septic Waste up to 210 gallon

(Line Item PU-3)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-ten (210) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

## 7.4 Transport and Dispose of Pumped Septic Waste up to 260 gallon

(Line Item PU-4)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-sixty (260) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

Exhibit 10 – Page 14 of 15

BNIF 00000417

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 7.5 Dump Station Fees

(Line Item PU-5)

The contractor shall be compensated for dump station fees. The contractor must submit the date performed, site addresses pumped, capacity of the pump truck in gallons, and dated receipt for dump station fees. In instances where the capacity of the pump truck is greater than the combined capacity of the pumped septic bladders serviced by the pump truck the receipt must be document.

Exhibit 10 – Page 15 of 15

BNIF 00000418