UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

                                            SECTION N(5)

                                            JUDGE ENGELHARDT

                                            MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:  All Cases

------------------------------------------------------------------------

# EXHIBIT E
# PART 2

### EXCERPTS OF CH2M HILL CONSTRUCTION, INC. CONTRACT[*]

---

[*] Plaintiffs received a full copy of the United States' contract with CH2M Hill on a disk enclosed in an August 1, 2008 letter related to Plaintiffs' August 11, 2008 Rule 30(b)(6) deposition of CH2M Hill.  CH2M Hill  includes only excerpts of the contract here to reduce the burden on the court.  CH2M Hill, however, will file the entire contract upon request.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | | PAGE 1 | OF PAG 5 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE SEE BLOCK 16c | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (if applicable) |
|---|---|---|---|---|

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (if other than item 6) | CODE |
|---|---|---|---|---|

6. ISSUED BY
FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN
500 C STREET, SW, ROOM 350
WASHINGTON DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

| | 9B. DATED (SEE ITEM 11) |
|---|---|
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 HSFEHC-05-J-0005 |
| X | 10B DATED (SEE ITEM 13) 09-30-2005 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended.  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) | N/A |
|---|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:   (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   52.243-2 CHANGES ~ COST REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**  Contractor ☐ is not.  ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO THE ABOVE REFERENCED TASK ORDER TO REPLACE THE STATEMENT OF WORK.

A. ESTIMATED QUANTITIES IN TASK ID'S 1 THROUGH 3 CHANGED FROM 2,500 UNITS TO NOW READ 4,000 UNITS.
ESTIMATED QUANTITIES IN TASK ID'S 4 THROUGH 5 CHANGED FROM 2,500 UNITS TO NOW READ 5,500 UNITS.
END OF MODIFICATION NO. P00001 TO TASK ORDER NO. HSFEHQ-05-F-0005.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) Harold L. Chappell, STATUTORY V.P. | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 12/08/05 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED DEC 13 2005 |

STANDARD FORM 30   (REV. 10-83)

CH2M-FEMA(MDL)-006657

Contract HSFEHQ-05-D-0592      **Revised:** 10-27-2005      Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
_____
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

## General Provisions

## 1. Disaster Information

Disaster number and State: 1605 – Alabama;

**Joint Field Office Information:**

Address:      Housing Area Command
              MMR Construction
              15961 Airline Hwy
              Baton Rouge, LA 70817


JFO Point of Contact:  David Porter, COTR
Phone:              202-438-1294
Email:              david.porter@dhs.gov

Counties: Baldwin, Mobile, Pickens, Greene, Hale, Tuscaloosa, and Washington Counties.

## 2. Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of the 2005 Hurricane season.

## 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

### 3.1  Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.  The primary focus of this task order is for Travel Trailers (TT), although the inclusion of other mobile structures may be required under this task order.

CH2M- FEMA (MDL) -006658

Contract HSFEHQ-05-D-0592    **Revised:** 10-27-2005    Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 4,000 Estimated | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive mobile units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or other mobile units in accordance
with specific Work Order(s).

The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for
installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and
other appropriate requirements to include State and local requirement. The contractor
shall obtain all necessary permits and make sure units are ready for occupancy (RFO).

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to
include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with
generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Only | 4,000 Estimated | Haul travel trailers or temporary structures to their intended destination(s) without the requirement install, e.g. alternate staging areas. |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul and Installation-TT | 4,000 Estimated | The contractor shall haul and install travel trailers on sites in the State of Alabama. All units shall be winterized, either as part of the initial installation or through subsequent maintenance under subtask #4 in order that RFO can be expedited). |

CH2M-FEMA (MDL)-006659

Contract HSFEHQ-05-D-0592        **Revised:** 10-27-2005        Task Order HSFEHQ-05-J-0005

<u>STATEMENT OF WORK</u>
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

<u>Note</u>: The total number of trailers for this task order is 8,000, the quantities identified above represent a potential under this effort. it is possible the contractor may not be directed to "haul only", whereas there may or may not be a mix of the two requirements up to the total quantity of 8,000.

### 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities. Maintenance efforts under this subtask shall include any repairs, pest extermination, and other services necessary to bring them back to like-new condition, if not so provided by FEMA.

### 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

### 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log will include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements. In accordance with the contract PWS, the contractor shall establish and maintain a maintenance log for every structure identified as a result of this task order. This log will include all maintenance calls, e.g. issues identified and time, and status of remedy.

CH2M-FEMA (MDL)-006660

Contract HSFEHQ-05-D-0592        **Revised:** 10-27-2005         Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|------------|---------------|-------------------|
| 4 | Occupancy Maintenance | 5,500 (estimated) | The contractor shall provide maintenance services for installed travel trailers. |

### 3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|------------|---------------|-------------------|
| 5 | Deactivation and Removal | 5,500 (Estimated) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA |

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include
refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life
safety protection/equipment, signage, property/facilities management, portable restrooms/
showers, and additional rigging for temporary mobile structures.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through March 03, 2007.

CH2M- FEMA (MDL) -006661

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | 1. CONTRACT ID CODE | PAGE | OF PAG |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO | | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO | | 5. PROJECT NO (if applicable) |
| P00060 | | SEE BLOCK 16C | N/A | | |

6. ISSUED BY                    CODE  1849

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: GAY D. COHEN
500 C STREET, SW, ROOM 350
WASHINGTON DC 20472

7. ADMINISTERED BY (if other than item 6)     CODE

8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code)

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

9A. AMENDMENT OF SOLICITATION NO

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO
HSFEHQ-05-D-0592 HSFEHQ-05-J-0120

10B. DATED (SEE ITEM 13)
09-30-2005

CODE      FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

( ) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

( ) B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

(X) C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF   52.243-2 CHANGES - COST REIMBURSEMENT

( ) D. OTHER (Specify type of modification and authority)

E. IMPORTANT:   Contractor   [ ] is not   [X] is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

MODIFICATION IS ISSUED TO THE ABOVE REFERENCED TASK ORDER TO REPLACE THE STATEMENT OF WORK IN ITS ENTIRETY.
END OF MODIFICATION NO. P00060 TO TASK ORDER NO. HSFEHQ-05-J-0120.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| GARY CRAFT - SVP - PM. | ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 12/14/05 | (Signature of Contracting Officer) | DEC 20 2005 |

STANDARD FORM 30 (REV. 10-83)

Contract HSFEHQ-05-D-0592      **Revised:** 12-13-2005      Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

# General Provisions

## 1. Disaster Information

Disaster number and State: 1605 – Alabama;

**Joint Field Office Information:**

Address:      Housing Area Command
MMR Construction
15961 Airline Hwy
Baton Rouge, LA 70817

JFO Point of Contact:  David Porter, COTR
Phone:          202-438-1294
Email:          david.porter@dhs.gov

Counties: Baldwin, Mobile, Pickens, Greene, Hale, Tuscaloosa, and Washington Counties.

## 2. Operational Objective:  Identify and provide temporary housing solutions for all
people displaced because of the 2005 Hurricane season.

## 3. Identified Tasks: The contractor shall perform the tasks identified below. Contractor shall
execute these tasks to the requirements and specifications identified in this task order, in
accordance with the Performance Work Statements and applicable Exhibits.

### 3.1  Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s). The staging area(s)
shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA
assets to their intended destination. The primary focus of this task order is for Travel Trailers
(TT), although the inclusion of other mobile structures may be required under this task order.

CH2M- FEMA (MDL) -006665

Contract HSFEHQ-05-D-0592    **Revised:** 12-13-2005    Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation -
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 4,000 Estimated | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive mobile units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or other mobile units in accordance
with specific Work Order(s).

The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits and make sure units are ready for occupancy (RFO).

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Only | 4,000 Estimated | Haul travel trailers or temporary structures to their intended destination(s) without the requirement install, e.g. alternate staging areas. |

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3 | Haul and Installation- IT | 4,000 Estimated | The contractor shall haul and install travel trailers on sites in the State of Alabama. All units shall be winterized, either as part of the initial installation or through subsequent maintenance under subtask #4 in order that RFO can be expedited). |

CH2M- FEMA (MDL) - 006666

Contract HSFEHQ-05-D-0592     **Revised**: 10-31-2005          Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
Staging Support. Haul, Install. Installation Construction Activities. Maintenance, Deactivation -
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

**Note**: The total number of trailers for this task order is 4,000, the quantities identified above represent a potential under this effort, it is possible the contractor may not be directed to "haul only", whereas there may or may not be a mix of the two requirements up to the total quantity of 4,000.

### 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities. Maintenance efforts under this subtask shall include any repairs, pest extermination, and other services necessary to bring them back to like-new condition, if not so provided by FEMA.

### 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

### 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log will include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements. In accordance with the contract PWS, the contractor shall establish and maintain a maintenance log for every structure identified as a result of this task order. This log will include all maintenance calls. e.g. issues identified and time, and status of remedy.

CH2M-FEMA (MDL)-006667

Contract HSFEHQ-05-D-0592     **Revised:** 10-31-2005     Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Occupancy Maintenance | 5,500 (estimated) | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out period to transfer maintenance activities to other contractors as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 5 | Deactivation and Removal | 5,500 (Estimated) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. |

4 of 5

CH2M- FEMA (MDL) -006668

Contract HSFEHQ-05-D-0592        **Revised:** 10-31-2005        Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include
refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life
safety protection/equipment, signage, property/facilities management, portable restrooms/
showers, and additional rigging for temporary mobile structures.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre
Authorization Letter through March 03, 2007 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option
periods by written notice to the contractor within 15 days prior to termination of that current performance
period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be
responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished
parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over
maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan
10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and
Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and
implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC
Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure
the smooth and orderly transition of Maintenance activities, including maintenance records and data. The
Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management
organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor
personnel.

CH2M-FEMA (MDL)-006669

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1PA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGE 9 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00008 | 3. EFFECTIVE DATE SEE BLOCK 16c | 4. REQUISITION/PURCHASE REQ. NO. NN0014Y2006T | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | AE45 | 7. ADMINISTERED BY  (If other than Item 6) | CODE |
|---|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN / 540-542-2133
500 C STREET, SW
WASHINGTON DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR   (No. street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

CH2M HILL CONSTRUCTORS, INC.

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

| | 9B. DATED (SEE ITEM 11) |
|---|---|
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 HSFEHQ-05-J-0001 |

| CODE | | FACILITY CODE | | X | 10B. DATED (SEE ITEM 13) 05-20-2005 |
|---|---|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA  (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF   52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER  (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☐ is not.  ☒ is required to sign this document and return __3__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO REPLACE THE STATEMENT OF WORK AND ADD ADDITIONAL FUNDING (SEE CONTINUATION PAGE).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER  (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER  (Type or print) |
|---|---|
| Kenneth J. Melchiorre Deputy PM | ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| Kenneth J. Melchiorre (Signature of person authorized to sign) | 7.6.06 | (Signature of Contracting Officer) | JUL 12 2006 |

STANDARD FORM 30  (REV. 10-83)

CH2M-FEMA (MDL)-006686

Contract HSFEHQ-05-D-0592      **Revised:** 06-19-2006      Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

# General Provisions

## 1. Disaster Information

Disaster number and State: 1605 – Alabama;

**Joint Field Office Information:**

Address:      FEMA Joint Field Office
DR-1605-AL
1555 Eastern Boulevard
Montgomery, AL  36117

JFO Point of Contact:  David Porter, COTR
Phone:          202-438-1294
Email:          david.porter@dhs.gov

Counties: Baldwin, Mobile, Pickens, Greene, Hale, Tuscaloosa, and Washington Counties.

## 2. Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of the 2005 Hurricane season.

## 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

### 3.1  Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.  The primary focus of this task order is for Travel Trailers (TT), although the inclusion of other mobile structures may be required under this task order.

CH2M-FEMA (MDL) - 006689

Contract HSFEHQ-05-D-0592        **Revised:** 06-19-2006        Task Order HSFEHQ-05-J-0005

<u>STATEMENT OF WORK</u>

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 2,500 | **The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive mobile units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to two (2), two-hundred and fifty (250) unit options allowing the maximum quantity under this Task ID to reach but not exceed 3,000 units. Option will be exercised IAW 4.1.1 noted below.** |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or other mobile units in accordance with specific Work Order(s).

The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.
3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits and make sure units are ready for occupancy (RFO).
3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.
3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.
3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Only | 2,500 | Haul travel trailers or temporary structures to |

CH2M-FEMA (MDL)-006690

Contract HSFEHQ-05-D-0592          **Revised:** 06-19-2006          Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
|  |  |  | their intended destination(s) without the requirement install, e.g. alternate staging areas. Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to two (2), two-hundred and fifty (250) unit options allowing the maximum quantity under this Task ID to reach but not exceed 3,000 units. Option will be exercised IAW 4.1.1 noted below. |
| 3 | Haul and Installation-TT | 2,500 | The contractor shall haul and install travel trailers on sites in the State of Alabama. All units shall be winterized, either as part of the initial installation or through subsequent maintenance under subtask #4 in order that RFO can be expedited. Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to two (2), two-hundred and fifty (250) unit options allowing the maximum quantity under this Task ID to reach but not exceed 3,000 units. Option will be exercised IAW 4.1.1 noted below. |

## 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities. Maintenance efforts under this subtask shall include any repairs, pest extermination, and other services necessary to bring them back to like-new condition, if not so provided by FEMA.

## 3.3.1. User Maintenance Contact Phone Number

3 of 6

CH2M-FEMA (MDL)-006691

Contract HSFEHQ-05-D-0592        **Revised:** 06-19-2006        Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

The Contractor shall establish and operate a toll free maintenance number for occupants of
structures to call and report maintenance problems. The toll free number must be available and
operational when the first unit is ready to occupy

### 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's
established time frames.

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The
contractor shall provide FEMA a maintenance log upon request. This log will include all
maintenance calls, and status of remedy. Records shall be in accordance with the contract
requirements. In accordance with the contract PWS, the contractor shall establish and maintain a
maintenance log for every structure identified as a result of this task order. This log will include all
maintenance calls, e.g. issues identified and time, and status of remedy.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Occupancy Maintenance | 2,250 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through March 31, 2006. After this date, FEMA may elect to utilize up to two (2) one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. Additionally, From the period of June 01, 2006 through June 15, 2006, contractor shall maintain 700 units while these units are phased over to the MDCs. Furthermore, these options may include FEMA increasing the quantity by 250 unit increments up to a quantity not to exceed 3,500 units. The contractor shall make all necessary repairs to systems specified in the |

4 of 6

Contract HSFEHQ-05-D-0592          **Revised:** 06-19-2006          Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

| | | | task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |
|---|---|---|---|

## 3.4 Deactivation and Removal Subtask #5

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---|---|---|---|
| 5 | Deactivation and Removal | 2,500 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to four (4), two-hundred and fifty (250) unit options allowing the maximum quantity under this Task ID to reach but not exceed 3,500 units. Option will be exercised IAW 4.1.1 noted below. |

## 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include
refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life
safety protection/equipment, signage, property/facilities management, portable restrooms/
showers, and additional rigging for temporary mobile structures.

5 of 6

CH2M-FEMA (MDL)-006693

Contract HSFEHQ-05-D-0592      **Revised:** 06-19-2006          Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(CH2M-Hill-Task Order 0005)

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through June 30, 2006 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor(NOTE: Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M- FEMA (MDL) -006694

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC | HSFEHQ-05-D-0592 | NN00513Y2005T |
| 9191 SOUTH JAMAICA STREET | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| ENGLEWOOD CO 801125946 | HSFEHQ-05-J-0005 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

See Continuation Page

**9. WORK DETAILS**

This is an unpriced (letter contract) task order.  See continuation pages for terms and conditions.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Nancy A. Costello | *Nancy A. Costello* | 9/30/05 |

FEMA Form 40-20, JUN 97                                                      REPLACES ALL PREVIOUS EDITIONS

CH2M-FEMA(MDL)-006695

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0005

## STATEMENT OF WORK
Direct Assistance
(CH2MHILL-Task Order-5)

# 1  General Provisions

## 1.1  Disaster Information

Disaster:  1605
State:  Alabama

**Joint Field Office Information:**

Address:        Housing Area Command
                MMR Construction
                15961 Airline Hwy
                Baton Rouge, LA 70817

JFO Point of Contact:  David Porter, COTR
Phone:              202-438-1294
Email:              david.porter@dhs.gov

Counties:  State of Alabama.

2  **Operational Objective:**  Identify and provide temporary housing solutions for all
people displaced because of Hurricane Katrina.

CH2M-FEMA(MDL)-006700

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK
Direct Assistance
(CH2MHILL-Task Order-5)

## 3   Identified Tasks

The contractor shall perform the tasks identified below.  The Contractor shall execute the below tasks and the pre-deployment meetings in accordance with the Performance Work Statement (PWS) contained in the contract.

### 3.1   Site Identification & Assessment Task #1

The contractor shall inspect site identified by FEMA.   The contractor shall report the results of the inspection to FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|------------|---------------|---------|
| Task | Individual Site Inspections | Estimated 2500 | The contractor shall provide staffing to perform individual site inspections of sites identified by FEMA.  The contractor shall identify the sites that can be leased by FEMA.    The contractor shall identify and perform appropriate services as coordinated with FEMA that is required to occupy the site.  The contractor will provide FEMA a status report. |

### 3.2   Installation Task #2

The contractor shall install travel trailers within four (4) calendar days following issuance of individual Work Order issuance.  The Contractor shall:

1. Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement and obtain necessary permits.

2. Perform additional site preparation, as necessary, for proper installation of the units.

3. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

4. Establish procedures to monitor, and track progress and compliance with contract requirements.

2 of 4

CH2M-FEMA(MDL)-006701

Contract HSFEHQ-05-D-0592                     Task Order HSFEHQ-05-J-0005

STATEMENT OF WORK

Direct Assistance

(CH2MHILL-Task Order-5)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| Task | Installation | Estimated 2500 | The contractor shall install travel trailers. FEMA will be responsible for all lease requirements. All units must be winterized. |

### 3.3   Maintenance Task #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

### 3.3.1   User Maintenance Contact Phone Number

In accordance with the contract PWS the Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems, which shall be available and operational when the first unit is ready to occupancy.

### 3.3.2   Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

### 3.3.3   Maintenance Records

In accordance with the contract PWS, the contractor shall establish and maintain a maintenance log for every structure identified as a result of this task order. This log will include all maintenance calls, e.g. issues identified and time, and status of remedy

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| Task | Occupancy Maintenance | Up to 2500 | The contractor shall provide maintenance services for installed travel trailers for up to 18 months. This time frame may change up or downward which will result in a modification to the task order's period of performance. |

### 5.   Period of Performance:

3 of 4

CH2M-FEMA(MDL)-006702

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0005

## STATEMENT OF WORK
Direct Assistance
(CH2MHILL-Task Order-5)

The period of performance shall be 18 months for the effective date of the task order.

4 of 4

CH2M-FEMA(MDL)-006703

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 7 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO P00001 | 3. EFFECTIVE DATE SEE BLOCK 16c | 4. REQUISITION/PURCHASE REQ NO N/A | | 5. PROJECT NO (If applicable) |
|---|---|---|---|---|

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITION MGMT DIVISION
ATTN:  JAY D. COHEN / 540-542-2133
500 C STREET, SW,
WASHINGTON, DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|---|

CH2M HILL CONSTRUCTORS, INC.

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO
HSFEHQ-05-D-0592 / HSFEHQ-05-J-0014

| CODE | | FACILITY CODE | | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |
|---|---|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR AC-KNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) |
|---|
| N/A |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT  MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO.  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   52.243-2, CHANGES - COST REIMBURSEMENT |
| | D. OTHER  (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor ☑ is not, ☐ is required to sign this document and return __-0-__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification is issued to the above-mentioned Task Order to decrease the period of performance.

A.  Paragraphs 2 & 5, Page 3, of Task Order No. HSFEHQ-05-J-0014 is changed from September 14, 2005 through March 14, 2007 to now read September 14, 2005 through March 31, 2006.
B.  Statement of Work dated 12-30-2005 shall be replaced with Statement of Work dated 03-13-2006.
END OF MODIFICATION NO. P00001 TO TASK ORDER NO. HSFEHQ-05-J-0014.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA _____ (Signature of Contracting Officer) | 16C. DATE SIGNED MAR 13 2006 |

STANDARD FORM 30  (REV. 10-83)

CH2M- FEMA (MDL) -006723

Contract HSFEHQ-05-D-0592        Task Order HSFEHQ-05-J-0014

**REVISED 03-13-2006**
**STATEMENT OF WORK**

Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

## 1   General Provisions

### 1.1   Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Housing Area Command
Joint Field Office DR-1603
415 North 15th Street
Baton Rouge, LA 70802

JFO Point of Contact: Edward Macie, COTR
Phone:        703-376-7476

Parish: Plaqumines

## 2   Operational Objective:

Identify potential temporary housing solutions, resources, and requirement in Louisiana for people displaced as a result of Hurricane Katrina.

## 3   Identified Tasks:

Contractor shall execute the below tasks in accordance with the PWS contained in the contract.  The site design and installation requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile Homes at any one site.  A site is defined as a single location contained within a parish.

CH2M-FEMA (MDL)-006724

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0014

**REVISED 03-13-2006**
**STATEMENT OF WORK**
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

## 3.1 Design Construction, and Installation

The contractor shall install travel trailers, mobile homes, modular homes or other temporary residential structures as expeditiously as possible, following issuance of individual Work Order issuance. The Contractor shall:

    1. Perform architectural planning of temporary residential "communities". The contractor shall comply with design requirements specific to each site. The contractor shall present 50% and 100% construction design reviews to the Government review team.

    2. Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.

    3. Perform additional site preparation, as necessary, for proper installation of the units. This effort may include developments requiring all utilities, access and infrastructure required to support residents.

    4. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade, State and local regulations, and the Performance Work Statement.

    5. The contractor shall establish procedures to monitor and track progress and compliance with contract requirements.

    6. The contractor shall provide the as built design to the COTR upon completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|------------|--------------------|---------|
| 1 | Haul/Installation | 2,750 Units | The contractor shall haul & install travel trailers and mobile homes in accordance with the Performance Work Statement. FEMA will be responsible for all lease requirements. All units shall be winterized. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |

CH2M- FEMA (MDL) - 006725

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0014

REVISED 03-13-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

## 3.2 Staging - Forward

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all TT & MH assets to their intended destination.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Staging | 2,750 Units | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT assets to their intended destination. |

## 3.3 Maintenance – Staging  Areas

The Contractor shall complete routine as long as the total cost of material does not exceed $250.  **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.**  It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

CH2M-FEMA(MDL)-006726

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0014

REVISED 03-13-2006
STATEMENT OF WORK

Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

## 3.4  Maintenance - Occupancy Maintenance

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers
(TT), Manufactured Homes (MH) or other mobile units) that have been placed under their
control, not to exceed the projected quantity of units.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3 | Maintenance/ Occupancy Maintenance | 2,750 Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

CH2M- FEMA (MDL) - 006727

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0014

REVISED 03-13-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

### 3.4.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems. This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

### 3.4.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

### 3.4.3 Maintenance Records

The contractor shall provide maintenance services for Travel Trailer (TT), Manufactured Home (MH) or other mobile structures placed under his control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 4 | Occupancy Maintenance Records | 2,750 Units | In accordance with the contract PWS, the contractor shall establish and maintain maintenance logs for every structure installed/prepared as a result of this Task Order. This log shall include all maintenance calls, e.g. issues identified, and time and status of remedy. |

### 3.4.4 Deactivation and Removal Subtask

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
| 5 | Deactivation/Removal | 2,750 Units | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The |

5 of 6

CH2M- FEMA (MDL) -006728

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0014

**REVISED 03-13-2006**
**STATEMENT OF WORK**
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

|  |  |  | contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. |
|---|---|---|---|

## 3.5  Maintenance – Group Site

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 6 | Group Site Infrastructure and Grounds Maintenance | TBD | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 31 March 2006. |

## 4     Performance Period: The period of performance shall begin on
September 14, 2005 through March 31 2006.

4.1.1 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.2 Work efforts which originated within this Task Order and authorized by FEMA beyond 31 March 2006, will be subsequently accounted for in Task orders 06-J-0003 & 06-J-0004 accordingly.

CH2M- FEMA (MDL) -006729

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC | HSFEHQ-05-D-0592 | TN02069Y2006T |

| | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
|---|---|---|
| 9191 SOUTH JAMAICA STREET<br>ENGLEWOOD CO 80112-5946 | HSFEHQ-06-J-0004 | RECOVERY |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

SEE CONTINUATION PAGE

**9. WORK DETAILS**

THIS IS AN UNPRICED (LETTER CONTRACT) TASK ORDER.  SEE CONTINUATION PAGE(S) FOR TERMS AND CONDITIONS.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF<br>ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| ANTOINETTE C. PASQUARELLA | | |

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

**TASK ORDER TERMS AND CONDITIONS** _____
**NOT SPECIFIED IN THE CONTRACT** _____

1. The contractor shall provide all necessary personnel, materials, services, equipment and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning October 11, 2005 through September 30, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated October 11, 2005, November 04, 2005, December 06, 2005, December 16, 2005, January 04, 2006, January 23, 2006, January 27, 2006, February 01, 2006 & March 07, 2006 for the period October 11, 2005 through March 31, 2006. The amount of pre-authorization through March 31, 2006 is ▮▮▮▮▮▮▮▮ for pre-award costs. Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is October 11, 2005 through September 30, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is ▮▮▮▮▮▮▮▮, which includes estimated cost of ▮▮▮▮▮▮▮▮ and fixed fee of ▮▮▮▮▮▮▮▮

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is ▮▮▮▮▮▮▮▮ (which is 50% of estimated cost).

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding ▮▮▮▮▮▮▮▮ (which is 85% of the amount obligated).

(b) The maximum amount for which the Government shall be liable if this contract is terminated is ▮▮▮▮▮▮▮▮ (which is 50% of estimated cost).

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this task order is:

(1) Negotiations on or before April 30, 2006; (2) Definitization within 5 days of agreement

Page 3

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes--

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

Page 4

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government; (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

**********************END OF TERMS AND CONDITIONS********************

CH2M-FEMA(MDL)-007245

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0004

REVISED 03-13-2006
STATEMENT OF WORK

Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0004)

# 1.  General Provisions

## 1.1  Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:              Housing Area Command
                      Joint Field Office DR-1603
                      415 North 15th Street
                      Baton Rouge, LA 70802


JFO Point of Contact:  Edward Macie, COTR
Phone:                 703-376-7476


Counties:  Plaquemines, Lafourche, St. Charles, Terrebonne, Orleans (Lower 9th Ward & West Bank)


# 2. Operational Objective:  Identify and provide temporary (up to 18 months) housing
solutions for all people displaced because of Hurricane Katrina.


# 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall
execute these tasks to the requirements and specifications identified in this task order, in
accordance with the Performance Work Statements and applicable Exhibits. The installation
requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile
Homes at any one site.  A site is defined as a single location contained within a parish or county.

## 3.1 The contractor shall haul and/or haul/install travel trailers or mobile homes
in accordance with the contract Performance Work Statements following
notification by individual Work Order.  The Contractor shall:

3.1.1  Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for
installation.

1 of 8

3.1.2   Install the units in accordance with the Exhibits of the Performance Work Statement, manufacturer's installation specifications, and other appropriate requirements to include State and local requirements.  The contractor shall obtain all necessary permits.

3.1.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.1.4   Establish and implement procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.1.5   Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 1 | Haul Trailers only | 8000 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s).  Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| Task ID | Task Title | Projected Qty | Remarks |
| 2 | Haul/Installation-TT | 5000 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana.  All units must be winterized.  Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul/Installation-MH | 1500 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana.  All units must be winterized.  Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |

CH2M-FEMA(MDL)-007247

## 3.2 Staging - Forward

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all TT & MH assets to their intended destination.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 8000 Estimated | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT assets to their intended destination. |

## 3.3 Maintenance – Staging  Areas

The Contractor shall complete routine maintenance as long as the total cost of material does not exceed $250.  **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.**  It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

## 3.3.1 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures.  The contractor shall make all necessary repairs to systems specified in this task order.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

CH2M-FEMA(MDL)-007248

### 3.3.2 User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems.  The toll free number must be available and operational when the first unit is ready to occupy

### 3.3.3 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

### 3.3.4 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed.  The contractor shall provide FEMA a maintenance log upon request.  This log will include all maintenance calls, and status of remedy.  Records shall be in accordance with the contract requirements.

### 3.4 Deactivation and Removal Subtask

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 1 | Occupancy Maintenance | 8,000 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA.  The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract |

CH2M-FEMA(MDL)-007249

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0004
REVISED 03-13-2006
STATEMENT OF WORK

Haul/Install, Maintenance and Decactivation & Removal
(CH2M-Hill – Task Order 0004)

|   |   |   |   |
|---|---|---|---|
|   |   |   | PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |
| 2 | Deactivation/Removal | 12,000 Estimated | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. |

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and minor debris removal to facilitate TT/MH installation, lighting illumination, fences/barriers, safety/security protection/equipment, additional rigging for temporary mobile structures.

# 4. Electrical Service Drops

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 1 | Electrical Service Drops in Orleans Parish ONLY | NTE 750 drops | The contractor shall, when necessary, run electrical drops to travel trailers, manufactured homes and alternative housing structures as identified by FEMA. Contractor shall submit a work plan as well as a QA plan to FEMA for approval, before commencing any electrical drops. |

Run electrical power 120/240 Volts -100 Ampere from Entergy's Secondary Transform Banks to Individual Travel Trailers.

CH2M-FEMA (MDL) -007250

Promptly after receipt of approved inspection and release from the City of New Orleans' Electrical Inspection Department and Entergy, the electrical contractor shall inspect each location to make certain damage has not occurred since the City's and Entergy's inspection.

1. Travel Trailers Overhead Service

1.1 Verify service drop exists at damaged residence

    1.1.1 Disconnect existing service drop from damaged home

    1.1.2 Reconnect service drop to new service pole. All connections shall be made using copper to aluminum crimp connectors sized to accommodate the wire provided.

    1.1.3 Remove Entergy meter from existing home meter can and reinstall in new meter can on new service pole. Then, reseal meter using seals provided by Entergy.

1.2 Where Secondary Transformer Banks Are Available, But New Service Drops Are Needed For New Travel Trailers

    1.2.1 Install new triplex service cable from existing transformer pole to new service pole at travel trailer. The standard conductors used for 100 ampere service is #4 aluminum triplex. The triplex shall be anchored at both ends using strand release connectors and attached to the messenger at both ends. Insulators should already be installed at the transformer pole and the new service pole. If not, insulators shall be installed.

    1.2.2 Install new Entergy-furnished meter in new meter can. Seal meter with Entergy-furnished seals to prevent meter tampering. Test system to verify proper voltage and absence of short circuits.

1.3 Manufactured Homes with Overhead Service

    1.3.1 Same as above, except Contractor will provide 200 ampere service instead of 100 ampere.

1.4 Safety Standards for Working on Energized Wires

All work is to be performed as follows:

CH2M-FEMA(MDL)-007251

1.4.1 Work shall be performed in accordance with NFPA 70, National Electrical Code, Article 230 and other applicable sections.  Compliance with all other national, state, city, and local codes and statutes (as applicable) shall be required.

1.4.2. Compliance with OSHA standards for working around and with electrified wires shall be required.

1.4.3 OSHA approved and certified gear and equipment shall be used including, but not limited to:

    a. Bucket trucks;

    b. Gloves, boots, safety belts and other personal gear;

    c. Blankets and other insulators; and

    d. Test equipment and fuse pullers.

1.4.4 All employees working with electrical wiring shall be trained, experienced linemen possessing a journeymen linemen's license by the City of New Orleans or IBEW's equivalent license.

## 5. Period of Performance: The period of performance shall be from October 11, 2005 through September 30, 2006 unless otherwise noted above.

5.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

5.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th , 2006 (already provided) for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The

Haul/Install, Maintenance and Decactivation & Removal
(CH2M-Hill – Task Order 0004)

Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA(MDL)-007253