UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:  All Cases

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# EXHIBIT E
# PART 3

## EXCERPTS OF CH2M HILL CONSTRUCTION, INC. CONTRACT[*]

---

[*] Plaintiffs received a full copy of the United States' contract with CH2M Hill on a disk enclosed in an August 1, 2008 letter related to Plaintiffs' August 11, 2008 Rule 30(b)(6) deposition of CH2M Hill.  CH2M Hill  includes only excerpts of the contract here to reduce the burden on the court.  CH2M Hill, however, will file the entire contract upon request.

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | BPA NO | 1 CONTRACT ID CODE | PAGE | OF PAG |
|---|---|---|---|---|

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ. NO | 5 PROJECT NO (if applicable) |
|---|---|---|---|
| 700072 | SEE BLOCK 16c | XHO5850Y20047 | |

| 6 ISSUED BY | CODE | 5845 | 7 ADMINISTERED BY (if other than item 6) | CODE |
|---|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY O. COHEN / 540-542-2135
500 C STREET, SW
WASHINGTON DC 20472

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|---|

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 90112-5946

| | 9B DATED (SEE ITEM 11) |
|---|---|
| | 10A MODIFICATION OF CONTRACT/ORDER NO |
| | HSFEHQ-05-D-0592 HSFEHQ-05-J-0014 |

| CODE | FACILITY CODE | | 10B DATED (SEE ITEM 13) |
|---|---|---|---|
| | | X | 09-30-2005 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12 ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THIS CONTRACT ORDER NO IN ITEM 10A | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF 52.243-2 CHANGES - COST REIMBURSEMENT | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor  [ ] is not,  [X] is required to sign this document and return ___3___ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO DEFINITIZE THE SUBJECT TASK ORDER (SEE CONTINUATION PAGE).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| FRED M. BRUNE, PRESIDENT | ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
| 15B CONTRACTOR/OFFEROR | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED |
| *(Signature of person authorized to sign)* | 20 APRIL 2006 | *(Signature of Contracting Officer)* | APR 27 |

STANDARD FORM 30 (REV. 10-83)

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0014

REVISED 04-07-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

# 1  General Provisions

## 1.1  Disaster Information

Disaster: 1603
State: Louisiana

### Joint Field Office Information:

Address:              Housing Area Command
                      Joint Field Office DR-1603
                      415 North 15th Street
                      Baton Rouge, LA 70802

JFO Point of Contact: Gordon Taylor, COTR
Phone:                703-254-9800

Parish: Plaqumines

# 2  Operational Objective:

Identify potential temporary housing solutions, resources, and requirement in Louisiana for people displaced as a result of Hurricane Katrina.

# 3  Identified Tasks:

Contractor shall execute the below tasks in accordance with the PWS contained in the contract. The site design and installation requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile Homes at any one site. A site is defined as a single location contained within a parish.

CH2M-FEMA(MDL)-006734

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0014

REVISED 04-07-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

## 3.1 Design Construction, and Installation

The contractor shall install travel trailers, mobile homes, modular homes or other temporary residential structures as expeditiously as possible, following issuance of individual Work Order issuance. The Contractor shall:

  1. Perform architectural planning of temporary residential "communities". The contractor shall comply with design requirements specific to each site. The contractor shall present 50% and 100% construction design reviews to the Government review team.

  2. Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.

  3. Perform additional site preparation, as necessary, for proper installation of the units. This effort may include developments requiring all utilities, access and infrastructure required to support residents.

  4. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade, State and local regulations, and the Performance Work Statement.

  5. The contractor shall establish procedures to monitor and track progress and compliance with contract requirements.

  6. The contractor shall provide the as built design to the COTR upon completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 1 | Haul/Installation | 2,750 Units | The contractor shall haul & install travel trailers and mobile homes in accordance with the Performance Work Statement. FEMA will be responsible for all lease requirements. All units shall be winterized. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |

2 of 6

CH2M- FEMA (MDL) -006735

Contract HSFEHQ-05-D-0592                Task Order HSFEHQ-05-J-0014

REVISED 04-07-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

## 3.2 Staging - Forward

The contractor shall, when required, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all TT & MH assets to their intended destination.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Staging | 2,750 Units | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT assets to their intended destination. |

## 3.3 Maintenance – Staging Areas

The Contractor shall complete routine as long as the total cost of material does not exceed $250. For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work. It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

CH2M-FEMA (MDL) -006736

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0014

REVISED 04-07-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

## 3.4  Maintenance - Occupancy Maintenance

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers
(TT), Manufactured Homes (MH) or other mobile units) that have been placed under their
control, not to exceed the projected quantity of units.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3 | Maintenance/ Occupancy Maintenance | 2,750 Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

CH2M-FEMA(MDL)-006737

Contract HSFEHQ-05-D-0592                 Task Order HSFEHQ-05-J-0014

REVISED 04-07-2006
STATEMENT OF WORK

Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

### 3.4.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll
free maintenance number for occupants of structures/units to call and report
maintenance problems. This number shall be available and operational as quickly as
practicable after the first unit is ready for occupancy.

### 3.4.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any
maintenance issues within the established time frames.

### 3.4.3 Maintenance Records

The contractor shall provide maintenance services for Travel Trailer (TT),
Manufactured Home (MH) or other mobile structures placed under his control by
FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 4 | Occupancy Maintenance Records | 2,750 Units | In accordance with the contract PWS, the contractor shall establish and maintain maintenance logs for every structure installed/prepared as a result of this Task Order. This log shall include all maintenance calls, e.g. issues identified, and time and status of remedy. |

### 3.4.4 Deactivation and Removal Subtask

The contractor shall deactivate and provide transportation services of mobile
structures from facilities/locations designated by FEMA to other locations as
designated by FEMA

| | | | |
|---|---|---|---|
| 5 | Deactivation/Removal | 2,750 Units | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The |

5 of 6

Contract HSFEHQ-05-D-0592          Task Order HSFEHQ-05-J-0014

**REVISED 04-07-2006**
**STATEMENT OF WORK**
Haul/Install, Maintenance and Deactivation & Removal and GS Maintenance
(CH2M-Hill – Task Order 0014)

|  |  |  | contractor shall clean and make ready the units for re-issuance. |
|---|---|---|---|

## 3.5  Maintenance – Group Site

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 6 | Group Site Infrastructure and Grounds Maintenance | As required | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. |

## 4   Performance Period: The period of performance shall begin on September 14, 2005 through March 31 2006.

4.1.1 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.2 Work efforts which originated within this Task Order and authorized by FEMA beyond 31 March 2006, will be subsequently accounted for in Task orders 06-J-0003 & 06-J-0004 accordingly.

CH2M - FEMA (MDL) - 006739

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1 CONTRACT ID CODE | | PAGE 1 | OF | PAGES 2 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| P00005 | 07/08/02 | | | |

| 6 ISSUED BY | CODE | 53603A | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

DEFENSE CONTRACT MANAGEMENT AGENCY
DCMA CLEVELAND
555 EAST 88TH STREET
CLEVELAND, OHIO 44108

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CH2M HILL, CONSTRUCTORS, INC | | |
| 9191 S. JAMAICA STREET | | 9B. DATED (SEE ITEM 11) |
| ENGLEWOOD, CO. 80112 | | |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 /05-14 |
| | | 10B. DATED (SEE ITEM 13) 05/09/30 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| (SEE CONTINUATION PAGE) |

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|---|
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| x | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☒ is not. ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to correct appropriation data on Modification P00004.

(SEE CONTINUATION PAGE)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | JAMES E. FINLEY |
| | ADMINISTRATIVE Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 8-2-07 |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV. 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA FAR (48 CFR) 53.243 |

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC<br><br>9191 SOUTH JAMAICA STREET<br>ENGLEWOOD CO 80112-5944 | HSFEHQ-05-D-0592 | TN015Q3Y2006T |

| 3. TASK ORDER NUMBER | 5. ORGANIZATION |
|---|---|
| HSFEHQ-05-J-0216 | RECOVERY |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

SEE CONTINUATION PAGE

**9. WORK DETAILS**

THIS IS AN UNPRICED (LETTER CONTRACT) TASK ORDER.  SEE CONTINUATION PAGE(S) FOR TERMS AND CONDITIONS.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF<br>ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| ANTOINETTE C. PASQUARELLA | | FEB - 1 2005 |

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

CH2M-FEMA(MDL)-006766

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0016

REVISED 12-13-2005
STATEMENT OF WORK

Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0016)

# 1 General Provisions

## 1.1 Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:            Housing Area Command
                    Joint Field Office DR-1603
                    415 North 15th Street
                    Baton Rouge, LA 70802

JFO Point of Contact: Ed Macie
Phone:              311-642-1084
Email:              Eward.Macie@fema.gov

Parish: St. Charles

# 2 Operational Objective:

Identify potential temporary housing solutions, resources, and requirement in Louisiana for
people displaced as a result of Hurricane Katrina.

# 3 Identified Tasks:

The contractor shall perform the tasks identified below for the Priority 1 sites below.
Contractor shall execute the below tasks in accordance with the PWS contained in the
contract. The site design and installation requirements stated below shall not exceed Two-
Hundred (200) Travel Trailers and/or Mobile Homes at any one site. A site is defined as a
single location contained within a parish.

CH2M-FEMA (MDL) - 006771

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0016

REVISED 12-13-2005
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0016)

## 3.1 Design Construction, and Installation

The contractor shall haul & install travel trailers, mobile homes, modular homes or other temporary residential structures as expeditiously as possible, following issuance of individual Work Order issuance.  The Contractor shall:

    1. Perform architectural planning of temporary residential "communities".  The contractor shall comply with design requirements specific to each site.  The contractor shall present 50% and 100% construction design reviews to the Government review team.

    2. Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.

    3.  Perform additional site preparation, as necessary, for proper installation of the units. This effort may include developments requiring all utilities, access and infrastructure required to support residents.

    4.  Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade, State and local regulations, and the Performance Work Statement.

    5. The contractor shall establish procedures to monitor and track progress and compliance with contract requirements.

    6. The contractor shall provide the as built design to the COTR upon completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---|---|---|---|
| 3.1 | Group Site Design, Development & Installation | TBD | The contractor shall design and develop Group Sites in accordance with the approved group site design and time line.  The contractor shall install travel trailers and mobile homes in accordance with the Performance Work Statement.  FEMA will be responsible for all lease requirements.  All units shall be winterized. |

CH2M - FEMA (MDL) - 006772

Contract HSFEHQ-05-D-0592                     Task Order HSFEHQ-05-J-0016

REVISED 12-13-2005
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0016)

## 3.2 Staging - Forward

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all TT & MH assets to their intended destination.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.2 | Staging | TBD Travel Trailers and/or Mobile Homes | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT assets to their intended destination. |

## 3.3 Maintenance – Staging  Areas

The Contractor shall complete routine as long as the total cost of material does not exceed $250.  **For Items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.**  It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

CH2M - FEMA (MDL) - 006773

Contract HSFEHQ-05-D-0592                     Task Order HSFEHQ-05-J-0016

REVISED 12-13-2005
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0016)

## 3.4  Maintenance - Occupancy Maintenance

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers
(TT), Manufactured Homes (MH) or other mobile units) that have been placed under their
control, not to exceed the projected quantity of units.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3.4 | Maintenance/ Occupancy Maintenance | TBD Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities |

CH2M - FEMA (MDL) - 006774

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0016

REVISED 12-13-2005
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0016)

## 3.4.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems. This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

## 3.4.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

## 3.4.3 Maintenance Records

The contractor shall provide maintenance services for Travel Trailer (TT), Manufactured Home (MH) or other mobile structures placed under his control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.4.3 | Occupancy Maintenance Records | TBD units serviced | In accordance with the contract PWS, the contractor shall establish and maintain maintenance logs for every structure installed/prepared as a result of Task Order 3 other units place under their control. This log shall include all maintenance calls, e.g. issues identified, and time and status of remedy. |

## 3.4.4 Deactivation and Removal Subtask

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 3.4.4 | Deactivation/Removal | TBD | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as |

5 of 6

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0016

REVISED 12-13-2005
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0016)

| | | | |
|---|---|---|---|
| | | | designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. |

**4    Performance Period:** The period of performance shall begin on September 19, 2005 through March 19, 2007 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA (MDL)-006776

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1 CONTRACT ID CODE | PAGE 1 | OF PAG 1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5 PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | SEE BLOCK 16c | WN00757Y2006T | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than item 6) | CODE |
|---|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN / 540-542-2133
500 C STREET, SW
WASHINGTON DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

| | 9B. DATED (SEE ITEM 11) |
|---|---|
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 HSFEHQ-05-J-0020 |
| X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12 ACCOUNTING AND APPROPRIATION DATA   (If required) |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes to paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF   52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return ___-0-___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO THE ABOVE REFERENCED TASK ORDER TO ADD ADDITIONAL FUNDS IN THE AMOUNT OF ▮▮▮▮▮
LINE ITEM 0001 SHALL REFLECT AN INCREASE OF ▮▮▮▮▮ FROM ▮▮▮▮▮ TO NOW READ ▮▮▮▮▮
ADDITIONALLY, MODIFICATION IS ISSUED TO REPLACE THE STATEMENT OF WORK IN ITS ENTIRETY WITH REVISED STATEMENT
OF WORK DATED 02-21-2006.
END OF MODIFICATION P00001 TO HSFEHQ-05-J-0020.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) |
|---|---|
| | ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | MAR - 7 2006 |

STANDARD FORM 30 (REV 10-83)

CH2M- FEMA (MDL) - 006822

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 02-21-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)


# 1   General Provisions


## 1.1   Disaster Information

Disaster: 1604
State: Mississippi

**Joint Field Office Information:**

Address:        Joint Field Office
                515 E. Amite Street
                Jackson, Mississippi
                39201-2709


JFO Point of Contact: Mike Keeney, COTR
Phone:                703-673-8353

Counties: State of Mississippi

# 2   **Operational Objective:**  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.


# 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the Performance Work Statement.

CH2M-FEMA(MDL)-006827

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 02-21-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.1   Installation of Temporary Housing (Manufactured Housing)

The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites per Exhibits 6,7,8 and 9 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Transport and Install Temporary Housing (Exhibits 6,7,8, and 9) | 8,000 Units (Not to exceed) | The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites as directed by FEMA.  The contractor shall perform services to make the temporary housing units Ready for Occupancy (RFO) and notify FEMA-IA Housing Operations that the units are RFO. <br><br> • The contractor shall be responsible for adherence to applicable local, state, and federal building regulations and laws. <br> • The contractor shall acquire all permits and approvals required of installation. <br> • The contractor shall be required to meet recommended installation requirements and/or FEMA requirements as directed. |

## 3.2  Maintenance  - Occupancy

The contractor shall resolve maintenance issues relating to temporary housing unit (Manufactured Housing) installation and occupancy maintenance per Exhibit 10 of the Basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Occupancy Maintenance (Exhibit 10) | 8,500 Units (Not to exceed) | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA.  The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized |

CH2M- FEMA (MDL) - 006828

Contract HSFEHQ-05-D-0592                                   Task Order HSFEHQ-05-J-0020

REVISED 02-21-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| | | maintenance personnel among multiple facilities. |
|---|---|---|

### 3.2.1  Maintenance Contact Phone Number

The contractor shall establish, operate and provide a toll-free maintenance telephone number for occupants of the temporary housing units to report maintenance problems.  This service shall be provided 24 hours a day, 7 days a week.

### 3.2.2  Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the Work Plan.  Temporary housing preventive maintenance (For example: winterizing) is to be performed as required per the Work Plan.

### 3.2.3  Maintenance Records

The contractor shall establish and maintain maintenance logs for every temporary housing unit installed under their control.  This log will include all maintenance calls, maintenance problems identified, and time and status of remedy.

## 3.3 Maintenance – Group Site

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Group Site Infrastructure and Grounds Maintenance (Exhibit # 13) | 8,500 Units (Not to exceed) | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 30 June 2006.  After this date, FEMA may elect to utilize up to 2 one month option periods to allow for a phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |

## 3.4     Deactivation and Removal

The contractor shall deactivate and remove temporary housing (Manufactured Housing) units on group, EGS, and private sites as directed by FEMA per Exhibit 11 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|

3 of 5

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 02-21-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| Deactivation and Removal (Exhibit 11) | 8,500 Units (Not to exceed) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. <br><br> • The contractor shall provide staffing to deactivate units. <br> • The contractor shall clean, sanitize and recondition temporary housing units as required. <br> • The contractor shall remove all utility connections as required. <br> • The contractor shall perform property restoration to pre-construction conditions as required and/or as directed by FEMA. <br> • The contractor shall transport temporary housing units to a location determined by FEMA. |
|---|---|---|

## 3.5    Security

The contractor shall provide an unarmed, two-man patrol for the EGS trailers on a 24hrs/day, 7 days per week, basis until at least 75% of the trailers are occupied at a given site. Unarmed, roving, patrol guards shall patrol the site and report to police or local law enforcement any security violations. Additional technical direction to be given by FEMA COTR as necessary.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through April 01, 2007 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4 of 5

Contract HSFEHQ-05-D-0592                     Task Order HSFEHQ-05-J-0020

REVISED 02-21-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M - FEMA (MDL) - 006831

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return _____ copies to the issuing office.

FRED M. BRUNE  PRESIDENT

20 Apr 2006

CH2M - FEMA (MDL) - 006836

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 04-19-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1604
State:  Mississippi

**Joint Field Office Information:**

Address:      Joint Field Office
              515 E. Amite Street
              Jackson, Mississippi
              39201-2709

JFO Point of Contact: Mike Keeney, COTR
Phone:              703-673-8353

Counties:  State of Mississippi

# 2   Operational Objective:   Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the Performance Work Statement.

CH2M - FEMA (MDL) - 006839

Contract HSFEHQ-05-D-0592                         Task Order HSFEHQ-05-J-0020

REVISED 04-19-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.1   Installation of Temporary Housing (Manufactured Housing)

The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites per Exhibits 6,7,8 and 9 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Transport and Install Temporary Housing (Exhibits 6,7,8, and 9) | 7,000 Units | The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites as directed by FEMA.  The contractor shall perform services to make the temporary housing units Ready for Occupancy (RFO) and notify FEMA-IA Housing Operations that the units are RFO.  <br><br>• The contractor shall be responsible for adherence to applicable local, state, and federal building regulations and laws. <br>• The contractor shall acquire all permits and approvals required of installation. <br>• The contractor shall be required to meet recommended installation requirements and/or FEMA requirements as directed. <br><br>Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to four (4), five hundred (500) unit options allowing the maximum quantity under this Task ID to reach but not exceed 9,000 units.  Option will be exercised IAW 4.1.1 noted below. |

## 3.2   Maintenance  - Occupancy

The contractor shall resolve maintenance issues relating to temporary housing unit (Manufactured Housing) installation and occupancy maintenance per Exhibit 10 of the Basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Occupancy Maintenance (Exhibit 10) | 6,000 Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 |

2 of 5

Contract HSFEHQ-05-D-0592                              Task Order HSFEHQ-05-J-0020

REVISED 04-19-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| | | |
|---|---|---|
| | | March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. Additionally, these options may include FEMA increasing the quantity by 250 unit increments up to a quantity not to exceed 7,000 units. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

### 3.2.1  Maintenance Contact Phone Number

The contractor shall establish, operate and provide a toll-free maintenance telephone number for occupants of the temporary housing units to report maintenance problems. This service shall be provided 24 hours a day, 7 days a week.

### 3.2.2  Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the Work Plan. Temporary housing preventive maintenance (For example: winterizing) is to be performed as required per the Work Plan.

### 3.2.3  Maintenance Records

The contractor shall establish and maintain maintenance logs for every temporary housing unit installed under their control. This log will include all maintenance calls, maintenance problems identified, and time and status of remedy.

## 3.3 Maintenance – Group Site

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Group Site Infrastructure and Grounds Maintenance (Exhibit # 13) | As required | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 30 June 2006. After this date, FEMA may |

3 of 5

CH2M - FEMA (MDL) - 006841

REVISED 04-19-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

> elect to utilize up to 2 one month option periods to
> allow for a phase out/in period to transfer maintenance
> activities to other contractors as identified by FEMA.

## 3.4    Deactivation and Removal

The contractor shall deactivate and remove temporary housing (Manufactured Housing) units on group, EGS, and private sites as directed by FEMA per Exhibit 11 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Deactivation and Removal (Exhibit 11) | 3,500 Units | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance.<br><br>• The contractor shall provide staffing to deactivate units.<br>• The contractor shall clean, sanitize and recondition temporary housing units as required.<br>• The contractor shall remove all utility connections as required.<br>• The contractor shall perform property restoration to pre-construction conditions as required and/or as directed by FEMA.<br>• The contractor shall transport temporary housing units to a location determined by FEMA.<br><br>Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to four (4), five hundred (500) unit options allowing the maximum quantity under this Task ID to reach but not exceed 5,500 units. Option will be exercised IAW 4.1.1 noted below. |

## 3.5    Security

4 of 5

REVISED 04-09-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

The contractor shall provide an unarmed, two-man patrol for the EGS trailers on a 24hrs/day, 7 days per week, basis until at least 75% of the trailers are occupied at a given site. Unarmed, roving, patrol guards shall patrol the site and report to police or local law enforcement any security violations. Additional technical direction to be given by FEMA COTR as necessary.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through June 30, 2006 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor (NOTE: Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M - FEMA (MDL) - 006843

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO | 1 CONTRACT ID CODE | PAGE 1 | OF PAG 8 |
|---|---|---|---|---|

| 2 AMENDMENT/MODIFICATION NO. P00007 | 3 EFFECTIVE DATE SEE BLOCK 16c | 4 REQUISITION/PURCHASE REQ NO WN00758Y2006T | 5 PROJECT NO (if applicable) |

| 6 ISSUED BY | CODE 5845 | 7 ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| FEDERAL EMERGENCY MANAGEMENT AGENCY FINANCIAL & ACQUISITIONS MGMT DIVISION ATTN: JAY D. COHEN / 540-542-2133 500 C STREET, SW WASHINGTON DC 20472 | | | |

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|---|
| CH2M HILL CONSTRUCTORS, INC | | | 9B DATED (SEE ITEM 11) |
| 9191 SOUTH JAMAICA STREET ENGLEWOOD CO 80112-5946 | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 HSFEHQ-05-J-0020 |
| | | | 10B. DATED (SEE ITEM 13) 09-30-2005 |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF 52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return 0 copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

A] MODIFICATION IS ISSUED TO EXERCISE AND FUND THE FOLLOWING OPTIONS: THREE[3], FIVE-HUNDRED[500] OPTION UNITS FOR HAUL/INSTALL; TWO[2], FIVE-HUNDRED[500] OPTION UNITS FOR DEACTIVATION/REMOVAL; AND SIX[6], TWO-HUNDRED AND FIFTY[250] OPTION UNITS FOR OCCUPANCY MAINTENANCE. NEW QUANTITY UNDER SUB TASK 3.1 SHALL NOW READ A QUANTITY OF 6,500 UNITS. NEW QUANTITY UNDER SUB TASK 3.2 SHALL NOW READ A QUANTITY OF 7,500 UNITS. NEW QUANTITY UNDER SUB TASK 3.4 SHALL NOW READ A QUANTITY OF 4,500 UNITS. THEREFORE, THIS MODIFICATION, P00007 SHALL ADD ADDITIONAL FUNDS IN THE AMOUNT OF ████████ LINE ITEM 0001 SHALL REFLECT AN INCREASE OF ████████ FROM ████████ TO NOW READ ████████

B] THE ATTACHED TERMS AND CONDITIONS AS WELL AS SOW DATED 05-12-2006 SHALL SUPERSEDE THOSE TERMS AND CONDITIONS ISSUED UNDER THE SUBJECT TASK ORDER ON MAY 03, 2006 VIA MODIFICATION P00006.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|
| 15B CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C DATE SIGNED MAY 12 2006 |

STANDARD FORM 30 (REV 10-83)

CH2M-FEMA(MDL)-006850

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 05-12-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

# 1  General Provisions

## 1.1  Disaster Information

Disaster: 1604
State: Mississippi

**Joint Field Office Information:**

Address:      Joint Field Office
              515 E. Amite Street
              Jackson, Mississippi
              39201-2709

JFO Point of Contact: Jerry Harper, COTR
Phone:                703-673-8353

Counties: State of Mississippi

# 2  Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3  Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the Performance Work Statement.

CH2M-FEMA(MDL)-006853

Contract HSFEHQ-05-D-0592                        Task Order HSFEHQ-05-J-0020

REVISED 05-12-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.1  Installation of Temporary Housing (Manufactured Housing)

The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites per Exhibits 6,7,8 and 9 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Transport and Install Temporary Housing (Exhibits 6,7,8, and 9) | 8,500 Units | The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites as directed by FEMA.  The contractor shall perform services to make the temporary housing units Ready for Occupancy (RFO) and notify FEMA-IA Housing Operations that the units are RFO.<br><br>• The contractor shall be responsible for adherence to applicable local, state, and federal building regulations and laws.<br>• The contractor shall acquire all permits and approvals required of installation.<br>• The contractor shall be required to meet recommended installation requirements and/or FEMA requirements as directed.<br><br>Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to one (1), five hundred (500) unit option allowing the maximum quantity under this Task ID to reach but not exceed 9,000 units.  Option will be exercised IAW 4.1.1 noted below. |

## 3.2  Maintenance  – Occupancy

The contractor shall resolve maintenance issues relating to temporary housing unit (Manufactured Housing) installation and occupancy maintenance per Exhibit 10 of the Basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Occupancy Maintenance (Exhibit 10) | 7,500 Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 |

CH2M - FEMA (MDL) - 006854

Contract HSFEHQ-05-D-0592                              Task Order HSFEHQ-05-J-0020

REVISED 05-12-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| | | |
|---|---|---|
| | | March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

### 3.2.1  Maintenance Contact Phone Number

The contractor shall establish, operate and provide a toll-free maintenance telephone number for occupants of the temporary housing units to report maintenance problems.  This service shall be provided 24 hours a day, 7 days a week.

### 3.2.2  Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the Work Plan.  Temporary housing preventive maintenance (For example: winterizing) is to be performed as required per the Work Plan.

### 3.2.3  Maintenance Records

The contractor shall establish and maintain maintenance logs for every temporary housing unit installed under their control.  This log will include all maintenance calls, maintenance problems identified, and time and status of remedy.

## 3.3  Maintenance – Group Site

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Group Site Infrastructure and Grounds Maintenance (Exhibit # 13) | As required | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 30 June 2006.  After this date, FEMA may elect to utilize up to 2 one month option periods to allow for a phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |

3 of 5

Contract HSFEHQ-05-D-0592

Task Order HSFEHQ-05-J-0020

REVISED 05-12-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.4 Deactivation and Removal

The contractor shall deactivate and remove temporary housing (Manufactured Housing) units on group, EGS, and private sites as directed by FEMA per Exhibit 11 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Deactivation and Removal (Exhibit 11) | 4,500 Units | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance.<br><br>• The contractor shall provide staffing to deactivate units.<br>• The contractor shall clean, sanitize and recondition temporary housing units as required.<br>• The contractor shall remove all utility connections as required.<br>• The contractor shall perform property restoration to pre-construction conditions as required and/or as directed by FEMA.<br>• The contractor shall transport temporary housing units to a location determined by FEMA.<br><br>Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to two (2), five hundred (500) unit options allowing the maximum quantity under this Task ID to reach but not exceed 5,500 units. Option will be exercised IAW 4.1.1 noted below. |

## 3.5 Security

The contractor shall provide an unarmed, two-man patrol for the EGS trailers on a 24hrs/day, 7 days per week, basis until at least 75% of the trailers are occupied at a given site. Unarmed, roving, patrol guards shall patrol the site and report to police or local law enforcement any security violations. Additional technical direction to be given by FEMA COTR as necessary.

CH2M-FEMA(MDL)-006856

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 05-12-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through June 30, 2006 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor (NOTE: Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA(MDL)-006857

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAG 8 |
|---|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| P00008 | SEE BLOCK 16c | MN0075BY2D06T | | |

| 6. ISSUED BY | CODE | 5B45 | 7. ADMINISTERED BY (If other than item 6) | CODE |
|---|---|---|---|---|
| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>FINANCIAL & ACQUISITIONS MGMT DIVISION<br>ATTN: JAY O. COHEN / 540-542-2033<br>500 C STREET, SW<br>WASHINGTON DC 20412 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No. street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC<br><br>9191 SOUTH JAMAICA STREET<br><br>ENGLEWOOD CO 80112-5946 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0592 HSFEHQ-05-J-0020 |
| | | 10B. DATED (SEE ITEM 13)<br>09-30-2005 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-2 CHANGES - COST REIMBURSEMENT | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:  Contractor ☐ is not.  ☑ is required to sign this document and return  3  copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO REPLACE THE STATEMENT OF WORK AND EXERCISE DEACTIVATION OPTIONS (SEE CONTINUATION PAGE).

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Kenneth J. Melchiorre, Deputy PM | ANTOINETTE C. PASQUARELLA<br>CONTRACTING OFFICER |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 7.06.06 | BY (Signature of Contracting Officer) | JUL 12 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(MDL)-006858

Contract HSFEHQ-05-D-0592                        Task Order HSFEHQ-05-J-0020

REVISED 06-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

# 1   General Provisions

## 1.1   Disaster Information

Disaster:  1604
State:  Mississippi

**Joint Field Office Information:**

Address:      Joint Field Office
              515 E. Amite Street
              Jackson, Mississippi
              39201-2709

JFO Point of Contact:  Jerry Harper, COTR
Phone:                 703-673-8353

Counties:  State of Mississippi

# 2   Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the Performance Work Statement.

1 of 5

CH2M-FEMA(MDL)-006861

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 06-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.1   Installation of Temporary Housing (Manufactured Housing)

The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites per Exhibits 6,7,8 and 9 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Transport and Install Temporary Housing (Exhibits 6,7,8, and 9) | 8,500 Units | The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites as directed by FEMA. The contractor shall perform services to make the temporary housing units Ready for Occupancy (RFO) and notify FEMA-IA Housing Operations that the units are RFO.<br><br>• The contractor shall be responsible for adherence to applicable local, state, and federal building regulations and laws.<br>• The contractor shall acquire all permits and approvals required of installation.<br>• The contractor shall be required to meet recommended installation requirements and/or FEMA requirements as directed.<br><br>Period of performance for the above shall be from issuance of PAN through September 30, 2006. Within this period of performance, FEMA may elect to utilize up to one (1), five hundred (500) unit option allowing the maximum quantity under this Task ID to reach but not exceed 9,000 units.  Option will be exercised IAW 4.1.1 noted below. |

## 3.2  Maintenance  - Occupancy

The contractor shall resolve maintenance issues relating to temporary housing unit (Manufactured Housing) installation and occupancy maintenance per Exhibit 10 of the Basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Occupancy Maintenance (Exhibit 10) | 7,500 Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 |

CH2M-FEMA(MDL)-006862

Contract HSFEHQ-05-D-0592                           Task Order HSFEHQ-05-J-0020

REVISED 06-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| | | |
|---|---|---|
| | | March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. Additionally, from the period of June 01, 2006 through June 30, 2006, contractor shall maintain 6,600 units while these units are phased over to the MDCs. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

### 3.2.1 Maintenance Contact Phone Number

The contractor shall establish, operate and provide a toll-free maintenance telephone number for occupants of the temporary housing units to report maintenance problems. This service shall be provided 24 hours a day, 7 days a week.

### 3.2.2 Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the Work Plan. Temporary housing preventive maintenance (For example: winterizing) is to be performed as required per the Work Plan.

### 3.2.3 Maintenance Records

The contractor shall establish and maintain maintenance logs for every temporary housing unit installed under their control. This log will include all maintenance calls, maintenance problems identified, and time and status of remedy.

## 3.3 Maintenance – Group Site

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Group Site Infrastructure and Grounds Maintenance (Exhibit # 13) | As required | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 30 June 2006. After this date, FEMA may |

CH2M- FEMA (MDL) -006863

Contract HSFEHQ-05-D-0592                               Task Order HSFEHQ-05-J-0020

REVISED 06-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| | | elect to utilize up to 2 one month option periods to allow for a phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
|---|---|---|

## 3.4 Deactivation and Removal

The contractor shall deactivate and remove temporary housing (Manufactured Housing) units on group, EGS, and private sites as directed by FEMA per Exhibit 11 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Deactivation and Removal (Exhibit 11) | 5,500 Units | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance.<br><br>• The contractor shall provide staffing to deactivate units.<br>• The contractor shall clean, sanitize and recondition temporary housing units as required.<br>• The contractor shall remove all utility connections as required.<br>• The contractor shall perform property restoration to pre-construction conditions as required and/or as directed by FEMA.<br>• The contractor shall transport temporary housing units to a location determined by FEMA.<br><br>Period of performance for the above shall be from issuance of PAN through June 30, 2006. |

## 3.5 Security

The contractor shall provide an unarmed, two-man patrol for the EGS trailers on a 24hrs/day, 7 days per week, basis until at least 75% of the trailers are occupied at a given site. Unarmed, roving, patrol guards shall patrol the site and report to police or local law enforcement any security violations. Additional technical direction to be given by FEMA COTR as necessary.

CH2M-FEMA(MDL)-006864

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-05-J-0020

REVISED 06-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through September 30, 2006 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor (NOTE: Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA(MDL)-006865

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | BPA NO | 1 CONTRACT ID CODE | PAGE 1 | OF PAG 6 |
|---|---|---|---|---|---|

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00009 | SEE BLOCK 16c | WN00758Y2006T | |

6 ISSUED BY    CODE 5845

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY O. COHEN / 540-542-2133
500 C STREET, SW
WASHINGTON DC 20412

7 ADMINISTERED BY (If other than Item 6)    CODE

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|
| | | |
| CH2M HILL CONSTRUCTORS, INC | | 9B. DATED (SEE ITEM 11) |
| | | |
| 9191 SOUTH JAMAICA STREET | | 10A. MODIFICATION OF CONTRACT/ORDER NO |
| | | HSFEHQ-05-D-0592 HSFEHQ-05-J-0020 |
| ENGLEWOOD CO 80112-5946 | | 10B DATED (SEE ITEM 13) |
| | X | 09-30-2005 |

CODE    FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-2 CHANGES - COST REIMBURSEMENT | |
| | D. OTHER (Specify type of modification and authority) | |

### E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return -0- copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

A) MODIFICATION IS ISSUED TO EXERCISE AND FUND THE FOLLOWING OPTION: ONE(1), FIVE-HUNDRED(500) OPTION UNITS FOR HAUL/INSTALL.  NEW QUANTITY UNDER SUB TASK 3.1 SHALL NOW READ A QUANTITY OF 9,600 UNITS.  THEREFORE THIS MODIFICATION, P00009 SHALL ADD ADDITIONAL FUNDS IN THE AMOUNT OF ████████.  LINE ITEM 0001 SHALL REFLECT A INCREASE OF ████████ FROM ████████ TO NOW READ ████████.

B) THE ATTACHED TERMS AND CONDITIONS AS WELL AS SOW DATED 07-16-2006 SHALL SUPERSEDE THOSE TERMS AND CONDITIONS ISSUED UNDER THE SUBJECT TASK ORDER ON JULY 12, 2006 VIA MODIFICATION P00008.

C) AWARD OF THIS TASK ORDER IS MADE PRIOR TO COMPLETION OF A PRE-AWARD AUDIT TO BE CONDUCTED BY THE DEFENSE CONTRACT AUDIT AGENCY (DCAA).  THEREFORE, THE RIGHTS AND OBLIGATION OF THE PARTIES ARE CONTINGENT UPON THE FINDINGS/RECOMMENDATIONS OF THE AUDIT.  UPON RECEIPT OF THE FINAL AUDIT REPORT, THE GOVERNMENT WILL NEGOTIATE AND ISSUE A MODIFICATION TO THE CONTRACT, AS APPROPRIATE  IN ACCORDANCE WITH THE FAR, THE CONTRACTOR SHALL HAVE AN ACCEPTABLE ACCOUNTING SYSTEM FOR ADEQUATE TRACKING OF COSTS.  UPON RECEIPT OF THE FINAL DCAA AUDIT REPORT, THE CONTRACTING OFFICER WILL NOTIFY THE CONTRACTOR AS TO THE FINDINGS ON THE ACCEPTABILITY OF THE CONTRACTOR'S PRICING. END OF MODIFICATION P00009 TO HSFEHQ-05-J-0020.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A NAME AND TITLE OF SIGNER (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
| 15B CONTRACTOR/OFFEROR | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | JUL 18 2006 |

STANDARD FORM 30 (REV 10-83)

Contract HSFEHQ-05-D-0592                              Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1604
State: Mississippi

**Joint Field Office Information:**

Address:        Joint Field Office
                515 E. Amite Street
                Jackson, Mississippi
                39201-2709


JFO Point of Contact: Jerry Harper, COTR
Phone:                703-673-8353

Counties: State of Mississippi

# 2   Operational Objective:   Identify and provide temporary housing solutions for all
people displaced because of Hurricane Katrina.

# 3   Identified Tasks

The contractor shall perform the tasks identified below. Contractor shall execute these tasks to
the requirements identified in this task order and in accordance with the Performance Work
Statement.

1 of 5

CH2M-FEMA(MDL)-006869

Contract HSFEHQ-05-D-0592                              Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.1   Installation of Temporary Housing (Manufactured Housing)

The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites per Exhibits 6,7,8 and 9 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Transport and Install Temporary Housing (Exhibits 6,7,8, and 9) | 9,000 Units | The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites as directed by FEMA.  The contractor shall perform services to make the temporary housing units Ready for Occupancy (RFO) and notify FEMA-1A Housing Operations that the units are RFO.<br><br>• The contractor shall be responsible for adherence to applicable local, state, and federal building regulations and laws.<br>• The contractor shall acquire all permits and approvals required of installation.<br>• The contractor shall be required to meet recommended installation requirements and/or FEMA requirements as directed.<br><br>Period of performance for the above shall be from issuance of PAN through September 30, 2006. |

## 3.2   Maintenance  – Occupancy

The contractor shall resolve maintenance issues relating to temporary housing unit (Manufactured Housing) installation and occupancy maintenance per Exhibit 10 of the Basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Occupancy Maintenance (Exhibit 10) | 7,500 Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. Additionally, from the period of June 01, 2006 through June 30, 2006, |

CH2M-FEMA(MDL)-006870

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| | | contractor shall maintain 6,600 units while these units are phased over to the MDCs. Contractor shall maintain call center through July 06, 2006. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |
|---|---|---|

### 3.2.1 Maintenance Contact Phone Number

The contractor shall establish, operate and provide a toll-free maintenance telephone number for occupants of the temporary housing units to report maintenance problems. This service shall be provided 24 hours a day, 7 days a week.

### 3.2.2 Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the Work Plan. Temporary housing preventive maintenance (For example: winterizing) is to be performed as required per the Work Plan.

### 3.2.3 Maintenance Records

The contractor shall establish and maintain maintenance logs for every temporary housing unit installed under their control. This log will include all maintenance calls, maintenance problems identified, and time and status of remedy.

## 3.3 Maintenance – Group Site

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Group Site Infrastructure and Grounds Maintenance (Exhibit # 13) | As required | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 30 June 2006. After this date, FEMA may elect to utilize up to 2 one month option periods to allow for a phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |

CH2M-FEMA(MDL)-006871

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.4    Deactivation and Removal

The contractor shall deactivate and remove temporary housing (Manufactured Housing) units on group, EGS, and private sites as directed by FEMA per Exhibit 11 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Deactivation and Removal (Exhibit 11) | 5,500 Units | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA.  The contractor shall clean and make ready the units for re-issuance.<br><br>• The contractor shall provide staffing to deactivate units.<br>• The contractor shall clean, sanitize and recondition temporary housing units as required.<br>• The contractor shall remove all utility connections as required.<br>• The contractor shall perform property restoration to pre-construction conditions as required and/or as directed by FEMA.<br>• The contractor shall transport temporary housing units to a location determined by FEMA.<br><br>Period of performance for the above shall be from issuance of PAN through June 30, 2006. |

## 3.5    Security

The contractor shall provide an unarmed, two-man patrol for the EGS trailers on a 24hrs/day, 7 days per week, basis until at least 75% of the trailers are occupied at a given site. Unarmed, roving, patrol guards shall patrol the site and report to police or local law enforcement any security violations. Additional technical direction to be given by FEMA COTR as necessary.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through September 30, 2006 unless otherwise noted above.

CH2M-FEMA(MDL)-006872

Contract HSFEHQ-05-D-0592                        Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so idenlified by FEMA as having taken over maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor (NOTE: Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA(MDL)-006873

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 8 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00010 | SEE BLOCK 16C | NN00015Y2006T | |

| 6. ISSUED BY | CODE | S3603A | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

6. ISSUED BY

DEFENSE CONTRACT MANAGEMENT AGENCY
DCMA CLEVELAND
555 EAST 88TH STREET
CLEVELAND, OHIO 44108

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| CH2M HILL CONSTRUCTORS, INC | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| 9191 SOUTH JAMAICA STREET | | HSFEHQ-05-D-0592 HSFEHQ-05-J-0020 |
| ENGLEWOOD CO 80112-5946 | X | 10B. DATED (SEE ITEM 13) |
| | | 09-30-2005 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | SEE CONTINUATION SHEET |
|---|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return -0- copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

### SEE CONTINUATION SHEET

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | ROBERT D. FRIEDEN |
| | CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | BY | 14 SEP 06 |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) | |

| 15C. DATE SIGNED | |
|---|---|

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(MDL)-006874

Contract HSFEHQ-05-D-0592        Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

# 1 General Provisions

## 1.1 Disaster Information

Disaster: 1604
State: Mississippi

**Joint Field Office Information:**

Address:      Joint Field Office
515 E. Amite Street
Jackson, Mississippi
39201-2709

JFO Point of Contact: Jerry Harper, COTR
Phone:           703-673-8353

Counties: State of Mississippi

# 2 Operational Objective: Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3 Identified Tasks

The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the Performance Work Statement.

CH2M-FEMA(MDL)-006876

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.1  Installation of Temporary Housing (Manufactured Housing)

The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites per Exhibits 6,7,8 and 9 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Transport and Install Temporary Housing (Exhibits 6,7,8, and 9) | 9,300 Units | The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites as directed by FEMA. **The initial anticipated mix was 80/20 TT/MH, installations to date have been 25/75 TT/MH, and the projected ratio for future installations is 10/90 TT/MH.** The contractor shall perform services to make the temporary housing units Ready for Occupancy (RFO) and notify FEMA-IA Housing Operations that the units are RFO.<br><br>• The contractor shall be responsible for adherence to applicable local, state, and federal building regulations and laws.<br>• The contractor shall acquire all permits and approvals required of installation.<br>• The contractor shall be required to meet recommended installation requirements and/or FEMA requirements as directed.<br><br>**The overall limit of trailers is raised to 9,300 units, 300 units available upon execution of the TO revision.**<br>Period of performance for the above shall be from issuance of PAN through September 30, 2006. |

## 3.2  Maintenance  - Occupancy

The contractor shall resolve maintenance issues relating to temporary housing unit (Manufactured Housing) installation and occupancy maintenance per Exhibit 10 of the Basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|

CH2M-FEMA(MDL)-006877

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| Occupancy Maintenance (Exhibit 10) | 7,500 Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. Additionally, from the period of June 01, 2006 through June 30, 2006, contractor shall maintain 6,600 units while these units are phased over to the MDCs. Contractor shall maintain call center through July 06, 2006. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities.<br><br>**In addition, clean and make ready and minor maintenance were performed on approximately 300 units not installed by contractor.**<br><br>**On an emergency basis the installation of 940 steps and ramps on temporary housing units, and the reblocking of 75 were done during the MDC transition period until CLIN for these activities could be issued.** |
| --- | --- | --- |

### 3.2.1  Maintenance Contact Phone Number

The contractor shall establish, operate and provide a toll-free maintenance telephone number for occupants of the temporary housing units to report maintenance problems. This service shall be provided 24 hours a day, 7 days a week.

### 3.2.2  Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the Work Plan. Temporary housing preventive maintenance (For example: winterizing) is to be performed as required per the Work Plan.

3 of 6

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

### 3.2.3 Maintenance Records

The contractor shall establish and maintain maintenance logs for every temporary housing unit installed under their control. This log will include all maintenance calls, maintenance problems identified, and time and status of remedy.

## 3.3 Maintenance – Group Site

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Group Site Infrastructure and Grounds Maintenance (Exhibit # 13) | As required | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 30 June 2006. After this date, FEMA may elect to utilize up to 2 one month option periods to allow for a phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. **Dumpster/site trash removal services are provided through September 30, 2006 on selected sites.** |

## 3.4    Deactivation and Removal

The contractor shall deactivate and remove temporary housing (Manufactured Housing) units on group, EGS, and private sites as directed by FEMA per Exhibit 11 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Deactivation and Removal (Exhibit 11) | 5,500 Units | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance.<br><br>• The contractor shall provide staffing to deactivate units.<br>• The contractor shall clean, sanitize and recondition temporary housing units as required.<br>• The contractor shall remove all utility connections as required. |

4 of 6

Contract HSFEHQ-05-D-0592                           Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)



|  |  | • The contractor shall perform property restoration to pre-construction conditions as required and/or as directed by FEMA. |
|  |  | • The contractor shall transport temporary housing units to a location determined by FEMA. |
|  |  | **Repositioning (approximately 90) and relocating (approximately 65) of TT's was done as requested by FEMA to support demolition and reconstruction of damaged dwellings.** |
|  |  | Period of performance for the above shall be from issuance of PAN through September 30, 2006. |

## 3.5      Security

The contractor shall provide an unarmed, two-man patrol for the EGS and Group Site trailers on a 24hrs/day, 7 days per week, basis until at least 75% of the trailers are occupied at a given site. Unarmed, roving, patrol guards shall patrol the site and report to police or local law enforcement any security violations. Additional technical direction to be given by FEMA COTR as necessary.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through September 30, 2006 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor (NOTE: Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain

CH2M - FEMA (MDL) - 006880

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-05-J-0020

REVISED 07-18-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA(MDL)-006881

## FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC | HSFEHQ-06-D-0552 | HM0175872306T/HM2075YS006T |
| 4191 SOUTH JAMAICA STREET | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| ENGLEWOOD CO 40112 5046 | HSFEHQ-06-J-0086 | RECOVERY |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

SEE CONTINUATION PAGE

**9. WORK DETAILS**

THIS IS AN UNPRICED (LETTER CONTRACT) TASK ORDER.  SEE CONTINUATION PAGE(S) FOR TERMS AND CONDITIONS.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ C.3 _____ OF THE SUBJECT CONTRACT

| TYPE OF NAME OF ORDERING/CONTRACTING OFFICER | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| ANTOINETTE C. PASQUARELLA | *[signature]* Antoinette C. Pasquarela | FEB - 1 2006 |

FEMA Form 40-20, JUN 97                                    REPLACES ALL PREVIOUS EDITIONS

CH2M-FEMA (MDL) - 006884

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 01-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1604
State: Mississippi

**Joint Field Office Information:**

Address:       Joint Field Office
               515 E. Amite Street
               Jackson, Mississippi
               39201-2709

JFO Point of Contact:  Fernando Aguilar, COTR
Phone:                 703-673-8353

Counties:  State of Mississippi

# 2   Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the Performance Work Statement.

1 of 4

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-05-J-0020

REVISED 01-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

## 3.1  Sub-Task #1  Installation of Temporary Housing (Manufactured Housing)

The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites per Exhibits 6,7,8 and 9 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Transport and Install Temporary Housing (Exhibits 6,7,8, and 9) | 8,000 Units (Not to exceed) | The contractor shall transport and install temporary housing (Manufactured Housing) units on group, Emergency Group Site (EGS), and private sites as directed by FEMA. The contractor shall perform services to make the temporary housing units Ready for Occupancy (RFO) and notify FEMA-IA Housing Operations that the units are RFO. <br><br> • The contractor shall be responsible for adherence to applicable local, state, and federal building regulations and laws. <br> • The contractor shall acquire all permits and approvals required of installation. <br> • The contractor shall be required to meet recommended installation requirements and/or FEMA requirements as directed. |

## 3.2  Sub-Task #2  Maintenance

The contractor shall resolve maintenance issues relating to temporary housing unit (Manufactured Housing) installation and occupancy maintenance per Exhibit 10 of the Basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Occupancy Maintenance (Exhibit 10) | 8,500 Units (Not to exceed) | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is |

2 of 4

CH2M-FEMA (MDL) - 006890

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-05-J-0020

REVISED 01-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

| | | |
|---|---|---|
| | | permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.2.1 Maintenance Contact Phone Number

The contractor shall establish, operate and provide a toll-free maintenance telephone number for occupants of the temporary housing units to report maintenance problems. This service shall be provided 24 hours a day, 7 days a week.

## 3.2.2 Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the Work Plan. Temporary housing preventive maintenance (For example: winterizing) is to be performed as required per the Work Plan.

## 3.2.3 Maintenance Records

The contractor shall establish and maintain maintenance logs for every temporary housing unit installed under their control. This log will include all maintenance calls, maintenance problems identified, and time and status of remedy.

## 3.3 Sub-Task #3 Deactivation and Removal

The contractor shall deactivate and remove temporary housing (Manufactured Housing) units on group, EGS, and private sites as directed by FEMA per Exhibit 11 of the basic contract.

| Task Title | Projected Qty | Remarks |
|---|---|---|
| Deactivation and Removal (Exhibit 11) | 8,500 Units (Not to exceed) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance.Period of performance is through 30 June 2006.<br><br>• The contractor shall provide staffing to deactivate units.<br>• The contractor shall clean, sanitize and recondition temporary housing units as required.<br>• The contractor shall remove all utility connections as required.<br>• The contractor shall perform property restoration |

3 of 4

Contract HSFEHQ-05-D-0592      Task Order HSFEHQ-05-J-0020

REVISED 01-20-2006
STATEMENT OF WORK
Installation, Maintenance, Deactivation & Removal
(CH2MHILL-Task Order 0020)

|  |  |  |
|--|--|--|
|  |  | to pre-construction conditions as required and/or as directed by FEMA. |
|  |  | • The contractor shall transport temporary housing units to a location determined by FEMA. |

### 3.4 Sub-Task #4 Security

The contractor shall provide an unarmed, two-man patrol for the EGS trailers on a 24hrs/day, 7 days per week, basis until at least 75% of the trailers are occupied at a given site. Unarmed, roving, patrol guards shall patrol the site and report to police or local law enforcement any security violations. Additional technical direction to be given by FEMA COTR as necessary.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through April 01, 2007 unless otherwise noted above.

4.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

4.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M- FEMA (MDL) - 006892

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

## STATEMENT OF WORK

Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0001)

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:                      Housing Area Command
                             Joint Field Office DR-1603
                             415 North 15th Street
                             Baton Rouge, LA 70802

JFO Point of Contact: Ed Macie
Phone:              311-642-1084
Email:              Eward.Macie@fema.gov

Parish: Lafourche

# 2   Operational Objective:

Identify potential temporary housing solutions, resources, and requirement in Louisiana for people displaced as a result of Hurricane Katrina.

# 3   Identified Tasks:

The contractor shall perform the tasks identified below for the Priority 1 sites below. Contractor shall execute the below tasks in accordance with the PWS contained in the contract. . The site design and installation requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile Homes at any one site. A site is defined as a single location contained within a parish.

1 of 6

CH2M-FEMA (MDL)-006925

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

## STATEMENT OF WORK
### Haul/Install, Maintenance and Decactivation & Removal
### (CH2M-HIll – Task Order 0001)

## 3.1 Design Construction, and Installation

The contractor shall install travel trailers, mobile homes, modular homes or other temporary residential structures as expeditiously as possible, following issuance of individual Work Order issuance. The Contractor shall:

1. Perform architectural planning of temporary residential "communities". The contractor shall comply with design requirements specific to each site. The contractor shall present 50% and 100% construction design reviews to the Government review team.

2. Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.

3. Perform additional site preparation, as necessary, for proper installation of the units. This effort may include developments requiring all utilities, access and infrastructure required to support residents.

4. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade, State and local regulations, and the Performance Work Statement.

5. The contractor shall establish procedures to monitor and track progress and compliance with contract requirements.

6. The contractor shall provide the as built design to the COTR upon completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|-------------------|---------|
|         | Installation | TBD | The contractor shall install travel trailers and mobile homes in accordance with the Performance Work Statement. FEMA will be responsible for all lease requirements. All units shall be winterized. |

CH2M-FEMA(MDL)-006926

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

## STATEMENT OF WORK

Haul/Install, Maintenance and Decactivation & Removal
(CH2M-Hill – Task Order 0001)

## 3.2 Staging - Forward

The contractor shall, when required, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all TT & MH assets to their intended destination.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | TBD Travel Trailers and/or Mobile Homes | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT assets to their intended destination. |

## 3.3 Maintenance – Staging  Areas

The Contractor shall complete routine as long as the total cost of material does not exceed $250. For Items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work. It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

## 3.4  Maintenance - Occupancy Maintenance

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.4 | Maintenance/ Occupancy | TBD  Units | The contractor shall provide maintenance services for TT and MH as identified by FEMA. The |

3 of 6

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

## STATEMENT OF WORK

**Haul/Install, Maintenance and Decactivation & Removal
(CH2M-Hill – Task Order 0001)**

|  | Maintenance |  | contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |
|---|---|---|---|

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers (TT), Manufactured Homes (MH) or other mobile units) that have been placed under their control, not to exceed the projected quantity of units.

CH2M-FEMA(MDL)-006928

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

## STATEMENT OF WORK
### Haul/Install, Maintenance and Decactivation & Removal
### (CH2M-Hill – Task Order 0001)

## 3.4.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems. This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

## 3.4.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

## 3.4.3 Maintenance Records

The contractor shall provide maintenance services for Travel Trailer (TT), Manufactured Home (MH) or other mobile structures placed under his control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.4.3 | Occupancy Maintenance Records | TBD units serviced | In accordance with the contract PWS, the contractor shall establish and maintain maintenance logs for every structure installed/prepared as a result of Task Order 3 other units place under their control. This log shall include all maintenance calls, e.g. issues identified, and time and status of remedy. |

## 3.4.4 Deactivation and Removal Subtask

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 3.4.4 | Occupancy Maintenance | TBD | The contractor will provide maintenance services for travel trailers and manufactured homes installed by the contractor as identified by FEMA for up to 18 months or FEMA determines maintenance is no longer needed. |

CH2M-FEMA (MDL) - 006929

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

## STATEMENT OF WORK
#### Haul/Install, Maintenance and Decactivation & Removal
#### (CH2M-Hill – Task Order 0001)

| 3.4.4a | Deactivation/Removal | TBD | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA |
|---|---|---|---|

**4     Performance Period:** The period of performance shall begin on October 7, 2005 through April 7, 2007.

CH2M-FEMA(MDL)-006930

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC<br><br>9191 SOUTH JAMAICA STREET<br>ENGLEWOOD CO 80112-5946 | HSFEHQ-05-D-0592 | TN02002Y2006T |
| | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| | HSFEHQ-06-J-0001 | RECOVERY |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

SEE CONTINUATION PAGE

**9. WORK DETAILS**

THIS IS AN UNPRICED (LETTER CONTRACT) TASK ORDER.   SEE CONTINUATION PAGE(S) FOR TERMS AND CONDITIONS.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPEO NAME OF<br>ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| ANTOINETTE C. PASQUARELLA | | MAR 1 8 2006 |

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

CH2M-FEMA(MDL)-006938

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

REVISED 03-13-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0001)

# 1 General Provisions

## 1.1 Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:             Housing Area Command
                     Joint Field Office DR-1603
                     415 North 15th Street
                     Baton Rouge, LA 70802

JFO Point of Contact: Edward Macie, COTR
Phone:               703-376-7476

Parish: Lafourche

# 2 Operational Objective:

Identify potential temporary housing solutions, resources, and requirement in Louisiana for people displaced as a result of Hurricane Katrina.

# 3 Identified Tasks:

The contractor shall perform the tasks identified below for the Priority 1 sites below. Contractor shall execute the below tasks in accordance with the PWS contained in the contract. . The site design and installation requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile Homes at any one site. A site is defined as a single location contained within a parish.

CH2M-FEMA (MDL) - 006943

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

REVISED 03-13-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0001)

## 3.1 Design Construction, and Installation

The contractor shall hanl and install travel trailers, mobile homes, modular homes or other temporary residential structures as expeditiously as possible, following issuance of individual Work Order issuance.  The Contractor shall:

i. Perform architectural planning of temporary residential "communities".  The contractor shall comply with design requirements specific to each site.  The contractor shall present 50% and 100% construction design reviews to the Government review team.

2. Haul/Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.

3. Perform additional site preparation, as necessary, for proper installation of the units. This effort may include developments requiring all utilities, access and infrastructure required to support residents.

4. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade, State and local regulations, and the Performance Work Statement.

5. The contractor shall establish procedures to monitor and track progress and compliance with contract requirements.

6. The contractor shall provide the as built design to the COTR upon completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 3.1 | Haul and Installation | 350 Units | The contractor shall haul and install travel trailers and mobile homes in accordance with the Performance Work Statement.  FEMA will be responsible for all lease requirements.  All units shall be winterized. |

CH2M-FEMA (MDL) -006944

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

### REVISED 03-13-2006
### STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hlll – Task Order 0001)

## 3.2 Staging - Forward

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all TT & MH assets to their intended destination.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.2 | Staging | 350 Units | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT assets to their intended destination. |

## 3.3 Maintenance – Staging  Areas

The Contractor shall complete routine as long as the total cost of material does not exceed $250.  For items and materials considered as **Major Material Items** the contractor must **notify and obtain approval from the COTR** prior to **performing the work**.  It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

CH2M- FEMA (MDL) - 006945

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

REVISED 03-13-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0001)

## 3.4  Maintenance - Occupancy Maintenance

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers (TT), Manufactured Homes (MH) or other mobile units) that have been placed under their control, not to exceed the projected quantity of units

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.4 | Maintenance/ Occupancy Maintenance | 350 Units | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

CH2M-FEMA (MDL) -006946

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0001

REVISED 03-13-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0001)

## 3.4.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems.  This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

## 3.4.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

## 3.4.3 Maintenance Records

The contractor shall provide maintenance services for Travel Trailer (TT), Manufactured Home (MH) or other mobile structures placed under his control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.4.3 | Occupancy Maintenance Records | 350 Units | In accordance with the contract PWS, the contractor shall establish and maintain maintenance logs for every structure installed/prepared as a result of Task Order 3 other units place under their control.  This log shall include all maintenance calls, e.g. issues identified, and time and status of remedy. |

## 3.4.4 Deactivation and Removal Subtask

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 3.4.4 | Deactivation/Removal | 350 Units | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as |

5 of 6

Contract HSFEHQ-05-D-0592                Task Order HSFEHQ-06-J-0001

REVISED 03-13-2006
STATEMENT OF WORK
Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0001)

| | | | |
|---|---|---|---|
| | | | designated by FEMA. The contractor shall clean and make ready the units for re-issuance. |

**4    Performance Period:** The period of performance shall begin on October 7, 2005 through March 31 2006.

4.1.1 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

4.1.2 Work efforts which originated within this Task Order and authorized by FEMA beyond 31 March 2006, will be subsequently accounted for in Task orders 06-J-0003 & 06-J-0004 accordingly.

CH2M - FEMA (MDL) - 006948

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | BPA NO. | 1. CONTRACT ID CODE | PAGE | OF PAG |
|---|---|---|---|---|---|
| | | | | 1 | 20 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | SEE BLOCK 16c | N/A | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

6. ISSUED BY
FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN
500 C STREET, SW, ROOM 350
WASHINGTON DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

| | 9B DATED (SEE ITEM 11) |
|---|---|
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0592 HSFEHQ-06-J-0002 |
| | 10B DATED (SEE ITEM 13)<br>09-30-2005 |

| CODE | | FACILITY CODE |
|---|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) | N/A |
|---|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation date, etc.)  SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   52.243-2 CHANGES - COST REIMBURSEMENT | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor   ☐ is not,  ☒ is required to sign this document and return _____ 3 _____ copies to the issuing office.

| 14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.) |
|---|

MODIFICATION IS ISSUED TO THE ABOVE REFERENCED TASK ORDER TO REPLACE THE STATEMENT OF WORK.

A. ESTIMATED QUANTITIES IN TASK ID'S 1 THROUGH 5 CHANGED FROM 3,300 UNITS TO NOW READ 3,800 UNITS.

END OF MODIFICATION NO. P00001 TO TASK ORDER NO. HSFEHQ-06-J-0002.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) |
|---|---|
| Kenneth J. Melchiorre   DPM | ANTOINETTE C. PASQUARELLA<br>CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>3/14/06 | 16B. UNITED STATES OF AMERICA<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>MAR 17 2006 |

STANDARD FORM 30   (REV. 10-83)

Contract HSFEHQ-05-D-05.                                        HSFEHQ-06-J-0002

REVISED 03-08-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures – Direct Assistance
(Task Order  0002  )

# General Provisions

## 1. Disaster Information

Disaster number and State: – FEMA-1606- Texas

**Joint Field Office Information:**

Address:    Joint Field Office JFO
            Northview Business Center
            9001 IH-35
            Austin, TX 78741

JFO Point of Contact: Don Pitts, COTR
Phone: 703-774-5394

The following counties are included, but this SOW is not limited to:  Angelina, Brazoria, Chambers, Fort Bend, Galveston, Hardin, Harris, Montgomery, Nacogdoches, Jasper, Jefferson, Liberty, Newton, Orange, Polk, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Tyler, and Walker

## 2. Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of the 2005 Hurricane season.

## 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits. The installation requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile Homes at any one site.  A site is defined as a single location contained within a county.

### 3.1 Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.  The primary focus of this task order is for Travel Trailers (TT), although the inclusion of other mobile structures may be required under this task order.

CH2M-FEMA(MDL)-006955

Contract HSFEHQ-05-D-05. .                                        HSFEHQ-06-J-0002

REVISED 03-08-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002  )

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 3,800 | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive mobile units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or other mobile units in accordance with specific Work Order(s).

The Contractor shall:

3.2.1  Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.

3.2.2  Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement.  The contractor shall obtain all necessary permits and make sure units are ready for occupancy (RFO).

3.2.3  Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4  Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5  Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Only | 3,800 | Haul travel trailers or temporary structures to their intended destination(s) without the requirement install, e.g. alternate staging areas. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul and Installation-TT | 3,800 | The contractor shall haul and install travel trailers on sites in the State of Texas.  All units shall be winterized, either as part of the initial installation or through subsequent |

CH2M-FEMA(MDL)-006956

Contract HSFEHQ-05-D-05...                     Task Order HSFEHQ-06-J-0002
REVISED 03-08-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

| | | | maintenance under subtask #4 in order that RFO can be expedited.  Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
|---|---|---|---|
| | | | |

Note: The total number of trailers for this task order is 3,800, the quantities identified above represent a potential under this effort, it is possible the contractor may not be directed to "haul only", whereas there may or may not be a mix of the two requirements up to the total quantity of 3,800.

## 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures.  The contractor shall make all necessary repairs to systems specified in this task order.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.  Maintenance efforts under this subtask shall include any repairs, pest extermination, and other services necessary to bring them back to like-new condition, if not so provided by FEMA.

### 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems.  The toll free number must be available and operational when the first unit is ready to occupy

### 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed.  The contractor shall provide FEMA a maintenance log upon request.  This log will include all maintenance calls, and status of remedy.  Records shall be in accordance with the contract

CH2M-FEMA(MDL)-006957

Contract HSFEHQ-05-D-05._ _                          _ _sk Order HSFEHQ-06-J-0002

REVISED 03-08-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

requirements.  In accordance with the contract PWS, the contractor shall establish and maintain a
maintenance log for every structure identified as a result of this task order.  This log will include
all maintenance calls, e.g. issues identified and time, and status of remedy.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Occupancy Maintenance | 3,800 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA.  The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 5 | Deactivation and Removal | 3,800 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. |

CH2M - FEMA (MDL) - 006958

Contract HSFEHQ-05-D-05                           ...k Order HSFEHQ-06-J-0002

REVISED 03-08-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

## 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, and additional rigging for temporary mobile structures.

## 4. Wage Determination

94-2505 TX,BEAUMONT

WAGE DETERMINATION NO: 94-2505 REV (25)      AREA: TX,BEAUMONT

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2506

**********************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
|---|---|
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |

|  | Wage Determination No.: 1994-2505 |
|---|---|
| | Revision No.: 25 |
| William W.Gross        Division of | Date Of Revision: 05/23/2005 |
| Director        Wage Determinations | |

States: Louisiana, Texas

Area: Louisiana Parishes of Calcasieu, Cameron, Jefferson Davis, Lafayette, Vermilion
Texas Counties of Angelina, Hardin, Jasper, Jefferson, Nacogdoches, Newton, Orange, Polk, Sabine, San Augustine, Shelby, Tyler

**Fringe Benefits Required Follow the Occupational Listing**

5 of 19

CH2M-FEMA(MDL)-006959

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00002 | SEE BLOCK 16c | | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|---|

**6. ISSUED BY**
FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN / 540-542-2133
500 C STREET, SW
WASHINGTON DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

| | 9B. DATED (SEE ITEM 11) |
|---|---|
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | HSFEHQ-05-D-0592 HSFEHQ-06-J-0002 |
| X | 10B. DATED (SEE ITEM 13) |
| | 09-3C-2005 |

CODE                     FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   52.217-8 OPTION TO EXTEND SERVICES | |
| | D. OTHER (Specify type of modification and authority) | |

**E. IMPORTANT:**   Contractor   [X] is not,   ☐ is required to sign this document and return   -0-   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO THE ABOVE REFERENCED TASK ORDER TO EXERCISE ONE ADDITIONAL MONTHLY OPTION FOR TASK ID 4 CONTAINED WITHIN THIS TASK ORDER'S STATEMENT OF WORK DATED 03-08-2006.  THE EXERCISE OF THIS ONE MONTH OPTION WILL RESULT IN EXTENDING THE PERIOD OF PERFORMANCE FOR THIS SPECIFIC TASK (OCCUPANCY MAINTENANCE) TO OCTOBER 11, 2005 THROUGH APRIL 30, 2006, INCLUSIVE.
END OF MODIFICATION P00002 TO HSFEHQ-06-J-0002.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | ANTOINETTE C. PASQUARELLA |
| | CONTRACTING OFFICER |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | MAR 1 3 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M - FEMA (MDL) - 006975

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 20 |
|---|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

6. ISSUED BY
FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY O. COHEN / 540-542-2133
500 C STREET, SW
WASHINGTON DC 20472

8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code)

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

CODE                FACILITY CODE

| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 HSFEHQ-06-J-0002 |
| X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| ☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers | ☐ is extended, | ☐ is not extended. |
|---|---|---|

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:   (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | 52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return __3__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO THE ABOVE REFERENCED TASK ORDER TO REPLACE THE STATEMENT OF WORK, WHICH SHALL NOW BE DATED 06-19-2006.  SPECIFICALLY, TASK ID'S 1, 2 & 3 SHALL REFLECT AN INCREASE OF 200 UNITS, FROM 3,800 TO NOW READ 4,000.  ADDITIONALLY, THE PERIOD OF PERFORMANCE SHALL NOW REFLECT A PERIOD FROM OCTOBER 11, 2005 THROUGH SEPTEMBER 30, 2006.
THE ABOVE CHANGES ARE MADE AT NO COST TO THE GOVERNMENT.
END OF MODIFICATION P00005 TO HSFEHQ-06-J-0002.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER | |
|---|---|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | |

STANDARD FORM 30   (REV. 10-83)

Contract HSFEHQ-05-D-0592                                    HSFEHQ-06-J-0002
                        REVISED 06-19-2006
                     STATEMENT OF WORK
        Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
                     Mobile Structures - Direct Assistance
                          (Task Order  0002  )

# General Provisions

# 1. Disaster Information

Disaster number and State: – FEMA-1606- Texas

**Joint Field Office Information:**

Address:      Joint Field Office JFO
              Northview Business Center
              9001 IH-35
              Austin, TX 78741

JFO Point of Contact:  John Bruton, COTR
Phone:  703-774-5394

The following counties are included, but this SOW is not limited to:  Angelina, Brazoria, Chambers,
Fort Bend, Galveston, Hardin, Harris, Montgomery, Nacogdoches, Jasper, Jefferson, Liberty,
Newton, Orange, Polk, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Tyler, and Walker

## 2. Operational Objective:  Identify and provide temporary housing solutions for all
people displaced because of the 2005 Hurricane season.

## 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall
execute these tasks to the requirements and specifications identified in this task order, in
accordance with the Performance Work Statements and applicable Exhibits. The installation
requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile
Homes at any one site.  A site is defined as a single location contained within a county.

### 3.1  Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s)
shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA
assets to their intended destination.  The primary focus of this task order is for Travel Trailers
(TT), although the inclusion of other mobile structures may be required under this task order.

CH2M-FEMA(MDL)-007002

Contract HSFEHQ-05-D-0592                                          HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002  )

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 4,000 | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive mobile units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or other mobile units in accordance with specific Work Order(s).

The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.
3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement.  The contractor shall obtain all necessary permits and make sure units are ready for occupancy (RFO).
3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.
3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.
3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Only | 4,000 | Haul travel trailers or temporary structures to their intended destination(s) without the requirement install, e.g. alternate staging areas. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul and Installation- TT | 4,000 | The contractor shall haul and install travel trailers on sites in the State of Texas.  All units shall be winterized, either as part of the initial installation or through subsequent |

2 of 19

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002
REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

|  |  |  | maintenance under subtask #4 in order that RFO can be expedited. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
|---|---|---|---|
|  |  |  |  |

## 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities. Maintenance efforts under this subtask shall include any repairs, pest extermination, and other services necessary to bring them back to like-new condition, if not so provided by FEMA.

## 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

## 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

## 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log will include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements. In accordance with the contract PWS, the contractor shall establish and maintain a maintenance log for every structure identified as a result of this task order. This log will include all maintenance calls, e.g. issues identified and time, and status of remedy.

CH2M-FEMA (MDL) - 007004

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-06-J-0002
                            REVISED 06-19-2006
                         STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
                       Mobile Structures - Direct Assistance
                              (Task Order 0002 )

| Task ID | Task Title | Projected Qty | Projected Funding |
|---|---|---|---|
| 4 | Occupancy Maintenance | 3,800 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to two (2) one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA.  The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.4 Deactivation and Removal Subtask #5

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---|---|---|---|
| 5 | Deactivation and Removal | 800 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to three (3), two- |

CH2M- FEMA (MDL) -007005

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

|  |  |  | hundred and fifty (250) unit options allowing the maximum quantity under this Task ID to reach but not exceed 1,500 units. Option will be exercised IAW 4.1.1 noted below. |
|---|---|---|---|

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, and additional rigging for temporary mobile structures.

## 4. Wage Determination

94-2505 TX,BEAUMONT

WAGE DETERMINATION NO: 94-2505 REV (25)     AREA: TX,BEAUMONT

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2506

```
****************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT         | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |      WAGE AND HOUR DIVISION
                                       |       WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 1994-2505
                                       |       Revision No.: 25
William W.Gross          Division of   |    Date Of Revision: 05/23/2005
Director           Wage Determinations |
```

States: Louisiana, Texas

Area: Louisiana Parishes of Calcasieu, Cameron, Jefferson Davis, Lafayette, Vermilion
Texas Counties of Angelina, Hardin, Jasper, Jefferson, Nacogdoches, Newton, Orange, Polk, Sabine, San Augustine, Shelby, Tyler

CH2M-FEMA(MDL)-007006

Contract HSFEHQ-05-D-0592                                     Task Order HSFEHQ-06-J-0002
                                      REVISED 06-19-2006
                                      STATEMENT OF WORK
        Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
                                Mobile Structures - Direct Assistance
                                        (Task Order 0002 )

information including the position of the contractor and the employees, to the
Wage and Hour Division, Employment Standards Administration, U.S. Department of
Labor, for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to
process the request.

5) The contracting officer transmits the Wage and Hour decision to the
contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond
paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in
the wage determination.  Remember, it is not the job title, but the required
tasks that determine whether a class is included in an established wage
determination. Conformances may not be used to artificially split, combine, or
subdivide classifications listed in the wage determination.


**5. Period of Performance**: The period of performance is the start date indicated in the Pre
Authorization Letter through September 30, 2006 unless otherwise noted above.

   5.1.1 The Government may exercise any or all options. The contracting officer may exercise the option
   periods by written notice to the contractor within 15 days prior to termination of that current performance
   period.

   5.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be
   responsible for supporting the orderly transfer of responsibility for work, records, and Government-
   furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having
   taken over maintenance responsibilities.

CH2M-FEMA(MDL)-007019

Contract HSFEHQ-05-D-0592                Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

5.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 17th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor(NOTE: Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA (MDL) -007020

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | BPA NO. | | 1. CONTRACT ID CODE | | PAGE | OF PAG |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | I | 20 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| P00005 | SEE BLOCK 16c | | | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>FINANCIAL & ACQUISITIONS MGMT DIVISION<br>ATTN: JAY D. COHEN / 540-542-2133<br>500 C STREET, SW<br>WASHINGTON DC 20472 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|
| CH2M HILL CONSTRUCTORS, INC<br><br>9191 SOUTH JAMAICA STREET<br><br>ENGLEWOOD CO 80112-5946 | | | | 9B. DATED (SEE ITEM 11) |
| | | | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0592 HSFEHQ-06-J-0002 |
| | | | X | 10B. DATED (SEE ITEM 13)<br>09-30-2005 |
| CODE | | FACILITY CODE | | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | |
|---|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | 52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor ☐ is not, ☑ is required to sign this document and return __3__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO THE ABOVE REFERENCED TASK ORDER TO REPLACE THE STATEMENT OF WORK, WHICH SHALL NOW BE DATED 06-19-2006. SPECIFICALLY, TASK ID'S 1, 2 & 3 SHALL REFLECT AN INCREASE OF 200 UNITS, FROM 3,800 TO NOW READ 4,000. ADDITIONALLY, THE PERIOD OF PERFORMANCE SHALL NOW REFLECT A PERIOD FROM OCTOBER 11, 2005 THROUGH SEPTEMBER 30, 2006.
THE ABOVE CHANGES ARE MADE AT NO COST TO THE GOVERNMENT.
END OF MODIFICATION P00005 TO HSFEHQ-06-J-0002.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Kenneth J. Melchiorre, Deputy PM | ANTOINETTE C. PASQUARELLA<br>CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | |

STANDARD FORM 30 (REV. 10-83)

Contract HSFEHQ-05-D-0592                                    HSFEHQ-06-J-0002
                              REVISED 06-19-2006
                              STATEMENT OF WORK
        Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
                              Mobile Structures – Direct Assistance
                                  (Task Order  0002  )

# General Provisions

# 1.Disaster Information

Disaster number and State:  – FEMA-1606- Texas

**Joint Field Office Information:**

Address:      Joint Field Office JFO
              Northview Business Center
              9001 IH-35
              Austin, TX  78741

JFO Point of Contact:  John Bruton, COTR
Phone:  703-774-5394

The following counties are included, but this SOW is not limited to:  Angelina, Brazoria, Chambers,
Fort Bend, Galveston, Hardin, Harris, Montgomery, Nacogdoches, Jasper, Jefferson, Liberty,
Newton, Orange, Polk, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Tyler, and Walker

## 2. Operational Objective:  Identify and provide temporary housing solutions for all
people displaced because of the 2005 Hurricane season.

## 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall
execute these tasks to the requirements and specifications identified in this task order, in
accordance with the Performance Work Statements and applicable Exhibits. The installation
requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile
Homes at any one site.  A site is defined as a single location contained within a county.

### 3.1  Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s)
shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA
assets to their intended destination.  The primary focus of this task order is for Travel Trailers
(TT), although the inclusion of other mobile structures may be required under this task order.

1 of 19

CH2M-FEMA(MDL)-007024

Contract HSFEHQ-05-D-0592                                    HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order  0002   )

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 1 | Staging | 4,000 | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive mobile units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or other mobile units in accordance with specific Work Order(s).

The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits and make sure units are ready for occupancy (RFO).

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Only | 4,000 | Haul travel trailers or temporary structures to their intended destination(s) without the requirement install, e.g. alternate staging areas. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul and Installation-TT | 4,000 | The contractor shall haul and install travel trailers on sites in the State of Texas. All units shall be winterized, either as part of the initial installation or through subsequent |

CH2M-FEMA(MDL)-007025

Contract HSFEHQ-05-D-0592                                 Task Order HSFEHQ-06-J-0002
REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

| | | | |
|---|---|---|---|
| | | | maintenance under subtask #4 in order that RFO can be expedited.  Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| | | | |

## 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures.  The contractor shall make all necessary repairs to systems specified in this task order.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.  Maintenance efforts under this subtask shall include any repairs, pest extermination, and other services necessary to bring them back to like-new condition, if not so provided by FEMA.

## 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems.  The toll free number must be available and operational when the first unit is ready to occupy

## 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

## 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed.  The contractor shall provide FEMA a maintenance log upon request.  This log will include all maintenance calls, and status of remedy.  Records shall be in accordance with the contract requirements.  In accordance with the contract PWS, the contractor shall establish and maintain a maintenance log for every structure identified as a result of this task order.  This log will include all maintenance calls, e.g. issues identified and time, and status of remedy.

3 of 19

CH2M~FEMA(MDL)-007026

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Occupancy Maintenance | 3,800 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to two (2) one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA.  The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.4 Deactivation and Removal Subtask #5

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 5 | Deactivation and Removal | 800 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to three (3), two- |

4 of 19

CH2M- FEMA (MDL) -007027

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

| | | | |
|---|---|---|---|
| | | | hundred and fifty (250) unit options allowing the maximum quantity under this Task ID to reach but not exceed 1,500 units. Option will be exercised IAW 4.1.1 noted below. |

## 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, and additional rigging for temporary mobile structures.

## 4. Wage Determination

94-2505 TX, BEAUMONT

WAGE DETERMINATION NO: 94-2505 REV (25)    AREA: TX, BEAUMONT

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2506

**********************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
|---|---|
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |

```
                                      | Wage Determination No.: 1994-2505
William W.Gross          Division of  |      Revision No.: 25
Director             Wage Determinations|   Date Of Revision: 05/23/2005
                                      |
```

States: Louisiana, Texas

Area: Louisiana Parishes of Calcasieu, Cameron, Jefferson Davis, Lafayette, Vermilion
Texas Counties of Angelina, Hardin, Jasper, Jefferson, Nacogdoches, Newton, Orange, Polk, Sabine, San Augustine, Shelby, Tyler

CH2M- FEMA (MDL) -007028

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-06-J-0002
REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                                    MINIMUM WAGE RATE

01000 - Administrative Support and Clerical Occupations
  01011 - Accounting Clerk I
  01012 - Accounting Clerk II
  01013 - Accounting Clerk III
  01014 - Accounting Clerk IV
  01030 - Court Reporter
  01050 - Dispatcher, Motor Vehicle
  01060 - Document Preparation Clerk
  01070 - Messenger  (Courier)
  01090 - Duplicating Machine Operator
  01110 - Film/Tape Librarian
  01115 - General Clerk I
  01116 - General Clerk II
  01117 - General Clerk III
  01118 - General Clerk IV
  01120 - Housing Referral Assistant
  01131 - Key Entry Operator I
  01132 - Key Entry Operator II
  01191 - Order Clerk I
  01192 - Order Clerk II
  01261 - Personnel Assistant (Employment) I
  01262 - Personnel Assistant (Employment) II
  01263 - Personnel Assistant (Employment) III
  01264 - Personnel Assistant (Employment) IV
  01270 - Production Control Clerk
  01290 - Rental Clerk
  01300 - Scheduler, Maintenance
  01311 - Secretary I
  01312 - Secretary II
  01313 - Secretary III
  01314 - Secretary IV
  01315 - Secretary V
  01320 - Service Order Dispatcher
  01341 - Stenographer I

6 of 19

CH2M-FEMA(MDL)-007029

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002
                           REVISED 06-19-2006
                           STATEMENT OF WORK
         Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
                           Mobile Structures - Direct Assistance
                                  (Task Order 0002 )

information including the position of the contractor and the employees, to the
Wage and Hour Division, Employment Standards Administration, U.S. Department of
Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to
process the request.

5) The contracting officer transmits the Wage and Hour decision to the
contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond
paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in
the wage determination. Remember, it is not the job title, but the required
tasks that determine whether a class is included in an established wage
determination. Conformances may not be used to artificially split, combine, or
subdivide classifications listed in the wage determination.

## 5. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through September 30, 2006 unless otherwise noted above.

5.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

5.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

CH2M - FEMA (MDL) - 007041

Contract HSFEHQ-05-D-0592                              Task Order HSFEHQ-06-J-0002
                          REVISED 06-19-2006
                          STATEMENT OF WORK
    Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
                    Mobile Structures - Direct Assistance
                          (Task Order 0002 )

5.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No
Later Than Jan 17th for the transfer of operation and maintenance responsibilities for the Travel
Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor(NOTE;
Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain and
implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-
TAC Contractor to follow-on contractor(s).  The Phase-out Plan shall establish cost effective
mechanisms to ensure the smooth and orderly transition of Maintenance activities, including
maintenance records and data.  The Plan shall address how ongoing work will be maintained and
handed-over, the Phase-Out management organization, and a schedule with key milestones,
checklists, status reporting, and orientation of successor personnel.

CH2M- FEMA (MDL) - 007042