UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE             MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:  All Cases

-------------------------------------------------------------------------------

# EXHIBIT E
# PART 4

## EXCERPTS OF CH2M HILL CONSTRUCTION, INC. CONTRACT*

---

* Plaintiffs received a full copy of the United States' contract with CH2M Hill on a disk enclosed in an August 1, 2008 letter related to Plaintiffs' August 11, 2008 Rule 30(b)(6) deposition of CH2M Hill.  CH2M Hill  includes only excerpts of the contract here to reduce the burden on the court.  CH2M Hill, however, will file the entire contract upon request.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | 1 CONTRACT ID CODE | | PAGE 1 | OF PAG 20 |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00006 | 3. EFFECTIVE DATE SEE BLOCK 16c | 4 REQUISITION/PURCHASE REQ. NO. TN01464Y2006T | | | 5 PROJECT NO. (if applicable) | |

| 6 ISSUED BY CODE 5845 | 7 ADMINISTERED BY (if other than item 6) CODE |
|---|---|
| FEDERAL EMERGENCY MANAGEMENT AGENCY FINANCIAL & ACQUISITIONS MGMT DIVISION ATTN: JAY D. COHEN / 540-542-2133 500 C STREET, SW WASHINGTON DC 20472 | |

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|---|
| CH2M HILL CONSTRUCTORS, INC | | | 9B. DATED (SEE ITEM 11) |
| 9191 SOUTH JAMAICA STREET ENGLEWOOD CO 80112-5946 | | | 10A. MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-D-0592 HSFEHQ-06-J-0002 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (if required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return   3   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO REPLACE THE STATEMENT OF WORK, NOW DATED 06-20-2006.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Kenneth J. Melchiorre, Deputy PM | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR Kenneth J. Melchiorre (Signature of person authorized to sign) | 15C. DATE SIGNED 7.6.06 | 16B. UNITED STATES OF AMERICA BY Antoinette C. Pasquarella (Signature of Contracting officer) | 16C. DATE SIGNED JUL 12 2006 |

STANDARD FORM 30   (REV. 10-83)

CH2M-FEMA(MDL)-007043

Contract HSFEHQ-05-D-0592

REVISED 06-20-2006

HSFEHQ-06-J-0002

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order  0002   )

# General Provisions

## 1. Disaster Information

Disaster number and State: – FEMA-1606- Texas

**Joint Field Office Information:**

Address:    Joint Field Office JFO
Northview Business Center
9001 IH-35
Austin, TX  78741

JFO Point of Contact:  John Bruton, COTR
Phone:  703-774-5394

The following counties are included, but this SOW is not limited to:  Angelina, Brazoria, Chambers, Fort Bend, Galveston, Hardin, Harris, Montgomery, Nacogdoches, Jasper, Jefferson, Liberty, Newton, Orange, Polk, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Tyler, and Walker

## 2. Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of the 2005 Hurricane season.

## 3. Identified Tasks:  The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits. The installation requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile Homes at any one site.  A site is defined as a single location contained within a county.

### 3.1  Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.  The primary focus of this task order is for Travel Trailers (TT), although the inclusion of other mobile structures may be required under this task order.

CH2M  FEMA (MDL)  007044

Contract HSFEHQ-05-D-0592                                    HSFEHQ-06-J-0002

REVISED 06-20-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002   )

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 1 | Staging | 4,000 | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive mobile units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or other mobile units in accordance
with specific Work Order(s).

The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for
installation.
3.2.2   Install the units in accordance with the manufacturer's installation specifications, and
other appropriate requirements to include State and local requirement.  The contractor
shall obtain all necessary permits and make sure units are ready for occupancy (RFO).
3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to
include materials as necessary, for proper installation of the units.
3.2.4   Establish procedures to ensure that the quality of the work performed complies with
generally accepted practices with the trade.
3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Only | 4,000 | Haul travel trailers or temporary structures to their intended destination(s) without the requirement install, e.g. alternate staging areas. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul and Installation-TT | 4,000 | The contractor shall haul and install travel trailers on sites in the State of Texas.  All units shall be winterized, either as part of the initial installation or through subsequent |

CH2M-FEMA(MDL)-007045

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002
REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

| | | | maintenance under subtask #4 in order that RFO can be expedited.   Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| --- | --- | --- | --- |
| | | | |

## 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures.  The contractor shall make all necessary repairs to systems specified in this task order.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.  Maintenance efforts under this subtask shall include any repairs, pest extermination, and other services necessary to bring them back to like-new condition, if not so provided by FEMA.

## 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems.  The toll free number must be available and operational when the first unit is ready to occupy

## 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

## 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed.  The contractor shall provide FEMA a maintenance log upon request.  This log will include all maintenance calls, and status of remedy.  Records shall be in accordance with the contract requirements.  In accordance with the contract PWS, the contractor shall establish and maintain a maintenance log for every structure identified as a result of this task order.  This log will include all maintenance calls, e.g. issues identified and time, and status of remedy.

3 of 19

Contract HSFEHQ-05-D-0592                     Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Occupancy Maintenance | 3,800 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to two (2) one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA.  Additionally, from the period of June 01, 2006 through June 30, 2006, contractor shall maintain ability to receive and log maintenance calls as well as re-direct inquires for maintenance to the new MDC's.  The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.4 Deactivation and Removal Subtask #5

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 5 | Deactivation and Removal | 800 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. |

CH2M - FEMA (MDL) - 007047

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

| | | | |
|---|---|---|---|
| | | | Period of performance for the above shall be from issuance of PAN through June 30, 2006. Within this period of performance, FEMA may elect to utilize up to three (3), two-hundred and fifty (250) unit options allowing the maximum quantity under this Task ID to reach but not exceed 1,500 units.  Option will be exercised IAW 4.1.1 noted below. |

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/showers, and additional rigging for temporary mobile structures.

## 4. Wage Determination

94-2505 TX,BEAUMONT

WAGE DETERMINATION NO: 94-2505 REV (25)      AREA: TX,BEAUMONT

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2506

***********************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
|---|---|
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |
| | |
| | |
| | Wage Determination No.: 1994-2505 |
| | Revision No.: 25 |
| William W.Gross    Division of | Date Of Revision: 05/23/2005 |
| Director    Wage Determinations | |

States: Louisiana, Texas

CH2M-FEMA(MDL)-007048

Contract HSFEHQ-05-D-0592                                   Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

Area: Louisiana Parishes of Calcasieu, Cameron, Jefferson Davis, Lafayette,
Vermilion
Texas Counties of Angelina, Hardin, Jasper, Jefferson, Nacogdoches, Newton,
Orange, Polk, Sabine, San Augustine, Shelby, Tyler

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                                    MINIMUM WAGE RATE

01000 - Administrative Support and Clerical Occupations
  01011 - Accounting Clerk I
  01012 - Accounting Clerk II
  01013 - Accounting Clerk III
  01014 - Accounting Clerk IV
  01030 - Court Reporter
  01050 - Dispatcher, Motor Vehicle
  01060 - Document Preparation Clerk
  01070 - Messenger  (Courier)
  01090 - Duplicating Machine Operator
  01110 - Film/Tape Librarian
  01115 - General Clerk I
  01116 - General Clerk II
  01117 - General Clerk III
  01118 - General Clerk IV
  01120 - Housing Referral Assistant
  01131 - Key Entry Operator I
  01132 - Key Entry Operator II
  01191 - Order Clerk I
  01192 - Order Clerk II
  01261 - Personnel Assistant (Employment) I
  01262 - Personnel Assistant (Employment) II
  01263 - Personnel Assistant (Employment) III
  01264 - Personnel Assistant (Employment) IV
  01270 - Production Control Clerk
  01290 - Rental Clerk
  01300 - Scheduler, Maintenance
  01311 - Secretary I
  01312 - Secretary II
  01313 - Secretary III

CH2M-FEMA(MDL)-007049

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation --
Mobile Structures - Direct Assistance
(Task Order 0002 )

```
99658 - Survey Party Chief (Chief of Party)
99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.)
99660 - Surveying Aide
99690 - Swimming Pool Operator
99720 - Vending Machine Attendant
99730 - Vending Machine Repairer
99740 - Vending Machine Repairer Helper
```



ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: ███ an hour or ███ a week or ███ a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years, 4 weeks after 15 years, and 5 weeks after 20
years. Length of service includes the whole span of continuous service with the
present contractor or successor, wherever employed, and with the predecessor
contractors in the performance of similar work at the same Federal facility.
(Reg.29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin
Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence
Day,Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.
(A contractor may substitute for any of the named holidays another day off with
pay in accordance with a plan communicated to the employees involved.) (See 29
CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS
(as numbered):

1) Does not apply to employees employed in a bona fide executive,
administrative, or professional capacity as defined and delineated in 29 CFR
541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An
employee is entitled to pay for all work performed between the hours of 6:00

14 of 19

CH2M-FEMA(MDL)-007057

Contract HSFEHQ-05-D-0592                        Task Order HSFEHQ-06-J-0002
REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential
amounting to 10 percent of the rate of basic pay.

3)  WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of
a regular tour of duty, you will earn a night differential and receive an
additional 10% of basic pay for any hours worked between 6pm and 6am.  If you
are a full-time employed (40 hours a week) and Sunday is part of your regularly
scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium
of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees
employed in a position that represents a high degree of hazard when working with
or in close proximity to ordinance, explosives, and incendiary materials.  This
includes work such as screening, blending, dying, mixing, and pressing of
sensitive ordance, explosives, and pyrotechnic compositions such as lead azide,
black powder and photoflash powder.  All dry-house activities involving
propellants or explosives.  Demilitarization, modification, renovation,
demolition, and maintenance operations on sensitive ordnance, explosives and
incendiary materials.  All operations involving regrading and cleaning of
artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of
the employee engaged in the operation,  irritation of the skin, minor burns and
the like; minimal damage to immediate or adjacent work area or equipment being
used.  All operations involving, unloading, storage, and hauling of ordance,
explosive, and incendiary ordnance material other than small arms ammunition.
These differentials
are only applicable to work that has been specifically designated by the agency
for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract

15 of 19

CH2M-FEMA (MDL)-007058

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-06-J-0002
                              REVISED 06-19-2006
                             STATEMENT OF WORK
        Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
                               Mobile Structures - Direct Assistance
                                     (Task Order 0002 )

(either by the terms of the Government contract, by the employer, by the state
or local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by
an employee where such cost reduces the hourly rate below that required by the
wage determination. The Department of Labor will accept payment in accordance
with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the
actual cost of the uniforms.  In addition, where uniform cleaning and
maintenance is made the responsibility of the employee, all contractors and
subcontractors subject to this wage determination shall (in the absence of a
bona fide collective bargaining agreement providing for a different amount, or
the furnishing of contrary affirmative proof as to the actual cost), reimburse
all employees for such cleaning and maintenance at a rate of $3.35 per week (or
$.67 cents per day).  However, in those instances where the uniforms furnished
are made of "wash and wear" materials, may be routinely washed and dried with
other personal garments, and do not require any special treatment such as dry
cleaning, daily washing, or commercial laundering in order to meet the
cleanliness or appearance standards set by the terms of the Government contract,
by the contractor, by law, or by the nature of the work, there is no requirement
that employees be reimbursed for uniform maintenance costs.


          ** NOTES APPLYING TO THIS WAGE DETERMINATION **


Under the policy and guidance contained in All Agency Memorandum No. 159, the
Wage and Hour Division does not recognize, for section 4(c) purposes,
prospective wage rates and fringe benefit provisions that are effective only
upon such contingencies as "approval of Wage and Hour, issuance of a wage
determination, incorporation of the wage determination in the contract,
adjusting the contract price, etc."  (The relevant CBA section) in the
collective bargaining agreement between (the parties) contains contingency
language that Wage and Hour does not recognize as reflecting
"arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a)
of the regulations.  This wage determination therefore reflects the actual CBA
wage rates and fringe benefits paid under the predecessor contract.


Source of Occupational Title and Descriptions:


                                    16 of 19

CH2M-FEMA(MDL)-007059

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002
REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations." Fourth Edition, January 1993,
as amended by the Third Supplement, dated March 1997, unless otherwise
indicated.  This publication may be obtained from the Superintendent of
Documents, at 202-783-3238, or by writing to the Superintendent of Documents,
U.S. Government Printing Office, Washington, D.C. 20402.  Copies of specific job
descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard
Form
1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which
is not listed herein and which is to be employed under the contract (i.e., the
work to be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination.  Such
conformed classes of employees shall be paid the monetary wages and furnished
the fringe benefits as are determined.  Such conforming process shall be
initiated by the contractor prior to the performance of contract work by such
unlisted class(es) of employees.  The conformed classification, wage rate,
and/or fringe benefits shall be retroactive to the commencement date of the
contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are
included in a contract, a separate SF 1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in
order proposed classification title(s), a Federal grade equivalency (FGE) for
each proposed classification(s), job description(s), and rationale for proposed
wage rate(s), including information regarding the agreement or disagreement of
the authorized representative of the employees involved, or where there is no
authorized representative, the employees themselves.  This report should be

17 of 19

CH2M-FEMA(MDL)-007060

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-06-J-0002
                              REVISED 06-19-2006
                             STATEMENT OF WORK
         Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
                             Mobile Structures - Direct Assistance
                                   (Task Order 0002 )

submitted to the contracting officer no later than 30 days after such unlisted
class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a
report of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the
Wage and Hour Division, Employment Standards Administration, U.S. Department of
Labor, for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to
process the request.

5) The contracting officer transmits the Wage and Hour decision to the
contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond
paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in
the wage determination.  Remember, it is not the job title, but the required
tasks that determine whether a class is included in an established wage
determination. Conformances may not be used to artificially split, combine, or
subdivide classifications listed in the wage determination.

## 5. Period of Performance: The period of performance is the start date indicated in the Pre
Authorization Letter through September 30, 2006 unless otherwise noted above.

   5.1.1 The Government may exercise any or all options. The contracting officer may exercise the option
   periods by written notice to the contractor within 15 days prior to termination of that current performance
   period.

CH2M-FEMA(MDL)-007061

Contract HSFEHQ-05-D-0592                                      Task Order HSFEHQ-06-J-0002

REVISED 06-19-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

5.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 17th for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor(NOTE: Completed by CH2M Hill on 01/17/2006). The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA(MDL)-007062

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC | HSFEHQ-05-D-0592 | NM000707200ET/TNC1464Y2006T |

| 3. TASK ORDER NUMBER | 5. ORGANIZATION |
|---|---|
| HSFEHQ-06-J-0002 | RECOVERY |

9191 SOUTH JAMAICA STREET
ENGLEWOOD CO 80112-5946

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

SEE CONTINUATION PAGE

**9. WORK DETAILS**

THIS IS AN UNPRICED (LETTER CONTRACT) TASK ORDER.  SEE CONTINUATION PAGE(S) FOR TERMS AND CONDITIONS.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.3 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| ANTOINETTE C. PASQUARELLA | | JAN 2 3 2006 |

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

CH2M-FEMA(MDL)-007067

Contract HSFEHQ-05-D-0592                                    HSFEHQ-06-J-0002
REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
( Task Order  0002   )

# General Provisions

# 1. Disaster Information

Disaster number and State: – FEMA-1606- Texas

**Joint Field Office Information:**

Address:     Joint Field Office JFO
Northview Business Center
9001 IH-35
Austin, TX  78741

JFO Point of Contact:  Don Pitts, COTR
Phone:  703-774-5394

The following counties are included, but this SOW is not limited to:  Angelina, Brazoria, Chambers,
Fort Bend, Galveston, Hardin, Harris, Montgomery, Nacogdoches, Jasper, Jefferson, Liberty,
Newton, Orange, Polk, Sabine, San Augustine, San Jacinto, Shelby, Trinity, Tyler, and Walker

## 2. Operational Objective:  Identify and provide temporary housing solutions for all
people displaced because of the 2005 Hurricane season.

## 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall
execute these tasks to the requirements and specifications identified in this task order, in
accordance with the Performance Work Statements and applicable Exhibits. The installation
requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile
Homes at any one site.  A site is defined as a single location contained within a county.

### 3.1  Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s)
shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA
assets to their intended destination.  The primary focus of this task order is for Travel Trailers
(TT), although the inclusion of other mobile structures may be required under this task order.

CH2M-FEMA (MDL)-007072

Contract HSFEHQ-05-D-0592                                    HSFEHQ-06-J-0002

REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order  0002   )

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 1 | Staging | 3,000 | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive mobile units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or other mobile units in accordance
with specific Work Order(s).

The Contractor shall:

3.2.1  Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for
installation.

3.2.2  Install the units in accordance with the manufacturer's installation specifications, and
other appropriate requirements to include State and local requirement.  The contractor
shall obtain all necessary permits and make sure units are ready for occupancy (RFO).

3.2.3  Perform additional (minor) construction and other site preparation/restoration activities to
include materials as necessary, for proper installation of the units.

3.2.4  Establish procedures to ensure that the quality of the work performed complies with
generally accepted practices with the trade.

3.2.5  Establish procedures to monitor, and track progress and compliance with specifications.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Haul Only | 3,000 | Haul travel trailers or temporary structures to their intended destination(s) without the requirement install, e.g. alternate staging areas. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3 | Haul and Installation-TT | 3,000 | The contractor shall haul and install travel trailers on sites in the State of Texas.  All units shall be winterized, either as part of the initial installation or through subsequent |

2 of 19

CH2M-FEMA (MDL) - 007073

Contract HSFEHQ-05-D-0592                                      Task Order HSFEHQ-06-J-0002
REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

|  |  |  | maintenance under subtask #4 in order that RFO can be expedited.   Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
|---|---|---|---|
|  |  |  |  |

**Note**: The total number of trailers for this task order is 3,000, the quantities identified above represent a potential under this effort, it is possible the contractor may not be directed to "haul only", whereas there may or may not be a mix of the two requirements up to the total quantity of 3,000.

## 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures.  The contractor shall make all necessary repairs to systems specified in this task order.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.  Maintenance efforts under this subtask shall include any repairs, pest extermination, and other services necessary to bring them back to like-new condition, if not so provided by FEMA.

### 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems.  The toll free number must be available and operational when the first unit is ready to occupy

### 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed.  The contractor shall provide FEMA a maintenance log upon request.  This log will include all maintenance calls, and status of remedy.  Records shall be in accordance with the contract

CH2M-FEMA (MDL) - 007074

Contract HSFEHQ-05-D-0592                           Task Order HSFEHQ-06-J-0002

REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

requirements. In accordance with the contract PWS, the contractor shall establish and maintain a maintenance log for every structure identified as a result of this task order. This log will include all maintenance calls, e.g. issues identified and time, and status of remedy.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Occupancy Maintenance | 3,000 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 5 | Deactivation and Removal | 3,000 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. |

CH2M-FEMA(MDL)-007075

Contract HSFEHQ-05-D-0592                                Task Order HSFEHQ-06-J-0002
REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

## 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include
refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life
safety protection/equipment, signage, property/facilities management, portable restrooms/
showers, and additional rigging for temporary mobile structures.

# 4. Wage Determination

```
94-2505 TX,BEAUMONT

WAGE DETERMINATION NO: 94-2505 REV (25)     AREA: TX,BEAUMONT

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2506

*********************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT         | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |      WAGE AND HOUR DIVISION
                                        |      WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 1994-2505
William W.Gross          Division of    |      Revision No.: 25
Director            Wage Determinations |   Date Of Revision: 05/23/2005

States: Louisiana, Texas

Area: Louisiana Parishes of Calcasieu, Cameron, Jefferson Davis, Lafayette,
Vermilion
Texas Counties of Angelina, Hardin, Jasper, Jefferson, Nacogdoches, Newton,
Orange, Polk, Sabine, San Augustine, Shelby, Tyler


        **Fringe Benefits Required Follow the Occupational Listing**
```

5 of 19

CH2M-FEMA(MDL)-007076

Contract HSFEHQ-05-D-0592                           Task Order HSFEHQ-06-J-0002

REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: ████ an hour or ████ a week or ████ a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years, 4 weeks after 15 years, and 5 weeks after 20
years. Length of service includes the whole span of continuous service with the
present contractor or successor, wherever employed, and with the predecessor
contractors in the performance of similar work at the same Federal facility.
(Reg.29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin
Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence
Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.
(A contractor may substitute for any of the named holidays another day off with
pay in accordance with a plan communicated to the employees involved.) (See 29
CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS
(as numbered):

1) Does not apply to employees employed in a bona fide executive,
administrative, or professional capacity as defined and delineated in 29 CFR
541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An
employee is entitled to pay for all work performed between the hours of 6:00
P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential
amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of
a regular tour of duty, you will earn a night differential and receive an
additional 10% of basic pay for any hours worked between 6pm and 6am. If you
are a full-time employed (40 hours a week) and Sunday is part of your regularly
scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium
of 25% of your basic rate for each hour of Sunday work which is not overtime

14 of 19

(i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials
are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-06-J-0002

REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

maintenance is made the responsibility of the employee, all contractors and
subcontractors subject to this wage determination shall (in the absence of a
bona fide collective bargaining agreement providing for a different amount, or
the furnishing of contrary affirmative proof as to the actual cost), reimburse
all employees for such cleaning and maintenance at a rate of ████ per week (or
████ cents per day). However, in those instances where the uniforms furnished
are made of "wash and wear" materials, may be routinely washed and dried with
other personal garments, and do not require any special treatment such as dry
cleaning, daily washing, or commercial laundering in order to meet the
cleanliness or appearance standards set by the terms of the Government contract,
by the contractor, by law, or by the nature of the work, there is no requirement
that employees be reimbursed for uniform maintenance costs.


** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the
Wage and Hour Division does not recognize, for section 4(c) purposes,
prospective wage rates and fringe benefit provisions that are effective only
upon such contingencies as "approval of Wage and Hour, issuance of a wage
determination, incorporation of the wage determination in the contract,
adjusting the contract price, etc." (The relevant CBA section) in the
collective bargaining agreement between (the parties) contains contingency
language that Wage and Hour does not recognize as reflecting
"arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a)
of the regulations. This wage determination therefore reflects the actual CBA
wage rates and fringe benefits paid under the predecessor contract.


Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations," Fourth Edition, January 1993,
as amended by the Third Supplement, dated March 1997, unless otherwise
indicated. This publication may be obtained from the Superintendent of
Documents, at 202-783-3238, or by writing to the Superintendent of Documents,
U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job
descriptions may also be obtained from the appropriate contracting officer.


REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard
Form

16 of 19

CH2M-FEMA(MDL)-007087

Case 2:07-md-01873-KDE-MBN   Document 13421-10   Filed 04/19/10   Page 24 of 61

Contract HSFEHQ-05-D-0592                                     Task Order HSFEHQ-06-J-0002
REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation -
Mobile Structures - Direct Assistance
(Task Order 0002 )

1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which
is not listed herein and which is to be employed under the contract (i.e., the
work to be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination.  Such
conformed classes of employees shall be paid the monetary wages and furnished
the fringe benefits as are determined.  Such conforming process shall be
initiated by the contractor prior to the performance of contract work by such
unlisted class(es) of employees.  The conformed classification, wage rate,
and/or fringe benefits shall be retroactive to the commencement date of the
contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are
included in a contract, a separate SF 1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in
order proposed classification title(s), a Federal grade equivalency (FGE) for
each proposed classification(s), job description(s), and rationale for proposed
wage rate(s), including information regarding the agreement or disagreement of
the authorized representative of the employees involved, or where there is no
authorized representative, the employees themselves.  This report should be
submitted to the contracting officer no later than 30 days after such unlisted
class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a
report of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the
Wage and Hour Division, Employment Standards Administration, U.S. Department of
Labor, for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or

CH2M-FEMA(MDL)-007088

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0002
REVISED 01-12-2006
STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation –
Mobile Structures - Direct Assistance
(Task Order 0002 )

disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to
process the request.

5) The contracting officer transmits the Wage and Hour decision to the
contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond
paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in
the wage determination.  Remember, it is not the job title, but the required
tasks that determine whether a class is included in an established wage
determination. Conformances may not be used to artificially split, combine, or
subdivide classifications listed in the wage determination.


## 5. Period of Performance: The period of performance is the start date indicated in the Pre
Authorization Letter through April 01, 2007 unless otherwise noted above.

5.1.1 The Government may exercise any or all options. The contracting officer may exercise the option
periods by written notice to the contractor within 15 days prior to termination of that current performance
period.

5.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be
responsible for supporting the orderly transfer of responsibility for work, records, and Government-
furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having
taken over maintenance responsibilities.

5.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No
Later Than Jan 17th for the transfer of operation and maintenance responsibilities for the Travel
Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The
Contractor shall provide, maintain and implement a Phase-out Plan to transition all the
Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s).  The

18 of 19

Contract HSFEHQ-05-D-0592                              Task Order HSFEHQ-06-J-0002
                              REVISED 01-12-2006
                              STATEMENT OF WORK
      Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation --
                          Mobile Structures - Direct Assistance
                                  (Task Order 0002 )

Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly
transition of Maintenance activities, including maintenance records and data. The Plan shall
address how ongoing work will be maintained and handed-over, the Phase-Out management
organization, and a schedule with key milestones, checklists, status reporting, and orientation of
successor personnel.

CH2M-FEMA (MDL) -007090

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 9PA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 30 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE SEE BLOCK 16c | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (if applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (if other than item 6) | CODE |
|---|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN
500 C STREET, SW, ROOM 350
WASHINGTON DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

| | 9B. DATED (SEE ITEM 11) |
|---|---|
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 HSFEHQ-06-J-0003 |
| | 10B. DATED (SEE ITEM 13) 09-30-2005 |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) N/A |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.243-2 CHANGES - COST REIMBURSEMENT | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor [X] is not,  [ ] is required to sign this document and return ___-0-___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO THE ABOVE REFERENCED TASK ORDER TO REPLACE THE STATEMENT OF WORK, WHICH IS NOW DATED 04-03-2006.

END OF MODIFICATION NO. P00001 TO TASK ORDER NO. HSFEHQ-06-J-0003.

A. SOW NOW REFLECTS COGIM ALTERNATIVE DISASTER TEMPORARY HOUSING

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | MAY 3 2006 |

STANDARD FORM 30  (REV. 10-83)

CH2M_FEMA(MDL)-007099

REVISED 04-03-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

## 3.1 Design Construction, and Haul/Installation

The contractor shall haul/install travel trailers, mobile homes, modular homes or other temporary residential structures(COGIMs) as expeditiously as possible, following issuance of individual Work Order issuance. The Contractor shall:

1. Perform architectural planning of temporary residential "communities". The contractor shall comply with design requirements specific to each site. The contractor shall present 50% and 100% construction design reviews to the Government review team.

2. Haul/Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits. Security and safety of contractor construction teams shall be provided for by the contractor for certain geographic locations as directed by FEMA.

3. Perform additional site preparation, as necessary, for proper installation of the units. This effort may include development requiring all utilities, access and infrastructure required to support residents.

4. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade, State and local regulations, and the Performance Work Statement.

5. The contractor shall establish procedures to monitor and track progress and compliance with contract requirements.

6. The contractor shall provide the as built design to the COTR within 7 days of completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|------------|--------------------|---------|
| 3.1 | Haul and Installation | 8,000 (estimated) | The contractor shall haul and install travel trailers, mobile homes and COGIMS in accordance with the Performance Work Statement as well as the specific manufacturer guidelines attached to this SOW which address COGIMs. FEMA will be responsible for all lease requirements. All units shall be winterized. Security and safety of contractor teams shall be |

REVISED 04-03-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

|  |  |  | provided for by the contractor for certain geographic locations as directed by FEMA. |
|---|---|---|---|

## 3.2 Maintenance - Occupancy Maintenance

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers (TT), Manufactured Homes (MH) or other mobile units(COGIMs) that have been placed under their control, not to exceed the projected quantity of units.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3.2 | Maintenance/ Occupancy Maintenance | 8,000 Units (estimated) | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures(COGIMs) as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.3 Staging - Forward

The contractor shall, when required, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all TT, MH & COGIM assets to their intended destination.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|

CH2M-FEMA (MDL) -007101

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 04-03-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

| 3.3 | Staging | 8,000 Units (estimated) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT & COGIM assets to their intended destination. |
|---|---|---|---|

## 3.4 Maintenance – Staging Areas

The Contractor shall complete routine maintenance as long as the total cost of material does not exceed $250. **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.** It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

### 3.4.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems. This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

### 3.4.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

### 3.4.3 Maintenance Records

The contractor shall provide maintenance services for Travel Trailer (TT), Manufactured Home (MH) or other mobile structures (COGIM) placed under his control by FEMA.

CH2M-FEMA (MDL)-007102

Contract HSFEHQ-05-D-0592          Task Order HSFEHQ-06-J-0003

REVISED 04-03-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.4.3 | Occupancy Maintenance Records | 8,000 (estimated) units serviced | In accordance with the contract PWS, the contractor shall establish and maintain maintenance logs for every structure installed/prepared as a result of Task Order 3 other units place under their control. This log shall include all maintenance calls, e.g. issues identified, and time and status of remedy. |

## 4   Deactivation and Removal

The contractor shall deactivate and provide transportation services of mobile
structures from facilities/locations designated by FEMA to other locations as
designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Deactivation and Removal | 8,000 Units (estimated) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. |

## 5   Maintenance – Group Site

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 5 | Group Site Infrastructure and Grounds | 8,000 Units (estimated) | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the |

5 of 29

Contract HSFEHQ-05-D-0592                Task Order HSFEHQ-06-J-0003

REVISED 04-03-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

| | Maintenance | | PWS. The period of Performance is from the Pre-authorization notice through 30 June 2006. After this date, FEMA may elect to utilize up to 2 one month option periods to allow for a phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
|---|---|---|---|

## 6    Performance Period: The period of performance shall be from October 11, 2005 through September 30, 2006 unless otherwise noted above.

5.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

5.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th, 2006 (already provided) for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA (MDL)-007104

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1 CONTRACT ID CODE | PAGE 1 | OF PAG 32 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. WN01059Y2006T | 5. PROJECT NO. (if applicable) |
|---|---|---|---|

6. ISSUED BY    CODE   5845

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN / 540-542-2133
500 C STREET, SW
WASHINGTON DC 20472

7. ADMINISTERED BY (if other than item 6)    CODE

6. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code)

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

CODE                FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0592 HSFEHQ-06-J-0003

10B. DATED (SEE ITEM 13)
09-30-2005

X

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify Authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   52.243-2 CHANGES - COST REIMBURSEMENT

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO DEFINITIZE THE SUBJECT TASK ORDER (SEE CONTINUATION PAGE).

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|
| Kenneth J. Melchiorre | |
| 15B. CONTRACTOR/OFFEROR   (Signature of person authorized to sign) | 15C. DATE SIGNED 5/19/06 | 16B. UNITED STATES OF AMERICA   BY ___ Signature of Contracting Officer | 16C. DATE SIGNED |

STANDARD FORM 30   (REV. 10-83)

CH2M-FEMA (MDL) - 007130

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 05-10-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

# 1  General Provisions

## 1.1  Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:          Housing Area Command
                  Joint Field Office DR-1603
                  415 North 15th Street
                  Baton Rouge, LA 70802

JFO Point of Contact:  Gordon Taylor, COTR
Phone:                 703-254-9800


Counties: Plaquemines, Lafourche, St. Charles, Terrebonne, Orleans (Lower 9th
Ward & West Bank)

# 2  Operational Objective:

Identify potential temporary (up to 18 months) housing solutions, resources, and
requirement in Louisiana for people displaced as a result of Hurricane Katrina.

# 3  Identified Tasks:

The contractor shall perform the tasks identified below.  Contractor shall execute
the below tasks in accordance with the Performance Work Statement (PWS)
contained in the contract.  The site design and installation requirements stated
below shall not exceed Two-Hundred (200) Travel Trailers , Mobile Homes &
COGIM (Alternative disaster housing) at any one site.  A site is defined as a single
location contained within a parish or county.

1 of 29

Contract HSFEHQ-05-D-0592                     Task Order HSFEHQ-06-J-0003

REVISED 05-10-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

# 3.1 Design Construction, and Haul/Installation

The contractor shall haul/install travel trailers, mobile homes, modular homes or other
temporary residential structures(COGIMs) as expeditiously as possible, following
issuance of individual Work Order issuance.  The Contractor shall:

> 1. Perform architectural planning of temporary residential "communities".  The
> contractor shall comply with design requirements specific to each site.  The
> contractor shall present 50% and 100% construction design reviews to the
> Government review team.

> 2. Haul/Install the units in accordance with the manufacturer's installation
> specifications and other appropriate requirements (to include State and local
> regulations), and obtain necessary permits.   Security and safety of contractor
> construction teams shall be provided for by the contractor for certain geographic
> locations as directed by FEMA.

> 3. Perform additional site preparation, as necessary, for proper installation of the
> units.  This effort may include development requiring all utilities, access and
> infrastructure required to support residents.

> 4. Establish procedures to ensure that the quality of the work performed complies
> with generally accepted practices within the trade, State and local regulations, and
> the Performance Work Statement.

> 5. The contractor shall establish procedures to monitor and track progress and
> compliance with contract requirements.

> 6. The contractor shall provide the as built design to the COTR within 7 days of
> completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 3.1 | Haul/Installation-TT/MH & staging | 450 with options | The contractor shall haul and install travel trailers, mobile homes and COGIMs in accordance with the Performance Work Statement as well as the specific manufacturer guidelines attached to this SOW which address COGIMs.  FEMA will be responsible for all lease requirements.  All units shall be winterized.  Security and safety of |

2 of 29

CH2M-FEMA (MDL) -007134

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 05-10-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

|  |  |  | contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA.

The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT & COGIM assets to their intended destination.

Period of performance for the above shall be from issuance of PAN through September 30, 2006. Within this period of performance, FEMA may elect to utilize up to twenty-one (21), one-hundred (100) unit options allowing the maximum quantity under this Task ID to reach but not exceed 2,550 units. Option will be exercised IAW 6.1.1 noted below. |

## 3.2  Maintenance - Occupancy Maintenance

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers (TT), Manufactured Homes (MH) or other mobile units(COGIMs) that have been placed under their control, not to exceed the projected quantity of units.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|--------------|---------|
| 3.2 | Maintenance/ Occupancy Maintenance | 1,600 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures(COGIMs) as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase |

3 of 29

CH2M-FEMA(MDL)-007135

**Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance \*\*(COGIMs)\*\***
**(CH2M-Hill – Task Order 0003)**

| | | | out/in period to transfer maintenance activities to other contractors as identified by FEMA.  The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS.  When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |
|---|---|---|---|

## 3.3 Maintenance – Staging  Areas

The Contractor shall complete routine maintenance as long as the total cost of material does not exceed $250.  **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.**  It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

### 3.3.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems.  This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

### 3.3.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

### 3.3.3 Maintenance Records

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

**REVISED 05-10-2006**
**STATEMENT OF WORK**
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

The contractor shall provide maintenance services for Travel Trailer (TT),
Manufactured Home (MH) or other mobile structures (COGIM) placed under his
control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.3 | Maintenance – Staging Areas | 1,600 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures(COGIMs) as identified by FEMA through 09/30/2006. |

## 4    Deactivation and Removal

The contractor shall deactivate and provide transportation services of mobile
structures from facilities/locations designated by FEMA to other locations as
designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Deactivation and Removal | 100 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA.  The contractor shall clean and make ready the units for re-issuance. Period of performance is through 06/30/2006. |

## 5   Maintenance – Group Site

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 5 | Group Site | 1,600 | The contractor shall provide maintenance |

5 of 29

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 05-10-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

| | Infrastructure and Grounds Maintenance | | services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 09/30/2006. |
|---|---|---|---|

**6    Performance Period:** The period of performance shall be from October 11, 2005 through September 30, 2006 unless otherwise noted above.

6.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

6.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

6.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th , 2006 (already provided) for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | BPA NO | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 32 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00004 | 3. EFFECTIVE DATE SEE BLOCK 16c | 4. REQUISITION/PURCHASE REQ. NO WNO1059Y2006T | 5. PROJECT NO. (if applicable) |
|---|---|---|---|

**6. ISSUED BY** CODE 5845

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN / 540-542-2133
500 C STREET, SW
WASHINGTON DC 20472

**7. ADMINISTERED BY** (if other than item 6)   CODE

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

CODE                          FACILITY CODE

| (X) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 HSFEHQ-06-J-0003 |
| X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (if required)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation data, etc.)  SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF   52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor   ☐ is not,   ☒ is required to sign this document and return _____3_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO REPLACE THE STATEMENT OF WORK AND ADD ADDITIONAL FUNDING (SEE CONTINUATION PAGE).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) |
|---|---|
| Kenneth J. Melchoare, Deputy Pm | ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR   Kenneth Melchoare   (Signature of person authorized to sign) | 15C. DATE SIGNED 7.6.06 | 16B. UNITED STATES OF AMERICA   (Signature of Contracting Officer) | 16C. DATE SIGNED JUL 12 2006 |

STANDARD FORM 30   (REV. 10-83)

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-06-J-0003

REVISED 06-19-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:            Housing Area Command
                    Joint Field Office DR-1603
                    415 North 15th Street
                    Baton Rouge, LA 70802

JFO Point of Contact:  Ruth Jackson, COTR
Phone:                 703-254-9800

Counties:  Plaquemines, Lafourche, St. Charles, Terrebonne, Orleans (Lower 9th Ward & West Bank)

# 2   Operational Objective:

Identify potential temporary (up to 18 months) housing solutions, resources, and requirement in Louisiana for people displaced as a result of Hurricane Katrina.

# 3   Identified Tasks:

The contractor shall perform the tasks identified below.  Contractor shall execute the below tasks in accordance with the Performance Work Statement (PWS) contained in the contract.  The site design and installation requirements stated below shall not exceed Two-Hundred (200) Travel Trailers , Mobile Homes & COGIM (Alternative disaster housing) at any one site.  A site is defined as a single location contained within a parish or county.

1 of 29

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 06-19-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

# 3.1 Design Construction, and Haul/Installation

The contractor shall haul/install travel trailers, mobile homes, modular homes or other temporary residential structures(COGIMs) as expeditiously as possible, following issuance of individual Work Order issuance.  The Contractor shall:

1. Perform architectural planning of temporary residential "communities".  The contractor shall comply with design requirements specific to each site.  The contractor shall present 50% and 100% construction design reviews to the Government review team.

2. Haul/Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.  Security and safety of contractor construction teams shall be provided for by the contractor for certain geographic locations as directed by FEMA.

3. Perform additional site preparation, as necessary, for proper installation of the units.  This effort may include development requiring all utilities, access and infrastructure required to support residents.

4. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade, State and local regulations, and the Performance Work Statement.

5. The contractor shall establish procedures to monitor and track progress and compliance with contract requirements.

6. The contractor shall provide the as built design to the COTR within 7 days of completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 3.1 | Haul/Installation-TT/MH & staging | 450 with options | The contractor shall haul and install travel trailers, mobile homes and COGIMs in accordance with the Performance Work Statement as well as the specific manufacturer guidelines attached to this SOW which address COGIMs.  FEMA will be responsible for all lease requirements.  All units shall be winterized.  Security and safety of |

Contract HSFEHQ-05-D-0592          Task Order HSFEHQ-06-J-0003

REVISED 06-19-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

| | | | |
|---|---|---|---|
| | | | contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |
| | | | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT & COGIM assets to their intended destination. |
| | | | Period of performance for the above shall be from issuance of PAN through September 30, 2006. Within this period of performance, FEMA may elect to utilize up to twenty-one (21), one-hundred (100) unit options allowing the maximum quantity under this Task ID to reach but not exceed 2,550 units. Option will be exercised IAW 6.1.1 noted below. |

## 3.2 Maintenance - Occupancy Maintenance

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers (TT), Manufactured Homes (MH) or other mobile units(COGIMs) that have been placed under their control, not to exceed the projected quantity of units.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3.2 | Maintenance/ Occupancy Maintenance | 1,600 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures(COGIMs) as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase |

CH2M-FEMA(MDL)-007169

Contract HSFEHQ-05-D-0592                     Task Order HSFEHQ-06-J-0003

**REVISED 06-19-2006**
**STATEMENT OF WORK**
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

|  |  |  | out/in period to transfer maintenance activities to other contractors as identified by FEMA. Additionally, From the period of June 01, 2006 through June 15, 2006, contractor shall maintain 1,244 units while these units are phased over to the MDCs. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |
|---|---|---|---|

## 3.3 Maintenance – Staging  Areas

The Contractor shall complete routine maintenance as long as the total cost of material does not exceed $250.  **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work**.  It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

### 3.3.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems.  This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

### 3.3.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

CH2M- FEMA (MDL) - 007170

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

**REVISED 06-19-2006**
**STATEMENT OF WORK**
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

### 3.3.3 Maintenance Records

The contractor shall provide maintenance services for Travel Trailer (TT),
Manufactured Home (MH) or other mobile structures (COGIM) placed under his
control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 3.3 | Maintenance – Staging Areas | 1,600 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures(COGIMs) as identified by FEMA through 09/30/2006. |

## 4   Deactivation and Removal

The contractor shall deactivate and provide transportation services of mobile
structures from facilities/locations designated by FEMA to other locations as
designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 4 | Deactivation and Removal | 100 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 06/30/2006. |

## 5   Maintenance – Group Site

CH2M-FEMA(MDL)-007171

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 06-19-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance **(COGIMs)**
(CH2M-Hill – Task Order 0003)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 5 | Group Site Infrastructure and Grounds Maintenance | 1,600 | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 09/30/2006. |

# 6    Performance Period: The period of performance shall be from October 11, 2005 through September 30, 2006 unless otherwise noted above.

6.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

6.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

6.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th, 2006 (already provided) for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M_FEMA (MDL) 007172

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC<br><br>9191 SOUTH JAMAICA STREET<br><br>ENGLEWOOD CO 80112-5946 | HSFEHQ-05-D-0592 | WN01059Y2006T |

| | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
|---|---|---|
| | HSFEHQ-06-J-0003 | RECOVERY |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

SEE CONTINUATION PAGE

**9. WORK DETAILS**

THIS IS AN UNPRICED (LETTER CONTRACT) TASK ORDER.   SEE CONTINUATION PAGE(S) FOR TERMS AND CONDITIONS.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION ____G.9____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| ANTOINETTE C. PASQUARELLA | *[signature]* | 30 |

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

Contract HSFEHQ-05-D-0592                 Task Order HSFEHQ-06-J-0003

**REVISED 03-13-2006**
**STATEMENT OF WORK**

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance
(CH2M-Hill – Task Order 0003)

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:              Housing Area Command
                     Joint Field Office DR-1603
                     415 North 15th Street
                     Baton Rouge, LA 70802

JFO Point of Contact: Edward Macie, COTR
Phone:                703-376-7476

Counties: Plaquemines, Lafourche, St. Charles, Terrebonne, Orleans (Lower 9th
Ward & West Bank)

# 2   Operational Objective:

Identify potential temporary (up to 18 months) housing solutions, resources, and
requirement in Louisiana for people displaced as a result of Hurricane Katrina.

# 3   Identified Tasks:

The contractor shall perform the tasks identified below.  Contractor shall execute
the below tasks in accordance with the Performance Work Statement (PWS)
contained in the contract.  The site design and installation requirements stated
below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile Homes at
any one site.  A site is defined as a single location contained within a parish or
county.

CH2M-FEMA(MDL)-007202

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 03-13-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance
(CH2M-Hill – Task Order 0003)

# 3.1 Design Construction, and Haul/Installation

The contractor shall haul/install travel trailers, mobile homes, modular homes or other
temporary residential structures as expeditiously as possible, following issuance of
individual Work Order issuance.  The Contractor shall:

> 1. Perform architectural planning of temporary residential "communities".  The
> contractor shall comply with design requirements specific to each site.  The
> contractor shall present 50% and 100% construction design reviews to the
> Government review team.

> 2. Haul/Install the units in accordance with the manufacturer's installation
> specifications and other appropriate requirements (to include State and local
> regulations), and obtain necessary permits.  Security and safety of contractor
> construction teams shall be provided for by the contractor for certain geographic
> locations as directed by FEMA.

> 3. Perform additional site preparation, as necessary, for proper installation of the
> units. This effort may include development requiring all utilities, access and
> infrastructure required to support residents.

> 4. Establish procedures to ensure that the quality of the work performed complies
> with generally accepted practices within the trade, State and local regulations, and
> the Performance Work Statement.

> 5. The contractor shall establish procedures to monitor and track progress and
> compliance with contract requirements.

> 6. The contractor shall provide the as built design to the COTR within 7 days of
> completion of construction.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|------------|--------------------|---------|
| 3.1 | Haul and Installation | 8,000 (estimated) | The contractor shall haul and install travel trailers and mobile homes in accordance with the Performance Work Statement. FEMA will be responsible for all lease requirements.  All units shall be winterized. Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA. |

CH2M  FEMA (MDL) -007203

Contract HSFEHQ-05-D-0592                          Task Order HSFEHQ-06-J-0003

REVISED 03-13-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance
(CH2M-Hill – Task Order 0003)

## 3.2 Maintenance - Occupancy Maintenance

The contractor shall resolve maintenance issues relating to the structures (Travel
Trailers (TT), Manufactured Homes (MH) or other mobile units) that have been
placed under their control, not to exceed the projected quantity of units.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3.2 | Maintenance/ Occupancy Maintenance | 8,000 Units (estimated) | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

## 3.3 Staging - Forward

The contractor shall, when required, operate and manage staging area(s). The staging
area(s) shall be used to receive units from FEMA Logistics and coordinate the
dispatching of all TT & MH assets to their intended destination.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3.3 | Staging | 8,000 Units (estimated) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging |

3 of 6

CH2M- FEMA (MDL) - 007204

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 03-13-2006
STATEMENT OF WORK

Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance
(CH2M-Hill – Task Order 0003)

| | | | |
|---|---|---|---|
| | | | area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT assets to their intended destination. |

## 3.4 Maintenance – Staging Areas

The Contractor shall complete routine maintenance as long as the total cost of material does not exceed $250.  **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.**  It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

### 3.4.1 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems.  This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

### 3.4.2 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

### 3.4.3 Maintenance Records

The contractor shall provide maintenance services for Travel Trailer (TT), Manufactured Home (MH) or other mobile structures placed under his control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3.4.3 | Occupancy Maintenance | 8,000 (estimated) | In accordance with the contract PWS, the contractor shall establish and maintain |

4 of 6

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 03-13-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance
(CH2M-Hill – Task Order 0003)

|  | Records | units serviced | maintenance logs for every structure installed/prepared as a result of Task Order 3 other units place under their control. This log shall include all maintenance calls, e.g. issues identified, and time and status of remedy. |
|---|---|---|---|

## 4    Deactivation and Removal

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---|---|---|---|
| 4 | Deactivation and Removal | 8,000 Units (estimated) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is through 30 June 2006. |

## 5    Maintenance – Group Site

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 5 | Group Site Infrastructure and Grounds Maintenance | 8,000 Units (estimated) | The contractor shall provide maintenance services for Group Site Infrastructure and Grounds Maintenance IAW Exhibit # 13 of the PWS. The period of Performance is from the Pre-authorization notice through 30 June 2006. After this date, FEMA may elect to utilize up to |

CH2M-FEMA(MDL)-007206

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0003

REVISED 03-13-2006
STATEMENT OF WORK
Design, Construction & Haul/Installation, Maintenance and Deactivation and GS
Maintenance
(CH2M-Hill – Task Order 0003)

| | | | 2 one month option periods to allow for a phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
|---|---|---|---|

## 6    Performance Period: The period of performance shall be from October 11, 2005 through September 30, 2006 unless otherwise noted above.

5.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

5.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th , 2006 (already provided) for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s).  The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA(MDL)-007207

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 10 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00003 | | 3. EFFECTIVE DATE SEE BLOCK 16c | 4. REQUISITION/PURCHASE REQ NO TN02069Y2006T | 5. PROJECT NO. (if applicable) | |

6. ISSUED BY   CODE   5845

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITIONS MGMT DIVISION
ATTN: JAY D. COHEN / 540-542-2133
500 C STREET, SW
WASHINGTON DC 20472

7. ADMINISTERED BY (if other than Item 6)   CODE

8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code)

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 80112-5946

CODE   FACILITY CODE

| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-D-0592 HSFEHQ-06-J-0004 |
| X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (if required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF     52.243-2 CHANGES - COST REIMBURSEMENT |
| | D. OTHER  (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☐ is not,   ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MODIFICATION IS ISSUED TO DEFINITIZE THE SUBJECT TASK ORDER (SEE CONTINUATION PAGE).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER  (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) |
|---|---|
| David C. Rosenblum  Exec VP | ANTHINETTE C. PASQUARELLA CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR  (Signature of person authorized to sign) | 15C. DATE SIGNED 5/23/06 | 16B. UNITED STATES OF AMERICA  (Signature of Contracting Officer) | 16C. DATE SIGNED JUN - 4 2006 |

STANDARD FORM 30  (REV. 1-83)

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0004

REVISED 05-08-2006
STATEMENT OF WORK

Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0004)

# 1.  General Provisions

## 1.1  Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:          Housing Area Command
                  Joint Field Office DR-1603
                  415 North 15th Street
                  Baton Rouge, LA 70802

JFO Point of Contact: Gordon Taylor, COTR
Phone:              703-254-9800

Counties:  Plaquemines, Lafourche, St. Charles, Terrebonne, Orleans (Lower 9th Ward & West Bank)

# 2. Operational Objective:  Identify and provide temporary (up to 18 months) housing solutions for all people displaced because of Hurricane Katrina.

# 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits. The installation requirements stated below shall not exceed Two-Hundred (200) Travel Trailers and/or Mobile Homes at any one site.  A site is defined as a single location contained within a parish or county.

## 3.1 The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order.  The Contractor shall:

3.1.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.

1 of 7

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0004
                              REVISED 05-08-2006
                            STATEMENT OF WORK
─────────────────────────────────────────────────────────────────
                Haul/Install, Maintenance and Deactivation & Removal
                        (CH2M-Hill – Task Order 0004)


3.1.2   Install the units in accordance with the Exhibits of the Performance Work Statement,
        manufacturer's installation specifications, and other appropriate requirements to include
        State and local requirements.  The contractor shall obtain all necessary permits.

3.1.3   Perform additional (minor) construction and other site preparation/restoration activities to
        include materials as necessary, for proper installation of the units.

3.1.4   Establish and implement procedures to ensure that the quality of the work performed
        complies with generally accepted practices with the trade.

3.1.5   Establish procedures to monitor, and track progress and compliance with specifications.


| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 1 | Haul/Installation- TT/MH & staging | 3,000 with options | The contractor shall haul/install travel trailers/manufactured homes on sites in the State of Louisiana.  All units must be winterized.  Security and safety of contractor teams shall be provided for by the contractor for certain geographic locations as directed by FEMA.  The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all MH/TT assets to their intended destination.

Period of performance for the above shall be from issuance of PAN through September 30, 2006. Within this period of performance, FEMA may elect to utilize up to ten (10), two-hundred (200) unit options allowing the maximum quantity under this Task ID to reach but not exceed 5,000 units.  Option will be exercised IAW 5.1.1 noted below. |


                                    2 of 7

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0004
                        REVISED 05-08-2006
                        STATEMENT OF WORK
─────────────────────────────────────────────────────────────
                Haul/Install, Maintenance and Decactivation & Removal
                        (CH2M-Hill – Task Order 0004)

## 3.2 Maintenance – Staging Areas

The Contractor shall complete routine maintenance as long as the total cost of material does not exceed $250. **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.** It is the contractor's responsibility to record and maintain a log of all maintenance by unit ID.

Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment. If payment has been made the amount may be deducted from subsequent payments.

### 3.2.1 Maintenance/Deactivation/Removal

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

### 3.2.2 User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

### 3.2.3 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

### 3.2.4 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log will include all

CH2M-FEMA (MDL)-007225

Contract HSFEHQ-05-D-0592                       Task Order HSFEHQ-06-J-0004
                        REVISED 05-08-2006
                       STATEMENT OF WORK
             Haul/Install, Maintenance and Deactivation & Removal
                        (CH2M-Hill – Task Order 0004)

maintenance calls, and status of remedy.  Records shall be in accordance with the contract
requirements.

## 3.3 Deactivation and Removal Subtask

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 1 | Occupancy Maintenance | 6,750 | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA from issuance of the PAN through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |
| 2 | Deactivation/Removal | 500 | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. Period of performance is from issuance of PAN through June 30, 2006. |

4 of 7

CH2M - FEMA (MDL) -007226

Task Order HSFEHQ-06-J-0004
REVISED 05-08-2006
STATEMENT OF WORK

Haul/Install, Maintenance and Decactivation & Removal
(CH2M-Hill – Task Order 0004)

## 3.4 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and minor debris removal to facilitate TT/MH installation, lighting illumination, fences/barriers, safety/security protection/equipment, additional rigging for temporary mobile structures.

## 4. Electrical Service Drops

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 1 | Electrical Service Drops in Orleans Parish ONLY | NTE 375 drops | The contractor shall, when necessary, run electrical drops to travel trailers, manufactured homes and alternative housing structures as identified by FEMA. Contractor shall submit a work plan as well as a QA plan to FEMA for approval, before commencing any electrical drops. Period of performance for the above shall be from issuance of PAN through September 30, 2006. |

Run electrical power 120/240 Volts -100 Ampere from Entergy's Secondary Transform Banks to Individual Travel Trailers.

Promptly after receipt of approved inspection and release from the City of New Orleans' Electrical Inspection Department and Entergy, the electrical contractor shall inspect each location to make certain damage has not occurred since the City's and Entergy's inspection.

1. Travel Trailers Overhead Service

1.1 Verify service drop exists at damaged residence

   1.1.1 Disconnect existing service drop from damaged home

   1.1.2 Reconnect service drop to new service pole. All connections shall be made using copper to aluminum crimp connectors sized to accommodate the wire provided.

CH2M-FEMA(MDL)-007227

Contract HSFEHQ-05-D-0592                                    Task Order HSFEHQ-06-J-0004
**REVISED 05-08-2006**
**STATEMENT OF WORK**

Haul/Install, Maintenance and Deactivation & Removal
(CH2M-Hill – Task Order 0004)

1.1.3 Remove Entergy meter from existing home meter can and reinstall in new meter can on new service pole. Then, reseal meter using seals provided by Entergy.

1.2 Where Secondary Transformer Banks Are Available, But New Service Drops Are Needed For New Travel Trailers

1.2.1 Install new triplex service cable from existing transformer pole to new service pole at travel trailer. The standard conductors used for 100 ampere service is #4 aluminum triplex. The triplex shall be anchored at both ends using strand release connectors and attached to the messenger at both ends. Insulators should already be installed at the transformer pole and the new service pole. If not, insulators shall be installed.

1.2.2 Install new Entergy-furnished meter in new meter can. Seal meter with Entergy-furnished seals to prevent meter tampering. Test system to verify proper voltage and absence of short circuits.

1.3 Manufactured Homes with Overhead Service

1.3.1 Same as above, except Contractor will provide 200 ampere service instead of 100 ampere.

1.4 Safety Standards for Working on Energized Wires

All work is to be performed as follows:

1.4.1 Work shall be performed in accordance with NFPA 70, National Electrical Code, Article 230 and other applicable sections. Compliance with all other national, state, city, and local codes and statutes (as applicable) shall be required.

1.4.2. Compliance with OSHA standards for working around and with electrified wires shall be required.

1.4.3 OSHA approved and certified gear and equipment shall be used including, but not limited to:

   a. Bucket trucks;

   b. Gloves, boots, safety belts and other personal gear;

   c. Blankets and other insulators; and

6 of 7

CH2M-FEMA (MDL)-007228

Contract HSFEHQ-05-D-0592                    Task Order HSFEHQ-06-J-0004
                            REVISED 05-08-2006
                            STATEMENT OF WORK
                    Haul/Install, Maintenance and Decactivation & Removal
                            (CH2M-Hill – Task Order 0004)

d. Test equipment and fuse pullers.

1.4.4 All employees working with electrical wiring shall be trained, experienced linemen possessing a journeymen linemen's license by the City of New Orleans or IBEW's equivalent license.

# 5. Period of Performance: The period of performance shall be from October 11, 2005 through September 30, 2006 unless otherwise noted above.

5.1.1 The Government may exercise any or all options. The contracting officer may exercise the option periods by written notice to the contractor within 15 days prior to termination of that current performance period.

5.1.2 During the last 30 calendar days of contract performance or option period, the Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.1.3 The contractor shall deliver to the COTR for Government approval a Phase-out Plan No Later Than Jan 10th , 2006 (NOTE: Completed by CH2M Hill on 01/17/2006) for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

CH2M-FEMA(MDL)-007229