UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: All Cases | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# EXHIBIT J

**EXHIBIT 12 TO BECHTEL'S MOTION TO DISMISS - EXHIBIT 11-A TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' FTCA AND CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION (REC. DOC. 2796-14)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al,
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

---

# BECHTEL NATIONAL, INC.'S
# RULE 12(b)(6) MOTION TO DISMISS

# EXHIBIT 12

**EXHIBIT 11-A TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' FTCA AND CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION (REC. DOC. 196-22)**

Case 2:07-md-01873-KDE-MBN   Document 13421-15   Filed 04/19/10   Page 3 of 5
Case 2:07-md-01873-KDE-ALC   Document 2796-14   Filed 08/24/09   Page 2 of 4
Case 2:07-md-01873-KDE-ALC   Document 190-22   Filed 03/18/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**

**U.S. EXHIBIT NO. 11-A**

PAGE 1

Case 2:07-md-01873-KDE-MBN   Document 13421-15   Filed 04/19/10   Page 4 of 5
Case 2:07-md-01873-KDE-ALC   Document 2796-14   Filed 08/24/09   Page 3 of 4
Case 2:07-md-01873-KDE-ALC   Document 190-22   Filed 05/16/2008   Page 2 of 3

# DEPARTMENT OF HOMELAND SECURITY
# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TEMPORARY HOUSING UNIT INSPECTION REPORT

1. Temporary Housing Unit No.
2. Serial No./Vin

### 3. TYPE OF INSPECTION

|  | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | ☐ | ☐ | |
| Staging | ☐ | ☐ | |
| Site | ☐ | ☐ | |
| RFO | | ☐ | |
| Move In | | ☐ | |
| Move Out | | ☐ | |

### 4. TYPE OF FACILITY
☐ Other
☐ Mobile Home
☐ Travel Trailer

### 5. APPLIANCES

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | | | |
| Range | | | |
| Microwave | | | |
| Refrigerator | | | |
| A/C | | | |
| Water Heater | | | |

### 6. UNIT INFO
a. Manufacturer
b. Year
c. Size (Ft., -Inc towing hitch)
d. Number of Bedrooms

Handicap ☐ Yes ☐ No

### 7. INSPECTIONS
☐ Disaster  ☐ Storage

### 8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = NEW   G = GOOD   P = POOR   D = DAMAGED   M = MISSING

| FURNISHINGS Kitchen & Dining | STO | DIS Condition | REC | FURNISHINGS First Bedroom | STO | DIS Condition | REC | FURNISHINGS Bathroom | STO | DIS Condition | REC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dinette Table | | | | Double Bed, Complete | | | | Commode | | | |
| Dinette Chairs (6 for 3 BR) | | | | Mirror | | | | Tub/Shower | | | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | | Second Bedroom | | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete | | | | Light Fixtures | | | |
| Sink | | | | Mirror | | | | Exterior Condition | | | |
| Light Fixtures | | | | Cabinet Storage | | | | Water Heater | | | |
| Fire Extinguster | | | | Curtains & Rod | | | | Doors | | | |
| A/C  Living Room | | | | Light Fixtures | | | | 2 Key Per Door | | | |
| Couch | | | | Third Bedroom | | | | Windows | | | |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | |
| End Table | | | | Mirror | | | | Front Panels | | | |
| Coffe Table | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | | | | Curtains & Rod | | | | Rear Panels | | | |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | |
| Hall | | | | Interior Condition | | | | Roof Vents | | | |
| Furnace | | | | Floor Covering | | | | Towing Hitch | | | |
| Smoke Detector | | | | Wall Panels | | | | Axels & Springs | | | |
| Light Fixtures | | | | Ceiling Panels | | | | Wheels & Tires | | | |

### 9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:

RIGHT SIDE     LEFT SIDE     FRONT     REAR

NOTE: Tail light harness furnished by: ☐ Towing Contractor

### 10. COMMENTS (If more space is needed, concinue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. | INSPECTOR SIGNATURE | DATE |
|---|---|---|---|
| 12. OCCUPANT NAME | | ADDRESS | THA No. |

### 13. REPRESENTATIVES ACKNOWLEDGEING CONDITIONS ABOVE:

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/Form Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |

| Occupant SIGNATURE (Move In or Out) | DATE | FEMA REP. SIGNATURE | DATE |
|---|---|---|---|

FEMA Form 90-13, JUL 05

FEMA09-000073

Case 2:07-md-01873-KDE-MBN  Document 13421-15  Filed 04/19/10  Page 5 of 5
Case 2:07-md-01873-KDE-ALC  Document 2796-15  Filed 08/24/09  Page 4 of 4
Case 2:07-md-01873-KDE-ALC  Document 196-22  Filed 05/16/2008  Page 3 of 3

## GENERAL INFORMATION

**PURPOSE:** The Temporary Housing Unit Inspection Report is utilized to document the condition of the mobile home and contents during each transaction that occuars for temporary housing.

| TRANSACTION | RESPONSIBILITY | APPLICABLE ITEMS | DISTRIBUTION |
|---|---|---|---|
| 1. Transport From Storage to DFO<br>a. Dispatch from Storage<br>b. Receipt at DFO Staging<br>(a. & b. Inspection done utilizing same form) | a. Storage Dispatch Rep<br>b. Staging Receiving Inspector | a. 3 (Check Storage Dispatch) 1-2, 4-10, 13 (Dispatch To/From Storage blocks)<br>b. 3 (Check Staging Receipt) 8-10, 13 (Receipts To/From Storage blocks). | a. Copy 3 - Storage MH File<br>b. Original, Copy 1 Staging File<br>c. Copy 2 - Towing Contractor |
| 2. Transport From Staging to Site<br>a. Dispatch from Staging<br>b. Receipt at Site (a. & b. Inspection done utilizing same form) | a. Staging Controls<br>b. Installation Inspector | a. Utilizing Original and Copy 1 from Tranasaction 1, Item 3 (Check Staging/Dispatch) 13 (Dispatch to Site Blocks)<br>b. Verify condition in items 8 & 9 | a. Original - Staging File, Copy 1 - Set up Contractor's Transporter<br>b. None |
| 3. RFO (Ready for Occupancy) | Installation Inspector | 3. (Check RFO), 1, 7, 4, 10-12. | Original, Copy 1 & 2, held by Inspector, machine copy for Computer entry. |
| 4. Move - in | Installation Inspector | Utilizing Original and copies from Transaction 3, Item 3 (Check Move - In) 2, 5, 6, 8-10, 12, 13 (Occupant Move In Blocks) | Original - Occupant Files at JFO, Copy 1- Occupan. Copy 2 - Computer entry. |
| 5. Move - Out | Installation Inspector | Utilizing Original and copies from Transaction 4, as comparison: 3 (Check Move - Out), 1, 5, 6, 7, 8-10 12, 13 (Occupant Move Out Blocks) | Original - Occupant Files at JFO,<br>Copy 1- Occupant<br>Copy 2- Storage,<br>Copy 3 - Computer entry. |
| 6. Transport From Site to Staging<br>a. Dispatch From Site<br>b. Receipt at Staging ( a. & b. Inspections done utilizing same form) | a. MHOPs Deactivation Inspector<br>b. Staging Inspector | a. 3 (Check Site/Dispatch) 1, 5, 6, 7, 8-10. 13 (Dispatch From Site),<br>b. 3 *\(Check Site Receipt), 8-10. | a. Original - Copy 1 & 2 - Staging File Copy 3 - Contractor's Transporter.<br>b. None |
| 7. Transport From Staging to Storage<br>a. Dispatch From Staging<br>b. Receipt from Storage | a. Staging Controls<br>b. Storage Receiving Inspector | Utilizing Original and copies from Transaction 6, item 3 (Check Staging/Dispatch, 2, 6, 10, 13, (Dispatch to Storage).<br>b. 3 (Check Storage/Receipt, 8-10, 13 (Receipt to Storage) | a. Original - Copy 2 - Storage File<br>b. Original - Storage MH File<br>Copy 1 - Towing Contractor. |

## INSTRUCTIONS

6. **TEMPORARY HOUSING UNIT** - Indicate the mobile home manufacturer, year of manufacture, size (width and length - including towing hitch), and number of bedrooms.
7. **INSPECTING** - Indicate DFO or Storage which is conducting inspection.
8. **CONDITION OF FURNISHINGS** - Using the code indicated, mark condition. DIS column for Dispatch Inspection, REC column for Receipt Inspection.
9. **MARK LOCATION OF EXTERIOR DAMAGE** - Draw on the unit sketches of the location of any major exterior damage.
10. **COMMENTS** - Provide any additional information concerning problems, conditions or locaton of unit.
11. **READY FOR OCCUPANCY CERTIFICATION** - Inspector indicates Work Order Number from the FEMA Form 90-26, INSTALLATION WORK ORDER; Signs and dates block. Incomplete items on set up may be noted in item 10.
12. **OCCUPANT NAME, ADDRESS, THA NUMBER** - Indicate occupant, address of installation site and the registration number of the occupant.
**ALL OTHER ITEMS ARE SELF-EXPLANTORY**

COMMENTS:

FEMA09-000074

PAGE 3