UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: All Cases | |

-----------------------------------------------------------------------------

# EXHIBIT K

**EXHIBIT 13 TO BECHTEL'S MOTION TO DISMISS - EXHIBIT 16 TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION (REC. DOC. 2796-15)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE　　　MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION N(5)

　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al,
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

-----------------------------------------------------------------------------

# BECHTEL NATIONAL, INC.'S
# RULE 12(b)(6) MOTION TO DISMISS

# EXHIBIT 13

**EXHIBIT 16 TO DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS FOR LACK
OF SUBJECT MATTER JURISDICTION (REC. DOC. 1545-22)**

Case 2:07-md-01873-KDE-MBN   Document 13421-16   Filed 04/19/10   Page 3 of 4
Case 2:07-md-01873-KDE-ALC   Document 2796-15   Filed 08/24/09   Page 2 of 3
Case 2:07-md-01873-KDE-ALC   Document 1545-22   Filed 05/18/2009   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION**

U.S. EXHIBIT NO. 16

Case 2:07-md-01873-KDE-MBN   Document 13421-16   Filed 04/19/10   Page 4 of 4
Case 2:07-md-01873-KDE-ALC   Document 2796-15   Filed 08/24/09   Page 3 of 3
Case 2:07-md-01873-KDE-ALC   Document 1545-22   Filed 05/16/2009   Page 2 of 2

**From:** Payne, Clyde - OSHA
**Sent:** Wednesday, March 18, 2009 3:26 PM
**To:** Payne, Clyde - OSHA
**Subject:** FW: Air sampling in new travel trailers

---

**From:** Smith, Christopher [mailto:chsmith@bechtel.com]
**Sent:** Wednesday, October 05, 2005 3:24 PM
**To:** Payne, Clyde - OSHA
**Cc:** Overton, Steven; Sims, John
**Subject:** Air sampling in new travel trailers

Mr. Payne,

Per our discussion this morning, there is a concern about material off-gasing (possibly formaldehyde) in newly delivered travel trailers. The location is:

RV at the A-1 RV park exit 24 I-10. The contact there would be Steve Overton at A-1 (865-607-5048). The alternate contact is John Sims (865-368-7820).

Your assistance is greatly appreciated in checking this out.

Chris

*Christopher H. Smith*
*Project Environmental Lead*
*Bechtel Corporation*
*FEMA – TAC Project*
*Jackson, MS*
*Tel 865.368.2083*
*Fax 301.360.0298*
*e-mail chsmith@bechtel.com*