UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:  All Cases

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# EXHIBIT P

**EXCERPTS OF THE DEPOSITION OF MARTIN EDWARD MCNEESE, JULY 14, 2009
(REC. DOC. 10946-6)**

Martin Edward McNeese                                        July 14, 2009
                          Washington, DC

---

                                                              Page 1

1                    UNITED STATES DISTRICT COURT

2                       DISTRICT OF LOUISIANA

3                       NEW ORLEANS DIVISION

4    In Re:  FEMA Trailer   )

5    Formaldehyde Products  )  MDL No. 1873

6    Liability Litigation   )

7

8                                Washington, D.C.

9                                Tuesday, July 14, 2009

10   Videotape Deposition of MARTIN EDWARD McNEESE, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:03 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

**EXHIBIT "B"**

Page 107

1    people did not want to do that, we would put them in

2    a hotel or somewhere else.

3              I mean, that was always the other option

4    that went with it, but the ones we swapped out with

5    older units, we never to my knowledge got a complaint

6    back from them again, so --

7         Q.    And the older units would be for example

8    units from the 2004 hurricanes in Florida?

9         A.    Or from any other disasters, but prior to

10   Katrina-type units, yes.

11        Q.    So some of the swapout units were in fact

12   from the 2004 hurricanes in Florida; is that right?

13        A.    That's probably true, yes.

14        Q.    And you're not aware of any followup

15   problems in those 2004 units once they were swapped

16   out from a formaldehyde standpoint?

17        A.    I'm not aware of any, that's correct.

18        Q.    Also in McNeese 7, you refer under number

19   3 to the fact that it is a given that the materials

20   used in the construction of mobile homes and travel

21   trailers in addition to other residential structures

22   contain formaldehyde.

Martin Edward McNeese                                    July 14, 2009
                    Washington, DC

```
                                                    Page 108
 1              Do you see that?

 2       A.    I do.

 3       Q.    It was no surprise to you that there was

 4  some formaldehyde in these travel trailers, was it?

 5       A.    No, it was not.

 6       Q.    And in fact, you're generally aware that

 7  there is also formaldehyde not only in travel

 8  trailers but in mobile homes and in stick-built

 9  residential structures; is that right?

10       A.    That's correct.

11       Q.    In some of the documents that we looked at

12  this morning, I noted that you made references to the

13  fact that there were no standards, residential indoor

14  air standards that FEMA could look to for guidance.

15              Do you recall having that concern at the

16  time?

17       A.    I do --

18       Q.    Could you --

19       A.    -- recall that.

20       Q.    -- elaborate on what -- what your reaction

21  was to learning that there were in fact no standards

22  that FEMA could look to regarding residential indoor
```