UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE　　　MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION N(5)

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

　　　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO: All Cases

---

# EXHIBIT Q

**EXCERPTS OF THE DEPOSITION OF DAVID EDWARD GARRAT, JULY 7, 2009
(REC. DOC. 10946-10)**

Case 2:07-md-01873-KDE-MBN Document 13421-22 Filed 04/19/10 Page 2 of 3
Case 2:07-md-01873-KDE-ALC Document 10946-10 Filed 02/04/2010 Page 1 of 2

David Edward Garratt                                              July 7, 2009
                        Washington, DC

                                                                    Page 1

 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF LOUISIANA

 3                 NEW ORLEANS DIVISION

 4    In Re:   FEMA Trailer      )

 5    Formaldehyde Products  ) MDL No. 1873

 6    Liability Litigation   )

 7

 8                               Washington, D.C.

 9                               Tuesday, July 7, 2009

10    Videotape Deposition of DAVID EDWARD GARRATT, called

11    for examination by counsel for Plaintiffs in the

12    above-entitled matter, the witness being duly sworn

13    by CHERYL A. LORD, a Notary Public in and for the

14    District of Columbia, taken at the offices of NELSON

15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16    Avenue N.W., Suite 900, Washington, D.C., at 9:07

17    a.m., and the proceedings being taken down by

18    Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

EXHIBIT "F"

David Edward Garratt  July 7, 2009
Washington, DC

Page 207

```
 1      Q.    From a formaldehyde standpoint.
 2      A.    None whatsoever.
 3      Q.    Can you talk a little bit about why FEMA
 4   used travel trailers by the thousands both prior to
 5   Hurricane Katrina and during the Hurricane Katrina
 6   response?
 7      A.    They were the preferred direct temporary
 8   housing product because of their -- because of their
 9   size, because we could move them in and set them up
10   quickly.  I think 80 percent of the units that we
11   provided in response to hurricanes Katrina and Rita
12   were on individuals' private property.  And typically
13   we put travel trailers on private property or often
14   because we can't fit anything else on their private
15   property.  They simply can't accommodate a mobile
16   home on their driveway.
17            So they were used because, number 1, they
18   filled a need that could not be met any other way.
19   2, they were inexpensive compared to a mobile home.
20   3, they allowed people to stay at their property and
21   rebuild their home as opposed to relocating them to a
22   community site that might be miles away and might be
```