UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: All Cases | |

**JOINT RULE 12(B)(6) MOTION OF BECHTEL NATIONAL, INC. AND CH2M HILL CONSTRUCTORS, INC. TO DISMISS PLAINTIFFS' MISSISSIPPI PRODUCTS LIABILITY CLAIMS**

NOW INTO COURT, come Defendants, Bechtel National, Inc. and CH2M HILL Constructors, Inc., who submit that they are entitled to a dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure of Plaintiffs' Mississippi Products Liability claims, all as is more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,

**FRILOT L.L.C.**

/s/      John J. Hainkel, III
JOHN J. HAINKEL, III – (#18246)
A. J. KROUSE – (#14426)
DAVID P. CURTIS – (#30880) (MS Bar # 102092)
CAROLYN B. HENNESY – (#25089)
PETER R. TAFARO – (#28776)
ANDREW M. MAESTRI – (#30606)
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Tel: (504) 599-8000; Fax: (504) 599-8100
E-Mail: jhainkel@frilot.com
**Attorneys for Bechtel National, Inc.**

and

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

/s/ Gerardo R. Barrios
ROY C. CHEATWOOD – (#4010)
GERARDO R. BARRIOS – (#21223)
M. DAVID KURTZ – (#23821)
KAREN KALER WHITFIELD – (#19350
WADE M. BASS – (#29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
Tel: (985) 819-8400; Fax: (985) 819-8484
E-Mail: gbarrios@bakerdonelson.com
**Attorneys for CH2M Hill Constructors, Inc.**

3

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 19th day of April, 2010.

          /s/    John J. Hainkel, III
          JOHN J. HAINKEL, III