# Transcript of the Testimony of
# Videotaped Deposition of David Leon McGraw

**Date taken: February 22, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT 1

```
                                                      Page 282
 1   with Mr. Johnson's questions, right?
 2       A    Yes.
 3       Q    You're aware that the cigarette
 4   packages that you buy, they instruct you
 5   that cigarettes can cause cancer, right?
 6       A    Yes.
 7       Q    You're aware that it actually says
 8   it can cause a whole bunch of other health
 9   problems, right?
10       A    Yes.
11       Q    And notwithstanding that, you went
12   ahead and continued to smoke, right?
13       A    Yes.
14       Q    And do you have a fear of getting
15   cancer because you smoked?
16       A    No, because I don't smoke no more,
17   so it ain't no fear no more.
18       Q    When you smoked, did you have a
19   fear of getting cancer?
20       A    No.
21       Q    Now, you also had smoked marijuana
22   in your youth; is that right?
23       A    Yes.
24       Q    Have you ever been arrested?
25       A    Yes.

                                                      Page 283
 1       Q    Have you ever been convicted of
 2   any crimes?
 3       A    No.
 4       Q    What were you arrested for?
 5       A    Crack cocaine.
 6       Q    And have you ever smoked crack
 7   cocaine?
 8       A    No.
 9       Q    What are the circumstances in
10   which you were arrested?
11       A    Possession.
12       Q    Did you have crack cocaine on you
13   at that time?
14       A    No.
15       Q    And when was this arrest?
16       A    Somewhere in 2002.  No, '92.
17       Q    And what were the circumstances
18   where the police thought that you had crack
19   cocaine on you?  Well, what led to your
20   arrest?
21       A    All of us -- We had a whole bunch
22   of friends sitting around.  The police came
23   from this way, police came from that way.
24   Police from way across the street found some
25   crack under the house, told this person get

                                                      Page 284
 1   out the car, that person get out the car.
 2   Because me and my friend were the only one
 3   who had money, they figured we was selling
 4   crack, but I was showing him that I worked,
 5   I was working at Wendy's at the time, so I
 6   showed them receipts from the money I had on
 7   me.
 8       Q    Was this a police jump-out squad?
 9       A    Yes.
10       Q    Okay.  Four police came up in a
11   cruiser?
12       A    There was two in each cruiser.
13       Q    And they jumped out and they
14   collared everyone in the area?
15       A    That's it.  They put everybody on
16   the car.
17       Q    And at that point in time were you
18   aware that some of the people you were
19   associating with had used crack cocaine?
20       A    Not really.  Because mostly I was
21   just around a high crime area.
22       Q    Do you recall completing a
23   document called a Plaintiff Fact Sheet?
24       A    Plaintiff Fact Sheet?
25       Q    I'm just going to show you the

                                                      Page 285
 1   first page of this (indicating).
 2       A    Let's see.  I don't know.  I
 3   probably don't recall it.
 4       Q    I'm going to hand you a document
 5   which is marked as Exhibit No. 21 and it's
 6   entitled "Plaintiff Fact Sheet," and what I
 7   would ask you to do, if you would, go to a
 8   signature page there towards the end.  These
 9   are not paginated, unfortunately.
10       A    All right.
11   MR. WOODS:
12            No, go to the --
13   EXAMINATION BY MR. JOHNSON:
14       Q    Take your time to look through
15   this document a little bit, because I want
16   to ask you some questions about it.
17       A    (Reviewing document).
18       Q    One more page.  Just go one more
19   page there.  That page you're on now, which
20   comes right after Page No. 17 on Exhibit 21,
21   that's the Certification; is that correct?
22   Do you see that?
23       A    Yes.
24       Q    And is that your signature?
25       A    Yes.
```