**OFFICE OF THE CLERK OF COURT**
Parish of Orleans-Criminal District Court
2700 Tulane Ave-New Orleans, Louisiana

Search Name: David McGraw          Receipt No. _____

### SEARCH DATA ON FILE

Arrest Date: 4-21-92             Date of Disposition: 5-6-92
Arrest No. _____            Item No. _____
Viol. R.S.: 14:56                Felony/Misdemeanor _____
Charge Description: Simple Criminal Damage, under $500
Case Number: M254634             Court Section: M
Disposition: Charge Refused 5-6-92
No Sentence.

Arrest Date: 9-15-90             Date of Disposition: 7-30-92
Arrest No. _____            Item No. _____
Viol. R.S.: 40:967               Felony/Misdemeanor
Charge Description: Poss. of Crack
Case Number: 350-580             Court Section: G
Disposition: ON 7-30-92 Pled Guilty, three (3) years probation, fines & fees.

Arrest Date: 7-2-90              Date of Disposition: 7-30-92
Arrest No. _____            Item No. _____
Viol. R.S.: 40:967               Felony/Misdemeanor
Charge Description: Poss. of Crack
Case Number: 345-784             Court Section: G
Disposition: ON 7-30-92 Pled Guilty, three (3) years probation, fines & fees.

Arrest Date _____           Date of Disposition _____
Arrest No. _____            Item No. _____
Viol. R.S. _____            Felony/Misdemeanor _____
Charge Description _____
Case Number _____           Court Section _____
Disposition _____

Search By: _____            Date: 2/10/10
                                 Page ___ of ___

EXHIBIT 2
P. 1

```
   CASE:    350-580       D O C K E T   M A S T E R        DATE:  2/10/2010
SECTION:    D/G                                            TIME: 13:36:35
  CLASS:    3                                              PAGE:        1
                      ORLEANS PARISH CRIMINAL DISTRICT COURT
=================================================================================
DF# DEFENDANT(S):       CNTS CHARGE(S):
=================================================================================

 1  MCGRAW, DAVID L
                          1  RS 40 967 (C) (2)  A04P     BOND:    10,000.00
                             POSSESSION OF COCAINE

=================================================================================
   DATE    PROCEEDINGS
=================================================================================

 7/02/1991                                                          DEJEANJ
           FILED BILL OF INFORMATION
           CAPIAS ISSUED
           BOND SET $10,00.00
           MAGISTRATE PAPERWORK FILED (M-231762, DOB:       , F#494365)

 7/03/1991                                                          DEJEANJ
           ALLOTTED. ARRAIGNMENT SET FOR 7/10/91 AS TO MCGRAW.
           FILED RECOG. BOND $10,000.00, DATE OF BOND 9/17/90.

 7/10/1991                                                          MORGAN C
           DEFENDANT MCGRAW APPEARED WITH COUNSEL, MILTON MASINTER AND ENTER
           ED A PLEA OF NOT GUILTY.  COURT GRANTED DEFENSE TEN DAYS TO FILE
           MOTIONS.  COURT ORDERED CASE TRANSFERRED TO SECTION "G", TO
           FOLLOW CASE NO. 345-184, UNDER RULES OF COURT.

 7/16/1991                                                          BRISCO_M
           CASE RECEIVED. STATUS HEARING SET FOR 9/10/91. NOTIFY ALL.

 9/10/1991                                                          DEVERNAY
           DEFENDANT MCGRAW APPEARED FOR STATUS HEARING ATTENDED BY COUNSEL,
           MILTON MASINTER.  HEARING ON MOTIONS SET 11/5/91, WFNTD.  NOTIFY
           ALL.

11/05/1991                                                          BRYAN A
           THE DEFENDANT MCGRAW APPEARED AT THE BAR OF THE COURT ATTENDED BY
           COUNSEL, MILTON MASINTER.  MOTION TO SUPPRESS EVDIENCE DENIED.
           TRIAL SET 1/13/92.  NOC.  NOTIFY ALL.

 1/13/1992                                                          BRYAN A
           THE DEFENDANT MCGRAW APPEARED AT THE BAR OF THE COURT ATTENDED
           BY COUNSEL, MILTON MASINTER.  THE COURT GRANTED DEFENSE
           CONTINUANCE AND SET TRIAL ON 2/13/92.  NOC.  NOTIFY ALL.

 2/13/1992                                                          BRYAN A
           THE DEFENDANT MCGRAW APPEARED AT THE BAR OF THE COURT ATTENDED
           BY COUNSEL, MILTON MASINTER.  THE COURT GRANTED DEFENSE
           CONTINUNACE BECUASE ATTORNEY'S FATHER ILL.  TRIAL SET 3/26/92.
           NOC.  NOTIFY ALL.

 2/19/1992                                                          BRYAN A
           SET ON ERROR FOR TRIAL ON 3/26/92.  THE COURT RESET THIS MATTER
           PROR TRIAL ON 4/16/92.  SERVE DEFENDANT. SEND DISREGARD NOTICES
           FOR 3/26/92.  NOTIFY ALL.

 4/16/1992                                                          STOVALLL
           DEFENDANT MCGRAW UNATTENDED BY COUNSEL. COURT GRANTED DEFENSE
           CONTINUANCE BECAUSE ATTORNEY ILL. TRIAL SET JUNE 24, 1992. DE-
           FENTANT NOC. NOTIFY ALL.

 6/24/1992                                                          BRYAN A
           THE DEFENDNAT MCGRAW APPEARED AT THE BAR OF THE COURT ATTENDED BY
           COUNSEL, MILTON MASINTER.  TRIAL SET 7/20/92.  NOC.  NOTIFY ALL.

 7/20/1992                                                          BRYAN A
           DEFENDANT MCGRAW APPEARED AT THE BAR OF THE COURT ATTENDED BY
           COUNSEL, M. MASINTER. THE DEFENDANT WITHDREW FORMER PLEA OF
           NOT GUILTY AND ENTERED A PLEA OF GUITLY AS CHARGED.  THE COURT
           SET SENTENCE FOR 7/30/92.  NOC.

 7/30/1992                                                          BRYAN A
           DEFENDANT MCGRAW APPEARED IN COURT ATTENDED BY COUNSEL, MR. M.
           MASINTER, ESQ. FOR SENTENCING. COURT SUSPENDED THE SENTENCE UNDER
                                    CONTINUED
```

Clerk's Office 2/10/10 20\_\_\_\_
A True Copy
by _____ Deputy Clerk
Hon. Arthur A. Morrell
Clerk of Criminal District Court
Orleans Parish

EXHIBIT 2
P. 2

```
     CASE:   350-580          D O C K E T   M A S T E R           DATE:  2/10/2010
  SECTION:   D/G                                                  TIME:  13:35:35
    CLASS:   3                                                    PAGE:        2
                         ORLEANS PARISH CRIMINAL DISTRICT COURT

==============================================================================
  DATE       PROCEEDINGS
==============================================================================
 7/30/1992                                                              BRYAN A
             ART. 894.1 PARAGRAPH B 6, 7, 10, AND 11. DEFENDANT IS SENTENCED
             TO SERVE THREE (3) YEARS AT HARD LABOR IN THE DEPARTMENT OF
             CORRECTIONS WITH CREDIT FOR TIME SERVED; SUSPENDED AND PLACED ON
             THREE (3) YEARS ACTIVE PROBATION, $10 MONTHLY PROBATION FEE,
             COURT COST OF $161.50. SPECIAL CONDITIONS: PAY $600 TO THE
             J.E.F. ON 9/30/92. DEFENDANT IS TO SUBMIT TO AN APPROVED DRUG
             PROGRAM WITH URINE TESTING. SENTENCE IS TO RUN CONCURRENT WITH
             CASE 345-184. PURSUANT TO ART. 892 OF THE CODE OF CRIMINAL
             PROCEDURE, CRIMINAL CLERK SHOULD NOTIFY DOC OF THIS SENTENCE.
 9/30/1992                                                              BRYAN A
             THIS CASE IS TO RUN CONCURRENT WITH 345-184. NO $600.00 JEF
             DUE IN THIS CASE AS IT RUNS CONCURRENT WITH OTHER CASE.
                                       CLOSED
==============================================================================
                              END OF DOCKET MASTER
==============================================================================
```

EXHIBIT 2
P. 3

```
     CASE:  345-184         D O C K E T   M A S T E R        DATE: 2/10/2010
  SECTION:  G/S1/G/S1/G                                      TIME: 13:36:43
    CLASS:  3                                                PAGE:        1
                         ORLEANS PARISH CRIMINAL DISTRICT COURT
===============================================================================
  DF# DEFENDANT(S):      CNTS CHARGE(S):

  1   JOHNSON, DARRYL
                           1   RS 40 967 (C) (2)   A40P    BOND:    5,000.00
                               POSS OF CRACK

  2   MCGRAW, DAVID L
                           1   RS 40 967 (C) (2)   A40P    BOND:    5,000.00
                               POSS OF CRACK
===============================================================================
     DATE      PROCEEDINGS
===============================================================================
  9/10/1990                                                          DEJEANJ
              FILED BILL OF INFORMATION
              CAPIAS ISSUED
              BOND SET $5,000.00 AS TO BOTH DEFENDANTS
              MAGISTRATE PAPERWORK FILED  (M-228699, DOB:      , F#487643)
                                          AS TO JOHNSON
                                          (M-228706, DOB:      , F#487644)
                                          AS TO MCGRAW

  9/11/1990                                                          DEJEANJ
              ALLOTTED.  ARRAIGNMENT SET FOR 9/18/90 AS TO BOTH DEFENDANTS.
              FILED RECOG. BOND $5,000.00, DATE OF BOND 7/2/90 AS TO BOTH
              DEFENDANTS.

  9/18/1990                                                          BRISCO M
              DEFENDANTS ATTENDED BY THEIR COUNSEL, FOR ARRAIGNMENT. DEFENDANT
              JOHNSON COUNSEL IS ARCHIE CREECH. DEFENDANT MCGRAW COUNSEL IS
              SHELIA MEYERS. DEFENDANTS  THRU COUNSEL, ENTERED PLEAS OF NOT
              GUILTY. DEFENSE COUNSEL FILED ORAL MOTIONS TO SUPPRESS EVIDENCE,
              CONFESSION AND ID. MOTIONS SET FOR 12/4/90. DEFENDANTS NOTIFIED
              IN OPEN COURT. NOTIFY ALL. AS TO BOTH DEFENDANTS.

 10/09/1990                                                          DEJEANJ
              DEFENSE FILED MOTION FOR BILL OF PARTICULARS AND DISCOVERY AS TO
              BOTH DEFENDANTS.

 10/11/1990                                                          BRISCO M
              COURT ORDERED THIS CASE TRANSFERRED TO AD HOC COURT. SEE ORDER IN
              FILE.

 10/15/1990                                                          ANDERSON_L
              CASE RECEIVED IN ADHOC #1.  STATUS HEARING SET 10/29/90.

 10/29/1990                                                          ROYC
              THIS MATTER WAS TRANSFERRED TO SECTION "G" AS PER RULE OF THE
              COURT.

 11/06/1990                                                          DEJEANJ
              ADA FILED SET SHEET.  MOTION RESET FOR 12/4/90.

 12/04/1990                                                          DEJEANJ
              AS TO BOTH DEFENDANT THIS MATTER WAS ORDERED TRANSFERRED TO AD
              HOC 1, UNDER THE RULES OF COURT.

 12/07/1990                                                          ANDERSON_L
              CASE RECEIVED IN ADHOC #1.  STATUS HEARING SET 1/7/91.

  1/07/1991                                                          ANDERSON_L
              BOTH DEFENDANTS APPEARED FOR STATUS HEARING.  DEFENDANT JOHNSON
              REPRESENTED BY COUNSEL ARCHIE CREECH.  DEFENDANT MCGRAW REPRE-
              SENTED BY COUNSEL SHEILA MYER.  STATUS CONCLUDED.  HEARING ON
              MOTIONS SET 2/25/91.  NOTIFY ALL.

  2/19/1991                                                          WASH LENDA
              DEFENSE COUNSEL, SHEILA C. MYERS, FILED A MOTION FOR CONTINUANCE
              OF MOTIONS.   AS TO MCGRAW.

  2/25/1991                                                          ANDERSON_L
              DEFENSE CONTINUANCE, HEARING ON MOTIONS RESET FOR 3/18/91.
                                      CONTINUED
```



EXHIBIT 2
P.4

```
     CASE:    345-184          D O C K E T   M A S T E R          DATE:  2/10/2010
  SECTION:  G/S1/G/S1/G                                           TIME:  13:36:43
    CLASS:  3                                                     PAGE:         2
                           ORLEANS PARISH CRIMINAL DISTRICT COURT
```

| DATE | PROCEEDINGS |
|---|---|
| 2/25/1991 | ANDERSON_L<br>NOTIFY ALL. DEFENDANT JOHNSON'S COUNSEL IS ARCHIE CREECH. DEFENDANT MCGRAW'S COUNSEL IS SHEILA MYER. |
| 3/13/1991 | BRISCO_M<br>CASE RECEIVED. THIS MATTER REMANDED BACK TO SECTION "G". STATUS HEARING SET FOR 4/4/91. NOTIFY ALL PARTIES. AS TO BOTH DEFENDANTS. |
| 3/25/1991 | BRISCO_M<br>MOTIONS RESET FOR 4/5/91. SERVE DEFENDANTS AND NOTIFY ALL, AS TO BOTH DEFENDANTS. |
| 4/04/1991 | BRISCO_M<br>DEFENDANTS JOHNSON AND MCGRAW ATTENDED BY COUNSELS FOR MOTIONS. MOTIONS RESET FOR 5/17/91. DEFENDANTS NOC. NOTIFY ALL. CANCEL 4/5/91 MOTION DATE. |
| 5/17/1991 | BRISCO_M<br>DEFENDANTS JOHNSON AND MCGRAW ATTENDED BY COUNSELS, ARCHIE CREECH (JOHNSON) AND SHEILA MEYERS (MCGRAW). DEFENSE WITHDREW MOTIONS TO SUPPRESS CONFESSION AND ID BASED ON STATEMENT OF D.A. MOTION TO SUPPRESS EVIDENCE: FOR ID PURPOSES ONLY THE DEFENSE INTRODUCED D MOTION 1, D MOTION 2, AND D MOTION 3. COURT GRANTED DEFENSE CONTINUANCE FOR COMPLETION OF MOTION HEARING DUE TO ABSENCE OF POLICE OFFICERS UNTIL 9/10/91. DEFENDANTS NOC. STATE FILED THE FOLLOWING ANSWERS: ANSWER TO MOTION TO SUPPRESS ID, CONFESSION AND EVIDENCE, ANSWER TO MOTION FOR PRELIMINARY HEARING, ANSWER TO BILL OF PARTICULARS, MOTION FOR DISCOVERY AND INSPECTION. |
| 9/10/1991 | DEVERNAY<br>BOTH DEFENDANTS APPEARED ATTENDED BY COUNSELS, ARCHIE CREECH AND SHELIA MEYERS, FOR HEARING ON MOTIONS. AFTER DUE PROCEEDINGS WERE HAD, COURT DENIED THE MOTION TO SUPPRESS EVIDENCE. TRIAL SET 11/20/91, WFN TO BOTH DEFENDANTS. NOTIFY ALL. |
| 11/07/1991 | STOVALLL<br>DEFENDANT JOHNSON APPEARED IN COURT ATTENDED BY COUNSEL ROBERT OBERFELL FOR TRIAL. DEFENDANT THROUGH COUNSEL, WITHDREW FORMER PLEA OF NOT GUILTY AND ENTERED A PLEA OF GUILTY AS CHARGED. COURT ACCEPTED. SENTENCED SET 11/21/91. NOC. |
| 11/20/1991 | BRYAN_A<br>THE DEFENDANT MCGRAW APPEARED AT THE BAR OF THE COURT ATTENDED BY COUNSEL, SHELIA MEYERS. DEFENSE FILED MOTION FOR CONTINUANCE OF TRIAL WITH AUTHORITY IN SUPPORT THEREOF. THE COURT GRANTED DEFENSE CONTINUANCE. DEFENSE COUNSEL AWAITING TRANSCRIPT OF MOTION HEARING. TRIAL SET 1/15/92. NOC. NOTIFY ALL. |
| 11/21/1991 | BRYAN_A<br>THE DEFENDANT JOHNSON APPEAREDD BEFORE THE BAR OF THE COURT ATTENDED BY COUNSEL ROBERT OBERFELL. THE SENTENCED THE DEFENDANT UNDER 894.1 B 6,7,10,11 TO : 3 YEARS IN THE CUSTODY OF DOC WITH CREDIT FOR TIME SERVED FROM DATE OF ARREST. BALANCE OF JAIL IS SUSPENDED AND THE DEFENDANT IS PLACED ON ACTIVE PROBATION FOR A PERIOD OF 3 YEARS. SPECIAL CONDITIONS OF PROBATION ARE: (1) $600.00 TO THE JEF UNDER 13:41.4 AND UNDER 895.1 (2) $10.00 PER MONTH TO THE DOC DURING THE DEFENDANT'S PROBATION. (3) THE DEFENDANT IS TO ENTER A DRUG PROGRAM THRU THE PROBATION DEPARMENT, AND THE DEFENDANT IS TO WAIVES EXTRADITION. PAYMENT SET 1/21/92. DEFENDANT IS ALSO TO PAY COURT COURT COSTS OF $161.50 OR SERVE 30 DAYS IN OPP IN DEFAULT THEREOF. THE DEFENDANT IS SAID TO BE 20 YEARS OLD AND BORN ON 1/21/71 IN LA. |
| 1/15/1992 | STOVALLL<br>DEFENDANT MCGRAW APPEARED IN COURT. TRIAL RESET 3/26/92. NOC NOTIFY ALL. |
| 1/21/1992 | BRYAN_A<br>THE DEFENDANT JOHNSON PAID $150.00 LEAVING A BALANCE OF $450.00. |

CONTINUED

EXHIBIT 2
P. 5

```
CASE:    345-184           D O C K E T   M A S T E R           DATE: 2/10/2010
SECTION: G/S1/G/S1/G                                           TIME: 13:36:43
CLASS:   3                                                     PAGE:        3
                    ORLEANS PARISH CRIMINAL DISTRICT COURT
================================================================================
  DATE      PROCEEDINGS
================================================================================
 1/21/1992                                                          BRYAN_A
           PAYMENT SET 2/21/92.  NOC.

 2/21/1992                                                          BRYAN_A
           THE DEFENDANT JOHNSON MADE A PYAMENT OF $50.00 LEAVING A BALANCE
           OF $400.00.  THIS MATTER IS RESET FOR 3/23/92.  NOC.

 3/23/1992                                                          BRYAN_A
           THE DEFENDNAT JOHNSON FAILED TO APPEAR FOR PAYMENT.  THE COURT
           ISSUED ALAIS CAPAIS NO BOND.

 4/03/1992                                                          BRYAN_A
           TRIAL ORIGINALLY SET ON 3/26/92 WAS CONTINUED BECAUSE COURT
           ORDERED CLOSED THAT DATE DUE TO JUDICIAL COLLEGE IN LAFAYETTE, LA
           TRIAL SET 7/20/92.  SERVE DEFENDANT.  NOTIFY ALL. AS TO MCGRAW.

 4/13/1992                                                          BRYAN_A
           FILED ARREST ON CAPAIS NOTIFICATION.  DATE OF ARREST: 4/10/92.
           DATE ISSUED: 3/23/92.  SET FOR 4/14/92.  AS TO JOHNSON.
           THE DEFENDANT JOHNSON PAID $400.00.  PAID IN FULL.  ALIAS
           CAPIAS RECALLED.  RELEASED ISSUED.  CLOSED AS TO JOHNSON.

 4/14/1992                                                          BRYAN_A
           THE DEFENDANT JOHNSON PAID IN FULL.  PAID $400.00.  RELEASE
           PREVIOUSLY ISSUED.  CLOSED AS TO JOHNSON.

 7/20/1992                                                          BRYAN_A
           THE DEFENDANT MCGRAW APPEARED AT THE BAR OF THE COURT ATTENDED BY
           COUNSEL, S. MYERS.  THE DEFENDANT WITHDREW FORMER PLEA OF NOT
           GUILTY AND ENTERED A PLEA OF GUITLY AS CHARGED.  SENTENCE SET
           7/30/92.  NOC.

 7/30/1992                                                          BRYAN_A
           DEFENDANT MCGRAW APPEARED IN COURT ATTENDED BY COUNSEL, MR. M.
           MASINTER, ESQ. FOR SENTENCING.  COURT SUSPENDED SENTENCE UNDER
           ART. 894.1 PARAGRAPH B 6, 7, 10, AND 11. DEFENDANT SENTENCED TO
           SERVE THREE (3) YEARS IN THE DEPARTMENT OF CORRECTIONS; SUSPENDED
           AND PLACED ON THREE (3) YEARS ACTIVE PROBATION, $10 MONTHLY
           PROBATION FEE, COURT COST $161.50. SPECIAL CONDITIONS: PAY $600
           TO THE J.E.F. ON 9/30/92.  COURT ORDERED THE DEFENDANT TO SUBMIT
           TO AN APPROVED DRUG PROGRAM WITH URINE TESTING. DEFENDANT WAIVED
           EXTRADITION.  PURSUANT TO ART. 892 OF THE CODE OF CRIMINAL
           PROCEDURE, CRIMINAL CLERK SHOULD NOTIFY DOC OF THIS SENTENCE.

 9/30/1992                                                          BRYAN_A
           DEFENDANT MCGRAW PAID $500.00 LEAVING A BALANCE OF $100.00.
           PAYMENT SET 11/18/92.  NOC.

11/18/1992                                                          BRYAN_A
           THE COURT GRANTED MCGRAW EXTENSION FOR PAYMENT UNTIL 12/22/92.
           NOC.

12/23/1992                                                          BRYAN_A
           THE DEFENDANT MCGRAW PADI $20.00 LEAVING A BALANCE OF $80.00.
           PAYMENT SET 1/8/93.  ALIAS CAPIAS RECALLED.  NOC.

 1/08/1993                                                          BRYAN_A
           THE DEFENDANT MCGRAW PAID $30.00 LEAVING A BALANCE OF $50.00.
           PAYMENT SET 2/11/93.  NOC.

 2/11/1993                                                          BRYAN_A
           THE DEFENDANT MCGRAW $30.00 LEAVING A BALANCE $20.00.  PAYMENT
           SET 3/11/93.  NOC.

 3/11/1993                                                          WILLIAMS_W
           DEFENDANT MCGRAW PAID $20.  PAID IN FULL.  CLOSED AS TO BOTH DE-
           FENDANTS.
                                    C L O S E D
================================================================================
                              END OF DOCKET MASTER
================================================================================
```

EXHIBIT 2
P. 6