UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CH2M HILL CONSTRUCTOR, INC'S AND SHAW ENVIRONMENTAL, INC.'S
JOINT RULE 12(b)(6) MOTION TO DISMISS
PLAINTIFFS' LOUISIANA PRODUCT LIABILITY CLAIMS
IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED
<u>ADMINISTRATIVE MASTER COMPLAINTS</u>**

**NOW INTO COURT**, through undersigned counsel, come defendants CH2M HILL Constructors, Inc. ("CH2M HILL") and Shaw Environmental, Inc. ("Shaw") (collectively "Contractor Defendants), who, in response to plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Docs. 4486 and 7688) and with a full reservation of rights, hereby jointly move this Honorable Court to dismiss plaintiffs' claims against the Contractor Defendants under the Louisiana Products Liability Act ("LPLA"), La. R.S. 9:2800.51 *et seq.*, in all cases consolidated in this multi-district litigation pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this Joint Motion, the Contractor Defendants hereby adopt and incorporate by reference in its entirety Fluor Enterprises, Inc.'s ("Fluor") Memorandum in Support of its Motion For Partial Judgment on the Pleadings to Dismiss Louisiana Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Doc. 13423). The Contractor Defendants also incorporate by reference this Court's prior rulings on this precise issue under the LPLA in *Alexander* and *Dubuclet*, dismissing those bellwether plaintiffs' LPLA claims as a matter of law. *See* Court's Order and Reasons (Sept. 11, 2009) (Rec. Doc. 3217); Court's Order (Nov. 17, 2009) (Rec. Doc. 7440).

**WHEREFORE,** the Contractor Defendants pray that their Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Louisiana Product Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints be granted.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

 /s/  Gerardo R. Barrios
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

- 3 -

                                        **BAKER DONELSON BEARMAN**
                                        **CALDWELL & BERKOWITZ, PC**

                                          /s/ M. David Kurtz
                                        ROY C. CHEATWOOD (La. Bar No. 4010)
                                        M. DAVID KURTZ (La. Bar No. 23821)
                                        KAREN KALER WHITFIELD (La. Bar No. 19350)
                                        CATHERINE N. THIGPEN (La. Bar 30001)
                                        201 St. Charles Avenue, Suite 3600
                                        New Orleans, Louisiana 70170
                                        Telephone:  (504) 566-5200
                                        Facsimile:  (504) 636-4000
                                        rcheatwood@bakerdonelson.com
                                        dkurtz@bakerdonelson.com
                                        kwhitfield@bakerdonelson.com
                                        cthigpen@bakerdonelson.com

                                        **ATTORNEYS FOR DEFENDANT,**
                                        **SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that on April 19, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                                                    /s/ Gerardo R. Barrios
                                                    GERARDO R. BARRIOS