UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO<br>ALL CASES | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that CH2M HILL Constructors, Inc. ("CH2M HILL") and Shaw Environmental, Inc. ("Shaw") will bring on for hearing its Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Louisiana Products Liability Act Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints before the Honorable Kurt D. Engelhardt, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 5th day of May 2010, at 9:30 a.m.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**

 /s/  Gerardo R. Barrios
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
SANDRA VARNADO (La. Bar No. 30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com
svarnado@bakerdonelson.com

**ATTORNEYS FOR**
**CH2M HILL CONSTRUCTORS, INC.**


**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
ROY C. CHEATWOOD (La. Bar No. 4010)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
CATHERINE N. THIGPEN (La. Bar 30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
rcheatwood@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,**
**SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                                        /s/ Gerardo R. Barrios
                                        GERARDO R. BARRIOS