UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO<br>ALL CASES | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CH2M HILL CONSTRUCTORS, INC.'S AND SHAW ENVIRONMENTAL, INC.'S JOINT RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' NEGLIGENCE CLAIMS IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED <u>ADMINISTRATIVE MASTER COMPLAINTS</u>

**NOW INTO COURT**, through undersigned counsel, come defendants CH2M HILL Constructors, Inc. ("CH2M HILL") and Shaw Environmental, Inc. ("Shaw") (collectively, the "Contractor Defendants"), who, in response to plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints ("AMC") (Rec. Docs. 4486 and 7688) and with a full reservation of rights, hereby jointly move this Honorable Court to dismiss plaintiffs' negligence claims under Louisiana law (against CH2M HILL and Shaw), Mississippi law (against CH2M HILL), and Alabama law (against CH2M HILL) in all cases consolidated in this multi-district litigation pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this Joint Motion, the Contractor Defendants hereby adopt and incorporate by reference in its entirety Fluor Enterprises, Inc.'s ("Fluor") Memorandum in Support of its

Motion for Partial Judgment on the Pleadings on Negligence Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Doc. 13426-1).[1]

**WHEREFORE,** the Contractor Defendants pray that their Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Negligence Claims under Louisiana law (against CH2M HILL and Shaw), Mississippi law (against CH2M HILL), and Alabama law (against CH2M HILL) in all cases consolidated in this multi-district litigation be granted.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

 /s/  Gerardo R. Barrios
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
SANDRA VARNADO (La. Bar No. 30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com
svarnado@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

---

[1] As with Fluor's motion, this motion addresses all of plaintiffs' negligence claims except plaintiffs' negligent failure to warn claims, which will be addressed by a separate motion.

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

/s/ M. David Kurtz
ROY C. CHEATWOOD (La. Bar No. 4010)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
CATHERINE N. THIGPEN (La. Bar 30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
rcheatwood@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

/s/ Gerardo R. Barrios
GERARDO R. BARRIOS