UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
CH2M HILL CONSTRUCTORS, INC.'S AND SHAW ENVIRONMENTAL, INC.'S
JOINT RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' NEGLIGENCE CLAIMS
IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED
<u>ADMINISTRATIVE MASTER COMPLAINTS</u>**

In support of defendants CH2M HILL Constructors, Inc.'s ("CH2M HILL") and Shaw Environmental, Inc.'s ("Shaw") (collectively, the "Contractor Defendants") joint Rule 12(b)(6) motion to dismiss plaintiffs' negligence claims under Louisiana law (against CH2M HILL and Shaw), Mississippi law (against CH2M HILL), and Alabama law (against CH2M HILL) in all cases consolidated in this multi-district litigation as set forth in the Third and Fourth Supplemental and Amended Administrative Master Complaints ("AMC") (Rec. Docs. 4486 and 7688), the Contractor Defendants hereby adopt and incorporate by reference Fluor Enterprises, Inc.'s ("Fluor") Memorandum in Support of its Motion for Partial Judgment on the Pleadings on

Negligence Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Doc. 13426-1).[1]

## ARGUMENT

As set forth in the AMC, plaintiffs claim to have been exposed to formaldehyde contained in emergency housing units ("EHUs") provided by the Federal Emergency Management Agency ("FEMA") following Hurricanes Katrina and Rita, and to have suffered damages as a result of such alleged exposure. Plaintiffs have sued the manufacturers of the EHUs, the United States government, and government contractors, like Fluor, CH2M HILL, and Shaw, who delivered and set up the EHUs. As against these three government contractor defendants (Fluor, CH2M HILL, and Shaw), plaintiffs assert claims under the Louisiana Products Liability Act ("LPLA"), La. R.S. 9:2800.51 *et seq.*, and, alternatively, state law negligence claims.[2]

In support of their state law negligence claims in the AMC, plaintiffs assert the exact same factual allegations and legal conclusions against the three government contractor defendants – Fluor, CH2M HILL, and Shaw – under Louisiana, Mississippi, and Alabama law.[3]

---

[1] As with Fluor's motion, this motion addresses all of plaintiffs' negligence claims except plaintiffs' negligent failure to warn claims, which will be addressed by a separate motion.

[2] *See* AMC Count 10, ¶¶ 293-299 (LPLA cause of action against the contractor defendants); Count 11 (negligence claim against the contractor defendants under Louisiana law), ¶¶ 298-304; Count 12 (negligence claim against the contractor defendants under Mississippi law), ¶¶ 305-311; and Count 16 (negligence claim against the contractor defendants under Alabama law), ¶¶ 329-335. Plaintiffs' LPLA claims are addressed in Contractor Defendants' separate joint Rule 12(b)(6) motion to dismiss plaintiffs' LPLA claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint (Rec. Doc. 13425).

[3] *See* AMC, Count 11 (negligence claim against the contractor defendants under Louisiana law), ¶¶ 298-304; Count 12 (negligence claim against the contractor defendants under Mississippi law), ¶¶ 305-311; and Count 16 (negligence claim against the contractor defendants under Alabama law), ¶¶ 329-335; *id.* ¶¶ 148-171 (general allegations against the contractor defendants, including Fluor, CH2M HILL, and Shaw); *see also id.*, ¶ 114 (collectively referring to Fluor, CH2M HILL, and Shaw as the so-called "No-Bid Defendants").

The Contractor Defendants were not named as defendants until the Third Supplemental and Amended Administrative Master Complaint was filed on October 2, 2009 (Rec. Doc. 4486). Although plaintiffs did not style

Thus, in the interests of judicial economy and efficiency, the Contractor Defendants adopt in its entirety Fluor's Memorandum in Support of its Motion for Partial Judgment on the Pleadings on Negligence Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Doc. 13426-1)), which addresses the same state law negligence causes of action in the AMC.[4]

## CONCLUSION

For the reasons set forth in Fluor's Memorandum in Support of its Motion for Partial Judgment on the Pleadings on Negligence Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Doc. 13426-1), plaintiffs' state law negligence allegations against the Contractor Defendants are insufficient and fail to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Accordingly, the Contractor Defendants respectfully submit that their joint Rule 12(b)(6) motion to dismiss all of plaintiffs' negligence claims under Louisiana law (against CH2M HILL and Shaw), Mississippi law (against CH2M HILL), and Alabama law (against CH2M HILL) in all cases consolidated in this multi-district litigation should be granted.

---

their Third Supplemental and Amended Administrative Master Complaint as a restated complaint, in paragraph 2 they make clear their intent to restate and supersede the allegations in the first three versions of their complaint.

[4] Although Fluor's motion is filed as a Rule 12(c) motion for judgment on the pleadings, the standard under Rule 12(b)(6) is substantially the same. *See* Fluor's Memorandum in Support of its Motion for Partial Judgment on the Pleadings on Negligence Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints, at 3-7 (Rec. Doc. 13426-1).

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**

 /s/  Gerardo R. Barrios
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
SANDRA VARNADO (La. Bar No. 30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com
svarnado@bakerdonelson.com

**ATTORNEYS FOR**
**CH2M HILL CONSTRUCTORS, INC.**


**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
ROY C. CHEATWOOD (La. Bar No. 4010)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
CATHERINE N. THIGPEN (La. Bar 30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
rcheatwood@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,**
**SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                                              /s/ Gerardo R. Barrios
                                              GERARDO R. BARRIOS