UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:  09-3871<br>*Keith Nunnery, et al. vs. Keystone Industries, Inc.,<br>et al.* , No. 09-3871 (David McGraw) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT CH2M HILL CONSTRUCTORS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE

Defendant CH2M HILL Constructors, Inc. ("CH2M HILL") submits this opposition to Plaintiff David McGraw's Motion *in Limine* to Exclude Evidence relating to Mr. McGraw's two guilty pleas for possession of crack cocaine (Rec. Doc. 13210), and hereby adopts and incorporates by reference Keystone RV Company's ("Keystone") Opposition to Plaintiff's Motion *in Limine* (Rec. Doc. 13424) and the United States of America's Response / Memorandum in Opposition to Plaintiff's "Motion i*n Limine*" to Exclude Evidence (Rec. Doc. 13427).

For the reasons set forth in Keystone's Opposition to Plaintiff's Motion *in Limine* (Rec. Doc. 13424) and the United States' Response / Memorandum in Opposition to Plaintiff's "Motion i*n Limine*" to Exclude Evidence (Rec. Doc. 13427), CH2M HILL respectfully submits that Mr. McGraw's motion should be denied and Keystone, the United States, and CH2M HILL should be permitted to introduce evidence regarding Mr. McGraw's two previous guilty pleas for possession of crack cocaine.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


/s/ Gerardo R. Barrios
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
SANDRA VARNADO (La. Bar No. 30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com
svarnado@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

/s/ Gerardo R. Barrios
GERARDO R. BARRIOS