UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

MDL NO. 07-1873
SECTION "N" (5)
JUDGE ENGLEHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
Case Numbers: 09-4065; 09-4016; 09-3994; 09-3993; 09-4927

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

AFFIDAVIT OF GOOD CAUSE REGARDING SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

    BEFORE ME, the undersigned authority, personally came and appeared:

LAWRENCE J. CENTOLA, JR., ESQ.

Who, after first being duly sworn, did depose and state:

1. That he is at attorney with the Hurricane Legal Center (HLC) and represents plaintiffs in the cases bearing docket numbers *Jones, et al. v. Stuart Park Homes, Inc.* (09-4065), *Martin, et al. v. Stuart Park Hones, Inc.* (09-4016), *Mitchell, et al. v Stuart Park Homes, Inc.* (09-3994), *Encalade, et al v. Stuart Park Homes, Inc.* (09-3993), and *Amber Hayes, et al. v. Stewart Park Homes, Inc, et al.* (09-4927) which are part of the above-captioned multi-district proceeding (hereinafter, "above-captioned cases");

2. That in The Fall of 2009, HLC made several attempts to serve Defendant, Stuart Park Homes, Inc., through certified mail at 1207 Sunset Drive, Thomasville, GA 31729 in *Marsh v. Stuart Park Homes, Inc.* (09-5523), *Riley v. Stuart Park Homes, Inc.* (09-5767), *Washington v. Stuart Park Homes, Inc.* (09-5524), and *Tarrence v. Stuart Park Homes, Inc.* (10-0462), which were also part of MDL No. 07-1873;

3. Affiant confirmed through the United States Postal authorities that the certified copies of the Summons and Complaints previously attempted in these cases (9-5523, 09-5767, 09-5524, and 10-0462) were not received by the addressee Stewart Park Homes, Inc. because there were "Unclaimed" as marked by the deliverer.

4. That based on HLC's inability to serve Stuart Park Homes, Inc. pursuant to these previous attempts, Affiant made the decision to withhold service in the above-captioned cases until a reliable address and agent for service of process could be determined;

5. Affiant subsequently learned from the Secretary of the State of Georgia, Defendant's state of incorporation, that Defendant Stewart Park Homes, Inc. was administratively dissolved on May 16, 2008;

6. Other searches for an agent or address for Defendant, Stewart Park Homes, Inc., produced either no new information or the same improper address, 1207 Sunset Drive, Thomasville, GA 31729.

7. Upon discovery that Plaintiffs' Liaison Counsel Counsel, Gainsburgh Benjamin, had been successful in serving Stewart Park Homes, Inc. via Chuck Genter, Affiant secured the services of Mr. Genter to execute proper service.

8. After several subsequent failed attempts, Affiant was able to successfully serve the President and CEO for Stewart Park Homes, Inc. by way of a Process Server on March 24, 2010.

9. Affidavit submitted by the Process Server is attached to this document.

_____
LAWRENCE J. CENTOLA, JR., ESQ.

Sworn to and subscribed
Before me Notary, this 15th day
_April_, 2010
_Suzan N. Richardson_

Suzan N. Richardson
Bar Roll No. 20341
My commission is issued for life