UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br>SECTION "N" (5)<br>JUDGE ENGLEHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:
Case Numbers: 09-5523; 09-5767; 09-5524

.................................................................................

AFFIDAVIT OF GOOD CAUSE REGARDING SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

LAWRENCE J. CENTOLA, JR., ESQ.

Who, after first being duly sworn, did depose and state:

1. That he is at attorney with the Hurricane Legal Center (HLC) and represents plaintiffs in the cases bearing docket numbers *Marsh v. Stuart Park Homes, Inc.* (09-5523), *Riley v. Stuart Park Homes, Inc.* (09-5767), and *Washington v. Stuart Park Homes, Inc.* (09-5524), which are part of the above-captioned multi-district proceeding (hereinafter, "above-captioned cases");

2. That in the fall of 2009, he deposited in the United States Mail, postage prepaid, certified copies of the above-referenced summons and complaints, properly addressed to defendant Stewart Park Homes, Inc. through its registered agent for service, Lucas Stewart, III, at 1207 Sunset Drive, Thomasville, GA 31729, requesting a return receipt.

3. Affiant confirmed from the United States Postal authorities that the certified copies of the summons and complaints were not received by the addressee Stewart Park Homes, Inc. because they were "Unclaimed" as marked by the deliverer.

4. Affiant has subsequently learned from the Secretary of the State of Georgia, Defendant's state of incorporation, that Defendant Stewart Park Homes, Inc. was administratively dissolved on May 16, 2008.

5. Other searches for an agent or address for Defendant, Stewart Park Homes, Inc., produced either no new information or the same improper address, 1207 Sunset Drive, Thomasville, GA 31729.

6. Affiant is aware of prior successful service of Defendant, Stewart Park Homes, Inc., although that service was made prior to the company's dissolution.

7. Recently, after several subsequent failed attempts, Affiant was able to successfully serve the President and CEO for Stewart Park Homes, Inc. by way of a Process Server on March 24, 2010.

8. The affidavit submitted by the Process Server to HLC is attached to this document.

_____
LAWRENCE J. CENTOLA, JR., ESQ.


Sworn to and subscribed

Before me Notary, this 15th day

April, 2010

_____
Suzan N. Richardson
Bar Roll No. 20341
My commission is issued for life