UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873
SECTION "N" (5)
JUDGE ENGLEHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
Case Numbers: 09-5965; 09-5752; 09-5738; 09-6572; 09-6775

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

AFFIDAVIT OF GOOD CAUSE REGARDING SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

LAWRENCE J. CENTOLA, JR., ESQ.

Who, after first being duly sworn, did depose and state:

1. That he is counsel for plaintiffs in the above-captioned matter
2. In Novemeber of 2009, he deposited in the United States Mail, postage prepaid, certified copies of the Summons, and the Complaints referenced in the above caption, properly addressed, to defendant Stewart Park Homes, inc., through its registered agent for service, through its managing agent, 1207 Sunset Drive, Thomasville, GA 31729, requesting a return receipt.
3. Although the Summons was properly executed in the cases referenced above, Affiant felt it necessary to re-serve Defendant, Stewart Park Homes, Inc. by way of a Process Server out of an abundance of caution due to latter issues regarding service of this defendant in our other cases. Given the difficulties in serving this Defendant, Stewart Park Homes, Inc., and as a matter of due diligence, Affiant considered it prudent to insure service was beyond contestation by enlisting the services of a Process Server.

4. Affiant was able to successfully serve the Agent for Service of Process for Stewart Park Homes, Inc. by way of a Process Server on March 24, 2010.

5. Affidavit submitted by the Process Server is attached to this document.

                                             LAWRENCE J. CENTOLA, JR., ESQ.

Sworn to and subscribed

Before me Notary, this ___ day

_____, 2010

HALIMA N. SMITH, LSBN: 28233
NOTARY PUBLIC
In and for the State of Louisiana
My Commission is
Issued For Life