S. AO 440 (Rev. 04/08) Civil Summons


RETURN

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

BEVERLY WHITMORE, et al. )
Plaintiff )
v. ) Civil Action No. 2:09-cv-8331
STEWART PARK HOMES, INC., et al. )
Defendant )

Summons in a Civil Action

To: *(Defendant's name and address)*

STEWART PARK HOMES
Through its Managing Agent
1207 Sunset Drive
Thomasville, GA 31729

**SERVED**

**SERVED**
ON 03-24-2010
DAY WEDNESDAY
TIME 1900
BY [illegible] #2771
COURT SERVICE, INC.
OFFICE 229-226-6211
FAX 229-226-6212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.
Hurricane Legal Center, LLC
600 Carondelet St., Ste. 602
New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court
Loretta G. Whyte

Date: Jan 12 2010

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

10-74

Court Service, Inc.
Ste 178 - 15125 U.S. Highway 19 South
Thomasville, Georgia 31792-4853
Process Serving - Investigations

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __03/24/2010__,
by:

(1) personally delivering a copy of each to the individual at this place, __3380 McMILLAN ROAD OCHLOCKNEE GEORGIA, 31773-1378__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

✶ (5) other (specify) __PLEASE SEE AND REFER TO ATTACHED AFFIDAVIT OF SERVICE. THANK-YOU!__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __03/24/2010__

_E. C. Genter_
Server's signature

E. C. GENTER - PROCESS SERVER
Printed name and title

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"
Server's address

Court Service, Inc.
Ste 178 - 15125 U.S. Highway 19 South
Thomasville, Georgia 31792-4853
Process Serving - Investigations

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Case Number: 2:09-CV-8331

Plaintiff:
**BEVERLY WHITMORE, et. al.**

vs.

Defendant:
**STEWART PARK HOMES, INC., et. al.**

For:
Lawrence Centola, Jr., Esquir
Hurricane Legal Center, L.L.C.
Attn: Jackie Edmundson, L/S - Suite 602
600 Carondelet Street
New Orleans, LA 70130

Received by COURT SERVICE, INC. on the 16th day of March, 2010 at 4:47 pm to be served on **Stewart Park Homes, Inc., 219 Industrial Boulevard, Thomasville, GA 31792**.

I, E. C. Genter, being duly sworn, depose and say that on the **24th day of March, 2010** at **7:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and FIRST AMENDED COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **Audra Lucas Stewart, III** as **Registered Agent** for **Stewart Park Homes, Inc.**, at the address of: **3380 McMillan Road, Ochlocknee, GA 31773-1378**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** I asked the person spoken to whether recipient was in active military service of the United States. Upon information and belief I aver that the recipient is not in military service of the United States as that term is defined in either the State or Federal statutes.

**Additional Information pertaining to this Service:**
This assignment was extremely difficult to complete. The main facility of Stewart Park Homes, Inc. has closed down and is no longer operational at this time. Mr. Stewart was extremely evasive, elusive and conniving in his demeanor regarding legal process. He was offensive in his demeanor and aggressive in his contact with this investigator. This investigator had Mr. Audra Lucas Stewart, III Sign and Receipt for this process upon service of same upon him. His signature is beside the Served Stamp on the face of the Summons In A Civil Action. This process was placed directly into Mr. Stewart's hand by this investigator who fully explained the contents therein. Mr. Stewart is lawfully served!

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasion, Height: 6'0", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in nor am a party in the above action, and am a Professional Process Server holding current Alabama Private Investigator, Florida Certification and Georgia Letter of Permanent Appointment authority. I certify and know that the one herein worked by me to be the same as herein referenced and was served or not served according to State Law.

E. C. Genter
Process Server

Subscribed and Sworn to before me on the 25th day of March, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

COURT SERVICE, INC.
Suite 178
15125 U.S. Highway 19 South
Thomasville, GA 31792-4853
(229) 226-6211
Our Job Serial Number: 2010000074
Ref: 2010-074

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w