UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Earline Castanel, et al v. Recreation by Design LLC, et al*, Docket No. 09-3251 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### THIRD PARTY ALBERT JARRELL'S MOTION TO QUASH SUBPOENA

Albert Jarrell files this Motion to Quash the Subpoena that was served on him by Defendant Recreation for Design, and, in support, would show:

### BACKGROUND

Albert Jarrell is a third party to this particular suit, although he is pursuing a separate claim in this Multi District Litigation.

On either April 16 or 17, 2010, he was personally served with a subpoena to appear for deposition to take place at Garrison, Yount, Forte & Mulcahy on Wednesday, April 21, 2010 at 11 a.m.

Mr. Jarrell's attorneys first learned of this deposition on Monday, April 19, 2010. Also, it is Mr. Jarrell's understanding that Plaintiff Castanel's attorneys received no prior notice of this deposition and only learned of the subpoena after being contact by The Buzbee Law Firm.

Further, on January 25, 2010, Mr. Jarrell was deposed for approximately three hours in the course of this Multi District Litigation. Defendant Recreation by Design was noticed and invited to attend this deposition, and has also been provided with a copy of the transcript of this deposition.

## ARGUMENT AND AUTHORITIES

This subpoena should be quashed for the following reasons:

**A.     The Subpoena Is Overly Burdensome On Mr. Jarrell**

This subpoena subjects Mr. Jarrell to an undue burden. FED. R. CIV. P. 45(c)(3)(A)(iv). Mr. Jarrell works for Meals on Wheels every weekday from 9 am to 1 pm. At present, this is his only employment. Also, Mr. Jarrell has a doctor's appointment scheduled for 2:00 pm on April 21, 2010. Defendant never contacted Mr. Jarrell's attorney or Castanel's attorneys to inquire as to his availability and did not offer to provide Mr. Jarrell with a witness fee.

**B.     Mr. Jarrell Has Already Been Deposed In This Litigation**

Mr. Jarrell was previously deposed in this Multi District Litigation on January 25, 2010, for approximately three hours.

**C.     Defendant Did Not Provide Enough Notice**

As stated above, Mr. Jarrell was provided with just four or five days notice for his deposition. Therefore, this subpoena does not allow reasonable time for compliance. FED. R. CIV. P. 45(c)(3)(A)(iii).

**D.     Defendant Did Not Provide Notice to Castanel's Attorneys**

Defendant never contacted Castanel's attorneys to inquire as to Mr. Jarrell's availability or their availability before serving this subpoena.

## PRAYER

WHEREFORE, Third Party Albert Jarrell respectfully requests that the Court quash the subpoena served on him by Defendant Recreation by Design.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 20, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

     */s/ John Munoz*_____
JOHN MUNOZ, #9830