OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: April 20, 2010

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

RELATES TO CASE NO. 09-3482

Case No.   MDL No. 1873   Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFF'S SECOND SUPPLEMENTAL AND
AMENDING COMPLAINT FOR DAMAGES to the following:

1.      Fluor Enterprises, Inc.
        Through
        Corporation Service Company
        320 Somerulos St.
        Baton Rouge, LA 70802

2.      Gulf Stream Coach, Inc.
        Through its registered agent for service
        Kenneth C. Brinkler
        503 South Oakland
        Napanee, IN 46550

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931