UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Before this Court is a Joint Unopposed Motion to Extend Non-Litigation Track filed by the Non-Litigation Track Defendants (except Palm Harbor Homes, Inc., Palm Harbor Manufacturing, L.P. and Palm Harbor Albemarle LLC (collectively the "Palm Harbor Defendants")) and the Plaintiffs' Steering Committee, which the Court finds establishes good cause for extending the Non-Litigation Track, and therefore:

IT IS HEREBY ORDERED that the following deadlines will apply:

1) The Non-Litigation Track is extended to July 1, 2010, except for the Palm Harbor Defendants;

2) In the event settlement is not finalized between the Plaintiffs' Steering Committee and the remaining Non-Litigation Track Defendants, then said parties shall submit nominations for a bellwether plaintiff and manufactured housing defendant on July 1, 2010, for a second Manufactured Housing Bellwether Trial to be scheduled by future orders of this Court.

New Orleans, Louisiana, this 20th day of April, 2010.

							_____
							**KURT D. ENGELHARDT**
							**UNITED STATES DISTRICT JUDGE**