UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER

**IT IS ORDERED** that the **Motion for Partial Summary Judgment as to Express Warranty Claim (Rec. Doc. 13227)** is **DENIED AS MOOT**, based on Rec. Doc. 13325.

New Orleans, Louisiana, this 19th day of April 2010.

                                                          **KURT D. ENGELHARDT**
                                                          **UNITED STATES DISTRICT JUDGE**