MINUTE ENTRY
ENGELHARDT, J.
April 19, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO ALL CASES

     A telephone conference was conducted on Monday, April 19, 2010, at 10:00 a.m. Participating were Gerald E. Meunier, Andrew D. Weinstock, M. David Kurtz, Henry T. Miller, Adam M. Dinnell, Thomas W. Thagard, Lamont P. Domingue, Richard A. Sherburne and Eric L. Linstrom.

JS10(0:35)