274-12292

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:
THE ADMINISTRATIVE MASTER COMPLAINT,
THE FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
THE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
THE THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER
COMPLAINT, AND THE FOURTH SUPPLEMENTAL AND AMENDED
ADMINISTRATIVE MASTER COMPLAINT

************************************************************************

**AMENDED RESPONSES OF JACQUET CONSTRUCTION SERVICES, LLC
TO THE ADMINISTRATIVE MASTER COMPLAINT,
FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT,
SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT
AND THIRD SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER
COMPLAINT, AND RESPONSES TO THE FOURTH SUPPLEMENTAL AND
AMENDED ADMINISTRATIVE MASTER COMPLAINT**

FIRST DEFENSE

The Complaints fail to state a claim upon which relief can be granted.

## SECOND DEFENSE

The claims are time barred

## THIRD DEFENSE

Respondent had no duty to plaintiffs.

## FOURTH DEFENSE

Any and all damages complained of are a result of the fault of plaintiffs and/or third parties.

## FIFTH DEFENSE

Plaintiffs have failed to mitigate their damages.

## SIXTH DEFENSE

Any and all damages complained of by plaintiffs are the result of pre-existing conditions.

## SEVENTH DEFENSE

Any liability of respondent is limited according to its contract with FEMA.

## EIGHTH DEFENSE

Any liability of respondent is precluded by its contract with FEMA since it acted prudently in accordance with its contract and within its scope.

## NINTH DEFENSE

Any liability of respondent is precluded by its contract with FEMA since it followed instructions, guidelines or information issued by FEMA employees or agents who were authorized under the contract to issue such instructions, guidelines or information.

## TENTH DEFENSE

No action may be maintained against respondent since it performed its work according to specifications and instructions furnished to it by FEMA which respondent did not make or cause to be made.

## ELEVENTH DEFENSE

The claims are barred pursuant to the *Spearin* doctrine.

## TWELFTH DEFENSE

The claims are barred pursuant to the federal contractor doctrine.

## THIRTEENTH DEFENSE

The claims are barred pursuant to the independent contractor doctrine.

## FOURTEENTH DEFENSE

The claims are barred by estoppel, release or waiver.

## FIFTEENTH DEFENSE

Respondent is not a manufacturer.

## SIXTEENTH DEFENSE

The claims are barred pursuant to the sophisticated purchaser/user doctrine.

## SEVENTEENTH DEFENSE

The trailer was not unreasonably dangerous under the Louisiana Products Liability Act.

## EIGHTEENTH DEFENSE

If there was a defect in the trailer, which is specifically denied, said defect was

apparent and obvious.

### NINETEENTH DEFENSE

Respondent pleads, to the extent applicable, all defenses allowed under the Louisiana Products Liability Act.

### TWENTIETH DEFENSE

To the extent economic damages are claimed, they are barred pursuant to the economic loss doctrine.

### TWENTY-FIRST DEFENSE

Any damages were caused by superseding or intervening events.

### TWENTY-SECOND DEFENSE

The claims are barred as a result of FEMA's acceptance of the work.

### TWENTY-THIRD DEFENSE

It adopts the defenses of other defendants to the extent they are not inconsistent with its interests.

### TWENTY-FOURTH DEFENSE

And now, answering each and every allegation of the Administrative Master Complaint, Jacquet Construction Services, LLC represents:

1.

It denies the allegations of paragraph 1.

2.

It admits, upon information and belief, the allegations of paragraph 2.

3. - 8.

It denies the allegations of paragraphs 3 through 8.

9.

It admits the allegations of paragraph 9.

10. - 204.

It denies the allegations of paragraphs 10 through 204.

205.

It denies any remaining and all unnumbered and misnumbered allegations and paragraphs.

## TWENTY-FIFTH DEFENSE

And now, answering each and every allegation of the First Supplemental and Amended Master Complaint, Jacquet Construction Services, LLC represents:

1. - 8.

It denies the allegations of paragraphs 1 through 8.

9.

It denies the allegations of amended paragraph 31 of the Master Complaint.

10.

It denies any remaining and all unnumbered and misnumbered allegations and paragraphs.

## TWENTY-SIXTH DEFENSE

And now, answering each and every allegation of the Second Supplemental and

Amended Master Complaint, Jacquet Construction Services, LLC represents:

1.

No response is required to paragraph 1.

2. and 3.

It denies the allegations of paragraphs 2 and 3.

4.

No response is required to paragraph 4.

5. - 9.

It denies the allegations of paragraphs 5 through 9.

10.

It denies any remaining and all unnumbered and misnumbered allegations and paragraphs.

## TWENTY-SEVENTH DEFENSE

And now, answering each and every allegation of the Third Supplemental and Amended Administrative Master Complaint, Jacquet Construction Services, LLC represents:

1.

No response is required to paragraph 1. In the event a response is required, the allegations of that paragraph are denied.

2. - 4.

It admits the allegations of paragraphs 2 through 4.

5.

To the extent prior allegations are pled, it adopts its responses to such allegations. To the extent prior allegations are superseded, it denies such allegations.

6. and 7.

It admits the allegations of paragraphs 6 and 7.

8. - 104.

It denies the allegations of paragraphs 8 through 104.

105.

It admits the allegations of paragraph 105.

106. - 108.

It denies the allegations of paragraphs 106 through 108.

109.

It admits its status as set forth in paragraph 109; otherwise, it denies the allegations of that paragraph.

110. - 115.

It denies the allegations of paragraphs 110 through 115.

116.

It admits the allegations of paragraph 116.

117.

It admits plaintiffs have alleged damages in excess of $75,000.00, exclusive of interest and costs, but denies any plaintiff has suffered damages in that amount.

118.

It admits the allegations of paragraph 118, subject to its response to paragraph 117.

119.

It admits the allegations of paragraph 119.

120.

It admits, upon information and belief, the allegations of paragraph 120.

121. - 123.

It admits the allegations of paragraphs 121 - 123.

124. - 363.

It denies the allegations of paragraphs 124 through 363.

364.

It denies any remaining and all unnumbered and misnumbered allegations and paragraphs.

## TWENTY-EIGHTH DEFENSE

And now, answering each and every allegation of the Fourth Supplemental and Amended Administrative Master Complaint, Jacquet Construction Services, LLC represents:

1. - 6.

It denies the allegations of paragraphs 1 through 6.

7.

It denies any remaining and all unnumbered and misnumbered allegations and

paragraphs.

WHEREFORE, Jacquet Construction Services, LLC prays that all claims against it be dismissed with prejudice and at the cost of plaintiffs.

_//S// John A. Stewart, Jr._
JOHN A. STEWART, JR. (#8164)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112
(504) 524-6221   Fax (504) 529-4106
_(jas@hulsewanek.com)_
_Attorney for Jacquet Construction Services, LLC_

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

_//S// John A. Stewart, Jr._
JOHN A. STEWART, JR. (#8164)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112
(504) 524-6221   Fax: (504) 529-4106
_Attorney for Jacquet Construction Services, LLC_
jas@hulsewanek.com
