OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: April 20, 2010

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

RELATES TO CASE NO. 09-3603

Case No.  MDL No. 1873  Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. Fluor Enterprises, Inc.
   **Through its registered agent for service:**
   Corporation Service Company
   320 Somerulos St.
   Baton Rouge, LA 70802-6129

2. Jayco, Inc., a/k/a Bottom Line RV
   **through its registered agent for service:**
   Glenn E. Killoren
   121 W. Franklin St., Ste 200
   Elkhart, IN 46516

3. The Unites States Government
**Through**
U.S. Attorney's Office, Eastern Disctrict of Louisiana
500 Poydras St., Room B210
New Orleans, LA 70130
**And through**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 30530-0001
**And through**
Federal Emergency Management Agency
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931