May 21, 2009

**CERTIFIED MAIL NO. 7006 3450 0001 5393 2031**

Jayco, Inc., a/k/a Bottom Line RV
Through its registered agent for service:
Glenn E. Killoren
121 W Franklin St., Ste 200
Elkhart, IN 46516

> RE:   FEMA Formaldehyde Product Liability Litigation
>       MDL No. 1873, Section N(5)
>       Related to: Cook, et al. v. Jayco, Inc., et al.
>       No. 09-3603

------------------------------------------------------------------------------------------

Dear Sir and/or Madam:

Enclosed herewith please find the following pleadings prepared in connection with the above referenced proceeding:

1.   **Summons (Original and one copy);**
2.   **Notice of Lawsuit and Request for Waiver of Service for Summons;**
3.   **Waiver of Service of Summons (Original and one copy); and,**
4.   **Complaint.**

The enclosed are served pursuant to Rule 4 (h) 1 of the Federal Rules of Civil Procedure. In accordance with the Federal Rules of Civil Procedure, please sign and date the Return of Service on the back of the Summons in a Civil Action marked "Return" and return same to me using the self-addressed, stamped envelope herein provided for this purpose. Alternatively, you may execute the Waiver of Service for Summons form also attached hereto.

With best regards, I am

Very truly yours,

LINDA J. NELSON

LJN/jdb
Enclosures
cc:   Gerald E. Meunier, Esq.
      Justin I. Woods, Esq.
      Henry T. Miller, Esq.
      Andrew D. Weinstock, Esq.
      David Kurtz, Esq.
      Thomas L. Cougill, Esq.