May 21, 2009

**CERTIFIED MAIL NO. 7006 3450 0001 5393 1799**
The United States Government
through
U.S. Attorney, Jim Letten, EDLA
500 Poydras Street
Room B210
New Orleans, LA 70130

      RE:    FEMA Formaldehyde Product Liability Litigation
              MDL No. 1873, Section N(5)
              Related to: Cook, et al. v. Jayco, Inc., et al.
              No. 09-3603

---

Dear Sir and/or Madam:

Enclosed herewith please find the following pleadings prepared in connection with the above referenced proceeding:

    1.    **Summons (Original and one copy);**
    2.    **Notice of Lawsuit and Request for Waiver of Service for Summons;**
    3.    **Waiver of Service of Summons (Original and one copy); and,**
    4.    **Complaint.**

The enclosed are served pursuant to Rule 4 (h) 1 of the Federal Rules of Civil Procedure. In accordance with the Federal Rules of Civil Procedure, please sign and date the Return of Service on the back of the Summons in a Civil Action marked "Return" and return same to me using the self-addressed, stamped envelope herein provided for this purpose. Alternatively, you may execute the Waiver of Service for Summons form also attached hereto.

    With best regards, I am

                                Very truly yours,

                                LINDA J. NELSON

LJN/jdb
Enclosures
cc:    Gerald E. Meunier, Esq.
        Justin I. Woods, Esq.
        Henry T. Miller, Esq.
        Andrew D. Weinstock, Esq.
        David Kurtz, Esq.