May 21, 2009

**CERTIFIED MAIL NO. 7006 3450 0001 5393 1768**
The United States Government
through
Federal Emergency Management Agency
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472

RE: FEMA Formaldehyde Product Liability Litigation
MDL No. 1873, Section N(5)
Related to: Cook, et al. v. Jayco, Inc., et al.
No. 09-3603

Dear Sir and/or Madam:

Enclosed herewith please find the following pleadings prepared in connection with the above referenced proceeding:

1. **Summons (Original and one copy);**
2. **Notice of Lawsuit and Request for Waiver of Service for Summons;**
3. **Waiver of Service of Summons (Original and one copy); and,**
4. **Complaint.**

The enclosed are served pursuant to Rule 4 (h) 1 of the Federal Rules of Civil Procedure. In accordance with the Federal Rules of Civil Procedure, please sign and date the Return of Service on the back of the Summons in a Civil Action marked "Return" and return same to me using the self-addressed, stamped envelope herein provided for this purpose. Alternatively, you may execute the Waiver of Service for Summons form also attached hereto.

With best regards, I am

Very truly yours,

LINDA J. NELSON

LJN/jdb
Enclosures
cc: Gerald E. Meunier, Esq.
    Justin I. Woods, Esq.
    Henry T. Miller, Esq.
    Andrew D. Weinstock, Esq.
    David Kurtz, Esq.