UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE § | | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | | |
| § | | SECTION N(5) |
| § | | |
| THIS DOCUMENT IS RELATED TO: § | | JUDGE ENGELHARDT |
| § | | |
| *All Cases* § | | MAGISTRATE CHASEZ |
| § | | |

### FLUOR ENTERPRISES, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS TO DISMISS MISSISSIPPI PRODUCTS LIABILITY CLAIMS IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully moves this Court for a motion for partial judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, to dismiss the plaintiffs' claims against FEI under Mississippi Products Liability Law, MS Code Annotated § 11-1-63, in all cases pending in this multi-district litigation.

In support of this motion, FEI hereby adopts and fully incorporates the Joint Rule 12(b)(6) Motion of Bechtel National, Inc. and CH2M Hill Constructors, Inc. to Dismiss Plaintiffs' Mississippi Products Liability Claims.  (Rec. docs. 13422 and 13422-2).  FEI also refers the Court to the analysis and legal arguments made in support of its motion for partial judgment to dismiss Louisiana products liability claims in the third and fourth supplemental and amended administrative master complaints, which also support this motion.  (Rec. docs. 13423

and 13423-1). The factual and legal bases for this motion are set forth in the joint Rule 12(b)(6) motion to dismiss plaintiffs' Mississippi products liability claims of Bechtel National, Inc. and CH2M Hill Constructors, Inc. and the attached memorandum.

    Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:   */s/ Sarah A. Lowman*
      Dominic J. Gianna, La. Bar No. 6063
      Sarah A. Lowman, La. Bar No. 18311
      201 St. Charles Avenue, Suite 3100
      New Orleans, Louisiana 70170
      Telephone: (504) 525-7200
      Facsimile: (504) 581-5983
      dgianna@midrid.com
      slowman@midrid.com

      *-and-*

      Charles R. Penot, Jr. (La. Bar No. 1530 &
      Tx. Bar No. 24062455)
      717 North Harwood, Suite 2400
      Dallas, Texas 75201
      Tel: (214) 220-6334; Fax: (214) 220-6807
      cpenot@midrid.com

      *-and-*

      Richard A. Sherburne, Jr., La. Bar No. 2106
      450 Laurel Street, Suite 1101
      Baton Rouge, Louisiana 70801
      Telephone: (225) 381-7700
      Facsimile: (225) 381-7730
      rsherburne@midrid.com

      **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that on April 20, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

            */s/ Sarah A. Lowman*   .

ND: 4833-5906-6118, v. 1