UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE § | | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | | |
| § | | SECTION N(5) |
| § | | |
| THIS DOCUMENT IS RELATED TO: § | | JUDGE ENGELHARDT |
| § | | |
| *All Cases* § | | MAGISTRATE CHASEZ |
| § | | |

**MEMORANDUM IN SUPPORT OF FLUOR ENTERPRISES, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS TO DISMISS MISSISSIPPI PRODUCTS LIABILITY CLAIMS IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS**

This memorandum submitted on behalf of Fluor Enterprises, Inc. (**FEI**) in support of its motion for partial judgment on the pleadings, pursuant to Fed. R. Civ. P. 12(c), to dismiss all of plaintiffs' claims against FEI under Mississippi Products Liability law, MS Code Annotated § 11-1-63, in all cases consolidated in this multi-district litigation.

In support of FEI's Rule 12(c) motion, FEI fully adopts and incorporates herein the Joint Rule 12(b)(6) Motion of Bechtel National Inc. and CH2M Hill Constructors, Inc. to Dismiss Plaintiffs' Mississippi Products Liability Claims (Rec. docs. 13422 and 13422-2).  FEI installed and maintained no trailers in Mississippi.  FEI will be seeking dismissal of those claims voluntarily.  However, FEI files this motion out of an abundance of caution in the event that plaintiffs in the Mississippi matters refuse to dismiss FEI.

The joint motion of Bechtel and CH2M Hill to dismiss plaintiffs' Mississippi products liability claims was filed pursuant Fed. R. Civ. P. 12(b)(6), for failure to state a claim for which relief can be granted.  Since FEI filed an answer to the AMC, this motion is properly brought pursuant to Rule 12(c), motion for judgment on the pleadings.  The standard for reviewing a Rule 12(c) motion is the same as that for a Rule 12(b)(6) motion to dismiss for failure to state a claim.[1]  FEI also refers the Court to the analysis and arguments in its motion to dismiss the LPLA claims, which also support this motion.  Plaintiffs' products liability claims under Mississippi law fail for the same reasons they are deficient under Louisiana law.

## CONCLUSION

For the forgoing reasons, Fluor Enterprises, Inc. respectfully requests that this Court grant its motion for partial judgment on the pleadings to dismiss plaintiffs' Mississippi products liability claims against it, with prejudice.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:  /s/ Sarah A. Lowman.
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

*- and -*

---

[1] *See In re Katrina Canal Breaches Litigation*, 495 F.3d 191, 205 (5th Cir. 2007); *Stewart v. Irene Alonzo*, No. C-08-347, 2009 U.S. Dist. Lexis 536, *5 (S.D. Tx. 2009). The legal standards for Rules 12(c) and 12(b)(6) are set forth in FEI's motion for partial judgment on the pleadings to dismiss Louisiana products liability claims in the third and fourth supplemental and amended administrative master complaints (Rec. docs. 13423-1, p. 5-9.)

>Charles R. Penot, Jr. (La. Bar No. 1530 &
>Tx. Bar No. 24062455)
>717 North Harwood, Suite 2400
>Dallas, Texas 75201
>Tel: (214) 220-6334; Fax: (214) 220-6807
>cpenot@midrid.com
>
>   *-and-*
>
>Richard A. Sherburne, Jr., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>Telephone: (225) 381-7700
>Facsimile: (225) 381-7730
>rsherburne@midrid.com
>
>**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

>*/s/ Sarah A. Lowman           .*

ND: 4841-0172-0070, v. 1