UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE § | | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | | |
| § | | SECTION N(5) |
| § | | |
| THIS DOCUMENT IS RELATED TO: § | | JUDGE ENGELHARDT |
| § | | |
| *ALL CASES* § | | MAGISTRATE CHASEZ |
| § | | |

### NOTICE OF HEARING

TO:   All Counsel of Record

PLEASE TAKE NOTICE that defendant, Fluor Enterprises, Inc., will bring on for hearing its Motion for Partial Judgment on the Pleadings to Dismiss Mississippi Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints, on **5th day** of **May, 2010** at **9:30 o'clock a.m**., before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, Section "N-5," 500 Camp Street, New Orleans, Louisiana 70130.

_____
JUDGE KURT D. ENGELHARDT

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:    s/ Sarah A. Lowman
         Dominic J. Gianna, La. Bar No. 6063
         Sarah A. Lowman, La. Bar No. 18311
         201 St. Charles Avenue, Suite 3100
         New Orleans, Louisiana 70170
         Telephone: (504) 525-7200
         Facsimile: (504) 581-5983
         dgianna@midrid.com
         slowman@midrid.com

            *-and-*

         Charles R. Penot, Jr. (La. Bar No. 1530 &
         Tx. Bar No. 24062455)
         717 North Harwood, Suite 2400
         Dallas, Texas 75201
         Tel: (214) 220-6334; Fax: (214) 220-6807
         cpenot@midrid.com

            *-and-*

         Richard A. Sherburne, Jr., La. Bar No. 2106
         450 Laurel Street, Suite 1101
         Baton Rouge, Louisiana 70801
         Telephone: (225) 381-7700
         Facsimile: (225) 381-7730
         rsherburne@midrid.com

         **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                                    *s/ Sarah A. Lowman.*

ND: 4843-5416-4742, v. 1