UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
October 18, 2010 Palm Harbor trial

## ORDER

**IT IS ORDERED** that Keith Andrews, III, represented by his father, Keith Andrew, Jr., shall serve as the bellwether Plaintiff in October 18, 2010 Palm Harbor trial.

**IT IS FURTHER ORDERED** that, in the event that Andrews is rendered unable to serve in his capacity as bellwether plaintiff in this trial, Tonya Washington shall be the substitute bellwether plaintiff.

**IT IS FINALLY ORDERED** that the parties shall engage in pre-trial discovery and trailer testing on both of these selections (Andrews and his substitute, Washington) and be ready to proceed to trial on October 18, 2010 on either of these selections.

New Orleans, Louisiana, this 21st day of April, 2010.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**