UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
the member cases listed in the caption  
of Rec. Doc. 13118

# ORDER AND REASONS

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion for Extension of Time (Rec. Doc. 13118), set for hearing on April 21, 2010, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **Motion for Extension of Time (Rec. Doc. 13118)** is hereby **GRANTED**. Accordingly, Plaintiffs are granted an additional 60 days to match plaintiffs to specific contractor defendants.

**IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable to this particular instance.

A motion for reconsideration of this Order, if any, must be filed within ten days of the

date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

  New Orleans, Louisiana, this 21st day of April 2010.

                _____
                **KURT D. ENGELHARDT**
                **UNITED STATES DISTRICT JUDGE**