## Randy Mulcahy

**From:** Linda Nelson [Linda@lambertandnelson.com]
**Sent:** Friday, April 16, 2010 2:45 PM
**To:** Randy Mulcahy
**Subject:** RE: Witnesses

ok…let me know when so we can try to cover it before you subpoena him.

Linda J. Nelson, Esq.
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana
70130
504-581-1750

LAMBERT & NELSON, PLC
CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-581-1750 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Randy Mulcahy [mailto:RMulcahy@GarrisonYount.com]
**Sent:** Friday, April 16, 2010 2:42 PM
**To:** Linda Nelson; Chris Pinedo; Raul Bencomo; Dennis Reich
**Cc:** Lyon Garrison; Kim Marshall; Kelly Morton; Jill Marie Kenyon; Jennifer Minden; Magan Ennis
**Subject:** RE: Witnesses

Thanks. We are going to schedule his deposition.

Randy

**From:** Linda Nelson [mailto:Linda@lambertandnelson.com]
**Sent:** Friday, April 16, 2010 2:38 PM
**To:** Randy Mulcahy; Chris Pinedo; Raul Bencomo; Dennis Reich
**Cc:** Lyon Garrison; Kim Marshall; Kelly Morton; Jill Marie Kenyon; Jennifer Minden; Magan Ennis
**Subject:** RE: Witnesses

randy-

we may be calling Jarrell.

Linda

Linda J. Nelson, Esq.



EXHIBIT A

1

Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana
70130
504-581-1750

LAMBERT & NELSON, PLC
CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-581-1750 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Randy Mulcahy [mailto:RMulcahy@GarrisonYount.com]
**Sent:** Friday, April 16, 2010 2:07 PM
**To:** Linda Nelson; 'Chris Pinedo'; 'Raul Bencomo'; 'Dennis Reich'
**Cc:** Lyon Garrison; Kim Marshall; Kelly Morton; Jill Marie Kenyon
**Subject:** RE: Witnesses

Linda:

Similar to my inquiry below, please advise if plaintiff may call Al Jarrell as a witness at trial. If so, we want to take his deposition before next Wednesday.

Randy


**From:** Randy Mulcahy
**Sent:** Friday, April 16, 2010 1:50 PM
**To:** 'Linda Nelson'; 'Chris Pinedo'; 'Raul Bencomo'; 'Dennis Reich'
**Cc:** Lyon Garrison; Kim Marshall; Kelly Morton; Jill Marie Kenyon
**Subject:** Witnesses

Linda:

Please advise if plaintiff may call her daughter, Kim Castanel, as a witness at trial. If so, we want to take her deposition before next Wednesday.

Randy


Randall C. Mulcahy
GARRISON, YOUNT,
FORTE & MULCAHY, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112
Phone: (504) 527-0680 x129
Fax: (504) 527-0686

**LEGAL NOTICE**

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages. Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).