UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**********************************************************************

## MOTION AND INCORPORATED MEMORANDUM
## IN SUPPORT OF EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), and requests that the attached opposition to Third Party Albert Jarrell's Motion to Quash Subpoena and Motion to Strike Albert Jarrell be heard on an expedited basis. Although Mr. Jarrell's Motion is presently set for hearing on May 5, 2010, the circumstances justify an expedited hearing because the discovery cut-off in this matter is April 21, 2010. For timely consideration of the subject Motion, an expedited hearing is required in advance of the Court's next regularly scheduled hearing date. Therefore, RBD respectfully requests that this Motion for Expedited Hearing be granted.

Respectfully submitted,

    */s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

### CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

    */s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591