# Kim Marshall

**From:** Kim Marshall
**Sent:** Friday, April 16, 2010 2:46 PM
**To:** 'Magan Ennis'; 'linda@lambertandnelson.com'
**Subject:** Castanel - Albert Jarrell deposition

Magan, we would like to set the deposition of Albert Jarrell before Wednesday. Can you contact him and find out when he can be available? Also, when can you have someone available to cover the depo?

Thanks,

*Kim Marshall*
*Paralegal*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
(504) 527-0680 Main
(504) 527-0686 Facsimile
kmarshall@garrisonyount.com
garrisonyount.com

4/21/2010



EXHIBIT B