IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL No. 1873 <br> * <br> * SECTION N(5) <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: <br> *Pecot, et al. v. Fluor Enterprises, Inc.* Case No. 09-3985 | * MAGISTRATE CHASEZ <br> * |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to amend their First Amended Complaint for Damages in the underlying action, Case No. 09-3985. Fed. Rules Civ. Proc. Rule 15 states "[t]he court should freely give leave when justice so requires."[1]

The Second Supplemental and Amending Complaint is being filed solely on the grounds that the wrong list of plaintiffs was inadvertently attached as "Exhibit A" to the First Supplemental and Amending Complaint. Instead, the list of plaintiffs identified in "Exhibit A" should have been identical to the list of plaintiffs identified in the original Complaint for Damages as "Exhibit A." For clarity, the correct attachment is identified in the Second Supplemental and Amending Complaint as "Exhibit A-1"

---

[1] Rule 15 provides that a party may amend its pleadings once as a matter of course at any time before a responsive pleading is served; [o]therwise, a party may amend the party's pleading only by leave of the court…and shall be freely given when justice so requires." Fed. R. Civ. P. 15. Because a First Supplemental and Amending Complaint for Damages has already been filed on behalf of the plaintiffs, leave of court is required.

Aside from being amended to substitute the correct exhibit, no other changes are being made to the Second Supplemental and Amending Complaint for Damages. Counsel for plaintiffs has conferred with counsel for the defendants in this matter and is authorized to state that the defendants do not oppose the motion.

No undue prejudice will result in allowing the attached Second Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

>
> Respectfully submitted,
>
> HURRICANE LEGAL CENTER, LLC
>
> BY:  /s/  *Lawrence J. Centola, Jr.*
>
> Lawrence J. Centola, Jr. LA Bar #3962
> 600 Carondelet Street
> Suite 602
> New Orleans, LA 70170
> (504) 525-1944 (telephone)
> (504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

>
> /s/  *Lawrence J. Centola, Jr.*
>      Lawrence J. Centola, Jr.