Exhibit "A"
Additional Parties:

Brenda Pecot
Eric Campbell
Odile Campbell
Kayla Campbell
Zandrina Holloway
Howard Blue
Anthony Caronia
Christine Caronia
Anthony Caronia on behalf of Gabrielle Caronia
Anthony Caronia on behalf of Anthony Caronia
Wendy Williams
Dion Duperon on behalf of Dionte Duperon
Dion Duperon on behalf of Diontrell Duperon
Dion Duperon
Steven Young, Sr
Steven Young, Jr
Kendrick Young
Natalie Henderson
Natalie Henderson on behalf of Gavin Henderson
Benfus Warren
Carol Warren
Kimberly Warren
Kimberly Warren on behalf of Pilar Hardwell
Juan Cordero-Rosado
Beverly Cordero
Mischappell Cordero
Mischappell Cordero on behalf of Aurdyann JK Mack
Cheryl Ruiz
Coleman Ruiz

Exhibit A-1