**Exhibit "A"**
**Additional Plaintiffs**

Britney Powell
Britney Powell on behalf of Caleb Powell

Exhibit A-2