AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

In RE: FEMA Trailer Formaldehyde Products Liability Litigation
*Plaintiff*

v.

*Defendant*

Civil Action No. MDL No. 1873

Relates to Civil Action No. 09-3482
Marie Allen, et al. v. Gulf Stream Coach, et al.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fluor Enterprises, Inc.
Through
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine St.
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Loretta G. Whyte
Name of clerk of court

Date: Apr 21 2010

Deputy clerk's signature

Civil Action No. MDL No. 1873

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________ .

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
______________________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: