**EDWARD HALIE SHWERY, PH.D.**
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
316 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: 877 302 6701
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

## PSYCHOLOGICAL EXAMINATION

Name: Earline Castanel
Date of Birth: ▓▓▓▓▓▓▓▓▓▓
Date of Examination: December 11, 2009; January 25, 2010
Date of Report: January 26, 2010

Ms. Earline Castanel, a 79-year-old woman, was examined in my office on December 11, 2009 and January 25, 2010. Ms. Castanel has been experiencing mild, recurrent anxiety problems when she re-experiences sinus and breathing difficulties that she reports worsened while living in a FEMA trailer. Her psychological symptoms increase whenever her sinus problems worsen.

### Structure of Examination

Ms. Castanel was seen to address the following referral questions:

1. Assessing her current psychological status;
2. Ruling out significant psychological problems;
3. Making appropriate recommendations, as indicated.

My examination utilized the following sources of data:

1. A review of background information including the medical records of Doctors Paddock, O'Byrne, Reddy, Bowers, Gautreaux and the records from the Ochsner Foundation Hospital and the West Jefferson Medical Center;
2. Clinical interviewing;
3. Mental status examination;
4. The administration of a battery of psychological tests including Beck Anxiety Inventory, Beck Depression Inventory-II, MBMD;
5. Interview with collateral.

### Examination Results

Ms. Earline Castanel, a 79-year-old woman was pleasant and cooperative throughout the entire examination. She was seen for approximately 2-1/2 hours for direct examination and approximately 90 minutes for the administration of a battery of



CAST002239

2 Page
Name: Earline Castanel
Date of Birth: ████████
Date of Examination: December 11, 2009; January 25, 2010
Date of Report: January 26, 2010

psychological tests on the first visit. She was seen for 90 minutes on the second visit. Ms. Castanel reports that currently, her health problems include treatment for high blood pressure, high cholesterol levels, and, "I get nervous sometimes and I take pills." Apparently, Ms. Castanel has been prescribed anti-anxiety medication by her physician that she takes on a p.r.n. basis approximately once every two weeks. I explored with her the symptoms and condition that leads to her deciding to take medication and she reports, "It's when I start thinking about what I went through living in the trailer. My house was messed up and I had to live on someone else's property. My house was all messed up." As I gently probed for more clarification of the trigger she uses to determine whether or not to take medication she stated, "When I get to crying and I get teary-eyed then I take a pill in the morning and I will be all right the rest of the day." Ms. Castanel consults with her physician approximately every three months for followup appointments to monitor her cholesterol and blood pressure. On the second visit with me her anxiety and distress was worse.

Ms. Castanel was appropriately dressed, well groomed, wearing jewelry, and was friendly and cooperative throughout the entire examination. She easily made eye contact and manifested appropriate affect.

Ms. Castanel reports that she also experiences problems with voiding two or three times nightly, and her physician advised her to avoid ingesting cold drinks in the evening before she retires. She reports that she has followed her physician's advice and the problem of excessive voiding has begun to decline.

Ms. Castanel also reports sinus problems, "I got it real bad in the trailer. The doctor put me under a heat lamp and checked my sinuses and gave me a shot." Ms. Castanel reports that she continues to have periodic and recurrent sinus difficulties, "when the weather changes. That's when it really worries me. I go to having trouble breathing." As we explored her recurrent worries, distress, and anxiety she notes, "I'm worried that my sinus will get worse and I'll get all stopped up." I gently explored for more clarification and she stated, "I hope I don't feel like I did in the trailer, because I got stopped up and I couldn't breathe right." Ms. Castanel demonstrated her difficulties with rapid, shallow breathing and the anxiety and distress accompanying her breathing and sinus problems. I inquired of her for more clarification of the continuing problems with breathing, sinus difficulties, and anxiety. She stated that since moving out of the trailer, "It's not like when I was there (in the trailer) and it's not as bad. I think about if it is going to happen like it did in the trailer and thank God it hasn't gotten like that. When the weather changes I worry about it because I have trouble breathing. I get all stopped up and I get real scared that I will suffocate." Apparently, these worries and recurrent anxieties last approximately 15 minutes in duration. Once her anxiety and distress decrease, she self-talks stating to herself, "I say to myself, 'I hope it won't be like when I was in the trailer'!" Eventually she began to cry and stated, "I worry about my sinus. I'm always stopped up now." Gradually Ms. Castanel became more comfortable with me

CAST002240

3 Page
Name: Earline Castanel
Date of Birth:
Date of Examination: December 11, 2009; January 25, 2010
Date of Report: January 26, 2010

and her disclosure of private worries increased. I gently probed for more information about her private fears and she stated, "Well...maybe...I don't know...cancer?" Mrs. Castanel was reluctant to talk about her fears as she worries that focusing on her private fears will somehow cause them to become true. As I gently probed for more information she stated, "Well I really think about cancer when my nose gets stopped up." I inquired if any doctor has suggested to her that she is at risk for cancer and she said, "No, I just worry it might be that."

Ms. Castanel reports that she has experienced the breathing problems generally twice monthly, "but it happens more often with the weather changes. Like it's been two or three times this past week. I try not to go anywhere they got a lot of paint and stuff like that because I don't want to breathe it. I'm worried that it's going to get to me." Ms. Castanel appears to have a circumscribed anxiety problem since leaving the trailer in 2007. She reports that at her recent visit with her physician she began a 30 day regimen of medication therapy. Her doctor explained to her that if the medications do not reduce the sinus problems she may need surgery. The prospect of surgery frightens her as she is experiencing her health deteriorating. As she stated, "I didn't get it (sinus problems) like this before I was in that trailer. It was when I was in that trailer that I started getting so stopped up. It makes me so nervous when I get stopped up like that." As I began to focus on her anxieties, she began to cry and stated she is so worried about her sinus problems. I offered to call Dr. Gautreaux for her to discuss her fears and anxieties, but she became upset and stated, "No, he will become mad at me."

### Review of Medical Records

The records indicate that Ms. Castanel has had various medical problems that have been treated on an ongoing basis by her primary care physician, Dr. Bowers. She has had chronic problems with hypertension and recurrent anxiety. Although medications have been prescribed for anxiety, she has not taken them regularly. Dr. Bowers saw Ms. Castanel in the early part of 2006 and noted significant anxiety and distress when she reported that she was suffering mentally after losing all her possessions in the flood from hurricane Katrina. Generalized anxiety and major depression were diagnosed. In the summer of 2006, a relative died and Ms. Castanel was noted to be grieving. In the spring of 2009 Dr. Bowers noted that Ms. Castanel has been "scared of taking her medications." She also developed a reoccurrence of major depression problems in the spring of 2009 after having an abnormal mammogram. Later a biopsy was benign and her depression abated.

### Personal History

Ms. Castanel was born in New Orleans the youngest of four children. As a small child her three siblings were all fully-grown. Ms. Castanel recalls that as a child, "I was kind, I liked to be around other kids, and I got along with everybody." Ms. Castanel was raised

4 Page
Name: Earline Castanel
Date of Birth: █████████
Date of Examination: December 11, 2009; January 25, 2010
Date of Report: January 26, 2010

by her mother as a single parent; although Ms. Castanel's older sister and daughter also lived in the family home. Ms. Castanel's parents were separated and she saw her father frequently and maintained a close relationship with him throughout her life until his death in the early 1990's. Her mother died in the early 1980's at age 90 years.

Ms. Castanel enjoyed school, but quit school in the sixth grade in order to assist her mother in supporting the family; Ms. Castanel joined her mother in her work as a maid in various homes.

Ms. Castanel was married at age 20 and was separated from her husband after 20 years of marriage. She is the mother of four children, a daughter who is a retired DEA agent, a daughter who is employed by the United States Postal Service, a son who died at age 20 of cancer in 1997, and a daughter who is employed at a local department store. Ms. Castanel recalls the death of her son from cancer as a painful experience.

After separating from her husband (who abused alcohol) at approximately age 40 years, Ms. Castanel began working at her parish church cleaning the rectory and doing the laundry three times weekly. Ms. Castanel reports that she quit her job two years ago when the conditions at the rectory were aggravating her breathing problems. Apparently sheet rock dust was prevalent as the rectory and the church were being repaired and Ms. Castanel found that she could not tolerate the excessive sheet rock dust and terminated her employment.

As we discussed her history and the loss of her loved ones she notes, "I missed my mother after she died. It was on my mind for a while (6-12 months), but then it passed. She was 90 years old." Ms. Castanel appears to have experienced normal grieving for the loss of her loved ones.

Effects of Hurricane Katrina

Ms. Castanel reports that she was living in her home in Mid City and evacuated to Texas prior to Katrina. Upon returning to New Orleans, her house had been flooded with five feet of water. Ms. Castanel had her house gutted and eventually restored. During the interim, she lived in a FEMA trailer for approximately one year. As she notes, "When I came back (from Texas) they gave me a trailer. It was a small trailer and I lived alone." I explored with Ms. Castanel the impact upon her of the hurricane, the evacuation to Texas, and the return to the destruction of her house. As she stated, "It was just one of those things. People from out of town helped gut my house out and it was just one of those things I had to deal with in life." After approximately 20 months post-Katrina she was relocated back into her home and out of the trailer. Ms. Castanel's memory for details and dates is somewhat vague and she is a poor informant. For example, she stated, "I think I was back in my house in the spring of 07." As I inquired for the impact upon her of being restored to her family home she noted, "It

CAST002242

5 Page
Name: Earline Castanel
Date of Birth:
Date of Examination: December 11, 2009; January 25, 2010
Date of Report: January 26, 2010

felt good!" I inquired of her for the experience of living in the trailer and she stated, "It was 2006, I think, I'm not sure. I was there about a year, I truly don't remember."

We explored her breathing difficulties while living in her home pre-Katrina and in Texas during her evacuation. She notes that she had mild sinus problems. As she states, "I had some problems, a little, but not bad. After I was in the trailer about three or four weeks I started having trouble with my sinus, I had trouble breathing." Ms. Castanel began seeing her physician, Dr. Gautreaux more frequently after she began living in the trailer. I inquired of her for her treatment by Dr. Gautreaux and she stated, "Well, he packed my nose and put me in front of a heat lamp and that helped. I began seeing him more often after being in the trailer. It was mostly when the air conditioner would go out and I would have trouble. It was tight, stuffy inside the trailer." Apparently she experienced breathing problems three times weekly in the trailer and was able to obtain relief from the sinus and breathing problems with medication prescribed by her physician. Ms. Castanel reports that it took approximately 45 minutes before she began to feel some relief from her sinus difficulties. As she stated, "I kept spraying my nose and sometimes I took a hot towel and I would put it on my face and try and open that up (sinus cavities). I kept thinking 'I hope I don't smother.' I was afraid to go to bed because if I go to sleep at night I might smother and die! After I was not stopped up anymore the fear would pass until I got stopped up again. Sometimes it was more than three times a week. When I got out of the trailer I started getting better (past two years). It's not as bad now as when I was first out of the trailer. It's getting better. It's not near like I was in the trailer. It's beginning to wear off. I'm glad to be in the house now. It was really stuffy in the trailer." As her sinus problems increase she worries that her health problems will worsen.

Ms. Castanel reports that she experienced sleep difficulties and fear of going to sleep when she was having anxiety about breathing with sinus difficulties; her sleep problems resolved approximately six months after living in the trailer. As she stated, "Since I've been in the house, my worries and fears are going down." Unfortunately as her sinus problems worsen her fears and anxieties increase.

Mental Status Examination

Ms. Earline Castanel, a 79-year-old woman, was appropriately dressed and well groomed for the examination. She readily made and maintained eye contact, expressed normal affect, and related in a normal fashion. She denies hallucinations or bizarre mentation, and there is no indication of overt psychosis. Her sensorium is clear; she does not have significant memory problems (although she is a bit vague on some of the dates such as entry and exit from the trailer). She performed Serial-7's in a slow, limited fashion, and had difficulty completing the task. Her understanding of proverbs is within normal limits. Her mood is normal, and her affect is appropriate. She denies

6 Page
Name: Earline Castanel
Date of Birth:
Date of Examination: December 11, 2009; January 25, 2010
Date of Report: January 26, 2010

depression, suicidal or homicidal ideation, or any other significant mental health problems. Basically, her mental status examination is noncontributory.

Ms. Castanel reports that she currently is experiencing arthritis in her neck, right shoulder, and right arm. She is under a physician's care for the arthritis and does not seem to be unduly distressed with having arthritis.

Psychological Testing

A battery of psychological tests was administered.

Beck Anxiety Inventory

The BAI was administered. This psychological test consists of 21 descriptive statements of anxiety symptoms. Ms. Castanel's score of 8 is in the mild range of anxiety.

Beck Depression Inventory-II

The BDI-II was administered. This is a scale designed to assess the severity of depression. The test is based on the clinical observations and descriptions of symptoms frequently given by depressed patients as contrasted with those frequently given by non-depressed patients. Ms. Castanel's score of 5 is in the minimal range of depression and does not represent any significant clinical concerns.

It is important to note that Ms. Castanel had difficulty reading the Beck Anxiety or Beck Depression Inventories and I read the items to her for her completion.

Millon Behavioral Medicine Diagnostic

The MBMD was administered via a taped format. The results are valid. Her anxiety is at a mild level and the depression scale is low. Underlying personality characteristics include ambivalence about her health and how to cope with medical issues. Compliance with treatment recommendations may periodically emerge, especially if her medical problems become more intense. She will profit from short term counselling to help her re-focus on the treatment regimens. Also, her desire to remain independent can be encouraged with clear, straightforward information about her condition and the necessary treatments required. Ms. Castanel becomes anxious when she does not understand what her physicians are recommending or the procedures planned.

Additional psychological testing was not administered due to her distress and time constraints.

7 Page
Name: Earline Castanel
Date of Birth:
Date of Examination: December 11, 2009; January 25, 2010
Date of Report: January 26, 2010

### Interview with Collateral

I interviewed Mr. Edwin Ganier. Mr. Ganier has known Ms. Castanel for over 20 years and has spent considerable time with her over the past two decades. Mr. Ganier notes that while living in the trailer, Ms. Castanel occasionally had trouble breathing and would get upset. On several occasions, Ms. Castanel has needed to see her physician when she has had sinus and breathing problems, and Mr. Ganier has transported her to the physician's office. Mr. Ganier reports that when Ms. Castanel has difficulties breathing, "It's like she has asthma." Mr. Ganier's description of Ms. Castanel's sinus and breathing problems is congruent with her description of difficulties. Mr. Ganier is a strong support for Ms. Castanel.

### Diagnoses

| | |
|---|---|
| Axis I | Anxiety disorder due to sinus and breathing problems |
| Axis II | N/A |
| Axis III | Hypertension, arthritis (by history) |
| Axis IV | None |
| Axis V | Current GAF = 71 |

### Prognosis

The prognosis for successful resolution of the anxiety is considered good.

### Recommendations

I recommend the following:

1. Ms. Castanel should continue taking all prescribed medication from her physicians and should continue with regular followup with her physicians;
2. A brief course of supportive counseling on a once-monthly basis for the next 12 months is advised. Counseling can also be focused on helping Ms. Castanel understand her medical issues and prevent confusion in her response to recommended treatment;
3. I plan to review any additional medical records that may become available. Ms. Castanel needs to be seen for further examination to clarify the physical health and psychological problems reported while residing in the trailer. In addition to further interviewing, I plan to administer additional psychological tests;
4. Consultation with her treating physician is mandatory to help Ms. Castanel cope with the prospect of surgery.

CAST002245

8 Page
Name: Earline Castanel
Date of Birth: ███████
Date of Examination: December 11, 2009; January 25, 2010
Date of Report: January 26, 2010

Ms. Castanel appears to have a circumscribed problem. Her anxiety and distress is apparently the result of having had breathing difficulties during her months in the trailer that led to panic and fears of suffocation and death. Since living back in her home, the intensity, frequency, and duration of her anxieties diminished, but the increase in sinus problems have caused her anxieties to increase. Her problems are slowly resolving, but it is prudent to offer a brief course of supportive psychotherapy in order to assist her in learning how to manage her anxieties more efficiently, to understand her medical and health issues and to offer reassurance to increase her coping skills. Her recurrent fears are that her breathing problems have worsened as her sinus problems have increased. The panic she experienced about suffocation and death in the trailer is being resurrected. Clearly there are psychological issues intertwined with her medical problems.

Additional examination and review of records will be helpful to clarify the cause, etiology, current status and to offer further recommendations for resolving her reported problems.

Very truly yours,

*Edward H. Shwery, Ph.D*

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist
EHS/dgs