# Transcript of the Testimony of
# Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

### Date taken: January 20, 2010

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com


EXHIBIT

Case 2:07-md-01873-KDE-MBN   Document 13471-3   Filed 04/21/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 54

```
 1    from the start of the nasal steroid spray,
 2    and then we will repeat the sinus views.
 3         Q    And the diagnosis, is it still
 4    sinusitis?
 5         A    Sinusitis.
 6         Q    So throughout the course of your
 7    treatment of Ms. Castanel from 2002 to the
 8    present, she's had this sinusitis, correct?
 9         A    Yes.
10         Q    All right.  During the period in
11    which you treated Ms. Castanel, did you see
12    any changes in her diagnosis after Hurricane
13    Katrina?
14         A    No.
15         Q    Did Ms. Castanel ever tell you
16    that she thought a FEMA trailer in which she
17    was living was causing symptoms?
18         A    No.
19         Q    Did you diagnose any new symptoms
20    or conditions for Ms. Castanel after
21    Hurricane Katrina?
22         A    No.
23         Q    To what do you relate
24    Ms. Castanel's recent, and by "recent," I
25    mean in December of 2009 and January of
```