# In the Matter of:

In re: FEMA Trailer Formaldehyde Products Liability Litigation

Earline M. Castanel, et al.

vs.

Recreation By Design, LLC, et al.

---

Lawrence G. Miller, M.D., M.P.H.
Vol. I, March 11, 2010

---

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*Videoconference Center*
*50 Franklin Street*
*Boston, MA 02110*
*(617) 426-2432*
*www.doriswong.com*



EXHIBIT D

Case 2:07-md-01873-KDE-MBN   Document 13471-4   Filed 04/21/10   Page 2 of 2

In re: FEMA Trailer Formaldehyde Products Liability Litigation  Lawrence G. Miller, M.D., M.P.H., Vol. I
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.  March 11, 2010

Page 104

1    A.   It doesn't make sense.  It's counterfactual
2    to information I have.  So I don't think I can
3    answer you.
4    Q.   That's fine.  Let's put the facts that you
5    got from Ms. Castanel on the side, just for purposes
6    of this question.
7    A.   Are we talking about a hypothetical
8    patient, some other patient?
9    Q.   We're talking about a hypothetical
10   question.
11   A.   I'm not sure I understand that at this
12   point.
13   Q.   Let's just go through it.  You're an
14   expert, or they're going to attempt to qualify you
15   as an expert.  Putting the history given by Ms.
16   Castanel on the side, if Ms. Castanel did not have
17   any increase in her sinus symptoms after Hurricane
18   Katrina or while living in the FEMA unit or after
19   the FEMA unit, would you still opine that Ms.
20   Castanel had an exacerbation of her sinusitis as a
21   result of formaldehyde?
22        MR. TORRY:  Objection to the form.
23   A.   I would revisit that conclusion.  I'm not
24   sure I can give you that exact answer as we sit

Doris O. Wong Associates, Inc.           Professional Court Reporters           617-426-2432
50 Franklin Street, Boston, MA  02110    Videoconference Center                 www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                   2f9201d0-8f99-44ec-a553-0e6737375bda