UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                  SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Mayes, et al v Frontier RV, Inc., et al*
Case No. 2:10-cv-480

---

NOTICE TO COURT OF PLAINTIFFS WHO REMAIN UNMATCHED
(PRETRIAL ORDER 40)

---

In compliance with Pretrial Order 40 Plaintiffs counsel hereby notifies the Court of the plaintiffs who remain unmatched with a specific Contractor Defendant and the civil action number of the original complaint in which they were named:

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Catherine Mayes | 2:10-cv-480 |
| James W. Mayes | 2:10-cv-480 |

Respectfully submitted, this the  21  day of April, 2010.


By:       *s / Rose M. Hurder*
              Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

### CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                          *s / Rose M. Hurder*
                          ROSE M. HURDER