## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                          SECTION "N-5"

                                                      JUDGE ENGELHARDT

                                                      MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kayshana M .Quinn, et al v Allen Camper*
*Manufacturing Company, Inc., et al*
*Case No. 2:10-cv-471*

---

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS

---

COMES NOW PLAINTIFF, Kayshana M. Quinn, through undersigned counsel, and respectfully requests additional time within which to perfect service on all Defendants.  In support thereof, Plaintiff shows the following:

1.      The Complaint was originally filed in the Southern District of Mississippi on December 23, 2009.

2.      Plaintiff has been unable to serve the Defendants to date because she has been unable to identify her contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiff has undertaken the following efforts to identify her contractor. Specifically, FEMA has provided the manufacturer's information for the Plaintiff but has not provided the contractor information for this Plaintiff (Plaintiffs' counsel has learned that Ms. Quinn's trailer was manufactured by Gulf Stream).  Additionally, FEMA has not provided identification numbers

-1-

adequate to identify her contractor.  The Plaintiff has been re-submitted to FEMA, seeking for a second time the information necessary to make the appropriate match with a specific contractor defendant.  The Plaintiff has also received a copy of the lease and maintenance reports that were requested from the FEMA MS Recovery Center.  Furthermore, the Plaintiff has requested the IA File.  This Court previously considered these efforts and granted Plaintiffs an extension of time to identify the Contractor.  Plaintiff respectfully request a commensurate amount of time to serve the Defendants.

3.     David Kurtz, liaison counsel for the Contractor Defendants, Andrew Weinstock, liaison counsel for the Manufacturing Defendants and Jonathan Waldron, counsel for the United States Department of Justice, have both indicated that they do not oppose Plaintiffs' motion.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully moves this Court to extend the deadline by additional sixty (60) days to insure that service is perfected on all parties.

Respectfully submitted this the   21   day of April, 2010.

By:     _s / Rose M. Hurder_____
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*

ROSE M. HURDER
