UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kayshana M .Quinn, et al v Allen Camper Manufacturing Company, Inc., et al*
Case No. 2:10-cv-471

---

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS
---

COMES NOW PLAINTIFF, Kayshana M. Quinn, through undersigned counsel, and respectfully requests additional time within which to perfect service on all Defendants. In support thereof, Plaintiff shows the following:

1. The Complaint was originally filed in the Southern District of Mississippi on December 23, 2009.

2. Plaintiff has been unable to serve the Defendants to date because she has been unable to identify her contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiff has undertaken the following efforts to identify their contractor: a) FEMA has provided the manufacturer's information but has not provided the Plaintiffs' contractor information; b) FEMA has not provided identification numbers adequate to identify the contractor; c) Plaintiff has received a copy of the lease and maintenance reports that were

requested from the FEMA MS Recovery Center; d) Plaintiff has requested for Plaintiffs' IA File; and e) Counsel for the Plaintiff has re-submitted Plaintiffs' information to FEMA .  This Court previously considered these efforts and granted Plaintiffs an extension of time to identify the Contractor.  Plaintiff respectfully requests a commensurate amount of time to serve the Defendants. David Kurtz, liaison counsel for the Contractor Defendants, Andrew Weinstock, liaison counsel for the Manufacturing Defendants and Jonathan Waldron, counsel for the United States Department of Justice, have indicated that they do not oppose Plaintiff's motion.

3. Plaintiff asserts that the foregoing creates good cause pursuant to FRCP Rule 4(m) for the court to extend the deadlines for service by an additional sixty (60) days.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline by additional sixty (60) days to insure that service is perfected on all parties.

Respectfully submitted this the  21  day of April, 2010.

By:     *s / Rose M. Hurder*
        Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                    *s / Rose M. Hurder*
                                                    ROSE M. HURDER