UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

    JUDGE ENGELHARDT

    MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Kayshana M .Quinn, et al v Allen Camper*
*Manufacturing Company, Inc., et al*
Case No. 2:10-cv-471

_____

**ORDER**
_____

    Considering the foregoing Motion of Plaintiffs, Plaintiffs are allowed an additional sixty (60) days or until _____, 2010, to serve the Defendants.

    IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

    DATED this ____ day of _____, 2010 in New Orleans, Louisiana.


    By: _____
       KURT D. ENGELHARDT
       UNITED STATES DISTRICT JUDGE


**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net