## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                         SECTION "N-5"

                                                     JUDGE ENGELHARDT

                                                     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Milton Holmes, et al v DS Corp. d/b/a*
*Crossroads RV, et al., Case No. 2:10-cv-482*

---

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS

---

COME NOW PLAINTIFFS, through undersigned counsel and respectfully request additional time within which to perfect service on all Defendants.  In support thereof, Plaintiffs show the following:

1.       The Complaint was originally filed in the Southern District of Mississippi on December 23, 2009.

2.       Plaintiffs have been unable to serve the Defendants to date because Plaintiffs have been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be issued.  Plaintiffs have undertaken the following efforts to identify their contractor.  Plaintiffs have received a copy of the lease and maintenance reports requested from the FEMA MS Recovery Center.  FEMA has provided the manufacturer's information for the unmatched Plaintiffs but has not provided the contractor information for these Plaintiffs (who both resided within the same trailer).  Additionally, FEMA has not provided identification numbers adequate

to identify the contractor.   Furthermore, Plaintiffs have requested their IA File.  This Court previously considered these efforts and granted Plaintiffs an extension of time to identify the Contractor.  Plaintiffs respectfully request a commensurate amount of time to serve the Defendants.

3.       David Kurtz, liaison counsel for the Contractor Defendants, Andrew Weinstock, liaison counsel for the Manufacturing Defendants and Jonathan Waldron, counsel for the United States Department of Justice, have indicated that they do not oppose Plaintiffs' motion.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline by additional sixty (60) days to insure that service is perfected on all parties.

Respectfully submitted this the  21  day of April, 2010.

By:          *s / Rose M. Hurder*
                 Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*
ROSE M. HURDER
