**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA                                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                    JUDGE ENGELHARDT

                                                    MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Milton Holmes, et al v DS Corp. d/b/a*
*Crossroads RV, et al., Case No. 2:10-cv-482*

_____

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO
EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS**

_____

COMES NOW PLAINTIFFS, through undersigned counsel, and respectfully request

additional time within which to perfect service on all Defendants.  In support thereof, Plaintiffs

show the following:

1.       The Complaint was originally filed in the Southern District of Mississippi on

December 23, 2009.

2.       Plaintiffs have been unable to serve the Defendants to date because Plaintiffs have

been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be

issued.  Plaintiffs have undertaken the following efforts to identify their contractor: a) Plaintiffs

have received a copy of the lease and maintenance reports that were requested from the FEMA

MS Recovery Center which did not provide identification numbers adequate to identify the

contractor; and b) Plaintiffs have requested their IA File.   This Court previously considered these

efforts and granted Plaintiffs an extension of time to identify the Contractor.  Plaintiffs

-1-

respectfully request a commensurate amount of time to serve the Defendants.  David Kurtz,

liaison counsel for the Contractor Defendants, Andrew Weinstock, counsel for the Manufacturing

Defendants and Jonathan Waldron, liaison counsel for the United States Department of Justice,

have indicated that they do not oppose Plaintiffs' motion.

      3.     Plaintiffs assert that the foregoing creates good cause pursuant to FRCP Rule

4(m) for the court to extend the deadlines for service by an additional sixty (60) days.

      WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to

extend the deadline by additional sixty (60) days to insure that service is perfected on all parties.

      Respectfully submitted this the __21__ day of April, 2010.

      By:     _____*s / Rose M. Hurder*_____
           Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 21, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*
ROSE M. HURDER