# In the Matter of:

In re: FEMA Trailer Formaldehyde Products Liability Litigation

Earline M. Castanel, et al.

vs.

Recreation By Design, LLC, et al.

---

Lawrence G. Miller, M.D., M.P.H.
Vol. I, March 11, 2010

---

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*Videoconference Center*
*50 Franklin Street*
*Boston, MA 02110*
*(617) 426-2432*
*www.doriswong.com*



EXHIBIT A

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 40

1   Q.   Have you ever been excluded from testifying
2   by a judge?
3   A.   Not to my knowledge.
4   Q.   Have you ever been offered as an expert in
5   cancer in front of a court?
6   A.   I don't believe so.  I believe I've been
7   offered as an expert in pharmacology, in toxicology,
8   in pulmonary disease, internal medicine.  Obviously
9   within some of those specialties, for example,
10  cancers occur.
11  Q.   Let's go to your report.  It's marked as
12  Exhibit 6.  I want to talk generally about your
13  report, and then we'll go through the details, if
14  that's okay?
15  A.   That's fine.
16  Q.   And that way we'll set some parameters.
17  And I can't promise, but maybe we'll streamline
18  this.
19       As I read your report, you offered
20  opinions, several opinions, but your two opinions
21  regarding Ms. Castanel's condition or conditions
22  are, one, you indicated an exacerbation of
23  rhinosinusitis; is that right?
24  A.   Rhinosinusitis.

Doris O. Wong Associates, Inc.
50 Franklin Street, Boston, MA  02110
Electronically signed by Carol H. Kusinitz (601-252-684-5046)

Professional Court Reporters
Videoconference Center

617-426-2432
www.doriswong.com
2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 41

```
 1      Q.   I have a bad habit of abbreviating that
 2   word.  And the other opinion you offered had to do
 3   with depression, correct?
 4      A.   No.  It concerned fear of cancer.  There's
 5   a typo in my report, and I apologize for that.
 6      Q.   Well, we can fix that.  So you described
 7   the mental state of Ms. Castanel that you described
 8   in your report as a fear of cancer?
 9      A.   That's correct.
10      Q.   Those two conditions, are those the only
11   two conditions that you're offering opinions on in
12   your report regarding Ms. Castanel?
13      A.   Up to this point, yes.
14      Q.   Have you been asked to offer any other
15   opinions relative to Ms. Castanel?
16      A.   I have not.
17      Q.   You briefly referenced Dr. Paddock's
18   report, but you don't go into any of the issues
19   regarding the cause of Ms. Castanel's dermatitis?
20      A.   I haven't offered any opinions on that.
21      Q.   And today you don't have any opinions on
22   the cause of Ms. Castanel's dermatitis?
23      A.   I do not.
24      Q.   Now, when you got involved in the case,
```

Doris O. Wong Associates, Inc.          Professional Court Reporters                617-426-2432
50 Franklin Street, Boston, MA  02110   Videoconference Center                      www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                       2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.
Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 61

```
 1   or odor in the FEMA trailer; is that correct?
 2        A.   It may not be discussed in the report.  She
 3   and I did discuss it.
 4        Q.   Oh, you discussed that with Ms. Castanel?
 5        A.   I do recall that, yes.
 6        Q.   Why wouldn't that be in your report?
 7        A.   I can't give you an answer to that.
 8        Q.   What did you and Ms. Castanel discuss about
 9   the smell of the FEMA trailer?
10        A.   I asked her whether she noticed any odd
11   smells, and she told me she did not.
12        Q.   Fair enough.  And your question was with
13   regard to the entire time Ms. Castanel was in the
14   FEMA trailer, correct?
15        A.   I think I asked her -- I don't recall the
16   exact wording, but I asked her a general question,
17   yes.
18        Q.   Did Ms. Castanel ever tell you that she
19   thought the FEMA trailer was causing some problems
20   with her sinuses?
21        A.   She did.
22        Q.   Was that in response to a specific question
23   by you?
24        A.   Well, I can't recall the exact wording,
```

Doris O. Wong Associates, Inc.
50 Franklin Street, Boston, MA 02110
Electronically signed by Carol H. Kusinitz (601-252-684-5046)
Professional Court Reporters
Videoconference Center
617-426-2432
www.doriswong.com
2f9201d0-8f99-44ec-a553-0e6737375bda

Case 2:07-md-01873-KDE-MBN   Document 13479-1   Filed 04/21/10   Page 5 of 6

In re: FEMA Trailer Formaldehyde Products Liability Litigation         Lawrence G. Miller, M.D., M.P.H., Vol. I
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.                         March 11, 2010

Page 62

```
 1   again, but we talked about her sinus problems.  We
 2   talked about when they were better, when they were
 3   worse.  I believe she volunteered, in fact, that
 4   they were worse while she was in the -- living in
 5   the trailer.
 6        Q.   She just offered that information without
 7   being asked a question?
 8        A.   Well, the question we were discussing was
 9   when were the symptoms better, when were they worse.
10        Q.   I read your report.  I don't see any
11   notations about any eye irritation while Ms.
12   Castanel was in the trailer.
13        A.   I don't believe she reported that to me.
14        Q.   Okay.  If you didn't mention eye irritation
15   in your report regarding Ms. Castanel while she was
16   in the trailer, that would mean that she did not
17   tell you that she had eye irritation while in the
18   trailer, correct?
19        A.   I believe that's correct.
20        Q.   Were any attorneys present at the meeting
21   with Ms. Castanel?
22        A.   No.  They were outside -- there was an
23   attorney in the office, but outside the examination
24   room.
```

Doris O. Wong Associates, Inc.            Professional Court Reporters            617-426-2432
50 Franklin Street, Boston, MA  02110     Videoconference Center                  www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                     2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.
Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 90

1   Q.   Do you know the level of formaldehyde that
2   was in Ms. Castanel's trailer?
3   A.   I do not.
4   Q.   And as you testified earlier, you don't
5   feel like you need any additional information to
6   provide opinions in this case?
7        MR. TORRY:  Objection to the form.
8   A.   If I said that, that's certainly not what I
9   intended.  I would, again -- if more information
10  becomes available, I would certainly want to review
11  it.
12  Q.   As you sit here today, you don't know what
13  the level of formaldehyde was in Ms. Castanel's
14  trailer?
15       MR. TORRY:  Objection to the form.
16  A.   Again, what I -- specifically, no.  I've
17  discussed the level in FEMA trailers in general in
18  this report.
19  Q.   And you offered opinions in your report
20  regarding Ms. Castanel's condition and its
21  relationship to formaldehyde in her trailer without
22  knowing the level of formaldehyde in her trailer,
23  correct?
24  A.   Correct.

Doris O. Wong Associates, Inc.          Professional Court Reporters          617-426-2432
50 Franklin Street, Boston, MA  02110   Videoconference Center              www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                2f9201d0-8f99-44ec-a553-0e6737375bda