# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N (5)

                                         JUDGE ENGELHARDT
                                         MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ADMINISTRATIVE
MASTER COMPLAINT, AS SUPPLEMENTED AND AMENDED

> **PALM HARBOR DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO ADMINISTRATIVE MASTER COMPLAINT, FIRST SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, THIRD SUPPLEMENTAL AND AMENDED MASTER COMPLAINT, FOURTH SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND JURY TRIAL REQUEST**

NOW INTO COURT through undersigned counsel come the Palm Harbor defendants, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, L.P., and Palm Harbor Albermarle, L.L.C.("Palm Harbor") who pursuant to Pre-Trial Order Nos. 24 ®. Doc. 1002) and 36 ®. Doc. 1386),[1] in response to Plaintiffs' Administrative Master Complaint ®. Doc. 109), First Supplemental and Amended Master Complaint ®. Doc. 379), Second Supplemental and Amended Master Complaint ®. Doc. 722), Third Supplemental and Amended Administrative Master Complaint ®. Doc. 4486), and

---

[1]This Answer "…shall constitute an answer in each action now pending or subsequently added to this proceeding" ®. Doc. 1386, p. 4). Palm Harbor further submits that at the time of the filing of this 'Master Answer,' the actions to which this Answer applies, without limiting it application as defined in Pre-Trial Order No. 36, includes the actions listed in Exhibit "A" to this Answer.

Fourth Supplemental and Amended Administrative Master Complaint ®. Doc. 7688) (hereinafter referred to collectively as "Plaintiffs' Administrative Master Complaint, as supplemented and amended"), would respectfully show as follows.

I.

## PLAINTIFFS' ADMINISTRATIVE MASTER COMPLAINT

AND NOW, in answer to the specific allegations of the Administrative Master Complaint, as supplemented and amended, Palm Harbor would show as follows.

## ANSWER TO PLAINTIFFS' ADMINISTRATIVE MASTER COMPLAINT

1.      The allegations contained in Paragraph 1. of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 1. of Plaintiffs' Administrative Master Complaint are denied.

2.      The allegations contained in Paragraph 2. of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor. To the extent a response might be required, however, the allegations contained in Paragraph 2. of Plaintiffs' Administrative Master Complaint are denied.

3.      The allegations contained in Paragraph 3. of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 3. of Plaintiffs' Administrative Master Complaint are denied.

4.      The allegations contained in Paragraph 4. of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 4. of Plaintiffs' Administrative Master Complaint

are denied.

5.     The allegations contained in Paragraph 5. of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5. of Plaintiffs' Administrative Master Complaint are denied.

6.     The allegations contained in Paragraph 6. of Plaintiffs' Administrative Master Complaint are denied.

7.     The allegations contained in paragraph 7., including all sub-paragraphs thereof, of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 7., including all sub-paragraphs thereof, of Plaintiffs' Administrative Master Complaint are denied.

8.     The allegations contained in paragraph 8., including all sub-paragraphs thereof, of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 8., including all sub-paragraphs thereof, of Plaintiffs' Administrative Master Complaint are denied.

9.     The allegations contained in Paragraph 9. of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 9. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

10.     The allegations contained in Paragraph 10. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 10. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

11.     The allegations contained in Paragraph 11. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 11. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

12.     The allegations contained in Paragraph 12. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 12. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

13.     The allegations contained in Paragraph 13. of Plaintiffs' Administrative Master Complaint are denied.

14.     The allegations contained in Paragraph 14. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 14. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

15.     The allegations contained in Paragraph 15. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 15. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

16.     The allegations contained in Paragraph 16. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 16. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

17.     The allegations contained in Paragraph 17. of Plaintiffs' Administrative Master Complaint are denied as to whether this is a class action, other wise Palm Harbor admits that FEMA provided housing units after said hurricanes.

18.     The allegations contained in Paragraph 18. of Plaintiffs' Administrative Master Complaint are admitted, except that Palm Harbor does not vouch for the accuracy of the information contained in the publication therein cited.

19.     The allegations contained in Paragraph 19. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 19. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

20.     The allegations contained in Paragraph 20. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 20. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

21.     The allegations contained in Paragraph 21. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 21. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

22.     The allegations contained in Paragraph 22. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 22. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

23.     The allegations contained in Paragraph 23. of Plaintiffs' Administrative Master Complaint are denied.

24.     The allegations contained in Paragraph 24. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 24. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

25.     The allegations contained in Paragraph 25. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 25. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

26.     The allegations contained in Paragraph 26. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 26. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

27.     The allegations contained in Paragraph 27. of Plaintiffs' Administrative Master Complaint are denied.

28.     The allegations contained in Paragraph 28. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they lack sufficient information to justify a belief therein.

29.     The allegations contained in Paragraph 29. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 29. of Plaintiffs'

Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

30.     The allegations contained in Paragraph 30. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 30. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

31.     The allegations contained in Paragraph 31. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 31. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

32.     The allegations contained in Paragraph 32. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 32. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

33.     The allegations contained in Paragraph 33. of Plaintiffs' Administrative Master Complaint are admitted.

34.     The allegations contained in Paragraph 34. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 34. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

35.     The allegations contained in Paragraph 35. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 35. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

36.     The allegations contained in Paragraph 36. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 36. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

37.     The allegations contained in Paragraph 37., including sub-parts thereof, of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 37., including sub-parts thereof, of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

38.     The allegations contained in Paragraph 38. of Plaintiffs' Administrative Master Complaint are denied.

39.     The allegations contained in Paragraph 39. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 39. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

40.     In response to the allegations contained in Paragraph 40. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-39 herein as if set forth verbatim.

41.     The allegations contained in Paragraph 41. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 41. of Plaintiffs' Administrative Master Complaint are denied for lack of

information sufficient to justify a belief therein.

42.     The allegations contained in Paragraph 42. of Plaintiffs' Administrative Master Complaint are denied as they call for legal conclusions.

43.     The allegations contained in Paragraph 43. of Plaintiffs' Administrative Master Complaint are denied as they call for legal conclusions.

44.     The allegations contained in Paragraph 44. of Plaintiffs' Administrative Master Complaint are denied as they constitute legal conclusions.

45.     The allegations contained in Paragraph 45. of Plaintiffs' Administrative Master Complaint are denied as they constitute legal conclusions.  Further, the allegations contained in Paragraph 45. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

46.     The allegations contained in Paragraph 46. of Plaintiffs' Administrative Master Complaint are denied as they constitute legal conclusions.  Further, the allegations contained in Paragraph 46. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

47.     The allegations contained in Paragraph 47. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 47. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

48.     The allegations contained in Paragraph 48. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 48. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

49.     The allegations contained in Paragraph 49. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 49. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

50.     The allegations contained in Paragraph 50. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 50. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

51.     The allegations contained in Paragraph 51. of Plaintiffs' Administrative Master Complaint are denied as they call for factual conclusions.  Further, the allegations contained in Paragraph 51. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

52.     The allegations contained in Paragraph 52. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 52. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

53.     The allegations contained in Paragraph 53. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 53. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

54.     The allegations contained in Paragraph 54. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 54. of Plaintiffs' Administrative Master Complaint are denied for lack of

information sufficient to justify a belief therein.

55.     The allegations contained in Paragraph 55. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 55. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

56.     The allegations contained in Paragraph 56. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 56. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

57.     The allegations contained in Paragraph 57. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 57. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

58.     The allegations contained in Paragraph 58. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 58. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

59.     The allegations contained in Paragraph 59. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 59. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

60.     The allegations contained in Paragraph 60. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations

contained in Paragraph 60. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

61.     The allegations contained in Paragraph 61. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 61. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

62.     The allegations contained in Paragraph 62. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 62. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

63.     The allegations contained in Paragraph 63. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 63. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

64.     The allegations contained in Paragraph 64. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 64. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

65.     The allegations contained in Paragraph 65. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 65. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

66.     The allegations contained in Paragraph 66. of Plaintiffs' Administrative Master

Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 66. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

67.     The allegations contained in Paragraph 67. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 67. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

68.     The allegations contained in Paragraph 68. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 68. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

69.     The allegations contained in Paragraph 69. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 69. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

70.     The allegations contained in Paragraph 70. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 70. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

71.     The allegations contained in Paragraph 71. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 71. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

72.     The allegations contained in Paragraph 72. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 72. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

73.     The allegations contained in Paragraph 73. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 73. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

74.     The allegations contained in Paragraph 74. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 74. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

75.     The allegations contained in Paragraph 75. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 75. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

76.     The allegations contained in Paragraph 76. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 76. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

77.     The allegations contained in Paragraph 77. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 77. of Plaintiffs' Administrative Master Complaint are denied for lack of

information sufficient to justify a belief therein.

78.     The allegations contained in Paragraph 78. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 78. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

79.     The allegations contained in Paragraph 79. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 79. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

80.     The allegations contained in Paragraph 80. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 80. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

81.     The allegations contained in Paragraph 81. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 81. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

82.     The allegations contained in Paragraph 82. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 82. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

83.     The allegations contained in Paragraph 83. of Plaintiffs' Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required,

however, the allegations contained in Paragraph 83. of Plaintiffs' Administrative Master Complaint are denied.

84.    The allegations contained in Paragraph 84. of Plaintiffs' Administrative Master Complaint are denied.

85.    The allegations contained in Paragraph 85. of Plaintiffs' Administrative Master Complaint are denied.

86.    The allegations contained in Paragraph 86. of Plaintiffs' Administrative Master Complaint are denied.

87.    The allegations contained in Paragraph 87. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 87. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

88.    The allegations contained in Paragraph 88. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 88. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

89.    The allegations contained in Paragraph 89. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 89. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

90.    The allegations contained in Paragraph 90. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 90. of Plaintiffs' Administrative Master Complaint are denied for lack of

information sufficient to justify a belief therein.

91.     The allegations contained in Paragraph 91., including sub-paragraphs a. through h., of Plaintiffs' Administrative Master Complaint are denied.

92.     The allegations contained in Paragraph 92. of Plaintiffs' Administrative Master Complaint are denied.

93.     The allegations contained in Paragraph 93. of Plaintiffs' Administrative Master Complaint are denied.

94.     The allegations contained in Paragraph 94. of Plaintiffs' Administrative Master Complaint are denied.

95.     The allegations contained in Paragraph 95. of Plaintiffs' Administrative Master Complaint are denied.

96.     The allegations contained in Paragraph 96. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 96. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

97.     The allegations contained in Paragraph 97., including sub-paragraphs a. through e., of Plaintiffs' Administrative Master Complaint are denied.

98.     In response to the allegations contained in Paragraph 98. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-97 herein as if set forth verbatim.

99.     The allegations contained in Paragraph 99. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 99. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

100.    The allegations contained in Paragraph 100. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 100. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

101.    The allegations contained in Paragraph 101. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 101. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

102.    The allegations contained in Paragraph 102. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 102. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

103.    The allegations contained in Paragraph 103. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 103. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

104.    The allegations contained in Paragraph 104. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 104. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

105.    The allegations contained in Paragraph 105. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 105. of Plaintiffs' Administrative Master Complaint are denied for lack of

information sufficient to justify a belief therein.

106.    The allegations contained in Paragraph 106. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 106. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

107.    The allegations contained in Paragraph 107. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 107. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

108.    The allegations contained in Paragraph 108. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 108. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

109.    In response to the allegations contained in Paragraph 109. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-108 herein as if set forth verbatim.

110.    The allegations contained in Paragraph 110. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 110. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

111.    The allegations contained in Paragraph 111. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations

contained in Paragraph 111. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

112.    The allegations contained in Paragraph 112. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 112. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

113.    The allegations contained in Paragraph 113. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 113. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

114.    The allegations contained in Paragraph 114. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 114. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

115.    The allegations contained in Paragraph 115. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 115. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

116.    The allegations contained in Paragraph 116. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 116. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

117.    The allegations contained in Paragraph 117. of Plaintiffs' Administrative Master

Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 117. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

118.    The allegations contained in Paragraph 118, including sub-paragraphs a. through g., of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 118, including sub-paragraphs a. through g., of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

119.    In response to the allegations contained in Paragraph 119. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-118 herein as if set forth verbatim.

120.    The allegations contained in Paragraph 120. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 120. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

121.    The allegations contained in Paragraph 121. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 121. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

122.    The allegations contained in Paragraph 122. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 122. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

123.    The allegations contained in Paragraph 123. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 123. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

124.    The allegations contained in Paragraph 124. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 124. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

125.    The allegations contained in Paragraph 125. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 125. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

126.    The allegations contained in Paragraph 126. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 126. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

127.    The allegations contained in Paragraph 127. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 127. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

128.    The allegations contained in Paragraph 128. of Plaintiffs' Administrative Master

Complaint are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 128. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

129.    The allegations contained in Paragraph 129. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 129. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

130.    The allegations contained in Paragraph 130. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 130. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

131.    The allegations contained in Paragraph 131. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 131. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

132.    In response to the allegations contained in Paragraph 132. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-131 herein as if set forth verbatim.

133.    The allegations contained in Paragraph 133. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 133. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

134.    The allegations contained in Paragraph 134. of Plaintiffs' Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.

135.    The allegations contained in Paragraph 135. of Plaintiffs' Administrative Master Complaint are denied.

136.    The allegations contained in Paragraph 136. of Plaintiffs' Administrative Master Complaint are denied.

137.    The allegations contained in Paragraph 137. of Plaintiffs' Administrative Master Complaint are denied.

138.    The allegations contained in Paragraph 138., including sub-paragraphs a. through k., of Plaintiffs' Administrative Master Complaint are denied.

139.    In response to the allegations contained in Paragraph 139. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-138 herein as if set forth verbatim.

140.    The allegations contained in Paragraph 140. of Plaintiffs' Administrative Master Complaint are denied.

141.    The allegations contained in Paragraph 141. of Plaintiffs' Administrative Master Complaint are denied.

142.    The allegations contained in Paragraph 142. of Plaintiffs' Administrative Master Complaint are denied.

143.    The allegations contained in Paragraph 143. of Plaintiffs' Administrative Master Complaint are denied.

144.    The allegations contained in Paragraph 144. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 144. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

145.    The allegations contained in Paragraph 145. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 145. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

146.    The allegations contained in Paragraph 146. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 146. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

147.    The allegations contained in Paragraph 147. of Plaintiffs' Administrative Master Complaint are denied.

148.    The allegations contained in Paragraph 148. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 148. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

149.    The allegations contained in Paragraph 149. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 149. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

150.    The allegations contained in Paragraph 150. of Plaintiffs' Administrative Master Complaint are denied.

151.    The allegations contained in Paragraph 151. of Plaintiffs' Administrative Master Complaint are denied.

152.    In response to the allegations contained in Paragraph 152. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-151 herein as if set forth verbatim.

153.    The allegations contained in Paragraph 153. of Plaintiffs' Administrative Master Complaint are denied.

154.    The allegations contained in Paragraph 154. of Plaintiffs' Administrative Master Complaint are denied.

155.    The allegations contained in Paragraph 155. of Plaintiffs' Administrative Master Complaint are denied.

156.    The allegations contained in Paragraph 156. of Plaintiffs' Administrative Master Complaint are denied.

157.    The allegations contained in Paragraph 157. of Plaintiffs' Administrative Master Complaint are denied.

158.    In response to the allegations contained in Paragraph 158. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-157 herein as if set forth verbatim.

159.    The allegations contained in Paragraph 159. of Plaintiffs' Administrative Master Complaint are denied.

160.    In response to the allegations contained in Paragraph 160. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-159 herein as if set forth verbatim.

161.    The allegations contained in Paragraph 161. of Plaintiffs' Administrative Master Complaint are denied.

162.    The allegations contained in Paragraph 162. of Plaintiffs' Administrative Master Complaint are denied.

163.    The allegations contained in Paragraph 163. of Plaintiffs' Administrative Master Complaint are denied.

164.    The allegations contained in Paragraph 164. of Plaintiffs' Administrative Master Complaint are denied.

165.    The allegations contained in Paragraph 165. of Plaintiffs' Administrative Master Complaint are denied.

166.    The allegations contained in Paragraph 166. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 166. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

167.    The allegations contained in Paragraph 167. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 167. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

168.    The allegations contained in Paragraph 168. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations

contained in Paragraph 168. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

169.    The allegations contained in Paragraph 169. of Plaintiffs' Administrative Master Complaint are denied.

170.    The allegations contained in Paragraph 170. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 170. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

171.    The allegations contained in Paragraph 171. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 171. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

172.    The allegations contained in Paragraph 172. of Plaintiffs' Administrative Master Complaint are denied.

173.    The allegations contained in Paragraph 173. of Plaintiffs' Administrative Master Complaint are denied.

174.    In response to the allegations contained in Paragraph 174. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-173 herein as if set forth verbatim.

175.    The allegations contained in Paragraph 175. of Plaintiffs' Administrative Master Complaint are denied.

176.    The allegations contained in Paragraph 176. of Plaintiffs' Administrative Master Complaint are denied.

177.    The allegations contained in Paragraph 177. of Plaintiffs' Administrative Master Complaint are denied.

178.    The allegations contained in Paragraph 178. of Plaintiffs' Administrative Master Complaint are denied.

179.    The allegations contained in Paragraph 179. of Plaintiffs' Administrative Master Complaint are denied.

180.    In response to the allegations contained in Paragraph 180. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-179 herein as if set forth verbatim.

181.    The allegations contained in Paragraph 181. of Plaintiffs' Administrative Master Complaint are denied.

182.    In response to the allegations contained in Paragraph 182. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-182 herein as if set forth verbatim.

183.    The allegations contained in Paragraph 183. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 183. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

184.    The allegations contained in Paragraph 184. of Plaintiffs' Administrative Master Complaint are denied.

185.    The allegations contained in Paragraph 185. of Plaintiffs' Administrative Master Complaint are denied.

186.     The allegations contained in Paragraph 186. of Plaintiffs' Administrative Master Complaint are denied.

187.     The allegations contained in Paragraph 187. of Plaintiffs' Administrative Master Complaint are denied.

188.     The allegations contained in Paragraph 188. of Plaintiffs' Administrative Master Complaint are denied.

189.     The allegations contained in Paragraph 189., including sub-paragraphs a. through g., of Plaintiffs' Administrative Master Complaint are denied.

190.     The allegations contained in Paragraph 190. of Plaintiffs' Administrative Master Complaint are denied.

191.     The allegations contained in Paragraph 191. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 191. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

192.     The allegations contained in Paragraph 192., including sub-paragraphs a. through d., of Plaintiffs' Administrative Master Complaint are denied.

193.     In response to the allegations contained in Paragraph 193. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-192 herein as if set forth verbatim.

194.     The allegations contained in Paragraph 194. of Plaintiffs' Administrative Master Complaint are denied.

195.     The allegations contained in Paragraph 195. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations

contained in Paragraph 195. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

196.    The allegations contained in Paragraph 196. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 196. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

197.    The allegations contained in Paragraph 197., including sub-paragraphs a. through h., of Plaintiffs' Administrative Master Complaint are denied.

198.    The allegations contained in Paragraph 198. of Plaintiffs' Administrative Master Complaint are denied.

199.    In response to the allegations contained in Paragraph 199. of Plaintiffs' Administrative Master Complaint, Palm Harbor incorporates paragraphs 1-198 herein as if set forth verbatim.

200.    The allegations contained in Paragraph 200. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 200. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

201.    The allegations contained in Paragraph 201. of Plaintiffs' Administrative Master Complaint are denied.

202.    The allegations contained in Paragraph 202. of Plaintiffs' Administrative Master Complaint are denied.

203.    The allegations contained in Paragraph 203. of Plaintiffs' Administrative Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations

contained in Paragraph 203. of Plaintiffs' Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

204.    The allegations contained in Paragraph 204. of Plaintiffs' Administrative Master Complaint are denied.

205.    Palm Harbor denies the allegations contained in the paragraphs of Plaintiffs' Administrative Master Complaint under the heading Compensatory Damages: All States.

206.    Palm Harbor denies the allegations contained in the paragraphs of Plaintiffs' Administrative Master Complaint under the heading Medical Monitoring.

207.    Palm Harbor denies the allegations contained in the paragraphs of Plaintiffs' Administrative Master Complaint under the heading Punitive Damages.

208.    The allegations contained in the paragraphs of Plaintiffs' Administrative Master Complaint under the heading Request for Jury Trial do not require a response by Palm Harbor.  To the extent a response might be required, Palm Harbor requests a jury trial as well.

209.    The allegations contained in the paragraphs of Plaintiffs' Administrative Master Complaint under the heading Prayer for Relief, including sub-parts 1. through 7., are denied.

210.    The Palm Harbor Defendants request a trial by jury.

II.

**PLAINTIFFS' FIRST SUPPLE-
MENTAL AND AMENDED MASTER COMPLAINT**

AND NOW, in answer to the specific allegations of the Supplemental and Amended Administrative Master Complaint, as supplemented and amended, Palm Harbor would show as follows:

**ANSWER TO PLAINTIFFS' FIRST SUPPLE-**
**MENTAL AND AMENDED MASTER COMPLAINT**

211.    The allegations contained in Paragraph 1. of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 1. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

212.    The allegations contained in Paragraph 2. of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 2. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

213.    The allegations contained in Paragraph 3. of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 3. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

214.    The allegations contained in Paragraph 4. of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response by Palm Harbor. To the extent a response might be required, however, the allegations contained in Paragraph 4. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

215.    The allegations contained in Paragraph 5. of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

216.    The allegations contained in Paragraph 6. of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 6. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

217.    The allegations contained in Paragraph 7. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

218.    The allegations contained in Paragraph 8. of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 8. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

219.    The allegations contained in Paragraph 9. of Plaintiffs' First Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 9. of Plaintiffs' First Supplemental and Amended Master Complaint are denied.

220.    The allegations contained in the paragraph of Plaintiffs' First Supplemental and Amended Master Complaint beginning "WHEREFORE" are denied.

III.

**PLAINTIFFS' SECOND SUPPLEMENTAL
AND AMENDED MASTER COMPLAINT**

AND NOW, in answer to the specific allegations of the Second Supplemental and Amended Administrative Master Complaint, as supplemented and amended, Palm Harbor would show as follows:

**ANSWER TO PLAINTIFFS' SECOND SUPPLE-
MENTAL AND AMENDED MASTER COMPLAINT**

221.    The allegations contained in Paragraph 1. of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 1. of Plaintiffs' Second Supplemental and Amended Master Complaint are denied.

222.    The allegations contained in Paragraph 2. of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 2. of Plaintiffs' Second Supplemental and Amended Master Complaint are denied.

223.    The allegations contained in Paragraph 3. of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response by Palm Harbor. To the extent a response might be required, however, the allegations contained in Paragraph 3. of Plaintiffs' Second Supplemental and Amended Master Complaint are denied.

224.    The allegations contained in Paragraph 4. of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response by Palm Harbor. To the extent a response might be required, however, the allegations contained in Paragraph 4. of Plaintiffs' Second Supplemental and Amended Master Complaint are denied.

225.    The allegations contained in Paragraph 5., including all sub-parts thereof, of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5., including all sub-parts thereof, of Plaintiffs' Second Supplemental and Amended Master Complaint are denied.

226.    The allegations contained in Paragraph 6., including all sub-parts thereof, of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 6., including all sub-parts thereof, of Plaintiffs' Second Supplemental and Amended Master Complaint are denied.

227.    The allegations contained in Paragraph 7., including all sub-parts thereof except subpart (55), of Plaintiffs' Second Supplemental and Amended Master Complaint do not require a response by Palm Harbor.  Palm Harbor admits that after living in one or more travel trailers, Plaintiff Linda Maldonado-West apparently resided in a Palm Harbor manufactured home.  To the extent a response might be required to the remaining allegations, however, the allegations contained in Paragraph 7., including all sub-parts thereof except subpart (55), of Plaintiffs' Second Supplemental and Amended Master Complaint are denied.

228.    The allegations contained in Paragraph 8., including all sub-parts thereof, of Plaintiffs' Second Supplemental and Amended Master Complaint are denied.

229.    The allegations contained in Paragraph 9. of Plaintiffs' Second Supplemental and Amended Master Complaint are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 9. of Plaintiffs' Second Supplemental and Amended Master Complaint are denied for lack of information sufficient to justify a belief therein.

230.    The allegations contained in the paragraph of Plaintiffs' Second Supplemental and Amended Master Complaint beginning "WHEREFORE" are denied.

IV.

**PLAINTIFFS' THIRD SUPPLEMENTAL AND
AMENDED ADMINISTRATIVE MASTER COMPLAINT**

AND NOW, in answer to the specific allegations of the Third Supplemental and Amended Administrative Master Complaint, as supplemented and amended, Palm Harbor would show as follows.

**ANSWER TO PLAINTIFFS' THIRD SUPPLEMENTAL
AND AMENDED ADMINISTRATIVE MASTER COMPLAINT**

231.   The allegations contained in Paragraph 1. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Palm Harbor. To the extent that a response is required, Palm Harbor respectfully submits that the Court record is its own best evidence of the contents contained therein.

232.   The allegations contained in Paragraph 2. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Palm Harbor. To the extent that a response is required, Palm Harbor concurs with Plaintiffs' statement that class certification was denied. (See R. Doc. 1014).

233.   The allegations contained in Paragraph 3. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Palm Harbor. To the extent that a response is required, Palm Harbor respectfully submits that the Court record is its own best evidence of the contents contained therein.

234.   The allegations contained in Paragraph 4. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Palm Harbor. To the extent that a response is required, Palm Harbor respectfully submits that Pre-Trial Order No. 36 (R. Doc. 1386), as amended (R. Doc. 2760), is its own best evidence of the contents contained

therein.

235.    The allegations contained in Paragraph 5. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Palm Harbor. To the extent that a response is required, the allegations of Paragraph 5. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

236.    The allegations contained in Paragraph 6. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint do not require a response on the part of Palm Harbor. To the extent that a response is required, the allegations of Paragraph 5. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

237.    The allegations contained in Paragraph 7. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required.  To the extent that a response is required, the allegations in Paragraph 7. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of sufficient information to justify a belief therein.

238.    The allegations contained in Paragraph 8. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

239.    The allegations contained in Paragraph 9. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

240.    The allegations contained in Paragraph 10. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

241.    The allegations contained in Paragraph 11. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

242.    The allegations contained in Paragraph 12. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

243.    The allegations contained in Paragraph 13. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

244.    The allegations contained in Paragraph 14. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

245.    The allegations contained in Paragraph 15. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

246.    The allegations contained in Paragraph 16. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

247.    The allegations contained in Paragraph 17. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify

a belief therein.

248.   The allegations contained in Paragraph 18. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

249.   The allegations contained in Paragraph 19. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

250.   The allegations contained in Paragraph 20. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

251.   The allegations contained in Paragraph 21. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

252.   The allegations contained in Paragraph 22. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

253.   The allegations contained in Paragraph 23. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

254.   The allegations contained in Paragraph 24. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

255.     The allegations contained in Paragraph 25. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

256.     The allegations contained in Paragraph 26. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

257.     The allegations contained in Paragraph 27. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

258.     The allegations contained in Paragraph 28. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

259.     The allegations contained in Paragraph 29. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

260.     The allegations contained in paragraph 30. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

261.     The allegations contained in Paragraph 31. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

262.     The allegations contained in Paragraph 32. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify

a belief therein.

263.    The allegations contained in Paragraph 33. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

264.    The allegations contained in Paragraph 34. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

265.    The allegations contained in Paragraph 35. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

266.    The allegations contained in Paragraph 36. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

267.    The allegations contained in Paragraph 37. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

268.    The allegations contained in Paragraph 38. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

269.    The allegations contained in Paragraph 39. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

270.    The allegations contained in Paragraph 40. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

271.    The allegations contained in Paragraph 41. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

272.    The allegations contained in Paragraph 42. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

273.    The allegations contained in Paragraph 43. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

274.    The allegations contained in Paragraph 44. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

275.    The allegations contained in Paragraph 45. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

276.    The allegations contained in Paragraph 46. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

277.    The allegations contained in Paragraph 47. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify

a belief therein.

278.    The allegations contained in Paragraph 48. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

279.    The allegations contained in Paragraph 49. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

280.    The allegations contained in Paragraph 50. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

281.    The allegations contained in Paragraph 51. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

282.    The allegations contained in Paragraph 52. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

283.    The allegations contained in Paragraph 53. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

284.    The allegations contained in Paragraph 54. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

285.    The allegations contained in Paragraph 55. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

286.    The allegations contained in Paragraph 56. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

287.    The allegations contained in Paragraph 57. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

288.    The allegations contained in Paragraph 58. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

289.    The allegations contained in Paragraph 59. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

290.    The allegations contained in Paragraph 60. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

291.    The allegations contained in Paragraph 61. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

292.    The allegations contained in Paragraph 62. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify

a belief therein.

293.    The allegations contained in Paragraph 63. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

294.    The allegations contained in Paragraph 64. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

295.    The allegations contained in Paragraph 65. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

296.    The allegations contained in Paragraph 66. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

297.    The allegations contained in Paragraph 67. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

298.    The allegations contained in Paragraph 68. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

299.    The allegations contained in Paragraph 69. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

300.    The allegations contained in Paragraph 70. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

301.    The allegations contained in Paragraph 71. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

302.    The allegations contained in Paragraph 72. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

303.    The allegations contained in Paragraph 73. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

304.    The allegations contained in Paragraph 74. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are generally admitted, except for that part of the allegations including and after the words "for use."  Those allegations are denied for lack of information sufficient to justify a belief therein.

305.    The allegations contained in Paragraph 75. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.  The proper name for this Palm Harbor entity is Palm Harbor Manufacturing, L.P.

306.    The allegations contained in Paragraph 76. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are generally admitted, except for that part of the allegations including and after the words "for use."  Those allegations are denied for lack of information sufficient to justify a belief therein.

307.    The allegations contained in Paragraph 77. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

308.    The allegations contained in Paragraph 78. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

309.    The allegations contained in Paragraph 79. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

310.    The allegations contained in Paragraph 80. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

311.    The allegations contained in Paragraph 81. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

312.    The allegations contained in Paragraph 82. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

313.    The allegations contained in Paragraph 83. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

314.    The allegations contained in Paragraph 84. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify

a belief therein.

315.    The allegations contained in Paragraph 85. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

316.    The allegations contained in Paragraph 86. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

317.    The allegations contained in Paragraph 87. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

318.    The allegations contained in Paragraph 88. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

319.    The allegations contained in Paragraph 89. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

320.    The allegations contained in Paragraph 90. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

321.    The allegations contained in Paragraph 91. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

322.     The allegations contained in Paragraph 92. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

323.     The allegations contained in Paragraph 93. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

324.     The allegations contained in Paragraph 94. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

325.     The allegations contained in Paragraph 95. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

326.     The allegations contained in Paragraph 96. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

327.     The allegations contained in Paragraph 97. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

328.     The allegations contained in Paragraph 98. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

329.     The allegations contained in Paragraph 99. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify

a belief therein.

330.    The allegations contained in Paragraph 100. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

331.    The allegations contained in Paragraph 101. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

332.    The allegations contained in Paragraph 102. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

333.    The allegations contained in Paragraph 103. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

334.    The allegations contained in Paragraph 104. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

335.    The allegations contained in Paragraph 105. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

336.    The allegations contained in Paragraph 106. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

337.    The allegations contained in Paragraph 107. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify

a belief therein.

338.    The allegations contained in Paragraph 108. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

339.    The allegations contained in Paragraph 109. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

340.    The allegations contained in Paragraph 110. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

341.    The allegations contained in Paragraph 111. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

342.    The allegations contained in Paragraph 112. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

343.    The allegations contained in Paragraph 113. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

344.    The allegations contained in Paragraph 114. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

345.    The allegations contained in Paragraph 115. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

346.    The allegations contained in Paragraph 116. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Palm Harbor.

347.    The allegations contained in Paragraph 117. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Palm Harbor.

348.    The allegations contained in Paragraph 118. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Palm Harbor.

349.    The allegations contained in Paragraph 119. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Palm Harbor.

350.    The allegations contained in Paragraph 120. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Palm Harbor.

351.    The allegations contained in Paragraph 121. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Palm Harbor.

352.    The allegations contained in Paragraph 122. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is

required on the part of Palm Harbor.  To the extent that a response is required, Palm Harbor denies the allegations for lack of information sufficient to justify a belief therein.

353.    The allegations contained in Paragraph 123. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint constitute legal conclusions to which no response is required on the part of Palm Harbor.  To the extent that a response is required, Palm Harbor denies the allegations for lack of information sufficient to justify a belief therein.

354.    The allegations contained in Paragraph 124. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

355.    The allegations contained in Paragraph 125. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 125. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

356.    The allegations contained in Paragraph 126. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 126. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

357.    The allegations contained in Paragraph 127. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 127. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information

sufficient to justify a belief therein.

358.    The allegations contained in Paragraph 128. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 128. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

359.    The allegations contained in Paragraph 129. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 129. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

360.    The allegations contained in Paragraph 130. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

361.    The allegations contained in Paragraph 131. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor.

362.    The allegations contained in Paragraph 132. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 132. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

363.    The allegations contained in Paragraph 133. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm

Harbor and because they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 133. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

364.    The allegations contained in Paragraph 134. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 134. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

365.    The allegations contained in Paragraph 135. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 135. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

366.    The allegations contained in Paragraph 136. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are admitted.

367.    The allegations contained in Paragraph 137. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 137. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

368.    The allegations contained in Paragraph 138. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 138. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

369.    The allegations contained in Paragraph 139. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 139. of Plaintiffs' Third supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

370.    The allegations contained in Paragraph 140. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 140. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

371.    The allegations contained in Paragraph 141. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 141. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

372.    The allegations contained in Paragraph 142. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 142. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

373.     The allegations contained in Paragraph 143. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 143. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

374.     The allegations contained in Paragraph 144. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 144. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

375.     The allegations contained in Paragraph 145. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 145. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

376.     The allegations contained in Paragraph 146. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 146. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

377.     The allegations contained in Paragraph 147. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 147. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

378.    The allegations contained in Paragraph 148. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 148. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

379.    The allegations contained in Paragraph 149. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 149. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

380.    The allegations contained in Paragraph 150. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 150. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

381.    The allegations contained in Paragraph 151. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 151. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

382.    The allegations contained in Paragraph 152. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 152. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

383.    The allegations contained in Paragraph 153. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 153. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

384.    The allegations contained in Paragraph 154. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 1545. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

385.    The allegations contained in Paragraph 155. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 155. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

386.    The allegations contained in Paragraph 156. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 156. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

387.    The allegations contained in Paragraph 157. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 157. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

388.    The allegations contained in Paragraph 158. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar that they purport to apply to Palm Harbor and because they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 158. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

389.    The allegations contained in Paragraph 159. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 159. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

390.    The allegations contained in Paragraph 160. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 160. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

391.    The allegations contained in Paragraph 161. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 161. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

392.    The allegations contained in Paragraph 162. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 162. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

393.    The allegations contained in Paragraph 163. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 163. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

394.    The allegations contained in Paragraph 164. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 164. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

395.    The allegations contained in Paragraph 165. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 165. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

396.    The allegations contained in Paragraph 166. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 166. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

397.    The allegations contained in Paragraph 167. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 167. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

398.    The allegations contained in Paragraph 168. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 168. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

399.    The allegations contained in Paragraph 169. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 169. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

400.    The allegations contained in Paragraph 170. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 170. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

401.    The allegations contained in Paragraph 171. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 171. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

402.    The allegations contained in Paragraph 172. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 172. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

403.    The allegations contained in Paragraph 173. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 173. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

404.    The allegations contained in Paragraph 174. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 174. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

405.    The allegations contained in Paragraph 175. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 175. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

406.    The allegations contained in Paragraph 176. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 176. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

407.    The allegations contained in Paragraph 177. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 177. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

408.    The allegations contained in Paragraph 178. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 178. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

409.    The allegations contained in Paragraph 179. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 179. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

410.    The allegations contained in Paragraph 180. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 180. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

411.    The allegations contained in Paragraph 181. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 181. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

412.    The allegations contained in Paragraph 182. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 182. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

413.    The allegations contained in Paragraph 183. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 183. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

414.   The allegations contained in Paragraph 184. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 184. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

415.   The allegations contained in Paragraph 185. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 185. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

416.   The allegations contained in Paragraph 186. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 186. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

417.   The allegations contained in Paragraph 187. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 187. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

418.    The allegations contained in Paragraph 188. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 188. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

419.    The allegations contained in Paragraph 189. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 189. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

420.    The allegations contained in Paragraph 190. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 190. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

421.    The allegations contained in Paragraph 191. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

422.    The allegations contained in Paragraph 192. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 192. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

423.     The allegations contained in Paragraph 193. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 193. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

424.     The allegations contained in Paragraph 194. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 194. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

425.     The allegations contained in Paragraph 195. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 195. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

426.     The allegations contained in Paragraph 196. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 196. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

427.     The allegations contained in Paragraph 197. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 197. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

428.    The allegations contained in Paragraph 198. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 198. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

429.    The allegations contained in Paragraph 199. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 199. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

430.    In response to the allegations contained in Paragraph 200. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-429 herein as if set forth verbatim.

431.    The allegations contained in Paragraph 201. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 201. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

432.    The allegations contained in Paragraph 202. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 202. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

433.    The allegations contained in Paragraph 203. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 203. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

434.    The allegations contained in Paragraph 204. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 204. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

435.    The allegations contained in Paragraph 205. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 205. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

436.    The allegations contained in Paragraph 206. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 206. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

437.     The allegations contained in Paragraph 207. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 207. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

438.     The allegations contained in Paragraph 208. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 208. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

439.     The allegations contained in Paragraph 209., including sub-paragraphs a. through j., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 209., including sub-paragraphs a. through j., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

440.     In response to the allegations contained in Paragraph 210. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-439 herein as if set forth verbatim.

441.     The allegations contained in Paragraph 211. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.

442.    The allegations contained in Paragraph 212. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

443.    The allegations contained in Paragraph 213. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

444.    The allegations contained in Paragraph 214. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

445.    The allegations contained in Paragraph 215. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

446.    The allegations contained in Paragraph 216., including sub-paragraphs a. through k., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

447.    The allegations contained in Paragraph 217. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

448.    The allegations contained in Paragraph 218. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

449.    The allegations contained in Paragraph 219. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

450.    The allegations contained in Paragraph 220. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

451.    The allegations contained in Paragraph 221. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

452.    The allegations contained in Paragraph 222. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

453.    The allegations contained in Paragraph 223. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

454.    The allegations contained in Paragraph 224. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

455.    The allegations contained in Paragraph 225. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

456.    The allegations contained in Paragraph 226. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

457.    The allegations contained in Paragraph 227. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

458.    The allegations contained in Paragraph 228. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify

a belief therein.

459. In response to the allegations contained in Paragraph 229. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-458 herein as if set forth verbatim.

460. The allegations contained in Paragraph 230. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

461. The allegations contained in Paragraph 231. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

462. The allegations contained in Paragraph 232. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

463. The allegations contained in Paragraph 233. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

464. The allegations contained in Paragraph 234. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 234. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

465. The allegations contained in Paragraph 235. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 235. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

466.    The allegations contained in Paragraph 236. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 236. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

467.    The allegations contained in Paragraph 237. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

468.    The allegations contained in Paragraph 238. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 238. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

469.    The allegations contained in Paragraph 239. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 239. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

470.    In response to the allegations contained in Paragraph 240. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-469 herein as if set forth verbatim.

471.    The allegations contained in Paragraph 241. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

472.     In response to the allegations contained in Paragraph 242. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-471 herein as if set forth verbatim.

473.     The allegations contained in Paragraph 243. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

474.     In response to the allegations contained in Paragraph 244. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-473 herein as if set forth verbatim.

475.     The allegations contained in Paragraph 245. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

476.     The allegations contained in Paragraph 246. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

477.     The allegations contained in Paragraph 247., including sub-paragraphs a. through e., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

478.     In response to the allegations contained in Paragraph 248. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-477 herein as if set forth verbatim.

479.     The allegations contained in Paragraph 249. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

480.     The allegations contained in Paragraph 250. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

481.     The allegations contained in Paragraph 251. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

482.    The allegations contained in Paragraph 252. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

483.    The allegations contained in Paragraph 253. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

484.    The allegations contained in Paragraph 254. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 254. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

485.    The allegations contained in Paragraph 255. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 255. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

486.    The allegations contained in Paragraph 256. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 256. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

487.    The allegations contained in Paragraph 257. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

488.    The allegations contained in Paragraph 258. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal

conclusions. Furthermore, the allegations contained in Paragraph 258. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

489.     The allegations contained in Paragraph 259. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 259. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

490.     In response to the allegations contained in Paragraph 260. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-489 herein as if set forth verbatim.

491.     The allegations contained in Paragraph 261. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

492.     In response to the allegations contained in Paragraph 262. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-491 herein as if set forth verbatim.

493.     The allegations contained in Paragraph 263. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

494.     In response to the allegations contained in Paragraph 264. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-493 herein as if set forth verbatim.

495.     The allegations contained in Paragraph 265. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal

conclusions.   Furthermore, the allegations contained in Paragraph 265. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

496.   The allegations contained in Paragraph 266. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

497.   The allegations contained in Paragraph 267. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

498.   The allegations contained in Paragraph 268. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

499.   The allegations contained in Paragraph 269. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

500.   The allegations contained in Paragraph 270. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

501.   The allegations contained in Paragraph 271., including sub-paragraphs a. through g., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

502.   The allegations contained in Paragraph 272. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

503.   The allegations contained in Paragraph 273. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

504.   The allegations contained in Paragraph 274., including sub-paragraphs a. through d., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

505.   In response to the allegations contained in Paragraph 275. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs

231-504 herein as if set forth verbatim.

506.     The allegations contained in Paragraph 276. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

507.     The allegations contained in Paragraph 277. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 277. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

508.     The allegations contained in Paragraph 278. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 278. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

509.     The allegations contained in Paragraph 279., including sub-paragraphs a. through h., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

510.     The allegations contained in Paragraph 280. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

511.     In response to the allegations contained in Paragraph 281. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-510 herein as if set forth verbatim.

512.     The allegations contained in Paragraph 282. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 282. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

513.    The allegations contained in Paragraph 283. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

514.    The allegations contained in Paragraph 284. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

515.    The allegations contained in Paragraph 285. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

516.    The allegations contained in Paragraph 286. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

517.    In response to the allegations contained in Paragraph 287. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-516 herein as if set forth verbatim.

518.    The allegations contained in Paragraph 288. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 288. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

519.    The allegations contained in Paragraph 289. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 289. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

520.     The allegations contained in Paragraph 290. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 290. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

521.     The allegations contained in Paragraph 291. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

522.     The allegations contained in Paragraph 292. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

523.     In response to the allegations contained in Paragraph 293. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-522 herein as if set forth verbatim.

524.     The allegations contained in Paragraph 294. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 294. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

525.     The allegations contained in Paragraph 295. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

526.     The allegations contained in Paragraph 296. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

527.     The allegations contained in Paragraph 297. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal

conclusions. Furthermore, the allegations contained in Paragraph 297. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

528. The allegations contained in Paragraph 298. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 298. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

529. The allegations contained in Paragraph 299., including sub-paragraphs a. through i., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

530. In response to the allegations contained in Paragraph 298. [sic] of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-529 herein as if set forth verbatim.

531. The allegations contained in Paragraph 299. [sic] of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 299. [sic] of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

532. The allegations contained in Paragraph 300. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 300. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

533.     The allegations contained in Paragraph 301. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 301. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

534.     The allegations contained in Paragraph 302., including sub-paragraphs a. and b., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 302., including sub-paragraphs a. and b., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

535.     The allegations contained in Paragraph 303. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 303. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

536.     The allegations contained in Paragraph 304. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 304. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

537.     In response to the allegations contained in Paragraph 305. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-429 herein as if set forth verbatim.

538.    The allegations contained in Paragraph 306. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 306. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

539.    The allegations contained in Paragraph 307. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 307. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

540.    The allegations contained in Paragraph 308. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 308. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

541.    The allegations contained in Paragraph 309., including sub-paragraphs a. and b., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 309., including sub-paragraphs a. and b., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

542.    The allegations contained in Paragraph 310. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 310. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

543.    The allegations contained in Paragraph 311. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 311. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

544.    In response to the allegations contained in Paragraph 312. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-543 herein as if set forth verbatim.

545.    The allegations contained in Paragraph 313. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 313. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

546.    The allegations contained in Paragraph 314. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 314. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

547.    The allegations contained in Paragraph 315. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.    Furthermore, the allegations contained in Paragraph 315. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

548.    The allegations contained in Paragraph 316. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 316. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

549.    The allegations contained in Paragraph 317. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 317. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

550.    The allegations contained in Paragraph 318. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 318. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

551.    The allegations contained in Paragraph 319. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 319. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

552.    The allegations contained in Paragraph 320. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

553.    The allegations contained in Paragraph 321. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 321. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

554.    The allegations contained in Paragraph 322. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 322. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

555.    In response to the allegations contained in Paragraph 323. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-554 herein as if set forth verbatim.

556.    The allegations contained in Paragraph 324. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

557.    The allegations contained in Paragraph 325. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 325. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

558.    The allegations contained in Paragraph 326. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 326. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

559.    In response to the allegations contained in Paragraph 327. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-558 herein as if set forth verbatim.

560.    The allegations contained in Paragraph 328. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 328. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

561.    In response to the allegations contained in Paragraph 329. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-560 herein as if set forth verbatim.

562.    The allegations contained in Paragraph 330. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 330. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

563.    The allegations contained in Paragraph 331. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal

conclusions. Furthermore, the allegations contained in Paragraph 331. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

564. The allegations contained in Paragraph 332. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 332. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

565. The allegations contained in Paragraph 333., including sub-paragraphs a. and b., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 333., including sub-paragraphs a. and b., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

566. The allegations contained in Paragraph 334. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 334. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

567. The allegations contained in Paragraph 335. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

568. In response to the allegations contained in Paragraph 336. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-567 herein as if set forth verbatim.

569.    The allegations contained in Paragraph 337. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 337. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

570.    The allegations contained in Paragraph 338. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 338. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

571.    The allegations contained in Paragraph 339. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 339. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

572.    The allegations contained in Paragraph 340., including sub-paragraphs a. and b., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 340., including sub-paragraphs a. and b., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

573.    The allegations contained in Paragraph 341. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 341. of Plaintiffs' Third

Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

574.    The allegations contained in Paragraph 342. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

575.    In response to the allegations contained in Paragraph 343. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint, Palm Harbor incorporates paragraphs 231-574 herein as if set forth verbatim.

576.    The allegations contained in Paragraph 344. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions. Furthermore, the allegations contained in Paragraph 344. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

577.    The allegations contained in Paragraph 345. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 345. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

578.    The allegations contained in Paragraph 346. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 346. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

579.    The allegations contained in Paragraph 347. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 347. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

580.    The allegations contained in Paragraph 348. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

581.    The allegations contained in Paragraph 349. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 349. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

582.    The allegations contained in Paragraph 350., including sub-paragraphs a. through c., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 350., including sub-paragraphs a. through c., of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

583.    The allegations contained in Paragraph 351. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 351. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

584.     The allegations contained in Paragraph 352. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied in that they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 352. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied for lack of information sufficient to justify a belief therein.

585.     The allegations contained in Paragraph 353. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

586.     The allegations contained in Paragraph 354. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

587.     The allegations contained in Paragraph 355. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

588.     The allegations contained in Paragraph 356. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

589.     The allegations contained in Paragraph 357. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

590.     The allegations contained in Paragraph 358. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

591.     The allegations contained in Paragraph 359. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

592.     The allegations contained in Paragraph 360. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

593.     The allegations contained in Paragraph 361. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

594.     The allegations contained in Paragraph 362. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

595.     The allegations contained in Paragraph 363. of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint are denied.

596.     The allegations contained in the paragraph of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint under the heading Request for Jury Trial do not require a response by Palm Harbor.  To the extent a response might be required, Palm Harbor hereby requests a jury trial.

597.     The allegations contained in the paragraph of Plaintiffs' Third Supplemental and Amended Administrative Master Complaint under the heading Prayer for Relief, including subparts 1. through 3., are denied.

V.

## FOURTH SUPPLEMENTAL AND AMENDED
## ADMINISTRATIVE MASTER COMPLAINT

AND NOW, in answer to the specific allegations of the Fourth Supplemental and Amended Administrative Master Complaint, as supplemented and amended, Palm Harbor would show as follows.

**ANSWER TO FOURTH SUPPLEMENTAL AND
AMENDED ADMINISTRATIVE MASTER COMPLAINT**

598.     The allegations contained in Paragraph 1. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 1. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

599.    The allegations contained in Paragraph 2. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 2. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

600.    The allegations contained in Paragraph 3. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 3. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

601.    The allegations contained in Paragraph 4. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 4. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

602.    The allegations contained in Paragraph 5(a). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5(a). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

603.    The allegations contained in Paragraph 5(b). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5(b). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

604.    The allegations contained in Paragraph 5(c). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5(c). of

Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

605.    The allegations contained in Paragraph 5(d). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5(d). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

606.    The allegations contained in Paragraph 5(e). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5(e). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

607.    The allegations contained in Paragraph 5(f). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5(f). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

608.    The allegations contained in Paragraph 5(g). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5(g). of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

609.    The allegations contained in Paragraph 6. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 6. of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint are denied.

610.    The allegations contained in the paragraph of Plaintiffs' Fourth Supplemental and Amended Administrative Master Complaint beginning "WHEREFORE" are denied.

VII.

**AFFIRMATIVE DEFENSES**

AND NOW, further answering, Palm Harbor asserts the following affirmative defenses.

**FIRST AFFIRMATIVE DEFENSE**

611.    Plaintiffs' Plaintiffs' Administrative Master Complaint, as supplemented and amended, fails to state a claim or cause of action against Palm Harbor upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

612.    Plaintiffs have failed to satisfy their burden of establishing Article III standing against the Palm Harbor, and thus this Court does not have subject matter jurisdiction over Plaintiffs' claims against the Palm Harbor.

**THIRD AFFIRMATIVE DEFENSE**

613.    The claims against Palm Harbor are, or may be, barred in whole or in part by Plaintiffs' failure to institute suit within the period of time required by the applicable statutes of limitation and/or any applicable limitation of actions, or by peremption or prescription, or failure to initiate suit within the period of time required by the applicable prescriptive periods and/or any limitation of actions contained in any applicable contracts.

**FOURTH AFFIRMATIVE DEFENSE**

614.    Palm Harbor pleads to the extent applicable all defenses allowed under the Louisiana Health Emergency Powers Act, LSA—R.S. 29:771, and/or other Louisiana law.

**FIFTH AFFIRMATIVE DEFENSE**

615.    Palm Harbor specifically denies the existence of any defect or defects that would render manufactured homes unreasonably dangerous under the Louisiana Products Liability Act, the

limited warranty, and/or any other applicable law, contract, or standard.

**SIXTH AFFIRMATIVE DEFENSE**

616.    Palm Harbor asserts as affirmative defenses the defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 210) and incorporates the Court's Order and Reasons (Rec. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, respectively, as if pleaded herein, in extenso, and asserts that all claims contrary to the orders are precluded.

**SEVENTH AFFIRMATIVE DEFENSE**

617.    Solely in the alternative, in the event the Court finds any plaintiff has suffered any damages whatsoever, the damages complained of resulted solely or substantially from the negligence, fault or comparative fault of the plaintiff through misuse and/or abuse and/or lack of care of the manufactured homes, failure to follow instructions for use, failure to heed applicable warnings, and/or through other acts or omissions which will be shown more fully at the trial of this matter and which preclude recovery by plaintiff or reduce any recovery by her respective percentage of fault.

**EIGHTH AFFIRMATIVE DEFENSE**

618.    Further in the alternative, all damages complained of resulted solely or substantially from the negligence, fault or comparative fault of third parties for whom Palm Harbor is not responsible.

**NINTH AFFIRMATIVE DEFENSE**

619.    Solely in the alternative, in the event this Court determines there was any defect in any manufactured home, which is specifically denied, said defect was apparent and obvious and could be easily avoided or remedied, precluding any recovery by plaintiffs.

**TENTH AFFIRMATIVE DEFENSE**

620.    All of the claims asserted against Palm Harbor are perempted or otherwise precluded by the statutes, standards, regulations, and rules propagated by the Federal Government and/or HUD, and/or FEMA, and/or the plaintiff's lease agreement with FEMA.

**ELEVENTH AFFIRMATIVE DEFENSE**

621.    Palm Harbor further pleads that plaintiffs' claims are, or may be, barred, in whole or in part, to the extent that the Economic Loss Doctrine applies and incorporates Court's Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss as if plead herein, in extenso.

**TWELFTH AFFIRMATIVE DEFENSE**

622.    Claims against Palm Harbor are, or may be, barred in whole or in part by the doctrines of estoppel, release or waiver.

**THIRTEENTH AFFIRMATIVE DEFENSE**

623.    Any express warranty obligations that may be owed by Palm Harbor are strictly limited by the terms of the limited warranty, including all of its limitations and exclusions, which are pleaded herein, as if copied in extenso.

**FOURTEENTH AFFIRMATIVE DEFENSE**

624.    Upon information and belief, plaintiffs have failed to mitigate their damages.

**FIFTEENTH AFFIRMATIVE DEFENSE**

625.    Palm Harbor specifically pleads to the extent applicable, all defenses allowed under the Louisiana Products Liability Act, LSA--R.S. 9:2800.51 et. seq., and/or other Louisiana law.

**SIXTEENTH AFFIRMATIVE DEFENSE**

626.    In the event that discovery reveals the following, Palm Harbor specifically pleads that the product sued upon herein was not in a reasonably anticipated use at any relevant time.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

627.    In the event that discovery reveals the following, Palm Harbor specifically pleads that any alleged fault, negligence and/or strict liability attributed to Palm Harbor, which is specifically denied, was not the proximate or legal cause of the injuries sued upon herein.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

628.    Alternatively, Palm Harbor affirmatively avers that in the event it is found liable in any way to plaintiffs, which is denied, any liability on their part is merely joint liability and not joint and several, nor in solido, with the liability of other parties for whom it is not responsible.

**NINETEENTH AFFIRMATIVE DEFENSE**

629.    Plaintiffs' claims are improperly joined with the claims of numerous other individuals and the joinder does not comply with Federal Rule of Civil Procedure 20.  Thus, their claims must be severed from the claims of the other named plaintiffs.

**TWENTIETH AFFIRMATIVE DEFENSE**

630.    Palm Harbor specifically denies liability under Mississippi law, including but not limited to the Mississippi Product Liability Act (MCA §11-1-63), the negligence and/or strict liability laws of Mississippi, the express warranty law of Mississippi, the implied warranty law of Mississippi, any and all Mississippi laws regarding medical monitoring, and any and all Mississippi laws regarding punitive and/or exemplary damages.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

631.    Palm Harbor specifically denies liability under Alabama law, including but not limited to the Alabama Extended Manufacturer's Liability Doctrine, the express warranty law of Alabama, the implied warranty law of Alabama, any and all Alabama laws regarding medical monitoring, and any and all Alabama laws regarding punitive and/or exemplary damages.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

632.    Failure to state a claim upon which relief can be granted because the claims alleged are barred by federal preemption pursuant to 42 U.S.C. § 5401, et seq., 24 C.F.R. § 3280, *et seq.*, and 24 C.F.R. § 3282, *et seq.*, as this Court ruled May 29, 2009.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

633.    Palm Harbor specifically denies liability under Texas law, including but not limited to the Texas Products Liability Act, the express warranty law of Texas, the implied warranty law of Texas, any and all Texas laws regarding medical monitoring, and any and all Texas laws regarding punitive and/or exemplary damages.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

634.    Plaintiffs' claims are, or may be, barred in whole or in part to the extent that any award of punitive damages, to the extent they are even pled in the Administrative Master Complaint, as supplemented or amended, would be unconstitutional because the standards utilized to allow the imposition of such damages are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

635.    Plaintiff's claims are barred, in whole or in part, by the doctrine of intervening and/or superseding cause.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

636.    Plaintiffs fail to state a claim for negligence under Louisiana law.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

637.    Plaintiffs fail to state a claim upon which relief can be granted because Palm Harbor

owed no actionable duty to the plaintiffs.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

638.    Plaintiffs fail to state a claim upon which relief can be granted inasmuch as plaintiffs

have not specifically claimed any current injury but rather have generally claimed unspecified current

and future injuries.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

639.    Failure to state a claim upon which relief can be granted for attorney's fees as there

is no basis under Louisiana, Mississippi, Alabama, Texas or Federal law, and/or any other applicable

law for the awarding of attorney's fees based upon the facts alleged in the complaint

## THIRTIETH AFFIRMATIVE DEFENSE

640.    Plaintiffs fail to state a claim upon which relief can be granted to the extent that

plaintiffs specifically seek property or economic damages under Louisiana law inasmuch as such

claims are precluded.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

641.    Plaintiffs fail to state a claim upon which relief can be granted to the extent that it is

determined that plaintiffs previously filed and/or have pending another lawsuit arising out of the

same operative facts and circumstances made the subject of this lawsuit.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

642.    Plaintiffs fail to state a claim upon which relief can be granted on grounds that Palm Harbor is a contractor that performed its work in accordance with the plans and/or specifications of FEMA.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

643.    Plaintiffs fail to state a claim upon which relief can be granted inasmuch as plaintiffs failed to make any particularized allegations regarding their injuries and damages and failed to make any particularized allegations connecting any particular plaintiff to conduct of Palm Harbor.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

644.    Plaintiffs fail to state a claim upon which relief can be granted to the extent that plaintiffs allege strict liability as there is no basis under Louisiana law for the same.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

645.    Plaintiffs fail to state a claim upon which relief can be granted because on the face of the pleadings it is clear that plaintiffs knew or should have known of their cause of action more than one year before the referenced action was filed, rendering all claims prescribed under Louisiana law.  Plaintiffs are not entitled to claim any tolling of the applicable prescriptive period as against Palm Harbor during the pendency of the putative class action.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

646.    Failure to state a claim insofar as Plaintiffs have not alleged and cannot prove either specific or general causation for their alleged injuries.

**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

647.    Failure to state a claim upon which relief can be granted inasmuch as plaintiffs' negligence, negligence *per se*, gross negligence, recklessness, failure to inspect, breach of implied

warranty and "failing to act in a prudent manner" claims are barred by the exclusivity provisions of the Louisiana Products Liability Act.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

648.    Plaintiffs' alleged damages, if any, were caused or occasioned by known and open and obvious risks, which the Plaintiffs voluntarily assumed.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

649.    Plaintiffs' claims are, or may be, barred in whole or in part to the extent that the award of punitive damages, to the extent they are even pled by the Plaintiffs, would violate the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments, separately, of the Constitution of the United States on each of the following separate and several grounds:

The procedures failed to provide means for awarding separate judgments against alleged tortfeasors;

The procedures failed to provide a limit on the amount of the award against separate defendants;

The procedures failed to provide specific standards for the award of punitive damages;

The procedures permit the award of punitive damages upon satisfaction of a standard of proof less than that applicable to the imposition of criminal sanctions;

The procedures failed to provide a clear consistent and appellate standard of review of an award of punitive damages;

The procedures may permit the admission of evidence relative to punitive damages in the same proceedings during which liability and compensatory damages are determined; and

The standards of conduct upon which punitive damages are sought are vague.

**FORTIETH AFFIRMATIVE DEFENSE**

650.     The exact damages/losses claimed by the respective plaintiffs are unknown to Palm Harbor, and thus Palm Harbor cannot adequately determine all defenses that may be applicable to the respective plaintiffs' claims.  Therefore, Palm Harbor expressly reserves by this reference the right to raise additional defenses to the extent that:

Additional defenses become applicable under state and federal law;

Additional defenses are established as discovery proceeds; and

Additional defenses are available under subsequently asserted theories of recovery.

**FORTY-FIRST AFFIRMATIVE DEFENSE**

651.     Failure to state a claim for breach of implied and express warranty because implied warranty claims are not available to plaintiffs under the Louisiana Products Liability Act.  Express warranty claims are available under the Louisiana Products Liability Act only if the express warranty has induced the claimant or other person or entity to use the product and the claimant's damage was proximately caused because the express warranty was untrue.

**FORTY-SECOND AFFIRMATIVE DEFENSE**

652.     Failure to state a claim for breach of express and implied warranty under Mississippi, Texas, Alabama or any other applicable law as such claims are precluded as plaintiffs do not rely and cannot prove contractual sale, privity of contract, or reliance.

**FORTY-THIRD AFFIRMATIVE DEFENSE**

653.     Failure to state a claim upon which relief can be granted to the extent plaintiffs seek punitive damages as there is no basis for awarding punitive damages under the facts alleged in the complaint and applicable law.

**FORTY-FOURTH AFFIRMATIVE DEFENSE**

654.    Failure to state a claim upon which relief can be granted to the extent plaintiffs seek damages pursuant to La. C.C. Arts. 2524 and 1994, 1995, and 1997, as there is no basis for awarding same under the facts alleged in the complaint and applicable law.

**FORTY-FIFTH AFFIRMATIVE DEFENSE**

655.    Plaintiffs lack standing as they are not the purchasers or buyers of the units at issue.

**FORTY-SIXTH AFFIRMATIVE DEFENSE**

656.    Plaintiffs' claims should be dismissed, or alternatively, their damages (the existence of which is denied) should be reduced due to each plaintiff's own negligent conduct, lack of care, comparative fault, breaches of contract, fraud or legal fault.

**FORTY-SEVENTH AFFIRMATIVE DEFENSE**

657.    Plaintiffs have not sustained any damages proximately caused by the Palm Harbor Defendants.

**FORTY-EIGHTH AFFIRMATIVE DEFENSE**

658.    Plaintiffs fail to state a failure to warn claim because they are charged with the knowledge of the federally mandated warnings regarding formaldehyde set forth in 24 C.F.R. § 3280, *et seq.* and in addition these Defendants provided proper warnings.

**FORTY-NINTH AFFIRMATIVE DEFENSE**

659.    Plaintiffs were properly warned of the risks of formaldehyde alleged to exist in this defendant's product and the symptoms and/or injuries that could occur by occupying this defendant's products, which are the very type and nature of symptoms and injuries they allege they have suffered.

## FIFTIETH AFFIRMATIVE DEFENSE

660.   Plaintiffs' claims are barred by the government contractor defense as set forth in *Boyle v. United Technologies Corp.,* 487 U.S. 500, 101 L. Ed.2d 442, 108 S. Ct. 2510 (1988).

## FIFTY-FIRST AFFIRMATIVE DEFENSE

661.   Palm Harbor would show that the express warranties applicable to the home(s) contain a valid and effective limitation of remedies, and validly and effectively exclude consequential and incidental damages.

## FIFTY-FIRST AFFIRMATIVE DEFENSE

662.   Palm Harbor would show that some or all of the Plaintiffs' claims are or may be subject to arbitration.  The express warranties and/or other documents pertaining to the homes may contain arbitration clauses.

## FIFTY-SECOND AFFIRMATIVE DEFENSE

663.   Palm Harbor requests a trial by jury.

WHEREFORE, having fully answered, the Palm Harbor Defendants pray that this Answer be deemed good and sufficient and demands judgment in its favor dismissing the claims of plaintiffs with prejudice, at plaintiffs' sole cost, and for all other general and equitable relief, including, but not limited to, all reasonable attorneys' fees.

Dated this 21st day of April, 2010.

Respectfully submitted,


        /s/ Eric L. Lindstrom
        Michael J. Craddock
         Texas State Bar No. 04970300
        Eric L. Lindstrom
         Texas State Bar No. 12385200

3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
(214) 750-3550
(214) 750-3551 (FAX)

**ATTORNEYS FOR DEFENDANTS
PALM HARBOR HOMES, INC., PALM
HARBOR MANUFACTURING, LP, AND
PALM HARBOR ALBERMARLE, LLC**

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Palm Harbor Defendants' Answer and Affirmative Defenses to Administrative Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint, Third Supplemental and Amended Master Complaint, Fourth Supplemental and Amended Master Complaint and Jury Trial Request was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Eric L. Lindstrom
Eric L. Lindstrom