# EXHIBIT A

to

Palm Harbor Defendants' Answer and Affirmative Defenses to Administrative Master Complaint, First Supplemental and Amended Master Complaint, Second Supplemental and Amended Master Complaint, Third Supplemental and Amended Master Complaint, Fourth Supplemental and Amended Master Complaint and Jury Trial Request

| No. | Cause No. | Style |
|---|---|---|
| 1. | 2:06-cv-02576-KDE-ALC | Hillard et al v. United States of America et al |
| 2. | 2:07-cv-03893-KDE-ALC | Seal v. Fleetwood Enterprises, Inc. et al |
| 3. | 2:07-cv-04012-KDE-ALC | Kahl et al. v. Fleetwood Enterprises, Inc. et al |
| 4. | 2:07-cv-04018-KDE-ALC | Culler v. Gulf Stream Coach, Inc. |
| 5. | 2:07-cv-05709-KDE-ALC | Pujol et al v. Pilgrim International, Inc. et al |
| 6. | 2:07-cv-07263-KDE-ALC | Phillpott et al v. Forest River, Inc. |
| 7. | 2:07-cv-07389-KDE-ALC | Hunt Curley v. United States of America et al |
| 8. | 2:07-cv-07494-KDE-ALC | Nelson v. Gulf Stream Coach, Inc. et al |
| 9. | 2:07-cv-07783-KDE-ALC | Duplessis v. Fleetwood Enterprises, Inc. et al |
| 10. | 2:07-cv-09073-KDE-ALC | Kilbert v. Fleetwood Enterprises, Inc. et al |
| 11. | 2:07-cv-09141-KDE-ALC | Collins et al v. Forest River, Inc. et al. |
| 12. | 2:07-cv-09184-KDE-ALC | Lucien v. Gulf Stream Coach, Inc. et al |
| 13. | 2:07-cv-09228-KDE-ALC | Aldridge v. Gulf Stream Coach, Inc. et al |
| 14. | 2:07-cv-09248-KDE-ALC | Pizani v. Gulf Stream Coach, Inc. et al |
| 15. | 2:08-cv-01672-KDE-ALC | Joseph v. United States of America et al |
| 16. | 2:08-cv-01969-KDE-ALC | White et al v. Circle B Enterprises, Inc. et al |
| 17. | 2:08-cv-01970-KDE-ALC | Meshack v. Circle B Enterprises, Inc. et al |
| 18. | 2:08-cv-03217-KDE-ALC | Pujol et al v. United States of America et al |
| 19. | 2:08-cv-03602-KDE-ALC | Johnson et al v. United States of America et al |
| 20. | 2:08-cv-04630-KDE-ALC | Laney et al v. United States of America et al |
| 21. | 2:09-cv-03622-KDE-ALC | Fountain et al v. United States of America et al |
| 22. | 2:09-cv-03718-KDE-ALC | Peterson et al v. Palm Harbor Homes, Inc. et al |
| 23. | 2:09-cv-04728-KDE-ALC | Garrett et al v. Palm Harbor Homes, Inc. et al |
| 24. | 2:09-cv-04868-KDE-ALC | Alexander et al v. Allen Camper Mfrg et al |
| 25. | 2:09-cv-05283-KDE-ALC | Berry et al v. American Camper Mfrg et al |

| No. | Cause No. | Style |
|---|---|---|
| 26. | 2:09-cv-05284-KDE-ALC | Celestine v. American Camper Mfrg et al |
| 27. | 2:09-cv-05285-KDE-ALC | Williams et al. American Camper Mfrg et al |
| 28. | 2:09-cv-05443-KDE-ALC | Riley et al v. Alliance Homes, Inc. et al |
| 29. | 2:09-cv-05566-KDE-ALC | Maldonado-West v. Palm Harbor Homes, Inc. et al |
| 30. | 2:09-cv-05743-KDE-ALC | Bienemy v. Palm Harbor Manufacturing, LP et al |
| 31. | 2:09-cv-05990-KDE-ALC | Franklin et al v. Palm Harbor Homes, Inc. et al |
| 32. | 2:09-cv-06048-KDE-ALC | Barnes et al v. American Camper Mfrg et al |
| 33. | 2:09-cv-06336-KDE-ALC | Edverunna Williams v. Palm Harbor Homes, Inc. et al |
| 34. | 2:09-cv-06950-KDE-ALC | Brown et al. v. Palm Harbor Homes, Inc. et al |
| 35. | 2:09-cv-07094-KDE-ALC | Stevenson et al v. Palm Harbor Homes, Inc. et al |
| 36. | 2:09-cv-07308-KDE-ALC | Marcus-Wedlock et al v. Palm Harbor Homes, Inc. et al |
| 37. | 2:09-cv-07587-KDE-ALC | Andrews et al v. Palm Harbor Manufacturing, LP et al |
| 38. | 2:09-cv-07771-KDE-ALC | Woods v. Palm Harbor Homes, Inc. et al |
| 39. | 2:09-cv-07821-KDE-ALC | Garrett et al v. Palm Harbor Homes, Inc. et al |
| 40. | 2:09-cv-07888-KDE-ALC | Robinson v. Alliance Homes, Inc. et al |
| 41. | 2:09-cv-07911-KDE-ALC | Douglas et al v. Palm Harbor Homes, Inc. et al |
| 42. | 2:09-cv-07940-KDE-ALC | Burl et al v. Alliance Homes et al |
| 43. | 2:09-cv-08011-KDE-ALC | Bowens v. Gulf Stream Coach, Inc. et al |
| 44. | 2:09-cv-08546-KDE-ALC | Warren et al v. Palm Harbor Homes, Inc. et al |
| 45. | 2:09-cv-08653-KDE-ALC | Davis et al v. Palm Harbor Albermarle, LLC et al |
| 46. | 2:10-cv-00919-KDE-ALC | Epps et al v. Palm Harbor Homes, Inc. et al |
|  |  | The cases listed below were originally filed in the Districts indicated. Some, but not many, of those not originally filed in the EDLA have been transferred into the MDL |
|  |  | EDLA |
| 47. | 2:08-cv-05031-KDE-ALC | Bauer et al v. Liberty Homes, Inc. et al |
| 48. | 2:09-cv-04840-KDE-ALC | Cacioppo et al v. Alliance Homes, Inc. |
| 49. | 2:09-cv-04841-KDE-ALC | Adams et al v. Alliance Homes, Inc. et al |
| 50. | 2:09-cv-04842-KDE-ALC | Gabourel et al v. Alliance Homes, Inc. |
| 51. | 2:09-cv-04843-KDE-ALC | Mackles et al v. Alliance Homes, Inc. |
| 52. | 2:09-cv-04845-KDE-ALC | Umbehagen et al v. Alliance Homes, Inc. |

| No. | Cause No. | Style |
|---|---|---|
| 53. | 2:09-cv-04845-KDE-ALC | Rabalais et al v. Alliance Homes, Inc. |
| 54. | 2:09-cv-06193-KDE-ALC | Ball et al v. Alliance Homes, Inc. |
| | | MDLA |
| 55. | 09-cv-590 | Adams et al v. Alliance Homes, et al. |
| 56. | | Annis et al v. Alliance Homes, et al. |
| 57. | 3:09-cv-00525-RET-SCR | Franklin et al v. Palm Harbor Homes, Inc. et al |
| | | WDLA |
| 58. | 1:09-cv-01328 | Gras et al v. Alliance Homes, et al. |
| 59. | 6:09-cv-01320 | Buras et al v. Alliance Homes, et al. |
| 60. | 5:09-cv-01326 | Durham et al v. Alliance Homes, et al. |
| 61. | 2:09-cv-01327 | Stewart et al v. Alliance Homes, et al. |
| 62. | 6:09-cv-01312 | Massey et al v. Alliance Homes, et al. |
| 63. | 6:09-cv-01332-RFD-MEM | Danastasio et al v. Alliance Homes, et al. |
| 64. | 6:09-cv-01019-RFD-CMH | Griffin et al v. Alliance Homes, et al. |
| 65. | 6:09-cv-01006-RTH-MEM | Joseph et al v. Alliance Homes, et al. |
| | | NDAL |
| 66. | 2:09-cv-01569-UNAS-RDP | Rodriguez et al v. Alliance Homes, Inc. et al |
| | | MDAL |
| 67. | | Bonnvillian v. American Camper Mfrg et al |
| 68. | 2:09-cv-00743 | Menard v. American Camper Mfrg et al |
| | | SDAL |
| 69. | 1:09-cv-00497 | Fincher et al v. Alliance Homes, et al. |
| | | SDMS |
| 70. | 1:09-cv-00579-HSO-JMR | Brown et al v. Palm Harbor Homes, Inc. et al |
| 71. | 2:09-cv-00160-HSO-JMR | Boteler et al v. Alliance Homes, et al. |
| 72. | 1:09-cv-00626-HSO-JMR | Bostic et al v. Alliance Homes, et al. |
| 73. | 3:09-cv-00486-HSO-JMR | Pelas et al v. Alliance Homes, et al. |
| 74. | 1:09-cv-00432-HSO-JMR | Maldonado-West v. Palm Harbor Homes, Inc. et al |
| 75. | 1:09-cv-00858-HSO-JMR | Epps et al v. Palm Harbor Homes, Inc. et al |