OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  _04·20·10_

_Olivia Terrance, et al_

vs.

_American International_
_Specialty Lines Company , et al_

Case No. _10-00430_  Section _N_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) _American International Specialty Lines Co. through Secretary of State_
   (address) _8585 Archives Avenue Baton Rouge, LA 70809_

2. (name) _Gibraltar Insurance Co., LTD through Louisiana Secretary of State_
   (address) _8585 Archives Avenue  Baton Rouge, LA 70809_

3. (name) _Shaw Environmental, Inc. through C.T. Corporation_
   (address) _5616 Corporate Blvd. Suite 400B Baton Rouge, LA 70808_

4. (name) _The USA through James Letten, U.S. Attorney's Office, EDLA_
   (address) _500 Poydras Street, Room B210 New Orleans, LA 70130_

5. (name) _The USA through Eric Holder, Attorney General of the United States_
   (address) _950 Pennsylvania Ave., NW Washington, DC 20530_

6. (name) _The USA through FEMA office of the Director_
   (address) _500 C Street, SW Washington, DC 20472_

Very truly yours,

_"Signature"_

_I certify that all parties listed in the above referenced complaint are matched._

Attorney for _Plaintiffs_
_Frank J. D'Amico, Jr., APLC_
Address _622 Baronne Street_
_New Orleans, LA 70113_