OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04.20.10

Janice Fay Joseph, Individually &
On Behalf of minor Child, J.G.S.

vs.

Crum & Forster Specialty
Insurance Company

Case No. 10-00429  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Crum & Forster Specialty Ins. Co. - through Louisiana Secretary of State
   (address) 8585 Archives Ave. Baton Rouge, LA 70809
2. (name) Shaw Environmental, Inc. - through C.T. Corporation Company
   (address) 5616 Corporate Blvd., Suite 400B Baton Rouge, LA 70808
3. (name) The USA through James Letten, U.S. Attorney's Office, EDLA
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
4. (name) The USA through Eric Holder, Attorney General of the United States
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
5. (name) The USA through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

"Signature"

I certify that all parties listed on the above referenced complaint are matched.

Attorney for Plaintiffs
Frank J. D'Amico, Jr., APLC
Address 622 Baronne Street
New Orleans, LA 70113