OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: __04-20-10__

__Devina Petit, et al__

vs.

__Insureco Agency & Insurance Company, et al__

Case No. __10-00431__   Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Fluor Enterprises, Inc. through Corporation Service Company__
   (address) __320 Somerulos Street, Baton Rouge, LA 70802__
2. (name) __The USA through U.S. Attorney's office, James Letten, EDLA__
   (address) __500 Poydras Street, Room B210 New Orleans, LA 70130__
3. (name) __The USA through Eric Holder, Attorney General of the United States__
   (address) __950 Pennsylvania Ave., NW Washington, DC__
4. (name) __The USA through FEMA, Office of the Director, Office of General Counsel__
   (address) __500 C Street, SW Washington, DC 20472__

I certify that all parties listed in the above referenced complaint are matched.

Very truly yours,

"Signature"

Attorney for __Plaintiffs__
         __Frank J. D'Amico, Jr., APLC__
Address  __622 Baronne Street__
         __New Orleans, LA 70113__