OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-20-10

Shanielle Robinson, et al

vs.

Oak Creek Homes, L.P., et al

Case No. 10-00421  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Oak Creek Homes, L.P. through Craig A. Reynolds
   (address) 2450 South Shore Blvd., Suite 300 League City, TN 77573
2. (name) Shaw Enterprises, Inc. through Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802
3. (name) The USA through James Letten, U.S. Attorney's Office, EDLA
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
4. (name) The USA through Eric Holder, Attorney General of the United States
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
5. (name) The USA through FEMA, Office of the Director, Office of General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours

"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for Plaintiffs

Address 622 Baronne Street
New Orleans, LA 70130