OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04·20·10

Linda Mitchell, et al

vs.

Forest River, et al

Case No. 10-00425   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Forest River, Inc. through J. Richard Ransel
   (address) 228 W. High Street Elkhart, Indiana 46516
2. (name) Fluor Enterprises, Inc. through Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802
3. (name) The USA through James Letten, U.S. Attorney's Office, EDLA
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
4. (name) The USA through Eric Holder, Attorney General of the United States
   (address) 950 Pennsylvania Ave. NW Washington, DC 20530
5. (name) The USA through FEMA, Office of the Director, Office of the General Director
   (address) 500 C. Street, SW Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J. D'Amico, Jr., APLC
Address 622 Baronne Street
New Orleans, LA 70113

I certify that all parties listed in the above referenced complaint are matched.