OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-20-10

Andre Dupre

vs.

Gulfstream Coach, Inc.

Case No. 10-00424   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Gulfstream Coach, Inc. - through Kenneth C. Brinker
   (address) 503 South Oakland Nappanee, Indiana 46550
2. (name) Fluor Enterprises, Inc. - through Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I certify that all parties listed in the above referenced complaint are matched.

Very truly yours,

"Signature"

Attorney for Plaintiffs
         Frank J. D'Amico, Jr., APLC
Address  622 Baronne Street
         New Orleans, LA 70113