OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __04-20-10__

__Dillie Lewis, et al__

vs.

__Southern Energy Homes, Inc. et al__

Case No. __10-00427__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Southern Energy Homes, Inc. through C.T. Corporation System__
   (address) __5616 Corporate Blvd. Suite 400B Baton Rouge, LA 70808__
2. (name) __Southern Energy Homes, Inc. through Wendell Batchellor__
   (address) __Highway 41 North Addison, Alabama 35540__
3. (name) __Fluor Enterprises, Inc. through Corporation Service Company__
   (address) __320 Somerulos Street Baton Rouge, LA 70802__
4. (name) __The USA through James Letten, U.S. Attorney's Office, EDLA__
   (address) __500 Poydras St. Room B210 New Orleans, LA 70130__
5. (name) The USA through Eric Holder, Attorney General of the United States
   (address) 950 Pennsylvania Ave., NW Washington, DC 20530
6. (name) The USA through FEMA, Office of the Director
   (address) 500 C Street, SW Washington, DC 20472

I certify that all parties listed in the above referenced complaint are matched.

Very truly yours,

_____
"Signature"

Attorney for __Plaintiffs__
            Frank J. D'Amico, Jr., APLC
Address     622 Baronne St.
            New Orleans, LA 70113