OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-20-10

Judy Champagne, et al

vs.

American International Specialty Lines Insurance Company, et al

Case No. 10-00432   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) American International Specialty Lines - through Secretary of State, State of Louisiana
   (address) 8585 Archives Ave. Baton Rouge, LA 70809
2. (name) Gibraltar Insurance Co. - through Secretary of the State, State of Louisiana
   (address) 8585 Archives Ave. Baton Rouge, LA 70809
3. (name) Fluor Enterprises, Inc. - through Corporation Service Company
   (address) 320 Somerulos Street Baton Rouge, LA 70802-6129
4. (name) The USA - through James Letten, U.S. Attorney's Office, EDLA
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
5. (name) The USA - through Eric Holder, Attorney General of the United States
   (address) 950 Pennsylvania Ave., NW Washington, DC 20530
6. (name) The USA - through FEMA, Office of the Director
   (address) 500 C. Street, SW Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address 622 Baronne Street
        New Orleans, LA 70113

I certify that all parties listed in the above referenced complaint are matched.