```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __04-20-10__

__Gregory L. Doyle, et al__

vs.

__DS Corporation d/b/a Crossroads RV, et al__

Case No. __10-00439__ Section __N__

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __DS Corporation d/b/a Crossroads RV-through Denette Boswell__
   (address) __P.O. Box 40 Topeka, Indiana 46571__
2. (name) __The USA through James Letten, U.S. Attorney's Office, EDLA__
   (address) __500 Poydras Street, Room B210 New Orleans, LA 70130__
3. (name) __The USA through Eric Holder, Attorney General of the United States__
   (address) __950 Pennsylvania Ave., NW Washington, DC 20530__
4. (name) __The USA through FEMA, Office of the Director, Office of the General Counsel__
   (address) __500 C Street, SW Washington, DC 20472__

Very truly yours,

_[signature]_
"Signature"

Attorney for __Plaintiffs__
__Frank J. D'Amico, Jr., APLC__
Address __622 Baronne Street__
__New Orleans, LA 70113__

I certify that all parties listed in the above referenced complaint are matched.