OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __04-20-10__

__Findley Austin, et al__

vs.

__Cavalier Home Builders, LLC, et al__

Case No. __10-00422__  Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Cavalier Home Builders, LLC - through The Corporation Company__
   (address) __2000 Interstate Park Drive, Suite 204 Montgomery, AL 36109__
2. (name) __Fluor Enterprises, Inc. - through Corporation Service Company__
   (address) __320 Somerulos Street Baton Rouge, LA 70802__
3. (name) __The USA through James Letten, U.S. Attorney's Office, EDLA__
   (address) __500 Poydras St., Room B210 New Orleans, LA 70130__
4. (name) __The USA through Eric Holder, Attorney General of the United States__
   (address) __950 Pennsylvania Ave. NW Washington, DC 20530__
5. (name) __The USA through FEMA, Office of the Director, Office of the General Counsel__
   (address) __500 C Street, SW Washington, DC 20472__

Very truly yours,

_[signature]_
"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for __Plaintiffs__
        __Frank J. D'Amico, Jr., APLC__
Address __622 Baronne Street__
        __New Orleans, LA 70113__