```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: 04-20-10

Linda Cavalier, et al

vs.

Gulfstream Coach, Inc., et al

Case No. 10-00428  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Gulfstream Coach, Inc. through Kenneth C. Brinker
   (address) 503 South Oakland Nappanee, Indiana 46550
2. (name) The USA through James Letten, U.S. Attorney's Office, EDLA
   (address) 500 Poydras Street, Room B210 New Orleans, LA 70130
3. (name) The USA through Eric Holder, Attorney General of the United States
   (address) 950 Pennsylvania Ave. NW Washington, DC 20530
4. (name) The USA through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for Plaintiffs
Frank J. D'Amico, Jr., APLC
Address 622 Baronne Street
New Orleans, LA 70113