OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-20-10

Alita Cusher, Individually and on Behalf of MC, et al

vs.

Timberland RV Company d/b/a Adventure Manufacturing

Case No. 10-00420   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Timberland RV Co. d/b/a Adventure Manufacturing through Kean MacOwan
   (address) P.O. Box 1210 Peru, Indiana 46970
2. (name) CH2M Hill Constructors, Inc. through C.T. Corporation System
   (address) 5615 Corporate Blvd., Suite 400B Baton Rouge, LA 70808
3. (name) The USA through James Letten, U.S. Attorney's Office, EDLA
   (address) 500 Poydras Street, Room B-210 New Orleans, LA 70130
4. (name) The USA through Eric Holder, Attorney General of the United States
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
5. (name) The USA through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

"Signature"

I certify that all parties listed in the above referenced complaint are matched.

Attorney for Plaintiffs
Address Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113