```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __04.20.10__

__Andre Braud, et al__

vs.

__Timberland RV Company d/b/a Adventure Manufacturing, et al__

Case No. __10-00426__  Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Timberland RV Co. d/b/a Adventure Manufacturing through Kean MacOwan__
   (address) __P.O. Box 1210 Peru, Indiana 46970__
2. (name) __Fluor Enterprises, Inc. through Corporation Service Company__
   (address) __320 Somerulos Street Baton Rouge, LA 70802__
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

[signature]

Attorney for __Plaintiffs__
__Frank J. D'Amico, Jr., APLC__
Address __622 Baronne Street__
__New Orleans, LA 70113__

I certify that all parties listed in the above referenced complaint are matched.