UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Mayes, et al v Frontier RV, Inc., et al*
*Case No. 2:10-cv-480*

## ORDER

Considering the foregoing Motion of Plaintiffs, who are listed below, they are allowed an additional 60 days or until June 21st, 2010, to comply with the required Pretrial Order Nos. 49 and 53.

**Plaintiffs:**

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Catherine Mayes | 2:10-cv-480 |
| James W. Mayes | 2:10-cv-480 |

**IT IS SO ORDERED** that the Plaintiffs listed above be GRANTED the Motion for Extension of Time.

DATED this 22nd day of April, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE