UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 10-471

## ORDER

    **IT IS ORDERED** that **Plaintiffs' Motion to Extend Time to perfect Service on Defendants (Rec. Doc. 13477)** is **DENIED AS MOOT**, based on the fact that this is an unmatched case and Pretrial Order No. 55 (Rec. Doc. 10228) instructs the Clerk of Court to withhold issuance of summons in individual cases until all defendants are properly matched.

    New Orleans, Louisiana, this 22nd day of April 2010.

                                     **KURT D. ENGELHARDT**
                                     **UNITED STATES DISTRICT JUDGE**