UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                    SECTION "N-5"

                                                                 JUDGE ENGELHARDT

                                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Milton Holmes, et al v DS Corp. d/b/a*
*Crossroads RV, et al., Case No. 2:10-cv-483*

## ORDER

Considering the foregoing Motion of Plaintiffs, Plaintiffs are allowed an additional sixty (60) days or until __June 21st__, 2010, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this __22nd__ day of __April__, 2010 in New Orleans, Louisiana.

                                    By: _____
                                        KURT D. ENGELHARDT
                                        UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net