# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Ricard Pecot, et al. v. Fluor Enterprises, Inc.*<br>*Case No. 09-3985* | *  MAGISTRATE CHASEZ<br>* |

*************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, with leave of court having first been obtained, respectfully amend and supplement their First Supplemental and Amending Complaint ("First Amending Complaint") as follows:

I

On June 15, 2009, Plaintiffs filed a Complaint for Damages ("Initial Complaint") against Flour Enterprises, Inc. ("Flour"), based on damages they sustained while residing in temporary housing units provided by FEMA to victims of Hurricanes Katrina and/or Rita; the Initial Complaint was filed on behalf of twenty-nine (29) plaintiffs, individually and/or on behalf of individuals who lacked capacity to sue on their own behalf.

II.

The Plaintiffs who were parties to the Initial Complaint were identified in an annexed document attached as "Exhibit A" to the Initial Complaint; that document is attached hereto as "*Exhibit A-1.*"

1

III.

A First Amending Complaint was filed on August 1, 2009 and amended the Initial Complaint by adding as direct-action Defendants, Crum & Foster Specialty Insurance Company ("Crum & Foster") and Sentry Insurance A Mutual Company ("Sentry"), in their capacity as the insurers of Pilgrim International, Inc. (Pilgrim"), the company which manufactured and supplied the FEMA trailers which caused the plaintiff's injuries; the First Amending Complaint was not intended to add any new plaintiffs or to dismiss the claims of any of the twenty-nine (29) plaintiffs originally identified in "Exhibit A" of the Initial Complaint.

IV.

Erroneously attached as "Exhibit A" to the First Amending Complaint was an annexed document which listed two individuals who were not named as plaintiffs in the Initial Complaint and who did not reside in trailers manufactured by Pilgrim (See "Exhibit A-2").

V.

Instead, the list of plaintiffs attached as "Exhibit A" to the First Amending Complaint was supposed to be the identical to the list of twenty-nine (29) plaintiffs originally attached as "Exhibit A" to the Initial Complaint.

VI.

This Second Amending Complaint is intended to amend the First Amending Complaint by substituting the correct list of plaintiffs as "Exhibit A-1" and dismissing

any and all inadvertently-made claims of the two individuals listed as plaintiffs in the annexed document attached hereto as "Exhibit A-2" in the matter, *Pecot v. Flour Enterprises, Inc.*, No. 2:09-cv-03985-KDE-ALC.

VII.

Plaintiffs assert that pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), it is necessary, appropriate and just to allow the Plaintiffs to amend the First Amending Complaint to substitute the correct list of plaintiffs originally identified in the Initial Complaint.

**WHEREFORE,** Plaintiffs respectfully amend their First Supplemental and Amending Complaint in the foregoing respects, and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*

Lawrence J. Centola, Jr.LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
   Lawrence J. Centola
   LA  Bar #3962