# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | § § § § | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § § | |
| *Dawn Reffells, as Next Friend of Cameron Calyen, a minor v. Gulf Stream Coach Inc., et al* <br>Civil Action No. 09-4693 <br>***PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT*** | § § § § § § § § | **MAG. JUDGE CHASEZ** |

### ORDER ON PLAINTIFFS', CORA DAVIS, JACKIE DAVIS AND PATSY DAVIS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Cora Davis, Jackie Davis and Patsy Davis, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of _____April_____, ~~2009~~ 2010.

_____
HONORABLE KURT ENGELHARDT