UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-5" |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | |
| | § | |
| *Jacob Watson, et al* | § | |
| *v. Gulf Stream Coach Inc., et al* | § | MAG. JUDGE CHASEZ |
| Civil Action No. 09-4700 | § | |
| *PLAINTIFFS UNMATCHED WITH A* | § | |
| *SPECIFIC MANUFACTURING* | § | |
| DEFENDANT | § | |

<u>ORDER ON PLAINTIFFS', MARY CAILLIER AND REGINA ANTHONY,</u>
<u>NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)</u>

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Mary Caillier and Regina Anthony,

Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of _____ April _____, ~~2009.~~ 2010

_____
HONORABLE KURT ENGELHARDT