UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 <br><br> SECTION "N-5" <br> JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Billy Foxworth, et al* <br> *v. Keystone Industries, Inc.* <br> Civil Action No. 09-7085 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS, CONSTANT SYLVAS AND MARTHA STEWART, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', CONSTANT SYLVAS and MARTHA STEWART, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 22nd day of April, 2010.

_____
HONORABLE KURT ENGELHARDT