UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | | SECTION N (5) |
| VERSUS | * | JUDGE: ENGELHARDT |
| This Document Relates to: *GREEN, ET AL. vs. FLEETWOOD, ET AL. 09-2911* | * | MAGISTRATE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR
EXTENSION OF TIMETO MATCH PLAINTIFF'S
PURSUANT TO PRETRIAL ORDER NOS. 40, 49 AND 53**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs listed on the attached Exhibit "A", who respectfully submit to this Honorable Court this motion for an extension of time to match certain plaintiffs pursuant to Pretrial Orders 40, 49 and 53. Said Pretrial Orders require all plaintiffs shall be matched with third-party contactor/installer defendants within 45 days of the date of filing of the complaint. Pretrial Order 53 ordered that third party contractor/installer defendants are hereby incorporated into the matching requirements contained in Pretrial Order No. 40 and Pretrial Order No. 49 (Rec. Doc 9073).

These cases were transferred to the MDL from the Western District of Louisiana The contractor/installer could not be identified for the Plaintiffs. For the reason explained below, it is submitted that good cause exists for an additional sixty (60) day extension of the deadline in PTO 40, PTO 49 and PTO 53 as to the unmatched plaintiffs with

contractor/installer. Please see Exhibit "A" attached hereto indicating which clients remain unmatched to a contractor/installer, with their corresponding civil action numbers. Plaintiff's counsel has been working diligently on every possible avenue in which to obtain this information. We have now requested the entire IA file from FEMA of each of the named plaintiffs that are unmatched to a contractor/installer. It is our understanding this process will take at least thirty-three (33) days to accomplish. Therefore, Plaintiffs request a sixty (60) day extension to comply with Pretrial Order No. 40, 49 and 53 as to unmatched contractor/installer.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant this Motion for Extension of Time to Match Plaintiffs pursuant to Pretrial Order Nos. 40, 49 and 53.

Respectfully submitted:

/s/ Jermaine D. Williams
Jermaine D. Williams (#25937)
108 West Congress Street
Lafayette, Louisiana 70501
Phone: (337) 235-3989
Fax:    (337) 235-0130

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record via the Court's electronic filing system.

/s/ Jermaine D. Williams
Jermaine D. Williams