UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 1873** |
| | | **SECTION N (5)** |
| **VERSUS** | * | **JUDGE: ENGELHARDT** |
| **This Document Relates to:** *GREEN, ET AL. vs. FLEETWOOD, ET AL. 09-2911* | * | **MAGISTRATE: CHASEZ** |

**************************************************************************

## ORDER

Considering Plaintiff's Motion for Extension of Time to Match Plaintiffs pursuant to Pretrial Order Numbers 40, 49, and 53:

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the current deadline for Plaintiffs to correct the deficiency of the filing of the Original Complaint for Damages in the above civil action numbers is extended until_____.

**THUS DONE AND SIGNED** at New Orleans, Louisiana this _____day of _____ 2010.

_____
**JUDGE KURT D. ENGELHARDT**