UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Kathlene Murray, et al. v. Gulf Stream Coach, Inc., et al., Case No.1:09-0841-HSO-JMR (MD-LA No. 2:10cv01043-KDE-ALC )* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff who moves this Honorable Court for an Order allowing J. Rock Palermo, Esquire (LA Bar #21793), of the law firm of Bice Palermo & Vernon, LLC, to be enrolled as additional counsel of record for Plaintiff.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order enrolling J. Rock Palermo, Esquire (LA Bar #21793) as additional counsel of record.

    s:/J. Rock Palermo
J. ROCK PALERMO (#21793)
BICE, PALERMO & VERON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA 70602
(337) 310-1600 (PHONE)
(337) 310-1601 (FAX)
rock@vernonbice.com

    s:/Paul A. Dominick
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
(843) 577-9440 (PHONE)
pdominick@nexsenpruet.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                  s:/Paul A. Dominick  
                                                  NEXSEN PRUET, LLC  
                                                  205 King Street, Suite 400  
                                                  Charleston, SC  29401  
                                                  (843) 577-9440 (PHONE)