UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br><br>FORMALDEHYDE PRODUCTS<br><br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Nekeidra Parker, et al. v R-Vision, Inc. k/n/a RVIT, Inc. et al.; Case No.3:09-0789-HSO-JMR (MD-LA No. 2:10cv00488-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff who moves this Honorable Court for an Order allowing J. Rock Palermo, Esquire (LA Bar #21793), of the law firm of Rice Palermo & Vernon, LLC, to be enrolled as additional counsel of record for Plaintiff.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order enrolling J. Rock Palermo, Esquire (LA Bar #21793) as additional counsel of record.

                                              s:/J. Rock Palermo
                                              J. ROCK PALERMO (#21793)
                                              RICE, PALERMO & VERON, L.L.C.
                                              P. O. BOX 2125
                                              LAKE CHARLES, LA  70602
                                              (337) 310-1600 (PHONE)
                                              (337) 310-1601 (FAX)
                                              rock@vernonRice.com

                                              s:/Paul A. Dominick
                                              NEXSEN PRUET, LLC
                                              205 King Street, Suite 400
                                              Charleston, SC  29401
                                              (843) 577-9440 (PHONE)
                                              pdominick@nexsenpruet.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                      s:/Paul A. Dominick
                                                      NEXSEN PRUET, LLC
                                                      205 King Street, Suite 400
                                                      Charleston, SC  29401
                                                      (843) 577-9440 (PHONE)
                                                      pdominick@nexsenpruet.com