UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Nekeidra Parker, et al. v R-Vision, Inc. k/n/a RVIT, Inc. et al.; Case No.3:09-0789-HSO-JMR (MD-LA No. 2:10cv00488-KDE-ALC )* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## ORDER

The foregoing Motion to Enroll Additional Counsel of Record filed by Plaintiff having been duly considered,

IT IS ORDERED that J. Rock Palermo (LA Bar #21793) of the law firm of Rice Palermo & Vernon, LLC be hereby enrolled ass additional counsel of record for Plaintiff in the captioned MDL proceeding.

New Orleans, Louisiana, this _____ day of April, 2010

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE