OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-22-2010

ELIJAH HARVEY, JR., ETAL

vs.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO., ETAL

Case No. 10-60536   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) THE UNITED STATES OF AMERICA THROUGH THE UNITED STATES ATTORNEY GENERAL; Hon. ERIC HOLDER, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
2. (name) THE UNITED STATES OF AMERICA THROUGH OFFICE OF THE US ATTORNEY FOR THE EDLA THROUGH Jim LETTEN, US ATTY. - HALE BOGGS FEDERAL BLDG.
   (address) 500 POYDRAS ST STE B-210 NEW ORLEANS, LA 70130
3. (name) FEDERAL EMERGENCY MANAGEMENT AGENCY THROUGH: R DAVID PAULISON, ADMIN OF THE FEMA
   (address) 500 C STREET, SW WASHINGTON, DC 20472
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
Frank J. D'Amico, Jr., APLC
Address  622 Baronne Street, 2nd Floor
New Orleans, LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.