OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-22-10

ELIJAH HARVEY, JR, ET AL

vs.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO, ET AL

Case No. 10-00536   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO THROUGH: THE SECRETARY OF STATE, STATE OF LA
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
2. (name) THE INSURANCE COMPANY OF THE STATE OF PA THROUGH: THE SECRETARY OF STATE, STATE OF LOUISIANA
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
3. (name) LEXINGTON INSURANCE CO.: THROUGH THE SECRETARY OF STATE STATE OF LOUISIANA
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
4. (name) FLUOR ENTERPRISES INC THROUGH ITS AGENT FOR SERVICE OF PROCESS CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST BATON ROUGE, LA 70802-6129

Very truly yours,

"Signature"

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.

Attorney for PLAINTIFFS
Frank J. D'Amico, Jr., APLC
Address   622 Baronne Street, 2nd Floor
New Orleans, LA  70113