OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-22-2010

TROY GALLE, ETAL

vs.

GULF STREAM COACH, INC., ETAL

Case No. 10-00535  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SHAW ENVIRONMENTAL, INC THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   (address) 5615 CORPORATE BLVD STE 400B BATON ROUGE, LA 70808
2. (name) GULF STREAM COACH, INC THROUGH ITS REGISTERED AGENT FOR SERVICE: KENNETH C BRINKER
   (address) 503 SOUTH OAKLAND NAPPANEE, IN 46550
3. (name) THE UNITED STATES OF AMERICA THROUGH: US ATTORNEY'S OFFICE, EDLA
   (address) 500 POYDRAS ST RM B210 NEW ORLEANS, LA 70130
4. (name) THE UNITED STATES OF AMERICA THROUGH: ATTORNEY GENERAL OF THE US, DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20472
5. FEDERAL EMERGENCY MANAGEMENT AGENCY
   OFFICE OF THE DIRECTOR
   OFFICE OF THE GENERAL COUNSEL
   500 C STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
Frank J. D'Amico, Jr., APLC
Address   622 Baronne Street, 2nd Floor
          New Orleans, LA  70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.