OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04·22·10

RAHNEISHA BARTHOLOMEW, ET AL

vs.

KEYSTONE INDUSTRIES, INC, ET AL

Case No. 10-0442  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SHAW ENTERPRISES, INC THROUGH ITS REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST BATON ROUGE, LA 70802-6129
2. (name) KEYSTONE INDUSTRIES INC THROUGH ITS REGISTERED AGENT FOR SERVICE: HB GREEN
   (address) 6801 LAKE PLAZA DR INDIANAPOLIS, IN 46220
3. (name) THE UNITED STATES OF AMERICA THROUGH: US ATTORNEY'S OFFICE, EDLA
   (address) 500 POYDRAS ST RM B210 NEW ORLEANS, LA 70130
4. (name) THE UNITED STATES OF AMERICA THROUGH: ATTORNEY GENERAL OF THE UNITED STATES, DEPT. OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
5. FEDERAL EMERGENCY MANAGEMENT AGENCY
   OFFICE OF THE DIRECTOR
   OFFICE OF THE GENERAL COUNSEL
   500 C STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
Frank J. D'Amico, Jr., APLC
Address  622 Baronne Street, 2nd Floor
New Orleans, LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.