## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | SECTION: **N(4)** |
| **LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:** *Tyesa Hawkins, et al. v .Gulf Stream Coach, Inc., et al., Case No. 1:09-0845-HSO-JMR (MD-LA No. 2:10cv00914-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff who moves this Honorable Court for an Order allowing J. Rock Palermo, Esquire (LA Bar #21793), of the law firm of Rice Palermo & Vernon, LLC, to be enrolled as additional counsel of record for Plaintiff.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order enrolling J. Rock Palermo, Esquire (LA Bar #21793) as additional counsel of record.

s:/J. Rock Palermo
J. ROCK PALERMO (#21793)
BICE, PALERMO & VERON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600 (PHONE)
(337) 310-1601 (FAX)

s:/Paul A. Dominick
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC  29401
(843) 577-9440 (PHONE)
pdominick@nexsenpruet.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

s:/Paul A. Dominick
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC  29401
(843) 577-9440 (PHONE)
pdominick@nexsenpruet.com
