UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Tyesa Hawkins, et al. v .Gulf Stream Coach, Inc., et al., Case No. 1:09-0845-HSO-JMR (MD-LA No.  2:10cv00914-KDE-ALC )* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## ORDER

The foregoing Motion to Enroll Additional Counsel of Record filed by Plaintiff having been duly considered,

IT IS ORDERED that J. Rock Palermo (LA Bar #21793) of the law firm of Bice Palermo & Vernon, LLC be hereby enrolled ass additional counsel of record for Plaintiff in the captioned MDL proceeding.

New Orleans, Louisiana, this _____ day of April, 2010

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE