OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-22-10

CEDRIC BRUMFIELD, ET AL

vs.

GULFSTREAM COACH, ET AL

Case No. 10-00447   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) FLUOR ENTERPRISES, INC THROUGH ITS REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE Company
   (address) 320 SOMERULOS ST BATON ROUGE, LA 70802-6129
2. (name) GULF STREAM COACH, INC THROUGH ITS REGISTERED AGENT FOR SERVICE: KENNETH C BRINKER
   (address) 503 SOUTH OAKLAND NAPPANEE, IN 46550
3. (name) THE UNITED STATES OF AMERICA THROUGH: US ATTORNEY'S OFFICE, EDLA
   (address) 500 POYDRAS ST Rm B210 NEW ORLEANS, LA 70130
4. (name) THE UNITED STATES OF AMERICA THROUGH: ATTORNEY GENERAL OF THE UNITED STATES, US DEPT. OF JUSTICE
   (address) 950 PENNSYLVANIA AVE NW WASHINGTON, DC 20530-0001
5. FEDERAL EMERGENCY MANAGEMENT AGENCY
   OFFICE OF THE DIRECTOR
   OFFICE OF THE GENERAL COUNSEL
   500 C STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
Frank J. D'Amico, Jr., APLC
Address  622 Baronne Street, 2nd Floor
New Orleans, LA  70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.