OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: _04-22-10_

_ELVINA DAY_

vs.

_DESTINY INDUSTRIES, ET AL_

Case No. _10-00444_ Section _N_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) DESTINY INDUSTRIES, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS: LESTER M CASTELLOW
   (address) 700 S MAIN ST, MOULTRIE, GA 31768
2. (name) FLUOR ENTERPRISES, INC THROUGH ITS REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE Company
   (address) 320 SOMERULOS ST BATON ROUGE, LA 70802-6129
3. (name) THE UNITED STATES OF AMERICA THROUGH: US ATTORNEYS OFFICE, EASTERN DISTRICT OF LA
   (address) 500 POYDRAS ST RM B210 NEW ORLEANS, LA 70130
4. (name) THE UNITED STATES OF AMERICA THROUGH: ATTORNEY GENERAL OF THE UNITED STATES, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
5. FEDERAL EMERGENCY MANAGEMENT AGENCY
   OFFICE OF THE DIRECTOR,
   OFFICE OF THE GENERAL COUNSEL
   500 C STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for _PLAINTIFFS_
Frank J. D'Amico, Jr., APLC
Address _622 Baronne Street, 2nd Floor_
New Orleans, LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.