OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __04-22-10__

__DESI DAY__

vs.

__DESTINY INDUSTRIES, ET AL__

Case No. __10-00445__ Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __DESTINY INDUSTRIES, Inc THROUGH ITS AGENT FOR SERVICE OF PROCESS: LESTER M CASTELLOW__
   (address) __700 S MAIN ST MOULTRIE, GA 31768__
2. (name) __FLUOR ENTERPRISES, Inc THROUGH ITS REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE COMPANY__
   (address) __320 SOMERULOS ST. BATON ROUGE, LA 70802-6129__
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[signature]_
"Signature"

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.

Attorney for __PLAINTIFFS__
Address __Frank J. D'Amico, Jr., APLC__
__622 Baronne Street, 2nd Floor__
__New Orleans, LA 70113__