OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-22-2010

GEORGE HOLMES, ETAL

vs.

KEYSTONE INDUSTRIES, ETAL

Case No. 10-0443   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) FLUOR ENTERPRISES INC THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
   CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST., BATON ROUGE LA 70808-6129
2. (name) KEYSTONE INDUSTRIES, INC. THROUGH ITS REGISTERED AGENT FOR SERVICE:
   CT CORPORATION SYSTEM
   (address) 5615 CORPORATE BLVD., STE 400B, BATON ROUGE, LA 70808
3. (name) UNITED STATES OF AMERICA THROUGH U.S. ATTORNEY'S OFFICE, EDLA
   (address) 500 POYDRAS ST., RM B210, NEW ORLEANS, LA 70130
4. (name) UNITED STATES OF AMERICA THROUGH ATTORNEY GENERAL OF THE UNITED STATES, DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE., NW; WASHINGTON DC 20472
5. FEDERAL EMERGENCY MANAGEMENT AGENCY
   OFFICE OF THE DIRECTOR,
   OFFICE OF GENERAL COUNSEL
   500 C. STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
Frank J. D'Amico, Jr., APLC
Address  622 Baronne Street, 2nd Floor
New Orleans, LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.