OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: _04-22-10_

_LAURA PARKER_

vs.

_AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO., ETAL_

Case No. _9-1114_   Section _N_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _AMERICAN INTERNATIONAL SPECIALTY LINES CO. THROUGH THE SECRETARY OF THE STATE, STATE OF LOUISIANA_
   (address) _8585 ARCHIVES AVE., BATON ROUGE, LA 70809_
2. (name) _GIBRALTAR INSURANCE CO., LTD THROUGH THE SECRETARY OF STATE, STATE OF LOUISIANA_
   (address) _8585 ARCHIVES AVE, BATON ROUGE, LA 70809_
3. (name) _UNITED STATES OF AMERICA THROUGH US ATTY GENERAL, ERIC HOLDER, US DEPT OF JUSTICE_
   (address) _950 PENNSYLVANIA AVE., NW, WASHINGTON DC 20530-0001_
4. (name) _UNITED STATES OF AMERICA THROUGH THE OFC. OF THE US ATTY FOR EDLA, JIM LETTEN, US ATTY_
   (address) _HALE BOGGS FEDERAL BUILDING, 500 POYDRAS ST., STE B-210, NEW ORLEANS LA 70130_

5. _FEDERAL EMERGENCY MANAGEMENT AGENCY THROUGH R. DAVID PAULISON ADMINISTRATOR OF THE F.E.M.A. 500 C. STREET, S.W. WASHINGTON D.C. 20472_

_I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED._

Very truly yours,

"Signature"

Attorney for _PLAINTIFFS_
         Frank J. D'Amico, Jr., APLC
Address  622 Baronne Street, 2nd Floor
         New Orleans, LA   70113