OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-22-2010

TERRY THOMPSON

vs.

COACHMEN INDUSTRIES, INC., ETAL

Case No. 10-00446   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SHAW ENVIRONMENTAL, INC THROUGH ITS REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST., BATON ROUGE, LA 70802-6129
2. (name) COACHMEN INDUSTRIES, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY
   (address) 251 EAST OHIO ST., STE 500; INDIANAPOLIS, IN 46204
3. (name) UNITED STATES OF AMERICA THROUGH US ATTORNEY'S OFFICE, EDLA
   (address) 500 POYDRAS ST., Rm B210, NEW ORLEANS LA 70130
4. (name) UNITED STATES OF AMERICA THROUGH ATTORNEY GENERAL OF THE UNITED STATES; US DEPT
   (address) 950 PENNSYLVANIA AVENUE, NW; WASHINGTON DC 20530-0001
5. FEDERAL EMERGENCY MANAGEMENT AGENCY
   OFFICE OF THE DIRECTOR, OFFICE OF THE GENERAL COUNSEL
   500 C. ST., SW
   WASHINGTON, DC 20472

Very truly yours,

"Signature"

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.

Attorney for PLAINTIFFS
Frank J. D'Amico, Jr., APLC
Address   622 Baronne Street, 2nd Floor
New Orleans, LA  70113