UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N (5)

                                    JUDGE ENGELHARDT
                                    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO
*Case No. 09-7821; Denyer Garrett, as next friend of Albert
Beauford, a minor, et al. v. Palm Harbor Manufacturing, L.P. et al.*

**PALM HARBOR DEFENDANTS' ANSWER
TO AMENDING COMPLAINT FOR DAMAGES**

        NOW INTO COURT through undersigned counsel come the Palm Harbor defendants, Palm

Harbor Homes, Inc., Palm Harbor Manufacturing, L.P., and Palm Harbor Albermarle, L.L.C.("Palm

Harbor") in response to Plaintiffs' Amending Complaint for Damages, would respectfully show as

follows.

I.

**ANSWER TO Amending COMPLAINT FOR DAMAGES**

        AND NOW, in answer to the specific allegations of the Amending Complaint for Damages,

Palm Harbor would show as follows.

        1.      The allegations contained in Paragraph 1. of Plaintiffs' Amending Complaint for

Damages do not require a response by Palm Harbor.  To the extent a response might be required,

however, the allegations contained in Paragraph 1. of Plaintiffs' Amending Complaint for Damages

are denied.

2.      The allegations contained in Paragraph 2. of Plaintiffs' Amending Complaint for Damages do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 2. of Plaintiffs' Amending Complaint for Damages are denied.

3.      The allegations contained in Paragraph 3. of Plaintiffs' Amending Complaint for Damages do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 3. of Plaintiffs' Amending Complaint for Damages are denied.

4.      The allegations contained in Paragraph 4. of Plaintiffs' Amending Complaint for Damages do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 4. of Plaintiffs' Amending Complaint for Damages are denied.

5.      The allegations contained in Paragraph 5. of Plaintiffs' Amending Complaint for Damages do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 5. of Plaintiffs' Amending Complaint for Damages are denied.

6.      The allegations contained in Paragraph 6. of Plaintiffs' Amending Complaint for Damages do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 6. of Plaintiffs' Amending Complaint for Damages are denied.

7.      The allegations contained in paragraph 7. of Plaintiffs' Amending Complaint for Damages do not require a response by Palm Harbor.  To the extent a response might be required,

however, the allegations contained in Paragraph 7., including all sub-paragraphs thereof, of Plaintiffs' Amending Complaint for Damages are denied.

8.      The allegations contained in Paragraph 8. of Plaintiffs' Amending Complaint for Damages do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 8. of Plaintiffs' Amending Complaint for Damages are denied.

9.      The allegations contained in Paragraph 9. of Plaintiffs' Amending Complaint for Damages do not require a response by Palm Harbor.  To the extent a response might be required, however, the allegations contained in Paragraph 9. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

10.     The allegations contained in Paragraph 10. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 10. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

11.     The allegations contained in Paragraph 11. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 11. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

12.     The allegations contained in Paragraph 12. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 12. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

13.     The allegations contained in Paragraph 13. of Plaintiffs' Amending Complaint for Damages are denied.

14.     The allegations contained in Paragraph 14. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 14. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

15.     The allegations contained in Paragraph 15. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 15. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

16.     The allegations contained in Paragraph 16. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 16. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

17.     The allegations contained in Paragraph 17. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 17. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

18.     The allegations contained in Paragraph 18. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 18. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

19.     The allegations contained in Paragraph 19. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 19. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

20.     The allegations contained in Paragraph 20. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 20. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

21.     The allegations contained in Paragraph 21. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 21. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

22.     The allegations contained in Paragraph 22. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 15. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

23.     The allegations contained in Paragraph 23. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 23. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

24.     The allegations contained in Paragraph 24. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 24. of Plaintiffs' Amending Complaint for Damages are denied for lack of information

sufficient to justify a belief therein.

25.     The allegations contained in Paragraph 25. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 25. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

26.     The allegations contained in Paragraph 26. of Plaintiffs' Amending Complaint for Damages are denied insofar as they purport to apply to Palm Harbor and because they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 26. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

27.     The allegations contained in Paragraph 27. of Plaintiffs' Amending Complaint for Damages are denied.

28.     The allegations contained in Paragraph 28. of Plaintiffs' Amending Complaint for Damages are denied.

29.     The allegations contained in Paragraph 29. of Plaintiffs' Amending Complaint for Damages are denied.

30.     The allegations contained in Paragraph 30. of Plaintiffs' Amending Complaint for Damages are denied.

31.     The allegations contained in Paragraph 31. of Plaintiffs' Amending Complaint for Damages are denied.

32.     The allegations contained in Paragraph 32. of Plaintiffs' Amending Complaint for Damages are denied.

33.     The allegations contained in Paragraph 33. of Plaintiffs' Amending Complaint for Damages are denied.

34.     The allegations contained in Paragraph 34. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 34. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

35.     The allegations contained in Paragraph 35. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 35. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

36.     The allegations contained in Paragraph 36. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 36. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

37.     The allegations contained in Paragraph 37. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 37. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

38.     The allegations contained in Paragraph 38. of Plaintiffs' Amending Complaint for Damages, including all subparts thereof, are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 38. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

39.     The allegations contained in Paragraph 39. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 39. of Plaintiffs' Amending Complaint for Damages are denied for lack of information

sufficient to justify a belief therein.

40. In response to the allegations contained in Paragraph 40. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-39 herein as if set forth verbatim.

41. The allegations contained in Paragraph 41. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 41. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

42. The allegations contained in Paragraph 42. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 42. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

43. The allegations contained in Paragraph 43. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 43. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

44. The allegations contained in Paragraph 44. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 44. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

45. The allegations contained in Paragraph 45. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 45. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

46.     The allegations contained in Paragraph 46. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 46. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

47.     The allegations contained in Paragraph 47. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 47. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

48.     The allegations contained in Paragraph 48. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 48. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

49.     The allegations contained in Paragraph 49. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 49. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

50.     The allegations contained in Paragraph 50. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 50. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

51.     The allegations contained in Paragraph 51. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 51. of Plaintiffs' Amending Complaint for Damages are denied for lack of information

sufficient to justify a belief therein.

52.     The allegations contained in Paragraph 52. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 52. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

53.     The allegations contained in Paragraph 53. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 53. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

54.     The allegations contained in Paragraph 54. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 54. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

55.     The allegations contained in Paragraph 55. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 55. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

56.     The allegations contained in Paragraph 56. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 56. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

57.     The allegations contained in Paragraph 57. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained

in Paragraph 57. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

58.     The allegations contained in Paragraph 58. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 58. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

59.     The allegations contained in Paragraph 59. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 59. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

60.     The allegations contained in Paragraph 60. of Plaintiffs' Amending Complaint for Damages are denied.

61.     The allegations contained in Paragraph 61. of Plaintiffs' Amending Complaint for Damages are denied.

62.     The allegations contained in Paragraph 62. of Plaintiffs' Amending Complaint for Damages are denied.

63.     The allegations contained in Paragraph 63. of Plaintiffs' Amending Complaint for Damages are denied.

64.     The allegations contained in Paragraph 64. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 64. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

65.     The allegations contained in Paragraph 65. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 65. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

66.     The allegations contained in Paragraph 66. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 66. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

67.     The allegations contained in Paragraph 67. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 67. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

68.     The allegations contained in Paragraph 68. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 68. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

69.     The allegations contained in Paragraph 69. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 69. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

70.     The allegations contained in Paragraph 70. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 70. of Plaintiffs' Amending Complaint for Damages are denied for lack of information

sufficient to justify a belief therein.

71.     The allegations contained in Paragraph 71. of Plaintiffs' Amending Complaint for Damages are denied.

72.     The allegations contained in Paragraph 72. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 72. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

73.     The allegations contained in Paragraph 73. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 73. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

74.     The allegations contained in Paragraph 74. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 74. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

75.     The allegations contained in Paragraph 75. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 75. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

76.     The allegations contained in Paragraph 76. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 76. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

77.      The allegations contained in Paragraph 77. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 77. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

78.      The allegations contained in Paragraph 78. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 78. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

79.      The allegations contained in Paragraph 79. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 79. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

80.      The allegations contained in Paragraph 80. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 80. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

81.      The allegations contained in Paragraph 81. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 81. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

82.      The allegations contained in Paragraph 82. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 82. of Plaintiffs' Amending Complaint for Damages are denied for lack of information

sufficient to justify a belief therein.

83.     The allegations contained in Paragraph 83. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 83. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

84.     The allegations contained in Paragraph 84. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 84. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

85.     The allegations contained in Paragraph 85. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 85. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

86.     The allegations contained in Paragraph 86. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 86. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

87.     The allegations contained in Paragraph 87. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 87. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

88.     The allegations contained in Paragraph 88. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained

in Paragraph 88. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

89.      The allegations contained in Paragraph 89. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 89. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

90.      The allegations contained in Paragraph 90. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 90. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

91.      The allegations contained in Paragraph 91. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 91. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

92.      The allegations contained in Paragraph 92. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 92. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

93.      The allegations contained in Paragraph 93. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 93. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

94.     The allegations contained in Paragraph 94. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 94. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

95.     The allegations contained in Paragraph 95. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 95. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

96.     The allegations contained in Paragraph 96. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 96. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

97.     The allegations contained in Paragraph 97. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 97. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

98.     The allegations contained in Paragraph 98. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 98. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

99.     The allegations contained in Paragraph 99. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 99. of Plaintiffs' Amending Complaint for Damages are denied for lack of information

sufficient to justify a belief therein.

100.    The allegations contained in Paragraph 100. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 100. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

101.    The allegations contained in Paragraph 101. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 101. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

102.    The allegations contained in Paragraph 102. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 102. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

103.    The allegations contained in Paragraph 103. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 103. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

104.    The allegations contained in Paragraph 104. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 104. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

105.    In response to the allegations contained in Paragraph 105. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-104 herein as if set forth verbatim.

106.     The allegations contained in Paragraph 106. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 106. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

107.     The allegations contained in Paragraph 107. of Plaintiffs' Amending Complaint for Damages are denied.

108.     The allegations contained in Paragraph 108. of Plaintiffs' Amending Complaint for Damages are denied.

109.     The allegations contained in Paragraph 109. of Plaintiffs' Amending Complaint for Damages are denied.

110.     The allegations contained in Paragraph 110. of Plaintiffs' Amending Complaint for Damages are denied

111.     The allegations contained in Paragraph 111. of Plaintiffs' Amending Complaint for Damages, including subparts a. through k., are denied

112.     In response to the allegations contained in Paragraph 112. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-111 herein as if set forth verbatim.

113.     The allegations contained in Paragraph 113. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 113. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

114.     The allegations contained in Paragraph 114. of Plaintiffs' Amending Complaint for Damages are denied.

115.     The allegations contained in Paragraph 115. of Plaintiffs' Amending Complaint for Damages are denied.

116.     The allegations contained in Paragraph 116. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 116. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

117.     The allegations contained in Paragraph 117. of Plaintiffs' Amending Complaint for Damages are denied.

118.     The allegations contained in Paragraph 117. of Plaintiffs' Amending Complaint for Damages, including subparts a. through i., are denied.

119.     In response to the allegations contained in Paragraph 119. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-118 herein as if set forth verbatim.

120.     The allegations contained in Paragraph 120. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 120. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

121.     The allegations contained in Paragraph 121. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 121. of Plaintiffs' Amending Complaint for Damages are denied for lack of information sufficient to justify a belief therein.

122.     The allegations contained in Paragraph 122. of Plaintiffs' Amending Complaint for Damages are denied as they call for factual and legal conclusions.  Further, the allegations contained in Paragraph 122. of Plaintiffs' Amending Complaint for Damages are denied for lack of information

sufficient to justify a belief therein.

123.   The allegations contained in Paragraph 123. of Plaintiffs' Amending Complaint for Damages, including subparts a. through b., are denied as they call for factual and legal conclusions. Further, the allegations contained in Paragraph 123. of Plaintiffs' Amending Complaint for Damages, including subparts a. through b., are denied for lack of information sufficient to justify a belief therein.

124.   The allegations contained in Paragraph 124. of Plaintiffs' Amending Complaint for Damages are denied.

125.   The allegations contained in Paragraph 125. of Plaintiffs' Amending Complaint for Damages are denied.

126.   In response to the allegations contained in Paragraph 126. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-125 herein as if set forth verbatim.

127.   The allegations contained in Paragraph 127. of Plaintiffs' Amending Complaint for Damages are denied.

128.   The allegations contained in Paragraph 128. of Plaintiffs' Amending Complaint for Damages are denied.

129.   In response to the allegations contained in Paragraph 126. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-125 herein as if set forth verbatim.

130.   The allegations contained in Paragraphs 130. of Plaintiffs' Amending Complaint for Damages are denied.

131.   The allegations contained in Paragraph 131. of Plaintiffs' Amending Complaint for Damages are denied.

132.    The allegations contained in Paragraph 132. of Plaintiffs' Amending Complaint for Damages are denied.

133.    The allegations contained in Paragraph 133. of Plaintiffs' Amending Complaint for Damages are denied.

134.    The allegations contained in Paragraph 134. of Plaintiffs' Amending Complaint for Damages are denied.

135.    The allegations contained in Paragraph 135. of Plaintiffs' Amending Complaint for Damages are denied.

136.    The allegations contained in Paragraph 136. of Plaintiffs' Amending Complaint for Damages are denied.

137.    The allegations contained in Paragraph 137. of Plaintiffs' Amending Complaint for Damages are denied.

138.    The allegations contained in Paragraph 138. of Plaintiffs' Amending Complaint for Damages are denied.

139.    The allegations contained in Paragraph 139. of Plaintiffs' Amending Complaint for Damages are denied.

140.    The allegations contained in Paragraph 140. of Plaintiffs' Amending Complaint for Damages are denied.

141.    The allegations contained in Paragraph 141. of Plaintiffs' Amending Complaint for Damages are denied.

142.    In response to the allegations contained in Paragraph 142. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-141 herein as if set forth verbatim.

143.    The allegations contained in Paragraph 143. of Plaintiffs' Amending Complaint for Damages are denied.

144.    The allegations contained in Paragraph 144. of Plaintiffs' Amending Complaint for Damages are denied.

145.    The allegations contained in Paragraph 145. of Plaintiffs' Amending Complaint for Damages are denied.

146.    The allegations contained in Paragraph 146. of Plaintiffs' Amending Complaint for Damages are denied.

147.    The allegations contained in Paragraph 147. of Plaintiffs' Amending Complaint for Damages are denied.

148.    The allegations contained in Paragraph 148. of Plaintiffs' Amending Complaint for Damages are denied.

149.    In response to the allegations contained in Paragraph 149. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-148 herein as if set forth verbatim.

150.    The allegations contained in Paragraph 150. of Plaintiffs' Amending Complaint for Damages are denied.

151.    The allegations contained in Paragraph 151. of Plaintiffs' Amending Complaint for Damages are denied.

152.    In response to the allegations contained in Paragraph 152. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-151 herein as if set forth verbatim.

153.    The allegations contained in Paragraph 153. of Plaintiffs' Amending Complaint for Damages are denied.

154.     In response to the allegations contained in Paragraph 154. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-153 herein as if set forth verbatim.

155.     The allegations contained in Paragraph 155. of Plaintiffs' Amending Complaint for Damages are denied.

156.     The allegations contained in Paragraph 156. of Plaintiffs' Amending Complaint for Damages are denied.

157.     The allegations contained in Paragraph 157. of Plaintiffs' Amending Complaint for Damages are denied.

158.     The allegations contained in Paragraph 158. of Plaintiffs' Amending Complaint for Damages are denied.

159.     The allegations contained in Paragraph 159. of Plaintiffs' Amending Complaint for Damages are denied.

160.     The allegations contained in Paragraph 160. of Plaintiffs' Amending Complaint for Damages are denied.

161.     The allegations contained in Paragraph 161. of Plaintiffs' Amending Complaint for Damages are denied.

162.     The allegations contained in Paragraph 162. of Plaintiffs' Amending Complaint for Damages are denied.

163.     The allegations contained in Paragraph 163. of Plaintiffs' Amending Complaint for Damages are denied.

164.     The allegations contained in Paragraph 164. of Plaintiffs' Amending Complaint for Damages are denied.

165.     The allegations contained in Paragraph 165. of Plaintiffs' Amending Complaint for Damages are denied.

166.     The allegations contained in Paragraph 166. of Plaintiffs' Amending Complaint for Damages are denied.

167.     The allegations contained in Paragraph 167. of Plaintiffs' Amending Complaint for Damages are denied.

168.     In response to the allegations contained in Paragraph 168. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-167 herein as if set forth verbatim.

169.     The allegations contained in Paragraph 169. of Plaintiffs' Amending Complaint for Damages are denied.

170.     The allegations contained in Paragraph 170. of Plaintiffs' Amending Complaint for Damages are denied.

171.     The allegations contained in Paragraph 171. of Plaintiffs' Amending Complaint for Damages are denied.

172.     The allegations contained in Paragraph 172. of Plaintiffs' Amending Complaint for Damages are denied.

173.     The allegations contained in Paragraph 173. of Plaintiffs' Amending Complaint for Damages are denied.

174.     The allegations contained in Paragraph 174. of Plaintiffs' Amending Complaint for Damages are denied.

175.     In response to the allegations contained in Paragraph 175. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-174 herein as if set forth verbatim.

176.    The allegations contained in Paragraph 176. of Plaintiffs' Amending Complaint for Damages are denied.

177.    The allegations contained in Paragraph 177. of Plaintiffs' Amending Complaint for Damages are denied.

178.    In response to the allegations contained in Paragraph 178. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-177 herein as if set forth verbatim.

179.    The allegations contained in Paragraph 179. of Plaintiffs' Amending Complaint for Damages are denied.

180.    In response to the allegations contained in Paragraph 180. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-180 herein as if set forth verbatim.

181.    The allegations contained in Paragraph 181. of Plaintiffs' Amending Complaint for Damages are denied.

182.    The allegations contained in Paragraph 182. of Plaintiffs' Amending Complaint for Damages are denied.

183.    The allegations contained in Paragraph 183. of Plaintiffs' Amending Complaint for Damages are denied.

184.    The allegations contained in Paragraph 184. of Plaintiffs' Amending Complaint for Damages are denied.

185.    The allegations contained in Paragraph 185. of Plaintiffs' Amending Complaint for Damages are denied.

186.    The allegations contained in Paragraph 186. of Plaintiffs' Amending Complaint for Damages are denied.

187.     The allegations contained in Paragraph 187. of Plaintiffs' Amending Complaint for Damages are denied.

188.     The allegations contained in Paragraph 188. of Plaintiffs' Amending Complaint for Damages are denied.

189.     The allegations contained in Paragraph 189. of Plaintiffs' Amending Complaint for Damages are denied.

190.     The allegations contained in Paragraph 190. of Plaintiffs' Amending Complaint for Damages are denied.

191.     In response to the allegations contained in Paragraph 191. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-190 herein as if set forth verbatim.

192.     The allegations contained in Paragraph 192. of Plaintiffs' Amending Complaint for Damages are denied.

193.     The allegations contained in Paragraph 193. of Plaintiffs' Amending Complaint for Damages are denied.

194.     The allegations contained in Paragraph 194. of Plaintiffs' Amending Complaint for Damages are denied.

195.     The allegations contained in Paragraph 195. of Plaintiffs' Amending Complaint for Damages are denied.

196.     The allegations contained in Paragraph 196. of Plaintiffs' Amending Complaint for Damages are denied.

197.     In response to the allegations contained in Paragraph 197. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-196 herein as if set forth verbatim.

198.    The allegations contained in Paragraph 198. of Plaintiffs' Amending Complaint for Damages are denied.

199.    The allegations contained in Paragraph 199. of Plaintiffs' Amending Complaint for Damages are denied.

200.    The allegations contained in Paragraph 200. of Plaintiffs' Amending Complaint for Damages are denied.

201.    The allegations contained in Paragraph 201. of Plaintiffs' Amending Complaint for Damages are denied.

202.    The allegations contained in Paragraph 202. of Plaintiffs' Amending Complaint for Damages are denied.

203.    In response to the allegations contained in Paragraph 203. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-202 herein as if set forth verbatim.

204.    The allegations contained in Paragraph 204. of Plaintiffs' Amending Complaint for Damages are denied.

205.    The allegations contained in Paragraph 205. of Plaintiffs' Amending Complaint for Damages are denied.

206.    The allegations contained in Paragraph 206. of Plaintiffs' Amending Complaint for Damages are denied.

207.    The allegations contained in Paragraph 207. of Plaintiffs' Amending Complaint for Damages are denied.

208.    The allegations contained in Paragraph 208. of Plaintiffs' Amending Complaint for Damages are denied.

209.     The allegations contained in Paragraph 209. of Plaintiffs' Amending Complaint for Damages are denied.

210.     In response to the allegations contained in Paragraph 210. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-209 herein as if set forth verbatim.

211.     The allegations contained in Paragraph 211. of Plaintiffs' Amending Complaint for Damages are denied.

212.     The allegations contained in Paragraph 212. of Plaintiffs' Amending Complaint for Damages are denied.

213.     In response to the allegations contained in Paragraph 213. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-212 herein as if set forth verbatim.

214.     The allegations contained in Paragraph 214. of Plaintiffs' Amending Complaint for Damages are denied.

215.     In response to the allegations contained in Paragraph 215. of Plaintiffs' Amending Complaint for Damages, Palm Harbor incorporates paragraphs 1-214 herein as if set forth verbatim.

216.     The allegations contained in Paragraph 216. of Plaintiffs' Amending Complaint for Damages are denied.

217.     The allegations contained in the paragraph 217. of Plaintiffs' Amending Complaint for Damages under the heading Request for Jury Trial do not require a response by Palm Harbor. To the extent a response might be required, Palm Harbor requests a jury trial as well.

218.     The allegations contained in the paragraphs of Plaintiffs' Amending Complaint for Damages under the heading Prayer for Relief, including sub-parts 1. through 4., are denied.

219.     The Palm Harbor Defendants request a trial by jury.

II.

## AFFIRMATIVE DEFENSES

AND NOW, further answering, Palm Harbor asserts the following affirmative defenses.

## FIRST AFFIRMATIVE DEFENSE

220.   Plaintiffs' Plaintiffs' Amending Complaint for Damages, as supplemented and amended, fails to state a claim or cause of action against Palm Harbor upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

221.   Plaintiffs have failed to satisfy their burden of establishing Article III standing against the Palm Harbor, and thus this Court does not have subject matter jurisdiction over Plaintiffs' claims against the Palm Harbor.

## THIRD AFFIRMATIVE DEFENSE

222.   The claims against Palm Harbor are, or may be, barred in whole or in part by Plaintiffs' failure to institute suit within the period of time required by the applicable statutes of limitation and/or any applicable limitation of actions, or by peremption or prescription, or failure to initiate suit within the period of time required by the applicable prescriptive periods and/or any limitation of actions contained in any applicable contracts.

## FOURTH AFFIRMATIVE DEFENSE

223.   Palm Harbor pleads to the extent applicable all defenses allowed under the Louisiana Health Emergency Powers Act, LSA—R.S. 29:771, and/or other Louisiana law.

## FIFTH AFFIRMATIVE DEFENSE

224.   Palm Harbor specifically denies the existence of any defect or defects that would render the alleged manufactured home unreasonably dangerous under the Louisiana Products

Liability Act, the limited warranty, and/or any other applicable law, contract, or standard.

**SIXTH AFFIRMATIVE DEFENSE**

225.    Palm Harbor asserts as affirmative defenses the defenses raised in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 210) and incorporates the Court's Order and Reasons (Rec. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss, respectively, as if pleaded herein, in extenso, and asserts that all claims contrary to the orders are precluded.

**SEVENTH AFFIRMATIVE DEFENSE**

226.    Solely in the alternative, in the event the Court finds any plaintiff has suffered any damages whatsoever, the damages complained of resulted solely or substantially from the negligence, fault or comparative fault of the plaintiff through misuse and/or abuse and/or lack of care of the manufactured homes, failure to follow instructions for use, failure to heed applicable warnings, and/or through other acts or omissions which will be shown more fully at the trial of this matter and which preclude recovery by plaintiff or reduce any recovery by her respective percentage of fault.

**EIGHTH AFFIRMATIVE DEFENSE**

227.    Further in the alternative, all damages complained of resulted solely or substantially from the negligence, fault or comparative fault of third parties for whom Palm Harbor is not responsible.

**NINTH AFFIRMATIVE DEFENSE**

228.    Solely in the alternative, in the event this Court determines there was any defect in any manufactured home, which is specifically denied, said defect was apparent and obvious and could be easily avoided or remedied, precluding any recovery by plaintiffs.

**TENTH AFFIRMATIVE DEFENSE**

229.    All of the claims asserted against Palm Harbor are preempted, perempted or otherwise precluded by the statutes, standards, regulations, and rules propagated by the Federal Government and/or HUD, and/or FEMA, and/or the plaintiff's lease agreement with FEMA.

**ELEVENTH AFFIRMATIVE DEFENSE**

230.    Palm Harbor further pleads that plaintiffs' claims are, or may be, barred, in whole or in part, to the extent that the Economic Loss Doctrine applies and incorporates Court's Order and Reasons (R. Doc. 984) on the Manufacturing Defendants' Joint Rule 12(b) Motions to Dismiss as if plead herein, in extenso.

**TWELFTH AFFIRMATIVE DEFENSE**

231.    Claims against Palm Harbor are, or may be, barred in whole or in part by the doctrines of estoppel, release or waiver.

**THIRTEENTH AFFIRMATIVE DEFENSE**

232.    Any express warranty obligations that may be owed by Palm Harbor are strictly limited by the terms of the limited warranty, including all of its limitations and exclusions, which are pleaded herein, as if copied in extenso.

**FOURTEENTH AFFIRMATIVE DEFENSE**

233.    Upon information and belief, plaintiffs have failed to mitigate their damages.

**FIFTEENTH AFFIRMATIVE DEFENSE**

234.    Palm Harbor specifically pleads to the extent applicable, all defenses allowed under the Louisiana Products Liability Act, LSA--R.S. 9:2800.51 et. seq., and/or other Louisiana law.

**SIXTEENTH AFFIRMATIVE DEFENSE**

235.    In the event that discovery reveals the following, Palm Harbor specifically pleads that the product sued upon herein was not in a reasonably anticipated use at any relevant time.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

236.    In the event that discovery reveals the following, Palm Harbor specifically pleads that any alleged fault, negligence and/or strict liability attributed to Palm Harbor, which is specifically denied, was not the proximate or legal cause of the injuries sued upon herein.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

237.    Alternatively, Palm Harbor affirmatively avers that in the event it is found liable in any way to plaintiffs, which is denied, any liability on their part is merely joint liability and not joint and several, nor in solido, with the liability of other parties for whom it is not responsible.

**NINETEENTH AFFIRMATIVE DEFENSE**

238.    Failure to state a claim upon which relief can be granted because the claims alleged are barred by federal preemption pursuant to 42 U.S.C. § 5401, et seq., 24 C.F.R. § 3280, *et seq.*, and 24 C.F.R. § 3282, *et seq.*, as this Court ruled May 29, 2009.

**TWENTIETH AFFIRMATIVE DEFENSE**

239.    Plaintiffs' claims are, or may be, barred in whole or in part to the extent that any award of punitive damages, to the extent they are even pled in the Amending Complaint for Damages, as supplemented or amended, would be unconstitutional because the standards utilized to allow the imposition of such damages are so vague, both on their face and as applied, so as to fail to give adequate or sufficient notice of the prohibitive conduct.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

240.    Plaintiff's claims are barred, in whole or in part, by the doctrine of intervening and/or superseding cause.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

241.    Plaintiffs fail to state a claim for negligence under Louisiana law.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

242.    Plaintiffs fail to state a claim upon which relief can be granted because Palm Harbor owed no actionable duty to the plaintiffs.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

243.    Plaintiffs fail to state a claim upon which relief can be granted inasmuch as plaintiffs have not specifically claimed any current injury but rather have generally claimed unspecified current and future injuries.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

244.    Plaintiffs fail to state a claim upon which relief can be granted to the extent that it is determined that plaintiffs previously filed and/or have pending another lawsuit arising out of the same operative facts and circumstances made the subject of this lawsuit.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

245.    Plaintiffs fail to state a claim upon which relief can be granted on grounds that Palm Harbor is a contractor that performed its work in accordance with the plans and/or specifications of FEMA.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

246.    Plaintiffs fail to state a claim upon which relief can be granted inasmuch as plaintiffs failed to make any particularized allegations regarding their injuries and damages and failed to make

any particularized allegations connecting any particular plaintiff to conduct of Palm Harbor.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

247.    Plaintiffs fail to state a claim upon which relief can be granted to the extent that plaintiffs allege strict liability as there is no basis under Louisiana law for the same.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

248.    Plaintiffs fail to state a claim upon which relief can be granted because on the face of the pleadings it is clear that plaintiffs knew or should have known of their cause of action more than one year before the referenced action was filed, rendering all claims prescribed under Louisiana law.  Plaintiffs are not entitled to claim any tolling of the applicable prescriptive period as against Palm Harbor during the pendency of the putative class action.

## THIRTIETH AFFIRMATIVE DEFENSE

249.    Failure to state a claim insofar as Plaintiffs have not alleged and cannot prove either specific or general causation for their alleged injuries.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

250.    Failure to state a claim upon which relief can be granted inasmuch as plaintiffs' negligence, negligence *per se*, gross negligence, recklessness, failure to inspect, breach of implied warranty and "failing to act in a prudent manner" claims are barred by the exclusivity provisions of the Louisiana Products Liability Act.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

251.    Plaintiffs' alleged damages, if any, were caused or occasioned by known and open and obvious risks, which the Plaintiffs voluntarily assumed.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

252.    Plaintiffs' claims are, or may be, barred in whole or in part to the extent that the award of punitive damages, to the extent they are even pled by the Plaintiffs, would violate the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments, separately, of the Constitution of the United States on each of the following separate and several grounds:

The procedures failed to provide means for awarding separate judgments against alleged tortfeasors;

The procedures failed to provide a limit on the amount of the award against separate defendants;

The procedures failed to provide specific standards for the award of punitive damages;

The procedures permit the award of punitive damages upon satisfaction of a standard of proof less than that applicable to the imposition of criminal sanctions;

The procedures failed to provide a clear consistent and appellate standard of review of an award of punitive damages;

The procedures may permit the admission of evidence relative to punitive damages in the same proceedings during which liability and compensatory damages are determined; and

The standards of conduct upon which punitive damages are sought are vague.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

253.    The exact damages/losses claimed by the respective plaintiffs are unknown to Palm Harbor, and thus Palm Harbor cannot adequately determine all defenses that may be applicable to the respective plaintiffs' claims.  Therefore, Palm Harbor expressly reserves by this reference the right to raise additional defenses to the extent that:

Additional defenses become applicable under state and federal law;

Additional defenses are established as discovery proceeds; and

Additional defenses are available under subsequently asserted theories of recovery.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

254.    Failure to state a claim for breach of implied and express warranty because implied warranty claims are not available to plaintiffs under the Louisiana Products Liability Act.  Express warranty claims are available under the Louisiana Products Liability Act only if the express warranty has induced the claimant or other person or entity to use the product and the claimant's damage was proximately caused because the express warranty was untrue.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

255.    Failure to state a claim upon which relief can be granted to the extent plaintiffs seek punitive damages as there is no basis for awarding punitive damages under the facts alleged in the complaint and applicable law.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

256.    Failure to state a claim upon which relief can be granted to the extent plaintiffs seek damages pursuant to La. C.C. Arts. 2524 and 1994, 1995, and 1997, as there is no basis for awarding same under the facts alleged in the complaint and applicable law.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

257.    Plaintiffs lack standing as they are not the purchasers or buyers of the units at issue.

## FORTIETH AFFIRMATIVE DEFENSE

258.    Plaintiffs' claims should be dismissed, or alternatively, their damages (the existence of which is denied) should be reduced due to each plaintiff's own negligent conduct, lack of care, comparative fault, breaches of contract, fraud or legal fault.

**FORTY-SECOND AFFIRMATIVE DEFENSE**

259.    Plaintiffs have not sustained any damages proximately caused by the Palm Harbor Defendants.

**FORTY-THIRD AFFIRMATIVE DEFENSE**

260.    Plaintiffs fail to state a failure to warn claim because they are charged with the knowledge of the federally mandated warnings regarding formaldehyde set forth in 24 C.F.R. § 3280, *et seq.* and in addition these Defendants provided proper warnings.

**FORTY-FOURTH AFFIRMATIVE DEFENSE**

261.    Plaintiffs were properly warned of the risks of formaldehyde alleged to exist in this defendant's product and the symptoms and/or injuries that could occur by occupying this defendant's products, which are the very type and nature of symptoms and injuries they allege they have suffered.

**FORTY-FIFTH AFFIRMATIVE DEFENSE**

262.    Plaintiffs' claims are barred by the government contractor defense as set forth in ***Boyle v. United Technologies Corp.,*** 487 U.S. 500, 101 L. Ed.2d 442, 108 S. Ct. 2510 (1988).

**FORTY-SIXTH AFFIRMATIVE DEFENSE**

263.    Palm Harbor would show that the express warranties applicable to the home(s) contain a valid and effective limitation of remedies, and validly and effectively exclude consequential and incidental damages.

**FORTY-SEVENTH AFFIRMATIVE DEFENSE**

264.    Palm Harbor would show that some or all of the Plaintiffs' claims are or may be subject to arbitration.  The express warranties and/or other documents pertaining to the homes may contain arbitration clauses.

**FORTY-EIGHTH AFFIRMATIVE DEFENSE**

265.    Palm Harbor requests a trial by jury.

WHEREFORE, having fully answered, the Palm Harbor Defendants pray that this Answer be deemed good and sufficient and demands judgment in its favor dismissing the claims of plaintiffs with prejudice, at plaintiffs' sole cost, and for all other general and equitable relief, including, but not limited to, all reasonable attorneys' fees.

Dated this 22nd day of April, 2010.

Respectfully submitted,

_____
        /s/ Eric L. Lindstrom
        Michael J. Craddock
          Texas State Bar No. 04970300
        Eric L. Lindstrom
          Texas State Bar No. 12385200

3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
(214) 750-3550
(214) 750-3551 (FAX)

**ATTORNEYS   FOR   DEFENDANTS
PALM HARBOR HOMES, INC., PALM
HARBOR MANUFACTURING, LP, AND
PALM HARBOR ALBERMARLE, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing Palm Harbor Defendants' Answer to Amending Complaint for Damages was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


                                        /s/ Eric L. Lindstrom
                                    Eric L. Lindstrom