OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: April 23, 2010

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

RELATES TO CASE NO. 09-3482

Case No. MDL No. 1873 Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES to the following:

1. Gulf Stream Coach, Inc.
   **through**
   Andrew D. Weinstock, Counsel of Record
   Three Lakeway Center
   3838 N. Causeway Blvd., 29th Floor
   Metairie, LA 70002

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931