**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO** | | * | |
| | | * | |
| *Earline Castanel et al. v. Recreation by* | | * | |
| *Design, LLC, et al*, Docket No. 09-3251; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO DEFENDANT RECREATION BY DESIGN, LLC'S MOTION IN LIMINE REGARDING PLAINTIFF'S ANIMATION EXHIBIT**

Plaintiff Earline Castanel ("Plaintiff") respectfully submits this Memorandum in Response to Defendant Recreation By Design, LLC's ("RBD") Memorandum in Support of Its Motion in Limine Regarding Plaintiff's Animation Exhibit (Document No. 13305-1).

**DISCUSSION**

Through its motion, Defendant RBD has requested that the Court enter an Order allowing RBD to file a Motion in Limine to Exclude Plaintiff's Animation Exhibit after the April 16, 2010 deadline for such motions. RBD bases this request on the fact that Plaintiff's counsel has not yet produced the Animation Exhibit to the defense; therefore, RBD has not had an "opportunity to determine the nature of the proposed animation." Rec. Doc. 13305-1 at 2.

Plaintiff does not object to such request as long as Plaintiff is able to preserve her right to file a responsive memorandum in opposition to any Motion in Limine to Exclude

Plaintiff's Animation Exhibit that RBD may file.  Furthermore, Plaintiff asserts that the Animation Exhibit at issue in the current trial is almost identical to the Animation Exhibits used by Plaintiffs in the first and second bellwether trials, *Age et al. v. Gulf Stream Coach, Inc., et al.* (09-2892) ("Alexander Trial") and *Wright v. Forest River, Inc., et al.* (09-2977).  The only significant difference between this Animation Exhibit and those allowed in the earlier trials is that there is a different manufacturer of the travel trailer at issue, namely RBD.  Otherwise, the computer-generated video was created by the same computer technician and was based upon the data collected by the same group of highly qualified experts.  Thus, it is likely that any arguments to exclude the exhibit will mirror those made by the previous Defendants, all of which were rejected by the Court.

Based upon the foregoing, Plaintiff Earline Castanel does not object to Defendant RBD's request to preserve its right to file a Motion in Limine to Exclude Plaintiff's Animation Exhibit beyond the deadline for such motions as long as Plaintiff's right to file a responsive motion is also preserved.

Respectfully Submitted,


**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:   504/522-2304
         Facsimile:    504/528-9973

gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on April 23, 2010.


      s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471