**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bechtel National, Inc.
   Through Its Agent for Service of Process
   The Corporation Trust Company of Nevada
   6100 Neil Road Suite 500
   Reno, NV  89511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number (Transfer from service label)
   7008 1830 0001 1403 5685

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Nexsen Pruet, LLC
205 KING STREET, SUITE 400
P.O. BOX 486
CHARLESTON, SC  29402

039371.1/dal
DENISE LECLERC
J. CLARK/Bechtel


**UNITED STATES POSTAL SERVICE**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1830 0001 1403 5685**
Status: **Delivered**

Your item was delivered at 1:56 pm on January 25, 2010 in RENO, NV 89511. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details >    Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA