UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

                                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER

The Court has been informed that Plaintiff will not be calling Ervin Ritter, Charles

David Moore, and Paul LaGrange as witnesses at trial.  Thus,

**IT IS ORDERED** that (1) **Defendant's Motion in Limine to Exclude Opinions**

**and Testimony of Ervin Ritter, P.E. (Rec. Doc. 13301)**; (2) **Recreation by Design,**

**LLC's Motion in Limine to Exclude the Testimony of Plaintiff's Expert, Charles**

**David Moore (Rec. Doc. 13321)**; and (3) **Defendant's Motion in Limine to Exclude**

**Opinions and Testimony of Paul LaGrange (Rec. Doc. 13313)** are all **DENIED AS**

**MOOT.**

New Orleans, Louisiana, this 23rd day of April 2010.

_____
  **KURT D. ENGELHARDT**
  **UNITED STATES DISTRICT JUDGE**