```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)
```

ORDER ON MOTION
APRIL 22, 2010

APPEARANCES:

MOTION:

(1) Albert Jarrell's Motion to Quash Subpoena (Rec. doc. 13446);
(2) RBD's Motion for Expedited Hearing (Rec. doc. 13466).

_____ :   Continued to

_____ :   No opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

 1,2  :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted as unopposed.

_____ :   Denied.

_____ :   Other.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE