| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br>X    ☑ Agent   ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br>United States of America<br>Through the Office of the United States Atty<br>For the Southern District of Mississippi<br>Stan Harris, United States Attorney<br>Hale Boggs Federal Building<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☑ Yes |

| 2. Article Number<br>(*Transfer from service label*) | 7008 1830 0001 1403 5135 |
|---|---|

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

Nexsen Pruet, LLC
205 KING STREET, SUITE 400
P.O. BOX 486
CHARLESTON, SC 29402

039371.1/dal
DENISE LECLERC
P. GARNER/LA