**KENNETH R. LAUGHERY, Ph.D.**
**3050 CLAIRE COURT**
**JANESVILLE, WI  53548**

Telephone:  (608) 754-0849                                                email: laugher@ruf.rice.edu
Facsimile:   (608) 754-1082

January 13, 2010

Ms. Linda J. Nelson
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130-3629

     RE:    Castanel vs. Recreation By Design, Shaw, et al.

Dear Ms. Nelson:

     You requested a report of my analysis and opinions regarding the human factors and warnings issues in the Castanel vs. Recreation By Design, et al. case. This letter is my report.  I reserve the right to amend this report as additional relevant information becomes available.

**Qualifications and Bases For Opinions**

     My analyses and opinions are based on my education, training and experience, my review of relevant materials in the case, and a substantial body of scientific, peer-reviewed, published empirical research.

     Following is a summary of some of my relevant background and qualifications.

     Regarding my education, I received a Bachelor of Science degree in Metallurgical Engineering in 1957, a Masters of Science in Psychology in 1959, and a Ph.D. in Psychology in 1961.  All three degrees are from Carnegie-Mellon University.

     Regarding employment, while on active military duty during 1962-1963, I worked as a Research Psychologist at the US Army Human Engineering Laboratories at Aberdeen Proving Ground, Maryland.  From 1963 through 1972 I was on the faculty at the State University of New York at Buffalo where I held a joint appointment in the Departments of Psychology and Industrial Engineering.  While on sabbatical leave from Buffalo, I was a Visiting Professor at the University of Sussex in England during 1969-1970.  Also while at Buffalo, I was Chair of the Industrial Engineering Department in 1967-1969.  In 1972 I became Professor and Chair of the Psychology Department at the University of Houston, where I remained until 1984.  In 1984 I joined the faculty at Rice University as an Endowed Chair Professor of Psychology. I was Chair

Linda J. Nelson
Castanel vs. Recreation By Design, et al.
Page 2


of the Psychology Department at Rice from 1987 through 1990.  I retired from Rice in 2002, and I currently have the title of Emeritus Professor.  In recent years my teaching responsibilities included graduate and undergraduate courses in human factors and ergonomics, human factors methodology, human reliability and safety.

I am a certified Human Factors Professional.  I have been President of the national Human Factors and Ergonomics Society.  Over the years I have participated in research funded through an assortment of grants and contracts, including contracts funded by a major automobile manufacturer and other large industrial corporations.  I have evaluated and published research on topics including the design and effectiveness of product instructions, warnings and labels as well as research involving industrial accident analysis.

I have edited/authored three books on warnings and a book on information technology.  My research has been published in peer-reviewed journals, and I have authored or co-authored over 140 articles.  Some of the relevant peer-reviewed publications include:

- Wogalter, M.S., DeJoy, D.M. and Laughery, K.R. (Eds.)  <u>Warnings and Risk Communication</u>.  London, Taylor & Francis, 1999.

- Wogalter, M.S. and Laughery, K.R.  Warnings and hazard communications.  In Salvendy (Ed.), <u>Handbook of Human Factors and Ergonomics, Third Edition</u>.  New York, Wiley, 2006, 889-911.

- \*   Laughery, K.R.  Safety communications: Warnings.  <u>Applied Ergonomics</u>.  2006, *37*, 467-478.

- Laughery, K.R. and Paige-Smith, D.  Explicit information in warnings.  In Wogalter, M.S. (Ed.) <u>Handbook of Warnings</u>, Mahwah, New Jersey, Erlbaum, 2006, 419-428.

- Laughery, K.R. and Wogalter, M.S.  Designing Effective Warnings.  In Williges (Ed.), Reviews of Human Factors and Ergonomics, Volume 2.  Santa Monica, Human Factors and Ergonomics Society, 2006, 241-271.

A list of other articles and technical reports is in my Curriculum Vitae.  I have offered expert testimony in various state and federal courts throughout the country on issues within my field of expertise.

My fee for work as an expert is $400.00 per hour.

Linda J. Nelson
Castanel vs. Recreation By Design, et al.
Page 3

My analysis has included a review of the following materials:

Photos produced by FEMA regarding Earline Castanel's Unit.  Bates No. FEMA207-000001 through FEMA207-000008
Warning labels produced by Recreation by Design  (Not specific to Earline Castanel's unit.)  Bates No. RBD05188.
Recreation by Design's Owner Information Manual  (Not specific to Earline Castanel's unit.)  Bates No. RBD05189 through RDB05250.
Complaint for Damages
First Supplemental and Amended Complaint
Plaintiff Fact Sheet
Deposition of Earline Castanel with exhibits, 12/2/2009
Dr. Patricia Williams' Expert Report regarding Alexander and Dubuclet
Affidavit of Stephen Smulski, Ph.D. in Dubuclet
Department of Homeland Security Federal Emergency Management Agency Application/Registration for Disaster Assistance documents
Department of Homeland Security FEMA Contract Number HSFEHQ-05-0573
Subcommittee on Investigations and Oversight Committee on Science and Technology United States House of Representatives Hearing on: "Toxic Trailers: Have the Centers for Disease Control Failed to Protect the Public?", De Rosa, 4/1/08
U.S. New and World Report Article "House Panel Defends FEMA Trailer Whistle-blower",  2/7/08
Articles relating to trailers provided by FEMA
Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes from the Centers for Disease Control and Prevention – February 29, 2008
Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes from the Centers for Disease Control and Prevention – July 2, 20008

The methodology employed in my analysis and formulation of opinions involves methods that are based on my education, training and experience and that are generally accepted by experts in the field of human factors and warnings.

**Understanding and Assumptions**

Based on the above review and analysis, I have the following understanding and/or assumptions regarding the incident:

Linda J. Nelson
Castanel vs. Recreation By Design, et al.
Page 4

1. In February, 2006 Earline Castanel (dob 8/10/1930) moved into a trailer provided by the Federal Emergency Management Agency (FEMA).  She lived in the trailer in New Orleans until August, 2007.

2. FEMA contracted for the trailer to be provided to people who were displaced as a result of the Katrina and Rita hurricanes.  Earline Castanel qualified for the program. The trailer was manufactured by Recreation by Design.  The trailer was picked up, delivered and installed by Shaw Environmental, Inc. (Shaw).

3. The travel trailer was designed for use as a recreational vehicle, not as long-term residential housing (Owner's Manual, p 4, Bates # RBD05192).  However, it was provided by FEMA to serve as long-term residential housing for victims of the Katrina hurricane.

4. When the trailer was ready for occupancy, Ms. Castanel met with the Shaw representative at the trailer.  No walk through was conducted, nor were any documents, instructions or warnings provided by the Shaw person.  Ms. Castanel was given the keys to the trailer.

5. The Recreation By Design Travel Trailer provided to Ms. Castanel by FEMA contained component parts that off-gas formaldehyde.

6. Formaldehyde vapors were released into the travel trailers provided by FEMA, including the trailer occupied by Earline Castanel.  In circumstances of long-term occupancy, formaldehyde exposure can cause health hazards.

7. The Recreation By Design Owner Information Manual for the trailer contained no information or warnings regarding the hazards associated with formaldehyde vapors in the trailer.

8. Ms. Castanel was not provided with a copy of the Owner Information Manual.

9. There were no labels posted in the Castanel unit warning about formaldehyde hazards.

10. Ms. Castanel was not knowledgeable about nor familiar with the formaldehyde hazard associated with the trailer.

11. As a result of exposure to the formaldehyde vapors in the trailer, Ms. Castanel suffered various negative health effects and discomfort.

Linda J. Nelson
Castanel vs. Recreation By Design, et al.
Page 5

> 11. Pursuant to federal law, the following "Health Notice" is required to be displayed in manufactured housing. Since travel trailers, like manufactured housing, contain formaldehyde emitting composite wood products, a similar notice should be prominently displayed in travel trailers.
>
> **3280.309 Health Notice on formaldehyde emissions**
> (a) Each manufactured home shall have a Health Notice on formaldehyde emissions prominently displayed in a temporary manner in the kitchen (i.e., countertop or exposed cabinet face). The Notice shall read as follows:
>
> IMPORTANT HEALTH NOTICE
>
> Some of the building materials used in this home emit formaldehyde. Eye, nose, and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk. Research is continuing on the possible long-term effects of exposure to formaldehyde.
>
> Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer. Consult your dealer for information about the ventilation options offered with this home.
>
> High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort-cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system. If you have any questions regarding the health effects of formaldehyde, consult your doctor or local health department.
>
> The Notice shall be legible and typed using letters at least ¼ inch in size. The title shall be typed using letters at least ¾ inch in size.

Linda J. Nelson
Castanel vs. Recreation By Design, et al.
Page 6

**Opinions**

Based on the above understanding and/or assumptions and my review of the materials listed above, I have the following opinions:

1. The formaldehyde health hazards and consequences associated with permanent occupancy of the Recreation by Design trailer are not open or obvious.  Indeed, the hazards are technical in nature, and concern issues of chemical vapors, toxicology, and biological/medical reactions.  Thus, it is imperative that an adequate warning system be provided to potential occupants in order for informed decisions to be made regarding the manner in which the trailer is used or if it is used at all.

2. The warning system associated with the trailer regarding formaldehyde hazards was inadequate; indeed, it was nonexistent.  Three components of an adequate warning system would have included a label prominently displayed in the trailer by the manufacturer Recreation By Design, the Owner Information Manual, and verbal information and warnings by the Shaw representative at the time of trailer delivery. The warning system failed with respect to all of these opportunities to provide information regarding the formaldehyde hazard and its consequences.

Sincerely,

*Kenneth R. Laughery*

Kenneth R. Laughery, Ph.D.