

445 Dolley Madison Rd, Ste. C
Greensboro, NC 27410
336.931.5046
888-WPH-0001
Fax: 336.931-0018

January 19, 2010

Mr. Randall Mulcahy, Esquire
Garrison, Yount, Forte and Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112

Re:     Recreation by Design – Castanel Temporary Housing Unit

Dear Mr. Mulcahy:

The sampling protocol and analytical method that were used by Workplace Hygiene, Inc. to conduct formaldehyde air monitoring at the FEMA staging facility in Lottie, Louisiana during the week of January 4, 2010 are detailed in Appendices 1 and 2. The results of formaldehyde air monitoring and temperature and relative humidity measurements are presented in Appendices 3-6.

Due to time restrictions imposed by FEMA, the unit was only allowed to ventilate for 24 hours prior to conditioning.  The time restrictions also resulted in the unit being allowed to condition for approximately 46 hours, rather than the 48-hour period specified in the protocol.  It is not likely that either of these changes made a difference in the measured formaldehyde concentrations inside the unit.

During the initial inspection of the Castanel unit on January 4, 2010, several items were discovered that affected the sampling protocol. The three heaters inside the unit were not wired to a single thermostat.  Rather, they were independently controlled.  I was therefore unable to place the thermostat set point at 75 °F, as specified in the protocol. It was also discovered that the heater in the bedroom area was not operational. In order to simulate lived-in conditions, the dials for the heaters located in the kitchen and living room areas were set on "high" throughout the conditioning and testing phases.

The photographs I took of the Castanel unit have been forwarded to you separately on a compact disc. Please let me know if you have any questions.

Sincerely,

Tony Watson, MSPH, CIH, CSP
Industrial Hygiene Consultant

# APPENDIX 1
# AIR SAMPLING PROTOCOL

# Recreation by Design Air Sampling Protocol – Earline Castanel Unit

## Overview of Sampling Activities

Workplace Hygiene, Inc. will collect active and passive integrated air samples to assess formaldehyde levels inside of the Recreation by Design temporary housing unit (THU) formerly occupied by Ms. Earline Castanel. The unit is currently located at the Federal Emergency Management Agency (FEMA) staging lot in Lottie, Louisiana.

Air samples will be collected and analyzed according to generally accepted industrial hygiene practices.   More specifically, the formaldehyde air samples will be collected according to NIOSH Method 2016. Appendix A includes a copy of this method.  Table 1 summarizes the sampling and analytical information for this method.

**Table 1**
**Summary of Formaldehyde Integrated Air Sampling Method-NIOSH 2016**

| Sample Duration | Sampling Technique | Sample Media | Target Flow Rate (mL/minute) | Sample Volume (L) | LOQ[2] (µg) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|
| 1 hour | Continuous | 2,4-DNPH coated silica gel tube[1] | 1000 | 60 | 0.1 | 0.00013 |
| 24 hours | Passive | 2,4-DNPH coated fiberglass | 13.05 | 18.8 | 0.1 | 0.0043 |

1     2,4-DNPH = 2,4-dinitrophenylhydrazine
2     LOQ = Limit of Quantitation defined as the lowest level of analyte that can be accurately and precisely measured.
3     Reporting Limit = Minimum concentration that can be reported based on LOQ and sample volume.

The reporting limits listed in Table 1 were calculated using the limits of quantitation (LOQs) published by Galson Laboratories for formaldehyde and expected sample volumes using the following standard industrial hygiene formulas:

$$\text{Concentration (ug/L)} = \frac{\text{Quantity Found (µg) on media}}{\text{Sampling Rate (L/min) X Sampling Time (min)}}$$

$$\text{Concentration (ppm)} = \text{Concentration (µg/L)} \ X \ \frac{\text{Molar Volume 24.1 (L/mole)}}{\text{Molecular Weight (g/mole) of Chemical}}$$

Immediately upon arrival at the THU, a 1-hour sample will be collected inside the unit to evaluate formaldehyde concentrations prior to pre-conditioning. The sample will be collected at the conditions at which the THU is found. No attempt will be made to condition the air or ventilate the interior before or during the initial 1-hour sample.

Prior to performing 24-hour sampling, the THU will be aired-out (ventilated) by opening all windows and doors for approximately 48 hours[1,2], followed by pre-conditioning for

---

[1] In the event of forecasted or actual precipitation, the exterior doors and windows may be closed to avoid water intrusion into the THU.  If this occurs, the date and time will be documented by the field personnel.

approximately 48 hours at a thermostat setting of 75°F.  Cabinet/closet doors will be open during the ventilation and preconditioning periods, but closed during the testing period. Exterior doors and windows will remain closed during the preconditioning and testing periods. If window coverings (e.g., shades or drapes) have been installed in the THU by the manufacturer, they will be closed during the pre-conditioning and testing periods.  If requested, a list of non-built in furniture will be documented.

Once the THU has been ventilated and pre-conditioned as described above, 1-hour active samples and 24-hour passive samples will be collected inside and outside of the THU. The active samples will be collected on DNPH-treated silica gel tubes using air sampling pumps that are calibrated to draw air through the sorbent tubes at a flow rate of 1000 milliliters of air per minute. The passive samples will be collected using Assay Technology 571 passive sampling badges. The indoor sample will be placed on a tripod in the approximate center of the THU.  The sample inlets will be placed at approximately 4 feet from floor level.

All sampling activities related to this project will be documented on a Workplace Hygiene field form (hardcopy or electronic).  In the event of a pump failure, the sampling will be repeated. Quality assurance/quality control samples will include one co-located duplicate sample with each primary sample, one media blank, and one field blank.  The primary samples will be submitted for analysis unless they are damaged or lost, in which case, the duplicate samples will be submitted. Primary samples will have sample numbers ending with "A" and duplicate sample numbers will end with "B".

---

[2] If necessitated by access or other conditions, the airing out time may be reduced to a minimum of 24 hours.

**Pre-Sampling Activities**

1. Locate air sampling equipment
      a. Air Sampling Pumps
      b. SKC 226-119 Sorbent tubes (Formaldehyde)
      c. Single or dual  SKC low flow adapter with flexible tubing attached
      d. Assay Technology 571 Passive Badges
      e. 2 Tripods

2. Locate other supplies
      a. Temperature and relative humidity datalogger or similar device (1 for indoor monitoring)
      b. Temperature and relative humidity datalogger or similar device (1 for outdoor monitoring)
      c. Digital Camera

**Activities performed immediately upon arrival at a THU**

1. Record the following information on the field Form:
      a. FEMA ID of the THU
      b. VIN number or other unique identifier of the THU
      c. Manufacturer
      d. Model
      e. Year manufactured
      f. Location.
2. Take a photograph of the THU.
3. If available, take a photograph of the FEMA identification placard or VIN plate located in the THU.

**Initial Sampling Activities**

Active 1-Hour Air Sampling
1. Enter the THU.
2. Place the temperature/relative humidity datalogger inside the THU and allow at least 15 minutes for equilibration.
3. Conduct calibration of air sampling pumps at indoor sample location and document on the air sampling form.
4. Place integrated air sample pumps on tripod and ensure the inlets for the sorbent tubes are approximately 4 feet above the floor.
5. Place sampling tripod in the approximate center of the THU and document on field form.
6. Start the temperature/relative humidity datalogger and place it on the tripod.
7. Turn the pumps on for the indoor samples and allow them to run for 1 hour.
8. Collect 1 field blank and 1 media blank.
9. Exit the THU and proceed to the outdoor sample location.
10. Place the temperature/relative humidity datalogger at the outdoor sample location and allow at least 15 minutes for equilibration.

11. Conduct calibration of air sampling pumps at outdoor sample location and document on the air sampling form.
12. Place air sample pumps on tripod and ensure the inlets for the sorbent tubes are approximately 4 feet above the ground.
13. Start the temperature/relative humidity datalogger and place it on the tripod.
14. Turn the pumps on for the outdoor samples and allow them to run for 1 hour.
15. After 1 hour, stop the sampling pumps and record stop times on air sample form.
16. Remove the sample sorbent tubes from the tube holders.
17. Affix the appropriate sample identification number to each tube.
18. Install caps on sample sorbent tubes and ensure integrity of the labels.
19. Place collected samples and blanks in a ziplock bag or other sealed container and store on blue ice or in a freezer until the 24-hour sampling is completed and all samples can be shipped to the laboratory.

**THU Conditioning Activities**

Ventilating
1. Immediately after 1-hour sample is collected and post-calibration is performed, open all windows (including shades, drapes, and blinds), doors, and vents in the THU.
2. Keep all windows, doors, and vents open until conditioning phase begins.
3. Ensure generator is placed and electrical supply is established to THU.
4. Test HVAC system for proper function.
5. Repair or replace HVAC components as needed for proper operation.

Conditioning
1. Close exterior windows (including shades, drapes, and blinds), doors, and vents.
2. Start HVAC and place thermostat setting on 75°F.
3. Allow HVAC to run for 48 hours before conducting post-conditioning sampling.

**Post-Conditioning Activities**

Active 1-Hour Air Sampling
1. Enter the THU.
2. Place the temperature/relative humidity datalogger inside the THU and allow at least 15 minutes for equilibration.
3. Conduct calibration of air sampling pumps at indoor sample location and document on the air sampling form.
4. Place integrated air sample pump on tripod and ensure the inlets for the sorbent tubes are approximately 4 feet above the floor/ground.
5. Place sampling tripod in THU and document on field form.
6. Place the temperature/relative humidity datalogger on the tripod and push the start button.
7. Turn the sampling pumps on for the indoor and outdoor samples and allow them to sample for 1 hour.
8. After 1 hour, stop the sampling pumps and record stop time on air sample form.
9. Remove the sample sorbent tubes from the tube holders.

10. Affix the appropriate sample identification number to each tube.
11. Install caps on sample sorbent tubes and ensure integrity of the labels.
12. Place collected samples and blanks in a ziplock bag or other sealed container and store on blue ice or in a freezer until all samples can be shipped to the laboratory.

## Passive 24-Hour Air Sampling

1. Open foil pouch and remove monitor.
2. Discard pouch and product conditioners.
3. Locate monitor ID numbers printed on back of monitor.
4. Enter monitor ID No. and sample number on air sampling form.
5. Attach clip to Monitor.
6. Open flip-top sampler cap to reveal sampling holes.
7. Clip monitor to tripod approximately 4 feet from floor level.
8. Record sampling date and start time on air sampling form.
9. At the end of sampling, remove monitor and close the flip-top sampler cap securely.
10. Record stop time and date on air sampling form.
11. Place monitor in return pouch and close securely.

## Final Activities

1. Ensure that the temperature and humidity data are downloaded from the dataloggers.
2. Calculate average flow rates from pre and post calibration data and record on calibration log.
3. Calculate sample volumes for each active sample and record on air monitoring log.
4. Complete and sign laboratory chain of custody form.
5. Remove the pink copy and retain in job folder with field forms.
6. Ship samples (on blue ice) to the laboratory for overnight delivery.

Send samples under chain of custody to:

*Galson Laboratories*
*6601 Kirkville Rd.*
*East Syracuse, NY  13057*
Ph: 888-432-5227

**Appendix 2**
**NIOSH Method 2016**

# FORMALDEHYDE                                                        2016

$H_2C=O$       MW:   30.03        CAS: 50-00-0        RTECS:  LP8925000

---

| | | | |
|---|---|---|---|
| **METHOD:** | **2016, Issue 2** | **EVALUATION: FULL** | **Issue 1:  15 January 1998** |
| | | | **Issue 2:  15 March 2003** |

---

**OSHA:**  0.75 ppm; 2 ppm STEL
**NIOSH:**  0.016 ppm; C 0.1 ppm; carcinogen
**ACGIH:**  C 0.3 ppm; suspected human carcinogen
(1 ppm = 1.23 mg/m³ @ NTP)

**PROPERTIES:**  Gas; BP -19.5 °C; specific gravity 1.067
(air = 1); explosive range 7 to 73% (v/v) in air

---

**NAMES & SYNONYMS:**  methanal; formalin (aqueous 30 to 60% w/v formaldehyde); methylene oxide

---

| SAMPLING | MEASUREMENT |
|---|---|

| | | | |
|---|---|---|---|
| **SAMPLER:** | CARTRIDGE (Cartridge containing silica gel coated with 2,4-dinitrophenylhydrazine) | **TECHNIQUE:** | HPLC, UV DETECTION |
| **FLOW RATE:** | 0.03 to 1.5 L/min | **ANALYTE:** | 2,4-dinitrophenylhydrazone of formaldehyde |
| **VOL-MIN:** **-MAX:** | 1 L @ 0.25 mg/m³ 15 L @ 2.5 mg/m³ | **EXTRACTION:** | Elution with 10 mL of carbonyl-free acetonitrile |
| **SHIPMENT:** | Place caps onto cartridge.  Ship on ice. | **INJECTION VOLUME:** | 20 µL |
| **SAMPLE STABILITY:** | 34 days @ 5 °C [1] | **MOBILE PHASE:** | 45% acetonitrile/55% water (v/v), 1.3 mL/min |
| **BLANKS:** | 2 to 10 field blanks per set 6 to 10 media blanks per set | **COLUMN:** | 3.9 x 150-mm, stainless steel, packed with 5-µm C-18, Symmetry™ or equivalent |

| ACCURACY | |
|---|---|

| | | | |
|---|---|---|---|
| **RANGE STUDIED:** | 0.025 to 2.45 mg/m³ (22-L samples) [2] | **DETECTOR:** | UV @ 360 nm |
| **BIAS:** | +4.4% | **CALIBRATION:** | Samplers fortified with standard solutions of formaldehyde in water |
| **OVERALL PRECISION ($\hat{S}_{rT}$):** | 0.057 [1,2] | **RANGE:** | 0.23 to 37 µg per sample [1,2] |
| **ACCURACY:** | ±19.0% | **ESTIMATED LOD:** | 0.07 µg/sample [1] |
| | | **PRECISION ($\hat{S}_r$):** | 0.032 @ 1.0 to 20.0 µg/sample [1] |

---

**APPLICABILITY:**  The working range is 0.015 to 2.5 mg/m³ (0.012 to 2.0 ppm) for a 15-L sample.  This method can be used for the determination of formaldehyde for both STEL and TWA exposures [1,2].

---

**INTERFERENCES:**  Ozone has been observed to consume the 2,4-dinitrophenylhydrazine (2,4-DNPH) reagent and to degrade the formaldehyde derivative [3].  Ketones and other aldehydes can react with 2,4-DNPH; the derivatives produced, however, are separated chromatographically from the formaldehyde derivative.

---

**OTHER METHODS:**  NIOSH methods 2541 [4] and 3500 [5] and OSHA method 52 [6] are other methods for determination of formaldehyde in air.  NIOSH method 5700 employs 2,4-DNPH and HPLC for determination of formaldehyde on textile or wood dust [7].  A journal method employs the same procedure for formaldehyde in automobile exhaust [8].

**REAGENTS:**

1. Formaldehyde stock solution,* aqueous, standardized, 1 mg/mL (see APPENDIX A). Alternatively, standardized formaldehyde solution, aqueous, 4 mg/mL, is available commercially from Hach Co., Loveland, CO.
2. Acetonitrile,* distilled in glass, low carbonyl content.**
3. Water, deionized and distilled.
4. Sulfuric acid, 0.02 N (pH standardization procedure) or 0.1 N (colorimetric procedure).
5. Sodium hydroxide, 0.01 N.
6. Sodium sulfite ($Na_2SO_3$), 1.13 M (pH procedure) or 0.1 M (colorimetric procedure). Prepare fresh immediately before use.
7. Thymophthalein indicator solution, 0.04% (w/v) in 50:50 ethanol:water.

\* See SPECIAL PRECAUTIONS.

\*\* Carbonyl content of acetonitrile can be determined by passing 10 mL of the solvent through a cartridge of DNPH-coated silica gel and analyzing by HPLC. Formaldehyde content should be below the LOD.

**EQUIPMENT:**

1. Sampler: Plastic holder containing 0.35 g of 150-250 μm (60-100 mesh) silica gel coated with 1.0 mg of acidified 2,4-dinitrophenylhydrazine. Pressure drop across sampler should be less than 28 inches of water (7 kPa) at 1.5 L/min. Samplers are commercially available, [Supelco S10 LpDNPH cartridge, cat. No. 2-1014; Waters Corp. Sep-Pak XPoSure Aldehyde Sampler, part No.WAT047205; see APPENDIX B for SKC sampler].
2. Personal sampling pump, 0.03 to 1.5 L/min with flexible connecting tubing.
3. Vials, 4-mL, glass with PTFE-lined rubber septa caps.
4. Vials, 20-mL, glass.
   NOTE: Do not use vials with "polycone" liners (sources of high formaldehyde blanks)[5,9].
5. Liquid chromatograph with UV detector, recorder, integrator, and column (page 2016-1).
6. Syringes, 100-μL, 500-μL and 10-mL.
7. Volumetric flasks, 10-mL, 25-mL, and 1-L.
8. Burets, 50-mL.
9. pH meter.
10. Magnetic stirrer.
11. Beaker, 50-mL.
12. Flask, Erlenmeyer, 250-mL.
13. Ozone scrubber (Waters Corp.)(optional).
14. Aluminum foil or black electrical tape (optional).

---

**SPECIAL PRECAUTIONS:** Formaldehyde is a suspect carcinogen and a proven human sensitizer; it should be handled in a fume hood [10-12].
Acetonitrile is toxic and is a fire hazard (flash point = 12.8 °C).

---

**SAMPLING:**

1. Calibrate each personal sampling pump with a representative sampler (and ozone scrubber, if used) in line.
2. Open sampler packet and remove end caps.
3. Attach sampler to the sampling pump with flexible tubing. The Waters sampler is bi-directional and can be connected at either end.
   NOTE: The sampler does not have a backup section for determination of breakthrough. If high concentrations of aldehydes and ketones are anticipated, connect two samplers in series. The back pressure of the sampling train will be higher and a lower flow rate may be required.
4. Sample 1 to 15 L of air at 0.03 to 1.5 L/min.
   NOTE: To protect from intense light, such as bright sunlight, the sampler can be wrapped with aluminum foil or electrical tape.
5. Place end caps onto the sampler and seal sampler in an envelope. Protect samples from heat.
6. Ship samples on ice (0 °C).

## SAMPLE PREPARATION:

NOTE:  Check acetonitrile for formaldehyde content by elution and analysis of a blank cartridge; the formaldehyde level should be below the detection limit. Since background levels of formaldehyde on the samplers may change during storage, compare samples with sampler blanks from the same lot.  Samples and blanks should be stored under the same conditions.

7. Elute the formaldehyde derivative from the cartridge samplers with 10-mL quantities of acetonitrile.
   a. Collect effluent from each sampler in a 10-mL volumetric flask.
   b. Add acetonitrile to the mark for each sampler.
      NOTE:   The silica gel bed of the sampler will retain approximately 0.5 mL of the original 10 mL.


## CALIBRATION AND QUALITY CONTROL:

8. Calibrate daily with at least six media working standards over the range of interest.
   a. Prepare a series of aqueous formaldehyde solutions for the fortification of samplers.  Suggested concentrations include 1, 4, and 20 µg/mL.  See APPENDIX A for standardization of formaldehyde in water.
   b. Connect the outlet of a cartridge sampler to a personal sampling pump with flexible tubing.  Turn on the pump and make sure there is a flow of air through the sampler.
   c. Load a 100-µL syringe with a selected volume of aqueous formaldehyde solution in the range of 30 to 90 µL.  Suggested quantities of formaldehyde for spiking include 0.04, 0.10, 0.20, 0.30, 0.40, 0.80, 1.0 and 2.0 µg/sample.
   d. Place the tip of the syringe needle against the frit in the inlet of the sampler and eject the formaldehyde solution.
   e. Prepare the media working standard (steps 7.a and 7.b).
   f. Prepare additional working standards (steps 8.b. through 8.e.).
   g. Transfer 3-mL aliquots of working standards to 4-mL vials, and analyze (steps 10, 12 and 13).
   h. Prepare calibration graph, peak area or height vs. µg formaldehyde per sample.
9. Fortify and analyze three quality control spikes and three analyst spikes to ensure that calibration graph is in control.


## MEASUREMENT:

10. Set liquid chromatograph according to manufacturer's recommendations and to conditions given on page 2016-1.
11. Transfer a 3-mL aliquot of the sample solution from step 7 to a 4-mL vial.  Cap the vial.
12. Inject a 20-µL sample aliquot.
13. Measure peak area or peak height.
    NOTE 1:  If sample peak is larger than the largest standard peak, dilute an aliquot of the remaining sample solution, reanalyze, and apply appropriate dilution factor in the calculations.
    NOTE 2:  To ensure validity of the samples, identify those samples which contain more than 37 µg of formaldehyde.  The capacity of the samplers before breakthrough may have been exceeded for these samples, and collection of smaller samples would be warranted.
    NOTE 3:  The size of the 2,4-DNPH peak should be about 2.7 times the size of the formaldehyde-DNPH peak or larger.  Otherwise, breakthrough from the sampler may have occurred.


## CALCULATIONS:

14. Determine mass, µg, of formaldehyde, W, found in the sample and the average media blank, B, from the calibration graph.

15. Calculate concentration, C, of formaldehyde in the air volume sampled, V (L).

$$C = \frac{W - B}{V}, mg / m^3$$

NOTE:  $\mu g/L \equiv mg/m^3$

**EVALUATION OF METHOD:**

**Issue 1**

This method was originally evaluated with Waters Sep-Pak XPoSure Aldehyde samplers using data produced at NIOSH and at Waters Corporation [2].   Test atmospheres of formaldehyde were generated at Waters Corp. [2].   Overall measurement precision, $\hat{S}_{rT}$, was 0.057 based on NIOSH guidelines [13] including a 5% pump error factor and estimated bias of +4.4%.  Sample storage stability was evaluated over the range of 0.5 to 55 $\mu g$ formaldehyde/sample.  Losses for Waters samplers were 4 to 8% when stored up to 14 days at 4 °C. An additional study with Waters samplers found that losses were 5% or less after 4 days of storage at ambient temperature.   All calibration standards used at Waters Corporation were liquid standard solutions of formaldehyde-DNPH derivative in acetonitrile [2,14].

The capacity of DNPH-coated silica gel samplers was found to vary with relative humidity (RH) in addition to concentration of formaldehyde.  At a formaldehyde concentration of 1.2 $mg/m^3$ and at 5% breakthrough, the Waters sampler had a capacity at <10% RH of 55 $\mu g$, and at >85% RH a capacity of 77 $\mu g$.  At 2.4 $mg/m^3$ and <10% RH, the 5% breakthrough capacity of the Waters sampler was 59 $\mu g$ of formaldehyde.  At 2.6 $mg/m^3$ and >85% RH, the 5% breakthrough capacity was 106 $\mu g$.  Thus, the smallest capacity at 5% breakthrough was 55 $\mu g$ of formaldehyde; the upper limit of the range of the method is two thirds of 55 $\mu g$, or 37 $\mu g$. Capacity information for the Waters sampler is applicable to the Supelco sampler because (a) the Waters and Supelco samplers contain 0.9 and 1 mg of DNPH, respectively, and (b) each sampler contains 350 mg of silica gel.

**Issue 2**

In subsequent work on this method, additional formaldehyde samplers were evaluated, Supelco S10 LpDNPH cartridges and SKC, Inc. Aldehyde samplers (DNPH-coated silica gel tubes No.226-119) [1].  The sorbent beds of Supelco and Waters cartridges and front sections of SKC samplers were treated with acetonitrile. Formaldehyde was not detected on any blank sampler (LOD = 0.01 $\mu g/mL$).  The SKC sampler for aldehydes may be used for formaldehyde with modifications of this method (See APPENDIX B).  However, evaluation of the SKC sampler at NIOSH has been limited.

Supelco samplers were fortified with known quantities of free formaldehyde in water, and calibration was performed with media standards prepared from Supelco samplers fortified with known quantities of free formaldehyde in water; average recoveries ranged from 96.3% to 99.3% for five levels at 1.00 to 20 $\mu g$ of formaldehyde per sampler (pooled $S_r$ = 0.0316; n = 6 at each level).

In a storage study, six Supelco samplers were fortified with 4-$\mu g$ quantities of free formaldehyde in water. Samplers were stored 34 days at 5 °C in the dark; the average recovery based on media standards was 99% ($S_r$ = 0.014).

Eight media standards were prepared by fortification of Supelco samplers with solutions of free formaldehyde in water.  The solutions were drawn through the DNPH-coated silica gel beds with an air pump.  The resulting LOD and LOQ were 0.07 and 0.23 $\mu g/sample$, respectively, according to a least squares calibration graph.

Standard solutions of formaldehyde-DNPH at 0.10 and 1.0 $\mu g/mL$ (formaldehyde equivalent concentrations) were stored in airtight vials at 5 °C in the dark and were analyzed periodically.  The standard solutions were found to be stable (with no detectable loss) for at least 10 weeks and at least 12 weeks, respectively.

It is suggested that the reader see the Backup Data Report for a comparison of media standards with liquid standards for calibration [1].  Air sampling for a 24-hour period can be performed with a single Supelco sampler.  Thus, background levels at <1 ppb can be determined.

**REFERENCES:**

[1] Tucker SP [2002]. Formaldehyde Backup Data Report for method 2016 Issue 2, National Institute for Occupational Safety and Health, DART, Cincinnati, OH. Unpublished report for evaluation of method mainly with Supelco S10 LpDNPH samplers.

[2] Iraneta PC, Collamati RA., Costello DN, Crowley RJ, Fernandes RL, Hopkins MR, Knowles CE, Martin DM [1995]. A Validation Study of a New Active Sampler for the Analysis of Formaldehyde in Workplace and Indoor Air, Waters Corp., Milford, MA. Unpublished report for evaluation of method with Waters Sep-Pak XPoSure Aldehyde samplers.

[3] Kleindienst TE, Corse EW, Blanchard FT [1998]. Evaluation of the Performance of DNPH-coated Silica Gel and $C_{18}$ Cartridges in the Measurement of Formaldehyde in the Presence and Absence of Ozone. Environmental Science & Technology 32(1):124-130.

[4] NIOSH [1994]. Formaldehyde by GC: Method 2541. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 94-113.

[5] NIOSH [1994]. Formaldehyde by VIS: Method 3500. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Ocupational Saerty and Health. DHHS (NIOSH) Publication No. 94-113.

[6] OSHA [1985]. Formaldehyde: Method 52. In: OSHA Analytical Methods Manual, Salt Lake City, UT: U.S. Department of Labor, Occupational Safety and Health Administration, OSHA Analytical Laboratory.

[7] NIOSH [1994]. Formaldehyde on Dust (Textile or Wood): Method 5700. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 94-113.

[8] Lipari F, Swarin S [1982]. Determination of Formaldehyde and Other Aldehydes in Automobile Exhaust with an Improved 2,4-Dinitrophenylhydrazine Method. J. Chromatogr. 247: 297-306.

[9] Dollberg DD, Smith DL, Tharr DG [1986]. Lab/Field Coordination. Appl. Ind. Hyg. 1:F44-F46.

[10] ACGIH [2001]. 2001 Threshold Limit Values® and Biological Exposure Indices. American Conference of Governmental Industrial Hygienists, Inc., Cincinnati, OH.

[11] ACGIH [1991]. Documentation of Threshold Limit Values and Biological Exposure Indices, Sixth ed. Formaldehyde, pp. 664-688. American Conference of Governmental Industrial Hygienists, Inc., Cincinnati, OH.

[12] Code of Federal Regulatons [1999]. Title 29, Part 1910.1048, 29 CFR Chapter XVII (7-1-99 Edition). Formaldehyde, pp. 354-378. Occupational Safety and Health Administration, Labor. U.S. Government Printing Office, Washington, D.C.

[13] Kennedy ER, Fischbach TJ, Song R, Eller PE, Shulman SA [1995]. Guidelines for Air Sampling and Analytical Method Development and Evaluation, Cincinnati, OH: National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 95-117.

[14] Waters Corp. [1994]. Waters Sep-Pak XPoSure Aldehyde Sampler Care and Use Manual, Waters Corp., Milford, MA, p. 31.

[15] Walker JF [1964]. Formaldehyde, Third Ed., Chapter 18, p. 486. American Chemical Society Monograph Series, Reinhold Publishing Corporation, New York.

**METHOD REVISED BY:**

Samuel P. Tucker, Ph.D., NIOSH/DART.
Method originally written by P Iraneta, Waters Corp., MJ Seymour and ER Kennedy, Ph.D., NIOSH/DART.

**APPENDIX A -   PREPARATION AND STANDARDIZATION OF FORMALDEHYDE STOCK SOLUTION
(ca. 1 mg/mL)**

**Preparation.** Dilute 2.7 mL 37% aqueous formalin solution to 1 L with distilled, deionized water. This solution
is stable for at least three months when stored at room temperature.

**Standardization by pH Titration.**
Place 5.0 mL of freshly prepared 1.13 M sodium sulfite solution in a 50-mL beaker and stir magnetically.
Adjust pH to between 8.5 and 10 with base or acid. Record the pH. Add 3.0 to 12.0 mL formaldehyde stock
solution. The pH should now be greater than 11. Titrate the solution back to its original pH with 0.02 N
sulfuric acid (1 mL acid = 0.600 mg formaldehyde; about 17 mL acid needed). If the endpoint pH is overrun,
back-titrate to the endpoint with 0.01 N sodium hydroxide. Calculate the concentration, $C_s$ (mg/mL), of the
formaldehyde stock solution:

$$Cs = \frac{30.0(N_a V_a - N_b V_b)}{V_s}, mg\,/\,mL$$

Where:    30.0 = 30.0 g/equivalent of formaldehyde
$N_a$ = normality of sulfuric acid (0.02 N)
$V_a$ = volume of sulfuric acid (mL) used for titration
$N_b$ = normality of NaOH (0.01 N)
$V_b$ = volume of NaOH (mL) used for back-titration
$V_s$ = volume of formaldehyde stock solution (mL)

**Standardization by Colorimetric Titration.**
Place 50 mL of freshly prepared 0.1 M sodium sulfite and 3 drops of 0.04% thymophthalein indicator (w/v) in
50:50 ethanol:water into a 250-mL Erlenmeyer flask. Titrate the contents of the flask to a colorless endpoint
with 0.1 N sulfuric acid (usually 1 or 2 drops is sufficient). The indicator is blue at pH values above the
endpoint and is colorless at pH values below the endpoint. Transfer 3.0 to 12.0 mL of the formaldehyde
solution to the same flask and titrate the mixture with 0.1 N sulfuric acid to a colorless endpoint. Calculate
the concentration, C (mg/mL), of formaldehyde in solution.

$$C = \frac{30.0(N_a V_a)}{V_s}, mg\,/\,mL$$

Where:    30.0    =    g/equivalent of formaldehyde
$N_a$    =    normality of sulfuric acid (0.1 N)
$V_a$    =    volume of sulfuric acid used for titration (mL)
$V_s$    =    volume of formaldehyde stock solution (mL)

NOTE:  Sulfuric acid (0.1 N) is substituted for 0.1 N hydrochloric acid, which is specified in OSHA
Method 52, in order to prevent possible formation of bis(chloromethyl)ether, a potent
carcinogen, by reaction of formaldehyde with hydrochloric acid [12].

This colorimetric titration was adapted from OSHA Method 52 [5], which was based on the procedure of
Walker [15].

**APPENDIX B -   USE OF SKC SAMPLER FOR FORMALDEHYDE**

The SKC, Inc. sampler for aldehydes (DNPH-coated silica gel tube, catalogue No. 226-119) may be used for sampling formaldehyde with modifications of this method.  These modifications include the following:

(a) The maximum recommended air volume should be less than 15 L at an air concentration of 2.5 mg/m$^3$ (indicated on page 2016-1), because the upper limit of the method for the SKC sampler is probably less than 37 µg.

(b) The procedure for recovery of analyte from the sorbent would be modified, i.e., placement of the sorbent sections in vials, addition of solvent, and possible use of an ultrasonic bath.

(c) A volume of solvent much less than 10 mL can be used for recovery.  However, the minimum volume should be tested for adequate recovery.

(d) Consequences of using a much smaller volume of solvent for recovery include a lower LOD and LOQ, the need for a different range of calibration standards, and the need for a different range of fortification levels (step 8).

(e) The maximum volume of solution for fortification of the front sorbent bed must be less than 90 µL and should be determined (step 8).

**APPENDIX 3**
**INITIAL SAMPLING DATA**



# FORMALDEHYDE
# AIR MONITORING LOG

| THU VIN#: 5CZ200R2461125294 | Manufacturer: Recreation By Design | Location: Lottie, LA |
|---|---|---|
| FEMA ID#: 1304330 | Sampler ID: GilAir | Calibrator ID: MiniBuck (SN: 030503) |

| Project Phase | Sample Description | Sample No. | Pump No. | Flow Rate (L/min.) | Time On | Time Off | Min. | Volume (Liters) | Results (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| **Indoor Initial**<br><br>**Date:** 1/4/10 | Primary | 35184A | 2000 | 1.01 | 11:04:10 a.m. | 12:04:10 p.m. | 60 | 60.6 | 0.009 |
| | Duplicate | 35184B | 2009 | 0.962 | 11:04:10 a.m. | 12:04:10 p.m. | 60 | 57.7 | Not Analyzed |
| **Outdoor Initial**<br><br>**Date:** 1/4/10 | Primary | 35185A | 2006 | Fault | 11:17:09 a.m. | Fault | N/A | N/A | N/A |
| | Duplicate | 35185B | 2008 | 0.951 | 11:17:09 a.m. | 12:17:09 p.m. | 60 | 57.1 | <0.001 |

| Field Blank Number: 35188A | Media Blank Number: 35188B |
|---|---|
| Indoor Sample Location: Kitchen | Outdoor Sample Location: Open field adjacent to trailer |
| Indoor Sample Height: 4 feet above floor | Outdoor Sample Height: 4 feet above ground |

**Notes:** The trailer was not ventilated or conditioned prior to sample collection. The door to the unit was quickly opened and closed about three times immediately prior to Workplace Hygiene's sampling with people entering and exiting the trailer. Immediately after sampling began, everyone exited the trailer and did not return until approximately one minute prior to sample termination. Approximately 5 people entered the trailer before and after sampling.

| Temperature and Humidity Measurements for Initial Sampling Event | | | |
|---|---|---|---|
| **Indoor Temperature /Relative Humidity Datalogger Serial Number:** EasyLog #4 | **Start Time:** 10:52<br>**Stop Time:** 12:04 | | |
| **Outdoor Temperature /Relative Humidity Datalogger Serial Number:** EasyLog #2 | **Start Time:** 11:03<br>**Stop Time:** 12:18 | | |
| Indoor Temperature and Humidity Measurements | | | |
| **Psychrometer ID:** Psychrodyne | **Starting Measurements** | **Start Time:** 10:54 a.m.<br>**Stop Time:** 10:59 a.m. | **Wet Bulb Temp. (°F):** 40<br>**Dry Bulb Temp. (°F):** 45     **% RH:** 65 |
| | **Ending Measurements** | **Start Time:** 11:04 a.m.<br>**Stop Time:** 11:09 a.m. | **Wet Bulb Temp. (°F):** 39<br>**Dry Bulb Temp. (°F):** 43     **% RH:** 70 |
| Outdoor Temperature and Humidity Measurements | | | |
| **Psychrometer ID:** Psychrodyne | **Starting Measurements** | **Start Time:** 11:08 a.m.<br>**Stop Time:** 11:11 a.m. | **Wet Bulb Temp. (°F):** 38<br>**Dry Bulb Temp. (°F):** 43     **% RH:** 63 |
| | **Ending Measurements** | **Start Time:** 12:16 p.m.<br>**Stop Time:** 12:28 p.m. | **Wet Bulb Temp. (°F):** 38<br>**Dry Bulb Temp. (°F):** 42.5     **% RH:** 66 |

| Pump Number | Sample Description | Sample Number | Flow rates (L/min.) 1 | 2 | 3 | Average |
|---|---|---|---|---|---|---|
| 2000 | 1 hr. Initial Indoor | 35184A | 1.01 / 1.10 | 1.01 / 1.01 | 1.00 / 1.00 | 1.01 |
| 2009 | 1 hr. Initial Indoor Duplicate | 35184B | 0.977 / 0.948 | 0.977 / 0.948 | 0.977/ 0.947 | 0.962 |
| 2006 | 1 hr. Initial Outdoor | 35185A | 0.991 / --- | 0.991 / --- | 0.992 / --- | Fault |
| 2008 | 1 hr. Initial Outdoor Duplicate | 35185B | 0.940 / 0.963 | 0.939 / 0.962 | 0.940 / 0.962 | 0.951 |
| **Pre-Calibrated By:** Tony Watson | | | **Date:** 1-4-10 | | | |
| **Post-Calibrated By:** Tony Watson | | | **Date:** 1-4-10 | | | |



**1-Hour Initial Indoor
Temperature and Relative Humidity Measurements**



**1-Hour Initial Outdoor
Temperature and Relative Humidity Measurements**

**APPENDIX 4**
**CONDITIONING DATA**



**Temperature and Relative Humidity Measurements for First Day of Conditioning**



**Temperature and Relative Humidity Measurements for Second Day of Conditioning**

**APPENDIX 5**
**POST-CONDITIONING DATA**



# FIELD AIR MONITORING LOG

| THU VIN#: 5CZ200R2461125294 | **Manufacturer:** Recreation By Design | **Location:** Lottie, LA |
|---|---|---|
| FEMA ID#: 1304330 | **Sampler ID:** GilAir | **Calibrator ID:** MiniBuck (SN: 030503) |

| Project Phase | Sample Description | Sample No. | Pump/ Badge No. | Flow Rate (L/min) | Time On | Time Off | Min. | Volume (Liters) | Results (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| **Indoor 1-hr. Post-Conditioning** <br><br> **Date:**1-7-10 | Primary | 35186A | 2000 | 0.964 | 10:15:00 a.m. | 11:15:00 a.m. | 60 | 57.8 | 0.050 |
| | Duplicate | 35186B | 2006 | 1.00 | 10:15:00 a.m. | 11:15:00 a.m. | 60 | 57.8 | Not Analyzed |
| **Outdoor 1hr. Post-Conditioning** <br><br> **Date:** 1-7-10 | Primary | 35187A | 2007 | 1.03 | 9:56:14 a.m. | 10:56:14 a.m. | 60 | 61.8 | <0.001 |
| | Duplicate | 35187B | 2008 | 0.999 | 9:56:14 a.m. | 10:56:14 a.m. | 60 | 61.8 | Not Analyzed |
| **Indoor 24-hr. Badge Post-Conditioning** <br><br> **Start Date:** 1-7-10 **End Date:** 1-8-10 | Primary | 8K09-GX6227 | 8K09-GX6227 | | 10:15:33 a.m. | 10:15:33 a.m. | 1440 | | 0.02 |
| | Duplicate | 8K09-GX5865 | 8K09-GX5865 | | 10:15:33 a.m. | 10:15:33 a.m. | 1440 | | Not Analyzed |
| **Outdoor 24hr. Badge Post-Conditioning** <br><br> **Start Date:** 1-7-10 **End Date:** 1-8-10 | Primary | 8K09-GX6994 | 8K09-GX6994 | | 9:56:54 a.m. | 9:56:54 a.m. | 1440 | | <0.005 |
| | Duplicate | 8K09-GX6118 | 8K09-GX6118 | | 9:56:54 a.m. | 9:56:54 a.m. | 1440 | | Not Analyzed |

| | |
|---|---|
| **Tube Field Blank Number:** 35189A | **Tube Media Blank Number:** 35189B |
| **Badge Field Blank Number:** 8K09-GX6222 | **Badge Media Blank Number:** 8K09-GX5567 |
| **Indoor Sample Location:** Kitchen | **Outdoor Sample Location:** Under shelter near unit |
| **Indoor Sample Height:** 4 feet above floor | **Outdoor Sample Height:** 4 feet above ground |
| **Date/Time Ventilation Began:** 1-4-10 / 12:28 p.m. | **Date/Time Ventilation Ended:** 1-5-10 / 12:28 p.m. |
| **Date/Time Pre-Conditioning Began:** 1-5-10 / 12:30 p.m. | **A/C Thermostat Setting:** N/A |

**Notes:** The door to the unit was quickly opened and closed approximately four times prior to the 1-hour test to allow people to enter and to bring in sampling equipment. The floor heaters were set on "high" throughout the conditioning and testing periods. The heater in the bedroom was not working. The heaters were controlled by dials on each unit, not via thermostat. During the ventilation period, the screen door was closed to keep out pests. During conditioning, the door was closed and locked.

| Temperature and Humidity Measurements for<br>1-Hour Post-Conditioning Sampling Event | | | | |
|---|---|---|---|---|
| **Indoor Temperature and Humidity Measurements** | | | | |
| **Psychrometer ID:** Psychrodyne | **Starting Measurements** | **Start Time:** 10:01 a.m.<br>**Stop Time:** 10:06 a.m. | **Wet Bulb Temp. (°F):** 59<br>**Dry Bulb Temp. (°F):** 67 | **% RH:** 63 |
| | **Ending Measurements** | **Start Time:** 11:10 a.m.<br>**Stop Time:** 11:18 a.m. | **Wet Bulb Temp. (°F):** 58<br>**Dry Bulb Temp. (°F):** 64 | **% RH:** 70 |
| **Outdoor Temperature and Humidity Measurements** | | | | |
| **Psychrometer ID:** Psychrodyne | **Starting Measurements** | **Start Time:** 10:20 a.m.<br>**Stop Time:** 10:25 a.m. | **Wet Bulb Temp. (°F):** 51<br>**Dry Bulb Temp. (°F):** 55 | **% RH:** 76.5 |
| | **Ending Measurements** | **Start Time:** 10:58 a.m.<br>**Stop Time:** 11:03 a.m. | **Wet Bulb Temp. (°F):** 47<br>**Dry Bulb Temp. (°F):** 48.5 | **% RH:** 90 |

| Temperature and Humidity Measurements for<br>24-Hour Post-Conditioning Sampling Event | | | | |
|---|---|---|---|---|
| **Indoor Temperature /Relative Humidity Datalogger Serial Number:** EasyLog #1 | | **Start Time:** 10:05 a.m.<br>**Stop Time:** 10:16 a.m. | | |
| **Outdoor Temperature /Relative Humidity Datalogger Serial Number:** EasyLog #4 | | **Start Time:** 9:47 a.m.<br>**Stop Time:** 9:56 a.m. | | |
| **Indoor Temperature and Humidity Measurements** | | | | |
| **Psychrometer ID:** Psychrodyne | **Starting Measurements** | **Start Time:** 10:01 a.m.<br>**Stop Time:** 10:06 a.m. | **Wet Bulb Temp. (°F):** 59<br>**Dry Bulb Temp. (°F):** 67 | **% RH:** 63 |
| | **Ending Measurements** | **Start Time:** 10:15 a.m.<br>**Stop Time:** 10:25 a.m. | **Wet Bulb Temp. (°F):** 42<br>**Dry Bulb Temp. (°F):** 50 | **% RH:** 50 |
| **Outdoor Temperature and Humidity Measurements** | | | | |
| **Psychrometer ID:** Psychrodyne | **Starting Measurements** | **Start Time:** 10:20 a.m.<br>**Stop Time:** 10:25 a.m. | **Wet Bulb Temp. (°F):** 51<br>**Dry Bulb Temp. (°F):** 55 | **% RH:** 76.5 |
| | **Ending Measurements** | **Start Time:** 9:51 a.m.<br>**Stop Time:** 9:58 a.m. | **Wet Bulb Temp. (°F):** 30<br>**Dry Bulb Temp. (°F):** 34 | **% RH:** 65 |

| Pump Number | Sample Description | Sample Number | Flow rates (Liters/minute) | | | Average Flow Rate |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | |
| 2000 | 1 hr. Post-Conditioning Indoor | 35186A | 0.962 / 0.967 | 0.962 / 0.966 | 0.962 / 0.965 | 0.964 |
| 2006 | 1 hr. Post-Conditioning Indoor Duplicate | 35186B | 1.00 / 1.01 | 0.999 / 1.01 | 1.00 / 1.00 | 1.00 |
| 2007 | 1 hr. Post-Conditioning Outdoor | 35187A | 1.00 / 1.05 | 1.01 / 1.05 | 1.00 / 1.05 | 1.03 |
| 2008 | 1 hr. Post-Conditioning Outdoor Duplicate | 35187B | 0.949 / 1.05 | 0.948 / 1.05 | 0.947 / 1.05 | 0.999 |
| **Pre-Calibrated By:** Tony Watson | | | **Date:** 1-7-10 | | | |
| **Post-Calibrated By:** Tony Watson | | | **Date:** 1-7-10 | | | |



**24-Hour Post-Conditioning Indoor
Temperature and Relative Humidity Measurements**



**24-Hour Post-Conditioning Outdoor
Temperature and Relative Humidity Measurements**

**APPENDIX 6**
**GALSON LABORATORY REPORT**



**Mr. Tony Watson**                                                                                   January 18, 2010
**Workplace Group**
**445-C Dolley Madison Road**
**Greensboro, NC 27410**


**DOH ELAP# 11626**                    **Account# 14066**                    **Login# L206791**


Dear Mr. Watson:

Enclosed are the analytical results for the samples received by our laboratory on January 09, 2010.  All
test results meet the quality control requirements of AIHA and NELAC unless otherwise stated in this report.
All samples on the chain of custody were received in good condition unless otherwise noted.

Results in this report are based on the sampling data provided by the client and refer only to the samples
as they were received at the laboratory.  Unless otherwise requested, all samples will be discarded 14 days
from the date of this report.

Please contact Tonya Lancaster at (877) 482-5227, if you would like any additional information regarding
this report.

Thank you for using Galson Laboratories.

Sincerely,

Galson Laboratories

*Mary G Unangst*

**Mary G. Unangst**
**Laboratory Director**


Enclosure(s)



LABORATORY ANALYSIS REPORT

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.galsonlabs.com

| | | |
|---|---|---|
| Client | : Workplace Group | |
| Site | : Lottie | |
| Project No. | : RBD | |
| | | |
| Date Sampled | : 08-JAN-10 | Account No.: 14066 |
| Date Received | : 09-JAN-10 | Login No.  : L206791 |
| Date Analyzed | : 13-JAN-10 | |
| Report ID | : 633889 | |

**Formaldehyde**

| Sample ID | Lab ID | Time minutes | Total ug | Conc mg/m3 | ppm |
|---|---|---|---|---|---|
| 8K09-GX6227 | L206791-9 | 1440 | 0.5 | 0.03 | 0.02 |
| 8K09-GX6994 | L206791-10 | 1440 | <0.1 | <0.006 | <0.005 |
| 8K09-GX6222 | L206791-11 | NA | <0.1 | NA | NA |
| 8K09-GX5567 | L206791-12 | NA | <0.1 | NA | NA |

COMMENTS: Please see attached lab footnote report for any applicable footnotes.

| | | |
|---|---|---|
| Level of quantitation: 0.1 ug | | Submitted by: mwj |
| Analytical Method  : mod. NIOSH 2016; HPLC/UV | | Approved by : nkp |
| OSHA PEL (TWA)  : 0.75 ppm | | Date : 18-JAN-10   NYS DOH # : 11626 |
| Collection Media  : Assay 571 | | QC by: Tony D'Amico |

| | | | |
|---|---|---|---|
| < -Less Than | mg -Milligrams | m3 -Cubic Meters | kg -Kilograms |
| > -Greater Than | ug -Micrograms | l -Liters | NS -Not Specified |
| NA -Not Applicable | ND -Not Detected | ppm -Parts per Million | |



LABORATORY ANALYSIS REPORT

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.galsonlabs.com

| | |
|---|---|
| Client | : Workplace Group |
| Site | : Lottie |
| Project No. | : RBD |
| | |
| Date Sampled | : 04-JAN-10 - 07-JAN-10   Account No.: 14066 |
| Date Received | : 09-JAN-10                Login No.  : L206791 |
| Date Analyzed | : 12-JAN-10 |
| Report ID | : 633882 |

**Formaldehyde**

| Sample ID | Lab ID | Air Vol liter | Front ug | Back ug | Total ug | Conc mg/m3 | ppm |
|---|---|---|---|---|---|---|---|
| 35184A | L206791-1 | 60.6 | 0.6 | <0.1 | 0.7 | 0.01 | 0.009 |
| 35185B | L206791-2 | 57.1 | <0.1 | <0.1 | <0.1 | <0.002 | <0.001 |
| 35188A | L206791-3 | NA | <0.1 | <0.1 | <0.1 | NA | NA |
| 35188B | L206791-4 | NA | <0.1 | <0.1 | <0.1 | NA | NA |
| 35186A | L206791-5 | 57.8 | 3.5 | <0.1 | 3.5 | 0.061 | 0.050 |
| 35187A | L206791-6 | 61.8 | <0.1 | <0.1 | <0.1 | <0.002 | <0.001 |
| 35189A | L206791-7 | NA | <0.1 | <0.1 | <0.1 | NA | NA |
| 35189B | L206791-8 | NA | <0.1 | <0.1 | <0.1 | NA | NA |

<u>COMMENTS:</u> Please see attached lab footnote report for any applicable footnotes.

| | | | |
|---|---|---|---|
| Level of quantitation: 0.1 ug | | Submitted by: MWJ | |
| Analytical Method | : mod. NIOSH 2016; HPLC/UV | Approved by : nkp | |
| OSHA PEL (TWA) | : 0.75 ppm | Date : 18-JAN-10   NYS DOH # : 11626 | |
| Collection Media | : 226-119 | QC by: Tony D'Amico | |

| | | | |
|---|---|---|---|
| < -Less Than | mg -Milligrams | m3 -Cubic Meters | kg -Kilograms |
| > -Greater Than | ug -Micrograms | l -Liters | NS -Not Specified |
| NA -Not Applicable | ND -Not Detected | ppm -Parts per Million | |

LABORATORY FOOTNOTE REPORT



Client Name  : Workplace Group
Site         : Lottie
Project No.  : RBD

6601 Kirkville Road
East Syracuse, NY 13057         Date Sampled : 04-JAN-10 - 08-JAN-10   Account No.: 14066
(315) 432-5227                  Date Received: 09-JAN-10               Login No.  : L206791
FAX: (315) 437-0571             Date Analyzed: 12-JAN-10 - 13-JAN-10
www.galsonlabs.com

---

        Unless otherwise noted below, all quality control results associated with the samples
were within established control limits.

        Unrounded results are carried through the calculations that yield the final result and the final
result is rounded to the number of significant figures appropriate to the accuracy of the
analytical method.  Please note that results appearing in the columns preceeding the final
result column may have been rounded in order to fit the report format and therefore, if carried
through the calculations, may not yield an identical final result to the one reported.

        The stated LOQs for each analyte represent the demonstrated LOQ concentrations prior to correction
for desorption efficiency (if applicable).

L206791 (Report ID: 633882):
        SOPs:  LC-SOP-4(4)
        Results have been corrected for average background found on media front section
        of 0.1179ug and media back section of 0.056ug (lot #6009).
        Total ug corrected for a desorption efficiency of 99%.

L206791 (Report ID: 633889):
        SOPs:  LC-SOP-4(4)
        Total ug corrected for a desorption efficiency of 96%.
        Results were corrected for the media lot average background of 0.0492ug (lot #11B09).

---

| < -Less Than | mg -Milligrams | m3 -Cubic Meters | kg -Kilograms |
| > -Greater Than | ug -Micrograms | l -Liters | NS -Not Specified |
| NA -Not Applicable | ND -Not Detected | ppm -Parts per Million | |

---

**GALSON LABORATORIES**

6601 Kirkville Rd
East Syracuse, NY 13057
Tel: (315) 432-5227
888-432-LABS (5227)
Fax: (315) 437-0571
www.galsonlabs.com

Check if change of address ☐

New Client ? ☐ yes ☐ no

Report To : Tony Watson
Workplace Hygienes, Inc.
445 Dolley Madison Rd, Ste L
Greensboro NC 27410
Phone No. : 336-902-1141
Fax No. : 336-931-0018

Invoice To :
(51)
Phone No. :
Fax No. :

Samples submitted using the FreePumpLoan™ Program. ☐
Client Account No. : 14066
Purchase Order No. :
Credit Card No. :
Email / Fax Results To : twatson@workplacegroup.net
Email Address :

Site Name : Lottie

Project : RBD

Sampled By : Tony Watson

Samples submitted using the FreeSamplingBadges™ Program. ☐

Card Holder Name :

Exp. :

Fax No. :

**Need Results By:**

| | (surcharge) |
|---|---|
| ☑ 5 Business Days | 0% |
| ☐ 4 Business Days | 35% |
| ☐ 3 Business Days | 50% |
| ☐ 2 Business Days | 75% |
| ☐ Next Day by 6pm | 100% |
| ☐ Next Day by Noon | 150% |
| ☐ Same day | 200% |

| | Sample Identification | Date Sampled | Collection Medium | *Air Volume (Liters) | Passive Monitors (Min) | Analysis Requested | Method Reference | Specific DL Needed |
|---|---|---|---|---|---|---|---|---|
| 1. | 35184 A | 1-4-10 | 226-119 | 60.6 | | Formaldehyde | NIOSH 2016 | |
| 2. | 35185 B | '' | '' | 57.1 | | '' | '' | |
| 3. | 35188 A | '' | '' | Blank | | '' | '' | |
| 4. | 35186 B | '' | '' | Blank | | '' | '' | |
| 5. | 35186 A | 1-7-10 | '' | 57.8 | | '' | '' | |
| 6. | 35187 A | '' | '' | 61.8 | | '' | '' | |
| 7. | 35189 A | '' | '' | Blank | | '' | '' | |
| 8. | 35189 B | '' | '' | Blank | | '' | '' | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |

Page 5 of 6   Report Reference 1 Generated:18-JAN-10 15:08

☐ Yes ☐ No   We normally add a laboratory blank for each analyte. We will charge you for this at our normal rate. If you agree please check "Yes" otherwise check "No".
List description of industry or process / interference's present in sampling area:

Comments:

| Chain of Custody | Print Name | Signature | Date/Time |
|---|---|---|---|
| Relinquished by : | Tony Watson | [signature] | 1-6-10  11:47 |
| Received by LAB : | R Costello | [signature] | 1/9/10  1001 |

Samples received after 3pm will be considered as next day's business.      * sample collection time X LPM = Air Vol.      Page  1  of  2

**LAB ORIGINAL**

**GALSON LABORATORIES**

6601 Kirkville Rd
East Syracuse, NY 13057
Tel: (315) 432-5227
888-432-LABS (5227)
Fax: (315) 437-0571
www.galsonlabs.com

☐ Check if change of address

New Client ? ☐ yes ☐ no

Report To : Tony Watson
Workplace Hygiene, Inc
445 Dolley Madison Rd, Ste. C
Greensboro, NC 27410
Phone No.: 336-402-1141
Fax No.: 336-931-0018

Invoice To :
(51)
Phone No.:
Fax No.:

Site Name : Lottie

Project : KBD

Sampled By : Tony Watson

☐ Samples submitted using the FreeSamplingBadges™ Program.

| Need Results By: | (surcharge) |
|---|---|
| 5 Business Days | 0% |
| 4 Business Days | 35% |
| 3 Business Days | 50% |
| 3 Business Days | 75% |
| 2 Business Days | 100% |
| Next Day by 6pm | 100% |
| Next Day by Noon | 150% |
| Same day | 200% |

☐ Samples submitted using the FreePumpLoan™ Program.
Client Account No.: 14066
Purchase Order No.:
Credit Card No.:

Email / Fax Results To : twatson@workplacegroup.net
Email Address:

Card Holder Name :
Fax No.:

Exp. :

Page 6 of 6   Report Reference:1 Generated:18-JAN-10 15:08.

| Sample Identification | Date Sampled | Collection Medium | *Air Volume (Liters) | Passive Monitors (Min) | Analysis Requested | Method Reference | Specific DL Needed |
|---|---|---|---|---|---|---|---|
| 1. 8K09-GX6227 | 1-8-10 | N571 | | 1440 | Formaldehyde | NIOSH 2016 | |
| 2. 8K09-GX6994 | " | " | | 1440 | " | " | |
| 3. 8K09-GX6222 | " | " | | Blank | " | " | |
| 4. 8K09-GX5567 | " | " | | Blank | " | " | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |

☐Yes  ☐No   We normally add a laboratory blank for each analyte. We will charge you for this at our normal rate. If you agree please check "Yes" otherwise check "No".
List description of industry or process / interference's present in sampling area:
Comments:

| Chain of Custody | Print Name | Signature | Date/Time |
|---|---|---|---|
| Relinquished by : | Tony Watson | | 1/7 am 1-8-10 |
| Received by LAB : | A Costello | | 1/9/10 1007 |

Samples received after 3pm will be considered as next day's business.     * sample collection time X LPM = Air Vol.     Page  2  of  2

**LAB ORIGINAL**