AO 440 (Rev. 12/09) Summons in a Civil Action

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTH DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

Jerry Markham,

        Plaintiff

v.

Forest River, Inc.; Bechtel National, Inc.;
and United States of America through the
Federal Emergency Management Agency,

        Defendants.

CASE NO. 2:09cv275-HSO-JMR

SUMMONS IN A CIVIL CASE

TO: (Defendant's name and address)

**United States of America
Through the Office of the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lacey M. Moore
Paul A. Dominick
NEXSEN PRUET, PLLC
201 S. Tryon St., Suite 1200
Charlotte, NC 28202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   J. T. NOBLIN, CLERK

1-5-10
Date:

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S.A., Office of U.S. Attorney, Honorable Eric Holder
was received by me on *(date)*  01/26/2010  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  I served the Summons and Complaint by depositing in the United States Postal Service, postage prepaid, certified mail, return receipt requested on Defendant, U.S.A., through the Office of the United States Attorney General, Honorable Eric Holder on 1/22/2010.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  04/22/2010

*Server's signature*

Denise A. Leclerc, Paralegal
*Printed name and title*

Nexsen Pruet, LLC
P. O. Box 486
Charleston, SC  29402
*Server's address*

Additional information regarding attempted service, etc: