**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bechtel National, Inc.
Through Its Agent for Service of Process
The Corporation Trust Company of Nevada
6100 Neil Road Suite 500
Reno, NV 89511

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
   (Transfer from service label)   7008 1830 0001 1403 5715

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE  RENO NV 895

25 JAN 2010 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Nexsen Pruet, LLC
205 KING STREET, SUITE 400
P.O. BOX 486
CHARLESTON, SC 29402

039371.1/dal
DENISE LECLERC
J. MARKHAM/Bechtel


**UNITED STATES**
**POSTAL SERVICE**

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 1830 0001 1403 5715**
Status: **Delivered**

Your item was delivered at 1:56 pm on January 25, 2010 in RENO, NV 89511. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details >   ?      Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA