```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5    IN RE:   FEMA TRAILER          MDL NO. 1873

 6    FORMALDEHYDE PRODUCTS          SECTION "N"(5)

 7    LIABILITY LITIGATION           JUDGE ENGELHARDT

 8                                   MAGISTRATE CHASEZ

 9

10    This document relates to:  Earline Castanel,

11       et al v. Recreation By Design, LLC, et al

12              Docket No. 09-3251

13                    *  *  *

14

15        Deposition of EDWARD HALIE SHWERY,

16    Ph.D., Suite 200, 315 Metairie Road,

17    Metairie, Louisiana 70005, taken at the law

18    offices of Lambert & Nelson, 701 Magazine

19    Street, New Orleans, Louisiana 70130, on

20    Tuesday, the 2nd day of March, 2010.

21

22

23    REPORTED BY:

24        JAMES T. BRADLE, CCR
          PROFESSIONAL SHORTHAND REPORTERS
25        (504)529-5255
```

EXHIBIT B

1  losing their house?
2       A    Yes.  There was a wide range of
3  damage that people sustained in terms of
4  personal property.  Some people didn't have
5  much physical damage, but were displaced or
6  close relatives or friends were gone, and
7  some people had massive loss of property or
8  injuries, physical injuries.  There was a
9  range of things that happened to them.
10      Q    And I will ask you about that in
11 just a minute.  In terms of personal
12 property, we talked about houses and
13 residences, but people also lost some of
14 their personal belongings, and that caused
15 stress; is that right?
16      A    Sure.  It did.
17      Q    If somebody loses all their
18 clothes and all their photographs and all
19 those personal belongings that we gather and
20 keep over the years, that can cause some
21 stress?
22      A    Yes, especially at the time and in
23 the immediate aftermath, and those stressors
24 gradually started to decline as time went on
25 and as they got treatment and as they

49

1   restored some of their property and fixed
2   their houses and stuff.
3         Those stressors were especially
4   acute after the hurricane, but like all of
5   us living in this area, gradually they go
6   down. I haven't seen anybody that's
7   continuing to just be acutely or intensely
8   suffering because of whatever from the
9   hurricane.
10      Q   So that's a general statement. Is
11  it your testimony that everybody who
12  suffered some anxiety or stress as a result
13  of Hurricane Katrina, losing property,
14  homes, personal property, that they just got
15  better over time?
16      A   Well, as a general finding, the
17  literature on crisis and crisis theory is
18  that right after a crisis is when it's most
19  intense, but people can't -- human beings
20  can't maintain that level of intensity. It
21  has to resolve in some fashion or reduce in
22  some fashion.
23      Q   What literature specifically are
24  you referring to?
25      A   Oh, gosh. It goes back to the

Shwery, Edward 03/02/10 RBD

                                                                56

1        Q    I understand.  So Ms. Castanel
2    made a good appearance?
3        A    Yes.  Yes.
4        Q    And she was well groomed?
5        A    That's correct.
6        Q    She made a good impression; is
7    that correct?
8        A    Yes.  I wasn't thinking so much of
9    an impression, but I was capturing the
10   impression I had.  Not rating it.  I was
11   just identifying things about her.
12       Q    I understand.  Page 2, you note
13   about Ms. Castanel's reporting of sinus
14   problems; is that right?
15       A    Yes.
16       Q    Did you specifically ask
17   Ms. Castanel about sinus problems?
18       A    Well, let's see.  No, I asked her,
19   I said, "What kind of problems are you
20   having?"  She said, "Well, I have a problem
21   because I urinate two or three times a night
22   and my doctor told me to stop drinking cold
23   drinks at night."  And I said, "Well, what
24   else is going on with you?"  And she said,
25   "Oh, I have sinus problems."

58

1   value on the first two or three things as
2   maybe being more important to that patient?
3       A    Well, I might, but if you start
4   going into those five and you find out what
5   level of intensity, how is it affecting
6   them, is it on their mind, is it causing
7   psychological symptoms, that would be more
8   relevant data than just hierarchy.
9       Sometimes the first thing they
10  bring up is the more intense, but sometimes
11  they're putting their toe in the water and
12  just seeing how you react.
13      Q    Now, what other problems did
14  Ms. Castanel mention to you?
15      A    She mentioned sinus problems, and
16  she said, "I got it real bad." I said,
17  "Well, what kind of sinus problem?" She
18  says, "I got it real bad in the trailer.
19  The doctor put me under a heat lamp, checked
20  my sinus, gave me a shot."
21      I said, "Well, tell me more." She
22  says, "Well, when the weather changes, it
23  worries me." I said, "What do you worry
24  about?" She said, "Well, my sinus will get
25  worse and I will get stopped up." She

```
 1    worries that her sinus will get worse.  I
 2    said, "Well, tell me more."
 3              "I hope I don't feel like I did in
 4    the trailer, because I got stopped up and I
 5    couldn't breathe right."  And then she
 6    demonstrated shallow breathing.  And I said,
 7    "Well, do you get any -- has this happened
 8    any time since you have been in the
 9    trailer?"  She says, "Well, not like when I
10    was in there."
11              I said, "Tell me more."  She said,
12    "I think about if it's going to happen
13    again, the sinus blockage."  She said,
14    "Thank God, it hasn't gotten like that.
15    When the weather changes, I worry about it."
16    I said, "Well, how long do you worry?"  She
17    said, "Oh, 10, 15 minutes, and I say to
18    myself, 'I hope it won't be like when I was
19    in that trailer.'"
20              She does some self-talking to try
21    and help her get control over the distress.
22    And then I went through how often does it
23    occur, and she said, "Well, a couple of
24    times a month, but more often with weather
25    changes."  And then she said it had been two
```

60

1   or three times in the past week.
2           And then I had a note to myself
3   that this sounds like a circumscribed
4   problem around the issue of sinus and
5   breathing.  And then she went on --
6           Do you want me to keep going?
7       Q   That's fine.  I actually have a
8   question at this point.
9       A   Okay.
10      Q   So thanks for asking.  Your
11  report, Page 2, indicates -- It's the bottom
12  paragraph.  "She stated that since moving
13  out of the trailer, 'It's not like when I
14  was there and it's not as bad.'"  Is that
15  correct?
16      A   Yes.
17      Q   She's referring to her sinuses
18  right there?
19      A   Yes.
20      Q   Okay.
21      A   Yes, she's talking about the sinus
22  difficulties, the breathing and the anxiety.
23      Q   Okay.  And she specifically told
24  you that, correct?
25      A   Yes.

1   you?

2   MR. REICH:

3       Objection, calls for speculation.

4   You can answer the question.

5   THE WITNESS:

6       My conclusion is that it's an

7   issue with which she's struggling and she's

8   distressed about it.  That's why she told me

9   about it.

10  EXAMINATION BY MR. GARRISON:

11      Q    Well, what about all the other

12  stressors we talked about, the hurricane,

13  the death of siblings, being forced out of

14  her house, the evacuation, do any of those

15  other stressors have any impact on her mild

16  anxiety?

17      A    Well, I think we've got two issues

18  going there.  One is the ongoing mild

19  anxiety that has been prevalent in her life

20  as a chronic condition.  It's kind of like

21  they call her a nervous person, for example.

22  And that has been managed with medication

23  and reassurance.

24          What I'm identifying is a specific

25  level of anxiety and distress that's more

128

1   situational and circumscribed, and that's
2   around the issues of sinus and breathing.
3       Q    But isn't it true the other
4   stressors can have a contributing effect to
5   her present diagnosis by you of mild
6   anxiety?
7       A    Well, yes, certainly there's
8   long-standing issues like that.  But I'm
9   finding the primary stressor for her right
10  now that's in her mind about this is the
11  trouble breathing and the sinus problems.
12      Q    And again, that's based on the
13  patient's history to you?
14      A    It's based on my examination.
15      Q    Including her history?
16      A    Of course.
17      Q    If Ms. Castanel's sinuses are not
18  related to living in a FEMA unit or a FEMA
19  trailer, would you just say that
20  Ms. Castanel's mild anxiety is simply
21  related to her complaints about her sinuses?
22      MR. REICH:
23          Objection, form.  Incomplete
24  hypothetical.
25      THE WITNESS:

1   in that MBMD test, it was noted that when
2   she is not sure what the doctors are doing
3   or what they're recommending, she gets more
4   distressed. It would be helpful for her to
5   have a combination of supportive counseling
6   and information in helping her to understand
7   what's going on, enlist her cooperation and
8   reduce her anxiety about treatment.
9       Q   So is Ms. Castanel having some
10  anxiety as a result of not having sufficient
11  knowledge about her medical issues?
12      A   No, it's identified in the testing
13  as part of her substructural personality
14  functioning, that that's an issue with her.
15  So counseling would be helpful for her.
16          Also, she worries about things and
17  she worries that she might have cancer, she
18  worries that her sinus is going to get
19  worse, she worries that she might suffocate
20  from sinus and breathing problems.
21          And specifically, for example, I
22  said, "Would you like me to call
23  Dr. Gautreaux and talk to him about these
24  things?" She said, "No, don't talk to him,
25  don't call him. He will get mad at me" or