1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS        SECTION "N"(5)

LIABILITY LITIGATION         JUDGE ENGELHARDT

EXHIBIT D

This document relates to:  Earline Castanel,

et al v. Recreation By Design, LLC, et al

Docket No. 09-3251

* * *

Videotaped Deposition of EARLINE M. CASTANEL, 2925 St. Peter Street, New Orleans, Louisiana 70119, taken at the law offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70130, on Wednesday, the 10th day of February, 2010.

REPORTED BY:

    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

VIDEOGRAPHER:

    KYM JONES
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

```
 1     with you?
 2          A    No.
 3          Q    When you were cooking in your FEMA
 4     unit, did you use the vent?
 5          A    Yes.
 6          Q    And you found the vent worked
 7     properly?
 8          A    Yeah, it worked okay.
 9          Q    How do you feel today,
10     Ms. Castanel?
11          A    I don't feel too bad today, but I
12     have a lot in my sinus.
13          Q    Your sinus?
14          A    Yes.
15          Q    Do you have any stuffiness in your
16     nose today?
17          A    It seems like there's a little
18     bit.  Not as much as there have been in the
19     last couple of days.
20          Q    The last couple of days?
21          A    Yes.
22          Q    Can you smell right now?
23          A    A little.
24          Q    When you lived in that FEMA unit,
25     did you smell anything unusual?
```

1   into the FEMA trailer?
2        A    Well, it was about the fifth week,
3   sixth week, something like that.  I was
4   feeling so bad and so stuffed up, I had to
5   go to the doctor, because I was afraid I was
6   going to smother.
7        Q    What doctor was that?
8        A    Dr. Gautreaux, Joseph Gautreaux.
9        Q    Okay.  Now, when you were in the
10  trailer for the three or four weeks before
11  this, did you smell anything unusual?
12       A    Well, when I first walked in, I
13  didn't smell anything, you know.  Well, it
14  did smell like newness, like when you go in
15  somewhere where it's new, like that, that's
16  how it smelled, but after that, I started
17  getting stopped up.
18       Q    And that was three or four weeks
19  later?
20       A    Yes, I started getting stopped up.
21  And since then, I really been stopped up and
22  getting sick with my sinuses.
23       Q    So from the time, three or four
24  weeks you moved into the trailer until now,
25  you have been stopped up; is that right?