# HISTORY / PHYSICAL EXAMINATION REPORT

**Name:** Feanline Castanel    **DOB:** 8/10/30    **Date:** DEC. 28 2009

**Reason for Visit / HPI:** Chest cong., cough

## REVIEW OF SYSTEMS

| WNL | Note | WNL | Note | PPSMH: |
|---|---|---|---|---|
| ☐ Gen | ☐ | ☐ Heart | ☐ | |
| ☐ Skin | ☐ | ☐ Lungs | ☐ | |
| ☐ HEENT | ☐ | ☐ Abd | ☐ | Drug Use: Y N |
| ☐ Neck | ☐ | ☐ GU/GYN | ☐ | Alcohol Use: Y N<br>Tobacco Use: Y N |
| ☐ Musc | ☐ | ☐ Neuro | ☐ | Specify Positives in Note |

## NOTES

☐ Vital Signs / Allergies / Medications Reviewed

**ALLERGIC TO:** Penicillin, Sulfa

chest cong
[illegible handwritten notes]

**EXHIBIT E**

## PHYSICAL EXAM

| WNL | Normal Findings | Note |
|---|---|---|
| ☐ Gen | Well-developed, Well-nourished. No acute distress. Normal habitus and grooming. | ☐ |
| ☐ Skin | No abnormal lesions, rashes, ulcers, or hair patterns. Warm, dry, and normal in color and texture. | ☐ |
| ☐ Eyes | Conjunctiva and lids normal. Pupils react to light and accommodation. Normal size and symmetry. | ☐ |
| ☐ Ears | External normal. Auditory canals normal. Tympanic membranes are normal. Hearing is grossly normal. | ☐ |
| ☐ Nose | External appearance normal. Mucosa, septum and turbinates normal. | ☐ |
| ☐ Mouth | Lips, teeth and gums normal. Tongue, palates and oropharynx normal. No masses. No exudates. | ☐ |
| ☐ Neck | No adenopathy. No masses. Thyroid smooth & symmetrical without tenderness or enlargement. | ☐ |
| ☐ MS | Normal bulk & tone. Equal strength. No muscle pain. No muscle spasms. Spine normal. Limbs normal in appearance and function. Joints normal. | ☐ |
| ☐ Heart | Regular rate & rhythm. No murmurs. No gallop. No rub. No JVD. No edema. Peripheral pulses normal. | ☐ |
| ☐ Lungs | Clear to auscultation with no adventitious sounds. Normal respiratory efforts. | ☐ |
| ☐ Abd | Soft & non-tender. No guarding. No masses. No pulsations. No hernias are detected. Liver is normal. Spleen is normal. Bowel sounds normal. | ☐ |
| ☐ GU/GYN<br>√ Appropriate | Bladder non-tender / distended. No CVA tenderness. ( ) Female: No lesions. Vagina without discharge. Cervix smooth with no lesions or CMT. Uterus normal. No adnexal masses or tenderness. ( ) Male: Penis normal. Scrotum normal. No lesions. No masses. No hernia detected. | ☐<br>For female LMP: |
| ☐ Neuro | Oriented to person, place, & time. No sensory or motor loss. DTR's symmetrical and normal. Normal balance and gait. CN II-XII grossly intact. | ☐ |

## ASSESSMENT

bronchitis

## PLAN

[illegible handwritten prescription notes]

**Signature:** [signature]

☐ Continued on Reverse

**Return Visit:** _____ Day(s) Week(s) Month(s) PRN Pending Labs