\*\*\*Final Report\*\*\*

# OCHSNER MEDICAL CENTER KENNER

180 W ESPLANADE AVE • Kenner, Louisiana 70065 • (504) 464-8040

## RADIOLOGY RESULTS

| | | | |
|---|---|---|---|
| PATIENT NAME: | CASTANEL, EARLINE | DOB/SEX: | F/08/10/1930 |
| CLINIC NO: | 8327091 | PT. CLASS: | O |
| ADMISSION NO: | 005001395370 | ORDER NO: | 90001 |
| PT NS/ROOM: | KOP-KOP | ACCESSION NO: | 9922961 |

ORDERING DR: JOSEPH GAUTREAUX
PMA TREATMENT CENTER 613 WILLIAMS BLVD
KENNER, LA 70062
5044415555

DATE OF EXAM: Dec 28 2009

KCD 0177 - SINUSES COMPLETE:
39070220

CLINICAL HISTORY: sinusitis

ICD 9 CODE(S): ()

CPT 4 CODE(S)/MODIFIER(S): ()

EXHIBIT F

RESULTS:
Technique: AP, Waters and lateral views of the paranasal sinuses

Indication: 79-year-old female with sinusitis

Comparison: None

Finding/Impression: Near complete opacification of the right maxillary antra with layering air-fluid level concerning for acute sinusitis. In addition there is questionable partial opacification the right frontal sinus. Study limited by plain film technique. Clinical correlation advised. Further evaluation with CT as warranted.

IMPRESSION:


Transcriptionist: PSC
Transcribe Date/Time: Dec 29 2009 7:20A
Dictated by : NOAH EMERSON, DO
Report reviewed by: {respons_name}
Read On: Dec 29 2009 7:05A

Images were reviewed, findings were verified and document was electronically
SIGNED BY: NOAH EMERSON, DO On: Dec 29 2009 7:20A

DIAGNOSTIC IMAGING                        NAME: CASTANEL, EARLINE
CL NO: 8327091