| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Bechtel National, Inc.<br>Through Its Agent for Service of Process<br>The Corporation Trust Company of Nevada<br>6100 Neil Road Suite 500<br>Reno, NV 89511 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☑ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7008 1830 0001 1470 7988 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Nexsen Pruet, LLC
205 KING STREET, SUITE 400
P.O. BOX 486
CHARLESTON, SC 29402

039371.1/dal
DENISE LECLERC
N. PARKER/BECHTEL


**UNITED STATES POSTAL SERVICE**

**Track & Confirm**        **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1830 0001 1470 7988**
Status: **Delivered**

Your item was delivered at 1:56 pm on January 25, 2010 in RENO, NV 89511. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

*Restore Offline Details >*    (?)    *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    4/22/2010