UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel et al. v. Recreation by* | | * | |
| *Design, LLC, et al*, Docket No. 09-3251; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT RECREATION BY DESIGN, LLC'S MOTION *IN LIMINE* TO EXCLUDE REFERENCES TO BUILDING CODES**

Plaintiff Earline Castanel ("Plaintiff") respectfully submits this Memorandum in Response to Defendant Recreation By Design, LLC's ("RBD") Motion in Limine to Exclude References to Building Codes and Memorandum in support thereof (Document Nos. 13304 and 13304-1).

**DISCUSSION**

Through its motion, Defendant RBD has requested that the Court enter an Order to exclude at trial "any testimony or evidence relating to building codes, including the Building Code of the City of New Orleans, ("New Orleans Building Code"), the International Building Code ("IBC"), and the International Residential Code ("IRC"). Rec. Doc. 13304-1 at 1. Plaintiff opposes RBD's motion and asserts that evidence concerning the application of the building codes to the temporary housing unit is relevant to the claims brought by Plaintiff in this case and that violations of the building code requirements had a direct and material affect on the injuries sustained by Plaintiff.

As recognized by RBD in its Memorandum, the arguments and issues pertaining to the applicability of the building codes raised in RBD's current motion *in limine* are almost identical to those argued by the parties in the prior bellwether trial *Wright v. Forest River, Inc., et al.* (09-2977).  Thus, in response to the present motion, Plaintiff hereby adopts and incorporates by reference, as if fully set forth herein, the arguments, evidence and defenses previously raised by the Plaintiff in the *Wright v. Forest River, Inc., et al.* (09-2977) litigation pertaining to the applicability of relevance of the building codes.  Specifically, Plaintiff adopts and reasserts the arguments, evidence, and defenses raised by Plaintiff Lyndon T. Wright in his Memorandum in Opposition to Shaw Environmental, Inc.'s Motion in Limine to Exclude References to Building Codes (R. Doc. 11744) and Plaintiff Wright's Memorandum for Reconsideration of the Court's Order Granting Shaw Environmental, Inc.'s Motion in Limine to Exclude References to Building Codes (R. Doc. 12644), along with all evidence and authorities cited therein, as if incorporated and fully restated herein.

Respectfully Submitted,

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
 GERALD E. MEUNIER, #9471
 **PLAINTIFFS' CO-LIAISON COUNSEL**
 Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
 2800 Energy Centre, 1100 Poydras Street
 New Orleans, Louisiana 70163
 Telephone:   504/522-2304
 Facsimile:    504/528-9973
 gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on April 23, 2010.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471