AO 440 (Rev. 10/93) Summons in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| Nekeidra Parker, individually, and for her minor children, A.P., C.D., T.P., K.D.,<br><br>Plaintiffs,<br><br>v.<br><br>R-Vision, Inc., k/n/a RVIT, Inc.; Bechtel National, Inc.; and United States of America through the Federal Emergency Management Agency,<br><br>Defendants. | CASE No. 3:09cv789 HSO-JMR<br><br><br>**SUMMONS IN A CIVIL CASE** |

TO: (Name and address of defendant)

R-Vision, Inc., k/n/a RVIT, Inc.
Through Its Agent for Service of Process
Michael Pangburn
606 Nelson's Parkway
Wakarusa, IN  46573

Liberty Insruance Corp
Through Its Agent for Service of Process
Corporation Service Company
701 Brazos Street Suite 1050
Austin, TX  78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lacey M. Moore
Paul A. Dominick
NEXSEN PRUET, PLLC
201 S. Tryon St., Suite 1200
Charlotte, NC  28202

an answer to the complaint which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                                   DEC 2 8 2009
_____                    _____
CLERK                                                               DATE

_N. Dean_
(BY) DEPUTY CLERK

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  R-Vision, Inc.
was received by me on *(date)*  01/25/2010  .

☐ I personally served the summons on the individual at *(place)* _____
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons and Complaint by depositing in the United States Postal Service, postage prepaid, certified mail, return receipt requested on Defendant, R-Vision, Inc. through its Agent for Service of Process- Michael Pangburn on 01/21/2010.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  04/22/2010

*Server's signature*

Denise A. Leclerc, Paralegal
*Printed name and title*

Nexsen Pruet, LLC
P. O. Box 486
Charleston, SC  29402
*Server's address*

Additional information regarding attempted service, etc: