**NEMIS Human Services**

Disaster: 1603 - Louisiana Hurricane    Process: Applicant Update    Subqueue:     Completed: 1   Queue Size: N/A

Rgsn ID: [redacted]  MS EARLINE CASTANEL    SSN: [redacted]   Current: (504) 931-9560  O/R: Own   Dep: 1   HA: CLOSED   OTHER: OPEN   CBRA: No
Co-Reg:    Co-SSN: - -   Alternate: (504) 484-1408   IDV: IDV Pass   HH: 1   SBA Home: DECS   Fld Zn: A   SC: No

Tabs: Insurance | HA | Other Asst | Overview | App Info | Insp Real Prop | Insp Pers Prop/Misc | Insp Summ | Info Control | Correspondence | Comment | Special

### Insurance Policies

| Ins Type | Policy ID | Company Name |
|---|---|---|
| Homeowners (O) |  | ENCOMPASS INSU |
| Medical |  |  |

### Current Queues — History

| WP Id | Process |
|---|---|
| 7 | Disposed |
| 6 | Disposed |
| 5 | Disposed |

### App Info
App: 09/02/2005  Loss Date: 08/29/2005
Language: Spanish
Damaged Address:
2925 ST PETER STREET
NEW ORLEANS, LA 70119-0000
County: Orleans
Primary Residence: Yes (Primary)

### HA Assistance Status: N/A

| Category | Asst Type | Award Level | Eligibility | Eligibility Amt | Elig Date | A |
|---|---|---|---|---|---|---|
| Rental Assistance | Initial | First | ERIA - Eligible - I | $578.00 | 09/05/2005 | Y |
| EA- Housing Assistance | Initial | First | EAH - Eligible - E | $2,000.00 | 09/09/2005 | Y |
| Rental Assistance | Initial | First | ER - Eligible - Re | $2,358.00 | 10/01/2005 | Y |

Total: $10,136.00

### Verification
Own Vrfn: Pending Request
Occ Vrfn: Driver's License
Declaration: 90-69D

### Inspection
Type: Initial    Completed: 09/05/2005
Number of Inspections: 1

### Other Assistance Status: OPEN

| Category | Asst Type | Award Level | Eligibility | Elig Date | Amount | Adj Amt | Ap |
|---|---|---|---|---|---|---|---|
| Moving/Storage | Initial |  | PND - Pending | 00/00/0000 | $.00 |  |  |
| Personal Property | Initial | First | EPPZ - Eligible | 12/27/2005 | $6,606.11 | $6,606.11 | Yes |

Total: $6,606.11   $6,606.11

Res Type: House-Single/Duplex
High Water: , ft. in.
Dmg Rec: No Damage Recorded

Bedrooms: 1   Size:   SQ FT
Occupancy: Owner   Sign 90-69B: Yes
Sign 90-69D: Yes   US Citizen/Non-Citi

Buttons: Done | Split WP | Cancel | Hold | Route

Connected to: NNM1R
Version: 3.08.12    5/4/2009

FEMA159-000070

Certified to be True Copy of the Original



FEMA159-000071

**NEMIS Human Services**

Disaster: 1603 - Louisiana Hurricane  Process: Applicant Update  Subqueue:  Completed: 1  Queue Size: N/A

Rqsn ID: [redacted]  MS EARLINE CASTANEL  SSN: [redacted]  Current: (504) 931-9560  O/R: Own  Dep: 1  HA: CLOSED  OTHER: OPEN  CBRA: No
Co-Reg:  Co-SSN: --  Alternate: (504) 484-1408  IDV: IDV Pass  HH: 1  SBA Home: DECS  Fld Zn: A  SC: No

Tabs: Overview | App Info | Insp Real Prop | Insp Pers Prop/Misc | Insp Summ | Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst

### HA Assistance

| Category | Asst Type | Award Level | Eligibility | Eligibility Amt | Elig Date | Approved | Approved Date | Eligibility Dec T |
|---|---|---|---|---|---|---|---|---|
| Rental Assistance | Initial | First | ERIA - Eligible - I | $578.00 | 09/05/2005 | Yes | 09/05/2005 | Auto |
| EA - Housing Assistance | Initial | First | EAH - Eligible - E | $2,000.00 | 09/09/2005 | Yes | 09/09/2005 | Auto |
| Rental Assistance | Initial | First | ER - Eligible - Re | $2,358.00 | 10/01/2005 | Yes | 10/01/2005 | Auto |
| Home Repair | Initial | First | EHRZ - Eligible - | $5,200.00 | 12/27/2005 | Yes | 12/27/2005 | Auto |

Total: $10,136.00

### Verification Requirements

| Verification Requirement | Requirement Status | Verification Status |
|---|---|---|
| Application Signature (90-69 A, B, or C) | Applicable | Verified |
| Homeowner's Insurance | Applicable | Verified |
| Lawful Residency (90-69D or E) | Applicable | Verified |
| Occupancy | Applicable | Verified |

### IH Summary

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt: | $0.00 | $10,136.00 | $10,136.00 |
| Total OTH Amt: | $0.00 | $6,606.11 | $6,606.11 |
| FIP Paid: | $0.00 | $600.00 | $600.00 |
| Total Awards: | $0.00 | $17,342.11 | $17,342.11 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $17,342.11 | $17,342.11 |
| Under IH Max: | | | $8,897.89 |
| At SBA Decline Max: | | | $5,200.00 |

### HA Letters

| Summary Code | Program | Generated Date | Printed Date | Mailed |
|---|---|---|---|---|
| RELONOTC, SEAL | HA | 11/21/2007 16:01:48 | 11/22/2007 07:47:27 | 11/22/2007 07 |
| NOI | HA | 5/12/2007 13:04:09 | 5/12/2007 16:26:54 | 5/12/2007 16: |
| PRGEXTDIR, SEAL | HA | 2/7/2007 22:10:50 | 2/8/2007 20:32:49 | 2/8/2007 20:3 |

FEMA159-000074

Certified to be True Copy of the Original

Certified to be True Copy of the Original



FEMA159-000076

**NEMIS Human Services**

Disaster: 1603 - Louisiana Hurricane   Process: Applicant Update   Subqueue:   Completed: 1   Queue Size: N/A

Rgsn ID: ███ MS EARLINE CASTANEL   SSN: ███   Current: (504) 931-9560 O/R: Own   Dep: 1   HA: CLOSED   OTHER: OPEN   CBRA: No
Co-Reg:   Co-SSN: --   Alternate: (504) 484-1408 IDV: IDV Pass   HH: 1   SBA Home: DECS   Fld Zn: A   SC: No

Tabs: Overview | App Info | Insp Real Prop | Insp Pers Prop/Misc | Insp Summ | Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst

**Other Assistance**

| Category | Asst Type | Award Level | Eligibility | Ellg Date | Amount | Adj Amt | Approved | Approved Date | Disbursed Date |
|---|---|---|---|---|---|---|---|---|---|
| Moving/Storage | Initial | | PND - Pending | 00/00/0000 | $.00 | | | 00/00/0000 | 00/00/0000 |
| Personal Property | Initial | First | EPPZ - Eligible | 12/27/2005 | $6,606.11 | $6,606.11 | Yes | 12/27/2005 | 00/00/0000 |

Total: $6,606.11   $6,606.11

**Verification Requirements**

| Verification Requirement | Requirement Status | Verification Status |
|---|---|---|
| Application Signature (90-69 A, B, or C) | Applicable | Verified |
| Flood Structure/Contents Insurance | Applicable | Pending Request |
| Lawful Residency (90-69D or E) | Applicable | Verified |
| Moving and Storage Statement | Applicable | Pending Request |

**IH Summary**

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt: | $0.00 | $10,136.00 | $10,136.00 |
| Total OTH Amt: | $0.00 | $6,606.11 | $6,606.11 |
| FIP Paid: | $0.00 | $600.00 | $600.00 |
| Total Awards: | $0.00 | $17,342.11 | $17,342.11 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $17,342.11 | $17,342.11 |
| Under IH Max: | | | $8,857.89 |
| At SBA Decline Max: | | | $5,200.00 |

**HA Letters**

| Summary Code | Program | Generated Date | Printed Date | Mailed |
|---|---|---|---|---|
| RELONOTC,SEAL | HA | 11/21/2007 16:01:48 | 11/22/2007 07:47:27 | 11/22/2007 07: |
| NOI | HA | 5/12/2007 13:04:09 | 5/12/2007 16:26:54 | 5/12/2007 16: |

Connected to: NNM1R   Version: 3.08.12   5/4/2009 11:22 AM

Certified to be True Copy of the Original



Certified to be True Copy of the Original

FEMA159-000078

Certified to be True Copy of the Original

## NEMIS Human Services

| Field | Value |
|---|---|
| Disaster | 1603 - Louisiana Hurricane |
| Process | Applicant Update |
| Subqueue | |
| Completed | 1 |
| Queue Size | N/A |
| Rgsn ID | MS EARLINE CASTANEL |
| SSN | |
| Current | (504) 931-9560 |
| O/R | Own |
| Dep | 1 |
| HA | CLOSED |
| OTHER | OPEN |
| CBRA | No |
| Co-Reg | |
| Co-SSN | - - |
| Alternate | (504) 484-1408 |
| IDV | IDV Pass |
| HH | 1 |
| SBA Home | DECS |
| Fld Zn | A |
| SC | No |

Tabs: Insurance | HA | Other Asst | Overview | App Info | **Insp Real Prop** | Insp Pers Prop/Misc | Insp Summ | Info Control | Correspondence | Comment | Special

### Inspection and RP Summary

Buttons: Category Summary | Sort | Add | Edit | Select Items

| Item # | Item Name | Inspn | Dmg Type | Elig Dmg | Catgry | Unit $ | UOM | Max | Obs | HA Qty | HA Award | Award Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

No Rows Retrieved

Itemized Award Total: $0.00

### Inspection Overview

| Inspn | High Water | Water |
|---|---|---|
| Initial | | |

### Real Property Summary

| Award Type | Working $ | Approved $ |
|---|---|---|
| HA RP Totals: | $0.00 | $0.00 |

### IH Summary

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt: | $0.00 | $10,136.00 | $10,136.00 |
| Total OTH Amt: | $0.00 | $6,606.11 | $6,606.11 |
| FIP Paid: | $0.00 | $600.00 | $600.00 |
| Total Awards: | $0.00 | $17,342.11 | $17,342.11 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $17,342.11 | $17,342.11 |
| Under IH Max: | | | $8,857.89 |
| At SBA Decline Max: | | | $5,200.00 |

Buttons: Done | Split WP | Cancel | Hold | Route

Connected to: NNM1R    Version: 3.08.12    5/4/2009 11:22 AM

FEMA159-000079

**NEMIS Human Services**

Disaster: 1603 - Louisiana Hurricane | Process: Applicant Update | Subqueue: | Completed: 1 / Queue Size: N/A

Rgsn ID: [redacted] MS EARLINE CASTANEL   SSN: [redacted]   Current: (504) 931-9560 O/R: Own   Dep: 1   HA: CLOSED   OTHER: OPEN   CBRA: No
Co-Reg:   Co-SSN: - -   Alternate: (504) 484-1408   IDV: IDV Pass   HH: 1   SBA Home: DECS   Fld Zn: A   SC: No

Tabs: Insurance | HA | Other Asst | Overview | App Info | Insp Real Prop | **Insp Pers Prop/Misc** | Insp Summ | Info Control | Correspondence | Comment | Special

### Inspection PP and Misc Summary

Location | Sort | Add | Edit | Select Items

Type: Appliances/Mechanical Devices

| Item Id | Item Name | Degree | Dmg Type | Inspection | Insured | Unit $ | Max | Obs | Qty | $ | Award Level |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Itemized Award Total: $0.00

**Inspection Overview**

| Inspn | High Water |
|---|---|
| Initial | |

**Personal Property and Misc Summary**

| Award Type | Level | Working $ | Approved $ |
|---|---|---|---|
| Appliance Total: | | $0.00 | $0.00 |
| Clothing Total: | | $0.00 | $0.00 |
| Room Total: | | $0.00 | $0.00 |

**IH Summary**

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt: | $0.00 | $10,136.00 | $10,136.00 |
| Total OTH Amt: | $0.00 | $6,606.11 | $6,606.11 |
| FIP Paid: | $0.00 | $600.00 | $600.00 |
| Total Awards: | $0.00 | $17,342.11 | $17,342.11 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $17,342.11 | $17,342.11 |
| Under IH Max: | | | $8,857.89 |
| At SBA Decline Max: | | | $5,200.00 |

Buttons: Done | Split WP | Cancel | Hold | Route

Connected to: NNM1R    Version: 3.08.12    5/4/2009

Certified to be True Copy of the Original

FEMA159-000080

## NEMIS Human Services

**Disaster:** 1603 - Louisiana Hurricane  **Process:** Applicant Update  **Subqueue:**  **Completed:** 1  **Queue Size:** N/A

**Rgsn ID:** [redacted]  MS EARLINE CASTANEL  **SSN:** [redacted]  **Current:** (504) 931-9560  **O/R:** Own  **Dep:** 1  **HA:** CLOSED  **OTHER:** OPEN  **CBRA:** No
**Co-Reg:**  **Co-SSN:** - -  **Alternate:** (504) 484-1408  **IDV:** IDV Pass  **HH:** 1  **SBA Home:** DECS  **Fld Zn:** A  **SC:** No

Insurance | HA | Other Asst
Overview | App Info | Insp Real Prop | **Insp Pers Prop/Misc** | Insp Summ | Info Control | Correspondence | Comment | Special

### Inspection PP and Misc Summary
Location | Sort | Add | Edit | Select Items

**Type:** Appliances/Mechanical Devices

| Item Id | Item Name | Degree | Dmg Type | Inspection | Insured | Unit $ | Max | Obs | Qty | $ | Award Level |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Itemized Award Total:** $0.00

### Inspection Overview

| | Inspn | High Water |
|---|---|---|
| Initial | | |

**ET Total:** $0.00  $0.00
**Misc Total:** $0.00  $0.00

### IH Summary

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt: | $0.00 | $10,136.00 | $10,136.00 |
| Total OTH Amt: | $0.00 | $6,606.11 | $6,606.11 |
| FIP Paid: | $0.00 | $600.00 | $600.00 |
| Total Awards: | $0.00 | $17,342.11 | $17,342.11 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $17,342.11 | $17,342.11 |
| Under IH Max: | | | $8,857.89 |
| At SBA Decline Max: | | | $5,200.00 |

Done | Split WP | Cancel | Hold | Route

Connected to: NNM1R

Version: 3.08.12    5/4/2009 11:22 AM

Certified to be True Copy of the Original