UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Earline Castanel, et al. v. Recreation by Design, LLC, et al.*<br>No. 09-3251 (E.D. La.) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEPOSITION

**TO:**  Plaintiff, Earline Castanel,
Through her counsel of record,
Gerald E. Meunier, individually
and as a member of Plaintiff's
Liaison Counsel and
Plaintiffs' Liaison Counsel
Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Center
1100 Poydras Street
New Orleans, LA 70163

Recreation By Design, LLC,
Through its counsel of record,
Lyon H. Garrison
Randall C. Mulcahy
Scott P. Yount
Kelly M. Morton
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

**PLEASE TAKE NOTICE** that defendant, Shaw Environmental, Inc., through undersigned counsel, will take the deposition, pursuant to the Federal Rules of Civil Procedure, of **Paul Hewett, Ph.D.,** on **Thursday, March 4, 2010,** commencing at **9:00 a.m.,** at the offices



EXHIBIT A

of **Lambert and Nelson, 701 Magazine Street, New Orleans, Louisiana, 70130,** before a Notary Public or some other person duly authorized by law to administer oaths. Deponent will be required to produce at the time of the deposition items identified in attached Exhibit "A."

The deposition will be taken for all purposes under the Federal Rules of Civil Procedure and will continue thereafter from day-to-day as the taking of the deposition may be adjourned. The deposition will be stenographically recorded and may be preserved via video recording. You are invited to attend and take part as you deem advisable.

        Respectfully submitted,

        **BAKER DONELSON BEARMAN
        CALDWELL & BERKOWITZ, PC**

        /s/ M. David Kurtz
        M. DAVID KURTZ (#23821)
        KAREN KALER WHITFIELD (#19350)
        CATHERINE N. THIGPEN (#30001)
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-5200
        Facsimile: (504) 636-4000

        **ATTORNEYS FOR DEFENDANT,
        SHAW ENVIRONMENTAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 23, 2010, a copy of the above and foregoing Notice of Deposition was served on the following via electronic mail:

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Gainsburgh, Benjamin, David, Meunier
   & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
*Attorneys for Earline Castanel*
*Plaintiffs' Liaison Counsel*

Linda J. Nelson, Esq.
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130-3629
*Plaintiffs' Steering Committee*

Lyon H. Garrison, Esq.
Randall C. Mulcahy, Esq.
Scott P. Yount, Esq.
Kelly M. Morton, Esq.
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112
*Attorneys for Recreation By Design, LLC*

Henry T. Miller, Esq.
Adam Dinnell, Esq.
Michele Greif, Esq.
U.S. Department of Justice
Civil Division
1331 Pennsylvania Ave., NW
Room 8220-N
Washington, D.C. 20004
*Attorneys for the United States of America*

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister &
   Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
*Defendants' Liaison Counsel*

   /s/ M. David Kurtz

## Exhibit "A"

1. A list of any and all objects, including travel trailer homes that are the subject of this litigation, exemplar homes, or components, parts and items related thereto, which you have inspected, viewed, photographed, tested or analyzed in connection with this litigation.

2. Any and all test data, test documents, test papers, photographs, filings, videotapes, memoranda or other writings prepared by you pursuant to your employment in this case.

3. All photographs and videotapes viewed and/or taken by or for you in connection with this case.

4. Copies of all statements, written or recorded, which you have examined in connection with this case.

5. All standards published by any governmental body or agency or those of any other recognized authority used or referred to by you in formulating your opinions in connection with this case.

6. A list of all articles, seminar materials or other writings authored or co-authored by you, giving the name of the article, the date and the name of the publication in which each appeared.

7. A list of all speeches given by you.

8. Copies of any published articles or others on which you have relied in formulating your opinions in this case.

9. A list of all cases in which you have provided to the court or to counsel an expert disclosure or expert report, or in which you have given a deposition or testified in court, identifying each case by jurisdiction in which filed, case number, and identifying the party and attorney for whom you acted as an expert witness.

10. Copies of any reports, and drafts thereof, prepared by you in connection with the present lawsuit.

11. Any memoranda, notes, graphs, charts, illustrations or plans prepared by you in connection with this matter.

12. Any government publications that you have examined in formulating your opinion in connection with this case.

13. Office records indicating time spent on your undertaking and hourly charges therefore in connection with this case.

14. Reports of other experts which you have read in formulating any opinions in connection with this case.

15. Any published monographs, treatises, manuals, textbooks, or other documents used as a reference by you in connection with this case.

16. A copy of the correspondence exchanged between you and the plaintiff, and/or any representative of the plaintiff, including counsel in this case.

17. Copies of any correspondence written by you or received from others with whom you have consulted in connection with this case.

18. Any memoranda you reviewed which was prepared by the attorney engaging you and/or an investigator, paralegal or adjuster in connection with this case.

19. A statement of the amount of money you have grossed on litigation matters, either yourself or from any company in which you are a principal.

20. A list of cases in which you have been deposed and/or given trial testimony for the past five years.

21. A copy of your resume and/or curriculum vitae.

22. Copies of material you have provided to Plaintiff's attorney regarding your opinions in this case.

23. Copies of any data, records, profiles, plaintiff fact sheets, or any other information you received relative to any class representative, purported class representative, any plaintiff, purported plaintiff or potential member of the class in this action.

24. Any and all copies of medical, scientific, or technical studies (whether animal or human studies), journals, articles, or reports regarding symptoms and physical or mental conditions which are allegedly associated with exposure to formaldehyde which you have reviewed in formulating your opinions in this case.

25. Any and all copies of medical, scientific, or technical studies, articles, or reports relating to indoor air quality of THUs, including, but not limited to, the presence of formaldehyde, potential toxins, and/or volatile organic compounds which you have reviewed in formulating your opinions in this case.

26. Any and all copies of medical, scientific, or technical studies, articles, or reports relating to indoor air quality of site built housing or commercial buildings, including, but not limited to, the presence of formaldehyde, potential toxins, and/or volatile organic compounds which you have reviewed in formulating your opinions in this case.

27. All documents, supporting data and electronically stored information relating to any testing or statistical sampling of the THUs which are the subject of this action that were done by any plaintiff, any government agency, health agency, consumer group, other expert witness for the plaintiffs, or other person or entity which you have reviewed in formulating your opinions in this case.

28. All documents, electronically stored information, scientific, or technical studies, journals, articles, or reports relating to testing of exemplar manufactured housing, travel trailers or park models that was performed by any of the parties, any government agency, health agency, consumer group, other expert witness for the plaintiff in this action, or other person or entity which you have reviewed in formulating your opinions in this case.

29. All documents, electronically stored information, scientific or technical studies, journals or articles relating to the proper scientific methods for measuring any individual plaintiff's level of exposure to formaldehyde or any other toxins or volatile organic compound in any THU which you have reviewed in formulating your opinions in this case.

30. Any other document or writing of any kind or description which you have referred to in your report or viewed in formulating your opinions in connection with this case.

31. Your entire file with regard to this case, whether kept in hard-copy or computer form, including, but not limited to: all notes, reports, correspondence, test protocol, test results, standards, regulations, photographs, videotaped diagrams, computer modeling or computer programs, materials received from plaintiff or plaintiff's counsel or from any source which is related to this matter.