# Randy Mulcahy

**From:** Lisa Bradle [lbradle@psrdocs.com]
**Sent:** Monday, March 15, 2010 9:25 AM
**To:** Lisa Bradle
**Subject:** Deposition of Paul Hewett taken 3/4/10
**Attachments:** hewettpaul030410.ptx; HewettPaul030410.txt

Thanks,
Lisa Bradle
Professional Shorthand Reporters, Inc.
Ph: 504.529.5255
Fax: 504.529.5257
www.psrdocs.com
Offices in New Orleans, Baton Rouge & Shreveport


_____   Information from ESET NOD32 Antivirus, version of virus signature database 4946 (20100315) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com



EXHIBIT B

1