1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

EARLINE CASTANEL, et al.,    ) MDI No. 1873
                             ) Section "N" (5)
        Plaintiff,

v.

RECREATION BY DESIGN, LLC.,
AND SHAW ENVIRONMENTAL, INC.,

        Defendants.

Deposition of

   MICHAEL GINEVAN, PH.D.,

a Witness, taken by the Plaintiff, pursuant to

Notice and agreement of the parties, at 9:00 a.m.,

on Tuesday, April 13th, 2010, at Executive Court

Reporters, Inc., 1320 Fenwick Lane, Suite 100,

Silver Spring, Maryland  20910, when were present on

behalf of the respective parties:

APPEARANCES:

On behalf of the Plaintiff:

T. CHRISTOPHER PINEDO, ESQ.
4550 Jerico Road
Corpus Christi, Texas  78413
361-244-2278
cpinedo@cpinedolaw.com

**EXECUTIVE COURT REPORTERS, INC.**
**(301) 565-0064**


EXHIBIT C

8

```
 1    which is your List of Testimony?
 2         A    Yes, I have that.
 3                   (Deposition Exhibit No. 3 was
 4                   marked for identification.)
 5              BY MR. PINEDO:
 6         Q    I last deposed you on November 4th, 2009, in
 7    a case styled Dubucult v. Fleetwood.  Do you recollect
 8    that?
 9         A    Yes, I do.
10         Q    And have you given any depositions since
11    November 4th, 2009?
12         A    No, I haven't.
13         Q    Have you given any trial testimony since
14    November 4th, 2009?
15         A    No.
16         Q    And your report in this case that we've
17    marked as Exhibit No. 2, does it set forth your
18    opinions in this case?
19         A    In large part, yes.
20         Q    And what are you qualifying?
21         A    Well, I did one small two-page addendum and
22    really it occurred to me this weekend, but I brought a
```

9

1    copy with me and so there's -- there's a small amount
2    of additional work product.
3        Q    Okay.
4             MR. PINEDO:  Mr. Yount, how would I get a
5    copy of that addendum?
6             MR. YOUNT:  I got one here.  You got an e-
7    mail?
8             MR. PINEDO:  Yes, I do.  My -- if we want to
9    take a break at this stage and have it e-mailed over to
10   me, have it scanned in.
11            Ms. Court Reporter, do you have the
12   capability to scan something in and have it e-mailed to
13   me?
14            MR. YOUNT:  I think I have it electronically.
15            MR. PINEDO:  Oh, okay.  It's c -- this does
16   not need to be on the record.
17            (Off the record.)
18            BY MR. PINEDO:
19       Q    Dr. Ginevan, you have testified that you
20   prepared a supplement to your report that's been marked
21   as Exhibit 2?
22       A    Well, it hasn't -- the supplement hasn't been

10

```
 1    marked as anything at this point, but --
 2        Q    I'm talking about a supplement to your report
 3    and your report has been --
 4        A    Yes.
 5        Q    -- previously marked as Exhibit 2.
 6        A    Okay.  Yes, that is -- that is correct.
 7        Q    I'd like to ask you to hand a copy of your
 8    supplement to the court reporter and we're going to
 9    mark that as Exhibit 4 and I'll ask her to let me know
10    when she's completed that.
11                    (Deposition Exhibit No. 4 was
12                    marked for identification.)
13             COURT REPORTER:  That's complete.
14             BY MR. PINEDO:
15        Q    And, sir, I am going to receive a copy of
16    your supplement here shortly, but what's the general
17    nature of your supplement?
18        A    Well, I was reviewing everything for the
19    deposition and it occurred to me that Dr. Hewitt's
20    analysis of the unoccupied trailers might have been
21    really due to the fact that there's a pretty large
22    difference between the measurements taken by Devany,
```

1   et. al., and the measurements taken by Boston Chemical
2   and -- and Beau Scott, and so I thought to myself,
3   well, I wonder if I could look at the overall
4   regression and then regressions and these are the
5   concentration decline regressions that are in the
6   second part of Hewitt's report and I was able to
7   recreate Hewitt's decline analysis for the unoccupied
8   trailers and, you know, I have essentially, you know,
9   identical results and then I split the trailers into
10  those that were measured by Devany and those that were
11  measured by Scott and Boston Chemical.
12          And the R-squared in the overall analysis was
13  about .575. So it explained over half the variability
14  in the formaldehyde data and when I split it between
15  Devany and Boston Chemical and W.D. Scott, the R-
16  squareds were .028 and .008. So, essentially, we went
17  from explaining almost no variability -- excuse me --
18  from over half of the variability to explaining almost
19  no variability and so the conclusion that I draw from
20  this is that really if you look at the unoccupied
21  trailers and you realize that there is this substantial
22  difference between Devany and Boston Chemical and W.D.

12

1   Scott, there's really no evidence of decline even in
2   the unoccupied trailers for Recreation by Design units.
3   That's -- that's the essence of my conclusion.
4        Q    Well, the essence of your conclusion is that
5   outside of the Devany data, the statistical model
6   doesn't show a lot of variation, is that fair to say?
7        A    The statistical model doesn't show a decline
8   in formaldehyde levels with time.
9        Q    But the Devany data does show that?
10       A    No, it does not.  It's -- that's the -- R-
11  squared is .0278.  That's about -- that's a little less
12  than three percent of the variability explained by the
13  model and that's, you know, with all due respect to Dr.
14  Hewitt, a terrible explanatory model.
15            I mean, you -- if you can't -- if you can't
16  get above 10 percent or even 20 percent, there's really
17  no point in modeling at all.  So my --
18       Q    What -- I'm trying to understand what you did
19  in this analysis.  You're telling me that you took the
20  datasets of unoccupied data --
21       A    Yeah.
22       Q    -- and you did a regression analysis on each

13

```
 1   dataset separately?
 2        A    The Devany data and on the combined Boston
 3   Chemical and W.D. Scott data and when I did this, --
 4        Q    Are you saying you got a separate R-squared
 5   for each dataset?
 6        A    A separate R-squared for Devany and for the
 7   combined Boston Chemical and W.D. Scott data.
 8        Q    Okay.  Well, I now have Exhibit 4.  I'm going
 9   to print it out.
10             And what was the process you used to do this
11   analysis?  Did you re-enter each data point?
12        A    No.  There was a spreadsheet that was
13   provided, I believe by Dr. Hewitt, and the title of the
14   actual spreadsheet file is -- is in my report.  I could
15   read it to you over the phone, but if you have the
16   report, it's the next-to-last line in the second
17   paragraph and it's -- it's kind of a mouthful, but the
18   -- but the full name of the file that I extracted the
19   data from is -- is given in the report.
20        Q    That's Combined Database
21   2010012RBDTestHewitt002995.xls?
22        A    That's correct.
```

14

1    Q    You state in this supplement, Exhibit 4, "If
2    the Devany units were newer than the other units when
3    tested, this might explain the large R-squared value
4    for the RBD unit."  RBD stands for Recreation by
5    Design?
6    A    That's correct.
7    Q    Okay.  And do you know if that, indeed,
8    existed, if the Devany units were newer than the other
9    units?
10   A    Yes, because in Table 4, I present the age in
11   years of the units and Boston Chemical and W.D. Scott
12   were both about 3.9 years old and the Devany units were
13   on average about 2.6 years old.  So they're more than a
14   year newer on average.
15   Q    And that would be consistent with the newer
16   vehicles having a higher formaldehyde level, wouldn't
17   it?
18   A    Well, Devany's data, and I've looked at a
19   great number of Devany datasets at this point, tends to
20   be very much higher than all the other measurements and
21   I do not think it has to do with the age of her units.
22        The other thing I would point out is that the

```
 1    averages are different but the ranges are pretty
 2    substantial.  I mean, you've got 3.6 to 4.1 years for
 3    Boston Chemical, 2.89 to 4.84 years for Scott, and then
 4    for Devany we have 2.26 and 3.84, but on average the
 5    Devany units are newer and they have markedly higher
 6    concentrations, and I don't believe -- I think it has
 7    to do with how Devany made her measurements, not how
 8    old the trailers were.
 9         Q    Yeah.  You weren't able to do any test to
10    affirmatively determine that it was due to the way the
11    measurements were done or the manner in which the
12    measurements were done as opposed to Trailer H, were
13    you?
14         A    Well, I was not able to do any direct
15    measurements, no.
16         Q    That wasn't my question, sir.  You have
17    previously testified that the Devany data were higher
18    than the other measurements.  For example, --
19         A    Right.
20         Q    -- if we talk about the Boston Chemical or
21    the W.D. Scott measurements, --
22         A    Right.
```

1      Q    -- the subject of your supplemental analysis
2    in Exhibit 4, my question to you is, you were not able
3    to rule out that what was observed here with these
4    higher formaldehyde measurements was due to the younger
5    age, the newer age of the trailers in the Devany set as
6    opposed to the manner in which the tests were
7    conducted?
8      A    Well, I -- I believe that I have a fairly
9    good basis for saying that's not the case because if I
10   look at the difference in concentration versus age in
11   the Devany data, I get an R-squared of .0278 and that
12   means that there's basically no evidence for an
13   association between age of trailer and formaldehyde
14   level in the Devany data.
15          I get an even smaller R-squared when I go to
16   the Boston Chemical and W.D. Scott data.  So there's no
17   evidence for any association between age of the trailer
18   formaldehyde levels in those data and it's only when
19   you put the two halves of the data together, if you
20   will, that you get this dramatic increase in R-squared.
21          So basically, what we're saying is that it's
22   a contrast between Devany and the other data rather

17

1   than any systematic association of trailer age with
2   formaldehyde level and that's really the thrust of my
3   analysis, that Hewitt was analyzing what are
4   essentially bimodal data, and if you look at either
5   piece of the data, there's no evidence for association.
6   　　　You put them together and you say, oh, look,
7   I found an association, but there's this huge
8   difference between the Devany data measurements for
9   formaldehyde and the other measurements for
10  formaldehyde in unoccupied trailers and I would argue
11  that Hewitt's analysis is simply a contrast between the
12  Devany data and the other data in the unoccupied
13  trailers, and if you -- if you look within the groups,
14  you would expect to, if the relationship were real, see
15  the same relationship and you absolutely do not.
16  　　　Q   Well, let's see if I follow you here.  When I
17  look at Table 3, the Linear Regression of Unoccupied
18  Trailers, Other than Devany Occupied Trailers, 43
19  Observations, --
20  　　　A   Mm-hmm.
21  　　　Q   -- what you've done is you've added Boston
22  Chemical and W.D. Scott together, --

18

```
 1         A    That's correct.
 2         Q    -- is that correct?  I'm sorry.  If there was
 3    an answer, I missed it.
 4         A    Yes, that -- I mean, I've combined -- I've
 5    combined the two data sources, Scott and Boston
 6    Chemical, yes.
 7         Q    And you're saying the R-squared you got when
 8    you did that was .008?
 9         A    Yes.
10         Q    And the R-squared for the Devany data alone
11    is .0278, is that correct?
12         A    Yes.
13         Q    And R-squared for all the data combined is
14    .5749, is that correct?
15         A    That is correct.
16         Q    But still the summary is, you would agree
17    with me, that overall the Devany data is newer
18    vehicles, is comprised of newer vehicles?
19         A    On average, yes.
20         Q    The average is 2.58 years in the Devany
21    dataset?
22         A    Yes.
```

19

```
 1        Q    And when we look at Dr. Hewitt's mean value
 2   -- let me start over here.  These -- these numbers that
 3   you're using here for the N, are those for the RBD
 4   combined units or is that RBD Morgan units?
 5        A    These, I believe, are for the RBD combined
 6   units because it's -- yes, because it's a 100 --
 7   there's a 103 observations.  It's essentially all of
 8   the unoccupied travel trailers from RBD.
 9        Q    Well, I'm looking at Table 5 of Dr. Hewitt
10   and he has --
11        A    Excuse me.  I need to get his report out.
12   Okay.  Table 5.  Yes, got it.
13        Q    Okay.  Again, Boston Chemical's data that N
14   equals 9 and that's the same as you have, but then
15   again the Devany Industrial Consultants, the N equals
16   61 and you have an N of 60.  What's the difference
17   between your dataset and his dataset?
18        A    There -- there isn't one because one of the
19   Devany units did not have, I believe, a date of
20   manufacture and so you couldn't use it in the decline
21   analysis and Dr. Hewitt didn't use it either.
22        Q    Okay.  Is there a different table that I
```

20

1   should be looking at that would have consistent numbers
2   for the N?
3       A   Yeah. Let's see. It's -- it's in the --
4   it's much later in the report. I have to find that.
5   Okay. Table -- unoccupied. Okay. It's Table 2 on --
6   on Page 51 because there are basically two halves to
7   his report.
8           It's Table 2 on Page 51 and the Recreation by
9   Design analysis is down on the bottom of that table.
10      Q   Right. There's a 103 and a 101.
11      A   Okay. And that is because he did another
12  analysis with temperature and relative humidity and
13  there were two cases, I gather, where he didn't have
14  temperature and relative humidity data.
15      Q   So this is going to be the same as Table 5,
16  other than two cases dropped out?
17      A   Well, this -- it's -- yes, it's the same
18  information. That's correct.
19      Q   Okay. So what we have here is that the
20  average age for the Devany trailers is 2.58 years and
21  the average formaldehyde level in those trailers is
22  0.557 parts per million, is that right?

21

1  A  Well, let me look. I think you switched
2  tables on me again. Hang on. Okay. Okay. Devany is
3  0.557, if you're in Table 5 on Page 20, yes.
4  Q  And then look at Boston Chemical's data. The
5  average formaldehyde level for those travel trailers
6  that he measured was 0.174 parts per million, is that
7  right?
8  A  That's correct.
9  Q  And then the average for the W.D. Scott
10 measurement, the formaldehyde level in the Recreation
11 by Design travel trailers, was 0.127 parts per million?
12 A  Yes.
13 Q  And the W.D. Scott measurements were from
14 trailers that were a year, at least a year older than
15 the Devany measurements, correct?
16 A  Well, on average, yes. There's a good deal
17 of overlap in the trailer age, but on average, yes.
18 Q  And likewise, the Boston Chemical data was
19 almost a year and a half older on average than the
20 Devany trailers that were measured, is that correct?
21 A  Well, 1.3 years is probably closer, but, --
22 Q  Okay.

1       A     -- yeah, the Boston Chemical's certainly was,
2    yes.
3       Q     I'm sorry.  We were talking over each other.
4    I'm sorry, sir.  I couldn't see you.
5             But let me ask you a different question.  On
6    average, the travel trailers that were measured in the
7    Boston Chemical dataset were 1.3 years older on average
8    than those measured by Mary Devany in her dataset for
9    these unoccupied Recreation by Design trailers, is that
10   correct?
11      A     Yes, that's correct.
12      Q     So as I understand, Exhibit 4, your
13   supplemental report, this is your own analysis, this is
14   not something the attorneys for Recreation by Design
15   asked for?
16      A     That's correct.
17      Q     Did you discuss it with them prior to doing
18   it?
19      A     No, I did not.
20      Q     Did you attempt to slice the data another way
21   and came up with different conclusions but these are
22   the only ones that you reduced to writing?

23

```
 1      A    No.
 2      Q    So there isn't any supplemental analysis that
 3   you did, reported or unreported, on any other aspect of
 4   Dr. Hewitt's data in his report, other than what we
 5   have here in Exhibit No. 4?
 6      A    That's correct.
 7      Q    With respect to getting ready for today's
 8   deposition, what did you do to prepare for today's
 9   deposition?
10      A    What did I -- well, basically went back and
11   reviewed my report, reviewed a lot of the background
12   material in my Reliance File, went through and made
13   sure that I had all the documents that I was supposed
14   to bring to the deposition, you know, just basically
15   review and, as I say, making sure that the material
16   that I'm supposed to have available is available.
17      Q    Did you happen to read the deposition you
18   gave on November 4th, 2009, in the case called Dubucult
19   before coming to today's deposition?
20      A    I did not reread it in toto, no.
21      Q    Did you read -- reread some of it?
22      A    I looked at it.  I -- I couldn't tell you off
```

32

1      A     Well, and -- and Andy Weinstock, as well,
2  yes.
3      Q     Okay.  What's the first entry you have on
4  your invoices here that we have marked as Exhibit 5?
5      A     Basically, that I was reviewing the initial
6  documents and talking with the attorneys.
7      Q     And what -- how is the entry worded?
8      A     These hours represent -- well, I mean, I -- I
9  don't -- I do not do itemized invoices typically, but
10  what -- what it says is that "the hours represent
11  initial discussions with yourself" and this is -- this
12  is Randy, "plus work to identify formaldehyde
13  measurements for Recreation by Design trailers and
14  calculation of statistical summaries for the
15  measurements identified" and that was simply for the
16  purpose of verifying Hewitt's calculations.
17      Q     Okay.  You read Dr. Hewitt's report in this
18  case, is that right?
19      A     Yes.
20      Q     As I understand it, your role that you were
21  asked to fill in this case, you were to critique the
22  analysis of the Plaintiff's experts as they were

33

```
 1    related to statistical work that was done with regard
 2    to formaldehyde levels, is that right?
 3         A    Yes, that's correct.
 4         Q    You were not asked to do any of your own
 5    calculations as to summaries or averages in these
 6    travel trailers, were you?
 7         A    No.
 8         Q    You were not asked to do it and you didn't do
 9    it either, did you?
10         A    Well, I -- the only calculations I did were
11    to verify that the numbers were -- in Hewitt's report
12    were consistent with our understanding of the data and
13    that was totally uneventful.  I could reproduce
14    Hewitt's numbers exactly.
15         Q    You were not asked to nor did you try to
16    arrive at average level of formaldehyde that Earline
17    Castanel was exposed to while she lived in this
18    trailer, correct?
19         A    No, I was not asked -- I was not asked to do
20    an exposure assessment, no.
21         Q    You weren't asked to do it and you didn't do
22    it, is that correct?
```