# Transcript of the Testimony of
# Earline Castanel

## Date taken: December 2, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**Note**

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:     504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT A

**Page 25**

1  came back to New Orleans?
2      A. No, nowhere else.
3      Q. Did you request that FEMA provide you
4  with the travel trailer?
5      A. Well, I asked and I went around and
6  find out and they told me I could get some
7  help. I went to this place it was on Frenchmen
8  where they had this trailer that you go in to
9  ask to get help with the trailer.
10     Q. And you asked for them to provide you
11 with a travel trailer or some emergency
12 housing?
13     A. Some place that I could live in.
14     Q. And did you understand that that
15 travel trailer was for temporary purposes while
16 you repaired your house?
17     A. Yes.
18     Q. I'm sorry, what?
19     A. Yes.
20     Q. From February of 2006 until you moved
21 out of the trailer in March of 2007, did you
22 live in that trailer continuously?
23     A. Yes.
24     Q. You didn't go back to Texas or move
25 anyplace else?

**Page 26**

1      A. No.
2      Q. When you lived in that trailer, did
3  anyone else live in it with you?
4      A. No.
5      Q. When you received that trailer, was
6  it a new trailer or was it a used trailer?
7      A. Well, now, I don't know, I didn't pay
8  attention. I was just glad to get in it.
9      Q. Did it seem to you that it had been
10 used before or did it seem new?
11     A. I don't know, I didn't pay attention
12 to all that.
13     Q. You can never find something when
14 you're looking for it -- here we go. I'm going
15 to hand you a document which is marked Exhibit
16 No. 3 (tenders). And this is a collection of
17 photographs.
18     MR. MILLER:
19         And there are copies coming around,
20 counsel.
21 BY MR. MILLER:
22     Q. If you would look through these very
23 briefly?
24     A. (Views documents.)
25     Q. Have you had a chance to look through

**Page 27**

1  Exhibit No. 3?
2      A. This looks like the same trailer I
3  was in. I didn't see no background like this.
4      Q. They're now in a storage facility.
5      A. Oh, because I know it doesn't have no
6  background that looks like this.
7      Q. How about the inside of the trailer?
8      A. Now, the inside, now, this here, the
9  inside of the trailer was something like this
10 but this part here, the table was round.
11     Q. Okay.
12     A. The table was round. And the part
13 where you come in the door, they had the sofa
14 here (indicating).
15     Q. Was it a slide out unit where the
16 sofa slid out, part of the trailer popped out?
17     A. I don't know, it was narrow, I know
18 that, that's all I know, it was a little narrow
19 spot just that you can walk in and make your
20 little turn and go to the bath, take your bath
21 and the kitchen.
22     Q. It was a small space, wasn't it?
23     A. It was very small. It was set for
24 just one person, ain't no two persons could
25 live up in there, it was too tiny.

**Page 28**

1      Q. Having looked at these photos, the
2  interior of this, does it appear to be similar
3  to the trailer that you lived in?
4      A. All I know, this part here
5  (indicating), the table was round.
6      Q. Okay.
7      A. And this don't look like no round
8  table.
9      MS. GILBREATH:
10         For the record, the picture you're
11 referring to with the square-looking table is
12 FEMA 207-000006.
13     MR. MILLER:
14         Just for the record, I would note
15 that if you look at the picture, you'll see
16 that it's a table where the leafs on the side
17 are folded down and if those leafs would be
18 raised up, it would probably be a round table.
19     THE WITNESS:
20         Oh, well, maybe it's that then.
21 BY MR. MILLER:
22     Q. Okay.
23     A. But I know that it was round when I
24 went in there and it stayed round til I left
25 out.

**Page 29**

1  Q. Got it. Besides the table, does this
2  look similar to the interior of the unit that
3  you had, ma'am?
4  A. This part right here and this the
5  refrigerator, and that was the bathroom right
6  here, and way back up in here was the bedroom.
7  Q. Right. So does it look similar?
8  A. It looks similar right here. But I
9  know one thing, this thing here, this part here
10 where the air condition was, every time you
11 turned around I had to be calling them for
12 that, that thing wouldn't work and water would
13 be leaking down.
14 Q. Okay. And let me ask you about this,
15 this trailer, from the pictures that I've seen,
16 looks very clean. When you left the trailer,
17 did you clean it up before you left?
18 A. Yeah, I didn't leave no mess.
19 Q. No. I agree with you. I mean --
20 A. I swept it, you know.
21 Q. A lot of people didn't do that.
22 A. Well, I swept the trailer and put the
23 sheet on the bed and left it straight. I
24 didn't leave it in no mess.
25 Q. You left it the way they gave it to

**Page 30**

1  you.
2  A. Clean.
3  Q. Now, this trailer during the time
4  period it was provided to you, did FEMA ever
5  charge you any money for rent?
6  A. No.
7  Q. At any point, did the government also
8  provide a contractor who provided maintenance?
9  A. Well, when I call in, I know the man
10 came and fixed the air condition a couple of
11 times.
12 Q. Did they ever charge you for
13 repairing the air conditioner, doing any repair
14 work?
15 A. No.
16 Q. They never charged you for that?
17 A. No.
18 Q. And you understood that when you took
19 this trailer that it was a temporary shelter
20 until you got your home repaired?
21 A. Yes.
22 Q. And as soon as you had your home
23 repaired you moved out of your trailer and back
24 into your house.
25 A. Right.

**Page 31**

1  Q. And your house would be much more
2  comfortable rather than this small confined
3  space?
4  A. Yes.
5  Q. During the entire time you lived in
6  that trailer, was there any other housing
7  option you had available to you, apartment or
8  anything like that?
9  A. No.
10 Q. If you didn't have that trailer,
11 would you have been able to move back here in
12 New Orleans?
13 A. Could I --
14 Q. Without that trailer, could you have
15 come back to New Orleans?
16 A. Well, there was nowhere for me to
17 come unless I go find a little apartment or
18 something.
19 Q. Were there apartments available?
20 A. I don't know. I just went on and see
21 if I could get a trailer.
22 Q. Okay. Now, I want to go through this
23 fact sheet, which is Exhibit No. 2. Okay?
24 Your counsel will direct you to the third page
25 of that document, of Exhibit No. 2. Now, it

**Page 32**

1  indicates here that you had some problems,
2  symptoms or complaints when you were in the
3  trailer. Do you see that? There's a whole
4  bunch of -- on C3, there's a whole bunch of
5  boxes and many of them are checked such as
6  irritation to the eyes, irritation to nasal
7  membrane inside the nose, do you see those?
8  A. You're talking about down here?
9  Q. Yes. Do you see that?
10 A. Yeah.
11 Q. When you were in the trailer, did you
12 suffer irritation to your eyes?
13 A. Well, when I was in the trailer,
14 after I was in there for a while, not too long,
15 then I started having my nose stopped up. It
16 would get so stopped up like I had to go to the
17 door to see if I can catch some air, I couldn't
18 like hardly breathe.
19 Q. So you had breathing problems?
20 A. Yes. My sinus. When I get like that
21 I couldn't, I don't know, I keep going like
22 that (demonstrating), trying to catch my breath
23 because I couldn't breathe through my nose.
24 Q. And this happened soon after you
25 moved into the trailer?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Earline Castanel

**Page 33**

1  A. It was like five weeks or so after I
2  got in there, four or five weeks it started
3  getting like that.
4  Q. And when you went outside of the
5  trailer, did that relieve the symptoms?
6  A. Well, I would stand up by the door
7  until I keep doing that (demonstrating), and
8  then I would get some of that stuff, it's A-Y-R
9  I think it is, and spray in my nose to try to
10 open it up some. And when it opened up a
11 little bit, well, I'd go back in there.
12 Q. So you'd experience this symptom,
13 this difficulty breathing when you were inside
14 the trailer.
15 A. Yeah.
16 Q. And this started happening about five
17 weeks after you moved into the trailer?
18 A. Yeah.
19 Q. And to relieve those symptoms, you
20 would go outside the trailer.
21 A. Yes.
22 Q. And when you went outside the trailer
23 it would get better?
24 A. Not that much.
25 Q. A little bit?

**Page 34**

1  A. Not that much.
2  Q. Okay. Besides this problem with your
3  sinus and breathing problems, did you have any
4  other problems that you attributed to the
5  trailer?
6  A. No, I'd just feel bad sometimes, you
7  know, start feeling bad. I know it wasn't very
8  comfortable, that's for sure.
9  Q. Understood. And what I want to know
10 is, what specific type symptoms were present,
11 how you presented, what was the problem, was it
12 a stomachache, was it headache, was it just
13 general malaise?
14 A. I just would feel bad, I know that.
15 And I'd get that little funny feeling and I
16 would go lay down.
17 Q. Let me ask you, you're 79 years old;
18 is that right?
19 A. Yes.
20 Q. Was the illness that you were
21 experiencing when you were in the trailer
22 different than other illnesses that you were
23 suffering?
24 A. Before I didn't have all that problem
25 with that, you know, getting like -- sometimes

**Page 35**

1  I'd get like nauseated and I just thought it
2  was just one of them things.
3  Q. And that's what I'm trying to get at,
4  was this something different, something unique
5  that you thought was being caused by the
6  trailer?
7  A. I don't know what it was being caused
8  by, I just know I felt it.
9  Q. So let's go through the symptoms you
10 had, sinus problems, breathing problems; is
11 that right?
12 A. Yeah.
13 Q. And those started about five weeks
14 after you moved in?
15 A. Yes.
16 Q. You had some generally just not
17 feeling well.
18 A. Yes.
19 Q. Anything else?
20 A. That's about it I can think about
21 right now.
22 Q. Did you ever suffer any irritation or
23 itching of the skin?
24 A. Yeah. My arm. I have some marks
25 now, you see where it's like dry skin. And you

**Page 36**

1  can see the marks right here (indicating).
2  Q. Did that happen when you were in the
3  trailer?
4  A. When I was in the trailer that
5  happened, you know, I would be like dry, itchy.
6  Q. And when did that first present?
7  A. I don't know. I know it happened
8  while I was in there.
9  Q. Did it happen shortly after you were
10 in there, were you in there a couple of months,
11 how long before you started presenting with dry
12 itchy skin?
13 A. I'd say about three months or
14 something, something like that, I don't know.
15 I can't remember exactly.
16 Q. And I understand, just the best of
17 what your recollection is. Did you have any
18 irritation or swelling of your eyelids or your
19 lips?
20 A. It would get a little puffy, my eye.
21 Q. And that happened when you were in
22 the trailer?
23 A. Yes. And I don't know, I'd get like
24 a dry feeling, you know. Like I said, I would
25 get like a dry feeling. And then I would get

9 (Pages 33 to 36)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Earline Castanel

**Page 37**

1 like itchy. And then I'd look at my arm and it
2 would be kind of a little scaly. And when I'd
3 do like this, you know, dry. You could see all
4 the little spots where it was.
5     Q. And the irritation, swelling of your
6 eyelids or the puffiness that you just
7 described, how long were you in the trailer
8 before you presented with that?
9     A. I would say around the same time I
10 was getting my sinus trouble.
11    Q. So about five weeks?
12    A. About the same time around up in that
13 time.
14    Q. Is that about five weeks? And it's
15 not an exact science, just your best
16 recollection.
17    A. I'll say about five or six weeks,
18 something like that.
19    Q. And I'm sorry, because I have to --
20 we have to be clear on it, so is your best
21 estimate that you started suffering the
22 irritation or swelling of your eyelids --
23    A. Around the same time I started with
24 the sinus thing stopping up and that's when my
25 eyes started puffing and then I started feeling

**Page 38**

1 all this itchy stuff.
2     Q. Okay. And you indicated earlier that
3 your eyes or your sinus was about five weeks
4 after you moved in?
5     A. Yeah.
6     Q. So that would be about five weeks
7 after you started suffering the puffiness and
8 irritation of the eyelids?
9     A. Yeah. About five or six weeks,
10 something like that.
11    Q. Did you ever suffer any headaches
12 that you associated with the trailer?
13    A. Well, I'd get a little headache, my
14 head would hurt like right up in here
15 (indicating).
16    Q. Were those different from headaches
17 that you had prior to moving in the trailer?
18    A. I know they'd hurt me more than when
19 I would have a regular headache.
20    Q. And when did you start having those
21 headaches?
22    A. Around the same time. Everything
23 started around the same time, around 5, 6,
24 6 1/2 weeks, around that time.
25    Q. You also indicate that you suffered

**Page 39**

1 nausea, abdominal pain, diarrhea, did those
2 symptoms start occurring about five or six
3 weeks after you moved into the trailer?
4     A. It was about I would say three
5 months.
6     Q. About three months after you moved
7 in?
8     A. Yeah. That's when I started getting
9 all kind of problems.
10    Q. If we turn to the next page of
11 Exhibit No. 2, Ms. Castanel, there are some
12 other complaints here that are marked at the
13 top of that page. And you see it says
14 tightness of chest, throat irritation,
15 hoarseness, are those symptoms that you also
16 suffered within five or six weeks after you
17 moved into the trailer?
18    A. I wasn't looking at the time, I just
19 know I got them, you know, I had those problems
20 after, but I didn't know exactly what, if it
21 was like two weeks, three weeks, I didn't
22 notice all of that, I just know I had them.
23    Q. And I guess what I'm just trying to
24 do is put the best estimate date that you think
25 it was, was it one month, two months, three

**Page 40**

1 months, four months after moving in? I
2 understand it happened a while ago.
3     A. I don't know exactly when.
4     Q. And I understand that. What's your
5 best estimate of when you started suffering
6 tightness of the chest, throat irritation and
7 hoarseness?
8     A. It was I'd say around the fourth
9 month or something like that, third month,
10 fourth month.
11    Q. Three or four months?
12    A. Yeah.
13    Q. And you also checked that you had an
14 upper respiratory tract infection. Did you
15 have an upper respiratory tract infection that
16 you thought was caused by the trailer?
17    A. I don't know. I had a throat thing
18 and I went to my doctor and he gave me -- put
19 me in front of the heat lamp and looked at my
20 throat, put some medicine in my throat, he
21 packed my nose, he put me in front of the heat
22 lamp, he gave me a shot.
23    Q. So when you marked upper respiratory
24 tract infection, you were talking about that
25 treatment that the doctor provided?

10 (Pages 37 to 40)

**Page 53**

BY MR. MILLER:

Q. When we broke, we were talking about discussions that you had with persons about the complaints or concerns that you experienced when you were in the trailer, and you told me that you talked to a Ms. Robert, to one of your daughters; is that right?

A. To tell them how I feel.

Q. And besides your daughter and Ms. Robert, anyone else who you talked to about the complaints or concerns that you experienced in the trailer?

A. No.

Q. Now, did you tell them that you thought that these things were happening to you after you moved into the trailer?

A. Yeah.

Q. And did you tell them that these were things that you didn't experience before moving into the trailer?

A. Yeah.

Q. What advice did they give you, if any?

A. They didn't really tell me, they just, you know, take your medicine whatever the

**Page 54**

doctor give you and that's what I did, you know.

Q. Anything else other than take your medicine?

A. That's all they said.

Q. I mean, I'm sitting here and I understand that you're complaining to your daughter and to your neighbor that in this trailer, you've moved in, you're having these sinus problems, you're having this itchy skin, you're having these problems that you didn't have before moving in the trailer and all they told you was to take your medicine?

A. Well, when I was feeling like that, like my daughter would be out of town, well, I just went to the doctor and I took the medicine. When she came in town, I told her I had the medicine and I told her what they told me and I took the medicine. And she would tell me: Well, Mama, all you can do is take your medicine. Nothing else she could tell me.

Q. Now, these are symptoms these problems that you're talking about, these were things that you weren't experiencing or presenting with before you moved in the

**Page 55**

trailer?

A. What do you mean?

Q. You didn't have these problems before the trailer?

A. Oh, no, I ain't had all this.

Q. And I just want to make sure it's clear, when you were in Texas, did you have these problems with your sinuses, did you have these problems with the itching, with this bad feeling?

A. No.

Q. Is that no?

A. No, I didn't have that in Texas.

Q. After you moved into the trailer within five or six weeks you started experiencing these problems.

A. Yes.

Q. And when you were talking to Ms. Robert and your daughter you told them that when you moved into the trailer that these things started happening.

A. It was, like I said, three or four weeks, five weeks like that I started feeling that.

Q. And did you tell your daughter and

**Page 56**

your neighbor --

A. Well, I didn't tell them just then.

Q. Did you tell them shortly after that?

A. Yeah, a while after.

Q. Besides Ms. Robert and your daughter, anyone else that you talked about regarding these complaints or concerns with the trailer?

A. I didn't know anyone around there.

Q. How did you learn about this lawsuit, that people were filing suit against the government, manufacturers, government contractors because of the formaldehyde in the trailers?

A. Well, I didn't know about it till I just -- I just hear people talking about it, then I said well, I'm going check it.

Q. Who did you hear talking about this?

A. I don't know those people, I just see them talking. And I'm not the type of person to ask questions.

Q. I'm sorry, what was that?

A. I say, I'm not the type that if I see somebody -- hear somebody talking to go ask them what you talking about and all that. I sit and listen.

14 (Pages 53 to 56)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel) — Earline Castanel

**Page 69**

suffering these symptoms, sinus problems, itching, dry itching skin, generally not feeling good; is that right?
A. Yes.
Q. Prior to moving into the trailer you weren't experiencing those symptoms or those problems?
A. No.
Q. You didn't have those problems before?
A. No. I had a -- I used to have my nose stop up a little bit but nothing like I had it in there.
Q. It was different and it was much worse.
A. Yes, it was much worse.
Q. It was different than what you'd experienced before and it was worse than you experienced before?
A. Yes.
Q. And that happened within five or six weeks of moving in the trailer.
A. Yes.
Q. And you had discussions with your neighbor and your daughter about these

**Page 70**

problems?
A. Yes.
Q. And I think you also indicated that you mentioned it to your doctor; is that right?
A. Yes.
Q. And did these problems go away after you moved back into your house?
A. I might have a -- well, I'll say yes, because I don't have that anymore.
Q. So these were problems that you had because you attributed because of the trailer?
A. Yeah.
Q. And at no time did you complain to FEMA or the maintenance contractor about these problems?
A. No. I mean, when the guy came and fixed that I told him I wasn't feeling good, but I don't know who he was or nothing. You know, when they come in and say, good evening, how you doing, I'd just say, well, I'm not doing too well, that's all.
Q. But you never called up FEMA and said hey, I need for you to replace this trailer or put me someplace else?
A. No.

**Page 71**

Q. And the complaints that you called up about were the air conditioning several times, the screen door that needed to be repaired, and some wire thing that was running around that had to be repaired; and in each of those occasions within 2, 3, 4, 5, 6 or 7 days someone came out and fixed it; is that correct?
A. Yeah.
Q. And when you were in this trailer, if the air conditioning wasn't working and it was warm you would open the windows.
A. Yeah.
Q. And if it was warm out and the air conditioner was working you'd run the air conditioning?
A. Yes.
Q. And during the time in there, as you sit here today, you don't recall any strange odors or anything like that?
A. No. Just when I'd -- like I say, when I took my clothes out that's what -- I smelled my clothes, they had a funny odor, that's all I know.
Q. Those were just from the clothes that were in the closet; right?

**Page 72**

A. That were in the closet.
Q. Okay. When you were in the trailer yourself, you don't recall any strange odors or any bad odors or anything like that?
A. I don't know. I can't say right now.
Q. You don't recall one way or the other?
A. No.
Q. And so as we sit here today, you don't remember whether or not there was any bad odor in the unit?
A. No.
Q. Any odor that would be a chemical type smell?
A. I don't know.
Q. Did you ever, when you were in the trailer, have an odor that you thought smelled like chemicals or a bad chemical type smell?
A. Well, like a car pass or something I'd say -- you know, sometime and they -- I don't know what you would call it, a muffler or whatever, well, once in a while I smell that and I don't know if it was coming from a car or not, I can't say. Because I'd have the door open and the screen closed, you know, when it's

```
 1      A.  Well, for this, I used to go to this
 2  Dr. Paddock but.
 3      Q.  That was Dr. Paddock you said?
 4      A.  Paddock.
 5      Q.  Paddock, okay.  You also have a Dr.
 6  Bowers listed in your plaintiff fact sheet,
 7  that was your day-to-day doctor?
 8      A.  That's the doctor I've been going to,
 9  yeah.
10      Q.  And you mentioned earlier that you
11  told your daughter that you've been seeing your
12  doctors and your daughter just said take the
13  medicines your doctors have prescribed;
14  correct?
15      A.  Uh-huh (affirmative response).
16      Q.  And some of these doctors prescribed
17  medications for you for the complaints that you
18  were talking about having after moving into the
19  unit?
20      A.  Yeah.  Dr. Gautreaux.
21      Q.  Dr. Gautreaux.  Were you also seeing
22  Dr. Bowers during that same time frame?
23      A.  Yeah.  I sees Dr. Bowers.
24      Q.  You mentioned your daughter, you have
25  one daughter that lives here?
                                         Page 89

 1      A.  I got all my daughters live here.
 2      Q.  And how many daughters do you have
 3  that live here?
 4      A.  Three.
 5      Q.  And you mentioned one travels, but
 6  she lives here?
 7      A.  Yeah, she live here.  But she done
 8  retired now.
 9      Q.  Did any of your daughters ever come
10  and stay with you in your FEMA unit?
11      A.  No.  They all have their own place.
12      Q.  Who was the daughter you were
13  primarily talking about as far as your
14  complaints and telling you to take your
15  medications?
16      A.  The one that travels a lot.
17      Q.  Which daughter is that?
18      A.  That's the oldest one.
19      Q.  Her name?
20      A.  Laverne.
21      Q.  L-A-V-E-R-G-N-E?
22      A.  L-A-V-E-R-N-E.
23      Q.  And what's her last name?
24      A.  William.
25      Q.  And she lives in New Orleans but
                                         Page 90

 1  travels a good bit?
 2      A.  Huh?
 3      Q.  You said she lives in New Orleans but
 4  travels?
 5      A.  Yeah.  But she don't travel no more.
 6  That ended last year.
 7      Q.  While you were in the trailer, was
 8  there a point in time to where the sinus
 9  condition you talked about was no longer
10  bothering you?
11      A.  You mean in the trailer?
12      Q.  Yeah, during the time period you
13  resided in the trailer.
14      A.  That's when it was bugging me.
15      Q.  Right.  And I'm asking you, was there
16  a point in time where it did not bug you, like
17  after a point in time?
18      A.  It bugged me most all the time,
19  often.
20      Q.  How about your skin, was there a
21  point in time where it wasn't bothering you
22  anymore while you lived in the trailer?
23      A.  Lived, but I mean, since I got out
24  the trailer it still bothering me every once in
25  a while, I'm still rubbing every once in a
                                         Page 91

 1  while with it.  It didn't completely leave.
 2      Q.  And that's Dr. Paddock that you see
 3  for that?
 4      A.  That's who I go to.
 5      Q.  Who did you call for maintenance, do
 6  you know who you would call for maintenance?
 7      A.  There was a phone number I had to
 8  call.  I don't know what I did with that
 9  number.  And I would just call and tell them
10  that something was wrong.
11      Q.  Do you know where you got that
12  number?  Was it a flyer or something in the
13  unit that had a number on it?
14      A.  I don't remember if this man who gave
15  me the key had told me the number, if I needed
16  anything to call, I can't remember.
17      Q.  Do you know about how long you lived
18  in the unit before you had your first
19  maintenance request?
20      A.  It was during the summer when it was
21  hot.
22      Q.  You mentioned earlier about the
23  litigation is when you first started
24  overhearing somebody speaking about the
25  trailers; is that correct?
                                         Page 92
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel) — Earline Castanel

Page 93

1  A. Yeah.
2  Q. Okay. Were you still living in a
3  trailer at that point in time?
4  A. No.
5  Q. This was after you had moved out of
6  the trailer back into your home?
7  A. Yeah.
8  Q. Did you go to any public meetings
9  prior to filing suit?
10 A. No.
11 Q. That's a no?
12 A. No.
13 Q. Did you ever spend time or visit
14 anybody in a travel trailer besides your own?
15 A. No.
16 Q. Did you have any family members in a
17 travel trailer?
18 A. I had a niece I think was staying in
19 a trailer.
20 Q. Do you know -- what's her name?
21 A. You mean her last name? I don't know
22 her last name.
23 Q. What do you call your niece?
24 A. Niece.
25 Q. Does she have a first name that she

Page 94

1  goes by?
2  A. Rosemary is all I know.
3  Q. Did you ever go to her unit, to her
4  travel trailer?
5  A. I don't go to nobody's house. I
6  stayed in my house.
7  Q. Do you know if she ever visited at
8  your travel trailer?
9  A. No.
10 Q. Did you ever talk to her about your
11 complaints regarding --
12 A. No.
13 Q. -- your travel trailer?
14 A. No. No.
15     (Whereupon, Mr. Miller entered the
16 room.)
17 BY MR. MULCAHY:
18 Q. Did you ever watch the news and start
19 hearing anything from the media regarding
20 formaldehyde in travel trailers during the
21 spring of 2006 or any time period?
22 A. I hear the news, you know, sometimes,
23 most time I be laying down.
24 Q. When you're laying down?
25 A. I lay down and go to sleep.

Page 95

1  Q. And what I'm asking you is like, did
2  you see anything in a newspaper or if you
3  remember specifically something while you were
4  living in your travel trailer --
5  A. No.
6  Q. -- regarding any --
7  A. No.
8  Q. -- possible issues with formaldehyde
9  in the travel trailers?
10 A. No.
11 Q. How about, did you receive anything
12 in the mail, any kind of flyers regarding
13 formaldehyde in travel trailers?
14 A. No.
15     (Whereupon, Mr. McLendon left the
16 room.)
17 BY MR. MULCAHY:
18 Q. Were you the person who called to
19 request someone to come pick up the travel
20 trailer when you were done using it?
21 A. Yes. I called -- they had a lady
22 came, I don't remember who it was, but it was a
23 lady came and she was looking at the trailer,
24 and I don't know what she was writing down and
25 that was it.

Page 96

1  Q. Had you already moved out?
2  A. No. I was in there then when she
3  came.
4  Q. Okay. And then about that time is
5  when you moved back into your house?
6  A. Yeah, it was around that time.
7  Q. You have in your plaintiff fact sheet
8  marked that you're making a claim for mental or
9  emotional damages as a result of living in the
10 travel trailer. When do you first claim to
11 have issues regarding mental or emotional
12 claims from living in the travel trailer?
13 A. The same time I told y'all before
14 when I started feeling bad.
15 Q. So the time period that you talked
16 about for your sinuses is what you're going to
17 relate to that?
18 A. Uh-huh (affirmative response).
19 Q. And who was your physician, I see you
20 have Dr. Bowers listed down, is that who your
21 physician was that treated you for, or treated
22 or counseled you for those complications, for
23 mental or emotional?
24 A. Dr. Gautreaux, I went to him for my
25 sinuses. And Dr. Bowers gave me some --

24 (Pages 93 to 96)