# Transcript of the Testimony of
# Gerald McGwin, Jr., M.S., Ph.D.

### Date taken: February 23, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT D

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)  Gerald McGwin, Jr., M.S., Ph.D.

**Page 81**

1 and asthma in children, all of those studies
2 looked at children with asthma and children
3 without asthma and formaldehyde levels,
4 which allowed us to calculate a similar
5 measure of association across all of them,
6 an odds ratio from each study. The
7 meta-analysis allowed us to then take all
8 those odds ratios and pool them together.
9 We could get a single number and
10 extrapolate.
11     Here, as I'm sure you're aware,
12 the literature is very heterogeneous. Some
13 people are using what is known as linear
14 regression to get a relationship and other
15 people are using logistic regression. In
16 some of these studies, the results aren't
17 even given. So it's not that the literature
18 is insufficient. It's more a matter that
19 it's presented in an inconsistent manner.
20     Q   On Page 8 of your report, at the
21 bottom, the summary, you state, "In
22 aggregate, the results of these studies
23 support the existence of a causal
24 relationship between residential
25 formaldehyde exposure and respiratory

**Page 82**

1 symptoms."
2     Do you see that?
3     A   Yes, sir.
4     Q   Are you able to identify at what
5 level of exposure this causal relationship
6 exists?
7     A   No, sir.
8     Q   You would agree with me that there
9 is a level where the literature does not
10 support a causal relationship between
11 formaldehyde exposure and respiratory
12 symptoms?
13     A   Could you say that one more time?
14 MR. REICH:
15     Do you want it read back?
16 THE WITNESS:
17     Yes, please.
18 (Whereupon, the court reporter read back the
19 requested testimony as follows:
20 THE COURT REPORTER:
21     Question: "You would agree with
22 me that there is a level where the
23 literature does not support a causal
24 relationship between formaldehyde exposure
25 and respiratory symptoms?"

**Page 83**

1 MR. REICH:
2     Object to the form of the
3 question. Vague. Insufficient parameters.
4 THE WITNESS:
5     I would have to disagree with you,
6 because it's sort of the converse of the
7 question that you just asked. The
8 literature really isn't consistent enough
9 for us to quantify that -- to quantify it in
10 that way.
11     The data from all of these studies
12 really isn't enough to say that at this
13 level there's a step function and it goes
14 up.
15     In fact, as I said, many of the
16 studies look at it as a continuum and
17 suggest that with each increase in a
18 formaldehyde level, the risk of health,
19 respiratory health effects goes up.
20     So unless you want to -- Unless
21 you are interested in zero exposure, it
22 would be very difficult to either agree or
23 disagree with that statement.
24 EXAMINATION BY MR. YOUNT:
25     Q   As we sit here today, you are

**Page 84**

1 unable to give an opinion on the level of
2 formaldehyde exposure it would take to have
3 a causal relationship between residential
4 formaldehyde exposure and respiratory
5 symptoms; is that correct?
6     A   If you wanted an exact number, I
7 would answer "yes." However, the literature
8 clearly suggests that there is a
9 dose-response, there is a trajectory from
10 many of the studies wherein the prevalence
11 of respiratory problems is linearly related
12 to formaldehyde exposure.
13     So the question sort of really
14 becomes not so much where does it exist and
15 not exist. It's where is it where it's low
16 enough that either for sample size reasons
17 the estimate isn't reliable or for public
18 health reasons it's not a public health
19 problem, so the question is sort of hard to
20 answer in that way. There isn't one number
21 that I could give you today.
22     Q   And there's not a number that you
23 could give me if you did further research at
24 this point?
25     A   Based on the literature that

21 (Pages 81 to 84)