# In the Matter of:

In re: FEMA Trailer Formaldehyde Products Liability Litigation

Earline M. Castanel, et al.

vs.

Recreation By Design, LLC, et al.

---

Lawrence G. Miller, M.D., M.P.H.
Vol. I, March 11, 2010

---

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*Videoconference Center*
*50 Franklin Street*
*Boston, MA 02110*
*(617) 426-2432*
*www.doriswong.com*



EXHIBIT
B

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 90

1      Q.    Do you know the level of formaldehyde that

2    was in Ms. Castanel's trailer?

3      A.    I do not.

4      Q.    And as you testified earlier, you don't

5    feel like you need any additional information to

6    provide opinions in this case?

7           MR. TORRY:   Objection to the form.

8      A.    If I said that, that's certainly not what I

9    intended.  I would, again -- if more information

10   becomes available, I would certainly want to review

11   it.

12     Q.    As you sit here today, you don't know what

13   the level of formaldehyde was in Ms. Castanel's

14   trailer?

15          MR. TORRY:   Objection to the form.

16     A.    Again, what I -- specifically, no.  I've

17   discussed the level in FEMA trailers in general in

18   this report.

19     Q.    And you offered opinions in your report

20   regarding Ms. Castanel's condition and its

21   relationship to formaldehyde in her trailer without

22   knowing the level of formaldehyde in her trailer,

23   correct?

24     A.    Correct.

Doris O. Wong Associates, Inc.          Professional Court Reporters          617-426-2432
50 Franklin Street, Boston, MA  02110      Videoconference Center          www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                    2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 102

1        Q.   I have a question.  The question is, would

2    you disagree with this testimony -- this is Dr.

3    Bowers -- referring to Page 58, 13:  "Question:

4    With respect to Ms. Castanel's overall health, how

5    would you describe her health?  Answer:  I think her

6    health is good.

7             "Question:  The office notes we just went

8    through from October of 2003 until last week, Ms.

9    Castanel was treated on a consistent basis; would

10   that be fair to say?  Answer:  Yes, sir.

11            "Question:  Did you see any changes in Ms.

12   Castanel's condition, significant changes, during

13   that time period from 2003 to last week?"  And just

14   so you'll know, "last week" was in January of 2010.

15   "Answer:  No, I can't say that I did.

16            "Question:  Would you say that her health

17   and her symptoms remained relatively consistent

18   during the time period, that six-and-a-half, almost

19   seven-year time period?  Answer:  Yes.

20            "Question:  Actually a little more than six

21   years.  Based on a review of your medical notes and

22   your records, it appears as though Ms. Castanel

23   treated consistently for sinus problems before

24   Hurricane Katrina; is that correct?  Answer:  Yes,

Doris O. Wong Associates, Inc.          Professional Court Reporters          617-426-2432
50 Franklin Street, Boston, MA  02110          Videoconference Center          www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                    2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 103

```
 1    sir.

 2             "Question:  Would it be fair to say -- did

 3    you not sense or note any increase in Ms. Castanel's

 4    sinus problems after Hurricane Katrina?"  And Dr.

 5    Bowers testified, "No."

 6             Would you have any reason to disagree with

 7    that testimony?

 8        A.   The testimony is what it is.  It's not my

 9    job to agree or disagree.  In terms of Ms.

10    Castanel's sinus problems, obviously she gave me

11    different information.

12        Q.   If the information given to Dr. Bowers is

13    accurate, and that is that Ms. Castanel did not have

14    any increase in sinus problems after Hurricane

15    Katrina or after living in a FEMA unit, would you

16    still stand by your opinions regarding the fact that

17    you believe Ms. Castanel had an exacerbation of her

18    sinusitis?

19        A.   I can't answer your question.  That's not

20    the information I received, so I can't give you an

21    answer.

22        Q.   I want you to assume -- you're an expert.

23    I want you to make an assumption.

24             MR. TORRY:  Objection to the form.
```

Doris O. Wong Associates, Inc.
50 Franklin Street, Boston, MA  02110
Electronically signed by Carol H. Kusinitz (601-252-684-5046)

Professional Court Reporters
Videoconference Center

617-426-2432
www.doriswong.com
2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 104

```
 1      A.   It doesn't make sense.  It's counterfactual

 2   to information I have.  So I don't think I can

 3   answer you.

 4      Q.   That's fine.  Let's put the facts that you

 5   got from Ms. Castanel on the side, just for purposes

 6   of this question.

 7      A.   Are we talking about a hypothetical

 8   patient, some other patient?

 9      Q.   We're talking about a hypothetical

10   question.

11      A.   I'm not sure I understand that at this

12   point.

13      Q.   Let's just go through it.  You're an

14   expert, or they're going to attempt to qualify you

15   as an expert.  Putting the history given by Ms.

16   Castanel on the side, if Ms. Castanel did not have

17   any increase in her sinus symptoms after Hurricane

18   Katrina or while living in the FEMA unit or after

19   the FEMA unit, would you still opine that Ms.

20   Castanel had an exacerbation of her sinusitis as a

21   result of formaldehyde?

22           MR. TORRY:  Objection to the form.

23      A.   I would revisit that conclusion.  I'm not

24   sure I can give you that exact answer as we sit
```

Doris O. Wong Associates, Inc.                Professional Court Reporters                         617-426-2432
50 Franklin Street, Boston, MA  02110              Videoconference Center                        www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                                    2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 105

1    here.

2         Q.   So you can't answer that hypothetical?

3         A.   I can't.

4         Q.   What more information would you need to

5    answer that hypothetical?

6         A.   I think you would want to know in detail --

7    you'd really have to go into detail exactly what the

8    symptoms were.  To talk about -- at such a high

9    level, I don't believe I can give you a very

10   specific answer.

11        Q.   So is it true you can't give an opinion on

12   the causal connection between Ms. Castanel's living

13   in a FEMA unit, exposure to formaldehyde, and her

14   present sinus symptoms?

15             MR. TORRY:  Object to the form.

16        A.   That's not what you asked me.  You asked me

17   would I change my conclusions.

18        Q.   I'm asking you a new question.

19        A.   All right.  Let's try again.  Can you

20   repeat it again.

21        Q.   Can you give us an opinion regarding the

22   causal connection between Ms. Castanel living in a

23   FEMA unit and her present sinus condition?

24        A.   I did in my report, as you know.  I'm a

Doris O. Wong Associates, Inc.          Professional Court Reporters          617-426-2432
50 Franklin Street, Boston, MA  02110          Videoconference Center          www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                    2f9201d0-8f99-44ec-a553-0e6737375bda

In re: FEMA Trailer Formaldehyde Products Liability Litigation
Earline M. Castanel, et al. vs. Recreation By Design, LLC, et al.

Lawrence G. Miller, M.D., M.P.H., Vol. I
March 11, 2010

Page 110

1     Q.   Isn't it true that your opinions regarding

2  causation, specifically that Ms. Castanel's sinus

3  condition was exacerbated, that opinion is based on

4  the history given by Ms. Castanel?

5           MR. TORRY:  Objection to the form.

6     A.   That's certainly part of what my opinion is

7  based on, yes.

8     Q.   If Ms. Castanel gave you an inaccurate

9  history regarding her symptoms and the occurrence of

10  those symptoms in relation to living in the FEMA

11  trailer, that would change your opinion on

12  causation?

13           MR. TORRY:  Objection to the form.

14     A.   It might.  It depends on what the

15  inaccuracy was.  Again, your questions are so broad,

16  I can't give you specific answers.

17     Q.   At the time you did an examination of Ms.

18  Castanel, other than the skin conditions, you did

19  not see any objective signs of injury; is that

20  correct?

21     A.   I'm not sure what you mean by objective

22  signs of injury, but -- maybe you could explain that

23  to me.

24     Q.   Sure.  Any objective medical signs of

Doris O. Wong Associates, Inc.          Professional Court Reporters          617-426-2432
50 Franklin Street, Boston, MA  02110    Videoconference Center                 www.doriswong.com
Electronically signed by Carol H. Kusinitz (601-252-684-5046)                   2f9201d0-8f99-44ec-a553-0e6737375bda