# Transcript of the Testimony of
# Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

## Date taken: January 20, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT D

Case 2:07-md-01873-KDE-MBN   Document 13599-5   Filed 04/23/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)     Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 54

1    from the start of the nasal steroid spray,
2    and then we will repeat the sinus views.
3        Q    And the diagnosis, is it still
4    sinusitis?
5        A    Sinusitis.
6        Q    So throughout the course of your
7    treatment of Ms. Castanel from 2002 to the
8    present, she's had this sinusitis, correct?
9        A    Yes.
10       Q    All right.  During the period in
11   which you treated Ms. Castanel, did you see
12   any changes in her diagnosis after Hurricane
13   Katrina?
14       A    No.
15       Q    Did Ms. Castanel ever tell you
16   that she thought a FEMA trailer in which she
17   was living was causing symptoms?
18       A    No.
19       Q    Did you diagnose any new symptoms
20   or conditions for Ms. Castanel after
21   Hurricane Katrina?
22       A    No.
23       Q    To what do you relate
24   Ms. Castanel's recent, and by "recent," I
25   mean in December of 2009 and January of