**AFFIDAVIT OF PAUL HEWETT CONCERNING**
**IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION**

**STATE OF WEST VIRGINIA**
**COUNTY OF MONONGALIA**

**BEFORE ME,** the undersigned authority personally came and appeared:

**Paul Hewett, Ph.D.**

who, after being duly sworn by me, did depose and say that the information contained in the attached
report is true and accurate to the best of his knowledge.

PAUL HEWETT, Ph.D.

Sworn to and subscribed
before me, this 27 day of January, 2010.

NOTARY PUBLIC                    # _____

My commission expires _____ July 6, 2010

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CYNTHIA S. GOFF
690 Fairchance Road
Morgantown, WV 26508
My Commission Expires July 6, 2010

EXHIBIT
1

**CAST002113**

RBD-EXP14-05156

Technical Report
January 29, 2010
www.oesh.com

**Exposure Assessment Solutions Inc.**

## Analysis of the Recreation By Design Formaldehyde Dataset

Paul Hewett PhD, CIH

## 1    INTRODUCTION

Exposure Assessment Solutions, Inc. (EAS) was requested by the "FEMA Trailer Formaldehyde Products Liability Litigation Plaintiffs Steering Committee" (hereafter referred to as the PSC or Plaintiffs Steering Committee) to do a statistical analysis of the Recreation By Design LLC formaldehyde dataset, which consists of measurements of formaldehyde exposures and formaldehyde levels in Federal Emergency Management Agency (FEMA) Temporary Housing Units (THU's), plus supporting information (if available), such as the date the measurement was collected, trailer location, model of trailer, temperature, humidity, etc.  In this report the abbreviation "THU's" is used to refer to the "temporary housing units" as used by FEMA, which includes travel trailers, mobile homes, park homes, and other similar housing units.  This analysis is for the case of Castenel v. Recreation By Design LLC, FEMA, and Shaw Environmental, Inc.

The plaintiff was assigned to a Recreation By Design LLC (hereafter referred to as Recreation By Design) "Morgan" model 33' travel trailer that was manufactured in December, 2005.  According to the information provided, the plaintiff lived in a "Morgan" travel trailer (VIN 5CZ200R2461125294) for slightly over 15 months, from March 22, 2006 to approximately July 3, 2007.

This report describes a retrospective exposure assessment with a goal of estimating the probable exposures to the plaintiff and other residents of Recreation By Design THU's in general and Recreation By Design "Morgan" THU's in particular.  The methods of retrospective exposure assessment - the evaluation of historical exposure data or data collected from similar processes or work environments, exposure reconstruction (where exposures are measured while work activities, for example, are reproduced), and exposure modeling (where exposures are estimated using a theoretical physical/chemical model of the workplace or process) - are well established (EPA, 1992; Viet, 2008; White, Armstrong, and Saracci, 2008).  Furthermore, such methods are known and accepted in toxic tort litigation (FJC, 2000; Falk, 2009).

For this case, the PSC assembled a database consisting, in part, of measurements of formaldehyde exposures and formaldehyde levels collected (a) in both occupied and unoccupied Recreation By Design THU's similar to the Recreation By Design THU used by Castanel and (b) at times overlapping the occupancy period for Castenel.  These measurements were collected from various sources: a public organization, governmental agencies, and occupational health consultancies retained by the PSC and by the U.S. government.  This dataset was obtained by EAS on December 16, 2009 as an Excel® spreadsheet.  From this dataset 180 Recreation By Design cases were extracted.  After deleting four cases where the VIN's were not consistent with those assigned by Recreation By Design, 176 Recreation By Design "travel trailer" cases remained.

This analysis is for the case of Castenel v. Recreation By Design , FEMA, and Shaw Environmental, Inc. and has the following objectives:
- Compare, using graphical and statistical methods, the formaldehyde levels to the Agency for Toxic Substances and Disease Registry (ATSDR) chronic exposure "Minimum Risk Level" (MRL) of 0.008 ppm limit for formaldehyde, which was intended to be used for minimizing risk to the general population whenever exposures exceed 365 days.
- Compare, using graphical and statistical methods, the formaldehyde levels to the NIOSH occupational exposure limit of 0.016 ppm (for daily 8-hour exposures for healthy, adult workers).
- Evaluate the dataset for a relationship of the formaldehyde levels to season (and therefore temperature).
- Evaluate the dataset for evidence that the formaldehyde levels tend to decline with the age of the THU.

---

RBD-EXP14-05157

- Estimate the probable formaldehyde levels for residents, such as Castenel, in unmeasured, unevaluated, and untested Recreation By Design THU's in general and in the Recreation By Design "Morgan" model travel trailers in particular.

> EAS reserves the right to revise or supplement this report should additional data or information become available.

## 2    BACKGROUND

### 2.1    Data Sources

There are several sources for the formaldehyde dataset provided by the PSC. First, there are the publically available datasets:
- data collected by the Sierra Club
- data collected by the Centers for Disease Control (CDC) for FEMA
- data collected by Bureau Veritas (collected at the request of CDC and FEMA)

Second, there are several datasets collected by various occupational and environmental consulting firms:
- DeVany Industrial Consultants
- Boston Chemical Data
- Technical Environmental Services (TES)
- W. D. Scott Group

Last, in the dataset were measurements provided by "Occupant", which refers to data where the occupant of a THU collected the formaldehyde measurement using a passive sampler.

The sampling times varied with data source.  The Bureau Veritas and CDC datasets consisted of 60 minute measurements.  The sampling time was 24-48 hours for the Sierra Club dataset, and a nominal 24 hours for the Occupant, DeVany Industrial Consultants, Boston Chemical Data, Technical Environmental Services, and the W. D. Scott Group.

#### 2.1.1    Sierra Club

In 2006 the Sierra Club announced results of a study of formaldehyde levels FEMA THU's, finding that levels generally exceeded 0.1 ppm (DHS, 2009).  The PSC obtained the data used by the Sierra Club.  The measurements were collected using the NIOSH Method 2016.  The samples were analyzed at an AIHA accredited laboratory.

#### 2.1.2    Occupants

Passive sampling testing kits were provided to occupants of FEMA THU's by the PSC.  Measurements were collected using the NIOSH Method 2016 for formaldehyde, modified for passive sampling.  The samples were analyzed at an American Industrial Hygiene Association (AIHA) accredited laboratory.  Each THU occupant was provided a questionnaire, as well as instructions on using the passive sampler; for example, hanging it four feet off of the floor or at the level of the head when placed in the bedroom, how to activate and how to seal the passive sampler, and how to return the sampler.

#### 2.1.3    FEMA CDC

FEMA requested that CDC measure formaldehyde levels in occupied THU's (hereafter referred to as the "FEMA CDC" dataset).  A stratified random sample for 519 THU's was obtained, covering several major manufacturers as well as travel trailers, mobile homes, and park homes.  Bureau Veritas, an occupational and environmental consultancy, was contracted by CDC to collected the data.  The data and measurements were collected during December, 2007 and Jan, 2008.  Each 60-minute formaldehyde measurement was collected at a height of 4 ft from the floor.  The protocol required that the conditions within each THU be somewhat standardized:

RBD-EXP14-05158

"...residents were asked to configure doors and windows as they would have them while they slept. No cooking or smoking was allowed in the travel trailers or mobile homes during the 1-hour sample collection period because these activities could affect formaldehyde levels." (CDC, 2008)

Besides temperature and relative humidity, information on possible explanatory or confounding variables were obtained, the two most important of which were determined by CDC to be ventilation and visible mold.\ᵃ  The concentration samples were collected using Method 2016 of the National Institute for Occupational Safety and Health (NIOSH) Manual of Analytical Methods, and analyzed at an AIHA accredited laboratory.  The data were summarized and reported by CDC (2008).

After sampling, CDC sent a letter to each THU resident listing the measurement result for the THU and three risk ranges: >0.1 ppm, 0.010 to 0.1 ppm, and <0.010 ppm.  If the concentration was greater than 0.1 ppm ...

"you need to place a high priority on lowering your exposure to formaldehyde. This is especially important if residents of your trailer are elderly, young children, or have health problems, such as asthma."

For concentrations between 0.010 ppm and 0.1 ppm ...

"your risk of irritation from formaldehyde exposure is lower, but it is still important to take steps to reduce your formaldehyde exposure.  This is especially important if residents of your trailer are elderly, young children, or have health problems, such as asthma."

If the concentration was less than 0.010 ppm ...

"these levels are found on the streets of many cities and in many buildings.  The risk of health problems at these levels is low."

The original data provided to the PSC by the CDC was used for this analysis.  From the datasets provided by CDC a dataset containing the Recreation By Design cases was extracted.

2.1.4   Bureau Veritas

After collecting data for CDC, FEMA contracted with Bureau Veritas to continue collecting data and formaldehyde concentration measurements when requested by the residents of FEMA THU's (DHS, 2009).  From March through December, 2008, more than 3000 additional measurements in occupied THU's were collected.  The PSC obtained several spreadsheets from Bureau Veritas containing most of the information collected (several data fields were redacted).  No field protocol information was supplied, but it can be concluded from the data provided that a protocol similar or identical to that used in the FEMA CDC study (Section 2.1.3) was used for responding to individual requests for formaldehyde measurement, and it was assumed that the samples were analyzed at the accredited laboratory used when Bureau Veritas collected measurements for the FEMA CDC study (CDC, 2008).

After sampling, CDC sent a letter to each THU resident listing the measurement result for the THU and three risk ranges: >0.1 ppm, 0.010 to 0.1 ppm, and <0.010 ppm (described in Section 2.1.3).

The original data provided to the PSC by Bureau Veritas was used for this analysis.  In the original files the date of manufacture was provided as a text variable.  Month and year of manufacture was determined by inspecting the Bureau Veritas free text field containing the date of manufacture.

2.1.5   Boston Chemical Data

Boston Chemical Data is an environmental engineering consulting firm retained by the plaintiffs for purposes of collecting measurements of formaldehyde in both occupied and unoccupied FEMA THU's.  The nominal sampling time was 24 hours.  Each measurement was collected according to a "formaldehyde sampling protocol" primarily developed by DeVany Industrial Consultants, Inc. (and reviewed by Boston Chemical Data and W. D. Scott Group).  The Occupational Safety and Health Administration (OSHA) Method 1007 was used to collect

---

ᵃ The investigator determined whether or not the "windows, scuttles, and/or doors" were open within the three hours prior to the test and whether or not there was more than 1 ft² of mold in the living areas.

Exposure Assessment Solutions, Inc.

RBD-EXP14-05159

measurements. This method utilizes a passive sampler, each of which was analyzed by an AIHA accredited laboratory. Measurements and supporting information were provided to the PSC and entered into a common database.

2.1.6    DeVany Industrial Consultants, Inc.

DeVany Industrial Consultants is an occupational and community environmental health and safety consultancy retained by the plaintiffs that also conducted measurements of formaldehyde in both occupied and unoccupied FEMA THU's. Measurements were collected according to the "Formaldehyde Sampling: Active and Passive Sampling Protocols; Procedures for Evaluating Formaldehyde Levels in FEMA Temporary Housing Units" developed by DeVany Industrial Consultants and reviewed by Boston Chemical Data and the W. D. Scott Group. The formaldehyde sampling methods specified in this protocol are ones that are approved by either the Occupational Safety and Health Administration (OSHA) or the National Institute for Occupational Safety and Health (NIOSH). Sampling times varied, with a nominal sampling time of 24 hours. Samples were analyzed by AIHA accredited laboratories. Measurements and supporting information were provided to the PSC and entered into a common database.

2.1.7    Technical Environmental Services (TES)

Technical Environmental Services (TES), at the request of The Buzbee Law Firm ( a PSC member firm), collected formaldehyde concentration data from occupied THU's during 2007 and early 2008. Measurements were collected using the NIOSH Method 2016 for formaldehyde, both active and passive samplers. TES usually collected two to three measurements per THU. Samples were analyzed at an AIHA accredited laboratory.

2.1.8    W. D. Scott Group, Inc.

W. D. Scott Group is an environmental health consultancy retained by the plaintiffs for purposes of collecting measurements of formaldehyde in occupied and unoccupied FEMA THU's. The nominal sampling time was 24 hours. Each measurement was collected according to a "formaldehyde sampling protocol" primarily developed by DeVany Industrial Consultants, Inc. (and reviewed by Boston Chemical Data and W. D. Scott Group). The Occupational Safety and Health Administration (OSHA) Method 1007 was used to collect measurements. This method utilizes a passive sampler, each of which was analyzed by an AIHA accredited laboratory. Measurements and supporting information were provided to the PSC and entered into a common database.

## 2.2    Formaldehyde Exposure Limits

According to the ATSDR (2001):

"Formaldehyde is a nearly colorless gas with a pungent, irritating odor even at very low concentrations (below 1 ppm). Its vapors are flammable and explosive. Because the pure gas tends to polymerize, it is commonly used and stored in solution. Formalin, the aqueous solution of formaldehyde (30% to 50% formaldehyde), typically contains up to 15% methanol as a stabilizer."

"Most formaldehyde exposures occur by inhalation or by skin/eye contact. Formaldehyde vapor is readily absorbed from the lungs. In cases of acute exposure, formaldehyde will most likely be detected by smell; however, persons who are sensitized to formaldehyde may experience headaches and minor eye and airway irritation at levels below the odor threshold (odor threshold is 0.5 to 1.0 ppm; OSHA PEL is 0.75 ppm). For sensitized persons, odor is not an adequate indicator of formaldehyde's presence and may not provide reliable warning of hazardous concentrations. Odor adaptation can occur. Low-dose acute exposure can result in headache, rhinitis, and dyspnea; higher doses may cause severe mucous membrane irritation, burning, and lacrimation, and lower respiratory effects such as bronchitis, pulmonary edema, or pneumonia. Sensitive individuals may experience asthma and dermatitis, even at very low doses. Formaldehyde vapors are slightly heavier than air and can result in asphyxiation in poorly ventilated, enclosed, or low-lying areas.

"Children exposed to the same levels of formaldehyde as adults may receive larger doses because they have greater lung surface area:body weight ratios and increased minute volumes:weight ratios. In addition, they may be exposed to higher levels than adults in the same location because of their short stature and the higher levels of formaldehyde found nearer to the ground."

---

RBD-EXP14-05160

Paustenbach (1984), Paustenbach and Langer (1986), and Bullock and Ignacio (2006) noted that whenever there is a potential for exposure to toxic substances an exposure limit is needed. Absent governmental or authoritative exposure limits, the responsible company or organization should set an exposure limit even if there is uncertainty regarding the health effects. Therefore, for this report a determination to make is the selection of an appropriate exposure limit to which to compare formaldehyde measurements. Table 1 contains a list of available occupational and environmental exposure limits. (Other limits are presented in the CDC (2008) and ATSDR (2007) reports.)

Occupational, population, and environmental concentration levels can be compared to occupational, general population, or environmental limits for harmful chemicals and substances. CDC (2008) stated that it is incorrect to apply occupational exposure limits to the general public and to susceptible groups:

> "No federal regulation or standard exists for formaldehyde levels in residential settings. Occupational levels are not appropriate to apply to residential settings for a variety of reasons. For example, residential populations include children and elderly persons and thus are more diverse than occupational populations and possibly more susceptible to illness from exposure because of preexisting health conditions. Exposure times and circumstances in homes can vary substantially from those in occupational settings. Many occupational settings have ongoing monitoring programs and may have safety requirements to reduce formaldehyde exposure (US Department of Labor, 2007)."

CDC (2008) noted that there were Housing and Urban Development (HUD) emission standards for wood products of 0.2 ppm for plywood and 0.3 ppm for particle board when these products will be used in the construction of manufactured housing. These limits were designed to be applied to the results of chamber emission tests of the off-gassing of formaldehyde from these products. These emission standards were not designed to be occupational or environmental health limits and indeed are greater than the non-OSHA occupational exposure limits listed in Table 1, as well as the WHO limit and ATSDR guideline limits (for chronic exposure).

The PSC asked EAS to compare the Recreation By Design (hereafter referred to as "Recreation By Design") formaldehyde data to two limits: (1) the Agency for Toxic Substances and Disease Registry (ATSDR) "Minimum Risk Level" of 0.008 ppm, and (2) the National Institute for Occupational Safety and Health (NIOSH) recommended occupational exposure limit of 0.016 ppm.

Given the limits from which to select, the ATSDR Minimum Risk Level of 0.008 ppm (for chronic exposure exceeding one year) appears to the be most appropriate limit to use since those exposed are not generally healthy, adult workers. The NIOSH limit is twice the ATSDR limit and was intended for exposures that last no longer than 8 to 10 hours per day of a typical work week. It was included here as simply an additional benchmark against which to compare the exposure measurements.

The ATSDR "Minimum Risk Level" (MRL) of 0.008 ppm was intended to minimize health effects to the general population when the exposure is chronic; that is, greater than 365 days (ATSDR, 1999). The ATSDR Minimum Risk Levels limits for formaldehyde are …

> "…intended only to serve as a screening tool to help public health professionals decide where to look more closely. They may also be viewed as a mechanism to identify those hazardous waste sites that are not expected to cause adverse health effects. Most MRLs contain a degree of uncertainty because of the lack of precise toxicological information on the people who might be most sensitive (e.g., infants, elderly, nutritionally or immunologically compromised) to the effects of hazardous substances. ATSDR uses a conservative (i.e., protective) approach to address this uncertainty consistent with the public health principle of prevention." (ATSDR, 1999)

Note that the ATSDR chronic exposure MRL is nearly equal to the 0.010 ppm low risk level used by CDC in their notification letters to THU residents (see Section 2.1.4). Furthermore, the ATSDR MRL for chronic exposures matches a recommendation in the indoor air quality literature. Hodgson *et al.* (2000) recommended 0.008 ppm as an exposure guideline for formaldehyde. Using methodology recommended by Nielsen, Hansen, and Wolkoff

**Table 1:** Occupational exposure limits and guideline exposure limits for formaldehyde. \[b] \[c]

| Source | Limit | Basis | Use and Interpretation | Reference |
|---|---|---|---|---|
| Occupational Exposure Limits | | | | |
| OSHA | 0.75 ppm | nasal cancer | The average exposure across each full-shift should not exceed 0.75 ppm. | OSHA regulations \[d] |
| | 2 ppm STEL \[f] | irritation to the eye, nose, throat, and respiratory system | Within-shift exposure peaks should not exceed 2 ppm (averaged over a 15 minute period). | |
| NIOSH | 0.016 ppm | nasal cancer | The average exposure across each full-shift should not exceed 0.016 ppm. | NIOSH, 2004 |
| | 0.1 ppm Ceiling \[g] | irritation to the eye, nose, throat, and respiratory system | Within-shift exposure peaks should not exceed 0.1 ppm. | |
| ACGIH | 0.3 ppm Ceiling \[g] A2, Sen | irritant to the eye and upper respiratory tract; suspected human carcinogen; sensitizer | Within-shift exposure peaks (averaged over a 15 minute period) should not exceed 0.3 ppm. | ACGIH, 2009 |
| General Population Guidelines | | | | |
| WHO | 0.1 ppm (30 minutes) | sensory irritation | | CDC, 2008 |
| ATSDR Medical Management Guidelines | 0.008 ppm | chronic minimal risk level $\geq$ 365 days | | ATSDR, 1999, 2001, 2007 |
| | 0.03 ppm | intermediate minimal risk level for 15 to 364 days | | |
| | 0.04 ppm | acute minimum risk level for $\leq$ 14 days | | |

---

[b]  STEL's (Short-term exposure limit) are intended to limit short-term exposures, typically defined as a 15-minute exposure, within each workshift.  In principle, the STEL "should not be exceeded at any time during a workday" (ACGIH, 2009).

[c]  Ceiling limits are intended to limit peak exposures within a workshift.  Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes.  In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009).

[d]  29 Code of Federal Regulations, Part 1910.1048.

Exposure Assessment Solutions, Inc.

RBD-EXP14-05162

(1997), Hodgson *et al.* converted the American Conference of Governmental Industrial Hygienists (ACGIH) occupational exposure limit (see Table 1) to an "indoor air concentration guideline" for "residential occupants" that takes into account extended exposure time and "sensitive populations".[e]

EAS is not aware of any official guidance on how the ATSDR limit for chronic exposure should be statistically interpreted. However, the ATSDR, in their own study of unoccupied FEMA THU's (ATSDR, 2007), calculated the average level and compared to the ATSDR Minimum Risk Levels. It therefore appears that the ATSDR interprets their own limits to apply to the average exposure over the specified period of time. Therefore, the mean or average exposure for periods of one year or more should not exceed 0.008 ppm. Furthermore, for comparison to their own limits the ATSDR collected 60 minute samples for formaldehyde. This same sampling methodology was used later by CDC (2008) and Bureau Veritas (see Sections 2.1.3 and 2.1.4).

NIOSH exposure limits are intended to minimize both the risk of chronic disease and short-term irritation when the exposures to healthy, adult workers do not exceed 8 to 10 hours per day for a typical 40–hour work week. The NIOSH full-shift limit is intended to be the upper limit to which any healthy adult worker should be exposed each and every working day, throughout a working lifetime. While defined as an upper limit for the average exposure for *each* day, it is common practice to define a reasonably controlled work environment as one where 95% of the full-shift exposures for each worker are less than the exposure and where the excursions above the limit do not exceed it by any great amount (Bullock and Ignacio, 2006).[f]

## 3    METHODS

The data were transferred to a "working" Excel® spreadsheet and then imported into Systat® (Version 12), a statistical analysis program.[g]  The fields were inspected for extraneous entries, such as text entries in a numeric number or date.

Summary statistics were produced using both Systat and the IHDataAnalyst (Version 1.01).[h]  All figures, descriptive statistics, and analysis-of-variance statistics were generated or calculated using Systat®. The IHDataAnalyst was used to estimate (a) the non-parametric exceedance fraction (i.e., the fraction or percent of formaldehyde levels expected to be above the ATSDR and NIOSH limits), plus the lower and upper confidence limits for this estimate, and (b) the Minimum Variance Unbiased Estimator (MVUE) (an estimate of the mean; discussed in Section 3.4) and its lower and upper confidence limits.[i]

### 3.1    Figures

Graphs were plotted to illustrate various features of the dataset. The histograms in Figures 1-4 show the distribution of the formaldehyde levels relative to the ATSDR and NIOSH limits for both the overall Recreation By Design "travel trailer" dataset and the Morgan model dataset, occupied and unoccupied units. Time series plots (Figures 5-10, 14-21) show the formaldehyde levels in relation to the time the measurements were collected, and are useful for evaluating the influence of season or "time of year" on the formaldehyde levels. The formaldehyde levels were plotted by data source (Figures 14-21). These figures show that regardless of the

---

[e] FEMA stated in October, 2007 that 0.015 ppm was to be used as the FEMA "current *de facto* standard for new purchases". This *de facto* standard has since been revised to 0.016 ppm. Furthermore, each THU will be tested by a third party to ensure than before acceptance. (DHS, 2009)

[f] An employer should be 95% confident that 95% of the full-shift exposures are less than the occupational exposure limit (Leidel, Busch, and Lynch, 1977).

[g] Systat® (Version 12) is a statistical analysis program that is commercially available from www.systat.com.

[h] The IHDataAnalyst (Version 1.01) is statistical analysis program developed by EAS for the analysis of occupational and environmental contaminant data. It is commercially available from www.oesh.com.

[i] The procedures for calculating the non-parametric exceedance fraction (and confidence limits) and the MVUE (and its confidence limits) are well known (see the references cited in Section 3.4). These statistics can be calculated using programmable calculators or computer spreadsheets, but were calculated here using the IHDataAnalyst simply for convenience.

---

Exposure Assessment Solutions, Inc.

RBD-EXP14-05163

source of the data the levels were consistently greater than the ATSDR chronic exposure limit (as well as the NIOSH occupational exposure limit).

In all of these figures reference lines are provided to show the location of the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm relative to the data.

## 3.2     Goodness-of-fit Evaluation

The first step in the analysis of occupational, population, or environmental contaminant data is generally the graphing of the data and an evaluation of the goodness-of-fit for the lognormal distribution (Gibbons and Coleman, 2001; Hewett, 2001; Bullock and Ignacio, 2006).  In general, occupational, population, and environmental contaminant data tend to be best described by the lognormal distribution (Esmen and Hammad, 1977; Bullock and Ignacio, 2006).  Hewett (2008) showed that the lognormal distribution assumption tends to fit the majority of the formaldehyde data for various THU manufacturers (i.e., the majority of the data fall on or near a best fit line).  Hewett (2008) also showed that it would be incorrect to apply the normal distribution assumption to the data: the data are clearly not distributed symmetrically about a sample mean.  It should be noted that both CDC (2008) and ATSDR (2007) also assumed that the data were best described by the lognormal distributional model, as well as others (Suta, 1980; Versar, 1986).

## 3.3     Descriptive Statistics

A "statistic" is an estimate of a parameter or true value.  In general, a statistic will better approximate the true value as the sample size increases.  A statistic is sometimes referred to as the "point estimate" of the parameter. Tables 2-13 contain statistical analyses of the Recreation By Design "travel trailer" and "Morgan" model datasets, occupied and unoccupied.  The following descriptive statistics are provided:
- sample size (n), minimum (min), maximum (max), and median
- sample mean and sample standard deviation (Mean, SD)
- sample geometric mean (GM) and sample geometric standard deviation (GSD).

Given that these data appear to be well described by the lognormal distribution (Hewett, 2008), the lognormal statistics (i.e., the sample GM and sample GSD) describe the shape of the underlying distribution better than the normal distribution statistics.

## 3.4     Compliance Statistics

Various statistics were calculated that assist in determining whether or not the Recreation By Design THU's in general and the Recreation By Design "Morgan" THU's in particular were in compliance with the ATSDR formaldehyde limit of 0.008 ppm.  These statistics are shown in Tables 2 through 13.

Tables 2, 5, 8, and 11 contain the standard array of descriptive statistics: sample size, standard order statistics (min, max, median), sample mean and sample standard deviation, and the sample geometric mean and sample geometric standard deviation.

Tables 3, 6, 9, and 12 contain the non-parametric exceedance fractions, which are point estimates of the percent of formaldehyde concentrations that exceeded both the ATSDR and NIOSH limits.  The statistics estimate the true percent (or fraction; divide percent by 100) of formaldehyde levels that exceed the two limits.  Because these are statistics, and not the true values, a 99% lower and 99% upper confidence limit was calculated for each estimate.  The lower and upper confidence limits were calculated using standard methods for calculating confidence intervals around a proportion (Gilbert, 1987; Gibbons and Coleman, 2001; Hewett, 2001).

Tables 4, 7, 10, and 13 contain the mean formaldehyde level for each data source for the "travel trailer" dataset and for the Recreation By Design "Morgan" THU's.  Because these are statistics, and not the true values, a 99% lower and 99% upper confidence limit was calculated for each estimate.  The confidence intervals for the arithmetic mean were calculated using standard methods, while the confidence intervals calculated assuming the lognormal distribution were calculated using Land's method (Land, 1975; Bullock and Ignacio, 2005; Hewett, 1997).

RBD-EXP14-05164

The true mean formaldehyde level was estimated using two methods. Regardless of the shape of the underlying distribution of occupational and environmental concentration profile there will be a true mean for the entire distribution. The true mean is usually estimated using the simple arithmetic mean. If the data are not normally distributed (and they are not) and the lognormal distribution is deemed more appropriate for describing the shape of the underlying distribution, then a superior estimate of the true mean is the Minimum Variance Unbiased Estimator (MVUE) (Aitchison and Brown, 1957; Gilbert, 1987; Hewett, 1997; Bullock and Ignacio, 2006). Tables 4, 7, 10, and 13 contain both the simple arithmetic mean and MVUE estimates of the true mean formaldehyde level, by data source and overall, for the Recreation By Design dataset and the Recreation By Design "Morgan" dataset. For large sample sizes, say for example n>30, there will often be little practical difference between the simple arithmetic mean and the MVUE. This is evident when comparing the sample mean and MVUE where the sample sizes are large or small. However, for smaller sample sizes the MVUE is the preferred estimate of the true mean (Hewett, 1997; Gibbons and Coleman, 2001).

In Tables 4, 7, 10, and 13 the 99% Lower and Upper Confidence Limits (99%LCL and 99%UCL) are provided for both the simple arithmetic mean and the MVUE. For large sample sizes there will often be little difference in the lower and upper confidence limits calculated using the normal or lognormal distribution assumption. However, for small sample sizes the 99%LCL calculated using the normal distribution assumption can be negative (see Tables 4 and 10). Since it is impossible for the true mean to be less than zero, it is inappropriate when the sample size is small to apply the normal distribution assumption to data that are clearly skewed. As mentioned before, the preferred estimates of the mean and the confidence intervals are those calculated using the lognormal distribution assumption.[i]

The sample mean and the MVUE are statistics or point estimates, and as such represent estimates of the true mean, given the normal and the lognormal distribution assumptions respectively. But since each is calculated from only a fraction of the total possible number of days for the total possible number of THU's per manufacturer neither the sample mean nor the MVUE is expected to be exactly equal to the true mean. However, a confidence interval can be calculated in which the true value of the mean is expected to fall 98% of the time. It is therefore expected that 1% of the time the true mean will be less than the 99%LCL and 1% of the time it will be greater than the 99%UCL.

In summary, given the data collected, the MVUE provides the best estimate of the true mean for a particular manufacturer. The MVUE is not the true mean. As the sample size increases the MVUE (and arithmetic mean), in principle, better estimates the true, but unknowable, mean concentration. The MVUE (and arithmetic mean) can be considered a "point estimate" of the true mean. A method for gauging the uncertainty in the point estimate or statistic is the calculation of a confidence interval consisting of a lower and an upper confidence limit. The point estimate is the best estimate and it is expected that 98% of the time the true value will lie between the 99% lower and 99% upper confidence limit. In principle, as the sample size increases the point estimate approaches the true mean and at the same time the confidence interval narrows, resulting in less uncertainty regarding the range in which the true mean lies.

**3.5    Analysis-of-variance**

Analysis-of-variance (ANOVA) was used to determine if any of the datasets for each model (occupied units only) were significantly different from one or more of the other model datasets. Similarly, ANOVA was used to determine if the data from any of the data sources (occupied units only) were significantly different from one or more of the other datasets. If the ANOVA test is significant, a standard means chart (Figures 22 and 23) and a standard pairwise comparison test (Tukey's Honestly Significant Difference Test; see Appendices) can be used to evaluate all possible paired combinations. Systat® was used for all ANOVA calculations.

---

[i] From the "central limit theorem" it can be expected for non-normal distributions that as the sample size increases the distribution of the "sample arithmetic means" will approach a normal distribution. This being the case the LCL and UCL calculated using the normal distribution assumption will be good approximations of the correct confidence limits even when the underlying population is not normally distributed. But for small sample sizes the confidence limits calculated using the normal distribution assumption can greatly misrepresent the correct confidence limits (Hewett, 1997).

RBD-EXP14-05165

**3.6     Additional Statistics and Figures**

Tables 14-17 contain min, max, and median statistics for the temperature and relative humidity data for both occupied and unoccupied travel trailers, overall and by data source.  Histograms of the data are shown in Figures 24-27.


# 4     RESULTS

## 4.1     Figures

The histograms in Figures 1-4 show that the overwhelming majority of formaldehyde levels were greater than the ATSDR and NIOSH limits.  A log (base 10) x-axis was used in these figures due to the fact that the measurements range from very low to high concentrations.  These figures also clearly show that the data tend to be lognormally distributed rather than normally distributed.[k]  Therefore, the compliance statistics - mean and confidence limits - calculated using the lognormal distribution assumption should be considered superior estimates over those calculated using the normal distribution assumption.  (This was discussed in considerable detail by Hewett (2008).)

Figures 5-10 are time series plots, and display the Recreation By Design formaldehyde data in two different, but complementary ways.  Figure 5 is a standard box-whisker plot[l] where the x-axis is in terms of the year and month that a measurement was collected.  The y-axis indicates the formaldehyde levels in "parts per million" or ppm.  Note that the y-axis is a logarithmic scale, where the evenly spaced increments differ by a factor of 10.  The center bar of the box indicates the median or 50th percentile of the data collected that month.  The box itself covers 50% of the data for each month, with 25% of the measurements being greater than or less than the upper and lower ends of the box.  It is clear that the overwhelming majority of the measurements exceed both the ATSDR and NIOSH limits.  Figure 7 displays only the Recreation By Design "Morgan" measurements.

Figures 6, 8, 9, and 10 are symmetrical dot density plots, and show the number and magnitude of the measurements collected each month.  The x-axis and the y-axis are the same as before.  Very few measurements were less than the ATSDR and NIOSH limits.  Figures 5 and 7 assist in determining the central tendency of the data collected each month, while the other figures show the number and magnitude of measurements collected each month.

Figure 11 shows the data for occupied "travel trailers" by model.  Figures 12 and 13 shows the data by data source for occupied and unoccupied "travel trailers".  Figures 14-21 show the data for each data source by the year and month of collection.  It appears that regardless of the data source or the time of year the data were collected each of the datasets lead to identical conclusions that the overwhelming majority of the measurements were greater than both the ATSDR population and the NIOSH occupational limits.  The DeVany consultants data (and more than half of the W.D. Scott data) were collected primarily from unoccupied THU's, and strongly suggest that the THU's, even several years after manufacture, continue to produce levels of formaldehyde well above the ATSDR and NIOSH limits.

## 4.2     Tables

Another way to view the data collected is through descriptive statistics and compliance statistics.  Descriptive statistics indicate various features of the dataset, such as minimum and maximum values, as well as describe the shape of the distribution of the formaldehyde concentrations.  If the data are symmetrically distributed then the sample mean and standard deviation provide reasonable estimates of the central tendency and spread in the

---

[k] If the histogram has a symmetrical, bell-shape when a standard x-axis is used the underlying distribution is usually well approximated using the normal distribution. If the histogram has a symmetrical, bell-shape when a $\log_{10}$ x-axis is used the underlying distribution is usually well approximated using the lognormal distribution.

[l] In a box-whisker plot the center bar in the box represents the median value, or 50th percentile value, of the data set.  The upper and lower half of the box represents the 2nd and 3rd quartiles, or the central 50% of the dataset.  The whiskers, or lines projecting left and right of the box, are more complicated to explain, but basically represent the coverage of an additional fraction of the dataset.  Overlaid on the plot is what is called the dot density plot, or basically a plot of the individual datapoints for each study.

RBD-EXP14-05166

distribution. If the data are skewed to the right, as is typical of environmental and occupational datasets, the sample geometric mean (GM) and geometric standard deviation (GSD) are better indicators of the central tendency and variability of the dataset.

Tables 2, 5, 8, and 11 contain descriptive statistics for the Recreation By Design "travel trailer" and Recreation By Design "Morgan" datasets, for occupied and unoccupied units. A total of 176 measurements was available for analysis. For the overall dataset and the source-specific datasets the median or 50th percentile formaldehyde levels were greater than both the ATSDR and NIOSH limits, as were the sample means. (The lognormal distribution statistics are provided as they were used to generate an alternative, and arguably superior, estimate of the mean level, as well as 99% lower and upper confidence limits for the mean.)

Tables 3, 6, 9, and 12 contain compliance statistics that assist in determining whether or not the levels were systematically greater than the ATSDR and NIOSH limits. Considering the Recreation By Design occupied "travel trailer" units in general (Table 3), more than 90% of the measurements overall were greater than ATSDR population limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm, respectively. The percentage of measurements that exceeded the two limits varied by data source, ranging from 88.9% to 100%. (Table 6 contains similar statistics for the unoccupied "travel trailer" units.)

Considering the Recreation By Design occupied "Morgan" units in general (Table 9), more than 90% of the measurements overall were greater than ATSDR population limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm, respectively. The percentage of measurements that exceeded the two limits varied by data source, ranging from 85.7% to 100%. (Table 12 contains similar statistics for the unoccupied "travel trailer" units.)

Each of the percentages discussed above represent estimates of the true percent (or fraction; divide the percent by 100) of the formaldehyde levels in the Recreation By Design and Recreation By Design "Morgan" THU's that exceeded the ATSDR and NIOSH limits. The 99% lower confidence limits (99%LCL) and the 99% upper confidence limits (99%UCL) were also calculated and are provided in these tables. In most cases, the 99%LCL was greater than 50%. (The instances where the 99%LCL was less than 50% involved very small sample sizes.) In summary, the points estimates of the percent or fraction of formaldehyde levels that exceed the ATSDR and NIOSH limits suggest that the overwhelming majority of the formaldehyde levels in THU's were greater than the two limits. The 99%LCL suggest that one could be 99% confident that considerably more than 50% of the formaldehyde levels exceeded the two limits.

The mean formaldehyde levels (Tables 4, 7, 10, and 13) for Recreation By Design "travel trailer" and Recreation By Design "Morgan" datasets - for occupied and unoccupied units - were greater than both limits, whether the mean was estimated using the normal distribution assumption or the lognormal distribution assumption. Furthermore, where the sample size was reasonably large the 99% lower confidence limits (99%LCL) also tended to be greater than both limits, which permits one to conclude with high confidence that the true mean for Recreation By Design THU's in general and the Recreation By Design "Morgan" model in particular was greater than both limits. Note that for small sample sizes the 99%LCL was negative when using the normal distribution assumption, verifying yet again that the normal distribution assumption is inappropriate when the sample size is small and the underlying distribution is skewed to the right. The 99%LCL's for the mean calculated using the more appropriate lognormal distribution assumption cannot be negative and were all above the ATSDR and NIOSH limits. (Tables 7 and 13 pertain to the unoccupied "travel trailer" and Morgan model units.)

## 4.3    Analysis-of-variance

Comparison of Data Sources

The analysis-of-variance (ANOVA) multiple-comparison test was used to determine if one or more of the occupied "travel trailer" datasets, when grouped by data source (see Figure 12), is statistically different from at least one of the remaining datasets. Appendix 9.1 contains the output for this test. The test was not significant (p=0.205) suggesting that the data sources are not statistically distinguishable. The "comparison of (log) means" graph (Figure 22) clearly shows that the error bars overlap, indicating that the datasets are similar. (See also the Tukey's Honestly-Significant-Difference Test table in Appendix 9.1 for all pairwise comparisons. None

RBD-EXP14-05167

were significant.)  I see no compelling reason to separate any of the source-specific dataset from the remaining datasets when calculating overall statistics across all models of occupied travel trailers.

Comparison of the Recreation By Design "travel trailer" models

The analysis-of-variance (ANOVA) multiple-comparison test was used to determine if one or more of the occupied "travel trailer" model datasets (see Figure 11) is statistically different from at least one of the remaining datasets.  Appendix 9.2 contains the output for this test.  The test was not significant (p=0.371) suggesting that the data sources are not statistically distinguishable.  The "comparison of (log) means" graph (Figure 23) clearly shows that the error bars overlap, indicating that the datasets are similar.  (See also the Tukey's Honestly-Significant-Difference Test table in Appendix 9.2 for all pairwise comparisons.  None were significant.)  I see no compelling reason to separate any of the model-specific dataset from the remaining datasets when calculating overall statistics for occupied travel trailers.

## 4.4    Additional Statistics and Figures

Tables 14-17 contain min, max, and median statistics for the temperature and relative humidity data for both occupied and unoccupied travel trailers, overall and by data source.  The median temperature recorded for occupied and unoccupied "travel trailer" units was 78.0°F and 80.1°F, respectively.  The median relative humidity recorded for occupied and unoccupied "travel trailer" units was 48.0% and 55.1%, respectively.  Histograms of the temperature and relative humidity data are shown in Figures 24-27.

## 5    DISCUSSION

Data analysis involves (a) the inspection of the data, using appropriate figures, and (b) a statistical analysis of the data, calculating appropriate descriptive and compliance statistics.  Both the figures and the statistics should be used to assist in evaluating whether or not the measured formaldehyde levels indicate that the true levels were greater than the ATSDR and NIOSH limits.

## 5.1    Comparison to the ATSDR and NIOSH Limits

• Compare, using graphical and statistical methods, the formaldehyde levels to the Agency for Toxic Substances and Disease Registry chronic exposure "Minimum Risk Level" (MRL) of 0.008 ppm limit for formaldehyde, which was intended to be used for minimizing risk to the general population whenever exposures exceed 365 days.
• Compare, using graphical and statistical methods, the formaldehyde levels to the NIOSH occupational exposure limit of 0.016 ppm (for daily 8-hour exposures for healthy, adult workers)..

With this particular dataset the figures tell a compelling story.  Figures 1 through 21 show that the majority of measurements collected were greater than the ATSDR population limit for exposure scenarios that exceed one year.  This was true regardless of the source of the data - government agency, public organization, or professional occupational health consultancy - or time of year the measurements were collected or whether the THU was occupied or unoccupied.  Furthermore, the figures show that the majority of the measurements were also greater than the NIOSH occupational exposure limit for healthy adult workers.

Inspection of the figures suggest that the majority of the measurements collected by the various sources exceeded the ATSDR limit.  Tables 3, 6, 9, and 12 contain the non-parametric proportion of the measurements observed to exceed the ATSDR and NIOSH limits, for each data source and overall.  Overall, 97.2% the measurements from occupied travel trailers exceeded the ATSDR limit.  This percentage is a point estimate of the true percentage.  The 99%LCL and 99%UCL are 88.7% and 99.8%, respectively, suggesting that the we can be highly confident that a large percentage of the unmeasured formaldehyde levels exceeded the ATSDR limit.  (The "percent greater than" statistics and confidence limits were similar for unoccupied units (Table 6) and when comparing the formaldehyde levels to the NIOSH limit.)

Similarly, for the Recreation By Design "Morgan" occupied unit dataset (Table 9), 95.7% of the measurements were greater than ATSDR limit for all of the data sources.  This percentage is a point estimate of the true

RBD-EXP14-05168

percentage. The 99%LCL and 99%UCL are 83.0% and 99.7%, respectively, suggesting that the we can be highly confident that a large percentage of the unmeasured formaldehyde levels exceeded the ATSDR limit. (The "percent greater than" statistics and confidence limits were similar for unoccupied units (Table 12) and when comparing the formaldehyde levels to the NIOSH limit.)

As mentioned earlier, the NIOSH occupational exposure limit of 0.016 ppm was intended to represent the upper limit of exposures for healthy, adult workers. That is, in a controlled work environment the majority of exposures should be less than the NIOSH limit. Here, there is compelling evidence of the majority of the formaldehyde levels exceeded the NIOSH occupational limit.

If the overwhelming majority of the formaldehyde levels were observed to be greater than the ATSDR and NIOSH limits it stands to reason that mean exposures will also exceed the limits. To determine if, across the Recreation By Design THU's, the mean formaldehyde levels exceeded the ATSDR limit a hypothesis testing approach was adopted. The comparison of the formaldehyde sample mean to a limit is basically a test of two hypotheses:

$$H_o: \mu \leq \text{Limit}$$
$$H_a: \mu > \text{Limit}$$

The first hypothesis $H_o$ is called the null hypothesis. Here it is assumed that the true mean ($\mu$; pronounced "mu") is equal to or less than the Limit. The second hypothesis $H_a$ is the alternative hypothesis that the true mean is greater than the Limit. In hypothesis testing it is the practice to assume that the null hypothesis is true *unless* compelling evidence exists that the alternative hypothesis is true. This is similar to the "innocent until proven guilty" maxim used in criminal matters. If the sample mean is equal to or less than the limit then by default the null hypothesis is accepted and the alternative hypothesis is rejected. Evidence exists that the null hypothesis is wrong or incorrect when the sample mean is greater than the Limit. *Compelling* evidence exists when both the sample mean *and* the lower confidence limit (LCL) for the sample mean are greater than the Limit.

Inspection of Tables 4, 7, 10, and 13 reveals that the sample means formaldehyde level for the Recreation By Design "travel trailers", occupied and unoccupied, and the sample means for the Morgan model, occupied and unoccupied, for each data source were greater than both the ATSDR and the NIOSH limits. This provides evidence that the true means for the Recreation By Design models in general, and the Morgan model in particular, were greater than the two limits. The fact that the 99%LCL's - looking at those calculated using the preferred lognormal distribution assumption - were in all cases (where the sample size was sufficient for calculating confidence limits) also greater than both limits, provides compelling evidence that the true means were greater than the two limits. This suggests that one could be at least 99% confident that the true mean was greater than both limits for the Recreation By Design THU's in general and the Recreation By Design "Morgan" model THU's in particular.

## 5.2 Within-year Variation in Formaldehyde Concentrations

• Evaluate the dataset for a relationship of the formaldehyde levels to season (and therefore presumably temperature).

Few yearly cycles were represented in the dataset, making it difficult to discern a cyclic pattern to the formaldehyde levels in Figures 5 and 6. The CDC data (data source = FEMA CDC; Figures 7 and 10) were collected in December and January, leading to these comments in the CDC study report (CDC, 2008; pages 12 and 13):

"Increased indoor temperature and RH [relative humidity] were associated with increased formaldehyde levels. These associations indicate exposure risks could increase during the summer, perhaps dramatically, with warmer and more humid weather. Formaldehyde levels during the winter may not represent summer levels."

"Study results are not representative of trailers purchased and used in other places and other situations because the sample for this study was selected only from occupied FEMA-supplied trailers in LA and MS. Formaldehyde levels in other trailers used elsewhere could differ by age, characteristics of manufacture, circumstances of use, or characteristics of environment."

Formaldehyde levels are expected to be lower in cooler temperatures and lower RH because of the processes of formaldehyde off-gassing. Therefore, levels measured in this study are likely to underestimate past levels—when trailers were hotter and more humid—and future levels— during summer months."

## 5.3     Age-related Decline in Formaldehyde Concentrations

• Evaluate the dataset for evidence that the formaldehyde concentrations tend to decline with the age of the THU.

While the CDC (2008) unfortunately did not add Age to their formaldehyde concentration prediction model, CDC did recognized the very strong possibility that in their study the age-related decline in concentrations resulted in a general underestimation of earlier exposures (CDC, 2008; page 13):

"Many of these trailers were >2 years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes (Hodgson et al., 2000; Gordon et al., 1999), so residents were probably exposed to higher levels of formaldehyde when their trailers were newer."

The true age coefficient, when evaluated across years, is expected to be negative.  (For it to be zero or positive is highly improbable, if not impossible.)  The estimated exponential decay coefficients and the estimated half lives reported in the literature for mobile homes range from -0.12 to -0.30 for the decay coefficient and 2.31 to 5.78 years for the half-life (Suta, 1980; Versar, 1986).  See Appendix 9.3 for details on decay coefficients for Recreation By Design travel trailers.

## 5.4     Formaldehyde Concentration Estimation

• Estimate the probable formaldehyde levels for residents, such as Castenel, in unmeasured, unevaluated, and untested Recreation By Design THU's in general and in the Recreation By Design "Morgan" model travel trailers in particular.

The overall purpose of this report was to characterize the available formaldehyde datasets, compare the data to the ATSDR and NIOSH limits, and draw inferences regarding the probable exposures experienced by Recreation By Design THU occupants in general and Recreation By Design "Morgan" THU occupants in particular.  It appears that the overwhelming majority of the measurements for both the Recreation By Design THU's in general and the Recreation By Design "Morgan" THU's in particular exceeded the ATSDR limit for population exposures, as well as the NIOSH exposure limit for healthy, adult workers.  This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public  organization, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on.  Both the point estimates and the 99%LCL's for the percent of measurements exceeding the ATSDR and NIOSH limits strongly suggest that the majority of formaldehyde levels in unmeasured Recreation By Design THU's, similar to the THU used by Castenel, exceeded the ATSDR limit and the NIOSH limits.

Furthermore, it appears that the mean formaldehyde levels for both the Recreation By Design THU's in general and the Recreation By Design "Morgan" THU in particular exceeded the ATSDR limit for population exposures, as well as the NIOSH exposure limit for healthy, adult workers.  This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public organizations, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on.  Both the point estimates and the 99%LCL's for mean formaldehyde levels strongly suggest that the true mean formaldehyde level for the Recreation By Design THU's in general and the Recreation By Design "Morgan" model THU's in particular exceeded the ATSDR limit for the general population, as well as the NIOSH occupational exposure limit for healthy, adult workers.

(Note that for this assessment the datasets with large samples sizes are being weighted far more strongly than datasets where the sample size was small; e.g., 5 and fewer.)

When considered together - the high percentage of measurements that exceeded the ATSDR population limit and the mean formaldehyde levels that also exceeded the ATSDR limit, as well as the 99%LCL's for these estimates - there is compelling evidence to support the conclusion that formaldehyde levels in unmeasured THU's, similar to the THU used by Castenel, exceeded the ATSDR and NIOSH limits the majority of the time.

As a final point, it is worth noting that the above statements are based on a statistical analysis of the *observed data*. It does not take into account the very real possibility, presented in Section 5.3, that earlier formaldehyde concentrations tended to be greater than the concentrations evaluated here.

## 6    References

ACGIH (American Conference of Governmental Industrial Hygienists): 2009 TLVs and BEIs - Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices. ACGIH, Cincinnati, Ohio (2009).

Aitchison, J. and Brown, J.A.C. (1957): *The Lognormal Distribution with special reference to its uses in economics*. Cambridge University Press.

ASDTR (1999): Toxicological Profile for Formaldehyde. Agency for Toxic Substances and Disease Registry.

ATSDR (2001): Medical Management Guidelines for Formaldehyde.  ATSDR Managing Hazardous Materials Incidents (MHMIs) (http://www.atsdr.cdc.gov/MHMI/index.html).

ATSDR (Agency for Toxic Substances and Disease Registry) (2007): An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006. (October, 2007).

Bullock, W.H. and Ignacio, J.S.: (editors) (2006): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association.

CDC (Centers for Disease Control) (2008): Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, (July 2, 2008).

DHS (Department of Homeland Security) (2009): FEMA Response to Formaldehyde in Trailers (Redacted). DHS Office of the Inspector General report OIG-09-83 (June).

EPA (Environmental Protection Agency) (1992): Guidelines for Exposure Assessment. EPA, Washington, DC; EPA/600/Z-92/001.

Esmen, N.A. and Hammad, Y.Y. (1977): Log-normality of environmental sampling data. *J Environ Sci and Hlth* A12:29-41.

Falk, E.K. (2009): A Short Explanation of Retrospective Exposure Assessment and its Use in Toxic Tort Litigation. Toxic Torts and Environmental Law Committee Newsletter (Winter, 2009).

FJC (Federal Judicial Center) (2000): Reference Manual on Scientific Evidence. Federal Judicial Center; www.fjc.gov.

Gibbons, R.D. and Coleman, D.E.: *Statistical Methods for Detection and Quantification of Environmental Contamination*. John Wiley & Sons Inc, New York (2001).

Gilbert, R.O. (1987): *Statistical Methods for Environmental Pollution Monitoring*. Van Nostrand Reinhold, New York.

RBD-EXP14-05171

Hewett, P. (1997): Mean Testing: II. Comparison of Several Alternative Procedures. *Applied Occupational and Environmental Hygiene* 12:347-355.

Hewett, P. (2001): Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety*. Alaimo, R.J. (editor), American Chemical Society; Oxford University Press. (see also Technical Report 07-03 - Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. Exposure Assessment Solutions, Inc.; available at www.oesh.com).

Hewett, P. (2008): Estimation of Sample Sizes for the FEMA Temporary Housing Unit Study. Exposure Assessment Solutions, Inc. Technical Report.

Hewett, P. (2009): Analysis of the Gulf Stream Coach Inc. Formaldehyde Exposure Dataset. Exposure Assessment Solutions, Inc. Technical Report (dated May 18, 2009, revised July 2, 2009).

Hodgson, A.T., Rudd, A.F., Beal, D, and Chandra, S. (2000): Volatile Organic Compound Concentrations and Emission Rates in New Manufactured and Site-Built Homes. *Indoor Air* 10:178-192.

Land, C.E. (1975): Tables of Confidence Limits for Linear Functions of the Normal Mean and Variance. in *Selected Tables in Mathematical Statistics*, Volume III; Harter, H. and Owen, D. editors, pp.385-419.

Leidel, N.A., Busch, K.A., Lynch, J.R. (1977): *Occupational Exposure Sampling Strategy Manual*. National Institute for Occupational Safety and Health (NIOSH) Publication No. 77-173 (available as a pdf file from NIOSH website).

Nielsen, G.D., Hansen, L.F., and Wolkoff, P. (1997): Chemical and Biological Evaluation of Building Material Emissions. II. Approaches to Setting Indoor Air Standards or Guidelines for Chemicals. *Indoor Air* 7:17-32.

NIOSH (National Institute for Occupational Safety and Health): NIOSH Pocket Guide to Chemical Hazards. DHHS (NIOSH) Publication No. 97-140 (2004).

Paustenbach, D.J.: Occupational Exposure Limits, Pharmacokinetics, and Unusual Work Schedules. in *Patty's Industrial Hygiene and Toxicology, Third Edition, Volume 3, Part A*; Harris, R.L., Cralley, L.J., and Cralley, L.V., editors; John Wiley & Sons, Inc. (1994).

Paustenbach, D. and Langner, R.: Corporate Occupational Exposure Limits: the current state of affairs. *American Industrial Hygiene Association Journal* 47:809-818 (1986).

Suta, B.E. (1980): Population Exposures to Atmospheric Formaldehyde Inside Residences. SRI International, Menlo Park, CA (prepared for the U.S. Environmental Protection Agency, Office of Research and Development).

White, E., Armstrong, B.K., and Saracci, R. (2008): Principles of Exposure Measurement in Epidemiology. Oxford University Press.

Versar (1986): Formaldehyde Exposure Model - Description and Demonstration. Versar Inc., Springfield, VA (prepared for the U.S. Environmental Protection Agency, Exposure Evaluation Division, Office of Toxic Substances).

Viet, S.M, Stenzel, M.R., Rennix, C.P., and Armstrong, T.W. (2008): Guideline on Occupational Exposure Reconstruction. American Industrial Hygiene Association, Fairfax, VA.

RBD-EXP14-05172

**7      Tables**

**Table 2:** Descriptive statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 39 | 0.003 | 0.240 | 0.066 | 0.070 | 0.053 | 0.050 | 2.576 |
| DeVany Industrial Consultants | 2 | 0.052 | 0.064 | 0.058 | 0.058 | 0.008 | 0.058 | 1.158 |
| FEMA CDC | 2 | 0.031 | 0.110 | 0.071 | 0.071 | 0.056 | 0.058 | 2.449 |
| Occupant | 9 | 0.015 | 0.130 | 0.089 | 0.074 | 0.040 | 0.062 | 2.038 |
| Sierra Club | 1 | 0.250 | 0.250 | 0.250 | 0.250 | | 0.250 | |
| TES | 4 | 0.051 | 0.300 | 0.173 | 0.174 | 0.140 | 0.125 | 2.697 |
| W. D. Scott Group | 14 | 0.030 | 0.170 | 0.079 | 0.081 | 0.036 | 0.074 | 1.570 |
| | | | | | | | | |
| Total | 71 | 0.003 | 0.300 | 0.068 | 0.081 | 0.062 | 0.060 | 2.340 |

**Table 3:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "travel trailer" units.  The percent of the measurements exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%LCL | 99%UCL |
|---|---|---|---|---|---|---|---|
| Bureau Veritas | 39 | 94.9 | 80.1 | 99.6 | 89.7 | 73.0 | 97.8 |
| DeVany Industrial Consultants | 2 | 100 | 10 | 100 | 100 | 10 | 100 |
| FEMA CDC | 2 | 100 | 10 | 100 | 100 | 10 | 100 |
| Occupant | 9 | 100 | 59.9 | 100 | 88.9 | 45.6 | 99.9 |
| Sierra Club | 1 | 100 | 1 | 100 | 100 | 1 | 100 |
| TES | 4 | 100 | 31.6 | 100 | 100 | 31.6 | 100 |
| W. D. Scott Group | 14 | 100 | 72.0 | 100 | 100 | 72.0 | 100 |
| | | | | | | | |
| Total | 71 | 97.2 | 88.7 | 99.8 | 93.0 | 82.6 | 98.2 |

RBD-EXP14-05174

Exposure Assessment Solutions, Inc.

**Table 4:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Bureau Veritas | 39 | 0.070 | 0.050 | 0.091 | 0.077 | 0.054 | 0.134 |
| DeVany Industrial Consultants | 2 | 0.058 | -0.133 | 0.249 | 0.058 | ** | ** |
| FEMA CDC | 2 | 0.071 | -1.186 | 1.327 | 0.070 | ** | ** |
| Occupant | 9 | 0.074 | 0.036 | 0.112 | 0.077 | 0.045 | 0.268 |
| Sierra Club | 1 | 0.250 | 0.250 | 0.250 | ** | ** | ** |
| TES | 4 | 0.174 | -0.143 | 0.491 | 0.176 | 0.059 | 5x10⁴ |
| W. D. Scott Group | 14 | 0.081 | 0.055 | 0.107 | 0.081 | 0.061 | 0.123 |
| | | | | | | | |
| Total | 71 | 0.081 | 0.063 | 0.098 | 0.086 | 0.067 | 0.119 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

RBD-EXP14-05175

Exposure Assessment Solutions, Inc.

**Table 5:** Descriptive statistics for the formaldehyde concentration measurements (in ppm) in unoccupied Recreation By Design, LLC Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 9 | 0.071 | 0.290 | 0.170 | 0.174 | 0.079 | 0.157 | 1.648 |
| DeVany Industrial Consultants | 61 | 0.140 | 3.000 | 0.490 | 0.557 | 0.410 | 0.470 | 1.758 |
| W. D. Scott Group | 35 | 0.024 | 0.440 | 0.110 | 0.127 | 0.074 | 0.113 | 1.628 |
| Total | 105 | 0.024 | 3.000 | 0.280 | 0.381 | 0.378 | 0.266 | 2.366 |

**Table 6:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in unoccupied Recreation By Design, LLC Inc. "travel trailer" units. The percent of the measurements exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%LCL | 99%UCL |
|---|---|---|---|---|---|---|---|
| Boston Chemical Data | 9 | 100 | 59.9 | 100 | 100 | 59.9 | 100 |
| DeVany Industrial Consultants | 61 | 100 | 92.7 | 100 | 100 | 92.7 | 100 |
| W. D. Scott Group | 35 | 100 | 87.7 | 100 | 100 | 87.7 | 100 |
| Total | 105 | 100 | 95.7 | 100 | 100 | 95.7 | 100 |

**Table 7:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in unoccupied Recreation By Design, LLC Inc. "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 9 | 0.174 | 0.098 | 0.251 | 0.175 | 0.118 | 0.360 |
| DeVany Industrial Consultants | 61 | 0.557 | 0.431 | 0.682 | 0.549 | 0.464 | 0.675 |
| W. D. Scott Group | 35 | 0.127 | 0.097 | 0.157 | 0.126 | 0.105 | 0.161 |
| Total | 105 | 0.381 | 0.294 | 0.468 | 0.383 | 0.311 | 0.499 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

RBD-EXP14-05176

Exposure Assessment Solutions, Inc.

**Table 8:** Descriptive statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "Morgan" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 27 | 0.003 | 0.240 | 0.068 | 0.075 | 0.056 | 0.052 | 2.798 |
| DeVany Industrial Consultants | 1 | 0.064 | 0.064 | 0.064 | 0.064 | | 0.064 | |
| FEMA CDC | 2 | 0.031 | 0.110 | 0.071 | 0.071 | 0.056 | 0.058 | 2.449 |
| Occupant | 7 | 0.015 | 0.130 | 0.089 | 0.076 | 0.042 | 0.062 | 2.158 |
| Sierra Club | 1 | 0.250 | 0.250 | 0.250 | 0.250 | | 0.250 | |
| W. D. Scott Group | 8 | 0.030 | 0.110 | 0.079 | 0.076 | 0.026 | 0.071 | 1.536 |
| Total | 46 | 0.003 | 0.250 | 0.074 | 0.079 | 0.054 | 0.059 | 2.444 |

**Table 9:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "Morgan" model units.  The percent of the measurements exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%LCL | 99%UCL |
|---|---|---|---|---|---|---|---|
| Bureau Veritas | 27 | 92.6 | 72.3 | 99.5 | 88.9 | 67.4 | 98.3 |
| DeVany Industrial Consultants | 1 | 100 | 1 | 100 | 100 | 1 | 100 |
| FEMA CDC | 2 | 100 | 10 | 100 | 100 | 10 | 100 |
| Occupant | 7 | 100 | 51.8 | 100 | 85.7 | 35.7 | 99.9 |
| Sierra Club | 1 | 100 | 1 | 100 | 100 | 1 | 100 |
| W. D. Scott Group | 8 | 100 | 56.2 | 100 | 100 | 56.2 | 100 |
| Total | 46 | 95.7 | 83.0 | 99.7 | 91.3 | 76.8 | 98.2 |

**Table 10:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in occupied Recreation By Design, LLC Inc. "Morgan" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Bureau Veritas | 27 | 0.075 | 0.049 | 0.102 | 0.086 | 0.054 | 0.195 |
| DeVany Industrial Consultants | 1 | 0.064 | | | ** | ** | ** |
| FEMA CDC | 2 | 0.071 | -1.186 | 1.327 | 0.070 | ** | ** |
| Occupant | 7 | 0.076 | 0.026 | 0.126 | 0.079 | 0.041 | 0.601 |
| Sierra Club | 1 | 0.250 | | | ** | ** | ** |
| W. D. Scott Group | 8 | 0.076 | 0.048 | 0.104 | 0.077 | 0.053 | 0.149 |
| Total | 46 | 0.079 | 0.060 | 0.098 | 0.087 | 0.064 | 0.137 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

RBD-EXP14-05177

**Table 11:** Descriptive statistics for the formaldehyde concentration measurements (in ppm) in unoccupied Recreation By Design, LLC Inc. "Morgan" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 6 | 0.110 | 0.270 | 0.180 | 0.187 | 0.060 | 0.178 | 1.397 |
| DeVany Industrial Consultants | 23 | 0.140 | 1.300 | 0.440 | 0.479 | 0.265 | 0.421 | 1.671 |
| W. D. Scott Group | 29 | 0.024 | 0.440 | 0.110 | 0.121 | 0.072 | 0.108 | 1.614 |
| Total | 58 | 0.024 | 1.300 | 0.155 | 0.270 | 0.244 | 0.195 | 2.232 |

**Table 12:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in unoccupied Recreation By Design, LLC Inc. "Morgan" model units. The percent of the measurements exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | % > 0.008 ppm ATSDR limit | 99%LCL | 99%UCL | % > 0.016 ppm NIOSH limit | 99%LCL | 99%UCL |
|---|---|---|---|---|---|---|---|
| Boston Chemical Data | 6 | 100 | 46.4 | 100 | 100 | 46.4 | 100 |
| DeVany Industrial Consultants | 23 | 100 | 81.9 | 100 | 100 | 81.9 | 100 |
| W. D. Scott Group | 29 | 100 | 85.3 | 100 | 100 | 85.3 | 100 |
| Total | 58 | 100 | 92.4 | 100 | 100 | 92.4 | 100 |

**Table 13:** Compliance statistics for the formaldehyde concentration measurements (in ppm) in unoccupied Recreation By Design, LLC Inc. "Morgan" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 6 | 0.187 | 0.104 | 0.269 | 0.187 | 0.129 | 0.365 |
| DeVany Industrial Consultants | 23 | 0.479 | 0.340 | 0.617 | 0.477 | 0.374 | 0.669 |
| W. D. Scott Group | 29 | 0.121 | 0.088 | 0.154 | 0.120 | 0.098 | 0.156 |
| Total | 58 | 0.270 | 0.193 | 0.346 | 0.267 | 0.208 | 0.375 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

RBD-EXP14-05178

**Table 14:** Temperature statistics for occupied Recreation By Design, LLC Inc. "travel trailer" model units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 39 | 64 | 97.1 | 78 |
| DeVany Industrial Consultants | | | | |
| FEMA CDC | 2 | 74 | 74 | 74 |
| Occupant | 2 | 70 | 70 | 70 |
| Sierra Club | | | | |
| TES | | | | |
| W. D. Scott Group | 14 | 69.8 | 95 | 80.5 |
| Total | 57 | 64.0 | 97.1 | 78.0 |

**Table 15:** Relative Humidity (in %) statistics for occupied Recreation By Design, LLC Inc. "travel trailer" model units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 39 | 20.0 | 69 | 48 |
| DeVany Industrial Consultants | | | | |
| FEMA CDC | 2 | 50 | 65 | 57.5 |
| Occupant | 2 | 60 | 60 | 60 |
| Sierra Club | | | | |
| TES | | | | |
| W. D. Scott Group | 14 | 23.9 | 80.4 | 42.3 |
| Total | 57 | 20.0 | 80.4 | 48.0 |

**Table 16:** Temperature statistics for unoccupied Recreation By Design, LLC Inc. "travel trailer" model units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 9 | 58 | 82.1 | 78.8 |
| DeVany Industrial Consultants | 59 | 71.8 | 109.8 | 89.1 |
| W. D. Scott Group | 35 | 52.7 | 95 | 71.7 |
| Total | 103 | 52.7 | 109.8 | 80.1 |

**Table 17:** Relative Humidity (in %) statistics for unoccupied Recreation By Design, LLC Inc. "travel trailer" model units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 9 | 57 | 68 | 62 |
| DeVany Industrial Consultants | 59 | 36 | 90.3 | 60 |
| W. D. Scott Group | 35 | 26.5 | 77.1 | 44 |
| Total | 103 | 26.5 | 90.3 | 55.1 |

RBD-EXP14-05179

## 8     Figures



**Figure 1**: Histogram of the Recreation By Design, LLC "travel trailer" dataset (occupied THU's only) (n=71) (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 2**: Histogram of the Recreation By Design, LLC "Morgan" dataset (occupied THU's only) (n=46)  (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 3**: Histogram of the Recreation By Design, LLC "travel trailer" dataset (unoccupied THU's only) (n=105) (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 4**: Histogram of the Recreation By Design, LLC "Morgan" dataset (unoccupied THU's only) (n=58)  (The vertical lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)

Exposure Assessment Solutions, Inc.

RBD-EXP14-05180



**Figure 5**: Box-whisker plot for the Recreation By Design, LLC "travel trailer" dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=71) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 6**: Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=71) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)

Exposure Assessment Solutions, Inc.

RBD-EXP14-05181



**Figure 7**: Box-whisker plot for the Recreation By Design, LLC "Morgan" model dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=46) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 8**: Symmetric dot-density plot for the Recreation By Design, LLC "Morgan" model dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=46) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)

RBD-EXP14-05182



**Figure 9**: Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=105) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)



**Figure 10**: Symmetric dot-density plot for the Recreation By Design, LLC "Morgan" model dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=58) (The horizontal lines indicate the ATSDR limit of 0.008 ppm and the NIOSH occupational exposure limit of 0.016 ppm.)

Exposure Assessment Solutions, Inc.

RBD-EXP14-05183





**Figure 11:** Symmetric dot-density plot of the Recreation By Design, LLC occupied "travel trailer" dataset by model (n=71).

**Figure 12:** Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" dataset (occupied units only), showing the formaldehyde measurements by data source (n=71).



**Figure 13:** Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements by data source (n=105).

Exposure Assessment Solutions, Inc.

RBD-EXP14-05184



**Figure 14:** Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" data collected by Boston Chemical Data, showing the formaldehyde measurements (in PPM) by year and month (n=9). (o = occupied THU, x = unoccupied THU)



**Figure 15:** Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" data collected by Bureau Veritas, showing the formaldehyde measurements (in PPM) by year and month (n=39). (o = occupied THU, x = unoccupied THU)

RBD-EXP14-05185



**Figure 16:** Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" data collected by DeVany Industrial Consultants, showing the formaldehyde measurements (in PPM) by year and month (n=63). (o = occupied THU, x = unoccupied THU)



**Figure 17:** Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" data collected by FEMA CDC, showing the formaldehyde measurements (in PPM) by year and month (n=2). (o = occupied THU, x = unoccupied THU)

RBD-EXP14-05186



**Figure 18**: Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" data collected by "Occupants", showing the formaldehyde measurements (in PPM) by year and month (n=9). (o = occupied THU, x = unoccupied THU)



**Figure 19**: Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" data collected by the Sierra Club, showing the formaldehyde measurements (in PPM) by year and month (n=1). (o = occupied THU, x = unoccupied THU)

RBD-EXP14-05187



**Figure 20:** Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" data collected by TES (Technical Environmental Services), showing the formaldehyde measurements (in PPM) by year and month (n=4). (o = occupied THU, x = unoccupied THU)



**Figure 21:** Symmetric dot-density plot for the Recreation By Design, LLC "travel trailer" data collected by W. D. Scott Group, showing the formaldehyde measurements (in PPM) by year and month (n=49). (o = occupied THU, x = unoccupied THU)

Exposure Assessment Solutions, Inc.

RBD-EXP14-05188



**Figure 22**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each data source. Non-overlapping error bars suggests that the datasets for the two data sources are significantly different.



**Figure 23**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each Recreation By Design, LLC model. Non-overlapping error bars suggests that the datasets for the two models are significantly different.



**Figure 24**: Histogram of the unit temperature ("F) for occupied "travel trailers" (n=71).



**Figure 25**: Histogram of the unit relative humidity (%) for occupied "travel trailers" (n=71).



**Figure 26**: Histogram of the unit temperature (°F) for unoccupied "travel trailers" (n=105)



**Figure 27**: Histogram of the unit relative humidity (%) for unoccupied "travel trailers" (n=105).

RBD-EXP14-05190

## 9     Appendices

### 9.1     Analysis-of-variance by Data Source

Number of Variables     :     23
Number of Cases         :     176

SYSTAT Rectangular file D:\Systat_RBD\Conc_3.syz,
created Tue Dec 22 19:11:25 2009, contains variables:

| INDX | DBINDX | SOURCE$ | BARCODE$ | VINNUM$ | MANU$ |
|------|--------|---------|----------|---------|-------|
| MODL$ | MODL_$ | TYPE$ | DATE_SAMPLED | YEAR_SAMPLED$ | CONCFORM |
| LOD$ | RESIDENT$ | OCCUPIED$ | TMP | RH | WINDOWSOPEN |
| MOLDVISIBLE | THUAGE | SAMPID$ | CONC | LNCONC | |

Data for the following results were selected according to
    SELECT Occupied$='Y' and TYPE$='Travel Trailer'

Effects coding used for categorical variables in model.
The categorical values encountered during processing are

| Variables | Levels | | | | | |
|-----------|--------|--|--|--|--|--|
| SOURCE$ (7 levels) | Bureau Veritas | DeVany Industrial Consultants | FEMA CDC | Occupant | Sierra Club | |
| | TES | W. D. Scott Group | | | | |

| Dependent Variable | LOGCONC |
|--------------------|---------|
| N | 71 |
| Multiple R | 0.34732 |
| Squared Multiple R | 0.12063 |

### Analysis of Variance

| Source | Type III SS | df | Mean Squares | F-ratio | p-value |
|--------|-------------|-----|--------------|---------|---------|
| SOURCE$ | 1.15127 | 6 | 0.19188 | 1.46324 | 0.20507 |
| Error | 8.39248 | 64 | 0.13113 | | |

---

Exposure Assessment Solutions, Inc.

RBD-EXP14-05191

## Least Squares Means



SOURCE$

WARNING
 Case    159  is an Outlier  (Studentized Residual :    -4.05646)

| Durbin-Watson D Statistic | 1.64299 |
|---|---|
| First Order Autocorrelation | 0.15838 |

Information Criteria

| AIC | 65.87988 |
|---|---|
| AIC (Corrected) | 68.20246 |
| Schwarz's BIC | 83.98132 |

Post Hoc Test of LOGCONC
Using least squares means.
Using model MSE of 0.13113 with 64 df.

### Tukey's Honestly-Significant-Difference Test

| SOURCE$(i) | SOURCE$(j) | Difference | p-value | 95.0% Confidence Interval |
|---|---|---|---|---|

---

|  |  |  |  | Lower | Upper |
|---|---|---|---|---|---|
| Bureau Veritas | DeVany Industrial Consultants | -0.06181 | 0.99999 | -0.86101 | 0.73739 |
| Bureau Veritas | FEMA CDC | -0.06709 | 0.99998 | -0.86630 | 0.73211 |
| Bureau Veritas | Occupant | -0.08962 | 0.99383 | -0.49727 | 0.31802 |
| Bureau Veritas | Sierra Club | -0.69866 | 0.48460 | -1.81503 | 0.41772 |
| Bureau Veritas | TES | -0.39758 | 0.37028 | -0.97632 | 0.18116 |
| Bureau Veritas | W. D. Scott Group | -0.17013 | 0.73911 | -0.51357 | 0.17332 |
| DeVany Industrial Consultants | FEMA CDC | -0.00529 | 1.00000 | -1.10762 | 1.09704 |
| DeVany Industrial Consultants | Occupant | -0.02781 | 1.00000 | -0.88955 | 0.83392 |
| DeVany Industrial Consultants | Sierra Club | -0.63685 | 0.78035 | -1.98692 | 0.71323 |
| DeVany Industrial Consultants | TES | -0.33577 | 0.93437 | -1.29042 | 0.61887 |
| DeVany Industrial Consultants | W. D. Scott Group | -0.10832 | 0.99968 | -0.94160 | 0.72497 |
| FEMA CDC | Occupant | -0.02253 | 1.00000 | -0.88426 | 0.83920 |
| FEMA CDC | Sierra Club | -0.63156 | 0.78689 | -1.98164 | 0.71851 |
| FEMA CDC | TES | -0.33049 | 0.93897 | -1.28513 | 0.62416 |
| FEMA CDC | W. D. Scott Group | -0.10303 | 0.99976 | -0.93631 | 0.73025 |
| Occupant | Sierra Club | -0.60903 | 0.68557 | -1.77099 | 0.55292 |
| Occupant | TES | -0.30796 | 0.79169 | -0.97038 | 0.35446 |
| Occupant | W. D. Scott Group | -0.08050 | 0.99846 | -0.55147 | 0.39046 |
| Sierra Club | TES | 0.30108 | 0.98917 | -0.93137 | 1.53352 |
| Sierra Club | W. D. Scott Group | 0.52853 | 0.79445 | -0.61249 | 1.66955 |
| TES | W. D. Scott Group | 0.22746 | 0.92344 | -0.39751 | 0.85242 |

RBD-EXP14-05193

**9.2    Analysis-of-variance by "travel trailer" Model**

Number of Variables     :      29
Number of Cases         :      176
SYSTAT Rectangular file D:\Systat_RBD\Conc_2.syz,
created Tue Dec 22 15:29:15 2009, contains variables:

| INDX | DBINDX | SOURCE$ | BARCODE$ | VINNUM$ | MANU$ |
|------|--------|---------|----------|---------|-------|
| MODL$ | TYPE$ | MANU_ORIG$ | MODL_ORIG$ | TYPE_ORIG$ | DATE_SAMPLED |
| CONCFORM | LOD$ | CONCFORM_ORIG$ | RESIDENT$ | OCCUPIED$ | TMP |
| RH | WINDOWSOPEN | MOLDVISIBLE | THUAGE | MANUMONTH$ | MANUYR$ |
| SAMPID$ | CONC | LNCONC | YEAR_SAMPLED$ | YEAR_MANU | |

Data for the following results were selected according to
    SELECT Occupied$='Y' and TYPE$='Travel Trailer'

Effects coding used for categorical variables in model.
The categorical values encountered during processing are

| Variables | Levels | | | | |
|-----------|--------|--|--|--|--|
| MODL$ (6 levels) | Celebrity | Dreams by Design | Manhattan | Morgan | Other |
| | Travel by Design | | | | |

| Dependent Variable | LOG10_CONC |
|--------------------|------------|
| N | 71 |
| Multiple R | 0.279 |
| Squared Multiple R | 0.078 |

**Estimates of Effects B = (X'X)⁻¹X'Y**

Estimates of Effects $B = (X'X)^{-1}X'Y$

| Factor | Level | LOG10_CONC |
|--------|-------|------------|
| CONSTANT | | -1.317 |
| MODL$ | Celebrity | 0.284 |
| MODL$ | Dreams by Design | -0.012 |
| MODL$ | Manhattan | 0.048 |
| MODL$ | Morgan | 0.088 |
| MODL$ | Other | 0.099 |

**Analysis of Variance**

| Source | Type III SS | df | Mean Squares | F-ratio | p-value |
|--------|-------------|-----|--------------|---------|---------|
| MODL$ | 0.742 | 5 | 0.148 | 1.097 | 0.371 |
| Error | 8.801 | 65 | 0.135 | | |

**Least Squares Means**

| Factor | Level | LS Mean | Standard Error | N |
|--------|-------|---------|----------------|---|
| MODL$ | Celebrity | -1.033 | 0.123 | 9.000 |

Exposure Assessment Solutions, Inc.

RBD-EXP14-05194

| MODL$ | Dreams by Design | -1.329 | 0.184 | 4.000 |
| MODL$ | Manhattan | -1.269 | 0.165 | 5.000 |
| MODL$ | Morgan | -1.229 | 0.054 | 46.000 |
| MODL$ | Other | -1.218 | 0.150 | 6.000 |
| MODL$ | Travel by Design | -1.824 | 0.368 | 1.000 |

## Least Squares Means



MODL$

WARNING
Case      159 is an Outlier  (Studentized Residual :      -4.236)

| Durbin-Watson D Statistic | 1.694 |
| First Order Autocorrelation | 0.139 |

### Information Criteria

| AIC | 67.257 |
| AIC (Corrected) | 69.034 |
| Schwarz's BIC | 83.095 |

Post Hoc Test of LOG10_CONC
Using least squares means.

RBD-EXP14-05195

Using model MSE of 0.135 with 65 df.

**Tukey's Honestly-Significant-Difference Test**

| MODL$(i) | MODL$(j) | Difference | p-value | 95.0% Confidence Interval | |
|---|---|---|---|---|---|
| | | | | Lower | Upper |
| Celebrity | Dreams by Design | 0.296 | 0.763 | -0.354 | 0.945 |
| Celebrity | Manhattan | 0.236 | 0.859 | -0.367 | 0.838 |
| Celebrity | Morgan | 0.196 | 0.689 | -0.198 | 0.590 |
| Celebrity | Other | 0.185 | 0.931 | -0.385 | 0.754 |
| Celebrity | Travel by Design | 0.791 | 0.332 | -0.348 | 1.930 |
| Dreams by Design | Manhattan | -0.060 | 1.000 | -0.785 | 0.665 |
| Dreams by Design | Morgan | -0.100 | 0.995 | -0.663 | 0.464 |
| Dreams by Design | Other | -0.111 | 0.997 | -0.808 | 0.587 |
| Dreams by Design | Travel by Design | 0.495 | 0.833 | -0.713 | 1.703 |
| Manhattan | Morgan | -0.040 | 1.000 | -0.549 | 0.469 |
| Manhattan | Other | -0.051 | 1.000 | -0.705 | 0.603 |
| Manhattan | Travel by Design | 0.555 | 0.740 | -0.628 | 1.739 |
| Morgan | Other | -0.011 | 1.000 | -0.480 | 0.458 |
| Morgan | Travel by Design | 0.595 | 0.602 | -0.497 | 1.687 |
| Other | Travel by Design | 0.606 | 0.649 | -0.561 | 1.773 |

Exposure Assessment Solutions, Inc.

RBD-EXP14-05196

**9.3     Decay curve analysis**

**Decay-curve Analysis of the Formaldehyde Dataset**

Paul Hewett PhD, CIH

**10     Introduction**

CDC (2008), in their study of formaldehyde levels in occupied temporary housing units, recognized the possibility that age-related decline in concentrations resulted in a general underestimation of earlier exposures (CDC, 2008; page 13):

> "Many of these trailers were >2 years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes (Hodgson et al., 2000; Gordon et al., 1999), so residents were probably exposed to higher levels of formaldehyde when their trailers were newer."

The goal of this analysis was estimate the age-related decay coefficient for travel trailers. The exponential decay curve is commonly used to describe the decline over time of a substance or quantity where there is a fixed decay coefficient. Using T to represent the age in years of the Temporary Housing Unit (THU) at the time of sampling, the standard equation for exponential decay becomes:

$$C = C_0 \cdot \exp(-\lambda \cdot T) \qquad\qquad \text{Equation 1}$$

where   C = concentration of formaldehyde (ppm) inside the THU
$C_0$ = the initial concentration at T=0 (i.e., the concentration for a new THU)
$-\lambda$ = the decay coefficient
T = age in years at the time of sampling.

The half-life, or the period of time over which the substance or quantity has decreased by half, is calculated as

$$t_{1/2} = \frac{\ln 2}{\lambda} \qquad\qquad \text{Equation 2.}$$

The exponential decay model has commonly been used to describe in general terms the decline in formaldehyde emissions from formaldehyde-based adhesive-containing products, as well as the decline over time for the formaldehyde concentration in a structure containing such products (plus other products that may emit formaldehyde). For example, in a report prepared for the Environmental Protection Agency the following exponential decay model was fit to a formaldehyde dataset consisting of 1179 measurements from mobile homes (Versar, 1986):

$$C = 0.504 \cdot \exp(-0.237 \cdot T) \qquad t_{1/2} = 2.92 years$$

Versar (1986) indicated that the formaldehyde levels used to generate the above equation had been "standardized for consistent temperature and relative humidity". Figures 1 and 2 show the formaldehyde concentrations in mobile homes predicted by the above equation. The half-life for this decay curve is 2.92 years. (The only difference in the two figures is the y-axis scale: concentration in Figure 1 and $\log_{10}$(concentration) in Figure 2.) The initial concentration at T=0 is 0.504 ppm, which corresponds to $C_0$ in Equation 1. At one half-life, or T=2.92 years, the concentration has decreased to 0.252 ppm. Given this particular decay coefficient it would be many years before the concentration had decreased to near the ATSDR Minimum Risk Level of 0.008 ppm (ATSDR, 2007).

Suta (1980), in a report prepared for the Environmental Protection Agency, noted that:

> "Formaldehyde release from the interior particleboard occurs at a decreasing rate with an increase in the product's age. Eventually the rate of formaldehyde evolution decrease to an imperceptible level. The length of time necessary for this to occur depends on the atmospheric conditions to which the board has been subjected, as well as the degree of cure of the resin."

---

CAST002154

RBD-EXP14-05197



**Figure 30**: Exponential decay curve using the Versar (1986) equation.  The half-life is 2.92 years.



**Figure 31**: Exponential decay curve using the Versar (1986) equation.  The half-life is 2.92 years.



Figure 1. — Series 1 homes—weekly average formaldehyde concentrations adjusted to 77°F.

Figure 2. — Series 2 homes—weekly average formaldehyde concentrations adjusted to 77°F and 50 percent RH.

**Figure 32**: Figures showing a decrease in formaldehyde concentrations in nine new, unoccupied "mobile homes" for one to eight weeks after manufacture (Groah *et al.*, 1985).

RBD-EXP14-05198



Figure 5. — Formaldehyde emission concentration data versus time for test panels that were at or below HUD limitations and the corresponding model.

**Figure 33**: Figure from Zinn, Cline, and Lehmann (1990) showing the age related decline in formaldehyde concentrations for particle board test panels. The authors calculated a half-life of 216 days (0.59 years) for the uncoated panels.

Suta (1980) reported results from various home studies where the formaldehyde concentration was modeled using Equation 1. The following three equations were presented, taken from a Danish home study and two State Wisconsin mobile home studies, respectively:

$$C = 0.50 \cdot \exp(-0.144 \cdot T) \qquad t_{1/2} = 4.81 years$$

$$C = 0.39 \cdot \exp(-0.120 \cdot T) \qquad t_{1/2} = 5.78 years$$

$$C = 0.75 \cdot \exp(-0.30 \cdot T) \qquad t_{1/2} = 2.31 years$$

(As noted by Suta (1980), temperature, humidity, and ventilation were not taken into account when estimating the parameters in the first equation, and presumably were not taken into account for the other two equations.)

In summary, the Versar (1986) study and the Suta (1980) report suggest that the age decay coefficient for mobile homes at that time - 1970's and early 1980's - should be in the range of -0.120/year to -0.30/year. The equations also suggest that the formaldehyde levels in new mobile homes, when T=0, ranged between 0.39 ppm to 0.75 ppm.

Groah *et al.* (1985) studied the effects of temperature, ventilation, and "formaldehyde decay" (as a function of time since manufacture) in nine new, unoccupied mobile homes. Figure 3 shows two figures from their paper. The figures indicate that initial formaldehyde concentrations ranged between 0.2 ppm and 0.8 ppm for individual mobile homes. The figures also show a decline in concentration levels over the two month study period. The authors noted that it was not possible to "quantify the effect of aging" and that additional study was needed to quantify the effects of aging (presumably over a longer period), as well as the other factors identified as potentially relevant.

Zinn, Cline, and Lehmann (1990) studied the decay in formaldehyde levels as a function of time for sixteen "medium density particleboard panel products, representing all particleboard manufacturing regions in the United States". Formaldehyde emissions (see Figure 4) from each panel were measured using a referenced "large chamber test method". Between tests the panels were stored in a manner "to allow ambient air to circulate around all sides of the panels". Temperature, relative humidity, and ventilation rates were not

---

RBD-EXP14-05199

recorded.  The authors concluded that:

> "The rate at which emission levels decrease is not constant, but decreases with time.  Generally, formaldehyde emission levels decreased linearly with respect to the natural log of time."

The formaldehyde levels in mobile home are primarily related to the presence of formaldehyde-based adhesives in the plywood, particleboard, and medium density fiberboard used in home construction (Smulski, 1987).  According to Smulski, free, unreacted formaldehyde can be released as well as formaldehyde resulting from the interaction of "high temperature and relative humidity" with the "cured adhesive".  (Myers (1983) also distinguished between "free and hydrolytically produced formaldehyde".)

## 10.1    Exposure Prediction Model 1

Equation 1 can be converted to a simple linear equation by taking the natural logarithms of both sides of the equation:

$$\ln(C) = \beta_0 + \beta_1 \cdot Age \qquad\qquad \text{Equation 3}$$

Linear regression can then be used to estimate the equation coefficients of $\beta_0$ and $\beta_1$, which then can be used to estimate the formaldehyde concentration for any age by taking the exponential of both sides of Equation 3, which converts the regression equation back to the same form as Equation 1:

$$C = \exp(\beta_0) \cdot \exp(\beta_1 \cdot Age) \qquad\qquad \text{Equation 4}$$

Note that $\exp(\beta_0)$ is equal to $C_0$ and $\beta_1$ is equal to $-\lambda$ from Equation 1.  In reality, for a given set of conditions the age coefficient $\beta_1$ for the THU's for any manufacturer is negative.  We will use "Model 1" to refer to the exposure prediction model in Equations 2 and 3.

## 10.2    Exposure Prediction Model 2

Model 1 can be expanded to take into consideration the effects of temperature and relative, both of which have been shown to affect formaldehyde levels:\[m]

$$\ln(C) = \left[ \beta_0 + \beta_1 \cdot Temp + \beta_2 \cdot RH\% \right] + \beta_3 \cdot Age$$

$$\text{Equation 5}$$

If the coefficients in the above model can be estimated the concentration, for any age, can be estimated by exponentiating the above equation:

$$C = \exp\left[ \beta_0 \right] \cdot \beta_1 \cdot Temp \cdot \beta_2 \cdot RH\% \right] \cdot \exp(\beta_3 \cdot Age)$$

$$\text{Equation 6}$$

The quantity in the brackets estimates the initial concentration at Age=0 for a specific temperature and relative humidity.  For this analysis Equations 5 and 6 will be referred to as "Model 2".

## 10.3    Exposure Prediction Model 3

The Centers for Disease Control (CDC) identified the following factors as being the most influential in their analysis of data from 519 trailers having several manufacturers (CDC, 2008):

- THU manufacturer
- temperature (°F)
- relative humidity (%)
- were windows, doors, or scuttles open prior to sampling (Y,N)

---

[m]  ATSDR (2007) and CDC (2008) included temperature and relative humidity when modeling formaldehyde concentrati9ons.  In the ASTM (2002) standard on determining formaldehyde emissions from wood products the formaldehyde concentration was considered to be a function of temperature and relative humidity.

---

CAST002157

RBD-EXP14-05200

• was more than 1 ft$^2$ of mold observed in the living spaces (Y,N).

Model 2 can be expanded to take into consideration the effects of increased ventilation prior to sampling (Y,N) and whether or not mold was observed in the living spaces (Y,N):

$$\ln(C) = \left[ \beta_0 + \beta_1 \cdot Temp + \beta_2 \cdot RH\% + \beta_3 \cdot Windows + \beta_4 \cdot Mold \right] + \beta_5 \cdot Age$$

Equation 7

If the coefficients in the above model can be estimated the concentration can be estimated by exponentiating the above equation:

$$C = \exp\left[ \beta_0 \right] + \beta_1 \cdot Temp + \beta_2 \cdot RH\% + \beta_3 \cdot Windows + \beta_4 \cdot Mold \right] \cdot \exp(\beta_5 \cdot Age)$$

Equation 8

The quantity in the brackets estimate the initial concentration at Age=0 for a specific temperature, relative humidity, status of windows prior to sampling, and whether or not mold was observed in the living spaces. For this analysis Equations 7 and 8 will be referred to as Model 3.

## 11   Methods

### 11.1   Available Datasets

Not all of the datasets contained in the PSC database contained sufficient information on the parameters needed to develop a regression model. Temperature and relative humidity information was missing for the Sierra Club, Technical Environmental Services, Inc. (TES), and the Texas Parks & Wildlife Department datasets, and for most of the Occupant dataset. Date of unit manufacturer was missing from the FEMA CDC dataset. The Bureau Veritas had date of manufacture, temperature and relative humidity information, as well as the Windows and Mold categorical variables that indicate whether windows and other openings were opened prior to sampling and whether more than 1 ft$^2$ of mold was visible in the living area. The datasets from the occupational health consultancies - Boston Chemical Data; DeVany Industrial Consultants, Inc.; and W.D. Scott Group, Inc. - included age, temperature, relative humidity, and date of THU manufacture for most of the THU's sampled.

In general, occupational, population, and environmental contaminant data tend to be best described by the lognormal distribution. For example, the lognormal distributional model was used in Zinn, Cline, and Lehmann (1990) study, the Versar (1986) study and the Suta (1980) report. Furthermore, CDC (2008) and ATSDR (2007) assumed that the data were best described by the lognormal distributional model. Consequently, the logarithms of the formaldehyde concentrations were used in the regression analyses below.

Data for the following manufacturers were extracted from the PSC database, the FEMA CDC database, and the Bureau Veritas database and used in this analysis:
• Gulf Stream Coach, Inc.
• Fleetwood, Inc.
• Forest River, Inc.
• Recreation By Design, LLC.

### 11.2   Estimation of Model Coefficients

The standard least-squares, linear regression model will be used to estimate the coefficients when applying Models 1, 2, and 3 to occupied and unoccupied "travel trailer" datasets, with the age-related decay coefficient being of the most interest. Data from all data sources were used, provided sufficient information was available for estimating the coefficients of each model. Systat® (Version 12, www.systat.com) was used for all calculations and to generate all of the figures.

The Windows and Mold categorical variables are dummy variables that can have a value of 0 or 1:
     Windows: Were windows, scuttles, and/or doors were open within the 3 hours prior to sampling?

---

CAST002158

RBD-EXP14-05201

                    0 : No
                    1 : Yes
    Mold: Where there signs of more than 1 ft$^2$ of mold in the living area of the trailer?
                    0 : No
                    1 : Yes.
Only the Bureau Veritas dataset had the Windows or Mold variables.

## 11.3   Predicting Median Concentrations

Concentration predictions in ppm units can be calculated using the exponentiated version of each of the Models. The model equation - e.g., Equations 4, 6, or 8 - predicts the geometric mean (which is the same as the median or 50th percentile) concentration for any combination of the model variables.

For this analysis, each model was used to predict the median formaldehyde concentration for a range of THU ages. For Model 2 it was necessary to fix the temperature and relative humidity. I used 75°F and 50% relative humidity as typical values.  For Model 3 I assumed that a typical scenario was one where Windows=0 (i.e., there was little ventilation prior to sampling) and Mold=0 (less than 1 ft$^2$ of mold was visible in the living spaces.

## 11.4   Prediction Intervals

The predicted median concentration suggests the central tendency for individual THU measurements for any particular combination of input values for the model, but does not suggest to the user the range in which one would expect individual measurements to occur.  For this we can calculate a Prediction Interval.  A 95% prediction interval was calculated for concentrations back to Age=0, using a representative temperature of 75°F and a representative relative humidity of 50% for Models 2 and 3, and Windows=0 and Mold=0 for Model 3.

Note that in general, these models are best used to predict formaldehyde concentration for combinations of the predictor variables within the observed ranges of the predictor variables.  Extrapolation beyond the range of observed factors should be done with caution.  The 95% prediction interval will be increasingly wider when predicting concentrations outside the observed range of THU ages.

The Prediction Interval is used to predict the range within which one could be X% confident that future values will occur.  In this case, both future and past values are of interest.  The 95% Prediction Interval is interpreted in this manner: for the specific parameters of the scenario and for a specific Age, one can be 95% confident that formaldehyde levels would have, or will, fall within the upper and lower prediction limits.

## 12   Results

## 12.1   Model Parameter Estimates

Occupied travel trailers

Model coefficients for the analysis of formaldehyde levels in occupied travel trailers, using Models 1, 2, and 3, are listed in Table 1.  The models were statistically significant ($p < 0.05$) only when applied to the Gulf Stream Coach, Inc. dataset.  The decay coefficients for the Gulf Steam, Inc. dataset were similar and statistically significant for all three models.  The analysis suggests that the half-life for occupied Gulf Stream, Inc. travel trailers ranges between 2.32 and 3.38 years.  The decay coefficients for the other manufactures and models were more variable, two out of the four being similar to those for Gulf Stream, Inc.

An estimate of the fraction of the overall variability explained by the model is the coefficient of determination, or "squared multiple r" statistic (Table 1).  With one exception, these models and equations explained less than 5% of the overall variability.  Model 3 when applied to the Gulf Stream Coach, Inc. dataset explained 14% of the overall variability.

All other combinations of prediction model and manufacturer resulted in illogical positive decay coefficients. Because

---

CAST002159

RBD-EXP14-05202

the focus of this analysis is on the decay coefficient, only those results where the estimated decay coefficient was negative are shown. Positive decay coefficients probably reflect in part smaller sample sizes, the influence of other variables and conditions not measured, and the relatively narrow range of unit ages evident in the database.

Unoccupied travel trailers

Model coefficients for the analysis of formaldehyde levels in unoccupied travel trailers are listed in Table 1. Both Models 1 and 2 were statistically significant ($p<0.05$) for all four manufacturers. In all cases the decay coefficient was both negative and statistically significant. The half-lives, with one exception, were similar. In general, these models and equations explained between 19% to 63% of the overall variability in the various manufacturer unoccupied travel trailer datasets.

## 12.2   Figures

Figures for each model and manufacturer combination are included. For example, Figures 5 shows the median formaldehyde level prediction and 95% prediction interval for the Gulf Steam Coach, Inc. "occupied travel trailer" dataset. The prediction interval was calculated using Model 1, which predicts concentrations solely as a function of unit age. Figure 6 shows the data used in the analysis plotted against unit age in years. All Model 1 analyses have two similar figures. Figures for unoccupied units start with Figure 11.

Model 2 figures start with Figure 19. For these figures the 95% prediction interval was calculated assuming a uniform temperature of 75°F and relative humidity of 50%. The 95% prediction interval will be different for different combinations of temperature and relative humidity. Figure 19 shows the 95% prediction interval for Gulf Stream Coach, Inc. "occupied travel trailers". Since Model 2 predicts formaldehyde levels as a function of unit age, temperature, and relative humidity Figure 19 is accompanied by three figures showing the data used to calculated the model parameters plotted against unit age, temperature, and relative humidity. Figures for unoccupied units start with Figure 23.

Model 3 figures start with Figure 39. For these figures the 95% prediction interval was calculated assuming a uniform temperature of 75°F and relative humidity of 50%, as well as "windows closed prior to sampling" and "no significant quantity of mold visible in the living areas". The 95% prediction interval will be different for different combinations of these variables. Figure 39 shows the 95% prediction interval for Gulf Stream Coach, Inc. "occupied travel trailers". Since Model 3 predicts formaldehyde levels as a function of five variables Figure 39 is accompanied by five figures showing the data plotted against unit age, temperature, relative humidity, windows status, and mold status.

## 13   Discussion

### 13.1   Comparison to published values

The decay coefficients, estimated using the occupied travel trailer datasets, were similar to the values reported by Versar (1986) and Suta (1980) (see Section 1) for mobile homes.

### 13.2   Interpretation of the results

The Model 1, 2, and 3 prediction equations, when used to model the occupied travel trailer data, permit us to estimate the median formaldehyde level for specific values of the predictor variables. For example, historic levels for occupied units for specific manufacturers can be estimated by setting the unit age to earlier ages when few or no data were collected.

The Model 1, and 2 prediction equations, when used to model the unoccupied travel trailer data, permit us to estimate the median formaldehyde level for specific values of the predictor variables. It is important to recognize that these equations predict the formaldehyde level for an unoccupied unit that was previously occupied.

### 13.3   Summary

---

Exposure Assessment Solutions, Inc.

CAST002160

RBD-EXP14-05203

For any given set of stable conditions - e.g., given a specific temperature, relative humidity, air exchange rate, and all other factors that affect formaldehyde emissions from the components of a THU - the true value for the age and decay coefficient is negative.  A zero or positive coefficient estimate produced by a statistical analysis of any of the datasets considered could be caused by small sample sizes, insufficient range of the pertinent variables (such as THU age at the time of sampling), etc.  These statements proceed from a first principles analysis: based upon Fick's Law of Diffusion, formaldehyde molecules tend to move from a high density area (e.g., inside a particle board) to a low density area (e.g., the living space void).   Given Fick's Law of Diffusion, it is (a) physically impossible for formaldehyde mass to be continuously emitted forever from wood products containing formaldehyde based adhesives (i.e., the zero coefficient scenario), and (b) it is physically impossible for formaldehyde mass to be emitted at an increasing rate forever (i.e., the positive coefficient scenario).

In summary, many of the model coefficients in Tables 1 and 2 were statistically significant, indicating that chance alone was unlikely to result in the observed relationship between the formaldehyde concentrations and the variables used in the model. The majority of the decay coefficients were negative, which is consistent with expectations. Last, the temperature and relative humidity coefficients were, in general, similar to those estimated by the CDC (2008) and ATSDR (2007) suggesting consistency between the various datasets and analyses.


## 14     Conclusions

For occupied travel trailers, the estimated age-related formaldehyde decay coefficients for the four manufacturers studied here - Gulf Stream Coach, Inc.; Fleetwood, Inc.; and Recreation By Design, LLC. - ranged between -0.0602 and -0.2991 (corresponding to half-lives of 2.32 to 11.5 years).  These coefficients were similar to published values. Decay coefficients for other manufacturers should be in a similar range.

For unoccupied travel trailers, the estimated age-related formaldehyde decay coefficients for the four manufacturers studied here - Gulf Stream Coach, Inc.; Fleetwood, Inc.; Forest River, Inc.; and Recreation By Design, LLC. - ranged between -1.2604 and -0.2946 (corresponding to half-lives of 0.55 to 2.35 years).  Decay coefficients for other manufacturers should be in a similar range.


## 15     References

ATSDR (Agency for Toxic Substances and Disease Registry) (2007): An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006. (October, 2007).

ASTM (2002): Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber. ASTM E 1333-96 (reapproved 2002).

CDC (Centers for Disease Control) (2008): Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, (July 2, 2008).

Groah, W.J., Gramp, G.D., Garrison, S.B., and Walcott, R.J. (1985): Factors that influence formaldehyde air levels in mobile homes. *Forest Products Journal* 35:11-18.

Myers, G.E. (1983): Formaldehyde emission from particleboard and plywood paneling: measurement, mechanism, and product standards. *Forest Products Journal* 33:27-37.

Smulski, S. (1987): Formaldehyde Indoors - Use reconstituted wood products with lower emissions. Progressive Builder. April, pages 9-11.

Suta, B.E. (1980): Population Exposures to Atmospheric Formaldehyde Inside Residences. SRI International, Menlo Park, CA (prepared for the U.S. Environmental Protection Agency, Office of Research and Development).

---

**CAST002161**

RBD-EXP14-05204

Versar (1986): Formaldehyde Exposure Model - Description and Demonstration. Versar Inc., Springfield, VA (prepared for the U.S. Environmental Protection Agency, Exposure Evaluation Division, Office of Toxic Substances).

Zinn, T.W., Cline, D., and Lehmann, W.F.(1990): Long-term study of formaldehyde emission decay from particleboard. *Forest Products Journal* 40:15-18.

CAST002162

RBD-EXP14-05205

## 16   Tables

**Table 1:** Model coefficients for Models 1, 2, and 3, and "occupied" travel trailers.

| Model | Manufacturer | N | Model p-value | Model Coefficients - Independent Variables | | | | | | $r^2$ |
|-------|-------------|---|---------------|-----------|-------------|-----------|----------|-----------------|---------------|-------|
| | | | | Intercept | THU Age (years) [1] | Temp (°F) | RH% (%) | Windows (Y,N) [2] | Mold (Y,N) [3] | |
| 1 | Gulf Stream Coach, Inc | 856 | 0.0007 | -1.8047 * | -0.2052 * ($t_{1/2}$=3.38) | | | | | 0.013 |
| 2 | | 674 | 0.0007 | -2.0030 * | -0.2272 * ($t_{1/2}$=3.05) | 0.0029 * | 0.0014 * | | | 0.025 |
| 3 | | 401 | <0.0001 | -3.5297 * | -0.2991 * ($t_{1/2}$=2.32) | 0.0279 * | -0.0003 | -0.5225 * | -0.1902 | 0.140 |
| 1 | Fleetwood, Inc. | 275 | 0.4977 | -2.9996 * | -0.0602 ($t_{1/2}$=11.5) | | | | | 0.002 |
| 1 | Recreation By Design, LLC | 56 | 0.2878 | -2.1114 * | -0.2748 ($t_{1/2}$=2.52) | | | | | 0.021 |

1 - THU age at the time sampling was calculated from the "year and month" of manufacture (if available) and the date of sampling.
2 - Windows, scuttles, and/or doors were open in the 3 hours prior to sampling (1=Y,0=N) (CDC, 2008).
3 - More than 1 $ft^2$ of mold was visible in the living areas (1=Y,0=N) (CDC, 2008).
* - The coefficient was significantly different from zero at the 0.05 level.

RBD-EXP14-05206

Exposure Assessment Solutions, Inc.

CAST002163

**Table 2:** Model coefficients for Models 1 and 2, and "unoccupied" travel trailers.

| Model | Manufacturer | N | Model p-value | Model Coefficients – Independent Variables | | | | | | $r^2$ |
| | | | | Intercept | THU Age (years)[1] | Temp (°F) | RH% (%) | Windows (Y,N)[2] | Mold (Y,N)[3] | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gulf Stream Coach, Inc | 827 | <0.0001 | 3.1729 * | -1.2604 * ($t_{1/2}$=0.55) | | | | | 0.435 |
| 2 | | 780 | <0.0001 | -2.3617 * | -0.9036 * ($t_{1/2}$=0.77) | 0.0426 * | 0.0163 * | | | 0.536 |
| 1 | Fleetwood, Inc. | 529 | <0.0001 | 0.5836 * | -0.7712 * ($t_{1/2}$=0.90) | | | | | 0.190 |
| 2 | | 503 | <0.0001 | -7.3926 * | -0.2946 * ($t_{1/2}$=2.35) | 0.0631 * | 0.0204 * | | | 0.431 |
| 1 | Forest River, Inc. | 626 | <0.0001 | 2.3619 * | -0.9604 * ($t_{1/2}$=0.72) | | | | | 0.310 |
| 2 | | 590 | <0.0001 | 1.6891 * | -0.9410 * ($t_{1/2}$=0.74) | 0.0015 | 0.0083 | | | 0.329 |
| 1 | Recreation By Design, LLC | 103 | <0.0001 | 1.6122 * | -0.9394 * ($t_{1/2}$=0.7379) | | | | | 0.575 |
| 2 | | 101 | <0.0001 | -1.9030 * | -0.6115 * ($t_{1/2}$=1.13) | 0.0235 * | 0.0101 * | | | 0.630 |

1 - THU age at the time sampling was calculated from the "year and month" of manufacture (if available) and the date of sampling.
2 - Windows, scuttles, and/or doors were open in the 3 hours prior to sampling (1=Y,0=N) (CDC, 2008).
3 - More than 1 ft² of mold was visible in the living areas (1=Y,0=N) (CDC, 2008).
* - The coefficient was significantly different from zero at the 0.05 level.

RBD-EXP14-05207

Exposure Assessment Solutions, Inc.

CAST002164

## 17    Figures

**Model 1 - Occupied units**

Gulf Stream, Inc.





**Figure 34**: Model 1 (occupied units) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.

**Figure 35**: Model 1 (occupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.

Fleetwood, Inc.





**Figure 36**: Model 1 (occupied units) 95% Prediction Interval for Fleetwood, Inc. travel trailers.

**Figure 37**: Model 1 (occupied units) - Fleetwood, Inc. formaldehyde concentrations versus unit age.

CAST002165

RBD-EXP14-05208

Recreation By Design, LLC'



**Figure 38:** Model 1 (occupied units) 95% Prediction Interval for Recreation By Design, LLC travel trailers.



**Figure 39:** Model 1 (occupied units) - Recreation By Design, LLC formaldehyde concentrations versus unit age.

RBD-EXP14-05209

**Model 1 - Unoccupied units**

Gulf Stream, Inc.



**Figure 40:** Model 1 (unoccupied units) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.

**Figure 41:** Model 1 (unoccupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.

Fleetwood, Inc.



**Figure 42:** Model 1 (unoccupied units) 95% Prediction Interval for Fleetwood, Inc. travel trailers.



**Figure 43:** Model 1 (unoccupied units) - Fleetwood, Inc. formaldehyde concentrations versus unit age.

Exposure Assessment Solutions, Inc.

54

RBD-EXP14-05210

Forest River, Inc.



**Figure 44**: Model 1 (unoccupied units) 95% Prediction Interval for Forest River, Inc. travel trailers.

**Figure 45**: Model 1 (unoccupied units) - Forest River, Inc. formaldehyde concentrations versus unit age.

Recreation By Design, LLC



**Figure 46**: Model 1 (unoccupied units) 95% Prediction Interval for Recreation By Design, LLC travel trailers.



**Figure 47**: Model 1 (unoccupied units) - Recreation By Design, LLC formaldehyde concentrations versus unit age.

---

Exposure Assessment Solutions, Inc.

CAST002168

RBD-EXP14-05211

**Model 2 - Occupied units**

Gulf Stream, Inc.



**Figure 48**: Model 2 (occupied units) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.



**Figure 49**: Model 2 (occupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.



**Figure 50**: Model 2 (occupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus temperature.



**Figure 51**: Model 2 (occupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit relative humidity.

RBD-EXP14-05212

**Model 2 - Unoccupied units**

Gulf Stream, Inc.



**Figure 52**: Model 2 (unoccupied units) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.



**Figure 53**: Model 2 (unoccupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.



**Figure 54**: Model 2 (unoccupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus temperature.



**Figure 55**: Model 2 (unoccupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit relative humidity.

CAST002170

RBD-EXP14-05213

Fleetwood, Inc.



**Figure 56**: Model 2 (unoccupied units) 95% Prediction Interval for Fleetwood, Inc. travel trailers.



**Figure 57**: Model 2 (unoccupied units) - Fleetwood, Inc. formaldehyde concentrations versus unit age.



**Figure 58**: Model 2 (unoccupied units) - Fleetwood, Inc. formaldehyde concentrations versus temperature.



**Figure 59**: Model 2 (unoccupied units) - Fleetwood, Inc. formaldehyde concentrations versus unit relative humidity.

CAST002171

RBD-EXP14-05214

Forest River, Inc.



**Figure 60**: Model 2 (unoccupied units) 95% Prediction Interval for Forest River, Inc. travel trailers.



**Figure 61**: Model 2 (unoccupied units) - Forest River, Inc. formaldehyde concentrations versus unit age.



**Figure 62**: Model 2 (unoccupied units) - Forest River, Inc. formaldehyde concentrations versus temperature.



**Figure 63**: Model 2 (unoccupied units) - Forest River, Inc. formaldehyde concentrations versus unit relative humidity.

CAST002172

RBD-EXP14-05215

Recreation By Design, LLC



**Figure 64**: Model 2 (unoccupied units) 95% Prediction Interval for Recreation By Design, LLC travel trailers.



**Figure 65**: Model 2 (unoccupied units) - Recreation By Design, LLC formaldehyde concentrations versus unit age.



**Figure 66**: Model 2 (unoccupied units) - Recreation By Design, LLC formaldehyde concentrations versus temperature.



**Figure 67**: Model 2 (unoccupied units) - Recreation By Design, LLC formaldehyde concentrations versus unit relative humidity.

CAST002173

RBD-EXP14-05216

**Model 3 - Occupied travel trailers**

Gulf Stream, Inc.



**Figure 68**: Model 3 (occupied units; Bureau Veritas data only) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.



**Figure 69**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.



**Figure 70**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus temperature.



**Figure 71**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit relative humidity.



**Figure 72**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus "windows open prior to sampling".



**Figure 73**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus "mold in living areas".