# Transcript of the Testimony of
# Paul Hewett

### Date taken: March 4, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 2

1  if we have an ambient level.
2         Now, in metropolitan areas, there
3  are probably detectable levels.  But a true
4  global-wide ambient level, I don't think
5  anybody knows.
6     Q.  Let's assume there was some
7  detectable ambient level of formaldehyde in
8  the air in New Orleans during the time
9  Mrs. Castanel lived in her trailer.
10 Equation 1 does not account for the effects
11 of that background level, right?
12    MR. PINEDO:
13        Objection, form.
14    THE WITNESS:
15        No, it does not.  It could be
16 modified to account for effects of a fixed
17 background level, which is simply to add a
18 constant to that.  But it does not account
19 for it.
20 EXAMINATION BY MR. KURTZ:
21    Q.  You might add a constant to
22 account for other formaldehyde emitters that
23 don't decline with age, right?
24    MR. PINEDO:
25        Objection, form, assumes facts not

```
 1   in evidence.
 2          THE WITNESS:
 3              Yes, one could.
 4   EXAMINATION BY MR. KURTZ:
 5       Q.  In fact, the Versar paper that you
 6   relied on did incorporate a constant into
 7   its model for that purpose, right?
 8          MR. PINEDO:
 9              Objection, form.
10          THE WITNESS:
11              I don't know that I know that.  Is
12   that constant background level indicated in
13   my report?
14   EXAMINATION BY MR. KURTZ:
15       Q.  You don't have in your report a
16   constant of that type, right?
17       A.  I do not.
18       Q.  Okay.
19       A.  And I don't report that Versar had
20   it.
21       Q.  Dr. Hewett, you reflect that in
22   Equation 0, the variable -- maybe it is a
23   constant -- the C0 term is the initial
24   concentration at T equals zero, right?
25       A.  Yes.
```

```
 1   that in the Versar equation, it explicitly
 2   accounts for age?
 3        A.   That's all it accounts for.
 4        Q.   And the data has been
 5   standardized, as you just said, for
 6   temperature and humidity, right?
 7        A.   The temperature and humidity --
 8   the samples that he had were samples of
 9   convenience.  He took the data from the
10   sources that he -- just like we did -- from
11   the sources he found.
12             The temperatures and relative
13   humidity were what they were at the time of
14   sampling.  These were occupied mobile homes.
15   What he was trying to do was, because a wide
16   range of temperatures and a wide range of
17   relative humidities were reflected in the
18   database, he was trying to adjust the data
19   points to some standard temperature and
20   relative humidity.
21             While he doesn't explicitly say
22   so, I suspected he used the Berge equation,
23   which was in existence at the time.
24        Q.   By standardizing for temperature
25   and humidity, he actually got an R square
```

1    MR. PINEDO:
2         Objection, form.
3    THE WITNESS:
4         Well, in a sense.  The P value is
5    telling you that the model predicts more
6    than you would expect by simple chance
7    alone.  That it is highly unlikely this
8    model is just accidentally predicting these
9    concentrations, or fits the data, rather.
10        May we take a break?
11   MR. KURTZ:
12        Of course.
13   (Recess for lunch.)
14   EXAMINATION BY MR. KURTZ:
15   Q.   Dr. Hewett, there is nothing
16   specific about Ms. Castanel's unit in your
17   report, right?
18   A.   Correct.
19   Q.   You did not calculate any
20   estimated exposures for formaldehyde
21   concentrations that would have been present
22   in her trailer at any point in time, right?
23   A.   I don't think that is correct,
24   because the purpose -- the overall purpose
25   is to evaluate the existing data that can be

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                             Paul Hewett

Page 113

1   applied to units such as that occupied by
2   Castanel.
3       Q.   But you did not perform a
4   calculation of what level of formaldehyde
5   concentration would have been present in her
6   particular unit at a given time?
7       A.   In her specific unit?
8       Q.   Yes.
9       A.   On a specific day?
10      Q.   Yes, sir.
11      A.   No, I did not.
12      Q.   In the CDC's analysis, they found
13  that one of the variables that mattered in
14  terms of formaldehyde concentration was the
15  manufacturer, right?
16      A.   Yes.
17      Q.   You don't disagree with that, do
18  you?
19      A.   No.
20      Q.   So given that this is a report
21  issued in a case about a Recreation by
22  Design trailer, why did you think it was
23  relevant to discuss Gulf Stream, Fleetwood
24  and Forest River trailers?
25      MR. PINEDO:

1  formaldehyde might build up in one of these
2  trailers that's sitting out there in one of
3  these storage facilities, correct?
4       A.   One would expect it would increase
5  to a certain point.
6       Q.   In fact, that might be the very
7  sort of thing that might make a later
8  reading be higher than an earlier reading,
9  right?
10      A.   Variations in the temperatures,
11 exterior conditions, sun beating down on the
12 trailers.  Or if the trailer was parked
13 outside my house, snow piled all over it.
14      Q.   Or just the fact that people
15 aren't going in and out of them as much as
16 when they're actually occupied?
17      A.   Right.
18      MR. KURTZ:
19           I think I will pass the witness
20 and look over my notes.
21 EXAMINATION BY MR. MULCAHY:
22      Q.   Dr. Hewett, I am Randy Mulcahy on
23 behalf of Recreation by Design.
24           You haven't had any contact with
25 Mrs. Castanel in connection with this

1   litigation, have you?
2       A.   No.
3       Q.   Have you reviewed her deposition
4   transcript at all?
5       A.   No, I think I was sent a PDF copy
6   of that.
7       Q.   Have you read it?
8       A.   No, I have not.  Well, her
9   deposition is going to look like all the
10  other depositions, with all the fancy pages
11  and the court reporter information.
12      Q.   So the answer is "no"?
13      A.   No.
14      Q.   My question is pretty
15  straightforward as far as, you don't know
16  about how she utilized or used this
17  particular travel trailer as far as her
18  daily activities, correct?
19      A.   No, I do not.
20      Q.   As far as my understanding from
21  earlier, you have not done any particular
22  calculation as to Mrs. Castanel's unit as it
23  relates to the opinions you have reached in
24  your report, correct?
25      MR. PINEDO:

1　　　　Objection, form.
2　　THE WITNESS:
3　　　　Correct. The opinions and
4　conclusions are directed at Recreation by
5　Design's trailers in general, be they travel
6　trailers in general or Morgan model travel
7　trailers more specifically.
8　EXAMINATION BY MR. MULCAHY:
9　　　Q.　You were asked earlier, I guess
10　you kind of put all of these models together
11　in one model and referred to them as travel
12　trailers, correct?
13　　　A.　Yes.
14　　　Q.　As far as the differences between
15　certain models, I think you looked at the
16　length of some trailers in one of the
17　documents over there, but as far as actually
18　knowing the contents of a particular model,
19　the Manhattan versus a Celebrity versus a
20　Morgan, you don't know necessarily what
21　would be inside as far as the amount of
22　wood, correct?
23　　　A.　I don't have specifics on that. I
24　have seen a schematic in some of the
25　materials presented earlier or produced