FINAL REPORT

Formaldehyde Exposure Model -
Description and Demonstration

EPA Contract No. 68-02-3968
Task 110

Prepared for:

U.S. Environmental Protection Agency
Exposure Evaluation Division
Office of Toxic Substances
401 M Street, S.W.
Washington, D.C.  20460

Prepared by:

Versar Inc
6850 Versar Center
Springfield, Virginia  22151

April 18, 1986



EXHIBIT 3

For multiple sources, the model equation is

$$[CH_2O]_{SS} = \frac{\left(\sum_{i=1}^{v} [CH_2O]_{EQ} \times \frac{AREA \times k}{VOL}\right) + PEX \times [CH_2O]_O}{PEX + \sum_{i=1}^{v} \frac{AREA \times k}{VOL}} \qquad (13)$$

### 2.2 Decay Curve Function (Component 2)

Once the steady-state indoor air concentration of formaldehyde in the home is estimated, that concentration is decayed over time to reflect the decay of formaldehyde emissions from the wood products. The decay curve function used by the model is derived from available formaldehyde monitoring data in mobile homes, where indoor air concentration is reported as a function of the age of the mobile home. It is acknowledged that these concentrations will not be attributable solely to emissions from pressed-wood products. Other sources of formaldehyde in residential settings (such as outdoor air, cigarettes, and emissions from gas appliances) may remain constant with time, rather than decaying. The presence of those sources can be accounted for by introducing a constant into the decay curve equation.

Two studies that provided compatible mobile home air monitoring data for formaldehyde were selected to create an aggregated set of data: a study done by Clayton Environmental Consultants for the Department of Housing and Urban Development (Singh et al. 1982), and a survey performed by the State of Wisconsin Division of Health (Anderson et al. 1983). The combined data set of 1,179 observations has a concentration range of 0.02 to 2.9 ppm. The mean for this distribution is 0.43 ppm; the median is 0.31 ppm; the 75th percentile is 0.55 ppm; the 90th percentile is 0.89 ppm; and the coefficient of variation is 90.6 percent.

The ages of the homes range from 0 to 3400 days. Homes less than three years old have an average formaldehyde level of 0.51 ppm, and homes over three years old average 0.15 ppm.

The data from each study were particularly compatible because of the following common characteristics:

- Formaldehyde was measured by the chromotropic acid method or by the pararosaniline method.
- Each data point was the average of several measurements taken on a particular day, and the age of the mobile home at the time of measurement was given.
- Both studies sampled predominantly "non-complaint" homes.
- QA/QC in both studies was reportedly good.

Figure 1 presents a plot of the aggregate data set (mobile home age versus formaldehyde concentration), which confirms the decay of initial average level of formaldehyde with the increase in mobile home age. In this graph, the formaldehyde levels (y values) have been standardized for consistent temperature and relative humidity. Based on this graph, it is clear that a linear function is not the best way to describe the data. Consequently, the exponential and power mathematical models were evaluated to determine the function of a curve that best described (or fit) the data.

The evaluation of these models involved developing several different statistical approaches for manipulating the data under the exponential and power laws. The description and results of these statistical evaluations are detailed in the earlier cited report submitted by Versar (1986). The final decision was to select the exponential model, as the best fit for the data presented. The resulting decay function employed by the exposure model is as follows:

$$y = .504e^{-.00065x}$$

where y is the concentration in ppm and x is the age of the home in days.



Figure 1. Plot of combined data set

The correlation coefficient for the equation is 0.59 and the $R^2$ value is 0.35, implying that home age determines approximately 35 percent of the home formaldehyde level, while all other factors combined determine the other 65 percent of the variability. The formaldehyde half-life predicted by this equation is about three years.

The use of this formaldehyde decay model in this report includes a constant to represent the non-decaying background formaldehyde level:

$$Y = \text{constant} + Ce^{-.00065x}$$

where C is the predicted initial steady-state formaldehyde concentration in the home. The constant was determined by the type of home and the air exchange rate; Section 3 discusses the values assigned to the constant under different scenarios.

The input requirement for the decay curve (the second model component) is the duration of exposure and the initial steady-state formaldehyde concentration in the home. The third component (exposure calculation) requires inhalation rate; other exposure-related parameters are optional.

The final model output includes:

- Summary of the input parameters.
- Maximum concentration.
- Minimum concentration.
- Average daily concentration.
- Average daily exposure.

2.3    Capabilities and Limitations of the Model

Computerization of the equations described above provides the model user with the capability to rapidly estimate formaldehyde exposure for different scenarios. Several features of the computerized model include the ability to:

- 20 -

- Estimate the inhalation exposure to formaldehyde from pressed-wood product sources.
- Analyze the combined effect of several pressed-wood products in one compartment.
- Predict both short- and long-term exposures.

Several key assumptions and limitations are important to note, however, when using the model and evaluating its results:

1. Although both the Matthews and HBF Steady-State Models (i.e., component #1) have been reported to provide excellent predictions of formaldehyde concentrations in laboratory experiments under near ideal air mixing conditions, neither has been validated for predicting concentrations in actual homes with occupants.

2. This is a one-compartment model. Exposure is estimated for just the one compartment and is assumed to reflect the exposure level, as an average, in all of the individual rooms of the home (or compartment). This may be a valid assumption for mobile homes where pressed-wood product distribution throughout the home is relatively uniform; the validity of this assumption for low and dispersed loadings of products is questionable. The Clayton study (Singh et al. 1982) stated that occupied single- and double-wide mobile homes are consistent in overall concentrations, as are the unoccupied homes; the size of the home and number of rooms do not appear to be affecting factors.

3. Initial steady-state concentrations can be estimated by the model only for those pressed-wood products for which appropriate emission rate data are provided (i.e., emission rate algorithms or HBF Model parameters). The emission rate data used for this model are limited to data collected at 23°C and 50 percent relative humidity using small dynamic test chambers. The tested products were collected during 1983 and thus may not be representative of current products.

4. Potential degradation of formaldehyde is not accounted for by the model. Loss due to formaldehyde "sinks" in the indoor environment is not accounted for in the iterative computation and Matthews models; during the calculation of the initial indoor air concentration, the models assign zero to any negative emission rate (formaldehyde absorption by pressed-wood products) resulting from high vapor concentrations. The HBF model does account for pressed wood products that may act as "sinks."

- 21 -

5. The effect of vapor barriers, such as paint or carpet over the pressed-wood product, are also not accounted for by the model.

6. When calculating the initial indoor air concentrations, the model assumes a constant ventilation rate, temperature (23°C), and relative humidity (50 percent) and ideal mixing factor.

7. Because information on the long-term decay of formaldehyde emissions from wood products is not available, the decay curve function of the model is derived from monitoring data collected in numerous mobile homes of various ages. It is important to note several limitations to this approach: (a) the monitoring data reflect concentrations due in part to sources other than pressed-wood products; (b) the pressed-wood products marketed today are manufactured using UF resin systems significantly different from those used to manufacture the wood products contained in the surveyed mobile homes; (c) because comparable monitoring data are not available for conventional homes, the mobile home data have been used for modeling conventional home scenarios; and (d) decay of concentrations related to emissions from phenol-formaldehyde (PF) products are assumed to parallel decay of formaldehyde from the UF products present in the homes in the Wisconsin and Clayton studies. Formaldehyde from PF resins may behave differently (either with a faster or slower decay).