# Exhibit "A"

Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

## Date taken: February 10, 2010

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Videotaped Deposition of Earline M. Castanel

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

      IN RE:  FEMA TRAILER         MDL NO. 1873
      FORMALDEHYDE PRODUCTS        SECTION "N"(5)
      LIABILITY LITIGATION         JUDGE ENGELHARDT

      This document relates to:  Earline Castanel,
      et al v. Recreation By Design, LLC, et al
                   Docket No. 09-3251
                      *   *   *
           Videotaped Deposition of EARLINE
      M. CASTANEL, 2925 St. Peter Street, New
      Orleans, Louisiana 70119, taken at the law
      offices of Lambert & Nelson, 701 Magazine
      Street, New Orleans, Louisiana 70130, on
      Wednesday, the 10th day of February, 2010.

      REPORTED BY:
           JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
           (504)529-5255
      VIDEOGRAPHER:
           KYM JONES
           PROFESSIONAL SHORTHAND REPORTERS
           (504)529-5255
```

Page 1

```
 1  APPEARANCES:
 2     REICH & BINSTOCK
       (BY: DENNIS C. REICH, ESQUIRE)
 3     4265 SAN FELIPE, SUITE 1000
       HOUSTON, TEXAS 77027
 4
 5     BENCOMO & ASSOCIATES
       (BY: RAUL R. BENCOMO, ESQUIRE)
 6     639 LOYOLA AVENUE, SUITE 2110
       NEW ORLEANS, LOUISIANA 70113
 7     FORMALDEHYDE TRAILER CLAIMS OFFICE
       (BY: CYNTHIA M. WALLACE, ESQUIRE)
 8     ATTORNEY AT LAW
       4731 CANAL STREET
 9     NEW ORLEANS, LOUISIANA 70119
10         ATTORNEYS FOR THE PLAINTIFFS
11     U.S. DEPARTMENT OF JUSTICE
       (BY: HENRY MILLER, ESQUIRE -
12         VIA TELEPHONE)
       CIVIL DIVISION
13     1331 PENNSYLVANIA AVENUE, N.W.
       WASHINGTON, D.C. 20004
14
           ATTORNEYS FOR DEFENDANT, UNITED
15         STATES OF AMERICA
16     BAKER DONELSON
       (BY: DAVID KURTZ, ESQUIRE AND
17      KAREN KALER WHITFIELD, ESQUIRE)
       201 ST. CHARLES AVENUE, SUITE 3600
18     NEW ORLEANS, LOUISIANA 70170
19         ATTORNEYS FOR DEFENDANTS,
       CH2M HILL CONSTRUCTORS, INC. AND
20     SHAW ENVIRONMENTAL, INC.
21     LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
       (BY: HEATHER F. CHEESBRO, ESQUIRE -
22         VIA TELEPHONE)
       400 POYDRAS STREET, SUITE 2300
23     NEW ORLEANS, LOUISIANA 70130
24         ATTORNEYS FOR DEFENDANT,
       CRUM & FORSTER
25
```

Page 2

```
 1  APPEARANCES CONTINUED:
 2     GARRISON, YOUNT, FORTE &
        MULCAHY, L.L.C.
 3     (BY: LYON H. GARRISON, ESQUIRE AND
        RANDALL C. MULCAHY, ESQUIRE)
 4     909 POYDRAS STREET
       SUITE 1800
 5     NEW ORLEANS, LOUISIANA 70112
 6         ATTORNEYS FOR DEFENDANTS,
       RECREATION BY DESIGN, LLC, TL
 7     INDUSTRIES, INC., FRONTIER RV,
       INC., PLAY'MOR TRAILERS, INC.
 8     AND CRUISER RV, LLC
 9     McGLINCHEY STAFFORD, PLLC
       (BY: CHRISTINE LIPSEY, ESQUIRE)
10     FOURTEENTH FLOOR, ONE AMERICAN PLACE
       301 MAIN STREET
11     BATON ROUGE, LOUISIANA 70825
12         ATTORNEYS FOR MORGAN BUILDINGS &
        SPAS, INC.
13
       MIDDLEBERG, RIDDLE & GIANNA
14     (BY: LEZLY LYN PETROVICH, ESQUIRE -
        VIA TELEPHONE)
15     201 ST. CHARLES AVENUE, 31ST FLOOR
       NEW ORLEANS, LOUISIANA 70170
16
           ATTORNEYS FOR FLUOR ENTERPRISES,
17     INC.
18
19
20
21
22
23
24
25
```

Page 3

```
 1              *   *   *
 2           EXAMINATION INDEX
 3                              Page
 4  EXAMINATION BY MR. GARRISON ..........11
    EXAMINATION BY MR. KURTZ ............166
 5  EXAMINATION BY MR. REICH ............204
    EXAMINATION BY MR. GARRISON ........216
 6  EXAMINATION BY MR. KURTZ ............219
 7
 8              *   *   *
 9           INDEX OF EXHIBITS
10                              Page
11  Exhibit No. 1 ......................69
12  Copies of various color photographs
13  (RBD-EXP04-00033, 00035, 00038, 00049,
14  00050, 00058 and 00059)
15  Exhibit No. 2 ......................174
16  Federal Emergency Management Agency
17  Landowner's Authorization Ingress-Egress
18  Agreement dated 11-27-05 (SHAW-CAST 0005)
19  Exhibit No. 3 ......................183
20  Copy of a photograph
21  Exhibit No. 4 ......................187
22  U.S. Department of Homeland Security,
23  Federal Emergency Management Agency
24  Temporary Housing Unit Inspection Report
25  dated 3-11-06 (SHAW-CAST 0009)
```

Page 4

1 (Pages 1 to 4)

1    Q   Yes, ma'am.  Let me just finish my
2  question.  Did you get relief from your
3  stuffy nose from the medication that
4  Dr. Gautreaux gave you?
5    A   Well, it helped me some, but I
6  still get it.
7    Q   Did you ever tell Dr. Gautreaux
8  what you thought was causing your stuffy
9  nose?
10    A   No.  I didn't tell him what I
11  thought was causing it.  I just know that
12  since I was living in that trailer, I was
13  getting it worse.
14    Q   When did you figure out that you
15  were getting it worse when living in the
16  trailer?
17    A   After the weeks that I was in
18  there.  Five weeks after I was in there,
19  that's when I started getting like that.
20    Q   So when you were living in the
21  trailer, four or five weeks into living in
22  the trailer, you figured out that your
23  stuffy nose was getting worse?
24    A   Yes.
25    Q   Did you ever tell Dr. Bowers what

Page 89

1  you thought was causing your stuffy nose?
2    A   No.  I just told him, you know, I
3  feel bad.  I was telling him.  I told
4  Dr. Bowers and I told Dr. Gautreaux, and
5  Dr. Gautreaux is the one that I would go to
6  for my sinus.
7    Q   Did you ever tell Dr. Gautreaux
8  that you thought your FEMA trailer might
9  have been causing your stuffy nose?
10    A   No.  I just said my nose is
11  stopped up.  I didn't tell him.
12    Q   Did you ever tell Dr. Bowers that
13  you thought your FEMA trailer might be
14  causing your stuffy nose?
15    A   No.
16    Q   When you went to the doctor, say,
17  in the last 10 years, would you always tell
18  the doctor everything you thought was wrong
19  with you?
20    MR. REICH:
21      Objection, form.
22  EXAMINATION BY MR. GARRISON:
23    Q   You can answer.
24    A   When I would go, I would just tell
25  him I feel bad and my nose is stopped up.

Page 90

1  That was it.
2    Q   When you go to the doctor, do you
3  try and tell the doctor everything that you
4  think might be wrong with you from a health
5  standpoint?
6    MR. REICH:
7      Objection, form.
8    THE WITNESS:
9      I just told him I feel bad,
10  whatever, and then they check me.
11  EXAMINATION BY MR. GARRISON:
12    Q   Yes, ma'am.  I have some medical
13  records.  I'm not going into the medical
14  records.  I just want to make sure we know
15  about all the doctors and physicians that
16  you treated with in the last 10 years.
17      We know about Dr. Paddock.  We
18  know about Dr. Gautreaux, Dr. O'Byrne?
19    A   O'Byrne.
20    Q   Yes, ma'am.  Dr. Reddy and
21  Dr. Bowers.  We know about those physicians.
22  Do you know of any other physicians that you
23  have treated with in the last 10 years?
24    A   No.
25    Q   Who is Dr. Nguyen?

Page 91

1    A   Doctor who?
2    Q   I saw a Dr. Nguyen in some of the
3  notes or some of the records.  Do you know
4  Dr. Nguyen?
5    A   I don't know Dr. Nguyen.  The
6  doctors were Dr. Gautreaux, Dr. Bowers,
7  Dr. Ivker, Dr. O'Byrne.  That's my doctors.
8    Q   Who was the third doctor,
9  Dr. Ivker?
10    A   Dr. Ivker.
11    Q   Okay.
12    A   Dr. Ivker, that's where I go get
13  my Pap test.
14    Q   Okay.
15    A   I go to Dr. O'Byrne for my eyes.
16    Q   Right.
17    A   Dr. Gautreaux for my sinus.
18    Q   Yes, ma'am.
19    A   And Dr. Bowers for all my other
20  internal.
21    Q   Is Dr. Bowers your primary care
22  physician?
23    A   That's right.
24    Q   And you receive Medicare benefits;
25  is that right?

Page 92

23 (Pages 89 to 92)

1  that direction.
2      Q    So you noticed there was a smell
3  with some of the damaged houses after the
4  hurricane?
5      A    Yeah, some of the houses, when you
6  go riding somewhere and you pass around
7  them, it's a different scent.
8      Q    And was that a strong odor?
9      A    I can't tell if it was really
10 strong or not, because my nose was stopped up
11 half of the time.
12     Q    Before you moved into that FEMA
13 trailer when you were back in New Orleans,
14 did you ever notice a smell of damaged
15 houses?
16     A    I didn't pay attention.
17     Q    Did Ms. Robin's house flood during
18 the hurricane?
19     A    No. There was no water around
20 there.
21     Q    Do you know if she had any damage
22 to her house as a result of the hurricane?
23     A    Just a couple of slate came off.
24     Q    Do you know if any water got into
25 her house because of the hurricane?
                                    Page 121

1  trailer and I went over to the doctor, I had
2  a lot of it, and I still have a lot, and it
3  have gotten worse.
4      Q    Yes, ma'am. And my question was,
5  did a doctor ever tell you that you had
6  allergies after Hurricane Katrina?
7  MR. REICH:
8          Object to the form. Vague.
9  EXAMINATION BY MR. GARRISON:
10     Q    You can answer.
11     A    They just told me my allergy is
12 bad right now.
13     Q    So it's your allergies that you
14 think is causing your stuffy nose?
15 MR. REICH:
16         Objection. No foundation.
17 THE WITNESS:
18         I keep telling you my sinus, all
19 of this (indicating) be all stopped up and
20 all up in here (indicating). It's messed
21 up.
22 EXAMINATION BY MR. GARRISON:
23     Q    Do you still exercise?
24     A    I don't exercise.
25     Q    Do you still go for walks?
                                    Page 123

1      A    No.
2      Q    You don't know?
3      A    No. She was living in it.
4      Q    Did you ever notice a smell in
5  Ms. Robin's house?
6      A    No.
7      Q    How about the house on the other
8  side of the trailer, do you know if that
9  house sustained damage in the hurricane?
10     A    Oh, I don't know. All I know,
11 after awhile, I seen they was fixing their
12 roof, but I don't know what was going on in
13 it, in their house.
14     Q    Did you have allergies before
15 Hurricane Katrina?
16     A    The only thing, every once in
17 awhile, maybe once every three months, you
18 know, if the weather changed, I might have a
19 little light sinus trouble, but nothing like
20 I have now. Nothing like this.
21     Q    Did you ever have a doctor tell
22 you you had allergies after Hurricane
23 Katrina?
24     A    When I went back to the doctor, I
25 had a lot of it. When I came out of that
                                    Page 122

1      A    I walk at the corner and walk back
2  or something. You know, I walk like from
3  this corner to that corner and walk back to
4  my house.
5      Q    And when you cook food, can you
6  smell the food?
7      A    Sometimes if my nose is not
8  stopped up.
9      Q    You testified that when you first
10 walked into the trailer, it smelled new?
11     A    Yes, it had an odor like you walk
12 into a new, you know, a new building.
13     Q    And how long did you smell that
14 new smell?
15     A    Oh, when I would go outside and
16 come in, I could smell it, but then after,
17 when I started getting stopped up, I didn't
18 smell nothing.
19     Q    So after living in the unit for
20 three or four weeks, you didn't smell
21 anything in that unit?
22     A    When I walked in the first time
23 and after that, it had like a little new
24 smell, but after I was in there them three,
25 four, five weeks, that's when I started
                                    Page 124

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Videotaped Deposition of Earline M. Castanel

1      Q    Do you know offhand or are you
2   able to tell me the medications that you're
3   presently taking?
4      A    I have the paper I can show you.
5   It's Lipitor and the pressure medicine
6   starts with a "V."
7      Q    That's all right.  You can just
8   describe it as blood pressure medication.
9      A    Yeah, blood pressure.
10     Q    That's fine.
11     A    And I go over there for that, and
12  every three months he takes my blood for a
13  check, you know, how I'm doing.
14     Q    Yes, ma'am.  That's fine.  Any
15  other medications that you're presently
16  taking?
17     A    My eye drops.
18     Q    Eye drops.
19     A    Now, right now, I'm taking an
20  antibiotic right now for my sinus and this
21  other stuff I'm spraying and I'm taking
22  Zyrtec.
23     Q    Zyrtec.  Who prescribed the
24  Zyrtec?
25     A    Dr. Gautreaux.

Page 161

1   the time; is that correct?
2      A    Well, I mean, most of the time I'm
3   all stopped up.  Very seldom I'm breathing
4   being normal like everybody else.
5      Q    And any other -- Are you taking
6   any other medications?
7      A    Just the medicine I'm taking for
8   my sinus and my pressure medicine.
9      Q    Yes.  I'm just trying to get a
10  picture of all your medications.
11     A    My pressure medicine, my
12  cholesterol, and I puts my eye drops.
13     Q    When you pick up -- Where do you
14  get your prescriptions filled?
15     A    Walgreens.
16     Q    Okay.  And what Walgreens is that?
17     A    On Esplanade and St. Bernard -- I
18  mean, on Broad and St. Bernard.
19     Q    And when you pick up your
20  prescriptions, do you ever read the
21  literature they give you at Walgreens
22  about your prescriptions?
23     A    No, I just take my medicine.
24  Whatever the doctor have on there, that's
25  what I do.

Page 163

1      Q    Okay.  And how long have you been
2   taking Zyrtec?
3      A    Well, I been taking it -- He put
4   me back on them again.  I was taking them
5   before when I came out of the trailer.  Then
6   he gave me some other medicine.  But then
7   this last time I went to him, he put me back
8   on them again.  He gave me that, and he told
9   me to spray this Nasonex in my nose.
10     Q    And you're presently taking
11  antibiotics, correct?
12     A    Yeah, for that sinus infection.
13     Q    And Dr. Gautreaux told you it's an
14  infection?
15     A    It's still bad.  He said it's just
16  bad.  My sinuses have gotten worse.
17     Q    But he described it as an
18  infection to you?
19     A    Well, he said it's worse, so I
20  imagine it's an infection, I guess, because
21  it's sore, you know.  All up in here
22  (indicating) be sore and my head, all this
23  (indicating).  Half of the time I'm stopped
24  up.
25     Q    Yes, ma'am.  And that's half of

Page 162

1      Q    Do you know if any of the
2   medications that you're taking for your
3   blood pressure, do you know if those
4   medications have any side effects?
5      A    No, I never had none since I been
6   taking it.
7      Q    Do you know if any of the
8   medication you take for your cholesterol
9   have any side effects?
10     A    No.  Like I said, I go every three
11  months and get my blood work, and so far
12  it's doing fine.
13     Q    Have you talked to Edward about
14  your concerns about getting cancer?
15     A    Well, I been telling my daughter
16  and them.  I say, "I'm scared."  I say, "I
17  might get cancer.  I'm scared.  Since I been
18  having this, it worry me so bad."  They tell
19  me, "Don't worry," but I still worries.
20     Q    Yes, ma'am.  And I was asking
21  about Edward.  Have you --
22     A    Him, too.  I tell him, and he tell
23  me, "Oh, don't worry."  I say, "Well, I do
24  worry.  I mean, this is not y'all.  I'm the
25  one who's suffering."

Page 164

41 (Pages 161 to 164)