# Exhibit "B"

# Transcript of the Testimony of
# Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

## Date taken: January 20, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 13601-2   Filed 04/23/10   Page 3 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)       Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

## Page 1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

    IN RE:  FEMA TRAILER          MDL NO. 1873
    FORMALDEHYDE PRODUCTS         SECTION "N"(5)
    LIABILITY LITIGATION          JUDGE ENGELHARDT

    This document relates to:  Earline Castanel,
    et al v. Recreation By Design, LLC, et al
                Docket No. 09-3251
                    * * *
           Videotaped Deposition of JOSEPH
    M. GAUTREAUX, III, M.D., 32 W. Nouveau Lane,
    Metairie, Louisiana 70003, taken at the law
    offices of Garrison, Yount, Forte & Mulcahy,
    LLC, 909 Poydras Street, Suite 1800, New
    Orleans, Louisiana 70112, on Wednesday, the
    20th day of January, 2010.

    REPORTED BY:
         JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
         (504)529-5255
    VIDEOGRAPHER:
         MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
         (504)529-5255
```

## Page 2

```
APPEARANCES:
    THE LAW OFFICES OF FRANK
        J. D'AMICO, JR.
    (BY: FRANK J. D'AMICO, JR., ESQUIRE)
    622 BARONNE STREET
    NEW ORLEANS, LOUISIANA 70113
    REICH & BINSTOCK
    (BY: DENNIS C. REICH, ESQUIRE)
    4265 SAN FELIPE, SUITE 1000
    HOUSTON, TEXAS 77027

        ATTORNEYS FOR THE PLAINTIFFS

    U.S. DEPARTMENT OF JUSTICE
    (BY: MICHELE S. GREIF, ESQUIRE)
    CIVIL DIVISION
    1331 PENNSYLVANIA AVENUE, N.W.
    ROOM 8022S, NAT'L PLACE
    WASHINGTON, D.C. 20004
        ATTORNEYS FOR DEFENDANT, UNITED
        STATES OF AMERICA

    BAKER DONELSON
    (BY: KAREN KALER WHITFIELD, ESQUIRE)
    201 ST. CHARLES AVENUE, SUITE 3600
    NEW ORLEANS, LOUISIANA 70170
        ATTORNEYS FOR DEFENDANTS,
        CH2M HILL CONSTRUCTORS, INC. AND
        SHAW ENVIRONMENTAL, INC.
    MIDDLEBERG, RIDDLE & GIANNA
    (BY: LEZLY LYN PETROVICH, ESQUIRE -
        VIA TELEPHONE)
    201 ST. CHARLES AVENUE, 31ST FLOOR
    NEW ORLEANS, LOUISIANA 70170
        ATTORNEYS FOR FLUOR ENTERPRISES,
        INC.
```

## Page 3

```
APPEARANCES CONTINUED:
    WILLINGHAM, FULTZ & COUGILL
    (BY: HAL L. ROACH, JR., ESQUIRE -
        VIA TELEPHONE)
    NIELS ESPERSON BUILDING
    808 TRAVIS, SUITE 1608
    HOUSTON, TEXAS  77002

        ATTORNEYS FOR DEFENDANTS,
        JAYCO, INC. AND STARCRAFT
        RV, INC.

    GARRISON, YOUNT, FORTE &
        MULCAHY, L.L.C.
    (BY: LYON H. GARRISON, ESQUIRE)
    909 POYDRAS STREET
    SUITE 1800
    NEW ORLEANS, LOUISIANA 70112
        ATTORNEYS FOR DEFENDANT,
        RECREATION BY DESIGN, LLC

                * * *
            EXAMINATION INDEX
                                    Page
    EXAMINATION BY MR. GARRISON ..........7
    EXAMINATION BY MR. REICH ............58
    EXAMINATION BY MR. GARRISON .........77
    EXAMINATION BY MR. REICH ............95
```

## Page 4

```
                * * *
            INDEX OF EXHIBITS
                                            Page
Exhibit No. 1 .......................7
Notice of Video-Taped Deposition and
Re-Notice of Video-Taped Deposition of
Joseph W. Gautreaux, M.D.
Exhibit No. 2 .......................8
Curriculum Vitae of Joseph M. Gautreaux,
III, M.D.
Exhibit No. 3 ......................48
Various medical records from Dr. Gautreaux's
office (00669 RBD-EC-MED through 00693
RBD-EC-MED)
Exhibit No. 4 ......................48
Additional medical records provided by Dr.
Gautreaux at the deposition
Exhibit No. 5 ......................52
Phone Message sheet from Dr. Gautreaux's
office dated January 19, 2010
```

1 (Pages 1 to 4)

Case 2:07-md-01873-KDE-MBN   Document 13601-2   Filed 04/23/10   Page 4 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

Page 9

1  surgery at LSU-Shreveport. I did a year and
2  a half of general surgery, and then an ENT
3  residency, which I completed in 1980 and
4  became board certified that same year.
5     Q  In the field of --
6     A  ENT.
7     Q  Okay. And that's ear, nose and
8  throat medicine?
9     A  Yes.
10    Q  Tell us a little bit about the
11 board certification process, what that
12 entails.
13    A  At that time, it was a written
14 exam. You had to pass a written exam.
15 There wasn't any orals at that time. It has
16 changed since then.
17    Q  And presently you're board
18 certified, correct?
19    A  Yes.
20    Q  And I see you went to LSU and you
21 did your internship. Was that at Charity?
22    A  Yes.
23    Q  All right. Tell us a little bit
24 about your practice, please, Doctor.
25    A  Well, my practice is limited to

Page 10

1  otolaryngology, sinus surgery, ear surgery,
2  allergy testing, allergy treatment, throat
3  surgery.
4     Q  And you have a private practice;
5  is that correct?
6     A  Yes.
7     Q  And is that a full-time practice?
8     A  Yes.
9     Q  And have you specialized in ENT
10 medicine since you were board certified in
11 that field?
12    A  Yes.
13    Q  Doctor, have you ever been
14 qualified as an expert in State or Federal
15 Court?
16    A  Yes.
17    Q  Have you ever been excluded as
18 testifying as an expert by a court?
19    A  No.
20    Q  I believe you received a subpoena
21 for this deposition today to produce certain
22 records; is that correct?
23    A  Yes.
24    Q  Do you have those records?
25    A  Yes. (Handing).

Page 11

1     Q  And I just want you to look at
2  this copy of the records that I have, and
3  just identify those as your records, your
4  chart, please.
5        You can briefly identify it.
6  We're going to run through it and identify
7  it in greater detail.
8     A  (Reviewing documents). That's my
9  records.
10    Q  Yes, sir. In preparation for
11 today's deposition, have you reviewed any
12 other materials?
13    A  No.
14    Q  Have you been provided any medical
15 literature from any source?
16    A  No.
17    Q  Have you had any communications
18 with the attorneys for Ms. Castanel prior to
19 today's deposition?
20    A  No.
21    Q  Doctor, please, let's go through
22 your records regarding your treatment of
23 Ms. Castanel, and I'm going to -- I'm
24 looking for the first visit that you had
25 with Ms. Castanel, which appears to be -- Is

Page 12

1  it May 6, 2002?
2     A  Yes.
3     Q  And I did look at your records --
4  this certainly is no commentary -- and I
5  couldn't read some of your handwriting, so I
6  may be a little more thorough than usual, so
7  bear with me, please.
8        Please tell us how Ms. Castanel
9  came to see you, if your records indicate.
10    A  She came to see me on May 6, 2002,
11 with a sinus infection and her right ear was
12 blocked up.
13    Q  All right. And I want to hear
14 more about that, but was she referred to you
15 or is there any indication of how she came
16 to see you as her physician?
17    A  I don't recall. I don't have any
18 records of that.
19    Q  Yes, sir. Let's go back to May
20 6th, 2002. On that date, what were
21 Ms. Castanel's complaints?
22    A  Sinusitis, nasal congestion, I
23 would imagine, right ear was blocked.
24    Q  And did you perform a physical
25 examination?

Case 2:07-md-01873-KDE-MBN   Document 13601-2   Filed 04/23/10   Page 5 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

**Page 61**

1  Q   All right. And prior to Katrina,
2  if we total up the number of occasions,
3  which I have run a tally, I have come up
4  with eight visits prior to Katrina. Does
5  that sound about right to you?
6  A   Yes.
7  Q   And post-Katrina, after August of
8  2005, you saw Ms. Castanel 17 times; does
9  that sound about right?
10 A   Yes.
11 Q   All right. Now, with respect to
12 the diagnoses of Ms. Castanel both before
13 Katrina and after Katrina, was it your
14 testimony that the diagnoses were generally
15 about the same?
16 A   Yes.
17 Q   However, let's talk for a moment
18 about frequency of visits. Did the
19 frequency of visits, the number of times she
20 actually saw you increase after Katrina?
21 A   Yes.
22 Q   And did the severity of her
23 conditions, based upon the diagnoses that
24 you rendered and the treatment that you
25 rendered, change between the pre-Katrina

**Page 62**

1  period and the post-Katrina or after Katrina
2  period?
3      MR. GARRISON:
4         Object to the form.
5  EXAMINATION BY MR. REICH:
6  Q   You can answer the question.
7  A   Could you repeat the question?
8  Q   Yes. Did you observe any change
9  in the severity of her condition pre-Katrina
10 versus post-Katrina?
11     MR. GARRISON:
12        The same objection.
13 EXAMINATION BY MR. REICH:
14 Q   Before and after?
15 A   Well, there were more visits for
16 sinusitis.
17 Q   Would it be your opinion, based
18 upon a reasonable medical probability, that
19 her condition for sinusitis worsened after
20 Katrina?
21     MR. GARRISON:
22        Object to the form.
23     MS. WHITFIELD:
24        Objection.
25 EXAMINATION BY MR. REICH:

**Page 63**

1  Q   You can answer the question.
2  A   She was coming in more frequently
3  for sinus infections, so I would say based
4  on the number visits that she was coming in
5  for, that there was possibly some
6  progression in the disease.
7  Q   Now, prior to Katrina, did you
8  ever CAT scan her nasal or sinus passages?
9  A   No.
10 Q   After Katrina, was any CAT scan
11 indicated?
12 A   Not until recently.
13 Q   And why did you determine that it
14 would be appropriate to do a CAT scan of the
15 nasal or sinus passages of Ms. Castanel
16 recently?
17 A   I ordered the sinus views to get
18 an idea of what was going on in the sinuses
19 based on the increased frequency of visits
20 to the office.
21 Q   And from an objective review of
22 the CAT scan, were you able to make any
23 determination whether there was any type of
24 blockage in her sinus passages?
25 A   There appears to be some problems

**Page 64**

1  in the right nasal cavity impeding the
2  drainage of two sinuses and causing fluid to
3  stagnate in the right cheek sinus, which in
4  my opinion was the cause of the recurrent
5  infections.
6         This was diagnosed as an acute
7  sinusitis. Further delineation of that
8  diagnosis depends on her response to the
9  steroids and antihistamines, possibly
10 another round of antibiotics, and then a
11 repeat of the X-rays.
12 Q   Now, you have indicated that you
13 don't have expertise in toxicology. Do you
14 know whether formaldehyde can exacerbate a
15 sinusitis condition?
16 A   I don't have any expertise.
17 Q   Would you defer to a
18 toxicologist --
19     MR. GARRISON:
20        Excuse me.
21 EXAMINATION BY MR. REICH:
22 Q   -- or a pharmacologist on that
23 issue?
24     MR. GARRISON:
25        Objection. The doctor wasn't

Case 2:07-md-01873-KDE-MBN   Document 13601-2   Filed 04/23/10   Page 6 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

**Page 73**

1 I read this incorrectly, "Patient states for
2 past week has been having sinus congestion
3 with dizziness for past week. Was seen by
4 primary M.D. and started on abx" -- Is that
5 antibiotics? -- "and Antivert. States does
6 not take antibiotics regularly and was
7 afraid to start the Antivert. Presents
8 today with near syncopal episode while
9 walking. Denies CP" --
10     What is "CP"?
11    A   Chest pain.
12    Q   Okay.
13     -- "fever/chills, blurred/double
14 vision and nausea/vomiting. States feels
15 head is congested. History of present
16 illness documented by N. Schaeffer, RN."
17     Now, do you have privileges at the
18 Ochsner Clinic?
19    A   Yes.
20    Q   Okay. And did the patient
21 indicate that her head was congested at the
22 time of the Ochsner visit on August the 2nd
23 of 2009?
24    MR. D'AMICO:
25     685.

**Page 74**

1 EXAMINATION BY MR. REICH:
2    Q   I direct your attention to --
3    MR. D'AMICO:
4     Let him answer.
5 EXAMINATION BY MR. REICH:
6    Q   Oh, I'm sorry.
7    A   I mean, you just read that, that
8 she had complained of having "sinus
9 congestion and dizziness for the past week
10 and was seen by primary M.D. and started on
11 antibiotics and Antivert."
12     I wasn't her primary M.D., so that
13 was not my prescriptions.
14    Q   Understood. And I believe my
15 follow-up question was, did she also present
16 or state that her head was congested?
17    A   Yes.
18    Q   All right. Thank you, Doctor.
19 With respect to Gautreaux Exhibit No. 5,
20 which I believe this is your last visit with
21 her, January 19, 2010, there is a message
22 regarding "sinus views report." Is this a
23 nurse's note or is this your note?
24    A   This is a phone consultation with
25 the patient.

**Page 75**

1    Q   All right. By you?
2    A   I'm not sure if it was by me or
3 just I dictated this. I believe this was a
4 dictated message to be given by my nurse to
5 Earline.
6    Q   Okay. And let's read the
7 office -- Could you read the "office
8 response," please?
9    A   The message was -- We were
10 responding, calling her with her X-ray
11 report, and the "Office Response" was I
12 called to Earline to tell her that her sinus
13 was infected on her right side and that we
14 were starting her on a nasal steroid spray
15 for 30 days, and I'm sure I told her, to
16 tell her to continue her Zyrtec, but it's
17 not on here. And that she would be coming
18 back to the clinic at the end of the 30 days
19 for re-examination and a re-X-ray.
20    Q   Is there also a notation relative
21 to surgery?
22    A   Yeah, we discussed that there
23 might be the possibility of a sinus surgery,
24 either a clean-out or a sinus scraping. I
25 mean, an irrigation or a sinus scraping.

**Page 76**

1    Q   Now, you are continuing to treat
2 Ms. Castanel, correct?
3    A   Yes.
4    Q   And do you plan to follow up on
5 the issue of whether or not surgery will be
6 done by you?
7    A   Yes. I mean, she's not excited
8 about that, I promise you, but we have
9 discussed it.
10    MR. REICH:
11     Let me take a quick break and go
12 off the record.
13    THE VIDEOGRAPHER:
14     We're off the record. It's 12:46.
15 (Discussion off the record.)
16    THE VIDEOGRAPHER:
17     We're back on the record. It's
18 12:56.
19    MR. REICH:
20     Dr. Gautreaux, thank you for
21 answering my questions. I pass the witness.
22    MR. GARRISON:
23     Would you please hand me those
24 exhibits.
25    MR. REICH:

Case 2:07-md-01873-KDE-MBN   Document 13601-2   Filed 04/23/10   Page 7 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

1  of foundation.
2      THE WITNESS:
3          There's really no way of telling
4  that.
5  EXAMINATION BY MR. GARRISON:
6      Q   All right.  If Ms. Castanel moved
7  out of her FEMA trailer in July of 2007, her
8  treatment for sinusitis to you would not be
9  related to bacteria to which she was exposed
10 in that FEMA trailer in 2007?
11     MR. REICH:
12         Objection, form.  Objection, lack
13 of foundation.
14     THE WITNESS:
15         You've got to repeat that one.
16 EXAMINATION BY MR. GARRISON:
17     Q   I will be happy to.
18         Ms. Castanel's treatment for you
19 in 2009 for sinusitis related to exposure to
20 bacteria, that wouldn't be related to any
21 exposure to bacteria from a FEMA trailer in
22 which Ms. Castanel lived in 2007?
23     MR. REICH:
24         The same objection.
25     MR. D'AMICO:

Page 89

1          Object to the form of the
2  question.
3      THE WITNESS:
4          No.
5  EXAMINATION BY MR. GARRISON:
6      Q   That's a correct statement?
7      A   That's a correct statement.
8      Q   Describe for us very briefly what
9  this surgery would entail if Ms. Castanel
10 chooses to have the sinus surgery to relieve
11 the fluid.
12     A   Well, it would have to be done
13 under a general anesthesia.  I would inject
14 some local anesthetic under her right lip to
15 gain some better hemostasis.  It would have
16 some Epinephrine mixed with a local, and
17 then I would tap a trocar into her sinus and
18 pass a four-millimeter straight endoscope
19 into the sinus to take some photos and get
20 some cultures of what's in the sinus.
21         I would then -- Her nose would be
22 sprayed down with some Afrin or something
23 before she went into the operating room.
24         In the operating room, I would put
25 some adrenaline pledgets in her nose to

Page 90

1  shrink down her natural ostium to the
2  maxillary sinus.
3          If it was only fluid, then I would
4  just irrigate her sinuses out through the
5  trocar in her nose and the fluid would exit
6  through her nasal cavity until we completely
7  removed all of the pus or whatever discharge
8  was in there.
9          And if I see polyps when I pass
10 the scope, then those polyps would have to
11 be scraped and biopsied, and then I would
12 have to enlarge her window, make a window
13 into that sinus for better drainage.
14         If the frontal sinus is still
15 infected, then I would, depending on what I
16 found, have to make an incision into her
17 right eyebrow (indicating) and pass a scope
18 into the frontal sinus to inspect that.
19         If that sinus was infected, then
20 she would have to have an endoscopic
21 clean-out of that frontal sinus, and
22 depending on what I saw, it could be done
23 either through an internal nasal -- through
24 a scope, or if it was very, very extensive,
25 she would have to have a frontal sinus

Page 91

1  osteotomy, which is an incision across her
2  forehead, bring down her forehead flap of
3  skin down to her eyebrows, and using a
4  template that was made in radiology before
5  surgery, outline the sinus from the rest of
6  the anterior frontal cranium, and then take
7  a saw and cut along that and flip open that
8  sinus, scrape it out, clean it, enlarge the
9  ostium down into her nose, put a stent into
10 that ostium that I can take out later on in
11 the office through the nose, and then put
12 some plates, little microplates and screws
13 after I flip that bony flap back up, put the
14 skin back -- the scalp back where it was,
15 staple and suture that together, put a drain
16 in there, wrap her head up with kind of like
17 just a pressure dressing.
18         She would be in the hospital for a
19 couple of days.  Either way, with a frontal
20 sinus, she would in the hospital for a
21 couple of days.  If it's just a sinus
22 clean-out, it could be an outpatient.
23     Q   And the polyps you mentioned, what
24 are polyps?
25     A   Polyps are abnormal swelling of

Page 92

Case 2:07-md-01873-KDE-MBN   Document 13601-2   Filed 04/23/10   Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

**Page 93**

1 the nasal normal mucosa in a grape-like
2 appearing neoplasm or tissue, and the polyps
3 block the nose, block the nasal.
4          In other words, instead of being a
5 flat nasal membrane, it's a fluid-filled --
6 not completely fluid-filled, but like a
7 mucousy jelly inside of a tissue that over a
8 period of time would, because of the weight
9 of the fluid in the tissue, kind of hang
10 down in the nose and form like a polyp.
11     Q   And do polyps occur naturally as
12 someone ages?
13     A   Well, they can occur from
14 infection, from tumor, but most often from
15 allergy.
16     Q   And Ms. Castanel was diagnosed
17 with allergies, rhinitis allergies before
18 Hurricane Katrina, correct?
19     A   Right.
20     Q   You haven't recommended this
21 procedure or any procedure for Ms. Castanel
22 at this time?
23     A   Correct.
24     Q   And you're still waiting to see
25 what the results of some diagnosis testing

**Page 94**

1 might be before recommending this procedure?
2     A   Response to medical treatment.
3     Q   All right.  And given the fact
4 that Ms. Castanel's complaints are related
5 to bacterial infections, antibiotics may
6 resolve her present sinusitis, correct?
7     A   Correct.
8     MR. GARRISON:
9          All right.  We're going to take a
10 break.
11     THE VIDEOGRAPHER:
12          We're off the record.  It's 1:17.
13 (Discussion off the record.)
14     THE VIDEOGRAPHER:
15          We're back on the record.  It's
16 1:20.
17 EXAMINATION BY MR. GARRISON:
18     Q   Doctor, just a few more questions.
19 At one point during your deposition you
20 referred to the structure of Ms. Castanel's
21 nasal canal.  Was there anything unusual
22 about Ms. Castanel's nasal canal?
23     A   No.
24     Q   Okay.  Did you see any evidence
25 during the review of X-rays or during your

**Page 95**

1 treatment that maybe she had some type of
2 congenital defect in the nasal region?
3     A   No.
4     Q   All right.  So your treatment of
5 Ms. Castanel has been related to her ongoing
6 sinusitis, correct?
7     A   Yes.
8     MR. GARRISON:
9          All right.  That's all I have.
10 EXAMINATION BY MR. REICH:
11     Q   I have a few questions, Doctor,
12 and then we will close this deposition out.
13          Doctor, would you agree that you
14 do not have expertise whether formaldehyde
15 can cause cellular changes in the epithelium
16 of the nasal cavities?
17     A   I agree.
18     Q   And would that also be true with
19 regard to the sinus cavities?
20     A   I agree.
21     Q   And would you defer to others in
22 different medical disciplines than yours as
23 to whether formaldehyde can induce bacterial
24 infections in the nasal mucosa?
25     A   I'm not aware of that.

**Page 96**

1     Q   Okay.  So that's not an area that
2 you have studied, true?
3     A   True.
4     MR. REICH:
5          I have nothing further.
6     MR. GARRISON:
7          That's it.
8     THE VIDEOGRAPHER:
9          This concludes today's deposition.
10 It's 1:22.
11          *   *   *   *

24 (Pages 93 to 96)