# Exhibit "D"

Ochsner Medical Center – Kenner
180 West Esplanade Avenue
Kenner, LA 70065
Telephone: (504) 468-8600

**OPERATIVE REPORT**

NAME: CASTANEL, EARLINE        A/N 5001600984/Job 134173

DATE OF PROCEDURE: 03/31/2010

SURGEON: Joseph Gautreaux III, MD

PROCEDURES PERFORMED:
1. Functional endoscopic sinus surgery of the right ethmoid, maxillary and frontal sinus.
2. Left maxillary osteotomy.
3. Bilateral inferior turbinate reductions.

PREOPERATIVE DIAGNOSES:
1. Chronic right ethmoid, maxillary, and frontal sinusitis.
2. Left maxillary sinusitis.
3. Bilateral turbinate hypertrophy.

POSTOPERATIVE DIAGNOSES:
1. Chronic right ethmoid, maxillary, and frontal sinusitis.
2. Left maxillary sinusitis.
3. Bilateral turbinate hypertrophy.

PROCEDURE IN DETAIL: The patient was placed on the operating table, given general endotracheal anesthesia. The face was prepped with Betadine solution and the nose was prepped with Betadine and Q-tips. Topical adrenaline was supplied to nasal membranes for five minutes with Q-tips and no pledgets after this. A 1% Xylocaine with 1:100,000 epinephrine was injected into the inferior turbinates and middle turbinates, uncinate process on the right side and the same on the left side. The patient was then sterilely draped. The _____ apparatus was attached to the patient's forehead and all instruments were calibrated. About five minutes later, the surgical procedures were begun with a 0-degree scope, 4 mm scope first videoing both nasal cavities and showing the nasal swellings and obstructions into the various sinuses. Then using a microdebrider, the anterior ethomoids were removed and intranasal antrostomy was performed into the right frontal sinus. The right maxillary sinus was then examined with 30-degree scope. Thick mucosa but no fungus balls or secretions were identified. When that was enlarged with backbiting forceps, the anterior ethmoids were then debrided with the microdebrider carefully moving up along the ethmoid labyrinth to the frontal sinus ostia, which was then identified with a probe and then enlarged with the curved microdebrider. The nasofrontal duct was quite enlarged by this procedure. The Miragel was then injected into the cavities and the opposite nose was then inspected with a zero-degree scope and then the 30-degree scope. A medial wall antrostomy was

ADMITTED  03/31/2010            ROOM#                NAME CASTANEL, EARLINE
DISCHARGED 04/01/2010           DOB 08/10/1930       MR# 8327091
PT TYPE U                       AGE 79Y              ACCT# 5001600984
ADMIT PHYS GAUTREAUX, JOSEPH    SEX F                PAGE 1 of 2

Operative Report

Dictating Provider Copy

then performed to the sinuses. The sinuses were investigated with 30- and 70-degree scopes. There was no disease in the left maxillary sinus. Miragel was then injected into the maxillary sinus. The inferior turbinates were then reduced in size with a turbinate dissector by making an incision into the anterior aspect of the turbinate and inserting the microdebrider and debriding away tissue. The opposite nose was treated in the same fashion. A 3 x 3 Adaptic gauzes were placed against the turbinates. Cotton ball was placed in the meatus. The patient's throat was suctioned well. A mustache dressing was placed on the patient's nose. She was then awakened, suctioned, and taken to recovery room in satisfactory condition.

The total blood loss was 25 to 50 mL.

_____

Joseph Gautreaux III, MD
*PRELIMINARY FINDINGS unless signed by physician
This document may be electronically signed in HPF

JG/so  DD: 03/31/2010 12:25:51 (EST)  DT: 03/31/2010 15:53:14 (EST)
Job#: 134173/31710505  Document No. 29118268

cc:

ADMITTED 03/31/2010          ROOM#              NAME CASTANEL, EARLINE
DISCHARGED 04/01/2010        DOB 08/10/1930     MR# 8327091
PT TYPE U                    AGE 79Y            ACCT# 5001600984
ADMIT PHYS GAUTREAUX, JOSEPH SEX F              PAGE 2 of 2

                                                         Operative Report
              Dictating Provider Copy