# Exhibit "B"

# Transcript of the Testimony of
# Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

## Date taken: January 20, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 13602-2   Filed 04/23/10   Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)    Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS          SECTION "N"(5)
LIABILITY LITIGATION           JUDGE ENGELHARDT

This document relates to:  Earline Castanel,
et al v. Recreation By Design, LLC, et al
Docket No. 09-3251
* * *
Videotaped Deposition of JOSEPH
M. GAUTREAUX, III, M.D., 32 W. Nouveau Lane,
Metairie, Louisiana 70003, taken at the law
offices of Garrison, Yount, Forte & Mulcahy,
LLC, 909 Poydras Street, Suite 1800, New
Orleans, Louisiana 70112, on Wednesday, the
20th day of January, 2010.

REPORTED BY:
    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

## Page 2

APPEARANCES:
    THE LAW OFFICES OF FRANK
        J. D'AMICO, JR.
    (BY: FRANK J. D'AMICO, JR., ESQUIRE)
    622 BARONNE STREET
    NEW ORLEANS, LOUISIANA 70113
    REICH & BINSTOCK
    (BY: DENNIS C. REICH, ESQUIRE)
    4265 SAN FELIPE, SUITE 1000
    HOUSTON, TEXAS 77027

        ATTORNEYS FOR THE PLAINTIFFS

    U.S. DEPARTMENT OF JUSTICE
    (BY: MICHELE S. GREIF, ESQUIRE)
    CIVIL DIVISION
    1331 PENNSYLVANIA AVENUE, N.W.
    ROOM 8022S, NAT'L PLACE
    WASHINGTON, D.C. 20004
        ATTORNEYS FOR DEFENDANT, UNITED
        STATES OF AMERICA

    BAKER DONELSON
    (BY: KAREN KALER WHITFIELD, ESQUIRE)
    201 ST. CHARLES AVENUE, SUITE 3600
    NEW ORLEANS, LOUISIANA 70170
        ATTORNEYS FOR DEFENDANTS,
        CH2M HILL CONSTRUCTORS, INC. AND
        SHAW ENVIRONMENTAL, INC.
    MIDDLEBERG, RIDDLE & GIANNA
    (BY: LEZLY LYN PETROVICH, ESQUIRE -
        VIA TELEPHONE)
    201 ST. CHARLES AVENUE, 31ST FLOOR
    NEW ORLEANS, LOUISIANA 70170
        ATTORNEYS FOR FLUOR ENTERPRISES,
        INC.

## Page 3

APPEARANCES CONTINUED:
    WILLINGHAM, FULTZ & COUGILL
    (BY: HAL L. ROACH, JR., ESQUIRE -
        VIA TELEPHONE)
    NIELS ESPERSON BUILDING
    808 TRAVIS, SUITE 1608
    HOUSTON, TEXAS 77002

        ATTORNEYS FOR DEFENDANTS,
        JAYCO, INC. AND STARCRAFT
        RV, INC.

    GARRISON, YOUNT, FORTE &
        MULCAHY, L.L.C.
    (BY: LYON H. GARRISON, ESQUIRE)
    909 POYDRAS STREET
    SUITE 1800
    NEW ORLEANS, LOUISIANA 70112
        ATTORNEYS FOR DEFENDANT,
        RECREATION BY DESIGN, LLC

            * * *
        EXAMINATION INDEX
                                    Page
EXAMINATION BY MR. GARRISON ...........7
EXAMINATION BY MR. REICH .............58
EXAMINATION BY MR. GARRISON ..........77
EXAMINATION BY MR. REICH .............95

## Page 4

        * * *
    INDEX OF EXHIBITS
                                    Page
Exhibit No. 1 .......................7
Notice of Video-Taped Deposition and
Re-Notice of Video-Taped Deposition of
Joseph W. Gautreaux, M.D.
Exhibit No. 2 .......................8
Curriculum Vitae of Joseph M. Gautreaux,
III, M.D.
Exhibit No. 3 ......................48
Various medical records from Dr. Gautreaux's
office (00669 RBD-EC-MED through 00693
RBD-EC-MED)
Exhibit No. 4 ......................48
Additional medical records provided by Dr.
Gautreaux at the deposition
Exhibit No. 5 ......................52
Phone Message sheet from Dr. Gautreaux's
office dated January 19, 2010

Case 2:07-md-01873-KDE-MBN   Document 13602-2   Filed 04/23/10   Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)   Videotaped Deposition of Joseph M. Gautreaux, III, M.D.

**Page 61**

1  Q   All right. And prior to Katrina,
2  if we total up the number of occasions,
3  which I have run a tally, I have come up
4  with eight visits prior to Katrina. Does
5  that sound about right to you?
6  A   Yes.
7  Q   And post-Katrina, after August of
8  2005, you saw Ms. Castanel 17 times; does
9  that sound about right?
10 A   Yes.
11 Q   All right. Now, with respect to
12 the diagnoses of Ms. Castanel both before
13 Katrina and after Katrina, was it your
14 testimony that the diagnoses were generally
15 about the same?
16 A   Yes.
17 Q   However, let's talk for a moment
18 about frequency of visits. Did the
19 frequency of visits, the number of times she
20 actually saw you increase after Katrina?
21 A   Yes.
22 Q   And did the severity of her
23 conditions, based upon the diagnoses that
24 you rendered and the treatment that you
25 rendered, change between the pre-Katrina

**Page 62**

1  period and the post-Katrina or after Katrina
2  period?
3     MR. GARRISON:
4         Object to the form.
5  EXAMINATION BY MR. REICH:
6     Q   You can answer the question.
7     A   Could you repeat the question?
8     Q   Yes. Did you observe any change
9  in the severity of her condition pre-Katrina
10 versus post-Katrina?
11    MR. GARRISON:
12        The same objection.
13 EXAMINATION BY MR. REICH:
14    Q   Before and after?
15    A   Well, there were more visits for
16 sinusitis.
17    Q   Would it be your opinion, based
18 upon a reasonable medical probability, that
19 her condition for sinusitis worsened after
20 Katrina?
21    MR. GARRISON:
22        Object to the form.
23 MS. WHITFIELD:
24        Objection.
25 EXAMINATION BY MR. REICH:

**Page 63**

1     Q   You can answer the question.
2     A   She was coming in more frequently
3  for sinus infections, so I would say based
4  on the number visits that she was coming in
5  for, that there was possibly some
6  progression in the disease.
7     Q   Now, prior to Katrina, did you
8  ever CAT scan her nasal or sinus passages?
9     A   No.
10    Q   After Katrina, was any CAT scan
11 indicated?
12    A   Not until recently.
13    Q   And why did you determine that it
14 would be appropriate to do a CAT scan of the
15 nasal or sinus passages of Ms. Castanel
16 recently?
17    A   I ordered the sinus views to get
18 an idea of what was going on in the sinuses
19 based on the increased frequency of visits
20 to the office.
21    Q   And from an objective review of
22 the CAT scan, were you able to make any
23 determination whether there was any type of
24 blockage in her sinus passages?
25    A   There appears to be some problems

**Page 64**

1  in the right nasal cavity impeding the
2  drainage of two sinuses and causing fluid to
3  stagnate in the right cheek sinus, which in
4  my opinion was the cause of the recurrent
5  infections.
6         This was diagnosed as an acute
7  sinusitis. Further delineation of that
8  diagnosis depends on her response to the
9  steroids and antihistamines, possibly
10 another round of antibiotics, and then a
11 repeat of the X-rays.
12    Q   Now, you have indicated that you
13 don't have expertise in toxicology. Do you
14 know whether formaldehyde can exacerbate a
15 sinusitis condition?
16    A   I don't have any expertise.
17    Q   Would you defer to a
18 toxicologist --
19    MR. GARRISON:
20        Excuse me.
21 EXAMINATION BY MR. REICH:
22    Q   -- or a pharmacologist on that
23 issue?
24    MR. GARRISON:
25        Objection. The doctor wasn't