# Exhibit "D"

# Transcript of the Testimony of
# Edwin Peter Ganier

**Date taken: April 1, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: www.psrdocs.com

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


   IN RE:  FEMA TRAILER        MDL NO. 1873
   FORMALDEHYDE PRODUCTS       SECTION "N"(5)
   LIABILITY LITIGATION        JUDGE ENGELHARDT
                               MAGISTRATE CHASEZ

   This document relates to:  Earline Castanel,
   et al v. Recreation By Design, LLC, et al
              Docket No. 09-3251
                    * * *

         Deposition of EDWIN PETER GANIER, 2925
   St. Peter Street, New Orleans, Louisiana
   70119, taken at the law offices of Lambert &
   Nelson, 701 Magazine Street, New Orleans,
   Louisiana 70130, on Thursday, the 1st day of
   April, 2010.


   REPORTED BY:
        JAMES T. BRADLE, CCR
        PROFESSIONAL SHORTHAND REPORTERS
        (504)529-5255
```
Page 1

```
1   APPEARANCES:
2     FORMALDEHYDE TRAILER CLAIMS OFFICE
       (BY: CYNTHIA M. WALLACE, ESQUIRE)
3     ATTORNEY AT LAW
      4731 CANAL STREET
4     NEW ORLEANS, LOUISIANA 70119
5          ATTORNEYS FOR THE PLAINTIFFS
6     BAKER DONELSON
       (BY: KAREN KALER WHITFIELD, ESQUIRE)
7     201 ST. CHARLES AVENUE, SUITE 3600
      NEW ORLEANS, LOUISIANA 70170
8
           ATTORNEYS FOR DEFENDANTS,
9          CH2M HILL CONSTRUCTORS, INC. AND
           SHAW ENVIRONMENTAL, INC.
10
      GARRISON, YOUNT, FORTE &
11      MULCAHY, L.L.C.
       (BY: LYON H. GARRISON, ESQUIRE)
12    909 POYDRAS STREET
      SUITE 1800
13    NEW ORLEANS, LOUISIANA 70112
14         ATTORNEYS FOR DEFENDANT,
           RECREATION BY DESIGN, LLC
15
      MIDDLEBERG, RIDDLE & GIANNA
16     (BY: LEZLY LYN PETROVICH, ESQUIRE -
            VIA TELEPHONE)
17    201 ST. CHARLES AVENUE, 31ST FLOOR
      NEW ORLEANS, LOUISIANA 70170
18
           ATTORNEYS FOR FLUOR ENTERPRISES,
19         INC.
20
21
22
23
24
25
```
Page 2

```
                  * * *
              EXAMINATION INDEX
                                 Page
   EXAMINATION BY MR. GARRISON ...........5
   EXAMINATION BY MS. WHITFIELD .........56
   EXAMINATION BY MR. GARRISON ..........64
                  * * *
              INDEX OF EXHIBITS
                                 Page
   Exhibit No. 1 .......................56
   Federal Emergency Management Agency
   Landowner's Authorization Ingress-Egress
   Agreement dated 11-27-05 (SHAW-CAST 0005)
```
Page 3

```
              S T I P U L A T I O N

       It is stipulated and agreed by and
   between counsel for the parties hereto that
   the deposition of the aforementioned witness
   is hereby being taken for all purposes
   allowed under the Federal Rules of Civil
   Procedure, in accordance with law, pursuant
   to notice;
       That the formalities of reading and
   signing are specifically not waived;
       That the formalities of filing,
   sealing, and certification are specifically
   waived;
       That all objections, save those as to
   the form of the question and the
   responsiveness of the answer, are hereby
   reserved until such time as this deposition,
   or any part thereof, may be used or sought
   to be used in evidence.

                  * * *
       JAMES T. BRADLE, CCR, Certified Court
   Reporter, officiated in administering the
   oath to the witness.
```
Page 4

1 (Pages 1 to 4)

**Page 41**

```
 1   wasn't working?
 2      A   Correct.
 3      Q   You do know that?
 4      A   Yes, she reported it.
 5      Q   Did they send anybody out to fix
 6   the heater?
 7      A   No.  I don't think maybe twice at
 8   the most when she stayed in that trailer.
 9      Q   I couldn't understand you.  I'm
10   sorry.
11      A   Someone came out twice at the very
12   most, once to check the air conditioner.
13   They said it was bad and they were going to
14   replace it.  Never did come back.
15      Q   Do you know who came out to check
16   the air conditioner?
17      A   Someone from FEMA.
18      Q   Did Ms. Castanel ever tell you
19   that she was thinking about moving out of
20   that trailer?
21      A   No.  She had no place to go.
22      Q   Did Ms. Castanel like staying in
23   the trailer?
24      A   No.
25      Q   You told us about Ms. Castanel's
```

**Page 42**

```
 1   sinus condition before moving in the
 2   trailer.  Did you notice any change in
 3   Ms. Castanel's sinus condition while she was
 4   living in the trailer?
 5      A   Yes.
 6      Q   And what did you notice?
 7      A   That's when she had what I thought
 8   was asthma.
 9      Q   I'm sorry?
10      A   I thought she was having asthma
11   attacks.
12      Q   And why did you think that?
13      A   Because she never had that before
14   she moved in the trailer.
15      Q   Did you notice anything about
16   Ms. Castanel's sinuses in particular while
17   she lived in the trailer?
18      A   Yes, her sinuses were always
19   stopped up.
20      Q   All right.  Did it seem like to
21   you that her sinuses were stopped up more
22   while living in the trailer than before?
23      A   No.
24      Q   Okay.
25      A   I think it got worse after awhile,
```

**Page 43**

```
 1   after about -- She had sinuses when we was
 2   in the trailer.  When we moved out of the
 3   trailer, it progressively got worse.
 4      Q   But while living in the trailer,
 5   Ms. Castanel's sinuses or sinus condition
 6   did not seem any worse to you than it was
 7   before she moved in the trailer, correct?
 8      A   Correct.
 9      Q   All right.  And then at some point
10   after Ms. Castanel moved out of the trailer,
11   that's when you noticed her sinuses got
12   worse?
13      A   Correct.
14      Q   How long was it after Ms. Castanel
15   moved out of the trailer that you noticed
16   her sinuses got worse?
17      A   I couldn't tell.
18      Q   Was it more than a year?
19      A   I don't remember.
20      Q   That's fair.  In the last three
21   months, how is Ms. Castanel doing with her
22   sinuses?
23      A   Horrible.
24      Q   Do you know if she plans on having
25   any type of surgery?
```

**Page 44**

```
 1      A   She had surgery yesterday.
 2      Q   Okay.  And is she still in the
 3   hospital?
 4      A   No, she got discharged this
 5   morning.
 6      Q   Okay.  And at what hospital did
 7   she have surgery?
 8      A   Kenner Regional, or Ochsner.
 9      Q   Ochsner.  Do you know what kind of
10   surgery that was?
11      A   Sinus.
12      Q   And when did she go into the
13   hospital?
14      A   Yesterday morning.
15      Q   Okay.  And she came home this
16   morning?
17      A   Yes.
18      Q   Did you pick her up?
19      A   No.
20      Q   Who did that surgery,
21   Dr. Gautreaux?
22      A   Correct.
23      Q   All right.  And do you know what
24   procedure he did?
25      A   No.
```

11 (Pages 41 to 44)