### Page 897

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

****************************************************************
IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
                        DOCKET MDL NO. 1873 "N"
                        NEW ORLEANS, LOUISIANA
                        THURSDAY, MARCH 18, 2010, 8:30 A.M.

THIS DOCUMENT RELATES TO:

    FOREST RIVER INC., ET AL,
    DOCKET NO. 09-2977
****************************************************************

                    DAY 4, MORNING SESSION
            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
       HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR LYNDON T. WRIGHT:    LAW OFFICES OF FRANK J. D'AMICO, JR.
                         BY:  FRANK J. D'AMICO, JR., ESQUIRE
                              AARON Z. AHLQUIST, ESQUIRE
                         622 BARONNE ST.
                         NEW ORLEANS, LA  70113

                         REICH & BINSTOCK
                         BY:  DENNIS C. REICH, ESQUIRE
                         4265 SAN FELIPE, SUITE 1000
                         HOUSTON, TX  77027

                         CHRIS PINEDO
                         ATTORNEY AT LAW
                         802 N. CARANCAHUA, SUITE 2250
                         CORPUS CHRISTI, TX  78470
```

### Page 898

```
APPEARANCES: (CONTINUED)

                    NEXSEN PRUET
                    BY:  PAUL A. DOMINICK, ESQUIRE
                    P.O. BOX 486
                    CHARLESTON, SC  29402


FOR FOREST RIVER,
INC.:               GIEGER, LABORDE & LAPEROUSE
                    BY:  ERNEST P. GIEGER, JR., ESQUIRE
                         JASON D. BONE, ESQUIRE
                         CARSON W. STRICKLAND, ESQUIRE
                    701 POYDRAS STREET, SUITE 4800
                    NEW ORLEANS, LA  70139

FOR SHAW ENVIRONMENTAL,
INC.:               BAKER DONELSON BEARMAN CALDWELL &
                    BERKOWITZ
                    BY:  M. DAVID KURTZ, ESQUIRE
                         ROY C. CHEATWOOD, ESQUIRE
                         KAREN K. WHITFIELD, ESQUIRE
                    201 ST. CHARLES AVENUE, SUITE 3600
                    NEW ORLEANS, LA  70170


ALSO PRESENT:       DOUGLAS SCHMIDT, ESQUIRE
                    DOUGLAS GAEDDERT


OFFICIAL COURT REPORTER:   CATHY PEPPER, CCR, RMR, CRR
                           500 POYDRAS STREET, ROOM B406
                           NEW ORLEANS, LA  70130
                           (504) 589-7779

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY. TRANSCRIPT
PRODUCED BY COMPUTER.
```

### Page 899

                                I N D E X

EXAMINATIONS                                               PAGE

ALEXIS MALLET, JR........................................ 908
VOIR DIRE EXAMINATION BY MR. PINEDO...................... 909
TRAVERSE EXAMINATION  BY MR. BONE........................ 915
TRAVERSE EXAMINATION BY MR. KURTZ:....................... 922
FURTHER VOIR DIRE EXAMINATION BY MR. PINEDO.............. 926
DIRECT EXAMINATION BY MR. PINEDO......................... 928
CROSS-EXAMINATION BY MR. BONE............................ 953
REDIRECT EXAMINATION BY MR. PINEDO....................... 971
DR. CHARLES FIELD VIDEOTAPED DEPOSITION.................. 977


                              E X H I B I T S
DESCRIPTION                                                PAGE

EXHIBITS 304A THROUGH 304E WERE ADMITTED................ 969

### Page 900

                          P-R-O-C-E-E-D-I-N-G-S
                            MORNING SESSION
                          THURSDAY, MARCH 18, 2010
                         (COURT CALLED TO ORDER)




          THE DEPUTY CLERK:  ALL RISE.
          THE COURT:  COUNSEL, BEFORE WE BRING THE JURY IN, I
UNDERSTOOD FROM A MESSAGE I RECEIVED LAST NIGHT THAT WE WANTED TO
DISCUSS THIS NEXT WITNESS'S TESTIMONY?
          MR. PINEDO:  YES, YOUR HONOR.
          THE COURT:  DO Y'ALL WANT TO DO THAT HERE ON THE RECORD
OR OFF OR --
          MR. PINEDO:  WHATEVER, THE COURT'S PREFERENCE IS.
          THE COURT:  WELL, I KNOW EXACTLY WHAT YOU WANT TO TALK
ABOUT, SO DO YOU NEED TO HAVE IT ON THE RECORD?
          MR. D'AMICO:  WE THOUGHT WE WOULD CLEAR UP SOME
EVIDENTIARY RULINGS SO WE WOULDN'T INTERRUPT THE TESTIMONY OF THE
WITNESS.
          THE COURT:  LET'S DO THAT.  WHY DON'T WE DO IT ON THE
RECORD UP HERE.
          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, A
CONFERENCE WAS HELD AT THE BENCH.)
          THE COURT:  THIS IS MR. MILLET, M-I-L-L-E-T, THE
WITNESS?

**Page 909**

1    THE DEPUTY CLERK: PLEASE STATE AND SPELL YOUR FULL NAME
2    FOR THE RECORD.
3         THE WITNESS: ALEXIS MALLET, JR., A-L-E-X-I-S,
4    M-A-L-L-E-T, JR.
5              VOIR DIRE EXAMINATION
6    BY MR. PINEDO:
7    Q.   MR. MILLER, HOW ARE YOU CURRENTLY EMPLOYED?
8    A.   YES, I AM.
9    Q.   HOW ARE YOU CURRENTLY EMPLOYED?
10   A.   I AM THE OWNER OF FIRST GENERAL SERVICES AND
11   ROYAL CONSTRUCTION COMPANY, INCORPORATED.
12   Q.   CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY A LITTLE
13   BIT ABOUT FIRST GENERAL SERVICES AND YOUR WORK?
14   A.   YES. FIRST GENERAL MAINLY DEALS WITH INSURANCE COMPANIES,
15   INSURANCE-TYPE CLAIMS, CONSTRUCTION DEFECTS AND FAILURES, AND
16   IDENTIFYING THOSE ELEMENTS. USUALLY THEY REFER TO SOME SORT OF
17   AN INSURANCE CLAIM OR A CLAIM IN SOME TYPE OF A BUILDING
18   STRUCTURE OR MANUFACTURED HOUSING, SOMETHING OF THAT NATURE. WE
19   IDENTIFY BY TESTING ANALYSIS AND FORMULATE OPINIONS AS TO HOW THE
20   BUILDINGS ARE DEFECTIVE, IF THEY ARE DEFECTIVE, WHAT TYPE OF
21   DAMAGE THERE IS TO THE BUILDING, IF THERE IS DAMAGE TO THE
22   BUILDING OR STRUCTURE. AND TO GIVE THAT INFORMATION TO OUR
23   CLIENTS, WHETHER IT'S AN INSURANCE COMPANY, MANUFACTURER,
24   BUILDER, OR A HOMEOWNER, BUILDING OWNER.
25   Q.   AND WHEN DID YOU FIRST START GETTING INVOLVED IN

**Page 910**

1    CONSTRUCTION AND BUILDING?
2    A.   MY DAD PUT ME ON THE ROOF AFTER HURRICANE AUDREY IN 1957
3    AND --
4    Q.   HOW OLD WERE YOU AT THAT TIME?
5    A.   SEVEN YEARS OLD.
6    Q.   AND HOW OLD ARE YOU TODAY, IF YOU DON'T MIND ME ASKING, SIR?
7    A.   58.
8    Q.   SO YOU'VE BEEN INVOLVED IN CONSTRUCTION AND BUILDING ALL
9    YOUR LIFE?
10   A.   THAT'S CORRECT. I'M THIRD GENERATION IN CONSTRUCTION AND
11   NUMBER FOUR IS RIGHT BEHIND ME IN ENGINEERING SCHOOL.
12   Q.   CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY SOME TYPES
13   OF BUILDINGS OR STRUCTURES YOU HAVE WORKED ON?
14   A.   YES. WE'VE PERFORMED RESTORATION WORK ON HISTORICAL
15   STRUCTURES, BUILDINGS THAT ARE REGISTERED ON THE
16   NATIONAL HISTORICAL SOCIETY'S REGISTRY, SUCH AS THE
17   GODCHAUX PLANTATION RIGHT HERE OUT OF NEW ORLEANS; CHRIST CHURCH
18   IN NAPOLEONVILLE; SHADOWS ON THE TECHE; COLD COMFORT; SOME OF THE
19   HISTORICAL REGISTERED HOMES IN SOUTH CAROLINA DATING BACK TO
20   1727.
21       WE'VE PERFORMED AND WORKED ON AND BUILT MULTISTORY
22   STRUCTURES, BANKS, SCHOOLS, MEDICAL FACILITIES, HOMES, SHOPPING
23   CENTERS, MALLS, MANUFACTURED HOUSING, MOBILE HOMES. WE'VE WORKED
24   ON TRAVEL TRAILERS. WE'VE PERFORMED INSULATION PROJECTS ACROSS
25   THE UNITED STATES FROM FLORIDA TO CALIFORNIA, INCLUDING

**Page 911**

1    CALIFORNIA DESERT.
2    Q.   APPROXIMATELY, CAN YOU GIVE ME SOME KIND OF ESTIMATE ON HOW
3    MANY HOMES YOU'VE EITHER BUILT OR WORKED ON OR REPAIRED OVER THE
4    YEARS?
5    A.   WE DON'T HAVE A COUNT, BUT IT WOULD BE WELL OVER A THOUSAND.
6    Q.   AND YOU HAD MENTIONED MOBILE HOMES. WHAT KIND OF WORK HAVE
7    YOU DONE WITH MOBILE HOMES?
8    A.   WE'VE PERFORMED RECONSTRUCTION, REPAIRS, RESTORATION WORK
9    AFTER SOME SORT OF AN INSURANCE EVENT SUCH AS A FIRE, WATER
10   DAMAGE, HURRICANE OR TORNADIC WIND DAMAGE. WE'VE ANALYZED THEM
11   FOR DEFECTS AND FAILURES ON BEHALF OF MANUFACTURERS, ON BEHALF OF
12   HOMEOWNERS, AND RESTORED THE DAMAGES.
13   Q.   AND CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY WHAT
14   KIND OF WORK YOU'VE DONE ON TRAVEL TRAILERS?
15   A.   PRIMARILY THE SAME, USUALLY -- OR IT'S ALWAYS BEEN AFTER
16   SOME DAMAGE EVENT, SOME CATASTROPHIC EVENT SUCH AS AUTOMOBILE
17   ACCIDENT HITTING A TRAVEL TRAILER, WATER DAMAGE, SMALL FIRE, TREE
18   LIMBS DAMAGING A TRAVEL TRAILER OR WINDSTORM DOING SOME SORT OF
19   DAMAGE TO THE TRAVEL TRAILER.
20   Q.   IS IT FAIR TO SAY THAT YOU HAVEN'T DESIGNED ANY TRAVEL
21   TRAILERS OR MANUFACTURED HOMES, BUT YOU HAVE REPAIRED OR WORKED
22   ON HUNDREDS OF THEM?
23   A.   THAT'S CORRECT. I DO THE HARD END OF IT. I HAVE TO TAKE IT
24   APART AND PUT IT BACK TOGETHER.
25   Q.   SIR, DO YOU HAVE AN ENGINEERING DEGREE?

**Page 912**

1    A.   NO, I DON'T. HOWEVER, I HAVE A NUMBER OF ENGINEERS THAT
2    WORK WITH ME TOGETHER ON PROJECTS DOING ANALYSIS AND STUDIES,
3    TESTING AND INVESTIGATIONS SUCH AS STRUCTURAL ENGINEERS,
4    ELECTRICAL ENGINEERS, MECHANICAL, ENVIRONMENTAL, METALLURGICAL
5    ENGINEERS.
6    Q.   AND I DON'T WANT TO GET INTO ANY WORK THAT THEY DID, BUT DID
7    YOU HIRE ANY ENGINEERS TO ASSIST YOU IN YOUR ANALYSIS IN THIS
8    CASE?
9    A.   YES, I DID.
10   Q.   IN YOUR WORK WITH MOBILE HOMES -- DO WE ALSO CALL THAT
11   MANUFACTURED HOUSING?
12   A.   YES, SIR.
13   Q.   IN YOUR WORK WITH MOBILE HOMES, TRAVEL TRAILERS, HOUSES AND
14   BUILDINGS THROUGHOUT THE GULF SOUTH AND THE UNITED STATES, HAVE
15   YOU BECOME FAMILIAR WITH THE CONSTRUCTION METHODS AND MATERIALS
16   USED IN THOSE TYPES OF STRUCTURES?
17   A.   MANY OF THEM, YES, SIR.
18   Q.   HAVE YOU ALSO DONE ANY WORK WITH AIR QUALITY OR SICK
19   BUILDING SYNDROME, ANYTHING THAT RELATES TO THE BUILDING
20   MATERIALS OR METHODS WITH REGARD TO THE PEOPLE LIVING INSIDE THEM
21   OR USING THOSE BUILDINGS?
22   A.   YES. ONE OF THE FACETS OF OUR BUSINESS IS DEALING WITH
23   VARIOUS TYPES OF INDOOR AIR QUALITY ISSUES, WHETHER IT'S MOLD,
24   HUMIDITY, FLOODING, CONTAMINATION OF SOME SORT, OFF-GASSING OF
25   PAINTS OR CARPETINGS OR OTHER TYPE MATERIALS THAT IS AFFECTING OR

```
 1   IT IS THOUGHT TO AFFECT THE OCCUPANTS OF THE HOME OR THE
 2   BUILDING. WE GO IN AND ANALYZE, TRY TO IDENTIFY WHAT THE PROBLEM
 3   IS SO THAT THEY CAN TURN THAT INFORMATION OVER TO THEIR MEDICAL
 4   PERSONNEL THAT'S TREATING THEM.
 5   Q.  ARE YOU A LICENSED BUILDING CONTRACTOR?
 6   A.  YES, I AM.
 7   Q.  ARE YOU A LICENSED GENERAL CONTRACTOR?
 8   A.  YES, I AM.
 9   Q.  HAVE YOU DONE STUDIES ON INDOOR AIR QUALITY AS IT WOULD
10   RELATE TO THE CONSTRUCTION MATERIALS OR METHODS?
11   A.  YES, SIR.
12   Q.  IS THAT SOMETHING YOU HAVE DONE FOR A NUMBER OF YEARS AND
13   ROUTINELY AS PART OF FIRST GENERAL SERVICES?
14   A.  YES, SIR. SOME BEFORE, WHEN I BEGAN MY OWN BUSINESS IN
15   1974, BUT CERTAINLY SINCE WE BEGAN WORKING WITH INSURANCE
16   COMPANIES IN 1985, A BIG PART OF OUR BUSINESS IS DOING THAT
17   ANALYSIS.
18   Q.  HAVE YOU DONE ANALYSIS LIKEWISE WITH GASSES, TOXIC GASSES IN
19   BUILDING MATERIALS OR IN STRUCTURES?
20   A.  YES, SIR.
21   Q.  IN YOUR WORK FOR OVER 30 YEARS WITH CONSTRUCTION, HAVE YOU
22   BECOME FAMILIAR WITH THE TYPES OF MATERIALS AND THE PROPERTIES OF
23   MATERIALS USED IN CONSTRUCTION?
24   A.  YES, SIR.
25   Q.  FOR HOMES, MOBILE HOMES, TRAVEL TRAILERS AND BUILDINGS?
                                                         Page 913
```

```
 1   A.  COMMERCIAL BUILDINGS, ALL OF THE ABOVE. INDUSTRIAL.
 2   Q.  AND DURING THAT WORK, HAVE YOU BECOME FAMILIAR WITH THE
 3   CHARACTERISTICS AND THE PROPERTIES OF THOSE BUILDING MATERIALS?
 4   A.  YES, SIR.
 5   Q.  HAVE YOU ALSO TAKEN A LOOK AT THE PROPERTIES OF VARIOUS
 6   TYPES OF INSULATION?
 7   A.  YES, SIR.
 8   Q.  AND TELL THE LADIES AND GENTLEMEN A LITTLE BIT ABOUT THAT,
 9   WHAT WORK OR EXAMINATION YOU'VE DONE WITH THAT.
10   A.  WELL, IN THE FUNCTION OR THE CAPABILITIES OF DIFFERENT TYPES
11   OF INSULATIONS, THEIR ABILITY TO RESIST THE MOVEMENT OF HEAT
12   THROUGH THAT MATERIAL CALLED THE R VALUE OR THE RESISTANCE VALUE,
13   BOTH IN RESIDENTIAL, COMMERCIAL, AND INDUSTRIAL FACILITIES. AT
14   ONE POINT, WE ACTUALLY PERFORMED INSULATION PROJECTS IN
15   INDUSTRIAL PLANTS IN COMMERCIAL FACILITIES, PIPING, VARIOUS
16   PIECES OF EQUIPMENT IN INDUSTRIAL PLANTS.
17   Q.  ARE YOU FAMILIAR WITH THE VARIOUS TYPES OF INSULATION THAT
18   ARE COMMERCIALLY AVAILABLE AND USED IN THEIR VARIOUS PROPERTIES?
19   A.  YES, SIR.
20   Q.  IN YOUR WORK, HAVE YOU USED VARIOUS TYPES OF INSULATION OVER
21   THE LAST 30 YEARS IN CONSTRUCTION?
22   A.  YES, SIR.
23   Q.  AND IN YOUR WORK, HAVE YOU ALSO BECOME FAMILIAR WITH THE
24   COSTS ASSOCIATED WITH BUILDING MATERIALS, WOOD, OR INSULATION OR
25   WHATEVER MIGHT BE CALLED FOR IN THE PROJECTS YOU ARE WORKING ON?
                                                         Page 914
```

```
 1   A.  YES, SIR. WE HAVE FURNISHED ON VIRTUALLY EVERY PROJECT IN
 2   THE LAST 36 YEARS, BUILDING MATERIALS, SO WE'VE HAD TO ESTIMATE
 3   AND PURCHASE THOSE MATERIALS ON JUST MILLIONS AND MILLIONS OF
 4   DOLLARS OF CONSTRUCTION PROJECTS.
 5   Q.  AND YOU SUBMIT BIDS FOR PROPOSAL, AND IF YOU'RE UNDER THE
 6   BID -- OR WHAT WOULD HAPPEN THEN?
 7   A.  I'M SORRY, REPEAT.
 8   Q.  DO YOU HAVE TO CALCULATE THE COST TO COME UP WITH A BID FOR
 9   A PROPOSAL?
10   A.  YES, SIR, WE DO.
11         MR. PINEDO: YOUR HONOR, AT THIS TIME, WE WOULD OFFER
12   MR. SMULSKI AS AN EXPERT --
13         THE COURT: MR. MALLET. MALLET. I'M SORRY. I'M
14   MISPRONOUNCING IT. IN SOUTH LOUISIANA, IT'S MALLET.
15         THE WITNESS: REMEMBER, WE'RE TALKING ABOUT NORTH OF
16   I-10 AND SOUTH OF I-10.
17         THE COURT: THAT'S EXACTLY RIGHT.
18         MR. PINEDO: MR. MALLET AS AN EXPERT IN CONSTRUCTION
19   METHODS AND MATERIALS.
20         THE COURT: COUNSEL, WOULD YOU LIKE TO ASK QUESTIONS
21   ABOUT HIS EXPERTISE?
22         MR. BONE: YES, YOUR HONOR.
23         THE COURT: GO AHEAD, MR. BONE.
24                    TRAVERSE EXAMINATION
25   BY MR. BONE:
                                                         Page 915
```

```
 1   Q.  MR. MALLET, GOOD MORNING.
 2   A.  GOOD MORNING.
 3   Q.  WE'VE MET BEFORE, HAVEN'T WE, SIR?
 4   A.  YES, SIR.
 5   Q.  IN FACT, WE SPENT A MONTH TOGETHER IN THE FIELD OF MELVILLE.
 6   A.  YES, SIR.
 7   Q.  NOW, YOU MENTIONED THIS EARLIER, BUT I JUST WANT TO BE
 8   CLEAR, YOU'RE NOT A LICENSED ENGINEER, ARE YOU, SIR?
 9   A.  I AM NOT.
10   Q.  AND YOU'RE NOT A LICENSED STRUCTURAL ENGINEER, ENVIRONMENTAL
11   ENGINEER, MECHANICAL ENGINEER OR METALLURGICAL ENGINEER, CORRECT?
12   A.  THAT IS CORRECT. HOWEVER, I DO WORK IN THOSE FIELDS, BUT I
13   AM NOT AN ENGINEER.
14   Q.  BUT YOU DO NOT PROFESS TO HAVE EXPERTISE IN THOSE FIELDS, DO
15   YOU, SIR?
16   A.  WELL, YES, TO SOME EXTENT, EXCEPT THAT I TYPICALLY AND
17   GENERALLY CANNOT PERFORM THE CALCULATIONS WHEN IT COMES TO
18   ENGINEERING DESIGNS, DESIGNS OF MECHANICAL SYSTEM, STRUCTURAL
19   DESIGNS, I'M NOT PERMITTED TO FORMULATE THOSE CALCULATIONS.
20   Q.  AND WITH RESPECT TO THIS SPECIFIC CASE, YOU BROUGHT OUT
21   OTHER ENGINEERS WHO HAD THAT TYPE OF EXPERTISE, AND THAT WOULD BE
22   MR. RITTER AND MR. MOORE, CORRECT?
23   A.  THAT'S CORRECT. JUST AS OTHERS IN THIS CASE HAVE DONE,
24   BROUGHT OUT SELECTIVE INDIVIDUALS TO ADDRESS THOSE PARTICULAR
25   ITEMS.
                                                         Page 916
```