**ALEXIS MALLET, JR.**
*103 Bradbury Crossing, The Village of River Ranch ~ Lafayette, Louisiana 70508*
*Post Office Box 80857 ~ Lafayette, Louisiana 70598*
*(337) 988-3556*

DATE OF BIRTH:   November 9, 1951

EDUCATION AND CERTIFICATIONS:

- New Iberia Senior High School - Graduate
- U.S.L. Bachelor of Arts; Political Science - Graduate
- Dale Carnegie - Business Management
- Certified Fire and Smoke Restoration Technician - Institute of Inspection, Cleaning and Restoration Certification
- National Institute of Disaster Repairs Certified Restorer
- First General Enterprise Incorporated - Certified Insurance Repair Specialist
- Pre-Engineered Metal Building Sales Courses
- Pre-Engineered Metal Building Management Courses
- Contract Negotiation Courses
- Construction Institute of America Estimating and Bidding School
- Southern Structure - Training and Estimating Schools
- Center for Work Rehabilitation and Implementing the Americans with Disabilities Act
- Court Appointed Special Advocate - 15th Judicial District - State of Louisiana
- Certified Mold Remediator - Indoor Air Quality Association, Inc.
- Water Damage Restoration - WDR - Designation.
- American IAQ Council - Certified Microbial Remediation Supervisor, CMRS
- Certified Building Science Thermographer
- Louisiana Manufactured Housing Commission - Certified Installer

Training schools and seminars attended throughout the United States and Puerto Rico:

- Roofing - Shingles, Built Up, Single Ply and Metal
- Mobile Home Construction and Repairs
- Steel Construction
- Concrete Construction
- Carpets and Linoleum Installation, Repairs and Cleaning
- Dehumidification
- Fungal and Bacterial Treatment
- Fabrics
- Fire and Smoke Restoration
- Water Restoration
- Wind Restoration
- Deflooding Structures
- Deodorization and Ozone Applications to Materials and Structures

1

- Siding Installation and Construction
- Insurance Policy Coverages
- Construction Law
- Upscale Woven Carpeting: How to Identify and Handle It After Water or Fire Damage
- Idiopathic Environmental Intolerance
- Exterior Insulation Finish Systems / Stucco Installation
- E.I.F.S. / Stucco Water Management
- Multiple Chemical Sensitivities
- Roofing Defects & Insurance Damage
- New Firefighting Techniques: Their Impact on Smoke Spread & Restoration
- Art Restoration
- A Guide for Insurance Coverages: Yours and Your Insured Customer
- What Will the Revised ASHRAE 62-89R Standard Mean for Indoor Air Quality?
- Filtration and Indoor Air Quality
- Stachybotrys - A Case Study
- Mold In HVAC Systems and Duct Work
- Paper Work - Lists, Estimates & Rentals
- Mold and Water Damage Restoration
- Microbial Contaminants in Duct Systems
- Fiberglass Duct Liner
- Moldy Houses Can Be Deadly
- Legal Risk & Liabilities in Water Damage Restoration
- Psychology of Cleaning Carpet & Upholstery
- National Flood Insurance Program, hosted by ASCR and FEMA
- Residential mold
- Remediation: A Case Study
- Microbial and Particular Remediation Protocol: A Case Study
- The Health Aspects of Stachybotrys Remediation
- Building Management: Current IAQ Practices
- Microbial Testing: An Overview
- Vapor Emission Conditions in Concrete
- Application of the New National Institute of Damage Restorations: Fire and Smoke Damage Repair Guidelines
- Basic Fire Investigation
- Particle Distribution in Ventilation Systems
- Mold Sampling and Diagnostic Services
- Healthy Building Syndrome
- Managing Start Up for a Major Loss
- Catastrophic Flooding
- HVAC Testing Methods
- Emergency Disaster Costing
- Detecting Moisture Damage and Remediating Biocontamination
- Mold Remediation Specification, Guidelines & Risk Assessment
- Evaluating a Problematic Building of Mold
- The Flooring Inspector and the New Millennium

PSC025315

- Microbial Remediation
- Detecting Insurance Fraud
- Psychrometry in Action
- Project Management
- Energy Efficient Construction
- Environmental Indoor Solutions
- Mold Remediation
- Fundamentals of Concrete
- Insulated Concrete Form Construction
- Theory and Practice of Investigation and Remediation of Fungal Contamination in Buildings
- Building Codes & Wood Design
- Designing with National Design Specifications for Wood Construction
- The Wood Connection Session
- Design of Wood Structures to Resist Lateral Loads
- Designing with Wood Trusses
- Engineered Wood Panels
- Home Accessibility - ADAAG
- Georgia-Pacific Gypsum Corporation Technology and Application
- Infrared Technology
- Drying Technologies
- Thermal Treatments, Benefits & Misconceptions
- Healthy School Environments
- Indoor Environmental Cleaning & Management in Homes of the Immuno-Compromised
- Susceptible Occupants
- Best Building Practices for the Gulf Region
- Restoration: Best Applications for Drying
- Environmental: Recommended Internal Quality Control for Mold Remediation
- Environmental: Bacteria & Air Handling Systems
- Environmental: Effects of Fire Residues & Contamination on Individuals
- Environmental: Managing Sewage & Contaminated Environments
- Environmental: What to do When Clearance Tests Fail
- Environmental: Bloodborne Pathogens & Trauma Scene Management
- Infrared Thermographic Imaging Performing Roof Surveys
- Building Science Investigations using Infrared Thermography
- Cladding Lack of Adherence in Facades of Buildings
- Detection of Moisture within Building Enclosures by Interior & Exterior Thermographic Inspections
- Location of Defects in Pipelines Using Thermal Infrared Imagery
- Underground Leak Detection
- Infrared Thermography - Building Sciences Assessment Tool
- Energy Calculations using Infrared Thermography
- Night Sky Radiant Cooling - Influence on Outdoor Thermal Imaging Analysis
- Using Thermography in the Evaluation of the NightCool Nocturnal Radiation Cooling Concept
- Thermography of Window Panes

PSC025316

- ♦ IR Thermographic Inspection of complex Electrical Equipment
- ♦ Structural Leak Testing Utilizing a Spray Rack & Infrared Thermography
- ♦ Thermal Imaging / Infrared Scanning

RESEARCH PAPERS:

- ♦ The Effects of Smoke & Moisture on Residential and Commercial Electrical Systems

SEMINAR/SYMPOSIUM SPEAKER:

- ♦ Investigative Engineers Association Conference - AConstruction Defects & Failures@
- ♦ Construction Estimating
- ♦ Property Damages
- ♦ Louisiana Pest Control Conference - APre-Treats and New Construction - Needed Changes in the Industry@
- ♦ National Institute of Disaster Restoration - ACosting Emergency Work - After the Disaster: The First 48 Hours@
- ♦ First General Enterprises Insurance Repair Conference
- ♦ Americans with Disabilities Act - Home / Building Modifications

TECHNICAL WRITING:

- ♦ Publish Articles for AAdvisor=s Corner,@ Investigate Engineers Association Newsletter
  - ♦ How to Remove Soot and Ash from Electrical Conduits and Electronic Components
  - ♦ Mediation and Arbitration
  - ♦ Subrogation
  - ♦ Subrogation - Part II

GOVERNMENTAL AGENCIES:

Consultation and / or construction projects for the following governmental agencies:

- ♦ Louisiana State University
- ♦ University of Southwestern Louisiana
- ♦ Louisiana State Department of Human Service
- ♦ National Trust for Historical Preservation
- ♦ United States Army Corps of Engineers
- ♦ United States Housing and Urban Development
- ♦ Louisiana Department of Transportation and Development
- ♦ United States Farmer=s Home Administration
- ♦ National Institute of Health
- ♦ Federal Deposit Insurance Corporation
- ♦ Federal Savings & Loan Insurance Corporation

4

- ♣ Resolution Trust Corporation
- ♣ Numerous city and parish governments
- ♣ Various airport and port commissions
- ♣ Various school systems

Mediator, umpire and appraiser in construction related lawsuits and disputes for state, national and international concerns.

Construction and forensic consultant to insurance companies, adjusters, agents, attorneys, companies and individuals throughout the United States and Great Britain in matters relating but not limited to:

- ♣ Construction defects and quality tolerances
- ♣ Foundation failures
- ♣ Structural failures, settlement and collapse
- ♣ Termite and wood destroying insect damage
- ♣ Forensic analysis
- ♣ Redhibition
- ♣ Damage loss and claims
- ♣ Mobile home damage
- ♣ Manufacturer=s defects
- ♣ Design defects
- ♣ Product failures
- ♣ Safety defects
- ♣ Methods of repair or restoration
- ♣ Damage determination
- ♣ Cost determination and analysis
- ♣ Retrofitting of buildings for persons with disabilities
- ♣ Code compliances
- ♣ Building Science
- ♣ Moisture and Moisture Damage
- ♣ Infrared Thermography
- ♣ Cost Audits
- ♣ Fire, smoke and water damage
- ♣ Wind damage
- ♣ Hail damage
- ♣ Flood damage

Since 1974 providing services in general construction, construction management, estimating, supervising, appraisal of damages and consulting for:

- ♣ Residential construction, renovation and restoration projects
- ♣ Commercial construction, renovation and restoration projects
- ♣ Industrial construction and renovation projects
- ♣ Commercial and residential historical restorations of structures dating to the year 1723

PSC025318

## BUSINESS AFFILIATIONS:

- President - Royal Construction Company, Incorporated - 1979
- President - First General Services of the South, Incorporated - 1993
- President - First General Services of Southwest Louisiana, Incorporated - 1990
- Bosco Development, L.L.C. - 2004
- General Land Company L.L.C. - 2005
- Owner - AMI Real Estate Investments - 1973
- AMI Property III, L.L.C. - 2004
- Advisory Board Member - Investigative Engineers Association

Affiliated companies have completed thousands of construction projects throughout the states of Louisiana, Mississippi, Texas, Arkansas, Alabama, South Carolina, California, Oklahoma, Arizona, New Mexico, Tennessee and in the waters of the Gulf of Mexico.

These companies have completed projects of all various types and sizes ranging upwards of $6,000,000.00.

## RECOGNITIONS AND AWARDS:

- Listed in WHO=S WHO in the South and Southwest United States
- Listed in WHO=S WHO of Emerging Leaders in America
- Listed in WHO=S WHO of Leading American Executives
- Listed in WHO=S WHO in Finance and Industry
- Listed in WHO=S WHO of Business Leaders
- Listed in ATOP 500" Remodelers in the United States
- Listed in WHO=S WHO World Wide of Global Business Leaders
- Listed in WHO=S WHO in the World
- Listed in WHO=S WHO In Executives and Businesses
- Listed in WHO=S WHO In America
- Listed in International WHO=s WHO of Entrepreneurs
- Listed in Nationwide Register=s WHO=s WHO
- Listed in Presidential WHO=s WHO Among Business & Professional Achievers
- Listed in Metropolitan directory of Noteworthy Companies.
- Subject of several articles in national publications
- United States Tennis Association - Facility Award
- Phoenix Award - International Recognition for Innovations in Reconstruction - National Institute for Disaster Reconstruction
- Chrysalis Award - Best Design/Build of Whole House Renovation Over $500,000 - National Award Presented by Professional Remodeler Magazine.

## CATASTROPHES:

Expertise and services have been rendered to companies and individuals as a result of the following

PSC025319

catastrophes:

- Hurricane Juan
- Hurricane Danny
- 1989 Freeze Disaster
- Numerous Tornado Disasters
- Hurricane Hugo
- Hurricane Andrew
- Tropical Storm Allison
- Hurricane Lili
- Numerous Flood Disasters and Catastrophes
- Hurricane Katrina
- Hurricane Rita
- Hurricane Gustav
- Hurricane Ike

ASSOCIATIONS:

- Member of National Association of Homebuilders
- Member of Louisiana Homebuilders Association
- Member of Acadiana Builders Association
- Member of Association of Specialists in Cleaning and Restoration
- Member of Carpet and Upholstery Cleaning Institute
- Member of Manufactured Housing Research Alliance, *MHRA*
- Member National Institute of Disaster Restoration
- Member of National Institute of Rug Cleaning
- Member of International Code Council - #5133319
- Professional Member of Southern Building Code Congress International - #05241
- Associate Member of Investigative Engineers Association, Inc.
- Member of Indoor Air Quality Association

LICENSES:

- Louisiana State General Contractor - #13266 and #29338
- Louisiana Residential Building Contractor - #80891 and #80893
- Louisiana Real Estate Sales
- Louisiana State Mold Remediation Contractor - #250010
- Louisiana Manufactured Housing Commission / Manufactured Housing Installer #I00904

CIVIC CONTRIBUTIONS

- Court Appointed Special Advocate - Representing the 15th Judicial District for children in need of care cases

PSC025320

- ♦ Junior Achievement Classroom Presenter - International Trade - 6th Grade
- ♦ Junior Achievement Classroom Presenter - Personal Economics - 8th Grade
- ♦ Junior Achievement Classroom Presenter - Volunteer of Business and Industry in America - 5th Grade Level
- ♦ Court Appointed Special Advocate - Representing the 27th Judicial District for children in need of care cases
- ♦ Our Lady of Wisdom Church & Catholic Student Center at University of Louisiana - Advisory Board

PSC025321

## FEE SCHEDULE 100101
## FIRST GENERAL SERVICES OF THE SOUTH, INC.
*Federal Tax I.D. # 72-1256185*

The following fees and costs are charged for the consulting services provided by First General Sevices of the South Inc. During the term of this agreement, the Fee Schedule shall be subject to periodic revision by Consultant to reflect rate increases in Consultant's professional fees and costs, and Client agrees to be bound by said rate increases:

I. **Professional Fees**
   a. All in-house professional consulting fees are $250 per hour – time billed at 1/10 of an hour intervals.
   b. All outside subcontract consulting services will be billed out at $250 per hour minimum or actual cost of outside consulting fees plus 20% mark up, whichever amount is greater.
   c. All preparation for depositions, mediations, arbitrations or court testimony is billed at $325 per hour.
   d. All deposition testimony and participation, court testimony and participation, arbitration and mediation testimony and participation are billed at $325 per hour.
      i. Deposition fees are payable at the time of the deposition if the party responsible for payment is not our client.
      ii. A non-refundable deposit of $1,000 must be paid fourteen (14) days in advance of deposition.
   e. All appearances for courtroom testimony, mediation or arbitration participation - $1,000 minimum charge.
   f. Under all circumstances, our undersigned client is responsible for all of our charges if unpaid by others.

II. **Travel and Transportation**
   a. Air travel, auto rental, hotel and meals are billed at cost plus 20%.
   b. Mileage in company owned or personal automobiles - $0.65 per mile.
   c. Assignments requiring overnight stays will be billed out at a minimum of 10 hours per day.
   d. All travel time is billed at the applicable professional fee rates listed in this fee schedule.

III. **Miscellaneous Costs**
   a. *Support Services.* The following rates will be charged for support personnel:
      i. Consultant Assistant - $65 per hour
         1. Includes any and all miscellaneous support services to be performed including research, file preparation, document preparation, and any other miscellaneous services performed.
      ii. Field Technician - $45 per hour

5

PSC025325

    b. *Telephone and Fax.* The following rates will be charged for telephone and fax services related to Client's authorized business:
        i. Long distance: $15 per hour – time billed at 1/10 of an hour intervals.
        ii. Car telephone: $19.20 per hour - time billed at 1/10 of an hour intervals.
        iii. Fax fees: $20 per hour - time billed at 1/10 of an hour intervals.

    c. *Reproduction Services.* All copy and drawing reproduction performed on an outside service basis will be at cost plus 20%.

    d. *Reproduction of Document In-House.* Reproduction of documents in-house will be at $0.50 per sheet (8 ½ x 11) plus the charges for support services' time.
*Note*: At no time will the consultant's files, documents, data or other information leave the possession of the consultant for copying or any other reason.

    e. *Photographs.* Each photograph will be billed at the rate of $2.25 per photograph, regardless of the number or types of copies requested or number of duplicates made.

    f. *Infrared Thermography.* The following rates will be charged for infrared thermograph camera:
        i. 4 hour minimum of $850 plus Consultant's hourly rate
        ii. 8 hour full day will be billed at $1,575 plus Consultant's hourly rate
        iii. Over 8 hours in any 24-hour period will be charged at $325 per hour after 8 hours plus Consultant's hourly rate

    g. *Other Services.* Clients will be charged cost plus 20% for services not outlined above required to complete the work during the course of the Client's project.

## IV. Retainage

A retainage deposit of $5,000.00 is required prior to commencement of any services rendered. The deposit is to be held until the completion of the assignment.

## V. Invoicing Procedure

Payment is due within seven (7) days of receipt of invoice. Any payment due hereunder shall bear interest at the rate of eighteen (18%) percent per annum from date due until paid.

_____  _____
Client                Date        Client                Date

_____
Consultant            Date

6

## ALEXIS MALLET, JR.
## LIST OF
## TRIAL TESTIMONY AND/OR DEPOSITIONS

\*\*\*\*\*\*\*\*\*\*\*

Elizabeth Young vs. Lynn Baursfeld

The Roman Catholic Church of the Assumption of the Blessed Virgin Mary of Franklin, LA vs. Charles Ragusa & Son, Inc. Roof Technologies, Inc., and Scottsdale Insurance Co.

Kelly G. Aucoin & Cindy Sue Aucoin vs. Southern Quality Homes, LLC & Dynasty Homes

John & Donna Bodin vs. Duane Desormeaux

State Farm Fire & Casualty Co., vs. Carson Construction Co.

Kyle Brister and Kristie Brister vs. Cecil Perry Improvements, LTD. & XYZ Insurance Co.

Kenneth E. Brooks & Elizabeth Brooks vs. Darral J. Guilbeaux

Barry Champagne, Sr., vs. Chandeleur Homes, Inc.

Nelams & Smith Builders, Inc., vs. David Colvin

Anthony Cramer, Jr. and Sonja M. Cramer vs. Buddy=s Pest Control, Inc., & Audubon Insurance Co.

Devin Enterprises, Inc., vs. American Central Insurance Co.

A.J. Dohmann Chevrolet Olsmobile Cadillac, Inc., vs. Firmin/Dugas Architects, Ltd. & The BellTech Group, Inc.

Brett & Bonnie Eddlemon vs. Pelican Home Improvement Co., Inc., & GS Roofing Products Company, Inc.

William Flores vs. Rodney Richard Construction

Edward Francis Ford & Anita Day Ford vs. Englund Construction, Inc., & Rodney G. Englund a/k/a Rod Englund

Sarwat Morshed Gad vs. Robert Ray Granberry

LA Municipal Association vs. Herman Gesser

Benjamin W. Gotte & Anya Gotte vs. Bellcrest Homes, Inc.

Brenis John Kershaw, Sr., vs. Calvin Lee Dupont, Sr.

Bryan E. Glatter vs. Kenneth J. Leblanc

Andrew Onebane vs. AM Design

Dwayne Patin vs. Montree Ltd.

Priscilla Royer vs. V.P. Pierret Construction

LA Municipal Association vs. Toomer Electrical

Lora Lee Guidry & Votier Street, L.P., vs. Frank Privat & Classic Builders, Inc.

Michael David Winski vs. Terry J. Rogers, LTD.

Earl and Nettie Weber vs. John Munnerlyn, Bayou Builders / Bayou Mobile Homes Repairs, Inc. and ABC Insurance Company

Kevin & Kim Campbell vs. Gerald M. Gossen, Jr. & Gerald Gossen Company, Inc.

Charles and Charlene Ebinger vs. Venus Construction Company

Corey Adams and Tunica Adams, individually and on behalf of their minor child, Danie Adams vs. Cavalier Homes of Alabama, Inc. and Stevens Mobile Home and RV Center, Inc.

John E. Gradney, Jr., and Tami Lyn Gradney, individually and on behalf of thier minor son, Austin J. Gradney vs. Chandeleur Homes, Inc. and Jim Tatman Mobile Homes

James Guillet and Chelsa Carr Guillet vs. Belmont Homes, Inc., et al

Karen Beasley and Charlene Borne vs. Village Builders, Inc.

G. Gregory Gidman and Sandra L. Gidman vs. Venus Construction Corp.

Neal Edmond Breakfield and Danielle Lanthier Breakfield vs. James Louis Mouton Jr., L.K. Mouton and Eagle Pest Control & Chemical, Inc.

Gerald Moore and GM enterprises vs. Uhaul Company of Louisiana

Kirby and Semonia Hardy vs. Louisiana Citizens Property Insurance Corporation

Mike Jude Vincent vs. Cappaert Manufactured Homes, Inc.

Ronald and Patricia Irving, individually and on behalf of their minor children vs. Fakouri Enterprises, Inc. a/k/a Fakouri Realty

Jerry Eugene Powers and the Estate of Ethel Elaine Powers vs. Royal Manufactured Homes, LLC and Indies Homes

B & T Leasing, Inc. and Chauvin Real Estate, Inc. vs. #31256 Underwriters at Lloyd's, London

Todd Broussard Construction, L.L.C. vs. DMDA Investments, L.L.C.

Bernice P. Fontenot, Jr. and Myra K. Fontenot vs. Southern Energy Homes

Prent and Molly Kallenberger vs. Wembley Investments, L.L.C. (d/b/a Wembley Contractors, and Wembley Contractors, L.L.C.)

Linda C. Benham vs. John D. Van Fossen et al

Daigle Lafayette Investments, L.L.C. vs. Houma Builders, Inc.

Cynthia Carr vs. United Homes, Inc. and Delta Homes, Inc.

PSC025324