# Structural Condition Assessment

# For

# FEMA Trailer
# Castanel/Recreation by Design
# Lottie, Louisiana

Prepared for

**First General Services of the South**

January 29, 2010

Prepared by:

**Freyou, Moore and Associates, Inc.**
Civil Engineering & Land Surveying

**Charles David Moore, PE, PLS**
1833 East Main Street
New Iberia, LA  70560

Phone: (337) 365-9535
FAX: (337) 367-8131

STATE OF LOUISIANA
CHARLES D. MOORE
License No. 24627
PROFESSIONAL ENGINEER
IN
CIVIL ENGINEERING

1/29/10

CAST002176

# Inspection Report

©2003 LaGrange Consulting

PREPARED BY:
LaGrange Consulting, LLC
256 Calumet Drive
Madisonville, LA 70447
Info@LaGrangeConsulting.com

**LaGrange CONSULTING**™

PREPARED FOR:

Al Mallet, Jr.
First General Services
Lafayette, LA 70598
with regards to
Castanel Et Al. vs
Recreation by Design
January, 2010

All Information Contained Herein is for Client Use and Review Only. Unauthorized Duplication or Distribution of this Material is Strictly Prohibited.

www.LaGrangeConsulting.com • 985-845-2148