UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Castanel, et al v. Recreation by Design, et al*, | | * | |
| Docket No. 09-3251; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO RECREATION BY DESIGN, LLC'S MOTION *IN LIMINE* REQUESTING THAT THE COURT ENTER ITS PRIOR RULINGS MADE IN THE *ALEXANDER* BELLWETHER TRIAL AS TO CERTAIN SIMILAR EVIDENTIARY ISSUES**

Plaintiff, Earline Castanel, ("Ms. Castanel" or "Plaintiff") respectfully submits the following response to Recreation by Design, LLC's ("RBD" or "Defendant") "Motion *in Limine* Requesting that the Court Enter Its Prior Rulings Made in the *Alexander* Bellwether Trial as To Certain Similar Evidentiary Issues Relevant To This Matter," and hereto states:

Plaintiff hereby stipulates to Defendant's request that this Court adopt the *Alexander* rulings described in Rec. Doc. 13311 as "[r]eferences to political proceedings as set out in Order 3029," "[e]vents leading up to Hurricane Katrina as set out in Order 3018," "RBD financial status/finances from FEMA sales as set forth in Orders 3018 and 3019," "[a]mbient air standards as set out in Order 3069," "Chris DeRosa will not testify as an expert or render expert opinions as set out in Order 3067," and "[i]nflammatory statements as outlined in Order 3018." *See* Rec. Doc. 13311.

1

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        PLAINTIFFS' CO-LIAISON COUNSEL
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        PLAINTIFFS' CO-LIAISON COUNSEL
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        Dennis Reich, Texas #16739600

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on April 23, 2010.

         s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471