UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br><br>*Castanel, et al v. Recreation by Design*, et al, Docket No. 09-3251; | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S RESPONSE TO RECREATION BY DESIGN, LLC'S MOTION *IN LIMINE* REQUESTING THAT THE COURT ENTER ITS PRIOR RULINGS MADE IN THE *DUBUCLET* BELLWETHER TRIAL AS TO CERTAIN SIMILAR EVIDENTIARY ISSUES**

Plaintiff, Earline Castanel, ("Ms. Castanel" or "Plaintiff") respectfully submits the following response to Recreation by Design, LLC's ("RBD" or "Defendant") "Motion *in Limine* Requesting that the Court Enter Its Prior Rulings Made in the *Dubuclet* Bellwether Trial as To Certain Similar Evidentiary Issues Relevant To This Matter," and hereto states:

Plaintiff hereby stipulates to Defendant's request that this Court adopt its *Dubuclet* ruling in which it prohibited evidence or testimony of claims of MDL litigations if those claims arose after the manufacture of Plaintiff's Emergency Housing Unit ("EHU"). *See* Rec. Doc. 8171.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

1

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
Dennis Reich, Texas #16739600

CERTIFICATE OF SERVICE

　　　I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on April 23, 2010.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471