```
0001
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER       MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS      SECTION N(4)
 6   LIABILITY LITIGATION       JUDGE ENGELHARDT
 7   (This document relates to
      "Earline Castanel, et al.
 8    v. Recreation by Design,
      et al.," Docket #09-3251)
 9
10
11                  *  *  *
12
13            DEPOSITION OF DR. PATRICIA M.
14   WILLIAMS, 234 WEST WILLIAM DAVID PARKWAY,
15   METAIRIE, LOUISIANA 70005, TAKEN AT THE
16   OFFICES OF LAMBERT & NELSON, 701 MAGAZINE
17   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
18   24TH DAY OF FEBRUARY, 2010.
19
20
21   REPORTED BY:
22      CATHY RENEE¥ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
23       (504)529-5255
24
25
0095
 1      Q.   Is that a cause and effect or is
 2   that an association?
 3      A.   That's a cause and effect.
 4      MR. YOUNT:
 5           I will tender the witness for now.
 6   EXAMINATION BY MR. CHEATWOOD:
 7      Q.   Doctor, I just have a couple of
 8   questions.
 9           Early on you said a number of
10   times that "they" will let you know which
11   part of the report is relevant to this
12   particular plaintiff.
13      A.   They?
14      Q.   That's what you said, "they," two
15   or three times.
16           Who's the "they"?
```

```
17        A.   I don't recall saying "they."
18        Q.   I promise you, you did.  Because I
19   wrote it down.  "They" will let you know
20   which part of the report is relevant to this
21   plaintiff.
22        A.   Oh, you're referring to when
23   whoever is doing the specific causation
24   generates a final report and then gives that
25   final report to me.  You have Larry Miller.
0096
 1   I will see their reports.  That's not
 2   involved in my writing this report, but when
 3   I see a final report from their specific
 4   causation individual, I will know what
 5   portions of this report I need to prepare
 6   for presentation at this particular trial.
 7        Q.   Okay.  So --
 8        A.   When I say "they," I mean, you
 9   know, I don't always know who they pulled
10   in -- who the lawyers -- I need to stop
11   using the word "they" -- who the lawyers
12   have pulled in for additional causation
13   experts.  I never know what they're doing in
14   that regard.
15             But the -- you know, basically,
16   the report, eventually I will see the final
17   report of Dr. Miller and whoever else they
18   have consulted, the treating physicians, and
19   I will know which portions of the general
20   causation need to be explained in court that
21   is relevant to what the findings are in the
22   specific person.
23             But other than that, I have
24   nothing to do with the specific causation.
25        Q.   I didn't ask you anything about
0097
 1   the specifics.  I just wanted to know who
 2   "they" was, so --
 3        A.   Well, I mean, the lawyers are
 4   going to let me have a copy of the final
 5   report so I can select what is pertinent to
 6   this particular trial.
 7             In other words, as far as I know,
 8   eczema has absolutely no bearing on this
 9   trial.  So I'm not even going to go into
10   that in the trial.  So that's what I'm
```

```
11  talking about when I say "they."
12       Q.   Thank you.  Unfortunately, that
13  didn't clear it up, that just made it muddy.
14            Doctor, this is my question.  As I
15  understand what you're telling me, once you
16  finally get the reports from the medical
17  doctors or other experts on the specifics,
18  and the lawyers give you those, then that
19  will let you know what issues are relevant
20  out of your report?
21       A.   "Issues" is the word.  Yes.  Once
22  I know what the issues are, then I will
23  certainly not bother to present issues that
24  have no relevance to the particular case at
25  hand.
0098
 1       Q.   Well, I suspect we may disagree
 2  with that, but I appreciate you sharing that
 3  with us, because I just wanted to know who
 4  "they" was.
 5            Now, the other thing is, you were
 6  asked just a few questions about your son,
 7  and I don't intend to go into that in any
 8  great detail except for this:  He was at the
 9  last trial, correct, in the back of the
10  courtroom?
11       A.   I guess -- he may have -- what was
12  the last trial?  What was the last trial?
13  Alexander?
14            I think he -- he was in the
15  court -- I think he did step in.
16       Q.   Well, in fact, you identified him
17  in the courtroom?
18       A.   No, I did not identify him.
19       Q.   Well, the other lawyer pointed him
20  out, correct?
21       A.   Right.
22       Q.   In fact, I think he called him a
23  good-looking fellow.  I know you will
24  remember that.  As a mother, you will be
25  proud.  The point -- my question is, he saw
107
 1
 2
 3
 4              WITNESS' CERTIFICATE
```

```
 5
 6        I have read or have had the foregoing
 7   testimony read to me and hereby certify that
 8   it is a true and correct transcription of my
 9   testimony with the exception of any attached
10   corrections or changes.
11
12
13
14
                         _____
15                       DR. PATRICIA WILLIAMS
16   PLEASE INDICATE
17   ( ) NO CORRECTIONS
18   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
19
20
21
22
23
24
25
0108
 1
 2
 3              REPORTER'S CERTIFICATE
 4
 5        I, Cathy Renee' Powell, Certified
 6   Court Reporter, do hereby certify that the
 7   above-named witness, after having been first
 8   duly sworn by me to testify to the truth,
 9   did testify as hereinabove set forth;
10        That the testimony was reported by me
11   in shorthand and transcribed under my
12   personal direction and supervision, and is a
13   true and correct transcript, to the best of
14   my ability and understanding;
15        That I am not of counsel, not related
16   to counsel or parties hereto, and not in any
17   way interested in the outcome of this
18   matter.
19
20
21
22
              _____
```

```
23           CATHY RENEE' POWELL, CCR
24
25
```