UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | SECTION: N-5 |
| | | JUDGE ENGELHARDT |
| This Document Relates to: | | MAG. CHASEZ |
| *Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871 (David McGraw) | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY BRIEF

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs Steering Committee, that respectfully move this Court for an Order, pursuant to Local Rule 7.5 E, granting Leave to file their Reply Brief, for the following reasons:

1. The defendants seek to introduce evidence of a conviction that Mr. McGraw entered over eighteen (18) years ago, well in excess of the ten (10) year time limitation allowed in the Code of Evidence.

2. In their brief, the defendants present unsubstantiated hyperbole, arguing that evidence of the conviction necessarily proves that Mr. McGraw was smoking the narcotics.

3. Mr. McGraw's arrest record and guilty pleas should not be introduced as evidence as it is unduly prejudicial pursuant to FRE 403, and its probative value is significantly outweighed by the prejudice it would cause.

4. Mr. McGraw's arrests and criminal record do not include any support for Defendant's "reasonable" assumption that Mr. McGraw smoked crack cocaine. Rec. Doc. 13424, ¶ 3. Mr. McGraw has admitted to smoking cigarettes, but has never admitted to smoking crack cocaine. During the context of the trial, the jury will be undoubtedly become aware of Mr. McGraw's smoking history. Any

1

attempt to elicit testimony regarding smoking crack will only serve to confuse the trier of fact and should be disallowed.

**WHEREFORE**, for the reasons set forth above, the Plaintiffs' Steering Committee prays for the entry of an Order of Leave allowing the filing of Plaintiffs' Reply Brief.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL, #14072
DENNIS REICH, Texas # 16739600

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  s/Gerald E. Meunier
                                                  GERALD E. MEUNIER, #9471