UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION: N-5<br><br>JUDGE ENGELHARDT<br><br>MAG. CHASEZ |

**This Document Relates to:**

*Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* **No. 09-3871**
**(David McGraw)**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

**IT IS ORDERED** that the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief be **GRANTED** and the Reply Brief be filed into the record.

New Orleans, LA, this _____day of _____, 2010

_____

JUDGE

1