UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member case No. 09-3251

## ORDER

The Court has received Plaintiff's Response to Defendant Recreation by Design, LLC's Motion in Limine Regarding Plaintiff's Animation Exhibit (Rec. Doc. 1355), wherein Plaintiff explains that she does not object to Defendant's request to preserve its right to file a Motion in Limine to Exclude Plaintiff's Animation Exhibit beyond the deadline for such motions (as such exhibit has not yet been produced) as long as Plaintiff's right to file a responsive motion is also preserved.  Accordingly,

**IT IS ORDERED** that **Recreation by Design, LLC's Motion in Limine Regarding Plaintiff's Animation Exhibit (Rec. Doc. 13305)** is **GRANTED** as to the terms stated above.

New Orleans, Louisiana, this 23rd day of April 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**