UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case Nos. 10-484, 10-486,
10-488, 10-489, 10-485, 10-911, 10-912,
10-913, 10-914, 10-916, 10-1043, 10-1052

## ORDER

Motions to Enroll Additional Counsel of Record have been filed referencing the above-listed member cases. Accordingly,

**IT IS ORDERED** that the **Motions to Enrol Additional Counsel of Record (Rec. Docs. 13528, 13529, 13530, 13531, 13532, 13533, 13534, 13535, 13536, 13537, 13540, and 13543)** are **GRANTED**. J. Rock Palermo (LA Bar #21793) of the law firm of Bice Palermo & Vernon, LLC is hereby enrolled as additional counsel of record for Plaintiff in the above-listed member cases.

**IT IS FURTHER ORDERED** that any similar filings/motions made in the future should be made in **_ONE_** motion and should reference the applicable member cases in the caption of that motion.

New Orleans, Louisiana, this 23rd day of April, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**