# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RE: FEMA TRAILER FORMALDEHYDE  PRODUCT LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION N - (5)  JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE CHASEZ |
| *All Cases* | * | |

**********************************************************************

## ORDER

CONSIDERING THE FOREGOING MOTION,

IT IS ORDERED that the hearing presently set for May 5, 2010 on the Joint Rule 12(B)(6) Motion of Bechtel National, Inc. And CH2M Hill Constructors, Inc. To Dismiss Plaintiff's Mississippi Products Liability Claims (Doc. No. 13422) is hereby continued to the next available hearing date of May 19, 2010. WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana   4/23/10

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE