UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION N - (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE CHASEZ |
| | * | |
| *All Cases* | * | |

**********************************************************************

## ORDER

CONSIDERING THE FOREGOING MOTION,

IT IS ORDERED that the hearing presently set for May 5, 2010 on the Motion For Partial Judgment on the Pleadings to Dismiss Mississippi Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Doc. No. 13455) is hereby continued to the next available hearing date of May 19, 2010. WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana  4/23/10

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE