UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member case No. 09-3251

## ORDER

Plaintiff has indicated that she does not oppose Defendant's motion in limine regarding TL Industries, Inc. Accordingly,

**IT IS ORDERED** that **Defendant's Motion in Limine to Exclude Any Reference to TL Industries, Inc. and Preclude Any Reference to News Media Coverage related to TL Industries, Inc. (Rec. Doc. 13299)** is **GRANTED**.

New Orleans, Louisiana, this 26th day of April 2010.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**