U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 21 2010

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            *   MDL NO. 1873
FORMALDEHYDE PRODUCTS          *
LIABILITY LITIGATION           *   SECTION "N" (5)
                               *
                               *   JUDGE ENGELHARDT
                               *   MAGISTRATE CHASEZ
                               *
THIS DOCUMENT IS RELATED TO    *
                               *
C.A. No. 09-8365: *Otha Sartin, et al*  *
vs. *Oak Creek Homes, LP, et al*        *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Otha Sartin - Fluor
2. Kenyatta Buggage on behalf of Jarvin Buggage - Fluor
3. Kenyatta Buggage on behalf of Jeremy Buggage - Fluor
4. Kenyatta Buggage on behalf of Justin Buggage - Fluor
5. Kenyatta Buggage - Fluor
6. Vernon Cooper - Fluor
7. Mija Davis on behalf of Mija Davis - Fluor
8. Wanda Davis on behalf of Wanda Davis - Fluor
9. Willie Ford III - Fluor
10. Yolanda Gibson - Fluor
11. Yolanda Gibson on behalf of Mallory Morgan - Fluor
12. Yolanda Gibson on behalf of Matthew Morgan - Fluor
13. Ivory Holmes on behalf of Ivan Holmes - Fluor
14. Ivory Holmes - Fluor
15. Ivory Holmes on behalf of Ivory Holmes Jr. - Fluor
16. Pamela Schexnayder-Ford - Fluor
17. Willie Schexnayder - Fluor
18. Sherri Thomas on behalf of Alexander Narcisse Jr. - Shaw
19. Sherri Thomas on behalf of Eugene Thomas - Shaw

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

20. Sherri Thomas on behalf of Princess Thomas - Shaw
21. Sherri Thomas - Shaw
22. Sherri Thomas on behalf of William Thomas - Shaw

                                              Respectfully submitted,

### THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
### THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

                                        */s/ John Munoz*
                                        JOHN MUNOZ, #9830