UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER * MDL NO. 1873
FORMALDEHYDE PRODUCTS *
LIABILITY LITIGATION * SECTION "N" (5)
*
* JUDGE ENGELHARDT
* MAGISTRATE CHASEZ
*
THIS DOCUMENT IS RELATED TO *
*
C.A. No. 09-7999; *Quadrick Holmes, et al* *
vs. *Gulf Stream Coach, Inc., et al* *
* * * * * * * * * * * * * * * ** * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Quadrick Holmes - Fluor
2. William Holmes - Shaw
3. Tashambia Hopkins on behalf of Shamonique Crawford - Fluor
4. Tashambia Hopkins on behalf of Dashanik Hopkins - Fluor
5. Tashambia Hopkins on behalf of Ishanik Hopkins - Fluor
6. Tashambia Hopkins - Fluor
7. Dorryl Houillon - Fluor
8. Henry House - Fluor
9. Ronald Houston - Fluor
10. Stephanie Houston - Fluor
11. Walter Houston - Fluor
12. Richard Hover – CH2MHILL
13. Annie Howard - Fluor
14. Dulice Howard - Fluor
15. Dulice Howard on behalf of La' Wonisha Howard - Fluor
16. Dulice Howard on behalf of Dwayne Jacobs - Fluor
17. Dulice Howard on behalf of Jermaine Jacobs - Fluor
18. Gail Hueschen - Fluor
19. Elmo Humphrey III - Fluor

20. Joyce Ison - Fluor
21. Rahsaana Ison on behalf of Kassidy Ison - Fluor
22. Rahsaana Ison on behalf of Rahsaan Ison - Fluor
23. Rahsaana Ison - Fluor
24. Richwell Ison - Fluor
25. Brian Jackson Sr. - Fluor
26. Anthony Jackson - Shaw
27. Idell Jackson - Fluor
28. Idell Jackson on behalf of Jamareo Jackson - Fluor
29. Judy Jackson - Shaw
30. Lois Jackson - Fluor
31. Jalisa Brown on behalf of Claudtaja Brown - Fluor
32. Patricia Jackson - Fluor
33. Tyrell Jackson - Fluor
34. Lucien Jacob - Fluor
35. Clemon Jacquet Jr. - Shaw
36. Nancy Jaeger on behalf of Whitney Houston - Fluor
37. Nancy Jaeger - Fluor
38. Juinella James - Fluor
39. Lawrence James - Fluor
40. Patricia James - Shaw
41. Charles January - Fluor
42. Sharika January on behalf of Joseph January - Fluor
43. Sharika January on behalf of Maryana January - Fluor
44. Sharika January - Fluor
45. Purvis Jarvis - Fluor
46. Anastasia Jeansonne - Fluor
47. David Jefferson Jr. – CH2MHILL
48. Elaine Jefferson - Fluor
49. Percy Jefferson III - Fluor
50. Lee Ester Jefferson – CH2MHILL
51. Raymond Jefferson - Shaw
52. Jeannette Jiles - Fluor
53. Nathaniel Johnson Jr. - Fluor
54. Audrey Johnson - Fluor
55. Bruce Johnson - Shaw
56. Constance Johnson - Fluor
57. Constance Johnson on behalf of Markell Johnson - Fluor
58. Damon Johnson - Fluor
59. Damon Johnson on behalf of Kaylen Johnson - Fluor

60. Damon Johnson on behalf of Greg Pittman - Fluor
61. Dorothy Johnson on behalf of David Aufrecht - Fluor
62. Dorothy Johnson on behalf of Charissa Gagliano - Fluor
63. Dorothy E Johnson - Fluor
64. Wayne Johnson - Fluor
65. Jacquelyn Johnson - Fluor
66. Katherine Johnson - Fluor
67. Keoka Johnson - Fluor
68. Kimberly Johnson - Fluor
69. Kimberly Johnson on behalf of Gregory Pitmann - Fluor
70. Nathaniel Johnson on behalf of Natara Johnson - Fluor
71. Nathaniel Johnson on behalf of Nathaniel Johnson III - Fluor
72. Nathasha Johnson - Fluor
73. Regina Johnson - Fluor
74. Regina Johnson as Representative of the Estate of Irmmer Johnson - Fluor
75. Robert Johnson - Fluor
76. Rudolph Johnson - Fluor
77. Terrance Johnson - Fluor
78. Theodore Johnson - Fluor
79. Valerie M Johnson - Fluor
80. Wayne Johnson on behalf of Delicia Johnson - Fluor
81. William L Johnson - Fluor
82. Alisha Jones - Fluor
83. Alisha Jones on behalf of Kali White - Fluor
84. Angela Jones - Shaw
85. Desiree Jones - Fluor
86. Herman Jones - Shaw
87. Irma Jones - Fluor
88. Isaac Jones - Fluor
89. Joyce Jones - Fluor
90. Julia Jones - Fluor
91. Julia Jones on behalf of Tanisha Jones - Fluor
92. Julia Jones on behalf of Jada Watts - Fluor
93. LaKeisha Jones - Fluor
94. Marvin Jones - Fluor
95. Susan Jones - Fluor
96. Thomas Jones - Fluor
97. Thomas Jones - Fluor
98. Thomas Jones on behalf of Thomas Jones Jr. - Fluor
99. Viola Jones - Shaw

100. Ronald Joseph Jr. - Fluor
101. Bryan Joseph - Fluor
102. Keiwana Joseph on behalf of Karon Joseph - Fluor
103. Keiwanna Joseph - Fluor
104. Louise Joseph - Fluor
105. Natiya Joseph - Fluor
106. Saprina Joseph - Fluor
107. Elbert Jourdan - Fluor
108. Dedra Kaufman on behalf of Eddijah Bridges - Fluor
109. Dedra Kaufman on behalf of Endia Bridges - Fluor
110. Dedra Kaufman on behalf of Enjoi Bridges - Fluor
111. Dedra Kaufman on behalf of Eddie Bridges Jr. - Fluor
112. Gerald Kaufman - Fluor
113. Pannee Keene - Fluor
114. Burnell Kelly - Shaw
115. James Kelly - Fluor
116. Richard Kelson Jr. - Fluor
117. Domonique Kelson on behalf of Diamond Kelson - Fluor
118. Domonique Kelson - Fluor
119. Lois Kelson - Fluor
120. Holly Kennedy on behalf of Adrian Besser - Fluor
121. Holly Kennedy - Fluor
122. Holly Kennedy on behalf of Justin Overmeyer - Fluor
123. Basher Khalil - Fluor
124. Tamer Khalil - Fluor
125. Emma King - Shaw
126. Emma King on behalf of Jessica King - Shaw
127. Janice King - Shaw
128. Jimmie King - Shaw
129. Sylvia King - Fluor
130. Roland Labat - Fluor
131. George Ladanne Jr. - Fluor
132. Anthony Ladanne - Fluor
133. George Ladanne Sr. - Fluor
134. Toni Ladanne - Fluor
135. Ginamarie Lakatos on behalf of Nicholas E. Carbo – CH2MHILL
136. Ginamarie Lakatos as Representative of the Estate of Richard LaKatos – CH2MHILL
137. Ginamarie Lakatos – CH2MHILL
138. Jameelah Landry - Fluor
139. Shirley Landry - Fluor

140. Shirley Landry - Fluor
141. Wayne Landry - Fluor
142. Wilbert Landry on behalf of Elijah Landry - Fluor
143. Wilbert Landry on behalf of Sheereen Landry - Fluor
144. Wilbert Landry - Fluor
145. James Lang - Fluor
146. Katherine Lang - Shaw
147. Amanda Langley - Fluor
148. Amanda Langley on behalf of Charles Petty - Fluor
149. Amanda Langley on behalf of Maddison Petty - Fluor
150. Sylvester Lang - Shaw
151. Ruby Larce - Shaw
152. Myrtle Latigue - Fluor
153. Sherry Laughlin on behalf of Helen Doise - Fluor
154. Sherry Laughlin on behalf of Justin Laughlin - Fluor
155. Sherry Laughlin - Fluor
156. David Lawson Sr. - Shaw
157. JoAnn Lawson - Shaw
158. Joann Lawson on behalf of David Lawson Jr. - Shaw
159. Rose Lawson - Shaw
160. Darrell LeBlanc - Fluor
161. Jimmy LeBlanc - Fluor
162. Lasandra Lebleu on behalf of Haley Davis - Fluor
163. Lasandra Lebleu on behalf of Harley Davis - Fluor
164. LaSandra LeBleu - Fluor
165. Linda Lecoq - Fluor
166. Mattie Lecoq - Fluor
167. Anthony Lee – CH2MHILL
168. Bruce Lee on behalf of Kevin Lee – CH2MHILL
169. Dorothy Lee - Fluor
170. Harry Lee - Fluor
171. Richard Lee on behalf of Camille Lee - Fluor
172. Richard Lee on behalf of Dejeanta Lee - Fluor
173. Richard Lee on behalf of James Lee - Fluor
174. Richard Lee - Fluor
175. Dolly Leo-Carter - Fluor
176. James Levy - Fluor
177. Derrick Lewis - Shaw
178. Dianne Lewis - Fluor
179. Monica Lewis - Fluor

180. Monica Lewis on behalf of Asyah Lewis - Fluor
181. Monica Lewis on behalf of Micheal Lewis - Fluor
182. Willie Lewis - Fluor
183. Clemon Lindsey Jr. - Fluor
184. Larry Locascio - Fluor
185. Kendall London - Shaw
186. Judy Lowery - Fluor
187. Neal Lowery - Fluor
188. Joan Lumbi - Fluor
189. Milton Lundy on behalf of De'Shawnia Tircuit - Fluor
190. Milton Lundy - Fluor
191. Quintin Luster - Fluor
192. Quintin Luster on behalf of Quintrell Luster - Fluor
193. Jerome Lyons - Fluor
194. Willie Mack III - Fluor
195. Georgiana Mackie - Shaw
196. Roger Mack - Fluor
197. Bobby Madison - Fluor
198. Marian Madison - Fluor
199. Jamad Magee - Fluor
200. Floyd Malley - Fluor
201. Jarrel Malone on behalf of Anissa Frields - Fluor
202. Jarrel Malone on behalf of Katreana Frields - Fluor
203. Rose Mammelli - Fluor
204. Donisha Marco - Fluor
205. Anthony Mariano - Fluor
206. Destiny Maricich - Fluor
207. Michael Maricich - Fluor
208. Regina Marshall - Fluor
209. Michele Martell - Fluor
210. Anderson Martin Jr. - Fluor
211. Tamara Martin - Fluor
212. Mary Mason - Shaw
213. Kenyatta Mathieu as Representative of the Estate of Edna Mathieu - Fluor
214. Kenyatta Mathieu - Fluor
215. Denise Matthews on behalf of Deshawn Matthews - Fluor
216. Josie Matthews - Fluor
217. Norbert Matthews - Fluor
218. Jennifer Mayo - Fluor
219. Cedric McCastle Jr. - Fluor

220. Charlene McCastle on behalf of Caylin McCastle - Fluor
221. Charlene McCastle - Fluor
222. Barry McClain Jr. - Fluor
223. Picola McClain - Fluor
224. Earl McConnell III - Fluor
225. Earl McConnell Jr. - Fluor
226. Janice McConnell - Fluor
227. Mary McDonough on behalf of Dominic Bischone - Shaw
228. Mary McDonough on behalf of Nicole Bischone - Shaw
229. Mary McDonough - Fluor
230. Amaris McGallion - Fluor
231. Lonnie McGallion on behalf of Ayla McGallion - Fluor
232. Lonnie McGallion - Fluor
233. Lonnie McGallion on behalf of Macey McGallion - Fluor
234. Douglas McGee Jr. - Fluor
235. Denise McGee - Fluor
236. Beverly McIntyre – Fluor
237. Beverly McIntyre on behalf of Steve McIntyre - Fluor
238. Michael McKinney - Shaw
239. Tyrone McKinney - Shaw
240. Willie Medious - Fluor
241. Bessie Medlow - Fluor
242. Faye Medlow - Fluor
243. Jessie Melton - Fluor
244. Albert Mercadel - Fluor
245. Jerome Merricks - Shaw
246. Sandy Meyer - Fluor
247. Lawrence Michel III - Shaw
248. Brent Mickens - Fluor
249. Brent Mickens on behalf of Kylah Mickens - Fluor
250. Evelyn Milburn - Fluor
251. Morris Miller III on behalf of Morris Miller III - Fluor
252. Altheia Miller - Fluor
253. Altheia Miller on behalf of Danielle Miller - Fluor
254. Altheia Miller on behalf of Dionne Miller - Fluor
255. Bonita Miller - Fluor
256. Denetreal Miller - Fluor
257. Donald Miller - Fluor
258. Faye Miller - Fluor
259. Faye Miller on behalf of Shawn Miller - Fluor

260. Jacqueline Miller - Fluor
261. Jakia Miller on behalf of Jakia Miller - Fluor
262. Joyce Miller - Fluor
263. Kiawana Miller on behalf of Kiawana Miller - Fluor
264. Larry Miller - Fluor
265. Richard Miller - Fluor
266. Robert Miller - Fluor
267. Louise Mitchell - Shaw
268. Theresa Mitchell - Shaw
269. Theresa Mitchell on behalf of Benny Swanagan - Shaw
270. Tony Mitchell - Fluor
271. Carol Moore as Representative of the Estate of Gregory Hence - Fluor
272. Catherine Moore - Fluor
273. Ernestine Moore on behalf of Milan Lockett - Fluor
274. Ernestine Moore on behalf of Milique Lockett - Fluor
275. Ernestine Moore on behalf of Derrick Lockett Jr. - Fluor
276. Ernestine Moore - Fluor
277. Ernestine Moore on behalf of Kristiana Ryan - Fluor
278. Moore - Fluor
279. Mary Moore - Fluor
280. Jarett Morella – CH2MHILL
281. Annie Morgan - Fluor
282. Freddie Morgan – CH2MHILL
283. Willie Morris Sr. - Fluor
284. Carolyn Morris - Fluor
285. Troy Morrison - Shaw
286. Rose Morris - Fluor
287. Leland Morton - Shaw
288. Janet Morua on behalf of Chance Morua - Shaw
289. Janet Morua - Shaw
290. Janet Morua on behalf of Savannah Pascual - Shaw
291. Johnnie Moss Jr. - Shaw
292. Adriana Moss - Fluor
293. Andrea Moss on behalf of Jardon Franklin - Fluor
294. Andrea D. Moss - Fluor
295. Leshia Moss - Fluor
296. Tyrone Moye - Fluor
297. Jarmon Murphy - Fluor
298. Lloyd Nash Jr. - Shaw
299. Danny Nash on behalf of Ariele Nash - Fluor

300. Danny Nash - Fluor

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029
John Munoz (#9830)

GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
JOHN MUNOZ, #9830