UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * <br> * | |
| C.A. No. 09-7998; *Kimberly Dantley, et al* <br> vs. *Gulf Stream Coach, Inc., et al* | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Kimberly Dantley - Fluor
2. Kimberly Dantley on behalf of Charlene Dantley - Fluor
3. Kimberly Dantley on behalf of Keeyanna Dantley - Fluor
4. Kimberly Dantley on behalf of Michael Dantley - Fluor
5. Tama Dangerfield-Simms on behalf of Jordan Simms - Flour
6. Tama Dangerfield-Simms on behalf of Sierra Simms - Flour
7. Rene Darby Jr. - Shaw
8. Brittney Darby - Flour
9. Daniel Dardar - Flour
10. Jesse Dardar - Flour
11. Patricia Dardar – Flour
12. Ambreya Darmond - Fluor
13. Rose D'Aunoy - Flour
14. Kristine Dauzat on behalf of Mia Jackson - Flour
15. Kristine Dauzat on behalf of Mia Jackson - Flour
16. Kristine Dauzat on behalf of Brian Jackson Jr. - Flour
17. Kristine Dauzat on behalf of Brian Jackson Jr. - Flour
18. Anthony L Davis - Flour
19. Celestine Davis - Flour

20. Celestine Davis on behalf of Tonisha Davis - Flour
21. Cheryl Davis - Flour
22. Christopher Davis - Shaw
23. Cynthia Davis - Fluor
24. Dale Davis - Fluor
25. Elenora Davis on behalf of Deveon Winston - Fluor
26. Geraldine Davis on behalf of Marquise Brown - Fluor
27. Kenneth Davis - Fluor
28. Latyana Davis - Flour
29. Lehman Davis - Fluor
30. Lionel Davis - Fluor
31. Michelle Davis - Fluor
32. Ora Davis - Fluor
33. Tameca Davis - Shaw
34. Tameca Davis on behalf of Jordan Davis - Fluor
35. Gloria Dawson - Flour
36. Dalton Day - Fluor
37. Dalton Day on behalf of Dalton Stone - Fluor
38. Grant Dellihoue - Flour
39. Michelle Dewey - Shaw
40. Michelle Dewey on behalf of Jemerian Babino - Fluor
41. Michelle Dewey on behalf of Omarion Babino - Fluor
42. Michelle Dewey on behalf of Randisha Babino - Fluor
43. Michelle Dewey on behalf of DeVante Dewey - Shaw
44. Michelle Dewey on behalf of Ta'Tahrieah Favors - Fluor
45. Joseph Dillon Jr. - Shaw
46. Jiri Dillon - Shaw
47. Joseph Dillon - Shaw
48. Sherman Dimes Sr. - Fluor
49. Clifford Disney - Shaw
50. Oliver Dison - Flour
51. Rosemary Dison - Flour
52. Stanley Dix - Fluor
53. Pete Donate - Flour
54. Pete Donate on behalf of Joseph Howard - Flour
55. Deidra Dorsey - Fluor
56. Edward Dorsey - Fluor
57. Alfred Doucette Jr. - Flour
58. Mark Doucett - Fluor
59. Daniel Dover - Flour

60. Tomeca Dozier - Fluor
61. Tomeca Dozier on behalf of Trae Dozier - Fluor
62. Oliver Ducre Jr. - Shaw
63. Darrell Dugas - Flour
64. Shelly Dugas - Flour
65. Shelly Dugas on behalf of Gabrielle Dugas - Flour
66. Shelly Dugas on behalf of LaiKyn Dugas - Flour
67. Shelly Dugas on behalf of Trinity Dugas - Flour
68. Lawrence Dugay - Shaw
69. Clifton Duncan - Fluor
70. Reginald Duncan - Fluor
71. Helen Duriseau - Flour
72. Crystal Durosseau - Fluor
73. Stewart Eames - Fluor
74. Andrea Earnest - Flour
75. Debbie East - Flour
76. Norman East - Flour
77. Jaqueline Edwards - Flour
78. Jacqueline Edwards on behalf of Chardell Edwards - Flour
79. Ursula Edwards - Shaw
80. Ursula Edwards on behalf of Dae'ron Stewart - Shaw
81. William Edwards - Fluor
82. Gwen Eisenbraun - Flour
83. Gwen Eisenbraun on behalf of Joshua Eisenbraun - Fluor
84. Bonnie Evans - Flour
85. LaDonnis Evans - Fluor
86. Ladonnis Evans on behalf of Kirby Mickle - Fluor
87. Ladonnis Evans on behalf of Koreem Mickle - Fluor
88. Michael Evans - Flour
89. Ayala Expose - Fluor
90. Jerolyn Expose - Shaw
91. Louis Falls Sr. - Flour
92. Harris Farlough - Flour
93. Joyce Farlough - Flour
94. Lori Faulk - Flour
95. Sherry Favis - Fluor
96. Krystle Ferbos - Fluor
97. Willie Ferbos - Fluor
98. Dorothy Ferrand - Shaw
99. Roland Ferrand - Shaw

100. Bo Field - Fluor
101. Marvin Field - Fluor
102. Monicker Field - Fluor
103. Charles Finch - Fluor
104. Jacqueline Firven - Fluor
105. Kanettra Fisher – CH2MHILL
106. Kaneetra Fisher on behalf of Ternell Fisher – CH2MHILL
107. Kaneetra Fisher on behalf of Terrence Howard Jr. – CH2MHILL
108. Kaneetra Fisher on behalf of Joseph Patterson Jr. – CH2MHILL
109. Deborah Flemings - Shaw
110. Deborah Flemings on behalf of Anjanae Flemings - Shaw
111. Deborah Flemings on behalf of Dabrielle Flemings - Shaw
112. Deborah Flemings on behalf of Randall Flemings Jr. - Shaw
113. Deborah Flemings as Representative of the Estate of Barbara Ricard - Shaw
114. Devin Floyd - Fluor
115. Patricia Fobbs - Fluor
116. Glenda Foley - Flour
117. Charlie Fontenot - Flour
118. Laura Fontenot - Fluor
119. Robert Ford - Shaw
120. Frank Foster - Flour
121. Spencer Foster - Flour
122. Marcus Francis - Flour
123. Dwane Franklin - Shaw
124. Dwane Franklin on behalf of Da'Juan Franklin - Shaw
125. Dwane Franklin on behalf of Ja'Quil Franklin - Shaw
126. Dwane Franklin on behalf of Quanica Franklin - Shaw
127. Dwane Franklin on behalf of Stanley Franklin - Shaw
128. Patricia Franklin - Fluor
129. Joseph Fredrick - Shaw
130. Angela French - Fluor
131. Tashera Gabriel - Shaw
132. Tashera Gabriel on behalf of Abrienne Gabriel - Shaw
133. Lloyd Galatas Jr. - Fluor
134. Daulphine Galloway - Fluor
135. Kevin Galloway - Fluor
136. Jessica Gandy - Flour
137. Jessica Gandy on behalf of Peyton Gandy - Flour
138. Billie Garcia - Flour
139. Billie Garcia on behalf of Nikki Melanson - Flour

140. Mickey Garcia - Flour
141. Clyde Gatlin Jr. - Fluor
142. Arletia Gatlin - Fluor
143. Arletia Gatlin on behalf of Jokeitha Powell - Fluor
144. Cheryl Gavin - Fluor
145. Paul George Jr. - Fluor
146. Shawntell George - Flour
147. Shawntell George on behalf of Keegan George - Flour
148. Shawntell George on behalf of Keiranee George - Flour
149. Shawntell George on behalf of K'Ijah George - Flour
150. Keosha Gettridge on behalf of Gilda Damond - Flour
151. Keosha Gettridge - Fluor
152. Terrance Gibson - Flour
153. Nicole Giles - Fluor
154. Nicole Giles on behalf of Erin Giles - Fluor
155. Nicole Giles on behalf of Essence Giles - Fluor
156. Nicole Giles on behalf of Terrance Giles Jr. - Fluor
157. Terrance Giles - Fluor
158. Derry Gilmore Sr. - Shaw
159. Devlin Gims - Flour
160. Shalonda Gims - Flour
161. Shalonda Gims on behalf of Devin Gims - Flour
162. Shalonda Gims on behalf of Elijah Gims - Flour
163. Shalonda Gims on behalf of Hannah Gims - Flour
164. Charles Givens - Shaw
165. Eric Givens - Flour
166. Nellie Givens - Shaw
167. Nellie Givens as Representative of the Estate of Kerwin Givens - Shaw
168. Joey Gordon - Fluor
169. Marcus Gordon - Fluor
170. Melvina Gordon - Fluor
171. Melvina Gordon as Representative of the Estate of Cleveland Gordon - Fluor
172. Anthony Gottschalk - Shaw
173. Robert Goudy - Shaw
174. Sean Grant - Flour
175. Betty Gray - Fluor
176. Gerald Gray - Fluor
177. Rose Gray - Flour
178. Rose Gray on behalf of Da'janae Blue - Flour
179. Rose Gray on behalf of Da'Mond Blue - Flour

180. Rose Gray on behalf of Destiny Blue - Flour
181. Rose Gray on behalf of Desmon Gray - Flour
182. Sharika Gray - Flour
183. Sharika Gray on behalf of Angel Allen - Flour
184. Sharika Gray on behalf of Devin Allen - Flour
185. Sharika Gray on behalf of Cedric Allen Jr. - Flour
186. Sharika Gray on behalf of Dee Antre Gray - Flour
187. Kentrell Greely - Shaw
188. Amy Lee Green - Shaw
189. Dameion Greenberry - Flour
190. Dameion Greenberry on behalf of Kylin Johnson - Flour
191. Darren Green - Flour
192. Fay Green - Fluor
193. John Green - Shaw
194. Karen Green - Fluor
195. Karen Green on behalf of Kyron Green - Fluor
196. Karistian Green - Fluor
197. Nikia Green - Fluor
198. Regina Green - Flour
199. Regina Green on behalf of Tiffany Green - Flour
200. Regina Green on behalf of T'mia Green - Flour
201. Ronald Green - Flour
202. Samuel Green - Flour
203. Sian Green - Flour
204. Damien Griffin - Flour
205. Damien Griffin on behalf of Damien Womack - Flour
206. Gary Grimes Jr. - Flour
207. Robert Gross - Shaw
208. Corlee Guidry - Fluor
209. Ronnie Guidry - Fluor
210. Naraca Guillard - Shaw
211. Anna Guillory - Flour
212. John Guillory - Fluor
213. Sherry Guillory - Flour
214. Zena Guillory - Flour
215. Zena Guillory on behalf of Landon Guillory - Flour
216. Angela Guttuso - Fluor
217. Angela Guttuso on behalf of Haydyn Guttuso - Fluor
218. Angela Guttuso on behalf of Kevin Guttuso - Fluor
219. Sidney Guttuso - Fluor

220. James Guynes - Flour
221. Rosa Guy - Fluor
222. Rosa Guy on behalf of Jacoby Guy - Fluor
223. Rosa Guy on behalf of Jaymia Guy - Fluor
224. Rosa Guy on behalf of Shaquille Guy - Fluor
225. Carolyn Haley - Fluor
226. Carolyn Haley on behalf of Caleb Haley - Fluor
227. Carolyn Haley on behalf of Charles Haley - Fluor
228. Rhonda Hamann - Shaw
229. Amor Handy - Flour
230. Gloria Handy - Fluor
231. Pamlynn Hardy - Fluor
232. Rogie Hardy - Fluor
233. Leroy Hargrave Jr. - Fluor
234. Chasady Hargrave - Fluor
235. Chasady Hargrave on behalf of Nathaniel Hargrave - Fluor
236. Bernadette Harris - Fluor
237. Marcia Harris on behalf of Marcia Harris - Fluor
238. Michael Harris - Fluor
239. Michelle Harris - Fluor
240. Brenda Harrison - Fluor
241. Brenda Harrison as Representative of the Estate of Harold Harrison - Fluor
242. Serena Harris - Fluor
243. Tyrone Harris - Flour
244. Vila Harris - Flour
245. Cornelia Hart - Fluor
246. Junius Hartford Jr. - Fluor
247. Valerie Hartford - Shaw
248. Tina Hartman - Fluor
249. James Hawkins Sr. - Fluor
250. Ardellia Hawkins - Flour
251. Carolyn Hawkins - Shaw
252. Carolyn Hawkins on behalf of Deranisha Hawkins - Shaw
253. Dale Hawkins - Flour
254. Rocquel Hawkins - Fluor
255. Shavonda Hawkins - Fluor
256. Shavonda Hawkins on behalf of Nadia Lambert - Fluor
257. Alvin Hayes - Fluor
258. Margaret Hayes - Fluor
259. Pamela Hayes - Fluor

260. Dustin Hebert - Flour
261. Paul Hebert - Flour
262. Tammy Hebert - Flour
263. John Heim Jr. - Flour
264. Kerry Hemsteter - Fluor
265. David Henry - Flour
266. Denise H Henry - Fluor
267. Erick Henry - Fluor
268. James Henry - Flour
269. Karen Henry - Fluor
270. Karen Henry on behalf of Darrin Bryer - Fluor
271. Karen Henry on behalf of Damien Henry - Fluor
272. Karen Henry on behalf of Davin Matthews - Fluor
273. Karen Henry on behalf of Devontae Matthews - Fluor
274. Larry Henry - Flour
275. Steven Hester - Fluor
276. John Hezeau - Flour
277. John Hezeau on behalf of Christina Hezeau - Flour
278. Charles Hillard Sr. - Flour
279. Kathy Hillard - Shaw
280. Kathy Hillard on behalf of Charles Hillard Jr. - Shaw
281. Arnette Hill - Fluor
282. Deborah Hilliard - Flour
283. Kenneth Hilliard I - Flour
284. Kenneth Hilliard on behalf of Kenneth Hilliard II - Flour
285. Monica Hill - Fluor
286. Tammy Hill - Fluor
287. Tammy Hill on behalf of Tiffany Hill - Fluor
288. Timothy Hill - Fluor
289. Samuel Holden - Fluor
290. Lanus Holmes III - Fluor
291. Delores Holmes - Fluor
292. Delores Holmes on behalf of Jonay Holmes - Fluor
293. Delores Holmes on behalf of Jonay Holmes - Fluor
294. Delores Holmes on behalf of Marha Holmes - Fluor
295. LaToya Holmes - Fluor
296. Lorraine Holmes - Fluor
297. Monique Holmes - Fluor
298. Monique Holmes on behalf of Christopher Holmes - Fluor
299. Monique Holmes on behalf of Jakyle Holmes - Fluor

300. Nathan Holmes - Fluor

        Respectfully submitted,

        **THE BUZBEE LAW FIRM**

        */s/ Anthony G. Buzbee*

        Anthony G. Buzbee
        Texas Bar No. 24001820
        JPMorgan Chase Tower
        600 Travis Street, Suite 7300
        Houston, Texas 77002
        Tel.:  (713) 223-5393
        Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

        **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery.  All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

        */s/ John Munoz*
        JOHN MUNOZ, #9830