UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| C.A. No. 09-8000; *Dianne Abadie, et al* | * | |
| vs. *Gulf Stream Coach, Inc., et al* | * | |

* * * * * * * * * * * * * * * ** * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Dianne Abadie - Fluor
2. Dianne Abadie as Representative of the Estate of Natale Locascio - Fluor
3. Larry Abrams - Fluor
4. Rose Abrams - Fluor
5. Michael Alexander Jr. - Fluor
6. Angelis Alexander - Fluor
7. Peter Alexander III - Fluor
8. Peter Alexander III on behalf of De'Quanna Alexander - Fluor
9. Yvonne Alexander - Fluor
10. Kirby Alfred Jr. - Shaw
11. Tammie Alfred - Shaw
12. Bonnie Allen - Fluor
13. Joann Anderson - Shaw
14. Joann Anderson on behalf of Darrin Anderson - Shaw
15. Kenisha Anderson - Shaw
16. Kenisha Anderson on behalf of Tsai'Rich Anderson - Shaw
17. Paedra Andrus - Fluor
18. Paedra Andrus on behalf of Bailey Andrus - Fluor
19. Mark Andry - Fluor
20. Mark Andry on behalf of Marquis Andry - Fluor
21. Gabriel Angelety Jr. - Fluor

22. Natasha Angelin - Fluor
23. James Angelo - Fluor
24. Edward Anthony Jr. - Fluor
25. Edward Anthony Sr. - Fluor
26. Francis Anthony - Fluor
27. Billy Arceneaux Jr. - Fluor
28. Shemica Archie - Fluor
29. Shemika Archie on behalf of Taylor Archie - Fluor
30. Shemika Archie on behalf of Tiara Archie - Fluor
31. Terrence Archie - Fluor
32. David Arcuri - Fluor
33. Wardell Ard - Fluor
34. Nikki Armstrong - Fluor
35. Victoria Atkinson - Fluor
36. Gaylan Atlow - Fluor
37. Gaylan Atlow on behalf of Sharaund Atlow - Fluor
38. Brenton Aucoin Jr. - Shaw
39. Jennifer Aucoin - Shaw
40. Jennifer Aucoin on behalf of Gianno Aucoin - Shaw
41. Jennifer Aucoin on behalf of Jolie Aucoin - Shaw
42. Kandis Aucoin - Shaw
43. Kandis Aucoin on behalf of Dylan Aucoin - Shaw
44. Kandis Aucoin on behalf of Devon Lodriguss - Shaw
45. Kandis Aucoin on behalf of Justin Lodriguss - Shaw
46. Kandis Aucoin on behalf of Patience Pugh - Shaw
47. Archie Augustus - Fluor
48. Artisha Bacchus - Fluor
49. Artisha Bacchus on behalf of Brielle Bacchus - Fluor
50. Artisha Bacchus on behalf of Kenneth Bacchus - Fluor
51. Eloise Bacchus - Fluor
52. Joyce Bailey - Shaw
53. Alan Baker Jr - Fluor
54. Thomas Baker Jr. - Fluor
55. Bridgette Baker - Fluor
56. Bridgette Baker on behalf of Brideja' Baker - Fluor
57. Sandy Baker - Fluor
58. Sandy Baker on behalf of Trinity Frey - Fluor
59. Sandy Baker on behalf of Shae Lynn Smith - Fluor
60. Sandy Baker on behalf of Taylor Smith - Fluor
61. Shane Baker - Shaw
62. Shane Baker on behalf of Shane Baker - Shaw
63. Shane Baker on behalf of Shawn Baker - Shaw
64. Odelean Ball - Fluor
65. Terry Ballon - Fluor
66. Herbert Banks Jr. - Fluor
67. Brian Banks Sr. - Fluor

68. Brian Banks, Sr. on behalf of Ciara Banks - Fluor
69. Brian Banks, Sr. on behalf of Jalen Banks - Fluor
70. Brian Banks, Sr. on behalf of Brian Banks, Jr. - Fluor
71. Carolyn Banks - Fluor
72. Barbara Barnes - Fluor
73. Gwendolyn Barnes - Fluor
74. Henry Barnes - Fluor
75. John Barnes - Shaw
76. Samantha Barnes - Fluor
77. Samantha Barnes on behalf of Brooklyn Robertson - Fluor
78. Thomas Barnes, III - Fluor
79. Diane Barrosse - Fluor
80. Kevin Bartie - Fluor
81. Tara Bartie - Fluor
82. Tara Bartie on behalf of Jerrica Bartie - Fluor
83. Tara Bartie on behalf of Alexis Malone - Fluor
84. Tara Bartie on behalf of Keyonta Malone - Fluor
85. Benita Batey - Fluor
86. Benita Batey on behalf of Joshua Batey - Fluor
87. Benita Batey on behalf of Tiffany Batey - Fluor
88. Gary Batey - Fluor
89. Marvin Batiste - Fluor
90. Major Battle - Fluor
91. Ronald Bauer - Shaw
92. Ronald Bauer on behalf of Brandon Bauer - Shaw
93. Rhonda Beasley - Shaw
94. Penny Beauford - Fluor
95. Jonathan Bechet - Fluor
96. Sean Bell - Shaw
97. Sean Bell on behalf of Sean Brown - Shaw
98. Stacy Bell - Shaw
99. David Belseth - Fluor
100. Louis Benitez - Fluor
101. Dennis Bennett - Fluor
102. Victoria Bennett - Fluor
103. Thomas Benoit Jr. - Shaw
104. Mickey Bentley - Fluor
105. Bernice Beraud - Fluor
106. Dennis Bergeron Jr. - Fluor
107. Cheryl Bergeron - Fluor
108. Cheryl Bergeron on behalf of Jalisa Keller - Fluor
109. Dayton Bergeron - Fluor
110. Dianna Bergeron - Fluor
111. Dianna Bergeron on behalf of Dennis Bergeron III - Fluor
112. Norell Bernard - Fluor
113. Latineua Bertrand - Fluor

114. Latineua Bertrand on behalf of Brittany Bertrand - Fluor
115. Richard Bertrand - Fluor
116. Sherry Bertrand - Fluor
117. Jenequia Bickham - Fluor
118. Penny Bijou - Fluor
119. Melody Billiot – CH2MHILL
120. Warren Billiot – CH2MHILL
121. Otis Black Jr. - Shaw
122. Willie Blue Sr. - Fluor
123. Jacqueline Bonner - Fluor
124. Jacqueline Bonner on behalf of Austin Bonner - Fluor
125. Jacqueline Bonner on behalf of Dakota Bonner - Fluor
126. Ella Boss - Shaw
127. Barry Bourgeois - Shaw
128. Allison Bowens - Fluor
129. Karen Boykin – CH2MHILL
130. Susan Bracht – CH2MHILL
131. Marlon Bradford on behalf of Portia Bradford - Fluor
132. Randy Bradford - Fluor
133. Roy Bradley - Fluor
134. Demetric Brailey Sr. - Fluor
135. Clarence Braxter Sr. - Fluor
136. Jermaine Brealy Sr. - Fluor
137. Torccare Brealy - Fluor
138. Torccare Brealy on behalf of Jernyz Hucthinson - Fluor
139. Joey Breland - Fluor
140. Rochelle Briggs - Fluor
141. Rochelle Briggs on behalf of Demetric Brailey Jr. - Fluor
142. Rochelle Briggs on behalf of Demetria Briggs - Fluor
143. Rochelle Briggs on behalf of Rae'ondria Briggs - Fluor
144. Earlean Brooks - Fluor
145. Floyd Brooks - Shaw
146. Myra Brouchet - Fluor
147. Wanda Broussard - Fluor
148. Delecia Brown on behalf of Chad Beech Jr. - Fluor
149. Dianna Brown - Fluor
150. Dianna Brown on behalf of Jovan Avery - Fluor
151. Dianna Brown on behalf of Zadhyn Ezell - Fluor
152. Dorothy Brown - Fluor
153. Joseph Brown - Fluor
154. Joseph Brown on behalf of Jayden Brown - Fluor
155. Joseph Brown on behalf of Joseph Brown Jr. - Fluor
156. Lois Brown on behalf of Jalisa Brown - Fluor
157. Roosevelt Brown - Fluor
158. Roosevelt Brown on behalf of Jazmine Brown - Fluor
159. Terry Brown - Fluor

160. Thelma Brown - Shaw
161. Willie Brown Jr. - Fluor
162. Willie Brown - Fluor
163. Yolande Brown - Fluor
164. Yolande Brown on behalf of Diamond Brown - Fluor
165. Yolande Brown on behalf of Davon Jackson - Fluor
166. Billy Brumfield - Shaw
167. Billy Brumfield as Representative of the Estate of Della Brumfield - Shaw
168. Lora Buckler - Fluor
169. Lora Buckler on behalf of Robin Buckler - Fluor
170. Lora Buckler on behalf of Loriell Ellis - Fluor
171. Quandell Bunch on behalf of Daja Bunch - Fluor
172. Quandell Bunch - Fluor
173. Quentin Bunch - Fluor
174. Donald Burnett - Fluor
175. Sheila Burns - Fluor
176. Walter Burns - Shaw
177. Mary Burton - Fluor
178. Latanya Bushnell - Fluor
179. Latanya Bushnell on behalf of Marshadee Bushnell - Fluor
180. Latanya Bushnell on behalf of Adrianna Simmons - Fluor
181. James Butler III - Fluor
182. Joniece Butler - Fluor
183. Chad Byrd - Fluor
184. Gloria Byrd - Shaw
185. Gloria Byrd on behalf of Jovan Ross - Shaw
186. Gloria Byrd on behalf of Jacece (Twin) Sandolph - Shaw
187. Gloria Byrd on behalf of Jaela (Twin) Sandolph - Shaw
188. Rocquel Caesar - Fluor
189. Rocquel Caesar on behalf of Amani Caesar - Fluor
190. Rocquel Caesar on behalf of Amari Caesar - Fluor
191. Melvin Cain - Fluor
192. Debrah Calloway - Fluor
193. Bethany Campbell - Fluor
194. Gerard Campbell - Shaw
195. John Captain - Fluor
196. Shayla Captville-Payne - Fluor
197. Shayla Captville-Payne on behalf of Adrian Cooks - Fluor
198. Shayla Captville-Payne on behalf of Kyleisha Cooks - Fluor
199. Shayla Captville-Payne on behalf of Shontellra Cooks - Fluor
200. Richard T. Carbo Jr. – CH2MHILL
201. Aretha Carrington - Fluor
202. Aretha Carrington on behalf of Sherell Carrington - Fluor
203. Aretha Carrington on behalf of Aleja Jason - Fluor
204. Aretha Carrington on behalf of Tatyana Jason - Fluor
205. April Carter – Fluor

206. Cynthia Carter - Fluor
207. John Carter - Fluor
208. Sandra Carter - Fluor
209. Irma Casnaw - Fluor
210. Marie Castillo - Fluor
211. Carlos Caston - Fluor
212. Daina Caston - Fluor
213. Daina Caston on behalf of Kemore Caston - Fluor
214. Lavern Caston - Fluor
215. Sabrina Causey - Fluor
216. Sabina Causey on behalf of Samaaz Brown - Fluor
217. Sabina Causey on behalf of Aaron Causey - Fluor
218. Sabina Causey on behalf of Matthew Causey - Fluor
219. Claudia Celestand - Fluor
220. Larry Celestand - Fluor
221. Daryl Celestie - Fluor
222. Willie Celestine - Fluor
223. Tyra Chargois-Bartie - Fluor
224. Michael Cheatteam - Fluor
225. Michael Cheatteam on behalf of Michelle Cheatteam - Fluor
226. Michael Cheatteam on behalf of Micsah Cheatteam - Fluor
227. Michael Cheatteam on behalf of Marshell Davis - Fluor
228. Ivory Chopin III - Shaw
229. Ivory Chopin Jr. - Shaw
230. Corey Chopin - Shaw
231. Corey Chopin on behalf of Imari Chopin - Shaw
232. Monique Chopin - Shaw
233. Monique Chopin on behalf of Jayden Chopin - Shaw
234. Shirley Chopin - Shaw
235. Charles Christiana - Fluor
236. Mildred Christiana - Fluor
237. Brittney Clark - Fluor
238. Daphne Clark - Fluor
239. Kueyanna Clark - Fluor
240. LaTerica Clark - Fluor
241. Leonard Clark - Fluor
242. Lucretia Clark - Shaw
243. Lynell Clark on behalf of Jaylin Clark - Fluor
244. Pierre Clark - Fluor
245. Shonda Clark - Fluor
246. Tomeika Clark – CH2MHILL
247. Tomeika Clark on behalf of Lameika Clark – CH2MHILL
248. Tomeika Clark on behalf of Lamonde Clark – CH2MHILL
249. Tomeika Clark on behalf of Tomei Clark – CH2MHILL
250. Derrick Coates - Shaw
251. Jacquline Cockerham - Fluor

252. Anthony Cole - Fluor
253. Anthony Cole on behalf of Chelsea Cole - Fluor
254. Anthony Cole on behalf of Anthony Cole Jr. - Fluor
255. Benjamin Coleman - Fluor
256. Byron Coleman - Fluor
257. Keith Coleman – Fluor
258. Rita Cole - Fluor
259. Hazel Collins - Shaw
260. Melony Collins - Fluor
261. Stacy Collins - Fluor
262. Tririce Collins - Fluor
263. Maylois Conerly-Bacot - Fluor
264. Justin Coney - Fluor
265. Erica Conner - Fluor
266. Erica Conner on behalf of Alaysia Conner - Fluor
267. Erica Conner on behalf of Ashanti Conner - Fluor
268. Erica Conner on behalf of Mark Conner - Fluor
269. Roxanne Contrenchis - Fluor
270. Roxanne Contrenchis on behalf of Julia Contrenchis - Fluor
271. Dorothy Cormier - Fluor
272. Monieke Cormier - Fluor
273. Monieke Cormier on behalf of Keondria Gray - Fluor
274. Rodney Cormier - Fluor
275. Brenda Cotton - Shaw
276. Brenda Cotton on behalf of Ryan Cotton - Shaw
277. Gilbert Cotton - Shaw
278. Trenisha Cotton - Shaw
279. Shenitha Cox - Shaw
280. Shenitha Cox on behalf of Dajakiea Cox - Fluor
281. Shenitha Cox on behalf of Rantrell Harris - Fluor
282. Shenitha Cox on behalf of Zaylan Monroe - Fluor
283. Bryon Craft - Shaw
284. Charles Craft - Fluor
285. Earline Craft - Shaw
286. Earline Craft on behalf of Eurica Craft - Shaw
287. Prentiss Craft - Shaw
288. Geraldine Craig - Shaw
289. James Crain III - Fluor
290. James Crain III on behalf of Kendrick Crain - Fluor
291. Kantell Crawford - Fluor
292. Kantell Crawford on behalf of Khalil Jones - Fluor
293. Teresa Crawford - Fluor
294. Tabathia Cuiellette on behalf of Skylar McKinney - Fluor
295. Gwendolyn Dabney - Fluor
296. Garren Dalton - Fluor
297. Blanch Dangerfield - Fluor

298. Chanta Dangerfield on behalf of Erica Dangerfield - Fluor
299. Maudra Dangerfield - Fluor
300. Nancy Roach - Shaw

          Respectfully submitted,

          **THE BUZBEE LAW FIRM**

          */s/ Anthony G. Buzbee*

          Anthony G. Buzbee
          Texas Bar No. 24001820
          JPMorgan Chase Tower
          600 Travis Street, Suite 7300
          Houston, Texas 77002
          Tel.:  (713) 223-5393
          Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

          **ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

          */s/ John Munoz*
          JOHN MUNOZ, #9830