UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| C.A. No. 09-8001; *Jessie Myles-Taylor, et al* | * | |
| *vs. Gulf Stream Coach, Inc., et al* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit

A to their Amended Complaint to match the following Plaintiffs to the following

Contractor/Installer Defendants:

1. Jessie Myles-Taylor  - Shaw
2. Jessie Myles-Taylor on behalf of Darrione Myles  - Shaw
3. Jessie Myles-Taylor on behalf of Jessika Myles  - Shaw
4. Jessie Myles-Taylor on behalf of Sharde Myles  - Shaw
5. Glenn Nash - Fluor
6. Aubrey Nelson - Fluor
7. Sam Nelson III - Fluor
8. Pauphine Nelson - Shaw
9. Ruby Nelson - Fluor
10. Simpson Nelson - Fluor
11. Tyrone Nelson - Fluor
12. Peter Nero - Fluor
13. Beatrice Neville - Fluor
14. Beatrice Neville on behalf of Briecia Neville  - Fluor
15. Beatrice Neville on behalf of Robert Neville  - Fluor
16. Jimmie Neyland - Fluor
17. Betty Nicholson - Fluor
18. Eugene Nicholson - Fluor
19. Kimberly Nicholson - Fluor

___Fee _____
___Process_____
_x_Dktd _____
___CtRmDep_____
___Doc. No._____

20. Colleen Nikolaidis - Shaw
21. Colleen Nikolaidis on behalf of Gabrielle Nikolaidis - Shaw
22. Polly Noble on behalf of Tanisha Gaspard - Shaw
23. Polly Noble - Shaw
24. Donnie Norris - Shaw
25. Kenneth Norris - Shaw
26. Serena Norton - Shaw
27. Cindy Oliver - Fluor
28. Melissa Oliver on behalf of Chasidy Oliver - Fluor
29. Melissa Oliver - Fluor
30. Timothy Oliver - Fluor
31. Mark O'Neal - Shaw
32. Loleita Ordan - Fluor
33. David Palmer - Fluor
34. Rose Palmer - Fluor
35. Troy Palmer on behalf of Dominique Palmer - Fluor
36. Darlene Parker - Fluor
37. David Parker - Fluor
38. Leona Parker - Fluor
39. Glenda Patton - Shaw
40. Walter III Payne - Fluor
41. Tina Peloquin - Fluor
42. Addison Penn Jr. - Fluor
43. Brittany Penn – Fluor
44. Yolanda Penn - Fluor
45. Melvin Perkins Jr. - Fluor
46. Melvin Perkins - Fluor
47. Keith Perriatt - Fluor
48. Keith Perriatt on behalf of Brooke Perriatt - Fluor
49. Keith Perriatt on behalf of Blairre Perriatt - Fluor
50. Transia Perry - Fluor
51. Irvin Pete - Fluor
52. Lois Peters on behalf of Dewitt Peters - Fluor
53. Lois Peters on behalf of Diamond Peters - Fluor
54. Lois Peters-Murphy - Fluor
55. Diedra Peterson-McCue as Representative of the Estate of Brandon McCue - Fluor
56. Diedra Peterson-McCue - Fluor
57. Yonica Peterson on behalf of Brielle Angelety - Fluor
58. Yonica Peterson on behalf of Yasmin Angelety - Fluor
59. Yonica Peterson - Fluor

60. Tena Pete - Fluor
61. Sigrid Petit - Fluor
62. Kenneth Petty - Fluor
63. Gloria Phillips - Fluor
64. Gloria Phillips on behalf of Kendrick Phillips - Fluor
65. Kim Phillips - Fluor
66. Carol Phoenix - Fluor
67. Herman Pichon - Fluor
68. Charles Pond - Shaw
69. Norma Pond - Shaw
70. Suzanne Ponthieux – Fluor
71. Denver Populis - Fluor
72. Jeanene Populis - Fluor
73. Mildred Porter - Fluor
74. Cajet Potter - Shaw
75. Junius Prejean - Fluor
76. Myra Price on behalf of Myrielle Alexander - Fluor
77. Myra Price - Fluor
78. Beverly Pugh - Shaw
79. Bobby Raiford - Shaw
80. Carrie Ramsey on behalf of Nakeeb Johnson - Fluor
81. Carrie Ramsey on behalf of Ladaisha Netterville - Fluor
82. Carrie Ramsey as Representative of the Estate of Perry Ramsey - Fluor
83. Carrie Ramsey - Fluor
84. Keva Ramsey on behalf of Gerald Crocklen - Fluor
85. Keva Ramsey on behalf of Kevante Crocklen - Fluor
86. Keva Ramsey - Fluor
87. Keva Ramsey on behalf of Kirana Ramsey - Fluor
88. Irvin Randall Jr. - Fluor
89. Irvin Randall Jr as Representative of the Estate of Gloria Randall - Fluor
90. Adolph Randall - Fluor
91. Cynthia Randall - Fluor
92. Cynthia Randall on behalf of Jade Randall - Fluor
93. Rosalind Randall - Shaw
94. Melvin Rayford on behalf of Melaya Rayford - Fluor
95. Melvin Rayford on behalf of Melissa Rayford - Fluor
96. Melvin Rayford on behalf of Melony Rayford - Fluor
97. Melvin Rayford - Fluor
98. Melvin Rayford on behalf of Melvin Rayford Jr. - Fluor
99. Brigitte Reed - Fluor

100. Debra Reed - Fluor
101. Derrick Remble - Fluor
102. Tosha Rice on behalf of Cori Rice - Fluor
103. Tosha Rice on behalf of Janice Rice - Fluor
104. Tosha Rice - Fluor
105. Tosha Rice on behalf of Christopher Rice Jr. - Fluor
106. Sandrell Richard on behalf of Latrell Grant - Fluor
107. Sandrell Richard - Fluor
108. Harold Richards - Fluor
109. Shelia Richard - Fluor
110. Shelia Richard on behalf of Sandy Richard Jr. - Fluor
111. Angela Richardson on behalf of Joe'l Henry - Fluor
112. Angela Richardson on behalf of Tasheika Porter - Fluor
113. Angela Richardson - Fluor
114. Elouise Richardson on behalf of Brittany Richardson - Shaw
115. Elouise Richardson - Shaw
116. Patricia Riley - Fluor
117. Nikisha Roberts on behalf of Kevin Grinstead Jr. - Fluor
118. Bryna Robinson on behalf of Jordan Bell - Shaw
119. Bryna Robinson on behalf of Joshua Bell - Shaw
120. Bryna Robinson - Shaw
121. Bryna Robinson on behalf of Bryant Smith - Shaw
122. Carolyn Robinson - Fluor
123. Maria Rodriguez on behalf of Abelina Rodriguez - Fluor
124. Maria Rodriguez - Fluor
125. Krystal Rogers on behalf of Asia Arvie - Shaw
126. Krystal Rogers on behalf of Shawn Arvie - Shaw
127. Krystal Rogers - Shaw
128. Pamela Rogers - Shaw
129. William Rogers - Fluor
130. Chad Roque - Shaw
131. Gloria Ross - Fluor
132. Gloria Ross on behalf of Kimberly Ross - Fluor
133. Jonas Ross - Fluor
134. Jorel Ross - Fluor
135. Precious Ross - Fluor
136. Precious Ross on behalf of Ryheim Ross - Fluor
137. Karen Rotondi - Fluor
138. Jameka Rougeau - Fluor
139. Randi Ruffin on behalf of Aaden Ruffin - Fluor

140. Randi Ruffin - Fluor
141. Triniti Ruiz on behalf of Seth Ruiz - Fluor
142. Triniti Ruiz - Fluor
143. Leah Rutledge on behalf of Bunah Rutledge - Fluor
144. Leah Rutledge - Fluor
145. Leah Rutledge on behalf of Matthew Rutledge - Fluor
146. Ella Sanchez - Fluor
147. Patricia Sanders - Shaw
148. Patricia Sanders as Representative of the Estate of Jesse James - Shaw
149. Kendall Sansom - Fluor
150. Nettie Sansom - Fluor
151. Rutherford Sansom Jr. - Fluor
152. Daniel Santos Jr. - Fluor
153. Charlotte Savant - Fluor
154. Jeanlyn Sawyer - Fluor
155. Mary Sawyer - Fluor
156. Kentrice Schexnayder - Fluor
157. Jessica Schlesinger - Fluor
158. Jamelia Scott - Fluor
159. Milton Scott - Shaw
160. Patricia Scuderi - Fluor
161. Rachael Shaw - Fluor
162. James Shay Jr. - Fluor
163. Peter Shelvin - Shaw
164. Joel Sider - Fluor
165. Joel Sider on behalf of Logan Sider - Fluor
166. Brenda Simien - Fluor
167. Jeffery Simien - Fluor
168. Ronald Simien – Fluor
169. Donald Simmons - Fluor
170. Hope Simmons on behalf of Michaela Alexander - Fluor
171. Hope Simmons - Fluor
172. Phillip W. Simon Sr. - Fluor
173. Betty Simon - Fluor
174. Brenda Simon on behalf of Brandan Goodly - Fluor
175. Brenda Simon - Fluor
176. James Simon - Fluor
177. Valarie Simon - Fluor
178. Valerie Simon on behalf of A'Ziriah Simon - Fluor
179. Justine Simpson - Shaw

180. Michelle Simpson on behalf of Brittany Simpson - Fluor
181. Michelle Simpson on behalf of Dedrick Simpson - Fluor
182. Michelle Simpson - Fluor
183. Michelle Simpson on behalf of Whittany Simpson - Fluor
184. Shandrell Simpson - Shaw
185. Keith Sims - Shaw
186. Sheila Sims - Fluor
187. Kimberly Sinegal on behalf of Dae'Jenea Day - Fluor
188. Kimberly Sinegal on behalf of Ke'on Sinegal - Fluor
189. Kimberly Sinegal - Fluor
190. Brenda Singleton - Shaw
191. Geraldine Singleton on behalf of Dewiane Singleton - Shaw
192. Geraldine Singleton - Shaw
193. Jennifer Singleton on behalf of Jada Simon - Fluor
194. Jennifer Singleton - Fluor
195. Jennifer Singleton on behalf of Jeremy Singleton - Fluor
196. Precious Slan on behalf of Kaya Reed - Fluor
197. Precious Slan on behalf of Janaya Slan - Fluor
198. Precious Slan - Fluor
199. Jimmie Slugher - Fluor
200. Kevin Slugher - Fluor
201. Andrew Smith - Fluor
202. Avolena Smith on behalf of Jada Powell - Fluor
203. Avolena Smith on behalf of Jason Powell Jr. - Fluor
204. Avolena Smith - Fluor
205. Bennie Smith - Shaw
206. Charlie Smith - Fluor
207. Crystall Smith on behalf of Cordell Polk - Shaw
208. Donald R Smith - Fluor
209. Dorothy Smith - Fluor
210. Glenn Smith - Fluor
211. Judy Smith - Fluor
212. Katrin Smith – Shaw
213. Kevin Smith - Fluor
214. Lecia Smith - Fluor
215. Leroy Smith Jr. - Fluor
216. Melvin Smith - Fluor
217. Nora Smith on behalf of Christy Smith - Fluor
218. Nora Smith - Fluor
219. Susie Smith - Shaw

220. Vicki Smith - Fluor
221. Blaise Smothers Sr. - Fluor
222. Ashley Smothers - Fluor
223. Lucretia Solomon on behalf of Payge Lee – CH2MHILL
224. Lucretia Solomon on behalf of Chelsey Solomon – CH2MHILL
225. Lucretia Solomon – CH2MHILL
226. Latrisha Spain - Fluor
227. Darlene Stagg - Fluor
228. Darlene Stagg on behalf of Don-Dre Stagg - Fluor
229. Darlene Stagg on behalf of Shamire Stagg - Fluor
230. Joseph Stanton - Fluor
231. Eva Steele - Fluor
232. Dieter Steinmaier - Fluor
233. Lois Stevens - Fluor
234. Karen Stevenson on behalf of Daniel Rodasti - Fluor
235. Karen Stevenson - Fluor
236. William Stevens - Fluor
237. Charley Steward - Shaw
238. Burnell Stewart - Fluor
239. Shantell Stewart on behalf of Shantrell Hunter - Shaw
240. Shantell Stewart on behalf of Brittany Smith - Shaw
241. Shantell Stewart - Shaw
242. Lisa St. Hill - Fluor
243. Ashlee Stockwell - Fluor
244. Gregory Stokes - Fluor
245. Tracy Stovall as Representative of the Estate of Ernest Gordon - Fluor
246. Gene Stumbo - Fluor
247. Brenda Sullivan - Fluor
248. Corey Sylve - Fluor
249. Lesley Sylve - Fluor
250. Myles Sylve - Fluor
251. Myquel Sylve - Fluor
252. Keishone Sylvester on behalf of Keela Brumfield - Shaw
253. Keishone Sylvester - Shaw
254. Carey Tanks - Fluor
255. Loretta Tanks on behalf of Deneshia Sidney - Fluor
256. Alice Taylor - Fluor
257. Alice Taylor on behalf of Antoine Taylor - Fluor
258. Alice Taylor on behalf of Anton Taylor - Fluor
259. Carolyn Taylor - Fluor

260. Carolyn Taylor on behalf of Justin Thomas - Fluor
261. Carolyn Taylor on behalf of Anthony Thomas Jr. - Fluor
262. Cynthia Taylor - Fluor
263. Merry Teal - Shaw
264. Willie Tenner - Shaw
265. John Tennessee - Fluor
266. Melissa Tennessee on behalf of Jazzmin Tennessee - Fluor
267. Melissa Tennessee - Fluor
268. Tony Tezeno - Fluor
269. Corlandra Thibodeaux - Fluor
270. Lolita Thibodeaux - Fluor
271. Anthony Thomas Sr. - Fluor
272. Tommy Thomas Sr. - Fluor
273. Estravion Thomas - Shaw
274. Jeremy A Thomas - Fluor
275. Kevin Thomas - Fluor
276. Kiara Thomas - Fluor
277. Linda Thomas - Fluor
278. Lorraine Thomas on behalf of Alexis Thomas - Fluor
279. Lorraine Thomas - Fluor
280. Michael Thomas - Fluor
281. Nakeydra Thomas on behalf of Eric Anderson II - Fluor
282. Nakeydra Thomas on behalf of Kamin Black - Fluor
283. Nakeydra Thomas on behalf of Armani Landry - Fluor
284. Nakeydra Thomas on behalf of Elexis Thomas - Fluor
285. Nakeydra Thomas - Fluor
286. Roger Thomas - Fluor
287. Tina Thomas - Fluor
288. Tyronne Thomas - Fluor
289. James Thompson III - Fluor
290. Kimberly Thompson on behalf of Chastity Thompson - Shaw
291. Kimberly Thompson on behalf of Chelse Thompson - Shaw
292. Kimberly Thompson - Shaw
293. Lynn Thompson - Fluor
294. Malcolm Thompson on behalf of Chloe Thompson - Shaw
295. Malcolm Thompson - Shaw
296. Sabrina Thompson on behalf of Jasmine Thompson - Shaw
297. Sabrina Thompson on behalf of Quintrice Thompson - Shaw
298. Sabrina Thompson - Shaw
299. Sabrina Thompson on behalf of Tia Thompson - Shaw

300. Bonita Thornton - Fluor

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
_____
JOHN MUNOZ, #9830