UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER              *       MDL NO. 1873
    FORMALDEHYDE PRODUCTS     *
    LIABILITY LITIGATION      *       SECTION "N" (5)
                              *
                              *       JUDGE ENGELHARDT
                              *       MAGISTRATE CHASEZ
                              *
THIS DOCUMENT IS RELATED TO      *
                              *
C.A. No. 09-8369; *Sandra Semien, et al*  *
vs. *American Camper Manufacturing, LLC*
*d/b/a AMERI-CAMP, et al*         *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1) Sandra Semien - Fluor
2) Danielle Semien - Fluor
3) David Wayne Semien, Sr. - Fluor
4) David Wayne Semien, Jr. - Fluor
5) Ronald Smith - Fluor
6) Margaret Celestine Thomas - Fluor
7) Edwina Walker - Fluor
8) Edwina Walker on behalf of Melina Walker - Fluor
9) Edwina Walker on behalf of Sheila Walker - Fluor

Respectfully submitted,

### THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
### THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
JOHN MUNOZ, #9830
