U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 2 1 2010

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8359; *Joshua Alex, et al vs. Cavalier Home Builders, LLC, et al* | |

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Joshua Alex - Fluor
2. Victor Alex - Fluor
3. Cathy Allridge - Fluor
4. Cathy Allridge on behalf of Jameshia Allridge - Fluor
5. Cathy Allridge on behalf of Louise Allridge - Fluor
6. Cathy Allridge on behalf of Candy Caine - Fluor
7. Cathy Allridge on behalf of Sade Caine - Fluor
8. Jeffery Allridge - Fluor
9. Shirley Arabie on behalf of Chad Arabie - Fluor
10. Shirley Arabie on behalf of Savannah Arabie - Fluor
11. Shirley Arabie - Fluor
12. Shirley Arabie on behalf of Dakota Barber - Fluor
13. Shannon Bell Sr. - Fluor
14. Artholia Bellow - Fluor
15. Artholia Bellow on behalf of Desmond Bellow - Fluor
16. Artholia Bellow on behalf of Samira Scott - Fluor
17. David Bellow - Fluor
18. Jeanette Bellow-Ecter on behalf of KrisJuana Bellow - Fluor
19. Jeanette Bellow-Ecter on behalf of Malcolm Bellow - Fluor
20. Jeanette Bellow-Ecter - Fluor
21. Jeanette Bellow-Ecter on behalf of Gerald Reado - Fluor

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

22. Jeanette Bellow-Ecter on behalf of Kyeria Thomas - Fluor
23. Jeanette Bellow-Ecter on behalf of Shaquetta Thomas - Fluor
24. Sheffield Bellow - Fluor
25. Betty Bickham - Fluor
26. Jimmie Breshears Jr. - Fluor
27. Peter Bridges Jr. - Fluor
28. Peter Bridges Jr on behalf of Peter Bridges III - Fluor
29. Peter Bridges Jr on behalf of LeBoe Bridges - Fluor
30. Peter Bridges Jr on behalf of Paris Bridges - Fluor
31. Cherine Brown - Fluor
32. Mary Bryant on behalf of Domenique Bryant - Fluor
33. Mary Bryant on behalf of Freddie Bryant - Fluor
34. Mary Bryant on behalf of Lawrence Bryant - Fluor
35. Mary Bryant on behalf of Malachi Bryant - Fluor
36. Mary Bryant - Fluor
37. Edwina Bushnell - Flour
38. Edwina Bushnell on behalf of MarKenzy Bushnell - Flour
39. Edwina Bushnell on behalf of Marshelle Bushnell - Flour
40. Edwina Bushnell on behalf of Taylor Harmon - Flour
41. Edwina Bushnell on behalf of Christian Hendricks - Flour
42. Chad Byrd - Fluor
43. Colton Campbell - Flour
44. Keith Campbell - Flour
45. Mistee Campbell - Flour
46. Donald Charles - Fluor
47. Karen Charles - Fluor
48. Xavier Charles - Fluor
49. Cheryl Clark - Fluor
50. Cheryl Clark on behalf of Devon Clark - Fluor
51. Cheryl Clark on behalf of Dominique Clark - Fluor
52. Bruce Dave - Fluor
53. Albertha Garrett - Fluor
54. Sasha Green on behalf of Ladarian Green - Fluor
55. Sasha Green on behalf of Lanndin Green - Fluor
56. Sasha Green - Fluor
57. Patricia Hall - Fluor
58. Monica Hill - Fluor
59. Cedric Jackson - Shaw
60. Paula Jackson on behalf of Lincoln Clark - Shaw
61. Paula Jackson on behalf of Dorian Jackson - Shaw
62. Paula Jackson Paula Jackson - Shaw
63. Paula Jackson on behalf of Qualyn Benoit - Shaw
64. Tiffany Jackson on behalf of Kei'mon Green - Shaw
65. Jason James - Fluor
66. Diana Joseph - Flour
67. Mary Kelly on behalf of Jazmyne Kelly - Fluor

68. Mary Kelly on behalf of Keshawn Kelly - Fluor
69. Mary Kelly - Fluor
70. Mary Kelly on behalf of Sarelius Lathers - Fluor
71. Holly Kennedy - Fluor
72. Sally King on behalf of Conner King - Fluor
73. Sally King - Fluor
74. Kim Lewis on behalf of Carl Lewis - Fluor
75. Milashay Lewis - Fluor
76. T'Quaii Lewis - Fluor
77. Joseph Manuel - Fluor
78. Joseph Manuel as representative of the estate of Brenda Manuel - Fluor
79. Christine Mason on behalf of Michael Mason Jr. - Fluor
80. Christine Mason on behalf of Hannah Whitney - Fluor
81. Christine Mason on behalf of Victoria Whitney - Fluor
82. Latacha Matthews on behalf of Cayla Matthews - Shaw
83. Latacha Matthews on behalf of Chrisshelle Matthews - Shaw
84. Latacha Matthewson behalf of Christopher Matthews - Shaw
85. Latacha Matthews - Shaw
86. Yolanda Moshay - Fluor
87. Christopher Murphy - Fluor
88. Colleen Murphy - Fluor
89. Leneil Murphy - Fluor
90. Michael Overmeyer - Fluor
91. Bobbie Powell on behalf of Dawona Powell - Flour
92. Bobbie Powell on behalf of Jamien Powell - Flour
93. Bobbie Powell on behalf of Kerin Powell - Flour
94. Bobbie Powell Bobbie Powell - Flour
95. Jasmin Powell - Flour
96. Tammy Price - Fluor
97. Charles Redding Sr. - Flour
98. Calvin Reynaud - Flour
99. Wanda Reynaud on behalf of Dominique Reynaud - Fluor
100. Wanda Reynaud on behalf of Rosa Reynaud - Fluor
101. Wanda Reynaud on behalf of Shawana Reynaud - Fluor
102. Wanda Reynaud - Fluor
103. Miranda Robinson on behalf of Joseph Robinson – CH2MHILL
104. Miranda Robinson on behalf of Marylee Robinson - CH2MHILL
105. Miranda Robinson - CH2MHILL
106. Miranda Robinson on behalf of Keith Robinson Jr. – CH2MHILL
107. Miranda Robinson on behalf of Tamaya Thomas – CH2MHILL
108. Miranda Robinson on behalf of Tamia Thomas – CH2MHILL
109. Miranda Robinson on behalf of Tyrania Thomas – CH2MHILL
110. Derrick Ross - Fluor
111. Michael J. Schwoerer - Fluor
112. Michael J Schwoerer on behalf of James Schwoerer - Fluor
113. Michael J Schwoerer on behalf of Katelyn Schwoerer - Fluor

114. Michael J Schwoerer on behalf of Rachael Schwoerer - Fluor
115. Dorothy Smith - Flour
116. Yolanda Stubbs - Fluor
117. Tony Tezeno - Fluor
118. Lynette Toca on behalf of Gerroy Toca - Fluor
119. Lynette Toca on behalf of Jamaya Toca - Fluor
120. Lynette Toca on behalf of Jarius Toca - Fluor
121. Lynette Toca - Fluor
122. Antionette Toomer - Fluor
123. Tamara Toomer - Fluor
124. Tamara Toomer on behalf of Zariya Toomer - Fluor
125. Diane Van Dyke - Flour
126. Lawrence Van Dyke - Flour
127. Eliza Varner - Flour
128. Richard Weary Jr. - Fluor
129. Janice Weary - Fluor
130. Rhonda Weary on behalf of Demonk Baham - Fluor
131. Rhonda Weary - Fluor
132. Willie Williams Sr. - Fluor
133. Albert Williams - Fluor
134. Cynthia Williams - Shaw
135. Cynthia Williams on behalf of Jabarie Williams - Shaw
136. Cynthia Williams on behalf of Jawain Williams - Shaw
137. Albert Williams III as representative of the estate of Dorothy Joseph - Fluor
138. Albert Williams III - Fluor
139. Konnie Young on behalf of K'Mohne Young - Fluor
140. Konnie Young - Fluor

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM

Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830