# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to:  Houston Office

April 21, 2010

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED       APR 2 1 2010

LORETTA G. WHYTE
CLERK

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:   C.A. No. 09-8359; *Joshua Alex, et al vs. Cavalier Home Builders, LLC, et al*; United
       States District Court, Eastern District of Louisiana

Dear Sir or Madam:

      I certify that all Plaintiffs have been matched to a manufacturer and an installer.  Please
issue summons on the Amended Complaint for Damages to the following:


      Cavalier Home Builders, LLC

      Shaw Environmental, Inc.
      Through its registered agent:
      CT Corporation System
      5615 Corporate Blvd, Suite 400 B
      Baton Rouge, LA 70809

      Fluor Enterprises, Inc.
      Through its registered agent:
      Corporation Service Company
      320 Somerulos St.
      Baton Rouge, LA 70802-6129

Fee_____
Process_____
X Dktd._____
CtRmDep_____
Doc. No._____

CH2M Hill Constructors, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400 B
Baton Rouge, LA 70809

The United States of America through:
United States Department of Justice
The Honorable Eric Holder
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130


Thank you for your assistance with this matter.  Should you have any questions, please do
not hesitate to contact our office.

Very truly yours,

J. Scott Daniels

JSD/*dee*
Enclosures

| 1910 Ice Cold Storage Building | JPMorgan Chase Tower (Principal Office) | 200 East Cano |
|---|---|---|
| 104 21ˢᵗ street (Moody Ave.) | 600 Travis, Suite 7300 | Edinburg, Texas 78539 |
| Galveston, Texas 77550 | Houston, Texas  77002 | By Appointment Only |
| By Appointment Only | Telephone:  (713) 223-5393 | |
| | Facsimile:  (713) 223-5909 | |