UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS    *
       LIABILITY LITIGATION     *    SECTION "N" (5)
                                                          *
                                                          *    JUDGE ENGELHARDT
                                                          *    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO    *

C.A. No. 09-8360; *Stacy Bargeman, et al*   *
vs. *American International Specialty Lines Ins. Co.,*   *
*et al*
* * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * *

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Stacy Bargeman on behalf of Brandon Bargeman - Flour
2. Stacy Bargeman on behalf of Lucindy Bargeman - Flour
3. Stacy Bargeman - Flour
4. Tara Bartie on behalf of Jerrica Bartie - Flour
5. Tara Bartie on behalf of Alexis Malone - Flour
6. Tara Bartie on behalf of Keyonta Malone - Flour
7. Roosevelt Brooks on behalf of Terrelle Brooks - Shaw
8. Roosevelt Brooks on behalf of Washie Brooks - Shaw
9. Michelle Celestine on behalf of Kemonta Celestine - Flour
10. Michelle Celestine on behalf of Neosha Celestine - Flour
11. Michelle Celestine on behalf of Teosha Celestine - Flour
12. Michelle Celestine on behalf of Daleonte Pullam - Flour
13. Kizzy Cowart on behalf of Tykia Bullock - Flour
14. Kizzy Cowart on behalf of Tyjah Cowart - Flour
15. Kizzy Cowart on behalf of Tyrese Cowart - Flour
16. Roseann Daroca - Flour
17. Henry Davis - Flour
18. Ebony Fontenot - Flour

19. Sharon Griffin on behalf of Kiyami Thomas - Flour
20. Sharon Griffin on behalf of Saisha Thomas - Flour
21. Elnora Guillory - Flour
22. Joycelyn Henderson-Galloway – CH2MHILL
23. Dinetrea Louis - Flour
24. Dinetrea Louis on behalf of Leonard Peart - Flour
25. Felisa Francis on behalf of Keoni Francis - Flour
26. Felisa Francis on behalf of Malik Francis - Flour
27. Theresa Johnson on behalf of Selena Batson - Flour
28. Theresa Johnson - Flour
29. Jarrel Malone on behalf of Anissa Frields - Flour
30. Jarrel Malone on behalf of Katreana Frields - Flour
31. Jessica McPherson-Ceaser on behalf of Cydne Ceasar - Flour
32. Jessica McPherson-Ceaser on behalf of Clarence Ceasar, IV - Flour

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

                                               /s/ John Munoz  
                                               JOHN MUNOZ, #9830