U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | APR 2 1 2010

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| C.A. No. 09-8363; *Robert Earl White, et al* | * | |
| *vs. American International Specialty Lines* | * | |
| *Ins. Co., et al* | * | |

* * * * * * * * * * * * * * * ** * * * * * * * * * * * *

AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit

A to their Amended Complaint to match the following Plaintiffs to the following

Contractor/Installer Defendants:

1. Robert Earl White - Flour
2. Latoya Watts on behalf of Corielle Mutin - Flour
3. Latoya Watts on behalf of Courtny Mutin - Flour
4. Latoya Watts on behalf of Natasha Thornton - Flour
5. Latoya Watts on behalf of Johnathan Watts - Flour
6. Latoya Watts - Flour
7. Jean E. Webb - Flour
8. Daniel Weber - Shaw
9. Marion Weber - Flour
10. Paulette Westbrook - Flour
11. Jason Anthony White - Flour
12. Jason White on behalf of Jayshonda T. White - Flour
13. Tawanna Y. White - Flour
14. Chakena Bernie Whitmore - Flour
15. Carl Williams Jr. - Flour
16. Amber Williams – CH2MHILL
17. Bama L. Williams - Flour
18. Calvin Williams - Flour
19. Carrie Williams - Flour

20. Elouise Williams - Flour
21. Floyd A. Williams - CH2MHILL
22. Floyd Williams on behalf of Jasmine Williams – CH2MHILL
23. Jessica K. Williams - Flour
24. Kenisha Williams on behalf of Julius Williams - Flour
25. Kenisha Tamara Williams - Flour
26. Norma Williams - Flour
27. Raymond Williams - Flour
28. Shelly Williams on behalf of Percill Ashten Williams Jr. - Shaw
29. Stacie Williams on behalf of Kai Brown - Shaw
30. Stacie Williams on behalf of Treshon Devons - Shaw
31. Stacie Williams on behalf of Freesha Williams - Shaw
32. Stacie Williams - Shaw
33. Vicki Williams - Flour
34. Ann Wilson on behalf of Ann  Deloris Warren - Flour
35. Ann P. Wilson - Flour
36. Chelsea Ann Wilson - Flour
37. Lekisha Wilson on behalf of Aushanta Wilson - Flour
38. Lekisha M. Wilson - Flour
39. Larry Woods - Flour
40. Carolyn Wright-Smith on behalf of Brionne R. Wright - Flour
41. Carolyn A. Wright-Smith - Flour
42. Freddie Young Jr. - Flour
43. Freddie Young - Flour
44. Jerome Young - Flour
45. George Victoriana - Shaw
46. Belinda Cox - Flour
47. Linda Barber on behalf of Azell Barber - Flour
48. Linda Barber on behalf of D'Asia Barber - Flour
49. Linda Barber on behalf of Deborah Matjan - Flour
50. Michael Barber - Flour
51. Katrina Bartie on behalf of Calvin Bartie - Flour
52. Latanya Bushnellon behalf of Marshadee Bushnell - Flour
53. Mistee Campbell - flour
54. Karissa Captain - Flour
55. Angela Craig on behalf of Tre'von Brundy - Flour
56. Tori Daniels - Flour
57. Tori Daniels on behalf of Tyannah Shelly - Flour
58. Ida Francis - Flour
59. Joseph Francis - Flour
60. Joseph Francis on behalf of Joseph Francis Jr. - Flour
61. Krevin Guidry - Flour
62. Michelle Guidry – Flour
63. Michelle Guidry on behalf of Danyel Rigmaeden - Flour

64. Michelle Guidry on behalf of D'Juan Rigmaeden - Flour
65. JoAnn Henry - Flour
66. David Howard on behalf of Brittney Howard - Flour
67. Dianna Jack - Flour
68. Melba Smith - Flour
69. Sabrina Jefferson on behalf of Desean Jefferson - Shaw
70. Sabrina Jefferson on behalf of Sean Jefferson - Shaw
71. Carmalena Johnson on behalf of Annie Johnson - Flour
72. Carmalena Johnson on behalf of James Johnson - Flour
73. Carmalena Johnson on behalf of Jasmine Johnson - Flour
74. Marla Jones on behalf of Mar'kel Jones - Shaw
75. Marla Jones on behalf of Ro'Shanea Jones - Shaw
76. Claudette Mayon - Flour
77. Marquette Nicholson on behalf of Marqusha Bush - Flour
78. Leslie O'Quain - Flour
79. Geraldine Singleton on behalf of Dewiane Singleton - Shaw
80. Lisa Smith - Flour
81. Dianne Swanson on behalf of Gage Zigler - Flour
82. Angela Talamo on behalf of Deaven Talamo - Flour
83. Angela Talamo on behalf of Ryan Talamo - Flour
84. Carol Tolliver on behalf of Paris Albert - Flour
85. Shelly Williams on behalf of Kenneth Holland - Shaw
86. Shelly Williams - Shaw
87. Vicki Williams on behalf of Danielle Williams - Flour
88. Belinda Cox - Flour
89. George Victoriana - Shaw
90. Clifford August - Flour
91. Stella August - Flour
92. Stacy Thomas on behalf of Alvin Thomas - Flour
93. Tina Thompson on behalf of Allan Thompson - Flour
94. LaToya Dennis - Flour
95. LaToya Dennis on behalf of Sanai Dennis - Flour
96. LaToya Dennis on behalf of Calvin Jacob - Flour
97. Frank Harden - Flour

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery.  All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830