

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  * MDL NO. 1873
      FORMALDEHYDE PRODUCTS  *
      LIABILITY LITIGATION  * SECTION "N" (5)
       *
       * JUDGE ENGELHARDT
       * MAGISTRATE CHASEZ
       *
THIS DOCUMENT IS RELATED TO  *
       *
C.A. No. 09-8364; *Alphonse Fontenot, et al*  *
vs. *Frontier RV Inc., et al*  *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Alphonse Fontenot - Fluor
2. Mervin Barthelemy – CH2MHILL
3. George Burns - Shaw
4. Brian Casse - Shaw
5. Kara Crayton - Shaw
6. Bertha Jones - Shaw
7. Carolyn B Jones - Shaw
8. Jennifer Kelly - Shaw
9. Jacqueline LeFrere - Shaw
10. Jason LeFrere - Shaw
11. Sommer McWeen - Shaw
12. Sommer McWeen on behalf of Terrance Washington - Shaw
13. Linda Trueblood - Shaw
14. Rubbin Tucker – Shaw
15. Frederick Williams - Shaw
16. Clyde Wilson - Shaw

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
_____
JOHN MUNOZ, #9830