U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 2 1 2010

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| C.A. No. 09-8366; *Steven Tilley, et al* | * | |
| *vs. Gulf Stream Coach, Inc., et al* | * | |

* * * * * * * * * * * * * * * ** * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Steven Tilley - Shaw
2. Dalon Torregano - Shaw
3. Troy Torregano - Shaw
4. Barbara Toups - Fluor
5. Hamey Toussaint - Shaw
6. Irma Toussaint - Shaw
7. Linda Toussaint - Shaw
8. Cordelia Townsend on behalf of Cornelia Prejean - Shaw
9. Allison Varnardo - Shaw
10. Kendra Vason on behalf of Tyriel Battle - Shaw
11. Kendra Vason on behalf of Tyrone Battle - Shaw
12. Kendra Vason - Shaw
13. Kendra Vason on behalf of Terrill Vason - Shaw
14. Kendra Vason on behalf of Trevor Vason - Shaw
15. Barbara Vaughn - Fluor
16. Leonard Vaughn - Fluor
17. Yvonne Vaughn - Fluor
18. Toni Verdon as Representative of the Estate of James Acy - Fluor
19. Toni Verdon - Fluor

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No. _____

20. Crystie Verneuil on behalf of Teresa Vanderhoff - Shaw
21. Crystie Verneuil - Shaw
22. Crystie Verneuil on behalf of Michelle Verneuil - Shaw
23. Michael Verneuil - Shaw
24. Corey Vital - Fluor
25. William Vortisch - Shaw
26. Leila Wachtel - Shaw
27. Kenny Walker - Shaw
28. Loretta Walker - Shaw
29. Robert Wallace - Shaw
30. Patricia Ward - Shaw
31. William Washington II Fluor
32. James Washington Jr. - Shaw
33. Samuel Washington Sr. - Shaw
34. Addie Washington - Shaw
35. Connie Washington - Shaw
36. Diane Washington  - Shaw
37. Donna Washington - Shaw
38. Florence Washington - Shaw
39. Joyce Washington - Shaw
40. Samuel Washington Jr. - Shaw
41. Melvin Washington - Shaw
42. Ronald Washington - Shaw
43. Rosa Washington - Shaw
44. Theodore Washington - Shaw
45. Martin Watkins Sr. - Shaw
46. Ashaquaye Watson on behalf of Quentynia Watson - Shaw
47. Ashaquaye Watson - Shaw
48. Desmond Watson - Shaw
49. Dorothy Watson - Shaw
50. Gary Watson - Shaw
51. Kenneth Watson - Shaw
52. Lawrence Watts - Shaw
53. Rebecca Weathersby - Shaw
54. Louis Webster - Shaw
55. Jawah Wells - Fluor
56. James West Jr. - Shaw
57. JW West - Shaw
58. Jackie Weston - Shaw
59. Paulette West - Shaw

60. Willie West - Shaw
61. Bernadette Wilkerson - Shaw
62. Robert Williams Jr. - Shaw
63. Tyronne Williams Sr. - Shaw
64. Alicia Williams on behalf of Renatta LaFargue - Shaw
65. Alicia Williams - Shaw
66. Amanda Williams – Fluor
67. Darryl Williams - Shaw
68. Darryl Williams on behalf of Summer Williams - Shaw
69. Derrick Williams - Shaw
70. Everlyn Williams - Shaw
71. Katherine Williams - Shaw
72. Kenneth Williams on behalf of Nyrah Williams - Shaw
73. Kenneth Williams on behalf of Terry Spears - Shaw
74. Kenneth Williams on behalf of Tyneisha Spears - Shaw
75. Kiersten Williams - Shaw
76. Melvin Williams - Shaw
77. Robert Williams - Fluor
78. Schavonda Williams on behalf of Donna'e Williams - Shaw
79. Shannon Williams on behalf of Shantrice Blatcher - Shaw
80. Shannon Williams - Shaw
81. Shannon Williams on behalf of Derrick Williams Jr. - Shaw
82. Stella Williams on behalf of Tessie McNabb - Shaw
83. Stella Williams - Shaw
84. Tyree Williams - Shaw
85. Vanessa Williams - Fluor
86. Vicki Williams on behalf of Danielle Williams - Shaw
87. Vicki Williams - Shaw
88. Vincent Williams - Shaw
89. Willie Williams - Shaw
90. Annie Willis - Shaw
91. Cheryl Willis as Representative of the Estate of Joseph Willis Jr. - Shaw
92. Bobbie Wilson - Shaw
93. Dafford Wilson on behalf of Collin Wilson - Fluor
94. Dafford Wilson - Fluor
95. Dafford Wilson on behalf of Dafford Wilson Jr. - Fluor
96. Ether Wilson - Shaw
97. Grady Wilson - Shaw
98. Jermaine Wilson - Shaw
99. Learner Wilson on behalf of Caleb Wilson - Shaw

100. Learner Wilson - Shaw
101. Lois Wilson - Shaw
102. Sidney Wilson - Shaw
103. Willie Wilson - Shaw
104. Edward Wimberly - Fluor
105. Edward Wimberly on behalf of Olivia Wimberly - Fluor
106. Tommie Wimberly - Shaw
107. Monica Winston on behalf of Myra Spencer - Shaw
108. Monica Winston on behalf of Myrica Spencer - Shaw
109. Monica Winston on behalf of Brandy Stanton - Shaw
110. Monica Winston - Shaw
111. Kharree Woodridge - Shaw
112. Nikesha Woodridge - Shaw
113. Trenell Woods as Representative of the Estate of Johnnie Davenport - Shaw
114. Cheryl Wren - Fluor
115. David Wren - Shaw
116. Dorothy Wright - Shaw
117. Alphonse Young Sr. - Shaw
118. Dewonn Young - Shaw
119. Gail Young - Shaw
120. Jerry LeBlue - Shaw
121. Tracey Weary on behalf of Markita Weary - Shaw
122. Tracey Weary on behalf of Shamienka Weary - Shaw
123. Tracey Weary - Shaw
124. Connie Weeden - Shaw
125. Sheilda Weston on behalf of Melasia McCarver - Shaw
126. Rockell West - Shaw
127. Rockell West on behalf of Demi Youngblood - Shaw
128. Rockell West on behalf of Diamond Youngblood - Shaw
129. Lionel Williams Jr. - Shaw
130. Tyrone Williams Jr. - Shaw
131. Carlette Williams - Shaw
132. Carlette Williams on behalf of Howard Williams - Shaw
133. Clementine Williams - Shaw
134. David Williams on behalf of Adrian Smith - Shaw
135. David Williams - Shaw
136. Derek Williams - Shaw
137. Eric Williams - Shaw
138. Everline Williams - Shaw
139. Gregory Williams - Shaw

140. Gustavuve Williams - Shaw
141. Isaac Williams - Shaw
142. Karen Williams - Shaw
143. Latoya Williams - Shaw
144. Linda Williams - Shaw
145. Mildred Williams - Shaw
146. Nicole Williams - Shaw
147. Regina Williams - Shaw
148. Schavonda Williams - Shaw
149. Steve Williams - Shaw
150. Sylvia Williams - Shaw
151. Tenneka Williams on behalf of Nyla Williams - Shaw
152. Tenneka Williams on behalf of Ta'shawn Williams - Shaw
153. Tenneka Williams - Shaw
154. Mary Willis - Shaw
155. Beatrice Wilson as representative of the estate of Alton DeBoest - Shaw
156. Dafford Wilson on behalf of Temeka Harmon - Shaw
157. Hester Wilson - Fluor
158. Leon Wilson - Shaw
159. Leslie Woodcox - Shaw
160. Geraldine Woodridge - Shaw
161. Shelita Woods on behalf of Jarie Woods - Shaw
162. Shelita Woods on behalf of Rashad Woods - Shaw
163. Shelita Woods - Shaw
164. Shelita Woods on behalf of Tycal Woods - Shaw
165. Louvenia Yarbrough - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*_____
JOHN MUNOZ, #9830