UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           *   MDL NO. 1873
FORMALDEHYDE PRODUCTS         *
LIABILITY LITIGATION          *   SECTION "N" (5)
                              *
                              *   JUDGE ENGELHARDT
                              *   MAGISTRATE CHASEZ
                              *
THIS DOCUMENT IS RELATED TO   *
                              *
C.A. No. 09-8367; *Naomi Brooks, et al*   *
vs. *Gulf Stream Coach, Inc., et al*      *
* * * * * * * * * * * * * * ** * * * * * * * * * * * * *

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Naomi Brooks – Fluor
2. Joyce Aguillard - Fluor
3. Joyce Aguillard on behalf of Antoinette Taylor - Fluor
4. Jesse Ambrose - Fluor
5. Benjamin Anderson - Fluor
6. Benjamin Anderson on behalf of Sarah Anderson - Fluor
7. Desiree Anderson - Fluor
8. Desiree Anderson on behalf of Dorleona Scott-Anderson - Fluor
9. Desiree Anderson on behalf of Nathaniel Woods-Anderson - Fluor
10. Linda Ashley - Fluor
11. Herbert Banks III - Fluor
12. Clifford Bargeman - Fluor
13. Irma Bargeman - Fluor
14. Irene Bellard - Fluor
15. Torran Bennett - Fluor
16. Albert Bernard - Fluor
17. Penny Bijou on behalf of Kayla Belfield - Fluor
18. Penny Bijou on behalf of Nicholas Bijou - Fluor
19. Cathy Bosarge - Fluor

20. Cathy Bosarge on behalf of Gavin Hamilton - Fluor
21. Cathy Bosarge on behalf of Preston Hamilton - Fluor
22. James Brooks - Fluor
23. Ricky Brown Jr. - Fluor
24. Willie Brown Jr. - Fluor
25. Aviance Brown - Fluor
26. Aviance Brown on behalf of Jermaine Brown - Fluor
27. Delisa Brown - Fluor
28. Desiree Brown - Fluor
29. Geneva Brown - Fluor
30. Julia Brown - Fluor
31. Scherita Brown - Fluor
32. Randell Calloway - Fluor
33. William Cannon - Fluor
34. Shayla Captiville-Payne on behalf of Kyleisha Cook - Fluor
35. Shayla Captiville-Payne on behalf of Shontrella Cook - Fluor
36. Shayla Captiville-Payne on behalf of Adrian Cook - Fluor
37. Aretha Carrington on behalf of Tatyana Jason - Fluor
38. Dolly Carter on behalf of Ese Carter - Fluor
39. Dolly Carter on behalf of Nelbort Carter - Fluor
40. Dolly Carter on behalf of Queshonda Carter - Fluor
41. Dolly Carter on behalf of Quevonda Carter - Fluor
42. Dolly Carter on behalf of Noah Leo - Fluor
43. Steven Carter - Fluor
44. Shawn Colson on behalf of Amy Colson - Fluor
45. Shawn Colson on behalf of Kaitelyn Colson - Fluor
46. Shawn Colson - Fluor
47. Kenneth Cooper Jr. - Fluor
48. Alan Copping - Fluor
49. Carmella Crosby - Fluor
50. Enjoli Cuevas - Fluor
51. Brian Darby Sr on behalf of Briana Darby - Fluor
52. Brian Darby Sr on behalf of Brishon Darby - Fluor
53. Brian Darby Sr on behalf of Brian Darby Jr. - Fluor
54. Brian Darby Sr. - Fluor
55. Kristine Dauzat - Flour
56. Belinda Davis - Fluor
57. Henry Davis - Fluor
58. Shedrick Davis - Fluor
59. Earl Dorsey - Fluor

60. Earl Dorsey on behalf of Rodtrell Mitt - Fluor
61. Diamond Doucette - Fluor
62. Samantha Douglas on behalf of Brianna Douglas - Fluor
63. Samantha Douglas on behalf of Christina Douglas - Fluor
64. Samantha Douglas - Fluor
65. Don Dufrene - Fluor
66. Ross Duncan - Fluor
67. Joseph Ferdinand - Fluor
68. Brandi Fobbs - Fluor
69. Brandi Fobbs on behalf of Merage Fobbs - Fluor
70. Elaine Foley - Fluor
71. Ron Fowlkes Sr on behalf of Sameuel Fowlkes - Fluor
72. Ron Fowlkes Sr. - Fluor
73. Betty Fox on behalf of Ma'Likiara Hatcher - Fluor
74. Betty Fox - Fluor
75. Nanette Francis on behalf of Brianna Francis - Fluor
76. Nanette Francis on behalf of Elizabeth Francis - Fluor
77. Nanette Francis - Fluor
78. Maggie Franklin - Fluor
79. Electa Gaines - Fluor
80. Helen Galentino - Fluor
81. Lucille Gallese - Fluor
82. Nicole Garnett - Fluor
83. Deborah Gaudin - Fluor
84. Marlo Gavin on behalf of Kamryn Simon - Fluor
85. Marlo Gavin on behalf of Page Simon - Fluor
86. Taunja Gene - Fluor
87. Joe Gifford - Fluor
88. Tyronne Gillin - Fluor
89. Joey Gordon on behalf of Luke Chance - Fluor
90. Joey Gordon on behalf of Erika Chance - Fluor
91. Joey Gordon on behalf of Jacob Chance - Fluor
92. Alvin Graber - Fluor
93. Leroy Gray - Fluor
94. Derrick Guy - Fluor
95. Barbara Hamilton - Fluor
96. Frank Harden - Fluor
97. Zena Hardy - Fluor
98. Mary Harris as representative of the estate of Artis Harris - Fluor
99. Mary Harris - Fluor

100. Emma Hartley - Fluor
101. Tyrone Hartley - Fluor
102. Preston Hawkins - Fluor
103. Alvin Hayes Jr. - Fluor
104. Arnette Hill on behalf of Imari Hill - Fluor
105. Thomas Hilliard - Fluor
106. Annie Hodge - Fluor
107. Melvin Holmes Jr. - Fluor
108. Carmen Holmes - Fluor
109. Corey Holmes - Fluor
110. Lucy Holmes - Fluor
111. Malcolm Hunter Sr. - Fluor
112. Lakisha Hunter on behalf of Byron Hunter - Fluor
113. Lakisha Hunter - Fluor
114. Laticha Hunter on behalf of Janessa Hunter - Fluor
115. Laticha Hunter on behalf of Malcom Jr. Hunter -Fluor
116. Virginia Hunter - Fluor
117. Bobby Isaac - Fluor
118. Ernest Jack - Fluor
119. Cynthia Jackson - Fluor
120. Cynthia Jackson on behalf of Pierre Poledore - Fluor
121. James Jackson - Fluor
122. Evalina Jeanisse - Fluor
123. Evelina Jeanisse on behalf of Brian Jeanisse - Fluor
124. Debora Jeanmarie - Fluor
125. Cynthia Jefferson - Fluor
126. Lisa Jefferson on behalf of Jadous Guillory - Fluor
127. Milton Johnson Jr. - Fluor
128. Charlie Johnson - Fluor
129. Michael Johnson - Fluor
130. Michelle Johnson - Fluor
131. Michelle Johnson on behalf of O'Neisha Johnson - Fluor
132. Michelle Johnson on behalf of Jada Robinson - Fluor
133. Valarie Johnson on behalf of Kendrick Johnson - Fluor
134. Valarie Johnson on behalf of Kevin Johnson Jr. - Fluor
135. Valerie Johnson - Fluor
136. Demetrail Jone - Fluor
137. Elber Jourdan - Fluor
138. Holly Kennedy - Fluor
139. Doretha Kitchens - Fluor

140. Sylvia Knight - Fluor
141. Amelia Lavergne - Fluor
142. Charlie Lee Jr on behalf of Kendrell Holmes - Fluor
143. Charlie Lee Jr on behalf of Korey Lee - Fluor
144. Charlie Lee Jr. - Fluor
145. Charlie Lee Jr on behalf of Charlie Payne - Fluor
146. Charlie Lee Jr on behalf of Erica Payne - Fluor
147. Darius Lee - Fluor
148. Deon Lee on behalf of Jarrod Brooks - Fluor
149. Deon Lee on behalf of Aali'yah Lee - Fluor
150. Deon Lee - Fluor
151. Derrick Lewis Sr. - Fluor
152. Donald Lewis - Fluor
153. Kim Lewis on behalf of Carl Lewis - Fluor
154. Kim Lewis - Fluor
155. Kim Lewis on behalf of La'Ronyea Lewis - Fluor
156. Kim Lewis on behalf of Michael Lewis - Fluor
157. Kim Lewis on behalf of Mikishawa Lewis - Fluor
158. Kim Lewis on behalf of Carl Lewis - Fluor
159. Darlann Lindolph - Fluor
160. Darlann Lindolph on behalf of Reylnn Lindolph - Fluor
161. Darlann Lindolph on behalf of Michael Lindolph II - Fluor
162. Darlann Lindolph on behalf of Rachel Londolph Fluor
163. Bettie Lucien-Antonio - Fluor
164. Antonio Lyons - Fluor
165. Sonia Maas as representative of the estate of Henry Maas - Fluor
166. Johnnie Mack Jr. - Fluor
167. Mattie Mack - Fluor
168. Bernell Martin - Fluor
169. Bambi Martin-Delancey - Fluor
170. Shirley Martin - Fluor
171. David Mayne - Fluor
172. Jonas Mayne - Fluor
173. Raymond Mayne - Fluor
174. Daniel McDonald on behalf of Anissa McDonald - Fluor
175. Daniel McDonald - Fluor
176. Daniel McDonald on behalf of Taj McDonald - Fluor
177. Jimmie McGee - Fluor
178. Brian McKinney - Fluor
179. Jan Menville - Fluor

180. Lynnell Miles - Fluor
181. Lynnel Miles on behalf of Melena Miles - Fluor
182. Johnny Miller Jr. - Fluor
183. Joshua Miller - Fluor
184. Tracy Miller on behalf of Lashaun Henderson - Fluor
185. Tracy Miller - Fluor
186. Natasha Minor - Fluor
187. Amy Mitchell on behalf of Gavin Mitchell - Fluor
188. Amy Mitchell on behalf of Sean Mitchell - Fluor
189. Causey Mitchell on behalf of Causey Mitchell - Fluor
190. Larry Mitchell - Fluor
191. Larry Mitchell on behalf of Quincy Lindsey - Fluor
192. Larry Mitchell on behalf of Loriel Mitchell Fluor
193. Charles Montgomery - Fluor
194. Flora Morrison - Fluor
195. Schernia Morrison on behalf of Jeremiah Solomon - Fluor
196. Schernia Morrison on behalf of Jamiren Morrison - Fluor
197. Schernia Morrison - Fluor
198. Schernia Morrison on behalf of Shermese Morrison - Fluor
199. Brenda Morrow-Copping on behalf of Derek Cooper - Fluor
200. Brenda Morrow-Copping - Fluor
201. Daria Mouton - Fluor
202. Daria Mouton on behalf of Dymen Slaughter - Fluor
203. Virginia Mouton - Fluor
204. Earl Murphy - Fluor
205. Phillip Ned Jr. - Fluor
206. Kenya Noel - Fluor
207. Kenya Noel on behalf of Alexis Varnado - Fluor
208. Howard Oliver - Fluor
209. Sean Oliver - Fluor
210. Shirley Olivier - Fluor
211. Leroy Payne - Fluor
212. Lashawn Peco - Fluor
213. Bianca Peters - Fluor
214. Bianca Peters on behalf of Kaylynn Peters - Fluor
215. Bianca Peters on behalf of Kyla Peters - Fluor
216. Keshawn Powell - Fluor
217. Keshawn Powell on behalf of Shanel Powell - Fluor
218. Walter Powell - Fluor
219. Saxon Powe - Fluor

220. Shiyla Pradia - Fluor
221. Ashley Price - Fluor
222. Betty Price on behalf of Tiera Bailey - Shaw
223. Roderick Pyatt - Fluor
224. Sheryl Pye - Fluor
225. Lambros Randis - Fluor
226. Partrick Rankin - Fluor
227. Mihail Rantis - Fluor
228. Rickelle Rayford - Fluor
229. Nikki Reed on behalf of Eric Sam Jr. - Fluor
230. Nikki Reed - Fluor
231. Daniel Reyes - Fluor
232. Wilford Roberts Jr. - Fluor
233. Kenneth Robinson - Fluor
234. Mamie Robinson - Fluor
235. Patricia Ryan - Fluor
236. Darrell Ryans Jr. - Fluor
237. SandersPatricia as representative of the estate of Gregory Dawson - Shaw
238. Leslie Sharper on behalf of Damoz Folse - Fluor
239. Leslie Sharper on behalf of Sharda Folse - Fluor
240. Leslie Sharper on behalf of Honesty Polly - Fluor
241. Leslie Sharper on behalf of Gareyonta Sharper - Fluor
242. Leslie Sharper - Fluor
243. Shikira Shavers - Fluor
244. Rachel Shaw on behalf of Daniya Paul - Fluor
245. Rachel Shaw on behalf of Da'Niya Paul - Fluor
246. Rachel Shaw on behalf of Devin Paul - Fluor
247. Rachel Shaw on behalf of Denon Shaw - Fluor
248. Rachel Shaw on behalf of Devion Shaw Fluor
249. Rachel Shaw - Fluor
250. Clifton Sims Jr. - Fluor
251. Barbara Singleton - Fluor
252. Coralee Smith - Fluor
253. Fatrell Smith on behalf of Quantrelle Jackson - Fluor
254. Fatrell Smith on behalf of Troy Rickard Jr. Fluor
255. Fatrell Smith - Fluor
256. Fatrell Smith on behalf of Germar Smith - Fluor
257. Fatrell Smith on behalf of Gernuyra Smith Fluor
258. Gwendolyn Smith - Fluor
259. Helen Smith - Fluor

260. Sherlethia Smith - Fluor
261. Sherlethia Smith on behalf of Ronald Smith Jr. - Fluor
262. Stanley Smith - Fluor
263. Zekia Smith - Fluor
264. Blaise Smothers Sr on behalf of Brad Smothers - Fluor
265. Blaise Smothers Sr on behalf of Blaise Smothers Jr. - Fluor
266. Thames Solomon - Fluor
267. Latasha Spencer on behalf of Jada Spencer - Fluor
268. Latasha Spencer on behalf of Jamar Spencer - Fluor
269. Latasha Spencer on behalf of Joshua Spencer - Fluor
270. Latasha Spencer - Fluor
271. Elois Stemley - Fluor
272. Claudia Sumlin - Fluor
273. Angela Sundy on behalf of Sydney Sundy - Fluor
274. Angela Sundy on behalf of Simon Sundy Jr. - Fluor
275. Angela Sundy - Fluor
276. Angela Sundy on behalf of Shawn Sundy - Fluor
277. Ema Tezeno - Fluor
278. Chariee Thomas-Gillin on behalf of Dijon Campbell - Fluor
279. Michael Thomas on behalf of Mark Thomas - Fluor
280. Wilma Thomas - Fluor
281. James Thompson III - Fluor
282. Sean Trosclair - Fluor
283. Deann Turk on behalf of Marion Turk - Fluor
284. Deann Turk - Fluor
285. Deann Turk on behalf of Elijah Turk - Fluor
286. Deann Turk on behalf of Joshua Turk - Fluor
287. Antoine Turner - Fluor
288. Sherri Turner - Fluor
289. Staci Turner on behalf of John Turner - Fluor
290. Kenneth Verdon - Fluor
291. Rufus Victorian - Fluor
292. Rufus Victorian on behalf of Cameron Victorian - Fluor
293. Cynthia Viola - Fluor
294. Betty Walker - Fluor
295. Chaundalyn Warren - Fluor
296. James Washington Jr. - Fluor
297. Emma Washington - Fluor
298. Oliver Watts - Fluor
299. Calvin Webb - Fluor

300. Ellistine Webb - Fluor

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830