U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 2 1 2010
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    *   MDL NO. 1873
       FORMALDEHYDE PRODUCTS    *
       LIABILITY LITIGATION     *   SECTION "N" (5)
                                *
                                *   JUDGE ENGELHARDT
                                *   MAGISTRATE CHASEZ
                                       *
THIS DOCUMENT IS RELATED TO            *
                                       *
C.A. No. 09-8370; *Linda Bilbo, et al* *
vs. *CMH Manufacturing, Inc., et al*   *
* * * * * * * * * * * * * * ** * * * * * * * * * * * * * *

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

    In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Linda Bilbo - Flour
2. Eric Anderson - Flour
3. Eric Anderson on behalf of Ericka Thomas - Flour
4. Eric Anderson on behalf of Lakeitha Thomas - Flour
5. Eric Anderson on behalf of Shayla Thomas - Flour
6. Michael Anderson - Flour
7. Lillie Andrews - Fluor
8. Rose Andrews on behalf of Daja Andrews - Fluor
9. Rose Andrews - Fluor
10. Rose Andrews on behalf of Tobias Andrews - Fluor
11. Rose Andrews on behalf of Trevonte Andrews - Fluor
12. Rose Andrews on behalf of Tyrese Andrews - Fluor
13. Rose Andrews on behalf of Tyrinn Andrews - Fluor
14. Stephanie Bartie - Flour
15. Evelyn Bellard - Fluor
16. Larry Bellard - Fluor
17. Jacqueline Bonner on behalf of Austin Bonner - Flour
18. Jacqueline Bonner on behalf of Dakota Bonner - Flour
19. Jacqueline Bonner - Flour
20. Beverly Bradley - Flour
21. Patrick Breaux - Fluor

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

22. Donald Burnett - Fluor
23. Annetta Clayton - Fluor
24. Isiah Clayton - Fluor
25. Barbara Cook – Flour
26. James Garrick - Fluor
27. Sharon Garrick - Fluor
28. Sharon Garrick on behalf of Alexander Schlesinger - Fluor
29. Darius Green - Fluor
30. Keisha Green on behalf of Dynesha Green - Fluor
31. Keisha Green - Fluor
32. Frances Griffin - Flour
33. Victoria Griffin - Flour
34. Undria Henry - Fluor
35. Crystal Gumm - Fluor
36. Crystal Gumm on behalf of Tyler Gumm - Fluor
37. Crystal Gumm on behalf of Arianna Jack - Fluor
38. Crystal Gumm on behalf of Jayden Jack - Fluor
39. Crystal Gumm on behalf of Kayla Jack - Fluor
40. Santana Harrison - Fluor
41. Joseph Jack Jr. - Fluor
42. Jacqueline Jack - Fluor
43. Jaqueline B. Jack - Fluor
44. Raymond Jack - Fluor
45. Shirley Jackson - Fluor
46. Sharika January on behalf of Joseph January - Fluor
47. Sharika January on behalf of Maryana January - Fluor
48. Sharika January - Fluor
49. Courtney Jenkins - Flour
50. Jowana Jones - Fluor
51. Jowana Jones on behalf of D'Amaria Mason - Fluor
52. Jowana Jones on behalf of D'Laysia Mason - Fluor
53. Shalonda Jones - Fluor
54. Melissa Joubert - Fluor
55. Charmone Lambert -Flour
56. Charmone Lambert on behalf of D'Andre Lambert - Flour
57. Charmone Lambert on behalf of Devonte Lambert - Flour
58. Charmone Lambert on behalf of Mairon Lambert - Flour
59. Charmone Lambert on behalf of Timothy Lambert - Flour
60. Darrion Lambert - Flour
61. Lyela Lambert on behalf of Kaevin Lambert - Flour
62. Lyela Lambert on on behalf of Keuin Lambert - Flour
63. Lyela Lamberton on behalf of Leonard Lambert - Flour
64. Lyela Lambert - Flour
65. George LeCompt - Fluor
66. Mauro Lopez - Agbayani
67. Frederick Mathews Jr. - Flour

68. Courtney Miller on behalf of Courien Miller - Fluor
69. Courtney Miller - Fluor
70. Courtney Miller on behalf of Laila Young - Fluor
71. Courtney Milleron behalf of Nyla Young - Fluor
72. Yonica Peterson on behalf of Brielle Angelety - Fluor
73. Yonica Peterson on behalf of Yasmin Angelety - Fluor
74. Yonica Peterson - Fluor
75. William Pierce Sr on behalf of Damien Pierce - Fluor
76. William Pierce Sr. - Fluor
77. William Pierce Sr. on behalf of William Pierce Jr. - Fluor
78. Bryan Richard - Flour
79. Bobby Richey Jr. - Fluor
80. Gloria Richey - Fluor
81. Dale Rogers - Fluor
82. Samantha Rosette-Budwine on behalf of Marcus Celestine Jr. - Flour
83. Samantha Rosette-Budwine on behalf of Phillip Landry - Flour
84. Samantha Rosette-Budwine on behalf of Khrisanthia Rosette - Flour
85. Samantha Rosette-Budwine on behalf of Sam Rosette - Flour
86. Samantha Rosette-Budwine on behalf of Samantha Rosette - Flour
87. Samantha Rosette-Budwine Samantha Rosette-Budwine – Flour
88. Samantha Rosette-Budwine Samantha Rosette-Budwine - Flour
89. Mitchell Sapp - Fluor
90. Junior Schlesinger III - Fluor
91. Ebony Skinner - Fluor
92. Ebony Skinner on behalf of Jaziah Skinner - Fluor
93. Delmaleisa Smith on behalf of John Smith - Fluor
94. Veronica Smith on behalf of John Smith - Fluor
95. Veronica Smith - Fluor
96. Raymond Stewart - Fluor
97. Yvonne Taylor on behalf of J'Vonnata Taylor - Fluor
98. Yvonne Taylor on behalf of La'Myia Milton - Fluor
99. Yvonne Taylor on behalf of Na Tavia Taylor - Fluor
100. Yvonne Taylor - Fluor
101. Sabrina Thibodeaux on behalf of Abreana Melsanson - Fluor
102. Sabrina Thibodeaux on behalf of Mark Thibodeaux - Fluor
103. Sabrina Thibodeaux on behalf of Ahmad Armstead - Fluor
104. Sabrina Thibodeaux on behalf of Royce Thibodeaux - Fluor
105. Sabrina Thibodeaux - Fluor
106. Cyrilla Thomas – Flour
107. Gabrielle Thomas on behalf of Asialay Thomas - Fluor
108. Gabrielle Thomas - Fluor
109. Jacqueline Vickers - Fluor
110. Jacqueline Vickers on behalf of Kiara Vickers - Fluor
111. Megan Vickers on behalf of Rhianna Taylor - Fluor
112. Megan Vickers - Fluor
113. Riland Vickers - Fluor

114. Shatara Vital on behalf of Kelis Davis - Flour
115. Shatara Vital on on behalf of Keele Vital - Flour
116. Shatara Vital on on behalf of Keyshawn Vital – Flour
117. Shatara Vital - Flour
118. Danachole Williams on behalf of Dalin Dupre - Fluor
119. Danachole Williams on behalf of Daron Dupre - Fluor
120. Danachole Williams on behalf of Davien Moore – Fluor
121. Danachole Williams - Fluor

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax.: (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.: (504) 581-7070
Fax.: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830