U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 2 1 2010

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                  *    MDL NO. 1873
      FORMALDEHYDE PRODUCTS        *
      LIABILITY LITIGATION         *    SECTION "N" (5)
                                   *
                                   *    JUDGE ENGELHARDT
                                   *    MAGISTRATE CHASEZ
                                   *
THIS DOCUMENT IS RELATED TO          *
                                   *
C.A. No. 09-8362; *Enjoli Cuevas, et al*  *
*vs. Cavalier Home Builders, LLC, et al*  *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

     In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit

A to their Amended Complaint to match the following Plaintiffs to the following

Contractor/Installer Defendants:

1. Enjoli Cuevas - Fluor
2. Susan Adams - Fluor
3. Joyce Aguillard - Fluor
4. Joyce Aguillard on behalf of Antoinette Taylor - Fluor
5. Cedric Allen Sr. - Fluor
6. Jesse Ambrose - Fluor
7. Irene Bellard - Fluor
8. Albert Bernard - Fluor
9. James Brooks - Fluor
10. Naomi Brooks - Fluor
11. Ricky Brown Jr. - Fluor
12. Aviance Brown - Fluor
13. Aviance Brown on behalf of Jermaine Brown - Fluor
14. Cherine Brown on behalf of Todd Young - Fluor
15. Desiree Brown - Fluor
16. Geneva Brown - Fluor
17. Julia Brown - Fluor
18. Scherita Brown - Fluor

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

19. Lisa Campbell on behalf of Tameren Campbell - Fluor
20. William Cannon - Fluor
21. Shawn Colson on behalf of Amy Colson - Flour
22. Shawn Colson on behalf of Kaitelyn Colson - Flour
23. Shawn Colson - Flour
24. Kenneth Cooper Jr. - Fluor
25. Carmella Crosby - Fluor
26. Belinda Davis - Fluor
27. Shedrick Davis - Fluor
28. Joseph Ferdinand - Fluor
29. Brandi Fobbs - Fluor
30. Brandi Fobbs on behalf of Merage Fobbs - Fluor
31. Maggie Franklin - Fluor
32. Helen Galentino - Fluor
33. Deborah Gaudin - Fluor
34. Taunja Gene - Fluor
35. Alvin Graber - Fluor
36. Leroy Gray - Fluor
37. Idell Greenberry as Representative of the Estate of Michael Greenberry - Fluor
38. Barbara Hamilton - Fluor
39. Angela Harbison - Fluor
40. Zena Hardy - Fluor
41. Preston Hawkins - Fluor
42. Alvin Hayes Jr. - Fluor
43. Annie Hodge - Fluor
44. Carmen Holmes - Fluor
45. Corey Holmes - Fluor
46. Cynthia Jackson - Fluor
47. Cynthia Jackson on behalf of Pierre Poledore - Fluor
48. James Jackson - Fluor
49. Tiffany Jackson on behalf of Keithron Green Jr. - Shaw
50. Tiffany Jackson - Shaw
51. Tiffany Jackson on behalf of Ty'asia Jackson - Shaw
52. Debora Jeanmarie - Fluor
53. Cynthia Jefferson - Fluor
54. Charlie Johnson - Fluor
55. Mea Johnson on behalf of Darryl Johnson - Fluor
56. Mea Johnson on behalf of Louis Johnson - Fluor
57. Mea Johnson - Fluor
58. Elber Jourdan - Fluor

59. Holly Kennedy on behalf of Adrian Besser - Fluor
60. Holly Kennedy on behalf of Justin Overmeyer - Fluor
61. Doretha Kitchens - Fluor
62. Sylvia Knight - Fluor
63. Christopher Labert - Fluor
64. Amelia Lavergne - Fluor
65. Charlie Lee Jr on behalf of Kendrell Holmes - Fluor
66. Charlie Lee Jr on behalf of Korey Lee - Fluor
67. Charlie Lee Jr. - Fluor
68. Charlie Lee Jr on behalf of Charlie Payne - Fluor
69. Charlie Lee Jr on behalf of Erica Payne - Fluor
70. Derrick Lewis Sr. - Fluor
71. Donald Lewis - Fluor
72. Kim Lewis on behalf of Carl Lewis - Fluor
73. Kim Lewis - Fluor
74. Kim Lewis on behalf of La'Ronyea Lewis - Fluor
75. Kim Lewis on behalf of Michael Lewis - Fluor
76. Kim Lewis on behalf of Mikishawa Lewis - Fluor
77. Darlann Lindolph - Fluor
78. Darlann Lindolph on behalf of Reylnn Lindolph - Fluor
79. Darlann Lindolph on behalf of Michael Lindolph II - Fluor
80. Darlann Lindolph on behalf of Rachel Londolph - Fluor
81. Antonio Lyons - Fluor
82. Sonia Maas as Representative of the Estate of Henry Maas - Fluor
83. Johnnie Mack Jr. - Fluor
84. Shirley Martin - Fluor
85. Jimmie McGee - Fluor
86. Jan Menville - Fluor
87. Joshua Miller - Fluor
88. Natasha Minor - Fluor
89. Causey Mitchell on behalf of Causey Mitchell - Fluor
90. Charles Montgomery - Fluor
91. Schernia Morrison on behalf of Jeremiah Solomon - Fluor
92. Schernia Morrison on behalf of Jamiren Morrison - Fluor
93. Schernia Morrison - Fluor
94. Schernia Morrison on behalf of Shermese Morrison - Fluor
95. Kenya Noel - Fluor
96. Kenya Noel on behalf of Alexis Varnado - Fluor
97. Howard Oliver - Fluor
98. Shirley Olivier - Flour

99. Saxon Powe - Fluor
100. Shiyla Pradia - Fluor
101. Partrick Rankin - Fluor
102. Daniel Reyes - Fluor
103. Wilford Roberts Jr. - Fluor
104. Kenneth Robinson - Fluor
105. Shakeitra Ruiz on behalf of Ka'Mize Ruiz - Fluor
106. Shakeitra Ruiz - Fluor
107. Darrell Ryans Jr. - Fluor
108. Kathleen Schackai - Fluor
109. Kathleen Schackai on behalf of Rachel Schackai-Ward - Fluor
110. Shikira Shavers - Fluor
111. Sherlethia Smith - Fluor
112. Sherlethia Smith on behalf of Ronald Smith Jr. - Fluor
113. Stanley Smith - Fluor
114. Thames Solomon - Fluor
115. Latasha Spencer on behalf of Jada Spencer - Fluor
116. Latasha Spencer on behalf of Jamar Spencer - Fluor
117. Latasha Spencer on behalf of Joshua Spencer - Fluor
118. Latasha Spencer - Fluor
119. Elois Stemley - Fluor
120. Claudia Sumlin - Fluor
121. Ema Tezeno - Fluor
122. Chariee Thomas-Gillin on behalf of Dijon Campbell - Fluor
123. James Thompson III - Fluor
124. Claudine Townsend - Fluor
125. Sean Trosclair - Fluor
126. Deann Turk on behalf of Marion Turk - Fluor
127. Deann Turk - Fluor
128. Deann Turk on behalf of Elijah Turk - Fluor
129. Deann Turk on behalf of Joshua Turk - Fluor
130. Sherri Turner - Fluor
131. Staci Turner on behalf of John Turner - Fluor
132. Winnifred Villery - Fluor
133. Oliver Watts - Fluor
134. Tracey Weary on behalf of Markita Weary - Fluor
135. Tracey Weary on behalf of Shamienka Weary - Fluor
136. Tracey Weary - Fluor
137. Calvin Webb - Fluor
138. Connie Weeden - Fluor

139. Sheilda Weston on behalf of Melasia McCarver - Fluor
140. Rockell West - Fluor
141. Rockell West on behalf of Demi Youngblood - Fluor
142. Rockell West on behalf of Diamond Youngblood - Fluor
143. Tyrone Williams Jr. - Fluor
144. Carlette Williams - Fluor
145. Carlette Williams on behalf of Howard Williams - Fluor
146. David Williams on behalf of Adrian Smith - Fluor
147. David Williams - Fluor
148. Derek Williams - Fluor
149. Gustavuve Williams - Fluor
150. Isaac Williams - Fluor
151. Albert Bernard - Fluor
152. Karen Williams - Fluor
153. Latoya Williams - Fluor
154. Nicole Williams - Fluor
155. Mary Willis - Fluor
156. Leon Wilson - Fluor
157. Leslie Woodcox - Fluor
158. Geraldine Woodridge - Fluor
159. Shelita Woods on behalf of Jarie Woods - Fluor
160. Shelita Woods on behalf of Rashad Woods - Fluor
161. Shelita Woods - Fluor

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**

Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery.  All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

_/s/ John Munoz_____
JOHN MUNOZ, #9830