

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             *   MDL NO. 1873
FORMALDEHYDE PRODUCTS           *
LIABILITY LITIGATION            *   SECTION "N" (5)
                                *
                                *   JUDGE ENGELHARDT
                                *   MAGISTRATE CHASEZ
                                *
THIS DOCUMENT IS RELATED TO     *
                                *
C.A. No. 09-8371; *Wanda Randle-Henry, et al* *
vs. *Horton Homes, Inc., et al* *

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Wanda Randle-Henry - Fluor
2. Ronald Alfred Jr. on behalf of Jeremiah Alfred - Fluor
3. Ronald Alfred Jr. - Fluor
4. Courtney Alfred - Fluor
5. Courtney Alfred on behalf of Eumaika Alfred - Fluor
6. Courtney Alfred on behalf of Christopher Thomas - Fluor
7. Frank Alfred - Fluor
8. Gloria Alfred - Fluor
9. John A. Benoit Sr. - Fluor
10. John Benoit Jr. - Fluor
11. Pamela Benoit on behalf of Christopher Benoit - Fluor
12. Pamela Benoit - Fluor
13. Elia Blocker on behalf of Cameron Blocker - Fluor
14. Elia Blocker - Fluor
15. Elia Blocker on behalf of Donte Greene - Fluor
16. Elia Blocker on behalf of Savannah Greene - Fluor
17. Mary Stahan on behalf of Aaron Gentry - Fluor
18. Mary Stahan on behalf of Adyiah Gentry - Fluor
19. Mary Stahan on behalf of Collin Gentry - Fluor
20. Caroline Strahan on behalf of Aaliyah Strahan - Fluor
21. Caroline Strahan - Fluor

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

22. Lisa Strahan on behalf of Malik Strahan - Fluor
23. Lisa Strahan on behalf of Marquis Strahan - Fluor
24. Lisa Strahan – Fluor
25. Maria Strahan - Fluor
26. Mary Strahan - Fluor
27. Betty Thomas - Fluor
28. John Youngblood - Fluor
29. Mary Youngblood on behalf of Matthew Pacheco - Fluor
30. Mary Youngblood on behalf of Nathaniel Pacheco - Fluor
31. Mary Youngblood on behalf of Christopher Youngblood - Fluor
32. Mary Youngblood - Fluor

Respectfully submitted,

### THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

---

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
### THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830