UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8372; *Cornell Darby, et al vs. Keystone RV Company, et al* | |

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Cornell Darby - Fluor
2. Shelton Alexander - Fluor
3. Daniell Babineaux - Fluor
4. Daniell Babineaux on behalf of Alyxzandria Sarver - Fluor
5. Daniell Babineaux on behalf of Qamrhan Sarver - Fluor
6. Eric Ballard Sr. - Shaw
7. Tammy Bellard on behalf of Courtney Bellard - Fluor
8. Tammy Bellard - Fluor
9. Dimitrisus Bethley - Shaw
10. Janero Bridges - Shaw
11. Janyoko Bridges - Shaw
12. Joyce Brown - Shaw
13. Latoya Brown - Shaw
14. Ira Celestine - Fluor
15. Ira Celestine on behalf of Amar Evans - Fluor
16. Ira Celestine on behalf of Lamar Evans - Fluor
17. Ira Celestine on behalf of Adam Foreman - Fluor
18. Cynthia Clayborne -- CH2MHILL
19. Cynthia Clayborne on behalf of Brent Riggins - Shaw
20. Elizabeth Collins - Shaw
21. Tammy Craig - Shaw
22. Izella Crayton on behalf of Donald Crayton - Shaw
23. Izella Crayton on behalf of Dontrice Crayton - Shaw

24. Izella Crayton - Shaw
25. Nakyra Crump on behalf of Kayla Crump - Shaw
26. Nakyra Crump - Shaw
27. Garren Dalton - Shaw
28. Tahnee Darby on behalf of Jamila Darby - Fluor
29. Tahnee Darby on behalf of Kahya Darby - Fluor
30. Tahnee Darby - Fluor
31. Dwayne Davenport - Shaw
32. Eliska Davis - Shaw
33. Eliska Davis on behalf of Trashawn McGee - Shaw
34. Eliska Davis on behalf of Tre'man McGee - Shaw
35. Larry Dixon - Shaw
36. Ollie Dixon - Shaw
37. Gail Duncan - Shaw
38. Richard Gabriel - Shaw
39. Keonda Garrison - Shaw
40. Keonda Garrison on behalf of Nadjah Garrison - Shaw
41. Aliska Gaudin - Fluor
42. Dalton Gaudin - Fluor
43. Edith Gaudin - Fluor
44. Dwan Green - Fluor
45. Raquel Green - Fluor
46. Joseph Griffin - Shaw
47. Brittany Guidry - Fluor
48. Terrance Handy - Fluor
49. Terrance Handy on behalf of Johnathan Bickham - Fluor
50. Terrance Handy on behalf of Keyon Bickham - Fluor
51. Frank Harden - Fluor
52. Henry Harrison - Shaw
53. Larry Harrison - Shaw
54. Brushawn Hartford - Shaw
55. Ervin Hartford - Shaw
56. Gloria Hartford - Shaw
57. Lorraine Hartford - Shaw
58. Karen Hayes as representative of the estate of Samuel Hayes Jr. - Shaw
59. Karen Hayes - Shaw
60. Tiqua Hayes on behalf of D'Isha Hayes - Shaw
61. TiQua Hayes - Shaw
62. Tiqua Hayes on behalf of MeGan Price - Shaw
63. Tiqua Hayes on behalf of Monte Price Jr. - Shaw
64. Clarence Hebert Jr. - Shaw
65. Jerron Henry - Shaw
66. Charley Jackson - Shaw
67. Jerry Jackson on behalf of Yurgeodsur Belcher - Fluor
68. Jerry Jackson - Fluor
69. Laura Jackson - Shaw
70. Victoria Jackson on behalf of Laterrian Jackson - Shaw
71. Victoria Jackson - Shaw
72. Bobby James - Shaw
73. Darrell James - Shaw
74. Janice Johnson on behalf of Janeeka Ingram - Shaw

75. Janice Johnson - Shaw
76. Janice Johnson on behalf of Jantrell Johnson - Shaw
77. Joshua Johnson - Fluor
78. Rontrell Johnson - Shaw
79. Mary Jones on behalf of Chermaine Jones - Fluor
80. Mary Jones - Fluor
81. Mary J Jones - Fluor
82. Mary Jones on behalf of Paul Williams - Fluor
83. Mary Jones on behalf of Paul Williams Jr. - Fluor
84. Thomas Jones - Shaw
85. Thomas Jones - Shaw
86. Thomas Jones on behalf of Thomas Jones Jr. - Shaw
87. Erica Jordan - Shaw
88. Erionne Jordan - Shaw
89. Thaddeus Joseph - Fluor
90. Denisha Kelly - Shaw
91. Denisha Kelly on behalf of Tra'evion Kelly - Shaw
92. Denisha Kelly on behalf of Tra'maine Kelly - Shaw
93. Denisha Kelly on behalf of Jermaine Washington Jr. - Shaw
94. Carrie LeBeau - Shaw
95. Patrick Ledet – CH2MHILL
96. Lee Lemons Jr. - Fluor
97. James Levy - Shaw
98. Inez Lewis on behalf of Arthur Lewis - Shaw
99. Inez Lewis - Shaw
100. Inez Lewis on behalf of SomeDemetrail White - Shaw
101. Seymour Love - Shaw
102. James Lowery - Shaw
103. Victoria Lucien - Shaw
104. Wendell Matthews - Shaw
105. Dedriett McGee – CH2MHILL
106. Charlette McGee – CH2MHILL
107. Tiffany McGee - Shaw
108. Gregory McKinney - Shaw
109. Gregory McMorris – CH2MHILL
110. Jonas Moore - Shaw
111. Rose Moore - Shaw
112. Antoinette Morton - Shaw
113. Antoinette Morton on behalf of Briane Morton - Shaw
114. Antoinette Morton on behalf of Samuel Morton - Shaw
115. Antoinette Morton on behalf of Tatyana Morton - Shaw
116. Antoinette Morton on behalf of Terriane Morton - Shaw
117. Gaynell Mosby on behalf of Jaelyn Doyle - Shaw
118. Gaynell Mosby on behalf of Darren Gray - Shaw
119. Gaynell Mosby on behalf of Darryl Gray - Shaw
120. Gaynell Mosby - Shaw
121. Donald Myers - Shaw
122. Ian Norton - Fluor
123. Lillian Norton - Fluor
124. Paul Norton - Fluor
125. Tonja Oliver on behalf of Bianca Oliver - Shaw

126. Darlene Parker - Shaw
127. Roosevelt Patterson - Shaw
128. Wanda Patterson - Shaw
129. Robert Randall - Shaw
130. Rosalind Randall - Shaw
131. Terecita Randall on behalf of Richard Randall - Shaw
132. Terecita Randall - Shaw
133. Richard Register - Shaw
134. George Richardson Jr. - Shaw
135. George Richardson Jr on behalf of George Williams - Shaw
136. Cedra Robinson - Shaw
137. Ernestine Saul - Fluor
138. Ernestine Saul on behalf of Joseph Saul III - Fluor
139. Dennis Scott Sr. as representative of the Estate of Dell Scott - Shaw
140. Dennis Scott Sr. - Shaw
141. Ronnell Scott - Fluor
142. Therese Scott - Shaw
143. Renee Sims on behalf of Janae Fields - Shaw
144. Renee Sims on behalf of Johnika Fields - Shaw
145. Renee Sims - Shaw
146. Harold Skipper - Fluor
147. Lecia Smith - Fluor
148. Robert Smith - Shaw
149. Willie Smith - CH2MHILL
150. Bragemon Smothers - Shaw
151. Charles Smothers - Shaw
152. Samuel Smothers - Shaw
153. Cleveland Stampley - Fluor
154. Jervis Thomas - Shaw
155. Stacy Thomas on behalf of Alvin Thomas - Shaw
156. Stacy Thomas - Shaw
157. Alex Thompson Jr. - Shaw
158. Tina Thompson on behalf of Allan Thompson - Shaw
159. Tina Thompson - Shaw
160. Medardo Velasquez - Shaw
161. Jennifer Ware-Cuevas - Shaw
162. Yanna Wells on behalf of Janiya Wells - Shaw
163. Yanna Wells on behalf of Lashawn Wells - Shaw
164. Yanna Wells on behalf of Markiya Wells - Shaw
165. Yanna Wells on behalf of Rogdrick Wells - Shaw
166. Yanna Wells on behalf of Trellis Wells - Shaw
167. Yanna Wells - Shaw
168. Deon Westbrooks - Shaw
169. Paulette Westbrook - Fluor
170. Steven Westbrooks - Fluor
171. James White - Fluor
172. Theresa White-Scott on behalf of Casey Scott - Fluor
173. Theresa White-Scott - Fluor
174. Barbara Williams on behalf of Terry Ricks - Fluor
175. Barbara Williams - Fluor
176. Joanette Williams - Shaw

177. Keith Williams - Shaw
178. Darryl Wilson - Shaw
179. Edgar Woodridge - Fluor
180. Brenda Wright - Shaw
181. David Wright - Shaw
182. Zounda Lee - Shaw
183. Tonja Oliver on behalf of Kelvin Oliver - Shaw
184. Tonja Oliver - Shaw
185. Tonja Oliver as representative of the estate of Lillie Oliver - Shaw
186. Barbara Williams, originated in 2:09-cv-05350 - Shaw
187. Barbara Williams on behalf of Keturah Williams, - Shaw
188. Barbara Williams on behalf of Sahaheen Williams - Shaw
189. Tiffany McGee - Shaw
190. Tiffany McGee on behalf of Trashaun McGee - Shaw
191. Tiffany McGee on behalf of Tremall McGee - Shaw
192. Tiffany McGee on behalf of Trifonda McGee - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830