UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8373; *Jerica Clark, et al<br>vs. TL Industries, Inc., et al* | |

**FILED APR 21 2010**
LORETTA G. WHYTE
CLERK

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1) Jerica Clark - Fluor
2) Connie Holmes - Fluor
3) Gerard Keeler - Shaw
4) Doris Palmer - Shaw
5) Doris Palmer as Representative of the Estate of Carrie Palmer - Shaw
6) Jessie Harris - Fluor
7) Amanda Roy – CH2MHILL
8) Gail Steib - Shaw
9) Vernon Patrick, Sr. - Fluor
10) Vernon Patrick, Sr. on behalf of Shalon Patrick - Fluor
11) Vernon Patrick, Sr. on behalf of Vernon Patrick, Jr. - Fluor
12) Yuvanca Grant - Fluor
13) Brian Keith Darby, Sr. - Fluor
14) Brian Keith Darby, Sr. on behalf of Briana Darby - Fluor
15) Brian Keith Darby, Sr. on behalf of Brishon Darby - Fluor
16) Brian Keith Darby, Sr. on behalf of Brian Keith Darby, Jr. - Fluor
17) Leishon Darby - Fluor

Respectfully submitted,

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**THE BUZBEE LAW FIRM**

/s/ Anthony G. Buzbee
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
_____
JOHN MUNOZ, #9830