UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          *   MDL NO. 1873
      FORMALDEHYDE PRODUCTS   *
      LIABILITY LITIGATION    *   SECTION "N" (5)
                               *
                               *   JUDGE ENGELHARDT
                               *   MAGISTRATE CHASEZ
                             *
THIS DOCUMENT IS RELATED TO  *
                             *
C.A. No. 09-8374; *Brenda Albert, et al* *
*Forest River, Inc., et al*   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Brenda Albert - Fluor
2. Lynette Alexcee – Fluor
3. Lynette Alexcee on behalf of Errol Alexander – Fluor
4. Lynette Alexcee on behalf of Horace Alexander – Fluor
5. Lynette Alexcee on behalf of Christopher Alexcee – Fluor
6. Kirby Alfred Jr. - Shaw
7. Wanda Ally - Shaw
8. Shan Arkle - Fluor
9. Lorraine Autman - Fluor
10. Sean Autman - Fluor
11. Eric Ballard Sr. - Fluor
12. Tina Banks - Fluor
13. Tina Banks on behalf of Kerriell Banks - Fluor
14. Tina Banks on behalf of Kerrione Banks - Fluor
15. Tina Banks on behalf of Shamani Banks - Fluor
16. Tina Banks on behalf of Travis Banks - Fluor
17. Corey Barbarin - Shaw
18. Corey Barbarin on behalf of Brittney Barbarin - Shaw
19. Valerie Barnes - Fluor

20. Valarie Barnes on behalf of Travis Stuart - Fluor
21. Ruth Bartie - Fluor
22. Helen Battie - Shaw
23. Helen Battie on behalf of Miracle Stepter - Shaw
24. Shannon Bell Sr. -Fluor
25. Amber Bentel - Shaw
26. Henry Bentel IV - Shaw
27. Marcie Beverly - Fluor
28. Eugene Bibbins - Shaw
29. Eugene Bibbins on behalf of David Calloway - Shaw
30. Selina Blanchard - Fluor
31. Selina Blanchard on behalf of Britlyn Hargrave - Fluor
32. Osmond Bolden - Shaw
33. Gregory Bradley - Shaw
34. Bradford Brooks - Fluor
35. Georgia Brooks - Fluor
36. Sheila Broussard - Fluor
37. Sheila Broussard on behalf of Elton Moore Jr. - Fluor
38. Latoya Brown - Fluor
39. Bobby Burch - Shaw
40. Shalonda Captain - Fluor
41. Shalonda Captain on behalf of Brittany Captain - Fluor
42. Shalonda Captain on behalf of Jaylin Captain - Fluor
43. Shalonda Captain on behalf of Kithen Captain - Fluor
44. Shalonda Captain on behalf of Shaundrica Captain - Fluor
45. Shelia Captain - Fluor
46. Kathleen Carbo - Fluor
47. Barry Carter - Fluor
48. Bobbie Carter - Shaw
49. Carey Carter - Fluor
50. Carolyn Carter - Shaw
51. Irma Casnaw - Fluor
52. Geraldine Chattman - Shaw
53. Pierre Clark - Fluor
54. Shonda Clark - Fluor
55. Brian Clayton - Fluor
56. Melwyn Clayton on behalf of Donte Clayton - Shaw
57. Leroy Clofer - Shaw
58. Andre Coleman - Fluor
59. Andre Coleman on behalf of Andre Coleman - Fluor

60. Daniel Coleman - Fluor
61. Shannon Copeland - Fluor
62. Ernest Coston - Shaw
63. Rose D'Aunoy - Fluor
64. Rose D'Aunoy on behalf of Aaliyah Richardson - Fluor
65. Louis Davenport IV - Shaw
66. Louis Davenport - Shaw
67. Mercedes Davenport - Shaw
68. Sandra Davenport - Fluor
69. Shannon Davenport - Fluor
70. Clarence Davis III - Fluor
71. Angela Davis - Fluor
72. Angela Davis on behalf of Clarence Scott - Fluor
73. Anthony Davis - Shaw
74. Julien Dennis – CH2MHILl
75. Kenneth Dimery - Fluor
76. Sylvia Dimery - Fluor
77. Paul Driebe - Fluor
78. Trinice Dyer - Fluor
79. Trinice Dyer on behalf of Adam Landry Jr. - Fluor
80. Lair Elliott - Shaw
81. Lair Elliott on behalf of Karim Elliott - Shaw
82. Lair Elliott on behalf of Kobe Elliott - Shaw
83. Lair Elliott on behalf of Kyren Elliott - Shaw
84. Lair Elliott on behalf of Kayla Herbert - Shaw
85. William Enines Jr. - Fluor
86. Stephanie Enines - Fluor
87. Charles Finch - Fluor
88. Johnathan Fontenot Sr. - Fluor
89. David Fontenot - Fluor
90. Shontay Fontenot - Fluor
91. Shontay Fontenot on behalf of Hailey Fontenot - Fluor
92. Shontay Fontenot on behalf of Justin Fontenot - Fluor
93. Shontay Fontenot on behalf of Johnathan Fontenot Jr. - Fluor
94. Napolean Foster on behalf of Nyriel Davis - Shaw
95. Deborah Fox - Shaw
96. Sandra Fulk - Fluor
97. Glenda Fulton – CH2MHILL
98. Charmaine Gaines - Shaw
99. Charmaine Gaines on behalf of Arthurnisha Gaines - Shaw

100. Charmaine Gaines on behalf of Eroger Gaines - Shaw
101. Charmaine Gaines on behalf of My'cal Gaines - Shaw
102. Derrick Gaines - Shaw
103. Javion Garrett - Fluor
104. Stephanie Gobert - Fluor
105. Stephanie Gobert on behalf of Shannon D'Bell Jr. - Fluor
106. Stephanie Gobert on behalf of Seleste GoBert - Fluor
107. Neff Gomez - Fluor
108. James Goodwin Jr. - Fluor
109. James Goodwin Jr. on behalf of James Goodwin III - Fluor
110. Meagan Goodwin - Fluor
111. Meagan Goodwin on behalf of Moriah Goodwin - Fluor
112. Angiela Green - Shaw
113. Latasha Green - Fluor
114. Latasha Green on behalf of Diane Green - Fluor
115. Perry Green – CH2MHILL
116. Eartha Harris - Shaw
117. Fred Harris - Fluor
118. LeRoy Harris - Shaw
119. Keith Heechung Jr. - Fluor
120. Hazel Heechung on behalf of Gregory McCrary - Fluor
121. Deborah Holmes - Fluor
122. Dania Horton - Fluor
123. Terry Hurst - Fluor
124. Thomas Irza - Fluor
125. Kaswana Isaac - Fluor
126. Charley Jackson - Shaw
127. Victoria Jackson - Shaw
128. Victoria Jackson on behalf of Laterrian Jackson - Shaw
129. Connie Jacobs as representative of the estate of Troy Jacobs - Fluor
130. Ashley Johnson - Fluor
131. Joseph Johnson - Fluor
132. Keoka Johnson - Fluor
133. Michael Johnson - Fluor
134. Michelle Johnson - Fluor
135. Beatrice Jones - Shaw
136. Gilda Jones - Fluor
137. Jamie Jones - Fluor
138. Louis Kelly - Shaw
139. Jan Kinkella - Shaw

140. Jan Kinkella on behalf of Blake Rizzuto - Shaw
141. John Kissanis - Shaw
142. Beverly Kzirian - Shaw
143. Belinda Lacey - Fluor
144. Belinda Lacey on behalf of Alia Shabazz - Fluor
145. Denise Lampkin – Fluor
146. Denise Lampkin on behalf of Gerald Lampkin - Fluor
147. Glenda Lampkin - Fluor
148. Courtney Landry - Fluor
149. D'Tizhana Landry - Fluor
150. Arthur Lawrence - Fluor
151. Leon Ledet III - Fluor
152. Dolly Leo-Carter - Fluor
153. William Lewis Jr. - Fluor
154. Adrienne Lewis - Fluor
155. Adrienne Lewis on behalf of Kainan Anderson - Fluor
156. Adrienne Lewis on behalf of Malijah Lewis - Fluor
157. Mary Lewis - Fluor
158. Quintin Luster - Fluor
159. Quintin Luster on behalf of Quintrell Luster - Fluor
160. Dedrick MaGee - Shaw
161. Shamika MaGee - Shaw
162. Shamika Magee on behalf of Jalisha Magee - Shaw
163. Shamika Magee on behalf of Jaliyah Magee - Shaw
164. Shamika Magee on behalf of Jaterion MaGee - Shaw
165. Eddie McKenzie - Fluor
166. Floyd Moon Jr. - Shaw
167. Floyd Moon Sr. - Shaw
168. Larry Moore Sr. - Shaw
169. Ranardia Newman - Fluor
170. Ranardia Newman on behalf of Xavier Shabazz - Fluor
171. Ranardia Newman on behalf of Diamond White - Fluor
172. Donna Palmer - Shaw
173. Helena Parish - Shaw
174. Arthur Parker – Smith Research
175. Ashley Peck - Fluor
176. Bennie Pendleton - Shaw
177. Bennie Pendleton on behalf of Benisha Wallace - Shaw
178. Sedonia Perry - Fluor
179. Ron Peterson - Fluor

180. Marguerite Reed - Fluor
181. Marguerite Reed on behalf of Chadneisha Reed - Fluor
182. Marguerite Reed on behalf of Cherish Reed - Fluor
183. Marguerite Reed on behalf of Chelsea Thomas - Fluor
184. Gary Richard Sr. - Fluor
185. Cheryl Richardson - Fluor
186. Tessie Richardson - Fluor
187. Tessie Richardson on behalf of Jaleel Richardson - Fluor
188. Coquise Richmond - Fluor
189. Coquise Richmond on behalf of Ja'Myreia Richmond - Fluor
190. Coquise Richmond on behalf of Ja'Quise Richmond - Fluor
191. Coquise Richmond on behalf of Ja'Tavien Richmond - Fluor
192. Coquise Richmond on behalf of Ja'Zyreia Richmond - Fluor
193. Darlene Richmond - Fluor
194. Linda Robesten - Fluor
195. Gertrude Robinson - Shaw
196. Rodney Robinson - Shaw
197. Stephen Robinson - Shaw
198. Terry Robinson - Fluor
199. Gary Rodney - Shaw
200. Gary Rodney on behalf of Raymond Hillard - Shaw
201. Gary Rodney on behalf of Jasmine Rodney - Shaw
202. Jennifer Romich - Shaw
203. Jennifer Romich on behalf of Wyatt Romich - Shaw
204. Earnest Russell - Fluor
205. Patsy Ryan - Fluor
206. Patsy Ryan on behalf of Michelle Chretien - Fluor
207. Patsy Ryan on behalf of Nichelle Chretien - Fluor
208. Patsy Ryan on behalf of Jamarus Ryan - Fluor
209. Lula Schexnayder - Fluor
210. Leslie Sims III - Shaw
211. Angela Slater - Fluor
212. Harold Slater - Fluor
213. Lorenzo Slater - Fluor
214. Willie Slater - Fluor
215. Alvin Smith - Fluor
216. Lisa Smith - Fluor
217. Paula Smith - Fluor
218. Paula Smith on behalf of Zhane Reddick - Fluor
219. Jonathan Sonnier - Fluor

220. Cleveland Stampley - Fluor
221. Carey Stepter - Shaw
222. Alberta Thomas - Fluor
223. Deborah Thomas - Shaw
224. Deborah Thomas on behalf of Brittany Snow - Shaw
225. Jervis Thomas - Fluor
226. Paul Thomas - Shaw
227. Paul Thomas on behalf of Bill Papalin - Shaw
228. Paul Thomas on behalf of Paul Thomas - Shaw
229. Stacy Thomas - Fluor
230. Stacy Thomas on behalf of Alvin Thomas - Fluor
231. Sabrina Thompson - Shaw
232. Delisa Thornton -Fluor
233. Dianne Thornton - Shaw
234. Jamarius Valentine - Fluor
235. Pamelia Villa - Fluor
236. Spencer Vitto Sr. - Fluor
237. Spencer Vitto Sr on behalf of Joshua Vitto - Fluor
238. Spencer Vitto Sr on behalf of Spencer Vitto Jr. - Fluor
239. Larry Walker - Fluor
240. Jamar Washington - Fluor
241. James Washington - Fluor
242. Jamie Washington - Fluor
243. Linda Washington - Fluor
244. Marion Weber - Shaw
245. Jennifer White - Fluor
246. John White - Fluor
247. Laura White - Fluor
248. Shawna White - Fluor
249. Arthur Whitfield - Fluor
250. Bettie Whitfield - Shaw
251. Emmett Whitfield - Shaw
252. Jean Whitfield - Fluor
253. Jean Whitfield on behalf of Brittany Whitfield - Fluor
254. Derrick Williams - Shaw
255. Gloria Williams - Shaw
256. Gloria S. Williams - Shaw
257. Johnnie Williams - Shaw
258. April Wilson - Shaw
259. April Wilson on behalf of Jaden Wilson - Shaw

260. Patricia Womack - Fluor
261. Regina Woodridge - Fluor
262. Cantrell Woods - Fluor
263. Chiquita Woods - Fluor
264. LaToya Dennis - Fluor
265. LaToya Dennis on behalf of Sanai Deniss - Fluor
266. LaToya Dennis on behalf of Calvin Jacob - Fluor
267. Beverly LeDay - Fluor
268. Michael Netto - Fluor
269. Kanisha Pitts - Fluor
270. Monette Romich - Shaw
271. Ashia Green on behalf of Ashia Green - Fluor
272. Keith Heechung, Jr. on behalf of Eisabella Heechung - Fluor
273. Danielle Hurst - Fluor
274. Terry Hurst on behalf of Corey Hurst - Fluor
275. Ashley Johnson on behalf of Vernon Gerdes, Jr. - Fluor
276. Joseph Johnson on behalf of Sean Johnson - Fluor
277. Sedonia Perry on behalf of Jasmine Perry - Fluor
278. Terry Robinson on behalf of Jada Robinson - Fluor
279. Lisa Smith on behalf of Kelsey Smith - Fluor
280. Sabrina Thompson on behalf of Jasmine Thompson - Shaw
281. Sabrina Thompson on behalf of Quintrice Thompson - Shaw
282. Sabrina Thompson on behalf of Tia Thompson - Shaw
283. Delisa Thornton on behalf of Mariah Harris - Fluor
284. Michelle Johnson on behalf of O'Neisha Johnson - Fluor
285. Michelle Johnson on behalf of Jada Robinson - Fluor

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.: (504) 581-7070
Fax.: (504) 581-7083

### ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830