U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 21 2010
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                 *   MDL NO. 1873
    FORMALDEHYDE PRODUCTS           *
    LIABILITY LITIGATION            *   SECTION "N" (5)
                                    *
                                    *   JUDGE ENGELHARDT
                                    *   MAGISTRATE CHASEZ
                                    *
THIS DOCUMENT IS RELATED TO         *
                                    *
C.A. No. 09-8375; *Yvonne A. Lazard, et al*   *
vs. *Vanguard Industries of Michigan, Inc. a/k/a*   *
*Palomino RV, et al*                *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Yvonne A. Lazard - Shaw
2. John Herbert Aguillard Jr. - Shaw
3. Sarah Baham - Shaw
4. Arnold Basquine on behalf of Arneshia Basquine - Shaw
5. Arnold Ray Basquine - Shaw
6. Arnold Basquine on behalf of Arnold Greene - Shaw
7. Arnold Basquine on behalf of Roy Lee - Shaw
8. Duran Battie Sr on behalf of Diamond Battie - Shaw
9. Duran Battie Sr as representative of the estate of Duronte Battie - Shaw
10. Duran Battie Sr on behalf of Duran Michael Battie Jr. - Shaw
11. Duran Michael Battie Sr. - Shaw
12. Jezmine M. Battie - Shaw
13. Tranace Battie on behalf of Morrow Battie - Shaw
14. Tranace Alicia Battie - Shaw
15. Lionel Blakes - Shaw
16. Bruce Daniel Brown - Shaw
17. Donna Brown on behalf of Christopher Jarvis Brown - Shaw
18. Donna Lin Brown - Shaw
19. Donna Brown on behalf of A'Donna Richardson - Shaw
20. Donna Brown on behalf of Donna Lin Richardson - Shaw

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep__
___Doc. No.__

21. Gladys Brown - Shaw
22. Betty Chester - Shaw
23. Betty Chester on behalf of Lian Chester - Shaw
24. Betty Chester on behalf of Lion Chester - Shaw
25. Jazzie Clarkston - Shaw
26. Leonard R. Craig - Shaw
27. Paulette S. Edward - Shaw
28. Shontay Laray Fontenot - Fluor
29. Karen R. Gardiner - Shaw
30. Johnny Lee George - Shaw
31. Sheryl Diane Gilbert - Shaw
32. Sandra Goodman on behalf of Chaundell Goodman - Shaw
33. Sandra Goodman on behalf of Dennis Goodman - Shaw
34. Sandra Goodman on behalf of Dennisha Goodman - Shaw
35. Sandra Marie Goodman - Shaw
36. Sandra Goodman on behalf of Joseph Williams - Shaw
37. Cynthia Marie Haynes - Shaw
38. Cynthia Haynes on behalf of LeRoy Richardson III - Shaw
39. Jerron Jozy Henry - Shaw
40. Laura Hilton on behalf of George Hilton - Shaw
41. Laura Ann Hilton - Shaw
42. Laura Hilton on behalf of Roy Hilton - Shaw
43. Dorothy Johnson - Shaw
44. William E. Johnson - Shaw
45. Levon Jones - Shaw
46. Naomi M. Jones - Shaw
47. Constance Jordan on behalf of Bruce Lee Jordan - Shaw
48. Constance Jordan on behalf of Brunica Leah Jordan - Shaw
49. Constance Jordan - Shaw
50. Consuella Jordan - Shaw
51. Bobbie Kirk - Shaw
52. Bobbie Kirk on behalf of Carrie Kirk - Shaw
53. Bobbie Kirk on behalf of Joshua Smith - Shaw
54. Timothy Ray Leonard - Fluor
55. Carrie Watson Lewis - Shaw
56. Deborah London-Thomas on behalf of Keyanna London - Shaw
57. Deborah London-Thomas on behalf of Rasheka London - Shaw
58. Deborah Christine London-Thomas - Shaw
59. Avis Payne - Shaw
60. Miranda Payne - Shaw
61. Charles J. Picot III - Shaw
62. Nicole Riley on behalf of Shikerian Demetrius Mason - Shaw
63. Nicole Riley on behalf of Nakia C.K. Picot - Shaw
64. Nicole Denise Riley - Shaw
65. Nicole Riley on behalf of Isis Simone Speights - Shaw
66. Edison Smith - Shaw

67. Milford J Smith - Fluor
68. Rickell Montrell Smith - Shaw
69. Deborah Ann Thomas - Shaw
70. Johnny Alvin Thomas - Shaw
71. LaTasha R. Travis - Shaw
72. Loretta G. Walker - Shaw
73. Christopher R. Waller - Shaw
74. James C. Waller - Shaw
75. Jeanne F. Waller - Shaw
76. Cheryl A. Washington - Shaw
77. Paulette S. West - Shaw
78. Warneshia Williams on behalf of Bryant Williams - Shaw
79. Warneshia Williams - Shaw
80. Charles Winston - Shaw
81. Regina E. Woodridge - Shaw
82. Carolyn Wright-Smith on behalf of Brionne R. Wright - Fluor
83. Carolyn A. Wright-Smith - Fluor
84. Cheryl Washington on behalf of Arthur Washington - Shaw
85. Cheryl Washington on behalf of Isaiah Washington - Shaw
86. Deborah Thomas on behalf of Brittany Snow - Shaw
87. LaTonya London - Shaw
88. LaTonya London on behalf of Edbony London - Shaw
89. LaTonya London on behalf of Mary London - Shaw
90. LaTonya London on behalf of Darrell Madison - Shaw
91. LaTonya London on behalf of Derrell Madison - Shaw
92. LaTonya London on behalf of Darren Madison - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

### ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830