

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| C.A. No. 09-8376; *Kevin Ray Achane, et al* | * | |
| vs. *American International Specialty Lines, Ins. Co. et al* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Kevin Ray Achane - Flour
2. Kevin Achane on behalf of Rayvan Achane - Flour
3. Patrick S. Patrick Adams Jr. - Flour
4. Linda S. Adams - Flour
5. Karen A. Adkins - Flour
6. Geneva Albert - Flour
7. Frances Nell Alexcee - Fluor
8. Lynette Alexcee on behalf of Errol Alexander – Fluor
9. Lynette Alexcee on behalf of Horace Alexander – Fluor
10. Lynette Alexcee on behalf of Christopher Alexcee – Fluor
11. Lynette Rochelle Alexcee – Fluor
12. Almenia Alexis - Flour
13. Jamie Rochelle Alfred - Flour
14. Jamie Alfred on behalf of Reaonna Alfred - Flour
15. Jamie Alfred on behalf of Renee Alfred - Flour
16. Jamie Alfred on behalf of Alaira Brown - Flour
17. Jamie Alfred on behalf of Ledonna Brown - Flour
18. Jamie Alfred on behalf of Skyler Brown - Flour
19. Wyiesha Alfred - Fluor
20. Glenn Michael Allen - Shaw
21. Lillie M. Arceneaux - Flour

22. Darrik Arceneaux Sr on behalf of De'Arricka S. Arceneaux - Flour
23. Darrik Arceneaux Sr on behalf of Darrick J. Arceneaux Jr. - Flour
24. Beverly Armand - Shaw
25. Dawn L. Atlow - Flour
26. Dawn Atlow on behalf of Jacaquita Davis - Flour
27. Amanda Baker - Flour
28. Amanda Baker on behalf of Ja Bokey Beverly - Flour
29. Amanda Baker on behalf of Kaled Beverly - Flour
30. Paul Barbarin - Shaw
31. Paul J. Barbarin - Shaw
32. Linda M. Barber - Fluor
33. Michael Barber - Fluor
34. Cynthia A. Bargeman - Fluor
35. Eugene Bargeman - Fluor
36. Michael Anthony Barnes - Shaw
37. Sylvester D. Barrett - Flour
38. Theresa Conway Barrett - Flour
39. Katrina Bartie on behalf of Addrella Bartie - Fluor
40. Katrina Bartie Dawterious Bartie - Fluor
41. Katrina Bartie - Fluor
42. Stephanie E. Bartie - Flour
43. Tara R. Bartie - Flour
44. Tina Bartie - Fluor
45. Arlisa Batiste - Flour
46. Sylvia Ann Bauer - Shaw
47. Mitzi Dianne Beeson - Flour
48. Eddie James Beloney - Shaw
49. Ann Bernard - Flour
50. John Joseph Bernard - Flour
51. Rosalind Beverly on behalf of Kadar Beverly - Fluor
52. Rosalind Beverly on behalf of Phebe Beverly - Fluor
53. Rosalind Beverly - Fluor
54. Norwood J. Bienaime - Flour
55. Penny Michelle Bijou - Fluor
56. Margaret W. Blake - Flour
57. Selina Blanchard - Fluor
58. Selina Blanchard on behalf of Britlyn Payge Hargrave - Fluor
59. Howard Edward Bode III - Fluor
60. Howard Edward Bode Jr. - Fluor
61. Larry Thomas Bouie - Flour
62. James Bowlin - Flour
63. Roy Dean Bowman Jr - Shaw
64. Peter Bridges Jr on behalf of LeBoe Bridges - Fluor
65. Peter Bridges Jr on behalf of Paris Bridges - Fluor
66. Peter Bridges Jr on behalf of Peter Bridges III - Fluor
67. Peter M. Bridges Jr. - Fluor

68. Joseph Donald Brion - Flour
69. Houston Broglin Jr. - Shaw
70. Bradford Carl Brooks - Fluor
71. Roosevelt Brooks - Shaw
72. Tommy L. Brooks - Shaw
73. Elenora Brown -- CH2MHILL
74. Anthony Peter Bruno Jr. - Flour
75. Jacqueline L. Bryant - Flour
76. Jacqueline Bryant on behalf of Rostina Lewis - Flour
77. Antoinette Bush as representative of the estate of Esther Bush - Fluor
78. Antoinette R Bush on behalf of Marquesha L. Bush - Fluor
79. Antoinette Rochelle Bush - Fluor
80. Latanya Faye Bushnell - Fluor
81. Latanya Bushnell on behalf of Adrianna Simmons - Fluor
82. Relester Marie Cain - Fluor
83. Gregory Campbell - Shaw
84. Lisa Campbell - Fluor
85. Lisa Campbell on behalf of Tameren Campbell - Fluor
86. Mistee Campbell on behalf of Raegan Mott - Flour
87. Eric Captain - Fluor
88. Karissa Captain on behalf of Trayvon Bailey - Fluor
89. Karissa Captain - Fluor
90. Karissa Captain on behalf of Kendrick Captain - Fluor
91. Karissa Captain on behalf of Dedrick Cunningham - Fluor
92. Richard T. Carbo Jr. -- CH2MHILL
93. Brian Lawrence Casse - Shaw
94. Rhonda Renee Castille - Fluor
95. Rhonda Castille as representative of the estate of Micheal Castille Sr. - Fluor
96. Charles Celestine - Fluor
97. Jeffery Celestine - Fluor
98. Jennifer M. Celestine - Fluor
99. Jessica M. Celestine - Fluor
100. Linda Celestine - Fluor
101. Michelle M. Celestine - Fluor
102. Ronasha D'Nae Chargois - Fluor
103. Thomas Michael Chargois - Fluor
104. Marva Charles - Flour
105. Johnnie Chatman - Shaw
106. Monroe Clark - Fluor
107. Frank Coleman Jr. - Shaw
108. Sharon Coleman - Fluor
109. Sonthia Coleman - Fluor
110. Tara Coleman - Fluor
111. Varica Coleman on behalf of J' uhary J' micah Wayne Coleman - Fluor
112. Varica M. Coleman - Fluor
113. Charles Edward Collins Jr. - Shaw

114. Latrice Collins on behalf of Destiny Casey - Fluor
115. Latrice Collins on behalf of Marion Casey - Fluor
116. Latrice Collins on behalf of Jacore Y. Collins - Fluor
117. Latrice Collins on behalf of Kayla Collins - Fluor
118. Latrice Collins on behalf of Latrice Danielle Collins- Fluor
119. Latrice Collins on behalf of Marionia Collins - Fluor
120. Latrice Collins on behalf of Lakia Offord - Fluor
121. Latrice Collins on behalf of Brad Ramon - Fluor
122. Tanisha Collins on behalf of Sani Woodfin - Fluor
123. Diane Constantine as representative of the estate of Anita Martin - Shaw
124. Norman Cook on behalf of Malik Cook - Fluor
125. Norman J. Cook - Fluor
126. Kizzy Cowart - Fluor
127. Bryon Craft - Shaw
128. Angela Denise Craig - Fluor
129. Senima Teresa Craven - Fluor
130. Peggy Nell Creel – Flour
131. Dedrick Cunningham - Fluor
132. Shalaman Curtis - Fluor
133. Leroy Dabney III - Fluor
134. Betty Daniels-Cowart on behalf of E'Niya Cowart - Flour
135. Betty Daniels-Cowart on behalf of O'Marian Cowart - Flour
136. Betty Jean Daniels-Cowart - Flour
137. Khiri Daniels - Flour
138. Tori Daniels D'Andre Shelly - Fluor
139. Pearl M.J. Darby - Fluor
140. Edward S. Deal - Shaw
141. Jamel Dear - Flour
142. Lucille Dear - Flour
143. Shirley Delancy - Fluor
144. LaToya K. Dennis - Fluor
145. Rogers J. Desormeaux - Fluor
146. Kimberly Jane Dominique - Fluor
147. Mark Wayne Doucett - Fluor
148. Mark Wayne Doucett - Fluor
149. Alicia Nicole Dover - Shaw
150. Daniel Dover - Flour
151. Michelle Dunagan on behalf of Justin Dunagan - Fluor
152. Michelle Dunagan - Fluor
153. Randy Allen Easter - CH2MHILL
154. Shauna Ellis on behalf of Landon Ellis - Fluor
155. Shauna Ellis - Fluor
156. Christopher Esteen - Flour
157. Michelene Esteen on behalf of Harrielle Esteen - Flour
158. Michelene Esteen on behalf of Harrika Esteen - Flour
159. Michelene Esteen on behalf of Harrineka Esteen - Flour

160. Michelene Esteen on behalf of Harrione Esteen - Flour
161. Michelene Ongel Esteen - Flour
162. Louis B. Evans Jr. - Flour
163. David J. Fayard III - Flour
164. Peggy L. Fayard - Flour
165. Latrice Fefie - Flour
166. Denise Flut - Fluor
167. Eugene V. Fontenot - Fluor
168. Pamela Jean Fontenot - Flour
169. Napolean Foster on behalf of Nyriel Nicole Davis - Shaw
170. Napoleon Foster - Shaw
171. Felisa Francis - Fluor
172. Ida Francis on behalf of Cherelle Hall
173. Joseph Francis on behalf of Ashleigh Francis - Fluor
174. Joseph Fredrick - Fluor
175. Ruby P. Freeman - Fluor
176. Audrey Fusiler on behalf of Journee Fusilier - Fluor
177. Audrey Fusiler on behalf of Ramaiha Gregoire - Fluor
178. Audrey Fusilier - Fluor
179. Lorraine Fusilier – CH2MHILL
180. Lorrane Fusilier on behalf of Desmond Fusilier – CH2MHILL
181. Lorrane Fusilier on behalf of Darrenronte Ross - CH2MHILL
182. Lorrane Fusilier on behalf of Brandy Terry – CH2MHILL
183. Lorrane Fusilier on behalf of Brittney Terry - CH2MHILL
184. Javion O. Garrett - Fluor
185. Joseph Garrett - Fluor
186. Tirekia S. Garrick - Flour
187. Tirekia Garrick on behalf of Jada Landor - Flour
188. Tirekia Garrick on behalf of Jamie Landor - Flour
189. Tirekia Garrick on behalf of Terica Landor - Flour
190. Mattie Gholor - Flour
191. Harold Giles III - Fluor
192. Angel Marie Green - Shaw
193. Patricia Ann Green - Shaw
194. James Clayton Greer - Flour
195. Kathleen Lee Smith Greer - Flour
196. Tisha Greer - Flour
197. Tisha Greer on behalf of Trenton Pirtle - Flour
198. Tisha Greer on behalf of Victoria Wilt - Flour
199. Joseph Griffin - Shaw
200. Sharon Griffin - Fluor
201. Ronnie Anthony Guidry - Fluor
202. Chasidy Guillory on behalf of Alayna Guillory - Fluor
203. Chasidy Guillory on behalf of Braden Guillory - Fluor
204. Chasidy Deloris Guillory - Flour
205. Chasidy Guillory on behalf of Gavan Guillory - Fluor

206. Michael J. Guillory - Fluor
207. Peter J. Guillory - Fluor
208. Shawdreika Guillory on behalf of Shaniceya Guillory - Flour
209. Shawdreika Shonta Guillory - Flour
210. Shawdreika Guillory on behalf of Jayvier Moore - Flour
211. Leonard Guy - Flour
212. Viola Hall - Shaw
213. Calvin Hamilton - Fluor
214. Roland Hampton - Flour
215. Amor Shamel Handy - Flour
216. Frank James Harden - Flour
217. Sandra D. Harrell - Fluor
218. Fred Harris - Flour
219. Carla Marquis Hartford - Shaw
220. Ivory L. Hartford - Fluor
221. Anthony Gregory Harvey - Flour
222. Elnora M. Hasberry - Flour
223. Gedaliah Chermarim Hasberry - Flour
224. Donny W. Hasty - Fluor
225. Jernigan Joseph Hastying - Fluor
226. Cornel Martin Henry - Fluor
227. Denise J Junior Henry - Flour
228. JoAnn Henry on behalf of Cierra Henry - Fluor
229. Paula Herbert on behalf of John A. Allemond Jr. - Fluor
230. Paula Herbert - Fluor
231. Tanesha Kawanna Hill - Fluor
232. Tanesha Hill on behalf of Ty'Anna Peters - Fluor
233. Tanesha Hill on behalf of Quenton Peters Jr. - Fluor
234. HingleNelda Nelda L. Hingle - Shaw
235. Jaronda Hinton on behalf of Blair Alexander - Flour
236. Jaronda Hinton on behalf of Jhirey Ducre - Flour
237. Jaronda Hinton on behalf of Lea Hinton - Flour
238. Jaronda Hinton on behalf of Kay'Jha Shorty - Flour
239. Jaronda Hinton as representative of the estate of Jhiy Hinton - Flour
240. Lucy Holmes on behalf of Nathaniel Flowers - Fluor
241. Lucy Holmes on behalf of Derrick L. Holmes - Fluor
242. Lucy Holmes on behalf of D'Ruan Holmes - Fluor
243. Lucy Denise Holmes - Fluor
244. Darryl Hood - Shaw
245. Donald M. Horn - Fluor
246. Jeanette Houston - Shaw
247. Cathy Marie Howard - Flour
248. David Howard - Fluor
249. James L. Howard - Fluor
250. Mary Howard - Fluor
251. Marlene Hughes on behalf of Marella Hughes - Fluor

252. Marlene Hughes on behalf of Mario Hughes - Fluor
253. Marlene Hughes - Fluor
254. Marlene Hughes on behalf of Monica M. Hughes - Fluor
255. Steven Hughes - Shaw
256. Keener L. Humphrey - Fluor
257. Beverly Jack - Fluor
258. Callem Jack on behalf of Eddie Hardman - Fluor
259. Callem Jack - Fluor
260. Dianna Jack on behalf of Dariona Griffin - Fluor
261. Margie Jack - Fluor
262. Delbert Jackson - Fluor
263. Lisa Jackson on behalf of Cody Jackson - Fluor
264. Lisa Jackson on behalf of Cody Jackson - Fluor
265. Lisa D. Jackson - Fluor
266. Lisa Jackson on behalf of Nicholas Jackson - Fluor
267. Thomas Jackson - Fluor
268. Posey James Jr. - Fluor
269. Helen Courtney James - Shaw
270. Jerdean M. James - Fluor
271. Albert A. Jarrell - Flour
272. Carole Jarrell - Flour
273. Effie Jefferson on behalf of Damion Jefferson - Fluor
274. Effie Jefferson - Fluor
275. Effie Jefferson on behalf of Tiara Jefferson - Fluor
276. Sabrina Jefferson on behalf of Da'Seana Jefferson - Fluor
277. Sabrina Jefferson - Fluor
278. Issac Jimcoily Sr. - Fluor
279. Lena Jimcoily - Fluor
280. Otis Jimcoily - Fluor
281. Alberta A. Johnson - Fluor
282. Ashley Johnson on behalf of Vernon Gerdes Jr. - Fluor
283. Ashley Terrilyn Johnson - Fluor
284. Carmalena Johnson - Fluor
285. Charmaine R. Johnson - Fluor
286. Debra Johnson - Flour
287. Dekenya Johnson on behalf of Demonta Brighac - Fluor
288. Dekenya Yvette Johnson - Fluor
289. Dekenya Johnson on behalf of Kevin Johnson - Fluor
290. Dorothy Johnson on behalf of David Aufrecht - Fluor
291. Dorothy Johnson on behalf of Charissa Gagliano - Fluor
292. Dorothy Johnson - Fluor
293. Kent C. Johnson - Shaw
294. Mea Johnson on behalf of Darryl Johnson - Fluor
295. Mea Johnson on behalf of Louis Johnson - Fluor
296. Mea M. Johnson - Fluor
297. Michael F. Johnson - Fluor

298. Michelle Johnson - Fluor
299. Michelle Johnson on behalf of O'Neisha Da'Jon Johnson - Fluor
300. Michelle Johnson on behalf of Jada Allysia Robinson - Fluor

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830