FILED APR 2 1 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8377; *Murphy Knightshead, et al vs. American International Specialty Lines Insurance Co., et al* | |

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Murphy Knightshead - Shaw
2. Mary L. Knightshead - Shaw
3. Ralston Johnson - Shaw
4. Reitha Johnson - Shaw
5. Terrica Arlene Johnson - Shaw
6. Theresa Johnson on behalf of Joey Plaster - Shaw
7. Van P. Johnson - Fluor
8. Eddie Jones Jr. - Fluor
9. Beatrice Jones - Shaw
10. Calvin Jones - Shaw
11. Gilda M. Jones - Shaw
12. Jamie L. Jones - Shaw
13. Jesse Jones - Shaw
14. Marguerite T. Jones - Fluor
15. Marla Shayne Jones - Shaw
16. Morris Jones - Shaw
17. Stanley Jordan Sr on behalf of Stanley Jordan Jr. - Shaw
18. Stanley Jordan Sr. - Shaw
19. Diana B. Joseph - Fluor
20. Michael Russ King - Fluor

___Fee_____
___Process_____
X_Dktd_____
___CtRmDep____
___Doc. No._____

21. James Landor - Shaw
22. Stephen Larroque - Fluor
23. James Lavergne - Shaw
24. Kiria Resheena Lawson - Shaw
25. Benjamin Frank LeBouef - Fluor
26. Benjamin LeBouef on behalf of Bryan LeBouef - Shaw
27. Benjamin LeBouef on behalf of Reginald LeBouef - Shaw
28. Elaine Jeanette Leday - Shaw
29. Patrick O'Keefe Ledet – CH2MHILL
30. Walter O. Ledet - Shaw
31. Bruce Lee on behalf of Kevin Lee – CH2MHILL
32. Carla Legard - Shaw
33. Carolyn Legard - Shaw
34. Gail Legard on behalf of Carlyn Legard - Shaw
35. Gail M. Legard - Shaw
36. Mary Levine on behalf of Asjhai Levine - Shaw
37. Mary Levine - Shaw
38. Mary Levine on behalf of Ontavia Levine - Shaw
39. Carrie Watson Lewis - Shaw
40. Diana Marie Louise Lewis - Shaw
41. Felma J. Lewis - Shaw
42. Indja Pertrice Lewis - Shaw
43. India Lewis on behalf of Thaddelisha Lewis - Shaw
44. India Lewis on behalf of Tyrin Lewis - Shaw
45. India Lewis on behalf of Felix Mulder III - Shaw
46. Ivan Francis Lewis - Shaw
47. Mary J. Lewis - Shaw
48. Donnie Anthony Lorio - Fluor
49. Clinton O. Luke - Shaw
50. Tracy Magee on behalf of Phillip Randall Magee - Shaw
51. Tracy Magee - Shaw
52. Tracy Magee on behalf of Trenity L. Magee - Shaw
53. Jarrell K. Malone - Shaw
54. Marie Auquillard Manego - Shaw
55. Amanda Marshall on behalf of Cynthia Bonffine - Shaw
56. Amanda Marshall on behalf of Bobby Bonffine III - Shaw
57. Amanda Denise Marshall - Shaw
58. Lorraine Marie Martin - Shaw
59. Wanda Martin - Shaw
60. Christine Mason - Shaw
61. Christine Mason - Shaw
62. Christine Mason on behalf of Michael Mason Jr. - Shaw
63. Christine Mason on behalf of Hannah Whitney - Shaw
64. Christine Mason on behalf of Victoria Whitney - Shaw
65. Michael Mason - Shaw
66. Sheena Masters on behalf of Elijiah Benett - Shaw

67. Sheena Masters on behalf of Eric Bennett III - Shaw
68. Sheena Masters - Shaw
69. Henry Paul Matherne - Shaw
70. Rinda Matherne - Shaw
71. Rinda Matherne on behalf of Shahana Matherne - Shaw
72. Rinda Matherne on behalf of Tyler Matherne - Shaw
73. Rinda Matherne on behalf of Henry P. Matherne Jr. – Shaw
74. Celestine G. Matthews - Shaw
75. Dennetta Matthews on behalf of Kentrell Dabney Jr. - Shaw
76. Dennetta Chante Matthews - Shaw
77. Toni Maxie on behalf of Rosalind Johnson - Fluor
78. Claudette Marie Mayon - Shaw
79. Cindy Mcguire - Shaw
80. Albert McKay Sr. - Shaw
81. Jaunifert McKinney - Shaw
82. Jessica Mcpherson-Ceasar - Shaw
83. Maxine Meade - Shaw
84. Russell Mercadel - Shaw
85. Joseph Lee Merritt Sr. -
86. Barry Meyer - Shaw
87. Vanessa Ann Miller – CH2MHILL
88. Martha Mitchell – CH2MHILL
89. Martha Mitchell as the representative of the estate of Charles Mitchell - CH2MHILL
90. Louis Modica Jr as representative of the estate of Larry Modica - Shaw
91. Floyd S. Moon Sr. - Shaw
92. Stephen Moore on behalf of Cody Jackson - Shaw
93. Stephen Moore on behalf of Lisa Jackson - Shaw
94. Stephen Moore on behalf of Darnisha Moore - Shaw
95. Stephen James Moore - Shaw
96. Winifred Morgan-Epps on behalf of Deshante Epps - Shaw
97. Winifred Morgan-Epps - Shaw
98. Johnny Morris - Shaw
99. Lawrence Morrow - Shaw
100. Clarence Mosely II on behalf of Chermaine Mosely - Shaw
101. Clarence MoselyII on behalf of Cory Mosely - Shaw
102. Clarence Louis Mosely II - Shaw
103. Clarence Mosely II on behalf of Clarence Mosely III - Shaw
104. Kathleen Mosely - Shaw
105. Leshia Moss - Shaw
106. Drondia Lynn Myers - Shaw
107. Ezola Nash - Shaw
108. Reather M. Nelson - Fluor
109. Barbara Ann Neville - Fluor
110. Royal Namm Neville - Fluor
111. Marquette Nicholson on behalf of Alisha A. Nicholson - Shaw
112. Marquette Shavon Nicholson - Shaw

113. Marquette S. Nicholson - Shaw
114. Alivia G. Nickelson – CH2MHILL
115. Kenneth Norris - Shaw
116. Danielle Nunnery on behalf of Sheridan Mayo - Fluor
117. Danielle Nunnery - Fluor
118. Danielle Nunnery on behalf of Tyler Nunnery - Fluor
119. Anthony Oliver - Shaw
120. Tonja Oliver on behalf of Bianca Dejanae Oliver - Shaw
121. Tonja Oliver on behalf of Kelvin James Oliver - Shaw
122. Tonya Kotina Oliver - Shaw
123. Tonja Oliver as representative of the estate of Lilie Mae Oliver - Shaw
124. Amanda Wishart O'Quian - Shaw
125. Amanda O'Quin on behalf of Edward O'Quain - Shaw
126. Amanda O'Quin on behalf of Braxton Wishart - Shaw
127. Amanda O'Quin on behalf of Clinton Wishart - Shaw
128. Amanda O'Quin on behalf of Dillon Wishart - Shaw
129. Anjel LaBeaud Parker - Shaw
130. Anjel Parker on behalf of Brittney Parker - Shaw
131. Anjel Parker on behalf of Junius Parker - Shaw
132. Anjel Parker on behalf of Terry Parker - Shaw
133. Daynel Parker on behalf of Semaj Bush - Shaw
134. Daynel Eunice Parker - Shaw
135. Daynel Parker on behalf of Keri Parker - Shaw
136. Debra Anne Parker - Shaw
137. Suzanne L. Penton - Shaw
138. Jorge L. Perez - Shaw
139. Maria Perez - Shaw
140. Florene H. Perry - Shaw
141. Florene Perry on behalf of Marchelle Rainwater - Shaw
142. Deyonica Peterson - Shaw
143. Deyonica Peterson on behalf of Jonathan Joseph Scott - Shaw
144. Deyonica Peterson on behalf of Jonero Jaylon Scott - Shaw
145. William K. Pierce Sr. - Shaw
146. Donald Pitre - Fluor
147. Nancy Pitre - Fluor
148. Richard E. Pittman - Fluor
149. Brenda Brown Poche - Shaw
150. Alice Poiroux - Shaw
151. Bobbie Powell - Fluor
152. Doris P. Preston - Shaw
153. Jeanette Preston - Shaw
154. Frank Price - Shaw
155. Ron Steven Prudhomme - Shaw
156. Beverly Marie Pugh - Shaw
157. Shelia Rainey - Shaw
158. Felix Anthony Ramos - Shaw

159. Marilyn Reed - Shaw
160. Patrice Reed on behalf of Donovane Reed - Fluor
161. Patrice Reed on behalf of Erick Reed - Fluor
162. Patrice A. Reed - Fluor
163. Patrice Reed on behalf of Tabitha Reed - Fluor
164. Isaac Remo - Shaw
165. Marylon B. Remo - Shaw
166. Carrie B. Richardson - Shaw
167. Cheryl Ann Richardson - Fluor
168. Jacoby Richmond - Shaw
169. Mary Richmond on behalf of Dedrick Richmond - Shaw
170. Mary Richmond on behalf of Donovan Richmond - Shaw
171. Mary Richmond - Shaw
172. Tekesa Richmond - Shaw
173. Urania Richmond - Shaw
174. Fred Riley - Shaw
175. Nancy Ann Rivers - Fluor
176. Derrick Anthony Robertson - Shaw
177. Gedra P. Robinson - Shaw
178. Keotha Jovan Robinson - Shaw
179. Keotha Robinson on behalf of Korey Robinson - Shaw
180. Terry Robinson on behalf of Jada Robinson - Shaw
181. Terry Geno Robinson - Shaw
182. Leitia Rollins on behalf of Selina Rollins - Shaw
183. Letitia L. Rollins - Fluor
184. Stanley Rougeau Sr Terrin Joseph Rougeau - Shaw
185. Stanley John Rougeau Sr. - Shaw
186. Johnathan I. Ruffin - Shaw
187. Jonathan Ruffin on behalf of Jonathan Isaiah Ruffin I - Shaw
188. Verna M. Ruffin - Shaw
189. Damon Ryan - Fluor
190. James Eugene Salters Jr. - Shaw
191. Lillie Mae Sartin - Shaw
192. August Joseph Sayles - Shaw
193. Thomas Earl Saylor - Shaw
194. Eugene Baron Schwing - Shaw
195. Mary Schwing - Shaw
196. Mary Seals on behalf of Adrienna Seals - Shaw
197. Mary Esther Seals - Shaw
198. Fred Anthony Selvage Jr. - Shaw
199. Fred Anthony Selvage Sr. - Shaw
200. Lakedra Monique Selvage - Shaw
201. Shirley Mae Selvage - Shaw
202. Marie B. Siener - Fluor
203. Patsy Siener on behalf of Justin Siener - Fluor
204. Patsy Siener - Fluor

205. Richard F. Siener - Fluor
206. Stephen Siener - Fluor
207. Sheila Sims - Shaw
208. Rhonda Sinegal on behalf of Antonio Hasty - Shaw
209. Rhonda Sinegal on behalf of Rhonda G. Sinegal - Shaw
210. Rhonda Sinegal on behalf of Mekhi Thomas - Shaw
211. Rhonda Sinegal on behalf of Ron C. Thomas Jr. - Shaw
212. Cherokee Singleton on behalf of McKenzie Barthamew - Shaw
213. Cherokee Anntoinette Singleton - Shaw
214. Cherokee Singleton on behalf of Kaleb Singleton - Shaw
215. Dwayne Singleton - Shaw
216. Geraldine Singleton - Shaw
217. Daniel Smith - Shaw
218. Delmaleisa Smith on behalf of John Smith - Shaw
219. Donell Smith on behalf of Kent Brooks - Shaw
220. Donell Cendtrise Smith - Shaw
221. Donell Smith on behalf of Ryann Smith - Shaw
222. Geraldine Smith on behalf of Eugene Smith - Shaw
223. Lisa Smith on behalf of Kelsey Marie Smith - Shaw
224. Lisa A. Smith - Shaw
225. Veronica Smith on behalf of John Smith - Shaw
226. Veronica Smith - Shaw
227. Gary Smothers Sr. - Shaw
228. Lucretia Solomon on behalf of Payge Lee – CH2MHILL
229. Lucretia Solomon on behalf of Chelsey Solomon – CH2MHILL
230. Lucretia Solomon – CH2MHILL
231. Carolyn J. Spencer - Shaw
232. Angelina C. St. Blanc - Shaw
233. Angelina St.Blanc on behalf of Laim St. Blanc - Shaw
234. Angelina St.Blanc on behalf of Lori Ana St. Blanc - Shaw
235. Fannie Carolyn Sterling - Fluor
236. William Charles Sterling - Fluor
237. Adriene J. Stevens - Shaw
238. Melissa Ann Stewart - Shaw
239. Sedric Stewart - Shaw
240. Dianne Judith Swanson - Shaw
241. Gina Bonita Swift - Shaw
242. Angela Elizabeth Talamo - Shaw
243. Damian Paul Taylor - Shaw
244. Zelbony Taylor - Shaw
245. Demetrias Temple on behalf of Joshua Bowman - Shaw
246. Demetrias L. Temple - Shaw
247. Erna Terrell - Shaw
248. Anitar Ann Thomas on behalf of Fred Anthony Selvage III - Shaw
249. Anitar Ann Thomas - Shaw
250. Gabrielle Thomas on behalf of Asialay J. Thomas - Shaw

251. Gabrielle Thomas - Shaw
252. Gwendolyn Thomas - Shaw
253. Oscar C. Thomas - Shaw
254. Oscar Thomas - Shaw
255. Ronald C Charles Thomas - Fluor
256. Ronald L L. Thomas - Fluor
257. Ruthie Thomas - Shaw
258. Ruthie Thomas on behalf of Lloyd Thomas Jr. - Shaw
259. Ruthie Thomas on behalf of Travaylon West - Shaw
260. Stacy Lolita Thomas - Shaw
261. Walter Thomas - Shaw
262. Diane N. Thompson - Shaw
263. Margaret Foster Geagan Thompson - Shaw
264. Tina Thompson - Shaw
265. Bonita Jennifer Thornton - Shaw
266. Delisa Thornton on behalf of Mariah Harris - Fluor
267. Delisa Faye Thornton - Fluor
268. Carol Tolliver on behalf of Kendrick James Albert - Shaw
269. Carol Tolliver on behalf of Tasha Rosette Albert - Shaw
270. Carol Tolliver on behalf of Raylon Gaines - Shaw
271. Carol Tolliver on behalf of Malasia Nicole McCarver- Shaw
272. Carol Tolliver on behalf of Boley James Tolliver v
273. Carol Faye Tolliver - Shaw
274. Carol Faye Tolliver - Shaw
275. Roley Joseph Tolliver - Shaw
276. Kimberly Trahan - Fluor
277. Kimberly Trahan on behalf of Sidnesha Ward - Fluor
278. Kimberly Trahan on behalf of Sindasha Ward - Fluor
279. James Allen Tucker 6396 - Shaw
280. Marilyn B. Tucker - Shaw
281. Amelia Turk - Shaw
282. Arsenio Jeffery Turk- Shaw
283. Terese Marie Turk - Shaw
284. James E. Turner - Shaw
285. Monique Varnado - Shaw
286. Myrtle Varnado - Shaw
287. Tommy R. Vital - Shaw
288. Spencer Vitto Sr on behalf of Joshua J. Vitto - Shaw
289. Spencer Vitto Sr on behalf of Spencer E. Vitto Jr. - Shaw
290. Spencer E. Vitto Sr. - Shaw
291. Rickey Walker Jr. - Fluor
292. Rickey Walker Sr. -- Fluor
293. Wynaen R. Walker - Shaw
294. Elizabeth K. Ware - Shaw
295. Willie Washington Jr. - Shaw
296. Cheryl Washington on behalf of Arthur W. Washington - Shaw

297. Cheryl A. Washington - Shaw
298. Cheryl Washington on behalf of Isaiah Washington - Shaw
299. Patricia Bowie Washington
300. Eric J. Watley - Fluor

        Respectfully submitted,

### THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*

---

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
### THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
JOHN MUNOZ, #9830