UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8379; *Jason James, et al vs. Travelers Property Casualty Company of America TIL, et al* | |

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA — FILED APR 21 2010 — LORETTA G. WHYTE, CLERK*

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Jason James - Fluor
2. Alice Clark on behalf of Rashee K. Clark - Fluor
3. Alice Marie Clark - Fluor
4. Schawanna England on behalf of Adriana England - Fluor
5. Schawanna England on behalf of Brianna England - Fluor
6. Schawanna England on behalf of Damon England - Fluor
7. Schawanna England on behalf of Nakitta England - Fluor
8. Schawanna England - Fluor
9. Schawanna England on behalf of Zachary England - Fluor
10. Ardellia Renee Hawkins - Fluor
11. Delbert Jackson - Fluor
12. Denise Jackson - Fluor
13. Jerry Jackson on behalf of Yurgeodsur Belcher - Fluor
14. Jerry Jackson - Fluor
15. Jonisha Jackson on behalf of Dai'Shneek Jackson - Fluor
16. Jonisha L. Jackson - Fluor
17. Jonisha Jackson on behalf of Tyran Mitchell Jr. - Fluor
18. Jeanette James - Fluor
19. Jerdean M. James - Fluor
20. Kizzy Morton on behalf of DeAnte J. Morton - Fluor
21. Kizzy Morton on behalf of Precious Jewel Morton - Fluor

___ Fee____
___ Process____
X   Dktd____
___ CtRmDep____
___ Doc. No.____

22. Kizzy Morton on behalf of Jamond R. Polk - Fluor
23. Kizzy Morton on behalf of Jamod Polk Jr. - Fluor
24. Kizzy Marie Morton - Fluor

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830