**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

CIVIL CASE NOS. 08-5031, 09-6940, 09-4708,   *
09-6941, 09-4709, 09-7536, 09-6942, 09-4710,   *
09-5989, 09-7532, 09-6943, 09-6957, 09-6955,   *
09-6956, 09-4711, 09-4712, 09-6162, 09-6496,   *
09-6504, 09-6505, 09-6502, 09-6503, 09-4713,   *
09-6719, 09-4714, 09-6642, 09-4715, 09-6395,   *
10-0534, 09-6949, 09-6951, 09-6944, 09-6945,   *
09-6947, 09-4716, 09-4717, 09-4718, 09-4719,   *
09-6720, 09-4720, 09-6965, 09-6157, 09-6964,   *
09-4721, 09-6171, 09-7533, 09-6966, 09-6958,   *
09-4722, 09-6960, 09-4723, 09-6961, 09-4724,   *
09-6169, 09-6962, 09-4725, 09-6946, 09-4726,   *
09-7531, 09-6948, 09-4727, 09-5990, 09-6950,   *
09-4728, 09-6954, 09-4729, 09-5991, 09-7530,   *
09-6959, 09-6916, 09-4730, 09-6417, 09-4731,   *
09-6938, 09-4732, 09-5983, 09-7535, 09-6939,   *
09-4733, 09-7534, 09-6937, 09-4734, 09-6935,   *
09-4735, 09-6936, 09-4736, 09-5985, 09-6933,   *
09-4737, 09-6155, 09-6932, 09-4738, 09-6641,   *
09-4739, 09-6931, 09-4740, 09-6167, 09-6930,   *
09-4741, 09-6640, 09-6639, 09-4742, 09-5987,   *
09-6929, 09-4743, 09-6159, 09-6718, 09-4744,   *
09-6638, 09-6164, 09-6928, 09-4745, 09-6927,   *
09-4746, 09-6926, 09-4747, 09-6925, 09-4748,   *
09-6924, 09-4749, 09-6418, 09-4750, 09-6923,   *
09-4751, 09-6160, 09-6635, 09-6637, 09-4752,   *
09-5988, 09-6922, 09-4753, 09-6921, 09-6920,   *
09-4754, 09-6919, 09-4755, 09-5986, 09-4756,   *
09-5984, 09-6918, 09-4757, 09-6917, 09-4758,   *
09-4759, 09-4676, 09-4677, 09-4678, 09-4679,   *
09-4680, 09-4681, 09-4685, 09-4686, 09-4684,   *
09-4683, 09-4682, 09-4687, 09-4697, 09-4698,   *
09-4696, 09-4699, 09-4700, 09-4688, 09-4689,   *
09-4690, 09-4691, 09-4692, 09-4693, 09-4694,   *
09-4695, 09-4701, 09-4702, 09-4703, 09-4704,   *
09-4705, 09-4706, 09-4707, 09-7062, 09-7063,   *

09-7064, 09-7065, 09-7066, 09-7067, 09-7068,  *
09-7069, 09-7070, 09-7072, 09-7073, 09-7074,  *
09-7075, 09-7076, 09-7078, 09-7079, 09-7081,  *
09-7082, 09-7083, 09-7085, 09-7086, 09-7088,  *
09-7089, 09-7091, 09-7093, 09-7094, 09-7096,  *
09-7101, 09-7102, 09-7103, 09-7104, 09-7106,  *
09-7080, 09-7084, 09-7087, 09-7090, 09-7092,  *
09-7095, 09-7098, 09-7099, 09-7100, 09-7117,  *
09-7118, 09-7119, 09-7120, 09-7114, 09-7107,  *
09-7108, 09-7115, 09-7116, 09-7110, 09-7111,  *
09-7112, 09-7113, 09-7121, 09-7122, 09-7123,  *
09-7124, 09-7109, 09-7404, 09-7403, 09-7405,  *
09-7406, 09-7419, 09-7420, 09-7421, 09-7411,  *
09-7412, 09-7413, 09-7414, 09-7415, 09-7423,  *
09-7425, 09-7402, 09-7401, 09-7400, 09-7399,  *
09-7398, 09-7416, 09-7417, 09-7418, 09-7426,  *
09-7427, 09-7439, 09-7428, 09-7430, 09-7429,  *
09-7422, 09-7852, 09-7854, 09-7838, 09-7841,  *
09-7843, 09-7973, 09-7828, 09-7857, 09-7855,  *
09-7827, 09-7856, 09-7833, 09-7831, 09-7963,  *
09-7799, 09-7804, 09-7798, 09-7803, 09-7842,  *
09-7840, 09-7794, 09-7821, 09-7809, 09-7808,  *
09-7807, 09-7806, 09-7805, 09-7814, 09-7845,  *
09-7826, 09-7823, 09-7837, 09-7839, 09-7802,  *
09-7820, 09-7812, 09-7811, 09-7810, 09-7813,  *
09-7983, 09-7984, 09-7987, 09-7974, 09-7991,  *
09-7977, 09-7965, 09-7961, 09-7960, 09-7972,  *
09-7971, 09-7966, 09-7800, 09-7962, 09-7801,  *
09-7797, 09-7980, 09-7978, 09-7922, 09-7921,  *
09-7819, 09-7824, 09-7818, 09-7816, 09-7889,  *
09-7892, 09-7835, 09-7897, 09-7898, 09-7890,  *
09-7891, 09-7894, 09-7893, 09-7904, 09-7903,  *
09-7899, 09-7895, 09-7896, 09-7793, 09-7887,  *
09-7792, 09-7817, 09-7908, 09-7907, 09-7906,  *
09-7905, 09-7815, 09-7911, 09-7910, 09-7909,  *
09-7795, 09-7796, 09-7822, 09-7917, 09-7912,  *
09-7913, 09-7918, 09-7919, 09-7920, 09-7916,  *
09-7914, 09-7829, 09-7830, 09-7832, 09-7834,  *
09-7858, 09-7859, 09-7967, 09-7964, 09-7990,  *
09-7825, 09-7836, 09-7849, 09-7846, 09-7848,  *
09-7851, 09-7853, 09-7844, 09-7847, 09-7850,  *
09-7924, 09-7925.                             *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' REQUEST TO FILE A GLOBAL MOTION FOR LEAVE TO AMEND AND ADD THE UNITED STATES ONCE ALL PLAINTIFFS' CLAIMS ARE RIPE AS TO THE UNITED STATES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs represented by Watts Hilliard, L.L.C., who for the reasons more fully set forth in the memorandum attached hereto, respectfully request that the Court allow them to file a Global Motion for Leave to Amend and Add the United States of America once all Plaintiffs' claims are ripe as to the United States.

Respectfully submitted,

/s/ Mikal C. Watts

_____

**MIKAL C. WATTS**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015


**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC

3

One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of April, 2010.


/s/ Mikal C. Watts

_____

**MIKAL C. WATTS**

4