**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:   FEMA TRAILER** * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** * | |
| **LIABILITY LITIGATION** * | **SECTION "N" (5)** |
| * | |
| **THIS DOCUMENT PERTAINS TO** * | **JUDGE ENGELHARDT** |
| * | **MAGISTRATE CHASEZ** |

CIVIL CASE NOS. 08-5031, 09-6940, 09-4708,
09-6941, 09-4709, 09-7536, 09-6942, 09-4710,
09-5989, 09-7532, 09-6943, 09-6957, 09-6955,
09-6956, 09-4711, 09-4712, 09-6162, 09-6496,
09-6504, 09-6505, 09-6502, 09-6503, 09-4713,
09-6719, 09-4714, 09-6642, 09-4715, 09-6395,
10-0534, 09-6949, 09-6951, 09-6944, 09-6945,
09-6947, 09-4716, 09-4717, 09-4718, 09-4719,
09-6720, 09-4720, 09-6965, 09-6157, 09-6964,
09-4721, 09-6171, 09-7533, 09-6966, 09-6958,
09-4722, 09-6960, 09-4723, 09-6961, 09-4724,
09-6169, 09-6962, 09-4725, 09-6946, 09-4726,
09-7531, 09-6948, 09-4727, 09-5990, 09-6950,
09-4728, 09-6954, 09-4729, 09-5991, 09-7530,
09-6959, 09-6916, 09-4730, 09-6417, 09-4731,
09-6938, 09-4732, 09-5983, 09-7535, 09-6939,
09-4733, 09-7534, 09-6937, 09-4734, 09-6935,
09-4735, 09-6936, 09-4736, 09-5985, 09-6933,
09-4737, 09-6155, 09-6932, 09-4738, 09-6641,
09-4739, 09-6931, 09-4740, 09-6167, 09-6930,
09-4741, 09-6640, 09-6639, 09-4742, 09-5987,
09-6929, 09-4743, 09-6159, 09-6718, 09-4744,
09-6638, 09-6164, 09-6928, 09-4745, 09-6927,
09-4746, 09-6926, 09-4747, 09-6925, 09-4748,
09-6924, 09-4749, 09-6418, 09-4750, 09-6923,
09-4751, 09-6160, 09-6635, 09-6637, 09-4752,
09-5988, 09-6922, 09-4753, 09-6921, 09-6920,
09-4754, 09-6919, 09-4755, 09-5986, 09-4756,
09-5984, 09-6918, 09-4757, 09-6917, 09-4758,
09-4759, 09-4676, 09-4677, 09-4678, 09-4679,
09-4680, 09-4681, 09-4685, 09-4686, 09-4684,
09-4683, 09-4682, 09-4687, 09-4697, 09-4698,
09-4696, 09-4699, 09-4700, 09-4688, 09-4689,
09-4690, 09-4691, 09-4692, 09-4693, 09-4694,
09-4695, 09-4701, 09-4702, 09-4703, 09-4704,
09-4705, 09-4706, 09-4707, 09-7062, 09-7063,

1

09-7064, 09-7065, 09-7066, 09-7067, 09-7068, *
09-7069, 09-7070, 09-7072, 09-7073, 09-7074, *
09-7075, 09-7076, 09-7078, 09-7079, 09-7081, *
09-7082, 09-7083, 09-7085, 09-7086, 09-7088, *
09-7089, 09-7091, 09-7093, 09-7094, 09-7096, *
09-7101, 09-7102, 09-7103, 09-7104, 09-7106, *
09-7080, 09-7084, 09-7087, 09-7090, 09-7092, *
09-7095, 09-7098, 09-7099, 09-7100, 09-7117, *
09-7118, 09-7119, 09-7120, 09-7114, 09-7107, *
09-7108, 09-7115, 09-7116, 09-7110, 09-7111, *
09-7112, 09-7113, 09-7121, 09-7122, 09-7123, *
09-7124, 09-7109, 09-7404, 09-7403, 09-7405, *
09-7406, 09-7419, 09-7420, 09-7421, 09-7411, *
09-7412, 09-7413, 09-7414, 09-7415, 09-7423, *
09-7425, 09-7402, 09-7401, 09-7400, 09-7399, *
09-7398, 09-7416, 09-7417, 09-7418, 09-7426, *
09-7427, 09-7439, 09-7428, 09-7430, 09-7429, *
09-7422, 09-7852, 09-7854, 09-7838, 09-7841, *
09-7843, 09-7973, 09-7828, 09-7857, 09-7855, *
09-7827, 09-7856, 09-7833, 09-7831, 09-7963, *
09-7799, 09-7804, 09-7798, 09-7803, 09-7842, *
09-7840, 09-7794, 09-7821, 09-7809, 09-7808, *
09-7807, 09-7806, 09-7805, 09-7814, 09-7845, *
09-7826, 09-7823, 09-7837, 09-7839, 09-7802, *
09-7820, 09-7812, 09-7811, 09-7810, 09-7813, *
09-7983, 09-7984, 09-7987, 09-7974, 09-7991, *
09-7977, 09-7965, 09-7961, 09-7960, 09-7972, *
09-7971, 09-7966, 09-7800, 09-7962, 09-7801, *
09-7797, 09-7980, 09-7978, 09-7922, 09-7921, *
09-7819, 09-7824, 09-7818, 09-7816, 09-7889, *
09-7892, 09-7835, 09-7897, 09-7898, 09-7890, *
09-7891, 09-7894, 09-7893, 09-7904, 09-7903, *
09-7899, 09-7895, 09-7896, 09-7793, 09-7887, *
09-7792, 09-7817, 09-7908, 09-7907, 09-7906, *
09-7905, 09-7815, 09-7911, 09-7910, 09-7909, *
09-7795, 09-7796, 09-7822, 09-7917, 09-7912, *
09-7913, 09-7918, 09-7919, 09-7920, 09-7916, *
09-7914, 09-7829, 09-7830, 09-7832, 09-7834, *
09-7858, 09-7859, 09-7967, 09-7964, 09-7990, *
09-7825, 09-7836, 09-7849, 09-7846, 09-7848, *
09-7851, 09-7853, 09-7844, 09-7847, 09-7850, *
09-7924, 09-7925.                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR REQUEST TO FILE A GLOBAL MOTION FOR LEAVE TO AMEND AND ADD THE UNITED STATES ONCE ALL PLAINTIFFS' CLAIMS ARE RIPE AS TO THE UNITED STATES**

Plaintiffs represented by Watts Hilliard, L.L.C. respectfully submit the following "Memorandum in Support of Its Request to File a Global Motion for Leave to Amend and Add the United States Once All Plaintiffs' Claims are Ripe as To the United States," and hereto state:

## I.
## INTRODUCTION

Watts Hilliard, L.L.C. represents 30,113 Plaintiffs in 385 lawsuits against numerous manufacturers and contractors for claims of damages as a result of residing in travel trailers, park models, and mobile homes (EHU's) along the Gulf Coast of the United States.  Exhausting their administrative remedies with the Federal Emergency Management Agency ("FEMA"), all Plaintiffs represented by Watts Hilliard, L.L.C. have submitted their Standard Form 95 with their final submission occurring on December 22, 2009. As of today's filing date, FEMA has not expressly denied any Standard Form 95 submitted by Plaintiffs.  Thus, pursuant to 28 U.S.C. § 2675(a), all Plaintiffs represented by Watts Hilliard, L.L.C. will have standing to sue the United States on June 22, 2010.[1]  In preparation for Plaintiffs' future ability to amend and add the United States, Plaintiffs respectfully request approval from the Court that when all 30,113 Plaintiffs are ripe as to

---

[1]   An action shall not be instituted upon a claim against the United States . . . unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in wirting and sent by certified or registered mail.  <u>The failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim for purposes of this action.</u>

28 U.S.C. § 2675(a) (emphasis added).

FEMA, this Court will permit Plaintiffs to seek leave by virtue of one global motion, and if granted, globally amend the 385 lawsuits containing all Plaintiffs.

## II.
## ARGUMENTS

Plaintiffs do not, at this time, seek leave of Court to amend its 385 previously filed complaints. Instead, Plaintiffs seek approval to file on behalf of all above captioned causes of action: (1) a global motion for leave to amend only when all of its claims become ripe as to the United States; and if granted, (2) a global amended complaint. The filing of a global motion for leave and a global amended complaint would effectively apply as if they had been individually filed in each of the 385 lawsuits.

Plaintiffs currently seek such approval from this Court in order to responsibly gauge the future resources necessary to amend and add the United States. Authorizing this limited global motion/amendment practice would avoid unnecessary delay and a corresponding waste of judicial resources that will undoubtedly attend the production, filing, responding, and ruling on 385 separate motions that will seek the exact same thing: an additional claim against the United States.[2]

Ultimately, Plaintiffs will be seeking leave to amend and add the United States in the near future. At this time no Standard Form 95 filed by Plaintiffs has been expressly denied, and the final Standard Form 95 submitted by Plaintiffs occurred on December 22, 2009. Accordingly, all 30,113 Plaintiffs represented by Watts Hilliard, L.L.C. will have exhausted their administrative remedies against the United States by June 22, 2010, and will have garnered the right to amend and add their claims against the United States. In the interests of judicial economy and efficiency, Plaintiffs requests that this

---

[2] Likewise, if this Court were to grant Plaintiffs' 385 motions for leave, similar delay and waste would occur in the production and filing of 385 substantively identical amendments.

4

Court allow them to avoid the repetitive, wasteful and inefficient production of 385 motions for leave and amendment, and allow Plaintiffs to file a global motion for leave and if granted, a global amendment.

        Respectfully submitted,

        /s/ Mikal C. Watts

        _____
        **MIKAL C. WATTS**
        **Trial Attorney in Charge for Plaintiffs**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

        **ROBERT C. HILLIARD**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No.  5912
        Kevin W. Grillo, Of Counsel
        Texas State Bar No. 08493500
        Southern District of TX Federal ID No. 4647
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone:  (361) 882-1612
        Facsimile:  (361) 882-3015

        **RICHARD P. IEYOUB**
        Louisiana State Bar and
        Eastern District of Louisiana Federal ID No. 2217
        CARLETON DUNLAP OLINDE & MOORE, LLC
        One American Place, Suite 900
        Baton Rouge, LA 70825
        Phone 225-282-0600
        Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of April, 2010.

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**