**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:   FEMA TRAILER** * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** * | |
| **LIABILITY LITIGATION** * | **SECTION "N" (5)** |
| * | |
| **THIS DOCUMENT PERTAINS TO** * | **JUDGE ENGELHARDT** |
| * | **MAGISTRATE CHASEZ** |

CIVIL CASE NOS. 08-5031, 09-6940, 09-4708,
09-6941, 09-4709, 09-7536, 09-6942, 09-4710,
09-5989, 09-7532, 09-6943, 09-6957, 09-6955,
09-6956, 09-4711, 09-4712, 09-6162, 09-6496,
09-6504, 09-6505, 09-6502, 09-6503, 09-4713,
09-6719, 09-4714, 09-6642, 09-4715, 09-6395,
10-0534, 09-6949, 09-6951, 09-6944, 09-6945,
09-6947, 09-4716, 09-4717, 09-4718, 09-4719,
09-6720, 09-4720, 09-6965, 09-6157, 09-6964,
09-4721, 09-6171, 09-7533, 09-6966, 09-6958,
09-4722, 09-6960, 09-4723, 09-6961, 09-4724,
09-6169, 09-6962, 09-4725, 09-6946, 09-4726,
09-7531, 09-6948, 09-4727, 09-5990, 09-6950,
09-4728, 09-6954, 09-4729, 09-5991, 09-7530,
09-6959, 09-6916, 09-4730, 09-6417, 09-4731,
09-6938, 09-4732, 09-5983, 09-7535, 09-6939,
09-4733, 09-7534, 09-6937, 09-4734, 09-6935,
09-4735, 09-6936, 09-4736, 09-5985, 09-6933,
09-4737, 09-6155, 09-6932, 09-4738, 09-6641,
09-4739, 09-6931, 09-4740, 09-6167, 09-6930,
09-4741, 09-6640, 09-6639, 09-4742, 09-5987,
09-6929, 09-4743, 09-6159, 09-6718, 09-4744,
09-6638, 09-6164, 09-6928, 09-4745, 09-6927,
09-4746, 09-6926, 09-4747, 09-6925, 09-4748,
09-6924, 09-4749, 09-6418, 09-4750, 09-6923,
09-4751, 09-6160, 09-6635, 09-6637, 09-4752,
09-5988, 09-6922, 09-4753, 09-6921, 09-6920,
09-4754, 09-6919, 09-4755, 09-5986, 09-4756,
09-5984, 09-6918, 09-4757, 09-6917, 09-4758,
09-4759, 09-4676, 09-4677, 09-4678, 09-4679,
09-4680, 09-4681, 09-4685, 09-4686, 09-4684,
09-4683, 09-4682, 09-4687, 09-4697, 09-4698,
09-4696, 09-4699, 09-4700, 09-4688, 09-4689,
09-4690, 09-4691, 09-4692, 09-4693, 09-4694,
09-4695, 09-4701, 09-4702, 09-4703, 09-4704,
09-4705, 09-4706, 09-4707, 09-7062, 09-7063,

1

| | |
|---|---|
| 09-7064, 09-7065, 09-7066, 09-7067, 09-7068, | * |
| 09-7069, 09-7070, 09-7072, 09-7073, 09-7074, | * |
| 09-7075, 09-7076, 09-7078, 09-7079, 09-7081, | * |
| 09-7082, 09-7083, 09-7085, 09-7086, 09-7088, | * |
| 09-7089, 09-7091, 09-7093, 09-7094, 09-7096, | * |
| 09-7101, 09-7102, 09-7103, 09-7104, 09-7106, | * |
| 09-7080, 09-7084, 09-7087, 09-7090, 09-7092, | * |
| 09-7095, 09-7098, 09-7099, 09-7100, 09-7117, | * |
| 09-7118, 09-7119, 09-7120, 09-7114, 09-7107, | * |
| 09-7108, 09-7115, 09-7116, 09-7110, 09-7111, | * |
| 09-7112, 09-7113, 09-7121, 09-7122, 09-7123, | * |
| 09-7124, 09-7109, 09-7404, 09-7403, 09-7405, | * |
| 09-7406, 09-7419, 09-7420, 09-7421, 09-7411, | * |
| 09-7412, 09-7413, 09-7414, 09-7415, 09-7423, | * |
| 09-7425, 09-7402, 09-7401, 09-7400, 09-7399, | * |
| 09-7398, 09-7416, 09-7417, 09-7418, 09-7426, | * |
| 09-7427, 09-7439, 09-7428, 09-7430, 09-7429, | * |
| 09-7422, 09-7852, 09-7854, 09-7838, 09-7841, | * |
| 09-7843, 09-7973, 09-7828, 09-7857, 09-7855, | * |
| 09-7827, 09-7856, 09-7833, 09-7831, 09-7963, | * |
| 09-7799, 09-7804, 09-7798, 09-7803, 09-7842, | * |
| 09-7840, 09-7794, 09-7821, 09-7809, 09-7808, | * |
| 09-7807, 09-7806, 09-7805, 09-7814, 09-7845, | * |
| 09-7826, 09-7823, 09-7837, 09-7839, 09-7802, | * |
| 09-7820, 09-7812, 09-7811, 09-7810, 09-7813, | * |
| 09-7983, 09-7984, 09-7987, 09-7974, 09-7991, | * |
| 09-7977, 09-7965, 09-7961, 09-7960, 09-7972, | * |
| 09-7971, 09-7966, 09-7800, 09-7962, 09-7801, | * |
| 09-7797, 09-7980, 09-7978, 09-7922, 09-7921, | * |
| 09-7819, 09-7824, 09-7818, 09-7816, 09-7889, | * |
| 09-7892, 09-7835, 09-7897, 09-7898, 09-7890, | * |
| 09-7891, 09-7894, 09-7893, 09-7904, 09-7903, | * |
| 09-7899, 09-7895, 09-7896, 09-7793, 09-7887, | * |
| 09-7792, 09-7817, 09-7908, 09-7907, 09-7906, | * |
| 09-7905, 09-7815, 09-7911, 09-7910, 09-7909, | * |
| 09-7795, 09-7796, 09-7822, 09-7917, 09-7912, | * |
| 09-7913, 09-7918, 09-7919, 09-7920, 09-7916, | * |
| 09-7914, 09-7829, 09-7830, 09-7832, 09-7834, | * |
| 09-7858, 09-7859, 09-7967, 09-7964, 09-7990, | * |
| 09-7825, 09-7836, 09-7849, 09-7846, 09-7848, | * |
| 09-7851, 09-7853, 09-7844, 09-7847, 09-7850, | * |
| 09-7924, 09-7925. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **RULE 7.6 CERTIFICATE**

2

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that liason counsel for the Manufacturing Defendants has informed Plaintiffs' counsel that they are not opposed this motion.  Additionally, undersigned counsel for Plaintiffs certifies that liason counsel for the Insurance Defendants has informed Plaintiffs' counsel that they are not opposed this motion.  The liason counselors for the Contracting Defendants have been contacted but have been unable to respond to date.  The attorney for the government (FEMA) has informed the undersigned that they object to this motion, although they are not parties to any of the above civil actions.

        Respectfully submitted,

        /s/ Mikal C. Watts

        _____
        **MIKAL C. WATTS**
        **Trial Attorney in Charge for Plaintiffs**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

        **ROBERT C. HILLIARD**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No.  5912
        Kevin W. Grillo, Of Counsel
        Texas State Bar No. 08493500
        Southern District of TX Federal ID No. 4647
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone:  (361) 882-1612
        Facsimile:  (361) 882-3015

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of April, 2010.

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**

4