UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO | | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

CIVIL CASE NOS. 08-5031, 09-6940, 09-4708,
09-6941, 09-4709, 09-7536, 09-6942, 09-4710,
09-5989, 09-7532, 09-6943, 09-6957, 09-6955,
09-6956, 09-4711, 09-4712, 09-6162, 09-6496,
09-6504, 09-6505, 09-6502, 09-6503, 09-4713,
09-6719, 09-4714, 09-6642, 09-4715, 09-6395,
10-0534, 09-6949, 09-6951, 09-6944, 09-6945,
09-6947, 09-4716, 09-4717, 09-4718, 09-4719,
09-6720, 09-4720, 09-6965, 09-6157, 09-6964,
09-4721, 09-6171, 09-7533, 09-6966, 09-6958,
09-4722, 09-6960, 09-4723, 09-6961, 09-4724,
09-6169, 09-6962, 09-4725, 09-6946, 09-4726,
09-7531, 09-6948, 09-4727, 09-5990, 09-6950,
09-4728, 09-6954, 09-4729, 09-5991, 09-7530,
09-6959, 09-6916, 09-4730, 09-6417, 09-4731,
09-6938, 09-4732, 09-5983, 09-7535, 09-6939,
09-4733, 09-7534, 09-6937, 09-4734, 09-6935,
09-4735, 09-6936, 09-4736, 09-5985, 09-6933,
09-4737, 09-6155, 09-6932, 09-4738, 09-6641,
09-4739, 09-6931, 09-4740, 09-6167, 09-6930,
09-4741, 09-6640, 09-6639, 09-4742, 09-5987,
09-6929, 09-4743, 09-6159, 09-6718, 09-4744,
09-6638, 09-6164, 09-6928, 09-4745, 09-6927,
09-4746, 09-6926, 09-4747, 09-6925, 09-4748,
09-6924, 09-4749, 09-6418, 09-4750, 09-6923,
09-4751, 09-6160, 09-6635, 09-6637, 09-4752,
09-5988, 09-6922, 09-4753, 09-6921, 09-6920,
09-4754, 09-6919, 09-4755, 09-5986, 09-4756,
09-5984, 09-6918, 09-4757, 09-6917, 09-4758,
09-4759, 09-4676, 09-4677, 09-4678, 09-4679,
09-4680, 09-4681, 09-4685, 09-4686, 09-4684,
09-4683, 09-4682, 09-4687, 09-4697, 09-4698,
09-4696, 09-4699, 09-4700, 09-4688, 09-4689,
09-4690, 09-4691, 09-4692, 09-4693, 09-4694,
09-4695, 09-4701, 09-4702, 09-4703, 09-4704,
09-4705, 09-4706, 09-4707, 09-7062, 09-7063,

1

| | |
|---|---|
| 09-7064, 09-7065, 09-7066, 09-7067, 09-7068, | * |
| 09-7069, 09-7070, 09-7072, 09-7073, 09-7074, | * |
| 09-7075, 09-7076, 09-7078, 09-7079, 09-7081, | * |
| 09-7082, 09-7083, 09-7085, 09-7086, 09-7088, | * |
| 09-7089, 09-7091, 09-7093, 09-7094, 09-7096, | * |
| 09-7101, 09-7102, 09-7103, 09-7104, 09-7106, | * |
| 09-7080, 09-7084, 09-7087, 09-7090, 09-7092, | * |
| 09-7095, 09-7098, 09-7099, 09-7100, 09-7117, | * |
| 09-7118, 09-7119, 09-7120, 09-7114, 09-7107, | * |
| 09-7108, 09-7115, 09-7116, 09-7110, 09-7111, | * |
| 09-7112, 09-7113, 09-7121, 09-7122, 09-7123, | * |
| 09-7124, 09-7109, 09-7404, 09-7403, 09-7405, | * |
| 09-7406, 09-7419, 09-7420, 09-7421, 09-7411, | * |
| 09-7412, 09-7413, 09-7414, 09-7415, 09-7423, | * |
| 09-7425, 09-7402, 09-7401, 09-7400, 09-7399, | * |
| 09-7398, 09-7416, 09-7417, 09-7418, 09-7426, | * |
| 09-7427, 09-7439, 09-7428, 09-7430, 09-7429, | * |
| 09-7422, 09-7852, 09-7854, 09-7838, 09-7841, | * |
| 09-7843, 09-7973, 09-7828, 09-7857, 09-7855, | * |
| 09-7827, 09-7856, 09-7833, 09-7831, 09-7963, | * |
| 09-7799, 09-7804, 09-7798, 09-7803, 09-7842, | * |
| 09-7840, 09-7794, 09-7821, 09-7809, 09-7808, | * |
| 09-7807, 09-7806, 09-7805, 09-7814, 09-7845, | * |
| 09-7826, 09-7823, 09-7837, 09-7839, 09-7802, | * |
| 09-7820, 09-7812, 09-7811, 09-7810, 09-7813, | * |
| 09-7983, 09-7984, 09-7987, 09-7974, 09-7991, | * |
| 09-7977, 09-7965, 09-7961, 09-7960, 09-7972, | * |
| 09-7971, 09-7966, 09-7800, 09-7962, 09-7801, | * |
| 09-7797, 09-7980, 09-7978, 09-7922, 09-7921, | * |
| 09-7819, 09-7824, 09-7818, 09-7816, 09-7889, | * |
| 09-7892, 09-7835, 09-7897, 09-7898, 09-7890, | * |
| 09-7891, 09-7894, 09-7893, 09-7904, 09-7903, | * |
| 09-7899, 09-7895, 09-7896, 09-7793, 09-7887, | * |
| 09-7792, 09-7817, 09-7908, 09-7907, 09-7906, | * |
| 09-7905, 09-7815, 09-7911, 09-7910, 09-7909, | * |
| 09-7795, 09-7796, 09-7822, 09-7917, 09-7912, | * |
| 09-7913, 09-7918, 09-7919, 09-7920, 09-7916, | * |
| 09-7914, 09-7829, 09-7830, 09-7832, 09-7834, | * |
| 09-7858, 09-7859, 09-7967, 09-7964, 09-7990, | * |
| 09-7825, 09-7836, 09-7849, 09-7846, 09-7848, | * |
| 09-7851, 09-7853, 09-7844, 09-7847, 09-7850, | * |
| 09-7924, 09-7925. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Request to File a Global Motion for Leave to Amend and Add the United States Once All Plaintiffs' Claims are Ripe as to the United States:

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Watts Hilliard, L.L.C. may, at a later date, may file one (1) global motion for leave to file amend their lawsuit against the United States of America on behalf of all its Plaintiffs, and one (1) global amended complaint adding United States of America as a Defendant, which will effectively apply to the 385 lawsuits referenced above.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
**JUDGE KURT D. ENGELHARDT**