# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

April 21, 2010


U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 21 2010
LORETTA G. WHYTE
CLERK

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:   C.A. No. 09-8379; *Jason James, et al vs. Travelers Property Casualty Company of America TIL, et al*; United States District Court, Eastern District of Louisiana

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer. Please issue summons on the Amended Complaint for Damages to the following:

Travelers Property Casualty Company of America TIL

Fluor Enterprises, Inc.
Through its registered agent:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

The United States of America through:
United States Department of Justice
The Honorable Eric Holder
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Fee____
Process___
X Dktd____
___ CtRmDep____
___ Doc. No._____

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130

Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

J. Scott Daniels

JSD/*dcc*
Enclosures

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only