

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER <br> FORMALDEHYDE PRODUCTS <br> LIABILITY LITIGATION <br><br> THIS DOCUMENT IS RELATED TO <br><br> C.A. No. 09-8380; *Derrick Celius, et al* <br> vs. *Insurco, LTD., et al* | MDL NO. 1873 <br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Derrick Celius - Shaw
2. Cathy Allridge – CH2MHILL
3. Cathy Allridge on behalf of Jameshia Allridge - CH2MHILL
4. Cathy Allridge on behalf of Louise Allridge - CH2MHILL
5. Cathy Allridge on behalf of Candy Caine - CH2MHILL
6. Cathy Allridge on behalf of Sade Caine - CH2MHILL
7. Jeffery Allridge - Fluor
8. JoAnna Bonin – Fluor
9. Bruce Dave - Fluor
10. Jennifer Davis on behalf of Drusallar Davis - Fluor
11. Jennifer Davis on behalf of Ebony Davis - Fluor
12. Jennifer Davis on behalf of JaJuan Davis - Fluor
13. Jennifer Davis - Fluor
14. Jennifer Davis on behalf of Wayne Harvey - Fluor
15. Chasidy Guillory on behalf of Alayna Guillory - Fluor
16. Chasidy Guillory on behalf of Braden Guillory - Fluor
17. Chasidy Guillory - Fluor
18. Chasidy Guillory on behalf of Gavan Guillory - Fluor
19. Lamont Guillory - Fluor
20. Linda Hunter - Fluor
21. Clarence Jackson - Fluor

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

22. Tiffany Jackson on behalf of Kei'mon Green - Shaw
23. Tiffany Jackson on behalf of Keithron Green Jr. - Shaw
24. Tiffany Jackson - Shaw
25. Tiffany Jackson on behalf of Ty'asia Jackson - Shaw
26. Eugeika Jacobs - Fluor
27. Eugeika Jacobs on behalf of Enos Jones - Fluor
28. Keionna Jacobs - Fluor
29. Kim Jacobs - Fluor
30. Kim Jacobs on behalf of Tonisha Jacobs - Fluor
31. Jowana Jones on behalf of D'Amaria Mason - Fluor
32. Jowana Jones on behalf of D'Laysia Mason - Fluor
33. Mary Jones on behalf of Chermaine Jones - Fluor
34. Mary Jones - Fluor
35. Mary J Jones - Fluor
36. Mary Jones on behalf of Paul Williams - Fluor
37. Mary Jones on behalf of Paul Williams Jr. - Fluor
38. Shalonda Jones - Fluor
39. Anitra Joseph - Fluor
40. Charles Joseph on behalf of Desmond Bellard - Fluor
41. Charles Joseph on behalf of Alayna Joseph - Fluor
42. Charles Joseph - Fluor
43. Edward Joseph - Fluor
44. Mary Kelly on behalf of Jazmyne Kelly - Fluor
45. Mary Kelly on behalf of Keshawn Kelly - Fluor
46. Mary Kelly - Fluor
47. Mary Kelly on behalf of Sarelius Lathers - Fluor
48. LaToya LeBlanc - Fluor
49. Michael LeBlanc - Fluor
50. Henry Matherne - Fluor
51. Rinda Matherne - Fluor
52. Rinda Matherne on behalf of Henry Matherne Jr. - Fluor
53. Cynthia McFarland on behalf of Brian McFarland - Shaw
54. Cynthia McFarland - Shaw
55. Cynthia McFarland on behalf of Rory McFarland - Shaw
56. Connie McGee on behalf of Mark Jones Jr. - Fluor
57. Connie McGee - Fluor
58. Connie McGee on behalf of Keiondriah McGee - Fluor
59. Connie McGee on behalf of Keionnie McGee - Fluor
60. Connie McGee on behalf of Keiontae McGee - Fluor
61. Connie McGee on behalf of Kensay McGee - Fluor
62. Brandon McKinney - Shaw
63. Edward McKinney - Shaw
64. Lisa McKinney - Shaw
65. Anika Nelson on behalf of Destony Guidry - Fluor
66. Anika Nelson on behalf of Darrien Guillory - Fluor
67. Anika Nelson on behalf of D'Marrick Guillory - Fluor

68. Anika Nelson on behalf of Derrick Guillory Jr. - Fluor
69. Anika Nelson - Fluor
70. Michael Overmeyer - Fluor
71. Sandra Savant - Fluor
72. Brad Savoy - Fluor
73. Mary Seals on behalf of Adrienna Seals - Fluor
74. William Smith on behalf of Brianna Smith – CH2MHILL
75. William Smith on behalf of Christopher Smith – CH2MHILL
76. William A Smith – CH2MHILL
77. William R Smith – CH2MHILL
78. Lynn Thompson - Fluor
79. Tracy Toomer on behalf of Kenneth Toomer - Shaw
80. Tracy Toomer - Shaw
81. Anita Walker - Fluor
82. Barbara Washington - Fluor
83. Donald Washington on behalf of Kia Brown - Fluor
84. Donald Washington on behalf of Jeremiah Joseph - Fluor
85. Donald Washington - Fluor
86. Laura Washington on behalf of Dayln Belvin - Fluor
87. Laura Washington on behalf of Denzel Belvin - Fluor
88. Laura Washington on behalf of Jai Belvin - Fluor
89. Laura Washington on behalf of Dylan Bush - Fluor
90. Laura Washington - Fluor
91. Louise Webb - Fluor
92. Mary White on behalf of Tytana Meggs - Fluor
93. Mary White on behalf of Vyshonn Meggs - Fluor
94. Mary White - Fluor
95. Morris Williams Sr. - Fluor
96. Willie Williams Sr. - Fluor
97. Lisa Williams - Fluor
98. Lisa Williams on behalf of Morris Williams Jr. - Fluor
99. Lisa Williams on behalf of Anothony Winn - Fluor
100. Percill Williams Sr. - Shaw
101. Shelly Williams on behalf of Kenneth Holland - Shaw
102. Shelly Williams - Shaw
103. Shelly Williams on behalf of Percill Williams Jr. - Shaw
104. Wayne Young - Shaw
105. Kenyontia Hunter - Shaw
106. Kenyontia Hunter on behalf of Chastity Hunter - Shaw
107. Kenyontia Hunter on behalf of Cody Hunter - Shaw
108. Kenyontia Hunter on behalf of Quinton Hunter - Shaw
109. Kenyontia Hunter on behalf of Terrell Hunter - Shaw
110. Kenyontia Hunter on behalf of Tyrese Hunter - Shaw
111. Jowana Jones - Fluor
112. Rinda Matherne on behalf of Shahana Matherne - Fluor
113. Rinda Matherne on behalf of Tyler Matherne - Fluor

114. Mary Seals - Fluor
115. Anita Walker on behalf of Benjamin LeBlanc - Fluor
116. Anita Walker on behalf of Isiaha Walker - Fluor
117. Anita Walker on behalf of Jadon Walker - Fluor
118. Anita Walker on behalf of Raylon Walker - Fluor
119. Anita Walker on behalf of Zacchaeus Walker - Fluor
120. Ernest Moses - Fluor

        Respectfully submitted,

### THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
### THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

        **ATTORNEYS FOR PLAINTIFFS**