

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     APR 2 1 2010

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * * | |
| C.A. No. 09-8381; *Cedric Cushenberry, et al vs. Crum & Forster Specialty Insurance Company, et al* | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit

A to their Amended Complaint to match the following Plaintiffs to the following

Contractor/Installer Defendants:

1. Cedric Cushenberry - Shaw
2. Gen'tel Allen - Shaw
3. Gen'tel Allen on behalf of Golden Allen - Shaw
4. Felicia Anderson on behalf of Alexis Anderson - Fluor
5. Felicia Anderson - Fluor
6. Felicia Anderson on behalf of Renaldo Anderson Jr. - Fluor
7. Lawrence Bell - Fluor
8. Gloria Bennett - Fluor
9. Gloria Bennett on behalf of Jeffery Stewart - Fluor
10. Velma Berry - Fluor
11. Ashley Brooks-Robinson - Fluor
12. Gerald Brundy - Shaw
13. Willie Celestine - Fluor
14. Daniel Chaney Sr. - Shaw
15. Joan Clayton - Fluor
16. Dianne Coates - Fluor
17. Andre Colar - Fluor
18. Alvirda Cook - Shaw
19. Jacqueline Cornelius - Shaw
20. Charles W Davis - Fluor

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

21. Charles Davis III - Shaw
22. Pamela Davis on behalf of Curissa Davis - Fluor
23. Pamela Davis - Fluor
24. Robson De Moura - Fluor
25. Martina Diolulu - Shaw
26. Sonia Dixon – CH2MHILL
27. Leonard Dorsey - Fluor
28. Karen Fefie – CH2MHILL
29. Latrice Fefie - Fluor
30. Napoleon Foster - Shaw
31. Alma Francis - Fluor
32. Averist Francis -- Del Jen
33. Felisa Francis - Fluor
34. Felisa Francis on behalf of Keoni Francis - Fluor
35. Felisa Francis on behalf of Malik Francis - Fluor
36. Wayne Galle - Fluor
37. Andre Givens - Fluor
38. Charles Givens - Shaw
39. Nellie Givens - Shaw
40. Nellie Givens as representative of the estate of Kerwin Givens - Shaw
41. Gerald Guy Sr. on behalf of Geranika Cobbins - Fluor
42. Gerald Guy Sr. on behalf of Gerard Cobbins - Fluor
43. Gerald Guy Sr. on behalf of Gernaro Cobbins - Fluor
44. Gerald Guy Sr. on behalf of Jeremiah Cobbins - Fluor
45. Gerald Guy Sr. on behalf of Jernay Cobbins - Fluor
46. Gerald Guy Sr. on behalf of Gerald Guy Jr. - Fluor
47. Gerald Guy Sr.  - Fluor
48. Wendel Guy on behalf of Maleek Guy - Fluor
49. Wendel Guy - Fluor
50. Willie Guy - Fluor
51. Leonard Hamilton - Fluor
52. Bryan Hebert - Fluor
53. JoAnn Henderson on behalf of Daunte James - Fluor
54. JoAnn Henderson on behalf of Devin James - Fluor
55. JoAnn Henderson - Fluor
56. Constance Holden – Fluor
57. Constance Holden on behalf of Tonisha  Moore - Fluor
58. Constance Holden on behalf of Danielle  Taylor - Fluor
59. Constance Holden on behalf of Trevor  Taylor - Fluor
60. Keldrin James - Fluor
61. Melissa James on behalf of Jimmeica Beachamp - Fluor
62. Melissa James on behalf of Kaishaira James - Fluor
63. Melissa James on behalf of Kavondre James - Fluor
64. Melissa James on behalf of Bryan Spears - Fluor
65. Melissa James on behalf of Kortavious Spears - Fluor
66. Sharon Jester - Fluor

67. Stone Johnson Jr. - Fluor
68. Joyce Johnson - Fluor
69. Mercy Johnson - Fluor
70. MercyDee Johnson on behalf of Harmony Davis - Fluor
71. MercyDee Johnson on behalf of Rachel Davis - Fluor
72. Joseph Jones Jr. - Shaw
73. LabranchMervle as representative of the estate of Josephine Alexander - Fluor
74. Adam LaCour - Shaw
75. Branden LaCour - Shaw
76. Edward LaCour - Shaw
77. Leslie LaCour - Shaw
78. Leslie Lacour on behalf of Emanuel Nicholas - Shaw
79. Leslie Lacour ie on behalf of Samuel Nicholas II - Shaw
80. Marilyn LaCour - Shaw
81. Nicole Lacour on behalf of Nia Carter - Shaw
82. Nicole LaCour - Shaw
83. Rowena Leggins - Fluor
84. Sheila Lewis Ford - Fluor
85. Tyra Mcgruder on behalf of Brittney McGruder - Fluor
86. Tyra Mcgruder on behalf of Nekeia McGruder - Fluor
87. Tyra McGruder - Fluor
88. Tanya McKinnis - Fluor
89. Tanya Mckinnis on behalf of Tahj Painia - Fluor
90. Elsa Mejia on behalf of Robson Mattos Jr. - Fluor
91. Elsa Mejia - Fluor
92. Elsa Mejia on behalf of Valentine Mattos - Fluor
93. Larry Mitchell - Fluor
94. Catherine Moore - Fluor
95. Elveria Morgan-Branch - Fluor
96. Delores Moss - Fluor
97. Georgia Musacchia - Fluor
98. Gerogia Musacchia on behalf of Troy Musacchia Jr. - Fluor
99. Chaster Nelson - Shaw
100. Leslie Papillion on behalf of Kristopher Papillion - Fluor
101. Leslie Papillion on behalf of Lacie Papillion - Fluor
102. Leslie Papillion - Fluor
103. Leslie Papillion on behalf of Savon Price - Fluor
104. Leslie Papillion on behalf of Ephriam Price III - Fluor
105. Beyonica Peterson - Fluor
106. Beyonica Petersonon behalf of Donovan Peterson - Fluor
107. Ellen Peterson on behalf of Donovan Deloney - Fluor
108. Ellen Peterson - Fluor
109. Vilna Peters - Shaw
110. Anthony Pierce Sr. - Fluor
111. Celina Pierce - Fluor
112. Dorothy Price as representative of the estate of Edward Baker - Fluor

113. Dorothy Price - Fluor
114. Edward Price - Fluor
115. Joel Price - Fluor
116. Shelia Rainey - Fluor
117. Curley Reed Jr. - Fluor
118. Betty Robertson - Fluor
119. Marilyn Robinson - Fluor
120. Ella Sanchez - Fluor
121. Curtis Scott - Fluor
122. Patricia Smith - Fluor
123. Patricia F Smith - Fluor
124. Bobby Solomon - Fluor
125. Gavin Solomon - Fluor
126. Nelda Thomas - Fluor
127. Charles Toussaint - Shaw
128. Johnny Vanderhoff - Fluor
129. Mary Vanderhoff - Fluor
130. Darryl White - Shaw
131. David Williams Sr. - Fluor
132. Jacquelyn Williams - Shaw
133. Kealon Williams - Fluor
134. Gen'tel Allen on behalf of Shanuja Grimes - Shaw
135. Leslie Papillion on behalf of Isabelle Kobe - Fluor
136. Larry Mitchell on behalf of Quincy Lindsey - Fluor
137. Larry Mitchell on behalf of Loriel Mitchell - Fluor
138. Doris Robinson - Fluor

Respectfully submitted,

## THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:

# THE BUZBEE LAW FIRM

Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

                                    */s/ John Munoz*
                                      JOHN MUNOZ, #9830