**Bain, Adam (CIV)**

| | |
|---|---|
| From: | Bain, Adam (CIV) |
| Sent: | Tuesday, April 13, 2010 4:54 PM |
| To: | 'jwoods@gainsben.com' |
| Cc: | Miller, Henry (CIV); Dinnell, Adam (CIV) |
| Subject: | PSC's Motion for Relief from Judgment in Castanel |

Justin,

I have been tasked with responding to PSC's recent motion for relief from judgment (Doc No 13262). In looking this over, it appears to me that the Court did ***not*** enter a Rule 54(b) judgment in the *Castanel* case, as it had in *Cooper* on your motion. Rather, the January 22 Order in *Castanel* was a simple dismissal, and is not final or appealable until the PSC's claims against the remaining defendants in *Castanel* are resolved.

As you may recall, in *Cooper*, after the Court's Order dismissing the claims, the PSC filed for Interlocutory Appeal or Rule 54(b) Judgment. The Court ultimately issued a Rule 54(b) Judgment. Then, PSC filed a motion for relief from that judgment (similar to what you have filed here for *Castanel*), which was recently denied.

Here, since there is no final appealable judgment yet, I believe your motion is premature or mis-styled. Of course, with over 13,000 pleadings, I could have missed the judgment, but I don't think there has been one.

I don't think there would be any prejudice to you in withdrawing this.

Let me know what you think.

Sincerely,


Adam Bain
Senior Trial Counsel
Torts Branch, Civil Division
P.O. Box 340, Ben Franklin Station
Washington, DC 20044
(202) 616-4209
adam.bain@usdoj.gov


GOVERNMENT EXHIBIT
1

1