UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            *   MDL NO. 1873
       FORMALDEHYDE PRODUCTS   *
       LIABILITY LITIGATION    *   SECTION "N" (5)
                               *
                               *   JUDGE ENGELHARDT
                               *   MAGISTRATE CHASEZ
                               *
THIS DOCUMENT IS RELATED TO    *
                               *
C.A. No. 09-8384; *Glen Butler, et al* *
vs. *Coachmen Industries, Inc., et al* *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Glen Butler - Shaw
2. Joseph Aguillard - Flour
3. Denise Bigelow on behalf of Jasmine Bigelow - Fluor
4. Keiwanna Bigelow - Fluor
5. Keiwanna Bigelow on behalf of Joshua Arceneaux - Fluor
6. Keiwanna Bigelow on behalf of Brianna Robinson - Fluor
7. Michael Braud - Fluor
8. Carol Brown - Fluor
9. Carol Brown on behalf of Virnell Brown - Fluor
10. Carol Brown on behalf of Vernisha Jones - Fluor
11. Carol Brown on behalf of Verquisha Jones - Fluor
12. Bryan Callaway - Fluor
13. Jacqueline Celestine - Flour
14. Le Jawn Celestine - Flour
15. Harriet Chapman on behalf of Ashley Chapman - Fluor
16. Harriet Chapman - Fluor
17. Curtis Chenier - Fluor
18. Jamar Cornelius - Shaw
19. Angela Craig - Fluor

20. Angela Craig on behalf of Tre'von Brundy - Fluor
21. Charles Davis - Shaw
22. Shirley Davis - Shaw
23. Damien Dixon - Shaw
24. Damien Dixon on behalf of Demi Dixon - Fluor
25. Damien Dixon on behalf of Kennedy Dixon - Fluor
26. Carolyn Doss - Flour
27. Carolyn Doss on behalf of Iesha Hasan - Flour
28. Carolyn Doss on behalf of Mizani Hasan - Flour
29. Alzina Dunn - Flour
30. Evelyn Evans - Flour
31. Louis Evans - Fluor
32. Webster Feliciana Jr. - Fluor
33. Ericka Fobbs - Fluor
34. Eric Fobbs - Shaw
35. Margia Fobbs - Fluor
36. Wayne Galle - Flour
37. Lance Green - Fluor
38. Salim Hasan - Flour
39. James Henderson - Fluor
40. Gwendolyn Howard - Shaw
41. Andrew Hutcherson Jr. - Fluor
42. Charmaine Johnson - Fluor
43. Marla Jones on behalf of Mar'kel Jones - Shaw
44. Marla Jones - Shaw
45. Marla Jones on behalf of Ro'Shanea Jones - Shaw
46. Lakiba Joseph - Fluor
47. Lakiba Joseph on behalf of Jamie Joseph - Fluor
48. Lakiba Joseph on behalf of Patrick Joseph - Fluor
49. Lakiba Joseph on behalf of Shona Joseph - Fluor
50. Dorothy Lenoir - Unknown
51. LaTonya London on behalf of Edbony London - Shaw
52. LaTonya London on behalf of Mary London - Shaw
53. LaTonya London on behalf of Darrell Madison - Shaw
54. LaTonya London on behalf of Darren Madison - Shaw
55. LaTonya London on behalf of Derrell Madison - Shaw
56. Dominique Marco - Fluor
57. Donald Marco - Fluor
58. Donita Marco - Fluor
59. Jack Massey - Flour

60. Julia Massey - Flour
61. Geraldine Matthews - Flour
62. Geraldine Matthews on behalf of Wentrell Price - Flour
63. Anne Mayeux - Flour
64. Michael Mayeux on behalf of Clint Mayeux - Flour
65. Michael Mayeux - Flour
66. Archie McCoy - Fluor
67. Jessica Mcpherson-Ceasar - Fluor
68. Jessica McPherson-Ceaser on behalf of Cydne Ceasar - Fluor
69. Jessica McPherson-Ceaser on behalf of Clarence Ceasar, IV - Fluor
70. Stacie Mitchell - Shaw
71. Stacie Mitchell on behalf of Daniel Mitchell III - Shaw
72. Stacie Mitchell on behalf of Ashley Cinquemano - Shaw
73. Calhoun Moultrie Jr. - Fluor
74. Frank Mumphrey on behalf of Anthony Mumphrey - Flour
75. Frank Mumphrey - Flour
76. Frank Mumphrey on behalf of Wendy Mumphrey - Flour
77. Catherine Offord - Fluor
78. Christopher Offord - Fluor
79. Darlene Pichon – CH2MHILL
80. Dobby Pichon - Fluor
81. Sierra Richardson - Shaw
82. Patsy Siener on behalf of Justin Siener - Flour
83. Patsy Siener - Flour
84. Richard Siener - Flour
85. Stephen Siener - Flour
86. David Sims - Shaw
87. Marita Sims - Shaw
88. Paula Smallwood as representative of the estate of Lois Perkinson - Flour
89. Daniel Smith - Fluor
90. Daniel Smith on behalf of Cierra Trask - Fluor
91. Daniel Smith on behalf of Devon Trask - Fluor
92. Daniel Smith on behalf of Devonte Trask - Fluor
93. Mark Smith - Shaw
94. Robert Smith - Fluor
95. Dianne Swanson - Fluor
96. Dianne Swanson on behalf of Gage Zigler - Fluor
97. Barbara Taylor - Fluor
98. Barbara Taylor on behalf of Carrie Taylor - Fluor
99. Barbara Taylor on behalf of Cornell Taylor - Fluor

100. Ruby Thomas - Fluor
101. Ruby Thomas on behalf of Ebony Butler - Fluor
102. Wetahanna Trask - Fluor
103. Wetahanna Trask on behalf of Cierra Trask - Fluor
104. Wetahanna Trask on behalf of De'Von Trask - Fluor
105. Wetahanna Trask on behalf of DeVonte Trask - Fluor
106. Stephanie Turner on behalf of Mason Siener - Flour
107. Stephanie Turner - Flour
108. Roland Veal Sr. - Flour
109. Agnes Veal - Flour
110. Agnes Veal on behalf of Jared Veal - Flour
111. Mattie Watts-Hicks - Fluor
112. Alex Wilkins - Flour
113. Isiah Williams III - Flour
114. Terrence Williams - Shaw
115. Vera Williams - Flour
116. Robert Zigler III - Fluor
117. Miaya Hansell - Fluor
118. Miaya Hansell on behalf of Amir Hansell - Fluor
119. Tanya Mitchell-Darensburg on behalf of the Estate of Georgia Mitchell - Fluor
120. Denita Prout - Fluor
121. Denita Prout on behalf of Aleigha Turner - Fluor
122. Denita Prout on behalf of Essence Turner - Fluor
123. Cardez White - Fluor
124. Arva Danielle Lewis - Fluor
125. LaTonya London - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830