U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 21 2010

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * * | |
| C.A. No. 09-8385; *Alvin Hardin, et al* vs. *Thor California, Inc. dba Thor Manufacturing, et al* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1) Alvin Hardin - Shaw
2) Edward Ballet - Shaw
3) Edward Ballet on behalf of Derell Ballet - Shaw
4) Edward Ballet on behalf of Edward Ballet IV - Shaw
5) Edward Ballet on behalf of Egypt Ballet - Shaw
6) Edward Ballet on behalf of Dunteja Ballet - Shaw
7) Edward Ballet on behalf of TayKuan Ballet - Shaw
8) Edward Ballet on behalf of Tykema Ballet - Shaw
9) Herman Brown - Shaw
10) Beth Isaac – CH2MHILL
11) Beth Isaac on behalf of Ja'Larius Valentine – CH2MHILL
12) Jamia Anita LaFrance - Shaw
13) Rosaline McDonald – CH2MHILL
14) Rosaline McDonald on behalf of Tevin Clark – CH2MHILL
15) Sandra Lee Smith - Shaw
16) Sandra Lee Smith on behalf of Yondra Smith - Shaw
17) Sandra Lee Smith on behalf of Yoneisha Smith - Shaw
18) Robert Stone - Shaw
19) Alberta Thomas - Shaw
20) Toinette Walker - Shaw
21) Bettie West - Shaw

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830