UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT IS RELATED TO<br><br>C.A. No. 09-8386; *Elaine Rush, et al*<br>vs. *Lexington Homes, Inc., et al* | MDL NO. 1873<br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Elaine Rush - Fluor
2. Joshua Ashworth - Shaw
3. Carla Campo - Fluor
4. Carla Campo on behalf of Angel Griffin - Fluor
5. Carla Campo on behalf of Nathaniel Griffin - Fluor
6. Carla Campo on behalf of Ryan Griffin - Fluor
7. Willie Delancey - Shaw
8. Willie Delancey on behalf of Janaya Hawkins - Shaw
9. Debra Delone - Shaw
10. Donovan Delone - Shaw
11. Joseph Frederick III - Shaw
12. Joseph Frederick Jr. - Shaw
13. Joseph Frederick Jr as representative of the estate of Helen Reddick - Shaw
14. Joseph Frederick Jr as representative of the estate of Sherleen Reddick - Shaw
15. Margaret Gaskin - Shaw
16. Kenneth Griffin - Fluor
17. Karent Hansell - Shaw
18. Ametris Hatcher - Shaw
19. Deon Hatcher - Shaw
20. Deon Hatcher on behalf of Da'Andrea Hatcher - Shaw
21. Vera Hawkins - Shaw

22. Heather Heath on behalf of Alexis Ashworth - Shaw
23. Heather Heath on behalf of Laken Baily - Shaw
24. Heather Heath - Shaw
25. Myrtle Latigue - Fluor
26. Michelle Riley on behalf of Kiona Riley - Shaw
27. Michelle Riley - Shaw
28. Kendell Sampson - Shaw
29. Charles Slack - Shaw
30. Jeanne Turlich - Shaw
31. Margaret Veal as representative of the estate of Arthur Gaskin - Shaw
32. Steven Westbrooks - Fluor
33. Allegra Williams on behalf of Ja'Mia Hines - Shaw
34. Allegra Williams - Shaw
35. Allegra Williams on behalf of Darrell Williams Jr. - Shaw
36. Clarelda Williams on behalf of Andrea Mckinley - Shaw
37. Clarelda Williams on behalf of D'Andre Mckinley - Shaw
38. Clarelda Williams - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

## ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830