UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8387; *Gwaine Luno, et al vs. Lakeside Park Homes, Inc., et al* | |

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Gwaine Luno - Fluor
2. Betty Adams – Fluor
3. Earl Adams – Fluor
4. John Adams – Fluor
5. Lisa Adams – Fluor
6. Latasha Anderson - Fluor
7. Sandy Baker on behalf of Taylor Smith - Fluor
8. Patricia Barnes on behalf of Ciera Barnes - Fluor
9. Patricia Barnes on behalf of Daville Barnes - Fluor
10. Patricia Barnes - Fluor
11. Patricia Barnes on behalf of Shaquille Barnes - Fluor
12. Elia Blocker on behalf of Donte Greene - Fluor
13. John Curtis - Fluor
14. Patricia Curtis - Fluor
15. Denise Flut - Fluor
16. Kiara Flut - Fluor
17. Korey Jackson – Fluor
18. Jan Kinkella - Shaw
19. Jan Kinkella on behalf of Blake Rizzuto - Shaw
20. Lorraine Martin - Fluor

21. Victor Martzall - Fluor
22. Bevelyn McGill – Fluor
23. Johnny McGill - Fluor
24. Michael Pichon as representative of the estate of Elaine Pichon - Fluor
25. Adela Ruiz - Fluor
26. Ronald Smith - Fluor
27. Sabrina Smith on behalf of Taylor A Smith - Fluor
28. Sabrina Smith on behalf of Ronald Smith - Fluor
29. Sabrina Smith - Fluor
30. Gabrielle Sparks on behalf of Janiyah Jones - Fluor
31. Gabrielle Sparks on behalf of Andre' Sparks - Fluor
32. Gabrielle Sparks on behalf of Davon Sparks - Fluor
33. Gabrielle Sparks - Fluor
34. Gabrielle Sparks on behalf of Tajon Sparks - Fluor
35. Paula Terry - Fluor
36. Marion Thornton – Fluor
37. Jesus Velasquez - Fluor
38. Sylvia Velasquez on behalf of Eric Montegue - Fluor
39. Sylvia Velasquez - Fluor
40. Sylvia Velasquez on behalf of Antonia Villa - Fluor
41. Adela Villa - Fluor
42. Sandy Marie Baker on behalf of Shae Lynn Smith - Fluor
43. Judith Hutton – CH2MHILL

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)

GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

### ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830