

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　*　　MDL NO. 1873
　　　　FORMALDEHYDE PRODUCTS　*
　　　　LIABILITY LITIGATION　　　*　　SECTION "N" (5)
　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　*　　MAGISTRATE CHASEZ
　　　　　　　　　　　　　　　　　*
THIS DOCUMENT IS RELATED TO　　　*
　　　　　　　　　　　　　　　　　*
C.A. No. 09-8388; *Claudette Mayon, et al*　*
vs. *DS Corp. d/b/a CrossRoads RV, et al*　*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Claudette Mayon - Fluor
2. Shanaundra Alexander - Fluor
3. Cheryl Ambrose - Fluor
4. Mary August - Fluor
5. Theresa Baldwin - Fluor
6. Theresa Baldwin on behalf of De'Vontae Lede - Fluor
7. Theresa Baldwin on behalf of Da'Lana Mouton - Fluor
8. Linda Barber - Fluor
9. Linda Barber on behalf of Azell Barber - Fluor
10. Linda Barber on behalf of D'Asia Barber - Fluor
11. Linda Barber on behalf of Deborah Matjan - Fluor
12. Michael Barber - Fluor
13. Cynthia Bargeman - Fluor
14. Clarence Barley Jr. - Fluor
15. Angela Barley - Fluor
16. Mariko Barley - Fluor
17. Sylvester Barrett - Fluor
18. Theresa Barrett - Fluor
19. Arlene Braxton - Fluor
20. Brandon Cannon - Fluor
21. Susan Cannon - Fluor

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

22. Susan Cannon on behalf of Kristen Medeiros - Fluor
23. Ronasha Chargois - Fluor
24. Thomas Chargois - Fluor
25. Elizabeth Collins - Shaw
26. Barry Dominguez - Fluor
27. Aaron Dunn - Fluor
28. Deborah Ford - Fluor
29. DeborahFord on behalf of Stephanie Ford - Fluor
30. Adam Geyen - Fluor
31. Zola Geyen on behalf of Kendrick Geyen - Fluor
32. Zola Geyen - Fluor
33. Zola Geyen on behalf of Dedrick Johnson - Fluor
34. Zola Geyen on behalf of D'Monta Johnson - Fluor
35. Zola Geyen on behalf of Kalyn Johnson - Fluor
36. Mordina Jack as representative of the estate of Rose Jack - Fluor
37. Jonisha Jackson on behalf of Dai'Shneek Jackson - Fluor
38. Jonisha Jackson - Fluor
39. Jonisha Jackson on behalf of Tyran Mitchell Jr. - Fluor
40. Effie Jefferson on behalf of Damion Jefferson - Fluor
41. Effie Jefferson - Fluor
42. Effie Jefferson on behalf of Tiara Jefferson - Fluor
43. Tiffany Johnson – CH2MHILL
44. Trina Johnson on behalf of Letisha Johnson – CH2MHILL
45. Trina Johnson on behalf of Michelle Johnson – CH2MHILL
46. Trina Johnson Trina Johnson – CH2MHILL
47. Trina Johnson on behalf of Max Johnson Jr. – CH2MHILL
48. Marvin Jones - Fluor
49. Gwendolyn Leblanc on behalf of Chante' Leblanc - Fluor
50. Gwendolyn Leblanc - Fluor
51. Shirley Nichols – CH2MHILL
52. Alivia Nickelson – CH2MHILL
53. Patrice Nickelson – CH2MHILL
54. James Parker - Fluor
55. Michael Phoenix - Fluor
56. Michael Phoenix on behalf of Kendell Williams -Fluor
57. Bridget Roberson - Fluor
58. Bridget Roberson on behalf of Darian Roberson - Fluor
59. Bridget Roberson on behalf of Kiani Roberson - Fluor
60. Harold Roberson - Fluor
61. Reginald Robinson - Fluor
62. Glenisha Rowe – CH2MHILL
63. Glenisha Rowe on behalf of Tah'Janoe Rowe – CH2MHILL
64. Nancy Shepard - Fluor
65. Roman Sias - Fluor
66. Rose Sias as representative of the estate of Charles Sias - Fluor
67. Rose Sias - Fluor

68. Lecia Smith - Fluor
69. David Thomas – CH2MHILL
70. Oscar Thomas - Fluor
71. Shirley Thomas - Fluor
72. Kevin Williams - Fluor
73. Eva Winston – CH2MHILL
74. Wesley Winston – CH2MHILL
75. Alicia Marie Smith - Fluor
76. Alicia Marie Smith on behalf of Abriana Smith - Fluor
77. Alicia Marie Smith on behalf of Ja'Vonte Smith - Fluor
78. Alicia Marie Smith on behalf of Orlando Smith - Fluor
79. Eneel Green - Fluor
80. Delphia Kennedy - Fluor

Respectfully submitted,

## THE BUZBEE LAW FIRM

/s/ *Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
## THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

                                                            /s/ John Munoz  
                                                            JOHN MUNOZ, #9830