UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          *    MDL NO. 1873
      FORMALDEHYDE PRODUCTS   *
      LIABILITY LITIGATION        *    SECTION "N" (5)
                                       *
                                       *    JUDGE ENGELHARDT
                                       *    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

C.A. No. 09-8389; *Yolanda Stubbs, et al*
vs. *Stewart Park Homes, Inc., et al*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Yolanda Stubbs - Shaw
2. Walter Cook Jr. - Shaw
3. Sadie Cook - Shaw
4. Herbert Davis - Fluor
5. Webster Davis - Shaw
6. Sherman Dimes Sr. - Shaw
7. Sherman Dimes on behalf of Joshua Dimes - Shaw
8. Sherman Dimes on behalf of Sherman Dimes - Shaw
9. Sandra Dumas - Shaw
10. Brinda Fobbs - Shaw
11. Brinda Fobbs on behalf of Dawn Fobbs - Shaw
12. Wade Francis - Shaw
13. Audrey Fusiler on behalf of Journee Fusilier - Shaw
14. Audrey Fusiler on behalf of Ramaiha Gregoire - Shaw
15. Audrey Fusilier - Shaw
16. Lorraine Fusilier – CH2MHILL
17. Lorrane Fusilier on behalf of Desmond Fusilier – CH2MHILL
18. Lorrane Fusilier on behalf of Darrenronte Ross – CH2MHILL
19. Lorrane Fusilier on behalf of Brandy Terry – CH2MHILL
20. Lorrane Fusilier on behalf of Brittney Terry – CH2MHILL
21. Frances Gilmore - Shaw

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

22. Frances Gilmore on behalf of Elbrisha Mathidu - Shaw
23. Herbert Gilmore - Shaw
24. Damian Givens - Shaw
25. DeAnna Givens - Shaw
26. DeAnna Givens on behalf of Tempestt Givens - Shaw
27. Fay Green - Shaw
28. Samuel Green - Fluor
29. Angela Guttuso - Shaw
30. Angela Guttuso on behalf of Haydyn Guttuso - Shaw
31. Angela Guttuso on behalf of Kevin Guttuso -- Shaw
32. Sidney Guttuso - Shaw
33. Nathan Hamilton Jr. - Fluor
34. Terry Hurst - Shaw
35. Aurora Jackson on behalf of Aunika Hawkins - Shaw
36. Aurora Jackson on behalf of Leeland Hawkins - Shaw
37. Aurora Jackson - Shaw
38. Aurora Jackson on behalf of Kendielle Jackson - Shaw
39. Jaynell Jones - Shaw
40. Aleph Kennedy - Fluor
41. Denise Kennedy - Fluor
42. Denise Kennedy on behalf of Deuel Kennedy - Fluor
43. Belinda Lacey on behalf of Alia Shabazz - Shaw
44. Belinda Lacey - Shaw
45. John Lacy - Shaw
46. Julius Lambert on behalf of Germarick Lambert - Shaw
47. Julius Lambert - Shaw
48. Julius Lambert on behalf of Justice Lambert - Shaw
49. Gwaine Luno - Fluor
50. Joyce Matthews - Shaw
51. Gloria Mouton - Shaw
52. Gregory Nogess - Shaw
53. Cajet Potter - Shaw
54. Keshawn Powell - Shaw
55. Barbara Raney - Shaw
56. Harold Raney - Shaw
57. Ranada Richardson on behalf of Jiray Richardson - Shaw
58. Ranada Richardson on behalf of Jiray Richardson - Shaw
59. Ranada Richardson Ranada Richardson - Shaw
60. Sierra Richardson - Shaw
61. James Robinson - Shaw
62. Ruth Robinson - Shaw
63. Anthony Ross - Shaw
64. Tressa Ryan - Shaw
65. Ruby Savoy on behalf of Antaja Jones - Fluor
66. Ruby Savoy - Fluor
67. Ruby Savoy on behalf of Trevon Savoy - Fluor

68. Melony Scott on behalf of Derrius Scott - Shaw
69. Melony Scott on behalf of Lisa Scott - Shaw
70. Melony Scott - Shaw
71. Melony Scott on behalf of Traveon Scott - Shaw
72. Melony Scott on behalf of Tromel Scott - Shaw
73. Melony Scott on behalf of Tanzania Thomas - Shaw
74. Janet Smith - Shaw
75. Dianna Spears - Shaw
76. Milton Sumlin - Shaw
77. Libby Sylve - Shaw
78. Derry Thomas - Shaw
79. Quintrell Thompson - Shaw
80. Dianne Thornton - Shaw
81. Wynaen Walker - Shaw
82. Paulette Ward - Shaw
83. Tanganeal Ward on behalf of Corey Ward - Shaw
84. Tanganeal Ward on behalf of Lacoria Ward - Shaw
85. Cheryl Washington - Shaw
86. Percill Williams as representative of the estate of Annie Richardson - Shaw
87. Danielle Hurst - Shaw
88. Terry Hurst on behalf of Corey Hurst - Shaw
89. Cheryl Washington on behalf of Arthur Washington - Shaw
90. Cheryl Washington on behalf of Isaiah Washington - Shaw
91. Keshawn Powell on behalf of Shanel Powell - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*

---
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:

**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830