U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 2 1 2010

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            *   MDL NO. 1873
FORMALDEHYDE PRODUCTS          *
LIABILITY LITIGATION           *   SECTION "N" (5)
                               *
                               *   JUDGE ENGELHARDT
                               *   MAGISTRATE CHASEZ
                               *
THIS DOCUMENT IS RELATED TO    *
                               *
C.A. No. 09-8391; *Moses Bouie, Jr., et al*   *
vs. *Dutchmen Manufacturing, Inc., et al*     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Moses Bouie, Jr. - Shaw
2. Geneva Albert - Flour
3. Gwendolyn Bannister - Fluor
4. Jerry Belton - Fluor
5. Pamela Boudin-Johnson – CH2MHILL
6. Deon Bouie - Shaw
7. Nikki Bradford on behalf of Bajai Bradford - Fluor
8. Nikki Bradford - Fluor
9. Pamela Brent on behalf of Nai Brent - Fluor
10. Pamela Brent on behalf of Navonta Brent - Fluor
11. Pamela Brent - Fluor
12. Corey Buckley - Flour
13. Renee Burrell - Fluor
14. Barney Bynum - Flour
15. Alvin Carter - Flour
16. Deborah Carter - Flour
17. Anthony Chatman - Shaw
18. Shanna Clark-Garcia - Flour
19. Shanna Clark-Garcia on behalf of Takeia Garcia - Flour
20. Shanna Clark-Garcia on behalf of Oscar Garcia Jr. - Flour
21. Shanna Clark-Garcia on behalf of Albeyan Heidelberg - Flour

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

22. Shanna Clark-Garcia on behalf of Shamecka Clark - Flour
23. Carl Coleman - Fluor
24. Isabell Cook - Flour
25. Dekota Devall on behalf of Dekoth Jackson - Fluor
26. Dekota Devall on behalf of Brinishia Devall - Fluor
27. Dekota Devall on behalf of Floyd Devall - Fluor
28. Dekota Devall on behalf of Rickeshia Devall - Fluor
29. Dekotha Devall - Fluor
30. Freda Dicks - Flour
31. Tiffany Dixon - Fluor
32. Betty Doherty – CH2MHILL
33. Lois Dugay – CH2MHILL
34. Chris Golightly - Flour
35. Angiela Green - Shaw
36. Corey Harris - Shaw
37. Etta Harris - Shaw
38. Patrick Harrison on behalf of Jovanta Harrison - Flour
39. Patrick Harrison - Flour
40. Patrick Harrison on behalf of Roxane Harrison - Flour
41. Sheila Harrison - Fluor
42. Valerie Hartford - Shaw
43. Joycelyn Hayes – Fluor
44. Bernard Hingle - Fluor
45. Corey Jackson - Flour
46. Lance Jacobs - Flour
47. David Johnson Jr. - Fluor
48. Roger Johnson – CH2MHILL
49. Arthur Lawrence - Flour
50. Myrtle Lawrence - Flour
51. Darrell LeBlanc - Fluor
52. Barbara McKine - Shaw
53. Bonnie Miller - Fluor
54. Raymond Montgomery on behalf of Leonard Hilton - Shaw
55. Raymond Montgomery - Fluor
56. Kizzy Morton - Flour
57. Gregory Perryman - Fluor
58. Wanda Prestley - Fluor
59. Earl Reine Sr. - Fluor
60. Katie Reine - Flour
61. Gary Richard Jr. - Flour
62. Gary Richard Sr. - Flour
63. Loren Richard - Flour
64. Olga Richard - Flour
65. Joycelyn Robinson - Shaw
66. RobinsonLorraine on behalf of Ija Ritter House - Fluor
67. Lorraine Robinson - Fluor

68. Raymond Robinson - Shaw
69. Joshua Ross - Fluor
70. Shalisha Ross on behalf of Jonquell Ross - Fluor
71. Shalisha Ross on behalf of Monquell Ross - Fluor
72. Shalisha Ross Shalisha Ross - Fluor
73. Shaqreisha Ross - Fluor
74. Shaqreisha Ross on behalf of Sunday Ross - Fluor
75. Wilbert Ross - Shaw
76. Debra Simmons - Fluor
77. Donald L Smith - Fluor
78. Donald Smith on behalf of Roman Smith - Fluor
79. Dezoray Spears - Fluor
80. Joyce Stewart - Shaw
81. Gwendolyn Tally - Shaw
82. Damian Taylor - Fluor
83. Rose Taylor on behalf of Jessie Taylor - Flour
84. Rose Taylor - Flour
85. Adolph Vortisch Jr. - Fluor
86. Miriam Vortisch - Fluor
87. William Vortisch - Fluor
88. Curtis Washington - Shaw
89. Curtis Westbrook - Shaw
90. Gloria Williams - Shaw
91. Jennifer Williams on behalf of Darrellmon Williams - Flour
92. Jennifer Williams on behalf of Jaylon Williams - Flour
93. Jennifer Williams - Flour
94. Karla Williams on behalf of Janaya Williams - Flour
95. Karla Williams on behalf of Jaree Williams - Flour
96. Karla Williams on behalf of Jareion Williams - Flour
97. Karla Williams - Flour
98. Karla Williams on behalf of Kendall Williams - Flour
99. Darren Walker - Fluor
100. Darren Walker on behalf of Sage Walker - Fluor
101. Kala Williams on behalf of Zuinnika Williams - Fluor
102. Alvin Cole, Jr. - Fluor
103. Tiffany Dixon on behalf of Evan Dixon - Fluor
104. Gaynell Clanton - Fluor
105. Kevin Legier - Fluor
106. Gwendolyn Bannister - Fluor
107. Gwendolyn Bannister on behalf of Kendrell Bannister - Fluor
108. Gwendolyn Bannister on behalf of Kenneth Bannister - Fluor
109. Gwendolyn Bannister on behalf of Sameka Bannister - Fluor
110. Gwendolyn Bannister on behalf of Samuel Bannister - Fluor
111. Kizzy Morton - Flour
112. Kizzy Morton on behalf of DeAnte Morton - Flour
113. Kizzy Morton on behalf of Precious Morton - Flour

114. Kizzy Morton on behalf of Jamond Polk - Flour
115. Kizzy Morton on behalf of Jamod Polk, Jr. - Flour

          Respectfully submitted,

### THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
### THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
JOHN MUNOZ, #9830