UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     *    MDL NO. 1873
        FORMALDEHYDE PRODUCTS     *
        LIABILITY LITIGATION     *    SECTION "N" (5)
        *
        *    JUDGE ENGELHARDT
        *    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

C.A. No. 09-8392; *Bertha Charleston, et al*
vs. *River Birch Homes, Inc., et al*

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Bertha Charleston - Fluor
2. Herman Bailey Sr. - Fluor
3. Willie Delancey - Shaw
4. Willie Delancey on behalf of Janaya Hawkins - Shaw
5. Kenneth Dimery - Fluor
6. Sylvia Dimery - Fluor
7. Vera Hawkins - Shaw
8. Mark Jones - Fluor
9. Francis Lewis III - Fluor
10. Arthur Lewis Jr. - Fluor
11. Arthur Lewis - Fluor
12. Dora Lewis - Fluor
13. Dora Lewis on behalf of Frederick Lewis - Fluor
14. Eudora Lewis - Fluor
15. Connie McGee on behalf of Mark Jones Jr. - Fluor
16. Connie McGee - Fluor
17. Connie McGee on behalf of Keiondriah McGee - Fluor
18. Connie McGee on behalf of Keionnie McGee - Fluor
19. Connie McGee on behalf of Keiontae McGee - Fluor
20. Connie McGee on behalf of Kensay McGee - Fluor
21. Tiffany Plummer on behalf of Herman Plummer - Shaw

22. Tiffany Plummer on behalf of JoAnne Plummer - Shaw
23. Tiffany Plummer on behalf of Kenya Plummer - Shaw
24. Tiffany Plummer - Fluor
25. Charles Slack - Fluor
26. Brandi Thomas on behalf of Laila Andrews - Shaw
27. Brandi Thomas - Shaw
28. Simone Thomas on behalf of Ronald Thomas - Shaw
29. Simone Thomason behalf of Ronald Thomas - Shaw
30. Simone Thomas - Shaw
31. Simone Thomason behalf of Taylor Thomas - Shaw
32. Danachole Williams on behalf of Dalin Dupre - Fluor
33. Danachole Williams on behalf of Daron Dupre - Fluor
34. Danachole Williams on behalf of Davien Moore - Fluor
35. Danachole Williams – Fluor

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830