UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER * MDL NO. 1873
       FORMALDEHYDE PRODUCTS *
       LIABILITY LITIGATION * SECTION "N" (5)
        *
        *
        * JUDGE ENGELHARDT
        * MAGISTRATE CHASEZ
        *
THIS DOCUMENT IS RELATED TO *
        *
C.A. No. 09-8393; *Kevin Bass, et al* *
vs. *KZRV,LP, et al* *

*FILED: APR 21 2010 — LORETTA G. WHYTE, CLERK — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA*

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Kevin Bass - Fluor
2. Lorna Bennett - Fluor
3. Ashley Brooks-Robinson - Fluor
4. Alvirda Cook - Shaw
5. Herbert Davis - Fluor
6. Welton Lawrence Sr. - Fluor
7. Dwayne Lazaro on behalf of DaLaiah L. Lazaro - Fluor
8. Dwayne Lazaro - Fluor
9. Dwayne Lazaro on behalf of Dwayne Lazaro - Fluor
10. Adrina McCray – Fluor
11. Adrina McCray on behalf of Kody Wood – Fluor
12. Chaster Nelson - Shaw
13. Salvador Peters Jr. - Shaw
14. Salvador Peters Sr. - Shaw
15. Ashley Peters on behalf of Frank Harvey - Shaw
16. Ashley Peters on behalf of Korey James - Shaw
17. Ashley Peters - Shaw
18. Ashley Peters on behalf of Kam'Ren Zeno - Shaw
19. Joyce Peters - Shaw
20. William Pierce Sr. on behalf of Damien Pierce - Fluor
21. William Pierce Sr. - Fluor

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

22. William Pierce Sr. on behalf of William Pierce Jr. - Fluor
23. Olivia Price - Shaw
24. Perneita Price-Sylve - Shaw
25. Lloyd Thomas Jr. - Fluor
26. Jeanne Turlich - Fluor

                    Respectfully submitted,

                    **THE BUZBEE LAW FIRM**

                    /s/ Anthony G. Buzbee
                    _____
                    Anthony G. Buzbee
                    Texas Bar No. 24001820
                    JPMorgan Chase Tower
                    600 Travis Street, Suite 7300
                    Houston, Texas 77002
                    Tel.:   (713) 223-5393
                    Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

                    **ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

                    /s/ John Munoz
                    _____
                    JOHN MUNOZ, #9830