UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       *   MDL NO. 1873
FORMALDEHYDE PRODUCTS     *
LIABILITY LITIGATION      *   SECTION "N" (5)
                          *
                          *   JUDGE ENGELHARDT
                          *   MAGISTRATE CHASEZ
                          *
THIS DOCUMENT IS RELATED TO  *
                          *
C.A. No. 09-8394; *Charles E. Henderson, et al* *
vs. *Sun Valley, Inc. d/b/a Sun-Lite, et al* *
* * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Charles E. Henderson - Fluor
2. Anna Mae Barnes - Shaw
3. Kechia Johnson on behalf of Alexis Johnson - Shaw
4. Kechia Johnson on behalf of Amyri Johnson - Shaw
5. Kechia Tomeka Johnson - Shaw
6. Kechia Johnson on behalf of Kevonne Johnson - Shaw
7. Vivian Johnson - Fluor

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.: (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830
