UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           *   MDL NO. 1873
FORMALDEHYDE PRODUCTS         *
LIABILITY LITIGATION          *   SECTION "N" (5)
                              *
                              *   JUDGE ENGELHARDT
                              *   MAGISTRATE CHASEZ
                              *
THIS DOCUMENT IS RELATED TO   *
                              *
C.A. No. 09-8395; *Vera Palmer, et al* *
vs. *Superior Homes, LLC, et al*   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1) Vera Palmer - Fluor
2) Vera Palmer on behalf of Kenyatta Allen - Fluor
3) Vera Palmer on behalf of Micah Palmer - Fluor
4) Derrick Henry Richardson, Sr. – CH2MHILL
5) Kennetha Richardson – CH2MHILL
6) Kennetha Richardson on behalf of Jada Richardson – CH2MHILL
7) Kennetha Richardson on behalf of Derrick Richardson, Jr. – CH2MHILL

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
JOHN MUNOZ, #9830
