# THE BUZBEE LAW FIRM

*www.txattorneys.com*



Reply to: Houston Office

April 21, 2010

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:   C.A. No. 09-8395; *Vera Palmer, et al vs. Superior Homes, LLC, et al*;
      United States District Court, Eastern District of Louisiana

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer. Please issue summons on the Amended Complaint for Damages to the following:

Superior Homes, LLC

Fluor Enterprises, Inc.
Through its registered agent:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

CH2M Hill Constructors, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400 B
Baton Rouge, LA 70809

The United States of America through:
United States Department of Justice
The Honorable Eric Holder
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

---

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

Fee_____
Process  le Sms fish
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130

Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

*/s/ J. Scott Daniels*

J. Scott Daniels

JSD/
Enclosures

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only