UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| **IN RE: FEMA TRAILER** | MDL NO. 1873 |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8396; *Angela Burse, et al* vs. *Starcraft RV, Inc., et al* | |

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1) Angela Burse - Shaw
2) Maeka Foster on behalf of Zoria Foster - Shaw
3) Thomas Hayes - Shaw
4) Thomas Hayes on behalf of Taima Hayes - Shaw
5) Boun Pheng Inthavong - Shaw
6) Boun Pheng Inthavong on behalf of Andy Inthavong - Shaw
7) Boun Pheng Inthavong on behalf of Raffy Inthavong - Shaw
8) Vilay Phone Inthavong - Shaw

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
_____
JOHN MUNOZ, #9830