U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 2 1 2010

CLERK

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

April 21, 2010

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:    C.A. No. 09-8396; *Angela Burse, et al vs. Starcraft RV, Inc., et al*; United States District
Court, Eastern District of Louisiana

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer.  Please
issue summons on the Amended Complaint for Damages to the following:

Starcraft RV, Inc.

Shaw Environmental, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400 B
Baton Rouge, LA 70809

The United States of America through:
United States Department of Justice
The Honorable Eric Holder
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

1910 Ice Cold Storage Building        JPMorgan Chase Tower (Principal Office)        200 East Cano
104 21ˢᵗ street (Moody Ave.)                    600 Travis, Suite 7300                        Edinburg, Texas 78539
Galveston, Texas 77550                        Houston, Texas  77002                        By Appointment Only
By Appointment Only                        Telephone:  (713) 223-5393
                                              Facsimile:  (713) 223-5909

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130


    Thank you for your assistance with this matter.  Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

J. Scott Daniels

JSD/ *du*
Enclosures

1910 Ice Cold Storage Building
104 21ˢᵗ street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas  77002
Telephone:  (713) 223-5393
Facsimile:  (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only