UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 21 2010
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * * | |
| C.A. No. 09-8398; *Nicole Stewart, et al* vs. *Sunray RV,LLC, et al* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1) Nicole Stewart - Fluor

Respectfully submitted,

THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830