UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8400; *Quinton Brent, et al vs. Timberland RV Company d/b/a Adventure Manufacturing, et al* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1) Quinton Brent - Shaw
2) Rose Andrews - Flour
3) Rose Andrews on behalf of Daja Andrews - Flour
4) Rose Andrews on behalf of Tobias Andrews - Flour
5) Rose Andrews on behalf of Trevonte Andrews - Flour
6) Rose Andrews on behalf of Tyrese Andrews - Flour
7) Duran Michael Battie, Sr. - Shaw
8) Duran Michael Battie, Sr. on behalf of Diamond Battie - Shaw
9) Duran Michael Battie, Sr. on behalf of Duran Michael Battie, Jr. - Shaw
10) Duran Michael Battie, Sr. as Representative of the Estate of Duronte Battie - Shaw
11) Carolyn Brent - Shaw
12) Carolyn Brent on behalf of Shawn Brent - Shaw
13) Charles Edward Broome III - Shaw
14) Lisa Rena Broome - Shaw
15) Libby Lynn Sylve - Shaw
16) Libby Lynn Sylve on behalf of Ashante' Sylve - Shaw
17) Libby Lynn Sylve on behalf of Hailey Sylve - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
JOHN MUNOZ, #9830