UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          *   MDL NO. 1873
     FORMALDEHYDE PRODUCTS   *
     LIABILITY LITIGATION    *   SECTION "N" (5)
                              *
                              *   JUDGE ENGELHARDT
                              *   MAGISTRATE CHASEZ
                              *
THIS DOCUMENT IS RELATED TO  *
                              *
C.A. No. 09-8401; *Gregory Bradley, et al* *
vs. *Heartland Recreational Vehicles, LLC, et al* *

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 21 2010
LORETTA G. WHYTE
CLERK*

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1) Gregory Bradley - Shaw
2) Jesse Brown, Jr. - Shaw
3) Latoya Brown - Shaw
4) Trina Brown – Shaw
5) Trina Brown on behalf of Tiesha Brown – Shaw
6) Lillian Ann Foley - Shaw
7) Lillian Ann Foley as Representative of the Estate of Samuel Foley - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002

___ Fee_____
___ Process____
X   Dktd_____
___ CtRmDep___
___ Doc. No.___

                 Tel.: (713) 223-5393
                 Fax.: (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.: (504) 581-7070
Fax.: (504) 581-7083

            **ATTORNEYS FOR PLAINTIFFS**

             **CERTIFICATE OF SERVICE**

  I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

              /s/ John Munoz
              JOHN MUNOZ, #9830