UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 21 2010
LORETTA G. WHYTE
CLERK

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION "N" (5)

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

C.A. No. 09-8404; *Deborah Harbor, et al vs. Arch Specialty Insurance Company, et al*

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Deborah Harbor - Fluor
2. Leroy Alexander - Fluor
3. Deborah J. Anderson – CH2MHILL
4. Deborah Anderson on behalf of Gregory Thomas – CH2MHILL
5. Ingrid Marie Anderson – CH2MHILL
6. Tina Bacon - Fluor
7. Melinda M. Brown - Fluor
8. Ronika Linda Brown - Fluor
9. Shantell M. Bush - Fluor
10. Shantell Bush on behalf of John Russell - Fluor
11. Shantell Bush on behalf of Terrell Russell - Fluor
12. Clark Butler Sr. on behalf of Jeremiah Butler - Fluor
13. Judy Butler on behalf of Jeremiah Butler - Fluor
14. Judy Ann Butler - Fluor
15. Hattie Christmas on behalf of Cherrie Ann Christmas - Fluor
16. Hattie G. Christmas - Fluor
17. Robert Christmas - Fluor
18. Sedric Daniels - Fluor
19. Sedric Daniels on behalf of Sedric White - Fluor
20. Linda F. Davis - Fluor
21. Allen James Domangue - Fluor

22. Kerri Lorraine Elgin – Fluor
23. Kerri Elgin on behalf of Dustin Koenig - Fluor
24. Larry Evans - Shaw
25. Lorraine Hartford - Fluor
26. Donnie W. Haywood – CH2MHILL
27. Erica Jarreau on behalf of Arielle Jarreau – Fluor
28. Erica Jarreau on behalf of Derek Jarreau - Fluor
29. Erica Marie Jarreau - Fluor
30. Debra Jones on behalf of Taranisha Griffin - Fluor
31. Debra Jones on behalf of Terianna Griffin - Fluor
32. Debra A. Jones - Fluor
33. Valencia Kelly on behalf of Tiyonna J. Joseph - Shaw
34. Valencia Kelly - Shaw
35. Valencia Kelly on behalf of Trinity Thomas - Shaw
36. Valencia Kelly on behalf of Travis C. Thomas Jr. - Shaw
37. Valencia Kelly on behalf of Tramia A. Thomas-Kelly - Shaw
38. Monique Lee on behalf of Jaden Jennings - Fluor
39. Monique Lee on behalf of Jaela Lee - Fluor
40. Monique Lee - Fluor
41. Monique Lee on behalf of Rakeia Lee - Fluor
42. Dedrick R. MaGee - Shaw
43. Deborah A. Martin – Fluor
44. Jack McNeal - Fluor
45. Oliver W. Meagher - Fluor
46. Naisha Katrell Minor - Fluor
47. Shrontrell Moore on behalf of Montrell Martin - Shaw
48. Shrontrell Moore on behalf of Likiva Moore - Shaw
49. Shrontrell Moore on behalf of Marshall Moore - Shaw
50. Shrontrell Moore on behalf of Shonal Moore - Shaw
51. Shrontrell Lakisha Moore - Shaw
52. Barbara Oates – CH2MHILL
53. Barbara Oats on behalf of Nadia Oates - CH2MHILL
54. Barbara Oats on behalf of Gregory Oates - CH2MHILL
55. Willie Mae Provost - Fluor
56. George Leonard Sealy - Fluor
57. Gordon Serigny - Fluor
58. Barry Anthony Smith Sr. - Fluor
59. Annie Ruth Smith - Shaw
60. Ricky P. Templet - Fluor
61. Ricky Templet on behalf of Sky Templet - Fluor
62. Ricky Templet on behalf of Ty Templet - Fluor
63. Emile Theard Sr. - Fluor
64. Elsie M. R. Theard - Fluor
65. Travis Thomas Sr. - Shaw
66. Shirley Thomas - Fluor
67. Raymond Townsend - Fluor

68. Jeanne A. Turlich - Fluor
69. Joseph Vallean Jr. - Fluor
70. Rose Marie Vantress - Fluor
71. Bonnie Sue Vernon - Shaw
72. Eddie Lee Watson - Fluor
73. Bertha White - Fluor
74. Keishia White - Fluor
75. Debra Williams - Fluor
76. Jessie M. Williams - Shaw
77. Darryl Markell Wilson - Shaw
78. Clark Butler - Fluor
79. Clark Butler on behalf of Dwight Butler - Fluor
80. Erica Jarreau on behalf of Demond Sampson, Jr. - Fluor

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830