UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                 *   MDL NO. 1873
      FORMALDEHYDE PRODUCTS    *
      LIABILITY LITIGATION     *   SECTION "N" (5)
                               *
                                    *   JUDGE ENGELHARDT
                                    *   MAGISTRATE CHASEZ
                                    *
THIS DOCUMENT IS RELATED TO         *
                                    *
C.A. No. 09-8405; *Raymond Ange, et al* *
vs. *American International Specialty Lines* *
*Ins. Co., et al*                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Raymond Ange - Flour
2. Howard Allen - Shaw
3. Weldon Antoine III - Shaw
4. Weldon Antoine Jr. - Shaw
5. Ashley Arceneaux - Flour
6. Ashley Arceneaux on behalf of Angel Nazareth - Flour
7. Ashley Arceneaux on behalf of John Nazareth - Flour
8. Wardell Ard - Flour
9. Edward Ballet - Shaw
10. Edward Ballet on behalf of Derell Ballet - Shaw
11. Edward Ballet on behalf of Egypt Ballet - Shaw
12. Edward Ballet on behalf of Edward Ballet IV - Shaw
13. Edward Ballet on behalf of Dunteja Walker - Shaw
14. Edward Ballet on behalf of TayKuan Walker - Shaw
15. Edward Ballet on behalf of Tykema Walker - Shaw
16. Tanya Ball - Flour
17. Tanya Ball on behalf of Gregory Ball - Flour
18. Tanya Ball on behalf of Jamal Ball - Flour
19. Tanya Ball on behalf of Dasia Ball - Flour
20. Tanya Ball on behalf of Geván Ball – Flour

21. Michael Barnes - Shaw
22. Dorothy Biddle - Flour
23. Don Brooks - Flour
24. John Brooks - Flour
25. Glenn Brown - Shaw
26. Jesse Brown Jr. - Flour
27. Chantell Brumfield - Flour
28. Chantell Brumfield on behalf of Caleb Orphy - Flour
29. Vicki Butler - Flour
30. Wallace Butler - Flour
31. Tobias Calvey - Shaw
32. Joyce Ceaser - Flour
33. Troy Colson - Flour
34. Joseph Darby Jr. on behalf of Darrell Darby - Flour
35. Joseph Darby Jr. on behalf of Desman Darby - Flour
36. Joseph Darby Jr. - Flour
37. Elton Davis Sr. - Flour
38. Chandra Eugene on behalf of Kayla Curley - Flour
39. Chandra Eugene - Flour
40. Albert Fletcher - Shaw
41. Derrick Fletcher - Shaw
42. Ricky Fletcher - Shaw
43. Lawrence Fraise - Shaw
44. Joseph Gardner - Flour
45. Rita Gardner on behalf of Arnell Henderson - Flour
46. Rita Gardner on behalf of Byroente Henderson - Flour
47. Rita Gardner - Flour
48. Rita Gardner as representative of the estate of Viva Henderson - Flour
49. Avian Gray - Shaw
50. David Henderson - Shaw
51. LaToya Holmes - Flour
52. Monique Holmes on behalf of Christopher Holmes - Flour
53. Monique Holmes on behalf of Jakyle Holmes - Flour
54. Monique Holmes - Flour
55. Quadrick Holmes - Flour
56. Janet Hooker - Shaw
57. Joyce Hoover on behalf of Denzell Hoover - Flour
58. Joyce Hoover - Flour
59. Mario Hoover - Flour
60. Korey Jackson – Flour
61. Maurice Jones - Flour
62. Maurice Jones on behalf of Phillip Jones - Flour
63. Melvin Jones - Flour
64. Michael Joseph - Flour
65. Patrick Ledet – CH2MHILL
66. Walter Ledet - Flour

67. Brian Lewis - Flour
68. Diana Lewis - Shaw
69. Pearlie Magee on behalf of Acacia Magee – Flour
70. Pearlie Magee on behalf of Achim Magee - Flour
71. Pearlie Magee on behalf of Acshad Magee - Flour
72. Pearlie Magee Pearlie Magee - Flour
73. James Manshack - Flour
74. Virginia Manshack - Flour
75. Lena McClellan - Shaw
76. Lawrence Morrow - Flour
77. John Nazareth Jr. - Flour
78. Bobbie Powell on behalf of Dawona Powell - Flour
79. Bobbie Powell on behalf of Jamien Powell - Flour
80. Bobbie Powell on behalf of Kerin Powell - Flour
81. Bobbie Powell - Flour
82. Jasmin Powell - Flour
83. Louis Recurt III - Flour
84. Gloria Richardson - Shaw
85. Lawrence Robertson - Flour
86. Penny Robertson on behalf of Gavan Robertson - Flour
87. Penny Robertson on behalf of Jack Robertson - Flour
88. Penny Robertson on behalf of Mercedes Robertson - Flour
89. Penny Robertson - Flour
90. Ali Robinson - Flour
91. Gertrude Robinson - Shaw
92. Clara Rollins as representative of the estate of Baron Rollins - Shaw
93. Gail S Stewart - Flour
94. Gail Stewart on behalf of Kenya Stewart - Flour
95. Harry Taylor Jr. - Shaw
96. Delores Taylor - Flour
97. Valarie Taylor on behalf of Christopher Green - Shaw
98. Valarie Taylor- Shaw
99. Terrasina Thomas on behalf of Ja'shadi Farve – Flour
100. Terrasina Thomason behalf of Robert Thomas – Flour
101. Terrasina Thomas – Flour
102. Lydia M. Victor - Flour
103. Paul Vincent - Flour
104. Toinette Walker - Shaw
105. Donald Wells - Shaw
106. Robin Williams-Davis on behalf of Elton Davis Jr. - Flour
107. Robin Williams-Davis - Flour
108. Stacie Williams - Shaw
109. Ann Wilson - Flour
110. Chelsea Wilson - Flour
111. Sandra Wilson-Jones - Flour
112. Dorothy Biddle on behalf of Dorian Biddle – Flour

113. Dorothy Biddle on behalf of Johnny Biddle - Flour
114. Dorothy Biddle on behalf of Lillie Biddle - Flour
115. Chandra Eugene on behalf of Zahier Eugene - Flour
116. Stacie Williams on behalf of Kai Brown - Shaw
117. Stacie Williams on behalf of Treshon Devons - Shaw
118. Stacie Williams on behalf of Freesha Williams - Shaw
119. Ann Wilson as representative of the Estate of Ann Warren - Flour
120. Kiva Casborn - Shaw
121. Kiva Casborn on behalf of Lisa Casborn - Shaw
122. Leonard Casborn - Shaw
123. Barbara Goodwin - Flour
124. Glenn Goodwin - Flour
125. Leonard Harris - Shaw
126. Felton Overstreet – Shaw
127. Victor Steward, Jr. - Flour

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**