UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 21 2010
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8406; *Darryl Hood, et al vs. Recreation by Design, LLC, et al* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Darryl Hood – Shaw
2. Edna Alverez - Fluor
3. Julius Alverez - Fluor
4. Carrie Ballard - Fluor
5. Hollis Banks - Fluor
6. Jean Barney - Fluor
7. Theresa Barrett - Fluor
8. Willie Bell Jr. - Fluor
9. Eugene Bibbins - Shaw
10. Eugene Bibbins on behalf of David Calloway - Shaw
11. Ellis Carr - Fluor
12. Tami Carr on behalf of Miracle Carr - Fluor
13. Tami Carr - Fluor
14. Tami Carr on behalf of Paul Francois - Fluor
15. Essie Charles – CH2MHILL
16. Michael Childs - Fluor
17. Tririce Collins - Fluor
18. Darlene Cooper - Shaw
19. Brian Darby Sr on behalf of Briana Darby - Fluor
20. Brian Darby Sr on behalf of Brishon Darby - Fluor
21. Brian Darby Sr on behalf of Brian Darby Jr. - Fluor

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

22. Brian Darby Sr. - Fluor
23. Leishon Darby - Fluor
24. Travis Davis - Fluor
25. Linda Davis-Lutcher - Fluor
26. Linda Davis-Lutcher on behalf of Elizabeth Miller - Fluor
27. Linda Davis-Lutcher on behalf of Kanytta Miller - Fluor
28. Linda Davis-Lutcher on behalf of Raven Miller - Fluor
29. Linda Davis-Lutcher on behalf of Travis Davis, Jr. - Fluor
30. Izish Epps Sr. – CH2MHILL
31. Bonnie Evans - Fluor
32. Michael Evans - Fluor
33. Harold Fontenot - Fluor
34. Gwendolyn Foster on behalf of Darrielle Foster - Shaw
35. Gwendolyn Foster - Shaw
36. Johnny Francois - Fluor
37. Melvin Gains Jr. - Fluor
38. Margaret Geagan - Fluor
39. Calvin Hamilton - Fluor
40. Maisha Harrell on behalf of Brian Harrell - Fluor
41. Maisha Harrell on behalf of Madison Harrell - Fluor
42. Maisha Harrell - Fluor
43. Sandra Harrell - Fluor
44. Tyrone Harris - Fluor
45. Joyce A Jackson - Fluor
46. Mary Jacobs - Fluor
47. Michael Jacobs - Fluor
48. Sylvia Jones - Shaw
49. Carolyn Latigue on behalf of Harold Fontenot Jr. - Fluor
50. Carolyn Latigue - Fluor
51. Deja Latigue - Fluor
52. Brian Lewis - Fluor
53. Clothilde Mack - Shaw
54. Elliot Marigny III - Fluor
55. Vera Marigny - Fluor
56. Wanda Martin - Shaw
57. Kina Oneal as representative of the estate of Gwendolyn Epps – CH2MHILL
58. Lisa Panks – UFAS-TKTMU
59. Skye Panks – UFAS-TKTMU
60. Ashley Peters on behalf of Korey James - Shaw
61. Johnnie Red Jr. - Shaw
62. Sarah Richmond - Fluor
63. Miranda Robinson on behalf of Joseph Robinson – CH2MHILL
64. Miranda Robinson on behalf of Marylee Robinson – CH2MHILL
65. Miranda Robinson – CH2MHILL
66. Miranda Robinson on behalf of Keith Robinson Jr. – CH2MHILL
67. Miranda Robinson on behalf of Tamaya Thomas – CH2MHILL

68. Miranda Robinson on behalf of Tamia Thomas – CH2MHILL
69. Miranda Robinson on behalf of Tyrania Thomas – CH2MHILL
70. James Salters Jr. - Shaw
71. Lillie Sartin - Fluor
72. Artemus Scott - Fluor
73. Marie Siener - Fluor
74. Jeremy Simmons – Fluor
75. Ruby Taylor - Fluor
76. Toshiba Taylor on behalf of Jordan Streety - Fluor
77. Toshiba Taylor on behalf of Justin Streety - Fluor
78. Toshiba Taylor - Fluor
79. Brad Thibodeaux - Fluor
80. Brad Thibodeaux on behalf of Gabe Thibodeaux - Fluor
81. Connie Thibodeaux - Fluor
82. Raymond Thibodeaux - Fluor
83. Clausell Thompson - Fluor
84. Margaret Thompson - Shaw
85. Diane Van Dyke - Fluor
86. Lawrence Van Dyke - Fluor
87. Eliza Varner - Fluor
88. Jacqueline Washington - Fluor
89. Johnny White – CH2MHILL
90. Clyde Wilson - Fluor
91. Lekisha Wilson on behalf of Aushanta Wilson - Fluor
92. Lekisha Wilson - Fluor
93. Tracy Wricks on behalf of Akeya Wricks - Fluor
94. Tracy Wricks on behalf of Altima Wricks - Fluor
95. Tracy Wricks on behalf of Artemus Wricks - Fluor
96. Tracy Wricks - Fluor
97. Shawn Harrell - Fluor
98. Kendra Vason - Fluor
99. Kendra Vason on behalf of Terrill Vason - Fluor
100. Kendra Vason on behalf of Trevor Vason - Fluor

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830