UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | |
| C.A. No. 09-8407; *Jamel Adams, et al vs. Jayco Enterprises, Inc., et al* | |

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Jamel Adams - Fluor
2. Albert Allen - Shaw
3. Gen'tel Allen - Shaw
4. Gen'tel Allen on behalf of Golden Allen - Shaw
5. Gen'tel Allen on behalf of Shanuja Grimes - Shaw
6. Gwendolyn Allen - Shaw
7. Gwendolyn Allen on behalf of Granson Owney - Shaw
8. Kenny Anderson - Shaw
9. Donna Azeez - Shaw
10. Donna Azeez on behalf of Trinity Williams - Shaw
11. Jerryal Baham - Shaw
12. Velma Baham - Shaw
13. Kendra Battie – CH2MHILL
14. Kendra Battie on behalf of D'Asia Battie – CH2MHILL
15. Kendra Battie on behalf of Glenassey Battie – CH2MHILL
16. Henri Bax - Shaw
17. Henry Bax on behalf of Nevaeh Bax - Shaw
18. Joycelyn Beasley - Shaw

19. Jocelyn Beasley on behalf of Heavenly Beasley - Shaw
20. Steven Beasley - Shaw
21. Rose Bias - Fluor
22. Rose Bias on behalf of Janquella Bias - Fluor
23. Rose Bias on behalf of Barbara Praylor - Fluor
24. Walter Black, Sr. - Fluor
25. Walter Black, Jr. - Fluor
26. Sheila Black – CH2MHILL
27. Sheila Black on behalf of Sheena Black – CH2MHILL
28. Annise Bray - Fluor
29. Annise Brayon behalf of Shakre' Bray - Fluor
30. Daphne Brooks - Shaw
31. Linda Brooks on behalf of Frank Williams - Fluor
32. Vilche Brooks - Fluor
33. Vilche Brooks on behalf of Tyrese Davis - Fluor
34. Vilche Brooks on behalf of Vilche Davis - Fluor
35. Carl Brown, Sr. - Fluor
36. Carl Brown, Jr. - Fluor
37. Marlene Brown – CH2MHILL
38. Marlene Brown on behalf of Carlene Brown – CH2MHILL
39. Marlene Brown on behalf of Carlos Brown – CH2MHILL
40. Troy Brown - Shaw
41. Delaine Bush - Fluor
42. Gregory Bush - Fluor
43. Sherman Callaway - Fluor
44. Evageline Cojoe - Shaw
45. Evangeline Cojoe on behalf of Jonique Leone - Shaw
46. Evangeline Cojoe on behalf of Emage Stanley - Shaw
47. Juanika Collins - Shaw
48. Tichawana Conrad – Fluor
49. Tichawana Conrad on behalf of Tamia Conrad - Fluor
50. Carol Cook - Shaw
51. Carol Cook as Representative of the Estate of Onzie Cook - Shaw
52. Bryan Crayton, Sr. - Shaw
53. Arcenia Crayton - Shaw
54. Terrell Crayton - Shaw
55. Kim Davis - Shaw
56. Raymond Davis - Shaw
57. Julien Dennis – CH2MHILL
58. Marvin Doleman - Fluor

59. Betty Donatto - Shaw
60. Betty Donatto on behalf of Anthony Jones, Jr. - Shaw
61. Oliver Ducre, Jr. - Shaw
62. Shirley Ducre - Shaw
63. Dillan Duhon - Fluor
64. Lorne Duncan - Fluor
65. Henry Dunn III - Shaw
66. Sherlita Evans - Shaw
67. Sherlita Evans on behalf of Ta'sha Evans - Shaw
68. Sheryl Evans - Shaw
69. Zaire Evans - Shaw
70. Kenisha Frederick - Fluor
71. Anester Gaines - Shaw
72. Patricia Galmon - Fluor
73. Wanda Galmon - Fluor
74. Wanda Galmon on behalf of Lauryn Brown - Fluor
75. Wanda Galmon on behalf of Lawrence Brown - Fluor
76. Wanda Galmon on behalf of Joseph Galmon - Fluor
77. Wanda Galmon on behalf of Leonard Galmon - Fluor
78. Wanda Galmon on behalf of Lorenzo Galmon - Fluor
79. Wanda Galmon on behalf of Timothy Galmon - Fluor
80. Margaret Gibbs - Fluor
81. Kendria Gilmore - Fluor
82. Kendria Gilmore on behalf of Andrea Gilmore - Fluor
83. Odile Gordon - Fluor
84. Kennis Hagan – CH2MHILL
85. Kennis Hagan on behalf of Kia Hagan – CH2MHILL
86. Kennis Hagan on behalf of Jasmin Youngblood – CH2MHILL
87. Janice Herron - Shaw
88. Janice Herron on behalf of Aunjell Burbank-Heron - Shaw
89. Janice Herron on behalf of Rondell Burbank-Heron - Shaw
90. Elsa C. Hill - Fluor
91. Callie Jackson - Fluor
92. Corey Jackson - Fluor
93. Lorensel Jackson - Fluor
94. Reginald Jackson – CH2MHILL
95. Shannon Jackson - Shaw
96. Valencia Jackson - Shaw
97. Sheryl James – CH2MHILL
98. Brenton Johnson - Shaw

99. Louella Johnson - Fluor
100. Theresa Johnson - Fluor
101. Theresa Johnson on behalf of Selena Batson - Fluor
102. Theresa Johnson on behalf of Joey Plaster - Fluor
103. Bart Jones - Shaw
104. Donnie Joseph - Shaw
105. Esmy LaFrance - Fluor
106. Julia LaFrance - Fluor
107. Julie LaFrance on behalf of Tatyana Washington - Fluor
108. James Lemann - Fluor
109. Catherine Leonard - Shaw
110. James Lewis - Fluor
111. Joyce Lewis - Fluor
112. Joyce Lewis on behalf of Gabrielle Lewis - Fluor
113. Sherna Lumar - Fluor
114. Trina McKinney - Fluor
115. Walter Miles - Shaw
116. Andre Murthil Jr. - Fluor
117. Laverne Murthil - Fluor
118. Charlene Myles – CH2MHILL
119. Charlene Myles on behalf of Jia'Mona Myles – CH2MHILL
120. Charlene Myles on behalf of Vernell Myles – CH2MHILL
121. Edwin Narcisse – CH2MHILL
122. Troy Noble, Sr. - Fluor
123. Troy Noble, Sr. on behalf of Troydell Jones - Fluor
124. Troy Noble, Sr. on behalf of Troy Noble Jr. - Fluor
125. Tammy Nolan - Shaw
126. Corey Patterson - Shaw
127. Pamela Preston - Fluor
128. Allen Prouty - Shaw
129. Kathy Reed - Fluor
130. Leatrice Roberts - Fluor
131. Gwendolyn Robertson – CH2MHILL
132. Gwendolyn Robertson on behalf of Diamond Robertson – CH2MHILL
133. Henry Robertson – CH2MHILL
134. Markeitha Robertson - Fluor
135. Dionne Robinson - Fluor
136. Dionne Robinson on behalf of Glenn Martin, Jr. - Fluor
137. Marilyn Robinson - Fluor
138. Terrance Robinson - Fluor

139. Tanya Ruth - Fluor
140. Tanya Ruth on behalf of Jasmine Ruth - Fluor
141. Tanya Ruth on behalf of David Sayles, Jr. - Fluor
142. Ernestine Saul - Fluor
143. Ernestine Saul on behalf of Joseph Saul III - Fluor
144. David Sayles - Shaw
145. Leo Sherman - Shaw
146. Sidney Simon - Fluor
147. April Smith - Shaw
148. Sarah Stewart - Fluor
149. Lionel Thomas, Jr. - Fluor
150. Lionel Thomas, Jr. on behalf of India Thomas - Fluor
151. Kearra Tobias - Shaw
152. Rosa Lee Tobias - Shaw
153. Timphony Tobias - Shaw
154. Kurtrell Wallace - Shaw
155. Arnold Washington - Fluor
156. Edward Washington - Shaw
157. Louis White, Jr. - Shaw
158. Annie White - Fluor
159. Jesse Williams - Shaw
160. Patricia Wilson - Shaw
161. Gwendolyn Bannister - Fluor
162. Gwendolyn Bannister on behalf of Kendrell Bannister - Fluor
163. Gwendolyn Bannister on behalf of Kenneth Bannister - Fluor
164. Gwendolyn Bannister on behalf of Sameka Bannister - Fluor
165. Gwendolyn Bannister on behalf of Samuel Bannister - Fluor
166. Alfred Cousin - Fluor
167. Kristine Dauzat - Fluor
168. Kristine Dauzat on behalf of Mia Jackson - Fluor
169. Kristine Dauzat on behalf of Brian Jackson, Jr. - Fluor
170. Louis Evans, Jr. - Fluor
171. Louis Evans, Jr. on behalf of Chanae Evans - Fluor
172. Louis Evans, Jr. on behalf of Chanaya Evans - Fluor
173. Nolan Spencer - Fluor
174. Viola Jones - Shaw

Respectfully submitted,

THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.: (713) 223-5909

OF COUNSEL:
THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830