UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 21 2010

LORETTA G. WHYTE
CLERK

IN RE: FEMA TRAILER * MDL NO. 1873
      FORMALDEHYDE PRODUCTS *
      LIABILITY LITIGATION * SECTION "N" (5)
  *
  * JUDGE ENGELHARDT
  * MAGISTRATE CHASEZ
  *
THIS DOCUMENT IS RELATED TO *
  *
C.A. No. 10-0437; *Napoleon Foster o/b/o Nyriel* *
*Nicole Davis vs. Crum & Forster Specialty* *
*Insurance Company, et al* *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend their Amended Complaint to match the following Plaintiff to the following Contractor/Installer Defendant:

Napoleon Foster o/b/o Nyriel Nicole Davis - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ Anthony G. Buzbee
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax.: (713) 223-5909

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830