UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | MDL NO. 1873 |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| C.A. No. 09-8007; *Latoya Jefferson, et al* | * | |
| vs. *American International Specialty Lines Ins.Co, et al* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED EXHIBIT A TO PLAINTIFFS' COMPLAINT**
**PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Latoya Jefferson - Fluor
2. Michelle Abram - Fluor
3. Michelle Abram on behalf of Chelsea Colson - Fluor
4. Gerald Craft - Fluor
5. Lorraine Craft - Fluor
6. Karen Gilmore - Fluor
7. Bobby Hardy - Fluor
8. Leverne Jackson - Fluor
9. Lydia Jerome - Fluor
10. Retha Johnson - Shaw
11. Lynn Lea on behalf of Rayshaun Lea - Fluor
12. Bruce Lee - Fluor
13. Kevin Lee - Fluor
14. Kevin Lee on behalf of Chynna Lee - Fluor
15. Louis Modica Jr. - Fluor
16. Centrell Rainey - Fluor
17. Centrell Rainey on behalf of Jamia Rainey - Fluor
18. Centrell Rainey on behalf of Jarrin Rainey - Fluor
19. Cherrell Richardson - Fluor

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

20. Iris Robertson - Fluor
21. Daniel Smith on behalf of Cierra Trask – Fluor
22. Daniel Smith on behalf of Devon Trask - Fluor
23. Daniel Smith on behalf of Devonte Trask - Fluor
24. Delmaleisa Smith on behalf of Delmoriya Dioxon - Shaw
25. Delmaleisa Smith on behalf of Demoz Dioxon - Shaw
26. Delmaleisa Smith on behalf of Byan Smith - Shaw
27. Delmaleisa Smith - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830
