UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　 *　　MDL NO. 1873
　　　　FORMALDEHYDE PRODUCTS　 *
　　　　LIABILITY LITIGATION　　　　　 *　　SECTION "N" (5)
　　　　　　　　　　　　　　　　　　　　 *
　　　　　　　　　　　　　　　　　　　　 *　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　 *　　MAGISTRATE CHASEZ
　　　　　　　　　　　　　　　　　　　　 *
THIS DOCUMENT IS RELATED TO　　　 *
　　　　　　　　　　　　　　　　　　　　 *
C.A. No. 09-8008; *Darlene Antoine, et al*　 *
vs. *American International Specialty Lines, Inc., et al*　 *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED EXHIBIT A TO PLAINTIFFS' COMPLAINT**
**PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Darlene Antoine – Fluor
2. Shakita Craft – Fluor
3. Shakita Craft on behalf of Tramain Sibley – Fluor
4. Shakita Craft on behalf of Travis Sibley – Fluor
5. Antoinette Stewart – Fluor
6. Gail Stewart - Fluor

___Fee _____
___Process_____
 x _Dktd _____
___CtRmDep_____
___Doc. No._____

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
JOHN MUNOZ, #9830