UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br><br>C.A. No. 09-8399; *Johnny Weary, et al* vs. *Skyline Corporation, et al* | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Johnny Weary - Fluor
2. James Crain III - Fluor
3. Carol Thomas on behalf of Marquis Hockaday - Fluor
4. Chazman Williams on behalf of Chazlyn Williams - Fluor
5. Michael Anderson - Fluor
6. Ray Andrews - Shaw
7. Barbara Bernard - Fluor
8. Eugene Bibbins - Shaw
9. Eugene Bibbins on behalf of David Calloway - Shaw
10. Carl Boykins - Fluor
11. Arlene Breaux - Fluor
12. Willie Brown Jr. - Fluor
13. Little Burden - Fluor
14. Madree Burden - Fluor
15. Thomas Burden - Fluor
16. Tanna Cheramie – CH2MHILL
17. Frances Coleman - Shaw
18. James Crain III on behalf of Kendrick Crain - Fluor
19. Rose Cyprian - Fluor
20. Darryl Edwards - Shaw
21. Allen Fanguy Jr. - Fluor

22. Jason Fanguy – CH2MHILL
23. Andrew Gilyot III - Fluor
24. Croshonda Griffin on behalf of Joshua Franklin - Fluor
25. Croshonda Griffin - Fluor
26. Kim Griffin on behalf of A'lena Garrett - Fluor
27. Kim Griffin - Fluor
28. Rommel Griffin - Shaw
29. Dave Hebert on behalf of Julian Fayard - Fluor
30. Dave Hebert - Fluor
31. Dave Hebert on behalf of Heaven Hebert - Fluor
32. Fenwick Hunter Sr. - Fluor
33. Clemon Lindsey Jr. - Fluor
34. Ariesha Mackey – CH2MHILL
35. Ariesha Mackey on behalf of Vincent Mackey – CH2MHILL
36. Ariesha Mackey on behalf of Kade Turner – CH2MHILL
37. Georgiana Mackie - Shaw
38. Kathryn Malveaux - Fluor
39. Kirk Miner - Fluor
40. Marlon Pampo - Fluor
41. Billy Price - Fluor
42. Sarah Richmond - Fluor
43. Lynette Roberts - Shaw
44. Artemus Scott - Fluor
45. Frankie Sheff Jr. - Fluor
46. Frankie Sheff Jr. - Fluor
47. Melissa Sheff - Fluor
48. Walter Sims - Fluor
49. Carol Thomas - Fluor
50. Vincent Turner Jr. – CH2MHILL
51. Jazzlynn Verdin – CH2MHILL
52. Justilien Verdin as representative of the estate of Lexie Verdin – CH2MHILL
53. Justilien Verdin - CH2MHILL
54. Justin Victorian - Fluor
55. Johnny Weary - Fluor
56. Alvisia Williams - Fluor
57. Alvisia Williams on behalf of Brandon Williams - Fluor
58. Alvisia Williams on behalf of Elijah Williams - Fluor
59. Alvisia Williams on behalf of Fredrick Williams - Fluor
60. Chazman Williams - Fluor
61. Derrick Williams - Shaw
62. Sharon Willis on behalf of Devin Fanguy – CH2MHILL
63. Sharon Willis on behalf of Tonya Fanguy - CH2MHILL
64. Sharon L Willis – CH2MHILL
65. Tracy Wricks on behalf of Akeya Wricks - Fluor
66. Tracy Wricks on behalf of Altima Wricks - Fluor
67. Tracy Wricks on behalf of Artemus Wricks - Fluor

68. Tracy Wricks – Fluor

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ Anthony G. Buzbee
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
_____
JOHN MUNOZ, #9830