UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            *   MDL NO. 1873
     FORMALDEHYDE PRODUCTS    *
     LIABILITY LITIGATION         *   SECTION "N" (5)
                                  *
                                  *   JUDGE ENGELHARDT
                                  *   MAGISTRATE CHASEZ
                                  *
THIS DOCUMENT IS RELATED TO     *
                                  *
C.A. No. 10-0434; *Patricia Frey, et al*     *
vs. *American International Specialty Lines Ins.Co., et al**
* * * * * * * * * * * * * * * ** * * * * * * * * * * * * *

**EXHIBIT A TO PLAINTIFFS' COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

    In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby provide Exhibit A to their Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Patricia Frey - Shaw
2. Juanita Watts - Shaw
3. Juanita Watts on behalf of Kayla Watts - Shaw
4. Juanita Watts on behalf of Kimberly Watts - Shaw
5. Juanita Watts on behalf of Lakeisha Watts - Shaw
6. Juanita Watts on behalf of Marvin Watts - Shaw
7. Juanita Watts on behalf of Kaneisha Watts - Shaw
8. Dianne Constantine as representative of the estate of Anita Martin - Shaw
9. Calvin Jones on behalf of Gardahl Brown - Shaw
10. Marilyn Tucker on behalf of Ta'ja Reaux - Shaw
11. Marilyn Tucker on behalf of Yasmeen Webb – Shaw
12. Stacie Williams on behalf of Chekara Williams - Shaw

___Fee _____
___Process _____
_x_Dktd _____
___CtRmDep _____
___Doc. No. _____

Respectfully submitted,

## THE BUZBEE LAW FIRM

/s/ Anthony G. Buzbee
_____

Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
## THE BUZBEE LAW FIRM
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz_____
JOHN MUNOZ, #9830