UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br><br>C.A. No. 10-0435; *Anthony Price, et al*<br>vs. *Insurco, LTD., et al* | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT A TO PLAINTIFFS' COMPLAINT**
**PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby provide Exhibit A to their Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Anthony Price - Shaw
2. Natalie Price - Shaw
3. Natalie Price on behalf of Antea Price - Shaw
4. Natalie Price on behalf of Jonathan Price Smith - Shaw
5. Mary White as representative of the estate of Livie Mayberry - Shaw

__Fee_____
__Process_____
X_Dktd_____
__CtRmDep____
__Doc. No.____

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

*/s/ John Munoz*
JOHN MUNOZ, #9830