UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br><br>C.A. No. 10-0438: *Valencia Kelly o/b/o Tramia Kelly vs. Arch Specialty Insurance Company, et al* | * * * * | |

**EXHIBIT A TO PLAINTIFFS' COMPLAINT
PURSUANT TO PRETRIAL ORDER 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend their Complaint to match the following Plaintiff to the following Contractor/Installer Defendant:

Valencia Kelly on behalf of Tramia Kelly - Shaw

Respectfully submitted,

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax.: (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2010, I filed the foregoing with the Clerk of Court by hand delivery. All counsel of record will be served pursuant to the Federal Rules of Civil Procedure.

/s/ John Munoz
JOHN MUNOZ, #9830