# THE BUZBEE LAW FIRM

*www.txattorneys.com*



Reply to: Houston Office

April 23, 2010

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: **Request for Summons**
*FEMA Trailer Formaldehyde Products Liability Litigation*, MD-1873, in the Eastern District of Louisiana; these documents are related to Cause Action Nos. 09-8392, 09-8359, 09-8362, 09-8384, 09-8407, and 09-8365.

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer. Amended Exhibit As to Plaintiffs' Amended Complaints for Damages in the above-referenced cases have been previously filed. Please issue summons on the Amended Complaint for Damages in the above litigation to the following:

River Birch Homes, Inc.    09-8392

Cavalier Homes, Inc.    09-8359 / 09-8362

Coachmen Recreational Vehicle Company, LLC    09-8384

Coachmen Recreational Vehicle Company of Georgia, LLC    09-8384

Jayco, Inc. a/k/a Bottom Line RV    09-8407

Oak Creek Homes, Inc.    09-8365

Oak Creek Homes, LLC    09-8365

___Fee
___Process
_x_Dktd
___CtRmDep
___Doc.No. Cano

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

Edinburg, Texas 78539
By Appointment Only

District Clerk
April 23, 2010
Page 2 of 2

      Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to contact our office.

                Very truly yours,

                */s/ J. Scott Daniels*

                J. Scott Daniels

JSD/
Enclosures