UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | SECTION: N-5 |
| | | JUDGE ENGELHARDT |
| This Document Relates to: | | MAG. CHASEZ |

*Keith Nunnery, et al. vs. Keystone Industries, Inc., et al.* No. 09-3871
(David McGraw)

**************************************************************************

## ORDER

**IT IS ORDERED** that the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief be **GRANTED** and the Reply Brief be filed into the record.

New Orleans, LA, this ___27th___ day of ___April___, 2010

_____
JUDGE

1