UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member case No. 09-3251

## ORDER

The Court has received Plaintiff's Response to Recreation by Design, LLC's Motion in Limine Requesting that the Court Enter its Prior Rulings Made in the *Alexander* Bellwether Trial as to Certain Similar Evidentiary Issues (Rec. Doc. 13606), wherein Plaintiff stipulates to Defendant's request that this Court adopt the Alexander rulings described in Rec. Doc. 13311 as "[r]eferences to political proceedings as set out in Order 3029," "[e]vents leading up to Hurricane Katrina as set out in Order 3018," "RBD financial status/finances from FEMA sales as set forth in Orders 3018 and 3019," "[a]mbient air standards as set out in Order 3069," "Chris DeRosa will not testify as an expert or render expert opinions as set out in Order 3067," and "[i]nflammatory statements as outlined in Order 3018." (See Rec. Doc. 13311). Accordingly,

**IT IS ORDERED** that **Defendant, Recreation by Design, LLC's Motion in Limine Requesting that the Court Enter its Prior Rulings Made in the *Alexander* Bellwether Trial as to Certain Similar Evidentiary Issues Relative to this Matter (Rec. Doc. 13311)** is **DENIED AS MOOT.**

New Orleans, Louisiana, this 27th day of April 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**