UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case No. 09-3251

## ORDER

The Court has received Plaintiff's Response to Recreation by Design, LLC's Motion in Limine Requesting that the Court Enter its Prior Rulings Made in the *Dubuclet* Bellwether Trial as to Certain Similar Evidentiary Issues (Rec. Doc. 13607), wherein Plaintiff stipulates to Defendant's request that this Court adopt its *Dubuclet* ruling in which it prohibited evidence or testimony of claims of MDL litigants if those claims arose after the manufacture of Plaintiff's Emergency Housing Unit ("EHU"). (See Rec. Doc. 8171). Accordingly,

**IT IS ORDERED** that **Defendant, Recreation by Design, LLC's Motion in Limine Requesting that the Court Enter its Prior Rulings Made in the Dubuclet Bellwether Trial as to Certain Similar Evidentiary Issues Relative to this Matter (Rec. Doc. 13312)** is **DENIED AS MOOT.**

New Orleans, Louisiana, this 27th day of April 2010.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**