OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR 27  PM 10:21

LORETTA G. WHYTE
CLERK

Date:  4/26/10

TAMMY REEVES THOMAS

vs.

SUNNYBROOK RV, INC., ET AL

Case No. 10-757    Section  N (5)

Dear Sir:

   Please (issue) ~~xxxxxxxxxx~~ summons on the ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ (third party complaint) (~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~) to the following:

1. (name) Mad Dawg, Inc. of North Carolina, Thru its reg. agent:
   (address) Jake Airey, 3030S. Military Road, Slidell, LA  70461

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"
John A. Stewart, Jr. (#8164)
Attorney for Jacquet Construction Services
         Hulse & Wanek
Address  1010 Common Street, Suite 2800
         New Orleans, LA  70112
         (504) 524-6221

___ Fee _____
___ Process BG/DSMS
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____