UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' OPPOSITION TO CH2M HILL CONSTRUCTORS, INC.'S AND SHAW
ENVIRONMENTAL, INC.'S JOINT RULE 12(b)(6) MOTION TO DISMISS
PLAINTIFFS' LOUISIANA PRODUCT LIABILITY CLAIMS
IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED
<u>ADMINISTRATIVE MASTER COMPLAINTS</u>**

MAY IT PLEASE THE COURT:

In opposition of the Defendants' Joint Motion, the plaintiffs hereby adopt and incorporate by reference in its entirety plaintiffs' Memorandum in Opposition of Fluor Enterprises, Inc.'s Motion for Partial Judgment on the Pleadings to Dismiss Louisiana Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Doc. 13821).

For the reasons stated in the corresponding memorandum, the plaintiffs pray that this Honorable Court deny CH2M Hill Constructors, Inc.'s and Shaw Environmental, Inc.'s Motion to Dismiss Plaintiffs' claims under Louisiana law, Mississippi law, and Alabama law.

                              Respectfully submitted:

                              **FORMALDEHYDE TRAILER FORMALDEHYDE
                              PRODUCT LIABILITY LITIGATION**

BY:  */s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com


*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

*/s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471