OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 4-27-2010

GERALD BLANKS

vs.

COACHMEN RECREATIONAL VEHICLE CO. OF GEORGIA, LLC

Case No. 09-8590 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SHAW ENTERPRISES THROUGH CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST, BATON ROUGE LA 70802-6129
2. (name) COACHMEN REC. VEHICLE CO OF GEORGIA THROUGH CORPORATION SERVICE CO
   (address) 40 TECHNOLOGY PKWY S# 300 NORCROSS, GA 30092
3. (name) USA THROUGH US ATTORNEYS OFFICE, EDLA
   (address) 500 POYDRAS ST. Rm B210 NEW ORLEANS, LA 70130
4. (name) USA THROUGH ATTORNEY GENERAL OF THE US, US DEPT. OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20472
5. FEMA
   OFFICE OF THE DIRECTOR
   OFFICE OF THE GEN COUNSEL
   500 C STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
Address FRANK J D'AMICO JR, APLC
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.