OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 4-27-2010

PATTY McGOWAN, ETAL

vs.

STARCRAFT RV, INC., ETAL

Case No. 09-8612  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) STARCRAFT RV, INC., THROUGH ITS AGENT FOR SERVICE OF PROCESS: GLENN E. KILLOREN
   (address) 121 W. FRANKLIN ST., SUITE 200, ELKHART IN 46516
2. (name) SHAW ENTERPRISES INC. THROUGH ITS REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST., BATON ROUGE LA 70802-6129
3. (name) THE UNITED STATES OF AMERICA THROUGH US ATTORNEYS, EDLA
   (address) 500 POYDRAS ST, Rm B210, NEW ORLEANS LA 70130
4. (name) THE UNITED STATES OF AMERICA: THROUGH ATTORNEY GENERAL OF THE US, DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20472
5. FEDERAL EMERGENCY MANAGEMENT AGENCY
   OFFICE OF THE DIRECTOR
   OFFICE OF THE GENERAL COUNSEL
   500 C STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

_____
(Signature)

Attorney for PLAINTIFFS
          FRANK J. D'AMICO, JR., APLC
Address   622 BARONNE ST.
          NEW ORLEANS LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.