LAW OFFICES
## GAINSBURGH, BENJAMIN,
## DAVID, MEUNIER & WARSHAUER, L.L.C.

ROBERT J DAVID
GERALD E MEUNIER
IRVING J WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA HADICAN SAMUELS
TODD J BIALOUS
JUSTIN I WOODS
NAKISHA ERVIN-KNOTT
TARA J. GILBREATH

2800 ENERGY CENTRE
1100 POYDRAS

### NEW ORLEANS 70163-2800

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304
TELECOPIER
(504) 528-9973

April 28, 2010

Office of the Clerk
United State District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

    Re:    In Re: FEMA Trailer Formaldehyde Products Liability Litigation
            Relates to Case No. 09-6410
            Case No. MDL No. 1873 Section N(5)

Dear Sir or Madam:

    Please issue summons on the Plaintiff's First Supplemental and Amending Complaint for Damages to the following:

    Starr Excess Liability Insurance Company, Ltd.
    Through it's attorney of record:
    Charles E. Leche
    Deutsch, Kerrigan & Stiles
    755 Magazine Street
    New Orleans, LA 70130

        Sincerely,

        Justin I. Woods

JIW/hlm
Enclosures