UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Nunnery, et al v. Keystone RV Industries., et al,*
**Case No. 09-3871 (McGraw)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO
DISMISS PLAINTIFF DAVID MCGRAW'S FTCA CLAIMS FOR
LACK OF SUBJECT MATTER JURISDICTION BECAUSE THEY
ARE BARRED BY THE DISCRETIONARY FUNCTION EXCEPTION**

Defendant the United States of America ("United States") hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3) to dismiss plaintiff David McGraw's remaining Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction because they are barred by the discretionary function exception. 28 U.S.C. §2680(a). The Court should grant this Motion for the all the reasons set forth in the Memorandum and Statement of facts filed in support of this Motion.

Dated: April 28, 2010.                                Respectfully Submitted,

TONY WEST                                             ADAM BAIN
Assistant Attorney General, Civil Division            Senior Trial Counsel

J. PATRICK GLYNN                                      MICHELLE BOYLE
Director, Torts Branch, Civil Division                ADAM DINNELL
                                                      MICHELE GREIF
DAVID S. FISHBACK                                     JONATHAN WALDRON
Assistant Director                                    Trial Attorneys

OF COUNSEL:                                           //S// *Henry T. Miller*
                                                      HENRY T. MILLER (D.C. Bar No. 411885)
JORDAN FRIED                                          Senior Trial Counsel
Associate Chief Counsel                               United States Department of Justice
                                                      Civil Division – Torts Branch
JANICE WILLIAMS-JONES                                 P.O. Box 340, Ben Franklin Station
Senior Trial Attorney                                 Washington, D.C. 20004
Federal Emergency Management Agency                   Telephone No: (202) 616-4223
Department of Homeland Security                       E-mail: Henry.Miller@USDOJ.Gov
Washington, D.C. 20472

                                                      Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I hereby certify that on April 28, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                             //S// *Henry T. Miller*
                                             HENRY T. MILLER (D.C. Bar No. 411885)