Detailed Unit Information                                                                 Page 1 of 2

### Unit Details

| Barcode | 1345768 |
|---|---|
| VIN | 4YDT260226N132486 |
| Unit Type | Travel Trailer |
| Unit Disaster | Katrina/Rita |

### Status History

| Site Name and Address | Private Site 5212 DAUPHINE ST, New Orleans, | | Status By |
|---|---|---|---|
| 11/7/2008 | No Longer on Site - Unit reported as Not On Site by contractor. Deact. W/O cancelled and unit info forwarded to Missing Unit Section | | Nagle, Douglas |
| 12/1/2007 | Vacant Not Ready - Vacated by 911957940A | | FRRATS Compile Import |
| 7/27/2006 | Occupied - Leased to 911957940A | | FRRATS Compile Import |
| 7/26/2006 | RFI - IN Work Order 1603-003-098410-INP with status Completed | | FRRATS Compile Import |
| 7/17/2006 4:52:52 PM | Assigned to Site - IN Work Order 1603-003-098410-INP with status Created | | FRRATS Compile Import |

### Sweep Data

| Sweep Occupant | |
|---|---|
| Lot Number | |

### Unit Details

| Abandoned | | UFAS Compliant | No | ADA Compliant | No |
|---|---|---|---|---|---|
| Painted Knob | | Bedrooms | | Ramp | |
| Electric | | Researching/Missing | Yes | Stolen | |

### WIP Data

#### Work Orders

Note: Work Orders on the left may not be associated with adjacent Applicants on the

| Work Order Number | 1603-034-182927-DCT |
|---|---|
| WO Type | Deactivation |
| Created | 11/24/2007 6:01:21 PM |
| WO Status | 11/7/2008 - |
| Contractor | C Martin |

| Work Order Number | 1603-003-098410-INP |
|---|---|
| WO Type | Installation |
| Created | 7/17/2006 4:52:52 PM |
| | 7/26/2006 - |

#### Applicants

| RGSN ID | 911957940A |
|---|---|
| Name | MCGRAW, DAVID |
| Site Control # | SC-03- |
| Lease Date | 7/27/2006 |
| Vacate Date | 12/1/2007 |

Detailed Unit Information

| Created | 7/17/2006 4:52:52 PM |
|---|---|
| WO Status | 7/26/2006 - Completed |
| Contractor | CH2MHILL |

http://166.112.109.250/TAC/UnitDetails.asp?unitid=1289


EXHIBIT 1

FEMA217-000001

Babcock

R.D. 8193

2111 G+.

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

Work Order #: 1603-003-098410-INP  Contractor: CH2MHILL  Issue Date: 7/17/2006
Site Type: Private    Unit Type: TT - Regular    Issued By: TMCGOWA3    RFO Date:

## Applicant Information / Household Composition

Reg. ID: 91-1957940A  Number Moused: MCGRAW, DAVID L  Registrant  42
Name: MCGRAW, DAVID L
Current Phone: (504)491-8223    1
Alternate Phone:
DD Phone: (504)491-8223
DD Alt. Phone:    BR Required
P-Code  Number of Units Needed
P-4TTP    MH'n: 0    TT's: 1

## Special Needs

COUSIN IN WHEELCHAIR

Key C. HF 301                Unit: R133

## Site Information

Site Control #: SC-03-027749    Address: 5212 DAUPHINE ST    County: Orleans
Site Name:    City, St. Zip: NEW ORLEANS, LA 70117    Lot #1:    Lot #2:
Directions to Site:

Hauled & Installed
B.C. 1345768

VIN: 4YDT260226132486
7-24-06

## Unit Information

Barcode:    VIN:    GPS Longitude:

## Line Items

Line Item Description    Unit    Quantity    Unit Cost    Line Item Cost
Hanle TT hot-up    Each        $0.00    $0.00
                Total Cost:    $0.00

Gerald Purvin
3736738
B553-707
985-507-7824

## Signature Section

Representative    Signature    Date    Driver Name
Inspector:
Contractor: CH2MHILL                Driver License Number
Monitor:

Monday, July 17, 2006    DR-1603-LA    Page 1 of 1

FEMA217-000002

| U.S. DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY UNIT INSTALLATION WORK ORDER | 1. SITE CONTROL NO. 1:576 | | 2. WORK ORDER NO. *CS-071806-005* |
|---|---|---|---|

### 3. APPLICANT/SITE INFORMATION

| NAME (Last, First, Middle Initial) | | THA NO. | | 4. CONTRACT WORK ORDER INFORMATION | |
|---|---|---|---|---|---|
| | | | | CONTRACTOR CH2M Hill | INSPECTOR |
| SITE ADDRESS (House No. and Street Name, or Pad No.) Belle Chasse Naval Air Station | | DATE WORK ISSUED 07/18/2006 | | ISSUED BY McKinny | DATE SCH. COMPL. |
| CITY AND STATE Belle Chasse, LA | COUNTY Plaquemines | 5. SITE TYPE | ( )Com ( )Group ( )Private (●)EGS | 6. UNIT TYPE ( )MH (●)TT ( )Other | 7. UNIT NO. 1345768 |

### 8. INSTALLATION

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☐ | Basic Setup | Each | | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line, Buried | Foot | | | |
| ☐ | 8" Sewer Line, Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☐ | Power Pole and Meter Loop _____ AMP | Each | | | |
| ☐ | Additional Towing Outside _____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of _____ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | Basic Setup | Each | | | |
| ✓ | Haul | Each | 7 | | |
| ☐ | | | | | |
| | | | WORK ORDER TOTAL: | | |

**9. PLOT PLAN/DIRECTIONS/COMMENTS:** (If more space is needed, use blank sheet and attach)

Driver Name (Print): Doug Norman
Signature: Doug Norman
Driver LIC. #: 5455549
Trucking Company: Pelican State
LIC Plate #: 53 AD23L
Cell #: 334 341 0499

**10. CERTIFICATION AND SIGNATURES** - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE 7-18-06 | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|

FEMA Form 90-26, JUL 05

FEMA217-000003

# 51

Scotty's Camper Sales, Inc
1401 E. St. Peter St.
New Iberia, LA 70560
PH (337) 364-1935
FAX (337) 364-3078

# BILL OF LADING

**Contract Number:** HSFEHQ-06-P-6012

**Contractor Name:** Scotty's Camper Sales, Inc.

**Unit:** Springdale SG260TBL06

**Vin #** 4YDT260226N132486

**Driver:** _[signature]_

**Date Dispatched:** Feb 20th 2006

**Received By:** BRUCE ROUBLEAU
Bruce Roubleau
FEMA Representative

**Date Rec. by FEMA:** 3-1-06

**BC Number:** 1345768

**No Driver Damage** NO DRIVER DAMAGE (BR)

FEMA217-000004