# Transcript of the Testimony of
# Videotaped Deposition of David Leon McGraw

### Date taken: February 22, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**EXHIBIT 4**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)    Videotaped Deposition of David Leon McGraw

### Page 1

```
         UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER        MDL NO. 1873
        FORMALDEHYDE PRODUCTS SECTION "N"(5)
        LIABILITY LITIGATION  JUDGE ENGELHARDT
                              MAGISTRATE CHASEZ
This document relates to:
Keith Nunnery, et al. vs. Keystone
Industries, Inc., et al.
No. 09-3871   (David McGraw)

                * * *
        Videotaped Deposition of DAVID LEON
McGRAW, 5212 Dauphine Street, New Orleans,
Louisiana 70117, taken at the law offices of
Gainsburgh, Benjamin, David, Meunier &
Warshauer, LLC, 2800 Energy Centre, 1100
Poydras Street, New Orleans, Louisiana
70163, on Monday, the 22nd day of February,
2010.

REPORTED BY:
    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
```

### Page 2

```
1   APPEARANCES:
2       GAINSBURGH, BENJAMIN, DAVID,
          MEUNIER & WARSHAUER, LLC
3       (BY: JUSTIN I. WOODS, ESQUIRE)
        2800 ENERGY CENTRE
4       1100 POYDRAS STREET
        NEW ORLEANS, LOUISIANA 70163
5
        HURRICANE LEGAL CENTER
6       (BY: SHARROLYN J. MILES, ESQUIRE)
        600 CARONDELET STREET, SUITE 602
7       NEW ORLEANS, LOUISIANA 70130
8           ATTORNEYS FOR THE PLAINTIFFS
9       U.S. DEPARTMENT OF JUSTICE
        (BY: HENRY MILLER, ESQUIRE)
10      CIVIL DIVISION
        1331 PENNSYLVANIA AVENUE, N.W.
11      WASHINGTON, D.C. 20004
12          ATTORNEYS FOR DEFENDANT, UNITED
            STATES OF AMERICA
13
        BAKER DONELSON
14      (BY: GERARDO R. BARRIOS, ESQUIRE)
        3 SANCTUARY BOULEVARD, SUITE 201
15      MANDEVILLE, LOUISIANA 70471
16          ATTORNEYS FOR DEFENDANT,
            CH2M HILL CONSTRUCTORS, INC.
17
        MIDDLEBERG, RIDDLE & GIANNA
18      (BY: RICHARD A. SHERBURNE, JR., ESQUIRE
         - VIA TELEPHONE)
19      450 LAUREL STREET, SUITE 1101
        BATON ROUGE, LOUISIANA 70801
20
            ATTORNEYS FOR FLUOR ENTERPRISES,
21          INC.
22
23
24
25
```

### Page 3

```
1   APPEARANCES CONTINUED:
2       JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE, LLP
3       (BY: RYAN E. JOHNSON, ESQUIRE)
        FOUR UNITED PLAZA
4       8555 UNITED PLAZA BOULEVARD
        BATON ROUGE, LOUISIANA 70809
5
            ATTORNEYS FOR DEFENDANT,
6           KEYSTONE RV COMPANY
7                 * * *
8           EXAMINATION INDEX
9                               Page
10  EXAMINATION BY MR. JOHNSON ............9
    EXAMINATION BY MR. MILLER ...........199
11  EXAMINATION BY MR. JOHNSON ..........293
    EXAMINATION BY MR. BARRIOS ..........333
12  EXAMINATION BY MR. JOHNSON ..........390
    EXAMINATION BY MR. WOODS ............398
13  EXAMINATION BY MR. JOHNSON ..........412
    EXAMINATION BY MR. BARRIOS ..........414
14                * * *
15          INDEX OF EXHIBITS
16                              Page
17  Exhibit No. 1 .......................15
18  Second Amended Notice of Video-Taped
19  Deposition of David McGraw and Request for
20  Inspection and Copying of Documents
21  Exhibit No. 2 .......................15
22  Subpoena to David McGraw and attached
23  Exhibit A
24  Exhibit No. 3 .......................15
25  Handwritten diagram
```

### Page 4

```
1   Exhibit No. 4 ......................132
2   Handwritten diagram
3   Exhibit No. 5 ......................166
4   Handwritten diagram
5   Exhibit No. 6 ......................200
6   Keystone RV Company Owners Manual dated
7   9-16-04 (MCGRAW000001 through 000124)
8   Exhibit No. 7 ......................201
9   U.S. Department of Homeland Security,
10  Federal Emergency Management Agency
11  Temporary Housing Unit Inspection Report
12  dated 7-27-06 (MCGRAW000179)
13  Exhibit No. 8 ......................203
14  U.S. Department of Homeland Security,
15  Federal Emergency Management Agency
16  Emergency Shelter - Agreement to Rules of
17  Occupancy dated 7-27-06 (MCGRAW000180)
18  Exhibit No. 9 ......................205
19  CH2M Hill Pre-Delivery Trailer Inspection
20  dated 7-21-06 (MCGRAW000181 through 000183)
21  Exhibit No. 10 .....................205
22  FEMA Trailer User's Guide, Version 5
23  (MCGRAW000184 through 000198)
24  Exhibit No. 11 .....................252
25  Claim Form to FEMA dated 6-23-08
```

1 (Pages 1 to 4)

Page 5

1  (MCGRAW000199 through 000200)
2  Exhibit No. 12 ......................228
3  Claim for Damage, Injury, or Death
4  (MCGRAW000201 through 000203)
5  Exhibit No. 13 ......................226
6  Hurricane Legal Center, LLC, Contingency Fee
7  Contract, Re:  FEMA Trailer Formaldehyde
8  dated 6-23-08
9  Exhibit No. 14 ......................256
10 Department of Homeland Security, Federal
11 Emergency Management Agency Declaration and
12 Release dated 11-21-05 (FEMA200-000041
13 through 000042)
14 Exhibit No. 15 ......................257
15 Department of Homeland Security, Federal
16 Emergency Management Agency Emergency
17 Shelter - Agreement to Rules of Occupancy
18 dated 7-27-06 (FEMA200-000047)
19 Exhibit No. 16 ......................258
20 Federal Emergency Management Agency
21 Individuals and Households Program (IHP)
22 Temporary Housing Occupancy Agreement dated
23 4-11-07 (FEMA200-000062 through 000063)
24 Exhibit No. 17 ......................265
25 Federal Emergency Management Agency

Page 6

1  Landowner's Authorization Ingress-Egress
2  Agreement dated 1-31-06
3  (CH2M-FEMA(MDL)-006419 through 006420)
4  Exhibit No. 18 ......................230
5  Claim for Damage, Injury, or Death dated
6  5-26-2009 (FEMA-001014 through 001016)
7  Exhibit No. 19 ......................277
8  Document entitled "Important Information for
9  Travel Trailer Occupants" (BONOMO_EX-000008
10 through 00009) - Previously marked Bonomo 4
11 and A. Alexander 22
12 Exhibit No. 20 ......................278
13 FEMA Important Formaldehyde Information for
14 FEMA Housing Occupants (LARSON_EX-000007 and
15 FEMA09-000388) - Previously marked Larson 3
16 Exhibit No. 21 ......................285
17 Plaintiff Fact Sheet for David L. McGraw
18 Exhibit No. 22 ......................384
19 Five Google maps with markings made during
20 the deposition
21
22
23
24
25

Page 7

1       S T I P U L A T I O N
2
3      It is stipulated and agreed by and
4  between counsel for the parties hereto that
5  the deposition of the aforementioned witness
6  is hereby being taken for all purposes
7  allowed under the Federal Rules of Civil
8  Procedure, in accordance with law, pursuant
9  to notice;
10      That the formalities of reading and
11 signing are specifically not waived;
12      That the formalities of filing,
13 sealing, and certification are specifically
14 waived;
15      That all objections, save those as to
16 the form of the question and the
17 responsiveness of the answer, are hereby
18 reserved until such time as this deposition,
19 or any part thereof, may be used or sought
20 to be used in evidence.
21
22           * * *
23      JAMES T. BRADLE, CCR, Certified Court
24 Reporter, officiated in administering the
25 oath to the witness.

Page 8

1      THE VIDEOGRAPHER:
2           We're on the record.  The time is
3  approximately 9:41.  Today's date is the
4  22nd day of February, 2010.  This is the
5  videotaped deposition of Mr. David McGraw in
6  the case entitled "FEMA Trailer Formaldehyde
7  Products Liability Litigation."
8           Would counsel please identify
9  themselves and which party they represent.
10      MR. WOODS:
11           Justin Woods, Plaintiffs' Steering
12 Committee.
13      MS. MILES:
14           Sharrolyn Miles, Hurricane Legal
15 Center.
16      MR. MILLER:
17           Henry Miller, the defendant,
18 United States of America.
19      MR. BARRIOS:
20           Gerry Barrios, CH2M Hill
21 Constructors, Inc.
22      MR. JOHNSON:
23           Ryan Johnson, Keystone RV Company.
24           *    *    *    *
25           *    *    *    *

2 (Pages 5 to 8)

```
 1         DAVID LEON McGRAW,
 2   after having been first duly sworn by the
 3   above-mentioned court reporter, did
 4   testify as follows:
 5   EXAMINATION BY MR. JOHNSON:
 6       Q   Good morning, Mr. McGraw.  My name
 7   is Ryan Johnson.
 8       A   Okay.
 9       Q   We met a few minutes ago out in
10   the hall.
11       A   Uh-huh (affirmative response).
12       Q   We're going to take your
13   deposition today.  I'm sure your lawyer has
14   told you that.
15       A   Yes.
16       Q   Let me go over a few ground rules,
17   because I suspect you may not have ever
18   given a deposition before, just so --
19       A   Okay.
20       Q   -- this goes more smoothly.  The
21   first thing is, I'm going to ask you
22   questions, you're going to give me answers,
23   and let's let each other finish.  So I will
24   ask you a question, wait until I'm finished,
25   and then you answer.  Okay?
                                      Page 9
```

```
 1       A   Okay.
 2       Q   And I will do the same for you.
 3       A   Okay.
 4       Q   The second rule, which is really
 5   important, which is you have to answer by
 6   "yes" or "no" or an answer.  You can't
 7   nod --
 8       A   Yes.
 9       Q   -- or say things like that,
10   because it doesn't get picked up.  The court
11   reporter is taking down everything that you
12   say and is going to produce a written
13   transcript.
14       A   Okay.
15       Q   So you understand all of that?
16       A   Okay.
17       Q   Okay.  Mr. McGraw, tell us what
18   your full name is, please.
19       A   It's David Leon McGraw.
20       Q   And spell your middle name.
21       A   L-E-O-N.
22       Q   Leon.  Okay.  What's your present
23   address?
24       A   5212 Dauphine Street.
25       Q   And that's in New Orleans?
                                      Page 10
```

```
 1       A   New Orleans, Louisiana.
 2       Q   What part of New Orleans is that
 3   in?
 4       A   Orleans, the lower Ninth Ward.
 5       Q   Okay.  What's your telephone?
 6       A   It's area code (504)491-8223.
 7       Q   What about your Social Security
 8   number?
 9       A   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.
10       Q   Okay.  And how about your date of
11   birth?
12       A   The 2nd, 5th, '63.
13       Q   Okay.  So February 5th?
14       A   '63.
15       Q   Okay.  So you just had a birthday
16   not too long ago?
17       A   Yes.
18       Q   Where were you born?
19       A   Orleans.
20       Q   What hospital; do you remember?
21       A   Charity.
22       Q   Charity Hospital.  Has your name
23   always been David Leon McGraw?
24       A   No, it was David Yarbrough.
25       Q   And spell that last name.
                                      Page 11
```

```
 1       A   It's Y-A-R-B-R-O-U-G-H.
 2       Q   When did you change your name from
 3   Yarbrough to McGraw?
 4       A   When my mother and father got --
 5   my real mother and father got married.  It's
 6   Clifford McGraw.
 7       Q   Is your father?
 8       A   My real father.
 9       Q   Okay.  And when was it that you
10   changed your name?
11       A   I can't recall.
12       Q   20 years ago?
13       A   Yeah, about 20, something like
14   that, 20 years ago.
15       Q   Okay.  How long have you lived at
16   5212 Dauphine?
17       A   I stayed there about 39 years.
18       Q   And how old are you?
19       A   47.
20       Q   Okay.  That house on Dauphine
21   Street, do you own that house or do you rent
22   it?
23       A   Well, I own it now.
24       Q   You say "now."  Did you --
25       A   Now.  My mother passed away and
                                      Page 12
```

3 (Pages 9 to 12)

**Page 65**

1  Q    Just a "yes" or "no," and then you
2  can explain.
3  A    Yes.
4  MR. WOODS:
5       But you can now explain.
6  THE WITNESS:
7       I'm about to explain to you now
8  why it has taken four years, because I was
9  trying over-the-counter drugs, Claritin,
10 Mucinex, every little thing, sprays,
11 everything. Because like I said, I couldn't
12 afford to go pay the doctor. I was paying
13 tuition and everything else, paying bills.
14 So I thought over-the-counter drugs like I
15 was doing, like I was taking in Sulphur
16 would get rid of the sinus, but it wasn't
17 getting rid of it.
18 EXAMINATION BY MR. JOHNSON:
19     Q    This doctor you went to see two
20 weeks ago, did she or he diagnose you with
21 some illness?
22 MR. WOODS:
23       First of all, let me just state
24 for the record we forwarded to you on
25 Friday -- And I hope you got it. I don't

**Page 66**

1  know if you did.
2  MR. JOHNSON:
3       I want to ask him. We have
4  information from you.
5  MR. WOODS:
6       Okay. I just want to make sure
7  that you have it.
8  MR. JOHNSON:
9       We have it. I want to ask him
10 what he recalls about his doctor visit.
11 EXAMINATION BY MR. JOHNSON:
12     Q    Did she diagnose you, or he
13 diagnose you with --
14     A    I'm supposed to go back. Like I
15 said, when I went to her, she diagnosed me
16 with bronchitis. She told me to go take
17 some of these over-the-counter drugs, like I
18 already told her I already had, Mucinex,
19 Claritins and other medicines, try them and
20 come back.
21     Q    So the doctor told you to try the
22 over-the-counter drugs?
23     A    Yes.
24     Q    And what were those drugs again?
25     A    Mucinex, Claritins, and mostly I

**Page 67**

1  was trying nasal sprays like Afrin. So I
2  was going back, but the clinic was closed
3  because it was due to Mardi Gras, so I still
4  got to make another appointment to go back
5  and let her know that none of this stuff is
6  working.
7      Q    When you went to the clinic, you
8  met with a doctor?
9      A    Yes.
10     Q    How long did you meet with the
11 doctor?
12     A    I met with the doctor for about --
13 I say for about 40 minutes to an hour.
14     Q    When you were meeting with the
15 doctor, did you tell the doctor anything
16 about your FEMA trailer?
17     A    Yes, I did.
18     Q    What did you tell the doctor?
19     A    I told her -- As I was staying
20 there, I didn't realize what it was, because
21 I didn't know nothing about the trailer
22 until I saw the commercial, why I was
23 staying sick with the sinuses. Usually it
24 would go away in a couple of days. So
25 that's when she told me just try some of

**Page 68**

1  them over-the-counter drugs first and come
2  back, so --
3      Q    So when you met with -- The doctor
4  is a "she" or a "he"?
5      A    A "she."
6      Q    A "she." Okay. You told the
7  doctor that you lived in a FEMA trailer?
8      A    Yes.
9      Q    And did the doctor tell you
10 anything about what medical problems you
11 were having in your FEMA trailer?
12 MR. WOODS:
13      Object to the form of the
14 question. I don't understand it.
15 THE WITNESS:
16      Mostly she didn't tell me nothing
17 about the problem about the trailer, because
18 like I say, I was trying to tell her the
19 problems I was having.
20 EXAMINATION BY MR. JOHNSON:
21     Q    Okay. But did she ask you any
22 questions when you met with her?
23     A    No.
24     Q    So did she ever say when you were
25 meeting with her, "I think the problems that

17 (Pages 65 to 68)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)   Videotaped Deposition of David Leon McGraw

### Page 69

1  you're having are caused by your FEMA
2  trailer"?
3     A   No, because I never had a chance
4  to go back and talk to her about the
5  problems, because like I said, none of the
6  drugs she prescribed me to go take isn't
7  working. Mostly she was treating me for the
8  bronchitis. She was trying to get rid of
9  that first. When I was telling her about my
10 sinus problems, she was telling me about
11 "take that. If that don't work, come back"
12 to her and she'll see what she can do.
13    Q   Did you decide to go to the doctor
14 on your own?
15    A   I decided to go on my own, because
16 at the point it was getting worser and
17 worser and I was coughing, my sinus was
18 hurting and I was trying everything, and I
19 thought I had a cold at first, so I was
20 taking medicine for cold. I was taking the
21 wrong things. After I went to the doctor, I
22 found out I had bronchitis.
23    Q   When was it you moved out of your
24 FEMA trailer?
25    A   Somewhere -- I moved in in what?

### Page 70

1  I think it was 2007. Let's see. When did I
2  move into that trailer? In '06, I would
3  say. Anywhere from '06 to 2007, almost to
4  the end of the year.
5     Q   Okay. My question was, when you
6  moved out?
7     A   Moved out? Around November of
8  2007. Somewhere around that period.
9  November or December.
10    Q   Okay. November or December. Did
11 you go to the doctor between November of
12 2007 --
13    A   No, I didn't.
14    Q   Hang on.
15        -- and the visit that you just had
16 two weeks ago?
17    A   No, I didn't.
18    Q   Okay. You talked about allergies
19 a few minutes ago. Do you have allergies?
20    A   I think that's -- I'm trying to go
21 figure out what I got now.
22    Q   So has the doctor ever told you
23 that you're allergic to a specific thing?
24    A   No. Every time I went to a
25 doctor, I haven't been allergic to nothing,

### Page 71

1  no medicine, no nothing. So every medicine
2  I take I wasn't allergic to it.
3     Q   I'm not so much talking about
4  medicine. I'm talking about, you know, you
5  hear some people --
6     A   Well, mostly -- I don't know what
7  I'm allergic to, because like I say, I'm a
8  person who never been to a doctor, so I
9  couldn't get that kind of answer from a
10 doctor to see what I'm allergic from or I'm
11 not, because I have never been a person that
12 stays in the hospital.
13    Q   Have you ever been tested for
14 allergies?
15    A   No. So I can't say what I'm
16 allergic to and what I'm not allergic to.
17    Q   Okay. Have any of your family
18 members, and you have identified a bunch of
19 them for us, have they ever been sick?
20    MR. WOODS:
21        Object to the form of the
22 question.
23    THE WITNESS:
24        The only thing --
25 EXAMINATION BY MR. JOHNSON:

### Page 72

1     Q   Well, your lawyer is saying, and
2  he's right, that's a vague question. Let me
3  make it more specific.
4         Had any kind of serious illness,
5  like cancer or high blood pressure or --
6     A   The only person that had, in my
7  family, my daddy died sick of diabetes, my
8  mother had high blood pressure.
9     Q   Did your dad have any other
10 problems besides diabetes?
11    A   He had a slight pressure problem,
12 too.
13    Q   What about your mom?
14    A   Just high blood pressure. That's
15 it.
16    Q   Did your dad die of diabetes?
17    A   No, my daddy died of a stroke.
18    Q   How old was he?
19    A   My daddy was, I think, 86 when he
20 died.
21    Q   What about your mom, how old was
22 she?
23    A   My momma was 76.
24    Q   Anybody in your family ever had
25 cancer?

18 (Pages 69 to 72)

**Page 197**

1 would the pink slip say?
2   A   That they checked everything off
3 on the trailer. He will go over there and
4 check everything that's on his maintenance
5 slip showing that it don't need no
6 maintenance and I sign it.
7   Q   And was it the same person that
8 you would see every month?
9   A   No, a different person.
10   Q   Every time a different person?
11   A   A different person.
12   Q   And each time somebody came out --
13 Well, were there any problems at any of
14 those monthly visits when they came out?
15   A   Not as far as I can -- I know at
16 one point I told them -- One of the
17 maintenance people came out and I told them
18 they got rodents in the trailer, like mice
19 and spiders. Well, you know, as far as
20 that's it. So we got to contact somebody,
21 and they never came back with the poison.
22 Me and my sister had to put tapes over the
23 vents during the summertime to keep the mice
24 from coming into the trailer.
25   Q   What vents are you talking about?

**Page 198**

1   A   On the floor events for the
2 heater. That's where the mice was coming
3 through, the heater vents.
4   Q   You actually saw mice --
5   A   We saw them coming.
6   Q   -- in your trailer?
7   A   Yes. I even caught four on one
8 glue trap.
9   Q   Did your sister have them in her
10 trailer, too?
11   A   She had the same way, because she
12 had them in her trailer and I had them in my
13 trailer.
14   Q   When you taped up those vents, did
15 that stop the problem?
16   A   For awhile, it stopped them.
17   Q   You said --
18   A   Like I say, it wasn't like bad as
19 it was, you seeing three or four of them.
20 You might see one. But as we take them up,
21 it got a less and less problem. As you say,
22 you might see one run around. But before we
23 taped it up, you would see three or four.
24 You would see mice. You open the cabinet
25 and you see them in there.

**Page 199**

1   Q   Were there -- Not in your trailer,
2 but just in your neighborhood on your block,
3 is there a problem with mice around?
4   A   I don't know, because, like I
5 said, we only had me and my sister staying
6 there. We were the only ones on the block.
7 Because like I said, everybody on the block
8 didn't have a trailer. They couldn't come
9 back. Their house wasn't finished. So me
10 and my sister and her husband was the only
11 people in the block.
12   MR. MILLER:
13     Is this a good point for a break?
14   MR. JOHNSON:
15     Yes, it would be a perfect spot.
16   THE VIDEOGRAPHER:
17     We're off the record. It's 2:07.
18 (Discussion off the record.)
19   THE VIDEOGRAPHER:
20     We're back on the record. It's
21 2:24.
22 EXAMINATION BY MR. MILLER:
23   Q   Mr. McGraw, my name is Henry
24 Miller. I represent the defendant, the
25 United States of America. We met the first

**Page 200**

1 thing this morning; is that correct?
2   A   Yes.
3   Q   I want to go through some
4 documents with you initially, and briefly
5 during the break you had a chance to look at
6 some of those documents; is that correct?
7   A   Yes.
8   Q   The first document I want to hand
9 you is marked Exhibit No. 6. It's assigned
10 Bates numbers McGraw 000001 through the last
11 page, which is 124, and is that the owner's
12 manual that you produced to your counsel in
13 this case, a copy of that owner's manual?
14   A   Yes.
15   Q   And you had a chance to page
16 through that. From what you saw, is that a
17 true and accurate copy of the owner's
18 manual?
19   A   Yes.
20   Q   And that is the owner's manual
21 that you received when you moved into the
22 travel trailer in July of 2007 -- 2006; is
23 that correct?
24   A   Yes.
25   Q   And my understanding is that the

50 (Pages 197 to 200)

1  person who leased you into that unit told
2  you you should read through and look through
3  that manual; is that right?
4      A    Yes.
5      Q    And you did look through parts of
6  that manual soon after you moved in; is that
7  right?
8      A    Yes.
9      Q    I'm going to hand you the second
10 document now, which is marked McGraw
11 Exhibit 7.  It's Bates stamped McGraw
12 000179.  Do you recognize that document,
13 sir?
14     A    Yes.
15     Q    And is that your signature at the
16 bottom of the page?
17     A    Yes.
18     Q    And is that document dated?
19     A    Yes.
20     Q    And what is the date on that
21 document?
22     A    It says it's 7-27-06.
23     Q    Does this indicate that you would
24 have signed this document on July 27th,
25 2006?

Page 201

1      A    Yes.
2      Q    Okay.  And this document is titled
3  "Temporary Housing Unit Inspection Report";
4  is that correct?
5      A    Yes.
6      Q    And do you recall signing this
7  inspection report when you were leased into
8  the unit in July of 2006?
9      A    Yes.
10     Q    And this document indicated that
11 the unit that you were issued had no damage;
12 isn't that right?
13     A    Yes.
14     Q    And before signing this document,
15 you inspected the unit with the person who
16 leased you in; is that right?
17     A    Yes.
18     Q    And you indicated that all the
19 things that are marked here as new and not
20 damaged were, in fact, new --
21     A    Yes.
22     Q    -- and not damaged; is that right?
23     A    Yes.
24     Q    I'm going to hand you the next
25 document, which is marked Exhibit No. 8, and

Page 202

1  is McGraw 000180.  Do you recognize this
2  document?
3      A    Yes.
4      Q    And is that your signature at the
5  middle of the page and dated July 27th,
6  2006?
7      A    Yeah.
8      Q    And this document is titled
9  "Emergency Shelter - Agreement to Rules of
10 Occupancy"; is that right?
11     A    Yes.
12     Q    And that first sentence there
13 says, "I acknowledge and understand that
14 FEMA is providing this unit as a temporary
15 shelter because the President declared a
16 major disaster or emergency in the area and
17 I am not able to live in my residence due to
18 this event"?
19     A    Yes.
20     Q    And that was the case for you,
21 wasn't it, sir?
22     A    Yes.
23     Q    You could not live in your
24 residence; isn't that right?
25     A    Yes.

Page 203

1      Q    You needed the trailer, because
2  otherwise, you couldn't have come back and
3  lived in New Orleans and worked?
4      A    Yes.
5      Q    Now, in addition, if you go down
6  there, it has a couple of numbers and it
7  has, "I have been informed and understand
8  that violations of any of the rules listed
9  below may result in my being required to
10 leave the unit immediately.  I agree that
11 I," and then go to No. 4 there, it says
12 "must accept," and I think it should be
13 "other," but it's misspelled, "housing
14 options, when they become available."
15     Do you see that?
16     A    Yes.
17     Q    You stayed in that trailer because
18 there were no other housing options
19 available; isn't that right?
20     A    Yes.
21     Q    And, in fact, you realized that if
22 there were other housing options available
23 to you, you had to use them?
24     A    Yes.
25     Q    I want to show you document

Page 204

51 (Pages 201 to 204)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (McGraw)   Videotaped Deposition of David Leon McGraw

**Page 205**

1  Exhibit No. 9. Do you recognize that
2  document?
3  A  Yes.
4  Q  And that document is assigned
5  Bates Nos. McGraw 000181 through 183. Were
6  you provided this document when you were
7  leased into the unit?
8  A  Yes.
9  Q  And did you go through this
10 checklist or would somebody already have
11 gone through this checklist and gave you a
12 copy of it?
13 A  Somebody went through it with me.
14 Q  Okay. So someone went through all
15 these things on here, checked them off with
16 you?
17 A  Yes.
18 Q  And so you were present when they
19 went through and did this review of the
20 trailer?
21 A  Yes.
22 Q  I want to hand you the document
23 which is marked Exhibit No. 10. It's Bates
24 stamped McGraw 000184 through 198. It's
25 titled "FEMA Trailer User's Guide, Version

**Page 206**

1  No. 5."
2     Do you recognize that document?
3  A  Yes.
4  Q  And is this a document you
5  received when you were leased into the unit?
6  A  Yes.
7  Q  And did the person who leased you
8  in, did they tell you to read through this
9  document?
10 A  Yes.
11 Q  And did you read through this
12 document?
13 A  Yes, he went through it with me.
14 Q  The person that leased you in went
15 through it with you?
16 A  Yes.
17 Q  You notice at the bottom there,
18 first page, 184, it says "Copyright 2006 by
19 CH2M Hill, Inc. - Company Confidential"; do
20 you see that, sir?
21 A  Yes.
22 Q  You indicated earlier that you
23 thought it was a FEMA person that leased you
24 in. Do you know whether, in fact, it was a
25 FEMA person or a Government contractor, such

**Page 207**

1  as a representative from CH2M Hill, or their
2  contractor who leased you in?
3  A  I couldn't tell you. All I saw
4  was a badge.
5  Q  Okay. You don't know one way or
6  the other --
7  A  No, I don't.
8  Q  -- whether they were a FEMA
9  employee? I'm sorry. Let me finish my
10 question; otherwise, we're going to get
11 caught up here.
12     Do you know one way or the other
13 whether the person who leased you in was a
14 FEMA employee or a Government contractor
15 employee?
16 A  Like I said, I couldn't tell
17 really from a FEMA or a Government agent.
18 Q  Okay. It could have been one or
19 the other?
20 A  One or the other.
21 Q  Now, this document here said, "An
22 inspector" -- In the third paragraph on the
23 first page of Exhibit No. 10, it says, "An
24 inspector will conduct monthly maintenance
25 visits to check the condition of the unit,

**Page 208**

1  operation of the appliances, and check for
2  leaks in the water, sewage and gas systems.
3  If you have any concerns or problems, the
4  inspector may correct them immediately or
5  dispatch a maintenance team."
6     MR. WOODS:
7         He wasn't reading.
8     MR. MILLER:
9         That's fine.
10    THE WITNESS:
11        I see it.
12 EXAMINATION BY MR. MILLER:
13 Q  From your earlier testimony --
14    MR. WOODS:
15        Read that sentence first.
16 EXAMINATION BY MR. JOHNSON:
17 Q  Oh, please. I'm sorry. I don't
18 mean to rush you.
19 A  All right. Go ahead.
20 Q  From your earlier testimony, I
21 gather that somebody came out every month to
22 inspect your trailer and your sister's
23 trailer?
24 A  Yes.
25 Q  And at that time, you were

52 (Pages 205 to 208)

**Page 209**

1  generally present?
2  A  Yes.
3  Q  And you signed off on those
4  inspections?
5  A  Yes.
6  Q  At any point in time did you make
7  any complaints to that inspector about
8  problems with the trailer?
9  A  No.
10 Q  You indicated earlier that you may
11 have mentioned that you had a rodent
12 infestation problem to the maintenance
13 person. Do you recall that?
14 A  Yes.
15 Q  Okay. So you did make a complaint
16 about the rodents?
17 A  Yes.
18 Q  Other than complaining about the
19 rodents to the maintenance person, did you
20 complain about any other problems with the
21 trailer?
22 A  At one time I complained about the
23 trailer when they was about to take the
24 trailer. The heater went out.
25 Q  Okay. So you complained about

**Page 210**

1  rodents and you also complained about the
2  heater?
3  A  Yes.
4  Q  Besides those two complaints, any
5  other complaints?
6  A  That's it.
7  Q  Okay. At any point in time did
8  you ever call the maintenance hotline -- And
9  let me step back. I apologize. Okay. This
10 Exhibit 10 has on it a maintenance hotline,
11 an 800 number; is that right?
12 A  Yes.
13 Q  At any point did you call the
14 maintenance hotline and say, "I have a
15 problem with the trailer"?
16 A  No.
17 Q  At any point in time did you call
18 FEMA and say, "I have a problem with the
19 trailer"?
20 A  No.
21 Q  At any point in time did you tell
22 your sister or any of your family members
23 that you were having problems with the
24 trailer?
25 A  Like I said, the only problem I

**Page 211**

1  told my sister and them was uncomfortable to
2  sleep.
3  Q  Okay. That bed mattress was too
4  thin?
5  A  The bed mattress.
6  Q  But other than that, any other
7  complaints that you made about the trailer
8  to your family members?
9  A  No.
10 Q  Did you ever complain about any
11 problem with odors in the unit?
12 A  To my sister, like I said, I don't
13 know if it was the holding tank where the
14 sewage go in. You see, that's why I kept
15 air fresheners in the trailer. Like you
16 asked me, "Did you ever smell odors?" I
17 really kept air fresheners in the trailer
18 because of the smell I was thinking was
19 coming from the trap.
20 Q  Was it like a sewage type smell?
21 A  Like a sewage. I couldn't say,
22 because sometimes when I go to use the
23 sewers, gnats come out of the sewers.
24 Q  Did you ever complain to FEMA
25 about this sewage odor type smell?

**Page 212**

1  A  No.
2  Q  Did you ever complain to the
3  maintenance contractor about this sewage
4  odor type smell?
5  A  No.
6  Q  Did you ever complain to any
7  doctors or medical practitioners about this
8  sewage odor type smell?
9  A  None.
10 Q  Did you ever complain to any
11 counselor or any mental health person about
12 this sewage odor type smell?
13 A  No.
14 Q  You did complain to some of your
15 family members about this sewage odor type
16 smell?
17 A  Yes.
18 Q  Anybody else besides your family
19 members?
20 A  My friend Robert Smith. He's my
21 neighbor.
22 Q  Besides your family members and
23 Mr. Smith, anybody else that you complained
24 to?
25 A  No.

53 (Pages 209 to 212)

**Page 213**

1  Q  So the only time you ever
2  complained about this unit was, one, the
3  concern about rodents and spiders?
4  A  Yes.
5  Q  Two, the furnace, and three, the
6  problems with the sewage type odor in the
7  unit, and for that, you complained to your
8  sister?
9  A  Yes.
10 Q  And Mr. Robert Smith?
11 A  Yes, because he had the same
12 trailer I had, so I asked him did he have
13 the same problem.
14 Q  And did he?
15 A  He said he had the same problem
16 with his sewage.
17 Q  And these camper units, the one
18 that you had, that had what is called a gray
19 water or black water tank?
20 A  Yeah. I think it was a black
21 water tank.
22 Q  It's a holding tank for the
23 sewage?
24 A  It's a holding tank.
25 Q  At any point in time while you

**Page 214**

1  were living in this unit, did you complain
2  to FEMA about formaldehyde odors in the
3  unit?
4  A  Well, at the time, I didn't know
5  nothing about formaldehyde at the time.
6  Q  Understood. And just to make it
7  clear, you never complained about any
8  formaldehyde or any odors to FEMA?
9  A  No.
10 Q  You didn't complain about
11 formaldehyde or any odors to the contractor
12 who was doing the maintenance?
13 A  No.
14 Q  And you never complained to any
15 doctor or medical practitioner about any
16 odors or formaldehyde in the unit, correct?
17 A  No.
18 Q  In fact, even most recently you
19 visited a doctor two to three weeks ago and
20 you didn't tell him that you thought you had
21 formaldehyde problems in the unit?
22 MR. WOODS:
23     Objection. It mischaracterizes
24 his earlier testimony.
25 EXAMINATION BY MR. MILLER:

**Page 215**

1  Q  Go ahead.
2  A  No, because really I don't even
3  know, because I'm scared to even go to see
4  if I got cancer.
5  Q  Okay. I'm not -- I just want to
6  know, you didn't tell the doctor, "Hey, I
7  think when I was in the trailer, I was
8  exposed to formaldehyde"?
9  A  Yes.
10 Q  Did you tell the doctor that?
11 A  No.
12 Q  Now, it's my understanding for
13 medical treatment, going to a doctor, we
14 have discussed your two trips that you made
15 to the doctor. One trip occurred in
16 November of 2005 when you were living in
17 Sulphur, Louisiana?
18 A  Yes.
19 Q  And the second visit occurred two
20 or three weeks ago, January, February, 2010;
21 is that correct?
22 A  Yes.
23 Q  Between November, 2005 and
24 February -- January, February, 2010, you
25 never went to see a doctor?

**Page 216**

1  A  I couldn't pay for it. I just got
2  a free Medicare doctor for this month, so --
3  Q  All I'm asking is, did you go see
4  a doctor between November, 2005 and January,
5  2010?
6  A  Yes.
7  Q  What doctor did you go see?
8  A  I went to a free clinic.
9  Q  When and where?
10 A  The one time in Sulphur,
11 Louisiana, 2005, November. I went to a free
12 clinic in New Orleans. When it was? I
13 think it was January something.
14 Q  Let me step back. My
15 understanding is you went to a doctor twice?
16 A  Yes.
17 Q  Once was in November of 2005, and
18 the second time was in January, 2010?
19 A  Yes.
20 Q  Between that time, you never went
21 and saw a doctor?
22 A  No. I couldn't afford to go to no
23 doctor.
24 Q  And my question is, you did not go
25 to a doctor between November of 2005 --

54 (Pages 213 to 216)

```
 1      A    Yes.
 2      Q    -- and January of 2010?
 3      A    Because I wasn't really sick. All
 4  I had was a little case of allergy.
 5      Q    Okay.
 6   MR. WOODS:
 7           He didn't finish his answer. You
 8  interrupted him before he finished his
 9  answer. He was giving a more complete
10  answer to your question.
11   EXAMINATION BY MR. MILLER:
12      Q    My only question, sir, is you went
13  to a doctor in November of 2005, right?
14      A    Yes.
15      Q    The next time after that you went
16  to a doctor was in January of 2010?
17      A    Yes.
18      Q    Between November, 2005 and
19  January, 2010, you didn't see a doctor?
20      A    I didn't have to see a doctor
21  between 2005, because after I went to the
22  doctor, I didn't have no more problem with
23  sinus.
24      Q    Okay.
25      A    So the reason why I didn't go from
                                        Page 217
```

```
 1      Q    And did you leave that roof vent
 2  open usually?
 3      A    Besides when it rained, I closed
 4  it.
 5      Q    Okay. Other than when it rained,
 6  did you leave that open?
 7      A    No.
 8      Q    What did you do?
 9      A    Closed it.
10      Q    Why?
11      A    Because, like I said, I close
12  everything up when I leave. In case of
13  rain, I got to come and wipe all the water
14  off the floor. So no sense in leaving a
15  vent open when it's going to rain that
16  night.
17      Q    Got it. When would you open the
18  vent?
19      A    Mostly when I use the bathroom, I
20  leave it open to vent the bathroom out,
21  stuff like that.
22      Q    So when you showered or used the
23  facilities, you would open the vent?
24      A    Yes.
25      Q    And in this manual, if you go to
                                        Page 219
```

```
 1  2006 and all that, because I was using
 2  over-the-counter drugs from 2006 all the way
 3  up until now. Like I say, I can't pay money
 4  to go to the hospital and pay for tuition
 5  and all of this. I just got on free
 6  Medicare in February, and that expires in
 7  July.
 8      Q    Let me go ask you to look at what
 9  is marked I think as Exhibit No. 6, and
10  that's that Keystone manual that you have?
11      A    Yes.
12      Q    The owners manual. Can you pull
13  that out, please?
14      A    Six?
15      Q    Yes. You got that in front of you
16  there. Okay. And what I want you to do is
17  turn to --
18      A    What page?
19      Q    Actually, hold off before we go to
20  that. This unit, in addition to windows and
21  doors, also had roof vents?
22      A    They had one roof vent. That was
23  in the bathroom.
24      Q    Did you open that roof vent?
25      A    Yes.
                                        Page 218
```

```
 1  Page 110 of Exhibit No. 6, which is McGraw
 2  000111, that has "For More Information," and
 3  it has some numbers for Keystone RV Company.
 4  Do you see that?
 5      A    Yes.
 6      Q    Did you ever call up Keystone
 7  regarding any issues or matters regarding
 8  this travel trailer?
 9      A    No.
10      Q    So you never called them up to
11  tell them "we have problems with odors" or
12  "I have problems with rats or rodents" or "I
13  have a problem with the furnace"?
14      A    No.
15      Q    None of those complaints were ever
16  directed to them?
17      A    Well, like I told you, at the end,
18  it was too late to call about the furnace,
19  because I was already moving out of the
20  trailer, so it didn't make no sense. I told
21  the lady who came to inspect the trailer
22  about them things, but it was already past
23  my time in the trailer.
24      Q    Okay. So the furnace really
25  wasn't a big issue? It had broken and --
                                        Page 220
```

```
 1      A   Yeah.  So I was already out of the
 2   trailer.  All she came there is to inspect
 3   it.
 4      Q   Got it.  If you turn two more
 5   pages to Exhibit No. 6, Page 112, McGraw
 6   000113, it's titled "Chemical Sensitivity
 7   Issues."  Do you see that?
 8      A   Yes.
 9      Q   This page here says, and if you
10   turn, it's about the fourth sentence --
11   Actually, let me read this here.  It says,
12   "Many individuals are sensitive to the
13   out-gassing from common construction
14   materials used in the construction of RV's.
15   This occurs most frequently in hot weather
16   and after a unit has been closed up for
17   extended periods.  Chemical sensitivity is
18   an individual reaction.  Common symptoms
19   include, but are not limited to, burning
20   eyes, respiratory irritations and other
21   allergic reactions."
22           Now, I have looked through your
23   Plaintiff Fact Sheet.  Did you ever suffer
24   burning eyes in this unit?
25      A   Yes, sometimes.
                                       Page 221

 1      Q   Okay.  Did you ever complain to
 2   FEMA about that?
 3      A   No.
 4      Q   Did you ever complain to the
 5   maintenance contractor about that?
 6      A   No, because I really thought it
 7   had no connection to the trailer until I saw
 8   it on a commercial.  Like I say, I thought I
 9   was catching a cold or something.
10      Q   Got it.  But it was here in this
11   manual that you had, it explained that that
12   might happen; isn't that right?
13      A   Yes.
14      Q   It also said "respiratory
15   irritations and other allergic reactions."
16   Do you see that?
17      A   Yes.
18      Q   Did you ever complain -- Did you
19   ever suffer any respiratory irritation or
20   what you believe are allergic reactions when
21   you were in the trailer?
22      A   The only thing that occurred in
23   the trailer was sinus and red eyes and
24   headaches.
25      Q   Okay.  And other than the sinus,
                                       Page 222

 1   red eyes, headaches, and I guess what you
 2   said, burning eyes earlier, did you suffer
 3   any other symptoms in the trailer?
 4      A   Not as far as I know.
 5      Q   And you never complained to FEMA
 6   about those symptoms?
 7      A   No.
 8      Q   You never complained to the
 9   maintenance contractor about those symptoms?
10      A   No.
11      Q   And here it says, goes on to say,
12   "These conditions are not manufacturing
13   defects.  A common myth is that formaldehyde
14   is used in the manufacturing paneling and
15   other building materials.  Keystone RV does
16   not use products containing formaldehyde."
17           Do you see that?
18      A   Yes.
19      Q   And then it goes on to say,
20   "Suggested Solution: Frequent fresh air
21   ventilation.  Open the windows and roof
22   vents when possible.  In colder weather,
23   running the furnace will assist in this
24   process."
25           When you suffered burning eyes or
                                       Page 223

 1   this respiratory irritation or sinus
 2   problem, did you follow this instruction and
 3   open the windows?
 4      A   Well, at that time -- Well, no
 5   sense to open the window when it's
 6   35 degrees outside.  So most of the time I
 7   had the furnace on.
 8      Q   Okay.
 9      A   So what's the sense in opening the
10   window up, when I'm trying to keep warm, to
11   open a window or a door when it's 35 degrees
12   outside?
13      Q   Okay.  Well, what about in the
14   summer when you were in the unit?  Did you
15   suffer the irritated eyes?
16      A   Like summertime, I didn't, because
17   I was barely in the trailer.  Like I said,
18   during the morning time, I would get up, go
19   do some work on the house, go lay down for
20   an hour and go to work.  Most of the time
21   when it occurred with the burning eyes was
22   at nighttime when it was cold or something
23   and my eyes go to burning, like I got a cold
24   or something.
25      Q   So you didn't suffer the burning
                                       Page 224
```

```
 1   information that you provide regarding
 2   applications to FEMA for disaster assistance
 3   must be true and correct?
 4       A   Yes, sir.
 5       Q   And, in fact, you always were
 6   truthful to FEMA, weren't you?
 7       A   Yes.
 8       Q   And you understood that you had to
 9   be?
10       A   I did.
11       Q   I'm going to show you Exhibit
12   No. 15, which is Bates stamped
13   FEMA200-000047.
14          And, Counsel, I note that I
15   provided copies to you already of all of
16   these documents.
17       MR. WOODS:
18          I don't have it in front of me.
19       MR. MILLER:
20          Mr. Woods, I would note that all
21   these documents, courtesy copies have been
22   provided, and if we run over on time, I'm
23   just going to ask the Court for additional
24   time with this witness.
25   EXAMINATION BY MR. MILLER:
                                       Page 257

 1       Q   Is that your signature on the
 2   document, sir?
 3       A   Yes.
 4       Q   And that's dated July 27th, 2006?
 5       A   Yes.
 6       Q   And I think we went through a
 7   different version of this document that you
 8   actually produced to us earlier; isn't that
 9   right?
10       A   Yes.
11       Q   I'm going to show you a document
12   which was previously marked Exhibit No. 16,
13   and a copy has already been provided to your
14   counsel; and it's Bates stamped
15   FEMA200-000062 through 63.
16          And if you have that copy, can you
17   give it to Mr. Woods, so he has it?  It's
18   62, 63.
19       MR. WOODS:
20          I would like the one for the
21   witness.
22       MR. MILLER:
23          I would note for the record at
24   this point that copies of all these exhibits
25   have been provided to plaintiff's counsel.
                                       Page 258

 1   We are under tight time constraints, because
 2   I only have an hour and a half with this
 3   witness, and Mr. Woods, rather than
 4   reviewing the copy which was provided at a
 5   break over a half hour ago, is deciding to
 6   look at the original that I'm providing to
 7   the witness in great detail.
 8       MR. WOODS:
 9          And I will also state for the
10   record that if Mr. Miller is going to
11   question the witness with a particular
12   document, I want to make sure that the copy
13   that is being handed to the witness is the
14   same as he has provided to us earlier.
15   EXAMINATION BY MR. MILLER:
16       Q   And this document, is that your
17   signature on the second page of this
18   document, sir?
19       A   Yes.
20       Q   And this is dated April 11th,
21   2007? I think on the second page.
22       A   Yes.
23       Q   And this document is titled
24   "Temporary Housing Occupancy Agreement." Do
25   you see that?
                                       Page 259

 1       A   Yes.
 2       Q   And this indicates that "this
 3   agreement made and entered into on
 4   6-29-2006," or June 29th, 2006, "between the
 5   Federal Emergency Management Agency, herein
 6   called 'FEMA' and McGraw, David L.," that
 7   would be you, correct?
 8       A   Yes.
 9       Q   And this relates to the travel
10   trailer that you were issued, correct?
11       A   Yes.
12       Q   It has the VIN number and the bar
13   code number for that unit, right?
14       A   Yes.
15       Q   And you understood that this --
16       MR. WOODS:
17          Object to the form of the
18   question.
19   EXAMINATION BY MR. MILLER:
20       Q   And you understood that this was
21   the terms and the conditions relating to
22   your occupancy of that unit, right?
23       A   Yes.
24       Q   And what I would refer you to, to
25   No. 7 there, maintaining the unit -- Do you
                                       Page 260
```

```
 1   see that?
 2       A    Yes.
 3       Q    It says, "a. Occupant agrees to
 4   promptly notify FEMA or Party identified by
 5   FEMA responsible for maintenance when any
 6   damage or defect is found, so that repairs
 7   can be made as necessary."
 8            Do you see that?
 9       A    Yes.
10       Q    And you understood that you were
11   to promptly contact FEMA or the Government
12   contractor responsible for maintenance if
13   there was any damage or defect in the unit?
14       A    Yes.
15       Q    And you did that during the time.
16   You identified the furnace, the rodent
17   problem, and what was the other problem you
18   had?
19       A    Non-sleeping.
20       Q    Oh, you didn't mention that to
21   them, though?
22       A    No.
23       Q    That was more just a problem with
24   the size of the mattress, right?
25       A    Uh-huh (affirmative response).
                                       Page 261
```

```
 1       Q    You never identified to them that
 2   you thought you had problems with sinuses in
 3   the unit when you were there, right?
 4       MR. WOODS:
 5            Object to the form of the
 6   question. "Sinuses in the unit"?
 7       THE WITNESS:
 8            Because at the time I didn't know
 9   two and two.
10   EXAMINATION BY MR. MILLER:
11       Q    Let me step back, because your
12   counsel has a very good objection there and
13   I agree with it.
14            You never informed FEMA that there
15   was any defects in the unit that you thought
16   might be causing your sinus problems?
17       A    Well, how could I know that the
18   trailer is causing my sinus or why I'm going
19   to call FEMA for it? I don't even know that
20   the trailer is causing my sinus.
21       Q    And you never had any of those
22   problems before you moved into the trailer,
23   correct?
24       A    No.
25       Q    And so moving into the trailer is
                                       Page 262
```

```
 1   what started those symptoms, right?
 2       A    Yeah, but I still ain't never put
 3   two and two together, because I was just --
 4   Like I said, I was busy doing work on the
 5   house, going to my work, so I didn't have
 6   time to try to put two and two or is the
 7   trailer making me sick or none of that.
 8       Q    But these were headaches that are
 9   like headaches you never had experienced
10   ever before in your life, right?
11       A    Yeah.
12       MR. WOODS:
13            Objection. You're badgering the
14   witness.
15   EXAMINATION BY MR. MILLER:
16       Q    Sir?
17       A    Huh?
18       Q    You had never experienced
19   headaches like this before in your life?
20       A    I never feel sinus like this in my
21   life either.
22       Q    Nor the burning eyes, right?
23       A    Right.
24       Q    And it was moving into the trailer
25   when those symptoms started, right?
                                       Page 263
```

```
 1       A    No, not right then and there. Not
 2   as soon as I moved in the trailer I didn't
 3   get these symptoms.
 4       Q    What was it, how long, two or
 5   three weeks?
 6       A    No, like I say, like a month or
 7   two before I started really getting symptoms
 8   like waking up in the middle of the night,
 9   can't breathe, got to spray nasal spray in
10   my mouth just to open my nose just to try to
11   breathe.
12       Q    Okay. So within one or two months
13   of moving in, you started experiencing these
14   headaches, right?
15       A    Yes.
16       Q    Within one or two months of moving
17   in, you started experiencing these sinus
18   problems?
19       A    Yes.
20       Q    Within one or two months of moving
21   in, you started suffering these burning
22   eyes?
23       A    Yes.
24       Q    I'm going to hand you a document,
25   which will be marked as Exhibit No. 17.
                                       Page 264
```

PROFESSIONAL SHORTHAND REPORTERS, INC    (800) 536-5255                                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

```
 1    It's Bates stamped CH2M-FEMA(MDL)-006419
 2    through 20, and it's a document titled
 3    "Landowner's Authorization Ingress-Egress
 4    Agreement."
 5        A    I just want to put on the record
 6    when the lady did come inspect the trailer,
 7    they said the trailer was still in good
 8    condition, just the same way as they brought
 9    it there. Like I said, everything was still
10    spotless clean. The microwave, they had
11    never been used.
12        Q    This document, do you recognize
13    this document, sir?
14        A    Yes, I do.
15        Q    Is that your signature at the
16    bottom of the page?
17        A    Yes.
18        Q    And is that also your mother's
19    signature?
20        A    Yes.
21        Q    And this was a document that was
22    signed by your mother and you authorizing
23    the placement of a trailer on the property?
24        A    Yes.
25        Q    And if you look at the second
                                         Page 265
```

```
 1    page, that shows a diagram, correct?
 2        A    Yes.
 3        Q    Is that where the trailer was
 4    placed?
 5        A    Yes.
 6        Q    And when the trailer was placed
 7    there, was it on ground? What was the
 8    surface like?
 9        A    Grass.
10        Q    Grass. So it was just placed on
11    dirt level there?
12        A    Yes. That wasn't --
13    MR. WOODS:
14           That's all he asked you.
15    EXAMINATION BY MR. MILLER:
16        Q    That's all I'm asking you. The
17    document may not go all the way back, but
18    it's just a diagram that we had.
19        A    I just wanted to say that was my
20    sister's trailer being placed back there.
21        Q    Why did you vacate the trailer?
22        A    My house was finished and I was
23    ready to move into my house.
24        Q    Would you have been able to move
25    back and work at Galatoire's, continue
                                         Page 266
```

```
 1    working at Galatoire's if you weren't given
 2    that trailer?
 3        A    Yes, because I was already in the
 4    hotel for six months before I got in the
 5    trailer.
 6        Q    So was there other housing
 7    available to you, sir?
 8        A    Yes, I could have stayed with my
 9    niece.
10        Q    And why did you opt not to stay
11    with them?
12        A    Well, mostly I'm a person that I
13    like to stay by myself, don't like to impose
14    on other people.
15        Q    Did you ever have people come
16    visit you in the trailer?
17        A    Yes, my daughter, friends.
18        Q    And who were the friends that came
19    to visit you?
20        A    My ex-girlfriend.
21        Q    And what is her name?
22        A    Kim Fernandez.
23        Q    Besides Ms. Fernandez, anyone
24    else? Besides your daughter and
25    Ms. Fernandez?
                                         Page 267
```

```
 1        A    Robert Smith, my neighbor. Who
 2    else? Let's see. Kim Fernandez's brother,
 3    Claude Fernandez. I just can't remember.
 4        Q    Anybody else other than those that
 5    you can recall at this time?
 6        A    No, not at this time.
 7        Q    Did any of those persons ever
 8    complain about burning eyes when they were
 9    in the trailer with you?
10        A    No, because we didn't stay in the
11    trailer that long.
12        Q    Did any --
13        A    They come visit, blah blah blah,
14    and then we go, get in the car and we go, go
15    get something to eat.
16        Q    Did any of those persons ever
17    complain about sinus problems when they were
18    in the trailer with you?
19        A    Like I said, they wasn't in the
20    trailer long enough.
21        Q    Did Ms. Fernandez ever spend the
22    night in the trailer?
23        A    The only ones that probably stayed
24    in the trailer longest is my daughter.
25        Q    My question to you is, did your
                                         Page 268
```

**Page 289**

```
 1  checking 'Yes' or 'No.' Where you have
 2  indicated 'Yes,' please attach a copy of the
 3  documents and things to your responses to
 4  this Plaintiff Fact Sheet."
 5         Do you see that?
 6     A   Yes.
 7     Q   And "B," it says, "Standard
 8  Form 95 submitted to any federal agency
 9  regarding any claim related to a FEMA
10  trailer or mobile home, including any and
11  all attachments."
12         Do you see that?
13     A   Uh-huh (affirmative response).
14     Q   And it's marked "yes" there,
15  correct?
16     A   Yes.
17     Q   Now, if we go to the back of this
18  document, the last three pages of Exhibit
19  No. 21 --
20     A   What page?
21     Q   The last three pages.
22  MR. WOODS:
23         Right here (indicating).
24  THE WITNESS:
25         I got you.
```

**Page 290**

```
 1  EXAMINATION BY MR. MILLER:
 2     Q   You have that in front of you, and
 3  that's the Form 95, "Claim for Damages"?
 4     A   Yes.
 5     Q   The form that was attached to your
 6  Plaintiff Fact Sheet, this is the one we
 7  went through earlier that's dated May 26th,
 8  2009, correct?
 9     A   Yes.
10     Q   And this is the one where you're
11  seeking $36,000 for property damage and
12  $140,000 for personal injuries, correct?
13     A   Yes.
14     Q   And this is the one that was
15  signed by your counsel, the Hurricane Legal
16  Center?
17     A   Yes.
18     Q   In addition, if you look at the
19  very bottom of this one there, it says "Via
20  Federal Express" on the first page
21  (indicating)?
22     A   Yes.
23     Q   Do you see that? It has a Federal
24  Express number?
25     A   Yes.
```

**Page 291**

```
 1     Q   Do you know what that refers to?
 2     A   No.
 3     Q   Do you know if that's a tracking
 4  number that the Hurricane Legal Center used
 5  to determine when that was sent to the
 6  Government?
 7  MR. WOODS:
 8         If you know.
 9  EXAMINATION BY MR. MILLER:
10     Q   If you know.
11     A   Yes.
12     Q   Do you believe it is?
13     A   I don't know.
14  MR. MILLER:
15         Okay. That's what I thought.
16         Sir, finally I appreciate your
17  patience with me. I have no further
18  questions at this point in time. I would
19  request -- You have a right to read and sign
20  the transcript after it's typed up.
21  THE WITNESS:
22         Okay.
23  MR. MILLER:
24         I would ask that you do that, and
25  you have to do that within 30 days of
```

**Page 292**

```
 1  receipt of the transcript.
 2  THE WITNESS:
 3         Okay.
 4  MR. MILLER:
 5         If at any point you make any
 6  substantive changes, the United States
 7  reserves the right to come back and ask you
 8  questions again if we can reopen the
 9  deposition, or alternatively, if we're at
10  trial, to question you about those changes.
11  THE WITNESS:
12         All right.
13  MR. MILLER:
14         Do you understand that?
15  THE WITNESS:
16         Yes.
17  MR. MILLER:
18         Sir, I appreciate your patience
19  very much. Thank you.
20  MR. JOHNSON:
21         Let's go off the record for just a
22  second.
23  THE VIDEOGRAPHER:
24         We're off the record. It's 4:11.
25  (Discussion off the record.)
```

73 (Pages 289 to 292)

```
 1    THE VIDEOGRAPHER:
 2        We're back on the record. It's
 3    4:12.
 4    EXAMINATION BY MR. JOHNSON:
 5    Q   Mr. McGraw, Mr. Miller was asking
 6    you about sinus problems that you had that
 7    started or that you had when you lived in
 8    your trailer. Do you remember that?
 9    A   Yes.
10    Q   You had sinus problems actually
11    before you moved into your trailer, didn't
12    you?
13    A   I had a little sinus problem.
14    MR. WOODS:
15        Objection. Asked and answered.
16    EXAMINATION BY MR. JOHNSON:
17    Q   What was your answer?
18    A   I had one sinus problem when I was
19    in Sulphur and that was it.
20    Q   And when you had that sinus
21    problem in Sulphur, did you go to the
22    doctor?
23    A   Yeah, I went to the doctor, and
24    they gave me Zyrtecs for the allergy.
25    Q   When you went to the doctor in
                                    Page 293
```

```
 1    Sulphur and they gave you that medicine, did
 2    you have to pay for that visit?
 3    A   No.
 4    Q   It was free?
 5    A   It was a free clinic.
 6    Q   Now, you moved into your trailer
 7    and you told Mr. Miller in response to a
 8    question that you had sinus problems again,
 9    right?
10    A   I said I moved and the sinus
11    problems didn't start until about two or
12    three months while I was in the trailer.
13    They didn't start when I moved right into
14    the trailer.
15    Q   And were the sinus problems you
16    had when you moved in, a couple of months
17    later after you moved in, were they worse
18    than the problem that you had in Lake
19    Charles?
20    A   I say it was worser.
21    Q   Did you go to the doctor then?
22    A   No, I didn't, because I didn't
23    know the trailer was causing these problems.
24    Q   But did you go to the doctor?
25    A   See, while I was down here, I
                                    Page 294
```

```
 1    didn't go to the doctor, because they didn't
 2    have no doctors down here at the time.
 3    Q   There were no doctors you could go
 4    to in New Orleans?
 5    A   They had some doctors down in like
 6    clinics they set up around the neighborhood,
 7    but I didn't go to none of them.
 8    Q   And if you had gone to those,
 9    would those have been free clinics?
10    A   Yeah, they probably was, because I
11    think it was FEMA that set them up.
12    Q   So when you came back, you lived
13    in your trailer, you had sinus problems, you
14    could have gone to a doctor?
15    A   Yeah, but I decided I didn't know
16    what it was. I was using over-the-counter
17    stuff, Zyrtecs, Claritin and stuff like that
18    trying to get rid of it myself.
19    Q   All right. Let me ask you about
20    Exhibit 6, which is the Keystone manual.
21        Justin, can you get that out for
22    him?
23    MR. WOODS:
24        This one?
25    MR. JOHNSON:
                                    Page 295
```

```
 1        Yes.
 2    EXAMINATION BY MR. JOHNSON:
 3    Q   Do you remember when I was asking
 4    you some questions about that, you said that
 5    there were certain parts of that manual you
 6    looked at when you got it?
 7    A   Yes.
 8    Q   And I think what you said was
 9    basically the stuff that you needed to
10    figure out --
11    A   Most of the stuff that I would
12    need, like A/C, heater, stuff like that.
13    MR. WOODS:
14        I know it's getting late and
15    you're tired, and it's hard, this is a hard,
16    tedious process, but let him finish his
17    question.
18    THE WITNESS:
19        Okay.
20    EXAMINATION BY MR. JOHNSON:
21    Q   But you answered? You knew where
22    I was going with that question and you
23    answered it?
24    A   Yes.
25    Q   So it's fair to say it was
                                    Page 296
```

74 (Pages 293 to 296)

```
 1            Wait.  Please don't coach him.
 2        MR. WOODS:
 3            I'm not.
 4        MR. JOHNSON:
 5            He can answer the question.
 6        MR. WOODS:
 7            No.  Your question isn't clear, so
 8    I'm entering an objection.  I don't -- And
 9    if you understand the question, you can
10    answer it, but I don't think it's a fair
11    question that you have asked.  I mean, you
12    might want to rephrase it.
13        MR. JOHNSON:
14            Well, my question -- I will try to
15    rephrase it.
16    EXAMINATION BY MR. JOHNSON:
17        Q   In your own words, tell me why you
18    filed the lawsuit here.
19        MR. WOODS:
20            Objection.  Asked and answered.
21        THE WITNESS:
22            Well, I filed the lawsuit because
23    when I found out about formaldehyde, it's
24    something I didn't know, that FEMA didn't
25    mail me nothing, people didn't come out to
                                     Page 325
```

```
 1    tell me about these trailers.  I feel like
 2    they were violating my rights from not
 3    telling me.  I didn't have to go nowhere to
 4    learn about it.  If your trailer was built
 5    with formaldehyde, we should have known
 6    about that from the jump, instead of waiting
 7    to see two or three years on the news thing
 8    that I might be exposed to formaldehyde or
 9    have cancer or something.
10            And my nose, like I say, if I go
11    out here and buy a pack of cigarettes, I
12    know it's going to cause cancer.  I know
13    what I'm doing.  So I know if a trailer got
14    formaldehyde, it's my choice to decide
15    whether I want to live in that trailer or
16    not.  Just like it's my choice of me wanting
17    to smoke a cigarette or not.  So I didn't
18    have a choice to live in a trailer with
19    formaldehyde.  It was given to me.
20    EXAMINATION BY MR. JOHNSON:
21        Q   And how is it, Mr. McGraw, that as
22    you sit here today you're claiming that your
23    trailer made you sick, in your own words?
24        A   Well, I'm sicker than I ever been.
25        Q   What is it in your trailer that
                                     Page 326
```

```
 1    caused you to --
 2        A   I don't know.
 3        Q   Hang on a second.  Let me finish.
 4    What is it in your trailer that caused you
 5    to be sicker than you have ever been?
 6        MR. WOODS:
 7            Object to the form of the
 8    question.  Answer it if you know.
 9        THE WITNESS:
10            I don't know, so --
11    EXAMINATION BY MR. JOHNSON:
12        Q   As you sit here today, you don't
13    know what in your trailer has made you
14    sicker than you have ever been?
15        A   I couldn't tell you.  I had sinus
16    problems back in 2005 that go away in one or
17    two days.  I don't have it no more.  I stay
18    in a hotel.  I don't have sinus for at least
19    five months.  I stay by my niece for a
20    couple months.  Don't have sinus problems.
21    I get in trailer for a couple months of the
22    year and now I got sinus I can't rid of.
23        Q   And yet you didn't go to the
24    doctor, did you?
25        A   No, I didn't go to the doctor.
                                     Page 327
```

```
 1        Q   Let me ask you, Mr. McGraw, are
 2    you -- In your lawsuit, are you claiming
 3    that formaldehyde in your trailer caused you
 4    emotional damages?
 5        MR. WOODS:
 6            Object to the form of the
 7    question.  Answer it if you understand it.
 8        THE WITNESS:
 9            I don't know.
10    EXAMINATION BY MR. JOHNSON:
11        Q   Sir, are you claiming that -- I
12    will try and rephrase it and see if you can
13    answer this.  Are you claiming that
14    formaldehyde in your trailer caused you
15    emotional problems?
16        MR. WOODS:
17            Object to the form.
18        THE WITNESS:
19            Well, I couldn't answer that,
20    because at the time I was staying in the
21    trailer, I didn't know the trailer had
22    formaldehyde to have emotional damage.  So
23    if I was staying in the trailer knowing that
24    it caused it, then it probably would have
25    caused it.  But how am I supposed to answer
                                     Page 328
```

82 (Pages 325 to 328)