

# Keystone RV Company

# Owners Manual

2642 Hackberry Drive
Goshen, IN 46526
(574) 534-9430



McGraw
DEPOSITION
EXHIBIT
6

EXHIBIT
6

MCGRAW000001

# Keystone RV Company™

# Owner's Manual

**Montana**

**BIG SKY**

*Laredo*




Mountaineer
by Montana





HORNET
by Keystone

*Tail-gator*
By Keystone







Challenger

SPRINTER
by Keystone


Outback



SPRINGDALE







COUGAR

09/16/04

**MCGRAW000002**

MCGRAW_EX-000014



September 10, 2004

Dear Keystone Owner,

Thank you for purchasing a Keystone RV product. Your decision to own a Keystone is
what drives our efforts everyday and we appreciate your vote of confidence.

As you may know, Keystone RV is the #1 selling RV brand in North America. We don't take that
position for granted and want the experience with your new travel trailer or fifth wheel to be
enjoyable. To help get you started, please take a few minutes and review our Owner's Manual. It is
pretty straightforward and will help you understand many of the functions and required
maintenance of your RV.

On behalf of everyone at Keystone RV Company, we hope you will enjoy our product as much as
we have enjoyed creating it for you.

Your Keystone RV Team

*2642 Hackberry Drive – Goshen, IN 46526*
*Phone: (866) 425-4369 – FAX (574) 534-9057*
*WWW.keystonerv.com*

09/16/04
**MCGRAW000003**

MCGRAW_EX-000015



# Introduction

Keystone RV Company has provided this manual solely for the purpose of providing instructions about the operation and maintenance of its recreational vehicle. Nothing in this manual creates any warranty, either expressed or implied. The only warranty offered by Keystone RV Company is set forth in the limited warranty applicable to your vehicle.

The Limited Warranty and limited warranties issued by the component manufacturers require periodic service and maintenance. The owner's failure to provide these services and/or maintenance may result in loss of warranty coverage for that item. The owner should review Keystone RV Company's limited warranty and the warranties of all other manufacturers.

Instructions included in this manual are for operating some components, which may be optional on your vehicle. This manual is devoted to instructions on fifth wheels and travel trailers.

We hope you have many years of vacationing pleasure.

This manual is based on the latest information available at the time of publication. Due to continuous product development and improvements, Keystone RV Company reserves the right to make changes in product specifications and components without prior notice.

3



# Table of Contents

## Chapter One:  Warranty

Warranty Responsibilities — 8
Warranty Statement — 9
Warranty Period and Coverage — 11
Owner Registration — 14
Obtaining Service — 14
Component Manufacturer Roster — 17

## Chapter Two:  Towing and Leveling

Towing Guidelines and Weight Ratings — 19
Weighing Your Vehicle — 22
Hitching Instructions — 23
Towing Procedures — 25
Leveling and Stabilization — 30

## Chapter Three:  Appliances and Equipment

Appliance Safety — 34
Air Conditioner — 35
Television Antenna — 36
Awning — 37
Cable — 38
Furnace — 39
Range / Cooktop — 44
Refrigerator — 46
Safety Equipment — 48

## Chapter Four:  Electrical Systems

12 Volt DC — 51
120 Volt AC — 52
Ground Fault Interrupter — 56
Bargman 7-Way Wiring — 57
Breakaway Switch — 58

09/16/04
MCGRAW000005

MCGRAW_EX-000017



# Table of Contents

## Chapter Five:  LP System

General Information _____ 60
LP Regulator _____ 61
LP Pigtails _____ 62
Split Bottle Systems _____ 63
LP Leak Detector _____ 65

## Chapter Six:  Plumbing System

Water Pump _____ 66
Fresh Water System _____ 67
Water Heater _____ 69
ːnitor Panel _____ 72
ːerization _____ 73
ːste Water _____ 76

## Chapter Seven: Slide Out Systems

General Tips _____ 79
Hydraulically Operated Slide Outs _____ 79
Emergency Operation of Hydraulic Slide Outs _____ 82
Electric Slide Outs & Emergency Operation _____ 84

## Chapter Eight:  Care and Maintenance

Overview _____ 87
Facts About Mold _____ 88
Exterior Care & Maintenance _____ 89
Roof Care & Maintenance _____ 90
Seals _____ 92
Frame _____ 93
Jacks_____ 94
Wheels & Axles_____ 95

09/16/04
MCGRAW000006

MCGRAW_EX-000018

 **Table of Contents**

## Chapter Eight:  Care and Maintenance (cont.)

| | |
|---|---|
| Battery | 102 |
| Effects of Prolonged Occupancy | 104 |
| Care & Maintenance Interior | 105 |
| Countertops | 106 |
| Flooring | 107 |
| Interior Etc. | 108 |

## Appendix

| | |
|---|---|
| Contents | 109 |
| Cont... ...one RV | 110 |
| Glo... ...ns | 111 |
| Chemi... ...ity Issues | 112 |
| Controlling Condensation | 113 |
| Storage & Winterization | 114 |
| Pre-Travel Checklist | 115 |
| Sport Utility Vehicle Towing | 116 |
| General Maintenance Guidelines | 118 |
| Maintenance & Repair Log | 121 |
| Personal Records | 122 |

9/16/2004

MCGRAW000007

MCGRAW_EX-000019

**Keystone RV Company**
**Limited Warranty**
**Units Purchased After February 1, 2004**

*COVERAGE PROVIDED*

For one (1) year from the original date of first purchase or date first placed in service, whichever occurs first, we agree to make any necessary repairs that are determined by an authorized representative of Keystone to be a defect in materials or workmanship at no cost to you except those items listed below. All owners (original or subsequent) must be properly registered with Keystone RV to be considered for eligibility. We reserve the right to substitute parts or components of substantially equal quality, touch up cosmetic flaws, make design and/or manufacturing improvements or provide a replacement unit as your exclusive remedy under this Limited Warranty.

*COVERAGE NOT PROVIDED*

- Trailers used for business, rental, or commercial purposes, or any purposes other than recreational travel and family camping are not covered.
- Trailers which are not originally sold through an authorized Keystone dealer (i.e. sold through auction, repossession, salvage or an otherwise "distressed" condition).
- Minor adjustments to doors and drawers beyond 90 days after retail sale.
- Adjustments to latches, locks, TV antenna controls, brakes, combustion systems, changing fuses, or light bulbs which are considered maintenance items.
- Tires, batteries and generators which are warranted separately by their respective manufacturers.
- Any equipment manufacturer's warranty beyond the scope of Keystone RV Company's One Year Limited Warranty.
- Fading or deterioration of fabrics or decorative items or any deterioration due to excessive exposure.
- Any improper water damage, beyond warranty repairs, due to mold or fungi.
- Damage caused by abuse, misuse, condensation, overloading, environmental conditions, vandalism, collision, road hazards, rock chips, alterations, modifications, improper non-warranty repairs, improper maintenance, or delay in giving prompt notice of any water damage.
- Representations made by any person (including your dealer) beyond those stated in this Limited Warranty.
- Any trailer licensed, registered, or primarily used outside the USA or Canada.

*OWNER RESPONSIBILITY*

- It is the responsibility of the owner to take whatever preventative measures necessary to maintain the exterior sealants of the unit as described in the Care and Maintenance section of the Owner's Manual.
- It is the responsibility of the owner to prevent foreseeable secondary moisture or water damage to the unit from rain, plumbing leaks, condensation and other natural accumulation of water in the unit. Examples of secondary damage include, but are not limited to: stained upholstery, carpeting or drapes; mold formation and growth; furniture, cabinetry or floor deterioration, etc. Mold is a natural growth given certain environmental conditions and is not covered by the terms of the limited warranty.

*TO OBTAIN SERVICE*

- Contact your selling or authorized dealer for an appointment and take the unit, at your expense, to the servicing dealer.
- If 2 or more unsuccessful repair attempts have been made for any item impairing the use, value, or safety of your trailer, it is necessary to notify us in writing within 7 days so that we may assist you in arranging repairs to correct these items.

MCGRAW000010

MCGRAW_EX-000022

KEYSTONE WILL NOT BE LIABLE FOR CONSEQUENTIAL OR INCIDENTAL
DAMAGES such as your costs or damages for transportation, service calls, towing, lodging,
loss of use or damage to your tow vehicle or other property, loss of use of your trailer or other
property, providing or paying for the cost of loaner/rental units/vehicles, phone calls,
inconvenience, or loss of income.

ANY ACTION TO ENFORCE THIS EXPRESS OR ANY IMPLIED WARRANTY SHALL NOT
BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE MAXIMUM ONE (1) YEAR TERM
OF THIS LIMITED WARRANTY.
Some states do not allow a reduction in statutes of limitations, so the above reduction may not
apply to you.

IMPLIED WARRANTIES, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR
FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO THE
COVERAGE TERMS OF THIS LIMITED WARRANTY.
Some states do not allow limitations on how long an implied warranty lasts, so the above
limitation may not apply to you.

This warranty gives you specific legal rights, and you may also have other rights which vary from
state to state.

If the dealer is unable to resolve any warrantable issues or for assistance in arranging repairs,
please contact:

Customer Service Department
Keystone RV Company
2642 Hackberry Dr.
Goshen, IN 46526
866-425-4369

10

09/16/04
**MCGRAW000011**

MCGRAW_EX-000023



## Warranty Information (cont.)

### Obtaining Warranty Service (cont.)

Keystone RV recommends obtaining service from your local dealer or the nearest authorized repair facility. Service must be obtained within a reasonable time after discovery of the defect and prior to the applicable warranty expiration period.   If assistance is needed in locating an authorized repair center, please contact Keystone RV Customer Service at 1-866-425-4369.

*Please have the following available when you call.*

**1. Vehicle Identification Number (17 digit Serial#- begins with 4YD....)**

**2. Model #**

**3. Date of Purchase**

**4. Description of the problem**

**5. Previous repair history & location (if applicable).**

### Get To Know Your Unit Before Heading Out

Throughout the manufacturing process, your recreational vehicle has been inspected by qualified inspectors and then again at the dealership.  As the owners, however, you will be the first to camp and extensively use every system. Keystone RV wants the first camping experience to be happy one and recommends a "Trial Camping Experience" before heading out.  Plan a weekend in the yard or driveway and *really* camp in your unit.

By camping for several days, full time in your unit, you will have the opportunity to use and become accustomed to the systems within your unit and find out what items are needed/not needed while camping. Note any questions that arise, difficulties encountered or problems that occur.  After your trial, call your dealer and ask any questions that have arisen.  Getting to know your unit before the first adventure can save a lot of frustration and leave more time for fun!

09/16/04
**MCGRAW000016**

MCGRAW_EX-000028



# Warranty Information (cont.)

## If You Need To Make An Appointment

➤ **Call Ahead**
Give thought to an appointment time and call ahead.  Mondays and Fridays are generally the busiest times at a dealer's service center, as are right before seasonal holidays.  Have your Vehicle Identification Number available.

➤ **Be Prepared**
If warranty work is to be done, please have a copy of your warranty paperwork available and provide the service center with any helpful information on past repairs that may pertain and help the technicians in diagnosing the problem.

➤ **Make a List**
Have a list ready and be reasonable with repair expectations.  Some repairs may require special order parts or parts shipped from a manufacturer.  Explain what you would like to have done over the phone or stop by ahead of time so that you and the service manager can discuss possible repair times.

### About Service Calls

Please note, your Keystone RV Limited Warranty covers warrantable repairs that are performed by an authorized Keystone RV dealer at their service center or facility only.

It is important for the owner to know that if you are unable to bring your unit in for repairs, Keystone RV is not responsible for any costs incurred for the service call charge, or time accrued to come out to your unit.

Your unit is a recreational vehicle and not intended, nor manufactured, as a permanent residence.

➤ **While Waiting**
Drop your unit off if possible.  If you wait on your repair, do not be surprised if you cannot enter the repair area.  Many insurance policies prohibit customers or non-personnel from entering into the work area for safety reasons.

### Inspecting Your Repairs

Keystone RV and your dealer want you to be satisfied with any repair.  After a repair is performed, inspect thoroughly.  Check off your list and go over the repairs with the service center representative.  Once satisfied, sign the Keystone RV Company Warranty Claim.  In the event a problem should reoccur after you have left the dealership, contact the repair center or Keystone RV as soon as possible, so that the situation can be resolved expediently.

09/16/04
**MCGRAW000017**

MCGRAW_EX-000029



### Warranty Info- Component Manufacturers

**A&E / DOMETIC/ DUO-THERM**
*USA Service Office*
509 S. Poplar Street
Lagrange, IN 46761

800-544-4881

*Canada Service Office*
866 Langs Drive
Cambridge, Ontario
N3H 2N7
519-653-4390

**ALKO-KOBER**
21611 Protecta Drive
Elkhart, IN 46516
21-264-6651

**ANTENNA TEK, INC.**
425 S. Bowen, #4
Longmont, CO 80501
303-772-9591

**ATWOOD MOBILE PRODUCTS**
4750 Hiawatha Drive
Rockford, IL 61103
800-825-4328

**BAL RV PRODUCTS GROUP**
365 W. Victoria St
Compton, CA 90220
310-639-4000

**MAGNETEK - USA**
Magnetek USA
112 E. Union St.
Goodland, IN 47948
800-708-0724

**MAGNETEK-CAN**
J&J Sales
#6-19510 5th Ave.
Surrey, BC V3A 6K8
04-534-6336

**ONAN CORPORATION**
1400 73RD Ave., NE
Minneapolis, MN 55432
800-888-ONAN

**SUBURBAN MFG.**
Customer Service Center
676 Broadway Street
Dayton, TN 37321
423-775-2131

**SURFLO**
12650 Westminster Ave.
Santa Ana, CA
92706-2100

**THETFORD - USA**
P.O. Box 1285
Ann Arbor, MI 48106

800-521-3032

**THETFORD - CAN**
2710 Slough St.
Mississauga, ONT
L4T 1G3
905-671-0255



**Need an address not listed?**

**Please call Keystone RV Customer Service for assistance.**

**866-425-4369**

**WINEGARD – USA**
Winegard USA
3000 Kirkwood St.
Burlington, IA 52601-2000
303-754-0600

**WINEGARD - CAN**
Coast Distribution- Canada
Alberta   403-720-0046
Quebec   514-866-3613

09/16/04

MCGRAW000018

MCGRAW_EX-000030

 **Appliances & Equipment (cont.)**

## REFRIGERATOR (CONTINUED)

### Operational Controls

*See unit information packet for manufacturer's operational instructions for the model installed.*

*Auto Mode:* The control system on the refrigerator will automatically select between gas and AC electric operation. AC will always be selected if available. If AC becomes unavailable, the refrigerator will switch to gas mode operation. When in auto mode the indicator lamp on the control panel will be lit.

*Gas Mode:* This mode when selected provides gas operation only. The indicator lamp for auto mode will not be lit.

### Care & Maintenance

*Exterior:* Ventilation of the refrigerator is essential. Make sure the vents are clear of any obstructions such as bird/insect nests, spider webs or any other debris. Periodically clean the coils on the back of the refrigerator with a soft brush. At no time should any combustible materials, such as gasoline, liquids or vapors be stored near the refrigerator.

*Interior:* When cleaning the interior lining of the refrigerator, use a weak solution of soda and warm water. Use only warm water, though, when cleaning the finned evaporator, ice trays and shelves. Never use harsh chemicals or abrasive cleaners to clean these parts or their protective coatings will be damaged.

*Defrosting:* When defrosting the refrigerator, shut off the power by turning the main power button to the off position. Remove any food and leave the drip tray under the finned evaporator. Remove light bulb or cover switch with a piece of tape. Leave the door(s) open and empty drip pan when necessary. Dry with a soft cloth when done.

**ANY SERVICE TO THE REFRIGERATOR MUST BE PERFORMED BY A QUALIFIED REPAIR TECHNICIAN.**

| ▲       WARNING!       ▲ |
| --- |
| *When refueling tow vehicle, shut off all LP gas appliances. Most LP gas appliances are vented to the outside. Gasoline fumes could enter the appliance and ignite from the burner flame causing an explosion or fire.* |

MCGRAW_EX-000060

 Appliances & Equipment (cont.)

## ROOF VENTS

Manual and/or power roof vents are installed on Keystone recreational vehicles. *(For Fan-Tastic Vent, see the information on this specific product in this section.)* Operate the roof vents when showering, bathing, washing dishes or anytime hot water is used, as it allows moisture to escape. Veritilation is extremely important in reducing condensation formation. For further information on condensation see "Tips on Controlling Condensation" in the Appendix.

## SAFETY

*Fire safety is important whether at home or in a recreational vehicle. The best way to limit fire risk is by prevention. Follow the manufacturer's instructions on the use of all appliances and observe all safety warnings and instructions included.*

*Before camping, make certain the locations of all safety equipment inside* *and all emergency exit windows as well as doors. An escape* *plan for emergencies, whether at home or camping, is always a good idea.*

❖ **Egress Windows.**

Egress or "Emergency Exit" windows are labeled from the factory with the word *EXIT*. All egress windows can be distinguished by red operational handles or levers. Dependent upon the window type, an egress window may be a large section or an entire window. Review the locations and operational instructions posted upon the window with all passengers.

❖ **Fire Extinguisher**

Each recreational vehicle includes a fire extinguisher, which is located near the main entry door. The fire extinguishers are rated for Class B (gasoline, grease, and flammable liquids) and Class C (electrical) fires. Test and operate according to manufacturer instructions.



48

MCGRAW_EX-000061

 **Appliances & Equipment (cont.)**

## SAFETY (CONTINUED)

❖ **Flashlight**

For your convenience and security, a cordless rechargeable flashlight is available in some models. Located near the main entrance door, simply remove the flashlight from its charging case and turn on. After switching it off, replace the flashlight in its case and the flashlight will charge as long as 12V power is available.



❖ **LP Detector**

*See the LP section of this manual.*

❖ **Smoke Detector**

For safety, a smoke detector is installed in the living / cooking area. Smoke detectors should be tested prior to and during each camping trip or weekly during the season. Most detectors are powered by a 9V battery. Keeping fresh extra batteries on hand is a good idea.



49

09/16/04



# Chapter 8: Care & Maintenance

*The instructions and recommendations located within this manual and the accompanying manufacturer's component literature should be read. Failure to perform necessary or preventative maintenance may limit or void all or part of a specific warranty.*



Care and maintenance of the recreational vehicle is an important step in maintaining the safety, dependability and appearance of both the interior and exterior of the unit.  Keep good records of all maintenance performed as these may be necessary for warranty information or may assist in possible repairs needed.

Operational climates may affect the frequency of maintenance needed on certain components.  Preventative maintenance is important to the life and enjoyment of any recreation vehicle and many problems can be caught before they occur.   Please do not hesitate to call your dealer with a question on the maintenance or care of any item.

The care and maintenance of appliances are discussed within the appliance chapter.  *Always* refer to the manufacturer's recommendations located within the literature of the unit packet.

---

**CAUTION**

When performing any maintenance, *always* wear appropriate safety protection gear.

---

**CAUTION**

If uncertain or unfamiliar with any of the preventative maintenance items appearing in this manual, please contact your local dealer.

---

87

MCGRAW_EX-000100

 Care & Maintenance – A Special Note

## About Molds:

*What are molds?*

Molds are microscopic organisms that naturally occur in virtually every environment, indoors and out. Outdoors, mold growth is important in the decomposition of plants. Indoors, mold growth is unfavorable. Left unchecked, molds break down natural materials such as wood products and fabrics. Knowing the potential risks is important for any type of homeowner to protect their investment.

*What factors contribute to mold growth?*

For mold growth to occur temperatures, indoors or outdoors, must be between 40 degrees and 100 degrees fahrenheit and also have a source of moisture such as humidity, standing water, damp materials, etc. Indoors, the most rapid growth occurs with warm and humid conditions.

*How can mold growth be inhibited?*

By controlling relative humidity, the growth of mold and mildew will be inhibited. In warm climates, use of the air conditioner will reduce the relative humidity. Vents are located in the bathing and cooking areas and constant use is advised during food preparation and bathing even during colder weather. Additionally, opening a window during these activities will assist in ventilation. In extremely humid conditions, the use of a dehumidifier can be helpful.*

Frequent use of the RV or cleaning regularly is an important preventive measure. Further, any spills should be wiped up quickly and dried as soon as possible. Avoid leaving damp items lying about. On safe surfaces, use mold or mildew-killing cleaning products. Check sealants regularly and reseal when necessary to avoid water leaks. Proper preventive maintenance to the RV and its accessories, as described both in this manual and in accompanying literature, will provide the best protection for your RV.

For more information on controlling moisture in the RV, please read, "Tips to Controlling Condensation", located in the Appendix of this manual.

*If using a dehumidifier, please read and follow all manufacturer instructions and recommendations concerning the use and cleaning of the dehumidifier.

09/16/04

MCGRAW000089

MCGRAW_EX-000101

 **Care & Maintenance - Exterior**

## EXTERIOR

### Fiberglass / Gel Coat Finish

Care of the Filon™ finish is similar to caring for a new car.  Any finish will deteriorate over time.  Exposure to extreme sunlight, pollutants and excessive moisture can cause dulling, fading and yellowing.  Regular washing and periodic waxing will help maintain the glossy new look.  When washing, use a mild automotive or RV wash solution available at your dealer, being sure to rinse off any loose debris first.  Avoid spraying water directly into the furnace and refrigerator vents.  Waxing the Filon™ areas twice a year is recommended.  Wax with an automotive wax or polish developed for boats.  Follow all directions by the wax manufacturer carefully and remember to wash and wax out of direct sunlight and when surfaces are cool.

### Metal

The aluminum exterior has a baked on enamel finish.  Washing frequently with an automotive or RV wash solution will help avoid staining from debris and soil build-up.  Always rinse unit with clear water prior to washing to remove any loose dirt.  Waxing two to three times a year with a good automotive paste wax will help pr:       ....

---

### DO'S & DON'TS

- ❖ Do Use automotive / marine grade non-abrasive waxes
- ❖ Do Use soft cloths to clean and wax
- ❖ Do be careful around graphics. Wax and wash with the graphic, not against it.

- ❖ DO NOT USE products containing ammonia or caustic harsh cleaners as they may cause discoloration to the fiberglass surface.
- ❖ Do Not use high-pressure washers, rotating brushes, such as in car washes, and power buffers.  Use of these products can damage graphics and/ or paint finishes.
- ❖ Do not dry-wipe surfaces
- ❖ Do not use rubbing compounds

---

### ABS Plastic/Molded Parts

Some components of Keystone products are constructed of strong ABS molded plastic.  A mild solution of soap and water should be used when cleaning.  When using any product, make sure the product is recommended for use on plastics.  Avoid harsh abrasive cleaners, ammonia or citric- based products as discoloration may result.

09/16/04
MCGRAW000090

MCGRAW_EX-000102



# Appendix

For your convenience, additional information and checklists have been included that many owners have found to be of assistance. In this Appendix you will find:

1. Contacting Keystone RV Company
2. A Glossary of Common RV Terms
3. Chemical Sensitivity Issues
4. Tips to Controlling Condensation
5. Storage and Winterization Checklist
6. Pre-Travel Checklist
7. Sport Utility Vehicle Information
8. General Maintenance Guidelines
9. A Maintenance / Repair Log
10. A Personal Records Page

At Keystone, we are continually striving to serve our customers better and your suggestions are important. Please let us know what you think of this manual.

09/16/04

MCGRAW000110

MCGRAW_EX-000122

## For More Information



*For assistance with this manual, warranty information or information on Keystone Products, please contact your dealer or feel free to contact Keystone RV Customer Service*

*Address:* Keystone RV Company
Customer Service Dept.
2642 Hackberry Drive
Goshen, IN  46526

*Toll Free Phone:* 866-425-4369 (US)
574-642-4001

*Toll Free Fax:* 888-410-0044 (US)
574-642-4329

*Web Site:* www.keystonerv.com (Select Customer Service)

*Business Hours:* 8:00AM – 5:00PM (EST)
Monday – Friday

FOR INFORMATION ON PRODUCT SPECIFICATIONS FREQUENTLY ASKED QUESTIONS OR DEALER LOCATOR ASSISTANCE, VISIT US ON THE WEB AT www.keystonerv.com

110

 **Glossary Of Common RV Terms**

**AC ELECTRICITY:** Alternating Current. 120 V - Normal household current.

**BLACK TANK:** The holding tank into which the toilet directly drains.

**BLACK WATER:** The term associated with sewage contained within the black tank.

**CITY WATER:** Refers to exterior water source; not water from the fresh water tank that you hook up to at campgrounds. "City Water" refers to pulling water from a central source (like in a city).

**CURBSIDE:** Term used to refer to the side of your coach, which faces the curb or shoulder when parked. *Also called* DOOR SIDE (the main entrance door) or OFFROAD SIDE.

**DC ELECTRICITY:** Direct Current. Also termed Battery Power. Used to run all 12-Volt powered systems or lighting.

**DRY CAMPING:** Refers to camping using only the resources within your unit and without amenities such as city water hook-ups, electrical hook-ups, etc., often provided at commercial campsites.

**DUMP STATION:** Term used for locations to drain the waste holding tanks (gray and black tanks). In most states, it is illegal to dump your tanks anywhere except at dump stations.

**DUMP VALVE:** Another name for the T-Handle used to drain the black and gray tanks.

**EGRESS WINDOW:** Term for the emergency exit windows within recreational vehicles. Usually identified by a red handles or levers.

**FULL HOOK-UP SITE:** A Campsite that offers full amenities: City water, sewer, and electrical hook ups — many have cable and phone available.

**GREY TANK:** The waste holding tank into which water from the kitchen and bath sinks, shower and tub drains.

**GREY WATER:** Water drained into the gray holding tank.

**LOW POINT/LOW POINT DRAIN:** The lowest point in the plumbing system. Drain valves are placed at these points for sewage dumping.

**PRIMITIVE CAMP SITE:** Campsite that offers limited connections. May have city water or electrical available but not both.

**PULL THROUGH SITES:** Camp sites that you can pull your recreational vehicle through,eliminating the need to back in.

**ROAD SIDE:** Refers to the side of the unit that faces the road when parked. *Also called OFF DOOR SIDE.*

**SHORE LINE:** The electrical cord that connects 120V from an exterior outlet (such as campgrounds) to the RV. *Also called Power Cord.*

**SHORE POWER:** The 120V outlet that connects to the Shore Line.

09/16/04
**MCGRAW000112**

MCGRAW_EX-000124

 

## Chemical Sensitivity Issues

Many individuals are sensitive to the out-gassing from common construction materials used in the construction of RV's. This occurs most frequently in hot weather and after a unit has been closed up for extended periods. *Chemical sensitivity is an individual reaction.* Common symptoms include, but are not limited to, burning eyes, respiratory irritations and other allergic reactions. These conditions are not manufacturing defects. A common myth is that formaldehyde is used in the manufacturing paneling and other building materials. *Keystone RV* ***does not*** *use products containing formaldehyde.*

**Suggested Solution:**

Frequent fresh air ventilation. Open the windows and roof vents when possible. In colder weather, running the furnace will assist in this process.

**Additional consideration:**

A large majority of holding tank chemicals contain formaldehyde. Experiment with different brands not containing formaldehyde.

112

MCGRAW_EX-000125

 ## Tips to Controlling Condensation

**To avoid condensation problems, try to follow these tips to help alleviate excess moisture:**

❖ Allow excess moisture to escape to the outside when bathing, washing dishes, hair drying, laundering, and using appliances and non-vented gas burners.

❖ Always use the vent hood when cooking.

❖ Keep the bathroom door closed and the vent or window open when bathing and for a period of time after you have finished.

❖ Do not hang wet clothes in the trailer to dry.

❖ In hot weather, start the air conditioner early.  This removes excess humidity form the air while lowering the temperature.

❖ Keep the temperature as reasonably cool during cold weather as possible.  The warmer the vehicle, the more cold exterior temperatures and warm interior temperatures will collide on wall surfaces, thus creating condensation.

    fan to keep air circulating inside the vehicle so condensation and mildew not form in dead air spaces.  Allow air to circulate inside closets and cabinets (leave doors partially open).  Please keep in mind that *a* closed cabinet full of stored goods prevents circulation and allows the exterior temperature to cause condensation.

❖ The natural tendency would be to close the vehicle tightly during cold weather. This will actually compound the problem.  Simply put, you need to remove some of the warm air and allow some cool outside air to get inside the vehicle so the furnace will not recycle the humid interior air.

❖ Use fluorescent ceiling lights and minimize prolonged use of incandescent lights, which produce heat and contribute to condensation in the roof above the ceiling lights.

113

09/16/04

MCGRAW000114

MCGRAW_EX-000126

 ## Storage and Winterization Checklist 

Winterization and storage procedures are important in the maintenance and longevity of an RV. Below is a convenient checklist of general procedures outlined within the manual. Geographic locations may alter or add procedures. Check with a local Keystone Authorized Dealer for steps applicable to the region. They are the best source of knowledge for storage procedures in the area.

- **Plumbing Lines:** See Winterization
- **Water Filter (if equipped):**
  Remove filter & discard.
- **Water Heater**
  Drain & By-Pass.
  Cover exterior vents.
- **Toilet**
  See winterization procedure.
- **Holding Tanks**
  See winterization procedure.
- **Fresh Water Tank**
  See winterization procedure.
- **Drain Traps**
  See winterization procedure.
- **Sinks**
  Clean. See winterization procedure.
- **Refrigerator**
  Clean & defrost. Prop open door(s). Place cardboard or other coverings over exterior vents & secure.
- **Air Conditioner**
  Replace filter or clean. Cover shroud on roof & secure.
- **Furnace**
  Remove and replace or clean filter. Cover exterior vent and secure. Set thermostat to "OFF"
- **Countertops & Cabinets**
  Clean. Remove any bottles or cans that could be damaged by freezing. Leave cabinet doors open during storage.
- **Windows**
  Clean. Check sealant around. Lock. Place cardboard/foil over windows on inside to help prevent sun fade on interior fabrics.

- **Curtains & Blinds**
  Close.
- **Exterior Walls**
  Wash as recommended and wax.
- **Tires**
  Block RV and partially deflate tires to avoid "flat spots" from pressure on tires. Cover to protect against sunlight. (Covers are available at RV supply stores)
- **Roof**
  Clean as recommended-remove any debris and keep clear of snow. Reseal any seams if necessary.
- **Vents**
  Remove any debris, nests, etc. Cover and secure.
- **Batteries**
  Add distilled water & recharge if necessary. Remove and store (Avoid placing on cement floor) in a cool place. Check monthly and recharge if necessary. Discharged batteries may freeze & crack.
- **Generators— (see manufacturer recommendations)**
- **Locks**
  Put graphite in all exterior locks.
- **Awning**
  Open: Clean awning per recommendations & allow to dry. Lubricate sliding & lock hardware. Close and secure.

114

09/16/04

MCGRAW_EX-000127