UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>* | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAG. JUDGE CHASEZ– MAG. 5 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF YVETTE MOLINA

I, Yvette Molina state and declare as follows:

1. I am employed by the Federal Emergency Management Agency ("FEMA"), a component agency of the Department of Homeland Security ("DHS"), in the Individual Assistance Branch. During the response to hurricanes Katrina and Rita, I served as a Field Inspector, and in July 2007, one of my assignments was to deliver a formaldehyde flyer to temporary emergency housing units ("EHUs") – travel trailers and park model units – in New Orleans and surrounding areas.

2. In July 2007, I participated in the delivery of an FEMA formaldehyde flyer titled, "Important Formaldehyde Information for FEMA Housing Occupants" ("2007 Formaldehyde Flyer") to EHUs. I was provided the 2007 Formaldehyde Flyers and I personally delivered them to EHU residents. If a resident was not home, I would tape it to the door of the unit, so it would be available to the occupant when they returned to the unit. After each delivery, I recorded the date, unit identification number, address, and location of the unit that I delivered the 2007 Formaldehyde Flyer and at the end of the day I turned the records in to the person designated

EXHIBIT 11

with responsibility for collecting that information. It was important to make sure that the record I made showing delivery was accurate to ensure that a flyer was delivered to units, and reduce the likelihood of delivering more than one flyer to the same EHU.

3. I have reviewed the document assigned identification number FEMA08-000015. This document is a true and accurate copy of the 2007 Formaldehyde Flyer that I delivered to occupants and EHUs in July 2007.

4. I have no independent recollection of having delivered the 2007 Formaldehyde Flyer to the residents or EHUs located at 5212 Dauphine Street, New Orleans, Louisiana 70117. As previously noted, each day I would have made a record showing the addresses where I delivered the 2007 Formaldehyde Flyer and turned that documentation in at the end of each day. That record would have shown the addresses where I delivered a 2007 Formaldehyde Flyer, the Barcode/Vehicle Identification Number of the EHU(s) located at the address, my first name "Yvette" indicating I had personally delivered the flyer to that unit, and the date I delivered the flyer to that unit.

5. I have reviewed the spreadsheet assigned identification number FEMA162-001536 and believe that this document accurately reflects information that I would have reported to the office. That document shows that two travel trailers were located at 5212 Dauphine Street, New Orleans, Louisiana, one unit with FEMA Barcode 1110900, Vehicle Identification Number 1NL1GTR2161001306 and the second unit with FEMA Barcode 1345768, Vehicle Identification Number 4YDT260226N132486. Further, the record shows that on July 22, 2007, I delivered a 2007 Formaldehyde Flyer to each of these trailers. If the person

Page 2 of 3

occupying the trailer was present when I delivered the flyer, it was my policy and practice to hand the occupant the flyer and advise them to call the telephone number on the flyer if they had any questions or concerns about formaldehyde. If the occupants were not home, it was my policy and practice to tape the flyer to the door of the trailer so the occupant would receive it when he or she returned to the unit.

6. To the best of my knowledge, information and belief, on July 22, 2007, I personally delivered a 2007 Formaldehyde Flyer to each of the travel trailers located at 5212 Dauphine Street, New Orleans, Louisiana, by either handing a copy to the resident or taping the flyer on the doors on both of the travel trailers located at that address.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed on this ⁔7 day of April.

YVETTE MOLINA
Federal Emergency Management Agency
Patterson, New Jersey



## Important Formaldehyde Information for FEMA Housing Occupants

### *Why are you receiving this information?*
FEMA is providing this information to help you and your family better understand what formaldehyde is and how it could affect living and health conditions in your FEMA-provided housing unit. We are also providing you with a phone number where you can receive additional information about formaldehyde and discuss your disaster housing situation with a FEMA specialist.

### *What is formaldehyde?*
Formaldehyde is a common indoor air pollutant that can be found in nearly all homes and buildings. It is a colorless gas that is released into the home from a variety of indoor sources. Formaldehyde can also be found in a variety of materials used in home construction and products for everyday living.

### *How might formaldehyde affect me and my family?*
There are several formaldehyde-related symptoms, such as watery eyes, runny nose, burning sensation in the eyes, nose, and throat, headaches and fatigue. These symptoms are similar to those associated with the common cold, the flu or other pollutants.

Formaldehyde can affect people differently. Some people may not have any noticeable reaction to formaldehyde; others are very sensitive to it. People with eye, skin, respiratory, or allergic conditions, and those with asthma are more likely to feel the effects of formaldehyde. Children and the elderly may be more sensitive as well.

The most common route of exposure is by breathing it, which may cause nose and eye irritation even in low levels. More serious health problems may be caused by extended exposure, including a small but increased risk of some forms of cancer.

If these symptoms lessen when you are away from your home but reappear when you return, your symptoms could be from indoor pollutants that may include formaldehyde or other indoor pollutants, such as dust, mold or smoke.

If you are experiencing these symptoms, or suspect you are sensitive to formaldehyde, you should seek medical attention to see if formaldehyde may be causing your symptoms.

## Additional Information

**If you have additional questions or concerns regarding formaldehyde in your FEMA provided housing unit, please call:**

# 1-866-562-2381
# (TTY 1-800-462-7585)

FEMA operators will immediately direct your call to specialists who will assist you with questions about:

- Formaldehyde and health related issues
- Other available FEMA housing assistance options; and
- Recently purchased FEMA housing units

SP_Formaldehyde_PS_Post

| SP-FORM-POST ID | unitid | Barcode | VIN | UXAStatus | statusdate | UnitTypeName | AddresSID | SiteName | SiteTypeName | Street | City | State | County | Zipcode | GeoLong | GeoLat | Location | FifteenSecGrid | OneMinGrid | OneMinCode | SevenMinName | SevenMinGrid | SevenMinCode | FlyerPosted | BadAddress | FieldInspector | DHOPSFieldOffice | Inspection Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13006 | 128207 | 1315539 | 4CJ1F322165342809 | Occupied | 3/29/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Regina | Harahan | 7/23/2007 |
| 13007 | 137326 | 1351736 | 1NL1VTR2161044260 | RFI | 12/17/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Walterine French | Harahan | 7/22/2007 |
| 13008 | 55463 | 1349269 | 1NL1GTR2261084339 | Occupied | 5/16/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | | x | | Harahan | 7/24/2007 |
| 13009 | 24274 | 1373161 | 5CZ200P2361128500 | Occupied | 9/14/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Chris P | Harahan | 7/22/2007 |
| 13010 | 70409 | 1360441 | 1NL1VTR2961085199 | Occupied | 5/4/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Ronald Honeycutt | Harahan | 7/23/2007 |
| 13011 | 14121 | 1353140 | 1NL1GTR2461068921 | Occupied | 4/23/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Felipe L | Harahan | 7/21/2007 |
| 13012 | 128290 | 1130807 | 1NL1GTR2861052138 | Occupied | 3/3/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Ivan Rios | Harahan | 7/23/2007 |
| 13013 | 73878 | 1110317 | 1NL1GTR2161014461 | RFI | 10/19/2005 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | | Harahan | 7/24/2007 |
| 13014 | 86508 | 1327051 | 5L4TF332X63021111 | Occupied | 6/8/2007 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Claudia Martin | Harahan | 7/21/2007 |
| 13015 | 88830 | 1294940 | 1NL1GTR2261047629 | Occupied | 3/24/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Travis | Harahan | 7/22/2007 |
| 13016 | 22677 | 1116175 | 1NL1GTR2561082083 | Occupied | 6/12/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Regina | Harahan | 7/22/2007 |
| 13017 | 46914 | 1373567 | 4XTTN30216C264545 | Occupied | 2/13/2007 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Kimberly C | Harahan | 7/23/2007 |
| 13018 | 80114 | 1110900 | 1NL1GTR2161001306 | Occupied | 6/10/2006 | Travel Trailer | 88716 | | | 5212 DAUPHINE ST | New Orleans | LA | Orleans | 70117 | -90.02141 | 30 | East | 608000 | 9029-0157 | B3 | New Orleans East | 29090 | H1 | x | | Yvette | Harahan | 7/22/2007 |
| 13019 | 128967 | 1345768 | 4YDT260226N132486 | Occupied | 7/27/2006 | Travel Trailer | 88716 | | | 5212 DAUPHINE ST | New Orleans | LA | Orleans | 70117 | -90.02141 | 30 | East | 608000 | 9029-0157 | B3 | New Orleans East | 29090 | H1 | x | | Yvette | Harahan | 7/22/2007 |
| 13020 | 101982 | 1234710 | 4X4TWDH216P100840 | Occupied | 4/9/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Joe Pham | Harahan | 7/22/2007 |
| 13021 | 106318 | 1344428 | 4WYT32P2661502642 | Occupied | 3/8/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Joe Pham | Harahan | 7/22/2007 |
| 13022 | 6594 | 1353167 | 1NL1GTR2261068948 | Occupied | 4/1/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Bianca | Harahan | 7/22/2007 |
| 13023 | 119524 | 1372605 | 4CJ1F322164014683 | Occupied | 3/18/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Claudia Martin | Harahan | 7/21/2007 |
| 13024 | 52651 | 1293238 | 1NL1GTR2361043055 | Occupied | 3/7/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | | Harahan | 7/24/2007 |
| 13025 | 85187 | 1298813 | 1NL1GTR2061003399 | Occupied | 8/24/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Corey | Harahan | 7/22/2007 |
| 13026 | 115500 | 1355879 | 1NL1VTR2X61054107 | Occupied | 5/13/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Chris Perez | Harahan | 7/23/2007 |
| 13027 | 57989 | 1351480 | 1NL1GTR2061018856 | Vacant Not Ready | 12/1/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Wilfred | Harahan | 7/23/2007 |
| 13028 | 96190 | 1121580 | 1NL1GTR2861051085 | Occupied | 1/8/2007 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Charlotte | Harahan | 7/22/2007 |
| 13029 | 127112 | 1115798 | 1NL1GTR2661050579 | Occupied | 4/5/2007 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | John Griffin | Harahan | 7/21/2007 |
| 13030 | 115122 | 1355752 | 1NL1VTR2861060715 | Occupied | 5/8/2006 | Travel Trailer | | | | | | LA | | | | | | | | | | | | x | | Robert Taylor | Harahan | 7/23/2007 |

FEMA162-001536