Certified to be True Copy of the Original

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

| FEMA DR# | 911957940A | Location # 5212 Dauphine ST. | Lot # PRIVATE |
|---|---|---|---|

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42. U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.
(2) Must not commit or allow crimes to occur in the unit or in the vicinity.
(3) Must not allow anyone, other than the individuals listed below, to live in the unit.
(4) Must accept otehr housing options, when they become available.
(5) Must occupy the unit continuously, and must seek approval form FEMA if leaving the unit for any extended period of time.
(X) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) MCGRAW, DAVID L | Signature of Person Assigned to Shelter Unit X David McGraw | Date 7-27-06 |
|---|---|---|

*(To be Completed by Person Assigning the Shelter Unit)*

**Family Composition - Occupant Information**

| Name | | Age | Sex |
|---|---|---|---|
| DAVID MCGRAW | APPLICANT | 44 | M |
| DOTTIE " | FAMILY | 76 | F |
| JENNIFER TURNER | " | 44 | F |
| IVY SHEETS | " | 36 | F |

McGraw DEPOSITION EXHIBIT 15

| Site Control # SC-03-027749 | Unit Bar Code # 1345768 | Unit VIN # 4YDT260226N132486 |
|---|---|---|
| Name of Person Assigning Shelter Unit (Please Print) ROBERT AYALA | Signature of Person Assigning Shelter Unit Robert Ayala | Date 7-27-06 |

EXHIBIT 14

FEMA200-000047

MCGRAW_EX-000168