UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

**RECREATION BY DESIGN, LLC'S, REPLY TO
PLAINTIFF'S RESPONSE TO MOTION IN LIMINE
TO EXCLUDE EVIDENCE AND/OR TESTIMONY
REGARDING SURGERY RELATED CLAIMS**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), who submits this reply to Plaintiff's response to its Motion in Limine to Exclude Evidence and/or Testimony Regarding Surgery Related Claims:

**I.   PLAINTIFF HAS FAILED TO PROVE GENERAL AND SPECIFIC CAUSATION AS TO HER EXACERBATION OF RHINOSINUSITIS CLAIM**

RBD included the discussion regarding Plaintiff's failure to prove general and specific causation as to her exacerbation of rhinosinusitis in its surgery related motion for one simple

reason - to demonstrate to the Court that Plaintiff's recent nasal surgery was not related to any action caused by RBD.  Plaintiff has failed to bring forth the requisite expert medical testimony required to causally relate *any* of her alleged symptoms and/or injuries, including exacerbation of rhinosinusitis,  to alleged formaldehyde exposure while she resided in her FEMA travel trailer.  It follows that if Plaintiff cannot prove that she suffered an exacerbation of rhinosinusitis as a result of residing in her FEMA travel trailer,  then her recent nasal surgery was also not related to her alleged exposure to formaldehyde while residing in her FEMA travel trailer.

## II.  PLAINTIFF PRESENTED NO MEDICAL EVIDENCE THAT HER NASAL SURGERY WAS NECESSITATED BY AN EXACERBATION OF RHINOSINUSITIS

In the event that the Court finds that Plaintiff presented sufficient general and specific evidence to support her exacerbation of rhinosinusitis claim, Plaintiff has still failed to present evidence that her recent nasal surgery was necessitated by her exacerbation of rhinosinutsits.[1]

Plaintiff's own medical expert, Dr. Miller, the only medical doctor to conclude that Plaintiff suffered an exacerbation of rhinosinusitis, did not opine that her condition required nasal surgery, nor did he testify at his deposition that Castanel's condition necessitated that she undergo nasal surgery. In fact, Dr. Gautreaux, Plaintiff's treating ENT, is the only medical doctor who even referenced the **possibility** that Castanel might eventually require

---

[1] RBD is not conceding that Plaintiff has presented such evidence.

2

nasal surgery. However, Dr. Gautreaux made it clear that he did not detect a change in Castanel's medical condition during the time she resided in the travel trailer[2] and that Castanel's incidences of sinusitis in 2009 were likely due to exposure to bacteria which were not in any way related to any alleged exposure dating back to 2007.[3] In sum, Dr. Gautreaux gave no testimony which connects Plaintiff's recent nasal surgery to any alleged exposure she may have experienced while residing in her FEMA travel trailer.

## CONCLUSION

Plaintiff has not provided evidence, medical or otherwise, that connects her recent nasal surgery to her alleged exposure to formaldehyde while she resided in her FEMA travel trailer approximately three years ago. RBD respectfully requests that this Court grant its Motion to Exclude Evidence and/or Testimony of Plaintiff's recent nasal surgery.

---

[2] See Ex. C to Rec. Doc. 13314-1, at pgs. 54, 79-80.

[3] See Ex. C to Rec. Doc. 13314-1, at pgs. 88-90.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591

4