UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 <br><br> SECTION "N-5" <br><br><br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: *EARLINE CASTANEL, ET AL v. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC.,* and *UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY,* NO. 09-3251 | * * * * * * * * * | |

**************************************************************************

**RECREATION BY DESIGN, LLC'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION IN LIMINE TO EXCLUDE OR LIMIT THE TESTIMONY OF PLAINTIFF'S EXPERT, PATRICIA WILLIAMS**

NOW INTO COURT, through undersigned counsel, comes Defendant, Recreation by Design, LLC ("RBD"), which offers the following memorandum in reply to Plaintiff's response to its Motion in *Limine* to Exclude the Opinions and Testimony of Patricia Williams:

RBD certainly recognizes that Williams is offering only a general causation opinion. However, the fact that Williams is only offering general causation opinions as to the causative effects of formaldehyde does not mean that she has no limitations in rendering same. Williams' report, such that it is, is basically an overview of the totality of her research and opinions on formaldehyde. At the very least, Williams' report should have been refined to only include opinions relevant to Castanel. However, Williams chose not tailor her report, and instead, essentially reissued expert reports from the previous three bellwether trials, albeit, with minor change. In fact, Williams testified that at the time she issued her report in the Castanel matter, she did not have any specific information relevant to the Plaintiff. Simply having some background information on Castanel would not have changed the nature of Williams' opinion from general to specific. Moreover, RBD's description of Williams' affidavit as a "sham" is not inflammatory or scandalous. Sham is defined as something false...that is purported to be genuine. Here, Williams submitted what she asserts is an expert report specific to the Castanel matter, but it is actually and unmistakably a survey of health effects of formaldehyde.

Further, Plaintiff devotes a significant portion of her response defending Williams' affidavit and repeatedly reminds the reader that because she is offering general causation opinions as to the causative effects of formaldehyde, it was perfectly acceptable for her to include information regarding all the possible health effects of formaldehyde. Plaintiff then does an about face and concedes that Williams will not offer testimony and opinions regarding several medical conditions that were not advanced by the Plaintiff, meaning the inclusion in Williams' report was entirely irrelevant. Those medical conditions are: (1) asthma, (2) eczema, (3) fungi, (4) mold, and (5) vascular tissues death. This concession by the Plaintiff substantiates RBD's position that a significant

portion of Williams' affidavit was not related to Castanel.  Thus, Williams' affidavit was not an appropriate expert disclosure under Federal Rules of Procedure.

## CONCLUSION

For these reasons expressed above and those arguments included in its Memorandum in Support of its Motion in Limine to exclude Williams' testimony, RBD respectfully requests that the Court grant is motion, and Exclude Williams' testimony.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591