UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| v.  *RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

**RECREATION BY DESIGN, LLC'S REPLY TO PLAINTIFF'S RESPONSE TO
MOTION IN LIMINE  TO EXCLUDE EXPERT TESTIMONY
OF EDWARD SHWERY, PH.D.**

**MAY IT PLEASE THE COURT:**

  Defendant, Recreation by Design, LLC ("RBD"), respectfully submits this memorandum in reply to Plaintiff's response to its *Motion in Limine* to Exclude the Opinions and Testimony of Edward Shwery, Ph.D.:

  Initially, RBD reiterates that fact that Plaintiff has suffered from long term anxiety problems. And, though a defendant takes a Plaintiff as she comes, this is only applicable when the actions of the defendant aggravates a Plaintiff's existing condition.  Notwithstanding Plaintiff's argument to

the contrary, the evidence simply does not prove that the Plaintiff suffered anxiety symptoms as a result of residing in her FEMA travel trailer. In fact, Dr. Shwery's conclusion that the primary stressor for Plaintiff's anxiety problems were her increased sinus problems, are in direct contradiction to Plaintiff's description of the problems which caused her mental problems. While she was residing in her FEMA travel trailer, Castanel relayed to her long term treating physician, Dr. Alan Bowers, that she was suffering mentally. Castanel elaborated that her mental troubles were caused by the loss of possessions and memories she suffered as a result of Hurricane Katrina and family problems.[1] The foregoing clearly confirms that Plaintiff's anxiety was related to the losses she suffered as a result of Hurricane Katrina and her everyday family troubles and not the result of the time she resided in her FEMA travel trailer.

Likewise, the evidence also does not suggest that Plaintiff suffered a fear of cancer as a result of residing in her FEMA travel trailer. Notably, Castanel did not mention her fear of cancer until her second visit with Dr. Shwery.[2] Also, her long term companion, Edwin Gainer, testified that Castanel has had a fear of cancer since her son died from cancer approximately ten to twelve years ago.[3] Further, Shwery testified that he does not know when Castanel first developed a fear of cancer nor could he testify as to the reason Castanel has a fear of cancer.[4] The preceding shows Plaintiff's alleged fear of cancer was not related to the time she resided in her FEMA travel trailer.

---

[1] See Ex. F to Rec. Doc. 13303-1 at pg. 11.

[2] See Ex. B to Rec. Doc. 13303-1 at pg. 2.

[3] See Ex. K. To Rec. Doc. 13303-1 at pg. 14.

[4] Shwery depo. at 145:2-25 and 146:2-12, excerpts attached as Ex. A.

## CONCLUSION

For these reasons expressed above and those arguments included in its Memorandum in Support of its Motion in Limine to exclude Shwery's testimony, RBD respectfully requests that the Court grant its motion, and Exclude Shwery's testimony.

Respectfully submitted,

    */s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

    */s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591