# Transcript of the Testimony of
# Edward Halie Shwery, Ph.D.

## Date taken: March 2, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT A

Case 2:07-md-01873-KDE-MBN   Document 13860-1   Filed 04/28/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                     Edward Halle Shwery, Ph.D.

Page 145

```
 1       A    No.
 2       Q    Do you know when Ms. Castanel
 3   first thought about or had concerns about
 4   getting cancer related to her breathing?
 5       A    No, I don't know when that began.
 6   She didn't disclose that to me the first
 7   visit.
 8       Q    In her deposition, Ms. Castanel
 9   testified, and her deposition was given in
10   early February, that she first had concerns
11   about getting cancer about three months
12   before her deposition.
13       A    So the fall of '09, I guess?
14       Q    October, November.
15       A    Yes, I do recall she said that.
16       Q    Did she say that to you?
17       A    No, I read it in her deposition.
18       Q    You read it in her deposition?
19       A    I think I did.  I can't remember
20   exactly, but it seems like that's what was
21   in there.
22       Q    Do you know if Ms. Castanel's fear
23   of cancer was from watching TV and news
24   stories about people living in FEMA
25   trailers?
```

Case 2:07-md-01873-KDE-MBN   Document 13860-1   Filed 04/28/10   Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Edward Halle Shwery, Ph.D.

Page 146

```
 1      A    I don't know the source of it.
 2      Q    So as we sit here today, you can't
 3  talk about why Ms. Castanel had a fear of
 4  cancer?
 5      A    No, just that it's been on her
 6  mind and it's part of the whole motivational
 7  system for her developing this anxiety
 8  around a specific medical condition.
 9      Q    So asking in the affirmative, as
10  you sit here today, you cannot say why
11  Ms. Castanel has a fear of cancer?
12      A    Correct.
13      Q    All right.  Going to the last page
14  of your report, I believe that's Page 8?
15      A    Yes.
16      Q    "Since living back in her home,
17  the intensity, frequency, and duration of
18  her anxieties diminished, but the increase
19  in sinus problems have caused her anxieties
20  to increase.  Her problems" --
21      A    And I should have said "relative
22  to the experience of sinus problems."  That
23  would have been clearer.
24      Q    That's your recollection?
25      A    No, as I read this, that's what I
```