UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RBD'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
*IN LIMINE* TO EXCLUDE REFERENCES TO BUILDING CODES**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), who offers the following reply memorandum to Plaintiff's Opposition to Defendant's Motion *in Limine* to Exclude References to Building Codes[1] (the "Opposition") and in further support of its Motion *in Limine* to Exclude References to Building Codes:[2]

**ARGUMENT AND AUTHORITIES**

In the Opposition, plaintiff argues that "evidence concerning the application of the building codes to the temporary housing unit is relevant to the claims brought by Plaintiff in this case and that violations of the building code requirements had a direct and material affect [*sic*]

---

[1] Rec. Doc. 13593.
[2] Rec. Doc. 13304.

1

on the injuries sustained by Plaintiff."[3]  This contention is wholly without merit, and plaintiff's Opposition completely ignores the fact that building codes, including the Building Code of the City of New Orleans ("New Orleans Building Code"), the International Building Code ("IBC"), and the International Residential Code ("IRC"), do not apply to travel trailers.[4]

Plaintiff's only "substantive" response to RBD's motion is the adoption of previously unsuccessful arguments raised by the plaintiff in the *Wright* bellwether trial.  Specifically, plaintiff adopts the "arguments, evidence, and defenses raised by Plaintiff Lyndon T. Wright in his Memorandum in Opposition to Shaw Environmental, Inc.'s Motion in Limine to Exclude References to Building Codes (R. Doc. 11744) and Plaintiff Wright's Memorandum for Reconsideration of the Court's Order Granting Shaw Environmental, Inc.'s Motion in Limine to Exclude References to Building Codes (R. Doc. 12644), along with all evidence and authorities cited therein […]."[5]  The Court's subsequent rulings on both of those motions supports RBD's position here.

The first pleading cited by plaintiff is Wright's Memorandum in Opposition to Shaw Environmental, Inc.'s Motion in Limine to Exclude References to Building Codes (R. Doc. 11744), which is subject to the Court's Order of March 3, 2010 (Rec. Doc. 12260).  In that ruling, previously cited by RBD in its motion *in limine*, the Court concluded that "[n]o reference to building codes shall be admissible at trial."[6]  The Court based its determination on the fact that building codes were irrelevant to the material issues in the *Wright case*, and RBD contends that the same reasoning should also apply here.

---

[3] Rec. Doc. 13593 at p. 1.
[4] *See, e.g.*, Shaw Environmental, Inc.'s Motion in Limine to Exclude References to Building Codes (Rec. Doc. 11414), Forest River, Inc.'s Motion in Limine to Exclude the Testimony of Ervin L. Ritter (Rec. Doc. 11393), and Forest River Inc's Motion to Exclude Certain Comments to the Jury (Rec. Doc. 11389), along with all supporting memoranda.
[5] Rec. Doc. 13593 at p. 2.  It should be noted that Shaw Environmental, Inc. is no longer a defendant in this litigation.  *See* Order dated April 15, 2010 (Rec. Doc. 13286).
[6] *See* Rec. Doc. 12260 at p. 2; *see also* Rec. Doc. 13304 at p. 3.

Similarly, Plaintiff Wright's Memorandum for Reconsideration of the Court's Order Granting Shaw Environmental, Inc.'s Motion in Limine to Exclude References to Building Codes (R. Doc. 12644) is subject to the Court's Order of March 11, 2010 (Rec. Doc. 12779), which states that:

> Before the Court are the submissions from Plaintiff Lyndon Wright and Defendant Shaw Environmental, Inc. ("Shaw") (Rec. Docs. 12644 and 12739, respectively) filed in connection with the granting of Shaw's Motion in Limine to exclude testimony regarding local building codes. The Court has reviewed those submissions, and finds no reason to reconsider its Order granting Shaw's Motion in Limine, and thus excludes any testimony or evidence regarding the applicability (or non-applicability) of building codes, and any such alleged violation of such building codes.[7]

Plaintiff's reliance on the aforementioned *Wright* memoranda, therefore, does not lend any support to her argument that building codes are relevant to the matter at hand. The ultimate issues to be decided by the trier of fact in this case are: (1) what levels of formaldehyde existed in plaintiff's trailer during her occupancy of the unit, and (2) whether those levels caused her any injury. Plaintiff should not be permitted to make any references to building codes at trial because such testimony is wholly irrelevant to the material issues in this case. Finally, any reference to building codes would only confuse the jury, prejudice RBD, and cause unnecessary delays in the trial of this matter.

## **CONCLUSION**

For the foregoing reasons, Recreation By Design, LLC, respectfully requests that the Court grant defendant's motion *in limine* and exclude all references to building codes at trial.

---

[7] Rec. Doc. 12779 at p. 1.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
**GARRISON, YOUNT, FORTE**
**& MULCAHY, LLC**
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28th, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436