UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Castanel, et. al. v Recreation by Design, LLC, et. al* | * | |
| Docket No. 09-3251 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S REQUEST TO ADD ONE ADDITIONAL WITNESS**

Plaintiff Earline Castanel submits this reply to Defendant's opposition to her motion to add one additional witness, and would show as follows:

**I.
EVIDENCE**

Exhibit A    Excerpts from the videotaped deposition of Mark James Polk

Exhibit B    Mark Polk's *Alexander* Report

Exhibit C    Mark Polk's *Wright* Report

**II
FACTUAL BACKGROUND**

Mark Polk was designated by FEMA as a defense expert witness in both *Alexander v. Gulf Stream Coach Inc., et al.* and *Wright v. Forest River, Inc, et al.* His expert reports were submitted in both actions. The deposition of Mr. Polk was taken in the *Wright* case on September 22, 2009. *See* Exhibit A, p. 4. Defendant RBD participated in the deposition. *See* Exhibit A, p. 4. The omission of Mr. Polk from Plaintiff's Final Witness List was inadvertent.

1

# III.
# ARGUMENT & AUTHORITIES

Defendant argues that Mr. Polk should be excluded from testifying because no expert report was submitted in the *Castanel* case. Mr. Polk, however, has submitted two (2) expert reports in the course of this MDL. *See* Exhibits B, C. Although Mr. Polk's reports included a minute amount of case-specific information, the majority of the reports related to (1) FEMA's actions, and (2) generic information relating to recreational vehicles. The reports' major topics thus apply to all manufacturing defendants equally. Defendant, therefore, has had access to the information relevant to Ms. Castanel's case since before the *Alexander* trial.

Most importantly, Defendant participated in Mr. Polk's previous deposition. *See* Exhibit A. The deposition was videotaped. As Plaintiff will limit Mr. Polk's trial testimony to video excerpts, Defendant has everything it needs to prepare for trial. Defendant will need do nothing more than object to and/or counter Plaintiff's video excerpts. Defendant therefore will suffer no prejudice by the addition of Mr. Polk's testimony; and justice will be best served by presenting the most complete evidentiary picture possible. Plaintiff's request to add the testimony of Mark Polk should therefore be granted.

# IV.
# CONCLUSION

Defendant participated in the deposition of Mr. Polk from which Plaintiff will excerpt its presentation to the jury. Defendant will have ample opportunity to object to and/or counter the designations Plaintiff intends to present. No prejudice will ensue to Defendant; and the interest of justice can only benefit from presentation of the additional evidence. Plaintiff therefore should be allowed to present Mark Polk as a witness at trial.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com


      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      MIKAL WATTS, Texas # 20981820
      DENNIS REICH, Texas # 16739600

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Gerald E. Meunier
                                                GERALD E. MEUNIER, #9471