UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER                           MDL NO. 1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION                   SECTION "N" (5)

THIS DOCUMENT IS RELATED TO                     JUDGE ENGELHARDT

                                                MAGISTRATE CHASEZ

LYNDON T. WRIGHT, et al.
         Plaintiffs,
    vs.                                         CASE NO. 09-2977

FOREST RIVER, INC., et al.,
         Defendants.


VIDEOTAPED DEPOSITION OF

MARK JAMES POLK

TUESDAY, DECEMBER 22, 2009
9:06 A.M.


WOMBLE, CARLYLE, SANDRIDGE & RICE

150 FAYETTEVILLE STREET, SUITE 2100

RALEIGH, NORTH CAROLINA

Page 2

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

    PAUL A. DOMINICK, ESQ.
        Nexsen Pruet
        205 King Street, Suite 400
        Charleston, South Carolina 29402
        843.577.9440
        pdominick@nexsenpruet.com


ON BEHALF OF THE DEFENDANT, FOREST RIVER, INC.:

    JASON D. BONE, ESQ.
        Gieger, Laborde & Laperouse, L.L.C.
        One Shell Square, Forty-Eighth Floor
        701 Poydras Street
        New Orleans, Louisiana 70139-4800
        504.561.0400
        jbone@glllaw.com


ON BEHALF OF THE DEFENDANT, UNITED STATES OF AMERICA:

    ADAM M. DINNELL, ESQ.
        U.S. Department of Justice, Civil Division
        1331 Pennsylvania Avenue, N.W.
        Room 8004-S
        Washington, D.C. 20004
        202.616.4211
        adam.dinnell@usdoj.gov


ON BEHALF OF THE DEFENDANT, SHAW ENVIRONMENTAL INC.:

    M. DAVID KURTZ, ESQ.  (Via Teleconference)
        Baker, Donelson, Bearman,
        Caldwell & Berkowitz, PC
        201 St. Charles Avenue
        Suite 3600
        New Orleans, Louisiana 70170
        504.566.5259

        dkurtz@bakerdonelson.com

APPEARANCES CONT'D:

ON BEHALF OF THE DEFENDANT, FLUOR ENTERPRISES:

    CHARLES R. PENOT, JR., ESQ.  (Via Teleconference)
        Middleberg, Riddle & Gianna
        KPMG Centre, Suite 2400
        717 North Harwood Street
        Dallas, Texas 75201
        214.220.6334
        cpenot@midrid.com

ON BEHALF OF THE DEFENDANTS, JAYCO, INC. AND STARCRAFT RV, INC.:

    HAL L. ROACH, JR., ESQ.  (Via Teleconference)
        Willingham, Fultz & Cougill, LLP
        Niels Esperson Building
        808 Travis, Suite 1608
        Houston, Texas 77002
        713.333.7600
        halr@willingham-law.com

ON BEHALF OF THE DEFENDANT, BECHTEL NATIONAL INC.:

    A.J. KROUSE, ESQ.  (Via Teleconference)
        Frilot L.L.C.
        1100 Poydras Street
        3700 Energy Centre
        New Orleans, Louisiana 70163
        504.599.8016
        akrouse@frilot.com

ON BEHALF OF THE DEFENDANT, LIBERTY MUTUAL INSURANCE CORPORATION:

    KRISTOPHER M. REDMANN, ESQ.  (Via Teleconference)
        Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
        601 Poydras Street
        Suite 2775
        New Orleans, Louisiana 70130
        504.568.1990
        kredmann@lawla.com

APPEARANCES CONT'D:

ON BEHALF OF THE DEFENDANTS, RECREATION BY DESIGN; TL INDUSTRIES, INC.; FRONTIER RV, INC.; AND PLAY'MOR TRAILERS, INC.:

    KELLY M. MORTON, ESQ. (Via Teleconference)
        Garrison, Yount, Forte & Mulcahy, LLC
        909 Poydras Street
        New Orleans, Louisiana 70112
        504.527.0680
        kmorton@garrisonyount.com

ALSO PRESENT: John Carter, Videographer