# *RV Education 101*

*Learning RV's the Easy Way*

150 Bay Ridge Road
Harrells, NC 28444
Voice 910-484-7615
Fax 910-484-8276
E-mail Mark@rveducation101.com
URL www.rveducation101.com

IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

I have been asked to offer my opinions regarding the proper usage of Travel Trailers as it pertains to ventilation, set-up, leveling and blocking.

In developing, and in support of my opinions, I have reviewed and researched material included in Appendix 1, List of Attachments & Material Reviewed. I also visited the site where the Gulf Stream travel trailer VIN 1NLIGTR2551021783 is located on 15 June 2009.

Report Prepared by

Mark J. Polk

RV Education 101
150 Bay Ridge Rd.
Harrells, NC 28344

1

My name is Mark J. Polk and I am the owner of RV Education 101. RV Education 101 was founded in the year 2000, and is an RV information and video production company. I produce and host educational videos on how to use and maintain Recreation Vehicles (RV's). We currently have sixteen instructional DVD titles in our RV training library, covering all aspects of RV's.

I have not testified at deposition or trial in the past four years.

For a list of my fee rates see **Attachment 1**

For a complete list of my qualifications see my CV in **Attachment 2**

I am the author of three books. The book titles are: *Insider's guide to Buying an RV, RV Buyers Survival Guide, & The RV Book. The RV Book* covers all aspects of RV ownership, from purchasing to using, and maintaining RV's. The RV Book is sold in Wal-Mart and Camping World Supercenter stores, and has sold over 42,000 copies since its first printing in 2006.

I have published thirteen RV related e-books. My e-books are typically 75 pages or less and focus on RV specialty topics like: RV Care & Maintenance, Trailer Towing, Winterizing & Storing, RV Safety, Towing Behind your Motorhome, and more. I write for numerous RV consumer & RV trade magazines and I publish a weekly RV newsletter with over 20,000 current subscribers.

I scripted and hosted a television segment titled RV Savvy for four seasons (52 episodes) with RVTV, broadcast on The Outdoor Channel and three Canadian television channels.

Prior to starting RV Education 101 I was the Sales, Finance & Insurance Manager for an RV dealership in NC. I managed and maintained the floor plan inventory, ordered new units, supervised, trained, hired and fired salespeople, checked in new unit arrivals, appraised the value of used units and trade-ins, scheduled unit deliveries and closed finance contracts. I developed and conducted walk-through orientation classes for new RV owners and trained sales personnel on giving orientation classes. I supervised the service department personnel in the absence of an RV service manager. I delivered and set-up RV's, specifically travel trailers and park model trailers, at RV resorts and RV parks. I assisted the RV service department with RV repairs.

During my time working at a RV dealership, and after starting RV Education 101, I completed numerous RV technical courses through The RV Training Institute, Lake City Community College. I completed Finance & Insurance training. I completed the Spader Companies RV management level training, and was certified in LP gas operations.

Prior to working for the RV dealership I served and retired from the U.S. Army. I was a Chief Warrant Officer Three and worked as an Automotive Maintenance Technician in charge of some very large fleet maintenance operations. My training consisted of a military occupational specialty (MOS) of 63B, as a wheeled vehicle & power generation mechanic, the Warrant Officer Candidate Course as an automotive maintenance technician, the Warrant Officer Advanced Course as a light tracked vehicle maintenance technician, the degree completion program with a degree in Industrial Management Technology, Support/Staff maintenance technician, safety officer training, and environmental compliance officer training.

## Ventilation in Travel Trailers:

I have been asked to offer my opinions on ventilation in travel trailers with regard to formaldehyde off-gassing odors being present in the units. Cross ventilation and fresh air exchange has always been the most effective method for improving air quality and eliminating formaldehyde off-gassing in new RV's. Formaldehyde off-gassing is often more noticeable in a travel trailer than in a newly built house, simply because of the square footage involved. The same issue of square footage affects other issues in a Recreation Vehicle, on a larger scale, like condensation from cooking, taking showers, inside temperatures versus outside temperatures, and running the air conditioning unit. You combat condensation issues in an RV the same as you do formaldehyde off-gassing, by ventilating the unit.

Bunzer Consulting report, section II- Set-Up and Jacking Procedures, paragraph 9, page 4 & 5, Bunzer lists the procedure he recommends to follow if a formaldehyde odor exists in the trailer. This lengthy procedure involves the use of aqueous ammonia. **See Attachment 3 & 4**

The fumigation steps from his report include:

i. Remove all plants, fish, animals, foodstuffs, etc., from the RV and empty all the drawers. Remove bedding, clothing and all cooking utensils.

ii. Remove all drawers completely and open all cabinets and closet doors. The ammonia must be allowed to evaporate into every area of the RV.

iii. Disconnect the unit from AC power, but leave the battery connected. Turn the LP off at the container(s).

iv. Drain the fresh water tank

v. Turn the furnace thermostat to the maximum setting so the furnace fan runs continuously (there will be no heat since the LP container valves are closed). The circulating air will aid in moving the ammonia vapor into all areas of the RV. Make sure all furnace ducts remain fully open.

    vi. Pour one-half gallon of ammonia into two wide, but shallow plastic bowls. Be sure to wear appropriate eye protection and gloves. Place the bowls on a flattened plastic garbage bag in each of the two largest areas of the unit.

    vii. Close all exterior windows, doors and roof vents tightly.

    viii. Allow the ammonia to stand and evaporate naturally for a minimum of twenty-four hours; then open all the windows, doors and roof vents to rid the coach of any residual ammonia smell. If possible, run the air conditioner.

    ix. The remaining liquid in the plastic bowls, now comprised mostly of water, can be safely poured down the sewer drain.

    x. Refill the fresh water tank, reinstall all the drawers and stow the RV contents.

    xi. It may be necessary to daily vent the coach for a week or so to completely rid the RV of any residual ammonia odor.

U.S. Consumer Product Safety Commission (CPSC) article titled, An Update on Formaldehyde, dated 1997 Revision, page 11. This article states that, one method NOT recommended by CPSC for reducing formaldehyde levels is a chemical treatment with strong ammonia (28-29% ammonia in water) which results in a temporary decrease in formaldehyde levels. **We strongly discourage such treatment since ammonia in this strength is extremely dangerous to handle.** Ammonia may damage the brass fittings of a natural gas system, adding a fire and explosion danger. The report also states that one way to reduce existing indoor levels of formaldehyde is to bring large amounts of fresh air into the home. Increase ventilation by opening doors and windows and installing an exhaust fan(s). **See Attachment 5**

It is my opinion that this procedure, recommended by Gary Bunzer, for attempting to remove any formaldehyde off-gassing odors from a travel trailer, is not feasible based on the safety concerns outline in the CSPC document, and because of what would be required of the occupants living in the unit at the time to perform Bunzer's recommended method of reducing indoor levels of formaldehyde in travel trailers. In my time in the RV industry I have not heard of using aqueous ammonia to reduce formaldehyde off-gassing in RV's. Furthermore, even if this was a safe procedure it would not be practical to perform this procedure on every travel trailer built and stored for disaster relief operations, and the CPSC report states that the results would be a temporary decrease in formaldehyde levels. A more industry wide and practical approach for clearing formaldehyde odors from a Recreation Vehicle, and improving air quality, is through ventilation, air circulation and air exchange.

Alexis Mallet report, First General Services of the South, Inc., page 54, states, that as noted earlier the air conditioning manufacturer recommends keeping the windows and doors shut and/or minimizing usage. The report then says Gulf Stream has recommended the opening of

windows and doors for ventilation to reduce cooking odors and humidity within the unit. FEMA and Fluor both advised residents to merely open windows and doors to reduce odor levels. The report states that these recommendations are in contradiction to the air conditioning manufacturer's specifications. **See Attachment 6**

It is my opinion that the air conditioner manufacturer recommended keeping the windows and doors shut simply to reduce any heat gain and maximize the efficiency and performance of the air conditioning unit. **See Attachment 7,** Ducted AC Installation Instructions

It is my opinion that FEMAs recommendations to open windows and run the air conditioner was the proper guidance in an effort to improve the indoor air quality and lower exposure to formaldehyde by allowing more air exchange from outdoor air into the living area. Recommending ventilation is a standard practice for improving air quality and reducing formaldehyde off-gassing in Recreation Vehicles.

FEMA brochure titled, *Important Information for Travel Trailer Occupants* After complaints about formaldehyde odors were brought to the attention of FEMA, FEMA produced and distributed the brochures to all occupants of the travel trailers with guidance on ventilating the units to reduce exposure to formaldehyde. This is the same advice I would offer a new RV owner with air quality concerns about their RV. **See Attachment 8**

The Recreation Vehicle Industry Association (RVIA) included the following two statements in the Frequently Asked Questions (FAQ) section of an article titled, Facts about Formaldehyde & RV's. This is the link to article: http://www.rvia.org/FactsAboutFormaldehyde/faq.html

a) **Is It A Problem For All RV Owners And Users?**

Nearly 8 million families enjoy using RVs right now and there are very, very few complaints of air quality. Any smell of formaldehyde when the RV is brand new typically fades away after a relatively short period of time, not unlike the smell of a new car. If you're concerned at all, a simple step can help further minimize any exposure: **Thoroughly air out your RV before each trip by opening all the windows to allow fresh air in and running the air conditioner and/or fans.**

b) **I Have An RV, What Can I Do To Avoid Having Problems?**

Ventilate. Open a unit's windows to allow fresh air in and run any fans and the air conditioner to lower the temperature and humidity before each trip. If a unit has a pungent odor or you experience any irritation, the best bet is to ventilate the unit.

24 C.F.R. 3280.309 health notice on formaldehyde emissions states that ventilation is the course of action used to improve indoor air quality when formaldehyde odors are present.

TITLE 24 - HOUSING AND URBAN DEVELOPMENT, SUBTITLE B - REGULATIONS RELATING TO HOUSING AND URBAN DEVELOPMENT, CHAPTER XX - OFFICE OF ASSISTANT SECRETARY FOR HOUSING - FEDERAL HOUSING COMMISSIONER, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, PART 3280 - MANUFACTURED HOME CONSTRUCTION AND SAFETY STANDARDS, subpart d - BODY AND FRAME CONSTRUCTION REQUIREMENTS

3280.309 - Health Notice on formaldehyde emissions.
Each manufactured home shall have a Health Notice on formaldehyde emissions prominently displayed in a temporary manner in the kitchen (i.e., countertop or exposed cabinet face). The Notice shall read as follows: Important Health Notice Some of the building materials used in this home emit formaldehyde. Eye, nose, and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk. Research is continuing on the possible long-term effects of exposure to formaldehyde.

Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer.

High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system.

## Conclusions on Travel Trailer Ventilation:

After reviewing the material and physically inspecting the Gulf Stream travel trailer at the Lottie storage facility in Louisiana it is my conclusion that the recommendations provided by FEMA to open windows and run the air conditioner, was the proper guidance to effectively improve the indoor air quality and lower any exposure to formaldehyde inside the trailer. The travel trailer was equipped with a roof mounted Duo Therm Quick Cool ducted air conditioning unit and for additional ventilation the travel trailer had three windows on the door side and one window on the road side. Additionally there was a 14X14 inch overhead vent in the bathroom with a 12 volt fan motor. Upon my physical inspection of the unit on 15 June 2009 all windows opened and operated properly. **See Attachment 9**

## Usage of Travel Trailers:

Alexis Mallet report, First General Services of the South, Inc., page 85, paragraph 10 Discussion of Foreseeable Issues- Temporary Housing Versus Long-term Housing lists several definitions for the word temporary and questions the use of travel trailers for disaster housing units. **See Attachment 10**. The Recreation Vehicle Industry Association (RVIA) describes an RV as a motorized or towable vehicle that combines transportation and temporary living quarters for travel, recreation and camping.

RV's are built to endure years of travel over all types of road conditions, something a stick built house probably couldn't endure. Many are fully self-contained, and provide all of the creature comforts your home does. Appliances in RV's commonly last as long as appliances in your home do. RVIA certified RV manufacturers are in compliance with more than 500 safety requirements regarding electrical, plumbing, heating, and fire and life safety. These safety requirements are established under the American National Standards Institute (ANSI) A119.2 Standard for Recreation Vehicles. The only thing in an RV that is really temporary is the soft goods like upholstery and mattresses on beds. These items are not designed for long term use.

Many RVers opt to go fulltiming in their RV. Fulltimers and fulltiming are terms used for RVers that live and travel in their RV's year around. Fulltime RVers that maintain their RV in accordance with manufacturer guidelines and service schedules travel and live in the same RV for many years with little or no problems. RV Manufacturers acknowledge that there are full time RVers and normally include sections in the owner's manual covering extended living in an RV.

There are numerous RV specialty insurance companies that provide fulltime insurance coverage which includes; fulltimer personal liability coverage, fulltimer secured storage personal effects, and fulltimer medical payments in addition to normal RV insurance.

It is my opinion that with many of the FEMA travel trailer procurement specifications requested, like a residential style commode with no holding tank, residential style, 14 CF, frost-free electric refrigerator with a freezer, sewer lines plumbed like a house, and 15,000 BTU roof mounted air conditioners that these travel trailers were even more suitable for emergency temporary housing units above the way a conventional travel trailer is equipped.

## Blocking Travel Trailers:

I have been asked to offer my opinions on blocking travel trailers using a six pier blocking configuration. Based on the configuration, taken from Exhibit 7, Travel Trailer Installation, Page 1 of FL-FLC-000872 it is my opinion that a conventional travel trailer, with a suitable frame, can be jacked up and blocked without causing damage to the frame or other components of the trailer. **See Attachment 11**

What I mean by a suitable frame is a typical 6 inch wide I beam frame found on the majority of conventional travel trailers manufactured today. It is possible that some lightweight and ultra-lightweight travel trailer frames could be questionable and the manufacturer should be consulted with before blocking these trailers. The Gulf Stream travel trailer VIN 1NLIGTR2551021783 that I inspected on 15 June 2009 had 6 inch structural I beam frame rails with cross members. **See Attachment 12**

It is my opinion that blocking travel trailers and park model trailers is and has been a common practice for many years, across the country. Blocking is commonly used when a travel trailer, park model trailer, or fifth wheel trailer will be set up, in one location, and left there on a permanent or semi- permanent basis. When I was the sales manager for an RV dealership we delivered and set travel trailers and park model trailers up (approximately 20) in a very similar configuration. Based on my personal experience with blocking travel trailers and park model trailers we never received any service related calls for damage to the trailer caused by flexing, twisting or other blocking related issues. I have seen hundreds of other travel trailers and park model trailers set up on blocking, similar to the FEMA guidelines. I drove less than 30 minutes from my home to a local RV park and took several pictures of travel trailers that were set up on blocking, and left like this for years. One of these pictures is included. There are literally hundreds of these trailers set up on blocking in this one small lakeside resort in Eastern North Carolina alone. **See Attachment 13**

In reviewing the material given to me it has come to my attention on numerous occasions, in several different documents, to include, expert opinion reports, travel trailer owner's manuals, and labeling on the scissor jacks on travel trailers that you should not attempt to use the stabilizer jacks to lift excessive weight or the tires off of the ground. For example:

Alexis Mallet report, First General Services of the South, Inc., page 78, under section u. subparagraph x. reads , Close observations of the scissor jacks located at the four corners of the Alexander housing unit reveal warning stickers on all four of the scissor jacks. The warning states not to attempt to lift the trailer from the ground with the scissor jacks and that the weight of the unit should not be taken off of the tires. It further states, it appears at least the instructions, not to take the weight of the trailer off of the tires was not followed as a set up instructions. **See Attachment 14**

The reason, as stated on the labels, for not using the stabilizer jacks in this manner is that damage may occur to the vehicle frame and door jamb. It is my opinion, as I state in my RV instructional videos, that the scissor jacks on these travel trailers are designed to stabilize an already leveled trailer and that the warnings found in the RV owner's manual and on the scissor jacks are intended to prevent the inexperienced RV owner from jacking one corner, or one side of the trailer up too much with a stabilizer jack(s) causing the frame to flex and twist, which can lead to the types of damage listed in the warnings. BAL, RV Products Group, a common manufacturer of scissor jacks on Recreation Vehicles has the same warnings in its literature.
S**ee Attachment 15**

It is my opinion that the statement in the Mallet report is merely a misunderstanding on the part of the author. The labeling on the stabilizer jacks warns against lifting the weight of the unit off of its tires using a stabilizer jack. It is my opinion that these instructions, located on the stabilizer jacks, only apply to the stabilizer jack itself. Jacking the weight of a trailer up, using the proper

procedure, would prevent any frame flex, twisting or other damage to the travel trailer frame or the trailer itself.

The contracts awarded by FEMA acknowledge that the contractors are the experts. Fluor document, Part 1- scope of work, paragraph 1.0 Description of Work-General of FL-FCA-003732 states; Contractor shall supply all adequate and competent labor, supervision, tools, fueled and maintained equipment, installed and consumable materials, services, testing devices and each and every item of expense necessary for the supply, fabricate, handle, haul, unload and receive, installation, construction, assembly, testing, and quality assurance of construction services, hereinafter called the Work. It is my opinion that if the contractors/subcontractors properly jacked the trailers up during the blocking and installation process it would avoid potential frame flexing, twisting and other damage to the travel trailers. **See Attachment 16**

Exhibit 7 Travel Trailer Installation, paragraph 2, subparagraph 2.1.2 of FL-FCA-000872 requires a three pier system on each side of the trailer for blocking and leveling trailers, not just in the four corners where the scissor jacks are located. It is my opinion that blocking trailers, being used for Temporary Housing Units (THU), in this manner serves several useful purposes: **See Attachment 11**

> a) Tires lose a percentage of air pressure monthly. Over the course of several months it is likely that you will encounter numerous flat tires. If these units were leveled on blocking placed under the tires, and the tire(s) go flat, this would affect the leveling of the trailer. In this situation the trailer would be less stable and more uncomfortable for the occupants residing in the trailer, not to mention it could be a safety hazard if the trailer is moving while occupants are moving around inside.

> **Note:** Two of the four tires on the Gulf Stream Cavalier travel trailer I inspected at the Lottie storage facility, on 15 June 2009, were going flat from sitting in storage, as were many others I saw. **See Attachment 17**

> b) Blocking the trailer on a six pier system (three piers on each side) will ensure a more level trailer over an extended period of time. It only makes sense that if you are stopping at a campground for the night you level the trailer by placing some type of leveling blocks under the tires on the side that is low. This is a quick and fairly simple procedure to perform for short term camping. For extended durations it makes much more sense to level the trailer by placing piers under the frame of the trailer. Blocking is and has been an ordinary practice for leveling travel trailers and park model trailers that are left at a destination on a semi-permanent or permanent basis.

> c) When you plumb a sewer line it requires a specific amount of fall, per foot of the run, to operate properly. The contractor would be liable to adhere to the slope, per Louisiana plumbing code. Blocking the trailer would assist in getting the required fall

9

>or slope, especially for longer sewer plumbing runs. Fluor drawing, FL-FCA-003789
>**See Attachment 18**

FEMA model travel trailer procurement specifications dated July 14, 2005, page 2, 3, & 4 **See Attachment 19, 20, 21.** Some of the travel trailer procurement specifications requested, that are different from a conventional travel trailer, include: a residential style commode with no holding tank. A residential style 14 CF, frost-free electric refrigerator with a freezer. The sewer line is plumbed like a house, and a 15,000 BTU roof mounted air conditioning unit. All of these changes, over the way a conventional travel trailer is built and equipped, are improvements designed to make the unit more suitable for emergency temporary housing units. For example:

>a. A conventional travel trailer has a toilet that uses a holding tank and does not flush with water supplied from a tank. The holding tank needs to be emptied on a regular basis (when it is 2/3 full to completely full). This requires hooking up a flexible sewer hose and an understanding on the proper procedures for empting the holding tanks. This would not be practical for temporary housing units.
>
>b. Typical RV's use an absorption type refrigerator that operates on LP gas or electricity. They usually range in size from 7 to 10 CF and do not have frost free freezer compartments. A larger residential refrigerator offers more food storage and does not require periodic defrosting of the freezer.
>
>c. Many conventional travel trailers come equipped with smaller AC units (11,000 or 13,500 BTU). Some AC units are not ducted throughout the RV. If that is the case the roof mounted AC unit cools the RV from vents on the unit itself where it is mounted through the roof of the RV. If doors are closed, or in the case of a 30 foot or larger RV, this type of cooling would not keep the entire unit cool. A larger 15, 000 BTU, ducted A/C unit makes much more sense for temporary housing units.
>
>d. Typical travel trailers come equipped with one, two, or three steps to enter the RV, depending on the height of the trailer. Typical travel trailers offer no handrail to assist with entering the RV. Steps with a landing and handrail are much more suitable for temporary housing units.

As with all of these upgrades I mentioned, over a conventional travel trailer, for emergency temporary housing it is my opinion that blocking the trailers on six piers makes much more sense too. You eliminate the possibility of flat tires causing the unit to not be level, you eliminate the possibility of movement of the trailer when occupants are moving around inside on a regular basis, and it assists in the sewer having a sufficient drop to operate properly.

## Conclusions on Blocking Travel Trailers:

After reviewing the material and physically inspecting the Gulf Stream travel trailer at the Lottie storage facility in Louisiana it is my conclusion that if these travel trailers were properly jacked up and blocked, in accordance with the Travel Trailer Installation guidelines provided to the contractors and subcontractors, and routine roof maintenance was preformed, there would be no damage to the trailer frames or other components caused by frame flexing or twisting.

The frame of a travel trailer is designed to flex to an extent to hold up to the rigors of traveling on the road. But if one corner or one side of the trailer is jacked up too high, while the rest of the trailer frame remains stationary, frame flexing and twisting and other damage could potentially occur to the travel trailer. This is why the manufacturer of the scissor jacks and the manufacturer of the RV warn against raising the trailer off of the ground using a scissor jack.

FEMA hired contractors to perform the proper installation of these temporary housing units. The contractors are the experts, and as such had the assets and capability to ensure the installation of these units was conducted properly to prevent problems like frame flexing and twisting.

## Trailer Inspection:

The Lottie storage facility had approximately 25,000 trailers in storage. I noted that the condition of the majority of travel trailers I witnessed at the Lottie storage facility were in a general state of disrepair. There was obvious damage to the trailer bodies, missing and broken parts, flat tires, doors hanging open, and windows open and broken. It is difficult to establish what damage, and to what extent, has occurred since a trailer was moved into storage and what damage may have occurred when the unit was occupied.

I visited the Lottie storage facility on 15 June 2009, to inspect the Gulf Stream Cavalier travel trailer VIN 1NLIGTR2551021783. It is my understanding that this unit has been in storage since the winter of 2008 and that no routine or preventive maintenance has been done on this unit since that time.

I noticed several areas on the roof where there was evidence of damage. It is extremely difficult to determine how long the damage to the roof has existed. The roof membrane appeared to be tearing and separating and was in need of routine inspection and repair. On the road side of the travel trailer the roof membrane is actually torn above the side wall railing that attaches the roofing membrane to the trailer sidewall.

There was other noticeable roof damage at the seams where the roof attaches to the side wall and/or end walls, and a separation of sealants from the roofing membrane around the roof vent, plumbing vent and where the end walls attach to the roof. I would not rule out that some of the damage could potentially occur if a trailer was jacked up improperly, but it is my opinion that the damage to the Gulf Stream Cavalier roof was due to a lack of preventive maintenance. And as I

11

stated earlier, based on the general poor condition of the travel trailers I saw in the storage facility it is nearly impossible to determine when, and to what extent this damage to the roof occurred. **See Attachments 22, 23, 24, & 25**

Immediately inside the front door of the Gulf Stream trailer there was a soft spot in the floor, but the door frame appeared to be square and the entry door opens and closes properly indicating the door jamb was not twisted or flexed. It's difficult to determine if this soft spot in the floor was caused by some type of water infiltration, or if this area of the frame and floor wasn't reinforced in this area for a heavy amount of foot traffic when the trailer was manufactured.
**See Attachments 26 & 27**

This type of damage can be expected over time due to the roof being subjected to the elements and from vibration and flexing from road travel. On page 23 of the Gulf Stream owner's manual under maintenance it states the rubber roof should routinely be inspected for tears or voids in the sealants and refers the owner to the maintenance schedule on page 27. **See Attachments 29 & 29.** Many times the roof warranty is voided if these periodic inspections are not performed. It is my understanding that this unit has not been periodically inspected since being placed in storage.

**Appendix 1**

## List of Attachments & Materials Reviewed

Attachment 1: List of Fee Rates

Attachment 2: CV for Mark J. Polk

Attachment 3: Bunzer consulting report, section II- Set-Up and Jacking Procedures, paragraph 9, page 4, fumigation steps

Attachment 4: Bunzer consulting report, section II- Set-Up and Jacking Procedures, paragraph 9, page 5, fumigation steps

Attachment 5: U.S. Consumer Product Safety Commission (CPSC) article titled, An Update on Formaldehyde, page 11, How do you reduce existing formaldehyde levels?

Attachment 6: Alexis Mallet report, First General Services of the South, Inc., paragraph 3, page 54, air conditioning manufacturer recommendations

Attachment 7: Ducted AC Installation Instructions

Attachment 8: FEMA produced a brochure titled, *Important Information for Travel Trailer Occupants*

Attachment 9: Picture of Gulf Stream travel trailer side view with windows open

Attachments 10: Alexis Mallet report, First General Services of the South, Inc., page 85, paragraph 10 Discussion of Foreseeable Issues- Temporary Housing Versus Long-term Housing

Attachment 11: Exhibit 7, Travel Trailer Installation, Page 1 of FL-FLC-000872

Attachment 12: Picture of Gulf Stream trailer 6-inch I beam frame rails and crossmembers

Attachment 13: Picture of a travel trailer blocked at a local RV resort

Attachment 14 : Alexis Mallet report, First General Services of the South, Inc., page 78, under section u. subparagraph x.

Attachment 15: BAL, RV Products Group, scissor jacks manufacturer literature

Attachment 16: Fluor document, Part 1- scope of work, paragraph 1.0 Description of Work- General of FL-FCA-003732

Attachment 17: Picture of Gulf Stream travel trailer tire going flat

Attachment 18: Fluor drawing, FL-FCA-003789 vent & P trap details

Attachment 19: FEMA model travel trailer procurement specifications dated July 14, 2005, page 2

Attachment 20: FEMA model travel trailer procurement specifications dated July 14, 2005, page 3

Attachment 21: FEMA model travel trailer procurement specifications dated July 14, 2005, page 4

Attachment 22: Picture of Gulf Stream travel trailer roof membrane

Attachment 23: Picture of Gulf Stream travel trailer roof roadside rear corner

Attachment 24: Picture of roof vent sealant separating from roofing membrane

Attachment 25: Picture of roof end cap sealant separating

Attachment 26: Picture of Gulf Stream travel trailer entry door and door frame

Attachment 27: Picture of Gulf Stream travel trailer entry door and door frame
Attachment 28: Gulf Stream owner's manual, page 23, Maintenance (Rubber Roof)

Attachment 29: Gulf Stream owner's manual, page 27, Maintenance Schedule

## Additional Material Reviewed:

**Plaintiff expert reports:**
Gary Bunzer
Reagan Johnson
Paul LaGrange
Alexis Mallet
Charles Moore
Ervin Ritter
Stephen Smulski
Laux
Shwery

**Case Materials:**
Alexander Complaint

Gulf Stream Travel Trailers and Fifth Wheels Owner's Manual

FEMA Travel Trailer Requirements

Affidavit of Stephen Mullet

Deposition of Stephen Mullet

Shaw Group deposition

Affidavit of Michael L. Zieman, P.E.

Fluor Contract Travel Trailer Installation

Fluor Contract Scope of Work

Shaw Contract Travel Trailer Installation

Shaw Performance Work Statement

Travel Trailer Blocking

Affidavit of Thomas Fribley

Deposition of Robert Funkhouser

Deposition of Philip Sarvari Gulf Stream

Deposition of Jim Shea Gulf Stream

Deposition of Kevin Souza FEMA

Deposition of Brian McCreary FEMA

Reviewed Woodall's RV Owner's Handbook. 4th Edition

Reviewed Gary Bunzer articles on the Internet

http://www.rvdoctor.com/KIOTL.html

http://www.rvdoctor.com/rvdoctor284.html

http://www.campingworld.com/pc/rvm/departments.cfm?pageID=91&issueID=736

Review National Fire Protection Association NFPA 1192 Standard on Recreation Vehicles, 2005 edition, section 5.9 Consumer Information on required information and markings