# RV Education 101

*Learning RV's the Easy Way*

150 Bay Ridge Road
Harrells, NC 28444
Voice 910-484-7615
Fax 910-484-8276
E-mail Mark@rveducation101.com
URL www.rveducation101.com

IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

I have been asked to offer my opinions regarding the proper usage of Travel Trailers as it pertains to ventilation and blocking.

In developing, and in support of my opinions, I have reviewed and researched material included in Appendix 1, List of Attachments & Material Reviewed. I also visited the site where the Forest River travel trailer VIN 4X4TSMH296C008992 is located, on 15 June 2009.

I reserve the right to modify or revise this report in the event that additional relevant information is made available that might have bearing on this report.

Report Prepared by

Mark J. Polk

RV Education 101
150 Bay Ridge Rd.
Harrells, NC 28444

My name is Mark J. Polk and I am the owner of RV Education 101. RV Education 101 was founded in the year 2000, and is an RV information and video production company. I produce and host educational videos on how to use and maintain Recreation Vehicles (RV's). In my video productions I share my knowledge and experience with RV's to help educate consumers on the systems, proper use, care and maintenance of Recreation Vehicles. We currently have seventeen instructional DVD titles in our RV training library, covering all aspects of RV's and RV ownership.

I was deposed in one case (Alexander vs. Gulf Stream) in the past four years, but have not testified at trial in the past four years.

For a list of my fee rates see **Attachment 1**

For a complete list of my qualifications see my CV **Attachment 2**

I am the author of three books. The book titles are: *Insider's guide to Buying an RV, RV Buyers Survival Guide, & The RV Book. The RV Book* covers all aspects of RV ownership, from purchasing to using, and maintaining RV's.

I have published thirteen RV related e-books. My e-books are typically 75 pages or less and focus on RV specialty topics like: RV Care & Maintenance, Trailer Towing & Weights, Winterizing & Storing, RV Safety, Towing Behind your Motorhome, and more. I write for numerous RV consumer & RV trade magazines and I publish a weekly RV newsletter with over 20,000 current subscribers.

I scripted and hosted a television segment titled RV Savvy for four seasons (52 episodes) with RVTV, broadcast on The Outdoor Channel and on three Canadian television channels. I also write and produce RV product training and consumer videos for companies specializing in RV products.

Prior to starting RV Education 101, I was the Sales, Finance & Insurance Manager for an RV dealership in NC. I managed and maintained the floor plan inventory, ordered new units, supervised, trained, hired and fired salespeople, checked in new unit arrivals, appraised the value of used units and trade-ins, scheduled unit deliveries and closed finance contracts. I developed and conducted walk-through orientation classes for new RV owners and trained sales personnel on giving orientation classes. I supervised the service department personnel in the absence of a RV service manager. I delivered and set-up RV's, specifically travel trailers and park model trailers, at RV resorts and RV parks. I assisted the RV service department with RV repairs.

During my time working at a RV dealership, and after starting RV Education 101, I completed numerous RV technical courses through The RV Training Institute, Lake City Community College. I completed Finance & Insurance training. I completed the Spader Companies RV management level training, and was certified in LP gas operations.

Prior to working for the RV dealership I served and retired from the U.S. Army. I was a Chief Warrant Officer Three and worked as an Automotive Maintenance Technician in charge of some very large fleet maintenance operations. My training consisted of a Military Occupational Specialty (MOS) of 63B, as a Wheeled Vehicle & Power Generation Mechanic, the Warrant Officer Candidate Course as a Automotive Maintenance Technician, the Warrant Officer Advanced Course as a Light Tracked Vehicle Maintenance Technician, the degree completion program with a degree in Industrial Management Technology, Support/Staff Maintenance Technician, safety officer training, and environmental compliance officer training.

## Ventilation in Travel Trailers:

I have been asked to offer my opinions on ventilation in travel trailers with regard to formaldehyde off-gassing odors being present in the unit. Throughout the time that I have been involved with RV's ventilation has always been an important topic. Formaldehyde off-gassing and other odors are often more noticeable in a travel trailer, simply because of the compact size involved.

 Because of this limited amount of interior space there are concerns about ventilation in Recreation Vehicles. For example, warning labels are placed near the cooking area of Recreation Vehicles as a reminder to properly ventilate the unit when using cooking appliances to avoid dangers of asphyxiation. The label states to open an overhead vent or turn on the exhaust fan, and open a window before operation of any LP gas cooking appliances.

In addition to this example, for ventilating the RV, ventilation also reduces any formaldehyde odors, helps with holding tank odors, pet odors, cooking odors, mold & mildew and condensation.  I address the importance of ventilation in my published articles and my DVD's. Ventilation and fresh air exchange have always been recognized, by those in the RV industry, as the most effective methods for improving air quality and reducing formaldehyde odors in new RV's. This would specifically include natural ventilation through the use of doors and windows.

The industry wide approach, and accepted method by many other agencies, for reducing formaldehyde odors from a Recreation Vehicle and improving the air quality, is through ventilation, air circulation and air exchange. This is the same advice I give to RV users to improve indoor air quality in their RV.

The Recreation Vehicle Industry Association (RVIA) included the following two statements in the Frequently Asked Questions (FAQ) section of an article titled, Facts about Formaldehyde & RV's. This is the link to the article: http://www.rvia.org/FactsAboutFormaldehyde/faq.html

   a) **Is It A Problem For All RV Owners And Users?**

   "Nearly 8 million families enjoy using RVs right now and there are very, very few complaints of air quality. Any smell of formaldehyde when the RV is brand new typically fades away after a relatively short period of time, not unlike the smell of a new car. If you're concerned at all, a simple step can help further minimize any exposure: **Thoroughly air out your RV before each trip by opening all the windows to allow fresh air in and running the air conditioner and/or fans.**"

   b) **I Have An RV, What Can I Do To Avoid Having Problems?**

   "Ventilate.  Open a unit's windows to allow fresh air in and run any fans and the air conditioner to lower the temperature and humidity before each trip.  If a unit has a pungent odor or you experience any irritation, the best bet is to ventilate the unit."

**The U.S. Consumer Product Safety Commission (CPSC)** since at least 1997 recommends bringing large amounts of fresh air into the home and increasing ventilation by opening doors and windows and installing an exhaust fan as methods for reducing existing formaldehyde levels. **See Attachment 3**

**24 C.F.R. 3280.309 health notice on formaldehyde emissions (dealing with mobile homes) states**:

   a) "Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer."

   b) "High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system."

After complaints about formaldehyde odors were brought to the attention of FEMA, FEMA produced and distributed brochures on formaldehyde and swapped out some of the occupants units with older units. These brochures were distributed to occupants of travel trailers in all of the affected states. During my on-site inspection of the Forest River unit a similar brochure was taped to an interior wall of the unit.

The brochure included information on what formaldehyde is, how formaldehyde might affect occupants of the travel trailers and what can be done to reduce exposure to formaldehyde. The recommendations, by FEMA, for reducing formaldehyde were:

a) To increase ventilation. You can reduce your exposure to formaldehyde by bringing more outdoor air into the home. Open windows and doors whenever possible.

b) Keep indoor temperatures moderate. As the temperature rises, the effects of formaldehyde may be more noticeable. You can use the air conditioner to keep temperatures relatively low, which will help lower the formaldehyde effects and odors.

c) Lower the humidity. You can decrease the rate at which formaldehyde is released from pressed wood and other products by lowering the humidity in your travel trailer. Humidity should be maintained at about 40 to 50% relative humidity in the home.

d) Do not smoke. Tobacco smoking produces formaldehyde and other toxic chemicals.
**See Attachment 4**

It is my opinion that FEMAs recommendations to open windows and run the air conditioner were the proper guidance in an effort to improve the indoor air quality in an RV. Recommending ventilation is the standard practice for improving air quality and reducing formaldehyde off-gassing in Recreation Vehicles. This is the same advice I would offer a new RV owner with air quality concerns about their RV, and this is the same advice I offer in my books and DVDs.

For ventilation purposes the Forest River travel trailer had two windows on the road side and three windows on the door side of the travel trailer. All windows operated properly during my walk-through of the unit. There was a screen door at the entry door. The unit was equipped with a 15,000 BTU roof mounted Duo-Therm air conditioner with ducting located between the ceiling and the roof, throughout the unit. The roof mounted system also had a fan function so air can be circulated throughout the unit. There was a 14" X 14" roof vent in the bathroom with a 12-volt exhaust fan, and a vent with a 12-volt exhaust fan located at the microwave above the range top burners in the kitchen.

**On page 32 of the Lyndon Wright deposition, the occupant stated that he did open windows periodically and that it was effective in reducing the odors he noticed in the travel trailer.**

In reviewing Alexis Mallet expert report concerning this Forest River unit Mr. Mallet stated on page 97 and again on page 98 of his report that the recommendations by FEMA, to open windows and doors, to reduce odor levels is a contradiction to the air conditioner manufacturer's specifications, if the A/C unit is running. **See Attachment 5**

Based upon my experience with RV's this is not a requirement or specification by the A/C manufacturer; it is a statement by the manufacturer listing various ways to help reduce heat gain in an effort to maximize the efficiency of the A/C unit. Mr. Mallet failed to mention the other recommendations by the A/C manufacturer to help reduce heat gain in the RV.

In addition to recommending keeping windows and doors closed to help reduce heat gain, the air conditioning manufacturer also recommends:

1) Parking the RV in a shaded area

2) Using window shades (blinds/curtains)

3) Avoid the use of heat producing appliances
**See Attachment 6**

During my inspection of the Forest River unit I noted several formaldehyde information and warning notices taped on an interior wall in clear view. One notice was The Formaldehyde Information for FEMA Housing Occupants. In addition to explaining what formaldehyde is, and its affects, the notice recommends ventilation as a method for reducing formaldehyde odors.
**See Attachment 7**

## Conclusions on Travel Trailer Ventilation:

After reviewing the material and physically inspecting the Forest River travel trailer at the Melville, LA. storage facility it is my conclusion that the recommendations provided by FEMA to open windows and run the air conditioner, was the proper guidance to effectively improve the indoor air quality and lower any exposure to formaldehyde inside the trailer. This is exactly what is recognized by the RV Industry, and recommended to RV owners to improve the indoor air quality in their RV's. The travel trailer was equipped with a 15,000 BTU roof mounted ducted air conditioning unit, and for additional ventilation the travel trailer had two windows on the road side and three windows on the door side. Additionally there was a screen door at the entry door, a 14X14 inch overhead vent in the bathroom with a 12 volt fan motor, and a vent with a 12-volt fan motor located at the microwave above the range. Upon my physical inspection of the unit on 15 June 2009 all windows opened and operated properly.

## Usage of Travel Trailers:

RV's are built to endure years of travel over all types of road conditions, something a stick built house probably couldn't endure. Many are fully self-contained, and provide all of the creature comforts your home does. Appliances in RV's commonly last as long as appliances in your home do. RVIA certified RV manufacturers are required to comply with more than 500 safety requirements regarding electrical, plumbing, heating, and fire and life safety. These safety

requirements are established under the National Fire Protection Association (NFPA) 1192 and the American National Standards Institute (ANSI) A119.2 Standard for Recreation Vehicles.

**Note**: On pages 100 and 101 of Mr. Mallet's report he states "a review of the Standard on Recreational Vehicles 2002 Edition produced by ANSI and NFPA was performed. The particular standards that govern the design, construction and operation of recreational vehicles under these organizations are ANSI A119.2 and NFPA 1192. The particular edition that would govern the **Alexander** temporary housing unit would be the 2002 Edition". He goes on to list nine (A through I) areas that would be governed by the 2002 Edition on this Forest River unit.

First, I am assuming that the name **Alexander** was a typo and that he meant to say **Wright**. Secondly, the NFPA 1192 and ANSI A119.2 Standard on Recreation Vehicles is reviewed and updated every three years. This particular Forest River travel trailer lists the date of manufacture as sometime between September and November 2005. It is my opinion the governing Standard on Recreation Vehicles for this particular travel trailer would have been the 2005 Edition. The 2005 Edition had an effective date of February 7, 2005, and supersedes all previous editions. The updated 2005 Edition version would need to be reviewed to verify the accuracy of Mr. Mallet's assumptions on these nine points. The most current edition, at the time this report was written, is the 2008 Edition. **See Attachments 8 & 9**

Extensive and exhaustive studies were conducted by the Plaintiff's experts to determine construction methods used, and if the Forest River travel trailer conformed to building codes and standards applicable at the time of construction and installation. In my review of the material it was noted that the Mallet, Lagrange, Ritter & Moore expert reports all opined, and based a large portion of their extensive studies on the conclusion that the Forest River travel trailer Temporary Housing Unit/ Emergency Living Unit is subject to the International Building Code (IBC 2000 edition), the New Orleans City Building Code (2003 edition) and the International Residential Code (IRC 2000 edition). Throughout my experience and time spent with RV's I have never seen where building codes applied to RV's.

Many RVers opt to go fulltiming in their RV. Fulltimers and fulltiming are terms used for RVers who travel and live in their RV's year around. Fulltime RVers who properly maintain their RV, in accordance with manufacturer guidelines and service schedules, travel and live in the same RV for many years with little or no problems. RV Manufacturers acknowledge that there are full time RVers and normally include sections in the owner's manual covering extended living in an RV. No RV manufacturer that I am aware of states that a person cannot purchase and use a Recreation Vehicle for fulltime use.

There are numerous RV specialty insurance companies that provide fulltime insurance coverage which includes; fulltimer personal liability coverage, fulltimer secured storage personal effects, and fulltimer medical payments in addition to normal RV insurance.

Many of the FEMA travel trailer procurement guidelines were incorporated into this travel trailer making this unit more suitable for disaster relief housing than a conventional travel trailer. Some of these items include:

  a) A residential style commode with no holding tank.

  b) A residential, 14 CF, frost-free electric refrigerator with a freezer.

  c) A 15,000 BTU roof mounted A/C unit

  d) Hard plumbed and hard wired like a house.

  e) A larger water heater tank capacity

  f) A 35,000 BTU furnace

It is my opinion that given the way this unit was equipped and modified it was much more suitable for emergency temporary housing than a conventional travel trailer would be. The modifications made to this travel trailer would make living in the unit much easier for the occupant.

## Blocking Travel Trailers:

I have been asked to offer my opinions on blocking travel trailers using a six pier blocking configuration. Based on the FEMA configuration guidelines it is my opinion that a conventional travel trailer can be jacked up and blocked without causing damage to the frame or other components of the trailer.

The majority of conventional travel trailers manufactured today use 6-inch I beam frame rails with cross members to construct the frame of the trailer. The Forest River travel trailer I inspected had 6-inch deep I beam frame rails with cross members. **See Attachment 10**

It is my opinion that blocking travel trailers and park model trailers is and has been a common practice for many years, across the country. As someone very familiar with RV's I have personally observed this practice over and over again. Blocking is commonly used when a travel trailer, park model trailer, or fifth wheel trailer will be set up, in one location, and left there on a permanent or semi- permanent basis. When I was the sales manager for an RV dealership we delivered and set travel trailers and park model trailers up in a very similar configuration. Based on my personal experience with blocking travel trailers and park model trailers we never received any service related calls for damage to the trailer caused by flexing, twisting or other

blocking related issues. I have seen hundreds of other travel trailers and park model trailers set up on blocking, similar to the FEMA guidelines. I drove less than 30 minutes from my home to a local RV park and took several pictures of travel trailers that were set up on blocking, and left like this for many years. One of these pictures is included. There are literally hundreds of these trailers set up on blocking in this one small lakeside resort in Eastern North Carolina alone. **See Attachment 11**

Based on my experience with RVs it is my opinion that blocking trailers, used as Temporary Housing Units (THU), in this manner serves several useful purposes:

- **a)** Tires can lose 1 to 2 percentage of inflation pressure (psi) monthly. Over the course of several months it is likely that you will encounter numerous flat tires. If these units were leveled on blocking placed under the tires, and the tire(s) go flat, this would affect the leveling of the trailer. In this situation the trailer would be less stable and more uncomfortable for the occupants residing in the trailer, not to mention it could be a safety hazard if the trailer was not stable while occupants are moving around inside.

  **Note:** Numerous tires on the travel trailers I witnessed at the Melville storage facility, on 15 June 2009, were going flat and/or were flat from sitting in storage on the tires.

- **b)** Blocking the trailer on a six pier system (three piers on each side) will ensure a more level trailer over an extended period of time. It only makes sense that if you are stopping at a campground for the night you level the trailer by placing some type of leveling blocks under the tires on the side that is low. This is a quick and fairly simple procedure to perform for short term camping. For extended durations it makes much more sense to level the trailer by placing piers under the frame of the trailer. Blocking is, and has been, an ordinary and accepted practice for leveling travel trailers and park model trailers that are left at a destination on a semi-permanent or permanent basis.

- **c)** When you plumb a sewer line it requires a specific amount of fall, per foot of the run, to operate properly. Blocking the trailer would assist in getting the required fall or slope, especially for longer sewer plumb runs.

During my review of the plaintiff's expert reports it was mentioned several times that during their on-site inspections and testing of the unit the inspection team noticed water entering through the door during a thunder shower, and that it was evidence of improper jacking and blocking of the unit during installation. There was even a video on You Tube documenting the occurrence. What the expert reports failed to mention was that the door on this Forest River travel trailer was severely damaged prior to this occurrence, and prior to their jacking and blocking testing done on the travel trailer.

**When I inspected the Forest River travel trailer on 15 June 2009, prior to their inspections and testing, the entry door looked as though it had been pried open at some point in time.** The door was extremely bent and distorted around the area of the door handle. It would not close properly and somebody placed a piece of 1 X lumber under the door assist handle, and across the door, in an attempt to keep the door partially closed while it sat in the storage facility. While there is no way to determine when this damage actually occurred it was obvious that rain would enter through the door during any rain shower or thunder storm. This would also account for the water damage around the entry steps noted by the same plaintiff's inspection team. **See Attachment 12**

### Conclusions on Blocking Travel Trailers:

In my opinion blocking travel trailers and park model trailers is a common practice and there are many useful and valid reasons for blocking a trailer when it is set up at a location for a semi-permanent or permanent basis.

### Forest River Travel Trailer Inspection:

According to a supervisor I spoke to, the Melville storage facility had approximately 20,000 trailers in storage at the time I visited the site. I noted that the condition of the majority of travel trailers I witnessed at the Melville storage facility were in a general state of disrepair. There was obvious damage to the trailer bodies, missing and broken parts, flat tires, doors hanging open, and windows open and broken. **It is difficult to establish what damage, and to what extent, has occurred since a trailer was moved into storage and what damage may have occurred when the unit was occupied.**

I visited the Melville storage facility on 15 June 2009 to inspect the Forest River travel trailer VIN 4X4TSMH296C008992. It is my understanding that this unit was put into storage at some point after occupancy in July of 2008, and that no routine or preventive maintenance has been done on this unit since that time.

I arrived at the site at approximately 3:00 PM. The trailer was situated in a field, in close proximity to trailers on either side of it. The Forest River travel trailer was manufactured by Forest River under the Salem brand name. The date of manufacture was listed as 09/08/2005. The bar code number on the front of the trailer was 1277021. This unit had the RVIA certification label posted next to the entry door.

It would be impossible to determine how, or when, the trailer got in the condition it was in on the day I inspected it. The general condition of the exterior was poor. The unit was dirty and the entry door was ajar and bent, consistent with being pried open. The trailer frame and other metal components were rusting and the entry steps moved under weight. Many of the seals and sealants at various locations around the trailer were in need of inspection, routine maintenance and re-sealing. I could not access the roof, but the sealants I was able to photograph, and pictures of sealants from other expert reports show indications of lacking routine maintenance. It was obvious the trailer has not had any type of routine maintenance performed on the exterior, at least since the time it was put in the Melville storage facility.

The unit was equipped with 4 stabilizer jacks, one at each corner of the trailer. The unit did not have any holding tanks for the black and gray water and all indications were it was hard plumbed when it was occupied.

The interior of the unit was also in poor condition. The heat vents in the floor were broken, rusted and full of dirt and debris. The toilet and bathtub were dirty and screens were off of some interior windows.

During my inspection of the interior I observed a warning label under the microwave that read; this vehicle like other vehicles may contain small amounts of one or more substances that are known to the state of California to cause cancer, birth defects or other reproductive harm.
**See Attachment 13**

The Forest River owner's manual includes a periodic maintenance chart that specifies inspecting seals, adhesives, roof and roof components and to re-seal as required. **It goes on to explain the importance of maintaining the seals and adhesives to prevent moisture from entering and destroying recreational vehicle components.** It states that weather, sun and road vibration will have an effect on seals, causing them to dry, crack or separate. There is a warning that states: failure to maintain seals through regular maintenance can lead to damage of components, and may be considered abusive treatment under terms of your recreational vehicle warranty.
**See Attachment 14 & 15**

It appeared this unit lacked any type of routine care and maintenance, at least since being placed in storage. Without these routine inspections and maintenance, especially to the seals and sealants, water can penetrate areas of the trailer causing extensive damage. The plaintiff's experts reported numerous areas of the trailer that demonstrated water penetration, damage, and rot. It is nearly impossible to establish a timeline for when this damage occurred, but the result of the damage is consistent with failing to inspect and reseal dry, cracked and separated seals and sealants. This unit sat in a field neglected, in direct sunlight, through extreme temperature variations weather conditions and elements, and what happened to the unit is exactly what the owners manual said would happen when there is a lack of routine inspections and maintenance.

## Conclusions on Forest River Travel Trailer Inspection:

The type of damage I noted during my inspection of this travel trailer is consistent with a lack of routine inspection and maintenance. To extend the life expectancy of the RV this type of damage can be avoided through routine inspections and maintenance. Water leaking inside the entry door because the door was pried open, water damage around the area where the entry steps are mounted, water penetration, damage around windows and wet rotting wood framing in other sections of the trailer all support the recommendations in the Forest River owner's manual about resealing seals and sealants. It is my observation that this unit has not been periodically inspected nor had routine maintenance performed on it since being placed in storage, in a field in Melville Louisiana, and that it is nearly impossible to determine when all of this damage occurred.

**Appendix 1**

## List of Attachments & Materials Reviewed

Attachment 1: List of Fee Rates

Attachment 2: CV for Mark J. Polk

Attachment 3: U.S. Consumer Product Safety Commission (CPSC) article, how do you reduce existing formaldehyde levels?

Attachment 4: FEMA brochure titled, *Important Information for Travel Trailer Occupants*

Attachment 5: Alexis Mallet report, First General Services of the South, Inc., page 97 of his report.

Attachment 6: Page 2 of A/C manufacturer installation instructions

Attachment 7: FEMA formaldehyde information brochure in trailer

Attachment 8: Alexis Mallet report, First General Services of the South, Inc., page 100 of his report

Attachment 9:  Alexis Mallet report, First General Services of the South, Inc., page 101 of his report.

Attachments 10:  Picture of Forest River trailer frame and cross members.

Attachment 11:  Picture of a travel trailer blocked at a local RV resort

Attachment 12:  Picture of Forest River travel trailer entry door.

Attachment 13:  Picture of warning label under microwave.

Attachment 14:  Forest River Periodic Maintenance Chart from owner manual

Attachment 15: Page from Care & Maintenance chapter of Forest River owner's manual

## Additional Material Reviewed:

**Plaintiff Expert Reports:**

Darryl Hicks
Paul Lagrange
Kenneth Laughery
Alexis Mallet, Jr.
Charles David Moore
Ervin Ritter

U.S. Consumer Product Safety Commission (CPSC) report on reducing formaldehyde levels

HUD 24 C.F.R. 3280.309 health notice on formaldehyde emissions

The Recreation Vehicle Industry Association (RVIA) article titled, Facts about Formaldehyde & RV's. http://www.rvia.org/FactsAboutFormaldehyde/faq.html

RVIA Facts About Formaldehyde article
http://www.rvia.org/FactsAboutFormaldehyde/CustomerPamphlet.pdf

RVIA Bylaws
**http://www.rvia.org/Content/NavigationMenu/AboutRVIA/RVIAGovernance/Bylaws/default.htm**

## Case Materials:

Lyndon Wright Deposition

Lyndon Wright Exhibits (1-14)

Doug Gaeddert Forest River Deposition

Forest River Recreational Vehicle Owner's Manual, Travel Trailers & Fifth Wheels

FEMA Travel Trailer Specifications

Travel Trailer Blocking

Dometic Duo-Therm 595 Series A/C Installation Instructions