# Additional Comments On The Hewett Analysis Of Formaldehyde "Decline" With Time In Unoccupied Trailers.

### Michael E. Ginevan, Ph.D.

In Hewett's report, he does decline analyses of formaldehyde levels by age of the trailer at the time it was tested for formaldehyde for both occupied and unoccupied trailers. The $r^2$ statistics for analyses of occupied trailers are generally very small. The $R^2$ values reported in Hewett Table 1 are 0.013, 0.025, 0.14, 0.002, and 0.021. That is, except for the 0.14 model no model explains as much as 3% of the overall observed variation in formaldehyde levels. The model with $R^2 = 0.14$ is due to a variable for windows open or closed. The $r^2$ values for unoccupied trailers were much higher, ranging from 0.19 to 0.63. The largest values were for Recreation by Design (RBD) units.

In reconsidering this result, I recalled that the RBD formaldehyde data for unoccupied trailers were distinctly bimodal, with the DeVany Industrial Consultants data being much higher than the data from either Boston Chemical Data or the W. D. Scott Group. It then occurred to me that, if the the DeVany units were newer than the other units when tested, this might explain the large $r^2$ values for RBD units. I was able to find the data used by Hewett in a file, provided by Hewett, titled "Combined_database_2010_01_15_RBD (CAST-HEWETT-002995).xls". This file contains both testing dates and month and year of manufacture for the RBD trailers.

I calculated age of trailer by calculating the days post January 1, 2003 for the test date and a manufacture date generated by assuming that each trailer was manufactured on the 15th of the month reported. That is, if year were 2006 and month were 10, the month/day/year date would be 10/15/2006. So we have test days as days post January 1, 2003 and manufacture days as days post January 1, 2003. Age at test in days is then test days minus manufacture days, and age in years is Age at test in days / 365.

The regression I obtained for ln(dose) vs age in years is given in Table 1.

```
Table 1.  Least Squares Linear Regression of lnform  All unoccupied
trailers. 103 Observatons.

Predictor
Variables     Coefficient    Std Error         T         P
Constant        1.62383       0.25774        6.30    0.0000
age            -0.94123       0.08053      -11.69    0.0000

R-Squared         0.5749
```

**Table 2.** Least Squares Linear Regression of lnform DeVany unoccupied trailers. 60 observations.

| Predictor Variables | Coefficient | Std Error | T | P |
|---|---|---|---|---|
| Constant | 0.13644 | 0.68632 | 0.20 | 0.8431 |
| age | -0.34092 | 0.26449 | -1.29 | 0.2025 |

R-Squared    0.0278.

**Table 3** Least Squares Linear Regression of lnform Unoccupied trailers other than DeVany unoccupied trailers. 43 observations.

| Predictor Variables | Coefficient | Std Error | T | P |
|---|---|---|---|---|
| Constant | -1.43730 | 1.18645 | -1.21 | 0.2327 |
| age | -0.17500 | 0.30492 | -0.57 | 0.5691 |

R-Squared    0.0080

**Table 4.**  Descriptive Statistics of age in years at test by source

| source | N | Mean | SD | Minimum | Maximum |
|---|---|---|---|---|---|
| Boston Che | 9 | 3.9072 | 0.1741 | 3.6438 | 4.1397 |
| DeVany Ind | 60 | 2.5806 | 0.2742 | 2.2658 | 3.8466 |
| W. D. Scot | 34 | 3.8761 | 0.2794 | 2.8932 | 4.8493 |

Regressions for DeVany unoccupied trailers and other unoccupied trailers are shown in Tables 2 and 3. The results shown in Table 1 are essentially identical to those reported by Hewett. The $r^2$ is the same and the regression coefficients differ by less than 1% for both age and constant. For the DeVany and combined Scott and Boston Chemical data the $r^2$ values are essentially zero. What Hewett presents as an age related decline is actually a difference in age between the DeVany and other trailers. This conclusion is reinforced by Table 4 which shows that the DeVany trailers had an average age of about 2.6 years while the Boston Chemical and Scott trailers both had average ages of about 3.9 years. I would conclude that, for RBD trailers at least, there is no real evidence for a decline in formaldehyde levels with the age of the trailers.