**INSERT CAPTION OF CASE**

**TO WHICH CONSENT APPLIES**

### ATTACHMENT 1: SUMMARY JURY TRIAL CONSENT FORM

Undersigned counsel, on behalf of [Insert Party Name], hereby consents to participate in a Summary Jury Trial in the matter referenced above. [Insert Party Name] further agrees to be bound by the orders entered by the Court governing summary jury trials. It is understood that: (a) participation in this Summary Jury Trial is voluntary; (b) that any verdict rendered in this Summary Jury Trial is not binding on the parties; and (c) that if the parties to this Summary Jury Trial do not resolve the claims between them as a result of the Summary Jury Trial, the parties are entitled to participate in a full trial on the merits on the matter referenced above.

It is further understood that this consent to participate shall apply only to the first such Summary Jury Trial which occurs pursuant to this consent, and not to any other Summary Jury Trials which may occur in the future.

Finally, this consent to participate in no way waives [Insert Party Name]'s rights to have a full and binding jury trial on the merits in this and every other civil action filed against it (to the extent that such a right exists under applicable law) and does not commit [Insert Party Name] to participate in any future summary jury trials, participation in which shall at all times remain voluntary.

_____
Print Name

{B0654321.1}

_____
Signature

_____
Date

{B0654321.1}