**INSERT CAPTION FOR CASE**

**ATTACHMENT 2: SUMMARY JURY TRIAL CONFIDENTIALITY AGREEMENT**

Undersigned counsel, on behalf of _____, hereby agrees to maintain confidentiality of the Summary Jury Trial in the above-referenced matter in accordance with the Court's Order Regarding Rules and Procedures for Conducting Summary Jury Trials entered in this matter.

_____
Print Name

_____
Signature

_____
Date

{B0654335.1}