# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 <br><br> SECTION: N(5) <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: <br> September 2010 Gulfstream Bellwether Trial <br> *Bazanac, et al v. Gulf Stream Coach, Inc., et al;* <br> Docket No. 09-8320 <br> *Age, et al v. Gulf Stream Coach, Inc.;* <br> Docket No. 09-2892 <br> *Alleman, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-5390 | * * * * * * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO AMEND THE TRIAL SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, comes bellwether Plaintiffs Robin Lewis, Easton Charles Jr., and Daniel Porter, who respectfully submit this Unopposed Motion to Amend the Trial Scheduling Order. Plaintiffs and Defendant Gulf Stream Coach, Inc. agree to the amendments as discussed generally below and as specifically set forth in the proposed First Amended Scheduling Order, attached hereto as Exhibit A.

Due to the unavailability of the trailer in which bellwether Easton Charles, Jr. resided, the parties have agreed to extend the deadlines for expert reports relating to the trailer and its inspections. Likewise, Defendant Gulf Stream Inc. has agreed to extend the deadline for the submission of reports by Plaintiff's expert, James Kornberg, M.D., with respect to bellwethers Easton Charles, Jr. and Daniel Porter. Finally, both parties agree to delay the submission of initial exhibit and witness lists by one month.

Accordingly, Plaintiffs respectfully request that this Court grant the Unopposed Motion to Amend the Trial Scheduling Order and adopt the proposed First Amended Scheduling Order, attached hereto as Exhibit A.

                 Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:     s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        PLAINTIFFS' CO-LIAISON COUNSEL
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:   504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        PLAINTIFFS' CO-LIAISON COUNSEL
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:   504/528-9973
        jwoods@gainsben.com

        COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE
        ANTHONY BUZBEE, # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        DENNIS REICH, Texas #16739600

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on April 29, 2010.

                         s/Gerald E. Meunier
                        GERALD E. MEUNIER, #9471