UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Kenneth E. Dixon, et al v Keystone Industries, Inc., et al., Case No. 2:10-cv-907*

---

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO MATCH WITH A SPECIFIC CONTRACTOR DEFENDANT PURSUANT TO PRETRIAL ORDERS 49 AND 53**

---

**NOW INTO COURT**, through undersigned counsel, come certain plaintiffs who request an additional 60 days to match with a specific contractor defendant for the reasons stated herein.

1. Plaintiffs have been unable to serve the Defendants to date because Mirakel M A Hosey and her household have been unable to identify their contractor. Plaintiffs have undertaken the following efforts to identify their contractor: submitted their information to FEMA for matching (FEMA's response only identified their manufacturer as Keystone); submitted a request for Plaintiffs' IA File; counsel for the Plaintiffs have re-submitted their information to FEMA; and Ms. Hosey has requested and received her maintenance records from the FEMA MS Recovery Center with no Contractor identified . David Kurtz, liaison counsel for the Contractor Defendants, and Jonathan Waldron, counsel for the United States Department of Justice, have indicated that they do not oppose Plaintiffs' motion.

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Mirakel M A Hosey | 2:10 cv 907 |
| Aniyia M L Hosey by Mirakel M A Hosey | 2:10 cv 907 |

| Ja'Shia L F Hosey by Mirakel M A Hosey | 2:10 cv 907 |
| --- | --- |
| Jherashio R Hosey by Mirakel M A Hosey | 2:10 cv 907 |
| Jerrmeccus R McInnis by Frances H Mayes | 2:10 cv 907 |
| Frances H Mayes | 2:10 cv 907 |

2.      Based on Plaintiffs' efforts  already undertaken to identify Plaintiffs' contractor, Plaintiffs request a sixty (60) day extension to comply with Pretrial Orders 49 and 53 as to the unmatched contractor.  Counsel for Plaintiffs has also consulted with David Kurtz, Liaison Counsel for the Contractor Defendants and Jonathan Waldron, counsel for the United States Department of Justice who do not object to Plaintiffs' request.

WHEREFORE, for the reasons stated herein, Plaintiffs request an additional 60 days in which to comply with Pretrial Orders 49 and 53.

Respectfully submitted, this the  29  day of April, 2010.


By:     *s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

2

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 29, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*
ROSE M. HURDER
