UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                                                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                                  SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kenneth E. Dixon, et al v Keystone*
*Industries, Inc., et al., Case No. 2:10-cv-907*

_____

NOTICE TO COURT OF PLAINTIFFS WHO REMAIN UNMATCHED
(PRETRIAL ORDER 40)
_____

In compliance with Pretrial Order 40 Plaintiffs counsel hereby notifies the Court of the plaintiffs who remain unmatched with a specific Contractor Defendant and the civil action number of the original complaint in which they were named:

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Mirakel M A Hosey | 2:10 cv 907 |
| Aniyia M L Hosey by Mirakel M A Hosey | 2:10 cv 907 |
| Ja'Shia L F Hosey by Mirakel M A Hosey | 2:10 cv 907 |
| Jherashio R Hosey by Mirakel M A Hosey | 2:10 cv 907 |
| Jerrmeccus R McInnis by Frances H Mayes | 2:10 cv 907 |
| Frances H Mayes | 2:10 cv 907 |

Respectfully submitted, this the  29  day of April, 2010.

By: *s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*
ROSE M. HURDER