UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: *Lyndon T. Wright v.* | | * | JUDGE ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | | * | |
| | | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing *Motion for Leave to File Reply Memorandum*,

IT IS ORDERED that defendants motion is granted and that the reply memorandum be entered into the record.

THUS DONE AND SIGNED this _____ day of _____, 2010 at New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT

Page 1 of 1