UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 09-3251

## ORDER

Defense counsel has notified the Court that, based on Plaintiff's counsel's withdrawal of William Scott as a witness, it no longer intends to pursue the motion in limine filed relating to William Scott. Accordingly,

**IT IS ORDERED** that **Recreation by Design, LLC's Motion in Limine to Exclude in Part the Testimony of Plaintiff's Expert, William Scott (Rec. Doc. 13307)** is **WITHDRAWN**.

New Orleans, Louisiana, this 29th day of April, 2010.

                                             _____
                                             **KURT D. ENGELHARDT**
                                             **UNITED STATES DISTRICT JUDGE**