```
1                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
2

3    ******************************************************************

4    IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
5    LIABILITY LITIGATION
                                    DOCKET MDL NO. 1873 "N"
6                                   NEW ORLEANS, LOUISIANA
                                    WEDNESDAY, MARCH 17, 2010, 8:30 A.M.
7
     THIS DOCUMENT RELATES TO:
8
       FOREST RIVER INC., ET AL,
9      DOCKET NO. 09-2977

10   ******************************************************************

11
                           DAY 3, MORNING SESSION
12                    TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                   HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
13                      UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR LYNDON T. WRIGHT:   LAW OFFICES OF FRANK J. D'AMICO, JR.
                             BY:  FRANK J. D'AMICO, JR., ESQUIRE
18                                AARON Z. AHLQUIST, ESQUIRE
                             622 BARONNE ST.
19                           NEW ORLEANS, LA 70113

20                           REICH & BINSTOCK
                             BY:  DENNIS C. REICH, ESQUIRE
21                           4265 SAN FELIPE, SUITE 1000
                             HOUSTON, TX  77027
22

23                           CHRIS PINEDO
                             ATTORNEY AT LAW
24                           802 N. CARANCAHUA, SUITE 2250
                             CORPUS CHRISTI, TX  78470
25
```

1    APPEARANCES:   (CONTINUED)

2

3                              NEXSEN PRUET
                             BY:  PAUL A. DOMINICK, ESQUIRE
4                             P.O. BOX 486
                             CHARLESTON, SC 29402
5

6

7    FOR FOREST RIVER,
     INC.:                    GIEGER, LABORDE & LAPEROUSE
8                             BY:  ERNEST P. GIEGER, JR., ESQUIRE
                                  JASON D. BONE, ESQUIRE
9                                  CARSON W. STRICKLAND, ESQUIRE
                             701 POYDRAS STREET, SUITE 4800
10                            NEW ORLEANS, LA 70139

11

12   FOR SHAW ENVIRONMENTAL,
     INC.:                    BAKER DONELSON BEARMAN CALDWELL &
13                            BERKOWITZ
                             BY:  M. DAVID KURTZ, ESQUIRE
14                                ROY C. CHEATWOOD, ESQUIRE
                                  KAREN K. WHITFIELD, ESQUIRE
15                            201 ST. CHARLES AVENUE, SUITE 3600
                             NEW ORLEANS, LA  70170
16

17

18   ALSO PRESENT:            DOUGLAS SCHMIDT, ESQUIRE
                             DOUGLAS GAEDDERT
19

20

21   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                500 POYDRAS STREET, ROOM B406
22                               NEW ORLEANS, LA  70130
                                (504) 589-7779
23

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24   PRODUCED BY COMPUTER.

25

1                    **I N D E X**

2

3    EXAMINATIONS                                PAGE

4

5    **EDITH YOUNG** VIDEOTAPED DEPOSITION (CONTINUED) . . . . . . . . . .  604

6    **JAMIE ALBRECHT** VIDEOTAPED DEPOSITION. . . . . . . . . . . . . . . . . .  638

7    **JEFFREY BURIAN** VIDEOTAPED DEPOSITION. . . . . . . . . . . . . . . . . .  681

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         P-R-O-C-E-E-D-I-N-G-S

2                    M O R N I N G   S E S S I O N

3                    WEDNESDAY, MARCH 17, 2010

4                      (COURT CALLED TO ORDER)

5

6

7              THE DEPUTY CLERK:  All rise.

8              (WHEREUPON, at this point in the proceedings, the jury

9    panel enters the courtroom.)

10             THE COURT:  Good morning.  You may be seated.

11             Before we resume the videotaped testimony of

12   Ms. Young, Juror Number 9, who is Ms. Mead, had some

13   complications with regard to her jury service, which over the

14   past couple of days I've had the chance to try to resolve one way

15   or the other, and to investigate further in an attempt to try to

16   alleviate the situation that she had.  As I learned more about

17   it, the circumstances seemed to me to be rather unique.  I made a

18   few calls, and it was thought, after consulting with the

19   attorneys, that it was probably best that we go with the jury of

20   eight people, which, of course, are you eight.  I very

21   reluctantly, and the parties and lawyers very reluctantly faced

22   the circumstances that existed, so I've gone ahead and excused

23   Ms. Meed from sitting on the jury.

24             Like I say, we do appreciate all of your time and

25   your attention on the days here, and I visited with her yesterday

1   at the end of the day to thank her for her time, but it was

2   simply a unique set of circumstances that I came to appreciate

3   and spoke with the attorneys about.

4           So we will have a jury of eight.  All eight of you

5   will deliberate on the case.  We're making good progress with

6   regard to the plan that we had embarked upon at the outset.  So

7   we're going to go ahead and continue on.

8           Mr. D'Amico, we were playing the videotape of

9   Ms. Young, so why don't we pick up where we left off, and we do

10  have several other witnesses today, of course, that we're going

11  to get through.

12          So let's go ahead and pick up there, if you want to

13  start it again.

14          MR. D'AMICO:  Yes.  Yes, Your Honor.

15          (WHEREUPON, at this point in the proceeding, the

16  videotaped deposition of Edith Young continued to be played.)

17  Q.   Which one is that?

18  A.   Willy Young, under signature of contractor.

19  Q.   It looks like a post-installation verification.

20  A.   That's correct.  This is only for our invoicing.  This would

21  be the supplemental invoicing that we would be able to invoice

22  for those whatever.  In this case, a TEP pole, platform steps,

23  and a pea trap installation.

24  Q.   Do you know how many travel trailers approximately are

25  installed by Shaw?

1   A.   Not many.  I don't know.  Over a year period, maybe 75.  I

2   have no idea.

3   Q.   Do you know many mobile homes approximately are installed by

4   Shaw?

5   A.   Five hundred for Shaw.

6   Q.   And we're talking about simply post-Katrina --

7   A.   Yes.

8   Q.   -- installations?

9        Group site travel trailer installation?

10  A.   No.

11  Q.   All travel trailer installations were on private sites?

12  A.   I mean, I think there were a handful.  If we did a travel

13  trailer in a group site, we didn't get, like, all hundred of

14  them.  You know, we would get, like, two or three that were on a

15  preexisting site that had an available pad.

16       So we weren't fortunate enough to get any of the major

17  installs.  I don't know if they did group sites for travel

18  trailers.  I would really have to check into that.  I don't know.

19  Q.   Did Shaw ever give you -- did Shaw ever give you any

20  expressed instructions as to how you back up the trailer or how

21  you put the gears under the trailer?

22  A.   I think there were -- that they had their staging yards, and

23  they have a few different ones.  And they did provide training

24  where you could go and set up classes and -- mandatory classes.

25  You would have to go and watch.  You know, like, if there is an

1    incident -- I'm trying to think of an exact, but I know there
2    were a couple of classes where we had to go, and it was more
3    related to safety, "Don't put your hand here, don't do this," but
4    they showed you, you know, how to do the installation of the
5    travel trailer.
6           And that was at least two different occasions, I
7    recall, with Shaw.
8    Q.   Were you ever given a video --
9    A.   No.
10   Q.   -- of an installation?
11   A.   Never.
12   Q.   How -- at the two times you went -- you observed this,
13   how -- that you observed that it was installed, if at all at
14   those occasions differ from how you installed the trailer?
15   A.   They might have had, you know, four guys out there doing --
16   out there to stress the importance of, you know, the safety,
17   especially the backing up of the truck, how to, you know, do
18   that.  And their hand signals varied, but the installation
19   didn't.  It is what it is.
20   Q.   Okay.  How long did it -- does it take to install on to
21   piers a travel trailer?
22   A.   30 minutes, 20 minutes, 10 minutes.  Again, it depends on
23   the -- if you can get it level, then it's -- it's fine.
24   Q.   Tell me, how did you determine that it was level?
25   A.   A level.  You put the level in there and you...

1   Q.    Where was the level placed?

2   A.    You put it on the inside of the door, and you set it there,

3   you set it in the back and you set it in the front by the -- in

4   the middle where the tongue is.  And they would come in with

5   balls, you know, little hand balls, pissed me off, and set them

6   in there, and if they roll, even then -- you know, I never had

7   the issue.  Ours were always good.

8   Q.    Did you ever have to relevel a trailer?

9   A.    No.

10  Q.    How did -- did you say on each trailer, you would build the

11  piers and then insert wedges?

12  A.    You have to, because when you are putting the blocks on,

13  let's say you have three right here, right, and this one has a

14  little gap, you go and you take your wedge and you use a hammer

15  to get it into that -- that place.

16  Q.    Do you recall using wedges on every pier?

17  A.    No.  Sometimes, I don't use any.  A lot of times it was just

18  fortunate enough to be level.  If you had your site level and

19  your blocks were the same dimension and you had the same number

20  of blocks, you know, that's usually, it was level.

21  Q.    If a unit -- after a Bobcat goes and levels the ground, and

22  a unit would be set on the ground, what did the foundation of

23  these piers look like?  Was anything placed underneath the piers?

24  A.    I mean, you'd have your ABS pad.  It's a little, you know,

25  inch-and-a-half high, like, 18-inch black.  It's, like, made out

1   of some dense plastic or something, just to make it a wider base

2   to put your -- and then you put your block on it, and that's it.

3   Q.    Okay.  Was it ever placed on plywood foundations?

4   A.    No.  We never used plywood.  You know what?  Initially we

5   did.  We were allowed to use them, and then at some point they

6   came back and said, "No more plywood.  You have to use this."

7            So...

8   Q.    Do you know why that was?

9   A.    All I know is they said, "Stop using plywood and use the

10  ABS."

11  Q.    So you have -- you have no recollection as to -- as to

12  whether or not the unit for 2315 had IBS -- is it IBS or ABS?

13  A.    ABS.  No, that's brake pads.  I have no idea.  IBS pads,

14  yes.

15  Q.    I don't know if it's IBS.

16  A.    I think it's IBS.

17  Q.    Whatever, the plastic pads or the wooden pads, do you have

18  any recollection as to whether --

19  A.    You know, I think Shaw always had the requirement for the

20  pads.  I think that was Shaw's rule of thumb.  I think with Fluor

21  that might have been -- I think that might have been where you

22  could use the plywood.

23  Q.    Do you know how that -- that requirement was communicated?

24  A.    I have no idea.  It was through, "Here is some paperwork.

25  You guys are out in the field, you're installing.  Here is

1  something we want you to change."  Or in a meeting said, "Hey, no

2  more plywood."  I'm actually trying to think if plywood was -- I

3  think it was used over there and then they came out with a

4  change.

5  Q.   Let me go through a couple other things.  I believe you said

6  that RCG would, with Shaw or FEMA, do a ready for occupancy

7  inspection?

8  A.   Yes.

9  Q.   Who would RCG do that with?

10 A.   Was it our employees or do you mean --

11 Q.   Well, let me phrase that again.

12       Did a ready for occupancy inspection all happen at one

13 time or did you do a part and somebody else do a part?

14 A.   (Witness shakes head negatively.)  It was all at one time.

15 Q.   All at one time.

16       And who all was involved in a ready for occupancy

17 inspection?

18 A.   Always an RCG rep, whoever we had in that area assigned to

19 do the inspections.

20       Whoever Shaw assigned as their inspector -- and there

21 are quite a few.  I think the majority of times, there was either

22 a FEMA rep or, like, a Shaw rep acting on behalf of FEMA.  I'm

23 not sure how -- how that worked out, but there are always at

24 least those three people on the ground doing an inspection.

25 Q.   What does a ready for occupancy inspection entail?

1   A.   Basically, it is a measure of how the equipment functions in

2   the travel trailer/mobile home, making sure that you fill up the

3   tub and you release the water after it's filled up to make sure

4   that it doesn't leak.  You flush the toilet ten times.  You check

5   all the light switches.  You turn on your stove.  You do a quick

6   test of the -- either AC or heating component.  You check all

7   your doors, your sills, check the level.  Make sure that the

8   steps are level, anchored, skid resistant.  And that's it.

9   Q.   What do you check the doors and sills -- what do you check

10  the sills for?  By "sills," you mean windows sills?

11  A.   Yes, sir.

12        You basically make sure that they open, close and that

13  they are secure.

14  Q.   So that the window locks work?

15  A.   Yes.

16  Q.   Do you do any checks for leaks?

17  A.   No, sir.  No.  Not for the windows and the roof.  You did

18  for the interior, like, all your faucets and things like that.

19  Q.   For example, it says on 28, "Place scissor jack handle

20  under sofa."

21        Did I read that accurately?

22  A.   Yes.

23  Q.   Did you ever use the scissor jack handle during any process?

24  A.   I don't even know what it looks like, so I have no idea.

25  Q.   But you know that you would -- whatever it looked like, you

1  would place it under the sofa?

2  A.   I know that whatever -- obviously, there was nothing nowhere

3  else.  I don't even know what a scissor jack is.  Maybe if you

4  show me a picture or something, I could tell you.  But I don't

5  know what a scissor jack is.  Maybe there is a different term for

6  it.

7  Q.   Well, did you ever deal with these checklists?

8  A.   Yes.

9  Q.   How do you know that you complied with that maintenance

10  section if it's checked off, if you don't know what something

11  looks like?

12  A.   I don't know what that is, but whatever that was, it's

13  probably the thing to release the -- the refrigerator and the

14  sofas from -- from their -- their moorings in the trailer, and

15  that's probably what that is, and you have to just scoot it

16  underneath there and make sure it's secured.

17        So if that's what they're calling a scissor jack, I

18  always thought it was something very different.

19  Q.   What did you think it was?

20  A.   I don't know.  I don't know what the scissor jack handle is.

21  I just -- it's what you take the -- the appliances out with.

22  That's what I know it to be.  I don't know the term of it.

23  Q.   So when you would check that off, that -- that, in your

24  mind, is what you were checking off?

25  A.   I'm not checking this off.  This is -- Shaw has its

1  checklist.  Shaw is with me walking through the trailer.  Shaw is

2  saying, "Yes, this is done.  Yes, this is done.  Yes, this is

3  done."

4         So if there is not something done, they tell me, and I

5  have whoever is there with me to fix it.  I don't know -- they

6  never said, "Is the scissor jack under the sofa?"

7  Q.  Did Shaw simply accompany RCG when RCG did this or did RCG

8  do some of this and somebody else would do other parts?

9  A.  I think you're making it more complicated than it is.  If

10 you were the Shaw inspector, I'm with you, you have your

11 checklist, you're going down each one of these, and if there is

12 an issue -- you don't tell me anything if there is no problem.

13 The only time I hear something from you is if you were to say,

14 "Guess what?  The scissor jack isn't under the sofa."

15        So...

16 Q.  Did the Shaw inspector give any direction or advice or

17 instruction during the conduct of the checklist?

18 A.  No.  They just said "Something is -- you need to work on 15.

19 You need to work on 23 or" -- yes.

20 Q.  When they said, "You need to work on 15," would they tell

21 you what you would need to do?

22 A.  "Here you ago.  Check the smoke detector.  That's not

23 working, so go put some batteries in the smoke detector."

24 Q.  Your testimony, it's understanding that RCG only used ABS

25 plastic pads.  They never used the plywood pads?

1   A.   That's correct.

2   Q.   You don't recall any instruction relating to the pads or

3   this plywood?

4   A.   I think it's just preference.  We liked the pads and we had

5   a ton of them.  You know, the other ones, they would splinter and

6   things when you putting things down there, and it's just a pain.

7            So they were a lot more expensive, you know, the ABS

8   pads, but we liked them better.  Just personal preference.

9   Q.   Look at the sentence above Number 1 that says "site

10  assessment."  It says, "The contractor shall install travel

11  trailers within two calendar days following issuance of work

12  order/orders.  The contractor shall, colon" -- is the contractor

13  in this Shaw or is the contractor in this RCG?

14  A.   If RCG was provided with a contract for 3.1.1 and our price

15  was acceptable for that, then we would have been responsible for

16  doing the assessment.  But none of them did -- they didn't

17  subcontract that.  That was something that they did.  Their site

18  assessments were done in-house and then the installations were

19  subcontracted to us.

20  Q.   If you look at Number 3, "lock, level and tie down trailer."

21            Do you see that?

22  A.   Uh-huh (affirmative response).

23  Q.   Let me read to you the first sentence.  "Lock, level and tie

24  down trailer should be inclusive of all labor, materials and site

25  preparation necessary to properly install the units in accordance

1  with the manufacturer's installation specifications and other

2  appropriate requirements."

3          Did I read that correctly?

4  A.   That's correct.

5  Q.   When it says "manufacturer's installation specifications,"

6  what are those?

7  A.   I think they copied and pasted from the mobile home

8  manufacturer requirements.  There are no manufacturer's

9  requirement for a travel trailer.

10 Q.   Does it say "manufacturer's permanent installation

11 specifications?"

12 A.   It says, "and other appropriate requirements."  And in this

13 case, the other appropriate requirements were what FEMA passed

14 down to Shaw and, in turn, passed down to us.

15 Q.   Did RCG ever contact any manufacturer that it was installing

16 a travel trailer?

17 A.   That's not our responsibility.  Our responsibility is to

18 install it in accordance with the specs that we were provided,

19 and that's what we did.

20 Q.   Was RCG ever instructed to communicate with the

21 manufacturer?

22 A.   No.

23 Q.   Did you ever receive any instruction relating to the

24 manufacturer's communication from either Fluor or CH2M Hill?

25 A.   Installation requirements were in our scope of work and

1  that's what we complied with.  That's all I know.

2  Q.   Okay.  So how do you interpret the sentence that says, "In

3  accordance with manufacturer's installation instructions"?

4  A.   If you stopped right there, the next -- after that it's,

5  "properly install the units in accordance with the manufacturer's

6  installation specifications and other appropriate requirements,"

7  the "other appropriate requirements" are the guidelines that are

8  established from FEMA, Shaw, Fluor, CH2M Hill, and put in a

9  contract with us.  That's what our responsibility is for.

10 Q.   Okay.  But did you ever check, just in case there was a

11 manufacturer's instruction?

12 A.   I'm a mobile home installer.  There are no requirements.  I

13 got my license.  I went to the classes.  I did the training

14 sessions.  There are no requirements for travel trailers to be

15 installed in accordance with any manufacturer's guidelines.  They

16 don't exist.

17 Q.   We want to know from your training and experience and

18 knowledge as a licensed mobile home installer.

19 A.   There are no requirements because they are two very

20 different -- one is a mobile home, one is 70 feet long, one is

21 21-foot long.  One has a very real potential of being someone's

22 permanent residence.  The other one is generally considered for

23 use of a recreational vehicle.

24 Q.   For short-term occupancy?

25 A.   Temporary housing, whether it be in a campground or

1    somebody's backyard.  It's temporary housing.

2    Q.    Do you ever review any of the owners' manuals of the travel

3    trailer?

4    A.    Yes, sir.

5    Q.    Do you recall which owners' manuals you reviewed?

6    A.    There are so many different manufacturers, but what you're

7    going to see when you open it up, it's going to say, "How do you

8    install this trailer when you get to a campsite?  Put the little

9    legs down, roll out your little steps."

10            But FEMA, Shaw, CH2, they went the extra mile to make

11   sure that they were going to be safe.  They're like, "Oh, my

12   gosh, if they are going to be staying here, we've got to make

13   sure we have blocks.  We've got to make sure it's level.  We've

14   got to make sure we have the extra support.  We have to make sure

15   the steps are stable enough to support a man and his wife or a

16   kid and the mom."

17            So instead of just saying, "Oh, I'll just do it the way

18   they say to do it," I think they did -- I wish they hadn't

19   because it would have been a lot easier to just throw it

20   together.  But we had to literally, you know, place it in there

21   in accordance with what they provided us.

22   Q.    How did RCG get notified as to where the unit would go?

23   A.    It was Exhibit 20006.

24   Q.    That diagram?

25   A.    That crapily-drawn diagram.

1  Q.    So when you got to the site, were there any lines drawn on

2  the ground or stakes or --

3  A.    Never.

4  Q.    You just eyeball it based on the diagram?

5  A.    (Witness nods head affirmatively.)

6  Q.    Is that a yes?

7  A.    Well, it's not always that simple, though.

8  Q.    At some point, did Shaw just rely on you to make the

9  decision as to the exact location of the trailer?

10 A.    At -- at no time did they rely on us.  We -- we went out and

11 we would go and place the trailer, but someone from their units

12 would be there to say, "All right.  That's good."  Or, "You know

13 what?  I don't want it that far because then we're going to have

14 to pay an extra hundred feet."

15        So it wasn't just relying on us.  I wish they would

16 have, because it would have made my life a lot easier.

17 Q.    So there was a Shaw employee at every installation that you

18 did?

19 A.    I'm not going to say "every," because there were times that

20 they weren't there.  There were so many going.  If you

21 understand, I'm sure you do understand, the magnitude of this.

22 To say that there was one on every site, but they weren't there

23 for the entire installation the two or three days it took to do

24 it, but they were there at some point along the way.  They

25 couldn't just come in after we're done and say, "I want you to

618

1   move it two feet."  Because they would pay us more money to move

2   it.

3          I mean, they were pretty proactive, as proactive as I

4   think was reasonably acceptable.

5   Q.   Do you ever recall reinstalling a travel trailer on the same

6   site for any reason that needed to be reinstalled?

7   A.   Not, not once it was done, never.  It was maybe when we were

8   putting it, you know, in the -- in the -- on the site that they

9   would say, "You know what?  Can you put it back on and just move

10   it a few more feet?  The guys are complaining that they can't get

11   to their garage door or they have an issue with their side

12   entrance."

13          So there was -- once it was set, there's never moving

14   it for something like that.

15   Q.   Do you ever recall having to relevel units?

16   A.   Never.  They're level.  They are what they are.

17   Q.   Did you ever go and inspect units for releveling?

18   A.   Yes.  Actually, what you have to do is when someone is

19   living in those trailers, there is a maintenance contractor who

20   has to go out, and part of their inspections are to make sure

21   that the space is still level, sure.

22   Q.   Would then that maintenance individual notify Shaw or you

23   directly, if you know?

24   A.   I don't -- I never heard of somebody -- they don't sink.

25   They don't -- you're on 16 by 16 pads.  They are not going to

1   sink or have to be, you know, releveled.  I think there was a --

2   I know of one instance, because someone tried to put a waterbed

3   in a mobile home that caused a little bit of an issue, but it

4   wasn't something we ended up having to just take the whole thing

5   out and redo it.

6   Q.    Have you ever seen any travel trailers that were ever

7   installed on concrete blocks where the wheels were lifted off the

8   ground?

9   A.    No.

10  Q.    You never saw that?

11  A.    No.

12  Q.    Were you ever instructed to do that?

13  A.    No.  I mean, you -- you were absolutely instructed not to do

14  that.  It says not to -- you know, it says, don't deflate the

15  tires.  You know, you don't take the tires off.  You do want to

16  let out a little air so that there is, you know, more even

17  distribution of weight versus -- because you're going to lose air

18  over time in -- you know, in a regular tire, you let it sit

19  there.  So to basically counter the potential for settling,

20  you're talking centimeters at this point, you want to let out

21  some of the air so that you know the, you know, majority of the

22  weight is already on your blocks.

23  Q.    Who told you not to jack the trailers so that the wheels

24  would be off the ground?

25  A.    Nobody told us not to do it.  It's written that you don't

1    deflate the tires.  You wouldn't jack the trailers up to remove

2    the trailers if it says to keep the air in them.

3    Q.   Where is it written?

4    A.   There is a -- I know one of the specs says, "Do not deflate

5    tires."  I don't know -- it's not here.  But there is something

6    that was very -- "Do not deflate your tires."

7              But there were -- you know, we deflated them just a

8    little so that you can ensure that the weight is, you know,

9    evenly on the -- if you -- if you don't deflate them just a

10   little bit, if you remove the wheels, you're still going to have

11   the same safety structure.  Your foundation is still going to be

12   there.  Whether the wheels are or aren't there is completely

13   irrelevant.  The only difference it will make is if you don't

14   have the air out of the tires because you could have one tire

15   lose air pressure and settle.

16             But again, you're talking the only issue would be a

17   disturbance of a centimeter, not feet or anything like that.

18   There is nothing -- I mean, you can look on the specs.  I'll look

19   through them, but there is something that says "Do not deflate

20   the tires."

21   Q.   My question was about lifting the trailer off the wheels,

22   and as I understood it, you said you never did that and you never

23   saw anybody do that.

24   A.   That's correct.

25   Q.   Now, did anybody tell you that it would be improper to lift

1   the trailer off the wheels?

2   A.   In order to get these contracts, you have to be a licensed

3   mobile home installer.  Okay?  You know that when you're

4   installing a mobile home, you don't lift anything off the ground.

5   On a mobile home, you do have multiple jacks, and it's tells you

6   in the specs, "Don't raise more than six inches at a time.

7   Don't -- " so you apply that same knowledge to a travel trailer.

8   You have -- you would have a tremendous amount more of

9   flexibility, if you decided to jack a travel trailer, though,

10  because they are more condensed.  You could flip it over and you

11  wouldn't be able to destroy any of the mechanisms or support on

12  the travel trailer.

13  Q.   What is your understanding, as a licensed mobile home

14  installer, as to why it's improper to lift a travel trailer with

15  the wheels off ground?

16  A.   It's improper to lift a mobile home.

17  Q.   But you said it applies to travel trailers as well?

18  A.   I mean, if you're installing travel trailers and you're

19  using the same guidelines basically as you do mobile homes, you

20  would know you don't lift a mobile home.  And on a mobile home

21  it's three feet, you know, at an incline, three feet, so -- and

22  the reason you don't, the amount of torque, you could twist the

23  frame, you know.

24       But if you do that on a travel trailer, you can't do it

25  on a travel trailer.  You would have to jack it up over your head

1    to be able to do that.  For every three feet, you would have to

2    jack it up a whole foot to get that.  It's a very condensed --

3    you know, they are only 28 -- 28 feet long.  There is no way you

4    could do that.  I'm sorry, there is no way I could do that.

5    Q.   Do you know if it would have any structural implications if

6    a travel trailer was jacked with the wheels off the ground?

7    A.   I would say there would be absolutely no structural

8    ramifications if you jack the wheels up.

9    Q.   I'm going to give you another document, if could look at it

10   real quickly, Bates labeled Shaw 000416 and 1417.

11          Have you seen that?

12   A.   Yes, I have.

13   Q.   What is this document?

14   A.   This is my mobile home installer's license for the State of

15   Louisiana from '06.

16   Q.   And this is -- this is yours personally?

17   A.   Yes, and the one behind it is our operation officer's.

18   Q.   Did you have any travel trailers specific licensure?

19   A.   No, sir.  There is not one and I couldn't get it.

20   Q.   Real quickly, because I don't think I asked you this

21   earlier, what was your education in?

22   A.   Primary education.

23   Q.   Okay.  Do you have any background in engineering?

24   A.   No, sir.

25   Q.   Is anybody at RCG a licensed professional engineer or a

1  civil engineer?

2  A.   My education -- I'm not saying I had primary education, that

3  was my degree, primary education.

4  Q.   And then you went into the Marine Corps?

5  A.   Yes.

6  Q.   What was your position as a Marine?

7  A.   A marksmanship instructor and swim qualification experience.

8  Q.   What role do you play in developing an implementation plan

9  for contract implementation?

10  A.   I am the role.  I am everything from conception to award.

11  That's what I do.  I do everything for my company.

12  Q.   And you said in 2004, RCG had contracts on the Florida

13  hurricanes?

14  A.   Those were the first contracts we received when I came in

15  the picture.  I said, "Well, let's get busy."  So we got our

16  first contract working with FEMA.

17  Q.   Did you have any prior experience with travel trailer and

18  mobile home installation?

19  A.   None.  None at all.

20  Q.   At any time, did RCG expand beyond 50 employees in 2005?

21  A.   Never.  We had a lot of subcontractors, but we didn't have

22  that many employees.

23  Q.   Did -- I think you said you used subs to install mobile

24  homes, correct?

25  A.   Yes.

1  Q.   Did you use subs to install travel trailers or was that just

2  RCG?

3  A.   We didn't have enough to do -- to sub those out.  If we had

4  had just a basic contract for travel trailers, I would have had

5  to, but we didn't have enough to sub out.

6  Q.   Ms. Young, I just have one more thing to ask and then I'll

7  hand you over to everybody else in the room.

8         I just want to make sure I'm a hundred percent clear on

9  how RCG did something, and I just -- in my mind, I need to be

10  able to picture the process.

11        How did RCG construct the piers underneath the travel

12  trailers?

13  A.   Here is a travel trailer.  Put the travel trailer on the

14  hitch.  Okay?  You back it up exactly where you're going to drop

15  it.  You put your blocks underneath it.  The tires are fully

16  aired up, everything, then you go to where the tongue, your fifth

17  wheel or whatever you're using, and you lower this.  And it rests

18  on your blocks, and then you put your leveler inside and then you

19  have to take a sledgehammer with a rubber --

20  Q.   Mallet?

21  A.   -- mallet and you put wedges where you need to put wedges.

22  Ta-da.

23  Q.   So back the trailer into the place where it would rest?

24  A.   Yes.

25  Q.   And then you constructed the piers underneath that?

1   A.   Correct.

2   Q.   And a pier would be the plastic blocking followed by however

3   many concrete blocks were necessary, followed by the wood on top?

4   A.   Sometimes, you won't -- yes, that's correct.  Sometimes you

5   only needed, like, the solid blocks and the pad and solid blocks,

6   and sometimes you needed the pad and the hollow blocks with

7   the -- you know, the solid on top or whatever the situation is.

8   Q.   So they would be built up and then you would effectively

9   unhitch the unit and it would lower onto the blocks?

10  A.   Before you unhitch it, you're lowering the hitch using the

11  jack that's provided in the front.  And then once you take it

12  completely off, if it's not lowered all the way already, you just

13  lower it the rest of the way and you're done.

14  Q.   If you're backing it in that way, wouldn't the back end be

15  lower than the front end?

16  A.   Wherever your hitch is is higher than the back end.  You

17  know, you're towing it, so your back end is here and your hitch

18  is connected here.

19         So you back it in and you're at an angle, and then you

20  place it and you lower it.

21  Q.   Okay.  Did you also say that RCG would slightly deflate the

22  tires, then?

23  A.   That's correct.

24  Q.   That was to distribute the weight --

25  A.   That's correct.

1   Q.    -- amongst the piers?

2   A.    If you don't do that, what's going to happen is one tire

3   could lose air pressure more than the other, and then you'll have

4   the situation where it's not level.  It's off by a centimeter or

5   so from the settling of the air.

6             So we take out -- we're not flattening the tires.  The

7   tires are still inflated, but we take out enough air so that we

8   know all the weight is resting on all of the blocks.

9   Q.    RCG did some work following the hurricanes in Florida in

10  2004?

11  A.    Yes, sir.

12  Q.    And you installed mobile homes following those hurricanes in

13  Florida in 2004, right?

14  A.    Yes, sir.

15  Q.    And you also installed some travel trailers; is that right?

16  A.    Yes, sir.

17  Q.    Did you install more mobile homes than travel trailers?

18  A.    Significantly more, yes, sir.

19  Q.    So the majority of your work in 2004 in Florida was

20  installing mobile homes, not travel trailers, right?

21  A.    Yes.  Probably 75/25 ratio.

22  Q.    Okay.  And in 2004, that was -- that work was done pursuant

23  to a direct contract with FEMA, right?

24  A.    Yes, sir.

25  Q.    In 2005, RCG did some work following Hurricanes Katrina and

1  Rita, right?

2  A.   Yes, sir.

3  Q.   And that work was, again, installing mobile homes and travel

4  trailers, right?

5  A.   Yes, sir.

6  Q.   And again, RCG installed more mobile homes than travel

7  trailers following Hurricanes Katrina and Rita; is that right?

8  A.   90 to 10, yes, sir.

9  Q.   So following Hurricanes Katrina and Rita, RCG was installing

10  about 90 percent mobile homes in terms of the work that it did,

11  right?

12  A.   Yes, sir.

13  Q.   And then only 10 percent travel trailers?

14  A.   Yes, sir.

15  Q.   Now, in connection with your work in 2004, you used blocks

16  in setting up mobile homes; is that right?

17  A.   Yes, sir.

18  Q.   And also 2004, you were using blocks when you were setting

19  up travel trailers, right?

20  A.   Yes, sir.

21  Q.   Again in 2005, following Hurricanes Katrina and Rita, you

22  used blocks in setting up mobile homes, right?

23  A.   Yes, sir.

24  Q.   And you used blocks in setting up travel trailers, correct?

25  A.   Yes, sir.

1  Q.   And you understood that with the travel trailers, the

2  purpose of using those blocks was to make sure that the trailer

3  stayed level; is that right?

4  A.   Yes, sir.

5  Q.   And using those blocks to keep the trailer level would

6  ensure that if the occupant was inside, the trailer would not

7  move around, right?

8  A.   Yes, sir.

9  Q.   Using the blocks on a travel trailer and keeping it level

10 also helped ensure that any plumbing or sewage connections would

11 stay in place and not break; is that right?

12 A.   Absolutely, yes, sir.

13 Q.   And from your experience in setting up these units, if you

14 were to have a sewage line connection break or come apart, that

15 would be a health and safety issue, would it not?

16 A.   Absolutely.

17 Q.   Because sewage connections coming undone presents

18 significant health problems that you have to deal with, right?

19 A.   Yes, sir.

20 Q.   And you said that for the sewage connections, those would

21 have to be done at a certain -- the pipes would have to be at a

22 certain angle for the connection to be proper; is that right?

23 A.   A minimum.  It could be greater, you know, but it had to be

24 a minimum.

25 Q.   And having blocks to secure and level these travel trailers

1    would make sure that that pipe would stay at that proper angle

2    for the sewage, correct?

3    A.   That's correct.

4    Q.   And if sewage pipes were not at that right angle, you could

5    have problems with sewage backup and whatnot, sewer gas; is that

6    right?

7    A.   Absolutely.

8    Q.   And those are certainly health and safety concerns for the

9    occupants of the unit, correct?

10   A.   Yes.

11   Q.   You said that from your perspective at RCG, it sounds like

12   your company took pride in the fact that it was helping people

13   get back on their feet after a disaster; is that true?

14   A.   Every single employee that worked with us knew that that was

15   our main mission.  We got the greatest rapport as far as how --

16   not just getting them into their homes, but going to get

17   groceries and talking to the tenants and building a rapport and

18   really trying to help the community as a whole.  That's what it

19   was about.  It wasn't about installing a trailer.  This was going

20   to be a transitioning place for all of these residents.

21   Q.   Your company, RCG, understood that part of your mission was

22   to get these people back up on their feet and give them a good

23   place to live, correct?

24   A.   That was our whole mission.

25   Q.   You mentioned earlier that during the ready for occupancy

1   inspection, one of the things that would go on was that somebody

2   would check and see that the windows opened and closed?

3   A.   Yes, sir.

4   Q.   If there was a problem with the window actually opening and

5   closing, would that be reported and then fixed?

6   A.   We would have to fix it before the applicant would move in.

7   The applicant would go through their checklist with the FEMA

8   inspectors or whoever, and they would have to sign off that the

9   dwelling fit, you know, their -- the requirements.

10  Q.   Good afternoon, Ms. Young.

11  A.   Good afternoon.

12  Q.   Earlier, you mentioned some specifications that were handed

13  out by Shaw and other contractors, right?

14  A.   Yes, sir.

15  Q.   And it was part of your contract to follow those

16  specifications?

17  A.   Yes, sir.

18  Q.   Okay.  Would you take a look at Exhibit 3, specifically flip

19  to Page 1425.  At the top it says "Exhibit 3."

20  A.   Okay.

21  Q.   Do you see that?

22  A.   Yes, sir.

23  Q.   Are these the specifications that you were talking about?

24  A.   Yes, sir.

25  Q.   What systems were in place by Shaw and the other contractors

1    to make sure that RCG followed these specifications?

2    A.    I don't understand the question.

3    Q.    What QC or quality assurance did Shaw and the other

4    contractors do to make sure that your work lived up to the

5    specifications that were listed here?

6    A.    You basically had inspectors that came, you know, during the

7    initial drop-off phase, during the installation phase, and then

8    once we were completed, came back again to do the inspection, and

9    you had to do the inspection with the tenants, and then you had

10   to go back and do another inspection with us for invoicing.

11            So you were pretty diligent about making sure that

12   everything was done in accordance with or they wouldn't have paid

13   us.  It's that simple.

14   Q.    Okay.  And from time to time, would Shaw or the other

15   contractors find some deficiency that RCG then had to correct?

16   A.    Yes, sir.

17   Q.    What sorts of deficiencies might you have to correct?

18   A.    Maybe they found that the -- the most common was that the

19   stairs, they didn't find to be as skid resistant.  There wasn't

20   enough sand to paint ratio or the -- the steps were the most

21   common thing.  That was undoubtedly the biggest hassle.

22   Q.    Were there any deficiencies where RCG had actually damaged a

23   trailer during the process of installation?

24   A.    Never.

25   Q.    Let me show you a document that I'm going to mark as the

632

1  next exhibit, 6, and all I want to do with this document,

2  Ms. Young, is ask you to identify on Page 1310 the signature in

3  the middle of the page.

4          Can you read that?

5  A.   Yes, sir, I can.  That's Robert Guillot, my business

6  partner.

7  Q.   And he was authorized to sign contracts on behalf of RCG,

8  right?

9  A.   He's co-owner, 49 percent.

10  Q.   Do you recognize this as the original purchase order that

11  you had with Shaw Environmental, Inc.?

12  A.   Yes, sir.

13  Q.   And then if you could flip to the page that's marked Shaw

14  1319.

15  A.   Yes, sir.

16  Q.   Again, whose signature is that under RCG Enterprises, Inc.?

17  A.   Robert Guillot.

18  Q.   Do you recognize this also as being part of the contract --

19  A.   Yes, sir.

20  Q.   -- between RCG and Shaw?

21  A.   Yes, sir.

22  Q.   Ma'am, you understand that today you're speaking on behalf

23  of the company, RCG Enterprises, correct?

24  A.   Yes, sir.

25  Q.   So Exhibit 2, including the documents that you identified

1  previously under question by Mr. Ahlquist represent the universe
2  of documents regarding the installation of this particular unit
3  that Lyndon Wright occupied, correct?
4  A.   That's correct.
5  Q.   Based upon your prior testimony, I understand that when this
6  unit was installed, there was no damage noted to the unit,
7  itself; is that correct?
8  A.   That's correct.
9  Q.   And that would include damage to the exterior entry door,
10 correct?
11 A.   That's correct.
12 Q.   That would include no evidence of water leakage around any
13 of the exterior windows, correct?
14 A.   That's correct.
15 Q.   That would include no evidence of interior water leakage
16 from pipes or otherwise, correct?
17 A.   That's correct.
18 Q.   Was there any evidence of moisture intrusion into the unit
19 at the time of its installation?
20 A.   No, sir.
21 Q.   Now, you mentioned that RCG, one of the responsibilities
22 that it had was to install the unit at the home site, correct?
23 A.   Yes, sir.
24 Q.   And the other responsibility that I understood you to have
25 was to take some part in the ready for occupancy checklist, true?

1    A.    Yes, sir.

2    Q.    Other than those two responsibilities, did RCG have any

3    maintenance responsibilities after the initial leasing-in process

4    with respect to the Lyndon Wright -- to the unit occupied by

5    Lyndon Wright?

6    A.    No, sir, none at all.

7    Q.    With respect to the ready for occupancy checklist, is there

8    anything in that checklist that stands out as having been a

9    problem with respect to this particular unit that had to be

10   remedied before the occupant was allowed to take occupancy?

11   A.    We signed it.  They accepted it.  The tenant accepted it.

12   There were no issues at all from this trailer.

13   Q.    Yes, ma'am.

14   A.    According to this paperwork.

15   Q.    Yes, ma'am.  And that's the only paperwork we have regarding

16   this unit that you're aware of, correct?

17   A.    Yes, sir.

18   Q.    And so by virtue of that, the evidence that you have tells

19   you that at the time that Mr. Wright took occupancy of this

20   particular unit, there were no -- there was no damage to the unit

21   or any issues that needed to be addressed, correct?

22   A.    That's correct.

23   Q.    My question is -- we'll get to that, but these documents

24   that you identified with Mr. Ahlquist were all documents that

25   were -- the ones that were generated by RCG, which you've

1  identified, were all documents kept in the normal course of RCG's

2  business, correct?

3  A.    Yes, sir.

4  Q.    And they were created by RCG at the time or close to the

5  time that's indicated on the individual document, correct?

6  A.    Yes, sir.

7  Q.    And they were created by people who had knowledge of those

8  particular events, true?

9  A.    Absolutely.  Yes.

10  Q.    And to your knowledge, sitting here today as the corporate

11  representative of RCG, they correctly and accurately represent

12  the information that existed at the time the documents were

13  created, correct?

14  A.    Yes, sir.

15  Q.    And you mentioned that if you didn't submit appropriate

16  documentation, that you would not have been paid for your work

17  in -- on the installation of this particular unit, correct?

18  A.    That's correct.

19  Q.    And you were paid with respect to your work on the

20  installation of this particular unit, the Lyndon Wright unit,

21  correct?

22  A.    Every dime from all of them.

23  Q.    Which would suggest to you that you had submitted the

24  appropriate documentation, true?

25  A.    Yes, sir.

1  Q.   If you look at Page Wright 00010, Page 10 on that document

2  you were just looking at.

3  A.   Yes, sir.

4  Q.   The RFO checklist with all of the check marks.

5  A.   Yes, sir.

6  Q.   Do you have any idea on any of these if anything needed to

7  be corrected prior to receiving a check mark?

8  A.   What I can tell you is if -- if there were any issues, if I

9  had to put a battery in a smoke detector, it was done.  Before

10  this was completed, every single aspect of this was acceptable.

11  Q.   And that's what this -- all these check marks indicate,

12  correct?

13  A.   That's correct.

14  Q.   But this sheet doesn't say that a battery needed to be

15  replaced anywhere.  It just says that it was corrected?

16  A.   Well, there's no -- there's no maintenance checklist in

17  here.  If there is something that has to be done, they give you a

18  punch list.  And you -- they give it to you right then.  They

19  say, "Here is this.  Go fix it."  You fix it and you come back

20  and say, "All right.  This is done."  And they attach it to the

21  packet.

22          So if there is not a maintenance checklist in here, I

23  didn't have to do anything.  And 99 percent of the time, I didn't

24  have to do anything.  I know how to install homes.

25  Q.   So you're saying that they would give you a punch list

1  before making a check mark in every situation?

2  A.    There is another one that looks exactly like this.  And as

3  you're going through it, they are saying, "Okay."  If they put a

4  check mark on that one, that's the one that says "maintenance

5  checklist" on there.  So they give it to you, you go fix it.

6  They sign off on it.  You sign off on it.  It's a done deal.

7          So there is no -- without that, there is no way you

8  could have done an RFO.

9  Q.    I guess what I was asking is, if they asked you to correct

10 something and you corrected it, well, then they make a check

11 mark?

12 A.    Then you would have another checklist in here to say that

13 there was an issue.

14 Q.    Okay.  Do you ever have a recollection of conducting an

15 inspection or RFO inspection and having your eyes burning or

16 your --

17 A.    Never.  I've never had that situation.

18 Q.    Did you ever smell a new trailer smell?

19 A.    Yes, sir.

20 Q.    What did that smell like?

21 A.    Like a new car smell.

22          THE COURT:  That's Ms. Young's testimony.  Who is next?

23 Who does the plaintiff call next?

24          MR. D'AMICO:  At this time, Your Honor, the plaintiffs

25 would like to play the video deposition of Jamie Albrecht.

1        THE COURT:  Jamie Albrecht?

2        MR. D'AMICO:  Jamie Albrecht with Forest River, yes.

3        THE COURT:  And this witness's last name is spelled

4   A-L-B-R-E-C-H-T; is that correct?

5        MR. D'AMICO:  That's correct, Your Honor.

6        THE COURT:  The witness has been sworn in.  Let's go

7   ahead and play Mr. Albrecht's testimony.

8        (WHEREUPON, at this point in the proceedings, the

9   videotaped deposition of Jamie Albrecht was played.)

10  Q.   My name is Aaron Ahlquist.  I'm an attorney with the

11  plaintiffs in the case.  Mr. Albrecht, what is your position with

12  Forest River?

13  A.   As I believe you're aware, we're not big on titles with our

14  company, but I'm a production manager.

15  Q.   At a certain facility?

16  A.   I oversee the operations of Plant 6 and Plant 27.  I direct

17  the activities of the plant managers in those plants.  And my

18  responsibilities are all production functions associated with

19  that.

20  Q.   Are Plants 27 and 6 located near one another?

21  A.   They are right across the parking lot from one another on

22  3010 College Avenue, Goshen, Indiana.

23  Q.   How long have you been with Forest River?

24  A.   I've been with Forest River almost nine years now.

25  Q.   Have you always been in the same capacity?

1  A.   From a title standpoint, yes.  When I started with
2  Forest River, the product that was being built was a new launch.
3  I came into it shortly after they had started.  The product has
4  grown over the years to require two production plants.
5  Q.   When you say the product was a new launch, what product are
6  you talking about?
7  A.   That product specifically was the Salem Limited Edition and
8  the Wildwood Limited Edition or what we refer to as LE.
9  Q.   Okay.  So prior to 2010, how long was the Salem LE and
10 Wildwood LE designation used?
11 A.   Well, it was already in effect when I came into the company,
12 but I believe -- I would be guessing, so I shouldn't say.
13 Q.   Let's take it a step back and we'll come back to all of
14 this.
15      Tell me about your educational background.
16 A.   I have a Bachelor of Arts degree in business administration
17 from Goshen College.
18 Q.   When did you graduate?
19 A.   I received my diploma in 1981.
20 Q.   So you moved from Georgie Boy to Forest River?
21 A.   That's correct.
22 Q.   Did you move to Forest River specifically to perform on the
23 implementation project of the Salem and Wildwood?
24 A.   No, no.  I moved to Forest River for a better opportunity.
25 Q.   Okay.  And that opportunity was plant manager?

1  A.    That is correct.

2  Q.    Okay.  If I understood correctly, you said that it

3  started -- that that production line started at one facility and

4  has expanded to two?

5  A.    That is correct.

6  Q.    And when it expanded, you retained oversight over both of

7  those facilities?

8  A.    When it expanded, I was given oversight.  I was given

9  oversight over the second facility.

10  Q.    Okay.  Do both facilities now have separate plant or

11  production managers?

12  A.    They do.

13  Q.    And those -- they report to you?

14  A.    They do.

15  Q.    Okay.  What role did you play in -- if any, in the design of

16  the Salem or Wildwood units?

17  A.    Well, initially, as I came into it, none.  But over the

18  years, my role typically has been to develop floor plans at our

19  sales manager's direction.  Our sales managers tend to also be

20  our product managers.  And quite often, quite often, we'll look

21  at competition floor plans that are doing well.  We'll take and

22  try to improve upon them and stay competitive in our market.

23  Q.    Do you know why there are so many different floor plans for

24  Salems and Wildwoods?

25  A.    I think that's because what the market asks for.  You have

1   various lengths, various sizes, various weight classifications,

2   various features, various price points.

3   Q.    Both Wildwood and Salem are travel trailers, correct?

4   A.    Yes, they are, travel trailers and fifth wheels.

5   Q.    So both model types can be -- have variance that are -- some

6   are travel trailers and others are fifth wheels?

7   A.    Well, it's floor plan specific, but, yes, we would have

8   Salem travel trailers and Salem fifth wheels.  We've had Wildwood

9   travel trailers and Wildwood fifth wheels.

10  Q.    However, the Salem and the Wildwoods that are manufactured

11  in the two facilities you oversee have differing -- depending on

12  the floor plan, they could have different square footages,

13  correct?

14  A.    Depending upon the length and width of the trailer, they

15  could have different square footages.

16  Q.    Let's talk about the LEs.  Is the LE a product line within

17  the Salems and Wildwoods?

18  A.    Yes, it was.  It was.

19  Q.    When the LE lines were in existence, were the LE lines a

20  specific floor plan, a specific length and a specific width or

21  were there variances within that as well?

22  A.    There were numerous floor plans and lengths within that LE

23  designation.

24  Q.    I'm not asking about a specific set of specifications yet.

25  We'll talk about that later.  I'm just asking if you're building

1    to specs, are there -- do they come from different places?

2    A.    Well, in my mind, when you use that term, I mean, we're

3    either talking about dimensional specifications or we're talking

4    about feature specifications.

5    Q.    And those are two different things?

6    A.    Yes.

7    Q.    Dimensional specifications, are those internally developed

8    by Forest River?

9    A.    Yes, they are.

10   Q.    Are there internally-developed feature specifications at

11   Forest River as well?

12   A.    Yes, there are.

13   Q.    Are there times when you have built or been involved in the

14   manufacture of units that are built to specifications given to

15   Forest River?

16   A.    Yes.

17   Q.    How many -- is that a unique occurrence or is that something

18   that is not unique?

19   A.    Well, I don't know if I do understand what you're asking,

20   but it's -- you know, we may have -- we may have a particular

21   customer from time to time that would ask us to look at a

22   particular design or develop a particular layout with particular

23   features that may differ from features that we normally, in the

24   normal course of our product, would use.

25   Q.    Have you ever built to external specifications on a larger

1   scale that involve dozens or hundreds or thousands of units?

2   A.   Yes.

3   Q.   Were those FEMA specifications?

4   A.   That would be an example.  That's a good example.

5   Q.   Have you done that in other situations?  Have you built to

6   externally imposed specs on a larger production scale?

7   A.   Not that I recall.

8   Q.   Are you familiar with NACS?

9   A.   Yes, I am.

10  Q.   What's your understanding of what NACS does?

11  A.   My understanding of NACS was that they functioned as a

12  dealer for us and they ordered product from us to sell to FEMA.

13  Q.   When did you -- have you interacted with NACS, spoken with

14  anybody there or --

15  A.   I'm sure I have.

16  Q.   Do you know when those communications first occurred?

17  A.   I don't specifically recall.  My best guess would be

18  sometime in '04.

19  Q.   '04.

20       Have you had any contact with FEMA?

21  A.   The only contact I've ever had with FEMA is when Dave Porter

22  visited our plant to do what is called the first article of

23  inspection on a prototype we had built.

24  Q.   When was that prototype built?

25  A.   That prototype was built sometime in July of '04.

1   Q.   Was it built using the specifications given to you?

2   A.   Yes, it was.

3   Q.   Were you tasked with developing a model to comply with those

4   FEMA specs?

5   A.   Not solely, but, yes, I did -- I did participate in that

6   process.

7   Q.   Who was involved in that process?

8   A.   Myself, Elton Kiefer, and certainly to a lesser degree,

9   Doug Gaeddert.

10  Q.   Can you tell me what that -- what that process entailed?

11  A.   I'll do the best I can.  We were -- and I believe it was

12  from NACS that we were informed that FEMA wished to develop a new

13  travel trailer specification for temporary emergency housing.

14  They supplied that specification to us.

15          As we reviewed it, it became obvious to us that we

16  weren't building anything at that point that would meet those

17  specifications, so we started basically trying different floor

18  plans trying to come up with a combination or arrangement that

19  would satisfy those specifications.

20  Q.   Who -- did he start looking at existing floor plans and

21  seeing what could work with the existing floor plans?

22  A.   Nothing would work that we had at that point in time, simply

23  because the market demanded slide out models and the

24  specification wouldn't allow for it.  And we did not have

25  anything that was that large that did not have a slide out.

1   Q.    Did you work with anybody at NACS in the development

2   process?

3   A.    I don't think so.  I don't believe so.  Other than to -- he

4   may have provided them with a floor plan print once we had

5   settled on something.

6   Q.    Did either you, Mr. Gaeddert or Mr. Kiefer have any

7   engineering background or design background?

8   A.    No.

9   Q.    I'm going to mark this as Exhibit 1 and ask if you've ever

10  seen this document before.  Take a second to look through it, if

11  you would.

12  A.    I have seen this document.

13  Q.    Can you tell me what this document is or what it comprises.

14  A.    Well, this document is, first of all, a communication from

15  NACS, or North American Catastrophe Services, advising us that

16  FEMA desires the development of travel trailer specifications,

17  and then it goes on to describe those specifications.

18  Q.    Okay.  You've seen this document before?

19  A.    I have seen it before.

20  Q.    And in the "to" box -- this is -- the cover has been faxed

21  from North American Catastrophe Services, correct?

22  A.    Yes.

23  Q.    And you're one of the three people that this is going to,

24  whether your name is spelled correctly or not?

25  A.    Yes.

1  Q.   Was this -- the date is July 1st, 2004, is that roughly when

2  you recall receiving this communication?

3  A.   It may have been the day after, but, yes, roughly.

4  Q.   Okay.   Is this the first time that you became aware of the

5  new FEMA's specifications?

6  A.   Yes.

7  Q.   Had Forest River ever manufactured units for FEMA prior to

8  this, if you know?

9  A.   To my knowledge, Forest River never sold units directly to

10  FEMA, but I believe Forest River did manufacture units for a

11  similar dealer in a similar type of business that were bought by

12  FEMA over the years.

13  Q.   Do you know if Forest River had a design on file before

14  July 2004 that was specific to disaster response or to FEMA

15  design?

16  A.   I believe we had done designs prior to '04.

17  Q.   Do you have any recollection of how that differed from the

18  specifications circulated in this 2004 fax?

19  A.   No, I don't.

20  Q.   How does a slide model differ -- just for the jury's

21  understanding, how does a slide model differ from a nonslide

22  model?

23  A.   Basically a room, if you will, a certain size -- obviously,

24  not as large as the overall trailer -- and that room by either --

25  by some mechanical means actually slides out and expands the

1   square footage, the living space.

2   Q.   And whereas a nonslide model just has straight walls that

3   don't expand outward, correct?

4   A.   That's correct.

5   Q.   All I was asking is during the time that Forest River

6   manufactured or the two facilities that you oversaw manufactured

7   the FEMA spec units, were you manufacturing other units at the

8   same time?

9   A.   Are you asking me did we build normal units at the same time

10  we built FEMA spec units?

11  Q.   Basically, yes.

12  A.   In a -- in a given plant?

13  Q.   Yes.

14  A.   Typically, when we would run FEMA spec units, we would --

15  that's what we would run in that plant, and then we would stop

16  running FEMA spec units and run dealer-built units, and we may

17  come back at some point, but we didn't run them as -- as mixed,

18  if that's what you're asking.

19  Q.   Okay.  So it would be a run cycle of just FEMA units?

20  A.   Yeah.  Exactly.

21  Q.   Okay.  Let's turn to the second page, and let's -- the

22  second page is a letter from FEMA, correct?

23  A.   That's what it certainly appears to be.

24  Q.   Can you read the second paragraph that's just a sentence

25  into the record, please.

1   A.   "In that the specifications are new, an RFP is being issued

2   and these specifications are not the same as the specifications

3   currently on the GSA schedule."

4   Q.   Do you have any idea what those GSA specifications were that

5   were on the schedule being discussed in this?

6   A.   I do not.

7   Q.   Do you have any idea if Forest River had made units to that

8   GSA specification?

9   A.   They may have, but as I don't know what that is...

10  Q.   So your testimony is you just don't -- you don't know?

11  A.   I don't know.

12  Q.   This letter is dated June 30th, 2004, correct?

13  A.   Yes.

14  Q.   The very next line says, "The units are needed immediately."

15          Do you have any recollection of why the units were

16  needed immediately?

17  A.   Well, I believe there was some talk that they wanted to have

18  some units built so they had units on hand and ready.

19  Q.   It was your understanding to basically develop a reserve of

20  these units?

21  A.   Yes.

22          MR. BONE:  Can you just read the whole paragraph since

23  we're cutting it up?

24  Q.   Sure.  Why don't you go ahead and read the whole paragraph

25  into the record, if you would.

1          MR. BONE:  Let me read it and then you can ask him the

2    question.

3                It says, "The units are needed immediately;

4    however, in that it is a new spec, there will be a first article

5    inspection required at the manufacturer's location.  FEMA

6    representatives will be sent to the manufacturer for that first

7    article inspection."

8    Q.    That first article inspection, that's where you met

9    Dave Porter?

10   A.    Yes.

11   Q.    Was that the first contact you had had with FEMA?

12   A.    Yes.

13   Q.    And tell me what that -- what did that inspection entail?

14   A.    We showed the unit to Mr. Porter.  We physically walked

15   around the unit, highlighted the key parts of the specification,

16   and I know that Elton raised with him some material, potential

17   material issues, such as roofing, type of stove, and just let

18   them know that, you know, some of these items might be really

19   difficult to obtain in large quantities.

20   Q.    Was that a concern because the suppliers were small

21   manufacturers or --

22   A.    Well, to some degree, you know, for the roofing, it wasn't

23   industry standard.  One piece of aluminum, roofing is not

24   industry standard.  There aren't good options for four-burner

25   ovens.  They are just not made.  It's not what the market asks

1  for.

2  Q.   Do you know how those discussion points were received by

3  Mr. Porter or FEMA?

4  A.   I think he was open minded.

5  Q.   Do you know if the specs changed after those discussions?

6  A.   I think they did.

7  Q.   How long was Mr. Porter on site?

8  A.   It seemed to me, my recollection would be maybe roughly a

9  half to three-quarters of a day.

10  Q.   Did he observe the manufacturing process as well as an end

11  product or he just looked at an end product?

12  A.   I think he had an opportunity to observe our manufacturing

13  process.

14  Q.   Did he give you any feedback on the unit?

15  A.   He seemed happy with it.

16  Q.   Do you know if he was visiting other manufacturers to look

17  at other prototype models?

18  A.   I have no idea.

19  Q.   At any point, did you discuss with any other manufacturers

20  regarding the development of a unit to spec?

21  A.   I did not.

22  Q.   Are you aware of anybody at Forest River communicated with

23  other manufacturers?

24  A.   I am not.

25  Q.   If you turn to the next series of pages, 1 through 4 -- or

1  Page 1 of 4, 2 of 4, 3 of 4, or 4 of 4, these are the

2  specifications that you built the unit to, correct?

3  A.   Yes.

4  Q.   What was your understanding of the purpose of this unit?

5  A.   My understanding was it was for temporary housing for

6  disaster relief.

7  Q.   Okay.  Does temporary housing indicate a residential use?

8  A.   Not in my mind.  Temporary -- temporary, in my mind, means

9  nonpermanent, transitory.

10  Q.   Did you ever have a defined period of time that would

11  indicate in your mind temporary?

12  A.   I think temporary by its very nature indicates that it's --

13  indicates something is going to change soon.

14  Q.   Did you ever ask Mr. Porter or anybody at FEMA for a

15  clarification of what they meant by "temporary"?

16  A.   I don't believe I did.

17  Q.   Do you know if anybody at Forest River sought clarification

18  on the term "temporary"?

19  A.   I don't know that.

20  Q.   Can you read the first paragraph of this into the record,

21  please?

22  A.   Under general?

23  Q.   Correct.

24  A.   "Travel trailers being procured under this contract are for

25  the purpose of providing temporary housing.  The units are

1  subjected to continuous road travel, multiple installations, and

2  deactivations in various weather conditions.  The standards shall

3  not be considered restrictive in that the supplier may provide

4  equal or better units considering that the competitive price and

5  delivery requirements can be met."

6  Q.   So does this paragraph state if these units are to be used

7  as recreational vehicles?

8  A.   This paragraph says they are travel trailers.

9  Q.   In your mind, what does it mean when it says "multiple

10  installations"?  Do you know what they meant by "installation"?

11  A.   I'm glad to give you an answer of what it means to me.  I

12  don't know if this is what it truly meant, but what it means to

13  me is they may be used more than once.  They may be used several

14  times.

15  Q.   Do you know what an installation would look like -- a unit

16  being installed would look like?

17  A.   I know what a unit that we sell to the general public looks

18  like when it's being used.  If there is some other requirement or

19  something else, I'm not aware of what that is.

20  Q.   Would you expect a unit sold to the general public to be

21  installed on concrete piers off of its wheel base?

22  A.   I would not.

23  Q.   That same sentence also says "various weather conditions."

24        Do you know if Forest River manufactures units

25  differently based on where they are going to be used?

1  A.   I can speak -- I can speak with -- with certainty with the

2  product that I build.

3  Q.   And that's all I can ask, so...

4  A.   Fair enough.  We don't manufacture any differently.  All our

5  product is manufactured using the same methods, the same

6  product -- the same products.

7  Q.   Are the products that you manufacture in your two facilities

8  intended -- designed to be lived in for extended periods of time?

9  A.   The products that I manufacture, again, are a base level

10  product, intended to be used by families for recreation on a

11  weekend or maybe a week here or there.  I'm not -- I don't build

12  products that are intended to be permanent residences, no.

13  Q.   And the products you manufacture in your facilities do not

14  fall under HUD codes, correct?

15  A.   No, they do not.

16  Q.   You stated the baseline models that you make.  Was a FEMA

17  model different than a baseline model?

18  A.   In what respect?

19  Q.   What do you mean by the term "baseline model"?

20  A.   Well, I guess for us, it's more of a -- we build a whole

21  series of products.  The products that are built in my plants

22  would be considered entry level products.  First-time buyer, buy

23  the product, see if I like it, see if I like the life-style.

24  Over time, they may desire more space, they may desire more

25  features, they may desire higher grades of finish.  That's what I

1  mean.

2  Q.   Would a FEMA spec unit be more similar to a baseline unit or

3  to a high-end unit?

4  A.   It would be more similar to a baseline unit.

5  Q.   Okay.  As a -- as built to spec on those FEMA specs, in your

6  opinion, was the unit built for long-term occupancy?

7  A.   Well, at the time -- I mean, at the time -- at the time we

8  worked with this, working with the definitions that we built this

9  to, again, travel trailers for temporary housing.

10 Q.   Did you ever advise FEMA or anybody at NACS that if people

11 were going to be living in these things for a long time, there

12 could be problems?

13 A.   I did not.

14 Q.   Mr. Albrecht, do you know if Forest River ever manufactured

15 any FEMA spec units in 2004?

16 A.   I believe we did.

17 Q.   Do you know how many?

18 A.   I think the number was 800.

19 Q.   800.  Was that 800 in response to a disaster or response to

20 the July -- the letter that we saw there in Exhibit 1?

21 A.   My recollection would be that it was in response to a

22 hurricane in Florida.

23 Q.   So they were manufactured in the fall of 2004?

24 A.   I believe that's correct.

25 Q.   Were you part of the discussion as to what the capacity or

1  capability of the Forest River production schedule would be?

2  A.   I most likely was.  I'd say yes.

3  Q.   Do you know why it's a flat five days to ramp up into

4  production?

5  A.   It would account for plant throughput, and it would account

6  for days required to bring product.

7  Q.   So plant throughput are units sitting in various stages of

8  assembly on the manufacturing line?

9  A.   Throughput is from the time a unit starts on-line until it

10 comes off line.

11 Q.   Okay.  How long did it take to manufacture a FEMA spec unit?

12 A.   I'd be happy to answer as far as my plants were concerned.

13 Q.   And then again, I can only really ask about your plants.  I

14 don't anticipate other answers.

15 A.   Right.  Dealer built or FEMA spec, it's -- in my plants it's

16 about two and a quarter days.

17 Q.   How many units -- how many FEMA spec units in your plant or

18 plants were on the line at any one time?

19 A.   In one plant I had 22 units online.  In another plant I had

20 about 34 units online.

21 Q.   So one of the plants is bigger than the other plant?

22 A.   That's correct.

23 Q.   Okay.  And if I understand correctly, they move from --

24 there are phases of manufacture; correct?

25 A.   It's -- yes.  It's broken down.

1  Q.    Is it the same process in both plants?

2  A.    Basically, yes.

3  Q.    There weren't 22 separate manufacturing phases; is that

4  correct?

5  A.    We would refer to those -- we would refer to those as

6  stations.  If we would have 22 units online at any given time,

7  that whole building would be full of units, and they would

8  progress from one station to the next station.

9  Q.    Would they move down the line sequentially so that you would

10  have completed units rolling off at certain times, or would you

11  have 22 units going from start to finish?

12  A.    Okay.  I understand what you're asking.  No.  They would

13  move sequentially.

14  Q.    Okay.

15  A.    And one unit would be completed every so many minutes or a

16  certain time interval.

17  Q.    And your statement, at your facilities it takes about two

18  and a quarter days from start to finish to produce a trailer?

19  A.    That's correct.

20  Q.    So the five days would -- in effect, two and a quarter of

21  those five days listed here are the manufacturing process on the

22  first units to ship; correct?

23  A.    Correct.

24  Q.    Okay.  Do you know -- with a quantity request of 500 units,

25  say the first line, working days to complete production is 14?

1  A.    Uh-huh.

2  Q.    Would that be envisioned to go through, if you know, one

3  Forest River facility or multiple facilities?

4  A.    That would be multiple facilities.

5  Q.    Well, let's talk about materials as separate from component

6  appliances and things like that.  Let's talk about the framing

7  and the wood products contained within the travel trailer.

8  A.    Framing and wood products were the same.

9  Q.    Okay.  Was the chassis on the travel trailers, did it all

10  come from the same -- was the chassis ever manufactured by

11  Forest River?

12  A.    No.  Forest River doesn't manufacture chassis.

13  Q.    Who manufactures the chassis?

14  A.    Lippert Components.

15  Q.    Do you know if Lippert manufactured all the chassis for the

16  FEMA spec units?

17  A.    In my plants they did.

18  Q.    Okay.  Did -- so the chassis were manufactured outside of

19  Forest River.  Was the siding utilized in the spec units the same

20  as the siding utilized in standard Forest River production units?

21  A.    Yes, it was.

22  Q.    Was the roofing?

23  A.    Yes, it was.

24  Q.    So when Mr. Kiefer made the recommendation that you use the

25  EPDM roofing, or whatever the acronym is, he actually requested

1    that Forest River be allowed to use its standard roofing?

2    A.    He did.

3    Q.    Insulation the same?

4    A.    Yes, it was.

5    Q.    Was the stick framing the same or different?

6    A.    It was the same.

7    Q.    Okay.  Are you aware of any employee ever voicing a

8    complaint or a concern relating to formaldehyde?

9    A.    No, I'm not.

10   Q.    Are you aware of any end user complaints or concerns coming

11   back in -- back in to the facility relating to formaldehyde?

12   A.    Not that I've ever been contacted on directly.

13   Q.    Did they have -- what kind of contact do you have with RVIA

14   during the manufacturing process?

15   A.    They do on-site inspections on regular intervals.  In fact,

16   they were just at my two plants yesterday.

17   Q.    What does that inspection entail?

18   A.    They inspect for codes and standards.  They physically walk

19   the line, observe all required testing and equipment.  They

20   inspect units in various stages of construction for adherence to

21   plumbing, electrical, gas, LP gas, those sort of items.

22   Q.    Who is Jeff Christner?

23   A.    He is charged with enforcement of codes and standards.

24   Q.    And those codes and standards are the RVIA required codes

25   and standards?

659

1  A.    Yes, they are.

2  Q.    Are there any other codes and standards that you're aware

3  that he enforces aside from those?

4  A.    Well, as you're probably aware, the RVIA enforces -- or the

5  rulemaking body that they use is the ANSI A119/NFPA.  So those

6  are the codes and standards we're referring to there.

7  Q.    Do you know how many units they would inspect on a given

8  inspection?

9  A.    They would inspect -- when they are inspecting the plant,

10  they inspect in multiple locations throughout the plant in

11  multiple phases of the production of that unit.  So they could,

12  if they wanted to, for instance -- I'll just expand.  If they

13  wanted to, they could look at all 22 units in that facility that

14  had 22 units on that line.  It's up to them.

15  Q.    Okay.  How many in the larger facility?

16  A.    Three.

17  Q.    How are the inspectors trained?

18  A.    Well, we have another step, in that, we have what we call

19  also auditors, and auditors are responsible for multiple plants.

20  And they have been the people that have done the training with

21  the plant inspectors.

22  Q.    Is it -- do you know if the inspectors go through continual

23  updates to their training?

24  A.    They do.

25  Q.    Do you get feedback from RVIA relating to the inspection

1   process?

2   A.    In the sense that they let us know what they found for

3   deviations, clarification if it's required, increase our

4   understanding if need be.  Yeah, we do.

5   Q.    If I understand, the FEMA spec units were to have RVIA

6   stickers on them.  Correct?

7   A.    They were RVIA sealed, yes.  That's correct.

8   Q.    What does that mean?

9   A.    It's a seal we physically put on the side of the unit that

10  represents us as a member in good standing with RVIA and a

11  company that submits to their inspection program.

12  Q.    And what does it take to be a company in good standing with

13  RVIA, if you know?

14  A.    Well, I mean, you comply with their requirements, you

15  successfully complete inspection cycles, and you show yourself to

16  be a conscientious and good quality manufacturer.

17  Q.    So the RVIA sticker on a unit doesn't mean that RVIA even

18  inspected every unit; it means that you're a company that is in

19  good standing and in compliance with RVIA.

20  A.    I believe that, yes, that is correct.

21          THE COURT:  Let me ask the jury, we would typically take

22  a morning break about now, it's almost ten after 10:00.  We still

23  have about another 20 minutes on this testimony.  Would you

24  prefer to take the break now or finish?  Does anybody have any

25  strong feelings about it?  Does anybody need a break right at

1    this moment?

2              THE JUROR:  No, finish.

3              THE COURT:  You want to finish?  Okay.  Let's go ahead

4    and continue on through and we'll take it as soon as this is

5    over.

6              (WHEREUPON, at this point in the proceedings, the

7    videotaped deposition continued to be played as follows:)

8    Q.   Can you read that sentence and the next two sentences into

9    the record, please.

10   A.   "They are having a more difficult time finding deviations.

11   We know this because showing no deviations -- They are having a

12   more difficult time finding deviations.  We know this because

13   they are informing us during the inspections.  They do not want

14   all the reports showing 'No Deviations' and therefore will look

15   for the little things just to have something to write up."

16   Q.   Does that -- does that resonate with any communications that

17   you received from RVIA about a difficult time finding deviations?

18   A.   I don't know that I've had any conversations with RVIA about

19   them having a difficult time finding no deviations.  And I don't

20   know.  I don't think that's the spirit in which this was written,

21   but I didn't author it.

22   Q.   How much time generally would you be given to correct a

23   deviation or did you have to show proof of correction?

24   A.   We don't have to show proof of correction.  We just, as a

25   policy, correct it.

1   Q.   That's an assumption by RVIA that you'll correct anything

2   they identify?

3   A.   Yes.  And they will be looking for it the next time.

4   Q.   You were the production manager.  Were you given any

5   additional responsibilities relating to the disaster relief

6   production in the fall of 2005?

7   A.   Not as it would pertain to managing any plants.

8   Doug Gaeddert had asked me to assist as asked or to help to try

9   to answer questions as it would relate to the production of these

10  units at various plants.

11  Q.   As kind of a --

12  A.   Information conduit.

13  Q.   -- contact person?

14  A.   Yeah.

15  Q.   Okay.  If you look at the first sentence of the second

16  paragraph, it says, "Also attached is the one size fits all order

17  form for your units."

18           If you turn the page, is that what is being referred to

19  as a one size fits all order form?

20  A.   Yes, it is.

21  Q.   And on this it's a travel trailer sales order, correct?

22  A.   Yes.  This would be what we would refer to as an initial

23  sales order.

24  Q.   Okay.  What -- halfway or two-thirds of the way down on the

25  left-hand side it says "WDT 32BHLE NACS."  What does WDT mean?

1    A.    That would indicate a Wildwood travel trailer.

2    Q.    Okay.  Were Wildwoods the only unit manufactured responsive

3    to the FEMA specs?

4    A.    I don't believe so.

5    Q.    Were Salems also manufactured?

6    A.    I think so.

7    Q.    Would it have a different designation if it was a Salem?

8    Would it be SMT?

9    A.    I believe it would.  SMT, yes.

10   Q.    Do you know if the floor plan differed at all between the

11   WDT and the SMT unit?

12   A.    To my knowledge, it did not.

13   Q.    Do you know what the reason was for the distinction between

14   those two designations?

15   A.    I don't know.

16   Q.    Okay.  The 32BHLE is 32 feet bunkhouse.  LE, is that the LE

17   that we've been discussing that your facility was manufacturing?

18   A.    Yes, it is.

19   Q.    If you look at the top, the plant, it looks like there are

20   numbers and then a few words; #3, #4, #6, #17, 20, Puma, #44, CA,

21   and OR.  What do those different things mean?

22   A.    Well, the numbers refer to plant numbers.  Puma, which is a

23   plant, a product line, that brand is owned by Forest River.  My

24   assumption would be that CA refers to the California plant and OR

25   refers to the Oregon plant.

1  Q.    In your recollection, is this accurate to which facilities

2  produced FEMA responsive units?

3  A.    Yes, it is.

4  Q.    Do you know why 44 is listed and there's no numbers in that

5  column?

6  A.    I think at one point there was discussion of utilizing that

7  plant.  But that plant is a laminated side wall plant.  And my

8  belief would be is that it was just judged to be too awkward to

9  switch them over.

10 Q.    What is laminated side wood or side board?

11 A.    Side walls?

12 Q.    Yeah.

13 A.    It's typically an aluminum frame stuffed with foam that has

14 substrates laminated to both sides; interior finish substrate on

15 one side, exterior finish on the other.

16 Q.    What do you mean by "stuffed with foam"?

17 A.    The core is foam.  The core is Styrofoam board.

18 Q.    Like a SIP, like a structurally insulated panel?

19 A.    Similar.

20 Q.    Is it designed for a different use than what the --

21 A.    Not necessarily.  It's considered -- it's typically

22 considered to be a substantial upgrade.

23 Q.    Substantial upgrade.  Is it more expensive?

24 A.    It is.

25 Q.    Do you know how much more expensive it is?

1  A.    I do not.

2  Q.    Was there ever any discussion in using that style of side

3  paneling for the FEMA spec units?

4  A.    I think there was.  I think there was a price quoted at one

5  point for stick and tin and a price quoted for laminated side

6  wall products.

7  Q.    And by stick and tin, that's the --

8  A.    Wood framing with hung aluminum siding.

9  Q.    Okay.  Do you have any recollection of what the price

10  difference was between those two quotes?

11  A.    I don't.

12  Q.    Did you have any -- was there anything with the

13  manufacturing process of the FEMA spec units that differed from

14  the manufacturing process of nonspec units?

15  A.    Not in my -- not to my thinking.

16  Q.    Were there any challenges or problems with the manufacture

17  of FEMA spec units that were unique to the FEMA spec units?

18  A.    Obviously we were building a floor plan that was unfamiliar,

19  so there was some familiarity that needed to become achieved.

20  They were equipped somewhat differently than standard units.

21  But, no, other than that, they were, for all intents and

22  purposes, like any other travel trailer.

23  Q.    When you ship the units, you send the owner's manual in

24  every unit?

25  A.    Yes.

1   Q.   Did it go -- accompany the unit inside the unit or with the

2   person hauling the unit?

3   A.   I'm not sure.  Normally -- and I don't believe this is any

4   different -- it's the driver's responsibility to deliver the unit

5   packet with the trailer.

6   Q.   Is the owner's manual inside the unit packet?

7   A.   It's not my area, but that's my understanding, yes.

8   Q.   Do you know what else is in the unit packet?

9   A.   I would believe the certificate of origin, the invoice for

10  the unit.  There may be other things I'm not aware of.

11  Q.   The units produced are travel trailers, correct?

12  A.   That is correct.

13  Q.   As such, they have VIN numbers?

14  A.   They do.

15  Q.   Do you know if the units had license plate holders?

16  A.   I believe they did.

17  Q.   Did you ever have any conversations with anyone at Lippert

18  relating to the suitability of their chassis for FEMA specs?

19  A.   We, as a general practice, always rely on Lippert to guide

20  us, to advise us in the suitability of their frames for the

21  products that we build.

22  Q.   Did you have discussions with Lippert as to what was

23  necessary for the FEMA spec chassis?

24  A.   I'm certain that we let them know how long of a frame we

25  were going to need, where we felt the axle centers should be

1    placed, how we wanted cross members arranged, what kind of unit

2    we were building.  And then from that point, we rely on them to

3    provide us a frame that's suitable for that purpose.

4    Q.    Do you know if they designed a frame specific to FEMA spec

5    or if they used a preexisting frame?

6    A.    The frame would be specific to floor plan.

7    Q.    Did they --

8    A.    Now, that said, many frames -- I mean, frames are very

9    similar in nature.

10   Q.    How was the recreational, the components of the travel

11   trailer that sit on the chassis, how were those affixed to the

12   chassis?

13   A.    They're bolted to the chassis.

14   Q.    Did you ever have any conversations with Lippert about

15   whether or not their frames were designed to be installed on

16   concrete block piers?

17   A.    No.

18   Q.    Do you have any knowledge as to whether or not the Lippert

19   frames were designed to be installed on concrete block piers?

20   A.    I don't think we were aware they were going to be installed

21   on piers or foundations.  I know I wasn't.

22   Q.    So then you couldn't tell Lippert anything to that effect?

23   A.    No.  That's correct.

24   Q.    Let me ask, did anybody ever contact you or, to your

25   knowledge, Forest River, regarding the installation of the FEMA

1   spec units produced by Forest River?

2   A.   Okay.   No, no one contacted me concerning installation.

3   Q.   Did anyone contact you about -- or, to your knowledge,

4   Forest River, about any of the information contained within the

5   owner's manual?

6   A.   No.

7   Q.   Are you aware of either you or Forest River being contacted

8   by any occupants of the FEMA spec units housed following

9   Hurricanes Katrina and Rita in the Gulf South?

10  A.   No, I'm not aware of.

11  Q.   Do you know if there were ever any other third-party

12  inspections anywhere at Forest River to the FEMA spec units?

13  A.   Well, when you say "third-party inspections," are you asking

14  similar to what RVIA does, or are you asking do we have vendors

15  that come in and look at our appliance installations, or what are

16  you asking?

17  Q.   Well, I'm asking -- because I don't know and I'm asking you.

18  A.   Okay.

19  Q.   We've established RVIA does periodic inspections, that

20  Forest River has internal quality control inspections that are

21  ongoing, that FEMA was there once to look at a FEMA spec unit.

22  Is there anybody else that conducts inspection of Forest River

23  units and specifically these FEMA spec units?

24  A.   We do utilize our vendors to come in and look at

25  installations to make sure we're doing the installations

1  correctly on such things as ranges, water heaters, furnaces, air

2  conditioners, so on and so forth.

3  Q.   Okay.  And what kind of feedback does a vendor inspection

4  give you?

5  A.   Well, part of the RVIA requirement is that you install

6  components in accordance with their installation instructions.

7  So to that end, what a vendor will typically do is, we have an

8  in-house form that documents he was there, that he looked at

9  these serial numbers.

10        And then on a much smaller scale, he'll sort of do what

11  the RVIA thing does, but now he's just only considering his

12  component he supplies.  And he will write recommendations, tell

13  us if we need to do something different, if we could do something

14  better.  It's just part of the whole program to try to make

15  things better.

16  Q.   Okay.  Mr. Albrecht, were there any special considerations

17  given in the development of the 32BH design to the use for which

18  these trailers were going to be put that made the design

19  different from what Forest River would normally build if asked to

20  build a 32-foot travel trailer with no slide-out?

21  A.   I think our consideration was that we were building a

22  product intended to be used as temporary housing.

23  Q.   Okay.  And I take it that Forest River believed, and

24  believes today, that its product did serve that purpose.

25  A.   Well, I do.

1  Q.   Were there any problems or issues with the trailers that

2  Forest River, I believe you said, sold through a third-party but

3  ultimately made their way into FEMA's hands for the '04 hurricane

4  relief effort, any problems then that were considered during the

5  development of the design for the 32BH?  If any.

6  A.   I think they were essentially the same trailer.

7  Q.   Okay.  You're not aware any systemic --

8  A.   No, I'm no.

9  Q.   -- reports of complaints from the Florida hurricanes; right?

10  A.   Not at all.

11  Q.   Okay.  So assumptions about loads or the capacity of the

12  trailer or those sorts of things, those considerations are made

13  within the engineering department?

14  A.   Yes.  Once we've developed and actually built a prototype,

15  we weigh the trailers, and we have a form of data that we provide

16  to Mr. Conway; and in other words, what's the hitch weight,

17  percentage of hitch weight, axle weight, overall unit weight.

18  And that's reviewed to make sure that we're comfortable with the

19  animal we've created.

20  Q.   Okay.  Does any special consideration have to be given to

21  the stiffness of the frame in terms of whether or not

22  over-the-road transportation loads will cause damage to the

23  trailer?  And I'm talking generally now, in the development of

24  new designs.

25  A.   Yes.  I certainly think you want to -- you know, you need to

1  have confidence that that design is robust enough that you can

2  transport that trailer and use that trailer and get good utility

3  and value from it over time, yes.

4  Q.   Obviously it would be a bad thing to have frames that are so

5  flexible that the trailers shake and have seals break under

6  ordinary transportation loads; right?

7  A.   I would agree with that.

8  Q.   And Forest River has never had a systemic problem with that

9  issue, has it?

10  A.   I can't speak to all of Forest River.  You know, we try to

11  do our homework, make sure up front that we've got a good, solid

12  product.  We react -- if issues do come up, you know, we try to

13  react to them.  But I can -- my memory on frame-related issues is

14  very, very short.  You know, you just don't see it as a -- I

15  don't see it as a problem very often -- you know, I just don't

16  see it as a problem coming up.

17  Q.   And that's what I mean by systemic, Mr. Albrecht, is that it

18  may have happened once or twice or a few times, but you don't see

19  it as the sort of problem that happens so frequently that you

20  have to go back to Lippert during your conversations and tell

21  them, make the frame bigger because we're having these problems.

22  That's never happened; right?

23  A.   That's right.

24  Q.   And during the hurricane relief effort, Forest River didn't

25  have systemic reports of leaks in the trailers that it had

1  supplied; right?

2  A.   Not to my knowledge.

3  Q.   Okay.  At no point during the production run was the 32BH

4  redesigned because it was found to be flexing too much during

5  transportation; right?

6  A.   No.

7  Q.   Even after the trailers started to be shipped; right?

8  A.   That's correct.

9  Q.   When those trailers left plants here in Indiana or in

10  California destined for FEMA yards, they were typically hauled by

11  truck; right?

12  A.   Yes, they were.

13  Q.   So they had thousands of miles -- one or more thousands of

14  miles of over-the-road use before they even got to the FEMA yard;

15  right?

16  A.   Certainly.

17  Q.   And when they arrived at the FEMA yard, again, there were no

18  systemic reports of broken seals or leaks; right?

19  A.   There were not.

20  Q.   Have you ever installed travel trailers onto concrete piers?

21  A.   Personally?

22  Q.   Yes, sir.

23  A.   No.

24  Q.   Have you ever seen it done?

25  A.   I've never seen it done.

1  Q.   Have you heard of it being done, other than in the context

2  of this litigation?

3  A.   No.

4  Q.   Are you familiar with a condition that can occur if a

5  trailer is not set in a level way that the door could stick?

6  A.   Yes.  I've heard of that.

7  Q.   Absent extreme circumstances, if you relevel the trailer,

8  then the door will unstick, right?

9  A.   Typically so, yes.

10 Q.   You may have answered this already, but I just want to make

11 sure.  You never had any communications with Shaw regarding the

12 hurricane relief effort; right?

13 A.   I have never had a communication with Shaw.

14 Q.   Okay.  You said you've spent nine years at Forest River;

15 right?

16 A.   That's correct.

17 Q.   And you're currently a production manager at two plants in

18 the Goshen, Indiana, area; right?

19 A.   Correct.

20 Q.   And based upon your role at Forest River at those Goshen

21 plants, you became familiar with FEMA spec units that were

22 produced by Forest River in the Goshen area plants; right?

23 A.   Yes.

24 Q.   Do you have any personal knowledge of how FEMA spec units

25 were made and constructed in California, outside the Goshen area?

1   A.   I do not.

2   Q.   You have become aware that Forest River made FEMA spec units

3   used for emergency housing after hurricanes in Florida in 2004

4   and then after Hurricane Katrina in 2005; is that right?

5   A.   Yes.

6   Q.   Well, let me ask that again.  Are you aware of any negative

7   complaints about the Forest River FEMA spec units that were

8   utilized in Florida in 2004?

9   A.   I'm not.

10  Q.   Let's talk briefly about Mr. Porter's visit.  You just told

11  me you believe that Mr. Porter visited Forest River in August,

12  sometime around August of 2004?

13  A.   I think it was early August.  I don't have a calendar, but

14  sometime around August 3rd or August 4th.

15  Q.   And you understood the purpose of his visit to be basically

16  he was doing the article of first inspection?

17  A.   Yes.  I wasn't necessarily familiar with that process, but

18  that's what they called it.

19  Q.   Okay.  When Mr. Porter was there, he looked at one unit, the

20  prototype unit?

21  A.   My recollection is he looked at the unit that we had built,

22  the prototype unit we had built.  He looked at parts of our

23  production facility at Plant 27.  We took him up on a mezzanine

24  and -- so he could see what an EPDM rubber roof looked like, that

25  kind of thing.

1  Q.   Now, while he was in the facility, there were not other FEMA

2  spec units being made at that time period within the facility;

3  correct?

4  A.   No, there weren't.

5  Q.   Those would have been dealer units that were being made at

6  that time period in the facility when he was there?

7  A.   That's right.

8  Q.   And you said there was some discussion with Mr. Porter about

9  Forest River's review of the FEMA specs and thoughts that

10  Forest River had about those specs, correct?

11  A.   There was.

12  Q.   You've been asked a few questions about putting travel

13  trailers up on concrete piers or blocks.  Are you aware of any

14  express prohibition that Forest River has on putting its products

15  on piers or blocks for setup?

16  A.   I am not.

17  Q.   You are not aware of any such prohibition?

18  A.   I am not aware of a prohibition.  One may exist, but I don't

19  know about it.

20  Q.   Okay.  And it's your testimony that at a campground or

21  otherwise you've personally never seen a travel trailer unit up

22  on piers or blocks?

23  A.   I can't say that I ever have.

24  Q.   Now, in the FEMA spec units that you dealt with in Goshen,

25  Forest River did an inspection on each of those units before it

1  left Forest River's facility?

2  A.   We inspected those units throughout our process, throughout

3  our production process, just as we inspected any unit that we

4  built.  And then, yes, we did do a final inspection when the unit

5  was totally complete.

6  Q.   So you did a final inspection of the unit when it was done,

7  and you had other internal quality control measures, just like

8  you have for any other kind of Forest River product that's in

9  production, right?

10 A.   That is correct.

11 Q.   And all of the units that were sent to be used as emergency

12 housing by Forest River had passed Forest River's final

13 inspection; right?

14 A.   Yes, they had.

15 Q.   And all of those units -- in terms of wood products, all of

16 those FEMA spec units used the same kinds of wood products that

17 Forest River uses in its other dealer travel trailers and other

18 types of recreation vehicles; is that right?

19 A.   That is correct.

20 Q.   Also, each of these FEMA spec units that Forest River

21 produced, at least in Goshen where you were, they all had the

22 RVIA seal affixed on them; right?

23 A.   They did.

24 Q.   And do you have an understanding of what that RVIA seal is

25 representing when you put it on the unit?

1   A.   My understanding is that that represents us as a member who

2   supports the policies and rules of RVIA and submits ourself to

3   on-site inspections by RVIA.

4   Q.   Okay.  And by supporting the policies of RVIA, it also means

5   that the unit has conformed to various RVIA -- the RVIA code;

6   correct?

7   A.   That is correct.

8   Q.   Based upon your nine years at Forest River and other years

9   in the industry of making recreational vehicles, if you have any

10  kind of odors or smells, ventilation is going to be the best

11  solution for that problem; correct?

12  A.   For an RV, just as it would be at home.

13  Q.   Okay.  And if you're going to ventilate an RV, you can

14  ventilate an RV by opening the doors and opening the windows of

15  that unit to get natural ventilation; correct?

16  A.   Yes.

17  Q.   In the course of your time working at Forest River, did you

18  ever become aware that some purchasers of Forest River product

19  would use their recreational vehicles for full-time occupancy?

20  A.   I've heard that come -- I've heard that come up.  I've never

21  built -- personally never been involved in building a product

22  that worked that way or was used that way.

23  Q.   Do you know if Forest River has any express prohibitions on

24  its products being used by somebody for full-time occupancy?

25  A.   I think there's a section -- I think there's a section in

1  the owner's manual that deals with that, but I'm at a loss to

2  tell you what it is.

3  Q.   All right.  Mr. Albrecht, we're back after a quick break

4  there.  Based upon what you saw at the Goshen facilities where

5  you were working, do you have any doubt in your mind that the

6  Forest River FEMA spec units that you guys produced were safe for

7  their use as emergency housing after Hurricane Katrina?

8  A.   I am absolutely a hundred percent confident they were safe

9  and they were well built.

10 Q.   If somebody wanted to use one of those Forest River products

11 that were built to the FEMA specs and stay in it for, let's say,

12 five years, other than being confined in a small space for a

13 period of time, is there anything about your products that would

14 make it unsafe for that person to stay in there for a period of

15 five years?

16 A.   Well, I don't believe so.  However, I do think that, you

17 know, with some of the interior finishes it would probably wear

18 out.  I would think you would want to, you know, have a much more

19 robust maintenance schedule, you know, commonsense-type things,

20 yeah.

21 Q.   The soft goods in recreational vehicles aren't built for

22 somebody to use them every day of the year for years upon years;

23 right?

24 A.   That's true.

25 Q.   We're talking about the mattresses in a recreational

1  vehicle; correct?

2  A.    Correct.

3  Q.    Couch cushions, stuff like that?

4  A.    Correct.

5  Q.    Those would wear out quicker than your couch or your bed in

6  a normal stick-built residential home; correct?

7  A.    Yes.

8  Q.    But as far as the integrity of the unit, the frame, the

9  walls, the building, there's nothing about these FEMA spec travel

10  trailer units that Forest River built that would keep them from

11  being useful and being livable and being safe for years and

12  years; correct?

13  A.    Correct.

14  Q.    Is it correct that you had no knowledge as to whether these

15  units were going to be installed on piers or not at the time of

16  manufacture?

17  A.    I didn't know it.

18  Q.    Do you know if anybody at Forest River knew that?

19  A.    I doubt it, but I can't speak for anybody else.  I didn't

20  know.

21  Q.    Did you build these units with the understanding they were

22  to be used for residential occupancy?

23  A.    No.  I think we built these units with the expectation

24  they'd be used for temporary emergency housing.

25            THE COURT:  That's it.  All right.  Why don't we go

1   ahead and, Pam, if you will go ahead and turn the lights up here

2   before we start moving around.  We'll go ahead and take a very

3   short break.  I've got about -- it's about 10:40.  So if we can

4   be prepared to come back in, in 10 minutes.  We'll go ahead and

5   work up until the lunch hour.

6           THE COURT SECURITY OFFICER:  All rise.

7           (WHEREUPON, at this point in the proceedings, the jury

8   panel exits the courtroom.)

9           THE COURT:  Counsel, while the jury is exiting, if

10  you-all will come up, please.

11          (WHEREUPON, at this point in the proceedings, a brief

12  recess was taken.)

13          THE COURT SECURITY OFFICER:  All rise.

14          (WHEREUPON, at this point in the proceedings, the jury

15  panel enters the courtroom.)

16          THE COURT:  You may be seated.  We will go ahead and get

17  through another witness, we hope, or at least a part of a witness

18  before the lunch hour.

19              Counsel, the next witness, I understand, is also a

20  videotaped witness?

21          MR. D'AMICO:  Yes, Your Honor, we're going to call

22  Jeffrey Burian by video.

23          THE COURT:  Jeffrey Burian.  That's spelled B-U-R-I-A-N?

24          MR. D'AMICO:  That's correct.  And Jeffrey Burian is

25  another Forest River employee.  He was the plant manager.

1        THE COURT:  That will be on his testimony, won't it?

2        MR. D'AMICO:  Yes.

3        THE COURT:  So he's been sworn in.  Let's go ahead and

4    play it.

5             (WHEREUPON, at this point in the proceedings, the

6    videotaped deposition of Jeffrey Burian was played.)

7    And what is your current position at Forest River?

8    A.    I am the production manager.

9    Q.    What is a production manager?

10   A.    Oversees all of the production of the manufacturing process

11   of the facility.

12   Q.    That was my next question.  Do you oversee the manufacturing

13   and production of just one facility?

14   A.    Just one.

15   Q.    Which one is that?

16   A.    That is the Forest River Rialto, California, plant.

17   Q.    And the Rialto, California, plant, what is manufactured

18   there?

19   A.    It's towable product.  Travel trailers, fifth wheels.

20   Product lines are Salem, Wildwood, Shockwave and Sandstorm.

21   Q.    I got Salem.  What was the second one?

22   A.    Wildwood.

23   Q.    Spell it.

24   A.    W-I-L-D-W-O-O-D.

25   Q.    Wildwood.

1  A.    Uh-huh (affirmative response).

2  Q.    Got it.  How long have you worked for Forest River?

3  A.    10 years.

4  Q.    What was the first position you held there?

5  A.    Assistant production manager.

6  Q.    Okay.  If you would, please, tell me a little bit about your

7  educational background.

8  A.    It's a high school diploma with some college that just

9  pertains to college courses that you would take with a

10 supervisory type of background, total quality management, things

11 of that nature.

12 Q.    Where did you attend some college?

13 A.    The college I attended was night courses.  It was University

14 of California Riverside.

15 Q.    And what are some of the courses you took?

16 A.    The primary course I took was a total quality management

17 course, in which I hold a certificate in.

18 Q.    All right.  Was that a single course you took --

19 A.    That was a single course, yes.

20 Q.    -- at this night school?

21        And how long did it take you to get that certificate?

22 A.    I believe it was nine months.

23 Q.    And what does the certificate read?

24 A.    It reads, "Certified in Total Quality Management."

25 Q.    Okay.  And you were an assistant production manager when you

1    first started out, correct?

2    A.    Yes.

3    Q.    What were you doing as an assistant product manager when you

4    first started at Forest River?

5    A.    Similar duties.  I would be out on the floor overseeing

6    quality, the production process, managing it, various employees.

7    Q.    Okay.  As the assistant product manager, did you have any

8    input in the design of the product?

9    A.    Yes.

10   Q.    Tell me about that.

11   A.    If someone would -- if -- while designing a product we would

12   oversee it and basically look it over for codes, various

13   construction standards, quality standards, things of that nature.

14   Q.    Okay.  Codes.  Let's start with that.  Which codes were you

15   looking at the product to see if it was in compliance with?

16   A.    It would basically be all the RVIA standards and ANSI codes.

17   Q.    RVIA.  What is that?

18   A.    Recreational Vehicle Industry Association.

19   Q.    All right.  And is there a code manual that applies to

20   travel trailers by the RVIA?

21   A.    Yes, there is.

22   Q.    And are you familiar with that code manual?

23   A.    I am familiar, yes.

24   Q.    All right.  And the other code, you said, that applied?

25   A.    It would be the ANSI book.

1    Q.    ANSI.  And what is ANSI?

2    A.    ANSI is just 12-volt and electrical standards, things of

3    that nature.

4    Q.    And what was your interest in ANSI as it related to your

5    travel trailers at Forest River?

6    A.    My interest?

7    Q.    Yeah.  Why was ANSI applicable?

8    A.    It applies.  RVIA also refers to that manual as -- as a --

9    standards that they would refer to.

10   Q.    How long have you worked in the travel trailer industry?

11   A.    Since 1985.

12   Q.    Do you currently own or have you ever owned a travel trailer

13   for personal use?

14   A.    Yes, I have.

15   Q.    In the past?

16   A.    Yes, in the past.

17   Q.    Do you currently own one?

18   A.    I do not.

19   Q.    All right.  In the past, what kind of travel trailer did you

20   own?

21   A.    I owned a Wildwood fifth wheel.

22   Q.    Wildwood fifth --

23   A.    Fifth wheel.

24   Q.    -- wheel.  Okay.  And how big is a Wildwood -- how was --

25   how big was the unit you owned, the Wildwood fifth wheel that you

1  owned?

2  A.    It was a 35-foot.

3  Q.    35-foot.  Do you remember the model?

4  A.    I do not.

5  Q.    How long ago did you own it?

6  A.    I -- four years ago.

7  Q.    And what were your primary uses for this Wildwood fifth

8  wheel?

9  A.    Primary use was, I used it as a getaway spot up at a lake up

10  above my house, so I stayed in it on weekends sometimes as -- for

11  vacation.

12  Q.    You used that as a recreational vehicle?

13  A.    I did not tow it around much, no.  I would say it was set up

14  at the lake above my house, so it wasn't something that I towed

15  around to travel in.

16  Q.    You had it set up at the lake.  Was it hooked to residential

17  plumbing and electrical?

18  A.    It was not.

19  Q.    Did it have the traditional recreation vehicle parts?  And

20  I'm referring to things such as propane tanks and holding tanks

21  and --

22  A.    Yes, it did.

23  Q.    All right.  It wasn't set up like these FEMA units that

24  we're going to be talking about later; was it?

25  A.    No.

1   Q.   How was it set up?

2   A.   It was set up to an industry standard.

3   Q.   Was it blocked?

4   A.   No.

5   Q.   Were the wheels still touching the ground?

6   A.   Yes.

7   Q.   And did you use the scissor jacks to level it?

8   A.   Yes, I did.

9   Q.   Did you have an owner's manual?

10  A.   I'm sure I did.

11  Q.   And did you read the owner's manual?

12  A.   I think I did what most customers do, I perused through it.

13  And if there was an issue that needed to be addressed, I would

14  refer to my owner's manual.

15  Q.   Have you reviewed the Forest River recreational vehicle

16  owner's manual for travel trailers and fifth wheels in connection

17  with this case?

18  A.   I have not.

19  Q.   Have you reviewed it at all at any time?

20  A.   I have reviewed it in the past with -- in regards to

21  warranty type issues, yes.

22  Q.   Okay.  Explain, please.

23  A.   If someone was to ask on the phone, state -- make a

24  statement in regards to whether or not their trailer did or did

25  not have a leak, what -- you know, some people call and ask, how

1  often should I seal my trailer, and I would generally say, refer

2  to your owner's manual.  And that would be something that I would

3  look at at that point.

4  Q.   Okay.  So you are talking about leaks.  Leaks from the

5  windows?

6  A.   Anywhere on the coach.  You got windows, roof seals,

7  moldings around the exterior of the coach, yeah.

8  Q.   Okay.  And do those have to be sealed periodically?

9  A.   Yes.

10  Q.   All right.  What does the owner's manual recommend as far as

11  sealing those seals?

12  A.   I believe it says seasonally.

13  Q.   So every year they should be resealed?

14         How often would they have to be resealed?

15  A.   I would say that seals need to be inspected four times a

16  year, seasonally.

17  Q.   Ah.  The seals would have to be inspected four times a year.

18  A.   And resealed if you noted or seen any cracks or flaws or

19  voids in the seal.

20  Q.   Is there a similar type process in the travel trailer

21  industry where you recommend to your customers at a certain

22  interval they should replace the seals?

23  A.   Is there any that I'm aware of?  No.  I'm not certain what a

24  dealer would say.  I know as -- as -- as far as the warranty

25  goes, we recommend that seals are inspected seasonally.

1  Q.   Okay.  So as far as you know, there is no scheduled

2  replacement time to replace the seals around the windows?

3  A.   As far as I -- no, there is not.

4  Q.   The same true for the doors?

5  A.   Correct.

6  Q.   Is the same true for any other seal on the travel trailer?

7  A.   Correct.  They should be visually inspected for voids or

8  cracks in the seal.

9  Q.   Okay.  How big is the Forest River manufacturing facility in

10  Rialto?

11  A.   I don't know exactly the square footage of the facility.  I

12  could give a rough estimate but it would be that.

13  Q.   Okay, a rough estimate?

14  A.   85,000 square feet.

15  Q.   And describe it for me.  Is it 85,000 square feet under one

16  roof, or is it multiple buildings?

17  A.   Multiple buildings.

18  Q.   Okay.  And about how many acres, if you know?

19  A.   I believe it is eight.

20  Q.   And you said that you manufacture -- I mean you, Forest

21  River manufactures fifth wheels and travel trailers and what else

22  at that facility?

23  A.   That's it.  Fifth wheels and travel trailers.  The other

24  thing I mentioned was a toy hauler, which is -- it's a product

25  line.  It's an SUT, a sport utility trailer.

1    Q.   All right.  So all product lines are produced in the same

2    facility in Rialto?

3    A.   One production line.

4    Q.   And is it in some corrugated metal building --

5    A.   Yes, it is.

6    Q.   -- like we typically see in a production facility?

7    A.   That is correct.

8    Q.   Okay.  And how is it ventilated?

9    A.   It has like a wind turbine on the roof and several 14-foot

10   doors around the building.

11   Q.   Are you -- and I'm saying you, you're the manager, and we're

12   talking about the Forest River Rialto, California, facility.  Is

13   it basically assembling parts that are premanufactured someplace

14   else?

15   A.   For the most part, yes.

16   Q.   Does Forest River manufacture any other component parts that

17   go into that travel trailer?

18         I mean, there are such things as tanks, holding tanks.

19   Do you manufacture the tank?

20   A.   No.

21   Q.   All right.  The frame?

22   A.   No.

23   Q.   The steel?  You don't have a steel bending facility?

24   A.   No.

25   Q.   Okay.

1   A.   Huh-uh (negative response).

2   Q.   All those are parts that are acquired and then assembled at

3   the plant; is that what happens?

4   A.   Yes.

5   Q.   Okay.  And the same is true for the appliances that go into

6   the travel trailer?

7   A.   That is true, yeah.

8   Q.   Forest River doesn't have a Forest River microwave that they

9   put in that they manufacture?

10  A.   We do not.

11  Q.   All right.  Are inspections periodically done by the RVIA?

12  A.   Yes.

13  Q.   How often?

14  A.   Right about every 6 weeks.

15  Q.   Are they scheduled?

16  A.   They show up unannounced.

17  Q.   And is there an RVIA checklist that they go over to ensure

18  that you are conforming to the RVIA standard?

19  A.   They have a book that they carry with them.  They are

20  knowledgeable on code and standards, so they know what to look

21  for as they come through the facility.

22  Q.   Okay.  What about internally at the facility; does

23  Forest River have a compliance checklist that it maintains at the

24  facility to ensure that your product is complying with the RVIA

25  standards?

1  A.    We have the traveler, yes.

2  Q.    The?

3  A.    The traveler.

4  Q.    What is the traveler?

5  A.    The traveler would be the hard card, so to speak, that goes

6  through the production line with the coach.  It will note codes

7  and standards and various production standards that are on the

8  trailer.

9  Q.    All right.  Now, I'm going to ask you general questions, not

10  about that particular one, but are they all approximately the

11  same kind of form that would follow a unit?

12  A.    Yes.

13  Q.    And does that unit traveler follow each and every unit that

14  is produced?

15  A.    Yes.

16  Q.    And what is the purpose of that form?

17  A.    The purpose of that form is to ensure the production process

18  and that quality codes and standards are met.

19  Q.    And to your knowledge, the only codes that applies is the

20  RVIA code, to travel trailer?

21  A.    Yes.

22  Q.    Prior to this litigation, did you have any knowledge that

23  some of the wood products used in your Forest River travel

24  trailer had formaldehyde emitting properties?

25  A.    Yeah.

1   Q.   When did you first become aware of that?

2   A.   I think I was first aware of that 20 years ago when I was

3   employed with Fleetwood.

4   Q.   Okay.  How did you first become aware of it?

5   A.   I believe it was probably through a sticker that Fleetwood

6   used to apply to the coach that said, "This unit contains

7   formaldehyde or formaldehyde-emitting products."

8   Q.   So for some 20 years, you, personally, have been aware that

9   the wood products used in these travel trailers emitted

10  formaldehyde?

11  A.   Yes.

12  Q.   Were there any California state regulations regarding the

13  storage of any wood products that may emit formaldehyde?

14  A.   Not to my knowledge.

15  Q.   Were there any safety equipment, such as goggles or masks,

16  provided by Forest River to any of the employees that may handle

17  any of the wood products that contain formaldehyde?

18  A.   No.

19  Q.   Was wearing safety gear, such as goggles or masks, optional

20  at the Forest River facility in Rialto, California?

21  A.   As it pertains to formaldehyde?

22  Q.   For the wood products, yes.

23  A.   No.

24  Q.   Did any employee ever request safety gear from Forest River

25  regarding the handling of the wood products that may contain

1  formaldehyde?

2  A.   No.

3  Q.   Were manufacturer safety data sheets located in the facility

4  referencing formaldehyde and the toxicological effects of

5  formaldehyde on the human body?

6  A.   There are MSDS sheets for all products used in the facility

7  located in each department.

8  Q.   Were there manufacturer safety data sheets located in the

9  facility referencing formaldehyde?

10  A.   Formaldehyde in particular, no.  That would mean that we

11  would be using formaldehyde as a whole substance, not as a --

12  it's more of a byproduct in that -- the material, so it would not

13  reference that.

14  Q.   All right.  I'm going to refine my question, then, in light

15  of that answer.

16          Who were your wood suppliers for your processed wood

17  products that went into these travel trailers?  In the relevant

18  time period from 2005 to 2006.

19  A.   I believe that would have been Patrick Industries and DoAble

20  Products.

21  Q.   Do you have any knowledge about the wood products that were

22  used in the manufacturing process at the Rialto plant?

23  A.   Yes, I have knowledge.

24  Q.   All right.  What does your scope of knowledge entail

25  regarding the wood products used, in particular the manufactured

1   processed panel product used in the travel trailers manufactured
2   at the Forest River Rialto plant?  '05, '06.
3   A.   As it pertains to suppliers?
4   Q.   Start with that.
5   A.   Essentially the two suppliers that I have given you, DoAble
6   and Patrick Industries.
7   Q.   DoAble, where is DoAble out of?
8   A.   At that time, I am not certain where they were located.
9   They were rather new in California, coming to try to acquire new
10  business in the area.  They were a subsidiary of ClosetMaid, I
11  believe.
12  Q.   Is it one of those, you know, where they come in and they
13  refurbish a closet?
14  A.   No.  I believe ClosetMaid was a company that specialized in
15  prefabricated cabinets and things of that nature that probably
16  sold to Home Depot and the Lowe's across the country.
17  Q.   I was thinking of a made, M-A-D-E, product, as opposed to a
18  M-A-I-D, which is someone that works in the house as domestic
19  help.
20          As far as your knowledge of the wood products, you said
21  that those were the two primary suppliers, DoAble and Patrick,
22  correct?
23  A.   Yes.
24  Q.   And do you know the percentages of product you got from
25  DoAble versus Patrick in the years 2005 and 2006?

1  A.   It would be a guess.

2  Q.   Would Gary Branch know?

3  A.   Yes.

4  Q.   So if we wanted to know, for instance, if you got 20 percent

5  from DoAble or 50 percent from DoAble, we'd have to ask Gary?

6  A.   I would venture to say if I was to put a number on it, it

7  would probably be five percent of the panel from DoAble.

8  Q.   Okay.  Five percent from DoAble and 95 from Patrick is your

9  understanding --

10  A.   Yes.

11  Q.   -- in the relevant time period of 2005 and 2006?

12  A.   Yes.

13  Q.   Okay.  Now, this manufactured processed panel product that

14  would have come from Patrick Industries, would there have been a

15  manufacturer safety data sheet that accompanied that wood

16  product?

17  A.   Yes.

18  Q.   Were the formaldehyde wood products kept in any particular

19  spot in the plant?

20  A.   They're not in any particular spot, no.

21  Q.   Where were they stored?

22  A.   There is a storage building that we would have kept them in

23  as paneling.  As it comes in, paneling would be stored in --

24  under a roof in one area and along with other various wood

25  products.  Nothing was stored in the plant in any particular spot

1   inside the production facility.

2   Q.   Got it.  It was under roof outside?

3   A.   Yes.

4   Q.   All right.  And when they were stored, were they wrapped in

5   plastic?

6   A.   No.

7   Q.   When they were shipped were they wrapped?

8   A.   No.

9   Q.   What was your understanding of the -- Forest River's

10  response to FEMA disaster housing efforts following Katrina and

11  Rita as far as producing units for FEMA at the Rialto,

12  California, facility?

13  A.   My understanding was we were producing units to assist FEMA

14  at getting temporary housing to the people in need.

15  Q.   Did you ever come to New Orleans or the surrounding area and

16  the Gulf Coast to supervise that effort?

17  A.   No.

18  Q.   Did you do anything in the production line facility to

19  change the way that travel trailers were manufactured in an

20  effort to satisfy the requested housing for evacuees and such as

21  a result of Hurricane Katrina and Rita?

22  A.   In different, we're built them to FEMA specs, yes, which

23  would have been different from a traditional travel trailer/fifth

24  wheel configuration.

25  Q.   Okay.  How?  How would it have been different?

1   A.   It would have been the lack of holding tanks, the home-style

2   refrigerator, and maybe over-the-range microwave or

3   over-the-counter microwave.

4   Q.   Okay.  What about the over-the-range microwave, what would

5   have been different?

6   A.   Most microwaves are installed within a cabinet versus --

7   they are still over the counter but they are within a cabinet.

8   The over the range was not.  It was hung freely on a surface

9   above.

10  Q.   What was the reason for that, if you know?

11  A.   It was in the FEMA specification.

12  Q.   Is that all you know about it?

13  A.   Yes.

14  Q.   All right.  What about the refrigerator?  What was

15  different?

16  A.   A traditional RV refrigerator is a much smaller refrigerator

17  that runs on propane and 110-volt.  A home-style refrigerator is

18  just a 110-volt home-style refrigerator.

19  Q.   And the holding tanks, you said there was a lack of a

20  holding tank?

21  A.   Yes.

22  Q.   Well, how was that different in the manufacturing process?

23  A.   The manufacturing process, generally travel trailer or fifth

24  wheel has -- are self-contained, so they have their own holding

25  tanks which contain gray water and black water, fresh water,

1 things of that nature.

2 Q.   And as far as the design of the travel trailer, did anything

3 change in order to remove this holding tank?

4 A.   No.

5 Q.   So the design of the travel trailer remained the same, it

6 just didn't have the holding tank?

7 A.   Yes.  It would be -- instead of plumbing going into a

8 holding tank, it would plumb to the exterior of the unit.

9 Q.   Did you, Jeff, ever review the FEMA specs regarding these

10 temporary housing units that were requested?

11 A.   Yes.

12 Q.   When did you first review that?

13 A.   I wouldn't know an exact date on that.  I would only be

14 familiar with, it would be within the time frame of when we

15 started discussing the production process.

16 Q.   Would this have been in September of 2005?

17 A.   Yes.

18 Q.   All right.  Prior to September of 2005, did you have any

19 experience while working at the Rialto Forest River plant with

20 production of FEMA temporary housing units?

21 A.   No.

22 Q.   Was this the first time that FEMA temporary housing units

23 were produced at the Rialto plant, to your knowledge?

24 A.   Yes.

25 Q.   All right.  And during the relevant time period, how many

1  were produced, if you know?

2  A.   At my facility?

3  Q.   At your facility.  Yeah.  Just -- I'm just asking you

4  questions about what you know about production at your facility

5  in Rialto, California, not corporate.

6  A.   I believe that number to be 638.

7  Q.   Okay.  In order to fulfill that production, did you have to,

8  and I mean you, did the production facility have to ramp up its

9  production efforts?

10  A.   No.  I built it with the current staff in hand.

11  Q.   Did it cause any problems with production for your regular

12  customers?  And what I mean regular customers, your retail

13  outlets.

14  A.   Yes, it would have disrupted flow of backlogged orders.

15  Q.   Okay.  What did you do to address that problem?

16  A.   We built the FEMA units in groups.

17  Q.   I'm sorry, he coughed.  I didn't hear you.  Built the FEMA

18  units in groups?

19  A.   In groups or batches --

20  Q.   Okay.

21  A.   -- that we inserted in particular areas within the

22  production run in order to meet the need of both our customers

23  and the FEMA units.

24  Q.   Did you have to increase shift times?

25  A.   No.

1  Q.   Tell me about this document Number 4.  What is the purpose
2  of it?
3  A.   First, this is a sales order and a production order that
4  that would go down -- on the production side, down the production
5  line for production to verify that the proper components are
6  being installed on the trailer.
7  Q.   On Page 1, the first page, it shows a base price of $9,455,
8  correct?
9  A.   Yes.
10  Q.   And is that a base unit price?
11  A.   It was a base unit price for the FEMA product, yes.
12  Q.   All right.  Did Forest River produce a less expensive unit
13  at the Rialto, California, facility, to your knowledge?
14  A.   A less expensive FEMA trailer or --
15  Q.   Travel trailer in general.
16  A.   Yes.
17  Q.   Which one would be less expensive?
18  A.   I believe a 19FD in that time frame may have been less
19  money.
20  Q.   19FD?
21  A.   Yes.
22  Q.   And what is a 19FD?
23  A.   It is a 19-foot conventional travel trailer.
24  Q.   Okay.  This travel trailer is 32 feet, correct?
25  A.   Yes.

1    Q.    All right.   Did Forest River, to your knowledge, produce any

2    less expensive 32-foot travel trailers in the relevant time

3    period?

4    A.    No.

5    Q.    So this would have been the base model for a 32-foot

6    trailer?

7    A.    Yes.

8    Q.    All right.   And then you made models above this with more

9    options?

10   A.    Yes.

11   Q.    All right.   And the air conditioners would have been a

12   Dometic Duo?

13   A.    Yes.

14   Q.    And did this unit have more than one air conditioner?

15   A.    It did not.

16   Q.    What size air conditioner did this unit have?

17   A.    A 15000 BTU.

18   Q.    Did you have anything to do with the specifications for the

19   size of the air-conditioning unit?

20   A.    I did not.

21   Q.    Did you have anything to do with the design of the ductwork

22   for the air-conditioning unit?

23   A.    I did not.

24   Q.    To your knowledge, did FEMA spec the size of the

25   air-conditioning unit for this unit?

1   A.    I believe they did, yes.

2   Q.    To your knowledge, did FEMA spec the design of the ductwork?

3   A.    To my knowledge, no, they did not.

4   Q.    All right.  Would that have been the standard ductwork used

5   on a Salem model even if it had not been told sold to FEMA?

6   A.    Yes.

7   Q.    And would this 15000 BTU have been an option on the standard

8   Salem model even if it had not been sold to FEMA?

9   A.    Yes.

10  Q.    To your knowledge, was it FEMA who specified the larger

11  versus the smaller air-conditioning unit?

12  A.    Yes, it was FEMA that specified a larger AC.

13  Q.    Did you have any communications during this time period with

14  Patrick --

15  A.    With Patrick Industries?

16  Q.    -- Industries, yes, regarding production of paneling?

17  A.    No.

18  Q.    Did you have a problem getting enough production from

19  Patrick to meet these demands?

20  A.    To my knowledge, no.

21  Q.    All right.  Number 3, please.  Please list, identify and

22  describe any changes or modifications in the manufacturing and/or

23  construction processes in the California Forest River facility

24  which took place during the production in response to FEMA

25  requests following Hurricane Katrina and Rita.  Were there any?

1  A.   Not during the production process, no.

2  Q.   And from your earlier testimony, I understood that you

3  manufactured these in the same way you would a normal Salem

4  travel trailer, just less options?

5  A.   Correct.

6  Q.   And you deleted some of the RV components?

7  A.   Correct.

8  Q.   Did you know anything about how these units were going to be

9  set up and installed?

10  A.   I did not.

11  Q.   Did you ever see any photographs of how these units were

12  being set up and installed?

13  A.   I did not.

14  Q.   Did you ever inquire?

15  A.   I did not.

16  Q.   Other than this converter issue, did you have any other

17  warranty issues with any of the units that were supplied in

18  response to the disaster on the Gulf Coast?

19  A.   Not to my knowledge, no.

20  Q.   Was there anything about the manufacturing process of these

21  units that differed in any way from the normal production of any

22  Salem unit?  In other words, in the plumbing, for instance.

23  A.   No.

24  Q.   So the guys doing the plumbing would have done it exactly

25  the same way for these FEMA spec'd units as they would have for

1   any other Salem unit?

2   A.   Yes.

3   Q.   Was there anything about the electrical that changed in any

4   way for these FEMA supplied units?

5   A.   No.

6   Q.   What about the metal on the outside?  Would that have been

7   the same?

8   A.   Yes.

9   Q.   And the windows, would they have been the same?

10  A.   Yes.

11  Q.   How about the number of windows, would that have changed?

12  A.   It would have been specific to that model, that FEMA

13  trailer, so.

14  Q.   Okay.  It's my understanding that there were less windows

15  spec'd in the FEMA trailers than there were in the normal

16  off-the-shelf type of unit.  Is that your understanding?

17  A.   It may or may not have been.  FEMA, when we designed that

18  product, it was designed with those windows in mind, so I would

19  have designed it as it was spec'd in, basically copying whatever

20  Indiana was doing on that.

21  Q.   And based on your memory today?

22  A.   Yes, because it was indeed unique.  We did not build that

23  floor plan for -- out of that facility for anything other than

24  FEMA.

25  Q.   During the time that you have worked at the Rialto,

1  California Forest River facility, to your knowledge has any

2  effort ever been made to test the formaldehyde levels that may be

3  present in any of these travel trailers that are manufactured?

4  A.    No.

5  Q.    To your knowledge, are there any codes or building standards

6  that set formaldehyde emission limits for the production of

7  travel trailers?

8  A.    No.

9  Q.    During the relevant time period, 2005-2006?

10  A.    No.

11  Q.    Okay.  We were talking about some of the differences between

12  Forest River units manufactured in the Rialto plant versus other

13  plants.  And other than some supplier differences and some design

14  differences, the -- as I understand your testimony, the general

15  manufacturing process is similar?

16  A.    Yes.

17  Q.    If you would, Jeff, please identify and describe any

18  policies or discussions or other communications regarding the use

19  of low formaldehyde emitting, LFE, wood products and regular wood

20  products used in the manufacture and construction of Forest River

21  units during the relevant time period.

22  A.    There are no policies, regulations or anything of that

23  nature regarding the use of LFE products.

24  Q.    To your knowledge, at the Rialto plant were nonLFE wood

25  products ever used in the manufacture of these travel trailers?

1  A.    To my knowledge, no.

2  Q.    To your knowledge, were all wood products, whether they were

3  manufactured processed panel products or oriented strand board or

4  particleboard or Lauan, were they all LFE products?

5  A.    To my knowledge, yes.

6  Q.    And if there was no standard requiring it or no policy or

7  regulation requirement, why did the plant use LFE wood?

8  A.    We had a conversation regarding that a short period of time

9  ago, and nobody really knows exactly why we always used LFE.  We

10 just all know that for the 10 years that I have been there we

11 used LFE.  The purchasing manager knows that's what he -- when he

12 came there, that's what they were buying, and he continued to buy

13 that product.

14        So it was just something that was always spec'd in to

15 our materials that came in for no specific reason other than the

16 fact that that's what we were buying and continued to buy.  May

17 be something that was carried over from the Cobra days prior to

18 the purchase of Forest River purchasing Cobra.

19 Q.    Are you familiar with the differences between LFE versus

20 nonLFE?

21 A.    Other than the fact that it is lower emitting, no.

22 Q.    It's my understanding that Lauan is an Asian wood.

23 A.    Most of it says Indonesia on the outside of the create when

24 you see it.

25 Q.    Yeah.  I don't think they grow Lauan in North America.

1  A.   No.

2  Q.   Okay.  So to your knowledge, any of the Lauan products in

3  these travel trailers would have come from overseas?

4  A.   I would say most, yes.

5  Q.   And to your knowledge, does anyone at Forest River do any

6  testing of the wood products to test the emissions of

7  formaldehyde coming from those wood products?

8  A.   No.

9  Q.   Do you know of any independent group such as Underwriters

10  Laboratory or any other testing laboratory that tests the Lauan

11  coming in from overseas to check for its formaldehyde emissions?

12  A.   I do not.

13  Q.   Do you know if there are any policies or discussions or

14  communications, whether written or not, relating to the placement

15  of warnings inside the trailer intended for the end user alerting

16  them to the presence of formaldehyde in the component parts used

17  in the manufacture of the units?

18  A.   I do not.

19  Q.   To your knowledge, are there any warnings for the end user

20  alerting the end user that formaldehyde emissions may be present

21  in the unit?

22  A.   It has come to my attention recently that it may be in the

23  owner's manual.

24  Q.   To your knowledge, were owners' manuals supplied with the

25  travel trailers that were sent to the Gulf Coast for these FEMA

1  residents?

2  A.    Yes, owner manuals applied.

3  Q.    To your knowledge, were the owners' manuals given to the

4  occupants of the travel trailer?  To his knowledge.

5  A.    Uh-huh.

6  Q.    To your knowledge, do you know that?

7  A.    There is no way I could know what would be happening after a

8  third-party received something.

9  Q.    Have you ever seen any writings or communications one way or

10 the other indicating whether or not the end users were given

11 owners' manuals?

12 A.    No.

13 Q.    Have you ever had any employees who complained of burning

14 eyes or strong smells or shortness of breath while working at the

15 production facility?  No?

16 A.    No.

17 Q.    Have there been any Workers' Compensation or disability

18 claims by any Forest River employees, agents or service

19 representatives or contractors related to formaldehyde exposure

20 at the Rialto plant, to your knowledge?

21 A.    No.

22 Q.    Have you looked at the manufacturer safety data sheets

23 relative to any potential health hazards associated with exposure

24 to formaldehyde or formaldehyde-based resins from any of the

25 component products in the travel trailers manufactured at the

1  Rialto facility?

2  A.   I believe I have.

3  Q.   And what did you take away from that?  What knowledge did

4  you gain?

5  A.   Just a basic knowledge that formaldehyde, if there was, or

6  if it was in there, could be harmful.  Exactly how harmful, I do

7  not recall.

8  Q.   Okay.  Do you know if there's a cancer warning associated

9  with exposure to formaldehyde?

10  A.   I do not recall.

11  Q.   Is there a cancer warning in any of the travel trailers

12  manufactured at the Rialto facility regarding exposure to

13  formaldehyde?

14  A.   I do not believe there is one that is formaldehyde specific.

15  I believe that there is one that we put in there regarding

16  cancer-causing products in the coach.  I think that is a

17  California regulation that we put in the coach.

18  Q.   All right.  In the coach?

19  A.   I believe there's a sticker in there that states -- that we

20  put in there that says, "This trailer has been built with

21  products known to the State of California to cause cancer."

22  Q.   Do you know if that sticker or decal was placed in the

23  travel trailer that Mr. Lyndon Wright occupied?

24  A.   Yes, it was.

25  Q.   Okay.  Where would that have been placed?

1  A.   Somewhere in the galley area of the coach, around the

2  kitchen sink, I believe.

3  Q.   Is there any warning or decal or notification that you know

4  of that would alert the end user that this is a FEMA unit versus

5  a nonFEMA unit?

6  A.   No.

7  Q.   Do you consider the units produced by Forest River in

8  response to the disaster request to be recreational vehicles in

9  the same sense as the other vehicles that are produced not for

10 FEMA?

11 A.   I would consider that a recreational vehicle, yes.

12 Q.   Okay.  So you still consider it a recreational vehicle?

13 A.   It was built the same regard -- with the exemption of the

14 holding tanks, yes.

15 Q.   Okay.

16 A.   And the home-style refrigerator, but --

17 Q.   All right.  And to your understanding, how does Forest River

18 describe the use of their recreational vehicles as far as

19 long-term occupancy?

20 A.   I'm not sure how Forest River describes the use of long-term

21 use.  I know -- there may be something in the manual in regards

22 to that, but I'm not sure what the statement is.

23 Q.   And do you have an understanding as to why that statement is

24 made in the manual?

25 A.   I believe that would be because of the breakdown of

1  furniture and things of that nature would, if someone was living

2  in it as a permanent residence, it would probably deteriorate

3  rather quickly in that realm and we would be replacing it rather

4  often.

5  Q.   What would cause the premature wearing of the materials to

6  your knowledge?

7  A.   I would think -- I would think the mattresses that may be

8  supplied in the coach would not be -- would be something that

9  would break down with frequent use.  I would think the dinette

10  cushions would be something that would break down with frequent

11  use, things of that nature.  I'm doing the best I can.

12  Q.   All right.  What is your understanding of the intended uses

13  as far as the length of time that somebody would be staying in

14  the travel trailer at any given time regarding these recreational

15  vehicles that are manufactured in Rialto?

16  A.   What is the length of time?

17  Q.   Yes.  What is the anticipated length of time that somebody

18  would be staying in the RV?

19  A.   I don't know if I'm the guy to make that statement.  In my

20  personal opinion, I think an RV is something that is generally

21  used six, eight times a year, maybe for periods of two weeks at a

22  time or less.

23  Q.   In fact, doesn't the owner's manual refer to that?

24  A.   I have no idea.

25  Q.   Okay.

1    A.    If it did, I did pretty good, huh?

2    Q.    You did.

3          And I'm going to refer you to the section where it says

4    that.

5    A.    Okay.

6    Q.    Let's go to Bates stamp 0002403.  And if we looked at the

7    second paragraph on the page, it says that, "This recreational

8    vehicle" -- you see that?

9    A.    Yeah.

10   Q.    Would you read that into the record, please?

11   A.    "This recreational vehicle has been designed for short-term

12   and recreational use.  It is not designed to be used as a

13   permanent dwelling.  If you intend to use your recreational

14   vehicle as a permanent dwelling, it could cause carpet, drapes,

15   upholstery and interior surface to deteriorate prematurely.  This

16   premature wear caused by permanent residency may, under the terms

17   of the new vehicle warranty, be considered abnormal or abusive

18   and could reduce your warranty coverage."

19   Q.    Okay.  Does that confirm what you just said --

20   A.    Yes, it does.

21   Q.    -- a few minutes ago?

22         All right.  And does that comport with your

23   understanding of what these recreational vehicles are designed

24   for, as far as term of occupancy?

25   A.    Yes.

1  Q.   Okay.  It's your understanding, isn't it, that these are not

2  designed to be permanent or long-term residences?

3  A.   That is correct.

4  Q.   And, likewise, if I asked you any questions about the design

5  of the air conditioning system, would that be in your purview of

6  knowledge or would I be asking you something beyond your field of

7  expertise?

8  A.   Design of the air conditioner system would be something that

9  when we install a system it would be to manufacturer's

10 specification.

11 Q.   Okay.

12 A.   Or let's say the manufacturer of the air conditioner.

13 Q.   Okay.  So it is something that you have some knowledge

14 about?

15 A.   Sure.

16 Q.   Okay.  Tell me, who, for instance, would be responsible for

17 designing the duct work in the travel trailers?

18 A.   Designing?

19 Q.   Would that come from the manufacturer of the AC unit,

20 Dometic, or would that come from --

21 A.   We would install within their guidelines, yes.

22 Q.   So it's your understanding that Forest River would rely on

23 the design parameters as set forth by Dometic --

24 A.   Correct.

25 Q.   -- for the ductwork systems used in these travel trailers?

1    A.    Correct.

2    Q.    All right.  That's not something that an engineer at

3    Forest River came up with?

4    A.    No.

5    Q.    Are you familiar with the portions of the owner's manual

6    that contain warnings about proper jack usage and stabilization

7    of the trailer?

8    A.    No.

9    Q.    Do you know, for instance, that attempting to raise the

10   trailer by use of the stabilizer jacks off of the -- the wheels

11   off the ground can cause damage to the jack, trailer frame or

12   both?

13   A.    Yes.

14   Q.    How do you know that?

15   A.    I know that that would be a statement that we would make if

16   someone was trying to lift the vehicle from the chassis to take

17   the tires off the ground.  That would be something we would feel

18   that would inhibit the structure of the vehicle.

19   Q.    If you jack it by the frame and the wheels off the ground,

20   to your knowledge can that cause the frame to wrack and cause the

21   doors to jam?

22   A.    I would imagine if improperly lifted it could.

23   Q.    I'm going to ask you to look at another section in the

24   manual, Bates Number 0002430.  It's page 31 in the manual.  And

25   ask you to look at that note at the top of the page on the left.

1   "Note, if after leveling the entrance door to the trailer

2   sticks," do you see that?

3   A.   Uh-huh (affirmative response).

4   Q.   Can you read that into the record, please?

5   A.   "Note, if after leveling, the entrance door to the trailer

6   sticks, you have most likely lifted one side of the trailer

7   excessively causing a binding condition of the frame.  If this

8   condition exists, lower the trailer and relevel to obtain proper

9   balance."

10  Q.   Okay.  Do you know why that note is written in the manual?

11  A.   I do not.

12  Q.   Do you know if it is, in fact, true that if, after leveling,

13  the entrance door to the trailer sticks, you have most likely

14  lifted one side of the trailer excessively causing a binding

15  condition of the frame?

16  A.   That would be my understanding, yes.

17  Q.   All right.  So is it also your understanding that if jacked

18  improperly, it can cause the frame to twist and cause a binding

19  condition causing doors to stick?

20  A.   Yes.

21  Q.   Do you know if it is also true that if jacked improperly, in

22  addition to causing a door to stick, that it can, if jacked

23  excessively enough, can stop the door from closing altogether?

24  A.   Yes.  If you put the trailer in enough of a bind, I imagine

25  it would.

1   Q.   Okay.  Were there ever any discussions about the adverse

2   effects that may result or the premature deterioration that may

3   result to the travel trailers from continued occupancy or

4   habitation of the travel trailers by occupants who may live there

5   for 18 months or longer in these FEMA trailers?

6   A.   No.

7   Q.   Was that ever discussed --

8   A.   No.

9   Q.   -- by anybody that you know of in the company?

10   A.   Not that anybody had a conversation with me or that I was

11   privileged to a conversation, no.

12   Q.   All right.  Did you have any knowledge or understanding that

13   these travel trailers would have been occupied by the residents

14   for periods of up to 18 months or longer?

15   A.   No.

16   Q.   When did you first learn about that?

17   A.   That they were staying in them longer than --

18   Q.   A couple weeks, yeah.

19   A.   I think I first learned about it through the media where you

20   start hearing that people that were provided temporary housing, a

21   year and a half, two years later were still in those homes.

22   Q.   Did that fact surprise you?

23   A.   It did.

24   Q.   Okay.  Was -- was that what was contemplated, as far as --

25   to your knowledge, when these units were first being supplied to

1  FEMA for use as emergency or temporary housing?

2  A.   Was it contemplated that they would be in there longer?

3  Q.   For 18 months?

4  A.   No.

5  Q.   In fact, your manual recommends that the duration of

6  continued occupancy is for short-term use only, correct?

7  A.   Correct.

8  Q.   And it's not intended to be used as a permanent dwelling?

9  A.   Correct.

10  Q.   Did Forest River have to use any additional material

11  suppliers to produce the FEMA travel trailers?

12  A.   Any additional materials or suppliers?

13  Q.   Any additional material suppliers besides the ones you

14  normally used?

15  A.   Not to my knowledge, no.

16  Q.   Did you, when you received notification that your plant, the

17  Rialto Forest River facility, was going to be manufacturing

18  trailers specified by FEMA, did you have any concerns about that?

19  A.   Other than the fact that some of the furniture and stuff

20  would not hold up for long-term use, no.

21  Q.   All right.  But for purposes of the questioning, you've

22  already stated, I believe, that, Jeff, you knew these units were

23  going to the Gulf Coast in response to FEMA's request for

24  temporary housing?

25  A.   Yeah.

1  Q.   Okay.  And, in fact, you had seen the FEMA specs relating to

2  these trailers?

3  A.   Correct.

4  Q.   And so it was no mystery where these trailers were going to

5  be used and who was requesting them?

6  A.   Correct.

7  Q.   Fantastic Fans.  What is a Fantastic Fan?

8  A.   It is in the -- more of an exhaust fan that you would put on

9  the roof of the trailer to move air throughout the unit.

10 Q.   Is this an option on your travel trailers?

11 A.   Yeah.

12 Q.   On the Forest River travel trailer?

13 A.   It was on the California product, yes.

14 Q.   To your knowledge, the AC system made by Dometic that is

15 installed in these travel trailers -- first of all, the Dometic

16 was installed on the unit that Lyndon Wright occupied?

17 A.   Correct.

18 Q.   All right.  Do you know if that air conditioning system has

19 a capacity to bring in outside fresh air into the trailer?

20 A.   It does not.  With a window open it would, but with the

21 windows closed, it would not.

22 Q.   Okay.  Is it what is known as a recirculating system?

23 A.   Yes, it is.

24 Q.   All right.  Now, this Fantastic Fan that we're talking

25 about, it's an exhaust fan?

1  A.   It is a fan that if you opened the windows on the trailer

2  and turned the fan on, it would draw fresh air in from outside

3  and exhaust it to the outside.

4  Q.   So, much in the way that you would see in a warehouse, where

5  you have an exhaust fan that sucks the air out, you open up doors

6  and windows and sucks fresh air in?

7  A.   Something of that nature, yes.

8  Q.   Something of that nature.  Okay.

9        So the fresh air would come through whatever doors and

10 windows would be opened?

11 A.   Correct.

12 Q.   And the exhaust fan would suck the air from the trailer out

13 of the unit?

14 A.   Generally people use them to cool the units in different

15 climates.  They are also known as a Create a Breeze.

16 Q.   Okay.  In more temperate and more moderate climates than in

17 New Orleans, a Fantastic Fan may serve as a substitute for the

18 air conditioning?

19 A.   It would on a cooler evening, yes.

20 Q.   Did the -- to your knowledge, the 638 units that were

21 produced at the Rialto plant, did they contain Fantastic Fans?

22 A.   They did not.

23 Q.   Okay.  Do you know who made the decision not to include

24 Fantastic Fans?

25 A.   I know they were not in the FEMA spec, therefore, they would

1  have not been put on the product.

2  Q.   Okay.  Is that the warning you were referring to about the

3  substances that may cause cancer?

4  A.   Yes.

5  Q.   Okay.

6        SPEAKER:  All right.  David, you want to -- can you get

7  it.

8        SPEAKER:  Are we going to attach the BlackBerry as an

9  exhib it?

10        SPEAKER:  Can we attach this whole picture file, just

11  take that file and put it into the deposition.

12        SPEAKER:  You're missing my point.  I'm talking about

13  all of the pictures in your phone.

14        SPEAKER:  Those are my kids.

15        SPEAKER:  Those are kids?  This is your phone, not

16  Frank's phone.

17        SPEAKER:  Oh, no, never mind, one picture will be fine.

18        SPEAKER:  Are y'all finished?

19        SPEAKER:  No, I am not.

20  Q.   Okay.  This warning reads, "This vehicle, like other

21  vehicles, may contain small amounts of one or more substances

22  that are known to the State of California to cause cancer, birth

23  defects, or other reproductive harm."

24        Now, I was asking you about a formaldehyde warning

25  before.  Is this the warning you were talking about in the galley

1  area?

2  A.   That is not formaldehyde specific, no, but that is a warning

3  that we do put in the trailer.

4  Q.   Okay.  So I'm going to ask you the question that I asked you

5  before again.  Is there a specific warning about formaldehyde in

6  the trailer that you know of, or was there?  I'm talking about

7  decals in the travel trailer.

8  A.   There is no sticker that is specific to formaldehyde, that

9  says formaldehyde specific, anywhere in it other than --

10 Q.   Other than that general warning?

11 A.   That general warning, correct.

12 Q.   Okay.  And, again, it was your policy to attach the -- or

13 have the owner's manual in the travel trailer when it was

14 shipped; is that it?

15 A.   It was shipped in a package with the invoice, I believe it's

16 the MSO, and the keys to the trailer are all sealed inside of a

17 package.

18 Q.   And who is it shipped to?

19 A.   It is shipped with the transporter that picks the unit up.

20      (WHEREUPON, at this point in the proceedings, the

21 videotape was stopped.)

22      THE COURT:  Okay.  I've got the noon hour, and we still

23 have some ways to go with this witness, so I think it would be

24 better if we go ahead and take our lunch break at this time.  Why

25 don't we -- I'll give you a little extra time -- start at five

1   minutes after 1:00, and we'll pick up with the deposition where
2   we left off.
3          THE COURT SECURITY OFFICER:  All rise.
4          (WHEREUPON, at this point in the proceedings, the jury
5   panel leaves the courtroom.)
6          THE COURT:  Counsel, it's my understanding that we still
7   have close to an hour left with this witness?  I don't know what
8   more he -- I can't imagine that he knows much more than what he's
9   already testified to that is useful to the jury at this point,
10  but I guess we're going to have to pick up and listen to another
11  almost an hour of his testimony.
12         MR. D'AMICO:  I'm happy to stop it now.  We didn't
13  designate a lot of these portions.
14         THE COURT:  Well, but I mean --
15         MR. D'AMICO:  I'm happy to stop it now.
16         THE COURT:  -- depending on whose portions have been
17  played -- I appreciate that, but, you know, let's take a look at
18  it and see what can be done.  But this would be two hours,
19  because we started this right before 11:00, and it's now straight
20  up noon.  This would be two hours with this gentleman.  And, I
21  mean, you tell me, in the grand scheme of things in this case, I
22  don't see him as a two-hour witness, but --
23         MR. CHEATWOOD:  Your Honor, the part where everybody was
24  laughing and carrying on, that should have been deleted.
25         THE COURT:  I agree.  I agree.

1           MR. D'AMICO:  I didn't designate that.

2           THE COURT:  It was dark in here, but I made a face when

3    it happened.  And, you know, it was funny and all, but we're

4    talking about jury time here.  So, you know, it's further delay.

5    It's further delay.  Let's see what we can do.

6              I mean, if we've got to get through this one, fine;

7    but, on all the other tapes that we play, please go through them

8    either this evening or some time.  If you've got other people

9    working on this at your offices, go through them and see if we

10   can somehow cut out some of the excess.

11             The jury is hearing a lot of stuff, and I've said

12   that we don't want to have a lot of repetitive testimony except

13   where necessary, you know, on particular types of issues, but

14   they don't need to hear the same thing out of five different

15   witnesses.  So let's go through, now that we know what they've

16   heard, we've had two and a half days of testimony, we don't need

17   another three or four people to get on this screen here and say

18   something that they've already heard that's pretty much

19   undisputed.

20             So we've got to do a better job of editing these

21   down.  I thought we talked about this at the status conference on

22   the ones that we've had across the hallway.  And it was a

23   prominent feature, as I recall, of our discussions that we needed

24   to do something about the depositions after the first go-round in

25   September.

1          So I don't think we've done a good job of trying to

2  address that, so see what we can do on the remaining depositions.

3          We still have this afternoon an expert witness to

4  testify, Mr. Moore, and we've got two other depositions to play,

5  which, if they are anything like these last two, they are going

6  to be repetitive.  And we've got Mr. Jarrell or Jarrell to

7  testify, too.

8          So we're going to take up another hour on this guy,

9  so now we're going to have -- that's going to bring us to about

10  2 o'clock.  All right.

11      MR. D'AMICO:  Judge, I've objected all along.  I mean, I

12  put a witness on for 10 minutes and they do 25 minutes of cross.

13  A lot of these designations are not ours.  I would like it to be

14  listed who did what.  I'm getting that done right now.

15      THE COURT:  I understand that but I don't have time to

16  parse out about who is including more of what should not be

17  included.  I'm just saying that we have got to go through these

18  depositions that are left.

19          We have got a bunch to play during the balance of

20  the trial, and if they are anything like this, we're going to be

21  here all the way past Easter.  And I can promise you, that's not

22  going to happen.

23          So go through them this evening.  Appoint somebody,

24  get somebody who is familiar with the case, appoint somebody to

25  go through.  There is no reason why any witness in this case

1    that's already been recorded and that I've already ruled on

2    objections to, there is no reason any witness should be two

3    hours.  Quite honestly, there is no reason a witness should be 90

4    minutes in this case.  There are very few that should even be as

5    long as an hour.

6              MR. GIEGER:  I agree.  And I will tell you the

7    depositions in our case are mostly 30 minutes, Judge.

8              THE COURT:  Well, we're stuck now with more of this

9    guy's testimony unless there's something that can be done during

10   the break.  So let's see if we can finish today with the

11   ambitious game plan we've developed.  I'll see y'all at five

12   after 1:00.

13             THE DEPUTY CLERK:  All rise.

14             (WHEREUPON, at this point in the proceedings, the Court

15   was in luncheon recess.)

16                            *    *    *

17

18

19

20

21

22

23

24

25

```
 1                        REPORTER'S CERTIFICATE

 2

 3        I, Cathy Pepper, Certified Realtime Reporter, Registered

 4    Merit Reporter, Registered Professional Reporter, Certified Court

 5    Reporter of the State of Louisiana, Official Court Reporter for

 6    the United States District Court, Eastern District of Louisiana,

 7    do hereby certify that the foregoing is a true and correct

 8    transcript, to the best of my ability and understanding, from the

 9    record of the proceedings in the above-entitled and numbered

10    matter.

11

12

13                         s/Cathy Pepper
                           _____

14                         Cathy Pepper, CRR, RMR, CCR

15                         Official Court Reporter

16                         United States District Court

17

18

19

20

21

22

23

24

25
```

**#**

**#17** [1] - 663:20
**#44** [1] - 663:20

**$**

**$9,455** [1] - 700:7

**'**

**'04** [5] - 643:18,
643:19, 643:25,
646:16, 670:3
**'05** [1] - 694:2
**'06** [2] - 622:15, 694:2
**'No** [1] - 661:14

**0**

**00010** [1] - 636:1
**0002403** [1] - 712:6
**0002430** [1] - 714:24
**000416** [1] - 622:10
**09-2977** [1] - 600:9

**1**

**1** [6] - 613:9, 645:9,
650:25, 651:1,
654:20, 700:7
**10** [8] - 606:22, 627:8,
627:13, 636:1,
680:4, 682:3,
706:10, 724:12
**1000** [1] - 600:21
**10:00** [1] - 660:22
**10:40** [1] - 680:3
**110-volt** [2] - 697:17,
697:18
**11:00** [1] - 722:19
**12-volt** [1] - 684:2
**1310** [1] - 632:2
**1319** [1] - 632:14
**14** [1] - 656:25
**14-foot** [1] - 689:9
**1417** [1] - 622:10
**1425** [1] - 630:19
**15** [2] - 612:18, 612:20
**15000** [2] - 701:17,
702:7
**16** [2] - 618:25
**17** [2] - 600:6, 603:3
**18** [3] - 716:5, 716:14,
717:3
**18-inch** [1] - 607:25

**1873** [1] - 600:5
**19-foot** [1] - 700:23
**1981** [1] - 639:19
**1985** [1] - 684:11
**19FD** [3] - 700:18,
700:20, 700:22
**1:00** [2] - 722:1,
725:12
**1st** [1] - 646:1

**2**

**2** [3] - 632:25, 651:1,
724:10
**20** [6] - 606:22,
660:23, 663:20,
692:2, 692:8, 695:4
**20006** [1] - 616:23
**2004** [10] - 623:12,
626:10, 626:13,
626:19, 626:22,
627:15, 627:18,
646:1, 646:14,
646:18, 648:12,
654:15, 654:23,
674:3, 674:8, 674:12
**2005** [10] - 623:20,
626:25, 627:21,
662:6, 674:4,
693:18, 694:25,
695:11, 698:16,
698:18
**2005-2006** [1] - 705:9
**2006** [3] - 693:18,
694:25, 695:11
**201** [1] - 601:15
**2010** [3] - 600:6,
603:3, 639:9
**21-foot** [1] - 615:21
**22** [6] - 655:19, 656:3,
656:6, 656:11,
659:13, 659:14
**2250** [1] - 600:24
**23** [1] - 612:19
**2315** [1] - 608:12
**25** [1] - 724:12
**27** [3] - 638:16,
638:20, 674:23
**28** [1] - 610:19, 622:3
**29402** [1] - 601:4

**3**

**3** [7] - 600:11, 613:20,
630:18, 630:19,
651:1, 663:20,
702:21
**3.1.1** [1] - 613:14
**30** [2] - 606:22, 725:7

**3010** [1] - 638:22
**30th** [1] - 648:12
**31** [1] - 714:24
**32** [2] - 663:16, 700:24
**32-foot** [3] - 669:20,
701:2, 701:5
**32BH** [3] - 669:17,
670:5, 672:3
**32BHLE** [2] - 662:25,
663:16
**34** [1] - 655:20
**35-foot** [2] - 685:2,
685:3
**3600** [1] - 601:15
**3rd** [1] - 674:14

**4**

**4** [8] - 650:25, 651:1,
663:20, 700:1
**4265** [1] - 600:21
**44** [1] - 664:4
**4800** [1] - 601:9
**486** [1] - 601:4
**49** [1] - 632:9
**4th** [1] - 674:14

**5**

**50** [2] - 623:20, 695:5
**500** [2] - 601:21,
656:24
**504** [1] - 601:22
**589-7779** [1] - 601:22

**6**

**6** [5] - 632:1, 638:16,
638:20, 663:20,
690:14
**604** [1] - 602:5
**622** [1] - 600:18
**638** [3] - 602:6, 699:6,
719:20
**681** [1] - 602:7

**7**

**70** [1] - 615:20
**701** [1] - 601:9
**70113** [1] - 600:18
**70130** [1] - 601:22
**70139** [1] - 601:10
**70170** [1] - 601:15
**75** [1] - 605:1
**75/25** [1] - 626:21
**77027** [1] - 600:21

**78470** [1] - 600:24

**8**

**800** [3] - 654:18,
654:19
**802** [1] - 600:24
**85,000** [2] - 688:14,
688:15
**8:30** [1] - 600:6

**9**

**9** [1] - 603:12
**90** [3] - 627:8, 627:10,
725:3
**95** [1] - 695:8
**99** [1] - 636:23

**A**

**A.M** [1] - 600:6
**Aaron** [1] - 638:10
**AARON** [1] - 600:17
**ability** [1] - 726:8
**able** [4] - 604:21,
621:11, 622:1,
624:10
**abnormal** [1] - 712:17
**above-entitled** [1] -
726:9
**ABS** [6] - 607:24,
608:10, 608:12,
608:13, 612:24,
613:7
**absent** [1] - 673:7
**absolutely** [7] -
619:13, 622:7,
628:12, 628:16,
629:7, 635:9, 678:8
**abusive** [1] - 712:17
**AC** [4] - 610:6, 702:12,
713:19, 718:14
**acceptable** [3] -
613:15, 618:4,
636:10
**accepted** [2] - 634:11
**accompanied** [1] -
695:15
**accompany** [2] -
612:7, 666:1
**accordance** [8] -
613:25, 614:18,
615:3, 615:5,
615:15, 616:21,
631:12, 669:6
**according** [1] - 634:14
**account** [2] - 655:5

**accurate** [1] - 664:1
**accurately** [2] -
610:21, 635:11
**achieved** [1] - 665:19
**acquire** [1] - 694:9
**acquired** [1] - 690:2
**acres** [1] - 688:18
**acronym** [1] - 657:25
**acting** [1] - 609:22
**activities** [1] - 638:17
**addition** [1] - 715:22
**additional** [4] - 662:5,
717:10, 717:12,
717:13
**address** [2] - 699:15,
724:2
**addressed** [2] -
634:21, 686:13
**adherence** [1] -
658:20
**administration** [1] -
639:16
**adverse** [1] - 716:1
**advice** [1] - 612:16
**advise** [1] - 654:10,
666:20
**advising** [1] - 645:15
**affirmatively** [1] -
617:5
**affixed** [2] - 667:11,
676:22
**afternoon** [3] -
630:10, 630:11,
724:3
**agents** [1] - 708:18
**ago** [6] - 612:22,
685:5, 685:6, 692:2,
706:9, 712:21
**agree** [4] - 671:7,
722:25, 725:6
**ahead** [13] - 603:22,
604:7, 604:12,
638:7, 648:24,
661:3, 680:1, 680:2,
680:4, 680:16,
681:3, 721:24
**Ahlquist** [3] - 633:1,
634:24, 638:10
**AHLQUIST** [1] -
600:17
**air** [29] - 619:16,
619:17, 619:21,
620:2, 620:14,
620:15, 626:3,
626:5, 626:7, 669:1,
701:11, 701:14,
701:16, 701:19,
701:22, 701:25,
702:11, 713:5,
713:8, 713:12,

718:9, 718:18, 718:19, 719:2, 719:5, 719:6, 719:9, 719:12, 719:18
**air-conditioning** [4] - 701:19, 701:22, 701:25, 702:11
**aired** [1] - 624:16
**AL** [1] - 600:8
**ALBRECHT** [2] - 602:6, 638:4
**Albrecht** [9] - 637:25, 638:1, 638:2, 638:9, 638:11, 654:14, 669:16, 671:17, 678:3
**Albrecht's** [1] - 638:7
**alert** [1] - 710:4
**alerting** [2] - 707:15, 707:20
**All9/NFPA** [1] - 659:5
**alleviate** [1] - 603:16
**allow** [1] - 644:24
**allowed** [3] - 608:5, 634:10, 658:1
**almost** [3] - 638:24, 660:22, 722:11
**ALSO** [1] - 601:18
**altogether** [1] - 715:23
**aluminum** [3] - 649:23, 664:13, 665:8
**ambitious** [1] - 725:11
**America** [1] - 706:25
**American** [2] - 645:15, 645:21
**amount** [2] - 621:8, 621:22
**amounts** [1] - 720:21
**anchored** [1] - 610:8
**angle** [4] - 625:19, 628:22, 629:1, 629:4
**animal** [1] - 670:19
**ANSI** [8] - 659:5, 683:16, 683:25, 684:1, 684:2, 684:4, 684:7
**answer** [4] - 652:11, 655:12, 662:9, 693:15
**answered** [1] - 673:10
**answers** [1] - 655:14
**anticipate** [1] - 655:14
**anticipated** [1] - 711:17
**apart** [1] - 628:14
**APPEARANCES** [2] - 600:15, 601:1
**appliance** [1] - 668:15
**appliances** [3] -

611:21, 657:6, 690:5
**applicable** [1] - 684:7
**applicant** [2] - 630:6, 630:7
**applied** [2] - 683:24, 708:2
**applies** [4] - 621:17, 683:19, 684:8, 691:19
**apply** [2] - 621:7, 692:6
**appoint** [2] - 724:23, 724:24
**appreciate** [3] - 603:24, 604:2, 722:17
**appropriate** [7] - 614:2, 614:12, 614:13, 615:6, 615:7, 635:15, 635:24
**area** [10] - 609:18, 666:7, 673:18, 673:22, 673:25, 694:10, 695:24, 696:15, 710:1, 721:1
**areas** [1] - 699:21
**arranged** [1] - 667:1
**arrangement** [1] - 644:18
**arrived** [1] - 672:17
**article** [5] - 643:22, 649:4, 649:7, 649:8, 674:16
**Arts** [1] - 639:16
**Asian** [1] - 706:22
**aside** [1] - 659:3
**aspect** [1] - 636:10
**assembled** [1] - 690:2
**assembling** [1] - 689:13
**assembly** [1] - 655:8
**assessment** [2] - 613:10, 613:16
**assessments** [1] - 613:18
**assigned** [2] - 609:18, 609:20
**assist** [2] - 662:8, 696:13
**assistant** [4] - 682:5, 682:25, 683:3, 683:7
**associated** [3] - 638:18, 708:23, 709:8
**Association** [1] - 683:18
**assumption** [2] - 662:1, 663:24
**assumptions** [1] -

670:11
**assurance** [1] - 631:3
**AT** [1] - 600:23
**attach** [4] - 636:20, 720:8, 720:10, 721:12
**attached** [1] - 662:16
**attempt** [1] - 603:15
**attempting** [1] - 714:9
**attend** [1] - 682:12
**attended** [1] - 682:13
**attention** [2] - 603:25, 707:22
**ATTORNEY** [1] - 600:23
**attorney** [1] - 638:10
**attorneys** [2] - 603:19, 604:3
**auditors** [1] - 659:19
**August** [5] - 674:11, 674:12, 674:13, 674:14
**author** [1] - 661:21
**authorized** [1] - 632:7
**available** [1] - 605:15
**Avenue** [1] - 638:22
**AVENUE** [1] - 601:15
**award** [1] - 623:10
**aware** [25] - 634:16, 638:13, 646:4, 650:22, 652:19, 658:7, 658:10, 659:2, 659:4, 666:10, 667:20, 668:7, 668:10, 670:7, 674:2, 674:6, 675:13, 675:17, 675:18, 677:18, 687:23, 692:1, 692:2, 692:4, 692:8
**awkward** [1] - 664:8
**axle** [2] - 666:25, 670:17

## B

**B406** [1] - 601:21
**Bachelor** [1] - 639:16
**background** [6] - 622:23, 639:15, 645:7, 682:7, 682:10
**backing** [2] - 606:17, 625:14
**backlogged** [1] - 699:14
**backup** [1] - 629:5
**backyard** [1] - 616:1
**bad** [1] - 671:4
**BAKER** [1] - 601:12

**balance** [2] - 715:9, 724:19
**balls** [2] - 607:5
**BARONNE** [1] - 600:18
**base** [7] - 608:1, 652:21, 653:9, 700:7, 700:10, 700:11, 701:5
**based** [8] - 617:4, 633:5, 652:25, 673:20, 677:8, 678:4, 704:21, 708:24
**baseline** [5] - 653:16, 653:17, 653:19, 654:2, 654:4
**basic** [2] - 624:4, 709:5
**batches** [1] - 699:19
**Bates** [3] - 622:10, 712:6, 714:24
**batteries** [1] - 612:23
**battery** [2] - 636:9, 636:14
**BEARMAN** [1] - 601:12
**became** [3] - 644:15, 646:4, 673:21
**become** [5] - 665:19, 674:2, 677:18, 692:1, 692:4
**bed** [1] - 679:5
**BEFORE** [1] - 600:12
**behalf** [3] - 609:22, 632:7, 632:22
**behind** [1] - 622:17
**belief** [1] - 664:8
**believes** [1] - 669:24
**bending** [1] - 689:23
**BERKOWITZ** [1] - 601:13
**best** [6] - 603:19, 643:17, 644:11, 677:10, 711:11, 726:8
**better** [7] - 613:8, 639:24, 652:4, 669:14, 669:15, 721:24, 723:20
**between** [6] - 632:20, 663:10, 663:13, 665:10, 705:11, 706:19
**beyond** [2] - 623:20, 713:6
**big** [4] - 638:13, 684:24, 684:25, 688:9
**bigger** [2] - 655:21,

671:21
**biggest** [1] - 631:21
**bind** [1] - 715:24
**binding** [3] - 715:7, 715:14, 715:18
**BINSTOCK** [1] - 600:20
**birth** [1] - 720:22
**bit** [3] - 619:3, 620:10, 682:6
**black** [2] - 607:25, 697:25
**BlackBerry** [1] - 720:8
**block** [3] - 608:2, 667:16, 667:19
**blocked** [1] - 686:3
**blocking** [1] - 625:2
**blocks** [25] - 607:12, 607:19, 607:20, 616:13, 619:7, 619:22, 624:15, 624:18, 625:3, 625:5, 625:6, 625:9, 626:8, 627:15, 627:18, 627:22, 627:24, 628:2, 628:5, 628:9, 628:25, 675:13, 675:15, 675:22
**board** [3] - 664:10, 664:17, 706:3
**Bobcat** [1] - 607:21
**body** [2] - 659:5, 693:5
**bolted** [1] - 667:13
**BONE** [3] - 601:8, 648:22, 649:1
**book** [2] - 683:25, 690:19
**bought** [1] - 646:11
**BOX** [1] - 601:4
**box** [1] - 645:20
**Boy** [1] - 639:20
**brake** [1] - 608:13
**Branch** [1] - 695:2
**brand** [1] - 663:23
**break** [12] - 628:11, 628:14, 660:22, 660:24, 660:25, 671:5, 678:3, 680:3, 711:9, 711:10, 721:24, 725:10
**breakdown** [1] - 710:25
**breath** [1] - 708:14
**Breeze** [1] - 719:15
**brief** [1] - 680:11
**briefly** [1] - 674:10
**bring** [3] - 655:6, 718:19, 724:9
**broken** [2] - 655:25,

672:18
**BTU** [2] - 701:17, 702:7
**build** [10] - 607:10, 647:9, 653:2, 653:11, 653:20, 666:21, 669:19, 669:20, 679:21, 704:22
**building** [13] - 629:17, 641:25, 644:16, 656:7, 665:18, 667:2, 669:21, 677:21, 679:9, 689:4, 689:10, 695:22, 705:5
**buildings** [2] - 688:16, 688:17
**built** [36] - 625:8, 639:2, 642:13, 642:14, 642:25, 643:5, 643:23, 643:24, 643:25, 644:1, 647:10, 647:16, 648:18, 651:2, 653:21, 654:5, 654:6, 654:8, 655:15, 670:14, 674:21, 674:22, 676:4, 677:21, 678:9, 678:11, 678:21, 679:6, 679:10, 679:23, 696:22, 699:10, 699:16, 699:17, 709:20, 710:13
**bunch** [1] - 724:19
**bunkhouse** [1] - 663:16
**Burian** [4] - 680:22, 680:23, 680:24, 681:6
**BURIAN** [2] - 602:7, 680:23
**burner** [1] - 649:24
**burning** [2] - 637:15, 708:13
**busy** [1] - 623:15
**buy** [3] - 653:22, 706:12, 706:16
**buyer** [1] - 653:22
**buying** [2] - 706:12, 706:16
**BY** [7] - 600:17, 600:20, 601:3, 601:8, 601:13, 601:23, 601:24

**byproduct** [1] - 693:12

# C

**CA** [2] - 663:20, 663:24
**cabinet** [2] - 697:6, 697:7
**cabinets** [1] - 694:15
**CALDWELL** [1] - 601:12
**calendar** [2] - 613:11, 674:13
**California** [19] - 663:24, 672:10, 673:25, 681:16, 681:17, 682:14, 689:12, 692:12, 692:20, 694:9, 696:12, 699:5, 700:13, 702:23, 705:1, 709:17, 709:21, 718:13, 720:22
**CALLED** [1] - 603:4
**campground** [2] - 615:25, 675:20
**campsite** [1] - 616:8
**cancer** [6] - 709:8, 709:11, 709:16, 709:21, 720:3, 720:22
**cancer-causing** [1] - 709:16
**capability** [1] - 655:1
**capacity** [4] - 638:25, 654:25, 670:11, 718:19
**car** [1] - 637:21
**CARANCAHUA** [1] - 600:24
**card** [1] - 691:5
**carpet** [1] - 712:14
**carried** [1] - 706:17
**carry** [1] - 690:19
**carrying** [1] - 722:24
**CARSON** [1] - 601:9
**case** [11] - 604:5, 604:22, 614:13, 615:10, 638:11, 686:17, 722:21, 724:24, 724:25, 725:4, 725:7
**Catastrophe** [2] - 645:15, 645:21
**Cathy** [2] - 726:3, 726:14
**CATHY** [1] - 601:21
**caused** [1] - 619:3,

712:16
**causing** [5] - 709:16, 715:7, 715:14, 715:19, 715:22
**CCR** [2] - 601:21, 726:14
**centers** [1] - 666:25
**centimeter** [2] - 620:17, 626:4
**centimeters** [1] - 619:20
**certain** [10] - 628:21, 628:22, 638:15, 646:23, 656:10, 656:16, 666:24, 687:21, 687:23, 694:8
**certainly** [5] - 629:8, 644:8, 647:23, 670:25, 672:16
**certainty** [1] - 653:1
**CERTIFICATE** [1] - 726:1
**certificate** [4] - 666:9, 682:17, 682:21, 682:23
**Certified** [3] - 682:24, 726:3, 726:4
**certify** [1] - 726:7
**CH2** [1] - 616:10
**CH2M** [2] - 614:24, 615:8
**challenges** [1] - 665:16
**chance** [1] - 603:14
**change** [5] - 609:1, 609:4, 651:13, 696:19, 698:3
**changed** [3] - 650:5, 704:3, 704:11
**changes** [1] - 702:22
**charged** [1] - 658:23
**CHARLES** [1] - 601:15
**CHARLESTON** [1] - 601:4
**chassis** [12] - 657:9, 657:10, 657:12, 657:13, 657:15, 657:18, 666:18, 666:23, 667:11, 667:12, 667:13, 714:16
**CHEATWOOD** [2] - 601:14, 722:23
**check** [17] - 605:18, 610:4, 610:6, 610:7, 610:9, 611:23, 612:22, 615:10, 630:2, 636:4, 636:7, 636:11, 637:1,

637:4, 637:10, 707:11
**checked** [1] - 611:10
**checking** [2] - 611:24, 611:25
**checklist** [14] - 612:1, 612:11, 612:17, 630:7, 633:25, 634:7, 634:8, 636:4, 636:16, 636:22, 637:5, 637:12, 690:17, 690:23
**checklists** [1] - 611:7
**checks** [1] - 610:16
**CHRIS** [1] - 600:23
**CHRISTI** [1] - 600:24
**Christner** [1] - 658:22
**circulated** [1] - 646:18
**circumstances** [4] - 603:17, 603:22, 604:2, 673:7
**civil** [1] - 623:1
**claims** [1] - 708:18
**clarification** [3] - 651:15, 651:17, 660:3
**classes** [4] - 605:24, 606:2, 615:13
**classifications** [1] - 641:1
**clear** [1] - 624:8
**CLERK** [2] - 603:7, 725:13
**climates** [2] - 719:15, 719:16
**close** [3] - 610:12, 635:4, 722:7
**closed** [2] - 630:2, 718:21
**closet** [1] - 694:13
**ClosetMaid** [2] - 694:10, 694:14
**closing** [2] - 630:5, 715:23
**co** [1] - 632:9
**co-owner** [1] - 632:9
**coach** [9] - 687:6, 687:7, 691:6, 692:6, 709:16, 709:17, 709:18, 710:1, 711:8
**Coast** [4] - 696:16, 703:18, 707:25, 717:23
**Cobra** [2] - 706:17, 706:18
**code** [6] - 677:5, 683:19, 683:22, 683:24, 690:20, 691:20
**codes** [15] - 653:14,

658:18, 658:23, 658:24, 659:2, 659:6, 683:12, 683:14, 683:16, 691:6, 691:18, 691:19, 705:5
**college** [4] - 682:8, 682:9, 682:12, 682:13
**College** [2] - 638:22, 639:17
**colon** [1] - 613:12
**column** [1] - 664:5
**combination** [1] - 644:18
**comfortable** [1] - 670:18
**coming** [4] - 628:17, 658:10, 671:16, 694:9, 707:7, 707:11
**common** [2] - 631:18, 631:21
**commonsense** [1] - 678:19
**commonsense-type** [1] - 678:19
**communicate** [1] - 614:20
**communicated** [2] - 608:23, 650:22
**communication** [4] - 614:24, 645:14, 646:2, 673:13
**communications** [7] - 643:16, 661:16, 673:11, 702:13, 705:18, 707:14, 708:9
**community** [1] - 629:18
**company** [11] - 623:11, 629:12, 629:21, 632:23, 638:14, 639:11, 660:11, 660:12, 660:18, 694:14, 716:9
**Compensation** [1] - 708:17
**competition** [1] - 640:21
**competitive** [2] - 640:22, 652:4
**complained** [1] - 708:13
**complaining** [1] - 618:10
**complaint** [1] - 658:8
**complaints** [3] - 658:10, 670:9, 674:7

4

**complete** [3] - 656:25, 660:15, 676:5
**completed** [4] - 631:8, 636:10, 656:10, 656:15
**completely** [2] - 620:12, 625:12
**compliance** [3] - 660:19, 683:15, 690:23
**complicated** [1] - 612:9
**complications** [1] - 603:13
**complied** [2] - 611:9, 615:1
**comply** [2] - 644:3, 660:14
**complying** [1] - 690:24
**component** [6] - 610:6, 657:5, 669:12, 689:16, 707:16, 708:25
**components** [4] - 667:10, 669:6, 700:5, 703:6
**Components** [1] - 657:14
**comport** [1] - 712:22
**comprises** [1] - 645:13
**COMPUTER** [1] - 601:24
**conception** [1] - 623:10
**concern** [2] - 649:20, 658:8
**concerned** [1] - 655:12
**concerning** [1] - 668:2
**concerns** [3] - 629:8, 658:10, 717:18
**concrete** [7] - 619:7, 625:3, 652:21, 667:16, 667:19, 672:20, 675:13
**condensed** [2] - 621:10, 622:2
**condition** [5] - 673:4, 715:7, 715:8, 715:15, 715:19
**conditioner** [4] - 701:14, 701:16, 713:8, 713:12
**conditioners** [2] - 669:2, 701:11
**conditioning** [7] - 701:19, 701:22, 701:25, 702:11,

713:5, 718:18, 719:18
**conditions** [2] - 652:2, 652:23
**conduct** [1] - 612:17
**conducting** [1] - 637:14
**conducts** [1] - 668:22
**conduit** [1] - 662:12
**conference** [1] - 723:21
**confidence** [1] - 671:1
**confident** [1] - 678:8
**configuration** [1] - 696:24
**confined** [1] - 678:12
**confirm** [1] - 712:19
**conformed** [1] - 677:5
**conforming** [1] - 690:18
**connected** [1] - 625:18
**connection** [4] - 627:15, 628:14, 628:22, 686:16
**connections** [3] - 628:10, 628:17, 628:20
**conscientious** [1] - 660:16
**consider** [3] - 710:7, 710:11, 710:12
**consideration** [2] - 669:21, 670:20
**considerations** [2] - 669:16, 670:12
**considered** [7] - 615:22, 652:3, 653:22, 664:21, 664:22, 670:4, 712:17
**considering** [2] - 652:4, 669:11
**construct** [1] - 624:11
**constructed** [2] - 624:25, 673:25
**construction** [4] - 658:20, 683:13, 702:23, 705:20
**consulting** [1] - 603:18
**contact** [8] - 614:15, 643:20, 643:21, 649:11, 658:13, 662:13, 667:24, 668:3
**contacted** [3] - 658:12, 668:2, 668:7
**contain** [3] - 692:17, 692:25, 697:25,

714:6, 719:21, 720:21
**contained** [3] - 657:7, 668:4, 697:24
**contains** [1] - 692:6
**contemplated** [2] - 716:24, 717:2
**context** [1] - 673:1
**continual** [1] - 659:22
**continue** [2] - 604:7, 661:4
**continued** [6] - 604:16, 661:7, 706:12, 706:16, 716:3, 717:6
**CONTINUED** [1] - 601:1
**CONTINUED)**......... [1] - 602:5
**continuous** [1] - 652:1
**contract** [9] - 613:14, 615:9, 623:9, 623:16, 624:4, 626:23, 630:15, 632:18, 651:24
**contractor** [6] - 604:18, 613:10, 613:12, 613:13, 618:19
**contractors** [5] - 630:13, 630:25, 631:4, 631:15, 708:19
**contracts** [4] - 621:2, 623:12, 623:14, 632:7
**control** [2] - 668:20, 676:7
**conventional** [1] - 700:23
**conversation** [3] - 706:8, 716:10, 716:11
**conversations** [4] - 661:18, 666:17, 667:14, 671:20
**converter** [1] - 703:16
**Conway** [1] - 670:16
**cool** [1] - 719:14
**cooler** [1] - 719:19
**copied** [1] - 614:7
**copying** [1] - 704:19
**core** [2] - 664:17
**corporate** [2] - 635:10, 699:5
**Corps** [1] - 623:4
**CORPUS** [1] - 600:24
**Correct** [2] - 656:23, 703:7
**correct** [110] - 604:20,

613:1, 614:4, 620:24, 623:24, 625:1, 625:4, 625:23, 625:25, 627:24, 629:2, 629:3, 629:9, 629:23, 631:15, 631:17, 632:23, 633:3, 633:4, 633:7, 633:8, 633:10, 633:11, 633:13, 633:14, 633:16, 633:17, 633:22, 634:16, 634:21, 634:22, 635:2, 635:5, 635:13, 635:17, 635:18, 635:21, 636:12, 636:13, 637:9, 638:4, 638:5, 639:21, 640:1, 640:5, 641:3, 641:13, 645:21, 647:3, 647:4, 647:22, 648:12, 651:2, 651:23, 653:14, 654:24, 655:22, 655:24, 656:4, 656:19, 656:22, 660:6, 660:7, 660:20, 661:22, 661:25, 662:1, 662:21, 666:11, 666:12, 667:23, 672:8, 673:16, 673:19, 675:3, 675:10, 676:10, 676:19, 677:6, 677:7, 677:11, 677:15, 679:1, 679:2, 679:4, 679:6, 679:12, 679:13, 679:14, 680:24, 683:1, 688:5, 688:7, 689:7, 694:22, 700:8, 700:24, 703:5, 713:3, 713:24, 714:1, 717:6, 717:7, 717:9, 718:3, 718:6, 718:17, 719:11, 721:11, 726:7
**corrected** [3] - 636:7, 636:15, 637:10
**correction** [2] - 661:23, 661:24
**correctly** [6] - 614:3, 635:11, 640:2, 645:24, 655:23, 669:1
**corrugated** [1] - 689:4

**couch** [2] - 679:3, 679:5
**coughed** [1] - 699:17
**counsel** [3] - 680:9, 680:19, 722:6
**counter** [3] - 619:19, 697:3, 697:7
**country** [1] - 694:16
**couple** [4] - 603:14, 606:2, 609:5, 716:18
**course** [9] - 603:20, 604:10, 635:1, 642:24, 677:17, 682:16, 682:17, 682:18, 682:19
**courses** [3] - 682:9, 682:13, 682:15
**Court** [6] - 725:14, 726:4, 726:5, 726:6, 726:15, 726:16
**COURT** [27] - 600:1, 601:21, 603:4, 603:10, 637:22, 638:1, 638:3, 638:6, 660:21, 661:3, 679:25, 680:6, 680:9, 680:13, 680:16, 680:23, 681:1, 681:3, 721:22, 722:3, 722:6, 722:14, 722:16, 722:25, 723:2, 724:15, 725:8
**courtroom** [4] - 603:9, 680:8, 680:15, 722:5
**cover** [1] - 645:20
**coverage** [1] - 712:18
**cracks** [2] - 687:18, 688:8
**crapily** [1] - 616:25
**crapily-drawn** [1] - 616:25
**Create** [1] - 719:15
**create** [1] - 706:23
**created** [4] - 635:4, 635:7, 635:13, 670:19
**cross** [2] - 667:1, 724:12
**CRR** [2] - 601:21, 726:14
**current** [2] - 681:7, 699:10
**cushions** [2] - 679:3, 711:10
**customer** [1] - 642:21
**customers** [5] - 686:12, 687:21, 699:12, 699:22
**cut** [1] - 723:10

**cutting** [1] - 648:23
**cycle** [1] - 647:19
**cycles** [1] - 660:15

# D

**D'AMICO** [13] -
600:16, 600:17,
604:14, 637:24,
638:2, 638:5,
680:21, 680:24,
681:2, 722:12,
722:15, 723:1,
724:11
**D'Amico** [1] - 604:8
**damage** [5] - 633:6,
633:9, 634:20,
670:22, 714:11
**damaged** [1] - 631:22
**dark** [1] - 723:2
**data** [5] - 670:15,
693:3, 693:8,
695:15, 708:22
**date** [2] - 646:1,
698:13
**dated** [1] - 648:12
**Dave** [2] - 643:21,
649:9
**David** [1] - 720:6
**DAVID** [1] - 601:13
**DAY** [1] - 600:11
**days** [13] - 603:14,
603:25, 613:11,
617:23, 655:3,
655:6, 655:16,
656:18, 656:20,
656:21, 656:25,
706:17, 723:16
**deactivations** [1] -
652:2
**deal** [3] - 611:7,
628:18, 637:6
**dealer** [7] - 643:12,
646:11, 647:16,
655:15, 675:5,
676:17, 687:24
**dealer-built** [1] -
647:16
**deals** [1] - 678:1
**dealt** [1] - 675:24
**decal** [2] - 709:22,
710:3
**decals** [1] - 721:7
**decided** [1] - 621:9
**decision** [2] - 617:9,
719:23
**defects** [1] - 720:23
**deficiencies** [2] -
631:17, 631:22

**deficiency** [1] - 631:15
**defined** [1] - 651:10
**definitions** [1] - 654:8
**deflate** [7] - 619:14,
620:1, 620:4, 620:6,
620:9, 620:19,
625:21
**deflated** [1] - 620:7
**degree** [4] - 623:3,
639:16, 644:8,
649:22
**delay** [2] - 723:4,
723:5
**deleted** [2] - 703:6,
722:24
**deliberate** [1] - 604:5
**deliver** [1] - 666:4
**delivery** [1] - 652:5
**demanded** [1] -
644:23
**demands** [1] - 702:19
**DENNIS** [1] - 600:20
**dense** [1] - 608:1
**department** [2] -
670:13, 693:7
**deposition** [7] -
604:16, 637:25,
638:9, 661:7, 681:6,
720:11, 722:1
**DEPOSITION** [1] -
602:5
**DEPOSITION.............**
**.....** [2] - 602:6, 602:7
**depositions** [5] -
723:24, 724:2,
724:4, 724:18, 725:7
**Depot** [1] - 694:16
**DEPUTY** [2] - 603:7,
725:13
**describe** [5] - 645:17,
688:15, 702:22,
705:17, 710:18
**describes** [1] - 710:20
**design** [18] - 640:15,
642:22, 645:7,
646:13, 646:15,
669:17, 669:18,
670:5, 671:1, 683:8,
698:2, 698:5,
701:21, 702:2,
705:13, 713:4,
713:8, 713:23
**designate** [2] -
722:13, 723:1
**designation** [3] -
639:10, 641:23,
663:7
**designations** [2] -
663:14, 724:13
**designed** [12] - 653:8,

664:20, 667:4,
667:15, 667:19,
704:17, 704:18,
704:19, 712:11,
712:12, 712:23,
713:2
**designing** [3] -
683:11, 713:17,
713:18
**designs** [2] - 646:16,
670:24
**desire** [3] - 653:24,
653:25
**desires** [1] - 645:16
**destined** [1] - 672:10
**destroy** [1] - 621:11
**detector** [3] - 612:22,
612:23, 636:9
**deteriorate** [2] - 711:2,
712:15
**deterioration** [1] -
716:2
**determine** [1] - 606:24
**develop** [4] - 640:18,
642:22, 644:12,
648:19
**developed** [4] - 642:7,
642:10, 670:14,
725:11
**developing** [2] -
623:8, 644:3
**development** [6] -
645:1, 645:16,
650:20, 669:17,
670:5, 670:23
**deviation** [1] - 661:23
**deviations** [6] - 660:3,
661:10, 661:11,
661:12, 661:17,
661:19
**Deviations'** [1] -
661:14
**diagram** [3] - 616:24,
616:25, 617:4
**differ** [4] - 606:14,
642:23, 646:20,
646:21
**differed** [4] - 646:17,
663:10, 665:13,
703:21
**difference** [2] -
620:13, 665:10
**differences** [4] -
705:11, 705:13,
705:14, 706:19
**different** [28] - 605:23,
606:6, 611:5,
611:18, 615:20,
616:6, 640:23,
641:12, 641:15,

642:1, 642:5,
644:17, 653:17,
658:5, 663:7,
663:21, 664:20,
666:4, 669:13,
669:19, 696:22,
696:23, 696:25,
697:5, 697:15,
697:22, 719:14,
723:14
**differently** [3] -
652:25, 653:4,
665:20
**differing** [1] - 641:11
**difficult** [5] - 649:19,
661:10, 661:12,
661:17, 661:19
**diligent** [1] - 631:11
**dime** [1] - 635:22
**dimension** [1] -
607:19
**dimensional** [2] -
642:3, 642:7
**dinette** [1] - 711:9
**diploma** [2] - 639:19,
682:8
**direct** [2] - 626:23,
638:16
**direction** [2] - 612:16,
640:19
**directly** [3] - 618:23,
646:9, 658:12
**disability** [1] - 708:17
**disaster** [8] - 629:13,
646:14, 651:6,
654:19, 662:5,
696:10, 703:18,
710:8
**discuss** [1] - 650:19
**discussed** [2] - 648:5,
716:7
**discussing** [2] -
663:17, 698:15
**discussion** [5] -
650:2, 654:25,
664:6, 665:2, 675:8
**discussions** [6] -
650:5, 666:22,
705:18, 707:13,
716:1, 723:23
**disrupted** [1] - 699:14
**distinction** [1] -
663:13
**distribute** [1] - 625:24
**distribution** [1] -
619:17
**DISTRICT** [3] - 600:1,
600:1, 600:13
**District** [3] - 726:6,
726:16

**disturbance** [1] -
620:17
**DoAble** [10] - 693:19,
694:5, 694:7,
694:21, 694:25,
695:5, 695:7, 695:8
**DOCKET** [2] - 600:5,
600:9
**document** [12] -
622:9, 622:13,
631:25, 632:1,
635:5, 636:1,
645:10, 645:12,
645:13, 645:14,
645:18, 700:1
**DOCUMENT** [1] -
600:7
**documentation** [2] -
635:16, 635:24
**documents** [7] -
632:25, 633:2,
634:23, 634:24,
635:1, 635:12, 669:8
**domestic** [1] - 694:18
**Dometic** [5] - 701:12,
713:20, 713:23,
718:14, 718:15
**DOMINICK** [1] - 601:3
**done** [29] - 612:2,
612:3, 612:4,
613:18, 617:25,
618:7, 625:13,
626:22, 628:21,
631:12, 636:9,
636:17, 636:20,
637:6, 637:8, 643:5,
646:16, 659:20,
672:24, 672:25,
673:1, 676:6,
690:11, 703:24,
722:18, 724:1,
724:14, 725:9
**DONELSON** [1] -
601:12
**door** [10] - 607:2,
618:11, 633:9,
673:5, 673:8, 715:1,
715:5, 715:13,
715:22, 715:23
**doors** [9] - 610:7,
610:9, 677:14,
688:4, 689:10,
714:21, 715:19,
719:5, 719:9
**doubt** [2] - 678:5,
679:19
**Doug** [2] - 644:9,
662:8
**DOUGLAS** [2] -
601:18, 601:18

**down** [15] - 612:11, 613:6, 613:20, 613:24, 614:14, 616:9, 655:25, 656:9, 662:24, 700:4, 711:9, 711:10, 723:21
**dozens** [1] - 643:1
**drapes** [1] - 712:14
**draw** [1] - 719:2
**drawn** [2] - 616:25, 617:1
**driver's** [1] - 666:4
**drop** [2] - 624:14, 631:7
**drop-off** [1] - 631:7
**duct** [1] - 713:17
**ductwork** [4] - 701:21, 702:2, 702:4, 713:25
**Duo** [1] - 701:12
**duration** [1] - 717:5
**during** [23] - 610:23, 612:17, 629:25, 631:6, 631:7, 631:23, 647:5, 658:14, 661:13, 670:4, 671:20, 671:24, 672:3, 672:4, 698:25, 702:13, 702:24, 703:1, 704:25, 705:9, 705:21, 724:19, 725:9
**duties** [1] - 683:5
**dwelling** [4] - 630:9, 712:13, 712:14, 717:8

**E**

**early** [1] - 674:13
**easier** [2] - 616:19, 617:16
**Easter** [1] - 724:21
**EASTERN** [1] - 600:1
**Eastern** [1] - 726:6
**EDITH** [1] - 602:5
**Edith** [1] - 604:16
**editing** [1] - 723:20
**Edition** [2] - 639:7, 639:8
**education** [5] - 622:21, 622:22, 623:2, 623:3
**educational** [2] - 639:15, 682:7
**effect** [3] - 639:11, 656:20, 667:22
**effectively** [1] - 625:8

**effects** [2] - 693:4, 716:2
**effort** [4] - 670:4, 671:24, 673:12, 696:16, 696:20, 705:2
**efforts** [2] - 696:10, 699:9
**eight** [6] - 603:20, 604:4, 688:19, 711:21
**either** [8] - 609:21, 610:6, 614:24, 642:3, 645:6, 646:24, 668:7, 723:8
**electrical** [4] - 658:21, 684:2, 685:17, 704:3
**Elton** [2] - 644:8, 649:16
**embarked** [1] - 604:6
**emergency** [6] - 644:13, 674:3, 676:11, 678:7, 679:24, 717:1
**emission** [1] - 705:6
**emissions** [3] - 707:6, 707:11, 707:20
**emit** [1] - 692:13
**emitted** [1] - 692:9
**emitting** [4] - 691:24, 692:7, 705:19, 706:21
**employed** [1] - 692:3
**employee** [5] - 617:17, 629:14, 658:7, 680:25, 692:24
**employees** [7] - 609:10, 623:20, 623:22, 683:6, 692:16, 708:13, 708:18
**end** [15] - 604:1, 625:14, 625:15, 625:16, 625:17, 650:10, 650:11, 654:3, 658:10, 669:7, 707:15, 707:19, 707:20, 708:10, 710:4
**ended** [1] - 619:4
**enforcement** [1] - 658:23
**enforces** [2] - 659:3, 659:4
**ENGELHARDT** [1] - 600:12
**engineer** [3] - 622:25, 623:1, 714:2
**engineering** [3] - 622:23, 645:7,

670:13
**ensure** [6] - 620:8, 628:6, 628:10, 690:17, 690:24, 691:17
**entail** [4] - 609:25, 649:13, 658:17, 693:24
**entailed** [1] - 644:10
**Enterprises** [2] - 632:16, 632:23
**enters** [2] - 603:9, 680:15
**entire** [1] - 617:23
**entitled** [1] - 726:9
**entrance** [4] - 618:12, 715:1, 715:5, 715:13
**entry** [2] - 633:9, 653:22
**ENVIRONMENTAL** [1] - 601:12
**Environmental** [1] - 632:11
**envisioned** [1] - 657:2
**EPDM** [2] - 657:25, 674:24
**equal** [1] - 652:4
**equipment** [3] - 610:1, 658:19, 692:15
**equipped** [1] - 665:20
**ERNEST** [1] - 601:8
**especially** [1] - 606:17
**ESQUIRE** [11] - 600:17, 600:17, 600:20, 601:3, 601:8, 601:8, 601:9, 601:13, 601:14, 601:14, 601:18
**essentially** [2] - 670:6, 694:5
**established** [2] - 615:8, 668:19
**estimate** [2] - 688:12, 688:13
**ET** [1] - 600:8
**evacuees** [1] - 696:20
**evening** [3] - 719:19, 723:8, 724:23
**evenly** [1] - 620:9
**events** [1] - 635:8
**evidence** [4] - 633:12, 633:15, 633:18, 634:18
**exact** [3] - 606:1, 617:9, 698:13
**exactly** [7] - 624:14, 637:2, 647:20, 688:11, 703:24, 706:9, 709:6
**EXAMINATIONS** [1] -

602:3
**example** [3] - 610:19, 643:4
**except** [1] - 723:12
**excess** [1] - 723:10
**excessively** [3] - 715:7, 715:14, 715:23
**excused** [1] - 603:22
**exemption** [1] - 710:13
**exhaust** [5] - 718:8, 718:25, 719:3, 719:5, 719:12
**exhib** [1] - 720:9
**exhibit** [1] - 632:1
**Exhibit** [6] - 616:23, 630:18, 630:19, 632:25, 645:9, 654:20
**exist** [2] - 615:16, 675:18
**existed** [2] - 603:22, 635:12
**existence** [1] - 641:19
**existing** [2] - 644:20, 644:21
**exists** [1] - 715:8
**exiting** [1] - 680:9
**exits** [1] - 680:8
**expand** [3] - 623:20, 647:3, 659:12
**expanded** [3] - 640:4, 640:6, 640:8
**expands** [1] - 646:25
**expect** [1] - 652:20
**expectation** [1] - 679:23
**expensive** [7] - 613:7, 664:23, 664:25, 700:12, 700:14, 700:17, 701:2
**experience** [5] - 615:17, 623:7, 623:17, 628:13, 698:19
**expert** [1] - 724:3
**expertise** [1] - 713:7
**explain** [1] - 686:22
**exposure** [4] - 708:19, 708:23, 709:9, 709:12
**express** [2] - 675:14, 677:23
**expressed** [1] - 605:20
**extended** [1] - 653:8
**exterior** [3] - 633:9, 633:13, 664:15, 687:7, 698:8

**external** [1] - 642:25
**externally** [1] - 643:6
**extra** [4] - 616:10, 616:14, 617:14, 721:25
**extreme** [1] - 673:7
**eyeball** [1] - 617:4
**eyes** [2] - 637:15, 708:14

**F**

**face** [1] - 723:2
**faced** [1] - 603:21
**facilities** [11] - 640:7, 640:10, 641:11, 647:6, 653:7, 653:13, 656:17, 657:3, 657:4, 664:1, 678:4
**facility** [44] - 638:15, 640:3, 640:9, 657:3, 658:11, 659:13, 659:15, 663:17, 674:23, 675:1, 675:2, 675:6, 676:1, 681:11, 681:13, 688:9, 688:11, 688:22, 689:2, 689:6, 689:12, 689:23, 690:21, 690:22, 690:24, 692:20, 693:3, 693:6, 693:9, 696:1, 696:12, 696:18, 699:2, 699:3, 699:4, 699:8, 700:13, 702:23, 704:23, 705:1, 708:15, 709:1, 709:12, 717:17
**fact** [10] - 629:12, 658:15, 706:16, 706:21, 711:23, 715:12, 716:22, 717:5, 717:19, 718:1
**fair** [1] - 653:4
**fall** [3] - 653:14, 654:23, 662:6
**familiar** [10] - 643:8, 673:4, 673:21, 674:17, 683:22, 683:23, 698:14, 706:19, 714:5, 724:24
**familiarity** [1] - 665:19
**families** [1] - 653:10
**Fan** [3] - 718:7, 718:24, 719:17

**fan** [6] - 718:8, 718:25, 719:1, 719:2, 719:5, 719:12
**Fans** [3] - 718:7, 719:21, 719:24
**fantastic** [1] - 718:7
**Fantastic** [5] - 718:7, 718:24, 719:17, 719:21, 719:24
**far** [15] - 617:13, 629:15, 655:12, 679:8, 687:10, 687:24, 688:1, 688:3, 694:20, 696:11, 698:2, 710:18, 711:13, 712:24, 716:24
**faucets** [1] - 610:18
**fax** [1] - 646:18
**faxed** [1] - 645:20
**feature** [3] - 642:4, 642:10, 723:23
**features** [4] - 641:2, 642:23, 653:25
**feedback** [3] - 650:14, 659:25, 669:3
**feelings** [1] - 660:25
**feet** [15] - 615:20, 617:14, 618:1, 618:10, 620:17, 621:21, 622:1, 622:3, 629:13, 629:22, 663:16, 688:14, 688:15, 700:24
**FELIPE** [1] - 600:21
**felt** [1] - 666:25
**FEMA** [107] - 600:4, 609:6, 609:22, 614:13, 615:8, 616:10, 623:16, 626:23, 630:7, 643:3, 643:12, 643:20, 643:21, 644:4, 644:12, 645:16, 646:7, 646:10, 646:12, 646:14, 647:7, 647:10, 647:14, 647:16, 647:19, 647:22, 649:5, 649:11, 650:3, 651:14, 653:16, 654:2, 654:5, 654:10, 654:15, 655:11, 655:15, 655:17, 657:16, 660:5, 663:3, 664:2, 665:3, 665:13, 665:17, 666:18,

666:23, 667:4, 667:25, 668:8, 668:12, 668:21, 668:23, 672:10, 672:14, 672:17, 673:21, 673:24, 674:2, 674:7, 675:1, 675:9, 675:24, 676:16, 676:20, 678:6, 678:11, 679:9, 685:23, 696:10, 696:11, 696:13, 696:22, 697:11, 698:9, 698:20, 698:22, 699:16, 699:17, 699:23, 700:11, 700:14, 701:24, 702:2, 702:5, 702:8, 702:10, 702:12, 702:24, 703:25, 704:4, 704:12, 704:15, 704:17, 704:24, 707:25, 710:4, 710:10, 716:5, 717:1, 717:11, 717:18, 718:1, 719:25
**FEMA's** [3] - 646:5, 670:3, 717:23
**few** [9] - 603:18, 605:23, 609:21, 618:10, 663:20, 671:18, 675:12, 712:21, 725:4
**field** [2] - 608:25, 713:6
**fifth** [15] - 624:16, 641:4, 641:6, 641:8, 641:9, 681:19, 684:21, 684:22, 684:23, 684:25, 685:7, 686:16, 688:21, 688:23, 697:23
**file** [3] - 646:13, 720:10, 720:11
**fill** [1] - 610:2
**filled** [1] - 610:3
**final** [3] - 676:4, 676:6, 676:12
**fine** [3] - 606:23, 720:17, 723:6
**finish** [9] - 653:25, 656:11, 656:18, 660:24, 661:2, 661:3, 664:14, 664:15, 725:10
**finished** [1] - 720:18
**finishes** [1] - 678:17

**first** [32] - 613:23, 623:14, 623:16, 643:16, 643:22, 645:14, 646:4, 649:4, 649:6, 649:8, 649:11, 651:20, 653:22, 656:22, 656:25, 662:15, 674:16, 682:4, 683:1, 683:4, 692:1, 692:2, 692:4, 698:12, 698:22, 700:3, 700:7, 716:16, 716:19, 716:25, 718:15, 723:24
**first-time** [1] - 653:22
**fit** [1] - 630:9
**fits** [2] - 662:16, 662:19
**Five** [1] - 695:8
**five** [10] - 605:5, 655:3, 656:20, 656:21, 678:12, 678:15, 695:7, 721:25, 723:14, 725:11
**fix** [5] - 612:5, 630:6, 636:19, 637:5
**fixed** [1] - 630:5
**flat** [1] - 655:3
**flattening** [1] - 626:6
**flaws** [1] - 687:18
**Fleetwood** [2] - 692:3, 692:5
**flexibility** [1] - 621:9
**flexible** [1] - 671:5
**flexing** [1] - 672:4
**flip** [2] - 621:10, 630:18, 632:13
**floor** [16] - 640:18, 640:21, 640:23, 641:7, 641:12, 641:20, 641:22, 644:17, 644:20, 644:21, 645:4, 663:10, 665:18, 667:6, 683:5, 704:23
**Florida** [8] - 623:12, 626:9, 626:13, 626:19, 654:22, 670:9, 674:3, 674:8
**flow** [1] - 699:14
**Fluor** [3] - 608:20, 614:24, 615:8
**flush** [1] - 610:4
**foam** [3] - 664:13, 664:16, 664:17
**follow** [3] - 630:15, 691:11, 691:13

**followed** [3] - 625:2, 625:3, 631:1
**following** [10] - 613:11, 626:9, 626:12, 626:25, 627:7, 627:9, 627:21, 668:8, 696:10, 702:25
**follows** [1] - 661:7
**foot** [1] - 622:2
**footage** [2] - 647:1, 688:11
**footages** [2] - 641:12, 641:15
**FOR** [3] - 600:16, 601:7, 601:12
**foregoing** [1] - 726:7
**Forest** [104] - 638:2, 638:12, 638:23, 638:24, 639:2, 639:20, 639:22, 639:24, 642:8, 642:11, 642:15, 646:7, 646:9, 646:10, 646:13, 647:5, 648:7, 650:22, 651:17, 652:24, 654:14, 655:1, 657:3, 657:11, 657:12, 657:19, 657:20, 658:1, 663:23, 667:25, 668:1, 668:4, 668:7, 668:12, 668:20, 668:22, 669:19, 669:23, 670:2, 671:8, 671:10, 671:24, 673:14, 673:20, 673:22, 674:2, 674:7, 674:11, 675:9, 675:10, 675:14, 675:25, 676:1, 676:8, 676:12, 676:17, 676:20, 677:8, 677:17, 677:18, 677:23, 678:6, 678:10, 679:10, 679:18, 680:25, 681:7, 681:16, 682:2, 683:4, 684:5, 686:15, 688:9, 688:20, 689:12, 689:16, 690:8, 690:23, 691:23, 692:16, 692:20, 692:24, 694:2, 696:9, 698:19,

700:12, 701:1, 702:23, 705:1, 705:12, 705:20, 706:18, 707:5, 708:18, 710:7, 710:17, 710:20, 713:22, 714:3, 717:10, 717:17, 718:12
**FOREST** [2] - 600:8, 601:7
**form** [7] - 662:17, 662:19, 669:8, 670:15, 691:11, 691:16, 691:17
**formaldehyde** [35] - 658:8, 658:11, 691:24, 692:7, 692:10, 692:13, 692:17, 692:21, 693:1, 693:4, 693:5, 693:9, 693:10, 693:11, 695:18, 705:2, 705:6, 705:19, 707:7, 707:11, 707:16, 707:20, 708:19, 708:24, 709:5, 709:9, 709:13, 709:14, 720:24, 721:2, 721:5, 721:8, 721:9
**FORMALDEHYDE** [1] - 600:4
**formaldehyde-based** [1] - 708:24
**formaldehyde-emitting** [1] - 692:7
**forth** [2] - 669:2, 713:23
**fortunate** [2] - 605:16, 607:18
**foundation** [2] - 607:22, 620:11
**foundations** [2] - 608:3, 667:21
**four** [6] - 606:15, 649:24, 685:6, 687:15, 687:17, 723:17
**four-burner** [1] - 649:24
**frame** [20] - 621:23, 664:13, 666:24, 667:3, 667:4, 667:5, 667:6, 670:21, 671:13, 671:21, 679:8, 689:21, 698:14, 700:18, 714:11, 714:19,

714:20, 715:7, 715:15, 715:18
**frame-related** [1] - 671:13
**frames** [6] - 666:20, 667:8, 667:15, 667:19, 671:4
**framing** [4] - 657:6, 657:8, 658:5, 665:8
**FRANK** [2] - 600:16, 600:17
**Frank's** [1] - 720:16
**freely** [1] - 697:8
**frequent** [2] - 711:9, 711:10
**frequently** [1] - 671:19
**fresh** [5] - 697:25, 718:19, 719:2, 719:6, 719:9
**front** [4] - 607:3, 625:11, 625:15, 671:11
**fulfill** [1] - 699:7
**full** [3] - 656:7, 677:19, 677:24
**full-time** [2] - 677:19, 677:24
**fully** [1] - 624:15
**functioned** [1] - 643:11
**functions** [2] - 610:2, 638:18
**funny** [1] - 723:3
**furnaces** [1] - 669:1
**furniture** [2] - 711:1, 717:19

## G

**Gaeddert** [3] - 644:9, 645:6, 662:8
**GAEDDERT** [1] - 601:18
**gain** [1] - 709:4
**galley** [2] - 710:1, 720:25
**game** [1] - 725:11
**gap** [1] - 607:14
**garage** [1] - 618:11
**Gary** [2] - 695:2, 695:5
**gas** [3] - 629:5, 658:21
**gear** [2] - 692:19, 692:24
**gears** [1] - 605:21
**general** [9] - 651:22, 652:17, 652:20, 666:19, 691:9, 700:15, 705:14, 721:10, 721:11

**generally** [7] - 615:22, 661:22, 670:23, 687:1, 697:23, 711:20, 719:14
**generated** [1] - 634:25
**gentleman** [1] - 722:20
**Georgie** [1] - 639:20
**getaway** [1] - 685:9
**GIEGER** [3] - 601:7, 601:8, 725:6
**given** [16] - 606:8, 640:8, 642:14, 644:1, 647:12, 656:6, 659:7, 661:22, 662:4, 669:17, 670:20, 694:5, 708:3, 708:10, 711:14
**glad** [1] - 652:11
**go-round** [1] - 723:24
**goggles** [2] - 692:15, 692:19
**goods** [1] - 678:21
**gosh** [1] - 616:12
**Goshen** [9] - 638:22, 639:17, 673:18, 673:20, 673:22, 673:25, 675:24, 676:21, 678:4
**grades** [1] - 653:25
**graduate** [1] - 639:18
**grand** [1] - 722:21
**gray** [1] - 697:25
**greater** [1] - 628:23
**greatest** [1] - 629:15
**groceries** [1] - 629:17
**ground** [21] - 607:21, 607:22, 609:24, 617:2, 619:8, 619:24, 621:4, 621:15, 622:6, 686:5, 714:11, 714:17, 714:19
**group** [4] - 605:9, 605:13, 605:17, 707:9
**groups** [3] - 699:16, 699:18, 699:19
**grow** [1] - 706:25
**grown** [1] - 639:4
**GSA** [3] - 648:3, 648:4, 648:8
**Guess** [1] - 612:14
**guess** [5] - 637:9, 643:17, 653:20, 695:1, 722:10
**guessing** [1] - 639:12
**guide** [1] - 666:19
**guidelines** [4] - 615:7,

615:15, 621:19, 713:21
**Guillot** [2] - 632:5, 632:17
**Gulf** [5] - 668:9, 696:16, 703:18, 707:25, 717:23
**guy** [2] - 711:19, 724:8
**guys** [5] - 606:15, 608:25, 618:10, 678:6, 703:24

## H

**habitation** [1] - 716:4
**half** [4] - 607:25, 650:9, 716:21, 723:16
**halfway** [1] - 662:24
**hallway** [1] - 723:22
**hammer** [1] - 607:14
**hand** [7] - 606:3, 606:18, 607:5, 624:7, 648:18, 662:25, 699:10
**handed** [1] - 630:12
**handful** [1] - 605:12
**handle** [4] - 610:19, 610:23, 611:20, 692:16
**handling** [1] - 692:25
**hands** [1] - 670:3
**happy** [4] - 650:15, 655:12, 722:12, 722:15
**hard** [1] - 691:5
**harm** [1] - 720:23
**harmful** [2] - 709:6
**hassle** [1] - 631:21
**hauled** [1] - 672:10
**hauler** [1] - 688:24
**hauling** [1] - 666:2
**hazards** [1] - 708:23
**head** [3] - 609:14, 617:5, 621:25
**health** [4] - 628:15, 628:18, 629:8, 708:23
**hear** [2] - 612:13, 699:17, 723:14
**HEARD** [1] - 600:12
**heard** [7] - 618:24, 673:1, 673:6, 677:20, 723:16, 723:18
**hearing** [2] - 716:20, 723:11
**heaters** [1] - 669:1
**heating** [1] - 610:6

**held** [1] - 682:4
**help** [3] - 629:18, 662:8, 694:19
**helped** [1] - 628:10
**helping** [1] - 629:12
**hereby** [1] - 726:7
**high** [3] - 607:25, 654:3, 682:8
**high-end** [1] - 654:3
**higher** [2] - 625:16, 653:25
**highlighted** [1] - 649:15
**Hill** [2] - 614:24, 615:8
**hitch** [6] - 624:14, 625:10, 625:16, 625:17, 670:16, 670:17
**hold** [2] - 682:17, 717:20
**holders** [1] - 666:15
**holding** [10] - 685:20, 689:18, 697:1, 697:19, 697:20, 697:24, 698:3, 698:6, 698:8, 710:14
**hollow** [1] - 625:6
**Home** [1] - 694:16
**home** [22] - 610:2, 614:7, 615:12, 615:18, 615:20, 619:3, 621:3, 621:4, 621:5, 621:13, 621:16, 621:20, 622:14, 623:18, 633:22, 677:12, 679:6, 697:1, 697:17, 697:18, 710:16
**home-style** [4] - 697:1, 697:17, 697:18, 710:16
**homes** [14] - 605:3, 621:19, 623:24, 626:12, 626:17, 626:20, 627:3, 627:6, 627:10, 627:16, 627:22, 629:16, 636:24, 716:21
**homework** [1] - 671:11
**honestly** [1] - 725:3
**Honor** [5] - 604:14, 637:24, 638:5, 680:21, 722:23
**HONORABLE** [1] - 600:12
**hooked** [1] - 685:16
**hope** [1] - 680:17

**hour** [8] - 680:5, 680:18, 721:22, 722:7, 722:11, 722:22, 724:8, 725:5
**hours** [3] - 722:18, 722:20, 725:3
**house** [5] - 613:18, 669:8, 685:10, 685:14, 694:18
**housed** [1] - 668:8
**housing** [21] - 615:25, 616:1, 644:13, 651:5, 651:7, 651:25, 654:9, 669:22, 674:3, 676:12, 678:7, 679:24, 696:10, 696:14, 696:20, 698:10, 698:20, 698:22, 716:20, 717:1, 717:24
**HOUSTON** [1] - 600:21
**HUD** [1] - 653:14
**human** [1] - 693:5
**hundred** [5] - 605:5, 605:13, 617:14, 624:8, 678:8
**hundreds** [1] - 643:1
**hung** [2] - 665:8, 697:8
**Hurricane** [4] - 674:4, 678:7, 696:21, 702:25
**hurricane** [4] - 654:22, 670:3, 671:24, 673:12
**hurricanes** [1] - 623:13, 626:9, 626:12, 670:9, 674:3
**Hurricanes** [5] - 626:25, 627:7, 627:9, 627:21, 668:9

## I

**IBS** [5] - 608:12, 608:13, 608:15, 608:16
**idea** [9] - 605:2, 608:13, 608:24, 610:24, 636:6, 648:4, 648:7, 650:18, 711:24
**identified** [3] - 632:25, 634:24, 635:1
**identify** [4] - 632:2, 662:2, 702:21, 705:17

**imagine** [3] - 714:22, 715:24, 722:8
**immediately** [3] - 648:14, 648:16, 649:3
**implementation** [3] - 623:8, 623:9, 639:23
**implications** [1] - 622:5
**importance** [1] - 606:16
**imposed** [1] - 643:6
**improper** [3] - 620:25, 621:14, 621:16
**improperly** [3] - 714:22, 715:18, 715:21
**improve** [1] - 640:22
**IN** [1] - 600:4
**in-house** [2] - 613:18, 669:8
**INC** [3] - 600:8, 601:7, 601:12
**Inc** [2] - 632:11, 632:16
**inch** [1] - 607:25
**inch-and-a-half** [1] - 607:25
**inches** [1] - 621:6
**incident** [1] - 606:1
**incline** [1] - 621:21
**include** [4] - 633:9, 633:12, 633:15, 719:23
**included** [1] - 724:17
**including** [2] - 632:25, 724:16
**inclusive** [1] - 613:24
**increase** [2] - 660:3, 699:24
**indeed** [1] - 704:22
**independent** [1] - 707:9
**Indiana** [4] - 638:22, 672:9, 673:18, 704:20
**indicate** [4] - 636:11, 651:7, 651:11, 663:1
**indicated** [1] - 635:5
**indicates** [2] - 651:12, 651:13
**indicating** [1] - 708:10
**individual** [2] - 618:22, 635:5
**Indonesia** [1] - 706:23
**Industries** [5] - 693:19, 694:6, 695:14, 702:15, 702:16
**Industry** [1] - 683:18

**industry** [6] - 649:23, 649:24, 677:9, 684:10, 686:2, 687:21
**inflated** [1] - 626:7
**information** [3] - 635:12, 662:12, 668:4
**informed** [1] - 644:12
**informing** [1] - 661:13
**inhibit** [1] - 714:18
**initial** [3] - 631:7, 634:3, 662:22
**input** [1] - 683:8
**inquire** [1] - 703:14
**insert** [1] - 607:11
**inserted** [1] - 699:21
**inside** [8] - 607:2, 624:18, 628:6, 666:1, 666:6, 696:1, 707:15, 721:16
**inspect** [6] - 618:17, 658:18, 658:20, 659:7, 659:9, 659:10
**inspected** [7] - 660:18, 676:2, 676:3, 687:15, 687:17, 687:25, 688:7
**inspecting** [1] - 659:9
**inspection** [28] - 609:7, 609:12, 609:17, 609:24, 609:25, 630:1, 631:8, 631:9, 631:10, 637:15, 643:23, 649:5, 649:7, 649:8, 649:13, 658:17, 659:8, 659:25, 660:11, 660:15, 668:22, 669:3, 674:16, 675:25, 676:4, 676:6, 676:13
**inspections** [10] - 609:19, 618:20, 658:15, 661:13, 668:12, 668:13, 668:19, 668:20, 677:3, 690:11
**inspector** [3] - 609:20, 612:10, 612:16
**inspectors** [5] - 630:8, 631:6, 659:17, 659:21, 659:22
**install** [14] - 606:20, 613:10, 613:25, 614:18, 615:5, 616:8, 623:23, 624:1, 626:17,

633:22, 636:24, 669:5, 713:9, 713:21
**installation** [26] - 604:19, 604:23, 605:9, 606:4, 606:10, 606:18, 614:1, 614:5, 614:10, 614:25, 615:3, 615:6, 617:17, 617:23, 623:18, 631:7, 631:23, 633:2, 633:19, 635:17, 635:20, 652:10, 652:15, 667:25, 668:2, 669:6
**installations** [8] - 605:8, 605:11, 613:18, 652:1, 652:10, 668:15, 668:25
**installed** [23] - 604:25, 605:3, 606:13, 606:14, 615:15, 619:7, 626:12, 626:15, 627:6, 633:6, 652:16, 652:21, 667:15, 667:19, 667:20, 672:20, 679:15, 697:6, 700:6, 703:9, 703:12, 718:15, 718:16
**installer** [4] - 615:12, 615:18, 621:3, 621:14
**installer's** [1] - 622:14
**installing** [8] - 608:25, 614:15, 621:4, 621:18, 626:20, 627:3, 627:9, 629:19
**installs** [1] - 605:17
**instance** [6] - 619:2, 659:12, 695:4, 703:22, 713:16, 714:9
**instead** [2] - 616:17, 698:7
**instructed** [3] - 614:20, 619:12, 619:13
**instruction** [4] - 612:17, 613:2, 614:23, 615:11
**instructions** [3] - 605:20, 615:3, 669:6
**instructor** [1] - 623:7
**insulated** [1] - 664:18
**insulation** [1] - 658:3
**integrity** [1] - 679:8

**intend** [1] - 712:13
**intended** [7] - 653:8, 653:10, 653:12, 669:22, 707:15, 711:12, 717:8
**intents** [1] - 665:21
**interacted** [1] - 643:13
**interest** [2] - 684:4, 684:6
**interior** [5] - 610:18, 633:15, 664:14, 678:17, 712:15
**internal** [2] - 668:20, 676:7
**internally** [3] - 642:7, 642:10, 690:22
**internally-developed** [1] - 642:10
**interpret** [1] - 615:2
**interval** [2] - 656:16, 687:22
**intervals** [1] - 658:15
**intrusion** [1] - 633:18
**investigate** [1] - 603:15
**invoice** [3] - 604:21, 666:9, 721:15
**invoicing** [3] - 604:20, 604:21, 631:10
**involve** [1] - 643:1
**involved** [4] - 609:16, 642:13, 644:7, 677:21
**irrelevant** [1] - 620:13
**is..** [1] - 648:9
**issuance** [1] - 613:11
**issue** [10] - 607:7, 612:12, 618:11, 619:3, 620:16, 628:15, 637:13, 671:9, 686:13, 703:16
**issued** [1] - 648:1
**issues** [10] - 634:12, 634:21, 636:8, 649:17, 670:1, 671:12, 671:13, 686:21, 703:17, 723:13
**items** [2] - 649:18, 658:21
**itself** [1] - 633:7

**J**

**jack** [18] - 610:19, 610:23, 611:3, 611:5, 611:17, 611:20, 612:6,

612:14, 619:23, 620:1, 621:9, 621:25, 622:2, 622:8, 625:11, 714:6, 714:11, 714:19
**jacked** [4] - 622:6, 715:17, 715:21, 715:22
**jacks** [3] - 621:5, 686:7, 714:10
**jam** [1] - 714:21
**JAMIE** [1] - 602:6
**Jamie** [4] - 637:25, 638:1, 638:2, 638:9
**Jarrell** [2] - 724:6
**JASON** [1] - 601:8
**Jeff** [4] - 658:22, 698:9, 705:17, 717:22
**Jeffrey** [3] - 680:22, 680:24, 681:6
**JEFFREY** [1] - 602:7
**jeffrey** [1] - 680:23
**job** [2] - 723:20, 724:1
**JR** [3] - 600:16, 600:17, 601:8
**Judge** [1] - 725:7
**JUDGE** [1] - 600:13
**judge** [1] - 724:11
**judged** [1] - 664:8
**July** [4] - 643:25, 646:1, 646:14, 654:20
**June** [1] - 648:12
**JUROR** [1] - 661:2
**Juror** [1] - 603:12
**JURY** [1] - 600:12
**jury** [13] - 603:8, 603:13, 603:19, 603:23, 604:4, 660:21, 680:7, 680:9, 680:14, 722:4, 722:9, 723:4, 723:11
**jury's** [1] - 646:20

**K**

**KAREN** [1] - 601:14
**Katrina** [11] - 605:6, 626:25, 627:7, 627:9, 627:21, 668:9, 674:4, 678:7, 696:10, 696:21, 702:25
**keep** [2] - 620:2, 628:5, 679:10
**keeping** [1] - 628:9

**kept** [3] - 635:1, 695:18, 695:22
**key** [1] - 649:15
**keys** [1] - 721:16
**kid** [1] - 616:16
**kids** [2] - 720:14, 720:15
**Kiefer** [3] - 644:8, 645:6, 657:24
**kind** [9] - 658:13, 662:11, 667:1, 669:3, 674:25, 676:8, 677:10, 684:19, 691:11
**kinds** [1] - 676:16
**kitchen** [1] - 710:2
**knowledge** [53] - 615:18, 621:7, 635:7, 635:10, 646:9, 663:12, 667:18, 667:25, 668:3, 672:2, 673:24, 679:14, 691:19, 691:22, 692:14, 693:21, 693:23, 693:24, 694:20, 698:23, 700:13, 701:1, 701:24, 702:2, 702:3, 702:10, 702:20, 703:19, 705:1, 705:5, 705:24, 706:1, 706:2, 706:5, 707:2, 707:5, 707:19, 707:24, 708:3, 708:4, 708:6, 708:20, 709:3, 709:5, 711:6, 713:6, 713:13, 714:20, 716:12, 716:25, 717:15, 718:14, 719:20
**knowledgeable** [1] - 690:20
**known** [4] - 709:21, 718:22, 719:15, 720:22
**knows** [3] - 706:9, 706:11, 722:8
**KURT** [1] - 600:12
**KURTZ** [1] - 601:13

## L

**LA** [4] - 600:18, 601:10, 601:15, 601:22
**labeled** [1] - 622:10

**labor** [1] - 613:24
**Laboratory** [1] - 707:10
**laboratory** [1] - 707:10
**LABORDE** [1] - 601:7
**lack** [2] - 697:1, 697:19
**lake** [3] - 685:9, 685:14, 685:16
**laminated** [4] - 664:7, 664:10, 664:14, 665:5
**LAPEROUSE** [1] - 601:7
**large** [3] - 644:25, 646:24, 649:19
**larger** [5] - 642:25, 643:6, 659:15, 702:10, 702:12
**last** [2] - 638:3, 724:5
**Lauan** [5] - 706:4, 706:22, 706:25, 707:2, 707:10
**laughing** [1] - 722:24
**launch** [2] - 639:2, 639:5
**LAW** [2] - 600:16, 600:23
**lawyers** [1] - 603:21
**layout** [1] - 642:22
**LE** [9] - 639:8, 639:9, 639:10, 641:16, 641:19, 641:22, 663:16
**leak** [2] - 610:4, 686:25
**leakage** [2] - 633:12, 633:15
**leaks** [5] - 610:16, 671:25, 672:18, 687:4
**learn** [1] - 716:16
**learned** [2] - 603:16, 716:19
**leasing** [1] - 634:3
**leasing-in** [1] - 634:3
**least** [4] - 606:6, 609:24, 676:21, 680:17
**leaves** [1] - 722:5
**left** [8] - 604:9, 662:25, 672:9, 676:1, 714:25, 722:2, 722:7, 724:18
**left-hand** [1] - 662:25
**legs** [1] - 616:9
**length** [5] - 641:14, 641:20, 711:13, 711:16, 711:17
**lengths** [2] - 641:1,

641:22
**LEs** [1] - 641:16
**less** [8] - 700:12, 700:14, 700:17, 700:18, 701:2, 703:4, 704:14, 711:22
**lesser** [1] - 644:8
**letter** [3] - 647:22, 648:12, 654:20
**level** [24] - 606:23, 606:24, 606:25, 607:1, 607:18, 607:20, 610:7, 610:8, 613:20, 613:23, 616:13, 618:16, 618:21, 626:4, 628:3, 628:5, 628:9, 628:25, 653:9, 653:22, 673:5, 686:7
**leveler** [1] - 624:18
**leveling** [3] - 715:1, 715:5, 715:12
**levels** [2] - 607:21, 705:2
**LFE** [7] - 705:19, 705:23, 706:4, 706:7, 706:9, 706:11, 706:19
**LIABILITY** [1] - 600:5
**license** [3] - 615:13, 622:14, 666:15
**licensed** [4] - 615:18, 621:2, 621:13, 622:25
**licensure** [1] - 622:18
**life** [2] - 617:16, 653:23
**life-style** [1] - 653:23
**lift** [6] - 620:25, 621:4, 621:14, 621:16, 621:20, 714:16
**lifted** [4] - 619:7, 714:22, 715:6, 715:14
**lifting** [1] - 620:21
**light** [2] - 610:5, 693:14
**lights** [1] - 680:1
**likely** [3] - 655:2, 715:6, 715:13
**likewise** [1] - 713:4
**Limited** [2] - 639:7, 639:8
**limits** [1] - 705:6
**line** [18] - 628:14, 640:3, 641:16, 648:14, 655:8, 655:9, 655:10,

655:18, 656:9, 656:25, 658:19, 659:14, 663:23, 688:25, 689:3, 691:6, 696:18, 700:5
**lines** [5] - 617:1, 641:19, 681:20, 689:1
**Lippert** [9] - 657:14, 657:15, 666:17, 666:19, 666:22, 667:14, 667:18, 667:22, 671:20
**list** [3] - 636:18, 636:25, 702:21
**listed** [4] - 631:5, 656:21, 664:4, 724:14
**listen** [1] - 722:10
**literally** [1] - 616:20
**litigation** [2] - 673:2, 691:22
**LITIGATION** [1] - 600:5
**livable** [1] - 679:11
**live** [2] - 629:23, 716:4
**lived** [2] - 631:4, 653:8
**living** [4] - 618:19, 647:1, 654:11, 711:1
**loads** [3] - 670:11, 670:22, 671:6
**located** [5] - 638:20, 693:3, 693:7, 693:8, 694:8
**location** [2] - 617:9, 649:5
**locations** [1] - 659:10
**lock** [2] - 613:20, 613:23
**locks** [1] - 610:14
**long-term** [5] - 654:6, 710:19, 710:20, 713:2, 717:20
**look** [27] - 607:23, 613:9, 613:20, 620:18, 622:9, 630:18, 636:1, 640:20, 642:21, 645:10, 650:16, 652:15, 652:16, 659:13, 661:14, 662:15, 663:19, 668:15, 668:21, 668:24, 683:12, 687:3, 690:20, 714:23, 714:25, 722:17
**looked** [9] - 610:25, 650:11, 669:8, 674:19, 674:21,

674:22, 674:24, 708:22, 712:6
**looking** [4] - 636:2, 644:20, 662:3, 683:15
**looks** [6] - 604:19, 610:24, 611:11, 637:2, 652:17, 663:19
**lose** [3] - 619:17, 620:15, 626:3
**loss** [1] - 678:1
**LOUISIANA** [2] - 600:1, 600:6
**Louisiana** [3] - 622:15, 726:5, 726:6
**low** [1] - 705:19
**Lowe's** [1] - 694:16
**lower** [7] - 624:17, 625:9, 625:13, 625:15, 625:20, 706:21, 715:8
**lowered** [1] - 625:12
**lowering** [1] - 625:10
**LP** [1] - 658:21
**lunch** [3] - 680:5, 680:18, 721:24
**luncheon** [1] - 725:15
**Lyndon** [6] - 633:3, 634:4, 634:5, 635:20, 709:23, 718:16
**LYNDON** [1] - 600:16

## M

**ma'am** [3] - 632:22, 634:13, 634:15
**MADE** [1] - 694:17
**magnitude** [1] - 617:21
**MAID** [1] - 694:18
**main** [1] - 629:15
**maintains** [1] - 690:23
**maintenance** [8] - 611:9, 618:19, 618:22, 634:3, 636:16, 636:22, 637:4, 678:19
**major** [1] - 605:16
**majority** [3] - 609:21, 619:21, 626:19
**Mallet** [1] - 624:20
**mallet** [1] - 624:21
**man** [1] - 616:15
**management** [2] - 682:10, 682:16
**Management** [1] - 682:24

**manager** [13] - 638:14, 639:25, 662:4, 673:17, 680:25, 681:8, 681:9, 682:5, 682:25, 683:3, 683:7, 689:11, 706:11

**manager's** [1] - 640:19

**managers** [4] - 638:17, 640:11, 640:19, 640:20

**managing** [2] - 662:7, 683:6

**mandatory** [1] - 605:24

**manual** [23] - 665:23, 666:6, 668:5, 678:1, 683:19, 683:22, 684:8, 686:9, 686:11, 686:14, 686:16, 687:2, 687:10, 707:23, 710:21, 710:24, 711:23, 714:5, 714:24, 715:10, 717:5, 721:13

**manuals** [6] - 616:2, 616:5, 707:24, 708:2, 708:3, 708:11

**manufacture** [18] - 642:14, 646:10, 653:4, 653:7, 653:9, 653:13, 655:11, 655:24, 657:12, 665:16, 679:16, 688:20, 689:16, 689:19, 690:9, 705:20, 705:25, 707:17

**manufactured** [24] - 641:10, 646:7, 647:6, 653:5, 654:14, 654:23, 657:10, 657:15, 657:18, 663:2, 663:5, 681:17, 693:25, 694:1, 695:13, 696:19, 703:3, 705:3, 705:12, 706:3, 708:25, 709:12, 711:15

**manufacturer** [11] - 614:8, 614:15, 614:21, 649:6, 660:16, 693:3, 693:8, 695:15, 708:22, 713:12, 713:19

**manufacturer's** [11] - 614:1, 614:5, 614:8, 614:10, 614:24, 615:3, 615:5, 615:11, 615:15, 649:5, 713:9

**manufacturers** [5] - 616:6, 649:21, 650:16, 650:19, 650:23

**manufactures** [3] - 652:24, 657:13, 688:21

**manufacturing** [20] - 647:7, 650:10, 650:12, 655:8, 656:3, 656:21, 658:14, 663:17, 665:13, 665:14, 681:10, 681:12, 688:9, 693:22, 697:22, 697:23, 702:22, 703:20, 705:15, 717:17

**MARCH** [2] - 600:6, 603:3

**Marine** [2] - 623:4, 623:6

**mark** [6] - 631:25, 636:7, 637:1, 637:4, 637:11, 645:9

**marked** [1] - 632:13

**market** [4] - 640:22, 640:25, 644:23, 649:25

**marks** [2] - 636:4, 636:11

**marksmanship** [1] - 623:7

**masks** [2] - 692:15, 692:19

**material** [5] - 649:16, 649:17, 693:12, 717:10, 717:13

**materials** [5] - 613:24, 657:5, 706:15, 711:5, 717:12

**matter** [1] - 726:10

**mattresses** [2] - 678:25, 711:7

**MDL** [1] - 600:5

**Mead** [1] - 603:12

**mean** [30] - 605:12, 607:24, 609:10, 610:10, 618:3, 619:13, 620:18, 621:18, 642:2, 652:9, 653:19, 654:1, 654:7, 660:8, 660:14, 660:17,

662:25, 663:21, 664:16, 667:8, 671:17, 688:20, 689:18, 693:10, 699:8, 699:12, 722:14, 722:21, 723:6, 724:11

**means** [6] - 646:25, 651:8, 652:11, 652:12, 660:18, 677:4

**meant** [3] - 651:15, 652:10, 652:12

**measure** [1] - 610:1

**measures** [1] - 676:7

**MECHANICAL** [1] - 601:23

**mechanical** [1] - 646:25

**mechanisms** [1] - 621:11

**media** [1] - 716:19

**meed** [1] - 603:23

**meet** [3] - 644:16, 699:22, 702:19

**meeting** [1] - 609:1

**member** [2] - 660:10, 677:1

**members** [1] - 667:1

**memory** [2] - 671:13, 704:21

**mentioned** [5] - 629:25, 630:12, 633:21, 635:15, 688:24

**Merit** [1] - 726:4

**met** [3] - 649:8, 652:5, 691:18

**metal** [2] - 689:4, 704:6

**methods** [1] - 653:5

**mezzanine** [1] - 674:23

**microwave** [4] - 690:8, 697:2, 697:3, 697:4

**microwaves** [1] - 697:6

**middle** [2] - 607:4, 632:3

**might** [5] - 606:15, 608:21, 631:17, 649:18

**mile** [1] - 616:10

**miles** [2] - 672:13, 672:14

**mind** [10] - 611:24, 624:9, 642:2, 651:8, 651:11, 652:9, 678:5, 704:18, 720:17

**minded** [1] - 650:4

**minimum** [2] - 628:23, 628:24

**minutes** [12] - 606:22, 656:15, 660:23, 680:4, 712:21, 722:1, 724:12, 725:4, 725:7

**missing** [1] - 720:12

**mission** [3] - 629:15, 629:21, 629:24

**mixed** [1] - 647:17

**mobile** [25] - 605:3, 614:7, 615:12, 615:18, 615:20, 619:3, 621:3, 621:4, 621:5, 621:13, 621:16, 621:19, 621:20, 622:14, 623:18, 623:23, 626:12, 626:17, 626:20, 627:3, 627:6, 627:10, 627:16, 627:22

**model** [14] - 641:5, 644:3, 646:20, 646:21, 646:22, 647:2, 653:17, 653:19, 685:3, 701:5, 702:5, 702:8, 704:12

**models** [4] - 644:23, 650:17, 653:16, 701:8

**moderate** [1] - 719:16

**modifications** [1] - 702:22

**moisture** [1] - 633:18

**moldings** [1] - 687:7

**mom** [1] - 616:16

**moment** [1] - 661:1

**money** [2] - 618:1, 700:19

**months** [4] - 682:22, 716:5, 716:14, 717:3

**Moore** [1] - 724:4

**moorings** [1] - 611:14

**morning** [2] - 603:10, 660:22

**MORNING** [1] - 600:11

**most** [10] - 631:18, 631:20, 655:2, 686:12, 689:15, 697:6, 706:23, 707:4, 715:6, 715:13

**mostly** [1] - 725:7

**move** [10] - 618:1, 618:9, 628:7, 630:6, 639:22, 655:23, 656:9, 656:13, 718:9

**minded** [1] - 650:4

**moved** [2] - 639:20, 639:24

**moving** [2] - 618:13, 680:2

**MR** [15] - 604:14, 637:24, 638:2, 638:5, 648:22, 649:1, 680:21, 680:24, 681:2, 722:12, 722:15, 722:23, 723:1, 724:11, 725:6

**MSDS** [1] - 693:6

**MSO** [1] - 721:16

**multiple** [10] - 621:5, 652:1, 652:9, 657:3, 657:4, 659:10, 659:11, 659:19, 688:16, 688:17

**mystery** [1] - 718:4

## N

**NACS** [9] - 643:8, 643:10, 643:11, 643:13, 644:12, 645:1, 645:15, 654:10, 662:25

**name** [3] - 638:3, 638:10, 645:24

**natural** [1] - 677:15

**nature** [12] - 651:12, 667:9, 682:11, 683:13, 684:3, 694:15, 698:1, 705:23, 711:1, 711:11, 719:7, 719:8

**near** [1] - 638:20

**necessarily** [2] - 664:21, 674:17

**necessary** [4] - 613:25, 625:3, 666:23, 723:13

**need** [16] - 612:18, 612:19, 612:20, 612:21, 624:9, 624:21, 660:4, 660:25, 666:25, 669:13, 670:25, 687:15, 696:14, 699:22, 723:14, 723:16

**needed** [12] - 618:6, 625:5, 625:6, 634:21, 636:6, 636:14, 648:14, 648:16, 649:3, 665:19, 686:13, 723:23

**negative** [2] - 674:6, 690:1
**negatively** [1] - 609:14
**never** [27] - 606:11, 607:6, 608:4, 612:6, 612:25, 617:3, 618:7, 618:13, 618:16, 618:24, 619:10, 620:22, 623:21, 631:24, 637:17, 646:9, 671:8, 671:22, 672:25, 673:11, 673:13, 675:21, 677:20, 677:21, 720:17
**New** [2] - 696:15, 719:17
**new** [12] - 637:18, 637:21, 639:2, 639:5, 644:12, 646:5, 648:1, 649:4, 670:24, 694:9, 712:17
**NEW** [5] - 600:6, 600:18, 601:10, 601:15, 601:22
**NEXSEN** [1] - 601:3
**next** [11] - 615:4, 632:1, 637:22, 637:23, 648:14, 650:25, 656:8, 661:8, 662:3, 680:19, 681:12
**night** [2] - 682:13, 682:20
**nine** [4] - 638:24, 673:14, 677:8, 682:22
**NO** [2] - 600:5, 600:9
**nobody** [2] - 619:25, 706:9
**none** [5] - 613:16, 623:19, 634:6, 640:17
**nonFEMA** [1] - 710:5
**nonLFE** [2] - 705:24, 706:20
**nonpermanent** [1] - 651:9
**nonslide** [2] - 646:21, 647:2
**nonspec** [1] - 665:14
**noon** [2] - 721:22, 722:20
**normal** [7] - 635:1, 642:24, 647:9, 679:6, 703:3, 703:21, 704:15
**normally** [4] - 642:23,

666:3, 669:19, 717:14
**North** [3] - 645:15, 645:21, 706:25
**note** [5] - 691:6, 714:25, 715:1, 715:5, 715:10
**noted** [2] - 633:6, 687:18
**nothing** [5] - 611:2, 620:18, 644:22, 679:9, 695:25
**notification** [2] - 710:3, 717:16
**notified** [1] - 616:22
**notify** [1] - 618:22
**nowhere** [1] - 611:2
**number** [6] - 607:19, 654:18, 695:6, 699:6, 704:11
**Number** [6] - 603:12, 613:9, 613:20, 700:1, 702:21, 714:24
**numbered** [1] - 726:9
**numbers** [6] - 663:20, 663:22, 664:4, 666:13, 669:9
**numerous** [1] - 641:22

## O

**o'clock** [1] - 724:10
**objected** [1] - 724:11
**objections** [1] - 725:2
**observe** [3] - 650:10, 650:12, 658:19
**observed** [2] - 606:12, 606:13
**obtain** [2] - 649:19, 715:8
**obvious** [1] - 644:15
**obviously** [4] - 611:2, 646:23, 665:18, 671:4
**occasions** [2] - 606:6, 606:14
**occupancy** [18] - 609:6, 609:12, 609:16, 609:25, 615:24, 629:25, 633:25, 634:7, 634:10, 634:19, 654:6, 677:19, 677:24, 679:22, 710:19, 712:24, 716:3, 717:6
**occupant** [2] - 628:6, 634:10

**occupants** [4] - 629:9, 668:8, 708:4, 716:4
**occupied** [5] - 633:3, 634:4, 709:23, 716:13, 718:16
**occur** [1] - 673:4
**occurred** [1] - 643:16
**occurrence** [1] - 642:17
**odors** [1] - 677:10
**OF** [3] - 600:1, 600:12, 600:16
**off-the-shelf** [1] - 704:16
**OFFICER** [3] - 680:6, 680:13, 722:3
**officer's** [1] - 622:17
**OFFICES** [1] - 600:16
**offices** [1] - 723:9
**OFFICIAL** [1] - 601:21
**Official** [2] - 726:5, 726:15
**often** [7] - 640:20, 671:15, 687:1, 687:14, 690:13, 711:4
**on-line** [1] - 655:9
**on-site** [2] - 658:15, 677:3
**once** [9] - 618:7, 618:13, 625:11, 631:8, 645:4, 652:13, 668:21, 670:14, 671:18
**one** [66] - 603:14, 604:17, 607:13, 609:12, 609:14, 609:15, 612:11, 615:20, 615:21, 615:22, 617:22, 619:2, 620:4, 620:14, 622:17, 622:19, 624:6, 626:2, 630:1, 633:21, 637:2, 637:4, 638:20, 638:21, 640:3, 645:23, 649:23, 655:18, 655:19, 655:21, 656:8, 656:15, 657:2, 662:16, 662:19, 664:6, 664:15, 665:4, 668:2, 672:13, 674:19, 675:18, 678:10, 681:13, 681:14, 681:15, 681:21, 684:17, 688:15, 689:3, 691:10,

694:12, 695:24, 700:17, 701:14, 708:9, 709:14, 709:15, 715:6, 715:14, 720:17, 720:21, 723:6
**ones** [5] - 605:23, 613:5, 634:25, 717:13, 723:22
**ongoing** [1] - 668:21
**online** [3] - 655:19, 655:20, 656:6
**open** [5] - 610:12, 616:7, 650:4, 718:20, 719:5
**opened** [3] - 630:2, 719:1, 719:10
**opening** [3] - 630:4, 677:14
**operation** [1] - 622:17
**operations** [1] - 638:16
**opinion** [2] - 654:6, 711:20
**opportunity** [3] - 639:24, 639:25, 650:12
**opposed** [1] - 694:17
**option** [2] - 702:7, 718:10
**optional** [1] - 692:19
**options** [3] - 649:24, 701:9, 703:4
**OR** [2] - 663:21, 663:24
**order** [11] - 621:2, 632:10, 662:16, 662:19, 662:21, 662:23, 698:3, 699:7, 699:22, 700:3
**ORDER** [1] - 603:4
**order/orders** [1] - 613:12
**ordered** [1] - 643:12
**orders** [1] - 699:14
**ordinary** [1] - 671:6
**Oregon** [1] - 663:25
**oriented** [1] - 706:3
**origin** [1] - 666:9
**original** [1] - 632:10
**Orleans** [2] - 696:15, 719:17
**ORLEANS** [5] - 600:6, 600:18, 601:10, 601:15, 601:22
**otherwise** [2] - 633:16, 675:21
**ourself** [1] - 677:2
**outlets** [1] - 699:13
**outset** [1] - 604:6

**outside** [8] - 657:18, 673:25, 696:2, 704:6, 706:23, 718:19, 719:2, 719:3
**outward** [1] - 647:3
**ovens** [1] - 649:25
**over-the-counter** [1] - 697:3
**over-the-range** [2] - 697:2, 697:4
**over-the-road** [2] - 670:22, 672:14
**overall** [2] - 646:24, 670:17
**oversaw** [1] - 647:6
**overseas** [2] - 707:3, 707:11
**oversee** [4] - 638:16, 641:11, 681:12, 683:12
**overseeing** [1] - 683:5
**oversees** [1] - 681:10
**oversight** [2] - 640:6, 640:8, 640:9
**own** [5] - 684:12, 684:17, 684:20, 685:5, 697:24
**owned** [5] - 663:23, 684:12, 684:21, 684:25, 685:1
**owner** [2] - 632:9, 708:2
**owner's** [14] - 665:23, 666:6, 668:5, 678:1, 686:9, 686:11, 686:14, 686:16, 687:2, 687:10, 707:23, 711:23, 714:5, 721:13
**owners'** [5] - 616:2, 616:5, 707:24, 708:3, 708:11

## P

**P.O** [1] - 601:4
**package** [2] - 721:15, 721:17
**packet** [4] - 636:21, 666:5, 666:6, 666:8
**pad** [4] - 605:15, 607:24, 625:5, 625:6
**pads** [11] - 608:13, 608:17, 608:20, 612:25, 613:2, 613:4, 613:8, 618:25
**PAGE** [1] - 602:3
**Page** [6] - 630:19, 632:6, 636:1, 651:1,

700:7
**page** [9] - 632:3, 632:13, 647:21, 647:22, 662:18, 700:7, 712:7, 714:24, 714:25
**pages** [1] - 650:25
**paid** [3] - 631:12, 635:16, 635:19
**pain** [1] - 613:6
**paint** [1] - 631:20
**Pam** [1] - 680:1
**panel** [7] - 603:9, 664:18, 680:8, 680:15, 694:1, 695:7, 695:13, 706:3, 722:5
**paneling** [4] - 665:3, 695:23, 702:16
**paperwork** [3] - 608:24, 634:14, 634:15
**paragraph** [8] - 647:24, 648:22, 648:24, 651:20, 652:6, 652:8, 662:16, 712:7
**parameters** [1] - 713:23
**parking** [1] - 638:21
**parse** [1] - 724:16
**part** [13] - 609:13, 618:20, 629:21, 630:15, 632:18, 633:25, 654:25, 669:5, 669:14, 680:17, 689:15, 722:23
**participate** [1] - 644:5
**particleboard** [1] - 706:4
**particular** [18] - 633:2, 634:9, 634:20, 635:8, 635:17, 635:20, 642:20, 642:22, 691:10, 693:10, 693:25, 695:18, 695:20, 695:25, 699:21, 723:13
**parties** [1] - 603:21
**partner** [1] - 632:6
**parts** [8] - 612:8, 649:15, 674:22, 685:19, 689:13, 689:16, 690:2, 707:16
**party** [4] - 668:11, 668:13, 670:2, 708:8
**passed** [3] - 614:13,

614:14, 676:12
**past** [6] - 603:14, 684:15, 684:16, 684:19, 686:20, 724:21
**pasted** [1] - 614:7
**Patrick** [9] - 693:19, 694:6, 694:21, 694:25, 695:8, 695:14, 702:14, 702:15, 702:19
**PAUL** [1] - 601:3
**pay** [2] - 617:14, 618:1
**pea** [1] - 604:23
**people** [14] - 603:20, 609:24, 629:12, 629:22, 635:7, 645:23, 654:10, 659:20, 686:25, 696:14, 716:20, 719:14, 723:8, 723:17
**Pepper** [3] - 726:3, 726:13, 726:14
**PEPPER** [1] - 601:21
**percent** [10] - 624:8, 627:10, 627:13, 632:9, 636:23, 678:8, 695:4, 695:5, 695:7, 695:8
**percentage** [1] - 670:17
**percentages** [1] - 694:24
**perform** [1] - 639:22
**period** [14] - 605:1, 651:10, 675:2, 675:6, 678:13, 678:14, 693:18, 695:11, 698:25, 701:3, 702:13, 705:9, 705:21, 706:8
**periodic** [1] - 668:19
**periodically** [2] - 687:8, 690:11
**periods** [3] - 653:8, 711:21, 716:14
**permanent** [9] - 614:10, 615:22, 653:12, 711:2, 712:13, 712:14, 712:16, 713:2, 717:8
**person** [3] - 662:13, 666:2, 678:14
**personal** [4] - 613:8, 673:24, 684:13, 711:20
**personally** [5] - 622:16, 672:21, 675:21, 677:21,

692:8
**perspective** [1] - 629:11
**pertain** [1] - 662:7
**pertains** [3] - 682:9, 692:21, 694:3
**perused** [1] - 686:12
**phase** [2] - 631:7
**phases** [3] - 655:24, 656:3, 659:11
**phone** [4] - 686:23, 720:13, 720:15, 720:16
**photographs** [1] - 703:11
**phrase** [1] - 609:11
**physically** [3] - 649:14, 658:18, 660:9
**pick** [4] - 604:9, 604:12, 722:1, 722:10
**picks** [1] - 721:19
**picture** [5] - 611:4, 623:15, 624:10, 720:10, 720:17
**pictures** [1] - 720:13
**piece** [1] - 649:23
**pier** [2] - 607:16, 625:2
**piers** [16] - 606:21, 607:11, 607:23, 624:11, 624:25, 626:1, 652:21, 667:16, 667:19, 667:21, 672:20, 675:13, 675:15, 675:22, 679:15
**PINEDO** [1] - 600:23
**pipe** [1] - 629:1
**pipes** [3] - 628:21, 629:4, 633:16
**pissed** [1] - 607:5
**Place** [1] - 610:19
**place** [11] - 607:15, 611:1, 616:20, 617:11, 624:23, 625:20, 628:11, 629:20, 629:23, 630:25, 702:24
**placed** [6] - 607:1, 607:23, 608:3, 667:1, 709:22, 709:25
**placement** [1] - 707:14
**places** [1] - 642:1
**plaintiff** [1] - 637:23
**plaintiffs** [2] - 637:24, 638:11

**plan** [11] - 604:6, 623:8, 641:7, 641:12, 641:20, 645:4, 663:10, 665:18, 667:6, 704:23, 725:11
**plans** [7] - 640:18, 640:21, 640:23, 641:22, 644:18, 644:20, 644:21
**Plant** [3] - 638:16, 674:23
**plant** [39] - 638:17, 639:25, 640:10, 643:22, 647:12, 647:15, 655:5, 655:7, 655:17, 655:19, 655:21, 659:9, 659:10, 659:21, 663:19, 663:22, 663:23, 663:24, 663:25, 664:7, 680:25, 681:16, 681:17, 690:3, 693:22, 694:2, 695:19, 695:25, 698:19, 698:23, 705:12, 705:24, 706:7, 708:20, 717:16, 719:21
**plants** [19] - 638:17, 639:4, 653:21, 655:12, 655:13, 655:15, 655:18, 655:21, 656:1, 657:17, 658:16, 659:19, 662:7, 662:10, 672:9, 673:17, 673:21, 673:22, 705:13
**Plants** [1] - 638:20
**plastic** [5] - 608:1, 608:17, 612:25, 625:2, 696:5
**plate** [1] - 666:15
**platform** [1] - 604:22
**play** [8] - 623:8, 637:25, 638:7, 640:15, 681:4, 723:7, 724:4, 724:19
**played** [5] - 604:16, 638:9, 661:7, 681:6, 722:17
**playing** [1] - 604:8
**plumb** [1] - 698:8
**plumbing** [6] - 628:10, 658:21, 685:17, 698:7, 703:22, 703:24

**plywood** [9] - 608:3, 608:4, 608:6, 608:9, 608:22, 609:2, 612:25, 613:3
**point** [26] - 603:8, 604:15, 608:5, 617:8, 617:24, 619:20, 638:8, 644:16, 644:22, 647:17, 650:19, 661:6, 664:6, 665:5, 667:2, 672:3, 680:7, 680:11, 680:14, 681:5, 687:3, 720:12, 721:20, 722:4, 722:9, 725:14
**points** [2] - 641:2, 650:2
**pole** [1] - 604:22
**policies** [5] - 677:2, 677:4, 705:18, 705:22, 707:13
**policy** [5] - 661:25, 706:6, 721:12
**porter** [7] - 649:14, 650:3, 650:7, 651:14, 674:11, 674:19, 675:8
**Porter** [2] - 643:21, 649:9
**porter's** [1] - 674:10
**portions** [3] - 714:5, 722:13, 722:16
**position** [4] - 623:6, 638:11, 681:7, 682:4
**post** [2] - 604:19, 605:6
**post-installation** [1] - 604:19
**post-Katrina** [1] - 605:6
**potential** [4] - 615:21, 619:19, 649:16, 708:23
**POYDRAS** [2] - 601:9, 601:21
**practice** [1] - 666:19
**preexisting** [2] - 605:15, 667:5
**prefabricated** [1] - 694:15
**prefer** [1] - 660:24
**preference** [2] - 613:4, 613:8
**premanufactured** [1] - 689:13
**premature** [3] - 711:5, 712:16, 716:2
**prematurely** [1] - 712:15

preparation [1] - 613:25
prepared [1] - 680:4
presence [1] - 707:16
PRESENT [1] - 601:18
present [2] - 705:3, 707:20
presents [1] - 628:17
pressure [2] - 620:15, 626:3
pretty [4] - 618:3, 631:11, 712:1, 723:18
previously [1] - 633:1
price [9] - 613:14, 641:2, 652:4, 665:4, 665:5, 665:9, 700:7, 700:10, 700:11
pride [1] - 629:12
primary [7] - 622:22, 623:2, 623:3, 682:16, 685:7, 685:9, 694:21
print [1] - 645:4
private [1] - 605:11
privileged [1] - 716:11
proactive [2] - 618:3
problem [10] - 612:12, 630:4, 634:9, 671:8, 671:15, 671:16, 671:19, 677:11, 699:15, 702:18
problems [8] - 628:18, 629:5, 654:12, 665:16, 670:1, 670:4, 671:21, 699:11
proceeding [1] - 604:15
PROCEEDINGS [3] - 600:12, 601:23, 603:1
proceedings [11] - 603:8, 638:8, 661:6, 680:7, 680:11, 680:14, 681:5, 721:20, 722:4, 725:14, 726:9
process [30] - 610:23, 624:10, 631:23, 634:3, 644:6, 644:7, 644:10, 645:2, 650:10, 650:13, 656:1, 656:21, 658:14, 660:1, 665:13, 665:14, 674:17, 676:2, 676:3, 681:10, 683:6, 687:20, 691:17, 693:22,

697:22, 697:23, 698:15, 703:1, 703:20, 705:15
processed [4] - 693:16, 694:1, 695:13, 706:3
processes [1] - 702:23
procured [1] - 651:24
produce [4] - 656:18, 700:12, 701:1, 717:11
produced [13] - 664:2, 666:11, 668:1, 673:22, 676:21, 678:6, 689:1, 691:14, 698:23, 699:1, 710:7, 710:9, 719:21
PRODUCED [1] - 601:24
producing [2] - 696:11, 696:13
product [44] - 639:2, 639:3, 639:5, 639:7, 640:20, 641:16, 642:24, 643:12, 650:11, 653:2, 653:5, 653:6, 653:10, 653:23, 655:6, 663:23, 669:22, 669:24, 671:12, 676:8, 677:18, 677:21, 681:19, 681:20, 683:3, 683:7, 683:8, 683:11, 683:15, 688:24, 689:1, 690:24, 694:1, 694:17, 694:24, 695:13, 695:16, 700:11, 704:18, 706:13, 718:13, 720:1
production [52] - 638:14, 638:18, 639:4, 640:3, 640:11, 643:6, 655:1, 655:4, 656:25, 657:20, 659:11, 662:4, 662:6, 662:9, 672:3, 673:17, 674:23, 676:3, 676:9, 681:8, 681:9, 681:10, 681:13, 682:5, 682:25, 683:6, 689:3, 689:6, 691:6, 691:7, 691:17, 696:1, 696:18,

698:15, 698:20, 699:4, 699:7, 699:8, 699:9, 699:11, 699:22, 700:3, 700:4, 700:5, 702:16, 702:18, 702:24, 703:1, 703:21, 705:6, 708:15
PRODUCTS [1] - 600:4
Products [1] - 693:20
products [45] - 653:6, 653:7, 653:9, 653:12, 653:13, 653:21, 653:22, 657:7, 657:8, 665:6, 666:21, 675:14, 676:15, 676:16, 677:24, 678:10, 678:13, 691:23, 692:7, 692:9, 692:13, 692:17, 692:22, 692:25, 693:6, 693:17, 693:21, 693:25, 694:20, 695:18, 695:25, 705:19, 705:20, 705:23, 705:25, 706:2, 706:3, 706:4, 707:2, 707:6, 707:7, 708:25, 709:16, 709:21
professional [1] - 622:25
Professional [1] - 726:4
program [2] - 660:11, 669:14
progress [2] - 604:5, 656:8
prohibition [3] - 675:14, 675:17, 675:18
prohibitions [1] - 677:23
project [1] - 639:23
prominent [1] - 723:23
promise [1] - 724:21
proof [2] - 661:23, 661:24
propane [2] - 685:20, 697:17
proper [5] - 628:22, 629:1, 700:5, 714:6, 715:8
properly [2] - 613:25, 615:5

properties [1] - 691:24
prototype [7] - 643:23, 643:24, 643:25, 650:17, 670:14, 674:20, 674:22
provide [4] - 605:23, 652:3, 667:3, 670:15
provided [7] - 613:14, 614:18, 616:21, 625:11, 645:4, 692:16, 716:20
providing [1] - 651:25
PRUET [1] - 601:3
public [2] - 652:17, 652:20
Puma [2] - 663:20, 663:22
punch [2] - 636:18, 636:25
purchase [2] - 632:10, 706:18
purchasers [1] - 677:18
purchasing [2] - 706:11, 706:18
purpose [9] - 628:2, 651:4, 651:25, 667:3, 669:24, 674:15, 691:16, 691:17, 700:1
purposes [2] - 665:22, 717:21
pursuant [1] - 626:22
purview [1] - 713:5
put [32] - 605:21, 606:3, 606:25, 607:2, 608:2, 612:23, 615:8, 616:8, 618:9, 619:2, 624:13, 624:15, 624:18, 624:21, 636:9, 637:3, 660:9, 669:18, 676:25, 690:9, 695:6, 709:15, 709:17, 709:20, 715:24, 718:8, 720:1, 720:11, 721:3, 724:12
putting [5] - 607:12, 613:6, 618:8, 675:12, 675:14

Q

QC [1] - 631:3
qualification [1] - 623:7
Quality [1] - 682:24

quality [9] - 631:3, 660:16, 668:20, 676:7, 682:10, 682:16, 683:6, 683:13, 691:18
quantities [1] - 649:19
quantity [1] - 656:24
quarter [3] - 655:16, 656:18, 656:20
quarters [1] - 650:9
questioning [1] - 717:21
questions [2] - 662:9, 675:12, 691:9, 699:4, 713:4
quick [2] - 610:5, 678:3
quicker [1] - 679:5
quickly [3] - 622:10, 622:20, 711:3
quite [4] - 609:21, 640:20, 725:3
quoted [2] - 665:4, 665:5
quotes [1] - 665:10

R

raise [2] - 621:6, 714:9
raised [1] - 649:16
ramifications [1] - 622:8
ramp [2] - 655:3, 699:8
range [3] - 697:2, 697:4, 697:8
ranges [1] - 669:1
rapport [2] - 629:15, 629:17
rather [4] - 603:17, 694:9, 711:3
ratio [2] - 626:21, 631:20
RCG [37] - 609:6, 609:9, 609:18, 612:7, 612:24, 613:13, 613:14, 614:15, 614:20, 616:22, 622:25, 623:12, 623:20, 624:2, 624:9, 624:11, 625:21, 626:9, 626:25, 627:6, 627:9, 629:11, 629:21, 631:1, 631:15, 631:22, 632:7, 632:16, 632:20, 632:23, 633:21,

634:2, 634:25, 635:4, 635:11
**RCG's** [1] - 635:1
**RE** [1] - 600:4
**react** [2] - 671:12, 671:13
**read** [14] - 610:21, 613:23, 614:3, 632:4, 647:24, 648:22, 648:24, 649:1, 651:20, 661:8, 682:23, 686:11, 712:10, 715:4
**reads** [2] - 682:24, 720:20
**ready** [8] - 609:6, 609:12, 609:16, 609:25, 629:25, 633:25, 634:7, 648:18
**real** [3] - 615:21, 622:10, 622:20
**really** [5] - 605:18, 629:18, 649:18, 655:13, 706:9
**realm** [1] - 711:3
**Realtime** [1] - 726:3
**reason** [8] - 618:6, 621:22, 663:13, 697:10, 706:15, 724:25, 725:2, 725:3
**reasonably** [1] - 618:4
**receive** [1] - 614:23
**received** [6] - 623:14, 639:19, 650:2, 661:17, 708:8, 717:16
**receiving** [2] - 636:7, 646:2
**recently** [1] - 707:22
**recess** [2] - 680:12, 725:15
**recirculating** [1] - 718:22
**recognize** [2] - 632:10, 632:18
**recollection** [10] - 608:11, 608:18, 637:14, 646:17, 648:15, 650:8, 654:21, 664:1, 665:9, 674:21
**recommend** [3] - 687:10, 687:21, 687:25
**recommendation** [1] - 657:24
**recommendations** [1] - 669:12

**recommends** [1] - 717:5
**record** [7] - 647:25, 648:25, 651:20, 661:9, 712:10, 715:4, 726:9
**RECORDED** [1] - 601:23
**recorded** [1] - 725:1
**recreation** [3] - 653:10, 676:18, 685:19
**Recreational** [1] - 683:18
**recreational** [19] - 615:23, 652:7, 667:10, 677:9, 677:19, 678:21, 678:25, 685:12, 686:15, 710:8, 710:11, 710:12, 710:18, 711:14, 712:7, 712:11, 712:12, 712:13, 712:23
**redesigned** [1] - 672:4
**redo** [1] - 619:5
**reduce** [1] - 712:18
**refer** [10] - 639:8, 656:5, 662:22, 663:22, 684:9, 686:14, 687:1, 711:23, 712:3
**reference** [1] - 693:13
**referencing** [2] - 693:4, 693:9
**referred** [1] - 662:18
**referring** [3] - 659:6, 685:20, 720:2
**refers** [3] - 663:24, 663:25, 684:8
**refine** [1] - 693:14
**refrigerator** [8] - 611:13, 697:2, 697:14, 697:16, 697:17, 697:18, 710:16
**refurbish** [1] - 694:13
**regard** [3] - 603:13, 604:6, 710:13
**regarding** [16] - 633:2, 634:15, 650:20, 667:25, 673:11, 692:12, 692:25, 693:25, 698:9, 702:16, 705:18, 705:23, 706:8, 709:12, 709:15, 711:14
**regards** [3] - 686:20,

686:24, 710:21
**Registered** [2] - 726:3, 726:4
**regular** [5] - 619:18, 658:15, 699:11, 699:12, 705:19
**regulation** [2] - 706:7, 709:17
**regulations** [2] - 692:12, 705:22
**REICH** [2] - 600:20, 600:20
**reinstalled** [1] - 618:6
**reinstalling** [1] - 618:5
**relate** [1] - 662:9
**related** [4] - 606:3, 671:13, 684:4, 708:19
**RELATES** [1] - 600:7
**relating** [9] - 613:2, 614:23, 658:8, 658:11, 659:25, 662:5, 666:18, 707:14, 718:1
**relative** [1] - 708:23
**release** [2] - 610:3, 611:13
**relevant** [6] - 693:17, 695:11, 698:25, 701:2, 705:9, 705:21
**relevel** [4] - 607:8, 618:15, 673:7, 715:8
**releveled** [1] - 619:1
**releveling** [1] - 618:17
**relief** [5] - 651:6, 662:5, 670:4, 671:24, 673:12
**reluctantly** [2] - 603:21
**rely** [5] - 617:8, 617:10, 666:19, 667:2, 713:22
**relying** [1] - 617:15
**remained** [1] - 698:5
**remaining** [1] - 724:2
**remedied** [1] - 634:10
**remember** [1] - 685:3
**remove** [3] - 620:1, 620:10, 698:3
**rep** [3] - 609:18, 609:22
**repetitive** [2] - 723:12, 724:6
**replace** [2] - 687:22, 688:2
**replaced** [1] - 636:15
**replacement** [1] - 688:2
**replacing** [1] - 711:3
**report** [1] - 640:13

**reported** [1] - 630:5
**Reporter** [6] - 726:3, 726:4, 726:5, 726:15
**REPORTER** [1] - 601:21
**REPORTER'S** [1] - 726:1
**reports** [4] - 661:14, 670:9, 671:25, 672:18
**represent** [2] - 633:1, 635:11
**representative** [1] - 635:11
**representatives** [2] - 649:6, 708:19
**representing** [1] - 676:25
**represents** [2] - 660:10, 677:1
**reproductive** [1] - 720:23
**request** [4] - 656:24, 692:24, 710:8, 717:23
**requested** [3] - 657:25, 696:20, 698:10
**requesting** [1] - 718:5
**requests** [1] - 702:25
**require** [1] - 639:4
**required** [5] - 649:5, 655:6, 658:19, 658:24, 660:3
**requirement** [6] - 608:19, 608:23, 614:9, 652:18, 669:5, 706:7
**requirements** [13] - 614:2, 614:8, 614:12, 614:13, 614:25, 615:6, 615:7, 615:12, 615:14, 615:19, 630:9, 652:5, 660:14
**requiring** [1] - 706:6
**resealed** [2] - 687:13, 687:14, 687:18
**reserve** [1] - 648:19
**residence** [2] - 615:22, 711:2
**residences** [2] - 653:12, 713:2
**residency** [1] - 712:16
**residential** [4] - 651:7, 679:6, 679:22, 685:16
**residents** [3] - 629:20, 708:1, 716:13
**resins** [1] - 708:24

**resistant** [2] - 610:8, 631:19
**resolve** [1] - 603:14
**resonate** [1] - 661:16
**respect** [5] - 634:4, 634:7, 634:9, 635:19, 653:18
**response** [9] - 646:14, 654:19, 654:21, 696:10, 702:24, 703:18, 710:8, 717:23
**response)** [4] - 613:22, 682:1, 690:1, 715:3
**responsibilities** [5] - 633:21, 634:2, 634:3, 638:18, 662:5
**responsibility** [5] - 614:17, 615:9, 633:24, 666:4
**responsible** [3] - 613:15, 659:19, 713:16
**responsive** [2] - 663:2, 664:2
**rest** [2] - 624:23, 625:13
**resting** [1] - 626:8
**restrictive** [1] - 652:3
**rests** [1] - 624:17
**result** [3] - 696:21, 716:2, 716:3
**resume** [1] - 603:11
**retail** [1] - 699:12
**retained** [1] - 640:6
**review** [4] - 616:2, 675:9, 698:9, 698:12
**reviewed** [6] - 616:5, 644:15, 670:18, 686:15, 686:19, 686:20
**RFO** [3] - 636:4, 637:8, 637:15
**RFP** [1] - 648:1
**Rialto** [22] - 681:16, 681:17, 688:10, 689:2, 689:12, 692:20, 693:22, 694:2, 696:11, 698:19, 698:23, 699:5, 700:13, 704:25, 705:12, 705:24, 708:20, 709:1, 709:12, 711:15, 717:17, 719:21
**rise** [5] - 603:7, 680:6, 680:13, 722:3, 725:13

**Rita** [8] - 627:1, 627:7, 627:9, 627:21, 668:9, 696:11, 696:21, 702:25
**RIVER** [2] - 600:8, 601:7
**River** [100] - 638:2, 638:12, 638:23, 638:24, 639:2, 639:20, 639:22, 639:24, 642:8, 642:11, 642:15, 646:7, 646:9, 646:10, 646:13, 647:5, 648:7, 650:22, 651:17, 652:24, 654:14, 655:1, 657:3, 657:11, 657:12, 657:19, 657:20, 658:1, 663:23, 667:25, 668:1, 668:4, 668:7, 668:12, 668:20, 668:22, 669:19, 669:23, 670:2, 671:8, 671:10, 671:24, 673:14, 673:20, 673:22, 674:2, 674:7, 674:11, 675:10, 675:14, 675:25, 676:8, 676:12, 676:17, 676:20, 677:8, 677:17, 677:18, 677:23, 678:6, 678:10, 679:10, 679:18, 680:25, 681:7, 681:16, 682:2, 683:4, 684:5, 686:15, 688:9, 688:21, 689:12, 689:16, 690:8, 690:23, 691:23, 692:16, 692:20, 692:24, 694:2, 698:19, 700:12, 701:1, 702:23, 705:1, 705:12, 705:20, 706:18, 707:5, 708:18, 710:7, 710:17, 710:20, 713:22, 714:3, 717:10, 717:17, 718:12
**River's** [4] - 675:9, 676:1, 676:12, 696:9
**Riverside** [1] - 682:14
**RMR** [2] - 601:21,

726:14
**road** [3] - 652:1, 670:22, 672:14
**Robert** [2] - 632:5, 632:17
**robust** [2] - 671:1, 678:19
**role** [5] - 623:8, 623:10, 640:15, 640:18, 673:20
**roll** [2] - 607:6, 616:9
**rolling** [1] - 656:10
**roof** [8] - 610:17, 674:24, 687:6, 688:16, 689:9, 695:24, 696:2, 718:9
**roofing** [6] - 649:17, 649:22, 649:23, 657:22, 657:25, 658:1
**ROOM** [1] - 601:21
**room** [3] - 624:7, 646:23, 646:24
**rough** [2] - 688:12, 688:13
**roughly** [3] - 646:1, 646:3, 650:8
**round** [1] - 723:24
**ROY** [1] - 601:14
**rubber** [2] - 624:19, 674:24
**rule** [1] - 608:20
**ruled** [1] - 725:1
**rulemaking** [1] - 659:5
**rules** [1] - 677:2
**run** [7] - 647:14, 647:15, 647:16, 647:17, 647:19, 672:3, 699:22
**running** [1] - 647:16
**runs** [1] - 697:17
**RV** [7] - 677:12, 677:13, 677:14, 697:16, 703:6, 711:18, 711:20
**RVIA** [34] - 658:13, 658:24, 659:4, 659:25, 660:5, 660:7, 660:10, 660:13, 660:17, 660:19, 661:17, 661:18, 662:1, 668:14, 668:19, 669:5, 669:11, 676:22, 676:24, 677:2, 677:3, 677:4, 677:5, 683:16, 683:17, 683:20, 684:8, 690:11, 690:17, 690:18,

690:24, 691:20

---

**S**

---

**s/Cathy** [1] - 726:13
**safe** [4] - 616:11, 678:6, 678:8, 679:11
**safety** [12] - 606:3, 606:16, 620:11, 628:15, 629:8, 692:15, 692:19, 692:24, 693:3, 693:8, 695:15, 708:22
**Salem** [16] - 639:7, 639:9, 639:23, 640:16, 641:3, 641:8, 641:10, 663:7, 681:20, 681:21, 702:5, 702:8, 703:3, 703:22, 704:1
**Salems** [3] - 640:24, 641:17, 663:5
**sales** [5] - 640:19, 662:21, 662:23, 700:3
**SAN** [1] - 600:21
**sand** [1] - 631:20
**Sandstorm** [1] - 681:20
**satisfy** [2] - 644:19, 696:20
**saw** [4] - 619:10, 620:23, 654:20, 678:4
**SC** [1] - 601:4
**scale** [3] - 643:1, 643:6, 669:10
**schedule** [4] - 648:3, 648:5, 655:1, 678:19
**scheduled** [2] - 688:1, 690:15
**scheme** [1] - 722:21
**SCHMIDT** [1] - 601:18
**school** [2] - 682:8, 682:20
**scissor** [9] - 610:19, 610:23, 611:3, 611:5, 611:17, 611:20, 612:6, 612:14, 686:7
**scoot** [1] - 611:15
**scope** [2] - 614:25, 693:24
**screen** [1] - 723:17
**seal** [7] - 660:9, 676:22, 676:24, 687:1, 687:19,

688:6, 688:8
**sealed** [3] - 660:7, 687:8, 721:16
**sealing** [1] - 687:11
**seals** [9] - 671:5, 672:18, 687:6, 687:11, 687:15, 687:17, 687:22, 687:25, 688:2
**seasonally** [3] - 687:12, 687:16, 687:25
**seated** [2] - 603:10, 680:16
**second** [8] - 640:9, 645:10, 647:21, 647:22, 647:24, 662:15, 681:21, 712:7
**section** [5] - 611:10, 677:25, 712:3, 714:23
**secure** [2] - 610:13, 628:25
**secured** [1] - 611:16
**SECURITY** [3] - 680:6, 680:13, 722:3
**see** [25] - 613:21, 616:7, 630:2, 630:21, 653:23, 671:14, 671:15, 671:16, 671:18, 674:24, 683:15, 689:6, 703:11, 706:24, 712:8, 715:2, 719:4, 722:18, 722:22, 723:5, 723:9, 724:2, 725:10, 725:11
**seeing** [1] - 644:21
**self** [1] - 697:24
**self-contained** [1] - 697:24
**sell** [2] - 643:12, 652:17
**send** [1] - 665:23
**sense** [2] - 660:2, 710:9
**sent** [3] - 649:6, 676:11, 707:25
**sentence** [7] - 613:9, 613:23, 615:2, 647:24, 652:23, 661:8, 662:15
**sentences** [1] - 661:8
**separate** [3] - 640:10, 656:3, 657:5
**September** [3] - 698:16, 698:18, 723:25

**sequentially** [2] - 656:9, 656:13
**serial** [1] - 669:9
**series** [2] - 650:25, 653:21
**serve** [2] - 669:24, 719:17
**service** [2] - 603:13, 708:18
**Services** [2] - 645:15, 645:21
**SESSION** [1] - 600:11
**sessions** [2] - 615:14
**set** [19] - 604:2, 605:24, 607:2, 607:3, 607:5, 607:22, 618:13, 641:24, 673:5, 685:13, 685:16, 685:23, 686:1, 686:2, 703:9, 703:12, 705:6, 713:23
**setting** [5] - 627:16, 627:18, 627:22, 627:24, 628:13
**settle** [1] - 620:15
**settled** [1] - 645:5
**settling** [2] - 619:19, 626:5
**setup** [1] - 675:15
**several** [3] - 604:10, 652:13, 689:9
**sewage** [7] - 628:10, 628:14, 628:17, 628:20, 629:2, 629:4, 629:5
**sewer** [1] - 629:5
**shake** [1] - 671:5
**shakes** [1] - 609:14
**shall** [3] - 613:10, 613:12, 652:2
**SHAW** [1] - 601:12
**Shaw** [33] - 604:25, 605:4, 605:5, 605:19, 606:7, 608:19, 609:6, 609:20, 609:22, 611:25, 612:1, 612:7, 612:10, 612:16, 613:13, 614:14, 615:8, 616:10, 617:8, 617:17, 618:22, 622:10, 630:13, 630:25, 631:3, 631:14, 632:11, 632:13, 632:20, 673:11, 673:13
**Shaw's** [1] - 608:20

**sheet** [2] - 636:14, 695:15
**sheets** [4] - 693:3, 693:6, 693:8, 708:22
**shelf** [1] - 704:16
**shift** [1] - 699:24
**ship** [2] - 656:22, 665:23
**shipped** [6] - 672:7, 696:7, 721:14, 721:15, 721:18, 721:19
**Shockwave** [1] - 681:20
**short** [6] - 615:24, 671:14, 680:3, 706:8, 712:11, 717:6
**short-term** [3] - 615:24, 712:11, 717:6
**shortly** [1] - 639:3
**shortness** [1] - 708:14
**show** [6] - 611:4, 631:25, 660:15, 661:23, 661:24, 690:16
**showed** [2] - 606:4, 649:14
**showing** [2] - 661:11, 661:14
**shows** [1] - 700:7
**side** [13] - 618:11, 660:9, 662:25, 664:7, 664:10, 664:11, 664:15, 665:2, 665:5, 700:4, 715:6, 715:14
**sides** [1] - 664:14
**siding** [3] - 657:19, 657:20, 665:8
**sign** [4] - 630:8, 632:7, 637:6
**signals** [1] - 606:18
**signature** [3] - 604:18, 632:2, 632:16
**signed** [1] - 634:11
**significant** [1] - 628:18
**significantly** [1] - 626:18
**sills** [5] - 610:7, 610:9, 610:10
**similar** [10] - 646:11, 654:2, 654:4, 664:19, 667:9, 668:14, 683:5, 687:20, 705:15
**simple** [2] - 617:7, 631:13
**simply** [4] - 604:2,

605:6, 612:7, 644:22
**single** [4] - 629:14, 636:10, 682:18, 682:19
**sink** [3] - 618:24, 619:1, 710:2
**SIP** [1] - 664:18
**sit** [2] - 619:18, 667:11
**site** [15] - 605:9, 605:13, 605:15, 607:18, 613:9, 613:17, 613:24, 617:1, 617:22, 618:6, 618:8, 633:22, 650:7, 658:15, 677:3
**sites** [2] - 605:11, 605:17
**sitting** [3] - 603:23, 635:10, 655:7
**situation** [5] - 603:16, 625:7, 626:4, 637:1, 637:17
**situations** [1] - 643:5
**six** [2] - 621:6, 711:21
**size** [6] - 646:23, 662:16, 662:19, 701:16, 701:19, 701:24
**sizes** [1] - 641:1
**skid** [2] - 610:8, 631:19
**sledgehammer** [1] - 624:19
**slide** [5] - 644:23, 644:25, 646:20, 646:21, 669:20
**slide-out** [1] - 669:20
**slides** [1] - 646:25
**slightly** [1] - 625:21
**small** [3] - 649:20, 678:12, 720:21
**smaller** [3] - 669:10, 697:16, 702:11
**smell** [4] - 637:18, 637:20, 637:21
**smells** [2] - 677:10, 708:14
**smoke** [3] - 612:22, 612:23, 636:9
**SMT** [3] - 663:8, 663:9, 663:11
**so..** [3] - 608:7, 612:15, 653:3
**sofa** [4] - 610:20, 611:1, 612:6, 612:14
**sofas** [1] - 611:14
**soft** [1] - 678:21
**sold** [6] - 646:9, 652:20, 670:2,

694:16, 702:5, 702:8
**solely** [1] - 644:5
**solid** [4] - 625:5, 625:7, 671:11
**solution** [1] - 677:11
**someone** [8] - 617:11, 618:18, 619:2, 683:11, 686:23, 694:18, 711:1, 714:16
**someplace** [1] - 689:13
**sometime** [4] - 643:18, 643:25, 674:12, 674:14
**sometimes** [5] - 607:17, 625:4, 625:6, 685:10
**somewhat** [1] - 665:20
**somewhere** [1] - 710:1
**soon** [2] - 651:13, 661:4
**sorry** [2] - 622:4, 699:17
**sort** [3] - 658:21, 669:10, 671:19
**sorts** [2] - 631:17, 670:12
**sought** [1] - 651:17
**sounds** [1] - 629:11
**South** [1] - 668:9
**space** [4] - 618:21, 647:1, 653:24, 678:12
**SPEAKER** [9] - 720:6, 720:8, 720:10, 720:12, 720:14, 720:15, 720:17, 720:18, 720:19
**specified** [1] - 632:22
**spec** [39] - 647:7, 647:10, 647:14, 647:16, 649:4, 650:20, 654:2, 654:5, 654:15, 655:11, 655:15, 655:17, 657:16, 657:19, 660:5, 665:3, 665:13, 665:17, 666:23, 667:4, 668:1, 668:8, 668:12, 668:21, 668:23, 673:21, 673:24, 674:2, 674:7, 675:2, 675:24, 676:16, 676:20, 678:6, 679:9, 701:24,

702:2, 719:25
**spec'd** [4] - 703:25, 704:15, 704:19, 706:14
**special** [2] - 669:16, 670:20
**specialized** [1] - 694:14
**specific** [16] - 622:18, 641:7, 641:20, 641:24, 646:14, 667:4, 667:6, 704:12, 706:15, 709:14, 721:2, 721:5, 721:8, 721:9
**specifically** [5] - 630:18, 639:7, 639:22, 643:17, 668:23
**specification** [7] - 644:13, 644:14, 644:24, 648:8, 649:15, 697:11, 713:10
**specifications** [30] - 614:1, 614:5, 614:11, 615:6, 630:12, 630:16, 630:23, 631:1, 631:5, 641:24, 642:3, 642:4, 642:7, 642:10, 642:14, 642:25, 643:3, 644:1, 644:17, 644:19, 645:16, 645:17, 646:5, 646:18, 648:1, 648:2, 648:4, 651:2, 701:18
**specified** [3] - 702:10, 702:12, 717:18
**specs** [17] - 614:18, 620:4, 620:18, 621:6, 642:1, 643:6, 644:4, 650:5, 654:5, 663:3, 666:18, 675:9, 675:10, 678:11, 696:22, 698:9, 718:1
**spell** [1] - 681:23
**spelled** [3] - 638:3, 645:24, 680:23
**spent** [1] - 673:14
**spirit** [1] - 661:20
**splinter** [1] - 613:5
**spoken** [1] - 643:13
**sport** [1] - 688:25
**spot** [4] - 685:9, 695:19, 695:20, 695:25

**square** [6] - 641:12, 641:15, 647:1, 688:11, 688:14, 688:15
**ST** [2] - 600:18, 601:15
**stabilization** [1] - 714:6
**stabilizer** [1] - 714:10
**stable** [1] - 616:15
**staff** [1] - 699:10
**stages** [2] - 655:7, 658:20
**staging** [1] - 605:22
**stairs** [1] - 631:19
**stakes** [1] - 617:2
**stamp** [1] - 712:6
**standard** [10] - 649:23, 649:24, 657:20, 658:1, 665:20, 686:2, 690:18, 702:4, 702:7, 706:6
**standards** [18] - 652:2, 658:18, 658:23, 658:24, 658:25, 659:2, 659:6, 683:13, 683:16, 684:2, 684:9, 690:20, 690:25, 691:7, 691:18, 705:5
**standing** [3] - 660:10, 660:12, 660:19
**standpoint** [1] - 639:1
**stands** [1] - 634:8
**start** [9] - 604:13, 644:20, 656:11, 656:18, 680:2, 683:14, 694:4, 716:20, 721:25
**started** [10] - 639:1, 639:3, 640:3, 644:17, 672:7, 683:1, 683:4, 698:15, 722:19
**starts** [1] - 655:9
**state** [3] - 652:6, 686:23, 692:12
**State** [4] - 622:14, 709:21, 720:22, 726:5
**statement** [6] - 656:17, 686:24, 710:22, 710:23, 711:19, 714:15
**States** [2] - 726:6, 726:16
**STATES** [2] - 600:1, 600:13
**states** [1] - 709:19

**station** [2] - 656:8
**stations** [1] - 656:6
**status** [1] - 723:21
**stay** [5] - 628:11,
629:1, 640:22,
678:11, 678:14
**stayed** [2] - 628:3,
685:10
**staying** [4] - 616:12,
711:13, 711:18,
716:17
**steel** [2] - 689:23
**STENOGRAPHY** [1] -
601:23
**step** [2] - 639:13,
659:18
**steps** [5] - 604:22,
610:8, 616:9,
616:15, 631:20
**stick** [7] - 658:5,
665:5, 665:7, 673:5,
679:6, 715:19,
715:22
**stick-built** [1] - 679:6
**sticker** [5] - 660:17,
692:5, 709:19,
709:22, 721:8
**stickers** [1] - 660:6
**sticks** [3] - 715:2,
715:6, 715:13
**stiffness** [1] - 670:21
**still** [12] - 618:21,
620:10, 620:11,
626:7, 660:22,
686:5, 697:7,
710:12, 716:21,
721:22, 722:6, 724:3
**stop** [4] - 647:15,
715:23, 722:12,
722:15
**Stop** [1] - 608:9
**stopped** [2] - 615:4,
721:21
**storage** [2] - 692:13,
695:22
**stored** [4] - 695:21,
695:23, 695:25,
696:4
**stove** [2] - 610:5,
649:17
**straight** [2] - 647:2,
722:19
**strand** [1] - 706:3
**STREET** [2] - 601:9,
601:21
**stress** [1] - 606:16
**STRICKLAND** [1] -
601:9
**strong** [2] - 660:25,
708:14

**structural** [2] - 622:5,
622:7
**structurally** [1] -
664:18
**structure** [2] - 620:11,
714:18
**stuck** [1] - 725:8
**stuff** [3] - 679:3,
717:19, 723:11
**stuffed** [2] - 664:13,
664:16
**style** [6] - 653:23,
665:2, 697:1,
697:17, 697:18,
710:16
**Styrofoam** [1] -
664:17
**sub** [2] - 624:3, 624:5
**subcontract** [1] -
613:17
**subcontracted** [1] -
613:19
**subcontractors** [1] -
623:21
**subjected** [1] - 652:1
**submit** [1] - 635:15
**submits** [2] - 660:11,
677:2
**submitted** [1] - 635:23
**subs** [2] - 623:23,
624:1
**subsidiary** [1] -
694:10
**substance** [1] -
693:11
**substances** [2] -
720:3, 720:21
**substantial** [2] -
664:22, 664:23
**substitute** [1] - 719:17
**substrate** [1] - 664:14
**substrates** [1] -
664:14
**successfully** [1] -
660:15
**suck** [1] - 719:12
**sucks** [2] - 719:5,
719:6
**suggest** [1] - 635:23
**suitability** [2] -
666:18, 666:20
**suitable** [1] - 667:3
**SUITE** [4] - 600:21,
600:24, 601:9,
601:15
**supervise** [1] - 696:16
**supervisory** [1] -
682:10
**supplemental** [1] -
604:21

**supplied** [7] - 644:14,
672:1, 703:17,
704:4, 707:24,
711:8, 716:25
**supplier** [2] - 652:3,
705:13
**suppliers** [8] - 649:20,
693:16, 694:3,
694:5, 694:21,
717:11, 717:12,
717:13
**supplies** [1] - 669:12
**support** [3] - 616:14,
616:15, 621:11
**supporting** [1] - 677:4
**supports** [1] - 677:2
**surface** [2] - 697:8,
712:15
**surprise** [1] - 716:22
**surrounding** [1] -
716:15
**SUT** [1] - 688:25
**swim** [1] - 623:7
**switch** [1] - 664:9
**switches** [1] - 610:5
**sworn** [2] - 638:6,
681:3
**system** [6] - 713:5,
713:8, 713:9,
718:14, 718:18,
718:22
**systemic** [5] - 670:7,
671:8, 671:17,
671:25, 672:18
**systems** [2] - 630:25,
713:25

**T**

**ta-da** [1] - 624:22
**tank** [5] - 689:19,
697:20, 698:3,
698:6, 698:8
**tanks** [8] - 685:20,
689:18, 697:1,
697:19, 697:25,
710:14
**tapes** [1] - 723:7
**tasked** [1] - 644:3
**temperate** [1] - 719:16
**temporary** [22] -
615:25, 616:1,
644:13, 651:5,
651:7, 651:8,
651:11, 651:12,
651:15, 651:18,
651:25, 654:9,
669:22, 679:24,
696:14, 698:10,

698:20, 698:22,
716:20, 717:1,
717:24
**ten** [2] - 610:4, 660:22
**tenant** [1] - 634:11
**tenants** [2] - 629:17,
631:9
**tend** [1] - 640:19
**TEP** [1] - 604:22
**term** [14] - 611:5,
611:22, 615:24,
642:2, 651:18,
653:19, 654:6,
710:19, 710:20,
712:11, 712:24,
713:2, 717:6, 717:20
**terms** [4] - 627:10,
670:21, 676:15,
712:16
**test** [3] - 610:6, 705:2,
707:6
**testified** [1] - 722:9
**testify** [2] - 724:4,
724:7
**testimony** [15] -
603:11, 612:24,
633:5, 637:22,
638:7, 648:10,
660:23, 675:20,
681:1, 703:2,
705:14, 722:11,
723:12, 723:16,
725:9
**testing** [3] - 658:19,
707:6, 707:10
**tests** [1] - 707:10
**THE** [28] - 600:12,
603:7, 603:10,
637:22, 638:1,
638:3, 638:6,
660:21, 661:2,
661:3, 679:25,
680:6, 680:9,
680:13, 680:16,
680:23, 681:1,
681:3, 721:22,
722:3, 722:6,
722:14, 722:16,
722:25, 723:2,
724:15, 725:8,
725:13
**therefore** [2] - 661:14,
719:25
**they've** [2] - 723:15,
723:18
**thinking** [2] - 665:15,
694:17
**third** [4] - 668:11,
668:13, 670:2, 708:8
**third-party** [4] -

668:11, 668:13,
670:2, 708:8
**thirds** [1] - 662:24
**THIS** [1] - 600:7
**thoughts** [1] - 675:9
**thousands** [3] - 643:1,
672:13
**three** [11] - 605:14,
607:13, 609:24,
617:23, 621:21,
622:1, 645:23,
650:9, 659:16,
723:17
**three-quarters** [1] -
650:9
**throughout** [4] -
659:10, 676:2, 718:9
**throughput** [3] -
655:5, 655:7, 655:9
**throw** [1] - 616:19
**thumb** [1] - 608:20
**tie** [2] - 613:20, 613:23
**tin** [2] - 665:5, 665:7
**tire** [3] - 619:18,
620:14, 626:2
**tires** [12] - 619:15,
620:1, 620:5, 620:6,
620:14, 620:20,
624:15, 625:22,
626:6, 626:7, 714:17
**title** [1] - 639:1
**titles** [1] - 638:13
**TO** [2] - 600:7, 603:4
**today** [6] - 604:10,
632:22, 635:10,
669:24, 704:21,
725:10
**together** [1] - 616:20
**toilet** [1] - 610:4
**ton** [1] - 613:5
**tongue** [2] - 607:4,
624:16
**took** [8] - 617:23,
629:12, 634:19,
674:23, 682:15,
682:16, 682:18,
702:24
**top** [5] - 625:3, 625:7,
630:19, 663:19,
714:25
**torque** [1] - 621:22
**total** [2] - 682:10,
682:16
**Total** [1] - 682:24
**totally** [1] - 676:5
**touching** [1] - 686:5
**tow** [1] - 685:13
**towable** [1] - 681:19
**towed** [1] - 685:14
**towing** [1] - 625:17

**toxicological** [1] - 693:4
**toy** [1] - 688:24
**traditional** [3] - 685:19, 696:23, 697:16
**TRAILER** [1] - 600:4
**trailer** [112] - 605:9, 605:11, 605:13, 605:20, 605:21, 606:5, 606:14, 606:21, 607:8, 607:10, 611:14, 612:1, 613:20, 613:24, 614:9, 614:16, 616:3, 616:8, 617:9, 617:11, 618:5, 620:21, 621:1, 621:7, 621:9, 621:12, 621:14, 621:24, 621:25, 622:6, 623:17, 624:13, 624:23, 628:2, 628:5, 628:6, 628:9, 629:19, 631:23, 634:12, 637:18, 641:14, 644:13, 645:16, 646:24, 656:18, 657:7, 662:21, 663:1, 665:22, 666:5, 667:11, 669:20, 670:6, 670:12, 670:23, 671:2, 673:5, 673:7, 675:21, 679:10, 684:10, 684:12, 684:19, 686:24, 687:1, 687:20, 688:6, 688:25, 689:17, 690:6, 691:8, 691:20, 691:24, 697:23, 698:2, 698:5, 700:6, 700:14, 700:15, 700:23, 700:24, 701:6, 703:4, 704:13, 707:15, 708:4, 709:20, 709:23, 711:14, 714:7, 714:10, 714:11, 715:1, 715:5, 715:6, 715:8, 715:13, 715:14, 715:24, 718:9, 718:12, 718:19, 719:1, 719:12, 721:3, 721:6, 721:7, 721:13, 721:16

**trailer/fifth** [1] - 696:23
**trailer/mobile** [1] - 610:2
**trailers** [76] - 604:24, 605:18, 613:11, 615:14, 618:19, 619:6, 619:23, 620:1, 620:2, 621:17, 621:18, 622:18, 624:1, 624:4, 624:12, 626:15, 626:17, 626:20, 627:4, 627:7, 627:13, 627:19, 627:24, 628:1, 628:25, 641:3, 641:4, 641:6, 641:8, 641:9, 651:24, 652:8, 654:9, 657:9, 666:11, 669:18, 670:1, 670:15, 671:5, 671:25, 672:7, 672:9, 672:20, 675:13, 676:17, 681:19, 683:20, 684:5, 686:16, 688:21, 688:23, 692:9, 693:17, 694:1, 696:19, 701:2, 704:15, 705:3, 705:7, 705:25, 707:3, 707:25, 708:25, 709:11, 713:17, 713:25, 716:3, 716:4, 716:5, 716:13, 717:11, 717:18, 718:2, 718:4, 718:10, 718:15
**trained** [1] - 659:17
**training** [5] - 605:23, 615:13, 615:17, 659:20, 659:23
**TRANSCRIPT** [2] - 600:12, 601:23
**transcript** [1] - 726:8
**transitioning** [1] - 629:20
**transitory** [1] - 651:9
**transport** [1] - 671:2
**transportation** [3] - 670:22, 671:6, 672:5
**transporter** [1] - 721:19
**trap** [1] - 604:23
**travel** [116] - 604:24, 605:9, 605:11,

605:12, 605:17, 606:5, 606:21, 610:2, 613:10, 614:9, 614:16, 615:14, 616:2, 618:5, 619:6, 621:7, 621:9, 621:12, 621:14, 621:17, 621:18, 621:24, 621:25, 622:6, 624:1, 624:4, 624:11, 624:13, 626:15, 626:17, 626:20, 627:3, 627:6, 627:13, 627:19, 627:24, 628:1, 628:9, 628:25, 641:3, 641:4, 641:6, 641:8, 641:9, 645:16, 651:24, 652:8, 654:9, 657:7, 657:9, 662:21, 663:1, 665:22, 666:11, 667:10, 669:20, 672:20, 675:12, 675:21, 676:17, 679:9, 681:19, 683:20, 684:5, 684:10, 684:12, 684:19, 685:15, 686:16, 687:20, 688:6, 688:21, 689:17, 690:6, 691:20, 691:23, 692:9, 693:17, 694:1, 696:19, 696:23, 697:23, 698:2, 698:5, 700:15, 700:23, 700:24, 701:2, 703:4, 705:3, 705:7, 705:25, 707:3, 707:25, 708:4, 708:25, 709:11, 709:23, 711:14, 713:17, 713:25, 716:3, 716:4, 716:13, 717:11, 718:10, 718:12, 718:15, 721:7, 721:13
**traveler** [5] - 691:1, 691:3, 691:4, 691:5, 691:13
**tremendous** [1] - 621:8
**TRIAL** [1] - 600:12
**trial** [1] - 724:20

**tried** [1] - 619:2
**truck** [2] - 606:17, 672:11
**true** [12] - 629:13, 633:25, 635:8, 635:24, 678:24, 688:4, 688:6, 690:5, 690:7, 715:12, 715:21, 726:7
**truly** [1] - 652:12
**try** [8] - 603:14, 603:15, 640:22, 662:8, 669:14, 671:10, 671:12, 694:9
**trying** [7] - 606:1, 609:2, 629:18, 644:17, 644:18, 714:16, 724:1
**tub** [1] - 610:3
**turbine** [1] - 689:9
**turn** [6] - 610:5, 614:14, 647:21, 650:25, 662:18, 680:1
**turned** [1] - 719:2
**twice** [1] - 671:18
**twist** [2] - 621:22, 715:18
**two** [34] - 605:14, 606:6, 606:12, 613:11, 615:19, 617:23, 618:1, 634:2, 639:4, 640:4, 641:11, 642:5, 647:6, 653:7, 655:16, 656:17, 656:20, 658:16, 661:8, 662:24, 663:14, 665:10, 673:17, 694:5, 694:21, 711:21, 716:21, 722:18, 722:20, 722:22, 723:16, 724:4, 724:5, 725:2
**two-hour** [1] - 722:22
**two-thirds** [1] - 662:24
**TX** [2] - 600:21, 600:24
**type** [7] - 646:11, 649:17, 678:19, 682:10, 686:21, 687:20, 704:16
**types** [3] - 641:5, 676:18, 723:13
**typically** [9] - 640:18, 647:14, 660:21, 664:13, 664:21, 669:7, 672:10, 673:9, 689:6

## U

**ultimately** [1] - 670:3
**unannounced** [1] - 690:16
**under** [16] - 604:18, 605:21, 610:20, 611:1, 612:6, 612:14, 632:16, 633:1, 651:22, 651:24, 653:14, 671:5, 688:15, 695:24, 696:2, 712:16
**underneath** [5] - 607:23, 611:16, 624:11, 624:15, 624:25
**understood** [7] - 620:22, 628:1, 629:21, 633:24, 640:2, 674:15, 703:2
**Underwriters** [1] - 707:9
**undisputed** [1] - 723:19
**undone** [1] - 628:17
**undoubtedly** [1] - 631:21
**unfamiliar** [1] - 665:18
**unhitch** [2] - 625:9, 625:10
**unique** [6] - 603:17, 604:2, 642:17, 642:18, 665:17, 704:22
**unit** [92] - 607:21, 607:22, 608:12, 616:22, 625:9, 629:9, 633:2, 633:6, 633:18, 633:22, 634:4, 634:9, 634:16, 634:20, 635:17, 635:20, 649:14, 649:15, 650:14, 650:20, 651:2, 651:4, 652:15, 652:17, 652:20, 654:2, 654:3, 654:4, 654:6, 655:9, 655:11, 656:15, 659:11, 660:9, 660:17, 660:18, 663:2, 663:11, 665:24, 666:1, 666:2, 666:4, 666:6, 666:8, 666:10, 667:1, 668:21, 670:17,

674:19, 674:20, 674:21, 674:22, 675:21, 676:3, 676:4, 676:6, 676:25, 677:5, 677:15, 679:8, 684:25, 691:11, 691:13, 692:6, 698:8, 700:10, 700:11, 700:12, 701:14, 701:16, 701:19, 701:22, 701:25, 702:11, 703:22, 704:1, 704:16, 707:21, 710:4, 710:5, 713:19, 718:9, 718:16, 719:13, 721:19
**United** [2] - 726:6, 726:16
**UNITED** [2] - 600:1, 600:13
**units** [109] - 613:25, 615:5, 617:11, 618:15, 618:17, 628:13, 640:16, 642:14, 643:1, 646:7, 646:9, 646:10, 647:7, 647:9, 647:10, 647:14, 647:16, 647:19, 648:7, 648:14, 648:15, 648:18, 648:20, 649:3, 651:25, 652:4, 652:6, 652:24, 654:15, 655:7, 655:17, 655:19, 655:20, 656:6, 656:7, 656:10, 656:11, 656:22, 656:24, 657:16, 657:19, 657:20, 658:20, 659:7, 659:13, 659:14, 660:5, 662:10, 662:17, 664:2, 665:3, 665:13, 665:14, 665:17, 665:20, 665:23, 666:11, 666:15, 668:1, 668:8, 668:12, 668:23, 673:21, 673:24, 674:2, 674:7, 675:2, 675:5, 675:24, 675:25, 676:2, 676:11, 676:15, 676:16, 676:20, 678:6,

679:10, 679:15, 679:21, 679:23, 685:23, 696:11, 696:13, 698:10, 698:20, 698:22, 699:16, 699:18, 699:23, 703:8, 703:11, 703:17, 703:21, 703:25, 704:4, 705:12, 705:21, 707:17, 710:7, 716:25, 717:22, 719:14, 719:20
**universe** [1] - 633:1
**University** [1] - 682:13
**unless** [1] - 725:9
**unsafe** [1] - 678:14
**unstick** [1] - 673:8
**up** [58] - 604:9, 604:12, 605:20, 605:24, 606:17, 610:2, 610:3, 616:7, 619:4, 620:1, 621:25, 622:2, 622:8, 624:14, 624:16, 625:8, 627:16, 627:19, 627:22, 627:24, 628:13, 629:22, 631:4, 644:18, 648:23, 655:3, 659:14, 661:15, 671:11, 671:12, 671:16, 674:23, 675:13, 675:21, 677:20, 680:1, 680:5, 680:10, 685:9, 685:13, 685:16, 685:23, 686:1, 686:2, 690:16, 699:8, 703:9, 703:12, 714:3, 716:14, 717:20, 719:5, 721:19, 722:1, 722:10, 722:20, 724:8
**updates** [1] - 659:23
**upgrade** [2] - 664:22, 664:23
**upholstery** [1] - 712:15
**usage** [1] - 714:6
**useful** [2] - 679:11, 722:9
**user** [5] - 658:10, 707:15, 707:19, 707:20, 710:4
**users** [1] - 708:10

**uses** [3] - 676:17, 685:7, 711:12
**utility** [2] - 671:2, 688:25
**utilize** [1] - 668:24
**utilized** [3] - 657:19, 657:20, 678:8
**utilizing** [1] - 664:6

## V

**vacation** [1] - 685:11
**value** [1] - 671:3
**variance** [1] - 641:5
**variances** [1] - 641:21
**varied** [1] - 606:18
**various** [15] - 641:1, 641:2, 652:2, 652:23, 655:7, 658:20, 662:10, 677:5, 683:6, 683:12, 691:7, 695:24
**Vehicle** [1] - 683:18
**vehicle** [14] - 615:23, 679:1, 685:12, 685:19, 686:15, 710:11, 710:12, 712:8, 712:11, 712:14, 712:17, 714:16, 714:18, 720:20
**vehicles** [11] - 652:7, 676:18, 677:9, 677:19, 678:21, 710:8, 710:9, 710:18, 711:15, 712:23, 720:21
**vendor** [2] - 669:3, 669:7
**vendors** [2] - 668:14, 668:24
**ventilate** [2] - 677:13, 677:14
**ventilated** [1] - 689:8
**ventilation** [2] - 677:10, 677:15
**venture** [1] - 695:6
**verification** [1] - 604:19
**verify** [1] - 700:5
**versus** [7] - 619:17, 694:25, 697:6, 702:11, 705:12, 706:19, 710:4
**video** [3] - 606:8, 637:25, 680:22
**videotape** [2] - 604:8, 721:21

**VIDEOTAPED** [3] - 602:5, 602:6, 602:7
**videotaped** [6] - 603:11, 604:16, 638:9, 661:7, 680:20, 681:6
**VIN** [1] - 666:13
**virtue** [1] - 634:18
**visit** [2] - 674:10, 674:15
**visited** [3] - 603:25, 643:22, 674:11
**visiting** [1] - 650:16
**visually** [1] - 688:7
**voicing** [1] - 658:7
**voids** [2] - 687:19, 688:7

## W

**W-I-L-D-W-O-O-D** [1] - 681:24
**walk** [1] - 658:18
**walked** [1] - 649:14
**walking** [1] - 612:1
**wall** [2] - 664:7, 665:6
**walls** [3] - 647:2, 664:11, 679:9
**warehouse** [1] - 719:4
**warning** [11] - 709:8, 709:11, 710:3, 720:2, 720:20, 720:24, 720:25, 721:2, 721:5, 721:10, 721:11
**warnings** [3] - 707:15, 707:19, 714:6
**warranty** [5] - 686:21, 687:24, 703:17, 712:17, 712:18
**watch** [1] - 605:25
**water** [7] - 610:3, 633:12, 633:15, 669:1, 697:25
**waterbed** [1] - 619:2
**ways** [1] - 721:23
**WDT** [3] - 662:25, 663:11
**wear** [3] - 678:17, 679:5, 712:16
**wearing** [2] - 692:19, 711:5
**weather** [1] - 652:2, 652:23
**wedge** [1] - 607:14
**wedges** [4] - 607:11, 607:16, 624:21
**WEDNESDAY** [2] - 600:6, 603:3

**week** [1] - 653:11
**weekend** [1] - 653:11
**weekends** [1] - 685:10
**weeks** [3] - 690:14, 711:21, 716:18
**weigh** [1] - 670:15
**weight** [10] - 619:17, 619:22, 620:8, 625:24, 626:8, 641:1, 670:16, 670:17
**whatnot** [1] - 629:5
**wheel** [9] - 624:17, 652:21, 684:21, 684:23, 684:24, 684:25, 685:8, 696:24, 697:24
**wheels** [20] - 619:7, 619:23, 620:10, 620:12, 620:21, 621:1, 621:15, 622:6, 622:8, 641:4, 641:6, 641:8, 641:9, 681:19, 686:5, 686:16, 688:21, 688:23, 714:10, 714:19
**whereas** [1] - 647:2
**WHEREUPON** [11] - 603:8, 604:15, 638:8, 661:6, 680:7, 680:11, 680:14, 681:5, 721:20, 722:4, 725:14
**WHITFIELD** [1] - 601:14
**whole** [11] - 619:4, 622:2, 629:18, 629:24, 648:22, 648:24, 653:20, 656:7, 669:14, 693:11, 720:10
**wider** [1] - 608:1
**width** [2] - 641:14, 641:20
**wife** [1] - 616:15
**Wildwood** [16] - 639:8, 639:10, 639:23, 640:16, 641:3, 641:8, 641:9, 663:1, 681:20, 681:22, 681:25, 684:21, 684:22, 684:24, 684:25, 685:7
**Wildwoods** [4] - 640:24, 641:10, 641:17, 663:2
**willy** [1] - 604:18
**wind** [1] - 689:9

**window** [3] - 610:14, 630:4, 718:20
**windows** [16] - 610:10, 610:17, 630:2, 633:13, 677:14, 687:5, 687:6, 688:2, 704:9, 704:11, 704:14, 704:18, 718:21, 719:1, 719:6, 719:10
**wish** [2] - 616:18, 617:15
**wished** [1] - 644:12
**Witness** [2] - 609:14, 617:5
**witness** [13] - 638:6, 680:17, 680:19, 680:20, 721:23, 722:7, 722:22, 724:3, 724:12, 724:25, 725:2, 725:3
**witness's** [1] - 638:3
**witnesses** [2] - 604:10, 723:15
**wood** [29] - 625:3, 657:7, 657:8, 664:10, 665:8, 676:15, 676:16, 691:23, 692:9, 692:13, 692:17, 692:22, 692:25, 693:16, 693:21, 693:25, 694:20, 695:15, 695:18, 695:24, 705:19, 705:24, 706:2, 706:7, 706:22, 707:6, 707:7
**wooden** [1] - 608:17
**words** [3] - 663:20, 670:16, 703:22
**Workers'** [1] - 708:17
**works** [1] - 694:18
**wrack** [1] - 714:20
**wrapped** [2] - 696:4, 696:7
**Wright** [8] - 633:3, 634:4, 634:5, 634:19, 635:20, 636:1, 709:23, 718:16
**WRIGHT** [1] - 600:16
**write** [2] - 661:15, 669:12
**writings** [1] - 708:9
**written** [5] - 619:25, 620:3, 661:20, 707:14, 715:10

## Y

**y'all** [2] - 720:18, 725:11
**yard** [2] - 672:14, 672:17
**yards** [2] - 605:22, 672:10
**year** [7] - 605:1, 678:22, 687:13, 687:16, 687:17, 711:21, 716:21
**years** [20] - 638:24, 639:4, 640:18, 646:12, 673:14, 677:8, 678:12, 678:15, 678:22, 679:11, 679:12, 682:3, 685:6, 692:2, 692:8, 694:25, 706:10, 716:21
**yesterday** [2] - 603:25, 658:16
**you-all** [1] - 680:10
**you..** [1] - 606:25
**Young** [2] - 604:16, 604:18
**YOUNG** [1] - 602:5
**young** [5] - 603:12, 604:9, 624:6, 630:10, 632:2
**young's** [1] - 637:22
**yourself** [1] - 660:15