UNITED STATES DISTRICT COURT.
EASTERN DISTRICT OF LOUISIANA

****************************************************************

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

DOCKET MDL NO. 1873 "N"
NEW ORLEANS, LOUISIANA
FRIDAY, MARCH 19, 2010, 8:30 A.M.

THIS DOCUMENT RELATES TO:

*FOREST RIVER INC., ET AL,*
DOCKET NO. 09-2977

****************************************************************

**DAY 5, MORNING SESSION**
TRANSCRIPT OF JURY TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR LYNDON T. WRIGHT: LAW OFFICES OF FRANK J. D'AMICO, JR.
BY: FRANK J. D'AMICO, JR., ESQUIRE
AARON Z. AHLQUIST, ESQUIRE
622 BARONNE ST.
NEW ORLEANS, LA 70113

REICH & BINSTOCK
BY: DENNIS C. REICH, ESQUIRE
4265 SAN FELIPE, SUITE 1000
HOUSTON, TX 77027

CHRIS PINEDO
ATTORNEY AT LAW
4550 JERICHO ROAD
CORPUS CHRISTI, TX 78413

APPEARANCES: (CONTINUED)

NEXSEN PRUET
BY: PAUL A. DOMINICK, ESQUIRE
P.O. BOX 486
CHARLESTON, SC 29402

FOR FOREST RIVER, INC.:

GIEGER, LABORDE & LAPEROUSE
BY: ERNEST P. GIEGER, JR., ESQUIRE
JASON D. BONE, ESQUIRE
CARSON W. STRICKLAND, ESQUIRE
701 POYDRAS STREET, SUITE 4800
NEW ORLEANS, LA 70139

FOR SHAW ENVIRONMENTAL, INC.:

BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
BY: M. DAVID KURTZ, ESQUIRE
ROY C. CHEATWOOD, ESQUIRE
KAREN K. WHITFIELD, ESQUIRE
201 ST. CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170

ALSO PRESENT: DOUGLAS SCHMIDT, ESQUIRE
DOUGLAS GAEDDERT

OFFICIAL COURT REPORTER: CATHY PEPPER, CCR, RMR, CRR
500 POYDRAS STREET, ROOM B406
NEW ORLEANS, LA 70130
(504) 589-7779

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY. TRANSCRIPT PRODUCED BY COMPUTER.

**I N D E X**

EXAMINATIONS PAGE

**LYNDON WRIGHT** (CONTINUED)............................1219

CROSS-EXAMINATION BY MR. GIEGER (CONTINUED)............1219

CROSS-EXAMINATION BY MR. CHEATWOOD.....................1243

REDIRECT EXAMINATION BY MR. D'AMICO....................1276

**KENNETH SMITH, MD**...................................1297

EXAMINATION BY MR. D'AMICO.............................1297

EXAMINATION BY MR. GIEGER..............................1328

EXAMINATION BY MR. D'AMICO.............................1343

EXAMINATION BY MR. GIEGER..............................1349

E X H I B I T S

DESCRIPTION PAGE

Exhibit Nos. 0552-00004, 0552-00104, 0552-00101 and 0552-00114........................................ 1242

Exhibit No. 1050.......................................1243

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, MARCH 19, 2010

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK: All rise.

THE COURT: You may be seated. With regard to the Motion in Limine that was filed yesterday by Shaw relative to some demonstrative exhibits for Dr. Williams's testimony, the Court is going to grant the motion as to Slides 48, 49 and 50; deny the motion as to Slide 53; grant the motion as to Slides 57, 58 and 59; and deny the motion as to Slide 15.

Did anybody not get those numbers?

MR. D'AMICO: 48, 49, 50, 57, 58, 59 is granted?

THE COURT: Granted, correct. Denied as to 15 and 53.

So let's make sure those are not in the stack that she's going to testify from. We're going to see her today; is that correct, Mr. D'Amico?

MR. D'AMICO: Yes, Your Honor.

THE COURT: We're going to finish up with Mr. Wright's testimony this morning.

Mr. Wright, if you could come on up, sir. I'm hoping to finish up with Mr. Wright's testimony before we take the midmorning break, so let's try to be efficient and work

towards that end. And the rest of the cross and, of course, the redirect.

We also have today Dr. Smith. Are we ready with Dr. Smith?

MR. GIEGER: He's here, Your Honor.

THE COURT: Dr. Williams, I mentioned. Dr. Miller today; is that correct?

MR. REICH: Yes, Your Honor.

THE COURT: And possibly Dr. Shwery, depending on how far we get?

MR. REICH: Yes, Your Honor.

THE COURT: Is the jury ready? Let's go ahead and bring them in and get started.

THE COURT SECURITY OFFICER: All rise.

(WHEREUPON, at this point in the proceedings, the jury panel enters the courtroom.)

THE COURT: Ladies and gentlemen of the jury, good morning.

VOICES: Good morning.

THE COURT: You may be seated. Thank you all for being here, again, on time and ready to go.

We're going to go ahead and start where we left off yesterday with Mr. Wright's testimony. Mr. Wright is still under oath. Mr. Gieger was asking him some questions on cross, and then we'll hear from Mr. Cheatwood, and then redirect, and then

we'll move on to the next witness.

I ask counsel to be very efficient and very deliberate in terms of which questions they are going to ask in order to try to maximize the use of the time that we have today.

Mr. Gieger, if you would like to proceed, let's go ahead.

MR. GIEGER: Good morning, Your Honor.

CROSS-EXAMINATION (Continued)

BY MR. GIEGER:

Q. Good morning, Mr. Wright.

A. Good morning.

Q. Mr. Wright, I'm going to focus my attention this morning on the time when you first moved into the trailer. Okay?

A. Okay.

Q. Would you pull up Photograph 515, please. I'm sorry, Exhibit 515.

Mr. Wright, I think Mr. D'Amico asked you some questions about this photograph yesterday.

Do you remember that?

A. Yes.

Q. And so that you and the jury aren't confused, this is not a picture of the trailer and your house at the time you moved in, but at some later point in time, correct?

A. Repeat the question again.

Q. The picture that you --

A. Yes.
Q. It's not the day you moved in, it's some later point in time, right?
A. It's some later point in time, yeah.
Q. Let me ask you a question: There is a car in front of the trailer, and I think that's your car, isn't it?
A. Yes, it is.
Q. That's your '06 Galant, correct?
A. Yes.
Q. And you bought that Galant after the hurricane because your car got flooded?
A. After the hurricane.
Q. So that car in '06 was new for you, right?
A. Yes.
Q. Had you ever owned a Galant before?
A. No.
Q. So it was a new car and a type of vehicle you've never owned before, right?
A. True.
Q. When you got that car, did you reach over into the glove box and open up the owner's manual and look through it?
A. No.
Q. Did you ever look through the owner's manual of that Galant?
A. Yes, I did.
Q. Tell the jury why did you ever open up the owner's manual of

your Galant and look at it?
A. I was trying to find out how to open -- to pop the hood.
Q. So you needed to figure out something and you went to the owner's manual to look for it, right?
A. Yes.
Q. And had you owned cars before? This wasn't your first automobile that you had ever owned?
A. Yes, I owned a car before, yes.
Q. And you knew they had to have maintenance, right?
A. Yes.
Q. And did you look at the maintenance schedule on this car in your owner's manual?
A. No, I didn't.
Q. But you knew that if you had to determine what maintenance -- when you had to change the oil or rotate the tires or that kind of stuff, there was a maintenance schedule in there, right?
A. Might have been. I don't know.
Q. Okay. Now, let me direct your attention now to this photograph. Okay?
A. Okay.
Q. Now, again, I know it's not the day that you moved in, but this is similar to -- it appears to be similar to the day that you moved in, correct?
A. Yes.

Q. Okay. Now, can we go to Photograph 6.

I understand from your previous testimony that you did an inspection when you first went to the trailer with a representative of FEMA to check out the trailer, correct?

A. Yes.

Q. You did a walk-around the outside, right?

A. Yeah.

Q. And when you walked around the outside, you looked at the trailer, right?

A. Yes.

Q. And when you walked around the outside of the trailer, you didn't see any damage, right?

A. Extensive damage, no. Just a scratch on the side, that's all. But damage, no.

Q. Cosmetic scratch, but no damage, right?

A. No.

Q. And specifically, you didn't see any damage to the door that led into the trailer on that first occasion when you went in, correct?

A. No. I didn't see any damage?

Q. You didn't see any damage?

A. No.

Q. You didn't have any problems getting in and out of the door --

A. No.

Q. -- on that occasion?
A. No.
Q. And you walked inside the trailer as well, correct, and you did an inspection inside the trailer, right?
A. Yes, briefly. Yes.
Q. And on that occasion, you didn't see any damage to the trailer, right?
A. No.
Q. And so as far as you were concerned, when you walked into that trailer for the first time and you looked at it, you saw no damage at all either inside or outside of the trailer?
A. No.
Q. All right. Now, let's talk about that point in time. You said, I think, yesterday that -- before I get to that, let me show you one more photograph. Can I see -- I'm sorry -- 5153.

Now, this is another photograph from the Google Maps that appears to be taken at a location that's across the street from where the trailer was located, correct?
A. Yep.
Q. So that shows an area where several dumpsters were located at some point in time after the hurricane, right?
A. Yes.
Q. And that's a holding yard, it appears to be, where there were a number of refuge dumpsters held at that location, correct?
A. Yes.

Q. And, in fact, post-Katrina, that area where all of these dumpsters are, there was debris from the hurricane that would go in and out of that location in those dumpsters, right?
A. Correct.
Q. And so that would be true in '06?
A. Yes.
Q. And '07?
A. Yes.
Q. And '08?
A. Yes.
Q. And you can't tell me what specifically was in those dumpsters, but trash moved in and out, correct?
A. Yes.
Q. And that's debris that was coming from houses and other locations as part of the cleanup projects, right?
A. Correct.
Q. Now, the day that you moved -- I'm sorry, the day that you did the inspection, you testified yesterday about the fact that you said, on February 13th, did you smell anything unusual, and the question was, there was a new smell. Correct?
A. Yes.
Q. And you described that like a new car smell, right?
A. Yes.
Q. Now, that new car smell, I think you said you sneezed when you smelled that new car smell, right?

A. Yeah, it was a new car smell, but it was a lot stronger, but it was along the lines of a new car smell. A lot stronger, though.
Q. It caused you to sneeze?
A. Yes.
Q. But that was it. You couldn't remember that it made your eyes burn, right?
A. I couldn't remember it making my eyes burn?
Q. Right.
A. Yeah, I had some reaction to my eyes, yeah, but like I said, I thought it was because of the new smell, that's all.
Q. And that new smell that you smelled, it lasted for, let's say, a few weeks?
A. A few weeks, several weeks.
Q. Then it went away?
A. Yes, it did go away.
Q. And then later on, at the end of 2006, there was a very different smell that you smelled that smelled like a dead animal under the trailer, right?
A. I compared it to a dead animal because, I mean, at the time, they had sick animals out and everything, so I don't know if something had crawled underneath the trailer or something might have got into a wall, that was my initial thinking of the situation. But it wasn't a dead animal smell to it.
Q. But it was very different than that smell that you had

smelled when you first went into the trailer?

A. Oh, yes, it was different.

Q. Now, let's go back, if we can, for a moment to the time when you first moved into the trailer, the photographs we just looked at, that time period. You actually, after you did the inspection, got a key to the unit, correct?

A. Yes, I did.

Q. And isn't it also true that when you got not only a key to the unit, but you were provided a maintenance number to call, correct?

A. Yes, I was.

Q. Because if you needed to have maintenance on the trailer, they gave you a number so you could call?

A. Yes.

Q. And on that occasion when you got the keys, you also got a white package, right --

A. Yes, I did.

Q. -- delivered to you by FEMA?

A. Delivered to me by Shaw, I think. Shaw personnel.

Q. Whoever that person was that was doing the inspection with you handed you the keys and a white package?

A. Yeah.

Q. Did you ever look in that white package?

A. No. It was understood that it was an appliance package.

Q. It was understood? Understood by whom?

A. By me.
Q. So --
A. Because when he went over the checklist, that's when he gave me the package saying that it was the appliances.
Q. So when you got that white package, you knew there were manuals in there, right?
A. For appliances, yeah.
Q. Well, did you then take those appliance manuals out and look at them to see how to operate the various appliances in the trailer?
A. No, I didn't have to. He went through it with me.
Q. You knew how to operate all of those things?
A. No. I didn't know how to operate the propane tank.
Q. And so did you go in that package and look for the manual for the propane tank?
A. No, I actually went outside and investigated it myself.
Q. Did you ask the person for an owner's manual?
A. No, I didn't.
Q. But there certainly could have been an owner's manual in that package, right?
A. It's possible, but it was my understanding it was an appliance package.
Q. But you just didn't look?
A. I didn't need to.
Q. Had you ever owned a travel trailer before?

A. No.
Q. Now, can you pull up the owner's manual.
Mr. Wright, have you seen this page from the owner's manual before today?
A. Have I seen this page of the owner's manual?
Q. Have you seen it at any point in time before today?
A. Yes, I have. I have seen it. Yes, sir.
Q. And let's start right here. And if I read this owner's manual to you, that it said, "Formaldehyde levels in the indoor air can cause temporary eye and respiratory irritation and may aggravate respiratory conditions or allergies," if you had read that in the owner's manual in April, after you said the trailer made you sick, what would you have done?
A. I would have associated it with the problems I was having at the time, because that's exactly what I was going through. And I would have -- I would have notified my mother and told her.
Q. You would have called your mom?
A. Yes.
Q. And so if you had that knowledge and you read that statement, would you have taken immediate steps to move out of the trailer?
A. Well, calling my mom would have been that process. I mean, she would have called and he probably would have informed her, yes, there is some degree of hazard staying in the trailer, and he would have gave her the option and I would have got out.

Q. I understand. You said that you would have called your mom. But my question also is, if you had had that knowledge, if you had read that statement, you would have taken immediate action to move out of the trailer?
A. Yes.
Q. So if you had read it in March of 2006, you would have called your mom and immediately moved out of the trailer, right?
A. Yes, I would have.
Q. Now, I want to talk a little bit about people who stayed in that trailer with you after March of 2006, when you said "The trailer made me sick." Okay?
A. Okay.
Q. Your best friend, Nicole Dyson, stayed there, right?
A. Yes, she did.
Q. And you never told her that you were worried about the trailer making you sick and she shouldn't live there, right?
A. No, I didn't.
Q. Your mom came back in the latter part of December of 2006, and did you tell her, "Look, Mom, this trailer is making me sick. I don't think you should stay here"?
A. I didn't mention it again, no.
Q. How about your sister? Did you tell her, "Look, this trailer is making me sick and I don't think you should stay here"?
A. No.

Q. Now, you had some other friends who stayed in the trailer in 2007, didn't you?

A. I think my cousin stayed with me for a short time in 2007.

Q. I'm not sure if I know this is your cousin, but I'm going to give you a name and let's see if we can talk about whether these people stayed in 2007.

Vanessa Johnson stayed in the trailer with you in 2007, correct?

A. No. It was '08. She came down in February of '08.

Q. What about Lucretia Johnson, did she come in '07?

A. In '08. They are sisters.

Q. Are you sure they didn't come in '07?

A. I'm very sure.

Q. And when Vanessa came, she brought her two children with her, right?

A. Yes.

Q. And she was pregnant at the time?

A. Yes.

Q. And isn't it a fact that these two friends of yours with their children and she was pregnant, you didn't tell them, "Hey, look, I think this trailer is making me sick. You shouldn't stay here, you should stay someplace else"?

A. No, I didn't say anything to them.

Q. And none of these people ever complained about health problems to you associated with the trailer, correct?

A. No.
Q. And none of these women smelled anything unusual and reported it to you while they were in the trailer, correct?
A. No, they didn't.
Q. The time that you were in the trailer when you cooked, you opened the windows, right?
A. Excuse me?
Q. When you cooked --
A. When I cooked?
Q. -- you opened the windows?
A. Yes.
Q. And when you cleaned, you opened the windows?
A. When I cleaned? Not necessarily.
Q. Sometimes?
A. Sometimes, yes.
Q. And you were here when Ms. Dyson testified, correct?
A. Yes.
Q. And she said that she lived with you in 2006, correct?
A. Yes.
Q. And she said, always, always when she was there, the windows were open and the door was always open, correct?
A. She said that, yes.
Q. Do you agree?
A. No.
Q. Now, in 2006, did you ever call FEMA and tell them, "Look, I

think this trailer is making me sick. I want some alternate housing. Take me out and put me someplace else"?

A. I didn't know specifically it was the trailer. When my mom called to have someone come out and investigate the trailer, nobody got back in touch with her, and I didn't instigate the situation.

Q. You told this jury that you said in March of 2006, "The trailer was making me sick," and that's what you told your mom, right?

A. I told my mom, yes.

Q. Did you then call up FEMA and say, "Hey, it's 2006, I just moved in, this trailer is making me sick. I want someplace else to live"?

A. I did not personally make the call.

Q. And did you make a call in 2007, after you went to the doctors and said to FEMA, "Hey, look, this trailer is making me sick"?

A. No one told me the trailer was making me sick. I mean, it was an idea I had, but...

Q. Right. You thought the trailer was making you sick and I want --

A. Not the whole time. It's just that one statement, other than when I asked my doctor, could it be possible the trailer could be making me sick? And he said, "It's possible," but he said it so nonchalantly like it wasn't no big deal.

Q. So you didn't call FEMA in 2007 or 2008 and ask them for alternate housing, correct?
A. No, I didn't.
Q. And, in fact, in 2006, you didn't look for any form of alternative housing, did you? Didn't even look for it?
A. In 2006?
Q. Right.
A. No, I didn't feel no need to.
Q. What about 2007?
A. No.
Q. 2008? Didn't look for any alternative housing, whether it be FEMA or anyone else?
A. Well, 2008, I did move out.
Q. But you moved out in 2008 because your mom had renewed the lease on the trailer once and you didn't want to renew it again. You wanted to move out and get your own place. That's why you moved out in 2008, right?
A. Yes.
Q. What?
A. That's why I moved out? Yes.
Q. Now, I want to switch subjects and talk to you a little bit about your health. Okay?
A. Okay.
Q. Now, Mr. Wright, you have seasonal allergies, correct?
A. Yes.

Q. In fact, you've had seasonal allergies for a long time, long before you moved into the trailer in 2006, correct?
A. Yes.
Q. And, in fact, I think you told us that the seasonal allergies you have cause you to -- they are worse when the weather is changing from winter to spring?
A. Yes. Well, it's worse from winter to spring or -- I think it's from summer to winter is worse.
Q. Do you remember saying that --
A. Well, I might have got the seasons wrong.
Q. But usually in the March or April time frame, that's when it starts getting -- you're getting most congested, in March or April?
A. No, March and April -- well, the winter to spring there's a lot of sneezing and a lot of irritation to my sinus area, you know, like to my nose and everything, but when it's from summer to winter, that's when I get congested. Everything goes to stopping up and coughing and everything.
Q. But you get reactions generally in March and April to seasonal allergies, right?
A. Yes. Uh-huh (affirmative response).
Q. That had happened in the past, correct?
A. Yes.
Q. Before you moved into the --
A. That's how come I know specifically what seasons is which

and how I'm affected.

Q. I want to look at a medical record with you for a moment. Would you pull up Exhibit 0538-00028.

I think this is a document that Mr. D'Amico showed you yesterday, and this is your second visit with Dr. Cruz. You said you went in in March and you went back in May, correct?

A. No, I went April, May -- yeah, I went April and May.

Q. April and May. Well, do you remember telling Dr. Cruz in May of '06, "Respiratory symptoms much better. No cough. No further wheezing. Goopy in the eyes."

Do you remember telling him that?

A. No cough -- uh-huh (affirmative response). Yes.

Q. Do you remember reporting those symptoms on that day?

A. Yes.

Q. That's what you told him?

A. Yes.

Q. And he wrote, "Seasonal allergies and acute bacterial conjunctivitis." Did he tell you that too?

A. Yes.

Q. Now, I want to reference another medical record, if I can, and that is Exhibit 0538-00021.

Mr. Wright, this is another one of Dr. Cruz medical records, but this is on April 8th of -- I'm sorry, April 1st of 2008.

A. Okay.

Q. And it shows that you made some complaints and it says, "Others at work with similar complaints." With similar.

So you told Dr. Cruz when you went in in April of '08 that the complaint that you were making at that point in time, your cough, your yellow phlegm, your fever, your congestion, your sore throat, your body aches, were just like others at work, right?

A. Yes.

Q. And that work would have been at the courthouse here in New Orleans, the state courthouse and the Hyatt?

A. Yes.

Q. One more document, 0538-00195.

And this is another one of Dr. Cruz's records, and you went in -- you called Dr. Cruz's office on 8/15/08, that's after you moved out of the trailer, correct?

A. Yes.

Q. And after you had a conversation with a lawyer, correct?

A. Yes.

Q. And you said, "Saw a lawyer about the FEMA trailer. Want letter stating what he has been treated and the possibility of him being affected by formaldehyde," spelled incorrectly, right? You asked that, right? You asked them to write a letter, right?

A. Give a summation of my medical history, yes.

Q. To see whether or not it was associated -- the complaints that you had been making to him were associated with

formaldehyde, that's what you wanted to know?
A. I was just asked to get a summary of my health problems, that's all. I didn't know if it was going to be associated with that.
Q. And the possibility of being affected by formaldehyde, right?
A. Yeah. That was on the note. I didn't write it, so...
Q. You called in?
A. Yeah, I called in. But I don't remember giving no information about formaldehyde. I just said, "My lawyers need a summation of my medical records."
Q. Well --
A. There was no reason for me to let that person know about formaldehyde.
Q. Well, you had already been contacted by a lawyer and you had talked about formaldehyde, right?
A. Yes, I know they did.
Q. Now, you were here when Dr. Spector testified yesterday, correct?
A. Yes.
Q. And Dr. Spector talked about the fact that you reported to him that you had this growth, this neuroma on your tongue, right, and that he had to do surgery?
A. Biopsy, yes.
Q. And as I understand it, he told you that it might be

cancerous and you become concerned. That's what you told the jury yesterday, right?

A. Yes.

Q. But after he did the biopsy, he told you that it was benign, correct?

A. Not cancerous, yes.

Q. He told you -- and you understood, although you may have had some concern right after he did the surgery, that it was benign and it was not cancerous, correct? That's what he told you?

A. Yes.

Q. Now, one of the other doctors that you -- I'm sorry. One of the other professionals that you've seen is Dr. Shwery, correct?

A. Uh-huh (affirmative response).

Q. And Dr. Shwery isn't a medical doctor, he's a psychologist, correct?

A. Yes, he is.

Q. And I believe that you saw Dr. Shwery for the first time in June or July of 2009, correct?

A. About.

Q. And the second time you saw Dr. Shwery was in September of 2009, correct?

A. Maybe. I'm not really accurate on it.

Q. But assuming those dates are approximately correct, in between the time that you saw Dr. Shwery for the first time and the time that you saw him for the second time, you, in fact, came

to a courthouse and sat in the pews back there with your lawyer and listened to him testify about formaldehyde issues, correct?

A. He was testifying, but I really wasn't paying attention to him. I was just here to get a feel of being in a courtroom full of people. I wasn't here to worry about a testimony.

Q. So you just happened to be in the courtroom on that day when Dr. Shwery testified, correct?

A. That was the day I was available, yes.

Q. Now, Mr. Wright, you testified yesterday that the first time -- you said the first time you ever knew you had asthma was when you were taken to an IME with Dr. Smith who is back in the back, and that is the first time that you ever knew that you had asthma, correct?

A. Yes, it is.

Q. You never, ever knew before that day that you had asthma, before --

A. Never knew.

Q. And you saw him June of 2009, correct?

A. Yes.

Q. So before June of 2009, you had no idea that you had asthma?

A. No idea.

Q. Then help me out. Can you explain to me why you made a statement under oath in April of 2009 that you had asthma for the first time in life since living in a FEMA trailer?

MR. D'AMICO: Objection.

THE COURT: Wait. Page and line. Page and line.

MR. GIEGER: It's not a page and line, Judge. It's a document.

THE COURT: Let him see what you're referring to, and then you can ask him the question.

MR. GIEGER: May I ask him a question, Judge?

THE COURT: Yes, but let him look at what you're referring to first and then you can go ahead and ask him a question. Point to where it is.

MR. D'AMICO: Can we see it?

THE COURT: Yes. And also, you're going to have to show it to counsel.

MR. GIEGER: "Asthma for the first time in life since living in a FEMA trailer."

THE COURT: Would you show that also to counsel before you ask a question in case there is an objection.

EXAMINATION

BY MR. GIEGER:

Q. Mr. Wright, do you remember that you, under penalty of perjury, on 4/14/09, signed and made a statement that you knew that you had asthma for the first time in life since living in a FEMA trailer on that date?

A. That I knew?

MR. D'AMICO: What was the date?

MR. GIEGER: 4/14/2009.

THE WITNESS: I said I might have had asthma because I had gotten an asthma pump a couple of times, but I was never diagnosed with asthma, no.

EXAMINATION

BY MR. GIEGER:

Q. Sir, so you knew you might have had asthma before you saw Dr. Smith?

A. I'm not going to say I might have. I just know I got an asthma pump.

Q. Before you ever saw Dr. Smith?

A. Yes.

MR. GIEGER: Your Honor, that's all the questions I have, although I would like to offer, introduce and file into evidence Exhibit 0552-00004, plus the corresponding pages to 09, which is Mr. Wright's 2002 income tax return that he identified yesterday.

THE COURT: Okay. Only the page that we referred to. We don't want any excess in there.

Anything else?

MR. GIEGER: That would be only then 00004.

THE COURT: Right.

MR. GIEGER: 0552-00004.

MR. D'AMICO: Is that the exhibit?

MR. GIEGER: Yes, that's the exhibit.

THE COURT: What else?

MR. GIEGER: From his '07 tax return, Trial Exhibit 0552-00101, and from his '08 tax return 00104 and 0552-00114.

THE COURT: Any objection?

MR. D'AMICO: I would like to look at them before.

THE COURT: Go ahead and take a peek at them. I think we've seen them in connection with the testimony, but why don't you take one more look at them. Other than the objection that was argued with regard to the testimony, is there any objection to the admission of those into evidence?

MR. D'AMICO: Not as to authenticity, no.

THE COURT: Well, is there any other objection?

MR. D'AMICO: Just the ones we made.

THE COURT: So ordered.

MR. CHEATWOOD: No objection.

(WHEREUPON, at this point in the proceedings, Exhibit Nos. 0552-00004, 0552-00104, 0552-00101 and 0552-00114 were admitted into evidence.)

THE COURT: Mr. Gieger.

MR. GIEGER: And I would like to offer that document there, Your Honor, as Exhibit 1050. That's a new exhibit number.

THE COURT: Is there any objection to what Mr. Gieger has written up here?

MR. D'AMICO: No, Your Honor.

THE COURT: So ordered.

(WHEREUPON, at this point in the proceedings, Exhibit No. 1050 was admitted into evidence.)

MR. GIEGER: Thank you, Mr. Wright.

THE COURT: Mr. Cheatwood.

CROSS-EXAMINATION

BY MR. CHEATWOOD:

Q. Good morning, Mr. Wright. How are you, sir?

A. All right.

Q. I'm going to try not to repeat everything, but I am going to go into a few areas just to make sure that I understood your testimony. Okay, sir?

A. Okay.

Q. Would you pull up Exhibit 481, please.

Mr. Wright, you saw this yesterday, correct?

A. Yes.

Q. This is the checklist, and I call it, if you want to, a lease-in checklist, right? The one that you went around with the FEMA representative, looked inside and outside the trailer, you talked about that in some detail with Mr. D'Amico yesterday?

MR. D'AMICO: Objection. Mischaracterizes the testimony, Your Honor. He didn't say FEMA.

THE COURT: Right. I agree. I sustain the objection.

EXAMINATION

BY MR. CHEATWOOD:

Q. I think you said Shaw, correct?

A. Uh-huh (affirmative response).

Q. Thank you. Circle the bottom, if you would, where it's got Mr. Wethington's signature. Can you highlight that or blow that up for us.

Do you see that mark on the page there, sir, can you read that? Doesn't that say FEMA rep signature?

A. Yes.

Q. Now, when you talked previously about this lease-in, you talked about the FEMA representative, didn't you, sir?

A. Repeat the question, because what I -- what I knew it was, the guy had a Shaw helmet on. That's why I say it was a Shaw personnel. I thought FEMA and Shaw was, like, one thing.

Q. That's my point. You thought FEMA and Shaw were the same thing?

A. Uh-huh (affirmative response).

Q. And you thought that the whole time that you were living in that trailer, correct?

A. Yes.

Q. Now, just to make sure, you went over everything on the checklist on the inside of the trailer with Mr. Wethington, correct?

A. Inside the checklist, yes.

Q. I want to talk just a little bit about the new car smell just to make sure I was clear about your testimony yesterday. You testified yesterday --

MR. D'AMICO: I have an objection. Again, he didn't -- mischaracterizes the testimony, Your Honor.

THE COURT: Well, let's rephrase the question.

MR. CHEATWOOD: I'll do that, Judge.

EXAMINATION

BY MR. CHEATWOOD:

Q. When you inspected the trailer, you walked around with Mr. Wethington, correct?

A. Yes.

Q. The fellow whose name is on here. That's who I'm talking about.

A. Yes.

Q. You said yesterday he told you that if the smell bothered you, to air out the trailer. That's what you said yesterday.

A. Open up the windows and door, yes.

Q. Now, I want to make sure I have this right. Yesterday you testified that when you went in and you smelled the new car smell, you sneezed, correct?

A. Yes.

Q. You also testified yesterday that when you went in, you recall your eyes being irritated and your eyes watered, correct?

A. Yes. You know, like, swelled up with water. I didn't tear up, but it swelled up with water. Yes, sir.

Q. Isn't it a fact, sir, that you really can't say whether or not your eyes watered when you went in that trailer on that day?

A. Repeat that question. I can't --

Q. You cannot say that your eyes actually watered that day, you weren't paying attention, were you?

A. Yes, I did react to it when I went in and walked with him, yeah.

Q. Page 268, lines 6 through 18.

MR. CHEATWOOD: Your Honor, may I approach the witness?

THE COURT: Yes.

EXAMINATION

BY MR. CHEATWOOD:

Q. Okay. Mr. Wright, you gave a deposition in this case, correct?

A. Yes, I did.

Q. And you swore to tell the truth just like you did when you sat down here today, correct?

A. To the best of my knowledge.

Q. On Page 268, on line 6, you were asked, "Let's talk about the new smell. Did the new smell make you cough when you went into the trailer for the first time?"

And your answer was, "I think I sneezed."

Correct?

A. Uh-huh (affirmative response).

Q. I think it would be helpful for her if you said yes.

A. Yes. Yes.

Q. And then the next question was, "Sneezed?" And again you

said "Yes," correct?
A. Yes.
Q. Then you were asked, "Okay. Did it make your eyes water?"
And your answer was, "I really can't say because he was talking, telling me how I have one of the newer trailers and stuff, so there was a lot of things I probably wasn't paying attention to offhand, you know."
That's what you said in your deposition; isn't that correct?
A. Yes.
Q. You said, "I can't say because he was talking."
Correct?
A. Yes.
Q. Now, Mr. Gieger asked you about the white envelope.
Do you remember that, sir?
A. Yes.
Q. Now, you testified you didn't see an owner's manual for the trailer in the trailer, correct?
A. Yes.
Q. But you did -- Mr. Wethington handed you a white envelope, correct?
A. Yes.
Q. And that white envelope might have contained the owner's manual, might it?
A. Going over the checklist, and he gave me papers, just

assuming it was an appliance package.

Q. But it could have contained the owner's manual, couldn't it?

MR. D'AMICO: Judge, objection. Speculation.

THE COURT: Well, I think it's an argumentative question. Why don't we just ask him, and I think Mr. Gieger covered whether he opened it or not. I think it's an argumentative question. I'm going to sustain the objection.

EXAMINATION

BY MR. CHEATWOOD:

Q. All right, sir. Well, you don't know for sure whether or not it contained the owner's manual because you threw the white envelope in a cabinet and never looked at it, right?

A. Yes.

Q. In fact, you think you might have thrown it away?

A. Thrown it away when?

Q. When you were moving out.

A. I think I left that package in the cabinet.

Q. I'm going to ask you again, isn't it true that you might have thrown that white package away when you were moving out of the trailer?

A. It's possible. It's possible.

Q. You might have done that, might you?

A. Yeah, I might have done that.

Q. And I think you've already testified and I won't go through it, that Mr. Wethington left you a maintenance number, correct?

A. Yes.

Q. You didn't express any problems with the trailer at that meeting, correct?

A. No.

Q. Now, again, yesterday I thought I heard you testify you moved in on March 1st.

A. Yes.

Q. We asked you, "Isn't it true that, in fact, you know you moved in in March, but you don't know the exact date?"

A. Well, it would have had to be March 1st because we had to get off the cruise ship that I was staying on.

Q. You didn't tell us that before, did you, Mr. Wright? You told us you moved in in March, without a date, correct?

MR. D'AMICO: Objection, Your Honor. That's improper impeachment.

THE COURT: Yes. Again, let's try to be efficient in our questioning and not argumentative.

EXAMINATION

BY MR. CHEATWOOD:

Q. All right, sir. All I'm trying to do is establish when you moved in. Why don't we look at Page 116, lines 17 through 19.

Okay. The question starting on line 10 -- I'm sorry, that's where the question starts, was, "When did you first smell that smell from the time you received the keys to the unit?"

Correct, sir?

A. Yes.

Q. "I can't recall. First time -- well, the first time I noticed, it would have to probably be the winter of '07, if I'm not mistaken." But you went on to say, "But I moved in the trailer in '06, so the winter of '06, I moved in in March, so it was '06. It was cold. Really cold. I had to buy space heaters. I thought it was the space heaters because the furnace never worked."

You said in March, correct, sir, here?

A. Yes.

Q. Not March 1st. That's not what you said?

MR. D'AMICO: Your Honor, is there a distinction between March and March 1st?

THE COURT: First of all, you have to have an objection. We can't just get up and argue about what the testimony is.

MR. D'AMICO: Objection. It's argumentative. That's not impeachment. It's already been testified to and it's not impeachment.

THE COURT: I think we need to stick with asking a question and have him answer it rather than propound these argumentative rhetorical questions. I think it's improper. Let's just ask him a fact question and have him respond to it. Simple as that.

Go ahead, Mr. Cheatwood.

EXAMINATION

BY MR. CHEATWOOD:

Q. You had a problem with a broken furnace in March, didn't you, sir?

A. Yes.

Q. Would you show Shaw Exhibit 489, please.

Now, Mr. Wright, I'm not going to ask you to read this handwriting on here because I can't either, but would you highlight the part there that says one where it starts HVAC.

You see at the top up there where it says Number 1, HVAC, "FEMA tenant reported the furnace comes on then shuts off before warming up"? The typed part at the top.

You see that, sir?

A. Yes, I see that.

Q. That was the problem with your furnace that you talked about, the first problem, correct?

A. I can't say which one that could have been, the first -- because it came out twice.

Q. Well, let's say this: Look at the date. The date of this is in March of '06, so that would be the first one, right?

A. Probably so, yes.

Q. Okay. Now -- and you see that 3/19/06. If you would, turn to the second page of that document and highlight -- there you go.

And again, I'm not going to ask you to read all of this, but can you read the very end where it says, "And now it

works good."

A. Yes.

Q. So when they came out, they attempted to fix the furnace, and you thought it was fixed and they thought it was fixed at that point in time, correct, sir?

A. Correct.

Q. Now, if you would show Exhibit 050-001. And if you can blow that up to where we can see it, that would be nice.

I'm sorry. How about 50 instead of 51, the next one. There you go. Can you highlight the very bottom part of that.

And again, somebody has attempted to type up what was handwritten, and you can see they couldn't read it either. But at the very end again, it says, "And now it works good."

Correct? You see that, sir?

A. Yes.

Q. Now, that was on -- again, you'll see March 19th. That was the first time anybody came out to do any repair that you're aware of, correct?

A. Correct.

Q. Okay.

MR. CHEATWOOD: Your Honor, may I approach? Mr. Gieger has given me permission to mark on this form here. What I'm going to do is put a long line here for March 19th.

Now, if you would pull up 5001. Just the next one.

Now, Mr. Wright, you testified that there were

times that the maintenance contractors came out there, whether it be Shaw or FEMA or whoever, when you weren't there, correct?
A. He came out when I wasn't there?
Q. Yes, sir. On occasion, they came out when you were not there?
A. I guess they did. I mean, I don't know.
Q. Well, didn't you testify -- I'm sorry. They left stickers on the trailer when they came out when you weren't there sometimes, correct?
A. Yes, sir.
Q. Okay. Blow this one up, please and -- I'm sorry. If you would, first, the other side because I want to show the date.
So you'll see down at the bottom it says, 2315 Seminole Lane?
A. Yes.
Q. That's the address where the trailer was, correct?
A. Yes.
Q. Bobbie Wright, that was your mother?
A. Yes.
Q. Now, what about that phone number, 701-0079?
A. That's my cell phone number.
Q. That's your cell phone number, correct?
A. Yes.
Q. Now, if you'll look behind that, you'll notice under type, it says "normal."

Do you see that?

A. Yes.

Q. Under description, and there are two of them, it says, "Not home. Left letter."

Do you see that?

A. Yes.

Q. And then if you look over to the right, you'll see -- I'm sorry -- corrective action, look under there, "Inspected outside only."

It says that twice, correct?

A. Yes.

Q. And then it's got two dates, right?

A. Yes.

Q. And those dates are 4/18/and 5/11, correct?

A. Yes.

Q. Okay. You cannot dispute, can you, Mr. Wright, that there were inspections done on those days when you were not home?

A. I cannot dispute it, no.

Q. I'm going to put a mark here for 4/18 and I'm going to put a mark here for 5/11.

Now, Mr. Wright, do you know when Shaw stopped being the maintenance contractor for your trailer?

A. No.

Q. Do you know how many maintenance contractors that there were for your trailer?

A. No.
Q. I think you testified earlier that you thought Shaw and FEMA were the same?
A. Correct.
Q. And as far as you knew, Shaw was the maintenance contractor the whole time?
A. Yes.
Q. I want to talk just a little bit about this, not that we've -- we've already talked about the new car smell, correct?
A. Yes.
MR. D'AMICO: Objection.
THE COURT: Wait.
MR. D'AMICO: That's putting words in his mouth. He testified plainly yesterday.
THE COURT: He's referred to new car smell and he's referred to the other smell, so we need to be specific as to what -- why don't we refer to it maybe by the day that we're talking about or the general description of the occasion rather than get bogged down as to which was which.
MR. CHEATWOOD: That's what I want to do, is move from one to the other.
THE COURT: But we need to make sure we all know which occasion he's talking about because he may be thinking of a different occasion.
MR. CHEATWOOD: Yes, sir, we'll do that.

EXAMINATION

BY MR. CHEATWOOD:

Q. Mr. Wright, you smelled the new car smell on the initial -- the inspection we've just been talking about with Mr. Wethington, correct?

A. Yes.

Q. I think you told Mr. Gieger that went away after a few weeks, the new car smell?

A. After several weeks, yeah.

Q. Right. Then you talked about this foul odor, the one that you thought smelled like a dead animal or something like that.

A. It was initially compared to a dead animal smell, but it wasn't as strong as when I first walked in. It had died out and it became, like, a -- I would say like a stale, stagnated odor. I mean, it was just like a -- it was just in the air. I mean, I didn't know if it was in the walls or it was in the carpets or what, but it wasn't as strong.

Q. And you began to notice that smell sometime in the winter of 2006, correct?

A. Yes.

Q. In fact, by the winter of 2006, you meant November or December of 2006 time frame, correct?

A. Say that again.

Q. By the winter of 2006, you meant the November or December '06 time frame?

A. Yes.

MR. CHEATWOOD:

Your Honor, if I may approach.

EXAMINATION

BY MR. CHEATWOOD:

Q. This is December, so November, December. I'm going to make this mark, and this is the foul odor.

Now, this foul odor was a constant odor, correct, sir?

A. No, it wasn't -- well, yeah, it was a constant odor. It was always there. I mean, that's why I used to put, like, carpet deodorizer down to just give it a different smell because it was just -- it was -- it was noticeable. I mean, like I say, I didn't know what it was.

Q. Okay. Mr. Wright, I would like to talk to you about, you had an electrical problem at one point in connection with the trailer, correct?

A. Yes.

Q. It had to do with a breaker box?

A. Yes.

Q. Somebody came out to address that problem?

A. Yes, they did.

Q. If you would, please, pull up Exhibit 592, Page 8.

Would you highlight that upper left-hand corner. Upper top, even above that. Thank you.

Do you see up there in the corner, sir, where it says,

and it's a little difficult to read, but it says, "AME service/crown roofing service trailer maintenance"?

A. Yes, I see that, yes.

Q. Do you know who the maintenance contractor was who did the work fixing the electrical breaker, sir?

A. No.

Q. You thought it was Shaw or FEMA, didn't you?

A. Yes.

Q. If I told you that AME was another maintenance contractor, would you be in any position to deny that, sir?

A. No.

Q. Okay. Would you go down a little further and highlight the street address on it. Down further. Right there. Thank you.

The street address 2315 Seminole, that was where your trailer was, correct, sir?

A. Yes.

Q. If you would look further down, there is a signature where it says, "work accepted by," and that's got your signature on it, correct, sir?

A. Yes.

Q. And that's dated February 15th, '08, correct, sir?

A. Yes.

Q. Your Honor, if I may approach.

THE COURT: Yes.

EXAMINATION

BY MR. CHEATWOOD:

Q.   Now, Mr. Wright, was your mother living in the trailer with you in February of '08?

A.   No.

Q.   If you'll highlight the signature there where it says "comments," now, that, to me, appears to say Erica Palmisano.

Do you remember if the person who did the electrical work was a female?

A.   No.  It was a male.

Q.   And just to be fair to you, you see it says "work completed by," right under your signature?  You see that, sir?

A.   Yes, I see.

Q.   And I can't read that.  That could be a male.  So I'm not arguing with you about that.  Just to be sure, I wanted to know.

And when they left, you thought they had fixed the electrical breaker in '08, correct?

A.   Yes.

Q.   Okay.  There was some discussion yesterday about whether or not the trailer was level.

Do you remember that, sir?

A.   Yes.

Q.   What does it mean to you if the trailer is level?

A.   It's balanced out from corner to corner.  I mean, straight.  Just level.

Q.   Fair enough.  Now, the trailer was level at the time you

inspected it with Mr. Wethington February 13, 2006, correct?

A. Yes.

Q. Now, you assumed that the trailer had shifted, I think you said, and I'm not using your words, so you correct me if I am wrong, because the water was coming through the door, the gap in the door, correct?

A. Yes.

Q. Okay. You started noticing the door gap sometime in 2007, correct?

A. Late part of '06 or '07, yeah.

Q. Late '06 or '07.

MR. CHEATWOOD: Your Honor, if I may.

THE COURT: Yes.

EXAMINATION

BY MR. CHEATWOOD:

Q. I'm going to use red for this one. I'm going to put "door gap," and I'm going to go from there to here.

Now, when you assumed that it was out of level after you saw the door gap, you don't mean that it was doing this kind of thing when you walked in it?

A. No. No.

Q. And by "this" I mean, it was out of balance. You're just saying --

A. Rocking or something?

Q. Right.

A. No, it wasn't rocking.
Q. Right. Now, if you would, please, pull up Trial Exhibit 0592-2. First of all, if you would hit the very top where it's got -- there you go.
You see at that one, sir, it says AME Preventative Maintenance Inspection Form?
A. Yes, I see it.
Q. You don't know whether AME was the maintenance contractor in September of '07 or not, do you, sir?
A. No, I don't.
Q. Again, you thought it was Shaw or FEMA the whole time?
A. Yes.
Q. Now, this inspection shows the date of 9/11/07. Let's go down to the bottom.
You'll notice that it's signed by Mr. -- appears to be Wade -- I'm going to say Petit or Petit. And if you would, go up to the top where the check marks are, and you'll see the check marks only go a certain distance down the form.
You see that, sir?
A. Yes.
Q. And I'm going to suggest to you if you look at them, the check marks indicate that what was checked was outside of the trailer.
Do you see that?
A. Yes.

Q. Propane tanks, unit level, exterior lights, steps, ramps, electrical service panel, those things?

A. Uh-huh (affirmative response).

Q. You see those?

A. Yes.

Q. Those are outside the trailer, correct?

A. Yes, uh-huh (affirmative response).

Q. And if you look at the bottom where it says "resident's signature," no signature?

A. No.

Q. You can't dispute that this inspection was done when you were gone on September 11, 1907, can you, sir?

THE COURT: 2007.

MR. CHEATWOOD: I'm sorry, sir?

THE COURT: 2007.

MR. CHEATWOOD: I'm sorry. If I didn't say that, I apologize. September 11, 2007.

Your Honor, may I approach?

THE COURT: Yes.

Let me ask counsel to approach, please.

(WHEREUPON, at this point in the proceedings, a conference was held at the bench.)

THE COURT: I just want to make certain that we're all on the same page, that there is no failure to maintain claim in the case. Does that come as a surprise to anybody?

MR. CHEATWOOD: It doesn't to me, Judge, and if your question is in reference to me putting in these forms, there is an allegation that the trailer was out of plain and that's what caused the door, and every single one of these inspection reports pass in connection with the unit level and the foundation supports and the anchors, all of them.

THE COURT: I understand that, and I understand that subsequent inspections may relate to the original blocking and installation. It just seems like we spent -- I'm reluctant to interrupt you, but it seems like we spent some time on maintaining other things at the unit that don't really pertain to a condition of the door. I mean, clearly, if the door suddenly is out of alignment, that could possibly relate to an improper installation. But we did spend some time. I'm not trying to stop you from what you're doing, I'm just saying that we did spend some time talking about other things that were fixed that really are not pertinent.

MR. CHEATWOOD: Let me tell you why I did that. Mr. Wright has suggested that he talked to people when they came out there and told them various things. On not a single one of these forms is there any reference to him telling anybody anything when he was there. And further, he will admit he never called them. So that's the problem.

MR. D'AMICO: It's already admitted he didn't call them.

MR. CHEATWOOD: That's right.

THE COURT: That's fine.

MR. CHEATWOOD: Now, if you want to speed it up --

THE COURT: I do want to do that.

MR. CHEATWOOD: So what I'm saying is if you want to stipulate to all of these, I'll just go up there and mark them all and do it at one time instead of going through them all.

MR. D'AMICO: Stipulate to what?

MR. CHEATWOOD: All of these inspection reports that show that it passed in terms of leveling the doors, and I'll just go put them all up at one time instead of asking him about each of them.

MR. D'AMICO: He wasn't there. He can't testify about them anyway.

THE COURT: Let's go ahead and do what you want. Let's try to pick up the pace.

MR. D'AMICO: I don't think you can ask him about a document he hasn't signed, he hasn't seen and has no knowledge of. That's my big objection.

THE COURT: Just direct him to the date. If they came out on a date, direct him to the date. If he wasn't there, then he doesn't know.

MR. CHEATWOOD: That's right. But he can't dispute it, is the point.

MR. D'AMICO: Well, he can't verify it either. He has no knowledge of it.

THE COURT: That's exactly right.

MR. CHEATWOOD: I don't disagree with that, but that's redirect or cross or something.

THE COURT: There may be a more efficient way to do this.

MR. CHEATWOOD: That's why I suggested the stipulation.

THE COURT: Let's just direct him to the dates. If he wasn't there, he doesn't know. I mean, somebody could be at my house right now and I wouldn't know about it.

MR. D'AMICO: You can't verify it or dispute it.

MR. CHEATWOOD: The only difference is, though, is he's already testified when they came out there when he wasn't there, they put stickers on the door and there were stickers there. Now, obviously, he can't remember which dates were on the stickers, but there was evidence of the visits, and if you'll notice at least a number of them, every time they went, they left letters out there.

THE COURT: Let's try to cover those as we can.

MR. CHEATWOOD: I'll try to move along, yes, sir.

(WHEREUPON, at this point in the proceedings, the bench conference was concluded.)

EXAMINATION

BY MR. CHEATWOOD:

Q. Mr. Wright, to try to save some time, and I showed you this document. I'm sorry. Why don't we just go to the next one and

we'll use Exhibit 0592-00003. If you just show the date.

That was 10/9/07, and you notice the line that's got the check marks on it says "pass." And at the bottom, there is no signature by you. So to save time, sir, there were a number of inspections that you knew occurred because you saw the stickers when you were not at the trailer, correct?

A. Exactly.

Q. Okay. And if I tried to quiz you about the dates, you wouldn't remember what those dates were on those little stickers, would you?

A. No.

Q. So rather than ask you that, sir, what I'll do is at some point, we'll get those on my chart. But let me ask you about a couple of visits when you were there.

If you would, please turn to 0592-0009.

Okay, sir. Do you see this one is dated 3/22/08 at the top, correct?

A. Yes.

Q. Okay. Look at the bottom, sir, there is -- that's your signature, correct?

A. Yes.

Q. And then you printed your name?

A. Yes.

Q. And on this document, in terms of the check marks about what passed, there is a check mark that it passed in every block,

correct?
A. Yes.
Q. And a couple of times when the inspectors came out, you were there?
A. Yes.
Q. Correct? And they would ask you is there something wrong with the trailer, correct?
A. Yes.
Q. And then they would go through and they would look outside and inside the trailer and talk to you about it, correct?
A. No.
Q. They didn't talk to you?
A. No. Most of the time when they came and I did see them, they'd come and ask me if everything was working fine. Well, a few occasions when they came and I noticed the water coming in the door, I let that be known, and I told them about the mold in the bedroom. But you see, when they came, all of this was already checked. They never physically went to the refrigerator or went to the bedroom.
Q. And you signed off on the form?
A. Yes, I did.
Q. Now, when you signed off on the form, did you look at it at all?
A. No. Not really.
Q. You didn't look at it?

A. No.
Q. But you knew he was out there inspecting, didn't you?
A. What?
Q. You knew that he was out there on an inspection?
A. He should have been out there on an inspection, yes.
MR. CHEATWOOD: Your Honor, this one is signed, if I may.
THE COURT: Yes.

EXAMINATION

BY MR. CHEATWOOD:
Q. This date is 3/22/08. Would you go to 0592-00010.
You see the date, Mr. Wright, 4/19/08?
A. Yes.
Q. If you'll go to the bottom, I don't intend to ask you the same questions again, but there is your signature on the bottom, correct, sir?
A. Yes.
Q. So the same process occurred this time as occurred the last one we talked about, correct?
A. Yes.
Q. If you look at the top, the very top, everything is marked "pass," correct?
A. Yes.
Q. And at the very top it says, AME Preventative Maintenance Inspection Form, correct?

A. Yes.
Q. You don't know who AME is, right?
A. No.
MR. CHEATWOOD: Your Honor, if I might.
THE COURT: Yes.

EXAMINATION

BY MR. CHEATWOOD:
Q. Now, if you would, turn to 0592-00012. You notice this one says Crown Roofing Preventative Maintenance?
Do you see that, sir?
A. Yes, I do.
Q. You don't know who Crown Roofing is, do you?
A. No.
Q. You notice the date is 6/9/08 on that top?
A. Yes.
Q. If you will, go down to the bottom. Everything is marked "pass," correct? You see that?
A. Yes.
Q. And if you'll notice there is your -- the -- that's your mother's signature this time, correct?
A. Yes.
Q. And then that's her handwritten name?
A. Yes.
Q. And you'll notice there is a date at the bottom that appears to say 6/16/08. You see that?

A. Yes.

MR. CHEATWOOD: Your Honor, if I may.

THE COURT: Yes.

EXAMINATION

BY MR. CHEATWOOD:

Q. Now, let me ask one question while I'm here. Your last month in the trailer, was it July of '08?

A. Yes.

Q. So June, I'm going to put right here.

THE COURT: Mr. Cheatwood, how much further do you have?

MR. CHEATWOOD: Your Honor, I'm hoping to be done in 15 minutes. I apologize, it just takes a while.

THE COURT: It does. Let's pick up the pace.

MR. CHEATWOOD: That's what I'm doing.

EXAMINATION

BY MR. CHEATWOOD:

Q. Now, Mr. Wright, I want to talk about leaks for a minute. All right, sir?

A. Okay.

Q. We already established that the door problem occurred in late 2006 or early 2007, correct?

A. Yes.

Q. This is something I want to try to clear up. Were there any other leaks beside the leak at the front door?

A. There was a leak at the vent on the air-conditioner. And

like I said, the carpet would get wet around the window in the bedroom where the mold was. But I didn't actually see water, like, leaking inside the unit.

Q. I'm going to ask the question this way: Do you recall testifying about that previously?

A. Yes, I do.

Q. Do you recall telling us that you didn't see any other leaks?

A. Yes.

Q. Okay. So just to be fair, when you gave your deposition, you testified that you didn't see any other leaks, correct?

A. Yes.

Q. Okay.

A. But that's to the best of my recollection at that time.

Q. I'm sorry, go ahead.

A. I mean, it wasn't like I could really, I just didn't think about everything all at one time. I just told you what I could recollect the most. The door was the main thing I can remember.

Q. So at the time of your deposition, all you could remember was the leak in the door?

A. The leak at the door, yes.

Q. But since then you recall --

A. Yeah, I recall the others, yes.

Q. Now, you never actually called maintenance about that front door leak, did you, sir, any of the maintenance companies?

A. No, I didn't call. I just would let the maintenance people that I saw know about it.

Q. Well, we've shown which ones you've saw, so the ones you would have seen, it appears, were in 2008. Did you see any before then that you know of?

A. I think I did. I don't know.

Q. Can you tell us when?

A. Excuse me?

Q. That's okay. I would like, if you would, if you would pull up Document 30, Exhibit 3046, Page 5201. Is it 304-B? Now, Mr. Wright, that's a picture of the inside of your trailer, correct?

A. Yes.

Q. You testified yesterday about some warnings right above the stove, correct?

A. Yes.

Q. And those warnings -- you can see how mechanically inclined I am. I can't even operate the picture machine.

Now, you see those three warnings on the wall there, sir?

A. Yes.

Q. Those are the ones you were talking about yesterday, right?

A. Yes.

Q. Okay.

MR. D'AMICO: Objection, Your Honor. This has not been

 admitted.

THE COURT: Counsel, has this been admitted?

THE DEPUTY CLERK: It is 304-B. It is admitted.

MR. CHEATWOOD: We have it as admitted.

THE COURT: I have it as admitted.

EXAMINATION

BY MR. CHEATWOOD:

Q. Now, I'm moving to Page 5213 of 304-B.

Okay. Those are the warnings that were above your stove, correct, sir?

A. Yes.

Q. The first one talks about danger if you smell gas, correct?

A. Yes.

Q. You talked about that yesterday?

A. Danger if I smell gas.

Q. About the stove?

A. Yes, about the stove.

Q. The second one talks about the warning, it's not safe to use the cooking appliance for heat, correct?

A. Yes.

Q. Now, yesterday you mentioned a warning that had California in it that you didn't pay any attention to, correct?

A. Exactly.

Q. Show that one, if you will, that bottom one.

This is the warning the you saw every time you got in

front of your stove, correct, all three of those?

A. Yes.

Q. "Warning: This vehicle, like other vehicles, may contain small amounts of one or more substances that are known to the State of California to cause cancer, birth defects, or other reproductive harm."

That's what it says, correct, sir?

A. Yes.

Q. And it's in red and the other ones are in black, correct?

A. Yes.

Q. And you didn't concern yourself with this one because it says California?

A. Yeah.

Q. Now, I want you to explain that to me. Did you think that meant that if you were in California, you could get these things but you couldn't get them if you were in Louisiana?

A. Yes. That's what my assumption was. That's the way I looked at it, yes.

Q. You looked at it to say that if there were substances that caused cancer that the State of California knew, you might get them in California, but you wouldn't get it in Louisiana?

A. I didn't relate it that like that.

Q. How did you relate it?

A. I saw the known to the State of California and I just stopped worrying about it. I mean, it was something for

California. I didn't relate it that maybe it happens in Louisiana. When I saw known to the State of California, I just didn't pay no more attention to it.

Q. And all the times you were cooking or at the stove, you never looked at this and saw "cancer"?

A. When I initially read it, yes, I had to see that, yes.

Q. How about reproductive harm?

A. Yeah.

Q. Or birth defects?

A. Yes.

Q. And there was a pregnant lady that was living with you in the trailer at one point for a short period of time, correct?

A. Yes.

Q. One of the Johnsons?

A. Yes.

Q. Real quickly, and then I'm going to finish up, and I'm going to try to do this, Ms. Dyson has never complained about any odor in the trailers, correct?

A. No.

Q. The Johnsons, none of them ever complained about any odor in the trailer, correct?

A. No.

MR. CHEATWOOD: Your Honor, I have no further questions of Mr. Wright.

Mr. Wright, thank you.

THE COURT: Thank you. Redirect?

REDIRECT EXAMINATION

BY MR. D'AMICO:

Q. Good morning, Mr. Wright. I believe it is still morning. You were asked a lot of questions about your deposition.

How long was the deposition?

A. How long was it?

Q. Yes.

A. About eight hours.

Q. Did it take all day?

A. Yes, all day. Yes.

Q. Did you do your best to answer the questions during those eight hours?

A. Yes, I did.

Q. Now, I believe you were asked some questions by Mr. Gieger about a chemical called bio chem.

Do you recall those questions?

A. Yes.

Q. What is bio chem?

A. Bio-Treat.

Q. I'm sorry. What is Bio-Treat?

A. Bio-Treat is a chemical that's used in the cooling tower water to keep from -- you know, buildup in the pipes.

Q. Now, does Bio-Treat ever get released into the air while you're working?

A. No. No.

Q. Have you ever been exposed to Bio-Treat on the job?

A. No.

Q. Would you ever make a claim for injury from exposure to Bio-Treat while working at Civil District Court?

A. No.

Q. I believe you were asked if you handled some empty containers of Bio-Treat.

Would you tell the ladies and gentlemen of the jury what you recall about that?

A. In my deposition, I said, I handled it, but just contracted out. The guy come and he replaced it. When he opens the new one, he puts the pump in the new one and he hauls off the old one. So I mean --

Q. Is it something that you handle in your daily routine while working -- maintaining the air-conditioners?

A. No. Not at all.

Q. Okay. Now, you were also asked some questions in your deposition -- let's see. Well, let's talk about the IRS.

You were asked some questions about the IRS. Do you recall those questions?

A. Yes.

Q. Did you prepare your tax returns?

A. No, I did not. I hired -- well, I have a CPA, Global Tax Services that handles my taxes.

Q. Did you tell them how to fill out the form?
A. Tell them how to fill it out?
Q. Yes.
A. No. I just supplied her with the W-2 forms.
Q. Did you rely on their expertise in preparing your tax return?
A. Yes.
Q. Now, I believe an exhibit has been admitted about a deduction for a car. This one. Now, let's start with this one first.

In 2008, where were you working, sir?
A. Civil District Court and the Hyatt.
Q. So you had a job and you owned a car?
A. Yes.
Q. And you told your tax preparer this?
A. Yes.
Q. And he filled out the forms?
A. Yeah, he filled out the forms.
Q. Now, in 2007, did you have more than one job?
A. Half the year, yes.
Q. And so there was a deduction for travel for those jobs in 2007?
A. Yes.
Q. Now, in all the years that you have been filing your tax returns, have you ever received a notice from the IRS that there

was anything incorrect about your tax returns?

A. No.

Q. Okay. You were asked some questions just recently about the original inspection of the trailer.

Now, would you tell the ladies and gentlemen of the jury when you did that original trailer lease in and that Shaw employee went over the checklist, did he have a level with him?

A. No.

Q. Did he say anything about the trailer being level?

A. No.

Q. Did you measure the trailer to see if it was level?

A. No.

Q. You were also asked some questions relating to the odors, the smells. What did the Shaw employee tell you when you inquired of him of the odor? What did he say?

A. He said, I was one of the lucky ones. I had a newer trailer. And told me, "Just air it out. Just open up the windows and doors if it irritates you."

Q. Did he call it a new car smell?

A. Yeah, he called it a new car smell. He called it a new car smell.

Q. A new trailer smell or a new car smell?

A. Well, a new trailer smell because I had one of the newer trailers. But like I say, over time, I compared the smell to the smell that -- at the funeral parlor.

Q. Now, you told these gentlemen in response to their questioning that the odor had changed over time, correct?

A. Yes.

Q. Describe for the ladies and gentlemen of the jury, to the best of your recollection, how long this new trailer smell lasted.

A. How long did what?

Q. The new trailer smell, how long -- tell them how long, to your knowledge, did this smell last?

MR. GIEGER: I object, Judge. This has been asked and answered repeatedly.

THE COURT: It was covered on cross, so I'm going to let him go ahead and answer it.

Go ahead.

THE WITNESS: I would have to say it lasted something like, I'm going to say a few months. I moved in in March, the summertime. I didn't really pay attention to it no more in the summertime, but it was, like, in the wintertime when I got this other odor. So I don't know if I got used to the smell or not. But this light odor that I noticed the late part of '06 was different, but it wasn't that strong smell like I smelled in the beginning.

Q. I believe you told these gentlemen that the new smell transferred to '06, just like you said. Was this after you noticed the leak starting to occur?

A. Yes. The AC leaked at the vent. The AC leaked at the vent.
Q. You mentioned something about the carpet in the bedroom, but you didn't actually see a leak?
A. No, I didn't actually see a leak. Like I say, it was about two inches, two inches in a circle like, but I could see -- I associate it with the condensate, but still that was just too much water -- too much of a wet spot to say it was condensate, plus it was raining at the time. So, I mean...
Q. Now, would you please describe for the ladies and gentlemen of the jury what your sinus conditions were like prior to moving into the trailer.
A. Prior to moving into the trailer, I had basic, what I call would be normal sinus conditions. And as I said earlier, it was seasonal. I mean, two weeks when it was changing from winter to spring, two weeks when it was changing from summer to winter.
Q. Now, when you went to Dr. Cruz on April 10th of '06, was there a change in your symptomatology from the way it was before moving into the trailer?
A. Yes.
Q. Describe for the ladies and gentlemen of the jury, what was different?
A. The thing is, in the onset of it, I associated it -- like I said, it was a bad time. You had a lot of houses that were moldy and everything, so I associated it with that. My sinuses kept being -- acting up. It wasn't just two weeks. So I would buy

over-the-counter medicine. I was coughing. And eye irritation. Like I said, one time I went because of the goopy eyes. Well, two times I went for that. And I noticed my chest stayed congested a lot more often. I went to the doctor, like, maybe three or four times for that. I knew that was too frequent because I don't usually get what you call sick. I may get sick, like, once a year.

But that's what alarms me because when I got so tight -- and I forgot what he called that piece, the larynx or something, it was like I had swallowed sand. That's why I would go to the doctor. But other than, I wouldn't usually go. I'd go to the store and buy Theraflu or get some Vapor Rub and put it on my chest and usually that would work. But when that didn't work, it just got extreme, that's when I would go to the doctor about the problem.

Q. Okay. Now, on this visit when you went on April 10, '06, to Dr. Cruz, did you inform him that you were living in the travel trailer?

A. No, I didn't.

Q. When you went back to see him on May 1st of 2006, did you advise him that you were living in the travel trailer?

A. No, I didn't.

Q. When did you have this conversation with Dr. Cruz that you told these other lawyers about when you asked him if the trailer might be making you ill?

A. It could have been -- I think that was one of my last congestions I went to the doctor with, and that's what made me ask him, it had to be looks like sometime in '07. I can't remember, because I wasn't in the trailer long after that.
Q. Would that be when the bloody phlegm was being discussed with Dr. Cruz?
A. I think, the bloody phlegm, I had already mentioned to him about that.
Q. All right. What was his reaction when you asked him if the trailer could be making you ill?
A. He said it's possible. I mean, he said -- he was actually writing when I asked him. And he said it's possible. And it was a nonchalant answer. He didn't get alarmed by it, I didn't get alarmed by it, I mean, even though he said it's possible.

I mean, usually, if he has a concern, he'll be like, let's do blood tests, let's take x-rays, all of that; but, he didn't react like that when I asked him about could it be the trailer making me sick, so I didn't think it was the trailer.
Q. Now, you were asked some questions about some notices that were taped up to the trailer. Did you ever see this notice taped up to your trailer when you were living in the trailer?
A. No.
Q. Do you know --
A. I mean, after reading this document, if I'd have saw this document, I would have associated it with the problems I have,

because it's everything I was going through, everything, the eye irritations, the respiratory. I would have had no choice but to associate that. And I definitely would have called my mom and said, like, hey, this is why I'm going through -- going through all this. A lot of it, she didn't even know I was going through.

Q. When you mentioned this odor to the Shaw employee when you were getting the lease-in, did he tell you anything about what's contained in this document?

A. No, he didn't.

Q. Now, you were asked some questions about filling out a form, I believe they called it a plaintiff's fact sheet. Explain to the ladies and gentlemen of the jury the process by which that sheet was filled out. Where did you go to fill that out?

A. What sheet?

Q. Do we have it? I have it.

This document. You were asked some questions about asthma --

A. Yes.

Q. -- and other symptoms. Did you fill this out, or was this filled out by somebody else?

A. It was filled out by somebody else.

Q. You didn't type these things in?

A. No, I didn't.

Q. Explain the process. How did it work? They don't know. Tell them. What happened?

A. I was called in for an appointment. And I guess it was a part of -- part of the litigation. And he asked me a few questions and -- and I don't know what --
Q. The question is, did you fill out the form or did somebody --
A. No, I didn't fill it out. Right.
Q. Okay. They don't know this.
A. Oh, I didn't fill it out. No, I didn't fill it out.
Q. All right. Now, during this process, did you ever tell anybody, I have asthma?
A. No.
Q. When did you first find out about a diagnosis of asthma?
A. Last -- June of '09.
Q. And who told you?
A. A doctor by the name of Smith.
Q. Did you know who Dr. Smith was?
A. No.
Q. Do you know why you were going to see Dr. Smith?
A. The defense lawyers wanted me to go see him. I mean, I didn't know why I was going, though.
Q. And what was your response when you found out you may have asthma?
A. I was surprised. I mean, when you think of asthma, like I say, you think of asthma, you think of somebody who can't walk far or walking around with a pump or something like that, so I

was surprised. And I thought, huh, I'm getting old, or how could this be happening to me?

Q. When you were responding to some of the questions about why you didn't warn anybody who was staying in the trailer, had anybody told you, anybody warned you that you were being made sick from the trailer?

A. No, nobody said nothing to me. The maintenance workers could have at least told me. I mean, somebody could have said something.

Q. Now, you were asked if your mother had any physical health problems when she was staying in the trailer. Do you recall being asked that?

A. Yes.

Q. Did your mother tell you she had any physical symptoms when she was staying in the trailer?

MR. GIEGER: I object, Your Honor, it's hearsay.

MR. D'AMICO: They asked him.

THE COURT: I'll overrule. It was asked about other people in the trailer. In fact, I think it was pointed out that his mother was there, as well, so I'm going to overrule it.

THE WITNESS: She complained her chest was getting tight. And, again, not knowing it's the trailer, I told my mom, maybe we need to go take a walk, exercise your lungs.

You see, I'm thinking it's just because she's sitting down doing nothing, and, you know, your chest just starts

closing up on you by her being, you know, seated. So I said, well, maybe we should go take a walk and exercise your lungs, and, no, she didn't want to do that.

EXAMINATION

BY MR. D'AMICO:

Q. Lyndon, the ladies and gentlemen are just getting a chance to know you, but would you explain to us, did you have notices stuck all over the walls with different formaldehyde warnings on it when you were living there?

A. No, no, no.

Q. When you left the trailer, were those notices on the trailer?

A. No. The only notice I remember is that notice from the city stating that if you want an extension to keep your trailer on your property. That was the only notice that I recall being taped to the wall, because I know I did that.

Q. Did you ever find anything stuck in your door handle or any warning stuck in your door handle?

A. No.

Q. We went over this -- or you went over this chart with Mr. Gieger, and I believe he went over your work schedule in 2006. Just so we're clear, for the whole time during 2006, did you work 12 hours a day, seven days a week, like he's got on that chart?

A. Not the whole year, no.

Q. Well, please tell them how long you worked in 2006.
A. The way the scheduling was, when we came back from the storm we were working 12-hour shifts. So from October to December of '05, it was 12 hours.

And if I'm not mistaken, it had to be January to, like, March or April, because we had -- the staff had kind of got back to par, and they started, like, backing off on the hours. I mean, it wasn't the whole year. It was a totally misstated answer I gave.
Q. In 2006, after March of 2006, where did you sleep?
A. After March of 2006?
Q. Yes.
A. At the trailer.
Q. Did you sleep there every night?
A. Yes, every night.
Q. Did you spend time there after work?
A. Yes.
Q. Approximately how many hours every day in 2006 after you moved in did you spend in the trailer?
A. I would go straight home after work. And by then I was working -- I should have been working eight-hour days then. There really was nowhere to go, so I spent most -- initially I spent most of my time in the trailer.
Q. What about in 2007, where were you working?
A. Up until July, I was -- well, I was working one job up until

July, because I was rehired by the Hyatt, again.

Q. So for the first half of 2007, you only had one job?

A. Yeah. I only had one job, yeah.

Q. How many hours a day did you work?

A. The one job, eight hours.

Q. Eight hours a day.

A. Yeah.

Q. And then in July you got rehired with the Hyatt?

A. With the Hyatt, yes.

Q. They had come back and gotten things back together, I suppose?

A. Yes.

Q. How many hours did you work after you got rehired by the Hyatt in July of 2007?

A. Initially, eight -- eight hours. Eight hours.

Q. Were you still spending the night at the trailer in 2007?

A. Yes.

Q. Did you sleep there every night?

A. Yes.

Q. Approximately how many hours a day did you spend at the trailer in 2007?

A. I can't recall. I mean, like I say, I'd go home after work, I mean, and that's where I stayed. I had a laptop. Get on my laptop, do work or cook or what have you.

Q. In 2007, did you work seven days a week? Seven days a week,

did you work seven days a week?
A. The way the scheduling was, I was working seven days a week, but it wasn't 16 hours -- 16 hours. It might have been two days I might have worked 16 hours, but the other days it was eight hours at one job, and the next day it would be eight hours at another job. So it wasn't always 16 hours a day, even though I was working seven days a week.
Q. Now, what about in 2008 while you were still in the trailer, did you spend the night in the trailer every night in 2008?
A. Yes.
Q. And how many hours a day were you working in 2008?
A. At the end of '07, they cut back the hours at the Hyatt. So I could say I spent a little bit more time then, when I had the whole eight hours at the Hyatt prior to that. You know, I really can't give a definite number, but, I mean, I really didn't have nowhere else to go.
Q. You were asked some questions about a packet that you had been given in the trailer lease-in. Describe this packet to the ladies and gentlemen of the jury. What did it look like?
A. Just a little white envelope, I guess what you would call a business-size envelope.
Q. How thick was it?
A. It was thin. I mean -- it was thin, you know what I mean, like a few sheets of paper or something like that.
Q. Was it thick enough to hold the appliance packages and the

owner's manual in it? Was it a big, thick package or was it --

A. No, it wasn't nothing like that, no. No, nothing like that. Maybe like that red folder you got right there, I mean, with like the little papers. Yeah, something like that.

Q. It wasn't this thick?

A. Huh?

Q. Was it this thick?

A. What, the packet?

Q. Yes.

A. No, no.

Q. Shem, can we show the photographs in the trailer at this time.

Did you like to keep your trailer clean?

A. Yes.

Q. Describe for the ladies and gentlemen of the jury, what were you like as far as cleaning the trailer? Did you clean it every day or --

MR. CHEATWOOD: Your Honor, I object. This is beyond the scope of cross.

THE COURT: I think we talked about -- there was a question about cleaning it, but we did talk about this before, as well. So I think there was a single question that Mr. Gieger asked about cleaning and --

MR. D'AMICO: Right.

THE COURT: -- whether windows were open during

cleaning.

MR. D'AMICO: I'll move on, Judge.

EXAMINATION

BY MR. D'AMICO:

Q. Do we see any notices taped to the walls in any of these photographs?

A. No.

Q. Were there? Were there any notices in --

A. No, there were no notices taped to the wall other than that permit thing.

Q. Before you moved out in July of 2008, had you been trying to find a place to live?

A. Had I been what?

Q. Before you moved out in July of 2008, had you been looking for an apartment?

A. Yes.

Q. How long did it take you to find an apartment?

A. Oh, God. About three or four months because there was a lot of -- well, it was a lot of things I had to consider.

The rent was high. That was the main thing. And then the places where rent was low, the area wasn't so becoming. I don't know how to describe it but it wasn't an area that I would like to be in. When night fell, you better stay inside.

So I didn't want that, so I had to continually search something that's going to fit my budget and it be a nice

neighborhood. And it wasn't until mid June that I came across that place.

Q. If you had been warned that formaldehyde gas was, in fact, being emitted into the trailer and may be causing your illness, would you have moved out sooner?

A. I would have moved out. I mean, why would somebody read a notice like that and know they are going through it and still want to stay there? No, I would have moved out quick.

But I was, like I said, suffering. If I actually knew that was that trailer -- if somebody would have told me that trailer was making me sick, I would not have hesitated to get out of there.

MR. D'AMICO: Thank you. That's all the questions I have.

THE COURT: Thank you. Let's go ahead and take a short break. Let's start up again at 10:25.

THE DEPUTY CLERK: All rise.

(WHEREUPON, at this point in the proceedings, the jury panel leaves the courtroom.)

THE COURT: Thank you, Mr. Wright. You can step down.

Who is next, Counsel?

MR. D'AMICO: Dr. Smith.

THE COURT: If Dr. Smith could be up here when we come back in, that would be helpful.

(WHEREUPON, at this point in the proceedings, a brief

recess was taken.)

THE COURT SECURITY OFFICER: All rise.

(WHEREUPON, at this point in the proceedings, the jury panel enters the courtroom.)

MR. GIEGER: Your Honor, may we approach for a moment?

THE COURT: Well, first of all, everybody else may sit down, then you may approach.

(WHEREUPON, at this point in the proceedings, there was a conference held at the bench.)

MR. GIEGER: Frank is calling my expert in his case in chief. Now, I contend that I get the last say. If he wants to call him, I'll do cross, he can defend, or either I'm going to -- or I'm going to call him in my case in chief because I get the last say with my expert. We can do it any way you want.

THE COURT: Either that or he gets to recall him. This trial is taking way too long, way too long. I think I've made it very clear. We are bogged down, and I'm really not pleased about it.

If it's his expert, he gets to be the person to ask him questions last, or he gets to recall him again, which the jury -- who already appears to me to be rather bored with some of this stuff --

MR. D'AMICO: I agree.

THE COURT: And I'm not picking on any one of you because, quite frankly, I think they're bored with the

presentation. At times they look bored to death with questioning -- lines of questioning; not lawyers, and not parties, certain lines of questioning I can tell you they're bored with.

All right. Now, if you want to recall him --

MR. D'AMICO: That's fine.

THE COURT: -- then recall him; but, if you are calling him, are you going to be leading -- or asking him leading questions?

MR. D'AMICO: Yes, I'm calling him as an adverse witness. He's hired by Mr. Gieger.

THE COURT: Well, then -- but it's his expert so he can ask questions last.

MR. D'AMICO: Right. That's fine.

THE COURT: To answer your question --

MR. GIEGER: I'll withdraw the objection.

I don't know why he becomes an adverse witness, but I'll deal with that.

THE COURT: He would ask questions on cross-examination if you were to call him as part of your case in chief, which is what you're telling me you would otherwise do. So I'm going to let him ask leading questions as though it were cross-examination.

MR. GIEGER: As long as I can go last, I don't care. I don't want to call him twice, trust me.

 MR. D'AMICO: Okay.

THE COURT: And I'll explain that to the jury right now.

(WHEREUPON, at this point in the proceedings, the conference held at the bench concluded.)

THE COURT: This gentleman, Mr. D'Amico, is?

MR. D'AMICO: This is Dr. Smith, who is an expert that was hired by the defendants in the case.

THE COURT: Dr. Smith is an expert. Let me explain to the jury what we're going to do here. Dr. Smith would have been called as an expert witness during the presentation of the *Forest River* case, which we haven't gotten to yet; but, since he otherwise would be called, Mr. D'Amico is going to begin, and he will be allowed to ask leading questions since this witness would normally be called as part of the *Forest River* case.

But, also, since Mr. Gieger would have an opportunity to ask redirect questions, he will have the last opportunity to question this witness.

So we're going to start with Mr. D'Amico, Mr. Gieger, then we'll go to -- who is handling that one? Ms. Whitfield, you're going to handle what one? Okay. Then Mr. D'Amico, and then we'll end up back with Mr. Gieger.

Now, having said that, it's going to have to be limited. Once we get around once, it's going have to be limited. So, Mr. D'Amico, even though you'll have a chance to question him again, you will have to limit it your second time. Are we clear

on that?

And let's try to be efficient. I've said that once already this morning. Let's try to be efficient and conscious of the time that we're using on these witnesses. Let's try to use our time wisely.

Go ahead, administer the oath.

THE DEPUTY CLERK: Please raise your right hand. Do you solemnly swear the testimony you are about to give will be the truth, the whole truth and nothing but the truth, so help you God?

THE WITNESS: I do.

**KENNETH SMITH, MD**

was called as a witness and, after being first duly sworn by the Clerk, was examined and testified on his oath as follows:

THE DEPUTY CLERK: Thank you. You may be seated. Please state and spell your full name for the record.

THE WITNESS: My name is Kenneth, K-E-N-N-E-T-H, B, as in boy, Smith, S-M-I-T-H.

EXAMINATION

BY MR. D'AMICO:

Q. Dr. Smith, we met before, correct?

A. Yes.

Q. And when was the first time that we met?

A. In December at deposition in this case.

Q. At the deposition of you, correct?

A. Yes.

Q. Okay. Now, would you please tell the ladies and gentlemen of the jury what is it that you do for a living.

A. I'm a pulmonary and critical care physician at East Jefferson Hospital in private practice.

THE COURT: Wait. Are you qualifying Mr. Gieger's expert witness, or do we have a stipulation?

MR. D'AMICO: I'm not offering him as an expert. I'm just asking what he does for a living.

MR. GIEGER: Your Honor, if he's calling my expert under the act, he's an adverse witness.

THE COURT: Are you stipulating to his expertise?

MR. D'AMICO: Yes.

THE COURT: And he's being offered as an expert in the field of?

MR. GIEGER: Of pulmonary medicine.

THE COURT: Pulmonary medicine. Counsel -- Ms. Whitfield, that's fine with you and your client?

MS. WHITFIELD: That's fine, Judge.

THE COURT: The Court is going to accept Dr. Smith as an expert in the field of pulmonary medicine. And you can still ask him some questions about his background, as long as you keep it brief.

MR. GIEGER: Yes, Your Honor.

THE COURT: Go ahead, Mr. D'Amico.

EXAMINATION

BY MR. D'AMICO:

Q. How long have you been a pulmonologist, Dr. Smith?

A. 32 years.

Q. And who hired you in this case?

A. Mr. Gieger.

Q. And what were you asked to do by Mr. Gieger?

A. I was asked to do an independent medical examination of Mr. Wright. And then, subsequently, I was asked to review some medical records and other documents with regard to this case.

Q. Okay. Now, you say you were asked to do an independent medical examination in this case. Explain to the ladies and gentlemen of the jury what you mean by an independent medical examination.

A. What I mean is that I saw Mr. Wright in my office. I had done a series of tests, including a chest x-ray, some lung function studies, and then took his history, did a physical examination, and rendered an opinion about his symptoms and any signs that he might have had, any physical findings that he might have had with regard to this exposure.

Q. Okay. So the ladies and gentlemen of the jury are clear, you didn't consider Mr. Wright your patient?

A. I did not.

Q. You didn't -- you are weren't appointed by the Court?

A. I was not.

Q. You were hired by one of the parties in the case?
A. Yes.
Q. Okay. And in connection with that employment, what records did you review?
A. Subsequent to my examination, is that what you're referring to?
Q. Well, I believe you just told the ladies and gentlemen of the jury that you reviewed a lot of material.
A. I did subsequent to the examination. Before I examined Mr. Wright on June the 1st of 2009, I had actually reviewed no medical records, or no other records with regard to Mr. Wright.
Q. Okay. But in connection with this case, you reviewed medical management guidelines for formaldehyde, correct?
A. Yes.
Q. It was a publication of the Department of Health and Human Services, the Agency for Toxic Substances and Disease Registry, otherwise known as the ATSDR?
A. Yes.
Q. You also reviewed a document called "Formaldehyde Exposure in Homes, a Reference for State Officials to Use in the Decision-making Process"?
A. Yes.
Q. You also reviewed the Material Safety Data Sheets for formaldehyde. What is -- otherwise known as the MSDS?
A. Yes.

Q. What did you gain from the Material Safety Data Sheets on formaldehyde?
A. Well, these sheets are sheets that are documents, industry documents primarily, my understanding, that describes the potential hazards of whatever chemical they happen to be describing, in this case formaldehyde.
Q. What are some of the hazards associated with exposure to formaldehyde gas that you have learned about?
A. Potential hazards? Burning eyes, runny nose, rhinitis or inflammation of the nose, cough, are potential hazards.
Q. And these manufacturer safety data sheets that you were just telling us about, were they specific for wood products that would contain formaldehyde?
A. Not to my knowledge.
Q. Do you know what the MSDS's were for? Just formaldehyde specifically?
A. The ones that I reviewed in this case were for formaldehyde. Yes. I actually -- I also reviewed -- and -- I reviewed some other things about -- some MSDS sheets about some substances that I believe Mr. Wright worked with either in his employment with the City or his employment at the Marriott, and I don't know what one was which.
Q. Okay. You also reviewed several documents and medical records that were provided to you, correct?
A. Yes.

Q. You reviewed a plaintiff fact sheet?
A. Yes.
Q. Medical records from Touro Infirmary?
A. Yes.
Q. Medical records from Uptown Nephrology?
A. Yes.
Q. Medical records from Drs. Ilgenfritz and Worley?
A. Yes.
Q. Walgreen's prescriptions profile?
A. Yes.
Q. And several other documents, including an affidavit from Dr. Spector, who's already testified. We have Dr. Miller in court who will be testifying later. The jury has already heard the testimony of Dr. Field. What else did you read?

Forest River Air Sampling by Tony Watson. What was that, the actual levels of formaldehyde that were in the trailer in Melville?
A. I believe so, yes.
Q. And Material Safety Data Sheets for Bio-Treat. Did you find that the plaintiff had been exposed to an incident with Bio-Treat?
A. I don't recall any incidences. These were just Material Safety Data Sheets for substances that Mr. Wright handled in his employment.
Q. All right. You also reviewed an affidavit of William Scott

who did some testing in this case, correct?
A. Yes.
Q. And he took some measurements on two times in this trailer; is that your understanding?
A. That's my understanding.
Q. And you reviewed the deposition of Lyndon Wright?
A. Yes.
Q. Okay. Would you please tell the ladies and gentlemen of the jury when you had a chance to evaluate Mr. Wright on June 1st of 2009, did you take a history?
A. Yes.
Q. And do you have a copy of that history in front of you?
A. I do.
Q. And would you please tell the ladies and gentlemen of the jury what the history was that the plaintiff, Lyndon Wright, gave to you during that examination.
A. Would you like me to read it?
Q. That's fine.
A. Okay. "Mr. Wright presented as a 39-year-old African-American male who has never smoked. He describes his job as that of a stationary engineer. Basically, he maintains large air conditioner units for the City of New Orleans. He has a high school education and some college credits.

"The patient was living in the Mid City area preKatrina. His home flooded in Hurricane Katrina. He evacuated

the City for approximately one month. Upon returning to the City, he lived on a Carnival cruise ship from October 2005 until March of 2006. At that time he moved into a travel trailer that was on the property of his flooded home. It took a while, and he does not recall exactly how long, to get electricity into the trailer; but, once electricity was established, he lived in the travel trailer until moving out of the trailer in July of 2008. He estimates that he spent eight to ten hours per day in the trailer.

"He moved out of the trailer and into his own apartment in July of 2008, where he has lived until now. When he moved into the trailer in March of 2006, he states that it smelled like a new trailer.

"Sometime after moving into the trailer, he began noticing burning and irritation of his eyes and nose. He told his mother that he thought the trailer was making him sick.

"He awoke on one occasion with his eyes swollen and lids stuck together because of a foreign material in his eyes. He sought medical attention and was given treatment. The patient thought he might have pinkeye; however, the doctor said that he felt that he had a severe -- that it was a severe allergy.

"He was given eyedrops that helped him. He used these drops once a day and did so for several weeks. He said nothing to the physician at that time about living in a travel trailer.

"He estimates that he went to this physician

approximately two or three times. He was advised on one occasion to buy pinkeye medication over the counter.

"During the course of his stay in the trailer he developed mild headaches. He stated that he had the headaches only while in the trailer and never while at work. He also had gradual onset of a dry, nonproductive cough. His cough was always worse in the morning, and on several occasions he coughed up blood-streaked sputum.

"He was seen by an ear, nose and throat physician who told him that his nose was inflamed. He experienced chest tightness on several occasions, but never heard wheezing. He felt somewhat short of breath.

"He sought medical attention from a physician for the complaints of shortness of breath and chest tightness, and was given Asmanex, an inhaled corticosteroid inhaler. He states that he may have used this up to four to five times and thinks it may have helped, but he's unsure. His cough and all of the above symptoms resolved upon moving out of the trailer.

"He recalls having recurrent coughs preKatrina which he always attributed to a cold. He says that his typical cold is rarely limited to nasal stuffiness. It is almost always accompanied by cough and chest congestion. The patient's symptoms, he felt, were worse in the trailer.

"In the summertime he kept the air conditioner on while living in the trailer, but he says that he did not keep it really

 cold. He prefers warm temperatures.

"On one or two occasions while living in the trailer he feels that he may have had some mild nausea. He complained briefly of a rash on the back of his neck that was never treated but resolved spontaneously.

"He states" -- excuse me. "He states that friends from Tennessee stayed with him for three months. He says he thought their children might have sneezed a little bit, but he does not recall any specifics about their health issues.

"Past medical history was positive for hearing loss which was discovered at the age of two years. He had a surgical procedure done on his right ear, now has a hearing aid in the left ear which has relieved his symptoms. The surgery on the right was unsuccessful.

"He has a lifetime history of scoliosis. The patient has a history of mild hypertension for which he has been taking Ramipril, five milligrams per day.

"Social history, the patient is single. He drinks approximately two to three beers per day.

"Family history is positive for diabetes and hypertension. There is no family history of asthma.

"His current medications were listed as Ramipril, Synthroid, folic acid, calcium D, and Boniva. He had taken Effexor preKatrina without benefit." Effexor is an antidepressant.

"Review of systems, the patient has had no recent weight loss or weight gain. He generally feels well and states that all the above symptoms have essentially resolved since leaving the travel trailer provided by FEMA.

"His physical examination demonstrates a thin, healthy-appearing black male in no distress. He's a good historian. Blood pressure is 136/84. Pulse is approximately 80 and regular.

"Examination of the neck demonstrates no adenopathy or jugular venous distention. There is deformity of the external ear on the right. There is a hearing aid in the left ear.

"Examination of the chest demonstrates very mild scoliosis. Ascultation of the chest is clear. There are no wheezes or adventitious sounds.

"Examination of the heart demonstrates normal first and second heart sounds without murmur. The abdomen is nontender. There is no detectable organomegaly.

"Examination of the extremities demonstrates --

Q. Doctor, let me stop you there.

A. Sure.

Q. You said he had very mild scoliosis. This was upon your physical examination of the plaintiff?

A. Yes.

Q. Okay. Continue, please.

A. "Examination of the extremities demonstrates no tenderness,

edema or clubbing. The patient had a chest x-ray as part of his evaluation. The chest x-ray is of good technical quality. There is mild dextro-scoliosis. The chest x-ray is otherwise normal.

"A complete pulmonary function study was done. It demonstrates a mild reduction in forced vital capacity and a mild increase in airways resistance and conductance" -- it should be a reduction in conductance -- "and is otherwise a normal study."

"A bronchial provocation study using --

Q. Wait. Let's stop. Let's not keep reading.

A. Sure.

Q. Now, you did some tests on Mr. Wright, correct?

A. Yes.

Q. And what was the purpose of that testing?

A. The purpose of the pulmonary function testing was to determine if he had any physiologic impairment for whatever reason.

Q. And what kind of pulmonary function testing did you perform?

A. I performed a complete pulmonary function study, which consists of three parts essentially. The first part is a test where the patient takes a deep breath and blows as hard and as forcefully as he can blow, and we measure the amount of air that he takes in and blows out and the speed or rapidity with which he can exhale the air.

Q. Let me stop you there. From your observations, did the patient cooperate fully in this test?

A. Yes.
Q. Continue on, please.
A. We also measure using -- without getting too technical, we measure the amount of air in the lungs, and we measure the -- we can divide the amount of air in the lungs into several different physiologic compartments. And I'll just leave it there, if you will.
Q. Okay.
A. We then measure the ability of the lung or the efficiency of the lung to take up and transfer oxygen from the air into the blood.
Q. All right. And did you also perform a methacholine challenge on the patient?
A. Yes.
Q. Tell the ladies and gentlemen of the jury what that entails.
A. A methacholine challenge study is a test whereby we have patients inhale different concentrations of a substance, in this case, methacholine, that in the presence of asthma or in the presence of airway reactivity will demonstrate classical changes, physiologic changes that are compatible with asthma.
So in -- it's the gold standard test for detecting asthma.
Q. And in the case of Mr. Wright, did you form any conclusions or opinions as to whether or not he has asthma?
A. Yes.

Q. And what are those opinions?
A. I believe Mr. Wright has asthma. He had a positive study, and that positive study is compatible with asthma.
Q. Now, in your review of Mr. Wright's medical records, had you ever seen a diagnosis of asthma from any of those physicians?
A. No.
Q. To your knowledge, are you the first physician to come up with a diagnosis of asthma for Mr. Wright?
A. Yes.
Q. Okay. Now, what other tests, if any, did you perform on Mr. Wright?
A. We did a chest x-ray.
Q. Okay.
A. The chest x-ray demonstrated scoliosis, which is curvature of the spine. He actually has -- the reason by physical examination that he doesn't appear to have much scoliosis is because he actually has two curves, which is a bit unusual.
He has an upper curve and a lower curve, if you will. And those two don't totally cancel each other out, but it makes the -- probably makes the physiologic effect of the scoliosis less and certainly the physical appearance less.
Q. I believe that's what the plaintiff testified to yesterday, that from just looking at him, you really can't tell he has scoliosis?
A. It's -- you can -- I mean, I can tell, but you might not be

able to tell, nothing personal. But he has mild scoliosis, physically.

Q. I concur.

Okay. Is there anything else in your notes as it regards your history and physical that you haven't told the jury yet?

A. No. Only my impressions.

Q. Okay. Let's talk about those impressions for a minute. You came to some conclusions, did you not, in your review of this case?

A. Yes.

Q. Okay. And I believe the first one is that -- if you can read it to the jury. Can you see it?

MR. GIEGER: Your Honor --

THE WITNESS: Now, you -- this is actually --

THE COURT: Is there an objection?

MR. GIEGER: I think he's actually showing him his report, and that's not in evidence.

THE COURT: Right. If you want him to look at his report and testify from it, he's here to tell us, so we don't need to -- let's get his opinions here.

MR. D'AMICO: That's fine.

EXAMINATION

BY MR. D'AMICO:

Q. Tell us what your conclusions are, Doctor.

A. On the date of that examination, on the date of that examination, my impression was probable rhinitis and conjunctivitis, presumably secondary to formaldehyde exposure while living in the FEMA-supplied travel trailer from March the 6th until -- March 2006 until July of 2008. The symptoms have totally resolved. That was Number 1.

Number 2, positive study for bronchoreactivity. This is diagnostic of bronchial asthma. His symptoms are very mild, intermittent, and historically preceded his stay in the travel trailer. His symptoms appear to have been somewhat worse while living in the travel trailer.

Q. Okay. Let's talk about them one by one. You concluded that Mr. Wright had rhinitis?

A. Yes.

Q. And what is that?

A. Rhinitis is a runny nose, a runny, stuffy nose.

Q. And conjunctivitis, what is that?

A. Conjunctivitis is inflammation of the eye, the covering of the eye.

Q. And headaches, correct?

A. Yes. He said that in his -- in the body of the history, he complained of headaches. I didn't -- I omitted it, apparently, in my impression from June the 1st.

Q. And did you conclude that Mr. Wright had rhinitis, conjunctivitis and headaches possibly on the basis of an exposure

to an irritating substance while living in the FEMA-provided trailer from March of 2006 until July of 2008?

A. That was my conclusion in my opinion paper, my final opinion paper, yes.

Q. Okay. Now, you stated just now that these symptoms have resolved since moving out of the trailer in July of 2008 and have not recurred. How did you reach that conclusion, Doctor?

A. That was totally based on Mr. Wright's history on June the 1st.

Q. Okay. Now, in your review of the medical records, I believe you saw that it demonstrated that he was treated for and improved on treatment for a bacterial conjunctivitis in May of 2006; is that correct?

A. Yes.

Q. And that was during the time that he was residing in the travel trailer?

A. Yes.

Q. And from your review of the literature regarding formaldehyde, has formaldehyde been known to be an eye irritant?

A. Yes. At certain levels, yes.

Q. Okay. Do you know which levels it's an irritant to the eye?

A. Well, the eye is the most sensitive organ. And historically and classically, I think most people would agree on one part per million or a thousand parts per billion, one might have -- more than 50 percent of people would have eye symptoms at that level.

Q. Now, Doctor, just so the ladies and gentlemen of the jury are clear, you're not a toxicologist?
A. I am not.
Q. You're not an epidemiologist?
A. I am not.
Q. And do you profess to have an expertise in those subjects?
A. No.
Q. What you're telling the ladies and gentlemen of the jury, if I am understanding you, is from your review of the literature that you did in connection with this case?
A. Yes.
Q. Would you defer to a toxicologist on issues of exposure to formaldehyde and at what levels one might expect to find physical symptomology?
A. Not necessarily what one might expect to have symptoms at, but I would probably defer to them on what were the levels, particular levels of formaldehyde to which he was exposed.
Q. Okay. Now, further reading on in your opinions in your report, I believe you say that you reviewed and evaluated Dr. Knight Worley's, an ENT specialist, records in October of 2006, for complaints of blood in the saliva in the early mornings and on approximately a two-year history of recurrent nasal congestion.

Now, tell the ladies and gentlemen of the jury what, if any, significance did you place on this?

A. Well, my recollection is that was from 2007, I believe.
Q. Correct. From October of 2007.
A. And what significance did I attach to it?
Q. Yes.
A. He apparently had -- Dr. Worley felt that he had significant rhinitis at that time. He describes, by my recollection, red mucous membranes, and I think he actually described an exudate or perhaps some pus in the nose.
Q. And did Dr. Knight Worley, the ENT, also note in that October of 2007 note that the patient had recently been worse?
A. Perhaps so. I don't recall the specifics.
Q. Okay. Was he treated for chronic sinusitis and nasopharyngitis and epistaxes by Dr. Worley?
A. Yes.
Q. Now, what is chronic sinusitis?
A. Itis means inflammation, so sinusitis would be inflammation of the sinus. Chronic would be something lasting more than a day or two. It's generally referred to as weeks or months. I mean, that's the general feeling for chronic.
Q. What is nasopharyngitis?
A. Nasopharyngitis would be itis, or inflammation, of the nose and pharynx, or throat.
Q. And epistaxes, what is epistaxes?
A. Epistaxes is a nosebleed.
Q. Now, I believe you stated that in Dr. Knight Worley's

reports that he had improved with an antibiotic and a nasal corticosteroid and nasal saline washes, correct?
A. Yes.
Q. All right. Did you also see evidence that the epistaxes had continued from other medical records you reviewed?
A. Yes.
Q. In particular, did you review the medical records of Dr. Richard Spector who testified in court?
A. Yes.
Q. And doesn't Dr. Spector also document that the epistaxes was a problem for Mr. Wright?
A. Yes.
Q. Now, did you also review the records of Dr. Spector wherein he found a tumor at the base of Mr. Wright's tongue?
A. Yes.
Q. And did you also see evidence that that tumor was biopsied, and it was found to be benign?
A. Yes.
Q. Do you have any opinions one way or the other as to what the causes of that tumor were?
A. No.
Q. Now, you also stated in your report, did you not, that the patient, my client, Mr. Wright, has had historical evidence for asthma that preceded his time in the travel trailer? Now, I would like to discuss that with you a little bit, Doctor. What

is the basis for that opinion?

A. Well, Mr. Wright had very common symptoms, quite frankly. The fact that no one made the diagnosis of asthma before he came to see us is not a surprise. This is something that we deal with every week.

We see -- Mr. Wright had symptoms, historical symptoms of a cough that was an episodic cough that occurred -- he related it to colds. When he would get -- it seemed like when he would get a cold, that he would cough, and it was the usual part of his cold.

And I would submit that a cough is not usually a manifestation of a cold. You can get cough subsequent to cold. A cold is a virus infection of the nose and upper airway caused by any number of viruses, and one can certainly -- it can certainly lead to cough by the same virus or acute bronchitis; but, his coughs, by history, seemed to last longer than one would anticipate they would last to be on the basis of a common cold, which should generally last about five to seven days.

Q. Okay. Now, you talked about this testing that you had done, and I believe there is an impression in the study. Let me see if I can get it to where everybody can read it. This positive study for bronchoreactivity, which you told the jury about earlier, and the impression, if you would, Doctor, tell the ladies and gentlemen of the jury what the impression is.

A. Yes. The impression is a positive study for

bronchoreactivity, moderate to severe, by American Thoracic Society criteria.

Q. All right. Now, moderate to severe. What is the significance of that?

A. Well, it means that the provocative dose that caused a 20 percent reduction in his flow rate, when he took a deep breath and he blew out as hard as he can blow, he had a 20 percent reduction in his -- the amount he can blow out in one second at a dose of less than .3 milligrams of a substance called methacholine.

The American Thoracic Society, along with the American College of Chest Physicians, are the two main pulmonary doctor groups, and they've determined that anything less than .4 milligrams of methacholine is considered moderate to severe bronchoreactivity.

It doesn't mean that he has moderate to severe asthma. It means that he has sensitive airways, and, if stimulated, that he may, in fact, have asthma -- or have symptoms of asthma.

Q. Very good. Now, let me ask you some questions about that. From your review of the literature, Doctor, do you know if formaldehyde gas is a respiratory irritant?

A. It can be a respiratory irritant at certain levels.

Q. And from your review of the literature, isn't it true that formaldehyde can exacerbate asthma?

A. It can possibly exacerbate asthma at high levels.

Q. And isn't it also true that this exacerbation can permanently increase the severity of the asthma?
A. No.
Q. You don't agree with that?
A. No, I don't.
Q. Do you have --
A. I'll qualify that. If you have frequent exacerbations or frequent episodes of asthma that are not treated, and you don't -- or not treated appropriately, and you continue to have these things and they are not treated appropriately, then over a long period of time you can actually develop scarring around the bronchial tube; and, under that circumstance, you could certainly have progressive and more serious asthma, yes.
Q. So a repeated exposure to formaldehyde over a greater-than-two-year period, if the levels were high enough, could cause this scarring that you're talking about?
A. No. That's not what I said. I said that if he had repeated episodes of asthma, repeated episodes of asthma, bronchospasm, where he had tightness in the chest, wheezing, shortness of breath, if those were things that he had and they were persistent and they weren't appropriately treated and, more importantly, prevented with a long-term use of certain medications, then under that circumstance he might have progressive asthma and may actually develop some permanent impairment.
I did not say that he even has asthma as a result of

his exposure in the trailer or that it's worse because of any exposure that he may have had in the trailer. I did not say that.

Q. Just so we're clear, you did find, though, that the cough he experienced while living in the trailer was mild historically but may have been worse than it might otherwise have been because of his underlying asthma?

A. Yes.

Q. Okay. Now, you found that -- you had an impression that a rash occurred during the time when Mr. Wright was living in the trailer, correct?

A. That's what he told me, yes.

Q. All right. And you have not been able to point to any place in the medical records where a diagnosis of asthma preexisted Mr. Wright's stay in the trailer?

A. That's correct. Nor after his stay in the trailer.

Q. Except by you?

A. Except by me. Now, there was a -- if I may address --

THE COURT: If it pertains to the question that he asked, you can explain.

THE WITNESS: There is a notation in his medical record from December of 2003, I believe it's by Dr. Cruz, where he was noted to be wheezing. He came in complaining of some chest congestion and cough, as I recall. And he was noted to be wheezing on that occasion.

EXAMINATION

BY MR. D'AMICO:

Q. Now, you also, I believe, said that asthma is a permanent condition, correct?

A. Generally speaking, yes.

Q. It doesn't burn out?

A. Well, it actually does burn out. I mean, there are instances of people who -- whose asthma burns out over time. Now, some of those people have very severe impairment.

Asthma -- pure asthma tends to be a cyclical illness, and typically patients will have episodes in their life where they have trouble with asthma, perhaps two or three years in a row, and then they may go several years and it doesn't bother them very much at all; whereas, some people have persistent asthma, asthma virtually every day or every week, and whose asthma is much more difficult to control.

Q. Okay. Now, Doctor, in connection with your investigation of the plaintiff in this case, did you have an occasion to review some medical records of a CT head scan of May 2, 2002?

Do we have that scan?

Did you review the CT head scan?

A. I didn't review the scan. I believe I saw a report from a scan.

Q. You saw the report.

A. Yes.

Q. And what was the impression of the physician who did the CT scan of Mr. Wright on May 2nd, 2002?
A. As I recall, it was a normal scan.
Q. And in your review of Mr. Wright's medical records did you also review a July 22nd, 2009, CT head scan?
A. Again, I reviewed the report. I didn't look at the scan.
Q. Okay. Let me show you and see if this is the report of the 2002 head scan that you reviewed?
A. Yes.
Q. The diagnosis was some dizziness and left-sided weakness, correct?
A. Yes.
Q. And what were the findings of the CT head scan?
A. Visualized portions of the paranasal sinuses and the orbital contents are grossly -- I apologize. It says, the visualized portions of the paranasal sinuses and the orbital contents are grossly unremarkable in appearance.
Q. Basically, a normal CT head scan?
A. Yes.
Q. And this is the time period predating Mr. Wright's occupancy in the trailer?
A. Yes.
Q. Okay. Now, I'd like you to look at a document that I think you said you reviewed, the 2009, July 22, 2009, CT scan at Touro Infirmary of Mr. Wright as ordered by Dr. Spector. You reviewed

that, correct?

A. The report, yes.

Q. Yes. You didn't see the scan; you looked at the report?

A. That's correct.

Q. Have you since reading the report looked at the scan?

A. No.

Q. Then I'll show you the report and ask you if this is your understanding, if I can get it centered correctly --

A. I can read it.

Q. You can read it?

A. Yes.

Q. What was the impression of the 2009 reading?

A. The impression is bilateral maxillary sinusitis along with sphenoidal sinusitis identified in this patient with apparent prior history of mastoidectomy on the right.

Q. And there is an addendum report dated July 23rd, 2009, correct, Doctor?

A. Yes.

Q. And would you please read that for the ladies and gentlemen of the jury and explain what that means.

A. Scans were reviewed with Dr. Spector and myself in the further evaluation of this asymmetric mass at the base of the tongue.

So apparently, as -- an incidental finding was a mass at the base of the tongue. The impression, the bilateral

maxillary sinusitis is itis, or inflammation, of the sinuses. The maxillary sinuses are these sinuses below the eyes in front of the face. The sphenoidal sinus is the sinus between the eyes and the forehead.

Q. Okay. So this impression on the July 2009 CT of the head is a very different presentation from the 2002 CT scan of Mr. Wright's head, correct?

A. Yes.

Q. All right. Do you have any -- as we sit here today and from your review of the records, any explanation for the difference in the -- difference in the CT scans from 2002 to 2009?

A. Yes.

Q. What do you think it is, Doctor?

A. He had maxillary and sphenoidal sinusitis in 2009 and didn't in 2002.

Q. Well, isn't there evidence that he had it in 2007?

A. Well, he had -- he had -- he was seen by an ENT physician and had a clinical diagnosis. I don't believe Dr. Worley did a CT of the head and sinuses at that point. I don't recall if he did.

Q. I asked you that question, Doctor, at your deposition, and I would like to show it to you at page 124, line seven.

MR. D'AMICO: May I approach.

THE COURT: Yes.

EXAMINATION

BY MR. D'AMICO:

Q. If you could, please, Doctor, would you read the question and the answer to the jury.

A. Let's see. Start on line seven?

Q. Yes. "Okay. Now, that's a very different" --

A. "Okay. That's a very different clinical presentation from the May 2nd, 2002, head scan to the July 22nd, 2009, head scan?"

Q. And your answer?

A. And my answer was, "Well, it's not a clinical presentation. I don't know what the clinical aspect was in 2002."

And then you said, "You're right, you're right."

And I said, "The results are clearly different from 2002 to 2009.

Q. And my next question to you, Doctor.

A. "Okay. Okay. From your review of the medical records and from your interview with Mr. Wright and your review of this" -- "of his deposition, do you have any explanation as to why these changes occurred?

Q. And your answer?

A. And I said, "No, I'm not sure why he had them."

Q. So at the time I took your deposition on December 4th of 2009, your answer was you were not sure as to why he had those changes?

A. Well, I'm not sure if I was referring to the changes or why he had the scans.

Clearly, he had a condition in 2009 that he didn't have in 2002. So that's -- I mean, that's obvious. So if I -- if I said no, I didn't know why, then I was probably referring to why he had the scans, not because of what is obvious in the impression in the report.

Q. I see.

Do we know of any significant exposures to any substances other than what he may have been exposed to in the travel trailer that may have been responsible for the change in these scans in Mr. Wright's head scan from 2002 to 2009?

A. Well, I think there is a great probability that it has nothing to do with the exposure in the trailer. Maxillary sinusitis and sphenoidal sinusitis are very common conditions. It's probably the bread and butter of ear, nose and throat physicians. It's a common, common occurrence in patients, whether they've lived in a travel trailer or not lived in a travel trailer. So I don't perceive that as being unusual at all.

Q. I see. So as we sit here today, the only conclusions you have drawn regarding what role, if any, the stay in the travel trailer for Mr. Wright had, as you put in your report, is that his rhinitis, conjunctivitis and headaches may have been from an exposure to an irritating substance while living in the FEMA-provided travel trailer from March of 2006 until July of 2008?

MR. GIEGER: Objection. That was not his testimony. That was a history given.

MR. D'AMICO: I'm reading from his impressions in his report.

THE COURT: Does he -- he's got his report. He's got his papers.

THE WITNESS: I do.

THE COURT: Direct him to where you're reading and let him answer.

I'll overrule the objection, but show him --

MR. D'AMICO: Yeah. It's here on --

THE COURT: You don't have to put it on the screen. Tell him what part of it you're reading from --

MR. D'AMICO: Yeah, number one.

THE COURT: -- and he's going to give you his testimony.

THE WITNESS: Actually, I don't have that report, Your Honor --

THE COURT: You don't have the report --

THE WITNESS: -- but I have -- I'll be happy to look at it on the screen.

THE COURT: Go ahead and put it on the screen.

EXAMINATION

BY MR. D'AMICO:

Q. Your conclusion was that Mr. Wright had rhinitis, conjunctivitis and headaches, possibly on the basis of an

exposure to an irritating substance, while living in the FEMA-provided trailer from March of 2006 until July of 2008; is that correct?

A. That's correct.

Q. And is that still your opinion today?

A. Yes.

MR. D'AMICO: I have no further questions. I tender the witness.

THE COURT: Mr. Gieger.

EXAMINATION

BY MR. GIEGER:

Q. Good morning, Dr. Smith.

A. Good morning.

Q. Would you put up 632, which is Dr. Smith's CV.

Dr. Smith, I am not going to spend a lot of time with this jury on your background, but tell the jury where you practice.

A. I'm a -- I have a hospital-based practice at East Jefferson Hospital. My office is actually in the hospital.

Q. Would you give the jury a brief encapsulated overview of what your practice is and has been for the last 32 years here at East Jefferson Hospital.

A. I see patients every day. Usually, in the office, I see about 12 patients a day that have common and some not so common pulmonary problems. We treat smoking-related lung disease,

asthma, lung cancer, pneumonias, some other unusual pulmonary diseases and manifestations of some other diseases that I hope none of you have and you would never want. That's my office practice.

We also have a very busy hospital-based practice of lung diseases and critical care, where we see people in the intensive care unit and in the hospital that have complicated illnesses, again, sometimes as manifestations of other diseases, heart disease, liver disease, kidney disease. We generally treat very sick patients.

So my practice is a high end, if you will, or high acuity practice treating people with often very serious lung diseases but sometimes very common lung diseases that may -- that have been persistent, let's say, for a period of time, but may have been undiagnosed.

Q. Here's the question for you, Dr. Smith, that I think this jury wants to know: You've reviewed Mr. Wright's medical records, correct?

A. Yes.

Q. You've reviewed -- you've examined Mr. Wright?

A. Yes.

Q. You've tested Mr. Wright, correct?

A. Yes.

Q. And you've looked at the literature relative to formaldehyde and asthma, right?

A. Yes.

Q. And you have, in fact, treated asthmatics for years as part of your practice, correct?

A. Yes.

Q. Does Lyndon Wright have asthma that was caused by formaldehyde while he lived in that travel trailer for 28 months?

MR. D'AMICO: Objection.

THE COURT: Overruled.

THE WITNESS: No, in my opinion.

EXAMINATION

BY MR. GIEGER:

Q. Based upon the same evidence, does Lyndon Wright have asthma that was exacerbated by formaldehyde while he lived in the travel trailer for 28 months?

A. No.

Q. It didn't cause his asthma, didn't exacerbate his asthma, did it?

A. No.

Q. Now, Mr. Wright is an asthmatic?

A. Yes.

Q. Explain to the jury the kind of asthmatic Mr. Wright is.

A. Well, Mr. Wright is a -- Mr. Wright, I would say, to put him in a box, and my apologies for putting you in a box, Mr. Wright, is a cough asthmatic. Cough is his primary manifestation of asthma. It's very common.

Those are the people that because they go undiagnosed for often years that we do methacholine tests on because they don't have classic symptoms of nighttime wheezing, chest tightness, shortness of breath.

Q. You called him an occult asthmatic?

A. An occult asthmatic. Right. That means hidden. That means it's not obvious. Particularly, it's not -- it wasn't obvious to him, obviously, but it also wasn't obvious to his physicians that he had asthma.

Q. Is that because many people -- many physicians who have a normal general practice and see people like -- patients like Mr. Wright don't have the kind of practice you have treating asthmatics on a regular basis?

MR. D'AMICO: Objection, leading.

THE COURT: I sustain. We're leading now.

EXAMINATION

BY MR. GIEGER:

Q. Why is it that you would not expect to see this diagnosis in his normal medical records?

A. Well, it's -- it's commonly -- sometimes the pattern is not recognized. Sometimes the physicians don't inquire about, perhaps, other symptoms related to it.

Just in his -- in his case specifically, he was -- he was heard to have wheezing with a -- what was perceived to be a respiratory illness in December of 2003; but, in fact, I think

his diagnosis was bronchitis. And I don't recall that specifically.

It clearly was not asthma because there's not any mention of asthma in his medical record, but I believe that he, in fact, had asthma, and I believe and my recollection of the deposition of Dr. Cruz was that he -- I think he was asked what did he think about the wheezing, and he said -- as I recall, he didn't really know what it meant. He didn't -- he didn't attribute a lot of significance to it.

Q. Was that Dr. Field's deposition --

A. It could have been Dr. Field's. I'm sorry.

Q. It's Dr. Field's deposition, Dr. Cruz's records, right?

A. If you say so.

Q. Now, in your practice, your pulmonary practice here at East Jefferson, do you see occult asthmatics, people who come in just like Mr. Wright that you diagnose all the time?

A. Yes.

Q. And how often do you see those kind of patients?

A. Well, I think we see people like Mr. Wright virtually weekly.

Q. Now --

A. Sometimes more than once a day. I mean, it's highly variable, but I would say on average every week or so.

Q. People who come in and who don't know they have asthma, and you diagnose them with asthma?

A. That's correct.
Q. Now, you made a diagnosis of -- I'm sorry, you talked to Mr. D'Amico about rhinitis, conjunctivitis and headaches, correct?
A. Yes.
Q. How did you originally draw those initial impressions for those three areas?
A. By Mr. Wright's history.
Q. So that was based on his history and nothing more?
A. Correct.
Q. And you say that they were possibly. When you wrote in your report possibly, what did you mean?
A. Well, that was his history that he told me, that he had these things while he was in the trailer, and he attributed them to his stay in the trailer. And so my opinion was that because he attributed them to those that it was possibly related to that.
Q. And you said based on an exposure to an irritating substance; you didn't say formaldehyde, did you?
A. No.
Q. In fact, there are a number of irritating substances that can cause rhinitis, conjunctivitis and headaches, correct?
A. Yes.
Q. And so you made that diagnosis based upon the fact that he gave you a history and it could be a number of irritating substances, right?

A. Yes.

Q. You never in this case, do I understand, diagnosed him as having rhinitis, conjunctivitis or headaches associated with the formaldehyde in this trailer, have you?

MR. D'AMICO: Objection. Leading.

THE COURT: Yes. The last few questions have been leading questions.

EXAMINATION

BY MR. GIEGER:

Q. Did you diagnose Mr. Wright as having conjunctivitis, rhinitis or headaches associated with his exposure to formaldehyde in this trailer?

A. No.

Q. Why not?

A. Because he -- the diagnosis -- these diagnoses were historical diagnoses. And he -- I don't know what levels of formaldehyde he was exposed to in this trailer. I know what the -- I know what is published that -- the average concentration and that sort of thing, but I don't know what levels he was exposed to.

It is possible that he could have had conjunctivitis or rhinitis if, in fact, he was exposed to high enough levels in this trailer to cause those symptoms; but, it's a level -- it's a -- it's a concentration, if you will, related issue.

Q. And can you give the jury some better understanding what you

mean by the kinds of levels that would be associated with rhinitis, conjunctivitis and headaches?

A. Well, the -- according to the literature, the eyes are the most sensitive organ --

MR. D'AMICO: Objection, beyond the scope of this witness' expertise.

THE COURT: Why don't y'all approach.

(WHEREUPON, at this point in the proceedings, there was a conference held at the bench.)

THE COURT: The question was can you give the jury some better understanding of what you mean by conjunctivitis and headaches. Why is that outside of the area of expertise?

MR. D'AMICO: From formaldehyde? He's not a toxicologist.

MR. GIEGER: He doesn't have to be a toxicologist.

MR. D'AMICO: All he's doing is looking at the literature and quoting what he's reading.

THE COURT: That's what many of the experts in this case have done. Are you going to tell me that that woman sitting out there is not going to do that this afternoon?

MR. D'AMICO: Point well taken.

THE COURT: Overruled.

EXAMINATION

BY MR. GIEGER:

Q. Doctor, can you answer the question?

A. Yes. The levels generally associated with conjunctivitis are about one part per million or a thousand parts per billion. All right? There is some variation; but, roughly, that's an easy way to remember, one, for the conjunctivitis.

For the rhinitis, about two, two parts per million, two thousand parts per billion.

For headache, not sure. I don't think there is really much literature about neuro -- any kind of neurotoxicity or what levels are associated with any neurotoxicity or if there, in fact, is neurotoxicity with formaldehyde.

Q. Let's talk about -- conjunctivitis is your eyes, correct?

A. Yes.

Q. And in his case he had bacterial conjunctivitis, correct?

A. Yes. He was -- he was found to have bacterial conjunctivitis, I believe it was in May of 2006.

Q. Why was it important for this jury to know the difference between a bacterial conjunctivitis as opposed to something caused by formaldehyde?

A. Well, formaldehyde or other chemicals will cause a chemical conjunctivitis, or inflammation of the covering of the eye, based on a chemical reaction or -- you can think of it as a burn, a very low-grade burn; whereas, a bacterial conjunctivitis would actually be a bacterial infection in the eye, bacterial infection of the covering of the eye.

So one is a chemical burn, if you will, a mild burn, a

chemical irritation; the other is an actual infection.

Q. Now, in your review of Mr. Wright's medical records, did you also review his prescription records, right?

A. Yes.

Q. Okay. Was Mr. Wright taking an antihistamine as part of his regimen of medication before he moved into the trailer?

A. I believe so.

Q. And what is your understanding of his -- if any, change in that regimen of antihistamine after he moved into the trailer or about the same time?

A. I really don't recall.

Q. Tell the jury, if you would, if, in fact, a history -- a person like Mr. Wright who changes his antihistamine, in other words, he takes a lower dose, what effect would it have on his sinuses and other conditions?

A. Well, it could make him worse. Using antihistamines and using decongestants is almost an art, in my opinion. It's a hunt and peck type of thing. You use one thing, and you see if that works. If that doesn't work, you try something else, which may lead to why some of you are frustrated with your physicians, well, why can't he just get it right, because everybody is different, and so what works one time may not work the next time.

So it's a very highly variable cause and effect; so some things may be effective, some things might not be effective. Sometimes the dose is too much, sometimes it's not enough. And

changing those doses or changing those medications could certainly lead to an increase in his symptoms.

Q. And did Mr. Wright have a history of seasonal allergies before he moved into the trailer?

A. Yes.

Q. And how would a change in an antihistamine affect someone like Mr. Wright who had seasonal allergies?

A. Well, it could make it better or it could make it worse.

Q. It's a possibility that he could have a worse reaction because of a change in an antihistamine, correct?

A. Right.

Q. He would have more, if you would, more sinus conditions and more nasal congestions and more eye irritation if there was a change in his antihistamine?

MR. D'AMICO: Objection, leading.

THE COURT: Let's not lead the witness.

EXAMINATION

BY MR. GIEGER:

Q. Would he have a change -- could he have a change in his -- the reaction to his eyes, nose and sinuses if he had seasonal allergies and there was a change in his antihistamines?

MR. D'AMICO: Same objection.

THE COURT: Don't -- again, let's not ask questions that suggestive of an answer, not on this question or questions into the future. And the reason I explained to the jury the order

that we were going to go in was because this witness would be called on the defendants' in chief.

So leading questions are not going to be permitted by defense counsel, so do not ask a question that is suggestive of an answer. Ask the question, and he'll answer it.

EXAMINATION

BY MR. GIEGER:

Q. In a person like Mr. Wright, what effect would it have if he changed his medication?

A. It could make it better, it could make his symptoms worse. If his rhinitis got worse, let's say if it wasn't as effective, then he could have worse rhinitis. He may have worse conjunctivitis if he had allergic conjunctivitis.

And if he had worsening rhinitis, he could -- the sinuses are holes in the bone in the face that are lined by mucous membrane, so -- and they have to drain. So if the nose is stopped up and the opening to the sinuses is stopped up, then the sinuses don't drain as well, and therefore one can then develop sinusitis or inflammation, sometimes infection of the sinuses, as well, because of poorly controlled nose disease.

Q. Did you find any evidence of any permanent respiratory impairment to Mr. Wright secondary to any exposure to formaldehyde while living in the trailer?

A. No.

Q. You were shown, Doctor, a 2009 Touro CT scan, which is

Exhibit 456-00038. You saw that document before?

A. A few minutes ago.

Q. Yes. All right. For a person who has the medical conditions that Mr. Wright has, can you explain to the jury how that might change from time to time, from week to week?

A. Well --

MR. D'AMICO: Objection. How it might change?

MR. GIEGER: Yes.

THE COURT: I think that's a fair question. You can answer. Overruled.

THE WITNESS: Again, going back to my prior answer, this is a very common condition. Maxillary and sphenoidal sinusitis is a very common condition. It can change, certainly, in any of us. You can have it one week and not have it the next.

So, in Mr. Wright, he can have it one week and not have it the next. He's really no differently -- no different than anyone else.

EXAMINATION

BY MR. GIEGER:

Q. Is that something that you see in your practice here doing pulmonary medicine at East Jefferson?

A. Yes.

Q. Now, was Mr. Wright taking any other medications that were significant to you in your evaluation?

A. Well, when I -- when I saw Mr. Wright, he told me what he

was taking, and I took him at his word that that's what he was taking.

It looks like in his medical record, when you review the medical record he was also taking some other drugs -- or another class of drugs that can certainly cause nasal mucosal swelling and has been associated with nosebleeds or epistaxes, which he had.

Q. What medications was he taking that would give those types of symptomatology?

A. Well, the classes, they are called phosphodiesterase five inhibitors. They're the erectile dysfunction drugs, Viagra, Levitra, Cialis.

Q. And, I'm sorry, they have what potential side effects?

A. Well, actually, about -- there is about a 40 percent incidence of headache with them. There is about a 10 to 12 percent incidence of nosebleed associated with them. There is about a five, five or six percent incidence of sinus swelling or mucosal membrane swelling associated with those drugs.

Q. And what is it about an erectile dysfunction prescription medication that would have an effect on the sinuses?

A. Well, they are -- actually, they're a specific -- they're special blood vessel dilators, and it's just an effect of the drug.

Now, it depends on -- they are kind of drug specific. When you give these drugs to patients, you try to find the ones

that they are happiest with, that work the best and have the least number of side effects.

So I don't really know how much he took or -- I just know that they were part of his history, subsequent history of others, and they were certainly in his medication list -- history from the pharmacies.

Q. And what effect, if any, does over-the-counter nasal sprays have on applications in patients?

A. Well, over-the-counter nasal sprays tend to be very effective; but, if you don't use them, then you get a phenomenon called -- if you use them semi-regularly, they are very effective. But when you stop using those drugs, and the reason that they become addictive -- they are not really addictive, but what happens is when you -- when you don't use them, then the nasal membranes swell so your nose becomes stuffy.

So, you say, well, I have to use this drug because my nose is stuffy, so you keep using it. So you end up using it every day, when, in fact, in order to be able to get off of that particular medication, and Afrin is probably the most common one, you have to go through that period of -- it's called rebound nasal congestion, in order for the mucous membranes to get healthy again so that they can have some semblance of being normal.

MR. GIEGER: Thank you, Dr. Smith. That's all the questions I have.

THE COURT: Ms. Whitfield?

MS. WHITFIELD: Shaw has no questions for Dr. Smith.

THE COURT: Mr. D'Amico. This is limited to what Mr. Gieger covered.

EXAMINATION

BY MR. D'AMICO:

Q. I think Mr. Gieger just asked you if there was a chance that the over-the-counter medications that Mr. Wright was taking could have caused his symptomology, correct?

A. Yes, I think he referred specifically to over-the-counter nasal sprays.

Q. And I believe you said there was a five to six percent chance of his sinus problems being from those drugs?

A. No. No. What I said was that --

MR. GIEGER: I object.

THE WITNESS: -- there was a five percent -- five to six percent chance of him having nasal congestion as a result of using Viagra, Levitra, Cialis, erectile dysfunction drugs. Those are not over-the-counter drugs.

EXAMINATION

BY MR. D'AMICO:

Q. The prescription drugs --

A. Yes.

Q. -- you said there was a five to six percent chance?

A. Yes.

Q. Does that mean that there is a 94 to 95 percent chance that his nasal problems are being caused from something else?
A. Yes.
Q. Now, Mr. Gieger was asking you about the impressions of probable rhinitis and conjunctivitis, and you said being secondary to something in the travel trailer but not formaldehyde. Do you remember that?
A. No, I don't think that's exactly what I said. I said --
Q. What did you say?
A. My report says possibly, that he had these symptoms on a historical basis possibly as a result of some exposure in the FEMA-provided travel trailer, yes.
Q. That's my point. And I believe Mr. Gieger asked you did you say it was related to formaldehyde, and you said no.
A. Yes.
Q. I asked you at your deposition, and I believe you told me something different. Do you recall?
A. No.
Q. I would like to show you --
MR. GIEGER: Your Honor, objection.
THE COURT: Page and line.

EXAMINATION

BY MR. D'AMICO:
Q. It's page 108, your answer at line five. And if you would, my question starts at line three, and would you please give your

answer at line five.

A. Sure. Line three, "Maybe he did. Okay. What was your impression, Doctor?"

"My impression, probable rhinitis and conjunctivitis presumably secondary to formaldehyde exposure while living in the FEMA-supplied travel trailer from March 2006 until July 2008. His symptoms have totally resolved."

Should I continue?

Q. Sure.

A. "Let me ask you about that."

"Sure."

"When you say the symptoms have totally resolved, what did you form that impression?"

"That's what he told me."

"Okay."

Answer: "That's what I thought."

Question: "Next, please."

"Next, positive study for bronchoreactivity. This is diagnostic of bronchial asthma. His symptoms are very mild, intermittent and historically preceded his stay in the travel trailer.

"His symptoms" -- should I continue?

Q. Sure.

A. "His symptoms appear to have been somewhat worse while living in the travel trailer."

Q. Let's talk about that. You're talking about his bronchial asthma symptoms being worse while he's in the travel trailer, correct?

A. May I see that again, please.

Q. Sure, you can go back and read it again.

A. "His symptoms appeared to have been somewhat worse while living in the travel trailer." That's what he was -- I was talking about his symptoms of cough because he said that he was coughing more while living in the travel trailer. That was the symptom that I was referring to.

Q. When you said, "Next, positive study for bronchoreactivity. This is a diagnostic bronchial asthma. These symptoms are very mild," you weren't talking about bronchial asthma in that paragraph?

A. He has a diagnosis of bronchial asthma because of his positive test for bronchoreactivity. His symptom -- his symptom, in my opinion, of bronchial asthma is cough.

Now, can you cough without having bronchial asthma? I'm here to tell you that I have a cough today, and I do not have bronchial asthma.

Can asthmatics cough and it not be a manifestation of their asthma? Absolutely. So I don't think that his cough is, in fact -- or was, in fact, related to an increase in his bronchial asthma. That's my testimony.

Q. Today, but you didn't say that --

A. And that's the testimony there.

Q. Show me where you say cough. Where does the word --

A. I said his symptoms -- this is -- I'm reading from my impression.

MR. GIEGER: Your Honor, I'm going to object. He's arguing with the witness.

THE COURT: Yes. We're not going to argue with the witness. Let him go through. You asked him to look at his testimony again. He's going to do that, and then we're going to move on. But we're not going to get into what he did or didn't say when his deposition transcript has already been reviewed.

So go ahead and look at it, again, Doctor, and we'll move on.

THE WITNESS: Thank you. I am reading from my report. This is -- this -- "positive study for bronchoreactivity. This is diagnostic of bronchial asthma. His symptoms are very mild, intermittent and historically preceded his stay in the travel trailer."

I was referring to his symptoms that he related to me by history of these coughs, to which I've already testified, that seemed to hang on after what he perceived to be a cold. His symptoms appeared to have been somewhat worse while living in the travel trailer. And that's what he told me, that his cough, his symptoms of cough were worse while living in the travel trailer. And I believe him.

EXAMINATION

BY MR. D'AMICO:

Q. Thank you.

And you said you believe him, and that's because why? Why do you believe him?

A. Because that's what he felt. That's what he told me. I thought he was a good historian. I like Mr. Wright.

Q. Did you feel he was being truthful with you and cooperative during the exam?

A. Absolutely.

Q. And, in fact, when you told him he had asthma, he had said he had never been told this before, correct?

A. That's correct.

Q. And you believe that to be accurate, too, don't you, Doctor?

A. I do.

Q. Because you found no record of it anywhere in his medical records that he had ever been diagnosed with asthma before?

A. That's correct.

Q. And I believe you told me that you have found in the medical literature and you do know from your own practice that high exposures to formaldehyde, even a single high exposure, can cause asthma?

A. Very high exposure, very high concentration levels.

There is one report in the medical literature of an industrial exposure to formaldehyde gas in Belgium that -- that

probably caused a form of asthma called Reactive Airway Dysfunction Syndrome, which is like --

Q. Or RADS?

A. RADS. It's -- you can think of it as like a big explosion. It's there and -- it's not there, and suddenly it's there. It's a single incident exposure that can lead to asthma.

This was -- in this particular case, this was in a plant, a 31-year-old smoker in a plant in Belgium that was exposed to a leaky gasket in a plant making urea formaldehyde.

Q. In a 31-year-old smoker. Is there any evidence that Mr. Wright was a smoker?

A. No.

MR. D'AMICO: Thank you, Doctor, that's all I have.

THE COURT: Mr. Gieger, can you wrap up.

EXAMINATION

BY MR. GIEGER:

Q. When Mr. D'Amico just asked you about his symptoms appeared to have been somewhat worse while living in a travel trailer, is that a recitation of the history given to you by Mr. Wright?

A. Yes.

MR. D'AMICO: Objection. Leading.

THE COURT: Well, it is leading. It's a recap of what he said, but it's leading so let's not lead the witness.

EXAMINATION

BY MR. GIEGER:

Q. Now, Mr. D'Amico has brought up RADS. Have you in your practice dealt with RADS?
A. Yes.
Q. Tell the jury what RADS is.
A. I just did, but I'll tell them again.

MR. D'AMICO: Objection. It's cumulative, Judge. I didn't bring it up. He did.

THE COURT: No, let's answer. And let's not --

MR. GIEGER: I'm going to try to be very brief, Your Honor.

THE COURT: Limited to what Mr. -- it's limited to what we covered on direct. Okay.

THE WITNESS: Reactive Airway Dysfunction Syndrome, or RADS, is asthma caused by a single exposure to something, a substance. And it's a single exposure to a high concentration of something. And that something can be any number of somethings. There are literally hundreds of substances that have been described to cause RADS.

They are generally in industrial settings, in plants, not in homes. Can you get RADS in homes? Yes, you can. For example, if you were in a -- locked in a closet and you spilled a bottle of ammonia, you had very high concentrations of ammonia, you could, in fact, get Reactive Airway Dysfunction Syndrome or asthma based on that and some other things.

EXAMINATION

BY MR. GIEGER:

Q. Levels. What levels are you talking about on single exposure of formaldehyde and asthma?

A. Well, you're talking about levels probably -- now, the levels are not documented in this single incident of RADS.

MR. D'AMICO: Objection. There is no foundation. It's outside of his report, too.

THE COURT: I'm going to sustain.

EXAMINATION

BY MR. GIEGER:

Q. Is there anything in the medical records that you reviewed for Mr. Wright that had any indication that he had a RADS exposure to asthma?

A. No.

MR. GIEGER: Thank you, Your Honor. That's all the questions I have.

THE COURT: Thank you, Doctor, you can step down.

THE WITNESS: Thank you.

THE COURT: Okay, it's about 10 minutes to 12:00, so we'll go ahead and break for lunch. Why don't we plan on starting at 1 o'clock sharp, if you all could. Please don't discuss the case amongst yourselves or with anyone else during the lunch hour.

THE COURT SECURITY OFFICER: All rise.

(WHEREUPON, at this point in the proceedings, the jury

panel leaves the courtroom.)

THE COURT: Anything we need to put on the record at this point? Okay.

(WHEREUPON, at this point in the proceedings, the Court was in luncheon recess.)

* * *

REPORTER'S CERTIFICATE

I, Cathy Pepper, Certified Realtime Reporter, Registered Merit Reporter, Registered Professional Reporter, Certified Court Reporter of the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

*s/Cathy Pepper*

Cathy Pepper, CRR, RMR, CCR
Official Court Reporter
United States District Court

### '

**'05** [1] - 1288:4
**'06** [15] - 1220:8, 1220:13, 1224:5, 1235:9, 1250:5, 1250:6, 1251:19, 1256:25, 1260:10, 1260:11, 1280:20, 1280:24, 1281:16, 1282:16
**'07** [10] - 1224:7, 1230:10, 1230:12, 1242:1, 1250:3, 1260:10, 1260:11, 1261:9, 1283:3, 1290:12
**'08** [10] - 1224:9, 1230:9, 1230:11, 1236:3, 1242:2, 1258:21, 1259:3, 1259:16, 1270:7
**'09** [1] - 1285:13

### 0

**00004** [1] - 1241:20
**00104** [1] - 1242:2
**050-001** [1] - 1252:7
**0538-00021** [1] - 1235:21
**0538-00028** [1] - 1235:3
**0538-00195** [1] - 1236:12
**0552-00004** [4] - 1216:19, 1241:14, 1241:22, 1242:17
**0552-00101** [3] - 1216:19, 1242:2, 1242:17
**0552-00104** [2] - 1216:19, 1242:17
**0552-00114** [2] - 1242:3, 1242:17
**0552-00114.............................................** [1] - 1216:20
**0592-00003** [1] - 1266:1
**0592-00010** [1] - 1268:11
**0592-00012** [1] - 1269:8
**0592-0009** [1] - 1266:15
**0592-2** [1] - 1261:3
**09** [1] - 1241:14
**09-2977** [1] - 1214:9

### 1

**1** [3] - 1251:9, 1312:6, 1351:21
**10** [4] - 1249:22, 1282:16, 1341:15, 1351:19
**10/9/07** [1] - 1266:2
**1000** [1] - 1214:21
**1050** [2] - 1242:21, 1243:2
**1050....................................** [1] - 1216:21
**108** [1] - 1344:24
**10:25** [1] - 1293:16
**10th** [1] - 1281:16
**11** [2] - 1262:12, 1262:17
**116** [1] - 1249:21
**12** [4] - 1287:23, 1288:4, 1328:24, 1341:16
**12-hour** [1] - 1288:3
**1219** [2] - 1216:5, 1216:6
**124** [1] - 1324:22
**1242** [1] - 1216:19
**1243** [2] - 1216:7, 1216:21
**1276** [1] - 1216:8
**1297** [2] - 1216:9, 1216:10
**12:00** [1] - 1351:19
**13** [1] - 1260:1
**1328** [1] - 1216:11
**1343** [1] - 1216:12
**1349** [1] - 1216:13
**136/84** [1] - 1307:7
**13th** [1] - 1224:19
**15** [3] - 1217:13, 1217:16, 1270:12
**15th** [1] - 1258:21
**16** [4] - 1290:3, 1290:4, 1290:6
**17** [1] - 1249:21
**18** [1] - 1246:6
**1873** [1] - 1214:5
**19** [3] - 1214:6, 1217:2, 1249:21
**1907** [1] - 1262:12
**19th** [2] - 1252:16, 1252:23
**1st** [10] - 1235:23, 1249:6, 1249:10, 1250:11, 1250:13, 1282:20, 1300:10, 1303:9, 1312:23, 1313:9

### 2

**2** [2] - 1312:7, 1321:19
**20** [2] - 1318:6, 1318:7
**2002** [12] - 1241:15, 1321:19, 1322:2, 1322:8, 1324:6, 1324:11, 1324:15, 1325:7, 1325:10, 1325:13, 1326:2, 1326:10
**2003** [2] - 1320:22, 1331:25
**2005** [1] - 1304:2
**2006** [35] - 1225:17, 1229:6, 1229:10, 1229:18, 1231:18, 1231:25, 1232:7, 1232:11, 1233:4, 1233:6, 1234:2, 1256:19, 1256:21, 1256:22, 1256:24, 1260:1, 1270:21, 1282:20, 1287:22, 1288:1, 1288:10, 1288:11, 1288:18, 1304:3, 1304:12, 1312:5, 1313:2, 1313:12, 1314:21, 1326:24, 1328:2, 1336:15, 1345:6
**2007** [24] - 1230:2, 1230:3, 1230:6, 1230:7, 1232:15, 1233:1, 1233:9, 1260:8, 1262:13, 1262:15, 1262:17, 1270:21, 1278:19, 1278:22, 1288:24, 1289:2, 1289:14, 1289:16, 1289:21, 1289:25, 1315:1, 1315:2, 1315:10, 1324:16
**2008** [21] - 1233:1, 1233:11, 1233:13, 1233:14, 1233:17, 1235:24, 1272:4, 1278:11, 1290:8, 1290:9, 1290:11, 1292:11, 1292:14, 1304:7, 1304:11, 1312:5, 1313:2, 1313:6, 1326:25, 1328:2, 1345:6
**2009** [21] - 1238:18, 1238:21, 1239:18, 1239:20, 1239:23, 1300:10, 1303:10, 1322:5, 1322:24, 1323:12, 1323:16, 1324:5, 1324:11, 1324:14, 1325:7, 1325:13, 1325:22, 1326:1, 1326:10, 1339:25
**201** [1] - 1215:15
**2010** [2] - 1214:6, 1217:2
**22** [1] - 1322:24
**22nd** [2] - 1322:5, 1325:7
**2315** [2] - 1253:13, 1258:14
**23rd** [1] - 1323:16
**268** [2] - 1246:6, 1246:17
**28** [2] - 1330:6, 1330:14
**29402** [1] - 1215:4
**2nd** [2] - 1322:2, 1325:7

### 3

**3** [1] - 1318:9
**3/19/06** [1] - 1251:21
**3/22/08** [2] - 1266:16, 1268:11
**30** [1] - 1272:10
**304-B** [3] - 1272:10, 1273:3, 1273:8
**3046** [1] - 1272:10
**31-year-old** [2] - 1349:8, 1349:10
**32** [2] - 1299:4, 1328:21
**3600** [1] - 1215:15
**39-year-old** [1] - 1303:19

### 4

**4** [1] - 1318:14
**4/14/09** [1] - 1240:20
**4/14/2009** [1] - 1240:25
**4/18** [1] - 1254:19
**4/18/and** [1] - 1254:14
**4/19/08** [1] - 1268:12
**40** [1] - 1341:14
**4265** [1] - 1214:21
**4550** [1] - 1214:24
**456-00038** [1] - 1340:1
**48** [2] - 1217:11, 1217:15
**4800** [1] - 1215:9
**481** [1] - 1243:13
**486** [1] - 1215:4
**489** [1] - 1251:5
**49** [2] - 1217:11, 1217:15
**4th** [1] - 1325:21

### 5

**5** [1] - 1214:11
**5/11** [2] - 1254:14, 1254:20
**50** [4] - 1217:11, 1217:15, 1252:9, 1313:25
**500** [1] - 1215:21
**5001** [1] - 1252:24
**504** [1] - 1215:22
**51** [1] - 1252:9
**515** [2] - 1219:15, 1219:16
**5153** [1] - 1223:15
**5201** [1] - 1272:10
**5213** [1] - 1273:8
**53** [2] - 1217:12, 1217:16
**57** [2] - 1217:12, 1217:15
**58** [2] - 1217:13, 1217:15
**589-7779** [1] - 1215:22
**59** [2] - 1217:13, 1217:15
**592** [1] - 1257:22

### 6

**6** [3] - 1222:1, 1246:6, 1246:17
**6/16/08** [1] - 1269:25
**6/9/08** [1] - 1269:14
**622** [1] - 1214:18
**632** [1] - 1328:14
**6th** [1] - 1312:5

### 7

**701** [1] - 1215:9
**701-0079** [1] - 1253:20
**70113** [1] - 1214:18
**70130** [1] - 1215:22
**70139** [1] - 1215:10
**70170** [1] - 1215:15
**77027** [1] - 1214:21
**78413** [1] - 1214:24

## 8

**8** [1] - 1257:22
**8/15/08** [1] - 1236:14
**80** [1] - 1307:8
**8:30** [1] - 1214:6
**8th** [1] - 1235:23

## 9

**9/11/07** [1] - 1261:13
**94** [1] - 1344:1
**95** [1] - 1344:1

## A

**A.M** [1] - 1214:6
**AARON** [1] - 1214:17
**abdomen** [1] - 1307:16
**ability** [2] - 1309:9, 1352:16
**able** [3] - 1311:1, 1320:13, 1342:18
**above-entitled** [1] - 1352:17
**absolutely** [2] - 1346:22, 1348:10
**AC** [2] - 1281:1
**accept** [1] - 1298:20
**accepted** [1] - 1258:18
**accompanied** [1] - 1305:22
**according** [1] - 1335:3
**accurate** [2] - 1238:22, 1348:14
**aches** [1] - 1236:6
**acid** [1] - 1306:23
**act** [1] - 1298:11
**acting** [1] - 1281:25
**action** [2] - 1229:3, 1254:8
**actual** [2] - 1302:16, 1337:1
**acuity** [1] - 1329:12
**acute** [2] - 1235:17, 1317:15
**addendum** [1] - 1323:16
**addictive** [2] - 1342:13
**address** [5] - 1253:16, 1257:20, 1258:13, 1258:14, 1320:18
**adenopathy** [1] - 1307:9
**administer** [1] - 1297:6
**admission** [1] - 1242:10
**admit** [1] - 1263:22
**admitted** [9] - 1242:18, 1243:2, 1263:24, 1273:1, 1273:2, 1273:3, 1273:4, 1273:5, 1278:8
**adventitious** [1] - 1307:14
**adverse** [3] - 1295:10, 1295:17, 1298:11
**advise** [1] - 1282:21
**advised** [1] - 1305:1
**affect** [1] - 1338:6
**affected** [3] - 1235:1, 1236:21, 1237:5
**affidavit** [2] - 1302:11, 1302:25
**African** [1] - 1303:20
**African-American** [1] - 1303:20
**Afrin** [1] - 1342:19
**afternoon** [1] - 1335:20
**age** [1] - 1306:11
**Agency** [1] - 1300:16
**aggravate** [1] - 1228:11
**ago** [1] - 1340:2
**agree** [5] - 1231:23, 1243:22, 1294:23, 1313:23, 1319:4
**ahead** [16] - 1218:12, 1218:22, 1219:6, 1240:8, 1242:6, 1250:24, 1264:14, 1271:15, 1280:13, 1280:14, 1293:15, 1297:6, 1298:25, 1327:21, 1347:12, 1351:20
**AHLQUIST** [1] - 1214:17
**aid** [2] - 1306:12, 1307:11
**Air** [1] - 1302:15
**air** [14] - 1228:10, 1245:14, 1256:15, 1270:25, 1276:24, 1277:16, 1279:17, 1303:22, 1305:24, 1308:21, 1308:23, 1309:4, 1309:5, 1309:10
**air-conditioner** [1] - 1270:25
**air-conditioners** [1] - 1277:16
**airway** [2] - 1309:19, 1317:13
**Airway** [3] - 1349:2, 1350:13, 1350:23
**airways** [2] - 1308:6, 1318:17
**AL** [1] - 1214:8
**alarmed** [2] - 1283:13, 1283:14
**alarms** [1] - 1282:8
**alignment** [1] - 1263:13
**allegation** [1] - 1263:3
**allergic** [1] - 1339:13
**allergies** [9] - 1228:11, 1233:24, 1234:1, 1234:5, 1234:20, 1235:17, 1338:3, 1338:7, 1338:21
**allergy** [1] - 1304:21
**allowed** [1] - 1296:13
**almost** [2] - 1305:21, 1337:17
**ALSO** [1] - 1215:18
**alternate** [2] - 1232:1, 1233:2
**alternative** [2] - 1233:5, 1233:11
**AME** [6] - 1258:1, 1258:9, 1261:5, 1261:8, 1268:24, 1269:2
**American** [4] - 1303:20, 1318:1, 1318:11
**ammonia** [2] - 1350:22, 1350:23
**amount** [4] - 1308:21, 1309:4, 1309:5, 1318:8
**amounts** [1] - 1274:4
**anchors** [1] - 1263:6
**animal** [5] - 1225:18, 1225:20, 1225:24, 1256:11, 1256:12
**animals** [1] - 1225:21
**answer** [24] - 1246:20, 1247:4, 1250:20, 1276:12, 1280:13, 1283:13, 1288:9, 1295:15, 1325:3, 1325:8, 1325:9, 1325:19, 1325:22, 1327:9, 1335:25, 1338:24, 1339:5, 1340:10, 1340:11, 1344:24, 1345:1, 1345:16, 1350:8
**answered** [1] - 1280:11
**antibiotic** [1] - 1316:1
**anticipate** [1] - 1317:17
**antidepressant** [1] - 1306:25
**antihistamine** [6] - 1337:5, 1337:9, 1337:13, 1338:6, 1338:10, 1338:14
**antihistamines** [2] - 1337:16, 1338:21
**anyway** [1] - 1264:13
**apartment** [3] - 1292:15, 1292:17, 1304:10
**apologies** [1] - 1330:23
**apologize** [3] - 1262:17, 1270:12, 1322:15
**apparent** [1] - 1323:14
**appear** [3] - 1310:16, 1312:10, 1345:24
**appearance** [2] - 1310:21, 1322:17
**APPEARANCES** [2] - 1214:15, 1215:1
**appeared** [3] - 1346:6, 1347:22, 1349:17
**appearing** [1] - 1307:6
**appliance** [6] - 1226:24, 1227:8, 1227:22, 1248:1, 1273:19, 1290:25
**appliances** [3] - 1227:4, 1227:7, 1227:9
**applications** [1] - 1342:8
**appointed** [1] - 1299:24
**appointment** [1] - 1285:1
**approach** [10] - 1246:7, 1252:21, 1257:3, 1258:23, 1262:18, 1262:20, 1294:5, 1294:7, 1324:23, 1335:7
**appropriately** [3] - 1319:9, 1319:10, 1319:21
**April** [15] - 1228:12, 1234:11, 1234:13, 1234:14, 1234:19, 1235:7, 1235:8, 1235:23, 1236:3, 1239:23, 1281:16, 1282:16, 1288:6
**area** [7] - 1223:20, 1224:1, 1234:15, 1292:21, 1292:22, 1303:24, 1335:12
**areas** [2] - 1243:10, 1333:7
**argue** [2] - 1250:15, 1347:7
**argued** [1] - 1242:9
**arguing** [2] - 1259:14, 1347:6
**argumentative** [5] - 1248:4, 1248:7, 1249:17, 1250:16, 1250:21
**art** [1] - 1337:17
**ascultation** [1] - 1307:13
**Asmanex** [1] - 1305:15
**aspect** [1] - 1325:10
**associate** [2] - 1281:6, 1284:3
**associated** [17] - 1228:14, 1230:25, 1236:24, 1236:25, 1237:3, 1281:22, 1281:24, 1283:25, 1301:7, 1334:3, 1334:11, 1335:1, 1336:1, 1336:9, 1341:6, 1341:16, 1341:18
**assumed** [2] - 1260:3, 1260:18
**assuming** [2] - 1238:23, 1248:1
**assumption** [1] - 1274:17
**asthma** [85] - 1239:10, 1239:13, 1239:15, 1239:20, 1239:23, 1240:13, 1240:21, 1241:1, 1241:2, 1241:3, 1241:6, 1241:9, 1284:17, 1285:10, 1285:12, 1285:22, 1285:23, 1285:24, 1306:21, 1309:18, 1309:20, 1309:22, 1309:24, 1310:2, 1310:3, 1310:5, 1310:8, 1312:8, 1316:24, 1317:3, 1318:16, 1318:18, 1318:24, 1318:25, 1319:2, 1319:8, 1319:13, 1319:18, 1319:23, 1319:25, 1320:7,

1320:14, 1321:3, 1321:8, 1321:10, 1321:12, 1321:15, 1321:16, 1329:1, 1329:25, 1330:5, 1330:12, 1330:16, 1330:25, 1331:9, 1332:3, 1332:4, 1332:5, 1332:24, 1332:25, 1345:19, 1346:2, 1346:12, 1346:13, 1346:15, 1346:17, 1346:18, 1346:20, 1346:22, 1346:24, 1347:16, 1348:11, 1348:17, 1348:22, 1349:1, 1349:6, 1350:14, 1350:24, 1351:3, 1351:13
**asthmatic** [5] - 1330:19, 1330:21, 1330:24, 1331:5, 1331:6
**asthmatics** [4] - 1330:2, 1331:13, 1332:15, 1346:21
**asymmetric** [1] - 1323:22
**AT** [1] - 1214:23
**ATSDR** [1] - 1300:17
**attach** [1] - 1315:3
**attempted** [2] - 1252:3, 1252:11
**attention** [10] - 1219:12, 1221:19, 1239:3, 1246:3, 1247:7, 1273:22, 1275:3, 1280:17, 1304:19, 1305:13
**ATTORNEY** [1] - 1214:23
**attribute** [1] - 1332:9
**attributed** [3] - 1305:20, 1333:14, 1333:16
**authenticity** [1] - 1242:11
**automobile** [1] - 1221:7
**available** [1] - 1239:8
**AVENUE** [1] - 1215:15
**average** [2] - 1332:23, 1334:18
**aware** [1] - 1252:18
**awoke** [1] - 1304:17

**B**

**B406** [1] - 1215:21
**background** [2] - 1298:22, 1328:16
**backing** [1] - 1288:7
**bacterial** [8] - 1235:17, 1313:12, 1336:13, 1336:14, 1336:17, 1336:22, 1336:23
**bad** [1] - 1281:23
**BAKER** [1] - 1215:12
**balance** [1] - 1260:22
**balanced** [1] - 1259:23
**BARONNE** [1] - 1214:18
**base** [3] - 1316:14, 1323:22, 1323:25
**based** [9] - 1313:8, 1328:18, 1329:5, 1330:12, 1333:9, 1333:17, 1333:23, 1336:20, 1350:24
**basic** [1] - 1281:12
**basis** [6] - 1312:25, 1317:1, 1317:17, 1327:25, 1331:13, 1344:11
**BEARMAN** [1] - 1215:12
**became** [1] - 1256:14
**become** [2] - 1238:1, 1342:13
**becomes** [2] - 1295:17, 1342:15
**becoming** [1] - 1292:21
**bedroom** [4] - 1267:17, 1267:19, 1271:2, 1281:2
**beers** [1] - 1306:19
**BEFORE** [1] - 1214:12
**began** [2] - 1256:18, 1304:14
**begin** [1] - 1296:12
**beginning** [1] - 1280:22
**behind** [1] - 1253:24
**Belgium** [2] - 1348:25, 1349:8
**below** [1] - 1324:2
**bench** [5] - 1262:22, 1265:20, 1294:9, 1296:4, 1335:9
**benefit** [1] - 1306:24
**benign** [3] - 1238:4, 1238:8, 1316:17
**BERKOWITZ** [1] - 1215:13
**beside** [1] - 1270:24
**best** [7] - 1229:13, 1246:16, 1271:14, 1276:12, 1280:5, 1342:1, 1352:16
**better** [6] - 1235:9, 1292:23, 1334:25, 1335:11, 1338:8, 1339:10
**between** [4] - 1238:24, 1250:12, 1324:3, 1336:17
**beyond** [2] - 1291:18, 1335:5
**big** [4] - 1232:25, 1264:18, 1291:1, 1349:4
**bilateral** [2] - 1323:13, 1323:25
**billion** [3] - 1313:24, 1336:2, 1336:6
**BINSTOCK** [1] - 1214:20
**bio** [4] - 1276:16, 1276:19, 1276:20, 1276:22
**Bio** [7] - 1276:21, 1276:24, 1277:2, 1277:5, 1277:8, 1302:19, 1302:21
**bio-Treat** [2] - 1276:20, 1276:22
**Bio-Treat** [7] - 1276:21, 1276:24, 1277:2, 1277:5, 1277:8, 1302:19, 1302:21
**biopsied** [1] - 1316:16
**biopsy** [2] - 1237:24, 1238:4
**birth** [2] - 1274:5, 1275:9
**bit** [8] - 1229:9, 1233:21, 1244:23, 1255:8, 1290:13, 1306:8, 1310:17, 1316:25
**black** [2] - 1274:9, 1307:6
**blew** [1] - 1318:7
**block** [1] - 1266:25
**blocking** [1] - 1263:8
**blood** [6] - 1283:16, 1305:8, 1307:7, 1309:11, 1314:21, 1341:22
**blood-streaked** [1] - 1305:8
**bloody** [2] - 1283:5, 1283:7
**blow** [6] - 1244:3, 1252:7, 1253:11, 1308:21, 1318:7, 1318:8
**blows** [2] - 1308:20, 1308:22
**Bobbie** [1] - 1253:18
**body** [2] - 1236:6, 1312:21
**bogged** [2] - 1255:19, 1294:17
**bone** [1] - 1339:15
**BONE** [1] - 1215:8
**Boniva** [1] - 1306:23
**bored** [4] - 1294:21, 1294:25, 1295:1, 1295:4
**bother** [1] - 1321:13
**bothered** [1] - 1245:13
**bottle** [1] - 1350:22
**bottom** [12] - 1244:2, 1252:10, 1253:13, 1261:14, 1262:8, 1266:3, 1266:19, 1268:14, 1268:15, 1269:16, 1269:24, 1273:24
**bought** [1] - 1220:10
**BOX** [1] - 1215:4
**box** [4] - 1220:20, 1257:18, 1330:23
**boy** [1] - 1297:18
**bread** [1] - 1326:14
**break** [3] - 1217:25, 1293:16, 1351:20
**breaker** [3] - 1257:18, 1258:5, 1259:16
**breath** [6] - 1305:12, 1305:14, 1308:20, 1318:6, 1319:20, 1331:4
**brief** [4] - 1293:25, 1298:23, 1328:20, 1350:9
**briefly** [2] - 1223:5, 1306:4
**bring** [2] - 1218:12, 1350:7
**broken** [1] - 1251:2
**bronchial** [13] - 1308:8, 1312:8, 1319:12, 1345:19, 1346:1, 1346:12, 1346:13, 1346:15, 1346:17, 1346:18, 1346:20, 1346:24, 1347:16
**bronchitis** [2] - 1317:15, 1332:1
**bronchoreactivity** [8] - 1312:7, 1317:22, 1318:1, 1318:15, 1345:18, 1346:11, 1346:16, 1347:15
**bronchospasm** [1] - 1319:18
**brought** [2] - 1230:14, 1350:1
**budget** [1] - 1292:25
**buildup** [1] - 1276:23
**burn** [8] - 1225:7, 1225:8, 1321:6, 1321:7, 1336:21, 1336:22, 1336:25
**burning** [2] - 1301:9, 1304:15
**burns** [1] - 1321:8
**business** [1] - 1290:21
**business-size** [1] - 1290:21
**busy** [1] - 1329:5
**but..** [1] - 1232:19
**butter** [1] - 1326:14
**buy** [4] - 1250:6, 1281:25, 1282:12, 1305:2
**BY** [59] - 1214:17, 1214:20, 1215:3, 1215:8, 1215:13, 1215:23, 1215:24, 1216:6, 1216:7, 1216:8, 1216:10, 1216:11, 1216:12, 1216:13, 1219:9, 1240:18, 1241:5, 1243:6, 1243:24, 1245:6, 1246:10, 1248:9, 1249:19, 1251:1, 1256:2, 1257:5, 1259:1, 1260:15, 1265:23, 1268:10, 1269:7, 1270:5, 1270:16, 1273:7, 1276:3, 1287:5, 1292:4, 1297:20, 1299:2, 1311:24, 1321:2, 1325:1, 1327:23, 1328:11, 1330:11, 1331:17, 1334:9, 1335:24, 1338:18, 1339:7, 1340:19, 1343:6, 1343:21, 1344:23, 1348:2, 1349:16, 1349:25, 1351:1, 1351:10

## C

**cabinet** [2] - 1248:12, 1248:17
**calcium** [1] - 1306:23
**CALDWELL** [1] - 1215:12
**California** [9] - 1273:21, 1274:5, 1274:12, 1274:15, 1274:20, 1274:21, 1274:24, 1275:1, 1275:2
**CALLED** [1] - 1217:4
**cancel** [1] - 1310:19
**cancer** [4] - 1274:5, 1274:20, 1275:5, 1329:1
**cancerous** [3] - 1238:1, 1238:6, 1238:9
**cannot** [3] - 1246:2, 1254:16, 1254:18
**capacity** [1] - 1308:5
**car** [25] - 1220:5, 1220:6, 1220:11, 1220:13, 1220:17, 1220:20, 1221:8, 1221:11, 1224:22, 1224:24, 1224:25, 1225:1, 1225:2, 1244:23, 1245:17, 1255:9, 1255:15, 1256:3, 1256:8, 1278:9, 1278:13, 1279:19, 1279:20, 1279:22
**care** [4] - 1295:24, 1298:4, 1329:6, 1329:7
**Carnival** [1] - 1304:2
**carpet** [3] - 1257:10, 1271:1, 1281:2
**carpets** [1] - 1256:16
**cars** [1] - 1221:6
**CARSON** [1] - 1215:9
**case** [29] - 1240:16, 1246:11, 1262:25, 1294:10, 1294:13, 1295:20, 1296:7, 1296:11, 1296:14, 1297:24, 1299:5, 1299:10, 1299:12, 1300:1, 1300:12, 1301:6, 1301:17, 1303:1, 1309:18, 1309:23, 1311:10, 1314:10, 1321:18, 1331:23, 1334:2, 1335:18, 1336:13, 1349:7, 1351:22
**CATHY** [1] - 1215:21
**Cathy** [2] - 1352:11, 1352:22
**caused** [11] - 1225:4, 1263:4, 1274:20, 1317:13, 1318:5, 1330:5, 1336:17, 1343:9, 1344:2, 1349:1, 1350:14
**causes** [1] - 1316:20
**causing** [1] - 1293:4
**CCR** [2] - 1215:21, 1352:22
**cell** [2] - 1253:21, 1253:22
**centered** [1] - 1323:8
**certain** [6] - 1261:18, 1262:23, 1295:3, 1313:20, 1318:22, 1319:22
**certainly** [9] - 1227:19, 1310:21, 1317:14, 1317:15, 1319:12, 1338:2, 1340:13, 1341:5, 1342:5
**CERTIFICATE** [1] - 1352:9
**Certified** [2] - 1352:11, 1352:12
**certify** [1] - 1352:15
**challenge** [2] - 1309:13, 1309:16
**chance** [8] - 1287:6, 1296:24, 1303:9, 1343:7, 1343:13, 1343:17, 1343:24, 1344:1
**change** [13] - 1221:15, 1281:17, 1326:9, 1337:8, 1338:6, 1338:10, 1338:14, 1338:19, 1338:21, 1340:5, 1340:7, 1340:13
**changed** [2] - 1280:2, 1339:9
**changes** [6] - 1309:19, 1309:20, 1325:18, 1325:23, 1325:24, 1337:13
**changing** [5] - 1234:6, 1281:14, 1281:15, 1338:1
**CHARLES** [1] - 1215:15
**CHARLESTON** [1] - 1215:4
**chart** [3] - 1266:13, 1287:20, 1287:24
**CHEATWOOD** [47] - 1215:14, 1242:15, 1243:6, 1243:24, 1245:4, 1245:6, 1246:7, 1246:10, 1248:9, 1249:19, 1251:1, 1252:21, 1255:20, 1255:25, 1256:2, 1257:2, 1257:5, 1259:1, 1260:12, 1260:15, 1262:14, 1262:16, 1263:1, 1263:18, 1263:25, 1264:2, 1264:4, 1264:8, 1264:22, 1265:2, 1265:6, 1265:11, 1265:19, 1265:23, 1268:6, 1268:10, 1269:4, 1269:7, 1270:2, 1270:5, 1270:11, 1270:14, 1270:16, 1273:4, 1273:7, 1275:23, 1291:18
**Cheatwood** [4] - 1218:25, 1243:4, 1250:24, 1270:10
**CHEATWOOD................** [1] - 1216:7
**check** [7] - 1222:4, 1261:17, 1261:22, 1266:3, 1266:24, 1266:25
**checked** [2] - 1261:22, 1267:18
**checklist** [7] - 1227:3, 1243:16, 1243:17, 1244:20, 1244:22, 1247:25, 1279:7
**chem** [2] - 1276:16, 1276:19
**chemical** [7] - 1276:16, 1276:22, 1301:5, 1336:19, 1336:21, 1336:25, 1337:1
**chemicals** [1] - 1336:19
**Chest** [1] - 1318:12
**chest** [18] - 1282:3, 1282:13, 1286:21, 1286:25, 1299:16, 1305:10, 1305:14, 1305:22, 1307:12, 1307:13, 1308:1, 1308:2, 1308:3, 1310:12, 1310:14, 1319:19, 1320:23, 1331:3
**chief** [4] - 1294:11, 1294:13, 1295:20, 1339:2
**children** [3] - 1230:14, 1230:20, 1306:8
**choice** [1] - 1284:2
**CHRIS** [1] - 1214:23
**CHRISTI** [1] - 1214:24
**chronic** [4] - 1315:12, 1315:15, 1315:17, 1315:19
**Cialis** [2] - 1341:12, 1343:18
**circle** [2] - 1244:2, 1281:5
**circumstance** [2] - 1319:12, 1319:23
**City** [5] - 1301:21, 1303:22, 1303:24, 1304:1, 1304:2
**city** [1] - 1287:13
**Civil** [2] - 1277:5, 1278:12
**claim** [2] - 1262:24, 1277:4
**class** [1] - 1341:5
**classes** [1] - 1341:10
**classic** [1] - 1331:3
**classical** [1] - 1309:19
**classically** [1] - 1313:23
**clean** [2] - 1291:13, 1291:16
**cleaned** [2] - 1231:12, 1231:13
**cleaning** [4] - 1291:16, 1291:21, 1291:23, 1292:1
**cleanup** [1] - 1224:15
**clear** [9] - 1244:24, 1270:23, 1287:22, 1294:17, 1296:25, 1299:21, 1307:13, 1314:2, 1320:4
**clearly** [4] - 1263:12, 1325:12, 1326:1, 1332:3
**Clerk** [1] - 1297:14
**CLERK** [5] - 1217:7, 1273:3, 1293:17, 1297:7, 1297:15
**client** [2] - 1298:18, 1316:23
**clinical** [4] - 1324:18, 1325:6, 1325:9, 1325:10
**closet** [1] - 1350:21
**closing** [1] - 1287:1
**clubbing** [1] - 1308:1
**cold** [12] - 1250:6, 1305:20, 1306:1, 1317:9, 1317:10, 1317:12, 1317:13, 1317:17, 1347:21
**colds** [1] - 1317:8
**College** [1] - 1318:12
**college** [1] - 1303:23
**coming** [3] - 1224:14, 1260:5, 1267:15
**comments** [1] - 1259:6
**common** [12] - 1317:2, 1317:17, 1326:13, 1326:15, 1328:24, 1329:13, 1330:25, 1340:12, 1340:13, 1342:19
**commonly** [1] - 1331:20
**companies** [1] - 1271:25
**compared** [3] - 1225:20, 1256:12, 1279:24
**compartments** [1] - 1309:6
**compatible** [2] - 1309:20, 1310:3
**complained** [6] - 1230:24, 1275:17, 1275:20, 1286:21, 1306:3, 1312:22
**complaining** [1] - 1320:23
**complaint** [1] - 1236:4
**complaints** [5] - 1236:1, 1236:2, 1236:24, 1305:14, 1314:21
**complete** [2] - 1308:4, 1308:18
**completed** [1] - 1259:10
**complicated** [1] - 1329:7
**COMPUTER** [1] - 1215:24
**concentration** [4] - 1334:18, 1334:24, 1348:23, 1350:15
**concentrations** [2] - 1309:17, 1350:22
**concern** [3] - 1238:8, 1274:11, 1283:15
**concerned** [2] - 1223:9, 1238:1
**conclude** [1] - 1312:24

**concluded** [3] - 1265:21, 1296:4, 1312:12
**conclusion** [3] - 1313:3, 1313:7, 1327:24
**conclusions** [4] - 1309:23, 1311:9, 1311:25, 1326:19
**concur** [1] - 1311:3
**condensate** [2] - 1281:6, 1281:7
**condition** [5] - 1263:12, 1321:4, 1326:1, 1340:12, 1340:13
**conditioner** [3] - 1270:25, 1303:22, 1305:24
**conditioners** [1] - 1277:16
**conditions** [7] - 1228:11, 1281:10, 1281:13, 1326:13, 1337:15, 1338:12, 1340:4
**conductance** [2] - 1308:6, 1308:7
**conference** [5] - 1262:22, 1265:21, 1294:9, 1296:4, 1335:9
**confused** [1] - 1219:21
**congested** [3] - 1234:12, 1234:17, 1282:4
**congestion** [6] - 1236:5, 1305:22, 1314:23, 1320:24, 1342:21, 1343:17
**congestions** [2] - 1283:2, 1338:13
**conjunctivitis** [27] - 1235:18, 1312:3, 1312:17, 1312:18, 1312:25, 1313:12, 1326:22, 1327:25, 1333:3, 1333:21, 1334:3, 1334:10, 1334:21, 1335:2, 1335:11, 1336:1, 1336:4, 1336:11, 1336:13, 1336:15, 1336:17, 1336:20, 1336:22, 1339:13, 1344:5, 1345:4
**connection** [7] - 1242:7, 1257:15, 1263:5, 1300:3, 1300:12, 1314:10, 1321:17
**conscious** [1] - 1297:3
**consider** [2] - 1292:19, 1299:22
**considered** [1] - 1318:14
**consists** [1] - 1308:19
**constant** [2] - 1257:8, 1257:9
**contacted** [1] - 1237:15
**contain** [2] - 1274:3, 1301:13
**contained** [4] - 1247:23, 1248:2, 1248:11, 1284:8
**containers** [1] - 1277:8
**contend** [1] - 1294:11
**contents** [2] - 1322:15, 1322:16
**continually** [1] - 1292:24
**continue** [5] - 1307:24, 1309:2, 1319:9, 1345:8, 1345:22
**CONTINUED** [1] - 1215:1
**continued** [1] - 1316:5
**Continued** [1] - 1219:8
**CONTINUED)...........** [1] - 1216:6
**CONTINUED)............** ................. [1] - 1216:5
**contracted** [1] - 1277:11
**contractor** [5] - 1254:22, 1255:5, 1258:4, 1258:9, 1261:8
**contractors** [2] - 1253:1, 1254:24
**control** [1] - 1321:16
**controlled** [1] - 1339:20
**conversation** [2] - 1236:17, 1282:23
**cook** [1] - 1289:24
**cooked** [3] - 1231:5, 1231:8, 1231:9
**cooking** [2] - 1273:19, 1275:4
**cooling** [1] - 1276:22
**cooperate** [1] - 1308:25
**cooperative** [1] - 1348:8
**copy** [1] - 1303:12
**corner** [4] - 1257:23, 1257:25, 1259:23
**CORPUS** [1] - 1214:24
**correct** [154] - 1217:16, 1217:19, 1218:7, 1219:23, 1220:8, 1221:24, 1222:4, 1222:19, 1223:3, 1223:18, 1223:24, 1224:4, 1224:12, 1224:16, 1224:20, 1226:6, 1226:10, 1230:8, 1230:25, 1231:3, 1231:16, 1231:18, 1231:21, 1233:2, 1233:24, 1234:2, 1234:22, 1235:6, 1236:15, 1236:17, 1237:19, 1238:5, 1238:9, 1238:12, 1238:15, 1238:18, 1238:21, 1238:23, 1239:2, 1239:7, 1239:13, 1239:18, 1243:14, 1243:25, 1244:17, 1244:21, 1245:8, 1245:18, 1245:21, 1246:12, 1246:15, 1246:21, 1247:1, 1247:9, 1247:12, 1247:18, 1247:21, 1248:25, 1249:3, 1249:13, 1249:25, 1250:9, 1251:15, 1252:5, 1252:6, 1252:14, 1252:18, 1252:19, 1253:2, 1253:9, 1253:16, 1253:22, 1254:10, 1254:14, 1255:4, 1255:9, 1256:5, 1256:19, 1256:22, 1257:8, 1257:16, 1258:15, 1258:19, 1258:21, 1259:16, 1260:1, 1260:4, 1260:6, 1260:9, 1262:6, 1266:6, 1266:17, 1266:20, 1267:1, 1267:6, 1267:7, 1267:10, 1268:16, 1268:19, 1268:22, 1268:25, 1269:17, 1269:20, 1270:21, 1271:11, 1272:12, 1272:15, 1273:10, 1273:12, 1273:19, 1273:22, 1274:1, 1274:7, 1274:9, 1275:12, 1275:18, 1275:21, 1280:2, 1297:21, 1297:25, 1300:13, 1301:24, 1303:1, 1308:11, 1312:20, 1313:13, 1315:2, 1316:2, 1320:11, 1320:16, 1321:4, 1322:11, 1323:1, 1323:4, 1323:17, 1324:7, 1328:3, 1328:4, 1329:18, 1329:22, 1330:3, 1333:1, 1333:4, 1333:10, 1333:21, 1336:11, 1336:13, 1338:10, 1343:9, 1346:3, 1348:12, 1348:13, 1348:18, 1352:15
**corrective** [1] - 1254:8
**correctly** [1] - 1323:8
**corresponding** [1] - 1241:14
**corticosteroid** [2] - 1305:15, 1316:2
**cosmetic** [1] - 1222:15
**cough** [28] - 1235:9, 1235:12, 1236:5, 1246:18, 1301:10, 1305:6, 1305:17, 1305:22, 1317:7, 1317:9, 1317:11, 1317:12, 1317:15, 1320:4, 1320:24, 1330:24, 1346:8, 1346:17, 1346:18, 1346:19, 1346:21, 1346:22, 1347:2, 1347:23, 1347:24
**coughed** [1] - 1305:7
**coughing** [3] - 1234:18, 1282:1, 1346:9
**coughs** [3] - 1305:19, 1317:16, 1347:20
**counsel** [7] - 1219:2, 1240:12, 1240:15, 1262:20, 1273:2, 1298:17, 1339:4
**Counsel** [1] - 1293:21
**counter** [7] - 1282:1, 1305:2, 1342:7, 1342:9, 1343:8, 1343:10, 1343:19
**couple** [3] - 1241:2, 1266:14, 1267:3
**course** [2] - 1218:1, 1305:3
**COURT** [119] - 1214:1, 1215:21, 1217:4, 1217:8, 1217:16, 1217:21, 1218:6, 1218:9, 1218:12, 1218:14, 1218:17, 1218:20, 1240:1, 1240:4, 1240:7, 1240:11, 1240:15, 1241:17, 1241:21, 1241:25, 1242:4, 1242:6, 1242:12, 1242:14, 1242:19, 1242:22, 1242:25, 1243:4, 1243:22, 1245:3, 1246:8, 1248:4, 1249:16, 1250:14, 1250:19, 1255:12, 1255:15, 1255:22, 1258:24, 1260:13, 1262:13, 1262:15, 1262:19, 1262:23, 1263:7, 1264:1, 1264:3, 1264:14, 1264:19, 1265:1, 1265:4, 1265:7, 1265:18, 1268:8, 1269:5, 1270:3, 1270:10, 1270:13, 1273:2, 1273:5, 1276:1, 1280:12, 1286:18, 1291:20, 1291:25, 1293:15, 1293:20, 1293:23, 1294:2, 1294:6, 1294:15, 1294:24, 1295:7, 1295:12, 1295:15, 1295:19, 1296:2, 1296:5, 1296:8, 1298:6, 1298:12, 1298:14, 1298:17, 1298:20, 1298:25, 1311:16, 1311:19, 1320:19, 1324:24, 1327:5, 1327:8, 1327:12, 1327:15, 1327:18, 1327:21, 1328:9, 1330:8, 1331:15, 1334:6, 1335:7, 1335:10, 1335:18, 1335:22, 1338:16, 1338:23, 1340:9, 1343:1, 1343:3, 1344:21, 1347:7, 1349:14, 1349:22, 1350:8, 1350:11, 1351:8,

1351:17, 1351:19, 1351:24, 1352:2
**court** [2] - 1302:13, 1316:8
**Court** [11] - 1217:11, 1277:5, 1278:12, 1298:20, 1299:24, 1352:4, 1352:12, 1352:13, 1352:14, 1352:23, 1352:24
**courthouse** [3] - 1236:9, 1236:10, 1239:1
**courtroom** [6] - 1218:16, 1239:4, 1239:6, 1293:19, 1294:4, 1352:1
**cousin** [2] - 1230:3, 1230:4
**cover** [1] - 1265:18
**covered** [4] - 1248:6, 1280:12, 1343:4, 1350:12
**covering** [3] - 1312:18, 1336:20, 1336:24
**CPA** [1] - 1277:24
**crawled** [1] - 1225:22
**credits** [1] - 1303:23
**criteria** [1] - 1318:2
**critical** [2] - 1298:4, 1329:6
**cross** [8] - 1218:1, 1218:24, 1265:3, 1280:12, 1291:19, 1294:12, 1295:19, 1295:23
**CROSS** [4] - 1216:6, 1216:7, 1219:8, 1243:5
**cross-examination** [2] - 1295:19, 1295:23
**CROSS-EXAMINATION** [4] - 1216:6, 1216:7, 1219:8, 1243:5
**Crown** [2] - 1269:9, 1269:12
**CRR** [2] - 1215:21, 1352:22
**cruise** [2] - 1249:11, 1304:2
**Cruz** [10] - 1235:5, 1235:8, 1235:22, 1236:3, 1281:16, 1282:17, 1282:23, 1283:6, 1320:22, 1332:6
**Cruz's** [3] - 1236:13, 1236:14, 1332:12
**CT** [12] - 1321:19, 1321:21, 1322:1, 1322:5, 1322:13, 1322:18, 1322:24, 1324:5, 1324:6, 1324:11, 1324:19, 1339:25
**cumulative** [1] - 1350:6
**current** [1] - 1306:22
**curvature** [1] - 1310:14
**curve** [2] - 1310:18
**curves** [1] - 1310:17
**cut** [1] - 1290:12
**CV** [1] - 1328:14
**cyclical** [1] - 1321:10

## D

**D'Amico** [14] - 1217:19, 1219:17, 1235:4, 1243:19, 1296:5, 1296:12, 1296:18, 1296:21, 1296:24, 1298:25, 1333:3, 1343:3, 1349:17, 1350:1
**D'AMICO** [73] - 1214:16, 1214:17, 1217:15, 1217:20, 1239:25, 1240:10, 1240:24, 1241:23, 1242:5, 1242:11, 1242:13, 1242:24, 1243:20, 1245:1, 1248:3, 1249:14, 1250:12, 1250:16, 1255:11, 1255:13, 1263:24, 1264:7, 1264:12, 1264:16, 1264:24, 1265:10, 1272:25, 1276:3, 1286:17, 1287:5, 1291:24, 1292:2, 1292:4, 1293:13, 1293:22, 1294:23, 1295:6, 1295:10, 1295:14, 1296:1, 1296:6, 1297:20, 1298:8, 1298:13, 1299:2, 1311:22, 1311:24, 1321:2, 1324:23, 1325:1, 1327:3, 1327:11, 1327:14, 1327:23, 1328:7, 1330:7, 1331:14, 1334:5, 1335:5, 1335:13, 1335:16, 1335:21, 1338:15, 1338:22, 1340:7, 1343:6, 1343:21, 1344:23, 1348:2, 1349:13, 1349:21, 1350:6, 1351:6
**D'AMICO..................** [1] - 1216:8
**D'AMICO...........................** [2] - 1216:10, 1216:12
**daily** [1] - 1277:15
**damage** [9] - 1222:12, 1222:13, 1222:14, 1222:15, 1222:17, 1222:20, 1222:21, 1223:6, 1223:11
**danger** [2] - 1273:12, 1273:15
**Data** [4] - 1300:23, 1301:1, 1302:19, 1302:23
**data** [1] - 1301:11
**date** [18] - 1240:22, 1240:24, 1249:9, 1249:13, 1251:18, 1253:12, 1261:13, 1264:19, 1264:20, 1266:1, 1268:11, 1268:12, 1269:14, 1269:24, 1312:1
**dated** [3] - 1258:21, 1266:16, 1323:16
**dates** [7] - 1238:23, 1254:12, 1254:14, 1265:7, 1265:14, 1266:8, 1266:9
**DAVID** [1] - 1215:13
**DAY** [1] - 1214:11
**days** [11] - 1254:17, 1287:23, 1288:21, 1289:25, 1290:1, 1290:2, 1290:3, 1290:4, 1290:7, 1317:18
**dead** [5] - 1225:18, 1225:20, 1225:24, 1256:11, 1256:12
**deal** [3] - 1232:25, 1295:18, 1317:4
**dealt** [1] - 1350:2
**death** [1] - 1295:1
**debris** [2] - 1224:2, 1224:14
**December** [10] - 1229:18, 1256:22, 1256:25, 1257:6, 1288:3, 1297:24, 1320:22, 1325:21, 1331:25
**Decision** [1] - 1300:21
**Decision-making** [1] - 1300:21
**decongestants** [1] - 1337:17
**deduction** [2] - 1278:9, 1278:21
**deep** [2] - 1308:20, 1318:6
**defects** [2] - 1274:5, 1275:9
**defend** [1] - 1294:12
**defendants** [1] - 1296:7
**defendants'** [1] - 1339:2
**defense** [2] - 1285:19, 1339:4
**defer** [2] - 1314:12, 1314:16
**definite** [1] - 1290:15
**definitely** [1] - 1284:3
**deformity** [1] - 1307:10
**degree** [1] - 1228:24
**deliberate** [1] - 1219:3
**delivered** [2] - 1226:18, 1226:19
**demonstrate** [1] - 1309:19
**demonstrated** [2] - 1310:14, 1313:11
**demonstrates** [7] - 1307:5, 1307:9, 1307:12, 1307:15, 1307:18, 1307:25, 1308:5
**demonstrative** [1] - 1217:10
**denied** [1] - 1217:16
**DENNIS** [1] - 1214:20
**deny** [3] - 1217:12, 1217:13, 1258:10
**deodorizer** [1] - 1257:11
**Department** [1] - 1300:15
**deposition** [19] - 1246:11, 1247:8, 1271:10, 1271:19, 1276:5, 1276:6, 1277:11, 1277:19, 1297:24, 1297:25, 1303:6, 1324:21, 1325:17, 1325:21, 1332:6, 1332:10, 1332:12, 1344:16, 1347:11
**DEPUTY** [5] - 1217:7, 1273:3, 1293:17, 1297:7, 1297:15
**describe** [6] - 1280:4, 1281:9, 1281:20, 1290:18, 1291:15, 1292:22
**described** [3] - 1224:22, 1315:7, 1350:18
**describes** [3] - 1301:4, 1303:20, 1315:6
**describing** [1] - 1301:6
**DESCRIPTION** [1] - 1216:17
**description** [2] - 1254:3, 1255:18
**detail** [1] - 1243:19
**detectable** [1] - 1307:17
**detecting** [1] - 1309:21
**determine** [2] - 1221:14, 1308:15
**determined** [1] - 1318:13
**develop** [3] - 1319:11, 1319:24, 1339:18
**developed** [1] - 1305:4
**dextro** [1] - 1308:3
**dextro-scoliosis** [1] - 1308:3
**diabetes** [1] - 1306:20
**diagnose** [3] - 1332:16, 1332:25, 1334:10
**diagnosed** [3] - 1241:3, 1334:2, 1348:17
**diagnoses** [2] - 1334:15, 1334:16
**diagnosis** [13] - 1285:12, 1310:5, 1310:8, 1317:3, 1320:14, 1322:10, 1324:18, 1331:18, 1332:1, 1333:2, 1333:23, 1334:15, 1346:15
**diagnostic** [4] - 1312:8, 1345:19, 1346:12, 1347:16
**died** [1] - 1256:13
**difference** [4] - 1265:11, 1324:10, 1324:11, 1336:16
**different** [17] - 1225:18, 1225:25, 1226:2, 1255:24,

1257:11, 1280:21, 1281:21, 1287:8, 1309:5, 1309:17, 1324:6, 1325:5, 1325:6, 1325:12, 1337:22, 1340:16, 1344:17
**differently** [1] - 1340:16
**difficult** [2] - 1258:1, 1321:16
**dilators** [1] - 1341:22
**direct** [6] - 1221:19, 1264:19, 1264:20, 1265:7, 1327:8, 1350:12
**disagree** [1] - 1265:2
**discovered** [1] - 1306:11
**discuss** [2] - 1316:25, 1351:22
**discussed** [1] - 1283:5
**discussion** [1] - 1259:18
**Disease** [1] - 1300:16
**disease** [5] - 1328:25, 1329:9, 1339:20
**diseases** [6] - 1329:2, 1329:6, 1329:8, 1329:13
**dispute** [5] - 1254:16, 1254:18, 1262:11, 1264:22, 1265:10
**distance** [1] - 1261:18
**distention** [1] - 1307:10
**distinction** [1] - 1250:12
**distress** [1] - 1307:6
**DISTRICT** [3] - 1214:1, 1214:1, 1214:13
**District** [5] - 1277:5, 1278:12, 1352:14, 1352:24
**divide** [1] - 1309:5
**dizziness** [1] - 1322:10
**DOCKET** [2] - 1214:5, 1214:9
**doctor** [9] - 1232:23, 1238:14, 1282:4, 1282:11, 1282:14, 1283:2, 1285:15, 1304:20, 1318:12
**Doctor** [20] - 1307:19, 1311:25, 1313:7, 1314:1, 1316:25, 1317:23, 1318:20, 1321:17, 1323:17, 1324:13, 1324:21, 1325:2, 1325:14, 1335:25, 1339:25, 1345:3, 1347:12, 1348:14, 1349:13, 1351:17
**doctors** [2] - 1232:16, 1238:11
**Document** [1] - 1272:10
**document** [16] - 1235:4, 1236:12, 1240:3, 1242:20, 1251:22, 1264:17, 1265:25, 1266:24, 1283:24, 1283:25, 1284:8, 1284:16, 1300:19, 1316:10, 1322:23, 1340:1
**DOCUMENT** [1] - 1214:7
**documented** [1] - 1351:5
**documents** [5] - 1299:10, 1301:3, 1301:4, 1301:23, 1302:11
**DOMINICK** [1] - 1215:3
**done** [11] - 1228:13, 1248:22, 1248:23, 1254:17, 1262:11, 1270:11, 1299:16, 1306:12, 1308:4, 1317:19, 1335:19
**DONELSON** [1] - 1215:12
**door** [22] - 1222:17, 1222:24, 1231:21, 1245:15, 1260:5, 1260:6, 1260:8, 1260:16, 1260:19, 1263:4, 1263:12, 1265:13, 1267:16, 1270:20, 1270:24, 1271:18, 1271:20, 1271:21, 1271:25, 1287:17, 1287:18
**doors** [2] - 1264:9, 1279:18
**dose** [4] - 1318:5, 1318:9, 1337:14, 1337:25
**doses** [1] - 1338:1
**DOUGLAS** [2] - 1215:18, 1215:18
**down** [16] - 1230:9, 1246:15, 1253:13, 1255:19, 1257:11, 1258:12, 1258:13, 1258:17, 1261:14, 1261:18, 1269:16, 1286:25, 1293:20, 1294:7, 1294:17, 1351:17
**Dr** [63] - 1217:10, 1218:3, 1218:4, 1218:6, 1218:9, 1235:5, 1235:8, 1235:22, 1236:3, 1236:13, 1236:14, 1237:18, 1237:21, 1238:12, 1238:14, 1238:17, 1238:20, 1238:24, 1239:7, 1239:11, 1241:7, 1241:10, 1281:16, 1282:17, 1282:23, 1283:6, 1285:16, 1285:18, 1293:22, 1293:23, 1296:6, 1296:8, 1296:9, 1297:21, 1298:20, 1299:3, 1302:12, 1302:14, 1314:20, 1315:5, 1315:9, 1315:13, 1315:25, 1316:8, 1316:10, 1316:13, 1320:22, 1322:25, 1323:21, 1324:18, 1328:12, 1328:14, 1328:15, 1329:16, 1332:6, 1332:10, 1332:11, 1332:12, 1342:24, 1343:2
**drain** [2] - 1339:16, 1339:18
**draw** [1] - 1333:6
**drawn** [1] - 1326:20
**drinks** [1] - 1306:18
**drops** [1] - 1304:23
**Drs** [1] - 1302:7
**drug** [3] - 1341:23, 1341:24, 1342:16
**drugs** [10] - 1341:4, 1341:5, 1341:11, 1341:18, 1341:25, 1342:12, 1343:13, 1343:18, 1343:19, 1343:22
**dry** [1] - 1305:6
**duly** [1] - 1297:13
**dumpsters** [5] - 1223:20, 1223:24, 1224:2, 1224:3, 1224:12
**during** [11] - 1276:12, 1285:9, 1287:22, 1291:25, 1296:10, 1303:16, 1305:3, 1313:15, 1320:10, 1348:9, 1351:22
**dysfunction** [3] - 1341:11, 1341:19, 1343:18
**Dysfunction** [3] - 1349:2, 1350:13, 1350:23
**Dyson** [3] - 1229:13, 1231:16, 1275:17

## E

**ear** [6] - 1305:9, 1306:12, 1306:13, 1307:11, 1326:14
**early** [2] - 1270:21, 1314:21
**East** [5] - 1298:5, 1328:18, 1328:22, 1332:15, 1340:21
**EASTERN** [1] - 1214:1
**Eastern** [1] - 1352:14
**easy** [1] - 1336:3
**edema** [1] - 1308:1
**education** [1] - 1303:23
**effect** [7] - 1310:20, 1337:14, 1337:23, 1339:8, 1341:20, 1341:22, 1342:7
**effective** [5] - 1337:24, 1339:11, 1342:10, 1342:12
**effects** [2] - 1341:13, 1342:2
**Effexor** [2] - 1306:24
**efficiency** [1] - 1309:9
**efficient** [6] - 1217:25, 1219:2, 1249:16, 1265:4, 1297:2, 1297:3
**eight** [12] - 1276:9, 1276:13, 1288:21, 1289:5, 1289:6, 1289:15, 1290:4, 1290:5, 1290:14, 1304:8
**eight-hour** [1] - 1288:21
**either** [7] - 1223:11, 1251:7, 1252:12, 1264:24, 1294:12, 1294:15, 1301:20
**electrical** [5] - 1257:15, 1258:5, 1259:7, 1259:16, 1262:2
**electricity** [2] - 1304:5, 1304:6
**emitted** [1] - 1293:4
**employee** [3] - 1279:7, 1279:14, 1284:6
**employment** [4] - 1300:3, 1301:20, 1301:21, 1302:24
**empty** [1] - 1277:7
**encapsulated** [1] - 1328:20
**end** [8] - 1218:1, 1225:17, 1251:25, 1252:13, 1290:12, 1296:21, 1329:11, 1342:17
**ENGELHARDT** [1] - 1214:12
**engineer** [1] - 1303:21
**ENT** [3] - 1314:20, 1315:9, 1324:17
**entails** [1] - 1309:15
**enters** [2] - 1218:16, 1294:4
**entitled** [1] - 1352:17
**envelope** [6] - 1247:14, 1247:20, 1247:23, 1248:12, 1290:20, 1290:21
**ENVIRONMENTAL** [1] - 1215:12
**epidemiologist** [1] - 1314:4
**episodes** [4] - 1319:8, 1319:18, 1321:11
**episodic** [1] - 1317:7
**epistaxes** [7] - 1315:13, 1315:23, 1315:24, 1316:4, 1316:10, 1341:6
**erectile** [3] - 1341:11, 1341:19, 1343:18
**Erica** [1] - 1259:6
**ERNEST** [1] - 1215:8
**ESQUIRE** [11] - 1214:17, 1214:17, 1214:20, 1215:3, 1215:8, 1215:8, 1215:9, 1215:13, 1215:14, 1215:14, 1215:18
**essentially** [2] - 1307:3, 1308:19
**establish** [1] - 1249:20
**established** [2] - 1270:20, 1304:6
**estimates** [2] - 1304:8, 1304:25
**ET** [1] - 1214:8

**evacuated** [1] - 1303:25
**evaluate** [1] - 1303:9
**evaluated** [1] - 1314:19
**evaluation** [3] - 1308:2, 1323:22, 1340:24
**evidence** [13] - 1241:14, 1242:10, 1242:18, 1243:2, 1265:15, 1311:18, 1316:4, 1316:16, 1316:23, 1324:16, 1330:12, 1339:21, 1349:10
**exacerbate** [3] - 1318:24, 1318:25, 1330:16
**exacerbated** [1] - 1330:13
**exacerbation** [1] - 1319:1
**exacerbations** [1] - 1319:7
**exact** [1] - 1249:9
**exactly** [6] - 1228:15, 1265:1, 1266:7, 1273:23, 1304:5, 1344:8
**exam** [1] - 1348:9
**EXAMINATION** [52] - 1216:6, 1216:7, 1216:8, 1216:10, 1216:11, 1216:12, 1216:13, 1219:8, 1240:17, 1241:4, 1243:5, 1243:23, 1245:5, 1246:9, 1248:8, 1249:18, 1250:25, 1256:1, 1257:4, 1258:25, 1260:14, 1265:22, 1268:9, 1269:6, 1270:4, 1270:15, 1273:6, 1276:2, 1287:4, 1292:3, 1297:19, 1299:1, 1311:23, 1321:1, 1324:25, 1327:22, 1328:10, 1330:10, 1331:16, 1334:8, 1335:23, 1338:17, 1339:6, 1340:18, 1343:5, 1343:20, 1344:22, 1348:1, 1349:15, 1349:24, 1350:25, 1351:9
**examination** [19] - 1295:19, 1295:23, 1299:8, 1299:12, 1299:14, 1299:18, 1300:5, 1300:9, 1303:16, 1307:5, 1307:9, 1307:12, 1307:15, 1307:18, 1307:22, 1307:25, 1310:16, 1312:1, 1312:2
**EXAMINATIONS** [1] - 1216:3
**examined** [3] - 1297:14, 1300:9, 1329:20
**example** [1] - 1350:21
**except** [2] - 1320:17, 1320:18
**excess** [1] - 1241:18
**excuse** [3] - 1231:7, 1272:8, 1306:6
**exercise** [2] - 1286:23, 1287:2
**exhale** [1] - 1308:23
**Exhibit** [18] - 1216:19, 1216:21, 1219:16, 1235:3, 1235:21, 1241:14, 1242:2, 1242:16, 1242:21, 1243:1, 1243:13, 1251:5, 1252:7, 1257:22, 1261:3, 1266:1, 1272:10, 1340:1
**exhibit** [4] - 1241:23, 1241:24, 1242:21, 1278:8
**exhibits** [1] - 1217:10
**expect** [3] - 1314:13, 1314:15, 1331:18
**experienced** [2] - 1305:10, 1320:5
**expert** [12] - 1294:10, 1294:14, 1294:19, 1295:12, 1296:6, 1296:8, 1296:10, 1298:7, 1298:8, 1298:10, 1298:14, 1298:21
**expertise** [5] - 1278:5, 1298:12, 1314:6, 1335:6, 1335:12
**experts** [1] - 1335:18
**explain** [12] - 1239:22, 1274:14, 1284:11, 1284:24, 1287:7, 1296:2, 1296:8, 1299:12, 1320:20, 1323:20, 1330:21, 1340:4
**explained** [1] - 1338:25
**explanation** [2] - 1324:10, 1325:17
**explosion** [1] - 1349:4
**exposed** [8] - 1277:2, 1302:20, 1314:17, 1326:8, 1334:17, 1334:20, 1334:22, 1349:9
**Exposure** [1] - 1300:19
**exposure** [25] - 1277:4, 1299:20, 1301:7, 1312:3, 1312:25, 1314:12, 1319:14, 1320:1, 1320:2, 1326:12, 1326:23, 1328:1, 1333:17, 1334:11, 1339:22, 1344:11, 1345:5, 1348:21, 1348:23, 1348:25, 1349:6, 1350:14, 1350:15, 1351:3, 1351:13
**exposures** [2] - 1326:7, 1348:21
**express** [1] - 1249:2
**extension** [1] - 1287:14
**extensive** [1] - 1222:13
**exterior** [1] - 1262:1
**external** [1] - 1307:10
**extreme** [1] - 1282:14
**extremities** [2] - 1307:18, 1307:25
**exudate** [1] - 1315:7
**eye** [13] - 1228:10, 1282:1, 1284:1, 1312:18, 1312:19, 1313:19, 1313:21, 1313:22, 1313:25, 1336:20, 1336:23, 1336:24, 1338:13
**eyedrops** [1] - 1304:22
**eyes** [19] - 1225:7, 1225:8, 1225:10, 1235:10, 1245:21, 1245:25, 1246:2, 1247:3, 1282:2, 1301:9, 1304:15, 1304:17, 1304:18, 1324:2, 1324:3, 1335:3, 1336:11, 1338:20

## F

**face** [2] - 1324:3, 1339:15
**fact** [32] - 1224:1, 1224:18, 1230:19, 1233:4, 1234:1, 1234:4, 1237:21, 1238:25, 1245:24, 1248:14, 1249:8, 1250:22, 1256:21, 1284:11, 1286:19, 1293:3, 1302:1, 1317:3, 1318:18, 1330:2, 1331:25, 1332:5, 1333:20, 1333:23, 1334:22, 1336:10, 1337:12, 1342:18, 1346:23, 1348:11, 1350:23
**failure** [1] - 1262:24
**fair** [4] - 1259:10, 1259:25, 1271:10, 1340:9
**family** [2] - 1306:20, 1306:21
**far** [5] - 1218:10, 1223:9, 1255:5, 1285:25, 1291:16
**February** [5] - 1224:19, 1230:9, 1258:21, 1259:3, 1260:1
**FELIPE** [1] - 1214:21
**fell** [1] - 1292:23
**fellow** [1] - 1245:10
**felt** [5] - 1304:21, 1305:12, 1305:23, 1315:5, 1348:6
**FEMA** [30] - 1214:4, 1222:4, 1226:18, 1231:25, 1232:11, 1232:16, 1233:1, 1233:12, 1236:19, 1239:24, 1240:14, 1240:22, 1243:18, 1243:21, 1244:6, 1244:9, 1244:12, 1244:13, 1251:10, 1253:2, 1255:2, 1258:7, 1261:11, 1307:4, 1312:4, 1313:1, 1326:24, 1328:2, 1344:12, 1345:6
**FEMA-provided** [4] - 1313:1, 1326:24, 1328:2, 1344:12
**FEMA-supplied** [2] - 1312:4, 1345:6
**female** [1] - 1259:8
**fever** [1] - 1236:5
**few** [10] - 1225:13, 1225:14, 1243:10, 1256:7, 1267:15, 1280:16, 1285:2, 1290:24, 1334:6, 1340:2
**field** [2] - 1298:15, 1298:21
**Field** [1] - 1302:14
**field's** [3] - 1332:10, 1332:11, 1332:12
**figure** [1] - 1221:3
**file** [1] - 1241:13
**filed** [1] - 1217:9
**filing** [1] - 1278:24
**fill** [8] - 1278:1, 1278:2, 1284:13, 1284:19, 1285:4, 1285:6, 1285:8
**filled** [5] - 1278:17, 1278:18, 1284:13, 1284:20, 1284:21
**filling** [1] - 1284:10
**final** [1] - 1313:3
**findings** [2] - 1299:19, 1322:13
**fine** [8] - 1264:1, 1267:14, 1295:6, 1295:14, 1298:18, 1298:19, 1303:18, 1311:22
**finish** [3] - 1217:21, 1217:24, 1275:16
**first** [39] - 1219:13, 1221:6, 1222:3, 1222:18, 1223:10, 1226:1, 1226:4, 1238:17, 1238:24, 1239:9, 1239:10, 1239:12, 1239:24, 1240:8, 1240:13, 1240:21, 1246:19, 1249:23, 1250:2, 1250:14, 1251:15, 1251:16, 1251:19, 1252:17, 1253:12, 1256:13, 1261:3, 1273:12, 1278:10, 1285:12, 1289:2, 1294:6, 1297:13, 1297:23, 1307:15, 1308:19, 1310:7, 1311:12
**fit** [1] - 1292:25
**five** [12] - 1305:16, 1306:17, 1317:18, 1341:10, 1341:17,

1343:12, 1343:16, 1343:24, 1344:24, 1345:1
**fix** [1] - 1252:3
**fixed** [4] - 1252:4, 1259:15, 1263:16
**fixing** [1] - 1258:5
**flooded** [3] - 1220:11, 1303:25, 1304:4
**flow** [1] - 1318:6
**focus** [1] - 1219:12
**folder** [1] - 1291:3
**folic** [1] - 1306:23
**follows** [1] - 1297:14
**FOR** [3] - 1214:16, 1215:7, 1215:12
**forced** [1] - 1308:5
**forcefully** [1] - 1308:21
**foregoing** [1] - 1352:15
**forehead** [1] - 1324:4
**foreign** [1] - 1304:18
**FOREST** [2] - 1214:8, 1215:7
**forest** [1] - 1302:15
**Forest** [2] - 1296:11, 1296:14
**forgot** [1] - 1282:9
**form** [11] - 1233:4, 1252:22, 1261:18, 1267:20, 1267:22, 1278:1, 1284:10, 1285:4, 1309:23, 1345:13, 1349:1
**Form** [2] - 1261:6, 1268:25
**Formaldehyde** [2] - 1228:9, 1300:19
**formaldehyde** [45] - 1236:21, 1237:1, 1237:5, 1237:10, 1237:14, 1237:16, 1239:2, 1287:8, 1293:3, 1300:13, 1300:24, 1301:2, 1301:6, 1301:8, 1301:13, 1301:15, 1301:17, 1302:16, 1312:3, 1313:19, 1314:13, 1314:17, 1318:21, 1318:24, 1319:14, 1329:24, 1330:6, 1330:13, 1333:18, 1334:4, 1334:12, 1334:17, 1335:13, 1336:10, 1336:18, 1336:19, 1339:23, 1344:7, 1344:14, 1345:5, 1348:21, 1348:25, 1349:9, 1351:3
**FORMALDEHYDE** [1] - 1214:4
**forms** [5] - 1263:2, 1263:21, 1278:4, 1278:17, 1278:18
**foul** [3] - 1256:10, 1257:7, 1257:8
**foundation** [2] - 1263:5, 1351:6
**four** [3] - 1282:5, 1292:18, 1305:16
**frame** [3] - 1234:11, 1256:22, 1256:25
**Frank** [1] - 1294:10
**FRANK** [2] - 1214:16, 1214:17
**frankly** [2] - 1294:25, 1317:2
**frequent** [3] - 1282:5, 1319:7, 1319:8
**FRIDAY** [2] - 1214:6, 1217:2
**friend** [1] - 1229:13
**friends** [3] - 1230:1, 1230:19, 1306:6
**front** [6] - 1220:5, 1270:24, 1271:24, 1274:1, 1303:12, 1324:2
**frustrated** [1] - 1337:20
**full** [2] - 1239:4, 1297:16
**fully** [1] - 1308:25
**function** [5] - 1299:17, 1308:4, 1308:14, 1308:17, 1308:18
**funeral** [1] - 1279:25
**furnace** [5] - 1250:7, 1251:2, 1251:10, 1251:14, 1252:3
**future** [1] - 1338:25

## G

**GAEDDERT** [1] - 1215:18
**gain** [2] - 1301:1, 1307:2
**Galant** [5] - 1220:8, 1220:10, 1220:15, 1220:23, 1221:1
**gap** [4] - 1260:5, 1260:8, 1260:17, 1260:19
**gas** [6] - 1273:12, 1273:15, 1293:3, 1301:8, 1318:21, 1348:25
**gasket** [1] - 1349:9
**general** [3] - 1255:18, 1315:19, 1331:11
**generally** [8] - 1234:19, 1307:2, 1315:18, 1317:18, 1321:5, 1329:9, 1336:1, 1350:19
**gentleman** [1] - 1296:5
**gentlemen** [24] - 1218:17, 1277:9, 1279:5, 1280:1, 1280:4, 1280:23, 1281:9, 1281:20, 1284:12, 1287:6, 1290:19, 1291:15, 1298:2, 1299:13, 1299:21, 1300:7, 1303:8, 1303:14, 1309:15, 1314:1, 1314:8, 1314:24, 1317:24, 1323:19
**GIEGER** [51] - 1215:7, 1215:8, 1216:6, 1218:5, 1219:7, 1219:9, 1240:2, 1240:6, 1240:13, 1240:18, 1240:25, 1241:5, 1241:12, 1241:20, 1241:22, 1241:24, 1242:1, 1242:20, 1243:3, 1280:10, 1286:16, 1294:5, 1294:10, 1295:16, 1295:24, 1298:10, 1298:16, 1298:24, 1311:14, 1311:17, 1327:1, 1328:11, 1330:11, 1331:17, 1334:9, 1335:15, 1335:24, 1338:18, 1339:7, 1340:8, 1340:19, 1342:24, 1343:15, 1344:20, 1347:5, 1349:16, 1349:25, 1350:9, 1351:1, 1351:10, 1351:15
**Gieger** [23] - 1218:24, 1219:5, 1242:19, 1242:22, 1247:14, 1248:5, 1252:21, 1256:7, 1276:15, 1287:21, 1291:22, 1295:11, 1296:15, 1296:19, 1296:21, 1299:6, 1299:7, 1328:9, 1343:4, 1343:7, 1344:4, 1344:13, 1349:14
**Gieger's** [1] - 1298:6
**GIEGER.......................** [2] - 1216:11, 1216:13
**given** [7] - 1252:22, 1290:18, 1304:19, 1304:22, 1305:15, 1327:2, 1349:19
**Global** [1] - 1277:24
**glove** [1] - 1220:20
**God** [2] - 1292:18, 1297:10
**gold** [1] - 1309:21
**Google** [1] - 1223:16
**goopy** [2] - 1235:10, 1282:2
**grade** [1] - 1336:22
**gradual** [1] - 1305:6
**grant** [2] - 1217:11, 1217:12
**granted** [2] - 1217:15, 1217:16
**great** [1] - 1326:11
**greater** [1] - 1319:15
**greater-than-two-year** [1] - 1319:15
**grossly** [2] - 1322:15, 1322:17
**groups** [1] - 1318:13
**growth** [1] - 1237:22
**guess** [3] - 1253:6, 1285:1, 1290:20
**guidelines** [1] - 1300:13
**guy** [2] - 1244:11, 1277:12

## H

**half** [2] - 1278:20, 1289:2
**hand** [2] - 1257:23, 1297:7
**handed** [2] - 1226:21, 1247:20
**handle** [4] - 1277:15, 1287:17, 1287:18, 1296:20
**handled** [3] - 1277:7, 1277:11, 1302:23
**handles** [1] - 1277:25
**handling** [1] - 1296:19
**handwriting** [1] - 1251:7
**handwritten** [2] - 1252:12, 1269:22
**hang** [1] - 1347:21
**happiest** [1] - 1342:1
**happy** [1] - 1327:19
**hard** [2] - 1308:20, 1318:7
**harm** [2] - 1274:6, 1275:7
**hauls** [1] - 1277:13
**hazard** [1] - 1228:24
**hazards** [4] - 1301:5, 1301:7, 1301:9, 1301:10
**head** [12] - 1321:19, 1321:21, 1322:5, 1322:8, 1322:13, 1322:18, 1324:5, 1324:7, 1324:19, 1325:7, 1326:10
**headache** [2] - 1336:7, 1341:15
**headaches** [13] - 1305:4, 1312:20, 1312:22, 1312:25, 1326:22, 1327:25, 1333:3, 1333:21, 1334:3, 1334:11, 1335:2, 1335:12
**health** [5] - 1230:24, 1233:22, 1237:2, 1286:10, 1306:9
**Health** [1] - 1300:15
**healthy** [2] - 1307:6, 1342:22
**healthy-appearing** [1] - 1307:6
**hear** [1] - 1218:25
**heard** [4] - 1249:5, 1302:13, 1305:11, 1331:24
**HEARD** [1] - 1214:12
**hearing** [3] - 1306:10, 1306:12, 1307:11
**hearsay** [1] - 1286:16
**heart** [3] - 1307:15, 1307:16, 1329:9
**heat** [1] - 1273:19
**heaters** [2] - 1250:6, 1250:7
**held** [5] - 1223:24, 1262:22, 1294:9, 1296:4, 1335:9
**helmet** [1] - 1244:11
**help** [2] - 1239:22, 1297:9
**helped** [2] - 1304:22, 1305:17
**helpful** [2] - 1246:23, 1293:24
**hereby** [1] - 1352:15
**hesitated** [1] -

1293:11
**hidden** [1] - 1331:6
**high** [13] - 1292:20, 1303:22, 1318:25, 1319:15, 1329:11, 1334:22, 1348:20, 1348:21, 1348:23, 1350:15, 1350:22
**highlight** [7] - 1244:3, 1251:8, 1251:22, 1252:10, 1257:23, 1258:12, 1259:5
**highly** [2] - 1332:22, 1337:23
**hired** [5] - 1277:24, 1295:11, 1296:7, 1299:5, 1300:1
**historian** [2] - 1307:7, 1348:7
**historical** [4] - 1316:23, 1317:6, 1334:16, 1344:11
**historically** [5] - 1312:9, 1313:22, 1320:5, 1345:20, 1347:17
**history** [29] - 1236:23, 1299:17, 1303:10, 1303:12, 1303:15, 1306:10, 1306:15, 1306:16, 1306:18, 1306:20, 1306:21, 1311:5, 1312:21, 1313:8, 1314:22, 1317:16, 1323:15, 1327:2, 1333:8, 1333:9, 1333:13, 1333:24, 1337:12, 1338:3, 1342:4, 1342:5, 1347:20, 1349:19
**hit** [1] - 1261:3
**hold** [1] - 1290:25
**holding** [1] - 1223:23
**holes** [1] - 1339:15
**home** [6] - 1254:4, 1254:17, 1288:20, 1289:22, 1303:25, 1304:4
**Homes** [1] - 1300:20
**homes** [2] - 1350:20
**Honor** [35] - 1217:20, 1218:5, 1218:8, 1218:11, 1219:7, 1241:12, 1242:21, 1242:24, 1243:21, 1245:2, 1246:7, 1249:14, 1250:12, 1252:21, 1257:3, 1258:23, 1260:12,

1262:18, 1268:6, 1269:4, 1270:2, 1270:11, 1272:25, 1275:23, 1286:16, 1291:18, 1294:5, 1298:10, 1298:24, 1311:14, 1327:17, 1344:20, 1347:5, 1350:10, 1351:15
**HONORABLE** [1] - 1214:12
**hood** [1] - 1221:2
**hope** [1] - 1329:2
**hoping** [2] - 1217:24, 1270:11
**Hospital** [3] - 1298:5, 1328:19, 1328:22
**hospital** [4] - 1328:18, 1328:19, 1329:5, 1329:7
**hospital-based** [2] - 1328:18, 1329:5
**hour** [2] - 1288:21, 1351:23
**hours** [23] - 1276:9, 1276:13, 1287:23, 1288:4, 1288:7, 1288:18, 1289:4, 1289:5, 1289:6, 1289:13, 1289:15, 1289:20, 1290:3, 1290:4, 1290:5, 1290:6, 1290:11, 1290:12, 1290:14, 1304:8
**house** [2] - 1219:22, 1265:9
**houses** [2] - 1224:14, 1281:23
**housing** [4] - 1232:2, 1233:2, 1233:5, 1233:11
**HOUSTON** [1] - 1214:21
**Human** [1] - 1300:15
**hundreds** [1] - 1350:17
**hunt** [1] - 1337:17
**Hurricane** [1] - 1303:25
**hurricane** [4] - 1220:10, 1220:12, 1223:21, 1224:2
**HVAC** [2] - 1251:8, 1251:10
**Hyatt** [8] - 1236:10, 1278:12, 1289:1, 1289:8, 1289:9, 1289:14, 1290:12, 1290:14

**hypertension** [2] - 1306:16, 1306:21

**I**

**idea** [3] - 1232:19, 1239:20, 1239:21
**identified** [2] - 1241:15, 1323:14
**Ilgenfritz** [1] - 1302:7
**ill** [2] - 1282:25, 1283:10
**illness** [3] - 1293:4, 1321:10, 1331:25
**illnesses** [1] - 1329:8
**IME** [1] - 1239:11
**immediate** [2] - 1228:20, 1229:3
**immediately** [1] - 1229:7
**impairment** [4] - 1308:15, 1319:24, 1321:9, 1339:22
**impeachment** [3] - 1249:15, 1250:17, 1250:18
**important** [1] - 1336:16
**importantly** [1] - 1319:21
**impression** [17] - 1312:2, 1312:23, 1317:20, 1317:23, 1317:24, 1317:25, 1320:9, 1322:1, 1323:12, 1323:13, 1323:25, 1324:5, 1326:5, 1345:3, 1345:4, 1345:13, 1347:4
**impressions** [5] - 1311:7, 1311:8, 1327:3, 1333:6, 1344:4
**improper** [3] - 1249:14, 1250:21, 1263:13
**improved** [2] - 1313:11, 1316:1
**IN** [1] - 1214:4
**INC** [3] - 1214:8, 1215:7, 1215:12
**inches** [2] - 1281:5
**incidence** [3] - 1341:15, 1341:16, 1341:17
**incidences** [1] - 1302:22
**incident** [3] - 1302:20,

1349:6, 1351:5
**incidental** [1] - 1323:24
**inclined** [1] - 1272:17
**including** [2] - 1299:16, 1302:11
**income** [1] - 1241:15
**incorrect** [1] - 1279:1
**incorrectly** [1] - 1236:21
**increase** [4] - 1308:6, 1319:2, 1338:2, 1346:23
**independent** [3] - 1299:8, 1299:11, 1299:13
**indicate** [1] - 1261:22
**indication** [1] - 1351:12
**indoor** [1] - 1228:9
**industrial** [2] - 1348:25, 1350:19
**industry** [1] - 1301:3
**infection** [5] - 1317:13, 1336:23, 1337:1, 1339:19
**Infirmary** [2] - 1302:3, 1322:25
**inflamed** [1] - 1305:10
**inflammation** [8] - 1301:10, 1312:18, 1315:16, 1315:21, 1324:1, 1336:20, 1339:19
**inform** [1] - 1282:17
**information** [1] - 1237:10
**informed** [1] - 1228:23
**inhale** [1] - 1309:17
**inhaled** [1] - 1305:15
**inhaler** [1] - 1305:15
**inhibitors** [1] - 1341:11
**initial** [3] - 1225:23, 1256:3, 1333:6
**injury** [1] - 1277:4
**inquire** [1] - 1331:21
**inquired** [1] - 1279:15
**inside** [10] - 1223:3, 1223:4, 1223:11, 1243:18, 1244:20, 1244:22, 1267:10, 1271:3, 1272:11, 1292:23
**Inspected** [1] - 1254:8
**inspected** [2] - 1245:7, 1260:1
**inspecting** [1] - 1268:2
**Inspection** [2] -

1261:6, 1268:25
**inspection** [13] - 1222:3, 1223:4, 1224:18, 1226:6, 1226:20, 1256:4, 1261:13, 1262:11, 1263:4, 1264:8, 1268:4, 1268:5, 1279:4
**inspections** [3] - 1254:17, 1263:8, 1266:5
**inspectors** [1] - 1267:3
**installation** [2] - 1263:9, 1263:14
**instances** [1] - 1321:8
**instead** [3] - 1252:9, 1264:6, 1264:10
**instigate** [1] - 1232:5
**intend** [1] - 1268:14
**intensive** [1] - 1329:7
**intermittent** [3] - 1312:9, 1345:20, 1347:17
**interrupt** [1] - 1263:10
**interview** [1] - 1325:16
**introduce** [1] - 1241:13
**investigate** [1] - 1232:4
**investigated** [1] - 1227:16
**investigation** [1] - 1321:17
**irritant** [4] - 1313:19, 1313:21, 1318:21, 1318:22
**irritated** [1] - 1245:21
**irritates** [1] - 1279:18
**irritating** [6] - 1313:1, 1326:23, 1328:1, 1333:17, 1333:20, 1333:24
**irritation** [6] - 1228:10, 1234:15, 1282:1, 1304:15, 1337:1, 1338:13
**irritations** [1] - 1284:2
**IRS** [3] - 1277:19, 1277:20, 1278:25
**issue** [1] - 1334:24
**issues** [3] - 1239:2, 1306:9, 1314:12
**itis** [3] - 1315:16, 1315:21, 1324:1

## J

**January** [1] - 1288:5
**JASON** [1] - 1215:8
**Jefferson** [5] - 1298:5, 1328:18, 1328:22, 1332:15, 1340:21
**JERICHO** [1] - 1214:24
**job** [10] - 1277:2, 1278:13, 1278:19, 1288:25, 1289:2, 1289:3, 1289:5, 1290:5, 1290:6, 1303:20
**jobs** [1] - 1278:21
**Johnson** [2] - 1230:7, 1230:10
**Johnsons** [2] - 1275:14, 1275:20
**JR** [3] - 1214:16, 1214:17, 1215:8
**Judge** [8] - 1240:2, 1240:6, 1245:4, 1263:1, 1280:10, 1292:2, 1298:19, 1350:6
**JUDGE** [1] - 1214:13
**judge** [1] - 1248:3
**jugular** [1] - 1307:10
**July** [21] - 1238:18, 1270:7, 1288:25, 1289:1, 1289:8, 1289:14, 1292:11, 1292:14, 1304:7, 1304:11, 1312:5, 1313:2, 1313:6, 1322:5, 1322:24, 1323:16, 1324:5, 1325:7, 1326:24, 1328:2, 1345:6
**June** [10] - 1238:18, 1239:18, 1239:20, 1270:9, 1285:13, 1293:1, 1300:10, 1303:9, 1312:23, 1313:9
**jury** [50] - 1218:12, 1218:15, 1218:17, 1219:21, 1220:25, 1232:7, 1238:2, 1277:9, 1279:6, 1280:4, 1281:10, 1281:20, 1284:12, 1290:19, 1291:15, 1293:18, 1294:3, 1294:21, 1296:2, 1296:9, 1298:3, 1299:13, 1299:21, 1300:8, 1302:13, 1303:9, 1303:15, 1309:15, 1311:5, 1311:13, 1314:1, 1314:8, 1314:24, 1317:22, 1317:24, 1323:20, 1325:3, 1328:16, 1328:20, 1329:17, 1330:21, 1334:25, 1335:10, 1336:16, 1337:12, 1338:25, 1340:4, 1350:4, 1351:25
**JURY** [1] - 1214:12

## K

**KAREN** [1] - 1215:14
**Katrina** [2] - 1224:1, 1303:25
**keep** [7] - 1276:23, 1287:14, 1291:13, 1298:22, 1305:25, 1308:9, 1342:17
**Kenneth** [1] - 1297:17
**KENNETH** [3] - 1216:9, 1297:12, 1297:17
**kept** [2] - 1281:24, 1305:24
**key** [2] - 1226:6, 1226:8
**keys** [3] - 1226:15, 1226:21, 1249:24
**kidney** [1] - 1329:9
**kind** [9] - 1221:16, 1260:19, 1288:6, 1308:17, 1330:21, 1331:12, 1332:18, 1336:8, 1341:24
**kinds** [1] - 1335:1
**Knight** [3] - 1314:20, 1315:9, 1315:25
**knowing** [1] - 1286:22
**knowledge** [8] - 1228:19, 1229:2, 1246:16, 1264:17, 1264:25, 1280:9, 1301:14, 1310:7
**known** [7] - 1267:16, 1274:4, 1274:24, 1275:2, 1300:17, 1300:24, 1313:19
**KURT** [1] - 1214:12
**KURTZ** [1] - 1215:13

## L

**LA** [4] - 1214:18, 1215:10, 1215:15, 1215:22
**LABORDE** [1] - 1215:7
**ladies** [22] - 1218:17, 1277:9, 1279:5, 1280:4, 1281:9, 1281:20, 1284:12, 1287:6, 1290:19, 1291:15, 1298:2, 1299:12, 1299:21, 1300:7, 1303:8, 1303:14, 1309:15, 1314:1, 1314:8, 1314:24, 1317:23, 1323:19
**lady** [1] - 1275:11
**Lane** [1] - 1253:14
**LAPEROUSE** [1] - 1215:7
**laptop** [2] - 1289:23, 1289:24
**large** [1] - 1303:21
**larynx** [1] - 1282:9
**last** [16] - 1268:18, 1270:6, 1280:9, 1283:1, 1285:13, 1294:11, 1294:14, 1294:20, 1295:13, 1295:24, 1296:16, 1317:16, 1317:17, 1317:18, 1328:21, 1334:6
**lasted** [3] - 1225:12, 1280:6, 1280:15
**lasting** [1] - 1315:17
**late** [4] - 1260:10, 1260:11, 1270:21, 1280:20
**latter** [1] - 1229:18
**LAW** [2] - 1214:16, 1214:23
**lawyer** [4] - 1236:17, 1236:19, 1237:15, 1239:1
**lawyers** [4] - 1237:10, 1282:24, 1285:19, 1295:2
**lead** [6] - 1317:15, 1337:20, 1338:2, 1338:16, 1349:6, 1349:23
**Leading** [2] - 1334:5, 1349:21
**leading** [11] - 1295:8, 1295:22, 1296:13, 1331:14, 1331:15, 1334:7, 1338:15, 1339:3, 1349:22, 1349:23
**leak** [8] - 1270:24, 1270:25, 1271:20, 1271:21, 1271:25, 1280:25, 1281:3, 1281:4
**leaked** [2] - 1281:1
**leaking** [1] - 1271:3
**leaks** [4] - 1270:17, 1270:24, 1271:8, 1271:11
**leaky** [1] - 1349:9
**learned** [1] - 1301:8
**lease** [6] - 1233:15, 1243:17, 1244:8, 1279:6, 1284:7, 1290:18
**lease-in** [4] - 1243:17, 1244:8, 1284:7, 1290:18
**least** [3] - 1265:16, 1286:8, 1342:2
**leave** [1] - 1309:6
**leaves** [2] - 1293:19, 1352:1
**leaving** [1] - 1307:4
**led** [1] - 1222:18
**left** [12] - 1218:22, 1248:17, 1248:25, 1253:7, 1254:4, 1257:23, 1259:15, 1265:16, 1287:11, 1306:13, 1307:11, 1322:10
**left-hand** [1] - 1257:23
**left-sided** [1] - 1322:10
**less** [4] - 1310:21, 1318:9, 1318:13
**letter** [3] - 1236:20, 1236:22, 1254:4
**letters** [1] - 1265:17
**level** [12] - 1259:19, 1259:22, 1259:24, 1259:25, 1260:18, 1262:1, 1263:5, 1279:7, 1279:9, 1279:11, 1313:25, 1334:23
**leveling** [1] - 1264:9
**levels** [21] - 1228:9, 1302:16, 1313:20, 1313:21, 1314:13, 1314:16, 1314:17, 1318:22, 1318:25, 1319:15, 1334:16, 1334:19, 1334:22, 1335:1, 1336:1, 1336:9, 1348:23, 1351:2, 1351:4, 1351:5
**Levitra** [2] - 1341:12, 1343:18
**LIABILITY** [1] - 1214:5
**lids** [1] - 1304:18
**life** [4] - 1239:24, 1240:13, 1240:21, 1321:11
**lifetime** [1] - 1306:15
**light** [1] - 1280:20
**lights** [1] - 1262:1
**Limine** [1] - 1217:9
**limit** [1] - 1296:25
**limited** [6] - 1296:23, 1305:21, 1343:3, 1350:11
**line** [14] - 1240:1, 1240:2, 1246:17, 1249:22, 1252:23, 1266:2, 1324:22, 1325:4, 1344:21, 1344:24, 1344:25, 1345:1, 1345:2
**lined** [1] - 1339:15
**lines** [5] - 1225:2, 1246:6, 1249:21, 1295:2, 1295:3
**list** [1] - 1342:5
**listed** [1] - 1306:22
**listened** [1] - 1239:2
**literally** [1] - 1350:17
**literature** [10] - 1313:18, 1314:9, 1318:20, 1318:23, 1329:24, 1335:3, 1335:17, 1336:8, 1348:20, 1348:24
**litigation** [1] - 1285:2
**LITIGATION** [1] - 1214:5
**live** [3] - 1229:16, 1232:13, 1292:12
**lived** [8] - 1231:18, 1304:2, 1304:6, 1304:11, 1326:16, 1330:6, 1330:13
**liver** [1] - 1329:9
**living** [31] - 1239:24, 1240:14, 1240:21, 1244:16, 1259:2, 1275:11, 1282:17, 1282:21, 1283:21, 1287:9, 1298:3, 1298:9, 1303:24, 1304:24, 1305:25, 1306:2, 1312:4, 1312:11, 1313:1, 1320:5, 1320:10, 1326:23, 1328:1, 1339:23, 1345:5, 1345:25, 1346:7,

1346:9, 1347:22, 1347:24, 1349:18
**located** [2] - 1223:18, 1223:20
**location** [3] - 1223:17, 1223:24, 1224:3
**locations** [1] - 1224:15
**locked** [1] - 1350:21
**long-term** [1] - 1319:22
**look** [39] - 1220:21, 1220:23, 1221:1, 1221:4, 1221:11, 1226:23, 1227:8, 1227:14, 1227:23, 1230:21, 1232:16, 1233:4, 1233:5, 1233:11, 1235:2, 1240:7, 1242:5, 1242:8, 1249:21, 1251:18, 1253:24, 1254:7, 1254:8, 1258:17, 1261:21, 1262:8, 1266:19, 1267:9, 1267:22, 1267:25, 1268:21, 1290:19, 1295:1, 1311:19, 1322:6, 1322:23, 1327:19, 1347:8, 1347:12
**Look** [3] - 1229:19, 1229:22, 1231:25
**looked** [11] - 1222:8, 1223:10, 1226:4, 1243:18, 1248:12, 1274:18, 1274:19, 1275:5, 1323:3, 1323:5, 1329:24
**looking** [3] - 1292:14, 1310:23, 1335:16
**looks** [2] - 1283:3, 1341:3
**loss** [2] - 1306:10, 1307:2
**LOUISIANA** [2] - 1214:1, 1214:6
**Louisiana** [5] - 1274:16, 1274:21, 1275:2, 1352:13, 1352:14
**low** [2] - 1292:21, 1336:22
**low-grade** [1] - 1336:22
**lower** [2] - 1310:18, 1337:14
**lucky** [1] - 1279:16
**Lucretia** [1] - 1230:10
**lunch** [2] - 1351:20, 1351:23
**luncheon** [1] - 1352:5
**lung** [8] - 1299:16, 1309:9, 1309:10, 1328:25, 1329:1, 1329:6, 1329:12, 1329:13
**lungs** [4] - 1286:23, 1287:2, 1309:4, 1309:5
**LYNDON** [2] - 1214:16, 1216:5
**Lyndon** [5] - 1287:6, 1303:6, 1303:15, 1330:5, 1330:12

## M

**machine** [1] - 1272:18
**main** [3] - 1271:18, 1292:20, 1318:12
**maintain** [1] - 1262:24
**maintaining** [2] - 1263:11, 1277:16
**maintains** [1] - 1303:21
**maintenance** [19] - 1221:9, 1221:11, 1221:15, 1221:16, 1226:9, 1226:12, 1248:25, 1253:1, 1254:22, 1254:24, 1255:5, 1258:2, 1258:4, 1258:9, 1261:8, 1271:24, 1271:25, 1272:1, 1286:7
**Maintenance** [3] - 1261:6, 1268:24, 1269:9
**male** [4] - 1259:9, 1259:13, 1303:20, 1307:6
**management** [1] - 1300:13
**manifestation** [3] - 1317:12, 1330:24, 1346:21
**manifestations** [2] - 1329:2, 1329:8
**manual** [18] - 1220:21, 1220:23, 1220:25, 1221:4, 1221:12, 1227:14, 1227:17, 1227:19, 1228:2, 1228:4, 1228:5, 1228:9, 1228:12, 1247:17, 1247:24, 1248:2, 1248:11, 1291:1
**manuals** [2] - 1227:6, 1227:8
**manufacturer** [1] - 1301:11
**Maps** [1] - 1223:16
**MARCH** [2] - 1214:6, 1217:2
**March** [33] - 1229:6, 1229:10, 1232:7, 1234:11, 1234:12, 1234:14, 1234:19, 1235:6, 1249:6, 1249:9, 1249:10, 1249:13, 1250:5, 1250:9, 1250:11, 1250:13, 1251:2, 1251:19, 1252:16, 1252:23, 1280:16, 1288:6, 1288:10, 1288:11, 1304:3, 1304:12, 1312:5, 1313:2, 1326:24, 1328:2, 1345:6
**mark** [7] - 1244:5, 1252:22, 1254:19, 1254:20, 1257:7, 1264:5, 1266:25
**marked** [2] - 1268:21, 1269:16
**marks** [5] - 1261:17, 1261:18, 1261:22, 1266:3, 1266:24
**Marriott** [1] - 1301:21
**mass** [2] - 1323:22, 1323:24
**mastoidectomy** [1] - 1323:15
**material** [2] - 1300:8, 1304:18
**Material** [4] - 1300:23, 1301:1, 1302:19, 1302:22
**matter** [1] - 1352:18
**maxillary** [6] - 1323:13, 1324:1, 1324:2, 1324:14, 1326:12, 1340:12
**maximize** [1] - 1219:4
**MD** [1] - 1297:12
**MD............................ ........** [1] - 1216:9
**MDL** [1] - 1214:5
**mean** [45] - 1225:20, 1228:22, 1232:18, 1253:6, 1256:15, 1257:10, 1257:12, 1259:22, 1259:23, 1260:19, 1260:22, 1263:12, 1265:8, 1271:16, 1274:25, 1277:14, 1281:14, 1283:11, 1283:14, 1283:15, 1283:24, 1285:19, 1285:23, 1286:8, 1288:8, 1289:22, 1289:23, 1290:15, 1290:23, 1291:3, 1293:6, 1299:13, 1299:15, 1310:25, 1315:18, 1318:16, 1321:7, 1326:2, 1332:22, 1333:12, 1335:1, 1335:11, 1344:1
**mean..** [1] - 1281:8
**means** [6] - 1315:16, 1318:5, 1318:17, 1323:20, 1331:6
**meant** [4] - 1256:21, 1256:24, 1274:15, 1332:8
**measure** [6] - 1279:11, 1308:21, 1309:3, 1309:4, 1309:9
**measurements** [1] - 1303:3
**MECHANICAL** [1] - 1215:23
**mechanically** [1] - 1272:17
**medical** [39] - 1235:2, 1235:20, 1235:22, 1236:23, 1237:11, 1238:14, 1299:8, 1299:10, 1299:12, 1299:13, 1300:11, 1300:13, 1301:23, 1302:3, 1302:5, 1302:7, 1304:19, 1305:13, 1306:10, 1310:4, 1313:10, 1316:5, 1316:7, 1320:14, 1320:21, 1321:19, 1322:4, 1325:15, 1329:17, 1331:19, 1332:4, 1337:2, 1340:3, 1341:3, 1341:4, 1348:16, 1348:19, 1348:24, 1351:11
**medication** [6] - 1305:2, 1337:6, 1339:9, 1341:20, 1342:5, 1342:19
**medications** [6] - 1306:22, 1319:22, 1338:1, 1340:23, 1341:8, 1343:8
**medicine** [5] - 1282:1, 1298:16, 1298:17, 1298:21, 1340:21
**meeting** [1] - 1249:3
**Melville** [1] - 1302:17
**membrane** [2] - 1339:16, 1341:18
**membranes** [3] - 1315:7, 1342:15, 1342:21
**mention** [2] - 1229:21, 1332:4
**mentioned** [5] - 1218:6, 1273:21, 1281:2, 1283:7, 1284:6
**Merit** [1] - 1352:12
**met** [2] - 1297:21, 1297:23
**methacholine** [6] - 1309:12, 1309:16, 1309:18, 1318:10, 1318:14, 1331:2
**mid** [1] - 1293:1
**Mid** [1] - 1303:24
**midmorning** [1] - 1217:25
**might** [32] - 1221:18, 1225:22, 1234:10, 1237:25, 1241:1, 1241:6, 1241:8, 1247:23, 1247:24, 1248:14, 1248:18, 1248:22, 1248:23, 1269:4, 1274:20, 1282:25, 1290:3, 1290:4, 1299:19, 1304:20, 1306:8, 1310:25, 1313:24, 1314:13, 1314:15, 1319:23, 1320:6, 1337:24, 1340:5, 1340:7
**mild** [15] - 1305:4, 1306:3, 1306:16, 1307:12, 1307:21, 1308:3, 1308:5, 1311:1, 1312:8, 1320:5, 1336:25, 1345:19, 1346:13, 1347:16
**Miller** [2] - 1218:6, 1302:12
**milligrams** [3] - 1306:17, 1318:9, 1318:14
**million** [3] - 1313:24, 1336:2, 1336:5
**minute** [2] - 1270:17, 1311:8

**minutes** [3] - 1270:12, 1340:2, 1351:19
**mischaracterizes** [2] - 1243:20, 1245:2
**misstated** [1] - 1288:8
**mistaken** [2] - 1250:4, 1288:5
**moderate** [4] - 1318:1, 1318:3, 1318:14, 1318:16
**mold** [2] - 1267:16, 1271:2
**moldy** [1] - 1281:23
**mom** [11] - 1228:17, 1228:22, 1229:1, 1229:7, 1229:18, 1232:3, 1232:8, 1232:10, 1233:14, 1284:3, 1286:22
**Mom** [1] - 1229:19
**moment** [3] - 1226:3, 1235:2, 1294:5
**month** [2] - 1270:7, 1304:1
**months** [6] - 1280:16, 1292:18, 1306:7, 1315:18, 1330:6, 1330:14
**MORNING** [1] - 1214:11
**morning** [14] - 1217:22, 1218:18, 1218:19, 1219:7, 1219:10, 1219:11, 1219:12, 1243:7, 1276:4, 1297:3, 1305:7, 1328:12, 1328:13
**mornings** [1] - 1314:21
**most** [9] - 1234:12, 1267:13, 1271:18, 1288:22, 1288:23, 1313:22, 1313:23, 1335:4, 1342:19
**mother** [7] - 1228:16, 1253:18, 1259:2, 1286:10, 1286:14, 1286:20, 1304:16
**mother's** [1] - 1269:20
**Motion** [1] - 1217:9
**motion** [4] - 1217:11, 1217:12, 1217:13
**mouth** [1] - 1255:13
**move** [10] - 1219:1, 1228:20, 1229:4, 1233:13, 1233:16, 1255:20, 1265:19, 1292:2, 1347:10, 1347:13
**moved** [35] - 1219:13, 1219:22, 1220:2, 1221:22, 1221:24, 1224:12, 1224:17, 1226:4, 1229:7, 1232:12, 1233:14, 1233:17, 1233:20, 1234:2, 1234:24, 1236:15, 1249:6, 1249:9, 1249:13, 1249:21, 1250:4, 1250:5, 1280:16, 1288:19, 1292:11, 1292:14, 1293:5, 1293:6, 1293:8, 1304:3, 1304:10, 1304:11, 1337:6, 1337:9, 1338:4
**moving** [10] - 1248:16, 1248:19, 1273:8, 1281:10, 1281:12, 1281:18, 1304:7, 1304:14, 1305:18, 1313:6
**MR** [172] - 1216:6, 1216:7, 1216:8, 1216:10, 1216:11, 1216:12, 1216:13, 1217:15, 1217:20, 1218:5, 1218:8, 1218:11, 1219:7, 1219:9, 1239:25, 1240:2, 1240:6, 1240:10, 1240:13, 1240:18, 1240:24, 1240:25, 1241:5, 1241:12, 1241:20, 1241:22, 1241:23, 1241:24, 1242:1, 1242:5, 1242:11, 1242:13, 1242:15, 1242:20, 1242:24, 1243:3, 1243:6, 1243:20, 1243:24, 1245:1, 1245:4, 1245:6, 1246:7, 1246:10, 1248:3, 1248:9, 1249:14, 1249:19, 1250:12, 1250:16, 1251:1, 1252:21, 1255:11, 1255:13, 1255:20, 1255:25, 1256:2, 1257:2, 1257:5, 1259:1, 1260:12, 1260:15, 1262:14, 1262:16, 1263:1, 1263:18, 1263:24, 1263:25, 1264:2, 1264:4, 1264:7, 1264:8, 1264:12, 1264:16, 1264:22, 1264:24, 1265:2, 1265:6, 1265:10, 1265:11, 1265:19, 1265:23, 1268:6, 1268:10, 1269:4, 1269:7, 1270:2, 1270:5, 1270:11, 1270:14, 1270:16, 1272:25, 1273:4, 1273:7, 1275:23, 1276:3, 1280:10, 1286:17, 1287:5, 1291:18, 1291:24, 1292:2, 1292:4, 1293:13, 1293:22, 1294:5, 1294:10, 1294:23, 1295:6, 1295:10, 1295:14, 1295:16, 1295:24, 1296:1, 1296:6, 1297:20, 1298:8, 1298:10, 1298:13, 1298:16, 1298:24, 1299:2, 1311:14, 1311:17, 1311:22, 1311:24, 1321:2, 1324:23, 1325:1, 1327:1, 1327:3, 1327:11, 1327:14, 1327:23, 1328:7, 1328:11, 1330:7, 1330:11, 1331:14, 1331:17, 1334:5, 1334:9, 1335:5, 1335:13, 1335:15, 1335:16, 1335:21, 1335:24, 1338:15, 1338:18, 1338:22, 1339:7, 1340:7, 1340:8, 1340:19, 1342:24, 1343:6, 1343:15, 1343:21, 1344:20, 1344:23, 1347:5, 1348:2, 1349:13, 1349:16, 1349:21, 1349:25, 1350:6, 1350:9, 1351:1, 1351:6, 1351:10
**MS** [2] - 1298:19, 1343:2
**MSDS** [2] - 1300:24, 1301:19
**MSDS's** [1] - 1301:15
**mucosal** [2] - 1341:5, 1341:18
**mucous** [3] - 1315:7, 1339:16, 1342:21
**murmur** [1] - 1307:16

## N

**name** [7] - 1230:5, 1245:10, 1266:22, 1269:22, 1285:15, 1297:16, 1297:17
**nasal** [13] - 1305:21, 1314:22, 1316:1, 1316:2, 1338:13, 1341:5, 1342:7, 1342:9, 1342:15, 1342:21, 1343:11, 1343:17, 1344:2
**nasopharyngitis** [3] - 1315:13, 1315:20, 1315:21
**nausea** [1] - 1306:3
**necessarily** [2] - 1231:13, 1314:15
**neck** [2] - 1306:4, 1307:9
**need** [9] - 1227:24, 1233:8, 1237:10, 1250:19, 1255:16, 1255:22, 1286:23, 1311:21, 1352:2
**needed** [2] - 1221:3, 1226:12
**neighborhood** [1] - 1293:1
**Nephrology** [1] - 1302:5
**neuro** [1] - 1336:8
**neuroma** [1] - 1237:22
**neurotoxicity** [3] - 1336:8, 1336:9, 1336:10
**never** [19] - 1220:17, 1229:15, 1239:15, 1239:17, 1241:2, 1248:12, 1250:7, 1263:22, 1267:18, 1271:24, 1275:5, 1275:17, 1303:20, 1305:5, 1305:11, 1306:4, 1329:3, 1334:2, 1348:12
**New** [2] - 1236:10, 1303:22
**new** [31] - 1220:13, 1220:17, 1224:20, 1224:22, 1224:24, 1224:25, 1225:1, 1225:2, 1225:11, 1225:12, 1242:21, 1244:23, 1245:17, 1246:18, 1255:9, 1255:15, 1256:3, 1256:8, 1277:12, 1277:13, 1279:19, 1279:20, 1279:22, 1279:23, 1280:5, 1280:8, 1280:23, 1304:13
**NEW** [5] - 1214:6, 1214:18, 1215:10, 1215:15, 1215:22
**newer** [3] - 1247:5, 1279:16, 1279:23
**NEXSEN** [1] - 1215:3
**Next** [1] - 1346:11
**next** [13] - 1219:1, 1246:25, 1252:9, 1252:24, 1265:25, 1290:5, 1293:21, 1325:14, 1337:22, 1340:14, 1340:16, 1345:17, 1345:18
**nice** [2] - 1252:8, 1292:25
**Nicole** [1] - 1229:13
**night** [7] - 1288:14, 1288:15, 1289:16, 1289:18, 1290:9, 1292:23
**nighttime** [1] - 1331:3
**NO** [2] - 1214:5, 1214:9
**nobody** [2] - 1232:5, 1286:7
**nonchalant** [1] - 1283:13
**nonchalantly** [1] - 1232:25
**none** [4] - 1230:24, 1231:2, 1275:20, 1329:3
**nonproductive** [1] - 1305:6
**nontender** [1] - 1307:16
**normal** [10] - 1253:25, 1281:13, 1307:15, 1308:3, 1308:7, 1322:3, 1322:18, 1331:11, 1331:19, 1342:23
**normally** [1] - 1296:14
**Nos** [2] - 1216:19, 1242:17
**nose** [17] - 1234:16, 1301:9, 1301:10, 1304:15, 1305:9, 1305:10, 1312:16, 1315:8, 1315:21, 1317:13, 1326:14, 1338:20, 1339:16, 1339:20, 1342:15, 1342:17

**nosebleed** [2] - 1315:24, 1341:16
**nosebleeds** [1] - 1341:6
**notation** [1] - 1320:21
**note** [3] - 1237:7, 1315:9, 1315:10
**noted** [2] - 1320:23, 1320:24
**notes** [1] - 1311:4
**nothing** [9] - 1286:7, 1286:25, 1291:2, 1297:9, 1304:23, 1311:1, 1326:12, 1333:9
**notice** [15] - 1253:24, 1256:18, 1261:15, 1265:16, 1266:2, 1269:8, 1269:14, 1269:19, 1269:24, 1278:25, 1283:20, 1287:13, 1287:15, 1293:7
**noticeable** [1] - 1257:12
**noticed** [5] - 1250:3, 1267:15, 1280:20, 1280:25, 1282:3
**notices** [6] - 1283:19, 1287:7, 1287:11, 1292:5, 1292:8, 1292:9
**noticing** [2] - 1260:8, 1304:15
**notified** [1] - 1228:16
**November** [3] - 1256:21, 1256:24, 1257:6
**nowhere** [2] - 1288:22, 1290:16
**Number** [3] - 1251:9, 1312:6, 1312:7
**number** [17] - 1223:24, 1226:9, 1226:13, 1242:21, 1248:25, 1253:20, 1253:21, 1253:22, 1265:16, 1266:4, 1290:15, 1317:14, 1327:14, 1333:20, 1333:24, 1342:2, 1350:16
**numbered** [1] - 1352:17
**numbers** [1] - 1217:14

**O**

**o'clock** [1] - 1351:21
**oath** [4] - 1218:24, 1239:23, 1297:6, 1297:14
**object** [5] - 1280:10, 1286:16, 1291:18, 1343:15, 1347:5
**objection** [34] - 1239:25, 1240:16, 1242:4, 1242:8, 1242:9, 1242:12, 1242:15, 1242:22, 1243:20, 1243:22, 1245:1, 1248:3, 1248:7, 1249:14, 1250:14, 1250:16, 1255:11, 1264:18, 1272:25, 1295:16, 1311:16, 1327:1, 1327:10, 1330:7, 1331:14, 1334:5, 1335:5, 1338:15, 1338:22, 1340:7, 1344:20, 1349:21, 1350:6, 1351:6
**observations** [1] - 1308:24
**obvious** [5] - 1326:2, 1326:4, 1331:7, 1331:8
**obviously** [2] - 1265:14, 1331:8
**occasion** [12] - 1222:18, 1223:1, 1223:6, 1226:15, 1253:4, 1255:18, 1255:23, 1255:24, 1304:17, 1305:1, 1320:25, 1321:18
**occasions** [4] - 1267:15, 1305:7, 1305:11, 1306:2
**occult** [3] - 1331:5, 1331:6, 1332:15
**occupancy** [1] - 1322:20
**occur** [1] - 1280:25
**occurred** [7] - 1266:5, 1268:18, 1270:20, 1317:7, 1320:10, 1325:18
**occurrence** [1] - 1326:15
**October** [5] - 1288:3, 1304:2, 1314:20, 1315:2, 1315:10
**odor** [13] - 1256:10, 1256:14, 1257:7, 1257:8, 1257:9, 1275:17, 1275:20, 1279:15, 1280:2, 1280:19, 1280:20, 1284:6
**odors** [1] - 1279:13
**OF** [3] - 1214:1, 1214:12, 1214:16
**offer** [2] - 1241:13, 1242:20
**offered** [1] - 1298:14
**offering** [1] - 1298:8
**offhand** [1] - 1247:7
**office** [5] - 1236:14, 1299:15, 1328:19, 1328:23, 1329:3
**OFFICER** [3] - 1218:14, 1294:2, 1351:24
**OFFICES** [1] - 1214:16
**Official** [2] - 1352:13, 1352:23
**OFFICIAL** [1] - 1215:21
**Officials** [1] - 1300:20
**often** [4] - 1282:4, 1329:12, 1331:2, 1332:18
**oil** [1] - 1221:15
**old** [2] - 1277:13, 1286:1
**omitted** [1] - 1312:22
**once** [8] - 1233:15, 1282:7, 1296:23, 1297:2, 1304:6, 1304:23, 1332:22
**one** [89] - 1223:15, 1232:18, 1232:22, 1235:22, 1236:12, 1236:13, 1238:11, 1242:8, 1243:17, 1244:12, 1247:5, 1251:8, 1251:16, 1251:19, 1252:9, 1252:24, 1253:11, 1255:21, 1256:10, 1257:15, 1260:16, 1261:5, 1263:4, 1263:20, 1264:6, 1264:10, 1265:25, 1266:16, 1268:6, 1268:19, 1269:8, 1270:6, 1271:17, 1273:12, 1273:18, 1273:24, 1274:4, 1274:11, 1275:12, 1275:14, 1277:13, 1277:14, 1278:9, 1278:19, 1279:16, 1279:23, 1282:2, 1283:1, 1288:25, 1289:2, 1289:3, 1289:5, 1290:5, 1294:24, 1296:19, 1296:20, 1300:1, 1301:22, 1304:1, 1304:17, 1305:1, 1306:2, 1311:12, 1312:12, 1313:23, 1313:24, 1314:13, 1314:15, 1316:19, 1317:3, 1317:14, 1317:16, 1318:8, 1327:14, 1336:2, 1336:4, 1336:25, 1337:18, 1337:22, 1339:18, 1340:14, 1340:15, 1342:19, 1348:24
**ones** [8] - 1242:13, 1272:3, 1272:22, 1274:9, 1279:16, 1301:17, 1341:25
**onset** [2] - 1281:22, 1305:6
**open** [8] - 1220:21, 1220:25, 1221:2, 1231:21, 1245:15, 1279:17, 1291:25
**opened** [4] - 1231:6, 1231:10, 1231:12, 1248:6
**opening** [1] - 1339:17
**opens** [1] - 1277:12
**operate** [4] - 1227:9, 1227:12, 1227:13, 1272:18
**opinion** [9] - 1299:18, 1313:3, 1317:1, 1328:5, 1330:9, 1333:15, 1337:17, 1346:17
**opinions** [5] - 1309:24, 1310:1, 1311:21, 1314:18, 1316:19
**opportunity** [2] - 1296:16, 1296:17
**opposed** [1] - 1336:17
**option** [1] - 1228:25
**orbital** [2] - 1322:14, 1322:16
**ORDER** [1] - 1217:4
**order** [4] - 1219:4, 1338:25, 1342:18, 1342:21
**ordered** [3] - 1242:14, 1242:25, 1322:25
**organ** [2] - 1313:22, 1335:4
**organomegaly** [1] - 1307:17
**original** [3] - 1263:8, 1279:4, 1279:6
**originally** [1] - 1333:6
**Orleans** [2] - 1236:10, 1303:22
**ORLEANS** [5] - 1214:6, 1214:18, 1215:10, 1215:15, 1215:22
**otherwise** [7] - 1295:21, 1296:12, 1300:17, 1300:24, 1308:3, 1308:7, 1320:6
**outside** [12] - 1222:6, 1222:8, 1222:11, 1223:11, 1227:16, 1243:18, 1254:8, 1261:22, 1262:6, 1267:9, 1335:12, 1351:7
**over-the-counter** [6] - 1282:1, 1342:7, 1342:9, 1343:8, 1343:10, 1343:19
**overrule** [3] - 1286:18, 1286:20, 1327:10
**overruled** [3] - 1330:8, 1335:22, 1340:10
**overview** [1] - 1328:20
**own** [3] - 1233:16, 1304:10, 1348:20
**owned** [7] - 1220:15, 1220:17, 1221:6, 1221:7, 1221:8, 1227:25, 1278:13
**owner's** [17] - 1220:21, 1220:23, 1220:25, 1221:4, 1221:12, 1227:17, 1227:19, 1228:2, 1228:3, 1228:5, 1228:8, 1228:12, 1247:17, 1247:23, 1248:2, 1248:11, 1291:1
**oxygen** [1] - 1309:10

**P**

**P.O** [1] - 1215:4
**pace** [2] - 1264:15, 1270:13
**package** [13] - 1226:16, 1226:21, 1226:23, 1226:24, 1227:4, 1227:5, 1227:14, 1227:20, 1227:22, 1248:1,

1248:17, 1248:19, 1291:1
**packages** [1] - 1290:25
**packet** [3] - 1290:17, 1290:18, 1291:8
**page** [13] - 1228:3, 1228:5, 1240:1, 1240:2, 1241:17, 1244:5, 1246:6, 1251:22, 1262:24, 1324:22, 1344:21, 1344:24
**Page** [5] - 1246:17, 1249:21, 1257:22, 1272:10, 1273:8
**PAGE** [2] - 1216:3, 1216:17
**pages** [1] - 1241:14
**Palmisano** [1] - 1259:6
**panel** [5] - 1218:16, 1262:2, 1293:19, 1294:4, 1352:1
**paper** [3] - 1290:24, 1313:3, 1313:4
**papers** [3] - 1247:25, 1291:4, 1327:6
**par** [1] - 1288:7
**paragraph** [1] - 1346:14
**paranasal** [2] - 1322:14, 1322:16
**parlor** [1] - 1279:25
**part** [20] - 1224:15, 1229:18, 1251:8, 1251:11, 1252:10, 1260:10, 1280:20, 1285:2, 1295:20, 1296:14, 1308:1, 1308:19, 1313:23, 1317:9, 1327:13, 1330:2, 1336:2, 1337:5, 1342:4
**particular** [4] - 1314:17, 1316:7, 1342:19, 1349:7
**particularly** [1] - 1331:7
**parties** [2] - 1295:3, 1300:1
**parts** [5] - 1308:19, 1313:24, 1336:2, 1336:5, 1336:6
**pass** [4] - 1263:5, 1266:3, 1268:22, 1269:17
**passed** [3] - 1264:9, 1266:25
**past** [2] - 1234:22,

1306:10
**patient** [13] - 1299:22, 1303:24, 1304:19, 1306:15, 1306:18, 1307:1, 1308:1, 1308:20, 1308:25, 1309:13, 1315:10, 1316:23, 1323:14
**patient's** [1] - 1305:22
**patients** [10] - 1309:17, 1321:11, 1326:15, 1328:23, 1328:24, 1329:10, 1331:11, 1332:18, 1341:25, 1342:8
**pattern** [1] - 1331:20
**PAUL** [1] - 1215:3
**pay** [3] - 1273:22, 1275:3, 1280:17
**paying** [3] - 1239:3, 1246:3, 1247:6
**peck** [1] - 1337:18
**peek** [1] - 1242:6
**penalty** [1] - 1240:19
**people** [20] - 1229:9, 1230:6, 1230:24, 1239:5, 1263:19, 1272:1, 1286:19, 1313:23, 1313:25, 1321:8, 1321:9, 1321:14, 1329:6, 1329:12, 1331:1, 1331:10, 1331:11, 1332:15, 1332:19, 1332:24
**Pepper** [3] - 1352:11, 1352:21, 1352:22
**PEPPER** [1] - 1215:21
**per** [9] - 1304:8, 1306:17, 1306:19, 1313:23, 1313:24, 1336:2, 1336:5, 1336:6
**perceive** [1] - 1326:17
**perceived** [2] - 1331:24, 1347:21
**percent** [11] - 1313:25, 1318:6, 1318:7, 1341:14, 1341:16, 1341:17, 1343:12, 1343:16, 1343:17, 1343:24, 1344:1
**perform** [3] - 1308:17, 1309:12, 1310:10
**performed** [1] - 1308:18
**perhaps** [4] - 1315:8, 1315:11, 1321:12, 1331:22
**period** [7] - 1226:5,

1275:12, 1319:11, 1319:15, 1322:20, 1329:14, 1342:20
**perjury** [1] - 1240:20
**permanent** [3] - 1319:24, 1321:3, 1339:21
**permanently** [1] - 1319:2
**permission** [1] - 1252:22
**permit** [1] - 1292:10
**permitted** [1] - 1339:3
**persistent** [3] - 1319:20, 1321:14, 1329:14
**person** [8] - 1226:20, 1227:17, 1237:13, 1259:7, 1294:19, 1337:13, 1339:8, 1340:3
**personal** [1] - 1311:1
**personally** [1] - 1232:14
**personnel** [2] - 1226:19, 1244:12
**pertain** [1] - 1263:11
**pertains** [1] - 1320:19
**pertinent** [1] - 1263:17
**Petit** [2] - 1261:16
**pews** [1] - 1239:1
**pharmacies** [1] - 1342:6
**pharynx** [1] - 1315:22
**phenomenon** [1] - 1342:10
**phlegm** [3] - 1236:5, 1283:5, 1283:7
**phone** [3] - 1253:20, 1253:21, 1253:22
**phosphodiesterase** [1] - 1341:10
**Photograph** [2] - 1219:15, 1222:1
**photograph** [4] - 1219:18, 1221:20, 1223:15, 1223:16
**photographs** [3] - 1226:4, 1291:11, 1292:6
**physical** [10] - 1286:10, 1286:14, 1299:17, 1299:19, 1307:5, 1307:22, 1310:15, 1310:21, 1311:5, 1314:13
**physically** [2] - 1267:18, 1311:2
**physician** [8] - 1298:4, 1304:24, 1304:25,

1305:9, 1305:13, 1310:7, 1322:1, 1324:17
**physicians** [6] - 1310:5, 1326:15, 1331:8, 1331:10, 1331:21, 1337:20
**Physicians** [1] - 1318:12
**physiologic** [4] - 1308:15, 1309:6, 1309:20, 1310:20
**pick** [2] - 1264:15, 1270:13
**picking** [1] - 1294:24
**picture** [4] - 1219:22, 1219:25, 1272:11, 1272:18
**piece** [1] - 1282:9
**PINEDO** [1] - 1214:23
**pinkeye** [2] - 1304:20, 1305:2
**pipes** [1] - 1276:23
**place** [5] - 1233:16, 1292:12, 1293:2, 1314:25, 1320:13
**places** [1] - 1292:21
**plain** [1] - 1263:3
**plainly** [1] - 1255:14
**plaintiff** [6] - 1302:1, 1302:20, 1303:15, 1307:22, 1310:22, 1321:18
**plaintiff's** [1] - 1284:11
**plan** [1] - 1351:20
**plant** [3] - 1349:8, 1349:9
**plants** [1] - 1350:20
**pleased** [1] - 1294:17
**plus** [2] - 1241:14, 1281:8
**pneumonias** [1] - 1329:1
**point** [32] - 1218:15, 1219:23, 1220:2, 1220:4, 1223:13, 1223:21, 1228:6, 1236:4, 1240:9, 1242:16, 1243:1, 1244:13, 1252:5, 1257:15, 1262:21, 1264:23, 1265:20, 1266:13, 1275:12, 1293:18, 1293:25, 1294:3, 1294:8, 1296:3, 1320:13, 1324:19, 1335:8, 1335:21, 1344:13, 1351:25, 1352:3,

1352:4
**pointed** [1] - 1286:19
**poorly** [1] - 1339:20
**pop** [1] - 1221:2
**portions** [2] - 1322:14, 1322:16
**position** [1] - 1258:10
**positive** [11] - 1306:10, 1306:20, 1310:2, 1310:3, 1312:7, 1317:21, 1317:25, 1345:18, 1346:11, 1346:16, 1347:15
**possibility** [3] - 1236:20, 1237:5, 1338:9
**possible** [9] - 1227:21, 1232:23, 1232:24, 1248:21, 1283:11, 1283:12, 1283:14, 1334:21
**possibly** [10] - 1218:9, 1263:13, 1312:25, 1318:25, 1327:25, 1333:11, 1333:12, 1333:16, 1344:10, 1344:11
**post** [1] - 1224:1
**post-Katrina** [1] - 1224:1
**potential** [4] - 1301:5, 1301:9, 1301:10, 1341:13
**POYDRAS** [2] - 1215:9, 1215:21
**practice** [16] - 1298:5, 1328:17, 1328:18, 1328:21, 1329:4, 1329:5, 1329:11, 1329:12, 1330:3, 1331:11, 1331:12, 1332:14, 1340:20, 1348:20, 1350:2
**preceded** [4] - 1312:9, 1316:24, 1345:20, 1347:17
**predating** [1] - 1322:20
**preexisted** [1] - 1320:14
**prefers** [1] - 1306:1
**pregnant** [3] - 1230:17, 1230:20, 1275:11
**preKatrina** [3] - 1303:25, 1305:19, 1306:24
**prepare** [1] - 1277:23
**preparer** [1] - 1278:15

**preparing** [1] - 1278:5
**prescription** [3] - 1337:3, 1341:19, 1343:22
**prescriptions** [1] - 1302:9
**presence** [2] - 1309:18, 1309:19
**PRESENT** [1] - 1215:18
**presentation** [5] - 1295:1, 1296:10, 1324:6, 1325:6, 1325:9
**presented** [1] - 1303:19
**pressure** [1] - 1307:7
**presumably** [2] - 1312:3, 1345:5
**Preventative** [3] - 1261:5, 1268:24, 1269:9
**prevented** [1] - 1319:22
**previous** [1] - 1222:2
**previously** [2] - 1244:8, 1271:5
**primarily** [1] - 1301:4
**primary** [1] - 1330:24
**printed** [1] - 1266:22
**private** [1] - 1298:5
**probability** [1] - 1326:11
**probable** [3] - 1312:2, 1344:5, 1345:4
**problem** [9] - 1251:2, 1251:14, 1251:15, 1257:15, 1257:20, 1263:23, 1270:20, 1282:15, 1316:11
**problems** [10] - 1222:23, 1228:14, 1230:25, 1237:2, 1249:2, 1283:25, 1286:11, 1328:25, 1343:13, 1344:2
**procedure** [1] - 1306:12
**proceed** [1] - 1219:5
**PROCEEDINGS** [3] - 1214:12, 1215:23, 1217:1
**proceedings** [14] - 1218:15, 1242:16, 1243:1, 1262:21, 1265:20, 1293:18, 1293:25, 1294:3, 1294:8, 1296:3, 1335:8, 1351:25, 1352:4, 1352:17
**process** [5] - 1228:22, 1268:18, 1284:12, 1284:24, 1285:9
**Process** [1] - 1300:21
**PRODUCED** [1] - 1215:24
**products** [1] - 1301:12
**PRODUCTS** [1] - 1214:4
**profess** [1] - 1314:6
**Professional** [1] - 1352:12
**professionals** [1] - 1238:12
**profile** [1] - 1302:9
**progressive** [2] - 1319:13, 1319:23
**projects** [1] - 1224:15
**propane** [3] - 1227:13, 1227:15, 1262:1
**property** [2] - 1287:15, 1304:4
**propound** [1] - 1250:20
**provided** [7] - 1226:9, 1301:24, 1307:4, 1313:1, 1326:24, 1328:2, 1344:12
**provocation** [1] - 1308:8
**provocative** [1] - 1318:5
**PRUET** [1] - 1215:3
**psychologist** [1] - 1238:14
**publication** [1] - 1300:15
**published** [1] - 1334:18
**pull** [8] - 1219:15, 1228:2, 1235:3, 1243:13, 1252:24, 1257:22, 1261:2, 1272:9
**pulmonary** [13] - 1298:4, 1298:16, 1298:17, 1298:21, 1308:4, 1308:14, 1308:17, 1308:18, 1318:12, 1328:25, 1329:1, 1332:14, 1340:21
**pulmonologist** [1] - 1299:3
**pulse** [1] - 1307:7
**pump** [4] - 1241:2, 1241:9, 1277:13, 1285:25
**pure** [1] - 1321:10
**purpose** [2] - 1308:13, 1308:14
**pus** [1] - 1315:8
**put** [16] - 1232:2, 1252:23, 1254:19, 1257:10, 1260:16, 1264:10, 1265:13, 1270:9, 1282:12, 1326:21, 1327:12, 1327:21, 1328:14, 1330:22, 1352:2
**puts** [1] - 1277:13
**putting** [3] - 1255:13, 1255:18, 1266:12, 1263:2, 1330:23

## Q

**qualify** [1] - 1319:7
**qualifying** [1] - 1298:6
**quality** [1] - 1308:2
**questioning** [5] - 1249:17, 1280:2, 1295:2, 1295:3
**questions** [41] - 1218:24, 1219:3, 1219:18, 1241:12, 1250:21, 1268:15, 1275:23, 1276:5, 1276:12, 1276:15, 1276:17, 1277:18, 1277:20, 1277:21, 1279:3, 1279:13, 1283:19, 1284:10, 1284:16, 1285:3, 1286:3, 1290:17, 1293:13, 1294:20, 1295:9, 1295:13, 1295:19, 1295:22, 1296:13, 1296:16, 1298:22, 1318:19, 1328:7, 1334:6, 1334:7, 1338:23, 1338:24, 1339:3, 1342:25, 1343:2, 1351:16
**quick** [1] - 1293:8
**quickly** [1] - 1275:16
**quite** [2] - 1294:25, 1317:2
**quiz** [1] - 1266:8
**quoting** [1] - 1335:17

## R

**RADS** [10] - 1349:3, 1349:4, 1350:1, 1350:2, 1350:4, 1350:14, 1350:18, 1350:20, 1351:5, 1351:12
**raining** [1] - 1281:8
**raise** [1] - 1297:7
**Ramipril** [2] - 1306:17, 1306:22
**ramps** [1] - 1262:1
**rapidity** [1] - 1308:22
**rarely** [1] - 1305:21
**rash** [2] - 1306:4, 1320:10
**rate** [1] - 1318:6
**rather** [4] - 1250:20, 1255:18, 1266:12, 1294:21
**ray** [6] - 1299:16, 1308:1, 1308:2, 1308:3, 1310:12, 1310:14
**rays** [1] - 1283:16
**RE** [1] - 1214:4
**reach** [2] - 1220:20, 1313:7
**react** [2] - 1246:4, 1283:17
**reaction** [5] - 1225:10, 1283:9, 1336:21, 1338:9, 1338:20
**reactions** [1] - 1234:19
**Reactive** [3] - 1349:2, 1350:13, 1350:23
**reactivity** [1] - 1309:19
**read** [23] - 1228:8, 1228:11, 1228:19, 1229:3, 1229:6, 1244:6, 1251:6, 1251:24, 1251:25, 1252:12, 1258:1, 1259:13, 1275:6, 1293:6, 1302:14, 1303:17, 1311:13, 1317:21, 1323:9, 1323:10, 1323:19, 1325:2, 1346:5
**reading** [11] - 1283:24, 1308:9, 1314:18, 1323:5, 1323:12, 1327:3, 1327:8, 1327:13, 1335:17, 1347:3, 1347:14
**ready** [3] - 1218:3, 1218:12, 1218:21
**real** [1] - 1275:16
**really** [22] - 1238:22, 1239:3, 1245:24, 1247:4, 1250:6, 1263:11, 1263:17, 1267:24, 1271:16, 1280:17, 1288:22, 1290:14, 1290:15, 1294:17, 1305:25, 1310:23, 1332:8, 1336:7, 1337:11, 1340:16, 1342:3, 1342:13
**Realtime** [1] - 1352:11
**reason** [5] - 1237:13, 1308:16, 1310:15, 1338:25, 1342:12
**rebound** [1] - 1342:20
**recap** [1] - 1349:22
**received** [2] - 1249:24, 1278:25
**recent** [1] - 1307:1
**recently** [2] - 1279:3, 1315:10
**recess** [2] - 1294:1, 1352:5
**recitation** [1] - 1349:19
**recognized** [1] - 1331:21
**recollect** [1] - 1271:18
**recollection** [5] - 1271:14, 1280:5, 1315:1, 1315:6, 1332:5
**record** [10] - 1235:2, 1235:20, 1297:16, 1320:21, 1332:4, 1341:3, 1341:4, 1348:16, 1352:2, 1352:17
**RECORDED** [1] - 1215:23
**records** [29] - 1235:23, 1236:13, 1237:11, 1299:10, 1300:3, 1300:11, 1301:24, 1302:3, 1302:5, 1302:7, 1310:4, 1313:10, 1314:20, 1316:5, 1316:7, 1316:13, 1320:14, 1321:19, 1322:4, 1324:10, 1325:15, 1329:18, 1331:19, 1332:12, 1337:2, 1337:3, 1348:17, 1351:11
**recurred** [1] - 1313:7
**recurrent** [2] - 1305:19, 1314:22
**red** [4] - 1260:16, 1274:9, 1291:3, 1315:6
**REDIRECT** [2] - 1216:8, 1276:2
**redirect** [5] - 1218:2, 1218:25, 1265:3,

1276:1, 1296:16
**reduction** [4] - 1308:5, 1308:7, 1318:6, 1318:8
**refer** [1] - 1255:17
**reference** [3] - 1235:20, 1263:2, 1263:21
**Reference** [1] - 1300:20
**referred** [5] - 1241:17, 1255:15, 1255:16, 1315:18, 1343:10
**referring** [7] - 1240:4, 1240:8, 1300:5, 1325:24, 1326:3, 1346:10, 1347:19
**refrigerator** [1] - 1267:18
**refuge** [1] - 1223:24
**regard** [5] - 1217:8, 1242:9, 1299:10, 1299:20, 1300:11
**regarding** [2] - 1313:18, 1326:20
**regards** [1] - 1311:5
**regimen** [2] - 1337:6, 1337:9
**Registered** [2] - 1352:11, 1352:12
**Registry** [1] - 1300:16
**regular** [2] - 1307:8, 1331:13
**regularly** [1] - 1342:11
**rehired** [3] - 1289:1, 1289:8, 1289:13
**REICH** [4] - 1214:20, 1214:20, 1218:8, 1218:11
**relate** [5] - 1263:8, 1263:13, 1274:22, 1274:23, 1275:1
**related** [8] - 1317:7, 1328:25, 1331:22, 1333:16, 1334:24, 1344:14, 1346:23, 1347:19
**RELATES** [1] - 1214:7
**relating** [1] - 1279:13
**relative** [2] - 1217:9, 1329:24
**released** [1] - 1276:24
**relieved** [1] - 1306:13
**reluctant** [1] - 1263:9
**rely** [1] - 1278:5
**remember** [20] - 1219:19, 1225:6, 1225:8, 1234:9, 1235:8, 1235:11, 1235:13, 1237:9, 1240:19, 1247:15, 1259:7, 1259:20, 1265:14, 1266:9, 1271:18, 1271:19, 1283:4, 1287:13, 1336:4, 1344:7
**rendered** [1] - 1299:18
**renew** [1] - 1233:15
**renewed** [1] - 1233:14
**rent** [2] - 1292:20, 1292:21
**rep** [1] - 1244:6
**repair** [1] - 1252:17
**repeat** [4] - 1219:24, 1243:9, 1244:10, 1246:1
**repeated** [3] - 1319:14, 1319:17, 1319:18
**repeatedly** [1] - 1280:11
**rephrase** [1] - 1245:3
**replaced** [1] - 1277:12
**report** [24] - 1311:18, 1311:20, 1314:19, 1316:22, 1321:22, 1321:24, 1322:6, 1322:7, 1323:2, 1323:3, 1323:5, 1323:7, 1323:16, 1326:5, 1326:21, 1327:4, 1327:5, 1327:16, 1327:18, 1333:12, 1344:10, 1347:14, 1348:24, 1351:7
**reported** [3] - 1231:3, 1237:21, 1251:10
**Reporter** [6] - 1352:11, 1352:12, 1352:13, 1352:23
**REPORTER** [1] - 1215:21
**REPORTER'S** [1] - 1352:9
**reporting** [1] - 1235:13
**reports** [3] - 1263:4, 1264:8, 1316:1
**representative** [3] - 1222:4, 1243:18, 1244:9
**reproductive** [2] - 1274:6, 1275:7
**resident's** [1] - 1262:8
**residing** [1] - 1313:15
**resistance** [1] - 1308:6
**resolved** [7] - 1305:18, 1306:5, 1307:3, 1312:6, 1313:6, 1345:7, 1345:12
**respiratory** [7] - 1228:10, 1228:11, 1284:2, 1318:21, 1318:22, 1331:25, 1339:21
**Respiratory** [1] - 1235:9
**respond** [1] - 1250:22
**responding** [1] - 1286:3
**response** [2] - 1280:1, 1285:21
**response)** [8] - 1234:21, 1235:12, 1238:13, 1244:1, 1244:15, 1246:22, 1262:3, 1262:7
**responsible** [1] - 1326:9
**rest** [1] - 1218:1
**result** [3] - 1319:25, 1343:17, 1344:11
**results** [1] - 1325:12
**return** [4] - 1241:15, 1242:1, 1242:2, 1278:6
**returning** [1] - 1304:1
**returns** [3] - 1277:23, 1278:25, 1279:1
**review** [23] - 1299:9, 1300:4, 1307:1, 1310:4, 1311:9, 1313:10, 1313:18, 1314:9, 1316:7, 1316:13, 1318:20, 1318:23, 1321:18, 1321:21, 1321:22, 1322:4, 1322:5, 1324:10, 1325:15, 1325:16, 1337:2, 1337:3, 1341:3
**reviewed** [23] - 1300:8, 1300:10, 1300:12, 1300:19, 1300:23, 1301:17, 1301:18, 1301:23, 1302:1, 1302:25, 1303:6, 1314:19, 1316:5, 1322:6, 1322:8, 1322:24, 1322:25, 1323:21, 1329:17, 1329:20, 1347:11, 1351:11
**rhetorical** [1] - 1250:21
**rhinitis** [20] - 1301:9, 1312:2, 1312:13, 1312:16, 1312:24, 1315:6, 1326:22, 1327:24, 1333:3, 1333:21, 1334:3, 1334:11, 1334:22, 1335:2, 1336:5, 1339:11, 1339:12, 1339:14, 1344:5, 1345:4
**Richard** [1] - 1316:8
**rise** [5] - 1217:7, 1218:14, 1293:17, 1294:2, 1351:24
**River** [3] - 1296:11, 1296:14, 1302:15
**RIVER** [2] - 1214:8, 1215:7
**RMR** [2] - 1215:21, 1352:22
**ROAD** [1] - 1214:24
**rocking** [2] - 1260:24, 1261:1
**role** [1] - 1326:20
**Roofing** [2] - 1269:9, 1269:12
**roofing** [1] - 1258:2
**ROOM** [1] - 1215:21
**rotate** [1] - 1221:15
**roughly** [1] - 1336:3
**routine** [1] - 1277:15
**row** [1] - 1321:13
**ROY** [1] - 1215:14
**Rub** [1] - 1282:12
**runny** [3] - 1301:9, 1312:16

**S**

**S-M-I-T-H** [1] - 1297:18
**s/Cathy** [1] - 1352:21
**safe** [1] - 1273:18
**Safety** [4] - 1300:23, 1301:1, 1302:19, 1302:23
**safety** [1] - 1301:11
**saline** [1] - 1316:2
**saliva** [1] - 1314:21
**Sampling** [1] - 1302:15
**SAN** [1] - 1214:21
**sand** [1] - 1282:10
**sat** [2] - 1239:1, 1246:15
**save** [2] - 1265:24, 1266:4
**saw** [24] - 1223:10, 1238:17, 1238:20, 1238:24, 1238:25, 1239:18, 1241:6, 1241:10, 1243:14, 1260:19, 1266:5, 1272:2, 1272:3, 1273:25, 1274:24, 1275:2, 1275:5, 1283:24, 1299:15, 1313:11, 1321:22, 1321:24, 1340:1, 1340:25
**Saw** [1] - 1236:19
**SC** [1] - 1215:4
**scan** [20] - 1321:19, 1321:20, 1321:21, 1321:22, 1321:23, 1322:2, 1322:3, 1322:5, 1322:6, 1322:8, 1322:13, 1322:18, 1322:24, 1323:3, 1323:5, 1324:6, 1325:7, 1326:10, 1339:25
**scans** [5] - 1323:21, 1324:11, 1325:25, 1326:4, 1326:10
**scarring** [2] - 1319:11, 1319:16
**schedule** [3] - 1221:11, 1221:16, 1287:21
**scheduling** [2] - 1288:2, 1290:2
**SCHMIDT** [1] - 1215:18
**school** [1] - 1303:23
**scoliosis** [9] - 1306:15, 1307:13, 1307:21, 1308:3, 1310:14, 1310:16, 1310:20, 1310:24, 1311:1
**scope** [2] - 1291:19, 1335:5
**Scott** [1] - 1302:25
**scratch** [2] - 1222:13, 1222:15
**screen** [3] - 1327:12, 1327:20, 1327:21
**search** [1] - 1292:24
**seasonal** [8] - 1233:24, 1234:1, 1234:4, 1234:20, 1281:14, 1338:3, 1338:7, 1338:20
**Seasonal** [1] - 1235:17
**seasons** [2] - 1234:10, 1234:25
**seated** [4] - 1217:8, 1218:20, 1287:1,

1297:15
**second** [8] - 1235:5, 1238:20, 1238:25, 1251:22, 1273:18, 1296:25, 1307:16, 1318:8
**secondary** [4] - 1312:3, 1339:22, 1344:6, 1345:5
**SECURITY** [3] - 1218:14, 1294:2, 1351:24
**see** [84] - 1217:18, 1222:12, 1222:17, 1222:20, 1222:21, 1223:6, 1223:15, 1227:9, 1230:5, 1236:24, 1240:4, 1240:10, 1244:5, 1247:17, 1251:9, 1251:12, 1251:13, 1251:21, 1252:8, 1252:12, 1252:14, 1252:16, 1253:13, 1254:1, 1254:5, 1254:7, 1257:25, 1258:3, 1259:10, 1259:11, 1259:12, 1261:5, 1261:7, 1261:17, 1261:19, 1261:24, 1262:4, 1266:16, 1267:13, 1267:17, 1268:12, 1269:10, 1269:17, 1269:25, 1271:2, 1271:7, 1271:11, 1272:4, 1272:17, 1272:19, 1275:6, 1277:19, 1279:11, 1281:3, 1281:4, 1281:5, 1282:20, 1283:20, 1285:18, 1285:19, 1286:24, 1292:5, 1311:13, 1316:4, 1316:16, 1317:4, 1317:6, 1317:20, 1322:7, 1323:3, 1325:4, 1326:6, 1326:19, 1328:23, 1329:6, 1331:11, 1331:18, 1332:15, 1332:18, 1332:19, 1337:18, 1340:20, 1346:4
**semblance** [1] - 1342:22
**semi** [1] - 1342:11
**semi-regularly** [1] - 1342:11
**Seminole** [2] - 1253:13, 1258:14
**sensitive** [3] - 1313:22, 1318:17, 1335:4
**September** [4] - 1238:20, 1261:9, 1262:12, 1262:17
**series** [1] - 1299:16
**serious** [2] - 1319:13, 1329:12
**service** [2] - 1258:2, 1262:2
**service/crown** [1] - 1258:2
**Services** [2] - 1277:25, 1300:16
**SESSION** [1] - 1214:11
**settings** [1] - 1350:19
**seven** [9] - 1287:23, 1289:25, 1290:1, 1290:2, 1290:7, 1317:18, 1324:22, 1325:4
**several** [10] - 1223:20, 1225:14, 1256:9, 1301:23, 1302:11, 1304:23, 1305:7, 1305:11, 1309:5, 1321:13
**severe** [7] - 1304:21, 1318:1, 1318:3, 1318:14, 1318:16, 1321:9
**severity** [1] - 1319:2
**sharp** [1] - 1351:21
**SHAW** [1] - 1215:12
**Shaw** [19] - 1217:9, 1226:19, 1243:25, 1244:11, 1244:12, 1244:13, 1251:5, 1253:2, 1254:21, 1255:2, 1255:5, 1258:7, 1261:11, 1279:6, 1279:14, 1284:6, 1343:2
**sheet** [4] - 1284:11, 1284:13, 1284:14, 1302:1
**sheets** [5] - 1290:24, 1301:3, 1301:11, 1301:19
**Sheets** [4] - 1300:23, 1301:1, 1302:19, 1302:23
**Shem** [1] - 1291:11
**shifted** [1] - 1260:3
**shifts** [1] - 1288:3
**ship** [2] - 1249:11, 1304:2
**short** [4] - 1230:3, 1275:12, 1293:15, 1305:12
**shortness** [3] - 1305:14, 1319:19, 1331:4
**show** [16] - 1223:15, 1240:11, 1240:15, 1251:5, 1252:7, 1253:12, 1264:9, 1266:1, 1273:24, 1291:11, 1322:7, 1323:7, 1324:22, 1327:10, 1344:19, 1347:2
**showed** [2] - 1235:4, 1265:24
**showing** [1] - 1311:17
**shown** [2] - 1272:3, 1339:25
**shows** [3] - 1223:20, 1236:1, 1261:13
**shuts** [1] - 1251:10
**Shwery** [7] - 1218:9, 1238:12, 1238:14, 1238:17, 1238:20, 1238:24, 1239:7
**sick** [21] - 1225:21, 1228:13, 1229:11, 1229:16, 1229:19, 1229:23, 1230:21, 1232:1, 1232:8, 1232:12, 1232:17, 1232:18, 1232:20, 1232:24, 1282:6, 1283:18, 1286:6, 1293:11, 1304:16, 1329:10
**side** [4] - 1222:13, 1253:12, 1341:13, 1342:2
**sided** [1] - 1322:10
**signature** [12] - 1244:3, 1244:6, 1258:17, 1258:18, 1259:5, 1259:11, 1262:9, 1266:4, 1266:20, 1268:15, 1269:20
**signed** [6] - 1240:20, 1261:15, 1264:17, 1267:20, 1267:22, 1268:6
**significance** [4] - 1314:25, 1315:3, 1318:4, 1332:9
**significant** [3] - 1315:5, 1326:7, 1340:24
**signs** [1] - 1299:19
**similar** [4] - 1221:23, 1236:2
**simple** [1] - 1250:23
**single** [10] - 1263:4, 1263:20, 1291:22, 1306:18, 1348:21, 1349:6, 1350:14, 1350:15, 1351:2, 1351:5
**sinus** [9] - 1234:15, 1281:10, 1281:13, 1315:17, 1324:3, 1338:12, 1341:17, 1343:13
**sinuses** [14] - 1281:24, 1322:14, 1322:16, 1324:1, 1324:2, 1324:19, 1337:15, 1338:20, 1339:15, 1339:17, 1339:18, 1339:19, 1341:20
**sinusitis** [11] - 1315:12, 1315:15, 1315:16, 1323:13, 1323:14, 1324:1, 1324:14, 1326:13, 1339:19, 1340:12
**sister** [1] - 1229:22
**sisters** [1] - 1230:11
**sit** [3] - 1294:6, 1324:9, 1326:19
**sitting** [2] - 1286:25, 1335:19
**situation** [2] - 1225:24, 1232:6
**six** [4] - 1341:17, 1343:12, 1343:16, 1343:24
**size** [1] - 1290:21
**sleep** [3] - 1288:10, 1288:14, 1289:18
**Slide** [2] - 1217:12, 1217:13
**Slides** [2] - 1217:11, 1217:12
**small** [1] - 1274:4
**smell** [43] - 1224:19, 1224:20, 1224:22, 1224:24, 1224:25, 1225:1, 1225:2, 1225:11, 1225:12, 1225:18, 1225:24, 1225:25, 1244:23, 1245:13, 1245:18, 1246:18, 1249:23, 1249:24, 1255:9, 1255:15, 1255:16, 1256:3, 1256:8, 1256:12, 1256:18, 1257:11, 1273:12, 1273:15, 1279:19, 1279:20, 1279:21, 1279:22, 1279:23, 1279:24, 1279:25, 1280:5, 1280:8, 1280:9, 1280:19, 1280:21, 1280:23
**smelled** [11] - 1224:25, 1225:12, 1225:18, 1226:1, 1231:2, 1245:17, 1256:3, 1256:11, 1280:21, 1304:12
**smells** [1] - 1279:14
**SMITH** [2] - 1216:9, 1297:12
**Smith** [22] - 1218:3, 1218:4, 1239:11, 1241:7, 1241:10, 1285:15, 1285:16, 1285:18, 1293:22, 1293:23, 1296:6, 1296:8, 1296:9, 1297:18, 1297:21, 1298:20, 1299:3, 1328:12, 1328:15, 1329:16, 1342:24, 1343:2
**Smith's** [1] - 1328:14
**smoked** [1] - 1303:20
**smoker** [3] - 1349:8, 1349:10, 1349:11
**smoking** [1] - 1328:25
**smoking-related** [1] - 1328:25
**sneeze** [1] - 1225:4
**Sneezed** [1] - 1246:25
**sneezed** [4] - 1224:24, 1245:18, 1246:20, 1306:8
**sneezing** [1] - 1234:15
**so..** [1] - 1237:7
**social** [1] - 1306:18
**Society** [2] - 1318:2, 1318:11
**solemnly** [1] - 1297:8
**someone** [2] - 1232:4, 1338:6
**someplace** [3] - 1230:22, 1232:2, 1232:12
**sometime** [4] - 1256:18, 1260:8, 1283:3, 1304:14
**sometimes** [11] - 1231:14, 1231:15, 1253:9, 1329:8, 1329:13, 1331:20, 1331:21, 1332:22,

1337:25, 1339:19
**somewhat** [6] - 1305:12, 1312:10, 1345:24, 1346:6, 1347:22, 1349:18
**sooner** [1] - 1293:5
**sore** [1] - 1236:6
**sorry** [18] - 1219:15, 1223:15, 1224:17, 1235:23, 1238:11, 1249:22, 1252:9, 1253:7, 1253:11, 1254:8, 1262:14, 1262:16, 1265:25, 1271:15, 1276:21, 1332:11, 1333:2, 1341:13
**sort** [1] - 1334:19
**sought** [2] - 1304:19, 1305:13
**sounds** [2] - 1307:14, 1307:16
**space** [2] - 1250:6, 1250:7
**speaking** [1] - 1321:5
**special** [1] - 1341:22
**specialist** [1] - 1314:20
**specific** [4] - 1255:16, 1301:12, 1341:21, 1341:24
**specifically** [8] - 1222:17, 1224:11, 1232:3, 1234:25, 1301:16, 1331:23, 1332:2, 1343:10
**specifics** [2] - 1306:9, 1315:11
**Spector** [8] - 1237:18, 1237:21, 1302:12, 1316:8, 1316:10, 1316:13, 1322:25, 1323:21
**speculation** [1] - 1248:3
**speed** [2] - 1264:2, 1308:22
**spell** [1] - 1297:16
**spelled** [1] - 1236:21
**spend** [7] - 1263:14, 1263:16, 1288:16, 1288:19, 1289:20, 1290:9, 1328:15
**spending** [1] - 1289:16
**spent** [6] - 1263:9, 1263:10, 1288:22, 1288:23, 1290:13, 1304:8
**sphenoidal** [5] - 1323:14, 1324:3, 1324:14, 1326:13, 1340:12
**spilled** [1] - 1350:22
**spine** [1] - 1310:15
**spontaneously** [1] - 1306:5
**spot** [1] - 1281:7
**sprays** [3] - 1342:7, 1342:9, 1343:11
**spring** [4] - 1234:6, 1234:7, 1234:14, 1281:15
**sputum** [1] - 1305:8
**ST** [2] - 1214:18, 1215:15
**stack** [1] - 1217:17
**staff** [1] - 1288:6
**stagnated** [1] - 1256:14
**stale** [1] - 1256:14
**standard** [1] - 1309:21
**start** [6] - 1218:22, 1228:8, 1278:9, 1293:16, 1296:18, 1325:4
**started** [3] - 1218:13, 1260:8, 1288:7
**starting** [3] - 1249:22, 1280:25, 1351:21
**starts** [5] - 1234:12, 1249:23, 1251:8, 1286:25, 1344:25
**State** [6] - 1274:5, 1274:20, 1274:24, 1275:2, 1300:20, 1352:13
**state** [2] - 1236:10, 1297:16
**statement** [5] - 1228:20, 1229:3, 1232:22, 1239:23, 1240:20
**States** [2] - 1352:14, 1352:24
**STATES** [2] - 1214:1, 1214:13
**states** [5] - 1304:12, 1305:15, 1306:6, 1307:2
**stating** [2] - 1236:20, 1287:14
**stationary** [1] - 1303:21
**stay** [14] - 1229:20, 1229:23, 1230:21, 1230:22, 1292:23, 1293:8, 1305:3, 1312:9, 1320:15, 1320:16, 1326:20, 1333:15, 1345:20, 1347:17
**stayed** [9] - 1229:9, 1229:13, 1230:1, 1230:3, 1230:6, 1230:7, 1282:3, 1289:23, 1306:7
**staying** [5] - 1228:24, 1249:11, 1286:4, 1286:11, 1286:15
**STENOGRAPHY** [1] - 1215:23
**step** [2] - 1293:20, 1351:17
**steps** [2] - 1228:20, 1262:1
**stick** [1] - 1250:19
**stickers** [6] - 1253:7, 1265:13, 1265:15, 1266:6, 1266:9
**still** [8] - 1218:23, 1276:4, 1281:6, 1289:16, 1290:8, 1293:7, 1298:21, 1328:5
**stimulated** [1] - 1318:17
**stipulate** [2] - 1264:5, 1264:7
**stipulating** [1] - 1298:12
**stipulation** [2] - 1265:6, 1298:7
**stop** [5] - 1263:15, 1307:19, 1308:9, 1308:24, 1342:12
**stopped** [4] - 1254:21, 1274:25, 1339:17
**stopping** [1] - 1234:18
**store** [1] - 1282:12
**storm** [1] - 1288:2
**stove** [6] - 1272:15, 1273:10, 1273:16, 1273:17, 1274:1, 1275:4
**straight** [2] - 1259:23, 1288:20
**streaked** [1] - 1305:8
**STREET** [2] - 1215:9, 1215:21
**street** [3] - 1223:17, 1258:13, 1258:14
**STRICKLAND** [1] - 1215:9
**strong** [3] - 1256:13, 1256:17, 1280:21
**stronger** [2] - 1225:1, 1225:2
**stuck** [4] - 1287:8, 1287:17, 1287:18, 1304:18
**studies** [1] - 1299:17
**study** [14] - 1308:4, 1308:7, 1308:8, 1308:18, 1309:16, 1310:2, 1310:3, 1312:7, 1317:20, 1317:21, 1317:25, 1345:18, 1346:11, 1347:15
**stuff** [3] - 1221:16, 1247:6, 1294:22
**stuffiness** [1] - 1305:21
**stuffy** [3] - 1312:16, 1342:15, 1342:17
**subjects** [2] - 1233:21, 1314:6
**submit** [1] - 1317:11
**subsequent** [5] - 1263:8, 1300:5, 1300:9, 1317:12, 1342:4
**subsequently** [1] - 1299:9
**substance** [7] - 1309:17, 1313:1, 1318:9, 1326:23, 1328:1, 1333:18, 1350:15
**substances** [8] - 1274:4, 1274:19, 1301:19, 1302:23, 1326:8, 1333:20, 1333:25, 1350:17
**Substances** [1] - 1300:16
**suddenly** [2] - 1263:12, 1349:5
**suffering** [1] - 1293:9
**suggest** [1] - 1261:21
**suggested** [2] - 1263:19, 1265:6
**suggestive** [2] - 1338:24, 1339:4
**SUITE** [3] - 1214:21, 1215:9, 1215:15
**summary** [1] - 1237:2
**summation** [2] - 1236:23, 1237:11
**summer** [3] - 1234:8, 1234:16, 1281:15
**summertime** [3] - 1280:17, 1280:18, 1305:24
**supplied** [3] - 1278:4, 1312:4, 1345:6
**supports** [1] - 1263:6
**suppose** [1] - 1289:11
**surgery** [3] - 1237:23, 1238:8, 1306:13
**surgical** [1] - 1306:11
**surprise** [2] - 1262:25, 1317:4
**surprised** [2] - 1285:23, 1286:1
**sustain** [4] - 1243:22, 1248:7, 1331:15, 1351:8
**swallowed** [1] - 1282:10
**swear** [1] - 1297:8
**swell** [1] - 1342:15
**swelled** [2] - 1245:22, 1245:23
**swelling** [3] - 1341:6, 1341:17, 1341:18
**switch** [1] - 1233:21
**swollen** [1] - 1304:17
**swore** [1] - 1246:14
**sworn** [1] - 1297:13
**symptom** [3] - 1346:10, 1346:16
**symptomatology** [2] - 1281:17, 1341:9
**symptomology** [2] - 1314:14, 1343:9
**symptoms** [40] - 1235:9, 1235:13, 1284:19, 1286:14, 1299:18, 1305:18, 1305:23, 1306:13, 1307:3, 1312:6, 1312:8, 1312:10, 1313:5, 1313:25, 1314:15, 1317:2, 1317:6, 1318:18, 1331:3, 1331:22, 1334:23, 1338:2, 1339:10, 1344:10, 1345:7, 1345:12, 1345:19, 1345:22, 1345:24, 1346:2, 1346:6, 1346:8, 1346:12, 1347:3, 1347:16, 1347:19, 1347:22, 1347:24, 1349:17
**Syndrome** [3] - 1349:2, 1350:13, 1350:24
**Synthroid** [1] - 1306:23
**systems** [1] - 1307:1

## T

**talks** [2] - 1273:12, 1273:18

**tank** [2] - 1227:13, 1227:15
**tanks** [1] - 1262:1
**taped** [5] - 1283:20, 1287:16, 1292:5, 1292:9
**tax** [8] - 1241:15, 1242:1, 1242:2, 1277:23, 1278:5, 1278:15, 1278:24, 1279:1
**Tax** [1] - 1277:24
**taxes** [1] - 1277:25
**tear** [1] - 1245:22
**technical** [2] - 1308:2, 1309:3
**temperatures** [1] - 1306:1
**temporary** [1] - 1228:10
**ten** [1] - 1304:8
**tenant** [1] - 1251:10
**tend** [1] - 1342:9
**tender** [1] - 1328:7
**tenderness** [1] - 1307:25
**tends** [1] - 1321:10
**Tennessee** [1] - 1306:7
**term** [1] - 1319:22
**terms** [3] - 1219:3, 1264:9, 1266:24
**test** [5] - 1308:19, 1308:25, 1309:16, 1309:21, 1346:16
**tested** [1] - 1329:22
**testified** [22] - 1224:18, 1231:16, 1237:18, 1239:7, 1239:9, 1244:25, 1245:17, 1245:20, 1247:17, 1248:24, 1250:17, 1252:25, 1255:2, 1255:14, 1265:12, 1271:11, 1272:14, 1297:14, 1302:12, 1310:22, 1316:8, 1347:20
**testify** [6] - 1217:18, 1239:2, 1249:5, 1253:7, 1264:12, 1311:20
**testifying** [3] - 1239:3, 1271:5, 1302:13
**testimony** [20] - 1217:10, 1217:22, 1217:24, 1218:23, 1222:2, 1239:5, 1242:7, 1242:9, 1243:11, 1243:21, 1244:24, 1245:2, 1250:15, 1297:8, 1302:14, 1327:1, 1327:15, 1346:24, 1347:1, 1347:9
**testing** [5] - 1303:1, 1308:13, 1308:14, 1308:17, 1317:19
**tests** [5] - 1283:16, 1299:16, 1308:11, 1310:10, 1331:2
**THE** [138] - 1214:12, 1217:7, 1217:8, 1217:16, 1217:21, 1218:6, 1218:9, 1218:12, 1218:14, 1218:17, 1218:20, 1240:1, 1240:4, 1240:7, 1240:11, 1240:15, 1241:1, 1241:17, 1241:21, 1241:25, 1242:4, 1242:6, 1242:12, 1242:14, 1242:19, 1242:22, 1242:25, 1243:4, 1243:22, 1245:3, 1246:8, 1248:4, 1249:16, 1250:14, 1250:19, 1255:12, 1255:15, 1255:22, 1258:24, 1260:13, 1262:13, 1262:15, 1262:19, 1262:23, 1263:7, 1264:1, 1264:3, 1264:14, 1264:19, 1265:1, 1265:4, 1265:7, 1265:18, 1268:8, 1269:5, 1270:3, 1270:10, 1270:13, 1273:2, 1273:3, 1273:5, 1276:1, 1280:12, 1280:15, 1286:18, 1286:21, 1291:20, 1291:25, 1293:15, 1293:17, 1293:20, 1293:23, 1294:2, 1294:6, 1294:15, 1294:24, 1295:7, 1295:12, 1295:15, 1295:19, 1296:2, 1296:5, 1296:8, 1297:7, 1297:11, 1297:15, 1297:17, 1298:6, 1298:12, 1298:14, 1298:17, 1298:20, 1298:25, 1311:15, 1311:16, 1311:19, 1320:19, 1320:21, 1324:24, 1327:5, 1327:7, 1327:8, 1327:12, 1327:15, 1327:16, 1327:18, 1327:19, 1327:21, 1328:9, 1330:8, 1330:9, 1331:15, 1334:6, 1335:7, 1335:10, 1335:18, 1335:22, 1338:16, 1338:23, 1340:9, 1340:11, 1343:1, 1343:3, 1343:16, 1344:21, 1347:7, 1347:14, 1349:14, 1349:22, 1350:8, 1350:11, 1350:13, 1351:8, 1351:17, 1351:18, 1351:19, 1351:24, 1352:2
**Theraflu** [1] - 1282:12
**therefore** [1] - 1339:18
**they've** [2] - 1318:13, 1326:16
**thick** [5] - 1290:22, 1290:25, 1291:1, 1291:5, 1291:7
**thin** [3] - 1290:23, 1307:5
**thinking** [3] - 1225:23, 1255:23, 1286:24
**thinks** [1] - 1305:16
**THIS** [1] - 1214:7
**Thoracic** [2] - 1318:1, 1318:11
**thousand** [3] - 1313:24, 1336:2, 1336:6
**three** [12] - 1272:19, 1274:1, 1282:5, 1292:18, 1305:1, 1306:7, 1306:19, 1308:19, 1321:12, 1333:7, 1344:25, 1345:2
**threw** [1] - 1248:11
**throat** [4] - 1236:6, 1305:9, 1315:22, 1326:14
**thrown** [3] - 1248:14, 1248:15, 1248:19
**tight** [2] - 1282:9, 1286:22
**tightness** [4] - 1305:11, 1305:14, 1319:19, 1331:4
**tires** [1] - 1221:15
**TO** [2] - 1214:7, 1217:4
**today** [12] - 1217:18, 1218:3, 1218:7, 1219:4, 1228:4, 1228:6, 1246:15, 1324:9, 1326:19, 1328:5, 1346:19, 1346:25
**together** [2] - 1289:10, 1304:18
**tongue** [4] - 1237:22, 1316:14, 1323:23, 1323:25
**Tony** [1] - 1302:15
**took** [7] - 1299:17, 1303:3, 1304:4, 1318:6, 1325:21, 1341:1, 1342:3
**top** [10] - 1251:9, 1251:11, 1257:24, 1261:3, 1261:17, 1266:17, 1268:21, 1268:24, 1269:14
**totally** [6] - 1288:8, 1310:19, 1312:6, 1313:8, 1345:7, 1345:12
**touch** [1] - 1232:5
**Touro** [3] - 1302:3, 1322:24, 1339:25
**towards** [1] - 1218:1
**tower** [1] - 1276:22
**Toxic** [1] - 1300:16
**toxicologist** [4] - 1314:2, 1314:12, 1335:14, 1335:15
**trailer** [197] - 1219:13, 1219:22, 1220:6, 1222:3, 1222:4, 1222:9, 1222:11, 1222:18, 1223:3, 1223:4, 1223:7, 1223:10, 1223:11, 1223:18, 1225:19, 1225:22, 1226:1, 1226:4, 1226:12, 1227:10, 1227:25, 1228:12, 1228:21, 1228:24, 1229:4, 1229:7, 1229:10, 1229:11, 1229:16, 1229:19, 1229:23, 1230:1, 1230:7, 1230:21, 1230:25, 1231:3, 1231:5, 1232:1, 1232:3, 1232:4, 1232:8, 1232:12, 1232:16, 1232:18, 1232:20, 1232:23, 1233:15, 1234:2, 1236:15, 1236:19, 1239:24, 1240:14, 1240:22, 1243:18, 1244:17, 1244:20, 1245:7, 1245:14, 1245:25, 1246:19, 1247:18, 1248:20, 1249:2, 1250:5, 1253:8, 1253:16, 1254:22, 1254:25, 1257:16, 1258:2, 1258:15, 1259:2, 1259:19, 1259:22, 1259:25, 1260:3, 1261:23, 1262:6, 1263:3, 1266:6, 1267:7, 1267:10, 1270:7, 1272:11, 1275:12, 1275:21, 1279:4, 1279:6, 1279:9, 1279:11, 1279:17, 1279:22, 1279:23, 1280:5, 1280:8, 1281:11, 1281:12, 1281:18, 1282:18, 1282:21, 1282:24, 1283:4, 1283:10, 1283:18, 1283:20, 1283:21, 1286:4, 1286:6, 1286:11, 1286:15, 1286:19, 1286:22, 1287:11, 1287:12, 1287:14, 1288:13, 1288:19, 1288:23, 1289:16, 1289:21, 1290:8, 1290:9, 1290:18, 1291:11, 1291:13, 1291:16, 1293:4, 1293:10, 1293:11, 1302:16, 1303:3, 1304:3, 1304:6, 1304:7, 1304:9, 1304:10, 1304:12, 1304:13, 1304:14, 1304:16, 1304:24, 1305:3, 1305:5, 1305:18, 1305:23, 1305:25, 1306:2, 1307:4, 1312:4, 1312:10, 1312:11, 1313:2, 1313:6, 1313:16, 1316:24, 1320:1, 1320:2, 1320:5, 1320:11, 1320:15, 1320:16, 1322:21, 1326:9, 1326:12, 1326:16, 1326:17, 1326:21, 1326:24, 1328:2, 1330:6, 1330:14, 1333:14, 1333:15,

1334:4, 1334:12, 1334:17, 1334:23, 1337:6, 1337:9, 1338:4, 1339:23, 1344:6, 1344:12, 1345:6, 1345:21, 1345:25, 1346:2, 1346:7, 1346:9, 1347:18, 1347:23, 1347:24, 1349:18
**TRAILER** [1] - 1214:4
**trailers** [3] - 1247:5, 1275:18, 1279:24
**transcript** [2] - 1347:11, 1352:16
**TRANSCRIPT** [2] - 1214:12, 1215:23
**transfer** [1] - 1309:10
**transferred** [1] - 1280:24
**trash** [1] - 1224:12
**travel** [32] - 1227:25, 1278:21, 1282:17, 1282:21, 1304:3, 1304:7, 1304:24, 1307:4, 1312:4, 1312:9, 1312:11, 1313:16, 1316:24, 1326:9, 1326:16, 1326:17, 1326:20, 1326:24, 1330:6, 1330:13, 1344:6, 1344:12, 1345:6, 1345:20, 1345:25, 1346:2, 1346:7, 1346:9, 1347:17, 1347:23, 1347:24, 1349:18
**treat** [2] - 1328:25, 1329:9
**Treat** [9] - 1276:20, 1276:21, 1276:22, 1276:24, 1277:2, 1277:5, 1277:8, 1302:19, 1302:21
**treated** [9] - 1236:20, 1306:4, 1313:11, 1315:12, 1319:8, 1319:9, 1319:10, 1319:21, 1330:2
**treating** [2] - 1329:12, 1331:12
**treatment** [2] - 1304:19, 1313:12
**trial** [1] - 1294:16
**TRIAL** [1] - 1214:12
**Trial** [2] - 1242:1, 1261:2
**tried** [1] - 1266:8
**trouble** [1] - 1321:12
**true** [8] - 1220:19, 1224:5, 1226:8, 1248:18, 1249:8, 1318:23, 1319:1, 1352:15
**trust** [1] - 1295:25
**truth** [4] - 1246:14, 1297:9
**truthful** [1] - 1348:8
**try** [16] - 1217:25, 1219:4, 1243:9, 1249:16, 1264:15, 1265:18, 1265:19, 1265:24, 1270:23, 1275:17, 1297:2, 1297:3, 1297:4, 1337:19, 1341:25, 1350:9
**trying** [4] - 1221:2, 1249:20, 1263:14, 1292:11
**tube** [1] - 1319:12
**tumor** [3] - 1316:14, 1316:16, 1316:20
**turn** [3] - 1251:21, 1266:15, 1269:8
**twice** [3] - 1251:17, 1254:10, 1295:25
**two** [26] - 1230:14, 1230:19, 1254:3, 1254:12, 1281:5, 1281:14, 1281:15, 1281:25, 1282:3, 1290:3, 1303:3, 1305:1, 1306:2, 1306:11, 1306:19, 1310:17, 1310:19, 1314:22, 1315:18, 1318:12, 1319:15, 1321:12, 1336:5
**two-year** [1] - 1314:22
**TX** [2] - 1214:21, 1214:24
**type** [5] - 1220:17, 1252:11, 1253:24, 1284:22, 1337:18
**typed** [1] - 1251:11
**types** [1] - 1341:8
**typical** [1] - 1305:20
**typically** [1] - 1321:11

## U

**under** [11] - 1218:23, 1225:19, 1239:23, 1240:19, 1253:24, 1254:3, 1254:8, 1259:11, 1298:10, 1319:12, 1319:22
**underlying** [1] - 1320:7
**underneath** [1] - 1225:22
**understood** [5] - 1226:24, 1226:25, 1238:7, 1243:10
**undiagnosed** [2] - 1329:15, 1331:1
**unit** [8] - 1226:6, 1226:9, 1249:24, 1262:1, 1263:5, 1263:11, 1271:3, 1329:7
**UNITED** [2] - 1214:1, 1214:13
**United** [2] - 1352:14, 1352:24
**units** [1] - 1303:22
**unremarkable** [1] - 1322:17
**unsuccessful** [1] - 1306:14
**unsure** [1] - 1305:17
**unusual** [5] - 1224:19, 1231:2, 1310:17, 1326:17, 1329:1
**up** [57] - 1217:21, 1217:23, 1217:24, 1219:15, 1220:21, 1220:25, 1228:2, 1232:11, 1234:18, 1235:3, 1242:23, 1243:13, 1244:4, 1245:15, 1245:22, 1245:23, 1250:15, 1251:9, 1251:11, 1252:8, 1252:11, 1252:24, 1253:11, 1257:22, 1257:25, 1261:2, 1261:16, 1264:2, 1264:5, 1264:10, 1264:15, 1270:13, 1270:23, 1272:10, 1275:16, 1279:17, 1281:25, 1283:20, 1283:21, 1287:1, 1288:25, 1293:16, 1293:23, 1296:21, 1305:8, 1305:16, 1309:10, 1310:7, 1328:14, 1339:17, 1342:17, 1349:14, 1350:1, 1350:7
**upper** [4] - 1257:23, 1310:18, 1317:13
**Uptown** [1] - 1302:5
**urea** [1] - 1349:9
**usual** [1] - 1317:9

## V

**Vanessa** [2] - 1230:7, 1230:14
**Vapor** [1] - 1282:12
**variable** [2] - 1332:23, 1337:23
**variation** [1] - 1336:3
**various** [2] - 1227:9, 1263:20
**vehicle** [2] - 1220:17, 1274:3
**vehicles** [1] - 1274:3
**venous** [1] - 1307:10
**vent** [3] - 1270:25, 1281:1
**verify** [2] - 1264:24, 1265:10
**vessel** [1] - 1341:22
**Viagra** [2] - 1341:11, 1343:18
**virtually** [2] - 1321:15, 1332:19
**virus** [2] - 1317:13, 1317:15
**viruses** [1] - 1317:14
**visit** [2] - 1235:5, 1282:16
**visits** [2] - 1265:15, 1266:14
**visualized** [2] - 1322:14, 1322:15
**vital** [1] - 1308:5
**VOICES** [1] - 1218:19

## W

**W-2** [1] - 1278:4
**Wade** [1] - 1261:16
**wait** [4] - 1240:1, 1255:12, 1298:6, 1308:9
**Walgreen's** [1] - 1302:9
**walk** [4] - 1222:6, 1285:24, 1286:23, 1287:2
**walk-around** [1] - 1222:6
**walked** [8] - 1222:8, 1222:11, 1223:3, 1223:9, 1245:7, 1246:4, 1256:13, 1260:20
**walking** [1] - 1285:25
**wall** [4] - 1225:23, 1272:19, 1287:16, 1292:9
**walls** [3] - 1256:16, 1287:8, 1292:5
**wants** [2] - 1294:11, 1329:17
**warm** [1] - 1306:1
**warming** [1] - 1251:11
**warn** [1] - 1286:4
**warned** [2] - 1286:5, 1293:3
**warning** [5] - 1273:18, 1273:21, 1273:25, 1274:3, 1287:18
**warnings** [5] - 1272:14, 1272:17, 1272:19, 1273:9, 1287:8
**washes** [1] - 1316:2
**water** [8] - 1245:22, 1245:23, 1247:3, 1260:5, 1267:15, 1271:2, 1276:23, 1281:7
**watered** [3] - 1245:21, 1245:25, 1246:2
**Watson** [1] - 1302:15
**weakness** [1] - 1322:10
**weather** [1] - 1234:6
**week** [13] - 1287:23, 1289:25, 1290:1, 1290:2, 1290:7, 1317:5, 1321:15, 1332:23, 1340:5, 1340:14, 1340:15
**weekly** [1] - 1332:20
**weeks** [10] - 1225:13, 1225:14, 1256:8, 1256:9, 1281:14, 1281:15, 1281:25, 1304:23, 1315:18
**weight** [2] - 1307:2
**wet** [2] - 1271:1, 1281:7
**Wethington** [6] - 1244:20, 1245:8, 1247:20, 1248:25, 1256:4, 1260:1
**Wethington's** [1] - 1244:3
**wheezes** [1] - 1307:14
**wheezing** [8] - 1235:10, 1305:11, 1319:19, 1320:23, 1320:25, 1331:3, 1331:24, 1332:7
**whereas** [2] - 1321:14, 1336:22
**whereby** [1] - 1309:16
**wherein** [1] - 1316:13
**WHEREUPON** [13] -

1218:15, 1242:16, 1243:1, 1262:21, 1265:20, 1293:18, 1293:25, 1294:3, 1294:8, 1296:3, 1335:8, 1351:25, 1352:4
**white** [10] - 1226:16, 1226:21, 1226:23, 1227:5, 1247:14, 1247:20, 1247:23, 1248:11, 1248:19, 1290:20
**WHITFIELD** [3] - 1215:14, 1298:19, 1343:2
**Whitfield** [3] - 1296:20, 1298:18, 1343:1
**whole** [9] - 1232:22, 1244:16, 1255:6, 1261:11, 1287:22, 1287:25, 1288:8, 1290:14, 1297:9
**William** [1] - 1302:25
**Williams** [1] - 1218:6
**Williams's** [1] - 1217:10
**window** [1] - 1271:1
**windows** [7] - 1231:6, 1231:10, 1231:12, 1231:20, 1245:15, 1279:18, 1291:25
**winter** [12] - 1234:6, 1234:7, 1234:8, 1234:14, 1234:17, 1250:3, 1250:5, 1256:18, 1256:21, 1256:24, 1281:14, 1281:15
**wintertime** [1] - 1280:18
**wisely** [1] - 1297:5
**withdraw** [1] - 1295:16
**WITNESS** [16] - 1241:1, 1280:15, 1286:21, 1297:11, 1297:17, 1311:15, 1320:21, 1327:7, 1327:16, 1327:19, 1330:9, 1340:11, 1343:16, 1347:14, 1350:13, 1351:18
**witness** [16] - 1219:1, 1246:7, 1295:11, 1295:17, 1296:10, 1296:13, 1296:17, 1297:13, 1298:7, 1298:11, 1328:8, 1338:16, 1339:1, 1347:6, 1347:8, 1349:23
**witness'** [1] - 1335:6
**witnesses** [1] - 1297:4
**woman** [1] - 1335:19
**women** [1] - 1231:2
**wood** [1] - 1301:12
**word** [2] - 1341:1, 1347:2
**words** [3] - 1255:13, 1260:4, 1337:14
**workers** [1] - 1286:7
**works** [4] - 1252:1, 1252:13, 1337:19, 1337:22
**Worley** [5] - 1302:7, 1315:5, 1315:9, 1315:13, 1324:18
**Worley's** [2] - 1314:20, 1315:25
**worried** [1] - 1229:15
**worry** [1] - 1239:5
**worrying** [1] - 1274:25
**worse** [22] - 1234:5, 1234:7, 1234:8, 1305:7, 1305:23, 1312:10, 1315:10, 1320:1, 1320:6, 1337:16, 1338:8, 1338:9, 1339:10, 1339:11, 1339:12, 1345:24, 1346:2, 1346:6, 1347:22, 1347:24, 1349:18
**worsening** [1] - 1339:14
**wrap** [1] - 1349:14
**Wright** [87] - 1217:23, 1218:23, 1219:10, 1219:12, 1219:17, 1228:3, 1233:24, 1235:22, 1239:9, 1240:19, 1243:3, 1243:7, 1243:14, 1246:11, 1249:12, 1251:6, 1252:25, 1253:18, 1254:16, 1254:21, 1256:3, 1257:14, 1259:2, 1263:19, 1265:24, 1268:12, 1270:17, 1272:11, 1275:24, 1275:25, 1276:4, 1293:20, 1299:9, 1299:15, 1299:22, 1300:10, 1300:11, 1301:20, 1302:23, 1303:6, 1303:9, 1303:15, 1303:19, 1308:11, 1309:23, 1310:2, 1310:8, 1310:11, 1312:13, 1312:24, 1316:11, 1316:23, 1317:2, 1317:6, 1320:10, 1322:2, 1322:25, 1325:16, 1326:21, 1327:24, 1329:20, 1329:22, 1330:5, 1330:12, 1330:19, 1330:21, 1330:22, 1330:23, 1331:12, 1332:16, 1332:19, 1334:10, 1337:5, 1337:13, 1338:3, 1338:7, 1339:8, 1339:22, 1340:4, 1340:15, 1340:23, 1340:25, 1343:8, 1348:7, 1349:11, 1351:12
**wright** [1] - 1349:19
**WRIGHT** [2] - 1214:16, 1216:5
**Wright's** [15] - 1217:21, 1217:24, 1218:23, 1241:15, 1310:4, 1313:8, 1316:14, 1320:15, 1322:4, 1322:20, 1324:7, 1326:10, 1329:17, 1333:8, 1337:2
**write** [2] - 1236:22, 1237:7
**writing** [1] - 1283:12
**written** [1] - 1242:23
**wrote** [2] - 1235:17, 1333:11

### X

**x-ray** [6] - 1299:16, 1308:1, 1308:2, 1308:3, 1310:12, 1310:14
**x-rays** [1] - 1283:16

### Y

**y'all** [1] - 1335:7
**yard** [1] - 1223:23
**year** [6] - 1278:20, 1282:7, 1287:25, 1288:8, 1314:22, 1319:15
**years** [8] - 1278:24, 1299:4, 1306:11, 1321:12, 1321:13, 1328:21, 1330:2, 1331:2
**yellow** [1] - 1236:5
**yesterday** [26] - 1217:9, 1218:23, 1219:18, 1223:14, 1224:18, 1235:5, 1237:18, 1238:2, 1239:9, 1241:16, 1243:14, 1243:19, 1244:24, 1244:25, 1245:13, 1245:14, 1245:16, 1245:20, 1249:5, 1255:14, 1259:18, 1272:14, 1272:22, 1273:14, 1273:21, 1310:22
**yourself** [1] - 1274:11
**yourselves** [1] - 1351:22