UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ENGELHARDT |
| *Nunnery, et al v. Keystone RV Industries., et al,* | * | MAG. JUDGE CHASEZ |
| E.D. La. Case No. 09-3871 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Ex Parte/Consent Motion to Continue Defendant United States' Motion to Dismiss David McGraw's FTCA Claims for Lack of Subject Matter Jurisdiction Because They are Barred by the Discretionary Function Exception filed by the plaintiffs is GRANTED and reset for the 4th day of June, 2010 at 9:30 A.M.

New Orleans, Louisiana, this _____ day of _____, 2010.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE KURT D. ENGELHARDT

-1-