OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-29-10

LOTTIE HOLMES, ET AL.

vs.

INSURECO AGENCY & INSURANCE CO, ET AL.

Case No. 09-8492  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) SHAW ENVIRONMENTAL, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, C/T CORPORATION SYSTEM
   (address) 5615 CORPORATE BLVD STE 400B BATON ROUGE, LA 70809

2. (name) FEMA, OFFICE OF THE DIRECTOR
   (address) 500 C STREET, SW WASHINGTON, DC 20472

3. (name) HON ERIC HOLDER, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE NW WASHINGTON, DC 20530

4. (name) THE USA THROUGH OFFICE OF THE US ATTORNEY FOR WDLA
   (address) 800 LAFAYETTE ST STE 2200 LAFAYETTE, LA 70501

5. INSURECO AGENCY & INSURANCE SERVICES THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS, LA. SECRETARY OF STATE 8549 UNITED PLAZA BLVD BATON ROUGE, LA 70809

Very truly yours,

_____
"Signature"

Attorney for PLAINTIFFS

Address FRANK J D'AMICO JR, APLC
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINTS ARE MATCHED.