AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| LOTTIE HOLMES, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 09-8492 |
| INSURECO AGENCY AND INSURANCE COMPANY, et al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shaw Environmental, Inc.
through C T Corporation
5616 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Frank J. D'Amico, Jr.
622 Baronne St.
New Orleans, LA  70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____    _____
_Signature of Clerk or Deputy Clerk_