OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: **04-29-2010**

**SHENIKA TATUM, ETAL**

vs.

**RECREATION BY DESIGN, LLC**

Case No. **09-8628** Section **N**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **RECREATION BY DESIGN, LLC THROUGH ITS AGENT FOR SERVICE OF PROCESS: RANDALL K RUSH**
   (address) **21746 BUCKINGHAM RD., ELKHART, IN 46516**
2. (name) **SHAW ENVIRONMENTAL, INC. THROUGH CT CORPORATION**
   (address) **5616 CORPORATE BLVD., SUITE 400 B, BATON ROUGE, LA 70808**
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[signature]_
"Signature"

Attorney for **PLAINTIFFS**

Address   Frank J. D'Amico, Jr., APLC
          622 Baronne Street, 2nd Floor
          New Orleans, LA   70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.