OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: __04-28-10__

__Raymond Allen SR., ET AL__

vs.

__Crum & Foster Specialty Insurance Co, ET AL__

Case No. __09-8456__ Section __N__

Dear Sir:

  Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Crum & Foster Specialty Insurance Co THROUGH THE LA. SECRETARY OF STATE__
   (address) __8585 Archives Ave Baton Rouge, LA 70809__
2. (name) __Sentry Insurance A Mutual Co THROUGH LA SECRETARY OF STATE__
   (address) __8585 Archives Ave Baton Rouge, LA 70809__
3. (name) __Shaw Environmental, Inc THROUGH ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION__
   (address) __5616 Corporate Blvd Ste 400B Baton Rouge, LA 70808__
4. (name) _____
   (address) _____

Very truly yours,

__[Signature]__
"Signature"

Attorney for __PLAINTIFFS__
__FRANK J D'AMICO JR, APLC__
Address __622 Baronne ST.__
__NEW ORLEANS, LA 70113__

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED