OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-28-10

YOLANDA BARNES, ET AL

vs.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO, ET AL

Case No. 09-8523  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, CO THROUGH SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
2. (name) GIBRALTAR INSURANCE CO, LTD THROUGH SECRETARY OF STATE STATE OF LA
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
3. (name) SHAW ENTERPRISES, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE CO.
   (address) 320 SOMERULOS ST. BATON ROUGE, LA 70802
4. (name) SHAW ENVIRONMENTAL, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION
   (address) 5616 CORPORATE BLVD STE 400B BATON ROUGE, LA 70808

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address FRANK J D'AMICO JR APLC
622 BARONNE ST
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINTS ARE MATCHED.