OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-20-10

MICHAEL BARNES, ET AL

vs.

AMERICAN INTERNATIONAL SPECIALTY LINES, CO, ET AL

Case No. 09-8524   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO THROUGH SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
2. (name) GIBRALTAR INSURANCE CO, LTD THROUGH SECRETARY OF STATE, STATE OF LA
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
3. (name) SHAW ENVIRONMENTAL, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS CT CORPORATION
   (address) 5615 CORPORATE BLVD STE 400B BATON ROUGE, LA 70808
4. (name) THE USA THROUGH THE US ATTY GEN HONORABLE ERIC HOLDER, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
5. USA THROUGH THE OFFICE OF US ATTY GEN FOR EDLA JIM LETTEN, US ATTY HALE BOGGS FED BLDG. 500 POYDRAS ST STE B-210 NEW ORLEANS, LA 70130
6. FEMA THROUGH R DAVID PAULISON, ADMIN OF THE FEMA 500 C STREET SW WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address FRANK J DAMICO, JR, APLC
622 BARON NE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.