OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04·29·10

KELLY FORD, ET AL

vs.

TRAVELLERS PROPERTY CASUALTY COMPANY OF AMERICA TIL, ET AL

Case No. 09-8490   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) TRAVELLERS INSURANCE A MUTUAL COMPANY THROUGH LA. SECRETARY OF STATE
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
2. (name) SHAW ENTERPRISES, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS CORPORATION SERVICE CO.
   (address) 320 SOMERULOS ST. BATON ROUGE, LA 70802
3. (name) THE USA THROUGH FEMA THROUGH US ATTORNEY GENERAL, HON. ERIC HOLDER, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001
4. (name) USA THROUGH THE OFFICE OF THE US ATTORNEY FOR EDLA, JIM LETTEN, US ATTORNEY, HALE BOGGS FED. BLDG.
   (address) 500 POYDRAS ST. STE B210 NEW ORLEANS, LA 70130

5. FEMA THROUGH CRAIG FUGATE, DIRECTOR
500 C STREET, SW
WASHINGTON, DC 20472

Very truly yours,

_____
Signature

Attorney for PLAINTIFFS

Address FRANK J D'AMICO JR, APLC
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINT ARE MATCHED.