OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-29-10

Maudry Brown, et al

vs.

Jayco Enterprises, Inc, et al

Case No. 09-8614   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SHAW ENTERPRISES, INC THROUGH ITS REGISTERED AGENT FOR SERVICE, CORPORATION SERVICE CO.
   (address) 320 SOMERULOS ST. BATON ROUGE, LA 70802-6129
2. (name) JAYCO ENTERPRISES, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, KENNARD R WAVER
   (address) 317 W FRANKLIN ST ELKHART, IN 46516
3. (name) THE USA THROUGH US ATTORNEY'S OFFICE, EDLA
   (address) 500 POYDRAS ST. RM B210 NEW ORLEANS, LA 70130
4. (name) USA THROUGH ATTORNEY GENERAL OF US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
5. FEMA, OFFICE OF THE DIRECTOR, OFFICE OF THE GEN. COUNSEL
   500 C STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

_____
"Signature"

Attorney for   PLAINTIFFS

Address   FRANK J. D'AMICO JR, APLC
          622 BARONNE ST.
          NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINT ARE MATCHED.