OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04-28-10

GEORGE BROOKS, ET AL

vs.

LIBERTY MUTUAL INSURANCE CORP, ET AL

Case No. 09-8463   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) LIBERTY MUTUAL INSURANCE CORP THROUGH ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST. BATON ROUGE, LA 70802
2. (name) ARCH SPECIALTY INSURANCE CO THROUGH ITS AGENT OF SERVICE OF PROCESS, CT CORPORATION
   (address) 5616 CORPORATE BLVD STE B BATON ROUGE, LA 70808
3. (name) WESTCHESTER SURPLUS LINES INSURANCE CO THROUGH THE SECRETARY OF STATE, STATE OF LA
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
4. (name) LEXINGTON INSURANCE CO THROUGH SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
5. SHAW ENVIRONMENTAL INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE CO
   320 SOMERULOS ST
   BATON ROUGE, LA 70802
6. SHAW ENVIRONMENTAL INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORP.
   5616 CORPORATE BLVD STE 400B
   BATON ROUGE, LA 70808

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address FRANK J D'AMICO JR APLC
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCE COMPLAINT ARE MATCHED.