OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04.28.10

JOSEPH BILLIOT, ET AL

vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES CO, ET AL

Case No. 09-8447 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) AMERICAN INTERNATIONAL SPECIALTY LINES Insurance Co THROUGH SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
2. (name) THE INSURANCE CO OF THE STATE OF PENNSYLVANIA THROUGH THE SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
3. (name) LEXINGTON INSURANCE CO THROUGH SECRETARY OF STATE, STATE OF LA
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
4. (name) SHAW ENVIRONMENTAL INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION
   (address) 5616 CORPORATE BLVD STE 400B BATON ROUGE, LA 70808

5. THE USA THROUGH US ATTY GEN.
   HON ERIC HOLDER, US DEPT OF JUSTICE
   950 PENNSYLVANIA AVE, NW
   WASHINGTON, DC 20530-0001

6. USA THROUGH US ATTY FOR EDLA
   JIM LETTEN, US ATTY
   500 POYDRAS ST STE B-210
   NEW ORLEANS, LA 70130

7. FEMA THROUGH R DAVID PAULISON
   ADMIN OF FEMA
   500 C STREET SW
   WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address FRANK J D'AMICO JR
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINT ARE MATCHED.