OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-28-10

KAREN AUGUSTINE, ET AL

vs.

CRUM & FOSTER SPECIALTY Insurance Co, ET AL

Case No. 09-8457 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CRUM & FOSTER SPECIALTY Insurance Co THROUGH THE LA. SECRETARY OF STATE
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
2. (name) Sentry Insurance A Mutual Co. THROUGH LA. SECRETARY OF STATE
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
3. (name) SHAW ENVIRONMENTAL, INC THROUGH IT'S AGENT FOR SERVICE OF PROCESS, CT CORPORATION
   (address) 5616 CORPORATE BLVD STE 400B BATON ROUGE, LA 70808
4. (name) THE USA THROUGH THE FEMA THROUGH US ATTORNEY GEN: Honorable ERIC HOLDER, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
5. USA THROUGH OFFICE OF THE US ATTY FOR EDLA Jim LETTEN, US ATTY HALE BOGGS BLDG. 500 POYDRAS ST STE B-210 NEW ORLEANS, LA 70130
6. FEMA THROUGH CRAIG FUGATE, DIRECTOR 500 C STREET, SW WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address FRANK J D'AMICO JR, APLC
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.