OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-29-10

RACHERE HAMPTON, ET AL

vs.

TL INDUSTRIES, INC, ET AL

Case No. 09-8451 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) SHAW ENTERPRISES, INC THROUGH ITS REGISTERED AGENT FOR SERVICE, CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST BATON ROUGE, LA 70802-6129
2. (name) TL INDUSTRIES THROUGH ITS AGENT FOR SERVICE OF PROCESS REBECCA BUTLER POWER
   (address) 221 W. LEXINGTON AVE ELKHART, IN 46516
3. (name) THE USA THROUGH US ATTORNEYS OFFICE, EDLA
   (address) 500 POYDRAS ST Rm B210 NEW ORLEANS, LA 70130
4. (name) USA THROUGH ATTORNEY GENERAL OF THE US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
5. FEMA, OFFICE OF THE DIRECTOR, OFFICE OF THE GEN. COUNSEL
   500 C STREET, SW
   WASHINGTON, DC 20472

Very truly yours,

_____
Signature

Attorney for PLAINTIFFS

Address FRANK J D'AMICO JR, APLC
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINT ARE MATCHED.