OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04.29.10

MICSHELIA MCCUTCHEN, ETAL

vs.

AMERICAN INTERNATIONAL SPECIALTY LINES CO, ET AL

Case No. 09-8449  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) AMERICAN INTERNATIONAL SPECIALTY LINES CO. THROUGH SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE. BATON ROUGE, LA 70809
2. (name) THE INSURANCE CO OF THE STATE OF PA. THROUGH THE SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE. BATON ROUGE, LA 70809
3. (name) LEXINGTON INSURANCE CO. THROUGH THE SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
4. (name) SHAW ENVIRONMENTAL, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION
   (address) 5616 CORPORATE BLVD STE 400B BATON ROUGE, LA 70808

Very truly yours,

_____
"Signature"

Attorney for PLAINTIFFS

Address FRANK J D'AMICO, JR, APLC
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINT ARE MATCHED.