OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-29-2010

BEULAH ROBINSON

vs.

SUN VALLEY, INC

Case No. 09-8605 Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SUN VALLEY, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS: DAN MORRISON
   (address) 120 W. LEXINGTON AVE., ELKHART, IN 46516

2. (name) SHAW ENVIRONMENTAL, INC THROUGH CT CORPORATION
   (address) 5616 CORPORATE BLVD., SUITE 400B, BATON ROUGE, LA 70808

3. (name) UNITED STATES OF AMERICA THROUGH JAMES LETTEN, US ATTY'S OFFICE, EDLA
   (address) 500 POYDRAS ST., ROOM B210, NEW ORLEANS LA 70130

4. (name) UNITED STATES OF AMERICA THROUGH ERIC HOLDER
   (address) 950 PENNSYLVANIA, NW, WASHINGTON DC 20530

5. UNITED STATES OF AMERICA THROUGH FEMA OFFICE OF THE DIRECTOR, OFFICE OF THE GENERAL COUNSEL 500 C STREET, NW WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address Frank J. D'Amico, Jr., APLC
622 Baronne Street, 2nd Floor
New Orleans, LA 70113

I CERTIFY THAT ALL PARTIES LISTED ON THE ABOVE-REFERENCED COMPLAINT ARE MATCHED.