OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 04-29-10

LISA DAVIS, ET AL

vs.

LIBERTY MUTUAL INSURANCE CORP, ET AL

Case No. 09-8494   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SHAW ENVIRONMENTAL, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION
   (address) 5616 CORPORATE BLVD STE 400B BATON ROUGE, LA 70808
2. (name) THE USA THROUGH THE US ATTORNEY GENERAL Hon. ERIC HOLDER, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
3. (name) THE USA THROUGH THE OFFICE OF THE US ATTY FOR THE EDLA THROUGH JIM LETTEN, US ATTORNEY, HALE BOGGS FED. BLDG.
   (address) 500 POYDRAS ST. STE B-210 NEW ORLEANS, LA 70130
4. (name) FEMA THROUGH R. DAVID PAULISON ADMINISTRATOR OF FEMA
   (address) 500 C STREET, SW WASHINGTON, DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address FRANK J D'AMICO JR, APLC
622 BARONNE ST.
NEW ORLEANS, LA 70113

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINT ARE MATCHED.