OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __04-29-10__

__LISA DAVIS, ET AL.__

vs.

__LIBERTY MUTUAL INSURANCE CORP, ET AL__

Case No. __09-8494__ Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) LIBERTY MUTUAL INSURANCE CORP THROUGH ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST. BATON ROUGE, LA 70802
2. (name) ARCH SPECIALTY INSURANCE CO THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION
   (address) 5616 CORPORATE BLVD STE 400B BATON ROUGE, LA 70808
3. (name) WESTCHESTER SURPLUS LINES INSURANCE CO. THROUGH THE SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809
4. (name) LEXINGTON INSURANCE CO THROUGH THE SECRETARY OF STATE, STATE OF LA.
   (address) 8585 ARCHIVES AVE BATON ROUGE, LA 70809

Very truly yours,

_[signature]_
"Signature"

Attorney for __PLAINTIFFS__

Address __FRANK J D'AMICO JR, APLC__
__622 BARONNE ST.__
__NEW ORLEANS, LA 70113__

I CERTIFY THAT ALL PARTIES LISTED IN THE ABOVE REFERENCED COMPLAINT ARE MATCHED.