AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| William Barker <br> *Plaintiff* <br> v. <br> American International Group, Inc., et al <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 09-6158 Sec. N Mag. 5 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gibraltar Insurance Company, Ltd.
Through Its Registered Agent
Quest Management Solutions
FB Perry Building, 40 Church St.
Hamilton, HM 11, Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Feb 17 2010

Deputy clerk's signature

| Registered article / Envoi recommandé | ☐ Letter / Lettre | ☐ Printed Matter / Imprimé | ☐ Other / Autre | ☐ Express Mail International |
|---|---|---|---|---|
| ☐ Insured parcel / Colis avec valeur déclarée | Insured Value / Valeur déclarée | | Article No. | |
| Office of mailing / Bureau de dépôt | | Date of posting / Date de dépôt | | |

Addressee (Name or firm) / Nom ou raison sociale du destinataire:
**Gibraltar Insurance Co., Ltd.**
**c/o Quest Management Solutions**

Street and No. / Rue et No.:
**FB Perry Building, 40 Church St.**

Place and country / Lieu et Pays:
**Hamilton, HM 11, Bermuda**

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

| The article mentioned above was duly delivered. / L'envoi mentionné ci-dessus a été dûment livré. | Date |
|---|---|
| Signature of the addressee / Signature du destinataire | Signature of the employee of the office of destination / Signature de l'agent du bureau de destination |

Postmark of the office of destination / Timbre du bureau de destination