AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Rene Dupree | ) |
| ——————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| American International Group, Inc, et al | ) |
| ——————————————— | ) |
| *Defendant* | ) |

Civil Action No. 09-7775 Sec. N  Mag. 5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gilbraltar Insurance Company, Ltd.
Through Its Registered Agent
Quest Management Solutions
FB Perry Building, 40 Church St.
Hamilton, HM 11, Bermuda

A lawsuit has been filed against you.

    21

Within ~~20 days~~ after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:     Jan 28 2010

Deputy clerk's signature

