AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| Barbara Anderson<br><br>*Plaintiff*<br><br>v.<br><br>Forest River, Inc., et al<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  09-6173  Sec. N  Mag. 5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alliance Homes, Inc. d/b/a Adrian Homes
Through its Agent for Service of Process
Glinn H. Spann
734 E. Main St.
Adrian, GA  31002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Mar 01 2010___

Deputy Clerk's signature

**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number

7179100016450014179 5

1. Article Addressed to:

Alliance Homes, Inc. d/b/a Adrian Homes
Through its Agent for Service of Process
Glinn H. Spann
734 E. Main St.
Adrian, GA 31002

A. Signature
X _Illa J. Smith_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
_Illa Jo Smith_

C. Date of Delivery
03.04.10

D. Is delivery address different from item 1? ☑ Yes
If YES enter delivery address below:   ☐ No

PO Box 266
Adrian, GA 31002

3. Service Type
☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Code: Barbara Anderson
Code2: JIW
File: 07-5980

**Domestic Return Receipt**

PS Form 3811