AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Glenda Jefferson, et al | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 09-6408 Sec. N Mag. 5 |
| American International Group, Inc., et al | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gibraltar Insurance Company, Ltd.
Through Its Registered Agent
Quest Management Solutions
FB Perry Building, 40 Church St.
Hamilton, HM 11, Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Feb 24 2010__

Deputy clerk's signature

RE 570 905 660 US

Addressee (Name or firm):
Gibraltar Insurance Co., Ltd.
c/o Quest Management Solutions
FB Perry Building, 40 Church St.
Hamilton, HM 11, Bermuda

Postmark: HAMILTON 09 APR 10 BERMUDA