# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

| BRADLEY HENDERSON, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 6:09-CV-01524-RTH-CMH |
|  | ) Judge Richard T Haik, Sr |
| AMERICAN INTERNATIONAL GROUP INC , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Gibraltar Insurance Co**

A lawsuit has been filed against you.

Within the time required by law*, normally 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Gerald Edward Meunier
> Gainsburgh Benjamin et al (NO)
> 1100 Poydras St Ste 2800
> New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



TONY R. MOORE

_____
CLERK OF COURT

/s/ – Tony R. Moore
_____

ISSUED ON 2010-02-16 13:46:35 , Clerk USDC WDLA

* *(60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

