## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER     \*     MDL NO. 1873
                FORMALDEHYDE PRODUCTS  \*
                LIABILITY LITIGATION     \*     SECTION "N" (5)
                                    \*
                                    \*     JUDGE ENGELHARDT
                                    \*     MAGISTRATE CHASEZ
                                    \*

**THIS DOCUMENT PERTAINS TO**     \*
                                    \*

CIVIL CASE NOS. 09-4676, 09-4677, 09-4678,\*
09-4679, 09-4680, 09-4681, 09-4682, 09-4683, \*
09-4684, 09-4685, 09-4686, 09-4687, 09-4688, \*
09-4689, 09-4690, 09-4691, 09-4692, 09-4693, \*
09-4694, 09-4695, 09-4696, 09-4697, 09-4698, \*
09-4699, 09-4700, 09-4701, 09-4702, 09-4703, \*
09-4704, 09-4705, 09-4706, 09-4707, 09-4708, \*
09-4709, 09-4710, 09-4711, 09-4712, 09-4713, \*
09-4714, 09-4716, 09-4717, 09-4718, 09-4719, \*
09-4721, 09-4722, 09-4724, 09-4725, 09-4726, \*
09-4727, 09-4728, 09-4729, 09-4730, 09-4731, \*
09-4733, 09-4734, 09-4737, 09-4738, 09-4739, \*
09-4741, 09-4743, 09-4744, 09-4746, 09-4747, \*
09-4749, 09-4752, 09-4754, 09-4755, 09-4756, \*
09-4757, 09-4758, 09-5984, 09-5989, 09-6162, \*
09-6164, 09-6167, 09-6169, 09-6171, 09-6417, \*
09-6418, 09-6496, 09-6502, 09-6503, 09-6505, \*
09-6635, 09-6637, 09-6639, 09-6640, 09-6641 \*
09-6642, 09-6718, 09-6719, 09-6916, 09-6917, \*
09-6918, 09-6919, 09-6920, 09-6923, 09-6924, \*
09-6925, 09-6926, 09-6927, 09-6928, 09-6929, \*
09-6930, 09-6931, 09-6932, 09-6933, 09-6935, \*
09-6936, 09-6937, 09-6938, 09-6939, 09-6940, \*
09-6941, 09-6942, 09-6943, 09-6944, 09-6945, \*
09-6946, 09-6947, 09-6948, 09-6951, 09-6954, \*
09-6955, 09-6956, 09-6957, 09-6958, 09-6959, \*
09-6960, 09-6962, 09-6964, 09-6965, 09-6966, \*
09-7063, 09-7064, 09-7065, 09-7066, 09-7067, \*
09-7068, 09-7069, 09-7070, 09-7072, 09-7073, \*
09-7074, 09-7075, 09-7076, 09-7078, 09-7079, \*
09-7080, 09-7081, 09-7083, 09-7084, 09-7085, \*
09-7086, 09-7087, 09-7088, 09-7090, 09-7092, \*
09-7093, 09-7094, 09-7095, 09-7096, 09-7099, \*

```
09-7100, 09-7101, 09-7102, 09-7104, 09-7106, *
09-7107, 09-7108, 09-7109, 09-7110, 09-7112, *
09-7115, 09-7118, 09-7119, 09-7120, 09-7122, *
09-7123, 09-7124, 09-7398, 09-7399, 09-7400, *
09-7401, 09-7402, 09-7403, 09-7404, 09-7405, *
09-7406, 09-7411, 09-7412, 09-7413, 09-7414, *
09-7415, 09-7416, 09-7417, 09-7418, 09-7419, *
09-7420, 09-7421, 09-7422, 09-7423, 09-7425, *
09-7426, 09-7427, 09-7428, 09-7429, 09-7430, *
09-7439, 09-7530, 09-7531, 09-7532, 09-7533, *
09-7534, 09-7535, 09-7536, 09-7792, 09-7794, *
09-7796, 09-7797, 09-7798, 09-7799, 09-7800, *
09-7802, 09-7804, 09-7806, 09-7808, 09-7813, *
09-7814, 09-7815, 09-7816, 09-7818, 09-7819, *
09-7822, 09-7823, 09-7824, 09-7827, 09-7828, *
09-7830, 09-7831, 09-7833, 09-7835, 09-7837, *
09-7838, 09-7840, 09-7841, 09-7842, 09-7843, *
09-7845, 09-7846, 09-7853, 09-7854, 09-7855, *
09-7856, 09-7857, 09-7858, 09-7859, 09-7887, *
09-7889, 09-7890, 09-7891, 09-7892, 09-7893, *
09-7894, 09-7895, 09-7896, 09-7897, 09-7898, *
09-7899, 09-7903, 09-7904, 09-7905, 09-7907, *
09-7909, 09-7910, 09-7911, 09-7912, 09-7916, *
09-7918, 09-7919, 09-7921, 09-7922, 09-7924, *
09-7925, 09-7960, 09-7962, 09-7963, 09-7965, *
09-7973, 09-7980, 09-7983, 09-7984, 09-7987, *
09-7990, 09-7991, 10-0534                    *
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that they have contacted liason counsel for the Manufacturing Defendants, Contracting Defendants and Insurance Defendants but they have been unable to respond to date. Therefore, the undersigned does not know whether or not the parties oppose this motion.

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID #10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID #99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of April, 2010.

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**