Transcript of the Testimony of
# Videotaped Deposition of Ronald J. French, M.D.

## Date taken: April 15, 2010

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:    504-529-5255**
**Fax:    504-529-5257**
**Email:    reporters@psrdocs.com**
**Internet:    www.psrdocs.com**



EXHIBIT

A

tabbies®

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)       Videotaped Deposition of Ronald J. French, M.D.

Page 10

1     the lawsuit?

2         A.    I don't recall.  I don't think so.

3         Q.    Were you given any depositions to

4     review?

5         A.    Yes, I was.

6         Q.    And do you recall what depositions

7     you were asked to first review?

8         A.    To first review.  I can't remember

9     the -- what the first one I was asked to

10    review, but they were several.  They were

11    her treating physicians, Drs. Gautreaux,

12    Bowers, Smith, and I can't remember what

13    order they were sent me.

14        Q.    Do you know professionally any of

15    Ms. Castanel's treating physicians?

16        A.    I'm an acquaintance of Dr. Smith.

17    Dr. Gautreaux is a colleague who's practiced

18    in this community, but I don't think I've

19    ever met him.

20        Q.    Does he practice in the same area

21    of medicine as you, otolaryngology?

22        A.    Gautreaux does, yes.

23        Q.    And are you a board certified

24    otolaryngologist?

25        A.    I am.

Page 11

1      Q.    That's the same thing as an ear,

2    nose, and throat doctor; right?

3      A.    Correct.

4      Q.    And Dr. Gautreaux to your knowledge

5    is also board certified?

6      A.    I don't know.

7      Q.    Do you have affiliations at any of

8    the same hospitals to your knowledge, you

9    and Dr. Gautreaux?

10     A.    I don't think we've ever been

11   affiliated at the same hospital.

12     Q.    Okay.

13     A.    Now, with one exception.  We may

14   have both been on the staff of Charity

15   Hospital in the past, but that -- that is

16   such an enormous group of people that I

17   would not have ever known whether he was --

18   whether we had ever passed or not.

19     Q.    Are you currently affiliated with

20   Tulane?

21     A.    I am.

22     Q.    And I see that on your C.V. you

23   list yourself as associate clinical

24   professor of otolaryngology and head and

25   neck surgery, 1989 to the present.  Is that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)        Videotaped Deposition of Ronald J. French, M.D.

Page 12

1    a tenured faculty position?

2        A.    It is not.

3        Q.    Tell me the nature of the position.

4        A.    It is a clinical appointment

5    afforded to persons in the community who

6    practice in the specialty of that department

7    and who support the department and its

8    training programs in a myriad of fashions.

9        Q.    And have you had an opportunity to

10   treat patients who have been brought to you

11   because of some type of injury associated

12   with chemical exposure?

13       A.    Yes, I have.

14       Q.    And can you identify some of the

15   kinds of cases that you've looked at in the

16   past?

17       A.    I can't, you know, specifically

18   enumerate cases, but I remember people who

19   have been exposed to or potentially exposed

20   to toxins from refinery positions in the

21   petrochemical corridor around New Orleans.

22       Q.    And when they have seen you for

23   health-related matters, what type of

24   physical symptoms have you observed in some

25   of the patients that you treated for

Page 13

1    chemical injuries?

2        A.   Well, most of them were -- were

3    there -- were being -- were there for --

4    Most of the patients I saw I saw as a

5    screening mechanism for people who had the

6    potential exposure, but I cannot remember

7    any specific condition or illness that was

8    the result in any of them of exposure to a

9    chemical.

10       Q.   Did you treat patients who had any

11   evidence of chronic exposure to chemicals?

12   Do you recall any such instances where they

13   came to you reporting that they had been

14   around benzene for ten years or two years or

15   for some, you know, prolonged period of

16   time?

17       A.   I don't recall anybody from -- from

18   chemicals.

19       Q.   All right.

20       A.   From inhalants.  That was the

21   large -- that was a big portion of my -- of

22   my practice but not from chemicals.

23       Q.   When you say inhalants, are you

24   talking about like fine particulate matter?

25       A.   Yes.  I'm talking about essentially

Page 14

1     tobacco.  Tobacco, asbestos, bagasse, etc.

2          Q.   Silica exposure?

3          A.   I don't recall a silica exposure

4     that I've seen in the past.

5          Q.   Were you given any information

6     concerning the odor threshold of

7     formaldehyde?

8          A.   I was.

9          Q.   Okay.  And what information

10    specifically were you given about the odor

11    threshold of formaldehyde?

12         A.   Well, the information I gave was

13    that the threshold is at a very low

14    concentration of formaldehyde and that there

15    is a variance among human beings as to what

16    that level is but an average of probably a

17    half part per million.

18         Q.   Which would be the same as 500

19    parts per billion; correct?

20         A.   Correct.

21         Q.   Were you also given any information

22    concerning studies that are identified in

23    the ATSDR toxicological profile indicating

24    an average odor threshold of one part per

25    million or a thousand parts per billion?

Page 15

1      A.    One part --

2      Q.    Per million or 1,000 --

3      A.    Per billion?

4      Q.    Per billion.

5      A.    Yes.

6      Q.    Yes.

7      A.    The -- I don't recall that.

8      Q.    All right.

9      MR. GARRISON:

10            And let me just say this.  If you

11   want to show the doctor any type of

12   information, it might help refresh his

13   memory.

14      MR. REICH:

15            Sure.  It would be in the ATSDR tox

16   profile.  I guarantee you that.

17      MR. GARRISON:

18            And, Doctor, if you feel the need

19   to look at any of the material --

20      MR. REICH:

21            Yeah.  Please --

22      MR. GARRISON:

23            -- feel free.

24      MR. REICH:

25            Yeah.  Feel free to consult --

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 16

1          THE WITNESS:

2               The -- In -- in --

3          MR. REICH:

4               -- any materials.

5          THE WITNESS:

6               In the things I reviewed, it

7     demonstrated a range of -- of levels at

8     which the odor of formaldehyde was perceived

9     and that's totally expectable -- expectant

10    by me that there would be that range.

11    EXAMINATION BY MR. REICH:

12        Q.   So you would agree that there's a

13    high degree of variability with respect to a

14    person's ability to perceive odors such as

15    formaldehyde?

16        A.   I wouldn't say a high degree.  If

17    you're talking in parts per billion, that

18    is -- while there is a significant

19    difference in the number in parts per

20    billion, that's still a very small

21    differentiation as far as human beings and

22    their ability to smell formaldehyde.  What

23    impressed me is that in almost all human

24    beings it's very easily smelled at a very

25    low concentration.

Page 17

1      Q.    Well, let's --

2      A.    It's smelling.

3      Q.    Sure.  Let's assume and we'll go

4   with the number that you first mentioned,

5   the .5 PPM or 500 parts per billion.  Let's

6   assume that that is an average odor

7   threshold.  Are you aware of literature

8   demonstrating that cellular damage can occur

9   at levels less than 100 parts per billion or

10  .1 PPM?

11     A.    No, I'm not.

12     Q.    Did you review -- In addition to

13  the depositions of some of the treating

14  physicians that you have previously

15  mentioned of Ms. Castanel, did you actually

16  review their original medical records?

17     A.    I did.

18     Q.    And you would have reviewed Dr.

19  Gautreaux's records?

20     A.    Yes.

21     Q.    Did you attempt to do any type of

22  frequency analysis to see approximately how

23  many times before Ms. Castanel moved into

24  the trailer she saw Dr. Gautreaux for

25  sinus-related conditions and the period of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 19

1    never treat something without seeing it.

2    Any time you do you'll generally find out

3    you made a mistake because the patient --

4    Well, yes, I have.

5         Q.   But virtually all doctors who are

6    in your position do that, don't they?

7         A.   Doctors --

8         Q.   I mean --

9         A.   Doctors who are in private practice

10   do it.

11        Q.   Right.

12        A.   Doctors who are in institutions are

13   shielded by their -- by their institution.

14   They don't do it.

15        Q.   So you don't get that kind of

16   protection in --

17        A.   No.

18        Q.   -- your business?

19        A.   Right.

20        Q.   Now, is formaldehyde from what

21   you've read a respiratory irritant?

22        A.   Of the upper respiratory tract, it

23   is an irritant.

24        Q.   And have you determined based upon

25   your review of literature that Mr. Garrison

Page 20

1    gave you the levels that had been indicated

2    at which formaldehyde can cause upper

3    respiratory tract irritation?

4        A.   Yes.

5        Q.   And what is your sense of what the

6    levels are at which respiratory irritation

7    can occur?

8        A.   At very close to the level of the

9    perceived smell.

10       Q.   So would that be in your opinion

11   approximately .5 PPM?

12       A.   Yes.

13       Q.   Have you seen any literature from

14   any public health agencies or government

15   agencies indicating that irritation can

16   occur at levels of 100 parts per billion and

17   in sensitive individuals even lower, in

18   other words, .1 PPM or less?

19       A.   Yes.  I have seen that.

20       Q.   All right.  Now, do you know if Ms.

21   Castanel suffered from seasonal allergies?

22       A.   She was -- she was thought by Dr.

23   Gautreaux to suffer from allergies.

24       Q.   If a person suffers from seasonal

25   allergies, does that make them more

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 21

1    susceptible to the effects of formaldehyde

2    exposure?

3        A.    No.

4        Q.    What is the basis for that opinion?

5        A.    The formaldehyde is not an allergen

6    except in rare cases and there would be no

7    reason to suggest that -- there's no --

8    there's no evidence that there is a

9    correlation between seasonal allergy and the

10   inhalant of other -- other compounds.

11       Q.    Now, can formaldehyde cause

12   cellular injury through multiple mechanisms

13   either through its ability to cause

14   irritation or through an allergenic

15   mechanism?

16       MR. GARRISON:

17           Object to the form.

18   EXAMINATION BY MR. REICH:

19       Q.    You can answer the question.

20       A.    Allergenic mechanism?  The -- There

21   is no question that formaldehyde can cause

22   changes in the mucus, mucosa, the mucus

23   membranes of the upper respiratory tract,

24   particularly the anterior nasal tissues and

25   maybe the nasopharynx, the areas with which

Page 22

1    it first comes in contact when it's breathed

2    in nasal inspiration.

3         Q.   Are there any studies to your

4    knowledge that have looked at the effect of

5    upper respiratory injury on persons who have

6    resided in FEMA-issued trailers?

7         A.   No.

8         Q.   Have you done a search of the

9    literature to determine whether any studies

10   have been done?

11        A.   No.

12        Q.   Are you -- So you're not familiar

13   then with the children's health project done

14   by Columbia University on people who,

15   particularly children, who lived in FEMA

16   trailers?

17        A.   I don't believe I have seen that.

18        Q.   Okay.  Do you have an opinion

19   whether -- whether children are more

20   sensitive to the effects of formaldehyde

21   than adults?

22        A.   I don't know.

23        Q.   What is the first indication that

24   you've seen in the medical records of Ms.

25   Castanel that she's had prior sinusitis or

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)        Videotaped Deposition of Ronald J. French, M.D.

Page 23

1    rhinitis?

2        A.    The medical records of her treating

3    physicians.

4        Q.    And do they go back approximately

5    to 2002?

6        A.    Something like that.

7        Q.    Now, you conducted an interview of

8    Ms. Castanel; correct?

9        A.    I did.

10       Q.    And it was just you and her and

11   perhaps a nurse that were present?

12       A.    It was just the two of us.

13       Q.    All right.  And tell me about your

14   method of interviewing a patient when you do

15   it for a case that is going to court and you

16   don't have a patient/physician relationship.

17       A.    The examination always begins with

18   a history which you ask the patient, you

19   know, what their complaint is, how long

20   they've had the complaint, any factors that

21   relate to the complaint, what they think

22   about it, what their treatment has been,

23   etc., etc., and one then sleuths from there.

24   Each -- each answer a patient gives leads to

25   another question, and what you try to do is

Page 24

```
 1    lead all -- into all those alleys until you

 2    have a complete picture of what it is that

 3    has bothered the patient, what factors may

 4    have been the cause of it, what the

 5    treatment has been, and all of those things

 6    are done prior to a physical examination of

 7    the patient.

 8         Q.   Now, you've indicated you've done a

 9    number of court cases where you've appeared

10    as an expert witness in a number of cases.

11    Do you know approximately what percentage of

12    those cases you were retained by the defense

13    counsel and have you also been retained by

14    plaintiff's counsel in any cases?

15         A.   I've been retained by plaintiffs'

16    counsels that I can remember, but they have

17    not led to appearance in court.  I believe

18    that for each appearance in court that I've

19    had I have been retained by the defense

20    counsel.

21         Q.   And over the past five years,

22    approximately how many court appearances do

23    you think you've made?

24         A.   I don't think I've made any in the

25    last five years.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 28

1     A.   Correct.

2     Q.   With a date February 1, 2010; true?

3     A.   True.

4     Q.   That was the date of the actual

5  visit?

6     A.   I don't recall whether that was the

7  date of the visit or that was the date --

8  Yes, I think it was the date of the visit.

9     Q.   And you have listed impression and

10  you note a number of impressions.  Were

11  those the impressions prepared

12  contemporaneous with the interview of Ms.

13  Castanel?

14     A.   Correct.

15     Q.   And let's go through these

16  impressions.  The first one you note is

17  history of recurrent respiratory infections.

18  Did you form that opinion based upon your

19  interview of Ms. Castanel or her medical

20  records or a combination?

21     A.   A combination.

22     Q.   All right.  Had you completed the

23  review of the medical records before you saw

24  Ms. Castanel?

25     A.   Most of them.

Page 32

1     for pressure.  I have no facility for doing

2     that.

3          Q.    Had she been treated for

4     glaucoma --

5          A.    Yes.

6          Q.    -- to your knowledge?  And had that

7     treatment been successful?

8          A.    Yes.

9          Q.    And chronic dermatitis, did she

10    have chronic dermatitis at the time that she

11    saw you?

12         A.    I saw no evidence of it, but I

13    didn't -- I'm not a dermatologist and I

14    didn't do a dermatologic examination.

15         Q.    So you don't purport to have any

16    expertise with respect to whether

17    formaldehyde can cause any type of

18    dermatitis, do you?

19         A.    No.

20         Q.    All right.  Let's go to the next

21    item, history of sinus condition related to

22    residing in FEMA trailer.  Was that

23    statement based upon her responses to

24    questions that you --

25         A.    Yes.

Page 33

1      Q.   -- asked her?  Now, you have seen

2  other people who have lived in FEMA

3  trailers; true?

4      A.   Yes.

5      Q.   Approximately how many?

6      A.   I -- I cannot give you a number,

7  but I was trying to think the other day

8  about the thousands of patients I've seen

9  since the storm and realizing that many of

10  them have lived in FEMA trailers.  I

11  certainly must have seen hundreds of

12  patients who were living in FEMA trailers,

13  many of them who I was aware of that, many

14  of who I was probably not aware.

15      Q.   And the ones that you were aware

16  of, were you aware of that because they

17  typically would tell you that they were in a

18  FEMA trailer at the time of the visit?

19      A.   Well, it's kind of an

20  interesting -- an interesting -- Let me tell

21  you how I -- how I know that.  For the year

22  or two after the storm, every patient that

23  came in who I knew, and even the ones I

24  didn't know usually but particularly the

25  ones I knew, they all wanted to tell me

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 34

1    their story.  Everybody had a story, and,

2    you know, you couldn't -- it's a dishonor to

3    your patient to not listen to the story.  So

4    I heard all of the trauma they had been

5    through, and I usually shared my story too.

6    We all had stories.  And so I -- I learned

7    that many of them had their homes flooded

8    and that they were living in FEMA trailers.

9         Q.   Approximately how many patients do

10   you see per week?

11        A.   Probably 150 patients a week.

12        Q.   So you have a very active clinical

13   practice?

14        A.   Yes.  Now, I'm not practicing at

15   the moment.

16        Q.   Have you --

17        A.   But during that era, that was the

18   number of patients I saw.

19        Q.   Okay.  Have you retired from

20   clinical practice?

21        A.   I've retired.

22        Q.   And when did you retire from

23   clinical practice?

24        A.   I retired in the middle of 2008.

25        Q.   Are you practicing medicine today?

Page 35

```
 1      A.   I do occasionally.  I do occasional

 2   outpatient work.

 3      Q.   I assume you performed surgery in

 4   your past?

 5      A.   Yes.

 6      Q.   And until approximately what date

 7   did you do surgery?

 8      A.   Until the day I retired.

 9      Q.   In a typical week would you set

10   aside certain times for performing surgery?

11      A.   Well, generally I'd perform surgery

12   in the morning, but I didn't have a

13   particular morning or day of the week upon

14   which I did the surgery.  It depended on the

15   competition for times in the operating room

16   at the several hospitals which I operated.

17      Q.   And which hospitals were the ones

18   that you predominantly used when you did

19   surgical procedures?

20      A.   Predominantly Touro Infirmary and

21   East Jefferson General Hospital.

22      Q.   And what sorts of surgeries would

23   you typically do?

24      A.   Well, the gamut ran from pediatric

25   surgery for tonsils, adenoids, polyethylene
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 36

1    tubes in their ears for fluid retention.  In

2    adults I did a lot of tumor surgery

3    involving the neck, the salivary glands such

4    as the parotid and the submaxillary, the

5    thyroid, a lot of endoscopic procedures on

6    the vocal cords, the upper respiratory

7    tract, tumors and lesions of the tongue,

8    adult tonsillectomies, biopsies of various

9    lesions of the upper respiratory tract, and

10   I guess the most frequent surgery since the

11   beginning of the 21st century was endoscopic

12   sinus surgery in adults.  The most common

13   surgical procedure in adults was endoscopic

14   sinus surgery.

15       Q.   Would you be able to reconstruct

16   from your medical records the specific

17   patients that lived in FEMA trailers?  Was

18   that something that you typically noted in

19   your records?

20       A.   Probably not.  And I would -- there

21   would be no way to reconstruct it because

22   my -- all of my medical records were written

23   in longhand.  There would be no

24   computerization where certain key words

25   could be picked up or something like that.

Page 39

1    average levels of formaldehyde in trailers.

2    EXAMINATION BY MR. REICH:

3        Q.    Have you seen any medical

4    literature referencing levels of

5    formaldehyde in travel trailers?  By medical

6    literature I'm talking about articles that

7    appear in the peer-reviewed medical

8    journals.

9        A.    I don't recall.

10       Q.    All right.  Did you determine

11   whether there was a higher incidence of

12   respiratory complaints among those patients

13   of yours who lived in travel trailers versus

14   those who were not in travel trailers?

15       A.    Did I determine whether there was a

16   difference?

17       Q.    Yes.

18       A.    There was not.

19       Q.    And how did you make that

20   determination?

21       A.    Well, there was a -- a body of

22   publicity during the post-Katrina era when

23   it was claimed that chronic -- that there

24   were more frequent and more severe

25   respiratory infections.  In fact, it was

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 40

1    even given a name, the Katrina cough.  So

2    being the person who saw all acute

3    respiratory infections, my partners and I,

4    we decided to do a study to see whether

5    there was an increase -- whether that was

6    true, there was an increase.

7              And this is not a peer-reviewed

8    study, but it's an opinion that was

9    engendered by discussing with the other

10   otolaryngologists -- the other

11   otolaryngologists in the community as well

12   as my partners.  And I think we have the

13   largest ENT practice in Orleans and

14   Jefferson Parish.  And we found there was no

15   difference in our patients in the

16   post-Katrina year than there was in the

17   pre-Katrina year.  Now, I realize that

18   comprises all people, both in house trailers

19   and out of house trailers, but we saw no --

20   no change in incidence of respiratory

21   infections.

22        Q.   Now, tell me how you went about

23   constructing this study.

24        A.   It was -- it was purely clinical.

25   It was what we all thought was the rate of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 41

1     illness that we saw as compared the previous

2     year, and it is -- as I say, it's not a

3     peer-reviewed study but it was our

4     impression that -- We all had the same

5     impression and that was that things were no

6     different.

7          Q.   Was the study circulated?

8          A.   No.

9          Q.   Was --

10         A.   It was circulated by mouth.  We

11    talked about it.

12         Q.   It wasn't put in writing?

13         A.   No.

14         Q.   Was any data compiled?

15         A.   No.

16         Q.   So there was no data concerning

17    what the incidence of upper respiratory

18    infections was pre-Katrina versus

19    post-Katrina; correct?

20         A.   Correct.

21         Q.   So --

22    MR. GARRISON:

23         And do you mean written data?

24    MR. REICH:

25         Just as I used the word data.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 42

1    EXAMINATION BY MR. REICH:

2        Q.    By data I'm referring to the

3    compilation of statistical material.

4        A.    I understand.

5        Q.    All right.  So basically you and

6    colleagues got together and had a

7    discussion.  Was this a formal discussion?

8    In other words, was there a meeting with an

9    agenda and different topics had been

10   assigned to different doctors?

11       A.    No.  It was largely -- it was

12   largely my curiosity that engendered the

13   study and it was an informal clinical

14   opinion, an observation, a sense, a feeling,

15   and -- but it was corroborated.  I didn't --

16   Neither -- neither of my partners felt any

17   differently than I did in that there was no

18   change.

19       Q.    Did you talk to people outside of

20   your clinic?

21       A.    Yes.

22       Q.    All right.  And tell me which

23   doctors contributed to --

24       A.    I can't remember the --

25       Q.    -- the formation of --

Page 43

```
 1      A.    -- other doctors I spoke to.

 2      Q.    -- this opinion.

 3      A.    They are people I ran into, but

 4  I -- because I was curious, I would ask

 5  people casually over lunch in the doctors'

 6  dining room and other places about that and

 7  they -- they corroborated my own opinion.

 8      Q.    And tell me how you would define

 9  the Katrina cough or Katrina syndrome.  What

10  would qualify a patient as one that would

11  have a Katrina cough or this, quote --

12      A.    Well, I think there was --

13      Q.    -- unquote, Katrina syndrome?

14      A.    I'm sorry I didn't make myself

15  clear.  I think there was no such thing as

16  the Katrina cough or Katrina syndrome.  I

17  think anybody who coughed after Katrina in

18  the jargon of the populous became a Katrina

19  cough.  It was just a cough.

20      Q.    So when you talked to your

21  colleagues, did you ask them about the cough

22  specifically?  Did you ask them about

23  sinusitis, rhinitis?  How -- how did you --

24      A.    The whole --

25      Q.    How did you --
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 44

1      A.    The -- the --

2      Q.    -- set it up?

3      A.    Among my partners,

4    otolaryngologists --

5      Q.    Right.

6      A.    -- we talked about things we see in

7    our practice which are the results of acute

8    upper respiratory infections.  The cough may

9    be part of it, but I specifically would ask

10   other people about the cough, the Katrina

11   cough, since there was a lot about it in the

12   press and even the newsmen were mentioning

13   it.  Interestingly enough, they quit talking

14   about it after a while, but there was -- you

15   know, in the time of the storm and after the

16   storm, there -- a lot of urban myths were

17   hatched and a lot of those urban myths got

18   media coverage such as the toxic nature of

19   the floodwaters and, of course, it was

20   nothing but spillage from the lake and from

21   the skies, perfectly safe, but it was -- it

22   was -- I heard it mentioned on the

23   television that it was a corrosive, toxic

24   soup.  I had to laugh because I walked

25   through it and I -- with my shoes off and I

Page 45

1    didn't notice any change of my skin.  I'm

2    sorry.  That's an aside.  But I wanted to

3    mention that to say that I think that there

4    were a lot of urban myths and the Katrina

5    cough is one of them.

6        Q.    Do you know if a travel trailer

7    that has levels of formaldehyde emitting at

8    or above a hundred parts per billion for a

9    one-year period of time presents a healthy

10   environment?

11       MR. GARRISON:

12            Object to the form.

13   EXAMINATION BY MR. REICH:

14       Q.    You can -- you can respond.

15       A.    The question is, is it a healthy

16   environment to be in a trailer that emits a

17   level of formaldehyde at -- at one part per

18   million?

19       Q.    At .1 PPM.

20       A.    One -- .1 --

21       Q.    .1 PPM.

22       A.    -- parts per million?

23       Q.    Or 100 --

24       A.    100 parts per billion?

25       Q.    -- per billion.  Right.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 47

1      show the study to the doctor.

2           MR. REICH:

3                Well, I'm testing his knowledge of

4      the --

5           MR. GARRISON:

6                I understand.  He's already --

7           MR. REICH:

8                -- study.

9           MR. GARRISON:

10                -- testified.

11          MR. REICH:

12               But I can ask the questions.

13          MR. GARRISON:

14               I understand.

15      EXAMINATION BY MR. REICH:

16          Q.   All right.  Have you ever done any

17      type of study that's been published in a

18      peer-reviewed journal?

19          A.   Type of study.

20          Q.   Yes.

21          A.   No.  I have -- I have published in

22      the medical literature, but they were --

23      none of them were studies.

24          Q.   What type of articles have you

25      published typically?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 48

1      A.    Reports on procedures, laser

2   surgery, medical emergency devices that I --

3   that I have created.

4      Q.    Yeah.  I noticed, for example,

5   you're affiliated -- Is it with a laser

6   manufacturing company in Israel?

7      A.    I was.

8      Q.    Okay.  And what was the nature of

9   that product?

10     A.    I was the initial investigator for

11  the use of the carbon dioxide laser in

12  surgery of the upper respiratory tract in

13  the early '70s and the laser we used was

14  made first by American Optical and then

15  Laser Industries of Tel Aviv came on --

16  in -- on to the field with a laser and they

17  hired me as a consultant to help them with

18  the configuration of that -- of that laser.

19     Q.    And was this one of the early

20  technologies that was used for like sinus

21  surgeries?

22     A.    No.  It was used for surgery of the

23  upper respiratory tract, the vocal cords --

24     Q.    Oh, I see.

25     A.    -- tonsils, tongue lesions, that

Page 49

1   sort of thing.

2       Q.   Okay.  Let me go back to this

3   informal study that you and your colleagues

4   apparently did.  Did you ever put anything

5   in writing at all concerning whether there

6   were any differences between upper

7   respiratory tract health effects pre and

8   post-Katrina?

9       A.   No.

10      Q.   Did you ever have a meeting

11  scheduled where you specifically discussed

12  this issue?  In other words, you --

13      A.   No.

14      Q.   -- set a meeting and set an agenda?

15      A.   No.

16      Q.   Do you know what a cross-sectional

17  study is, a public health type of study

18  where you look at a controlled population,

19  one that may not be exposed or influenced by

20  a certain factor and another group of people

21  that were ostensibly exposed or influenced

22  by a certain factor?

23      A.   Yes.  I understand that.  A

24  controlled study.

25      Q.   Right.  You didn't do anything like

Page 50

```
 1   that at all --
 2       A.   No.
 3       Q.   -- in connection with the opinions
 4   that you formed based upon your impressions
 5   or observations of patients?
 6       A.   No.  This was purely done in my --
 7   in my evaluation of what I saw one year as
 8   to what I had seen the previous year.
 9       Q.   And you would agree that that type
10   of observation wouldn't make it into a
11   peer-reviewed medical journal; correct?
12       A.   Correct.
13       Q.   All right.  Now, you don't deny
14   that formaldehyde exposure can cause upper
15   respiratory tract injury, do you?
16       MR. GARRISON:
17           Object to the form.
18       THE WITNESS:
19           Some levels of formaldehyde
20   exposure can certainly cause damage to the
21   upper respiratory tract.
22   EXAMINATION BY MR. REICH:
23       Q.   Are you aware of any patients who
24   came to you and said, "I was exposed to
25   formaldehyde on the job.  I developed
```

Page 52

1    begin with Holmstrom.  Did you review any of

2    his studies on formaldehyde?

3        A.   I don't remember.

4        Q.   Okay.  Those are studies that deal

5    with cellular changes, metaplasia,

6    dysplasia --

7        A.   I did --

8        Q.   -- hyperplasia?

9        A.   I did read studies, and they could

10    have been his, about dysplasia, chronic

11    changes in the mucus membrane of the -- of

12    the lining of the nasal mucosa.  They may

13    have been his.  I don't recall the name.

14        Q.   Do you recall the levels of

15    exposure for any of those studies dealing

16    with the nasal mucosa and cellular changes

17    associated with the exposure?

18        A.   I don't recall.

19        Q.   Now, if somebody has a chronic

20    history of sinusitis, can that sinusitis be

21    aggravated by certain types of upper

22    respiratory irritants?

23        A.   Yes.

24        Q.   And can formaldehyde cause an

25    exacerbation of sinusitis?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)      Videotaped Deposition of Ronald J. French, M.D.

Page 53

1      A.   I -- I don't know.

2      Q.   Can formaldehyde cause an

3   exacerbation of rhinitis?

4      A.   It depends on what concentration

5   you're talking about.  The inflammation of

6   the nasal mucosa could certainly be caused

7   by a significant concentration of

8   formaldehyde.  The -- but at levels at which

9   one smells formaldehyde it cannot nor can it

10  produce sinusitis at the levels at which one

11  smells it.

12     Q.   What about at levels that are below

13  500 parts per billion?  Is it your opinion

14  that one cannot exacerbate either sinusitis

15  or rhinitis at levels below 500 parts per

16  billion or .5 PPM?

17     A.   I think that's right.

18     Q.   Okay.  Have you seen that in the

19  literature?

20     A.   I have.

21     Q.   Have you also seen literature

22  indicating that formaldehyde can cause

23  sinusitis or rhinitis at levels of a hundred

24  parts per billion and in some individuals

25  even at lower levels?

Page 57

1      A.    And the ethmoid's between the eyes.

2      Q.    Okay.  And were you able to tell

3   what type of sinus conditions Ms. Castanel

4   historically experienced?

5      A.    Dr. Gautreaux called them each one

6   an episode of acute sinusitis.  He did not

7   specify on his clinic notes the etiology of

8   that sinusitis.  In his deposition he stated

9   that he assumed they were all bacterial

10   since they all responded to the antibiotics

11   with which he treated them.

12      Q.    Were there certain sinus cavities

13   that are more frequently affected in the

14   general population than others?

15      A.    Yes.

16      Q.    And which ones are those?

17      A.    The maxillary.

18      Q.    Are there different treatments

19   depending upon which sinuses are affected?

20   In other words, if a person presents with a

21   sinus condition and the doctor identifies,

22   let's say, it's the sphenoid sinus rather

23   than the maxillary, are there different

24   treatments prescribed depending upon the

25   location of the sinus condition?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 62

1      Q.   Do you know how much of a

2    differentiation there can be for a

3    formaldehyde measurement depending upon

4    whether it's a summer measurement or a

5    winter measurement.

6      A.   I don't.

7      Q.   Were you only given one data point

8    or were you given other measurements as

9    well?

10     A.   I was given a whole pam -- a whole

11   brochure of the results of the study.  I

12   perused it and -- and zeroed in on what I

13   thought was important, pertinent in my

14   evaluation, and that was the level they

15   found at that time, recognizing that that

16   does not say it was the level when she was

17   in the -- in the trailer.

18     Q.   Right.  So you don't know anything

19   about the decay curve for formaldehyde?

20     A.   No.

21     Q.   If you take a look at item number

22   six of your report, it's on the same page as

23   your signature.

24     A.   Correct.

25     Q.   Any episodes of respiratory tract

Page 63

1    infections after the time of occupancy of

2    the trailer are due to exposure to

3    infectious agents after that period and are

4    not related to any exposures or conditions

5    during the time she occupied the trailer.

6    How did you reach that conclusion?

7        A.   I reached it based upon Dr.

8    Gautreaux's clinical notes and his

9    deposition.

10       Q.   Now, isn't it true that Dr.

11   Gautreaux stated in his deposition that he

12   did not know the underlying cause of Ms.

13   Castanel's sinusitis and rhinitis while she

14   was living in the trailer; is that --

15       MR. GARRISON:

16            Object to the form.

17   EXAMINATION BY MR. REICH:

18       Q.   -- correct?  Is that correct?

19       A.   I don't recall that he said that.

20   I recall him saying that it was his

21   presumption that they were bacterial.

22       Q.   So it is your belief that Dr.

23   Gautreaux has attributed to her respiratory

24   tract infections -- Oh, after she left the

25   trailer.  It says after the time of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 67

1     have to go by history in order to make a

2     diagnosis that the upper respiratory tract

3     injury was, in fact, caused by formaldehyde

4     exposure?  In other words, would history be

5     the only link between --

6          A.    I understand.

7          Q.    -- the exposure and the injury?

8          A.    I'm trying -- I'm trying to think.

9     You know, I don't think you could -- I don't

10    think that -- If all you had were history,

11    you would have to base it upon that, but I

12    believe that as a practical matter the --

13    the most important part of your

14    determination would be the physical

15    examination and the findings.  And I do not

16    think that the findings that I have read

17    that are attributable to formaldehyde

18    exposure are the same as those are found on

19    a physical examination from an infection due

20    to a bacterial or viral sinusitis.

21          Q.    Tell me what types of findings

22    based upon what you have read one might

23    expect to find from formaldehyde-induced

24    upper respiratory tract injury versus an

25    infectious agent -- it could be viral or

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Videotaped Deposition of Ronald J. French, M.D.

Page 68

1    bacterial --

2        A.    Right.

3        Q.    -- induced -- induced injury?

4        A.    All right.  Well, from what I have

5    read, in significant concentrations or in

6    concentrations that are significant enough

7    to change -- to damage the mucosa, you would

8    expect to find changes -- they'd largely be

9    microscopic -- in the mucus membranes,

10   particularly of the turbinates which are the

11   leading edge of the structures exposed to

12   inhaled air at which the formaldehyde

13   molecules would be traveling such as

14   dysplasia, metaplasia, chronic -- chronic

15   changes.

16           In the physical examination you

17   cannot see those cellular changes.  What you

18   would look for are certain things such as

19   dryness of the mucus membranes which shows

20   that there has been change in the -- in the

21   surface epithelium and perhaps crusting and

22   leukoplakia which is what -- a white patch.

23           In the nasopharynx the -- there

24   have been some suggestions that significant

25   inhalation of formaldehyde can produce

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 69

1    nasopharyngeal carcinoma.  Nasopharyngeal

2    carcinoma can be detected once it gets

3    beyond the microscopic stage as an

4    ulceration or an exophytic growth in the

5    nasopharynx.  The nasopharynx cannot be seen

6    by looking in the mouth or in the nose so it

7    can only be seen with a scope.

8            Now, an acute respiratory infection

9    from a virus produces a diffuse erythema,

10   redness, of the mucus membranes, acute

11   congestion, a diffuse production of

12   transudate or exudate that is weeping from

13   the cells and frank pus formation.  So I

14   think that the physical examination would

15   differentiate what the etiology of one's

16   respiratory reaction was from.

17       Q.   The metaplasia, dysplasia,

18   hyperplasia, conditions like that are not

19   ordinarily noticed on physical examination?

20       A.   It depends upon their degree.  This

21   is actually -- This is a -- a transition of

22   mucus membrane to skin you can think of.  So

23   as it changes, instead of being pink and

24   glistening and damp, it becomes dry and

25   wrinkled and develops, as I mentioned, a

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 70

1    white plaque or leukoplakia.  So those

2    things at that stage can be seen with the

3    naked eye.  The early changes are

4    discernible only on histologic evaluation.

5        Q.   And by histologic examination you

6    would have to either do some type of

7    biopsy --

8        A.   Correct.

9        Q.   -- or a nasal swab perhaps --

10       A.   Correct.

11       Q.   -- and look at it under a

12   microscope?

13       A.   Correct.

14       Q.   And have you ever seen precursor

15   conditions to nasopharyngeal cancer?

16       A.   Yes.

17       Q.   And can you identify what those

18   precursor conditions look like?

19       A.    Well, the precursor condition to

20   nasopharyngeal carcinoma is the same as the

21   precursor condition to any upper respiratory

22   carcinoma and that is the changes that I

23   just mentioned, the chronic changing of the

24   mucus membrane to a state that is one of

25   chronic irritation, chronic inflammation,

Page 71

1    and then the development of leukoplakia,

2    carcinoma in situ which is invasive cancer,

3    and then frank invasive carcinoma or cancer

4    of the nasopharynx.

5        Q.   The conditions you've described, do

6    they generally occur at the epithelial level

7    of tissue?

8        A.   Yes.

9        Q.   What is the normal healing time?

10   Let's assume someone has been exposed to

11   formaldehyde and does develop metaplasia,

12   dysplasia or hyperplasia because of the

13   exposure.  Is there any data concerning how

14   long it would take or at least from your

15   clinical observation for healing to occur?

16       MR. GARRISON:

17           Object to the form.

18       THE WITNESS:

19           I don't know of any -- any data

20   that would give you an idea of the time.

21   All I can say is that the changes of the

22   mucosa that are caused by chronic irritation

23   are ones that we commonly see.  The most

24   common one is exposure to -- to nicotine,

25   and what we see is that once the irritant is

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 72

1    removed, that the membranes gradually return

2    to normal, although -- Well, I cannot give

3    you a length of time.  I think the length of

4    time -- pardon me -- is probably

5    proportionate to the duration of the

6    exposure in the first place.

7    EXAMINATION BY MR. REICH:

8         Q.    You have expressed an opinion that

9    the levels of exposure to formaldehyde by

10   Ms. Castanel were too low to cause any type

11   of upper respiratory tract injury; correct?

12        A.    Yes.

13        Q.    All right.  Now, by level of

14   exposure are you simply talking about the

15   concentration during a snapshot in time,

16   what that measurement is at a particular

17   point in time?

18        A.    That's one of the factors.

19        Q.    Okay.  Now, are you also taking

20   into consideration the length of exposure

21   because wouldn't you agree that the

22   effective dose is equivalent to the length

23   of exposure times the concentration?

24        A.    I would agree with that.

25        Q.    All right.  So to what extent are

Page 73

```
1    you taking into consideration the number of

2    months or the period of time which Ms.

3    Castanel was exposed to what you believe to

4    be a low level of formaldehyde exposure?

5        A.   I believe that at the level which

6    she was exposed that the duration of time is

7    still insignificant to have resulted in

8    there being any -- any damage because I

9    think that at any length of time at that

10   level of exposure would have produced no

11   chronic changes in her.

12       Q.   Do you have an opinion as to how

13   many part per million or part per billion

14   years it would take in order to experience

15   some type of upper respiratory tract injury

16   from formaldehyde exposure?

17       A.   At the -- at the levels we're

18   talking about in her --

19       Q.   Yes.

20       A.   -- in her trailer?  I don't have

21   any information.  My own opinion is that

22   this would -- as long as she lived in the

23   trailer, at that -- at that level of

24   exposure I would not expect her to find --

25   to develop chronic injury or damage.
```

Page 76

1    trailer?

2        A.    Correct.  I think she lived in it

3    many years --

4        Q.    Right.

5        A.    -- after --

6        Q.    Okay.

7        A.    -- after the manufacture.

8        Q.    Right.  But have you looked at the

9    ATSDR with respect to what ambient levels of

10   formaldehyde have been determined to be

11   based upon some of the larger studies in the

12   United States?

13       A.    No.

14       Q.    Are you aware that probably the

15   largest study involving 68,000 census tracts

16   found at the ambient levels were less than a

17   part per billion?

18       A.    No.

19       Q.    Okay.  Let's continue with your

20   report.  Did you do some type of endoscopic

21   examination of Ms. Castanel's --

22       A.    I did.

23       Q.    -- upper respiratory tract?  And

24   can you describe that, please?

25       A.    Yes.  With a magnification scope, a

Page 93

1    cold or hay fever.  This is an attempt to

2    debulk those -- the fleshy structure by

3    making an incision by using the

4    microdebrider which, as I mentioned,

5    destroys and absorbs tissue in its path and

6    it decreases the volume of that -- of the

7    turbinate.

8        Q.    I think I've heard the turbinates

9    referred to as the refrigerators of the nose

10   or something like that.  Have you heard such

11   an expression?

12       A.    Well, maybe warmer.  The

13   turbinate -- One of the functions of the

14   turbinate is to warm --

15       Q.    Warm?

16       A.    -- frigid air --

17       Q.    I see.

18       A.    -- so that when you breathe, you

19   don't get a rush of icy air into your lungs.

20   I wish they were refrigerators too in New

21   Orleans.

22       Q.    With respect to item number ten

23   where you offer an opinion on contracting

24   cancer, you say she has no rational basis

25   for contracting cancer of the upper

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 94

1    respiratory tract as a result of

2    formaldehyde exposure.  You don't treat

3    cancer, do you?

4        A.    Yes, I do.

5        Q.    Okay.

6        A.    But, incidentally, I believe

7    there's a typo here.  I noticed this the

8    other day.  I believe what I meant to say

9    was Ms. Castanel has no rational basis for

10   the fear of contracting --

11       Q.    Okay.

12       A.    -- cancer of the upper respiratory

13   tract as a result of formaldehyde exposure.

14       Q.    All right.  Let me --

15       A.    Bad proofreading.  Sorry.

16       Q.    Okay.  So you do see patients who

17   have nasopharyngeal cancer?

18       A.    Yes, I do.

19       Q.    And you do provide them with

20   treatment for that cancer?

21       A.    Yes, I do.

22       Q.    But you're not an oncologist, are

23   you?

24       A.    No.

25       Q.    So what sort of cancer treatments

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 95

1    do you do?

2       A.   Do I do?  I do surgical.  I do

3    surgical treatments, but nasopharyngeal

4    carcinoma is treated radiographically,

5    cobalt.

6       Q.   And you've been trained for that

7    type of treatment?

8       A.   Surgery?

9       Q.   For the cobalt --

10      A.   No.

11      Q.   -- treatment?

12      A.   No.  No.  No.  I refer them to --

13      Q.   That would be a nuclear medicine --

14      A.   -- a radiotherapist.

15      Q.   -- right?

16      A.   Radiotherapist.

17      Q.   Okay.  Radiotherapist?  Is that in

18   the field of nuclear medicine?

19      A.   Nuclear medicine is -- Nuclear

20   medicine doctors usually use isotopes and --

21      Q.   Okay.

22      A.   -- chemicals, that sort of thing,

23   where the radiotherapists use x-rays and --

24   and other orthovoltage methods for treating.

25      Q.   But if a client has been diagnosed

Page 96

1    with nasopharyngeal cancer, do you typically

2    consult with an oncologist in rendering the

3    ultimate treatment?

4        A.   Usually not.

5        Q.   Okay.  You will diagnose the cancer

6    and you will do the surgery?

7        A.   No.  No.  I will diagnose the

8    cancer and refer them to the radiotherapist

9    for the cobalt treatment.

10       Q.   All right.  So where does your --

11       A.   I'm sorry.  The --

12       Q.   -- works --

13       A.   -- oncologists in our community

14   treat patients with chemicals and it's a

15   different -- a different discipline that

16   treats them with irradiation and cobalt.

17       Q.   Okay.  All right.  I'm trying to

18   figure out after you make a diagnosis of

19   cancer -- and you do that by taking a tissue

20   sample, a biopsy?

21       A.   Biopsy.

22       Q.   You have that biopsy examined by

23   pathologists?

24       A.   Correct.

25       Q.   And if it turns out that it was

Page 97

1    nasopharyngeal cancer --

2        A.   Right.

3        Q.   -- what do you then do?

4        A.   I consult a radiotherapist.

5        Q.   All right.  And the radiotherapist

6    will render the treatment?

7        A.   Correct.

8        Q.   Okay.  So you don't actually

9    provide the treatment for the cancer?  You

10   will make the diagnosis?

11       A.   Correct.

12       Q.   And your work stops at the

13   diagnostic point?

14       A.   Well, no.  It doesn't stop --

15       Q.   Oh.

16       A.   -- at the diagnostic point because

17   only the otolaryngologist can follow the

18   progression or regression or disappearance

19   of the disease.  Also, upper respiratory

20   cancers such as the nasopharynx have a

21   propensity to metastasize to the lymph nodes

22   in the neck where we often operate on the

23   necks of these patients.  So the -- the

24   patient who we discover or diagnose a

25   nasopharyngeal carcinoma we tend to continue

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Ronald J. French, M.D.

Page 98

1    with the treatment of along with the

2    radiotherapist.

3        Q.   Do you know how much formaldehyde

4    exposure there must be over any specified

5    period of time in order to create an

6    increased risk of cancer?

7        MR. GARRISON:

8            Object to the form.

9        THE WITNESS:

10            Do you mean nasopharyngeal cancer

11   or just cancer?

12   EXAMINATION BY MR. REICH:

13       Q.   Cancer, either nasopharyngeal or --

14       A.   Well --

15       Q.   -- leukemia.

16       A.   -- the studies I have shown are not

17   definitive that -- that formaldehyde does

18   result in the development of nasopharyngeal

19   cancer.  There have been -- What I've read

20   suggests that some of the studies suggest

21   proving that have been -- have been

22   incorrectly -- incorrectly evaluated

23   collections of persons, but at any rate, it

24   is my impression that if -- if one develops

25   cancer from -- from the exposure to

Page 103

1      A.    I believe so, yes, but I have

2   several reasons to base that on but I

3   mentioned them before.  They were mainly Dr.

4   Gautreaux's conclusions and her responses to

5   his -- his treatment.

6      Q.    Do you know whether formaldehyde

7   can make a person more susceptible to

8   bacterial infection?

9      A.    I -- I can only speculate using

10  common sense that anything that is at a high

11  enough concentration to produce a -- a

12  significant change to the mucus membranes of

13  the nose could lead to the development of a

14  secondary complication in the form of a

15  bacterial complication, but there's

16  certainly no evidence of anything like that

17  in Ms. Castanel.

18     Q.    And when you say there is no

19  evidence in Ms. Castanel, is that because

20  you did not see anything either in her

21  history or based upon your physical

22  observations and findings that showed that

23  she had any observable injuries?

24     A.    Initially that was what I based my

25  conclusion on, but since -- subsequently

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                    Videotaped Deposition of Ronald J. French, M.D.

Page 104

1    there has been something that has been

2    particularly persuasive.  It was after this

3    report was written and it's an histologic

4    evaluation of the tissue removed from her

5    sinuses at the time of Dr. Gautreaux's --

6    Dr. Gautreaux's operation on her on March

7    the 31st.  The mucus membranes, which are

8    the structures that we know formaldehyde can

9    produce changes in, did not evidence any of

10   the post-formaldehyde exposure changes that

11   have been described.

12       Q.   Now, how long after she had moved

13   out of the trailer were those histologic

14   observations made?

15       A.   It's been a couple of years.

16       Q.   Right.  And wouldn't you expect the

17   healing process to occur if she did have

18   these histological conditions?

19       A.   I would.

20       Q.   All right.  Because the

21   histological conditions that you've talked

22   about occur to the epithelial layer;

23   correct?

24       A.   Correct.

25       Q.   Which is the outer layer of tissue?