UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v.*<br>*RECREATION BY*<br>*DESIGN, LLC, SHAW*<br>*ENVIRONMENTAL, INC.,*<br>and *UNITED STATES OF AMERICA*<br>*THROUGH THE FEDERAL*<br>*EMERGENCY MANAGEMENT*<br>*AGENCY,* NO. 09-3251 | * * * * * * * * * | |

**************************************************************************

### RECREATION BY DESIGN, LLC'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL EXPERT REPORT

NOW INTO COURT, through undersigned counsel, comes Defendant, Recreation by Design, LLC ("RBD"), and respectfully moves this Honorable Court for leave to submit the supplemental expert report of its expert, Robert C. James, Ph.D. This supplemental report addresses evidence regarding smoking and the effects of smoking as it relates to the claims of Earline Castanel, including her alleged injuries related to exposure to formaldehyde in her emergency housing unit. RBD seeks leave at this time, as it was not until April 12, 2010 that Ms. Castanel's daughter,

Laverne Williams, was deposed and testified that Ms. Castanel did have a history of smoking – a direct contradiction to Ms. Castanel's testimony and revised Plaintiff Fact Sheet. In light of this newly discovered information regarding Ms. Castanel's personal history, RBD respectfully submits that good cause exists for extension of the defense expert reporting deadline of March 1, 2010 for the limited purpose of RBD's submission of the supplemental report of its expert, Robert C. James, Ph.D., which addresses the effects of smoking. Accordingly, RBD requests leave of this Honorable Court to submit the supplemental report of its expert, Robert C. James, Ph.D.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436