UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| | * | |
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *EARLINE CASTANEL, ET AL v.* | * | |
| *RECREATION BY* | * | |
| *DESIGN, LLC, SHAW* | * | |
| *ENVIRONMENTAL, INC.,* | * | |
| *and UNITED STATES OF AMERICA* | * | |
| *THROUGH THE FEDERAL* | * | |
| *EMERGENCY MANAGEMENT* | * | |
| *AGENCY,* NO. 09-3251 | * | |

**************************************************************************

MEMORANDUM IN SUPPORT OF RECREATION BY DESIGN, LLC'S
MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL EXPERT REPORT

**MAY IT PLEASE THE COURT:**

NOW INTO COURT, through undersigned counsel, comes defendant Recreation By

Design, LLC ("RBD"), who offers the following memorandum in support of its Motion for Leave

to Submit Supplemental Expert Report:

As this Court is aware, Ms. Castanel was selected as the replacement bellwether plaintiff in

place of Carrie Smith.[1]   At the time Ms. Smith pled to withdraw as a bellwether plaintiff, undersigned counsel was informed that Earline Castanel's Plaintiff Fact Sheet was incorrect in that it indicated that Ms. Castanel was a past smoker.[2]   On October 28, 2009, liaison counsel advised that Ms. Castanel adamantly denied that she was a past smoker and that her original Plaintiff Fact Sheet had been marked in error.[3]   Accordingly, plaintiff issued a revised Plaintiff Fact Sheet on or about November 18, 2009, which changed Item VI. C. under Ms. Castanel's medical background to indicate that Ms. Castanel "never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff."[4]

At her December 2, 2009 deposition, Ms. Castanel was questioned regarding her revised Plaintiff Fact Sheet, and she acknowledged that she had executed same.[5]   Ms. Castanel was deposed a second time on February 10, 2010.  Significantly, at her second deposition, she testified that she had never smoked cigarettes at any point in her life.[6]   She also testified that she did not recall ever seeing her husband, Lloyd Castanel, smoke.[7]   Consequently, based upon Ms. Castanel's revised Plaintiff Fact Sheet and deposition testimony regarding her having never smoked, RBD did not

---

[1]As the Court and parties are familiar with the factual/procedural background of this matter, reference is made here to the background as set forth in Recreation by Design, LLC's Memorandum in Support of Motion for Summary Judgment regarding prescription (Rec. Doc. 9722).

[2]*See* Exhibit 1, Original Plaintiff Fact Sheet of Earline Castanel.

[3]*See* Exhibit 2, Email from Justin Woods dated October 28, 2009.

[4]*See* Exhibit 3, Plaintiff Fact Sheet dated November 18, 2009.

[5]*See* Exhibit 4, Deposition of Earline Castanel, December 2, 2009, at p. 21.

[6]*See* Exhibit 5, Deposition of Earline Castanel, February 10, 2010, at p. 37.

[7]*See id.*, at p. 38.  It should be noted that Ms. Castanel has been living apart from Lloyd Castanel for approximately thirty years, but they remain married.

explore the possibility of the health effects of smoking with respect to Ms. Castanel's claims.  As this Court is aware, formaldehyde and smoking have a significant correlation due to the levels of formaldehyde found in cigarette smoke.  However, because of the testimony and personal history information provided by Ms. Castanel, RBD's experts – in addition to Ms. Castanel's treating physicians, who were questioned regarding Ms. Castanel's medical complaints before, during and after her time in the travel trailer – did not explore the health effects of smoking as it would relate to Ms. Castanel's claims, including exacerbation of her rhinosinusitis and fear of cancer.

Dr. Robert James, Ph.D., RBD's toxicology expert, did not opine in his initial expert report – submitted timely as per the Court's Trial Scheduling Order – regarding the potential health effects of smoking, as there had been, to that point, no indication whatsoever that smoking would be an issue in this litigation.  However, this all changed on April 12, 2010 when Ms. Castanel's oldest daughter, Laverne Williams, was deposed.  Contrary to Ms. Castanel's testimony and the information provided in her revised Plaintiff Fact Sheet, Ms. Williams testified that Ms. Castanel did, in fact, smoke in the past, and that she quit smoking approximately twenty to thirty years ago.[8]  Additionally, Ms. Williams testified that her father, Lloyd Castanel, was also a smoker, and that he would smoke inside the home.[9]  Moreover, Kim Marie Castanel, plaintiff's youngest daughter, indicated that she recalled seeing her mother smoke.[10]  The testimony of plaintiff's daughters reflects that Ms. Castanel has a history of being a past smoker, which confirms the initial Plaintiff Fact Sheet that was changed and resulted in the issuance of the November 18, 2009 revised Plaintiff Fact Sheet.  Based upon this

---

[8] *See* Exhibit 6, Deposition of Laverne Williams, at pp. 21-22, 26-27.

[9] *See id.*, at pp. 22-23.

[10] *See* Exhibit 7, Deposition of Kim Marie Castanel, at pp. 26, 28.

3

development, RBD seeks to preserve its right to put on evidence, including expert testimony, regarding the health effects of smoking and the relationship of formaldehyde in cigarette smoke.

On April 16, 2010, the deposition of Dr. Robert James, Ph.D., went forward.  At the beginning of the deposition, counsel for RBD noted that Dr. James would be issuing a supplemental report regarding the causative relationship between smoking and cancer in light of the testimony offered by Ms. Castanel's daughter only four days earlier.[11]  However, counsel for plaintiff objected to any testimony being offered by Dr. James not contained in his initial report, and plaintiff's counsel failed to question Dr. James with respect to his opinions regarding Ms. Castanel's history of smoking and the causative effects of same.[12]

As counsel for RBD indicated at Dr. James' deposition, Dr. James has issued a supplemental report addressing the newly discovered information regarding Ms. Castanel's history as a smoker.[13] Although the deadline for submission of defense expert reports has passed, RBD submits that good cause clearly exists for the extension of the reporting deadline for the limited purpose of submitting Dr. James' supplemental report.  As noted above, Ms. Castanel's initial Plaintiff Fact Sheet indicated that she was a prior smoker.  She later issued a revised Plaintiff Fact Sheet which indicated that she had no history of smoking.  She also testified that neither she nor her husband ever smoked. However, this information/testimony has been unquestionably contradicted by the testimony of Ms. Castanel's daughter, Laverne Williams.  In light of this new testimony, RBD would be severely

---

[11]*See* Exhibit 8, Deposition of Robert C. James, Ph.D., at pp. 5-6.  It should be noted that the comments on p. 6 regarding an objection to testimony not referenced in the report are incorrectly attributed to counsel for RBD.  The objection was made by Mr. Reich, counsel for plaintiff.

[12]*See id.*

[13]*See* Exhibit 9, April 22, 2010 Supplemental Report of Dr. Robert James, Ph.D.

prejudiced if it is not allowed to submit a supplemental report from Dr. James and elicit testimony at the trial of this matter regarding Ms. Castanel's history of smoking.

Based upon the above and foregoing, Recreation By Design, LLC respectfully submits that good cause exists for the extension of the defense expert reporting deadline for the limited purpose of submitting the supplemental report of Dr. Robert James, Ph.D. to address Ms. Castanel's smoking history and the potential causative effects of same.  Accordingly, this Honorable Court should grant the present motion and issue an Order granting Recreation By Design, LLC leave to submit the attached supplemental report of Dr. Robert James, Ph.D.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436