## Randy Mulcahy

| | |
|---|---|
| **From:** | Justin Woods [jwoods@gainsben.com] |
| **Sent:** | Wednesday, October 28, 2009 4:56 PM |
| **To:** | Randy Mulcahy; Lyon Garrison; Miller, Henry (CIV); Dinnell, Adam (CIV); dkurtz@bakerdonelson.com; Karen Whitfield |
| **Cc:** | Gerald E. Meunier; Denise Martin; Tara Gilbreath |
| **Subject:** | FEMA - Rec By Design - Earline Castanel |

All,

After meeting briefly with Ms. Castanel today and going over her PFS form, I must alert you to an error on the form. Where it indicates that Ms. Castanel was a past smoker is marked in error. Ms. Castanel adamantly denies that she has ever smoked in her life and will testify to such. We apologize for this error.

If Ms. Castanel was your pick because of her erroneously indicated smoking history, please let me know immediately if you wish to nominate another plaintiff prior to any other work being done on her claim.

Justin.

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.


EXHIBIT 2