# Transcript of the Testimony of
# Earline Castanel

## Date taken: December 2, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT 4

Page 21

```
 1   which we're going to mark as Exhibit No. 2
 2   (tenders).  This is a plaintiff fact sheet for
 3   Earline M. Castanel.  It's Bates stamped
 4   PL_Castanel 02-000001 through 19.  And this is
 5   a fact sheet that was provided to the United
 6   States by your counsel.  And I believe that if
 7   you turn to the last page of this document, do
 8   you have that in front of you?
 9           A.   This page (indicating)?
10           Q.   Yes.  Is that your signature?
11           A.   Yes.
12           Q.   And it's dated November 18th, 2009?
13           A.   Yes.
14           Q.   Do you recall going over this
15   document on or about November 18th, 2009?
16           A.   Yes.
17           Q.   And did you check this document to
18   make sure that everything was true and
19   accurate?
20           A.   Yes.
21           Q.   And to the best of your knowledge,
22   everything recorded in this document, is it
23   truthful and correct?
24           A.   Yes, as far as I know.  Because I'm
25   the one that answered the questions.
```