Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

## Date taken: February 10, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com


EXHIBIT
5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)          Videotaped Deposition of Earline M. Castanel

Page 37

1      the hurricane.  Can you think of any others?

2           A    Dawn, Comet, Bar Keepers Friend.

3      I used like All.  I used All to like wash my

4      clothes, and if I'm mopping, I will put some

5      of that All in my water, hot water and pass

6      the mop.

7           Q    The detergent All, correct?

8           A    Yeah.  The liquid All.

9           Q    Liquid?

10          A    Yeah.

11          Q    Yes, ma'am.  Does Mr. Gagnet smoke

12     cigarettes?

13          A    No.

14          Q    Does Kim Castanel smoke?

15          A    None of my kids smoke.

16          Q    Okay.  Have you ever smoked?

17          A    No.

18          Q    So you never at any point in your

19     life smoked any cigarettes?

20          A    I never smoked.  I never drank.

21          Q    I believe, in reading the

22     information in your discovery responses, you

23     were married at one time?

24          A    Yes.

25          Q    And you're no longer married,

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)       Videotaped Deposition of Earline M. Castanel

Page 38

```
1    correct?

2         A    Huh?

3         Q    Are you still married?

4         A    Well, I'm still married, but I'm

5    not with him.  I have been separated for

6    about -- for about 30 -- about 30 -- Well,

7    the same age as with Kim, because I got

8    separated right after I had her.

9         Q    Yes, ma'am.  What was your

10   husband's name?

11        A    Lloyd Castanel.

12        Q    Lloyd?

13        A    Yeah.

14        Q    Yes, ma'am.  And is he still

15   alive?

16        A    Yes.

17        Q    All right.  How long were you

18   married before you got separated?

19        A    We were married a long time.

20        Q    Did Mr. Castanel smoke?

21        A    Not around me.  If he smoked, I

22   didn't see him smoking.

23        Q    He never smoked around you?

24        A    No.  If he smoked, I didn't never

25   see him smoke.
```