# Transcript of the Testimony of
# Laverne C. Williams

**Date taken: April 12, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

### **Note**
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 6

1   Q.  That's fair.  Do you know how many
2   times you and your mother talked about this
3   smell?
4   A.  I don't remember how many times.
5   Q.  Did your mother fry chicken at the
6   trailer on Sundays?
7   A.  Sometimes but that wasn't the
8   smell.
9   Q.  I understand.  Did your mother fry
10  other food in the trailer while she was
11  living there?
12  A.  I'm sure she did, but I know a lot
13  of times when we went on Sundays it was
14  chicken.
15  Q.  Did you ever see your mother smoke
16  cigarettes?
17  A.  Oh, Lord.  She's been -- Years ago.
18  She don't smoke anymore.  That's -- We were
19  young.
20  Q.  So when you were young, you saw
21  your mother smoke cigarettes?
22  A.  A little bit, yeah, but not long.
23  Q.  All right.  How many years did your
24  mother smoke?
25  A.  I don't know how many years.  We

```
 1    were really young.  When I say young, I mean
 2    elementary school.
 3         Q.   Would you see your mother smoke
 4    every day when you were in school?
 5         A.   No.  Not every day.
 6         Q.   Did your father smoke?
 7         A.   Yeah, he did, but he -- he stopped
 8    smoking years ago too but --
 9         Q.   Did your father smoke every day?
10         A.   I don't know.  He's been out the
11    house for years so --
12         Q.   When did your mother --
13         A.   -- not often.
14         Q.   I'm sorry.  I shouldn't cut you
15    off.  The only reason I did that, I thought
16    you were finished.
17              Your dad, he was a regular smoker?
18    MR. BENCOMO:
19              Object to the form of the question.
20    THE WITNESS:
21              At one point, yeah.
22    EXAMINATION BY MR. GARRISON:
23         Q.   Do you know what I mean when I say
24    regular smoker?  Because I can ask the
25    question different ways.
```

1   A.   Maybe smoke more than -- smoke
2   maybe more than once a week or something
3   like that or --
4   Q.   Right.
5   A.   -- more than two days or whatever.
6   Q.   You would -- As I understand your
7   testimony, as a child you saw your father
8   smoke in the house?
9   A.   As a child.
10  Q.   Is that correct?
11  A.   Right. But --
12  Q.   And would your dad smoke every day
13  in the house?
14  A.   Sometimes. I guess maybe I should
15  answer the main thing is basically like if
16  they would have a party or something, kind
17  of like social smoking probably.
18  Q.   All right. But you saw your father
19  smoke --
20  A.   Yeah.
21  Q.   -- as a child? And when did your
22  mother and father get divorced?
23  A.   Well, they been separated over 30
24  years.
25  Q.   Oh, actually now that I asked the

Page 26

1   me was sounding just -- and we had it at the
2   same period of time. And, I mean, it was
3   really a different kind of sore throat from
4   having the regular type from sinus drippings
5   or whatever and kind of hard to swallow,
6   whatever, and when she was telling me about
7   it, I said, oh, that sound like the same
8   type of sore throat, you know, I was
9   experiencing at that particular time. And I
10   remember she had to keep going back to Dr.
11   Gautreaux, you know, to get examined and to
12   get checked out, and, you know, of course he
13   put her on different medicines to try to
14   help her out but --
15      Q.  When did your mother quit smoking?
16      A.  Oh, Lord. It's been years. It's
17   been years.
18      MR. D'AMICO:
19         Can you be more specific than that?
20      THE WITNESS:
21         I don't -- I can't tell you the --
22   I guess probably -- probably over 20 years
23   or 30 years too.
24   EXAMINATION BY MR. GARRISON:
25      Q.  Miss, let me ask you the questions,

```
 1   please.  He can ask questions after I'm
 2   finished.
 3           So it's your testimony that your
 4   mother quit smoking 20 or 30 years ago?
 5       A.  Yeah.  It's been a long time.
 6       Q.  Okay.  Does that sound about right
 7   to you?
 8       A.  Yeah.  Closer to 30 years too.
 9       Q.  Okay.  While your mother was living
10   in the FEMA trailer, did she ever say that
11   she thought the FEMA trailer was causing any
12   type of health problems?
13       A.  She didn't never specify at the
14   time.  She just didn't know why she kept
15   getting the headaches at the time.
16       Q.  Did your mother have headaches
17   before Hurricane Katrina?
18       A.  Not -- No.  Not -- not -- not like
19   she was getting them there since she had
20   come back.  You know, every now and then a
21   little sinus headache but not the type that
22   was keep lingering on.
23       Q.  I asked you if your mother had
24   headaches as far as you know before
25   Hurricane Katrina and you said every now and
```