# Transcript of the Testimony of
# Kim Marie Castanel

## Date taken: April 21, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**EXHIBIT 7**

```
 1    think you remember your mother smoking
 2    cigarettes?
 3         MS. GILBREATH:
 4              Objection.  It mischaracterizes
 5    the testimony.  You can answer.
 6    EXAMINATION BY MR. GARRISON:
 7         Q    You can answer.
 8         A    Like I said, I think as a child,
 9    she may have, but, I mean, I know she has
10    not smoked cigarettes in years, if so,
11    because as an adult, no, I definitely don't
12    remember her smoking cigarettes.
13         Q    And I'm asking about your
14    recollection.
15         A    Correct.
16         Q    And you remember some things from
17    your childhood; is that correct?
18         A    Correct.
19         Q    As we sit here today, you think
20    you remember your mother smoking cigarettes,
21    correct?
22         A    Correct.
23         Q    And that recollection is based on
24    what you saw; is that correct?
25         A    Correct.
```

```
 1   started to remember things or have a
 2   recollection of them?
 3       A   Like kindergarten.
 4       Q   That's fair.  So your earliest
 5   memory is to go to kindergarten?
 6       A   Correct.
 7       Q   Now, when you saw your mother
 8   smoke, did you see her smoke on a daily
 9   basis?
10       A   I don't remember that.
11       Q   Okay.  But you do remember seeing
12   your mother smoke?
13       A   Right.
14       Q   Were your mother and father still
15   living together when you were born?
16       A   No.
17       Q   Do you remember your father ever
18   living with your mother?
19       A   No.
20       Q   Do you know if your father smoked?
21       A   I have no idea.
22       Q   And do you know how old your
23   mother was when she quit smoking?
24       A   No.
25       Q   So you finished high school in
```