```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3   IN RE:  FEMA TRAILER          *   MDL NO. 1873
    FORMALDEHYDE PRODUCTS         *
4   LIABILITY LITIGATION          *   SECTION "N"(5)
                                  *
5                                 *   JUDGE ENGELHARDT
                                  *   MAGISTRATE CHASEZ
6                                 *
    THIS DOCUMENT IS RELATED TO:  *
7   09-3251                       *
    Earline Castanel, et al.,     *
8   v. Recreation by Design and   *
    Shaw Environmental, Inc.      *
9                                 *
    * * * * * * * * * * * * * * * * * * * * * * * * * *
10
                          DEPOSITION OF
11                    ROBERT C. JAMES, Ph.D.

12          Taken on Behalf of the Plaintiff

13

14

15      DATE TAKEN:    April 16, 2010
        TIME:          10:02 a.m. - 11:12 a.m.
16      PLACE:         For the Record Reporting
                       1500 Mahan Drive - Suite 140
17                     Tallahassee, Florida

18

19

20          Examination of the witness taken before:

21              RAY D. CONVERY, Court Reporter
                For the Record Reporting, Inc.
22               1500 Mahan Drive - Suite 140
                  Tallahassee, Florida, 32308
23

24

25
```

EXHIBIT 8

```
 1                    D E P O S I T I O N
 2    Whereupon,
 3                    ROBERT C. JAMES, Ph.D.
 4    was called as a witness, having been first duly sworn to
 5    speak the truth, the whole truth, and nothing but the
 6    truth, was examined and testified as follows:
 7              MR. YOUNT:  Hey, Dennis, before we get
 8         started, while we're on the record, I wanted to let
 9         you know that, based upon Laverne Castanel's
10         testimony of a few days ago wherein she testified
11         that her mother was a smoker, we may ask Dr. James
12         to give an opinion on the causative relationship
13         between cigarettes and cancer.
14              MR. REICH:  Well, I will object to anything
15         that is not in the report because that is the
16         procedure that --
17              MR. YOUNT:  I understand, and I'm just letting
18         you know that -- and obviously the Court's going to
19         do what it's going to do, but I would just remind
20         you that Ms. Castanel, initially on her fact
21         information sheet, indicated that she was a
22         cigarette smoker, then for unknown reasons she
23         changed her mind on that and denied that she was a
24         smoker and in her deposition she denied that she
25         was a smoker.  So, you know, if we have to file a
```

Page 6

```
 1        motion to amend, we will do that, but it's also
 2        going to be a motion for bad-faith discovery on the
 3        part of Ms. Castanel, assuming that the facts play
 4        out like we think they are, but we can just deal
 5        with that at another time, but I just wanted to let
 6        you know that --
 7             MR. YOUNT:  -- (inaudible) assertions are
 8        accurate, I would dispute them.  I was not at the
 9        deposition, but I will object to any testimony that
10        is not referenced in the report.
11             MR. YOUNT:  Fair enough.
12             MR. REICH:  Okay.  Are we ready to go?
13             MR. YOUNT:  We are.
14                         EXAMINATION
15   BY MR. REICH:
16        Q    All right.  Dr. James, who retained you in
17   connection with the Castanel case?
18        A    The Department of Justice.
19        Q    Is the Department of Justice currently a
20   party, to your knowledge, in the Castanel case?
21        A    I don't know, but I don't think so.
22        Q    Who is going to pay you for your time and
23   preparation of your report?
24        A    Actually I don't know.
25        Q    Who do you intend to submit the bill to?
```