April 22, 2010

Scott P. Yount
Garrison, Yount, Forte & Mulcahy, L.L.C.
423 South Hyde Park Avenue
Tampa, Florida   33606-2268

Re: Identification of Mrs. Castanel's Smoking History

Mr. Yount:

In response to your recent determination that Mrs. Castanel's social/medical history does contains cigarette smoking as a lifestyle related risk factor, a feature of her medical history that I was not previously aware of, I have the following additional comments to add to section 7.0 of my earlier report.

Cigarette smoking is a well-recognized risk factor for an increased risk of cancer that includes an increased risk of many different kinds of cancer (Shopland, 1995; IARC, 2004). Cigarette smoking is now considered a risk factor for lung, nasal cavity and paranasal sinuses, larynx, oral cavity, pharynx, esophagus, stomach, colorectum, liver, pancreas, cervix, kidney, bladder, ureter, and acute myeloid leukemia (Secretan et al., 2009; American Cancer Society, 2009). The numerous different forms of cancer likely stems from the fact that cigarette smoke contains substantial levels of many chemicals and many recognized carcinogens. There are some 3,996 different chemicals that have been identified in mainstream smoke, of which more than 62 these substances have been identified as animal carcinogens, and of which 11 or more were known human carcinogens, at the time of the 2004 IARC monograph re-analysis of smoking (IARC, 2004). In addition, tobacco smoke contains numerous chemicals that have been identified as tumor promoters or co-carcinogens. Cigarette smoke is a potent enough mixture of carcinogens that second-hand smoke has also been identified as a risk factor for lung cancer; and the list of different cancers it is associated with will likely expand in time as further research on this subject is completed (Shopland, 1995; Secretan et al., 2009).

1

EXHIBIT

9

In contrast to early theories about carcinogenesis, the cancer risk of smoking does decline over the years as one stops smoking and is removed from daily exposure to it. However, the risk incurred from a smoking habit does not completely go away (Chyou et al., 1992; Peto et al., 2000; American Cancer Society, 2009). For example, Table 1 comes from the American Cancer Society website and shows that that while former smokers do have less risk than that of a current smoker, their risk is greater than that of a nonsmoker. Similarly, even persons who stopped smoking at age 30 have a lung cancer risk at age 75 that is still some 3-fold or more higher than that of a nonsmoker (see Figure 3; Peto et al., 2000). Thus, this lifestyle factor remains a significant cancer risk factor for Mrs. Castanel even though she stopped smoking some time ago.

### Table 1

#### The Relative Cancer Risk for Women Smokers By Organ

| Cancer Type | Relative Risk for Current Smoker | Relative Risk for Former Smoker* |
|---|---|---|
| Lip, oral cavity, pharynx | 5.1 | 2.3 |
| Esophagus | 7.8 | 2.8 |
| Stomach | 1.4 | 1.3 |
| Pancreas | 2.3 | 1.6 |
| Larynx | 13.0 | 5.2 |
| Lung | 12.7 | 4.5 |
| Cervix/uteri | 1.6 | 1.1 |
| Urinary bladder | 2.2 | 1.9 |
| Kidney, other urinary | 1.3 | 1.1 |
| Acute myeloid leukemia | 1.1 | 1.4 |

* Adapted from the American Cancer Society Website (2010)  Former smoker is someone who has smoked more than 100 cigarettes over her lifetime but does not now smoke every day or some days.

Robert C. James, Ph.D.

2

# References

American Cancer Society. 2009. Smoking and cancer mortality table. http://www.cancer.org/docroot/PED/content/PED_10_2X_Smoking_and_Cancer_Mortality_Table.asp.

Chyou, P.H., A. Nomura abd G. Stemmermann. 1992. A prospective study of the attributable risk of cancer due to cigarette smoking. Am. J. Public Health 82:37-40.

IARC (International Agency for Research on Cancer). 2004. Tobacco Smoke and Involuntary Smoking. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 83. World Health Organization. International Agency for Research on Cancer, Lyon, France.

Peto, R., S. Darby, H. Deo, P. Silcocks, E. Whitley and R. Doll. 2000. Smoking, smoking cessation, and lung cancer in the UK since 1950: Combination of national statistics with two case-control studies. BMJ 321:323-329.

Secretan, B., K. Straif, R. Baan, Y. Grosse, F. El Ghissassi, V. Bouvard, L. Benbrahim-Tallaa, N. Guha, C. Freeman, L. Gailichet and V. Cogliano; WHO International Agency for Research on Cancer Monograph Working Group. 2009. A review of human carcinogens—Part E: Tobacco, areca nut, alcohol, coal smoke, and salted fish. Lancet Onocl. 10:1033-1034.

Shopland, D.R. 1995. Tobacco use and its contribution to early cancer mortality with a special emphasis on cigarette smoking. Environ. Health Perspect. 103(Sup8):131-141.