UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC.,* and UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY, NO. 09-3251 | * * * * * * * * * * | |

**************************************************************************

**MOTION FOR EXPEDITED HEARING ON RECREATION BY DESIGN, LLC'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL EXPERT REPORT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Recreation by Design, LLC ("RBD"), and submits the following Memorandum in Support of Motion for Expedited Hearing on Recreation by Design, LLC's Motion for Leave to Submit Supplemental Expert Report.

This matter is scheduled for a jury trial to commence on May 17, 2010. Based upon the Court's Motion Hearing Calendar, the next regularly available hearing date before the Court is May 19, 2010. For timely consideration of the subject Motion for Leave to Submit Supplemental Expert

Report, an expedited hearing is required in advance of trial and the Court's next regularly scheduled hearing date. As a result, RBD respectfully requests that this Honorable Court grant its Motion for Expedited Hearing and set its Motion for Leave to Submit Supplemental Expert Report for hearing at a date and time convenient for the Court in advance of the trial of this matter.

    Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436