UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*EARLINE CASTANEL, ET AL v. RECREATION BY DESIGN, LLC, SHAW ENVIRONMENTAL, INC.,* and *UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY,* NO. 09-3251 | * * * * * * * * * | |

*******************************************************************************

## ORDER

Considering the foregoing Motion for Expedited Hearing on behalf of Recreation By Design, LLC:

IT IS HEREBY ORDERED that Recreation By Design, LLC's Motion for Leave to Submit Supplemental Expert Report will be heard on _____, 2010, at __:___ _.m.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HON. KURT D. ENGELHARDT