# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

**Date taken: February 10, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT A

```
 1      Q   Yes, ma'am. Let me just finish my
 2   question. Did you get relief from your
 3   stuffy nose from the medication that
 4   Dr. Gautreaux gave you?
 5      A   Well, it helped me some, but I
 6   still get it.
 7      Q   Did you ever tell Dr. Gautreaux
 8   what you thought was causing your stuffy
 9   nose?
10      A   No. I didn't tell him what I
11   thought was causing it. I just know that
12   since I was living in that trailer, I was
13   getting it worse.
14      Q   When did you figure out that you
15   were getting it worse when living in the
16   trailer?
17      A   After the weeks that I was in
18   there. Five weeks after I was in there,
19   that's when I started getting like that.
20      Q   So when you were living in the
21   trailer, four or five weeks into living in
22   the trailer, you figured out that your
23   stuffy nose was getting worse?
24      A   Yes.
25      Q   Did you ever tell Dr. Bowers what
                                         Page 89
```

```
 1   you thought was causing your stuffy nose?
 2      A   No. I just told him, you know, I
 3   feel bad. I was telling him. I told
 4   Dr. Bowers and I told Dr. Gautreaux, and
 5   Dr. Gautreaux is the one that I would go to
 6   for my sinus.
 7      Q   Did you ever tell Dr. Gautreaux
 8   that you thought your FEMA trailer might
 9   have been causing your stuffy nose?
10      A   No. I just said my nose is
11   stopped up. I didn't tell him.
12      Q   Did you ever tell Dr. Bowers that
13   you thought your FEMA trailer might be
14   causing your stuffy nose?
15      A   No.
16      Q   When you went to the doctor, say,
17   in the last 10 years, would you always tell
18   the doctor everything you thought was wrong
19   with you?
20   MR. REICH:
21      Objection, form.
22   EXAMINATION BY MR. GARRISON:
23      Q   You can answer.
24      A   When I would go, I would just tell
25   him I feel bad and my nose is stopped up.
                                         Page 90
```

```
 1   That was it.
 2      Q   When you go to the doctor, do you
 3   try and tell the doctor everything that you
 4   think might be wrong with you from a health
 5   standpoint?
 6   MR. REICH:
 7      Objection, form.
 8   THE WITNESS:
 9      I just told him I feel bad,
10   whatever, and then they check me.
11   EXAMINATION BY MR. GARRISON:
12      Q   Yes, ma'am. I have some medical
13   records. I'm not going into the medical
14   records. I just want to make sure we know
15   about all the doctors and physicians that
16   you treated with in the last 10 years.
17      We know about Dr. Paddock. We
18   know about Dr. Gautreaux, Dr. O'Byrne?
19      A   O'Byrne.
20      Q   Yes, ma'am. Dr. Reddy and
21   Dr. Bowers. We know about those physicians.
22   Do you know of any other physicians that you
23   have treated with in the last 10 years?
24      A   No.
25      Q   Who is Dr. Nguyen?
                                         Page 91
```

```
 1      A   Doctor who?
 2      Q   I saw a Dr. Nguyen in some of the
 3   notes or some of the records. Do you know
 4   Dr. Nguyen?
 5      A   I don't know Dr. Nguyen. The
 6   doctors were Dr. Gautreaux, Dr. Bowers,
 7   Dr. Ivker, Dr. O'Byrne. That's my doctors.
 8      Q   Who was the third doctor,
 9   Dr. Ivker?
10      A   Dr. Ivker.
11      Q   Okay.
12      A   Dr. Ivker, that's where I go get
13   my Pap test.
14      Q   Okay.
15      A   I go to Dr. O'Byrne for my eyes.
16      Q   Right.
17      A   Dr. Gautreaux for my sinus.
18      Q   Yes, ma'am.
19      A   And Dr. Bowers for all my other
20   internal.
21      Q   Is Dr. Bowers your primary care
22   physician?
23      A   That's right.
24      Q   And you receive Medicare benefits;
25   is that right?
                                         Page 92
```