# Transcript of the Testimony of
# Videotaped Deposition of Alan Bowers, M.D.

### Date taken: January 13, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT D

Case 2:07-md-01873-KDE-MBN   Document 13941-4   Filed 04/30/10   Page 2 of 3
Case 2:07-md-01873-KDE-ALC   Document 13599-4   Filed 04/23/10   Page 2 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)                Videotaped Deposition of Alan Bowers, M.D.

Page 59

1  Q. Would you say that her health and her
2  symptoms remained relatively consistent during
3  that time period, that six and a half almost
4  seven year time period?
5  A. Yes.
6  Q. Actually a little more than six
7  years. Based on the review of your medical
8  notes and your records, it appears as though Ms.
9  Castanel treated consistently for sinus problems
10 before Hurricane Katrina; is that correct?
11 A. Yes, sir.
12 Q. Would it be fair to say that you did
13 not sense or note any increase in Ms. Castanel's
14 sinus problems after Hurricane Katrina?
15 A. No, sir.
16 Q. Now, I understand that you were
17 working with Methodist at the time of the
18 hurricane so --
19 A. Actually that's not accurate.
20 Q. Okay.
21 A. I left in 2003 which was fully two
22 years before the hurricane hit.
23 Q. Thanks for correcting me. And, you
24 know, it's your life so you know the details.
25 Where did you move to in 2003?

Case 2:07-md-01873-KDE-MBN Document 13941-4 Filed 04/30/10 Page 3 of 3
Case 2:07-md-01873-KDE-ALC Document 13599-4 Filed 04/23/10 Page 3 of 3

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)　　　　Videotaped Deposition of Alan Bowers, M.D.

Page 61

1　understanding of what I mean by that hurricane
2　smell, that post hurricane smell?
3　　　A.　I do. I was here for the whole
4　period following the hurricane.
5　　　Q.　Yes, sir. Did you note, and we
6　covered it, and I didn't see any increase in the
7　plaintiff's sinus problems during the period
8　from February 2006 to March 2007, did you note
9　any increase in Ms. Castanel's sinus problems
10　during that time period?
11　MR. REICH:
12　　　　　Objection, form.
13　THE WITNESS:
14　　　　　I did not notice a spike in any
15　activity.
16　BY MR. GARRISON:
17　　　Q.　Yes, sir. Based on your testimony,
18　Doctor, isn't it correct that you don't
19　attribute any of Ms. Castanel's symptoms for
20　which you treated her to be related to
21　formaldehyde exposure?
22　MR. REICH:
23　　　　　Objection, lack of foundation,
24　failure to establish qualifications. Object to
25　form.