

445 Dolley Madison Rd, Ste. C
Greensboro, NC 27410
336.931.5046
888-WPH-0001
Fax: 336.931.0018

January 19, 2010

Mr. Randall Mulcahy, Esquire
Garrison, Yount, Forte and Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112

Re:   Recreation by Design – Castanel Temporary Housing Unit

Dear Mr. Mulcahy:

The sampling protocol and analytical method that were used by Workplace Hygiene, Inc. to conduct formaldehyde air monitoring at the FEMA staging facility in Lottie, Louisiana during the week of January 4, 2010 are detailed in Appendices 1 and 2. The results of formaldehyde air monitoring and temperature and relative humidity measurements are presented in Appendices 3-6.

Due to time restrictions imposed by FEMA, the unit was only allowed to ventilate for 24 hours prior to conditioning. The time restrictions also resulted in the unit being allowed to condition for approximately 46 hours, rather than the 48-hour period specified in the protocol. It is not likely that either of these changes made a difference in the measured formaldehyde concentrations inside the unit.

During the initial inspection of the Castanel unit on January 4, 2010, several items were discovered that affected the sampling protocol. The three heaters inside the unit were not wired to a single thermostat. Rather, they were independently controlled. I was therefore unable to place the thermostat set point at 75 °F, as specified in the protocol. It was also discovered that the heater in the bedroom area was not operational. In order to simulate lived-in conditions, the dials for the heaters located in the kitchen and living room areas were set on "high" throughout the conditioning and testing phases.

The photographs I took of the Castanel unit have been forwarded to you separately on a compact disc. Please let me know if you have any questions.

Sincerely,

Tony Watson, MSPH, CIH, CSP
Industrial Hygiene Consultant

A member of Workplace Group

EXHIBIT
H