UNITED STATES POSTAL SERVICE    SOUTH BEND IN 465

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAMBERT & NELSON
PROFESSIONAL LAW CORPORATION
701 MAGAZINE ST.
NEW ORLEANS, LA. 70130
(504) 581-1750

FEMA - @Cook                                     JDB

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Debra Haynos_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Debra Haynos    4-2 |
| 1. Article Addressed to:<br>Jayco, Inc. d/b/a Bottom<br>  Line RV<br>through<br>Glenn E. Killoren<br>121 W. Franklin St., Ste 200<br>Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ |
| 2. Article Number (Transfer from service label) | 7008 1830 0001 1683 7034 |
| PS Form 3811, February 2004   Domestic Return Receipt | APR 29 REC'D |