UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Kenneth E. Dixon, et al v Keystone Industries, Inc., et al., Case No. 2:10-cv-907*

_____

**ORDER**
_____

Considering the foregoing Motion of Plaintiffs, who are listed below, they are allowed an additional 60 days or until ___July 1st___, 2010, to comply with the required Pretrial Order Nos. 49 and 53.

**Plaintiffs:**

| CLAIMANTS | COURT CASE NUMBER |
|---|---|
| Mirakel M A Hosey | 2:10 cv 907 |
| Aniyia M L Hosey by Mirakel M A Hosey | 2:10 cv 907 |
| Ja'Shia L F Hosey by Mirakel M A Hosey | 2:10 cv 907 |
| Jherashio R Hosey by Mirakel M A Hosey | 2:10 cv 907 |
| Jerrmeccus R McInnis by Frances H Mayes | 2:10 cv 907 |
| Frances H Mayes | 2:10 cv 907 |

2

**IT IS SO ORDERED** that the Plaintiffs listed above be GRANTED the Motion for Extension of Time.

DATED this 30th day of _____April_____,2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE