UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v. Forest River, Inc., et al*, Docket No. 09-2977 | | * * * | JUDGE ENGELHARDT  MAG: CHASEZ |

**********************************************************************

### ORDER

Considering the foregoing *Motion for Leave to File Reply Memorandum*,

IT IS ORDERED that defendants motion is granted and that the reply memorandum be entered into the record.

THUS DONE AND SIGNED this __30th__ day of ____April____, 2010 at New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT

Page 1 of 1