UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

**MEMORANDUM IN SUPPORT OF RECREATION BY DESIGN, LLC'S
MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* TO PREVENT
AND/OR EXCLUDE TESTIMONY REGARDING FLEETWOOD**

NOW INTO COURT, through undersigned counsel, comes Defendant, Recreation by Design, LLC ("RBD"), and submits the following Memorandum in Support of Motion for Leave to File Motion *in Limine* to Prevent and/or Exclude Testimony Regarding Fleetwood.

This matter is scheduled for a jury trial to commence on May 17, 2010. Pursuant to the Trial Scheduling Order, the deadline to file motions *in limine* was April 16, 2010.[1] However, this Court may extend a deadline upon a showing of good cause.[2] RBD submits that good cause exists for the

---

[1] *See* Rec. Doc. No. 9471.

[2] *See id.*

extension of the motion *in limine* deadline for the limited purpose of allowing RBD to file its Motion *in Limine* to Prevent and/or Exclude Testimony Regarding Fleetwood.

As is more fully outlined by RBD in its Memorandum in Support of Motion *in Limine* to Prevent and/or Exclude Testimony Regarding Fleetwood, it is anticipated that plaintiff will attempt to elicit testimony at the trial of this matter – specifically from defendant's expert, Robert E. Wozniak – regarding Fleetwood's corporate practices and/or standards with respect to the construction of recreational travel trailers. Indeed, it was not until after the deposition of RBD's expert, Robert Wozniak, that the grounds for RBD's Motion *in Limine* to Prevent and/or Exclude Testimony Regarding Fleetwood were discovered. Mr. Wozniak's deposition did not take place until April 20, 2010 – after the April 16, 2010 motion *in limine* deadline. Moreover, undersigned counsel did not receive a transcript of Mr. Wozniak's deposition until the afternoon of April 26, 2010.

Based upon the above and foregoing, RBD submits that good cause exists for the extension of the motion *in limine* deadline. Accordingly, RBD respectfully requests that this Honorable Court grant RBD leave to file its Motion *in Limine* to Prevent and/or Exclude Testimony Regarding Fleetwood and associated Memorandum in Support.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
909 Poydras Street, Ste. 1800
New Orleans, LA 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for defendant,*
*Recreation By Design, LLC*
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436