UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

### RECREATION BY DESIGN, LLC'S MOTION *IN LIMINE* TO PREVENT AND/OR EXCLUDE TESTIMONY REGARDING FLEETWOOD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), who respectfully brings this Motion *in Limine* to Prevent and/or Exclude Testimony Regarding Fleetwood at the trial of this matter. As is more fully outlined by defendant in the Memorandum in Support submitted herewith, it is anticipated that plaintiff will attempt to elicit testimony at the trial of this matter – specifically from defendant's expert, Robert E. Wozniak – regarding Fleetwood's corporate practices and/or standards with respect to the construction of recreational travel trailers. RBD submits that such testimony regarding Fleetwood's corporate practices and/or standards is wholly irrelevant to the present matter. Furthermore, the introduction

of such evidence and/or testimony is highly prejudicial and would serve only to mislead the jury and confuse the issues presented at trial.  Accordingly, RBD moves this Court to issue an order preventing and/or excluding such testimony.

             Respectfully submitted,

             */s/ Randall C. Mulcahy*
             LYON H. GARRISON, Bar No. 19591
             SCOTT P. YOUNT, Bar No. 22679
             RANDALL C. MULCAHY, Bar No. 26436
             DARRIN L. FORTE, Bar No. 26885
             KELLY M. MORTON, Bar No. 30645
             GARRISON, YOUNT, FORTE
             & MULCAHY, L.L.C.
             909 Poydras Street, Ste. 1800
             New Orleans, LA 70112
             Telephone: (504) 527-0680
             Facsimile: (504) 527-0686
             *Attorneys for defendant,*
             *Recreation By Design, LLC*
             Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

 I hereby certify that on May 3, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

             */s/ Randall C. Mulcahy*
             RANDALL C. MULCAHY, Bar No. 26436