UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| | * | |
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *EARLINE CASTANEL, ET AL v .* | * | |
| *RECREATION BY* | * | |
| *DESIGN, LLC, SHAW* | * | |
| *ENVIRONMENTAL, INC.,* | * | |
| *and UNITED STATES OF AMERICA* | * | |
| *THROUGH THE FEDERAL* | * | |
| *EMERGENCY MANAGEMENT* | * | |
| *AGENCY,* NO. 09-3251 | * | |

*****************************************************************

ORDER

Considering the foregoing Motion for Expedited Hearing on behalf of Recreation

By Design, LLC:

IT IS HEREBY ORDERED that Recreation By Design, LLC's Motion for Leave to

File Motion *in Limine* to Prevent and/or Exclude Testimony Regarding Fleetwood will be

heard on _____, 2010, at __:___ _.m.

IT IS HEREBY FURTHER ORDERED that Recreation By Design, LLC's Motion

*in Limine* to Prevent and/or Exclude Testimony Regarding Fleetwood will be heard on

_____, 2010, at __:___ _.m.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
HON. KURT D. ENGELHARDT