UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
*No. 07-9228*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS CERTAIN PLAINTIFF'S CLAIMS AGAINST THE FEDERAL GOVERNMENT WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Elisha Dubuclet, individually and on behalf of minor children Timia Dubuclet and Timothy Dubuclet, Jr., who, pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby voluntarily dismisses any and all claims against the United States of America through the Federal Emergency Management Agency, as defendant in the above-captioned matter. Plaintiff further understands that dismissal of her claims are with full prejudice.

Respectfully submitted,

LAW OFFICE OF FRANK J. D'AMICO, JR.

BY:   /s/  Frank J. D'Amico, Jr.
       Frank J. D'Amico, Jr. (#17519)
       622 Baronne Street
       New Orleans, Louisiana 70113
       Telephone:    (504) 525-7272
       Facsimile:    (504) 525-9522
       frank@damicolaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

           /s/ Frank J. D'Amico, Jr.
       FRANK J. D'AMICO, JR. (#17519)