UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>*No. 07-9228* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER DISMISSING CLAIMS AGAINST THE UNITED STATES

Considering the above and foregoing:

IT IS ORDERED that any and all claims by Elisha Dubuclet, individually and on behalf of her minor children, Timia Dubuclet and Timothy Dubuclet, Jr., against the United States of America through the Federal Emergency Management Agency are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**