UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

### MEMORANDUM IN SUPPORT OF DEFENDANT RECREATION BY DESIGN, LLC'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE THE TESTIMONY OF ALBERT JARRELL

NOW INTO COURT, through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), and submits the following Memorandum in Support of Motion for Leave to File Motion to Strike the Testimony of Albert Jarrell.

This matter is scheduled for a jury trial to commence on May 17, 2010. Pursuant to the Trial Scheduling Order, the deadline to file motions *in limine* was April 16, 2010.[1] However, this Court may extend a deadline upon a showing of good cause.[2] RBD submits that good cause exists for the

---

[1] *See* Rec. Doc. No. 9471.

[2] *See Id.*

extension of the motion *in limine* deadline for the limited purpose of allowing RBD to file its Motion to Strike the Testimony of Albert Jarrell.

As is more fully outlined by RBD in its Memorandum in Support of Defendant's Motion to Strike the Testimony of Albert Jarrell, it is anticipated that plaintiff will attempt to introduce Mr. Jarrell's prior deposition testimony and/or elicit testimony from him at the trial of this matter, both of which would be unfairly prejudicial to RBD. Moreover, RBD contends that any testimony by Mr. Jarrell would be irrelevant to the material issues in this case.

Based upon the above and foregoing, RBD submits that good cause exists for the extension of the motion *in limine* deadline. Accordingly, RBD respectfully requests that this Honorable Court grant RBD leave to file its Motion to Strike the Testimony of Albert Jarrell and the associated Memorandum in Support.

Respectfully submitted,

*/s/Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
909 Poydras Street, Ste. 1800
New Orleans, LA 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for defendant,*
*Recreation By Design, LLC*
Email: lgarrison@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3rd, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

*/s/Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591

3