UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

## DEFENDANT RECREATION BY DESIGN, LLC'S MOTION
## TO STRIKE THE TESTIMONY OF ALBERT JARRELL

NOW INTO COURT, through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), who respectfully brings this Motion to Strike the Testimony of Albert Jarrell. As is more fully outlined by defendant in the Memorandum in Support submitted herewith, it is anticipated that plaintiff will attempt to introduce Mr. Jarrell's prior deposition testimony and/or elicit testimony from him at the trial of this matter, both of which would be unfairly prejudicial to RBD. Moreover, RBD contends that any testimony by Mr. Jarrell would be irrelevant to the material issues in this case. Accordingly, RBD moves this Court to issue an order striking such testimony.

Respectfully submitted,

*/s/Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
909 Poydras Street, Ste. 1800
New Orleans, LA 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for defendant,*
*Recreation By Design, LLC*
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3rd, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

*/s/Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591

2