```
                                        ****************
                                        *** TX REPORT ***
                                        ****************

JOB NO.                 4395
ST. TIME                04/21 09:13
PGS.                    4
SEND DOCUMENT NAME

TX IMCOMPLETE           -----
TRANSACTION OK          17132235909
ERROR                   -----
```

**GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.**
SUITE 1800
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112
Telephone: (504) 527-0680  Fax: (504) 527-0686

**FACSIMILE COVER SHEET**

| | | |
|---|---|---|
| **To:** | Peter K. Taffe | Fax No.: 713-223-5909 |
| | | Tele No.: 713-223-5393 |
| **From:** | Lyon H. Garrison | |
| **Date:** | April 21, 2010 | |
| **Subject:** | In Re FEMA Trailer MDL | |
| | *Earline Castanel v. Recreation By Design, LLC, et al.* | |
| | Docket No. 09-3251 | |
| | Our File No: 1376.41971 | |
| **Pages:** | 4 , including this cover page. Please call 504-527-0680 if you do not receive all pages. | |

**Comments:**

**CONFIDENTIALITY NOTICE:** The documents accompanying this telecopy transmission contain confidential information which is legally privileged and intended only for the use of the recipient named above. We request immediate notification by telephone of misrouted telecopy transmissions so that we can arrange for return of those document to us. If you receive this telecopy in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

**EXHIBIT B**

## Penny Steele

| | |
|---|---|
| From: | Penny Steele |
| Sent: | Wednesday, April 21, 2010 9:22 AM |
| To: | 'gmeunier@gainsben.com'; 'fdamicojr@damicolaw.net' |
| Cc: | Lyon Garrison |
| Subject: | In Re FEMA Trailer MDL - Castanel v. Recreation By Design, LLC |
| Attachments: | 20100421091713.pdf |

Please see attached correspondence on behalf of Lyon H. Garrison of Garrison, Yount, Forte & Mulcahy, L.L.C.

Sincerely,

Penny K. Steele,
Secretary to Darrin L. Forte,
Kelly M. Morton & Kevin F. Truxillo
Garrison, Yount, Forte & Mulcahy, L.L.C.
909 Poydras Street, Ste. 1800
New Orleans, Louisiana 70112
Ph: (504) 527-0680
Fx: (504) 527-0686

1

# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW

**LYON H. GARRISON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 527-0109
lgarrison@garrisonyount.com

April 21, 2010

*Via Facsimile (713) 223-5909*

Mr. Peter K. Taaffe
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002

Re: In Re FEMA Trailer MDL
*Earline Castanel v. Recreation By Design, LLC, et al.*, Docket No. 09-3251
Our File No: 1376.41971

Dear Peter:

Please allow this to acknowledge receipt of the two letters, April 20, 2010 and April 21, 2010, regarding Mr. Jarrell's deposition. Regarding your most recent letter, it should be noted that Mr. Jarrell's deposition was cancelled by Mr. D'Amico.

Attached please find my April 19, 2010 email to Frank D'Amico Jr. regarding the deposition Mr. Jarrell. Mr. D'Amico advised that Mr. Jarrell was not showing up for his deposition on April 21, 2010, and that a Motion to Quash was being filed regarding the deposition. Yesterday, I received the Motion to Quash. Based on that information, Mr. Jarrell's deposition was cancelled. There is no way for me to provide adequate notice to all counsel and make the arrangements for the deposition to go forward this morning.

I would like to reschedule Mr. Jarrell's deposition for a date in the near future.

In the meantime, RBD intends to file an Opposition to the Motion to Quash and a Motion to Strike Mr. Jarrell's testimony. According to Frank D'Amico, it is my understanding that Mr. Jarrell has no firsthand knowledge about the RBD unit. Incidentally, Mr. Jarrell was first listed as a witness by plaintiffs on March 12, 2010. A few days later, my office contacted Linda Nelson regarding his deposition. After we did not receive a response, the subpoena was sent due to the discovery deadline.

Please contact me to schedule a new date for Mr. Jarrell's deposition. RDB still intends to object to Mr. Terrell's testimony.

April 21, 2010
Page 2

       If you should have any questions or comments, please give me a call.

                Sincerely,

                */s/Lyon H. Garrison*

                Lyon H. Garrison

LHG/pks
cc:   Mr. Frank D'Amico (Via Email)
      Mr. Jerry Meunier (Via Email)