# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

**LYON H. GARRISON**
ADMITTED IN LOUISIANA

ATTORNEYS AT LAW
909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 527-0109
lgarrison@garrisonyount.com

April 26, 2010

*Via Facsimile*
Frank D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113

    Re:    In Re FEMA Trailer MDL
            *Earline Castanel v. Recreation By Design, LLC, et al.*
            Our File No: 1376.41971

Dear Frank:

    I am still waiting to hear regarding Mr. Jarrell's deposition. Please let me know when Mr. Jarrell is available for his deposition.

    I look forward to hearing from you.

                                      Sincerely,

                                      *s/Lyon H. Garrison*
                                      Lyon H. Garrison

LHG/jmk
cc:    Linda Nelson
        Gerry Meunier


EXHIBIT D