UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| | * | |
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *EARLINE CASTANEL, ET AL v .* | * | |
| *RECREATION BY DESIGN, LLC* | * | |
| *ET AL, DOCKET* NO. 09-3251 | * | |

*************************************************************************

**ORDER**

Considering the foregoing Motion for Expedited Hearing on behalf of Recreation

By Design, LLC:

IT IS HEREBY ORDERED that Recreation By Design, LLC's Motion for Leave to

File Motion to Strike the Testimony of Albert Jarrell will be heard on

_____, 2010, at __:___ _.m.

IT IS HEREBY FURTHER ORDERED that Recreation By Design, LLC's Motion

to Strike the Testimony of Albert Jarrell will be heard on _____, 2010,

at __:___ _.m.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
HON. KURT D. ENGELHARDT