UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Nunnery, et al. v. Keystone RV Industries., et al.,*
Case No. 09-3871 (McGraw)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES OF AMERICA'S MOTION TO EXTEND DEADLINE FOR UNITED STATES EXPERT TOXICOLOGIST TO ISSUE FED. R. CIV. P. 26 REPORT ADDRESSING TOXICOLOGICAL PROPERTIES OF CRACK COCAINE

Defendant United States of America ("United States") moves to extend deadline from May 3, 2010, to May 10, 2010, for the government's expert toxicologist Dr. Robert James, Ph.D., to issue a Fed. R. Civ. P. 26 report addressing the toxicological properties of crack cocaine. The United States produced to Plaintiffs' Steering Committee ("PSC") this day Dr. James' Rule 26 expert report. This motion request that the Court grant the United States a limited extension solely for the purpose of allowing Dr. James to address the toxicological properties of crack cocaine. That additional time is required because Dr. James has been ill, and confusion resulting from Court's Order extending the deadline for Defendants' expert witness reports from Saturday, May 1, 2010, to Saturday, May 15, 2010. *See* March 31, 2010, Order (extending deadline for United States expert reports from May 1, 2010 to May 15, 2010 (Rec. Doc. 13182).

The United States has conferred with Plaintiffs' Liaison Counsel Justin Woods and PSC refused to agree to such an extension because "to allow reference to crack cocaine use, which is

not supported, will make this particular bellwether trial non-instructive." Exh. 1, May 3, 2010, E-mail Justin Woods to DOJ. PSC indicated that they would consent to extend the deadline to May 7, 2010, however, they are not agreeable to extending the deadline past May 7. Exh. 2, May 3, 2010, E-Mail PSC to DOJ.

Accordingly, the Court should grant this Motion for the reasons set forth in the United States' Memorandum filed in support hereof.

Dated:  May 3, 2010.                                             Respectfully Submitted,

TONY WEST                                                        ADAM BAIN
Assistant Attorney General, Civil Division                       Senior Trial Counsel

J. PATRICK GLYNN                                                 MICHELLE BOYLE
Director, Torts Branch, Civil Division                           ADAM DINNELL
                                                                 MICHELE GREIF
DAVID S. FISHBACK                                                JONATHAN WALDRON
Assistant Director                                               Trial Attorneys

OF COUNSEL:                                                      //S// Henry T. Miller
                                                                 HENRY T. MILLER (D.C. Bar No. 411885)
JORDAN FRIED                                                     Senior Trial Counsel
Associate Chief Counsel                                          United States Department of Justice
                                                                 Civil Division – Torts Branch
JANICE WILLIAMS-JONES                                            P.O. Box 340, Ben Franklin Station
Senior Trial Attorney                                            Washington, D.C. 20004
Federal Emergency Management Agency                              Telephone No:  (202) 616-4223
Department of Homeland Security                                  E-mail:  Henry.Miller@USDOJ.Gov
Washington, D.C. 20472

                                                                 Attorneys for the United States of America

## CERTIFICATE OF SERVICE

     I hereby certify that on May 3, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                          *//S// Henry T. Miller*
                                          HENRY T. MILLER (D.C. Bar No. 411885)