UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Nunnery, et al. v. Keystone RV Industries., et al.,*
Case No. 09-3871 (McGraw)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXTEND DEADLINE FOR UNITED STATES OF AMERICA's EXPERT TOXICOLOGIST TO ISSUE FED. R. CIV. P. 26 REPORT ADDRESSING TOXICOLOGICAL PROPERTIES OF CRACK COCAINE**

Defendant United States of America ("United States") files this Memorandum in support of its motion to extend the deadline from May 3, 2010, to May 10, 2010, for United States of America's expert toxicologist Dr. Robert James, Ph.D., to issue a Fed. R. Civ. P. 26 report addressing the toxicological properties of crack cocaine. The United States has produced to Plaintiffs' Steering Committee ("PSC") on this day Dr. James' Rule 26 expert report addressing all matters except crack cocaine.

Through its motion the United States request that the Court grant a limited extension of the expert report deadline for the purpose of allowing Dr. James to report and address the toxicological properties of crack cocaine. That additional time is required because Dr. James has been ill, and confusion resulting from Court's Order extending the deadline for Defendants' expert witness reports from Saturday, May 1, 2010, to Saturday, May 15, 2010. As a result of a the Court's Order, Dr. James was operating under the belief that his expert report was due on

May 15, 2010, and not May 3, 2010. *See* March 31, 2010, Order (Rec. Doc. 13182). As such, because of his illness and the Court's March 31, 2010, Order that extends deadlines for United States' expert reports from May 1, 2010, to May 15, 2010, good cause exists justifying Dr. James failure to complete his report and justifying extension of the May 3, 2010, deadline to May 10, 2010, so that he can complete his investigation and address the toxicological properties of crack cocaine.

The United States has conferred with Plaintiffs' Liaison Counsel Justin Woods and Gerald Munier and Plaintiffs' Steering Committee object to the United States' request for this extension of time asserting that "PSC cannot agree to such an extension. To allow reference to crack cocaine use, which is not supported, will make this particular bellwether trial non-instructive." Exh. 1, May 3, 2010, E-Mail PSC to DOJ. PSC indicated that they would consent to extend the deadline to May 7, 2010, however, they are not agreeable to extending deadline past May 7. Exh. 2, May 3, E-Mail DOJ to PSC; Exh. 3, May 3, 2010, E-Mail PSC to DOJ.

In the instant case, good cause exists to grant the United States' motion. Dr. James has indicated that he requires the one week extension of time to set complete his investigation and prepare his report setting forth his opinions regarding toxicology of crack cocaine. Dr. James was unable to complete this section of his report within the deadline set by the Court because he has been ill, and because of he understood that the Court's March 31, 2010, Order to extend the deadline for his expert report from May 1, 2010, to May 15, 2010.

Accordingly, for good cause shown, the Court should grant the United States' Motion and extend the deadline from May 3, 2010, to May 10, 2010, for the government's expert toxicologist

2

Dr. James, to issue a Fed. R. Civ. P. 26 report addressing the toxicological properties of crack cocaine.

Dated: May 3, 2010.   Respectfully Submitted,

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | MICHELLE BOYLE |
| Director, Torts Branch, Civil Division | ADAM DINNELL |
| | MICHELE GREIF |
| DAVID S. FISHBACK | JONATHAN WALDRON |
| Assistant Director | Trial Attorneys |
| | |
| OF COUNSEL: | //S// *Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED | Senior Trial Counsel |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, D.C. 20004 |
| Federal Emergency Management Agency | Telephone No: (202) 616-4223 |
| Department of Homeland Security | E-mail: Henry.Miller@USDOJ.Gov |
| Washington, D.C. 20472 | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

> //S// *Henry T. Miller*
> HENRY T. MILLER (D.C. Bar No. 411885)

3