UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Nunnery, et al v. Keystone RV Industries., et al,*
**Case No. 09-3871**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant the United States of America's Motion to Extend Deadline for United States' Expert Toxicologist to Issue Fed. R. Civ. P. 26 Report Addressing Toxicological Properties of Crack Cocaine will come for hearing before the Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, on the 19th day of May, at 9:30 a.m., or as soon thereafter as counsel may be heard.

**DONE AND SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| Dated:  May 3, 2010. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | MICHELLE BOYLE<br>ADAM DINNELL<br>MICHELLE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |
| OF COUNSEL: | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch |
| JANICE WILLIAM-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                    //S// *Henry T. Miller*
                                                  HENRY T. MILLER (D.C. Bar No. 411885)