UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Nunnery, et al v. Keystone RV Industries., et al, Case No. 09-3871*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant United States of America's Motion to Extend Deadline for United States' Expert Toxicologist to Issue Fed. R. Civ. P. 26 Report Addressing Toxicological Properties of Crack Cocaine and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is granted and the May 3, 2010, deadline for the United States' expert toxicologist Dr. Robert James to issue his Fed. R. Civ. P. 26 expert report addressing toxicology of crack cocaine is extended to May 10, 2010.

**DONE AND SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**