## Miller, Henry (CIV)

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Monday, May 03, 2010 3:43 PM |
| **To:** | 'Justin Woods' |
| **Cc:** | 'Linda Nelson'; Dinnell, Adam (CIV); 'Gerald E. Meunier'; 'Johnson, Ryan'; 'Percy, James'; 'Barrios, Gerardo'; 'Bass, Wade'; Greif, Michele (CIV) |
| **Subject:** | RE: In Re: FEMA Trailer Litigation (ED LA) McGraw -- US Expert Dr. Robert James' Report |

Justin,

Please let me know PSC position so I can file appropriate motion. The issue is not whether you oppose introduction of such evidence, issue is whether you oppose the request for extension for expert to complete report – similar to what PSC requested for Miller and US did not oppose.

Thanks,

Henry

---

**From:** Miller, Henry (CIV)
**Sent:** Monday, May 03, 2010 1:50 PM
**To:** Justin Woods
**Cc:** Linda Nelson; Dinnell, Adam (CIV); Gerald E. Meunier; Johnson, Ryan; Percy, James; Barrios, Gerardo; Bass, Wade; Greif, Michele (CIV)
**Subject:** RE: In Re: FEMA Trailer Litigation (ED LA) McGraw -- US Expert Dr. Robert James' Report

Justin,

I understand you objection, but that is objection that goes to admissibility of the evidence, and that is a legal issue. At this stage US is requesting an extension for Dr. James to issue the report addressing that subject matter. In agreeing to extension PSC is in no way agreeing that any such testimony is admissible under the Federal Rules of Evidence.

Accordingly, I would request PSC agree to the short extension, with understanding that PSC will be intending to file a motion in limine to preclude presentation of any such evidence to the jury.

Thus, let me know if you object to the short extension.

Thanks,

Henry

EXHIBIT 1

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Monday, May 03, 2010 1:16 PM
**To:** Miller, Henry (CIV)
**Cc:** Linda Nelson; Dinnell, Adam (CIV); Gerald E. Meunier; Johnson, Ryan; Percy, James; Barrios, Gerardo; Bass, Wade;

1

Greif, Michele (CIV)
**Subject:** RE: In Re: FEMA Trailer Litigation (ED LA) McGraw -- US Expert Dr. Robert James' Report

Henry,

The PSC cannot agree to such an extension. To allow reference to crack cocaine use, which is not supported, will make this particular bellwether trial non-instructive.

Justin.

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, May 03, 2010 11:49 AM
**To:** Justin Woods
**Cc:** Linda Nelson; Dinnell, Adam (CIV); Gerald E. Meunier; Johnson, Ryan; Percy, James; Barrios, Gerardo; Bass, Wade; Greif, Michele (CIV)
**Subject:** In Re: FEMA Trailer Litigation (ED LA) McGraw -- US Expert Dr. Robert James' Report

Justin,

US experts will issue their expert reports today. Dr. James however requires an extension to Monday May 10, 2010, to address general causation of crack cocaine.

What I would propose if it is agreeable to Plaintiffs is for Dr. James to issue his report today and then issue a supplement next Monday addressing crack cocaine.

The need for the extension is the result of Dr. James having been out ill for several days as well as a bit of confusion in my office resulting from Court's Order that on its face appears to extend the deadline for all US expert reports from May 1 to May 15.

Please let me know if PSC position regarding this matter, ASAP so that I can file the appropriate motion with the Court.

Thanks,

Henry

**Tracking:**