**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Monday, May 03, 2010 5:31 PM |
| **To:** | Gerald E. Meunier; Justin Woods |
| **Cc:** | Dinnell, Adam (CIV); Greif, Michele (CIV); Johnson, Ryan; 'Percy, James'; Barrios, Gerardo; Bass, Wade; Greif, Michele (CIV) |
| **Subject:** | In Re: FEMA Trailer Ltiigation (ED LA) -- McGraw -- Crack Cocaine |

Justin/Gerry,

I received your voice-mail. As I understand it PSC has withdrawn its objection to granting US a one week extension to produce Dr. James' report addressing toxicology of crack cocaine (per email US will produce today Dr. James' report addressing all other issues). Thank you for withdrawing the objection to the request for extension. As I explained in my emails I believe there was good cause for the requested extension, and believe that the request is an issue separate and apart from whether any such evidence is admissible. Accordingly, I will file an ex parte/unopposed motion to extend expert deadline to May 10, 2010 – if Dr. James completes his report relating to crack cocaine earlier (and this is possible) we will produce to the parties earlier.

I also understand from the voice mail as well as Justin's e-mail that PSC does not believe Mr. McGraw's use of crack cocaine is admissible. Further, from PSC end of things, admissibility needs to be resolved ASAP
because it may impact decision whether to continue pursue Mr. McGraw's claims against the United States. I understand PSC's desire to expedite resolution of this matter and the United States has no objection to PSC presenting the issue to Court as soon as it consider the matter ripe for presentation. Further, US will not oppose any request by PSC to have the Court expedite consideration of such a motion – although I would request that we confer and reach an agreement on an accelerated briefing schedule before any such motion is filed so that neither US or PSC get hit with a 24 hour turnaround time for filing Response/Opposition or Reply when we are also faced with double or triple tracking depositions.

Again, thank you.

Regards,

Henry

**Tracking:**

1

EXHIBIT 2