**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Monday, May 03, 2010 6:24 PM |
| **To:** | Denise Martin; Gerald E. Meunier; Justin Woods |
| **Cc:** | Dinnell, Adam (CIV); Greif, Michele (CIV); Johnson, Ryan; Percy, James; Barrios, Gerardo; Bass, Wade; Greif, Michele (CIV) |
| **Subject:** | RE: In Re: FEMA Trailer Ltiigation (ED LA) -- McGraw -- Crack Cocaine |

Gerry,

I cannot promise he will have it done by Friday. I understand your concern, and we have requested that he complete it ASAP. At this point he promised he could get it to us by Monday, and would try to get it to us earlier. I did not ask for Monday because I wanted to push this back further but because that is simply what I have been told is date he can promise to get it to us.

As for admissibility, I understand you concern, and already indicated in my email that US would not oppose expedited consideration of any motion in limine by PSC to exclude any reference to or information relating to McGraw's use of crack cocaine. I understand your concern and believe it is in US best interest to get this resolved ASAP.

Finally, PSC already has motion in limine pending addressing issue of crack so issue is actually already before the Court. So I suspect allowing James until Monday to complete report as opposed to Friday is not going to make much of a difference.

In any event, given this e-mail, I will file the request for extension as opposed and will take PSC's position on this matter into consideration in the event PSC determines at some later date that it requires an extension in these actions.

Thanks,

Henry



EXHIBIT 3

---

**From:** Denise Martin [mailto:dmartin@gainsben.com]
**Sent:** Monday, May 03, 2010 6:11 PM
**To:** Miller, Henry (CIV); Gerald E. Meunier; Justin Woods
**Cc:** Dinnell, Adam (CIV); Greif, Michele (CIV); Johnson, Ryan; Percy, James; Barrios, Gerardo; Bass, Wade; Greif, Michele (CIV)
**Subject:** RE: In Re: FEMA Trailer Ltiigation (ED LA) -- McGraw -- Crack Cocaine

Henry:

You may have misconstrued my voice mail. I was asking that the US file a motion to allow Dr. James' supplemental report, which we would oppose on the ground of inadmissibility.

In any event, we will at this time only agree to an extension until May 7, 2010, and only on the condition that the US not oppose our prospective motion for expedited consideration of our motion to strike the supplemental report. We intend to file those two motions on Monday, and ask for a hearing ASAP (for the reasons mentioned). Every day counts. This is why we cannot agree to wait until Monday for the report.

Sincerely,
Jerry



Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, May 03, 2010 4:31 PM
**To:** Gerald E. Meunier; Justin Woods
**Cc:** Dinnell, Adam (CIV); Greif, Michele (CIV); Johnson, Ryan; Percy, James; Barrios, Gerardo; Bass, Wade; Greif, Michele (CIV)
**Subject:** In Re: FEMA Trailer Ltiigation (ED LA) -- McGraw -- Crack Cocaine

Justin/Gerry,

I received your voice-mail. As I understand it PSC has withdrawn its objection to granting US a one week extension to produce Dr. James' report addressing toxicology of crack cocaine (per email US will produce today Dr. James' report addressing all other issues). Thank you for withdrawing the objection to the request for extension. As I explained in my emails I believe there was good cause for the requested extension, and believe that the request is an issue separate and apart from whether any such evidence is admissible. Accordingly, I will file an ex parte/unopposed motion to extend expert deadline to May 10, 2010 – if Dr. James completes his report relating to crack cocaine earlier (and this is possible) we will produce to the parties earlier.

I also understand from the voice mail as well as Justin's e-mail that PSC does not believe Mr. McGraw's use of crack cocaine is admissible. Further, from PSC end of things, admissibility needs to be resolved ASAP
because it may impact decision whether to continue pursue Mr. McGraw's claims against the United States. I understand PSC's desire to expedite resolution of this matter and the United States has no objection to PSC presenting the issue to Court as soon as it consider the matter ripe for presentation. Further, US will not oppose any request by PSC to have the Court expedite consideration of such a motion – although I would request that we confer and reach an agreement on an accelerated briefing schedule before any such motion is filed so that neither US or PSC get hit with a 24 hour turnaround time for filing Response/Opposition or Reply when we are also faced with double or triple tracking depositions.

Again, thank you.

Regards,

Henry

**Tracking:**

3