UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * *

## ORDER

IT IS HEREBY ORDERED that no later than July 1, 2010, the Non-Litigation Track Defendants and the PSC will file a Joint Preliminary Class Settlement Agreement and Motion to Certify a Settlement Class.

New Orleans, Louisiana, this 4th day of May, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

01957707.1