UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
May 17, 2010 Recreation by Design trial

## O R D E R

Due to a conflict in the Court's schedule, the pre-trial conference, presently scheduled for Thursday, May 6, 2010, at 10:30 a.m., is rescheduled for 9:00 a.m. on the same date.

New Orleans, Louisiana, this 3rd day of May, 2010.

**KURT D. ENGELHARDT**
**United States District Judge**