UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case 09-3251

## **ORDER**

        **IT IS ORDERED** that **the Motion for Expedited Hearing (Rec. Doc. 13940)** is

**GRANTED.**  Any opposition to Recreation By Design, LLC's Motion for Leave to Submit

Supplemental Expert Report (See Rec. Docs. 13939) is due **on or before Wednesday, May 5, 2010,**

**at noon**, at which time the motion will be taken under advisement.

      New Orleans, Louisiana, this 4th day of May 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**