UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENTS RELATES TO: All Cases | MAGISTRATE CHASEZ |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO THE JOINT MOTION OF THE GOVERNMENT'S CONTRACTORS TO DISMISS THE THIRD AND FOURTH AMENDED MASTER COMPLAINT**

**NOW INTO COURT**, comes Defendants, Bechtel National Inc., CH2M Hill Constructors, Inc., and Shaw Environmental, Inc. ("the Government's contractors" or "the contractors"), who request an order from this Honorable Court granting leave to it to file a reply to Plaintiffs' Opposition to the Joint Motion of the Government's Contractors to Dismiss the Third and Fourth Amended Master Complaint.

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this reply.

Respectfully submitted,

**FRILOT L.L.C.**

/s/ Peter R. Tafaro
JOHN J. HAINKEL, III – (#18246)

1

A. J. KROUSE – (#14426)
DAVID P. CURTIS – (#30880)
CAROLYN B. HENNESY –(25089)
PETER R. TAFARO – (#28776)
ANDREW M. MAESTRI – (#30606)
3700 Energy Centre, 1100 Poydras St
New Orleans, Louisiana 70163
Tel: (504) 599-8000; Fax: (504) 599-8100
E-mail: ptafaro@frilot.com
**Attorneys for Bechtel National, Inc.**

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

/s/ Gerardo R. Barrios
ROY C. CHEATWOOD (#4010)
GERARDO R. BARRIOS (#21223)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
WADE M. BASS (#29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
Tel: (985) 819-8400; Fax: (985) 819-8484
**Attorneys for CH2M Hill Constructors, Inc.**

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

/s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Tel: (504) 566-5200; Fax:  (504) 636-4000
**Attorneys for Shaw Environmental, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known

2

3

counsel by operation of the court's electronic filing system.  I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 4th day of May, 2010.

/s/ *Peter R. Tafaro*
PETER R. TAFARO