UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
All Cases

**ORDER**

Considering the foregoing Motion for Leave to File Reply to Plaintiffs' Opposition to the Joint Motion of the Government's Contractors to Dismiss the Third and Fourth Amended Master Complaint;

IT IS HEREBY ORDERED that Bechtel National Inc., CH2M Hill Constructors, Inc., and Shaw Environmental, Inc. are granted leave to file their reply to Plaintiffs' Opposition to the Joint Motion of the Government's Contractors to Dismiss the Third and Fourth Amended Master Complaint.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
JUDGE KURT D. ENGELHARDT