UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| | § | |
| *All Cases* | § | MAGISTRATE CHASEZ |
| | § | |

### EX PARTE / UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR FLUOR ENTERPRISES, INC. TO REPLY. TO PLAINTIFFS' OPPOSITIONS TO MOTIONS FOR PARTIAL JUDGMENT ON THE PLEADINGS TO DISMISS LOUISIANA PRODUCT LIABILITY CLAIMS AND NEGLIGENCE CLAIMS IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully requests an extension of time until May 12, 2010 to reply to plaintiffs' oppositions (Rec. docs. 13821 and 13777) to FEI's (1) motion for partial judgment on the pleadings to dismiss Louisiana product liability claims in the third and fourth supplemental and amended administrative master complaints (Rec. doc. 13423), and (2) motion for partial judgment on the pleadings on negligence claims in the third and fourth supplemental and amended administrative master complaints (Rec. doc. 13426), which are currently set for hearing on May 5, 2010 at 9:30 a.m., without oral argument.

Undersigned counsel for FEI, Charles R. Penot, Jr., contacted plaintiff's liaison counsel, Gerald E. Meunier, who has no opposition to this motion.

    Respectfully submitted,

    **MIDDLEBERG, RIDDLE & GIANNA**

    *s/ Sarah A. Lowman*
    Dominic J. Gianna, La. Bar No. 6063
    Sarah A. Lowman, La. Bar No. 18311
    201 St. Charles Avenue, Suite 3100
    New Orleans, Louisiana 70170
    Telephone: (504) 525-7200
    Facsimile: (504) 581-5983

       *-and-*

    Charles R. Penot, Jr. (La. Bar No. 1530 &
    Tx. Bar No. 24062455)  **T.A.**
    717 North Harwood, Suite 2400
    Dallas, Texas 75201
    Telephone: (214) 220-6334
    Facsimile: (214) 220-6807

       *-and-*

    Richard A. Sherburne, Jr., La. Bar No. 2106
    450 Laurel Street, Suite 1101
    Baton Rouge, Louisiana 70801
    Telephone: (225) 381-7700
    Facsimile: (225) 381-7730

    **Attorneys for Fluor Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.

                                                                           */s/ Sarah A. Lowman.*

**ND: 4819-6270-0038, v. 1**