UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | |
| § | SECTION N(5) |
| § | |
| THIS DOCUMENT IS RELATED TO: § | JUDGE ENGELHARDT |
| § | |
| *All Cases* § | MAGISTRATE CHASEZ |
| § | |

## ORDER

CONSIDERING THE FOREGONG MOTION,

IT IS ORDERED that Fluor Enterprises, Inc. (**FEI**) be granted an extension of time until May 12, 2010 to reply to plaintiffs' oppositions (Rec. docs. 13821 and 13777) to FEI's (1) motion for partial judgment on the pleadings to dismiss Louisiana product liability claims in the third and fourth supplemental and amended administrative master complaints (Rec. doc. 13423), and (2) motion for partial judgment on the pleadings on negligence claims in the third and fourth supplemental and amended administrative master complaints (Rec. doc. 13426).

New Orleans, Louisiana this _____ day of May, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

ND: 4826-6760-5254, v.  1