**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|    PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-3251 | * | |
| *Earline Castanel vs. Recreation by Design, LLC* | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**PLAINTIFF'S FINAL EXHIBIT LIST**</u>

      NOW INTO COURT, through undersigned counsel, comes Plaintiff, **Earline Castanel**,

pursuant to this Honorable Court's Trial Scheduling Order dated December 23, 2009 (Doc.

No. 9471), who hereby submits the following Final Exhibit List in connection with the

above captioned matter:

| EXHIBIT ID | Category: | EXHIBIT DESCRIPTION | BATES RANGE | STATUS |
|---|---|---|---|---|
| Plaintiff's Exhibits | | | | |
| | Governmental Agency Reports and Studies | | | |
| 1 | | CDC Summary and Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units – Indoor Environment Department, Lawrence Berkeley National Laboratory, 8 May, 2008 | PSC002113 - PSC002166 | |
| 2 | | U.S. Department of Health and Human Services and CDC Presentation Titled "Formaldehyde Levels in Occupied FEMA-supplied Temporary Housing Units (THUs) in LA and MS, Winter 2007-2008" | PSC002167 - PSC002181 | |

| 3 | | CDC Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – February 29, 2008 | PSC002182-PSC002202 | |
|---|---|---|---|---|
| 4 | | CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – July 2, 2008 | PSC002203 - PSC002263 | |
| 5 | | Agency for Toxic Substances and Disease Registry (ATSDR) "Health Consultation, Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana, February 1, 2007" | PSC002264 - PSC002277 | |
| 6 | | ATSDR October 2007 "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2006" dated October 2007 | PSC002278 - PSC002318 | |
| 7 | | Statement of Harvey E. Johnson, Jr., Acting Deputy Administrator and Chief Operating Officer for FEMA before the U.S. Senate Subcommittee on Disaster Recovery and Subcommittee on State, Local, and Private Sector Preparedness and Integration, March 4, 2008 | PSC003188 - PSC003198 | |
| 8 | | Statement of R. David Paulison, FEMA Administrator, before the U.S. House of Representatives Committee on Oversight and Government Reform, July 19, 2007 | PSC003199 - PSC003207 | |

| 9 | | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making" published in March 2008 by the DHHS, CDC, DHS, FEMA and the EPA | PSC003208 - PSC003213 | |
|---|---|---|---|---|
| 10 | | U.S. EPA "Indoor Air Quality" Basic Information for Formaldehyde – Last updated November 14, 2007 | PSC003214 - PSC003217 | |
| 11 | | "Formaldehyde Levels in FEMA-Supplied Trailers - Early Findings from the Centers for Disease Control and Prevention" | PSC003218 - PSC003219 | |
| 12 | | ASTM Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates in Wood Products Using a Large Chamber  (2002) | PSC021571 – PSC021582 | |
| 13 | | Indoor Air Quality and Health in FEMA Temporary Housing for Trailer Residents prepared by CDC | PSC021583 – PSC021584 | |
| 14 | | Trailer Manufacturers and Elevated Formaldehyde Levels Majority Staff Analysis, Committee on Oversight and Government Reform, U.S. House of Representatives dated on July 9, 2008 | PSC024251 – PSC024277 | |
| 15 | | ASHRAE Handbook, 2007:  HVAC Applications, Chapter One: Residences | DUB002101 – DUB002107 | |
| 16 | | Department of Homeland Security, Office of Inspector General: FEMA's Response to Formaldehyde  in Trailers dated June, 2009 | PSC025938 – PSC026022 | |

| 17 | | Majority Staff Report Subcommittee on Investigations & Oversight - Committee on Science & Technology U.S. House of Representatives, September 2008, "Toxic Trailers – Toxic Lethargy: How the Centers for Disease Control and Prevention Has Failed to Protect the Public Health" | PSC002070 - PSC002112 | |
| | **Standards, Regulations and Statutes** | | | |
| 18 | | 24 C.F.R. § 3280.309, Health Notice on formaldehyde emissions Current through November 6, 2008 | PSC003147 | |
| 19 | | §3280.309 – 24 CFR Ch. XX, Health Notice on Formaldehyde emissions (4-1-07 Edition) | PSC021693 – PSC021694 | |
| 20 | | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 - PSC003172 | |
| 21 | | U.S. Department of Housing and Urban Development Rules and Regulations regarding Formaldehyde, 49 FR 31996 | PSC003173 - PSC003186 | |
| 22 | | California Air Resources Board's (CARB) Standards:  Final Regulation Order – Airborne Toxic Control Measure to Reduce Formaldehyde Emissions from Composite Wood Products | PSC021695 – PSC021753 | |
| 23 | | Occupational Safety and Health Administration's (OSHA) Standards for Formaldehyde | PSC021754 – PSC021772 | |

| 24 | | American Conference of Governmental Industrial Hygienists' (ACGIH) Standards for Formaldehyde | | |
| 25 | | National Institute of Occupational Safety and Health's (NIOSH) Standards for Formaldehyde | PSC024278 – PSC024358 | |
| 26 | | World Health Organization (WHO) and Health Canada's Standards for Formaldehyde | PSC024359 – PSC024361 | |
| 27 | | World Health Organization (WHO) and Health Europe's Standards for Formaldehyde | PSC024830 – PSC025117 | |
| 28 | | American National Standard (ANSI) for Medium Density Fiberboard dated February 4, 1994 | PSC021773 – PSC021784 | |
| 29 | | American National Standard (ANSI) for Particleboard dated February 8, 1999 | PSC021785 – PSC021797 | |
| 30 | | American National Standard (ANSI) HPVA HP-1-2004 for Hardwood and Decorative Plywood. | | |
| 31 | | ANSI A119.2, NFPA 1192: Standard on Recreational Vehicles; 2002 Edition | DUB002054 – DUB002100 | |
| 32 | | ANSI A119.4, NFPA 1194: Standard on Recreational Vehicle Parks and Campgrounds; 2002 Edition | PSC021798 – PSC021817 | |
| 33 | | Toxicological Profile on Formaldehyde prepared by ATSDR on July 1999 | PSC024362 – PSC024829 | |

| 34 | | RVIA Standards | LWFR-EXP5-000460 – LWFR-EXP5-000461 | |
| | **Articles** | | | |
| 35 | | July 20, 2007 "Formaldehyde and FEMA Trailers" by Lee Shull, Ph.D | PSC021640 – PSC021641 | |
| 36 | | Maddalena, Randy; Russell, Marion; Sullivan, Douglas P.; an Apte, Michael G. "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Unites – Final Report" – Ernest Orlando Lawrence Berkeley National Laboratory, November 2008 | PSC025133 – PSC025193 | |
| 37 | | "Effect of Formaldehyde Inhalation on Hsp70 in Seminiferous Tubules of rat testes: an immunohistochemical study" by O. Ozen, et al. (2005) | PSC021823 – PSC021829 | |
| 38 | | "Formaldehyde and Glutaradehyde and Nasal Cytotoxicity: Case Study within the Context of the 2006 IPCS Human Framework for the Analysis of a Cancer Mode of Action for Humans" by D. McGregor, et al. | PSC021830 – PSC021846 | |
| 39 | | "Effects of inhaled Formaldehyde on Learning and Memory of Mice" by Z. Lu, et al. (2008) | PSC021847 – PSC021854 | |
| 40 | | National Cancer Institute (NCI): Fact Sheet: Formaldehyde and Cancer Risk dated May 7, 2009 | PSC021867 – PSC021873 | |

| 41 | | National Cancer Institute (NCI): Formaldehyde Exposure among Industrial Workers is Associated with Increased Risk of Cancers of the Blood and Lymphatic System dated May 12, 2009 | PSC026117 – PSC026118 | |
|----|----|----|----|----|
| 42 | | FEMA media release: FEMA Awards Contracts for Low Emissions Travel Trailers – April 7, 2009 – Release No. HQ-09-034b | PSC021876 – PSC021879 | |
| 43 | | FEMA media release: FEMA to Introduce New Type of Manufactured Home – Dec. 18, 2008 – Release No. 1791-343 | PSC021880 | |
| 44 | | Article - "Formaldehyde Exposure in Nonoccupational Environments" by K. Dally, et al. | PSC021881 – PSC021888 | |
| 45 | | Article - "Formaldehyde-related Health Complaints of Residents Living in Mobile and Conventional Homes" by I. Ritchie, et al. | PSC021889 – PSC021894 | |
| 46 | | Article – FEMA rolls out new disaster mobile homes: Formaldehyde levels are far below those of Hurricane Katrina, Rita trailers dated 05/14/09 | PSC021895 – PSC021896 | |
| 47 | | Fact Sheet:  Airborne Toxic Control Measure (ATCM) to Reduce Formaldehyde Emissions from Composite Wood Products | PSC026119 – PSC026120 | |
| 48 | | Environmental Health – Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making (March 2008) | PSC021897 – PSC021902 | |

| | | | | |
|---|---|---|---|---|
| 49 | | Environmental Health – What you should know about Formaldehyde in Mobile Homes | PSC021903 – PSC021906 | |
| 50 | | Formaldehyde Levels in FEMA-Supplied Trailers; Early Findings from the Centers for Disease Control and Prevention | PSC003218 – PSC003219 | |
| 51 | | "Special Report: Policy – A review of human carcinogens – Part F: Chemical Agents and Related Occupations" (December 2009) | | |
| 52 | | Boyson, M. "*Nasal mucosa in workers exposed to formaldehyde: a pilot study.*" Br J of Ind Med 47:116-121, 1990. | PSC002845 - PSC002853 | |
| 53 | | Edling, C. "*Occupational exposure to formaldehyde and histopathological changes in nasal mucosa.*" Br J of Ind Med 45:761-765, 1988. | PSC002854 - PSC002865 | |
| 54 | | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Rats after Long-term Exposure to Formaldehyde and Wood Dust.*" Acta Otolaryngol (Stockh) 108:274-283, 1989. | PSC002866 - PSC002881 | |
| 55 | | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.*" Acta Otolaryngol (Stockh) 107: 120-129, 1989. | PSC002882 - PSC002893 | |
| 56 | | Platts-Mills, TA. "*Indoor allergens and asthma: Report of the Third International Workshop.*" J Allergy Clin Immunol 1997;100(6 Pt 1):S2-S24. | PSC002909 - PSC002931 | |

| 57 | | Krzyzanowski, Michal, *"Chronic Respiratory Effects of Indoor Formaldehyde Exposure"* Environmental Research 52, 117-125 (1990) | PSC006060 – PSC006068 | |
| 58 | | "Indoor Residential Chemical Emissions as Risk Factor for Children's Respiratory Health" by M. Mendell | PSC022228 – PSC022267 | |
| 59 | | "Formaldehyde and Leukemia: Epidemiology, Potential Mechanisms, and Implications for Risk Assessment" by Zhang, et al. | PSC026121 – PSC026131 | |
| 60 | | "Formaldehyde-releasers: relationship to formaldehyde contact allergy.  Contact allergy to formaldehyde and inventory of formaldehyde-releasers" by Groot, et al. | PSC026132 – PSC026154 | |
| 61 | | "Formaldehyde exposure and leukemia: A new meta-analysis and potential mechanisms" by Zhang, et al. (2009) | PSC026211 – PSC026229 | |
| 62 | | "Mortality from Lymphohematopoietic Malignances and Brain Cancer Among Embalmers Exposed to Formaldehyde" by Hauptmann, et al. (December 16, 2009) | PSC026230 – PSC026242 CAST-WILLIAMS-000071- CAST-WILLIAMS-000083 | |
| 63 | | State of California: Environmental Protection Agency; "Office of Environmental Health Hazard Assessment Safe Drinking Water and Toxic Enforcement Act of 1986:  Chemicals Known to the State to Cause Cancer or Reproductive Toxicity" dated September 11, 2009 | PSC026243 – PSC026261 | |

| 64 | | "Occupational Exposure to Formaldehyde, Hematotoxicity, and Leukemia-Specific Chromosome Changes in Cultured Myeloid Progenitor Cells" by Zhang, et al. (January 2010) | PSC026262 – PSC026271 | |
|----|---|---|---|---|
| 65 | | "APCA Note-book: An Assessment of the Berge Equation applied to formaldehyde measurements under controlled conditions of temperature and humidity in a mobile home." Godish, et al. (November 1985) | PSC026272 – PSC026273 | |
| 66 | | "Formaldehyde release from particleboard evaluation of a mathematical model." Berge, et al. (1980) | PSC026274 – PSC026279 | |
| 67 | | "Influence of temperature on formaldehyde emission parameters of dry building materials." Zhang, et al. (2006) | PSC026280 – PSC026293 | |
| 68 | | "Passive flux sampler for measurement of formaldehyde emission rates." Shinohara, et al. (2007) | PSC026294 – PSC026304 | |
| 69 | | "Identifying tumour sites in the IARC Monographs" V.J. Cogliano (July 2009) | PSC026305 | |
| 70 | | "Special Report: Policy – A review of human carcinogens – Part D: Radiation" (August 2009) | PSC026306 – PSC026307 | |

| | | | | |
|---|---|---|---|---|
| 71 | | World Health Organization IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 88, Formaldehyde, 2-Butoxyethanol and 1-*tert*-Butoxypropan-2-ol, Summary of Data Reported and Evaluation | | |
| 72 | | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans VOLUME 100, MEETING F: CHEMICAL AGENTS AND RELATED OCCUPATIONS Lyon, France: 20-27 October 2009 | | |
| 73 | | "Unintended Consequences: Formaldehyde Exposures in Green Homes" Kincaid and Offerman (2010 – Synergist) | PSC026308 – PSC026311 | |
| 74 | | "Report: FEMA mishandled toxins in trailers" USA Today; Jervis | PSC026312 – PSC026314 | |
| 75 | | Brochure: Some Everyday Sources of Formaldehyde | PSC026338 – PSC026340 | |
| 76 | | "FEMA:  Louisiana/FEMA Assess Need for Travel Trailers in More Parishes" (October 26, 2002) | PSC026341 – PSC026342 | |
| 77 | | "Formaldehyde Council News Release: Formaldehyde Council Comments on the IARC and NTP Decisions on Formaldehyde" (Washington, D.C., December 8, 2009) | PSC026942 – PSC026943 | |

| 78 | | "Department of Health and Human Services: National Toxicology Program (NTP); Report on Carcinogens (RoC) Center: Request for Public Comments on the RoC Expert Panel's Recommendation on Listing Status for Formaldehyde and the Scientific Justification for the Recommendation" (December 21, 2009) | PSC026347 – PSC026348 | |
| 79 | | "Draft: Report on Carcinogens Background Document for Formaldehyde" NTP (September 3, 2009) | PSC026349 – PSC026941 | |
| 80 | | "Park Owners Warned: Beware of FEMA Trailers" William Garpow (January 21, 2010) | PSC026944 – PSC026945 | |
| 81 | | Lang, I., T. Bruckner and G. Triebig. 2008. Formaldehyde and chemosensory irritation in humans: A controlled human exposure study. Regul. Toxicol. Pharmacol. 50:23-36. | | |
| 82 | | Ezratty, V., M. Bonay, C. Neukirch, G. Orset-Guillossou, M. Dehoux, S. Koscienly, P.-A. Cabanes, J. Lambrozo and M. Aubier. 2007. Effect of formaldehyde on asthmatic response to inhaled allergen challenge. Environ. Health Persp. 115:210-214. | | |
| 83 | | Casset A, Purohit A, Marchand C, et al.: "The Bronchial response to inhaled formaldehyde" | | |

| 84 | | Krakowiak, A., P. Gorski, K. Pandrak and U. Ruta. 1998. Airway response to formaldehyde inhalation in asthmatic subjects with suspected respiratory formaldehyde sensitization.  Am. J. Ind. Med. 33:274-281. | | |
|----|--|--|--|--|
| 85 | | H. A. Abramson, MD, *Annals of Allergy*, Volume 12 (April 1954) | | |
| 86 | | Acheson, et al., *Formaldehyde in the British Chemical Industry*, The Lancet (March 1984) | | |
| 87 | | Acheson, et al., *Formaldehyde Process Workers and Lung Cancer*, | | |
| 88 | | Groah, W.J., Gramp, G.D., Garrison, S.B. and Walcott, R.J. (1985): Factors that influence formaldehyde air levels in mobile homes. Forest Products Journal 35:11-18 | | |
| 89 | | Myers, G.E. (1983): Formaldehyde emission from particleboard and plywood paneling: measurement, mechanism and product standards. Forest Products Journal 33:27-37 | | |
| 90 | | Suta, Benjamin, *Population Exposures to Atmospheric Formaldehyde Inside Residences*, report to EPA (1980) | | |
| 91 | | Versar Final Report: "Formaldehyde Exposure Model – Description and Demonstration" (1986) | | |

| 92 | | Zinn, T.,D., Cline and W. Lehmann, *Long Term Study of Formaldehyde Emission Decay from Particleboard*, Forest Products Journal, June 1990. | | |
| 93 | | Burgaz S, CakmakG, et al. Micronuclei frequencies in exfoliated nasal mucosa cells from pathology and anatomy laboratory workers exposed to formaldehyde . Neoplasma, 48(2):144-147, 2001 | | |
| 94 | | Casanova M, Morgan, Steinhagen WH, et al. Covalent Banding of Inhaled Formaldehyde to DNA in Respiratory  Tract of Rhesus Monkeys: Pharmacokinetics, Rat-To –Monkey Interspecies Scaling, and Extrapolation to Man. Fundamental and Applied Toxicology. 17:409-428, 1991. | | |
| 95 | | Casanova M. Morgan KT, et al. DNA-Protein Cross-links and Cell Replication at Specific Sites in the Nose of f344 Rats Exposed Subchronically to Formaldehyde. Fundamental and Applied Toxicology 23:525-536, 1994. | | |
| 96 | | Chaiyasate S, Roongrotwattanasiri K, et al. Epistaxis in Chiang Mai University Hospital J Med Thai 88(9):1282-1285, 2005. | | |
| 97 | | Where to buy hardwood plywood, veneer, and engineered hardwood flooring. Hardwood Plywood & Veneer Association. 2005 | | |
| 98 | | Smulski's Personal email communication with the Composite Panel Association. 2009. | | |

| 99 | | Where to buy hardwood plywood, veneer, and engineered hardwood flooring. Hardwood Plywood & Veneer Association. 2006 | | |
|---|---|---|---|---|
| 100 | | Chen JJ, Yu BP. Detoxification of reactive alehydes in mitochondria: effects of age and dietary restriction, Aging (Milano) 8(5):334-340, Oct 1996. | | |
| 101 | | Clements P, Scoop A, Kaufman L. The Influence of Formaldehyde on the Nasal Mucosa. Rhinology 25:29-34, 1987. | | |
| 102 | | Cogliano VJ, Grosse, Y, et al. Meeting Report: summary of IARC monographs on Formaldehyde, 2-butoxyethanol, and 1 tert-butoxy-2-propanol. Environ Health Perspect 113:1205-1208, 2005. | | |
| 103 | | Conolly RB, Lilly PD, Kimbell JS. Simulation Modeling of the Tissue Disposition of Formaldehyde to Predict Nasal DNA-Protein Cross-Links in Fischer 344 Rats, Rhesus Monkeys, and Humans. Environmental Health Perspectives. 108(supp 5):919-924, 2000. | | |
| 104 | | Costa S, Coelho P, et al. Genotoxic damage in pathology anatomy laboratory workers exposed to formaldehyde. Toxicology. 252(1-3):40-48, 2008. | | |
| 105 | | "Mortality Among Workers at a Pesticide Manufacturing Plant," Amoateng-Adjepong Y, Sathiakumar N, Delzell E, Cole P. J Occup Environ Med. 1995 Apr;37(4):471-8. | | |

| | | | | |
|---|---|---|---|---|
| 106 | | Daele J, Poorten V. Rombaux P, Hamoir M. Cancer of the nasal vestibule, nasal cavity and paranasal sinuses. B-ENT, 1(Suppl 1):87-96, 2005. | | |
| 107 | | Dales R, et al. Quality 0f indoor residential air and health. CMAJ 179(2):147-152, 2008 | | |
| 108 | | Davydov VV, Fomina EV. Age-related in activity of enzymes catalyzing oxidation-reduction of endogenous aldehydes in the liver of rats during immobilization stress. Bull Exp Biol Med, 141 (1):17-19, Jan 2006. | | |
| 109 | | Davydov VV, Dobaeva NM, Bozhkiv AI. Possible role of alteration of aldehyde's scavenger enzymes during aging, Exp Geronotol, 39 (1):11-16, Jan 2004. | | |
| 110 | | de Groot AC, etal. Patch test reactivity to DMDV hydantoin: Relationship to formaldehyde allergy. Contact Dermatitis 18:197-201, 1988. | | |
| 111 | | de la Maza, et al. Color Atlas of Diagnostic Microbiology, Mosby, St Louis, 1997. | | |
| 112 | | Delfino RJ, Gong H, et al. Asthma Symptoms in Hispanic Children and Daily Ambient Exposures to Toxic and Criteria Air Pollutants. Environ Health Perspectives 111 (4):647-656, 2003. | | |

| 113 | | Delfino RJ. Epidemiologic Evidence for Asthma and Exposure to Air Toxics: Linkages between Occupational, Indoor, and Community Air Pollution Research. Env Health Persp 110 (suppl 4):573-589, 2002. | | |
| 114 | | Eberlein-Konig, et al. Influence of air borne nitrogen dioxide or formaldehyde on parameters of skin function and cellular activation in patients with atopic eczema and control subjects. J Allergy Clin Immunol 101:141-143, 1998. | | |
| 115 | | Edling C, Hellquist H, Odkvist L. Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. Br J Ind Med 45:761-765, 1988. | | |
| 116 | | Edling C, Odkvist L, Hellquist H. Formaldehyde and the nasal mucosa, Br J Ind Med 42 (8):570-571, Aug 1987. | | |
| 117 | | Edling C, Hellquist H, Odkvist L. Occupational formaldehyde exposure and the nasal mucosa. Rhinology 25 (3):181-187, 1987. | | |
| 118 | | VOC emission Barrier Effects of Laminates, Overlays and Coatings for Particleboard, Medium Density Fiberboard (MDF) and Hardboard. Composite Panel Association. | | |
| 119 | | d'Errico A, Pasian S, etal. A Case-control Study on Occupational Risk Factors for Sino-nasal Cancer. Occup Environ Med, Jan 19, 2009 [Epub head of print] | | |

| 120 | | From Start to Finish Particleboard. National Particleboard Association. 1986 | | |
| 121 | | From Start to Finish Medium Density Fiberboard. National Particleboard Association. 1986 | | |
| 122 | | Barry, A. and D. Corneau. 2006 Effectiveness of Barriers to Minimize VOC emissions including formaldehyde. Forest Products Journal. 56(9):38-42. | | |
| 123 | | Groah, W., G. Gramp and M. Trant. 1984. Effect of a decorative vinyl overlay on formaldehyde emissions. Forest Products Journal. 34(4):27-29 | | |
| 124 | | Maddalena, R. et al. 2008. Aldehyde and Other Volatile Organic Chemical Emissions in Four Housing Units- Final Report. Environmental Energy Technologies Division Lawrence Berkeley National Laboratory. Berkley, California. | | |
| 125 | | Suchsland, O. and G. Woodson. 1986. Fiberboard Manufacturing Practices in the United States. USDA Forest Service Agriculture Handbook No. 640. Washington D.C. | | |
| 126 | | Franklin P, Dingle P, Stick S. Raised Exhaled Nitric Oxide in Health Children is Associated with Domestic Formaldehyde Levels. Am J Respir Crit Care Med 161:1757-1759, 2000. | | |

| 127 | | Garrett, M.H., et al. Increased risk of allergy in children due to formaldehyde exposure in homes. Allergy, 1999, Vol. 54, pp. 330-337. | | |
|-----|--|----------------------------------|--|--|
| 128 | | Garrett MH. Erratum Allergy 54 (12):1327, 1999 | | |
| 129 | | Zinn, T., D. Cline and W. Lehmann. 1990. Long-term study of formaldehyde emission decay from particleboard. Forest Products Journal. 40(6):15-18. | | |
| 130 | | Gu, YH – "Long-term Exposure to Gaseous Formaldehyde Promotes allergen –specific IgE-mediated Immune Responses in a Murine Model." 2008 | | |
| 131 | | Haraguchi, Ebihara, Saikawa, et al; "Malignant tumors of the nasal cavity; review of a 60-case series." 1995 | | |
| 132 | | Hata, H, Takano H, Matsumiya G., et al; "Late complications of gelatin-resorcin-formalin glue in the repair of acute type A aortic dissection"-2007 | | |
| 133 | | Hauptmann, Michael – "Mortality from Lymphohemtopoietic Malignancies Among Workers in Formaldehyde Industries"-2003 | | |
| 134 | | Hauptmann, Michael –"Mortality from Solid Cancers among Workers in Formaldehyde Industries"-2004 | | |

| | | | | |
|---|---|---|---|---|
| 135 | | Hayes, Richard B.- "Cancer of the nasal cavity and paranasal sinuses, and formaldehyde exposure" - 1986 | | |
| 136 | | Hayes, Richard B.– "Mortality of US Embalmers and Funeral Directors."  1990 | | |
| 137 | | Hayes, Richard B. – "Wood Related Occupations, Wood Dust Exposure and Sinonasal Cancer"  - 1986 | | |
| 138 | | Henderson, Edward M. – "SNOR and Wheeze: The Asthma Enzyme – 2005 | | |
| 139 | | Hester, Susan D. – "Formaldehyde Induced Gene Expression in F344 Rat Nasal Respiratory Epithelium" – 2003 | | |
| 140 | | Hansen J, Olsen JH."Formaldehyde and cancer morbidity among male employees in Denmark. Cancer Causes Control." 1995 | | |
| 141 | | Hodges M, et al. Building-Associated Pulmonary Disease From Exposure to Stachybotrys chartarum and Aspergillus veriscolor. JOEM 40(3):241-249, 1998. | | |
| 142 | | Hoffman Ronald, et al., Hematology: Basic Principles and Practice. Churchill Livingston, Philadelphia, 2009. | | |

| | | | | |
|---|---|---|---|---|
| 143 | | Holmstrom M, Wihelmsson B. Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde and wood dust. Scand J Work Environ Health 14:306-311, 1988. | | |
| 144 | | Holmstrom M, Wihelmsson B. Hellquist H, et al. Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde alone and wood dust. Acta Otolaryngol (Stockh) 108:274-283, 1989. | | |
| 145 | | Holmstrom M, Wihelmsson B. Hellquist H, et al. Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust. Acta otolaryngol (Stockh) 107:120-129, 1989. | | |
| 146 | | Hovding G. Contact Ecxema Due to Formaldehyde in Resin Finished Textiles. Acta Dermato – Venereologica 41:194-200, 1961. | | |
| 147 | | Ionescu J, Marinescu D, Tapu V, Eskenenasy A. Experimental chronic obstructive lung disease. I. Bronchopulmonary changes induced in rabbits by prolonged exposure to formaldehyde. Morphol Embryol (Bucur). 24(3):233-242, 1978. | | |
| 148 | | International Classification of Diseases, Revision 8 (1965) http://www.wolfbane.com/icd/icd8/htm | | |

| 149 | | Izutani H, Shibukawa T et al. Devastating Late Complication for Repair of Type A Acute Aortic Dissection with the usage of Gelatin-Resorcinol-Formalin Glue. Interact Cardio Vasc Thorac Surg 6:240-242, 2007. | | |
|---|---|---|---|---|
| 150 | | Jagani Z, Khosravi-Far R. Cancer stem cells and impaired apoptosis. Adv Exp Med Bio1 615:331-344, 2008. | | |
| 151 | | Jeffery PK. Differences and similarities between chronic obstructive pulmonary disease and asthma. Clin Exp Allergy. 29(Suppl 2):14-26, 1999. | | |
| 152 | | Jude CD, Gaudet JJ, et al., Leukemia and hematopoietic stem cells: balancing proliferation and quiescence.  Cell Cycle 7:586-591, 2008. | | |
| 153 | | Kamata E, Nakadate M, et al. Results of a 28-month chronic inhalation toxicity study of Formaldehyde in male Fisher-344 rats. J Toxicol Sci 22(3):239-254, 1997. | | |
| 154 | | Kazui T, Washiyama N, et al. Role of Biologic Glue Repair of Proximal Aortic Disseaction in the Development of Early and Midterm Redissection of the Aortic Root. Ann Thorac Surg 72:509-514, 2001. | | |
| 155 | | Kerfoot E, Mooney T. Formaldehyde and Paraformaldehyde Study in Funeral Homes. Am Ind Hyg Assoc J July 533-537, 1975. | | |

| 156 | | Kerns WD, Pavkov KL, et al. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res. 43(9):4382-4392, 1983. | | |
|---|---|---|---|---|
| 157 | | Krzyanowski M, Quackenboss JJ, Lebowitz M. Chronic Respiratory Effects of Indoor Formaldehyde Exposure, Env Res 52:117-125, 1990. | | |
| 158 | | Mi Y-H et al.  Current asthma and respiratory symptoms among pupils in Shanghai, China: influence of building ventilation, nitrogen dioxide, ozone, and formaldehyde in classrooms. Indoor Air. 16:454-464, 2006 | | |
| 159 | | Monticello, Thomas M. – "Effects of Formaldehyde Gas on the Respiratory Tract of Rhesus Monkeys"- 1989 | | |
| 160 | | Monticello, Thomas M.-" Cell Proliferation and Formaldehyde-Induced Respiratory Carcinogenesis" - 1994 | | |
| 161 | | Nielsen, G. Damgard – "Acute Airway Effects of Formaldehyde and Ozone in BALBc Mice"    - 1999 | | |
| 162 | | Ogunleye, et al; "Usual and unusual features of sinonasal cancer in Nigerian Africans; a prospective study of 27 patients" – | | |
| 163 | | Norback, D, et al; "Asthmatic symptoms and volatile organic compounds, formaldehyde and carbon dioxide in dwellings" – 1995 | | |

| 164 | | Olsen, J. H. – "Occupational Risks of Sinonasal Cancer in Denmark" – 1988 | | |
|-----|---|---|---|---|
| 165 | | Olsen, J. H. – "Formaldehyde and the Risk of Squamous Cell Carcinoma of the Sinonasal Cavities" – 1986 | | |
| 166 | | Olsen, J.H. – "Occupational formaldehyde exposure and increased nasal cancer risk in man" – 1984 | | |
| 167 | | Ott, M. Gerald – "Lymphatic and Hematopoietic Tissue Cancer in Chemical Manufacturing Environment" 1989 | | |
| 168 | | Matsunaga, Mikaye, et al. Ambient Formaldehyde Levels and Allergic Disorders Among Japanese Pregnant Women: Baseline Data From the Osaka Maternal and Child Health Study. 2008 | | |
| 169 | | Maurice F, Rivory J-P, et al. Anaphylactic shock caused by formaldehyde in a patient undergoing long-term hemodialysis. 1986 | | |
| 170 | | Pati S, Parida SN.  2005.  Indoor environmental risk factors for asthma and respiratory ill health in preschool children of coastal Orissa, India.  Epidemiology 16:S132-133 | | |
| 171 | | Patty's Toxicology – 5th Edition – Volume 5, 2005, pp 979-989 | | |

| 172 | | Pinkerton L, et al: Mortality among a cohort of garment workers exposed to formaldehyde: An update. *Occup Environ Med,* 61:193-200, 2004. | | |
|-----|---|---|---|---|
| 173 | | Quievryn G, Zhitkovich A. - Loss of DNA - Protein crosslinks from formaldehyde exposed cells occurs through spontaneous hydrolysis and an active repair process linked to proteosome function. Carcinogenesis. 2000 | | |
| 174 | | Ana Rask-Anderson, et al; "Inhalation Fever and Respiratory Symptoms in the Trimming Department of Swedish Sawmills" 1994 | | |
| 175 | | Recio, Leslie – "Oncogene and Tumor Supressor Gene Alterations in Nasal Tumors." 1997 | | |
| 176 | | Roitt I, Roth D, Brostoff J, Male D.  - Immunology Seventh Edition. 2006 | | |
| 177 | | Rusch, George M. – "A 26 Week Inhalation Toxicity Study With Formaldehyde in the Monkey, Rat and Hamster" 1983 | | |
| 178 | | Scheynius, et al., *Absence of specific IgE antibodies in allergic contact sensitivity to formaldehyde*, Allergy (1993) | | |
| 179 | | Sciandra, et al., *Pleomorphic adenoma of the lateral nasal wall: case report*, Acta Otorhinolaryngologica (2008) | | |

| 180 | | Shiono, Mutomi, *Surgery for acute aortic dissection using gelatin-resourcin-formalin glue*, J. Artif. Organs (2008) | | |
|---|---|---|---|---|
| 181 | | Sittig, Marshall – "Handbook of Toxic and Hazardous Chemicals and Carcinogens" 1991 | | |
| 182 | | Smedje G., Norback D. – "Incidence of Asthma Diagnosis and Self-Reported Allergy in relation to the school environment – a four year follow-up study in school children."2001 | | |
| 183 | | Smedje G et al.  1997.  Asthma among secondary schoolchildren in relation to the school environment.  Clin Exper Allergy 27:1270-1278 | | |
| 184 | | Stellman, Steven D. – "Cancer Mortality and Wood Dust Exposure Among Participants In The American Cancer Society Cancer Prevention Study-II" 1998 | | |
| 185 | | Swenberg, James A. –" Induction of Squamous Cell Carcinomas of the Rat Nasal Cavity by inhalation exposure to formaldehyde gas" 1980 | | |
| 186 | | Takahashim S., K. Tsuji, F. Okazaki, T. Takigawa, A. Ohtsuka and K. Iwatsuki: Prospective Study of Clinical symptoms and Skin Test Reactions in Medical Students Exposed to Formaldehyde Gas. *J Dermatology 34:* 283-289 (2007). | | |

| | | | | |
|---|---|---|---|---|
| 187 | | Takigawa, et al., *Reduction of Indoor Formaldehyde Concentrations and Subjective Symptoms in a Gross Anatomy Laboratory*, Bull. Environ. Contam. Toxicol (2005) | | |
| 188 | | Tavernier G et al. 2006. IPEADAM study: Indoor endotoxin exposure, family status, and some housing characteristic in English children. J Allergy Clin Immunol 117:656-662 | | |
| 189 | | Thompson CM, Grafstrom RC. – "Mechanistic Considerations for formaldehyde- induced bronchoconstriction involving S – nitroglutathione reductase" 2008 | | |
| 190 | | Thompson CM, Grafstrom RC – "Mechanistic and Dose Considerations for Support Adverse Pulmonary Physiology in Response to Formaldehyde" 2008 | | |
| 191 | | Parmigiani, Oalanza, Vom Saal. Ethotoxicology: An Evolutionary Approach to the Study of Environmental Endocrine-Disrupting Chemicals, Toxicology and Industrial Health. 1998 | | |
| 192 | | Passegue E, Jamieson CH, et al., Normal and leukemic hematopoiesis: are leukemias a stem cell disorder or a reacquisition or stem cell characteristics? 2003 | | |

| 193 | | Pedersen-Bjergaard el al., Alternative genetic pathways and cooperating genetic abnormalities in the pathogenesis of therapy-related myelodysplasia and acute myeloid leukemia. 2006 | | |
|---|---|---|---|---|
| 194 | | Pedersen-Bjergaard el al.Genetics of therapy-related myelodysplasia and acute myeloid leukemia, 2008 | | |
| 195 | | Rostenberg A, et al. A Study of Eczematous Sensitivity to Formaldehyde. The Journal of Investigative dermatology. 1952 | | |
| 196 | | Rumchev KB, et al. Domestic exposure to formaldehyde significantly increases the risk of asthma in young children, 2002 | | |
| 197 | | Scheel CM, et al. Possible Sources of Sick Building Syndrome in a Tennessee Middle School, 2001 | | |
| 198 | | Shaham J, Bomstein Y, et al. DNA – protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde. 2003 | | |
| 199 | | Smith MT, Skibola CF, et al., Causal models of leukemia and lymphoma. 2004 | | |
| 200 | | Stroup NE, Blair A, & Erikson GE. Brain cancer and other causes of death in anatomists, 1986 | | |
| 201 | | "Formaldehyde and Leukemia: an improbable causal relationship," Axten & Cole, 2004 | | |

| 202 | | "Acrylonitrile and cancer: a review of the epidemiology." Cole P, Mandel JS, Collins JJ. Regul Toxicol Pharmacol. 2008 Dec;52(3):342-51. Epub 2008 Oct 1. | | |
| --- | --- | --- | --- | --- |
| 203 | | "Is the Instance of Breast Cancer Declining?" Cole & MacMahon, 2008 | | |
| 204 | | Kessler, et al., Trends in mental illness and suicidality after Hurricane Katrina, *Mol Psychiatry*. 2008 April; 13(4): 374-384 | | |
| 205 | | Kessler, Hurricane Katrina's Impact on the Care of Survivors with Chronic Medical Conditions, *Society of General Internal Medicine*, 2007; 22: 1225-1230 | | |
| 206 | | Galea, et al. Exposure to Hurricane-Related Stressors and Mental Illness After Hurricane Katrina, *Arch Gen Psychiatry*, 2007; 64 (12): 1427-1434 | | |
| | **Expert Records and Files** | | | |
| 207 | | Affidavit of Lee E. Branscome, Ph.D., C.C.M. | CAST001957 – CAST001978 | |
| 208 | | Curriculum Vitae of Lee E. Branscome, Ph.D., C.C.M. | CAST001964 – CAST001974 | |
| 209 | | Weather data from Dr. Lee Branscome for Baton Rouge, Louisiana, Elkhart, Indiana, New Orleans, Louisiana and Lottie, Louisiana | CAST001975 – CAST001978 | |
| 210 | | THU Testing Protocol | PSC003220 – PSC003348 | |

| 211 | | Affidavit of Paul Hewett, Ph.D. | CAST002113 – CAST002175 | |
| 212 | | Curriculum Vitae of Paul Hewett, Ph.D. | PSC025265 – PSC025269 | |
| 213 | | Fee Schedule of Paul Hewett, Ph.D. | PSC025269 | |
| 215 | | Affidavit of Paul LaGrange | CAST002431 – CAST002685 | |
| 216 | | Curriculum Vitae of Paul LaGrange | PSC026031 – PSC026036 | |
| 217 | | File of Paul LaGrange | CAST-LAGRANGE-000001 – CAST-LAGRANGE-000295 | |
| 218 | | Affidavit of Kenneth Laughery, Ph.D. | CAST001979 – CAST001984 | |
| 219 | | Curriculum Vitae of Kenneth Laughery, Ph.D. | PSC025282 – PSC025313 and CAST001980 | |
| 221 | | Affidavit of Alexis Mallet, Jr. | CAST002322 – CAST003085 | |
| 222 | | Curriculum Vitae of Alexis Mallet, Jr. | PSC025314 – PSC025326 | |
| 223 | | File of Alexis Mallet, Jr. including thermographs and photographs | CAST-MALLET-00001 – CAST-MALLET-004682 | |
| 224 | | Trailer drawings (of Alexis Mallet, Jr.) "As-Built Drawings" | CAST-MALLET-004683 – CAST-MALLET-004694 | |
| 225 | | Affidavit of Gerald McGwin, Jr., M.S., Ph.D. | CAST002228 – CAST002238 | |

| 226 | | Curriculum Vitae of Gerald McGwin, Jr., M.S., Ph.D. | PSC026176 – PSC026210 | |
| 227 | | File of Gerald McGwin, Jr., M.S., Ph.D. | CAST-MCGWIN-000001 – CAST-MCGWIN-000190 | |
| 228 | | Affidavit of Lawrence G. Miller, M.D., M.P.H. | CAST002312 – CAST002321 | |
| 229 | | Curriculum Vitae of Lawrence G. Miller, M.D., M.P.H. | PSC025327 – PSC025345 | |
| 230 | | Affidavit of Charles David Moore, P.E., P.L.S. | CAST002176 – CAST002201 | |
| 231 | | Curriculum Vitae of Charles David Moore, P.E., P.L.S. | PSC025346 – PSC025349 | |
| 232 | | Affidavit of Ervin Ritter, P.E. | CAST002202 – CAST002227 | |
| 233 | | Curriculum Vitae of Ervin Ritter, P.E. | PSC025350 – PSC025354 | |
| 234 | | Affidavit of William D. Scott, P.E., C.H.M.M. | CAST001985 – CAST002001 and CAST002247 – CAST002311 | |
| 235 | | Curriculum Vitae of William D. Scott, P.E., C.H.M.M. | PSC025355 – PSC025368 | |
| 236 | | W.D. Scott Group, Inc. Formaldehyde Passive Monitoring Data: FEMA Housing Units (Test Results on _____) | | |
| 237 | | W.D. Scott Group, Inc. Formaldehyde Active Sampling Data:  FEMA Housing Units (Test Results on _____) | | |

| 238 | | Affidavit of Edward H. Shwery, Ph.D. regarding Earline Castanel | CAST002239 – CAST002246 | |
| 239 | | Curriculum Vitae of Edward H. Shwery, Ph.D. | PSC025369 – PSC025391 | |
| 240 | | Affidavit of Stephen Smulski, Ph.D. | CAST002085 – CAST002112 | |
| 241 | | Curriculum Vitae of Stephen Smulski, Ph.D. | CAST002098 – CAST002108 and PSC025404- PSC025406 | |
| 242 | | Affidavit of Patricia M. Williams, Ph.D., D.A.B.T. | CAST002002 – CAST002084 | |
| 243 | | Curriculum Vitae of Patricia M. Williams, Ph.D., D.A.B.T. | PSC025407 – PSC025440 | |
| 244 | | Compilation of MSDS sheets in possession of Recreation by Design *(Exhibit #2 from the deposition of Dr. Stephen Smulski on February 19, 2010)* | Exhibit #2 from the deposition of Dr. Stephen Smulski on February 19, 2010 | |
| 245 | | Handwritten notes by Dr. Smulski dated 1-13-10, "Recreation by Design, Castanel Unit, Lottie, Louisiana," *(Exhibit #3 from the deposition of Dr. Stephen Smulski on February 19, 2010)* | Exhibit #3 from the deposition of Dr. Stephen Smulski on February 19, 2010 | |
| 246 | | Diagrams from Ritter Consulting Engineers, "FEMA- CASTANEL" *(Exhibit #4 from the deposition of Dr. Stephen Smulski on February 19, 2010)* | Exhibit #4 from the deposition of Dr. Stephen Smulski on February 19, 2010 | |
| 247 | | Color schematic of Castanel Unit *(Exhibit #10 from the deposition of Dr. Stephen Smulski on February 19, 2010)* | Exhibit #10 from the deposition of Dr. Stephen Smulski on February 19, 2010 | |

| | | | | |
|---|---|---|---|---|
| 248 | | Bill Scott Laboratory Report, report date of January 13, 2010 *(Exhibit #4 from the deposition of Dr. Paul Hewett on March 4, 2010)* | Exhibit #4 from the deposition of Dr. Paul Hewett on March 4, 2010 | |
| 249 | | Letter published in the "Occupational and Environmental Medicine" publication, July 2009, Volume 66, No. 7. *(Exhibit #2 from the deposition of Dr. Patricia Williams on February 24, 2010)* | Exhibit #2 from the deposition of Dr. Patricia Williams on February 24, 2010 | |
| 250 | | FEMA Temporary Housing Unit Inspection Report *(Exhibit #6 from the deposition of Dr. Alexis Mallet, Jr on March 2, 2010)* | CAST-MALLETT002237 | |
| 251 | | FEMA Temporary Housing Unit Inspection Report *(Exhibit #7 from the deposition of Dr. Alexis Mallet, Jr on March 2, 2010)* | Exhibit #7 from the deposition of Dr. Alexis Mallet, Jr on March 2, 2010 | |
| 252 | | Emails between Alexis Mallet and Aaron Ahlquist and Jennifer Porter, dated January 11, 2010, Subject: City of New Orleans; question. *(Exhibit #4 from the deposition of Ervin Ritter on February 12, 2010)* | Exhibit #4 from the deposition of Ervin Ritter on February 12, 2010 | |
| 253 | | Email from John Odom to John Snell, dated October 22, 2009 *(Exhibit #5 from the deposition of Ervin Ritter on February 12, 2010)* | Exhibit #5 from the deposition of Ervin Ritter on February 12, 2010 | |
| 254 | | Exhibits from all depositions taken in this matter | | |
| | **Inspection in Lottie, LA** | | | |
| 255 | | Photographs taken by *David McLendon, Esq.* during the inspection on January 13, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000255 – CAST000276 | |

| 256 | | Photographs taken by *David McLendon, Esq.* during the re-inspection on February 17, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST003163 – CAST003173 | |
|-----|--|----------------------------------------------------------------------------------------------------------------------------------------------|-------------------------|--|
| 257 | | Photographs taken by *Ervin Ritter* and *Scott Dailey*, Ritter Consulting Engineers, Ltd., during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Boroscope) | CAST000277 – CAST000373 | |
| 258 | | Photographs taken by *Ervin Ritter*, Ritter Consulting Engineers, Ltd., during the inspection on January 13, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000375 – CAST000518 | |
| 259 | | Photographs taken by *Ervin Ritter*, Ritter Consulting Engineers, Ltd., during the inspection on January 14, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000519 – CAST000553 | |
| 260 | | Photographs taken by *Scott Dailey*, Ritter Consulting Engineers, Ltd., during the inspection on January 13, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000554 – CAST000800 | |
| 261 | | Photographs taken by *Scott Dailey*, Ritter Consulting Engineers, Ltd., during the inspection on January 15, 2010 at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST000801 – CAST000901 | |
| 262 | | Photographs taken by *Paul LaGrange,* LaGrange Consulting, LLC, during the inspection on at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST001307 – CAST001505 | |

| 263 | | Photographs taken by *Alexis Mallet, Jr.*, First General of the Services of the South, Inc., during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST001507 – CAST001955 | |
| 264 | | Photographs taken by *Dr. Stephen Smulski,* Wood Science Specialists, Inc., during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana | CAST003086 – CAST003162 | |
| 265 | | Photographs taken by *Dr. Nathan Dorris* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Recreation by Design, LLC Expert) | RBD-EXP04-00001 – RBD-EXP04-00070 | |
| 266 | | Photographs taken by *Thomas Fribley* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Recreation by Design, LLC Expert) | RBD-EXP07-00001 – RBD-EXP07-00125 | |
| 267 | | Exhibits to the Serauskas deposition of April 14, 2010 | | |
| 268 | | Photographs taken by *Robert Wozniak* during the inspection at FEMA Staging/Storage Facility in Lottie, Louisiana (Recreation by Design, LLC Expert) | RBD-EXP13-00008 – RBD-EXP13-00057 | |
| 269 | | Animation created by C4 Animation (Reagan Johnson) | | |
| 270 | | Test results of testing performed Tony Watson, on behalf of Defendant, Recreation by Design, LLC on the Castanel travel trailer | | |

| | | | | |
|---|---|---|---|---|
| 271 | | Results of all testing and inspection of the Castanel/Recreation by Design, LLC unit including, but not limited to, air sampling, temperature, humidity, and photographs thereof | | |
| 272 | | Exemplar of a Personal Monitoring System for Aldehydes (Exemplar Passive Dosimeter) | | |
| 273 | | Exemplar of a Panel of Wall from Recreation by Design, LLC Travel Trailer and a Panel indicating Alternative Wall Design | | |
| | **Recreation by Design, LLC** | | | |
| 274 | | Recreation by Design, LLC's Owner Information *(Exhibit #7 from the deposition of Randall Rush on February 23, 2010)* | RBD05189 – RBD05250 | |
| 275 | | Recreation by Design, LLC's Sample Unit Files | RBD00389 – RBD03578 and RBD04234 – RBD05162 | |
| 276 | | Recreation by Design, LLC's Component Parts of a FEMA Park Unit | RBD05174 – RBD05183 | |
| 277 | | Recreation by Design, LLC's Diagrams of Units | RBD05163 – RBD05173 | |
| 278 | | Morgan Buildings & Spas' Purchase Order regarding Recreation by Design, LLC units dated  September 29, 2005 *(Exhibit #3 from the deposition of Randall Rush on February 23, 2010)* | RBD05184 – RBD05185 | |

| 279 | | Recreation by Design, LLC's 33'FH Specifications: Specs to meet Morgan Handicap Travel Trailer Specs *(Exhibit #4 from the deposition of Randall Rush on February 23, 2010)* | RBD05186 – RBD05187 | |
| 280 | | Recreation by Design, LLC's Warning Labels | RBD05188 | |
| 281 | | Recreation by Design, LLC's Sample Invoices | RBD04081 – RBD04233 | |
| 282 | | Recreation by Design, LLC's Production Order and Floor Plan for "customer: Morgan" (33FH#29) *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00001 – RBD-CASTANEL-00002 and RBD-CASTANEL-00008 – RBD-CASTANEL-00009 | |
| 283 | | Recreation by Design, LLC's Bill of Lading and Invoice to customer Morgan Buildings & Spas regarding VIN #5CZ200R24261125294 *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00003 – RBD-CASTANEL-00004 | |
| 284 | | Certificate of Origin for a Vehicle dated December 5, 2005 for Vin #5CZ200R24261125294; Sold to Morgan Buildings & Spas *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00005 | |

| 285 | | Recreation by Design, LLC's "Unit Test Procedure Checklist and Standard Parts & Options" *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00006 – RBD-CASTANEL-00007 | |
|---|---|---|---|---|
| 286 | | Recreation by Design, LLC's Vehicle Length and Standard Equipment (Travel Trailers including Tongue) *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00011 | |
| 287 | | Recreation by Design, LLC's "FEMA Park Unit (RBD) Cycl" Plant #2 (Parts) *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00012 – RBD-CASTANEL-00029 | |
| 288 | | Recreation by Design, LLC's "FEMA Park Unit (RBD)" Plant #1 (Parts) *(Exhibit #20 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 20 from the deposition of Randall Rush taken on February 23, 2010 | |
| 289 | | Recreation by Design, LLC's Sales to Dealers between 2005 and 2006 *(Exhibit #19 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 19 from the deposition of Randall Rush taken on February 23, 2010 | |
| 290 | | List of Units Sold to Various Dealers through TL Industries from January 1, 2006 through September 30, 2006 *(Exhibit #21 from the deposition of Randall Rush on February 23, 2010)* | RBD05251 – RBD05262 | |

| 291 | | List of Units Sold to Various Dealers through Recreation by Design, LLC from January 14, 2005 through October 13, 2005 *(Exhibit #21 from the deposition of Randall Rush on February 23, 2010)* | RBD-05263 – RBD05265 | |
| --- | --- | --- | --- | --- |
| 292 | | List of Units Sold to Morgan Buildings & Spas, Inc. through Recreation by Design, LLC from October 15, 2005 through January 31, 2006 *(Exhibit #21 and #22 from the deposition of Randall Rush on February 23, 2010)* | RBD05266 – RBD05289 | |
| 293 | | Invoice Information from Recreation by Design, LLC and Morgan Buildings & Spas, Inc. regarding amount of units sold, shipped and pricing *(Exhibit #21 and #23 from the deposition of Randall Rush on February 23, 2010)* | RBD05290 | |
| | **Shaw Environmental, Inc.** | | | |
| 294 | | Shaw's Ready for Occupancy (RFO) Checklist and Trailer Lease Check-in List | SHAW-CAST0013 – SHAW-CAST0015 | |
| 295 | | Shaw's Warning and Advisory Notice regarding Propane Use; Maintenance; and Trailer Return Procedures | SHAW-CAST0016 | |
| 296 | | Shaw's Leased in Units (regarding Earline Castanel's unit) | SHAW-CAST0018 | |
| 297 | | Shaw's Manhattan Site Trailer Delivery List regarding Earline Castanel's unit | SHAW-CAST0019 | |

| 298 | | FEMA-Haul Install regarding 2261 Urquhart Street (Earline Castanel) | SHAW-CAST0020 – SHAW-CAST0023 | |
| 299 | | Shaw's Call Center Maintenance Request Form and Work Order Form regarding HVAC problems | SHAW-CAST0024 – SHAW-CAST0025 | |
| 300 | | FEMA Maintenance Transition Report regarding Earline Castanel | SHAW-CAST0026 – SHAW-CAST0027 | |
| | **FEMA** | | | |
| 301 | | FEMA Model Travel Trailer Procurement Specifications dated 08-12-2004 (HSFE04-04-Q-800) *(Exhibit #5 from the deposition of Randall Rush on February 23, 2010)* | FLE-00006914 – FLE-00006917 | |
| 302 | | FEMA Accessible Model Travel Trailer Procurement Specifications dated 04-21-2006 (with Accessible One Bedroom Travel Trailer Floor plan) | FLE-00007041 – FLE-00007049 | |
| 303 | | "Important Information for Travel Trailer Occupants" FEMA brochure | PSC002350 - PSC002351 | |
| 304 | | FEMA Model Travel Trailer Procurement Specifications Dated: July 14, 2005 | PSC003049 - PSC003057 | |
| 305 | | Declaration of Kevin Souza, former Acting Deputy Director of Individual Assistance Division of FEMA | PSC003058 - PSC003065 | |
| 306 | | "FEMA Storage Site Duties/Responsibilities" | PSC003092 - PSC003094 | |
| 307 | | April 25, 2008 letter from FEMA to a THU occupant | PSC003397 - PSC003399 | |

| 308 | | Summary of Test Results conducted by Weston Solutions, Inc. for the U.S. EPA | PSC003407 - PSC003409 | |
|-----|--|------------------------------------------------------------------------------|----------------------|--|
| 309 | | Air Toxics Ltd. Laboratory Narrative for samples submitted by Weston Solutions | PSC003410 - PSC003415 | |
| 310 | | FEMA test results for formaldehyde testing at FEMA THU staging areas during November 2005, December 2005 and January 2006 | PSC003416 - PSC003420 | |
| 311 | | FEMA Memorandum from May 31, 2006 regarding Formaldehyde Air Sampling at the THU staging area in Purvis, Mississippi | PSC003421 - PSC003438 | |
| 312 | | Email correspondence between FEMA and Government staff | PSC003439 - PSC003447 | |
| 313 | | FEMA Job Hazard Analysis Worksheet | PSC023600 | |
| 314 | | New FEMA Procurement Specifications dated April 11, 2008 Release Number HQ-08-056 | PSC023601 – PSC023686 | |
| 315 | | FEMA Formaldehyde Timeline as of June 15, 2007 | PSC023687 – PSC023689 | |
| 316 | | FEMA Timeline as of August 7, 2008 (From the deposition of Kevin Souza, FEMA Representative) | PSC023690 – PSC023702 | |
| 317 | | Dept of Homeland Security – Office of Inspector General – Hurricane Katrina Temporary Housing Technical Assistance Contracts – August 20, 2008 (Internal Audit: OIG-08-88) | PSC023835 – PSC023863 | |

| | | | | |
|---|---|---|---|---|
| 318 | | FEMA media release: Initial Indoor Air Quality Tests Results - November 14, 2008 | PSC023789 – PSC023790 | |
| 319 | | FEMA media release: FAQ National Disaster Housing Strategy - January 16, 2009 | PSC023791 – PSC023794 | |
| 320 | | FEMA Statement on Travel Trailers and Formaldehyde | PSC023795 | |
| 321 | | Email from Christopher DeRosa to Howard Frumkin on February 27, 2007 | PSC023796 | |
| 322 | | Correspondence from Christopher DeRosa to Patrick Preston on February 27, 2007 | PSC023797 | |
| 323 | | Email from Christopher DeRosa to Howard Frumkin and Thomas Sinks on March 9, 2007 | PSC023798 – PSC023799 | |
| 324 | | Email from Christopher DeRosa to Mike Groutt on August 10, 2007 | PSC023800 | |
| 325 | | Comments on Chronology of FEMA Trailers, drafter by Christopher DeRosa | PSC023801 | |
| 326 | | Correspondence from Christopher DeRosa to Howard Frumkin on September 21, 2007 | PSC023802 – PSC023808 | |
| 327 | | Email from Thomas Sinks to All CDC on October 12, 2007 | PSC023809 | |
| 328 | | NCEH/ATSDR Procedures regarding Official Interaction with Persons or Organization outside of NCEH/ATSDR | PSC023810 – PSC023811 | |
| 329 | | Logbook of Joseph Little | | |

| 330 | | Email between Sam Coleman, Joseph Little and Scott Wright on December 1, 2006 | PSC023819 – PSC023821 | |
| 331 | | FEMA: Interim Direction on use of Temporary Housing Units (Revision Effective Date: March 10, 2008) | PSC023828 – PSC023834 | |
| 332 | | "FEMA:  Important Formaldehyde Information for FEMA Housing Occupants" | FEMA09-000388 | |
| 333 | | "FEMA Travel Trailer Requirements" | PSC021671 | |
| 334 | | Any and all documents produced by Dr. Christopher DeRosa at his deposition, of July 6, 2009, or used as exhibits thereto | | |
| | **Morgan Buildings & Spas, Inc.** | | | |
| 335 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc. dated September 9, 2005 *(Exhibit 2 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009)* | MORGAN-000002  - MORGAN- 000014 | |
| 336 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc., no effective date *(Exhibit 3 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009)* | MORGAN-000015 – MORGAN-000016 | |

| | | | | |
|---|---|---|---|---|
| 337 | | Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, Inc., effective date September 1, 2005 *(Exhibit 4 from the deposition of Morgan Buildings & Spas, Inc. through James Schilligo on October 22, 2009)* | MORGAN-000017 | |
| 338 | | Supplier List for Morgan Buildings & Spas, Inc. *(Exhibit #24 from the deposition of Randall Rush on February 23, 2010)* | RBD03579 – RBD03581 | |
| 339 | | Warranty Claim Form from Morgan regarding Recreation by Design Vin #1125044 *(Exhibit #28 from the deposition of Randall Rush on February 23, 2010)* | RBD03513 | |
| | **Castanel Unit** | | | |
| 340 | | Photographs of Earline Castanel's Recreation by Design, LLC unit provided by FEMA | FEMA207-000001 – FEMA207-000008 | |
| | **Castanel File** | | | |
| 341 | | FRRATS Screen Shots for Earline Castanel:  1603 LA - 939657589 (prepared on December 7, 2009) | FEMA10-003563 – FEMA10-003589 | |
| 342 | | I/A File from FEMA regarding Earline Castanel | FEMA159-000001 – FEMA159-000094 | |
| | **Medical Records** | | | |
| 343 | | Medical Records from The Family Doctors (Dr. Alan Bowers) | CAST003213 – CAST003524 | |
| 344 | | Medical Records from West Jefferson Medical Center | CAST003525 – CAST003675 | |
| 345 | | Medical Records from Dr. Carter Paddock, Dermatologist | CAST003676 – CAST003702 | |

| 346 | | Medical Records from O'Byrne Eye Clinic (Dr. Marilyn O'Byrne) | CAST003703 – CAST003717 | |
|-----|--|--------------------------------------------------------------|---------------------------|--|
| 347 | | Medical Records from Metropolitan Gastroenterology (Dr. S. T. Reddy) | CAST003718 – CAST003794 | |
| 348 | | Medical Records from Ochsner Hospital | CAST003795 – CAST003818 | |
| 349 | | Medical Records from P.M.A. Medical Treatment Centers (Dr. Joseph Gautreaux) | CAST003819 – CAST003830 | |
| 350 | | Pharmacy Records from Walgreen's Pharmacy | CAST003831 – CAST003996 | |
| 351 | | Medical Records from Dr. Frances Ivker, OBGYN Castanel Medical Records | RBD-EC-MED-00992-RBD-EC-MED-01037 | |
| 352 | | Medical Records from Dr. Gautreaux's office *(Exhibit #3 from the deposition of Dr. Joseph Gautreaux on January 10, 2010)* | RBD-EC-MED-00669-RBD-EC-MED-00693 | |
| 353 | | Additional Medical Records from Dr. Gautreaux's office provided at Deposition *(Exhibit #4 from the deposition of Dr. Joseph Gautreaux on January 10, 2010)* | Exhibit #4 from the deposition of Dr. Joseph Gautreaux on January 10, 2010 | |
| 354 | | Dr. Miller's handwritten notes re articles in reliance file, 14 pages *(Exhibit #5 from the deposition of Dr. Lawrence Miller on March 11, 2010)* | Exhibit #5 from the deposition of Dr. Lawrence Miller on March 11, 2010 | |
| 355 | | Dr. Miller's version of his report, "Affidavit of Lawrence G. Miller, M.D., M.P.H., In the Trial of Earline M. Castanel" *(Exhibit #8 from the deposition of Dr. Lawrence Miller on March 11, 2010)* | Exhibit #8 from the deposition of Dr. Lawrence Miller on March 11, 2010 | |

| 356 | | Table 1. Summary of published epidemiologic studies on residential formaldehyde exposure and respiratory problems in adults | CAST002232 | |
| 357 | | Temperature Conversion Factors for Formaldehyde, *(Exhibit #6 from the deposition of Dr. William Dyson on April 7, 2010)* | Exhibit #6 from the deposition of Dr. William Dyson on April 7, 2010 | |
| 358 | | C. Martin Co. | RBD-CASTANEL-00389- RBD-CASTANEL-00459 | |
| | **Others** | | | |
| 359 | | Temporary Medical License for Dr. Lawrence Miller (dated January 8, 2010) | CAST003997 | |
| 360 | | Louisiana State Board of Medical Examiners Temporary Permit Qualifications/Instructions | PSC026167 – PSC026172 | |
| 361 | | Recreation By Design, LLC's MSDS Materials | RBD03579 – RBD04080 | |
| 362 | | BlueLinx Corporation Material Safety Data Sheet #3 regarding UF Bonded Wood Products (Effective on September 6, 2006) *(Exhibit #25 from the deposition of Randall Rush on February 23, 2010)* | RBD03662 – RBD03670 | |
| 363 | | North American Forest Products, Inc. Material Safety Data Sheet #2 regarding UF Bonded Wood Products (Effective on January 30, 2006) *(Exhibit #26 from the deposition of Randall Rush on February 23, 2010)* | RBD03929 – RBD03935 | |

| 364 | | Elixir Industries Optional Exterior Vent Covers and Standard Mount Elixir Universal Vents and Fan & Light Power Exhaust Range Hoods *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00010 and RBD-CASTANEL-00032 | |
| --- | --- | --- | --- | --- |
| 365 | | "Horizontal Outlet Range Hood" – Read and Save these Instructions *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00030 – RBD-CASTANEL-00031 | |
| 366 | | Dometic: 579 Series Brisk Air, 591 Series Heat Pump, and 595 Series Quick Cool (Roof Top Unit): Installation Instructions *(Exhibit #2 from the deposition of Randall Rush on February 23, 2010)* | RBD-CASTANEL-00033 – RBD-CASTANEL-00045 | |
| 367 | | Image from the website of Recreation by Design, LLC regarding "About Recreation by Design" *(Exhibit #6 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 6 from the deposition of Randall Rush taken on February 23, 2010 | |
| 368 | | Image from the website of Recreation by Design, LLC regarding "Imagine the Possibilities" *(Exhibit #8 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 8 from the deposition of Randall Rush taken on February 23, 2010 | |
| 369 | | Image from the website of Recreation by Design, LLC regarding "Friendly & Knowledgeable Sales Staff" *(Exhibit #9 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 9 from the deposition of Randall Rush taken on February 23, 2010 | |

| 370 | | Image from the website of Recreation by Design, LLC regarding "Towable RV's of All Sizes & Types" *(Exhibit #10 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 10 from the deposition of Randall Rush taken on February 23, 2010 | |
| 371 | | Image from the website of Recreation by Design, LLC regarding "document you requested /FEMA.htm could not be found on this server" *(Exhibit #11 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 11 from the deposition of Randall Rush taken on February 23, 2010 | |
| 372 | | Image from the website of Recreation by Design, LLC regarding "RBD's Self-Contained Travel Trailers" *(Exhibit #12 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 12 from the deposition of Randall Rush taken on February 23, 2010 | |
| 373 | | Image from the website of Recreation by Design, LLC regarding "Travel Trailer Standard Features" *(Exhibit #13 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 13 from the deposition of Randall Rush taken on February 23, 2010 | |
| 374 | | Image from the website of Recreation by Design, LLC regarding "Travel Trailer Options & Accessories" *(Exhibit #14 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 14 from the deposition of Randall Rush taken on February 23, 2010 | |

| 375 | | Image from the website of Recreation by Design, LLC regarding "More Options & Accessories" *(Exhibit #15 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 15 from the deposition of Randall Rush taken on February 23, 2010 | |
|-----|---|---|---|---|
| 376 | | Image from the website of Recreation by Design, LLC regarding "Welcome to RecreationbyDesign.com" *(Exhibit #27 from the deposition of Randall Rush on February 23, 2010)* | Exhibit 27 from the deposition of Randall Rush taken on February 23, 2010 | |
| 377 | | Data Dictionary for FEMA Trailer Formaldehyde Study Dataset:  FEMA519EXCEL.XLS | ATSDR-000473 – ATSDR-000488 | |
| 378 | | Photograph of a Trailer with "not to be used for housing" sticker | PSC026946 | |
| 379 | | Phone Message sheet from Dr. Gautreaux's office dated January 19, 2010 *(Exhibit #5 from the deposition of Dr. Joseph Gautreaux on January 10, 2010)* | Exhibit #5 from the deposition of Dr. Joseph Gautreaux on January 10, 2010 | |
| 380 | | Curriculum Vitae  of Dr. Joseph Gautreaux *(Exhibit #5 from the deposition of Dr. Joseph Gautreaux on January 10, 2010)* | Exhibit #5 from the deposition of Dr. Joseph Gautreaux on January 10, 2010 | |
| 381 | | "A Case-Control Study of Leukemia among Petroleum Workers," Sathiakumar N, Delzell E, Cole P, Brill I, Frisch J, Spivey G., J Occup Environ Med. 1995 Nov;37(11):1269-77. | | |

| 382 | | "Mortality among Workers at Two Triazine Herbicide Manufacturing Plants," Sathiakumar N, Delzell E, Cole P., Am J Ind Med. 1996 Feb;29(2):143-51. | | |
|---|---|---|---|---|
| 383 | | "A follow-up Study of Synthetic Rubber Workers," Delzell E, Sathiakumar N, Hovinga M, Macaluso M, Julian J, Larson R, Cole P, Muir DC., Toxicology. 1996 Oct 28;113(1-3):182-9. | | |
| 384 | | "Epidemiologic Evidence on the Relationship between Mists Containing Sulfuric Acid and Respiratory Tract Cancer," Nalini Sathiakumar ; Elizabeth Delzell, Yaw Amoateng-Adjepong; Rodney Larson ; Philip Cole, Critical Reviews in Toxicology, Volume 27, Issue 3, 1997 | | |
| 385 | | "Cancer among Farmers: A Meta-Analysis" Cole, et al., January 1998 | | |
| 386 | | "Mortality from Cancer and Other Causes of Death among Synthetic Rubber Workers," Cole, et al., *Occup Environ Med* 1998 | | |
| 387 | | Acrylonitrile and cancer: a review of the epidemiology. Cole P, Mandel JS, Collins JJ. Regul Toxicol Pharmacol. 2008 Dec;52(3):342-51. Epub 2008 | | |

| 388 | | Smoking prevalence: A comparison of two American surveys *Public Health*, Volume 123, Issue 9, Pages 598-601 B. Rodu, P. Cole | | |
| 389 | | Declaration of Bellance (Faye) R. Green (Doc. No. 2832-4) Dated August 21, 2009 | Exhibit 2 from the Deposition of Bellance Green regarding All Cases on October 16, 2009 | |
| 390 | | Operative Report from Dr. Joseph Gautreaux regarding Ms. Castanel's surgery dated March 31, 2010 | CAST003998 – CAST004029 | |
| 391 | | Bills regarding Ms. Castanel's surgery of March 31, 2010 | | |

Plaintiff respectfully reserves the right to utilize any exhibit produced or listed by any other party or utilized as an exhibit in the depositions taken in this matter. Plaintiff further respectfully reserves the right to supplement and amend this list once discovery is complete or as directed by this Honorable Court.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  */s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072

**CERTIFICATE OF SERVICE**

I hereby certify that on ___May 5_____, 2010, I hand delivered the foregoing with the

Clerk of Court.  I further certify that I electronically mailed the foregoing document to all

counsel of record.

*/s/ Linda J. Nelson*
LINDA J. NELSON (LA Bar #9938)