UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-3251 | * | |
| *Earline Castanel v. Recreation by Design, LLC* | * * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT TRIAL PLAN OF THE PARTIES**

| Date: | Activity: | Subject-Matter: | Mode: | PSC: | RBD: | Time: |
|---|---|---|---|---|---|---|
| **Initial Matters**[1] | | | | | | |
| | Voir Dire/Seating Jury | | | | | 2:00:00 |
| | Opening Statement | | | 0:25:00 | 0:20:00 | 0:45:00 |
| | Reading of Stipulations by the Court | | | | | 0:20:00 |
| | Pre-Admission of Exhibits | | | | | 0:20:00 |
| **PSC Case** | | | | | | |
| | Earline Castanel | Plaintiff | Live | 0:30:00 | 1:00:00 | 1:30:00 |
| | Laverne Castanel Williams | Plaintiff's Daughter | Live | 0:25:00 | 0:15:00 | 0:40:00 |
| | Sandra Castanel Davis | Plaintiff's Daughter | Live | 0:25:00 | 0:15:00 | 0:40:00 |
| | Kim Castanel | Plaintiff's Daughter | Live | 0:25:00 | 0:15:00 | 0:40:00 |
| | Edwin Ganier | Family Friend | Live | 0:25:00 | 0:20:00 | 0:45:00 |

---

[1] The parties understand that the Court will instruct the parties on the amount of time permitted for these items; the listed times are from the Gulfstream Fleetwood and Forest River cases.

1

| Date: | Activity: | Subject-Matter: | Mode: | PSC: | RBD: | Time: |
|---|---|---|---|---|---|---|
|  | Paul Hewett, Ph.D., C.I.H. | PSC Expert/ Statistical Analysis of test results, standards, exposure | Live | 0:45:00 | 0:20:00 | 1:05:00 |
|  | Kenneth Laughery, Ph.D. | PSC Expert/ Warnings, Labeling and Human Factors | Live | 0:15:00 | 0:10:00 | 0:25:00 |
|  | Gerald McGwin, Jr., M.S., Ph.D. | PSC Expert/ Epidemiologist | Live | 0:45:00 | 0:30:00 | 1:15:00 |
|  | Lawrence G. Miller, M.D., M.P.H. | PSC Expert/ Toxicologist/ Pulmonologist Medical Examination and Specific Causation | Live | 0:45:00 | 0:30:00 | 1:15:00 |
|  | Joseph M. Gautreaux, III, M.D. | Treating Physician | Live | 1:00:00 | 0:45:00 | 1:45:00 |
|  | Stephen Smulski, Ph.D. | PSC Expert/ Wood Science, Material Selection, Component Parts | Live | 1:00:00 | 0:30:00 | 1:30:00 |
|  | Dr. Christopher DeRosa | CDC/ATSDR | Deposition | 0:30:00 | 0:10:00 | 0:40:00 |
|  | Alexis Mallet, Jr. | PSC Expert/ Construction | Live | 0:20:00 | 0:15:00 | 0:35:00 |

| Date: | Activity: | Subject-Matter: | Mode: | PSC: | RBD: | Time: |
|---|---|---|---|---|---|---|
| | Randall Rush | President of RBD/ Managing Member Quality Control | Live | 0:10:00 | Live | |
| | Michael Gaume | RBD Production Manager | Deposition | 0:15:00 | 0:10:00 | 0:25:00 |
| | George Cornish | RBD Production Manager | Deposition | 0:15:00 | 0:10:00 | 0:25:00 |
| | Albert Jarrell | Maintenance | Live | 0:30:00 | 0:10:00 | 0:40:00 |
| | Mark Polk | Defense Expert | Deposition | 0:30:00 | 0:10:00 | 0:40:00 |
| | Patricia M. Williams, Ph.D., D.A.B.T. | PSC Expert/ Toxicologist, General Causation and Health Effects | Live | 1:00:00 | 0:40:00 | 1:40:00 |
| | Edward H. Shwery, Ph.D. | PSC Expert/ Psychologist, Evaluation of Plaintiff | Live | 0:30:00 | 0:15:00 | 0:45:00 |
| | David Garratt | FEMA Acting Deputy Administrator | Deposition | 0:30:00 | 0:10:00 | 0:40:00 |
| | Guy Bonomo | FEMA | Deposition | 0:24:00 | 0:05:00 | 0:29:00 |
| | Brian Boyle | FEMA | Deposition | 0:20:00 | 0:05:00 | 0:25:00 |
| | Michael Lapinski | FEMA | Deposition | 0:20:00 | 0:05:00 | 0:25:00 |
| | Stanley Larson | FEMA | Deposition | 0:07:00 | 0:03:00 | 0:10:00 |
| | Joseph Little | FEMA | Deposition | 0:25:00 | 0:15:00 | 0:40:00 |

| Date: | Activity: | Subject-Matter: | Mode: | PSC: | RBD: | Time: |
|---|---|---|---|---|---|---|
| | Brian McCreary | FEMA | Deposition | 0:08:00 | 0:05:00 | 0:13:00 |
| | Martin McNeese | FEMA | Deposition | 0:17:00 | 0:08:00 | 0:25:00 |
| | Travis Morris | FEMA | Deposition | 0:10:00 | Objection | |
| | Kevin Souza | FEMA | Deposition | 0:15:00 | 0:05:00 | 0:20:00 |
| | Faye Green | FEMA | Deposition | 0:05:00 | 0:05:00 | 0:10:00 |
| | Robert Wozniak | RBD Expert/ Engineer, Construction, Standards, and Codes | Deposition | 0:15:00 | 0:10:00 | 0:25:00 |
| **PSC Total** | | | | | | 22:42:00 |

| **Recreation by Design** [2] | | | | | | |
|---|---|---|---|---|---|---|
| **Date:** | **Activity:** | **Subject-Matter:** | **Mode:** | **PSC:** | **RBD:** | **Time:** |
| | Tony Watson, MSHP, CIH, CSP | RBD Expert – Certified Industrial Hygienist / Testing | Live | 0:20:00 | 0:20:00 | 0:40:00 |
| | William L. Dyson, Ph.D., CIH | RBD Expert – Certified Industrial Hygienist | Live | 0:30:00 | 0:30:00 | 1:00:00 |
| | Michael E. Ginevan, Ph.D. | RBD Expert - Biostatistician | Live | 0:30:00 | 0:40:00 | 1:10:00 |
| | Robert C. James, Ph.D. | RBD Expert - Toxicologist | Live | 0:30:00 | 1:00:00 | 1:30:00 |
| | G. Graham Allan, Ph.D. | RBD Expert – Chemical Engineering and Professor of Fiber and Polymer Science | Live | 0:15:00 | 0:30:00 | 0:45:00 |
| | Thomas Fribley | RBD Expert – RV Construction and Design | Live | 0:10:00 | 0:20:00 | 0:30:00 |
| | Robert E. Wozniak | RBD Expert – Engineer, Construction, Standards, Codes | Live or by Deposition | 0:10:00 | 0:15:00 | 0:25:00 |

---

[2] Recreation by Design reserves the right to call any witness listed by plaintiff and not called by plaintiff at trial. RBD also reserves the right to call any witness needed to authenticate any records. Additionally, this listing of witnesses is for initial planning purposes. RBD reserves the right to adjust the witness listing order and approximated times as necessary.

5

| Date: | Activity: | Subject-Matter: | Mode: | PSC: | RBD: | Time: |
|---|---|---|---|---|---|---|
|  | Damien W. Serauskas, P.E. | RBD Expert – Professional Mechanical Engineer | Live | 0:10:00 | 0:45:00 | 0:55:00 |
|  | John Osteraas, Ph.D., P.E. | Expert Witness – Civil / Structural Engineer | Deposition | 0:10:00 | 0:15:00 | 0:25:00 |
|  | Randall Rush | RBD President / Managing Member | Live | 0:45:00 | 2:00:00 | 2:45:00 |
|  | Geoffrey Compeau | Vice President of Shaw Environmental | Deposition | 0:10:00 | 0:20:00 | 0:30:00 |
|  | Representative of C. Martin Company | Maintenance and Deactivation Contractor | Live | 0:15:00 | 0:30:00 | 0:45:00 |
|  | James Schilligo | National Sales Manager, Morgan Buildings and Spas | Live | 0:20:00 | 0:45:00 | 1:05:00 |
|  | Nathan T. Dorris, Ph.D. | RBD Expert – Warnings and Communications pertaining to product safety | Live | 0:15:00 | 0:20:00 | 0:35:00 |
|  | Alan Bowers, M.D. | Treating Physician | Deposition | 0:20:00 | 0:20:00 | 0:40:00 |
|  | Thang Hoang, M.D. | Treating Physician | Deposition | 0:10:00 | 0:20:00 | 0:30:00 |
|  | Ronald J. French, M.D. | RBD Expert – Otolaryngologist | Live | 0:20:00 | 1:00:00 | 1:20:00 |
|  | Kenneth B. Smith, M.D. | RBD Expert – Pulmonary Diseases | Live | 0:15:00 | 0:30:00 | 0:45:00 |

| Date: | Activity: | Subject-Matter: | Mode: | PSC: | RBD: | Time: |
|---|---|---|---|---|---|---|
|  | Megan Ciota, Ph.D. | RBD Expert – Clinical Psychologist / Neuropsychologist | Live | 0:15:00 | 0:30:00 | 0:45:00 |
|  | Philip Cole, M.D. | RBD Expert - Epidemiologist | Live | 0:30:00 | 0:30:00 | 1:00:00 |
|  | H. James Wedner, M.D. | RBD Expert – Allergic and Immunologic Diseases | Live | 0:30:00 | 1:00:00 | 1:30:00 |
| **RBD Total:** |  |  |  |  |  | 17:40:00 |