UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case 09-3251

## ORDER

      **IT IS ORDERED** that **the Motion for Expedited Hearing (Rec. Doc. 13953)** is **GRANTED.** Any opposition to Recreation By Design, LLC's Motion for Leave to File Motion in Limine to Prevent and/or Exclude Testimony Regarding Fleetwood (See Rec. Docs. 13951) is due **on or before Thursday, May 6, 2010, at noon**, at which time the motion will be taken under advisement.

      **IT IS FURTHER ORDERED** that **the Motion for Expedited Hearing (Rec. Doc. 13956)** is **GRANTED.** Any opposition to Recreation By Design, LLC's Motion for Leave to File Motion to Strike the Testimony of Albert Jarrell (See Rec. Docs. 13955) is due **on or before Thursday, May 6, 2010, at noon**, at which time the motion will be taken under advisement.

      New Orleans, Louisiana, this 4th day of May 2010.

                                          **KURT D. ENGELHARDT**
                                          **UNITED STATES DISTRICT JUDGE**