UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                             MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

# ORDER

Before the Court is Defendant's Motion in Limine to Exclude References to Building Codes (Rec. Doc. 13304). After considering the memoranda filed by the parties,

**IT IS ORDERED** that **Defendant's Motion in Limine to Exclude References to Building Codes (Rec. Doc. 13304)** is **GRANTED**. Specifically, this Court's March 3, 2010 and March 11, 2010 Orders (See Rec. Docs. 12260 and 12779, respectively) are adopted herein. No reference to building codes and no testimony or evidence regarding the applicability (or non-applicability) of building codes shall be admissible at trial. Such building codes are irrelevant to the issues presented in this bellwether trial.

New Orleans, Louisiana, this 5th day of May, 2010.

                                                  **KURT D. ENGELHARDT**
                                                  **United States District Court**

1