Effective 4/10/06                **FINANCIAL & CIVIL ALLOTMENT SHEET**         Receipt No.: 376492
                                                                                Deputy Clerk:

APR 2 8 2010

**ACCOUNT CODE:**                                           **REGISTRY FUND:**

6855XX Accounts                                             604700 Accounts
_____ - Restitution                                        _____ - Cash Bonds
_____ - U.S. Postal Service Forms                          _____ - Land Condemnation
_____ - Petty Offense                                      _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
            085000 - $5.00 / 510000 - $10.00
    **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
            086900 - $20.00 / 510000 - $19.00
__✓___ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
__X___ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
    **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
    **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

(represent pty.)

**ACCOUNTS RECEIVABLE**
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Gainsburgh, Benjamin, David, Meuniers Warshauer, LLC
CASE NUMBER: 07-1873                    SECTION: N5
CASE TITLE: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
PAYMENT OF   $455.00    CASH ____   CHECK ____   MONEY ORDER X
                        SEAMAN ____ PAUPER ____ NON CASH ____

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action           _____ 6. Habeas Corpus & Other Convictions
          by the Court such as TRO, Injunction,                 Petitions Title 28 USC Sec. 2255
          Orders to Show Cause, etc.                 _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                          Death Sentence
_____ 3. Antitrust                                  _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright               _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   ____ Yes ____ No    _____
Is this a RELATED CASE?        ____ Yes ____ No    Attorney of Record: Justin Woods