

# POPULATION EXPOSURES TO ATMOSPHERIC FORMALDEHYDE INSIDE RESIDENCES

Final Report

January 1980

Prepared by:

Benjamin E. Suta

Prepared for:

U.S. Environmental Protection Agency
Office of Research and Development
Washington, D.C.

US EPA
Headquarters and Chemical Libraries
EPA West Bldg Room 3340
Mailcode 3404T
1301 Constitution Ave NW
Washington DC 20004
202-566-0556

SRI International
333 Ravenswood Avenue
Menlo Park, California 94025
(415) 326-6200
Cable: SRI INTL MPK
TWX: 910-373-1246

EXHIBIT 2



Table I-1

SUMMARY OF ATMOSPHERIC FORMALDEHYDE CONCENTRATIONS FOUND IN MOBILE AND CONVENTIONAL HOMES

| Monitoring Program | Number of Homes | Average Concentration (ppm)[a] |
|---|---|---|
| Wisconsin mobile homes, random sample | 65 | 0.24 |
| Wisconsin mobile homes, complaint sample | 45 | 0.65 |
| Washington mobile homes | 334 | 0.40 |
| Wisconsin foam-insulated conventional houses | 7 | 0.11 |
| Wisconsin "particleboard" conventional houses | 8 | 0.18 |
| Washington UF-insulated conventional houses | 39 | 0.39 |
| Lawrence Berkeley Laboratory energy-efficient houses | 4 | 0.05 |
| Geomet conventional house sample | 17 | 0.05[b] |
| Danish conventional houses | 25 | 0.52 |
| Swedish conventional houses | 319 | 0.58 |
| Swiss conventional houses | 3 | 0.06 |
| German conventional houses | 3 | 0.12 |

[a] 1 ppm = 1.24 $mg/m^3$ for atmospheric formaldehyde concentrations.

[b] Assumes that the indoor formaldehyde constitutes 60% of the total indoor aldehydes.

The difference in average concentrations between the complaint and random mobile home samples is partly a result of the relative differences in age of homes in the two samples. The random sample homes are older (average age 80 months) than the complaint homes (average age 24 months) and are expected to have a lower average concentration. Table IV-18 shows comparisons of formaldehyde concentrations between random samples, and complaint samples for mobile homes of the same age. The complaint samples show higher average formaldehyde concentrations for the first 30 months of age. After 30 months the formaldehyde concentrations in the random and complaint mobile homes samples are about equal. However, the averages for the random and complaint mobile homes were not significantly different at the 0.05 level for any of the age grouping given in Table IV-18.

In addition to the mobile home monitoring data, data were also available for formaldehyde concentrations in 15 conventional homes. These homes had either UF foam insulation or a rather large amount of particleboard and were monitored as a result of complaints. The monitoring data are summarized in Table IV-19 and show average formaldehyde concentrations of 0.11 ppm in the "foam-insulation" houses and 0.18 ppm in the "particleboard" houses.

## D. Effect of Home Age on Formaldehyde Concentrations

Formaldehyde release from the interior particleboard occurs at a decreasing rate with an increase in the product's age. Eventually the rate of formaldehyde evolution decreases to an imperceptible level. The length of time necessary for this to occur depends on the atmospheric conditions to which the board has been subjected, as well as the degree of cure of the resin. Some of the free methylol groups in the cured resin are more stable than others. The more unstable groups degrade first, followed by the more stable methylol groups (Kelly, 1970).

Table IV-16

FREQUENCY DISTRIBUTION OF FORMALDEHYDE CONCENTRATIONS IN 65 RANDOMLY SAMPLES WISCONSIN MOBILE HOMES

| Formaldehyde Concentration (ppm) | Number | Cumulative Percent |
|---|---|---|
| Less than 0.10 | 10 | 15.4 |
| 0.10-0.14 | 14 | 36.9 |
| 0.15-0.19 | 16 | 61.5 |
| 0.20-0.25 | 8 | 73.8 |
| 0.26-0.29 | 4 | 80.0 |
| 0.30-0.39 | 3 | 84.6 |
| 0.40-0.49 | 5 | 92.3 |
| 0.50-0.59 | 2 | 95.4 |
| 0.60-0.69 | 1 | 96.9 |
| 0.70-0.79 | 0 | 96.9 |
| 0.80-0.89 | 1 | 98.5 |
| More than 0.90 | 1 | 100.0 |

Source: Based on data supplied by Hanrahan (1979)

Table IV-17

FREQUENCY DISTRIBUTION OF FORMALDEHYDE CONCNETRATIONS IN 45 COMPLAINT WISCONSIN MOBILE HOMES

| Formaldehyde Concentration (ppm) | Number | Cumulative Percent |
|---|---|---|
| Less than 0.10 | 2 | 4.4 |
| 0.10-0.14 | 4 | 13.3 |
| 0.15-0.19 | 2 | 17.8 |
| 0.20-0.25 | 5 | 28.9 |
| 0.26-0.29 | 3 | 35.6 |
| 0.30-0.39 | 7 | 51.1 |
| 0.40-0.49 | 1 | 53.3 |
| 0.50-0.59 | 7 | 68.9 |
| 0.60-0.69 | 1 | 71.1 |
| 0.70-0.79 | 2 | 75.6 |
| 0.80-0.89 | 2 | 80.0 |
| 0.90-0.99 | 1 | 82.2 |
| 1.00-1.49 | 4 | 91.1 |
| 1.50-1.99 | 2 | 95.6 |
| 2.00-2.99 | 1 | 97.8 |
| 3.00-3.99 | 1 | 100.0 |

Source: Based on data supplied by Hanrahan (1979)

Table IV-18

COMPARISON OF FORMALDEHYDE CONCENTRATIONS FOR DIFFERENT AGED MOBILE HOMES FROM THE WISCONSIN RANDOM AND COMPLAINT SAMPLES

| | Random Sample | | | Complaint Sample | | |
|---|---|---|---|---|---|---|
| Home Age (months) | Sample Size | Average (ppm) | Standard Deviation (ppm) | Sample Size | Average (ppm) | Standard Deviation (ppm) |
| 1-9 | 4 | 0.44 | 0.04 | 12 | 0.82 | 0.56 |
| 10-29 | 9 | 0.53 | 0.47 | 25 | 0.78 | 0.83 |
| 30-49 | 8 | 0.27 | 0.19 | 5 | 0.26 | 0.12 |
| 50-99 | 28 | 0.18 | 0.05 | 4 | 0.14 | 0.10 |
| 100-200 | 15 | 0.11 | 0.04 | 1 | 0.05 | -- |

Table IV-19

FORMALDEHYDE MONITORING DATA FOR WISCONSIN CONVENTIONAL HOMES

| House Number | UF-Foam Insulation | Particle-board |
|---|---|---|
| 1 | 0.04 | 0.02 |
| 2 | 0.04 | 0.11 |
| 3 | 0.11 | 0.28 |
| 4 | 0.06 | 0.02 |
| 5 | 0.13 | 0.33 |
| 6 | 0.19 | 0.05 |
| 7 | 0.17 | 0.11 |
| 8 | -- | 0.04 |
| Average | 0.11 | 0.18 |
| Standard Deviation | 0.06 | 0.26 |

Source: Based on data supplied by Hanrahan (1979)

Formaldehyde has a relatively short atmospheric life. In air aldehydes are expected to photodissociate to RCO and H atoms rapidly and competitively with their oxidation by HO radical, for a half-life of 2 to 3 hr (Radding et al., 1977). In chamber studies $NO_2$ accelerates this process (Bufalini et al., 1972). The photochemical process leads to peracylnitrates and peroxy radicals that enter the photochemical cycle. Oxidation by HO gives the same products, but can also yield other products (Radding et al., 1977).

Field tests and a mathematical model indicate the half-life for formaldehyde found in particleboard typically used in Scandinavian home construction is about 2 years when a home's ventilation rate is 0.3 air changes per hour (Anon., 1977). However, the formaldehyde concentration data for Danish homes, shown in Figure IV-1, indicate that actual formaldehyde half-life in homes may be much longer than 2 years. These data given the following relationship of formaldehyde concentrations as a function of home age when no corrections are made for other pertinent factors such as the amount of particleboard in the home, temperature, humidity, or ventilation:

$$C = 0.50\ e^{-0.012A} \qquad (4.4)$$

where:

C = the formaldehyde concentration (ppm)

A = the home age (months).

This relationship indicates that the formaldehyde concentration half-life is 58 months (almost 5 years). The difference between the half-lives that are derived from test data and home monitoring may partly result from the particleboard being added to older homes for repair and improvement.

The State of Wisconsin monitoring data for the 65 randomly selected mobile homes show a similar decrease in formaldehyde concentration with increase home age (Figure IV-3). The relationship is as follows:

$$C = 0.39\ e^{-0.010A} \qquad (4.5)$$

This relationship indicates that the formaldehyde concentration half-life is 69 months (almost 6 years). This is quite similar to the formaldehyde concentration half-life found for the Danish houses.

The State of Wisconsin monitoring data for 45 complaint mobile homes also show a decrease in formaldehyde concentration with increased home age (Figure IV-4). The relationship is as follows:

$$C = 0.75\ e^{-0.025A} \qquad (4.6)$$

The indicated half-life is 28 months (approximately 2.5 years).

The data for the Wisconsin complaint and random samples of mobile homes were combined and found to give the following relationship:

$$C = 0.53\ e^{-0.013A} \qquad (4.7)$$

The indicated formaldehyde half-life for these combined data is 53 months or approximately 4.4 years.

## E. Statistical Distribution of Residential Formaldehyde Concentrations

All residences are not expected to have the same formaldehyde concentration. Variation occurs even in homes of the same age because of such factors as the amount of particleboard and UF-foam insulation used in the construction. Other factors influencing formaldehyde concentration include temperature, humidity, ventilation, the age of the building materials, and the type of particleboard used. Thus, monitored concentrations from a sample of similar homes can be characterized by a frequency distribution, and the frequency distribution can be approximated by a known statistical distribution. Knowledge of the appropriate statistical distribution can then be used to estimate the range in human exposures to formaldehyde in the residential environment.

Frequency distributions for a number of the indoor formaldehyde monitoring programs are shown on Figures IV-5 through IV-7. The figures show that these frequency distributions can be approximated by log-normal statistical distributions. Because formaldehyde concentration is expected to depend on home age, we have displayed the frequency distributions for Danish homes less than 1 year old and for all Danish homes. These two frequency distributions have approximately the same geometric standard deviations; however, the average concentration for the new houses is much larger.

## F. Outdoor Atmospheric Formaldehyde Concentration

The potential sources for outdoor environmental contamination from formaldehyde or from compounds that can release formaldehyde result from formaldehyde production, transportation, storage, use, and disposal. In addition, formaldehyde is produced by incomplete combustion processes and from the photochemical reactions of hydrocarbons in the environment (Kitchens et al., 1976).

Data were summarized for outdoor ambient formaldehyde concentrations to determine if indoor concentrations are indeed elevated. Formaldehyde concentrations in Los Angeles on 26 days from September through October 1966 averaged 0.05 to 0.12 ppm (HEW, 1970). Measurements reported by Altshuller et al. (1962) for the fall of 1961 averaged 0.04 ppm with an average daily maximum of 0.06 ppm. Average concentrations during two days in October 1968 were 0.04 ppm in El Monte, California, and 0.06 ppm in Huntington Park, California (Stahl, 1969). The median daily average formaldehyde concentrations for four New Jersey sites recorded for 1 May through 30 September 1974 are: Bayonne--0.006 ppm, Camden--0.004 ppm, Elizabeth--0.006 ppm, and Newark--0.007 ppm (Cleveland et al., 1977). The peak formaldehyde concentrations (as measured by the upper decile of 1-hr daily maxima) at the four sites are in the range of 0.014-0.20 ppm. Hanst et al. (1975 were unable to detect formaldehyde in the atmosphere of Raleigh,




FIGURE IV-5. CUMULATIVE STATISTICAL DISTRIBUTION OF FORMALDEHYDE CONCENTRATIONS IN NORDIC HOUSES




FIGURE IV-6. CUMULATIVE STATISTICAL DISTRIBUTION OF FORMALDEHYDE CONCENTRATIONS IN U.S. MOBILE HOMES




FIGURE IV-7. CUMULATIVE STATISTICAL DISTRIBUTION OF FORMALDEHYDE CONCENTRATIONS IN U.S. HOUSES

North Carolina, and Pasadena, California, during the fall of 1972 and the summer of 1973. The detection limit varied between 0.015 and 0.030 ppm.

Lin et al. (1979) found average outdoor formaldehyde concentrations of 0.005 ppm at Columbus, Ohio; 0.004 at Iowa State University; and 0.004 at Maryland.

Outdoor concentrations near the 65 randomly sampled mobile homes in Wisconsin averaged 0.04 ppm (Hanrahan, 1979).

A mean value of 0.004 ppm has been reported for formaldehyde on the mainland of Europe (Cauler, 1951).

Formaldehyde concentrations in four locations of Switzerland were found to average as follows: a highway in undeveloped area--0.007 ppm, a thoroughfare in a relatively unpopulated area--0.013 ppm, a thoroughfare in a highly developed area--0.014 ppm, and urban residential area with less traffic--0.013 ppm (Wanner et al., 1976).