# Transcript of the Testimony of
# Paul Hewett

**Date taken: March 4, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 3

Page 122

1   that it is impossible for a formaldehyde
2   reading at time 1 to be less than a
3   formaldehyde reading in the same travel
4   trailer taken six months later, would you?
5       MR. PINEDO:
6           Objection, form.
7       THE WITNESS:
8           No.  It is implicit in the data
9   that you see in the graphs, that later
10  concentrations can be lower than earlier
11  concentrations across the population, and
12  for a particular trailer, I suspect it is --
13  I know it is possible that a later
14  measurement, it can be lower.
15          But across time, across a broad
16  span of time, what is the relationship?  Is
17  it a decline or positive increasing
18  relationship?
19  EXAMINATION BY MR. KURTZ:
20      Q.  I probably phrased my question a
21  little badly.  So let me make sure we are
22  clear.
23          You would agree that it is
24  possible for later formaldehyde readings in
25  the same trailer to be higher than the

1   original ones.  Possible?
2        A.   The original being?
3        Q.   Pick a value.
4        A.   I'm not going to.  You pick a
5   value.
6        Q.   All right.  Bill Scott on
7   January 8, 2010, got a reading of .0088
8   parts per million on the first of the two
9   recorded tests that he took on that day,
10  right?
11       A.   Yes.
12       Q.   You wouldn't suggest that it is
13  impossible to get a higher reading than that
14  if you went out there today and got a new
15  formaldehyde sample taken, would you?
16       A.   It is possible to get a higher
17  level if you went out there today.  And as
18  the season progresses and temperatures
19  change, that possibility may increase.
20       Q.   In fact, if there is a cyclical
21  variation in formaldehyde readings, you
22  would expect that formaldehyde readings
23  taken in July are greater than those taken
24  in January, even though more time has
25  passed, right?

Page 124

1     A.   Are we talking about occupied or
2  unoccupied trailers?
3     Q.   Let's use unoccupied.
4     A.   I would say that is a very strong
5  possibility.
6     Q.   So if you were to run a regression
7  analysis over a span of time like that and
8  calculate an age coefficient, it might very
9  well be positive, right?
10    A.   No.  It can't be positive.
11         I mean, you maybe can calculate
12 it -- with some of your data sets, you may
13 get a positive age coefficient.  But for a
14 given set of specific conditions, it has to
15 be negative.
16         Now, you can have positive because
17 of the variability in the data and the
18 temperatures and the relative humidities and
19 the other factors that are not accounted
20 for.  Solar loading, perhaps, cloudy days
21 versus -- same temperature outside, but a
22 cloudy day versus a bright sunny day.  There
23 has to be a difference.  Nobody has
24 quantified it, but there has to be one.
25         So you may get a positive

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                         (504) 529-5255
New Orleans * Baton Rouge * Shreveport

```
 1   coefficient.  I'm telling you that the true
 2   coefficient as stated in the report has to
 3   be negative.  Period.  For a given set of
 4   conditions.
 5        Q.   What do you mean by "a given set
 6   of conditions"?
 7        A.   It gets exactly to the -- the
 8   problem you seem to be having in grasping
 9   that it has to be negative.
10             On one day, you could have high
11   temperatures inside a trailer; the next day,
12   you could have low temperatures, resulting
13   in substantially different formaldehyde
14   concentrations within that week's period.
15   Where you have measurements at the end of
16   the week that are higher than measurements
17   at the beginning of the week.
18             That does not refute or run
19   counter to the notion that the overall decay
20   across time is negative.  You have
21   fluctuations in the data.  You can look at
22   every graph, every figure and see
23   variability in the data.
24             If you are demanding all the data
25   line up along a line, and that line
```