UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER AND REASONS

Before the Court is Plaintiff's Motion in Limine to Prohibit Reference to the Financial Matters of Earline Castanel (Rec. Doc. 13331).  After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that Plaintiff's Motion in Limine to Prohibit Reference to the Financial Matters of Earline Castanel (Rec. Doc. 13331) is **GRANTED**, for the reasons stated by Plaintiff in Rec. Docs. 13331 and 13867).

New Orleans, Louisiana, this 5th day of May, 2010.

                                         **KURT D. ENGELHARDT**
                                         **UNITED STATES DISTRICT JUDGE**