UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S OBJECTIONS TO
DEPOSITION DESIGNATIONS OF
GUY BONOMO**

COMES NOW Plaintiff Earline Castanel and submits these objections to certain portions of Defendant Recreation by Design, LLC's designated deposition testimony of Guy Bonomo (a copy of the Bonomo deposition was previously provided to the Court).

     Plaintiff objects to 45:15-23 as the witness lacks the proper foundation to testify to the same. He testifies as to what he "believes" occurred. He has previously testified on page 33:18-20 he did not directly supervise the recertification supervisors.

     Plaintiff objects to 45:24-46:11 as they are leading questions wherein the answer is suggested in the question. These are leading questions asked by the United States attorney of a United States witness and as such constitute improper questioning.

                          Respectfully submitted:

                          **FEMA TRAILER FORMALDEHYDE
                          PRODUCT LIABILITY LITIGATION**

1

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

 I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 5, 2010.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471