UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S RESPONSES
TO OBJECTIONS TO DEPOSITION DESIGNATIONS OF
GUY BONOMO

COMES NOW Plaintiff Earline Castanel and submits these Responses to Defendant Recreation by Design LLC's Objections to Plaintiff's Deposition Designations of Guy Bonomo (the Bonomo deposition has been previously provided to the Court).

Defendant objects to the testimony of Guy Bonomo on 16:16-17:20 as involving speculation and assumption. Plaintiff will agree to withdraw the section of the answer stating it is an assumption on 16:25-17:04, but the portion of the answer wherein he states that the "health of the people" is one of the reasons for the flyer is relevant and is not identified as an assumption. Furthermore, the witness was the Department of Housing Operations Chief, Bonomo Deposition, page 9:16-17, and he was stationed in Louisiana. Bonomo Deposition, page 12:19-23. While in Louisiana, he ran the travel trailer, mobile home program (Bonomo Deposition, page 13:14-21), and he was tasked with passing out the flyer and testified he was

1

familiar with the flyer. Bonomo Deposition, page 15:07-16:08. Therefore, Defendant's objection should be overruled as a foundation has been laid for his knowledge and testimony.

>
> Respectfully submitted:
>
> **FEMA TRAILER FORMALDEHYDE**
> **PRODUCT LIABILITY LITIGATION**
>
> BY: s/Gerald E. Meunier
> GERALD E. MEUNIER, #9471
> **PLAINTIFFS' CO-LIAISON COUNSEL**
> Gainsburgh, Benjamin, David, Meunier &
> Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973
> gmeunier@gainsben.com
>
> s/Justin I. Woods
> JUSTIN I. WOODS, #24713
> **PLAINTIFFS' CO-LIAISON COUNSEL**
> Gainsburgh, Benjamin, David, Meunier &
> Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973
> jwoods@gainsben.com
>
> **COURT-APPOINTED PLAINTIFFS'**
> **STEERING COMMITTEE**
> ANTHONY BUZBEE, Texas # 24001820
> RAUL BENCOMO, #2932
> FRANK D'AMICO, #17519
> MATT MORELAND, #24567
> LINDA NELSON, #9938
> MIKAL WATTS, Texas # 20981820
> DENNIS REICH, Texas #16739600

**CERTIFICATE OF SERVICE**

3

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 5, 2010.

                                         s/Gerald E. Meunier
                                         GERALD E. MEUNIER, #9471