UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S RESPONSES
TO OBJECTIONS TO DEPOSITION DESIGNATIONS OF
ALAN BOWERS, M.D.**

COMES NOW Plaintiff Earline Castanel and submits these Responses to Defendant Recreation by Design LLC's Objections to Plaintiff's Deposition Designations of Alan Bowers, M.D. (a copy of the Bowers deposition was previously delivered to the Court).

Defendant objects to the testimony of Dr. Bowers on page 79:9-15 alleging it is irrelevant and lacks foundation wherein the Dr. Bowers, a treating doctor for Earline Castanel testifies that formaldehyde is a carcinogen. Plaintiff responds that as a medical doctor, Dr. Bowers is professionally aware of whether or not formaldehyde is a carcinogen and whether or not formaldehyde is a carcinogen is relevant to the matters at hand and Plaintiff's mental anguish. Further, Dr. Bowers is Board Certified in Internal Medicine  Bowers Deposition, page 8:25-9:11. It is not beyond the scope of this witness to testify about what he is aware of as a practicing professional and physician. Defendant's objections should therefore be overruled.

1

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      MIKAL WATTS, Texas # 20981820
      DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on May 5, 2010.

             s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471