UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S OBJECTIONS TO
DEPOSITION DESIGNATIONS OF
GEORGE CORNISH**

COMES NOW Plaintiff Earline Castanel and submits these objections to certain portions of Defendant Recreation by Design, LLC's designated deposition testimony of George Cornish (a copy of the Cornish deposition has previously been delivered to the Court).

Plaintiff objects to the following testimony excerpts from the deposition of George Cornish that were designated by the Defendant:

10:03-07 Irrelevant. George Cornish worked for his father prior to 1986. What George Cornish did working for his father some 20 years prior to the manufacture of the Castanel Unit is irrelevant and constitutes a waste of time. Further that his father was a co-owner in the business is irrelevant. Moreover, the business was bus conversion business and not a travel trailer business.

1

19:08-10 Irrelevant, waste of time. This testimony relates to was there any product literature that came with the products when he was working for Gary Taska and Ken Tron, with Double T Manufacturing. Cornish worked for Double T back in 1986. Cornish page 8:05-06, page 18. The testimony on 19:08-10 is irrelevant to any matter at hand.

66:05-66:09 & 66:21. Lack of foundation. The witness is not familiar with formaldehyde and its health effects, therefore he is not qualified to testify about whether or not the travel trailers are safe. The witness has no specialized training in health or medicine.

87:09-10 & 87:13. Lack of foundation. The witness has not set forth a foundation that he is aware of what the industry standards are for travel trailer manufacturers.

87:18-19 & 87:21 Lack of foundation. Lack of qualifications to determine what is safe and habitable. The witness is not familiar with formaldehyde and its health effects therefore he is not qualified to testify about whether or not the travel trailers are safe. The witness has no specialized training in health or medicine.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**

Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 5, 2010.

     s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

3