UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S RESPONSES
TO OBJECTIONS TO DEPOSITION DESIGNATIONS OF
GEORGE CORNISH

COMES NOW Plaintiff Earline Castanel and submits these Responses to Defendant Recreation by Design LLC's Objections to Plaintiff's Deposition Designations of George Cornish (a copy of the Cornish deposition has previously been submitted to the Court).

45:11-25 – Defendant objects to this testimony alleging it is irrelevant as it relates to news stories after the Castanel unit was shipped. Plaintiff would respond that this testimony goes beyond just news stories. George Cornish is one of the plant foremen for Recreation by Design. Therefore, his knowledge and/or lack thereof is relevant. Further this testimony relates to the knowledge and actions of Randall Rush, the president of Recreation by Design and what steps he took after Recreation by Design began to receive additional information about formaldehyde. Plaintiff would further show, that Cornish's response of having "no response" to news of formaldehyde in travel trailers is relevant and should not be excluded. Likewise

1

discussions that the company president and others had with him regarding formaldehyde is relevant.

47:02-25 Defendant objects claiming that the testimony is irrelevant as it relates to news stories after the Castanel unit was delivered.  Plaintiff would respond that the testimony is relevant and further it relates to more than news stories issued after the Castanel unit was delivered.  The testimony is relevant to actions that Recreation by Design took after receiving additional information about formaldehyde in the trailers. Further, when the news stories broke, Earline Castanel was still living in the trailers.  Earline Castanel continued living in the trailer until August 2007. The pertinent inquiry what action did Recreation by Design take regarding formaldehyde while Earline Castanel was still living in the trailer, and Earline Castanel was still living in the trailer when the news stories broke. Therefore, Defendant's objection should be overruled.

51:04-21 Defendant objects that this testimony alleging it is duplicative of other testimony regarding (LFE) low emitting formaldehyde wood.  In this excerpt the witness is questioned about LFE wood. This testimony is not duplicative, because there is no other designated testimony from George Cornish wherein he states is not aware that wood manufacturers sell LFE. The testimony that Cornish does not know the difference between regular wood in LFE wood is also not duplicative.  The other particulars discussed in this section are not duplicative either.  This testimony covers very specific matters that are not discussed elsewhere.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       MIKAL WATTS, Texas # 20981820
       DENNIS REICH, Texas #16739600

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on May 5, 2010.

4

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471