**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO *Earline Castanel v. Recreation by Design, LLC* Docket No. 09-3251 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OBJECTIONS TO
DEPOSITION DESIGNATIONS OF
MICHAEL GAUME**

COMES NOW Plaintiff Earline Castanel and submits these objections to certain portions of Defendant Recreation by Design, LLC's designated deposition testimony of Michael Gaume (a copy of the Gaume deposition has been previously submitted to the Court).

33:06-33:16 Plaintiff withdraws the objection to this testimony.

33:17-33:20 The answer is non-responsive to the question asked and therefore it should be stricken.

49:07-49:08, 48:11 Gaume is asked if the vehicles are build in accordance with industry standards. However, no foundation has been laid that Gaume knows what the industry standards are. Furthermore he is ignorant of what is the (RVIA) Recreational Vehicle Industry Association. Guame deposition, page 32:03-04. The witness believes the RVIA is a building code (Gaume 32:01-02), but it is really an industry association. The RVIA does not have building codes. The

1

witness has shown a basic ignorance of industry standards and is not qualified to testify as to what are industry standards.

51:12-13 & 51:16 Leading questions asked by the attorney for Recreation by Design of a Recreation by Design witness, should not be allowed.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas #16739600

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 5, 2010.

       s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471