UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S RESPONSES
TO OBJECTIONS TO DEPOSITION DESIGNATIONS OF
MICHAEL GAUME

COMES NOW Plaintiff Earline Castanel and submits these Responses to Defendant Recreation by Design LLC's Objections to Plaintiff's Deposition Designations of Michael Gaume (a copy of the Guame deposition has previously been delivered to the Court).

Plaintiff designated certain portions of Michael Gaume's testimony, to which Defendant objected. Plaintiff files these responses to Defendant's objections.

17:16-18. Plaintiff withdraws this proposed testimony.

34:03-12 This testimony is not duplicative. Michael Gaume was the Plant Manager at Plant No. 2, where the Castanel unit was manufactured. Gaume deposition, page 17:25-18:06. Gaume had previously retired from the RV business and had started a consulting company. Gaume page 10:19-11:21. Rush then hired him to manage Plaint No. 2. There has been no other or prior testimony regarding a request to have Katrina trailers at Plant No 2 to be built out of

1

LFE wood and the other matters discussed in this section. These are very specific questions about the operation of Plant No. 2, and the manufacturing process relative to the wood products used that have not been asked of another witness.

37:02-10 This testimony is relevant as Gaume was hired after working for other companies. *supra*.  This knowledge is relevant and whether or not Recreation by Design was building their trailers was commensurate with what other manufactures were doing.

        Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932

FRANK D'AMICO, #17519<br>
MATT MORELAND, #24567<br>
LINDA NELSON, #9938<br>
MIKAL WATTS, Texas # 20981820<br>
DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on May 5, 2010.

              s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471