UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                                                                                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER AND REASONS

Before the Court is Plaintiff's Motion to Add One Additional Witness (Rec. Doc. 13291), which Recreation By Design, LLC ("RBD") has opposed. After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that **Plaintiff's Motion to Add One Additional Witness (Rec. Doc. 13291)** is **GRANTED**. The Court notes Plaintiff's explanation that Mark Polk's name was inadvertently left off of her final witness list, and that Plaintiff made this request only *one* day after submitting her witness list. Further, Mr. Polk's deposition has already been taken in the *Wright* bellwether matter on September 22, 2009. Indeed, RBD participated in that deposition, which was videotaped. Plaintiff has indicated that she will limit Mr. Polk's trial testimony to video excerpts; thus, RBD may rely on objections made at the deposition, and/or select additional deposition passages to counter Plaintiff's video excerpts.

New Orleans, Louisiana, this 5th day of May, 2010.

                                                        **KURT D. ENGELHARDT**
                                                        **UNITED STATES DISTRICT JUDGE**