UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Earline Castanel v. Recreation by Design, LLC* | * | |
| Docket No. 09-3251 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S OBJECTIONS TO
DEPOSITION DESIGNATIONS OF
BELLANCE "FAYE" GREEN

COMES NOW Plaintiff Earline Castanel and submits these objections to certain portions of Defendant Recreation by Design, LLC's designated deposition testimony of Bellance "Faye" Green (the Green deposition transcript was previously delivered to the Court).

87:09-22 – 88:16.  Irrelevant, confusing and misleading.  This is a discussion of the Bobbie (Lyndon)Wright and not the Castanel IA file.  In the immediate section before the question is as follows:  [Q] "Let's talk a little bit about the document that typically makes up an IA file such as this one. Would you consider Exhibit 3 to be typical of the average IA file is made up of? [A] Yes it is. [then continuing on with the objected testimony – Q] In general what categories of are contained in the IA file that your office produces?".  The witness gives the answer in the context of the Lyndon Wright case and in the context of the Wright IA file that is before here.  Furthermore the Castanel file is not in evidence and there is no witness to prove it up.  So we have testimony about a file that is not before the jury and in that case, any such

1

testimony would be confusing, misleading and irrelevant.  A copy of Exhibit 3 is attached hereto as Attachment A for reference.

98:20-99:18.  Irrelevant, confusing and prejudicial.  Exhibit 3 relates to the Bobbie (Lyndon) Wright file.  A copy of Exhibit 3 is attached hereto for reference as Attachment A.

116:20-118:20 Irrelevant, confusing and misleading.  As seen in the preceding discussion leading up to this section on page 116:08 the discussion is about Exhibit 7 which is the Contact Report on Bobbie (Lydnon)Wright and beginning at 116:20 the witness is "walk[ing]" the questioner through the process as to how Exhibit 7, the Lyndon Wright Contact Report was generated.  All such discussion is irrelevant, confusing and misleading.  A copy of Exhibit & which is being referred to in this testimony is attached hereto as Attachment B.

118:21-119:11 Irrelevant, confusing and misleading as it is a discussion of Exhibit 8, which is the Comment Report from Bobbie (Lyndon)Wright as it is a discussion of a document that is not from Earline Castanel's file.  A copy of Exhibit 8, referred to in this section is attached hereto as Attachment C.  This testimony is irrelevant to the Comment Report or Contact Report for Earline Castanel which are not agreed exhibits in this matter.

119:12-120:01 Irrelevant, confusing and misleading as discussions as to what another employee does on a NEMIS file when there is no indication that this practice was followed with regard to Earline Castanel's NEMIS file.  Further it is irrelevant as Earline Castanel's NEMIS file is not discussed in this section.  Further, this discussion is given in the context of documents concerning Bobbie Wright.

120:02-120:10 Irrelevant, confusing, misleading as discussion as to her inputting data into the NEMIS database is irrelevant as there is no showing that she ever entered any data on

Earline Castanel into the NEMIS database.  Further, this discussion is given in the context of the documents concerning Bobbie Wright.

        Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        DENNIS REICH, Texas #16739600

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.

                         s/Gerald E. Meunier
                         GERALD E. MEUNIER, #9471