**DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
## Application/Registration for Disaster Assistance

Registration ID.   O.M.B. No. 1660-0002   DR #.
Expires May 31, 2010   **1603**

| 1. Name (Last, First, MI) | 2. Language | 3. Social Security Number | 4. Date of Birth | 5. Date of loss | 6. Application Date |
|---|---|---|---|---|---|
| WRIGHT, BOBBIE R | English | | 3/1/1940 | 8/29/2005 | 9/3/2005 |

| 7A. Damaged phone # | 7B. Alt Damaged phone # | 7C. Current phone # | 7D. Alt Contact phone # | 7E. Email address |
|---|---|---|---|---|
| | None | | None | |

NOTE: APPS SISTER MARGAR NOTE:

**8. Address of Damaged Property**
Street Address                    City                    State  Zip+4   County
LA

**9. Current Mailing address**
TX

**10. What is your current location?**  Family/Friends Dwelling

**11. Do you own or rent your home?**  Own          **12. Is the address listed in #8 your primary residence?**   Yes (Primary)

**13. Type of residence:**          House-Single/Duplex

**14A. Was your home damaged by the disaster?**  Yes          **14B. Personal property damaged?** Yes
**14C. Was the access to your home restricted?**  Due to Disaster          Utilities Out?
Emergency Needs? Yes          Food? Yes          Clothing? Yes          Shelter? Yes

**15. Cause of Damages:**  Flood; Hail/Rain/Wind Driven Rain

**16. Other Expenses:**

**17. Disaster related expense? (for uninsured or underinsured)**
Medical (including medication): No          Dental: No          Funeral: No

**18. Home/Personal Property Insurance**  Company Name
No RP or PP Insurance

**19. Vehicle Damage due to Disaster**

**20. Special Needs:** Did you, your spouse, or any dependents have help or support doing things like walking, seeing, hearing, or taking care of yourself before the disaster and have you lost that help or support because of the disaster?
**Mobility:**
**Cognitive/Developmental Disabilities/Mental Health:**
**Hearing or Speech:**
**Vision:**
**Other:**

| 21. Names of all persons living in home at the time of disaster | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| WRIGHT, BOBBIE R | Registrant | | 65 | Yes |
| WRIGHT, LYNDON T | Immed Family | | 35 | No |

**CERTIFIED TO BE A TRUE**
**COPY OF THE ORIGINAL**

**22. Business Damages:**     Self Employment is primary income?          No
Own/Represent a business or rental property affected by disaster?     No

**23. Number of claimed dependents:** 2          Combined family pre-disaster gross income:          **24. Electronic Funds Transfer:** No

**25. You have been referred to the following sources for Disaster Aid.**
Emergency Assistance (ARC); Housing Assistance (Owner); Other Personal Property; Tax Assistance

If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired only, call 1-800-462-7585.

FEMA Form 90-69 JUN 07          REPLACES ALL PREVIOUS EDITIONS

**EXHIBIT**
tabbies  GREEN No.
3

FEMA124-000001





Michael D. Brown
Under Secretary
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

09/07/2005

FEMA Application No: ~~████████~~

MS BOBBIE R WRIGHT
~~████████████████~~
~~████████████████~~

Disaster No: 1603

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear Ms. Wright:

Enclosed for your records is a copy of the <u>Application for Disaster Assistance</u> that you recently filed with the Federal Emergency Management Agency (FEMA), the agency that coordinates disaster assistance on behalf of the President.

Based on the information you provided during the registration interview, FEMA has identified certain disaster assistance programs that may be helpful to you. These are listed at the bottom of the Application form, item number 27. Administered by a variety of organizations, information on these and other programs can be found on the <u>Additional Disaster Assistance Program Information Sheet</u>, included in this mailing. You must contact these agencies directly to learn how their programs can help you.

If your home or business has been damaged by the disaster, you do not need to wait until the inspector visits the property before starting to clean up. We strongly suggest, however, that you make a list of your losses, take pictures, and keep <u>all</u> receipts to verify your disaster-related expenses.

<u>Correct information</u>

Please check the information on this form and call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585) if you have any corrections. Please also make special note of your Registration ID located at the top of the form; this is your unique identifying number and you will need to refer to this number whenever you contact FEMA.

<u>Disaster Recovery Centers/SBA Workshops</u>

Disaster Recovery Centers may be opened to provide a central location for information on disaster assistance programs and tips on reducing damage from future disasters. To find out about the Disaster Recovery Center nearest to you, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585). To inquire about the status of your application for assistance, you may either visit a Disaster Recovery Center or you may call the FEMA Disaster Helpline.

If you have been referred to the Small Business Administration (SBA) for a disaster loan (check item number 27on your Application for Disaster Assistance), you may wish to visit an SBA Workshop for help in completing the loan application. The workshop locations will be announced through your local news media.

FEMA124-000002

<u>Insurance</u>

If you have any kind of insurance, you should contact your insurance agent as soon as possible. Because insurance proceeds are generally more comprehensive than Federal disaster assistance, these benefits are usually the best means of addressing your disaster-related needs.

If you have any questions, if you need housing right away and cannot find a place to stay, or if you would like more detailed information on the available assistance programs, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585). We want to help in any way we can.

Sincerely,                                                                          9069CL

Individuals and Households Program Officer

FEMA124-000003

# Additional Disaster Assistance Program Information

## ****Please keep this for your information****

This sheet contains a complete listing of the available disaster assistance programs and the agencies/organizations that administer assistance in your area. Based on the information you provided during the registration interview, we have identified certain disaster assistance programs that may be helpful to you and have listed them in item number 27 at the bottom of your Application for Disaster Assistance.

**Aging Services: Health and Human Services (HHS):** Services are available to meet the needs of the elderly who have been directly affected by a declared disaster (i.e., transportation, meals, home care, etc.). For more information on Aging Services, Health and Human Services please contact Contact your local agency

**Agricultural Aid: USDA Farm Service Agency (FSA):** The USDA Rural Development may make emergency loans to farmers and ranchers (owners or tenants) who were operating and managing a farm or ranch at the time of the disaster. These loans are limited to the amount necessary to compensate for actual losses to essential property and/or production capacity. Farmers and ranchers may also apply for cost sharing grants for emergency conservation programs such as debris removal from crop/pasture lands, repairs to land/water conservation structures, and permanent fencing. For more information please contact the USDA Farm Service Agency (FSA) at Contact your local Farm Service Agency..

**Assistance From Financial Institutions:** Early withdrawal of time deposits, without penalty, may be permitted by banks that are members of the Federal Deposit Insurance Corporation (FDIC), Federal Reserve System (FRS), or the Federal Home Loan Bank Board (FHLBB). Contact your financial institution to see if they have obtained a waiver from their regulatory agency.

**Business Loan Program, Small Business Administration (SBA):** Disaster loans through the Small Business Administration (SBA) are available to businesses to repair or replace destroyed or damaged business facilities, inventory, machinery, or equipment. The maximum loan amount is $ 1,500,000. If you have been referred to this program you will be receiving an application package in the mail. For more information or help in completing this form, please refer to your SBA application package. To obtain a loan package please call
1-800-621-FEMA or 1-800-462-7585 (TTY)
or visit the local Disaster Recovery Center.

**Consumer Services:** Counseling is available on consumer problems such as non-availability of products and services needed for reconstruction, price gouging, disreputable business concerns and practice, etc. For more information please contact Contact your local or state agency.

**Crisis Counseling:** Referral services and short-term intervention counseling is available for mental health problems caused or aggravated by the disaster. For more information please contact Contact your local or state agency.

**Disaster Unemployment Assistance:** This assistance provides weekly benefit payments to those out of work due to the disaster, including self-employed persons, farm and ranch owners, and others not covered under regular unemployment insurance programs. For more information please contact Contact your local or state agency..

**Emergency Assistance:** Emergency food, clothing, shelter, and medical assistance may be provided to individuals and families having such needs as a result of the disaster. Assistance can be provided by the American Red Cross (ARC), the Salvation Army, church groups, and other voluntary organizations a result of the disaster. Assistance can be provided by the American Red Cross (ARC), the Salvation

FEMA124-000004

Army, church groups, and other voluntary organizations. For additional information please contact 866-438-4636 (866-GETINFO) 800-257-7575 (Spanish).

**Home and Personal Property Loan Program:** Disaster loans through the Small Business Administration (SBA) are available to homeowners and renters for restoring or replacing disaster damaged real and personal property. The maximum real estate portion of the loan is $200,000 and for personal property $40,000. The loan amount is limited to the amount of uninsured SBA verified losses. If you have been referred to this program you will find more information in the "Application Summary" on the back of the Disaster Assistance Application Form. To obtain a loan package please call
1-800-621-FEMA or 1-800-462-7585 (TTY)
or visit the local Disaster Recovery Center.

**Other Needs Assistance Program:** Other Needs Assistance Program, Administered in conjunction with your State Government: Money is awarded for necessary expenses and serious needs caused by the disaster. This includes medical, dental, funeral, personal property, transportation, moving and storage, and other expenses that are authorized by law. To receive money for other needs other than housing that are the result of a disaster, you must have accepted assistance from all other sources for which you are eligible such as insurance proceeds or SBA loans. For additional information please contact the Other Needs Assistance program at

**Insurance Information:** Assistance and/or counseling is available on insurance problems and questions, which may include obtaining copies of lost policies, claims filing, expediting settlements, etc. If you have not been able to resolve your problem with your insurance company you may contact your State Insurance Commissioner. For flood insurance inquiries, contact the National Flood Insurance Program (NFIP) at
1-800-638-6620 National Flood Insurance Program.

**Legal Services:** Free or reduced legal services, including legal advice, counseling, and representation may be provided to low-income disaster victims. For additional information please call Contact your State Bar Association.

**Social Security:** Assistance is available from the Social Security Administration (SSA) in expediting delivery of checks delayed by the disaster and for assistance in applying for Social Security disability and survivor benefits. For additional questions please contact
1-800-772-1213 or 1-800-325-0778 (TTY).

**Tax Assistance:** The Internal Revenue Service (IRS) may allow casualty losses that were suffered on home, personal property, and household goods to be deducted on the income tax return if they are not covered by insurance. Taxpayers may also file an amended return to receive an early tax refund. County tax assessors may provide information and assistance on possible property tax relief. For more information, order IRS 'Disaster Loss Kit' Publication Number 2194 for Individuals (or 2194B for Businesses) by calling the IRS publication hotline at 1-800-829-3676. County tax assessors may provide information and assistance on possible property tax relief.
IRS 1-800-829-1040 or 1-800-829-4059 (TTY).

**Veteran's Benefits:** The Veterans Administration (VA) can expedite delivery of information about benefits, pensions, insurance settlements, and VA mortgage loans. For more information please contact the Veteran's Administration at
1-800-827-1000 or 1-800-829-4833 (TTY).

FEMA124-000005

 

Michael D. Brown
Under Secretary
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

09/08/2005

FEMA Application No▓▓▓▓▓▓

MS BOBBIE R WRIGHT
▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓

Disaster No.1603

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear Ms. Wright:

When a disaster occurs, the Federal Emergency Management Agency (FEMA) tries to help the greatest number of people as quickly as possible. Based on your reported need, your household was approved for Expedited Housing Assistance. Within a few days you will receive either an electronic funds transer, debit card or a check at the mailing address that you provided when you registered.

**Inspection**

A FEMA inspector may be contacting you to schedule an inspection of your home. The inspection will be used to evaluate and record damages. Your eligibility for additional housing assistance will be based on this inspection.

**If You Have Insurance**

If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if you still have unmet needs for housing or are unable to locate a place to rent, please call the FEMA Disaster Helpline at 1-800-621-3362 for additional information.

By law, FEMA cannot pay for damage that is covered by your insurance. If you have insurance that will cover necessary rental expenses or disaster-related repairs, please tell the inspector.

**How to Use FEMA Expedited Housing Assistance**

If you cannot live in your home because it was damaged or destroyed by the disaster, the money you receive from FEMA may be used for your emergency housing needs.

For more information about the types of housing assistance that you might qualify for, call the FEMA Disaster Helpline at 1-800-621-3362 or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

EA

Individuals and Households Program Officer

 FEMA

R. David Paulison
Accting Under Secretary
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.: ▨▨▨▨▨

MS BOBBIE R WRIGHT
▨▨▨▨▨▨▨▨▨▨

Kathleen Babineaux Blanco
Governor
State of Louisiana

09/25/2005

Disaster No.: 1603

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear Ms. Wright:

The Federal Emergency Management Agency (FEMA) reviewed your request for disaster assistance. Based upon our review, you were approved to receive a payment for advanced "Rental Assistance" to help you locate transitional housing. If you provided FEMA with a bank account when you registered, your funds will be deposited by an electronic funds transfer directly into your bank account. Otherwise, you will receive a check in the next few days in the mail. For future payments, you can provide FEMA with a bank account so we can more quickly provide you with rental assistance.

These funds are to be used to cover your transitional housing needs. You must keep rental receipts for auditing purposes. If you require continued rental assistance, you must submit rental receipts to show that you have exhausted the rental assistance on rent. If you don't keep your rental receipts, you will not be eligible to receive additional rental assistance in the future.

Also enclosed is FEMA Form 90-69B, the Declaration and Release. This form must be completed, signed and returned to FEMA within 14 days of this letter's date. If you do not return the signed form you will not be eligible for additional assistance. In addition, you may also be required to return the money already received.

If you knowingly make false statements to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both.

IN ORDER TO RECEIVE ADDITIONAL FUNDS IN THE FUTURE, YOU
MUST PROVIDE FEMA WITH VALID CONTACT INFORMATION
(ADDRESS, AND TELEPHONE NUMBER). PLEASE USE THE WEB AT
www.fema.gov or CALL 1-800-621-FEMA (3362).

Attachment

## Information on Transitional Housing Payment to Hurricane Katrina Evacuees

<u>Rental Assistance:</u>  This money is to be used to rent a different place to live.  Additional assistance may be awarded in 3 month increments.  Supplemental payments will be adjusted for your household's bedroom requirement and the location of the rental unit.

<u>Continued Assistance:</u>  If you require continued rental assistance you must:  1) provide documentation showing that you are making efforts toward a permanent housing solution; and 2) submit rental receipts to show that you have exhausted the rental assistance on rent.

<u>Declaration and Release:</u>  You must sign and return the enclosed FEMA Form 90-69B.  Failure to return the signed 90-69B to FEMA will result in you being ineligible for additional assistance.  You may also be required to return the money already received.

<u>Agreement to Proper Use of Funds:</u>  By signing the 90-69B form, you are agreeing that the information on your application is true and correct.  You are also agreeing to use these funds only for the purpose stated above.  If you want to know how to use this money or have any other questions, please check Frequently Asked Questions at www.fema.gov or call FEMA's Helpline at 1-800-621-FEMA (3362) or 1-800-462-7585 TDD (for hearing/speech impaired).

<u>Disaster Assistance from Other Agencies:</u>  If you have applied to disaster relief agencies other than FEMA, they will contact you separately.

<u>Fraud, Waste, and Abuse:</u>  FEMA has the capacity and procedures for expeditious reporting of allegations of fraud, waste or abuse to the Department of Homeland Security's Office of Inspector General.

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE          O.M.B. NO. 1660-0002
FEDERAL EMERGENCY MANAGEMENT AGENCY                      Expires September 30, 2006

### DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

_____ I am a citizen or non-citizen national of the United States.

_____ I am a qualified alien of the United States.

_____ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States. Print full name and age of minor child:_____

By my signature I certify that:

- Only one application has been submitted for my household
- All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
- I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP CODE |

### PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

### PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03          REPLACES ALL PREVIOUS EDITIONS          RETURN THIS COPY TO FEMA

FEMA124-000009

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

_____ I am a citizen or non-citizen national of the United States.

_____ I am a qualified alien of the United States.

_____ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States. Print full name and age of minor child:_____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the epartment of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
|  |  |  |  |

| INSPECTOR ID NO. | FEMA APPLICATION NO. | DISASTER NO. |
|---|---|---|
|  |  |  |

| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP CODE |
|---|---|---|---|
|  |  |  |  |

## PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

## PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03          REPLACES ALL PREVIOUS EDITIONS          RETAIN FOR YOUR RECORDS

FEMA124-000010

 FEMA 

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

11/21/2005

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No: ~~███████~~

Disaster No.1603

MS BOBBIE R WRIGHT
~~████████████████~~

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear Ms. Wright:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Personal Property | $10,742.00 |
| Replacement Housing | $10,500.00 |
|  | |
| Total Grant Amount: | $21,242.00 |

Your home is located in a Special Flood Hazard Area designated by the National Flood Insurance Program (NFIP). If you accept money from FEMA for NFIP-insurable real and/or personal property, you must obtain and maintain flood insurance. For more information about this requirement or to learn where to obtain flood insurance call 1-800-638-6620 National Flood Insurance Program.

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

FEMA124-000011

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,                                                    SUPER

Individuals and Households Program Officer

# NOTICES

1. This letter is about your request for help from FEMA only. Money received from FEMA should be used as specified in the category above. If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2. If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3. This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4. This program is not intended to restore your damaged property to its condition before the disaster.

5. This program does not cover business-related losses that resulted from the disaster.

6. Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7. If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8. Filing an Appeal: To file an appeal, you must:

    Explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money. Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD 20782-7055. Your appeal must be postmarked within 60 days of the date of this letter. Appeals will not be accepted after this date.

9. Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information. **Note to Insured Applicants. You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

    *Your insurance settlement is delayed.

    *Your insurance settlement is insufficient to meet your disaster-related needs.

    *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

# NOTICES, [page 2]:

For a more complete explanation of eligible/ineligible decisions, please read "HELP AFTER A DISASTER", the FEMA Applicant's Guide (pages 6-9, "IF YOU ARE/ARE NOT ELIGIBLE FOR HELP"). Also, "I WANT TO HAVE MY CASE REVIEWED AGAIN (APPEAL)" on pages 10-11 of the FEMA Applicant's Guide.

## If You are Not Eligible for Help

If your application for help under IHP has not met the required conditions and has been denied, read below for an explanation of the most common ineligible reasons:

**INS-Insured:** Your insurance should cover your disaster-related losses.  If your insurance settlement is delayed or insufficient, or if you have exhausted the Additional Living Expenses (ALE) provided by your insurance company, or if you are unable to locate rental resources in your area, you may appeal our decision for further review.  See "NOTICES" for more information on how to file an appeal.

**IID-Ineligible-Insufficient Damage:**  Based on an Inspection, there was not enough damage to your home or property for you to qualify for this program.

**IAW-Ineligible-Assisted with Household Member:** Our records show that another member of your pre-disaster household applied and received help for your losses.

**IDUPA-Duplicate Application:**  Our records show that a member of your pre-disaster household has already registered for help.

**IINSI-Ineligible:** All categories have appropriate insurance excluding flood, inspection completed -Your insurance should cover your disaster-related losses.

**INFI-Ineligible-Has Flood Insurance:** Your insurance should cover your disaster-related losses.

**INO-Ineligible-Other:** Your application for assistance is denied.  Please see specific reason on the letter.

**INP-Ineligible-Not Primary Residence:** You have not provided enough documentation to prove the home that was damaged was the home where you were living at the time of the disaster.

**W69D-Withdrawn-Signature not Obtained (90-69D):** Your application has been withdrawn because we have not received the required signature or documents requested.

**WNC-Withdrawn-No Contact:** Your application for assistance has been withdrawn because we have not been able to contact you.

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

01/05/2006

FEMA Application No ███████████

Disaster No. 1603



MS BOBBIE R WRIGHT
████████████████████
████████████████████

**CERTIFIED TO BE A TRUE**
**COPY OF THE ORIGINAL**

Dear Ms. Wright:

Our records indicate that you were previously provided rental assistance under FEMA's Temporary Housing Assistance Program. Because of the extensive damage caused by Hurricane Katrina, FEMA has made some modifications to our program for providing continued rental assistance.

If you continue to need housing assistance, you will need to provide the following information to FEMA for us to be able to process your request:

1. Receipts showing that you paid rent at another location and spent all your initial rental assistance OR a statement signed by you entitled "Declaration of Funds Use and Continuing Need for Housing." For your convenience, a copy of this declaration is attached to this letter. You must fill it out, sign it and return it to FEMA by mail or fax. If you send this form, you do not need to include any receipts.

2. If you have not already done so, you must also sign and return the "Declaration and Release" form to receive continued assistance. This form was provided to you with your initial rental assistance award. (NOTE: This declaration is different than the Declaration of Funds Use and Continuing Need for Housing referred to above.) We have attached another copy of the form to this letter or you can find it on the last page of your "Applicant Guide-Help After a Disaster." This guide can be located on-line at www.FEMA.gov or by calling FEMA at 1-800-621 FEMA (3362), TTY hearing/speech impaired only, call 1-800-462-7585. Please make sure to call FEMA at this number if you have not received assistance or a letter within 14 days of submitting your Declaration or receipts.

You can either mail or fax these forms to FEMA at:

Mail to:
FEMA - Individuals & Households Program
National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Fax to:
1-800-827-8112
Attention: FEMA - Individuals & Households Program

Please do NOT send both mail and fax as it may delay processing.

FEMA124-000015

If you are approved for additional rental assistance, the amount provided will be intended to cover a three-month time period set at a rental rate typical for your current location (Fair Market Rental Rate). For continued housing assistance, you must retain and submit all rent receipts. We also want to ensure that you know that you are not required to make application with the SBA to receive temporary housing assistance from FEMA.

We have also tried to reach you to leave a recorded message with this same information. Please remember to keep all of your contact information with FEMA current so that we can communicate with you in a timely manner. If there has been any change to your current mailing address, banking information or current phone number(s), please contact FEMA immediately to update your information by visiting www.FEMA.gov and click on the "Online Individual Assistance Center" or by calling 1-800-621 FEMA (3362), TTY hearing/speech impaired only, call 1-800-462-7585.

Please be aware, that intentionally making false statements or concealing any information in an attempt to obtain disaster aid is a violation of Federal and state laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both.

Thank you for taking the time to read this letter, if you have any other disaster-related questions, please contact FEMA by calling 1-800-621 FEMA (3362), TTY hearing/speech impaired only, call 1-800-462-7585. You may also refer to FEMA's "Applicant Guide-Help After a Disaster". This guide can be located on-line at www.FEMA.gov or by calling FEMA at the number listed above and requesting that a copy be mailed to you.

Sincerely,                                                  KATRCT

Individuals and Households Program Officer

FEMA124-000016

## Hurricane Katrina/Rita Housing Assistance

### Declaration of Funds Use and Continuing Need for Housing

**Applicant's Information**

FEMA Application No: ▓▓▓▓▓▓                    Disaster No.: 1603

_____
(Last Name, First Name, Middle Initial)

_____
(Street Address - Damaged)

_____
(City, County, State, Zip Code)
*************************************

I herby declare, under penalty of perjury that (check all that apply)

☐ I received the initial assistance prior to receiving official written notification through the mail
    explaining the intended use of the rental assistance.

☐ I used all or part of the rental assistance on serious and essential needs (e.g., food, clothing),
    because I lacked sufficient additional funding to address those needs.

☐ I have a continuing need for Housing.

*************************************

**For Continued, Future Housing Assistance:**

**I understand that** financial assistance for rental of temporary housing is only provided when FEMA
determines that the individual's residence is destroyed, uninhabitable, or inaccessible.

**I understand that** in order to be considered for continued rent assistance I must submit rent receipts
to show that I have exhausted the FEMA rent funds.

**I understand that** in order to be considered for continued rent assistance I must establish a realistic
permanent housing plan and provide documentation showing that I am making efforts to obtain permanent
housing.

**I understand that,** if I intentionally make false statements or conceal any information in an attempt to obtain
additional disaster aid, it is a violation of Federal and state laws, which carry severe criminal and civil penalties,
including a fine up to $250,000, imprisonment, or both.

Applicant Signature _____ Date_____

FEMA124-000017

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

☐ I am a citizen or non-citizen national of the United States.

☐ I am a qualified alien of the United States.

☐ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States. Print full name and age of minor child: _____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP |

## PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

## PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03          REPLACES ALL PREVIOUS EDITIONS          RETURN THIS COPY TO FEMA

FEMA124-000018

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

☐ I am a citizen or non-citizen national of the United States.

☐ I am a qualified alien of the United States.

☐ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States. Print full name and age of minor child:_____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP |

## PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

## PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03     REPLACES ALL PREVIOUS EDITIONS     RETAIN FOR YOUR RECORDS

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

02/14/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No: 

Disaster No.1603

MS BOBBIE R WRIGHT


Dear Ms. Wright:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | INO - Ineligible - Other |

Total Grant Amount:          $0.00

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Ineligible Other Reason:

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember,

in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,                                                                    SUPER

Individuals and Households Program Officer

FEMA124-000021

# NOTICES

1. This letter is about your request for help from FEMA only. Money received from FEMA should be used as specified in the category above. If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2. If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3. This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4. This program is not intended to restore your damaged property to its condition before the disaster.

5. This program does not cover business-related losses that resulted from the disaster.

6. Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7. If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8. Filing an Appeal: To file an appeal, you must:

   Explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money. Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

   Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD 20782-7055. Your appeal must be postmarked within 60 days of the date of this letter. Appeals will not be accepted after this date.

9. Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information. **Note to Insured Applicants. You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

   *Your insurance settlement is delayed.

   *Your insurance settlement is insufficient to meet your disaster-related needs.

   *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

   *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

## NOTICES, [page 2]:

For a more complete explanation of eligible/ineligible decisions, please read "HELP AFTER A DISASTER", the FEMA Applicant's Guide (pages 6-9, "IF YOU ARE/ARE NOT ELIGIBLE FOR HELP"). Also, "I WANT TO HAVE MY CASE REVIEWED AGAIN (APPEAL)" on pages 10-11 of the FEMA Applicant's Guide.

## If You are Not Eligible for Help

If your application for help under IHP has not met the required conditions and has been denied, read below for an explanation of the most common ineligible reasons:

**INS-Insured:** Your insurance should cover your disaster-related losses. If your insurance settlement is delayed or insufficient, or if you have exhausted the Additional Living Expenses (ALE) provided by your insurance company, or if you are unable to locate rental resources in your area, you may appeal our decision for further review. See "NOTICES" for more information on how to file an appeal.

**IID-Ineligible-Insufficient Damage:** Based on an Inspection, there was not enough damage to your home or property for you to qualify for this program.

**IAW-Ineligible-Assisted with Household Member:** Our records show that another member of your pre-disaster household applied and received help for your losses.

**IDUPA-Duplicate Application:** Our records show that a member of your pre-disaster household has already registered for help.

**IINSI-Ineligible:** All categories have appropriate insurance excluding flood, inspection completed -Your insurance should cover your disaster-related losses.

**INFI-Ineligible-Has Flood Insurance:** Your insurance should cover your disaster-related losses.

**INO-Ineligible-Other:** Your application for assistance is denied. Please see specific reason on the letter.

**INP-Ineligible-Not Primary Residence:** You have not provided enough documentation to prove the home that was damaged was the home where you were living at the time of the disaster.

**W69D-Withdrawn-Signature not Obtained (90-69D):** Your application has been withdrawn because we have not received the required signature or documents requested.

**WNC-Withdrawn-No Contact:** Your application for assistance has been withdrawn because we have not been able to contact you.

FEMA124-000023

 **FEMA**

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

03/07/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No ▮▮▮▮▮▮▮

Disaster No.1603

MS BOBBIE R WRIGHT


**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear Ms. Wright:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | ERFD - Eligible - Readily Fabricated Dwelling |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,                                                                    SUPER

Individuals and Households Program Officer

# NOTICES

1.  This letter is about your request for help from FEMA only.  Money received from FEMA should be used as specified in the category above.  If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2.  If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3.  This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4.  This program is not intended to restore your damaged property to its condition before the disaster.

5.  This program does not cover business-related losses that resulted from the disaster.

6.  Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7.  If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8.  Filing an Appeal:  To file an appeal, you must:

    Explain in writing why you feel FEMA's decision is wrong.  Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money.  Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD 20782-7055.  Your appeal must be postmarked within 60 days of the date of this letter.  Appeals will not be accepted after this date.

9.  Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible.  Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program.  After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information.  Note to Insured Applicants.  You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.

    *Your insurance settlement is delayed.

    *Your insurance settlement is insufficient to meet your disaster-related needs.

    *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

## NOTICES, [page 2]:

For a more complete explanation of eligible/ineligible decisions, please read "HELP AFTER A DISASTER", the FEMA Applicant's Guide (pages 6-9, "IF YOU ARE/ARE NOT ELIGIBLE FOR HELP"). Also, "I WANT TO HAVE MY CASE REVIEWED AGAIN (APPEAL)" on pages 10-11 of the FEMA Applicant's Guide.

## If You are Not Eligible for Help

If your application for help under IHP has not met the required conditions and has been denied, read below for an explanation of the most common ineligible reasons:

**INS-Insured:** Your insurance should cover your disaster-related losses. If your insurance settlement is delayed or insufficient, or if you have exhausted the Additional Living Expenses (ALE) provided by your insurance company, or if you are unable to locate rental resources in your area, you may appeal our decision for further review. See "NOTICES" for more information on how to file an appeal.

**IID-Ineligible-Insufficient Damage:** Based on an Inspection, there was not enough damage to your home or property for you to qualify for this program.

**IAW-Ineligible-Assisted with Household Member:** Our records show that another member of your pre-disaster household applied and received help for your losses.

**IDUPA-Duplicate Application:** Our records show that a member of your pre-disaster household has already registered for help.

**IINSI-Ineligible:** All categories have appropriate insurance excluding flood, inspection completed -Your insurance should cover your disaster-related losses.

**INFI-Ineligible-Has Flood Insurance:** Your insurance should cover your disaster-related losses.

**INO-Ineligible-Other:** Your application for assistance is denied. Please see specific reason on the letter.

**INP-Ineligible-Not Primary Residence:** You have not provided enough documentation to prove the home that was damaged was the home where you were living at the time of the disaster.

**W69D-Withdrawn-Signature not Obtained (90-69D):** Your application has been withdrawn because we have not received the required signature or documents requested.

**WNC-Withdrawn-No Contact:** Your application for assistance has been withdrawn because we have not been able to contact you.

FEMA124-000027

 FEMA



R. David Paulison
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

08/18/2006

FEMA Application No. 

Disaster No.:  1603

MS BOBBIE R WRIGHT

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

DearMs. Wright:

The Federal Emergency Management Agency (FEMA) is taking steps to ensure the safety of residents living in FEMA-supplied travel trailers. FEMA's purchase of a large number of industry-standard travel trailers that possess a limited number of key combinations has resulted in the possibility of multiple trailer units having an identical lockset.

Residents who are concerned and want to request a change of locks should call their maintenance service provider. The number is posted inside your unit. If you cannot locate the number, please call the FEMA Disaster Helpline.

All residents are asked to be extra vigilant and to take precautions to secure your trailer and personal items. As always, you should report suspicious activity to local law enforcement immediately. FEMA also encourages you to work with other residents in your community to develop a neighborhood watch program.

If you have any other disaster-related questions, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362)) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,

Individuals and Households Program Officer

FEMA124-000028

 FEMA



R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

09/13/2006

FEMA Application No.: ▮▮▮▮▮▮▮

Disaster No.: 1603

MS BOBBIE R WRIGHT
▮▮▮▮▮▮▮▮▮▮▮▮

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL.

DearMs. Wright:

As we approach the fall heating season, the Federal Emergency Management Agency (FEMA) is inspecting and, in some cases, modifying travel trailers in the Gulf Coast to reduce the potential fire hazard from having anything too near the furnace exhaust vent of your trailer.

Residents of travel trailers are advised to not place anything near or in front of this vent outside your trailer. If you or anyone in your family has stacked anything in front of the furnace exhaust vent, please remove it immediately. It could cause a fire hazard.

If the handrail leading to your door is less than six inches away from your trailer's heat exhaust vent, your unit needs to be inspected. If this condition exists, please contact your maintenance service provider immediately. The number is posted inside your unit. If you cannot locate the number, please call the FEMA Disaster Helpline.

If you have any other disaster-related questions, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Individuals and Households Program Officer

FEMA124-000029

 **FEMA**      

R. David Paulison
 Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

10/13/2006

FEMA Application No.: ▮▮▮▮▮▮

Disaster No.: 1603

MS BOBBIE R WRIGHT

▮▮▮▮▮▮▮▮▮▮

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear Ms. Wright:

## Accessibility Notice

This notice is for people who have a disability or live with someone who has a disability. Usually a person with a disability is being treated by a doctor. To have a disability, you must have trouble:

- Walking
- Seeing
- Hearing
- Speaking
- Breathing
- Learning
- Working, or
- Doing another major activity

A disability does not include short-term problems like a broken leg. It also does not include a problem that is corrected, like someone who can see well with glasses.

If you or someone you live with has a disability, you may be able to get an accessible trailer from FEMA. Depending on the type of disability, you may be able to get a trailer with-

- A ramp
- Enough turning space for a wheelchair
- An accessible shower or tub
- Grab bars in showers, tubs, and near toilets

If you or someone you live with has a disability and needs an accessible trailer, call FEMA at:

- **1-866-496-4297** if you lived in <u>Louisiana</u> before the disaster (TTY 1-800-462-7585)
- **1-888-294-2820** if you lived in <u>Mississippi</u> before the disaster (TTY 1-800-462-7585)

The call centers are open from 8:00 a.m. to 6:00 p.m., Monday to Saturday. Tell FEMA what kind of disability you have and what you need to make a trailer accessible.
After you call, FEMA will tell you if it will

- Give you an accessible trailer
- Make changes in the trailer you have
- Help you find another place to live

FEMA124-000030

FEMA will also tell you how long it will take. It may take FEMA up to 90 days to deliver a trailer, or longer if you don't have a suitable place to put it. If you already have a trailer, it may take up to 60 days to make the changes you need.

If you do not get an accessible trailer within these times, or you do not agree with FEMA's decision, please call the proper number listed above and FEMA will tell you how to obtain further assistance.

To obtain an accessible trailer within the times in this notice, you must contact FEMA at the number listed above for your state before May 9, 2007.

Sincerely,

Individuals and Households Program Officer

FEMA124-000031

 **FEMA**



R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

02/08/2007

Para obtener una copia de esta carta en Español, por favor llame a la Línea de Ayuda de FEMA al 1-800-621-3362.

FEMA Application No 

Disaster No. 1603

MS BOBBIE R WRIGHT

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear Ms. Wright:

FEMA is extending the Temporary Housing Program for those eligible applicants affected by Hurricanes Katrina and Rita. FEMA temporary housing assistance will continue to be available to eligible applicants up to August 31, 2007.

Although the Temporary Housing Program has been extended, you have a responsibility to become independent of this assistance. FEMA will continue to assist you with your transition out of the mobile home or travel trailer where you are currently living. FEMA will also contact you again in April of 2007 to assess your continuing need for housing assistance, as well as provide you with additional information on housing later in the process.

Please call 800-621-3362 (FEMA) if you have any questions regarding FEMA assistance. Also, remember to call the 1-800 number posted in your travel trailer or mobile home if you are ready to move out of your unit.

Sincerely,

Individuals and Households Program Officer

FEMA124-000032

 **FEMA**

### Disaster Assistance Directorate
## Notice of Interest in Purchasing Temporary Housing Unit

FEMA Application No. 

FEMA-DR-1603-LA
05/12/2007

MS BOBBIE R WRIGHT

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

RE: Notice of Interest in Purchasing Temporary Housing Unit

Dear MS BOBBIE R WRIGHT:

The Federal Emergency Management Agency (FEMA) would like you to indicate your interest in purchasing the FEMA provided temporary housing unit you are currently occupying. If you indicate that you are interested in purchasing the unit, a FEMA Sales Representative will contact you to discuss the Sales Program criteria.

**Note:** Returning this Notice of Interest does not obligate you to purchase a temporary housing unit, nor does it guarantee your eligibility to purchase the unit.

Please indicate your interest in purchasing the FEMA temporary housing unit you are living in and return this letter to:

> FEMA - Louisiana Area Field Office
> P. O. Box 5143 - Attn: Sales Dept.
> Baton Rouge, LA 70821

Please reply within **14 days from the date of this letter**.

☐ I am interested in purchasing the unit.      ☐ I am not interested in purchasing the unit.

_____
Signature/Date

_____
Current Phone Number/ Best Time to Call

_____
*For Use by FEMA Housing Unit Sales Office Only ( Do Not Complete )*

Unit Type: _____ Bar Code: _____ VIN#: _____

FEMA124-000033