FEMA

R. David Paulison
Administrator
Federal Emergency Management Agency

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055
1-800-621-FEMA (3362)
Fax No:1-800-827-8112

11/18/2007

FEMA Application N█████████

Disaster No. 1603

MS BOBBIE R WRIGHT
█████████████████

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear MS BOBBIE R WRIGHT:

If you are an eligible individual or a household displaced by hurricanes Katrina or Rita, this letter explains a FEMA program that may provide you with relocation financial assistance to return to your home state, relocate to alternative housing or move from a FEMA provided temporary housing unit. We recognize that the damage and destruction caused by the hurricanes resulted in many Gulf Coast residents temporarily moving to various locations around the country.

The program will provide eligible applicants with relocation assistance up to $4,000 for expenses incurred between Aug. 29, 2005, and Feb. 29, 2008, for Katrina, or Sept. 24, 2005, to Feb. 29, 2008, for Rita. You may be eligible for this program if you meet the following guidelines:

1.  You are the primary applicant for the pre-disaster household. The primary applicant is either the owner of the home or the person financially responsible for the lease or rental agreement and was the first to apply to FEMA.

2.  You have been determined eligible for housing assistance from FEMA beyond the initial $2000 of expedited assistance.

3.  You have not already received the maximum amount of assistance that FEMA can provide which is $26,200.

4.  If the address you moved to or plan to move to is within the same state, it must be more than 50 miles from your current residence and it cannot be a hotel or motel.

5.  You have not already received relocation assistance from any other state, federal or voluntary agency. FEMA cannot duplicate that assistance.

6.  You have returned or are returning to housing that is not paid for by FEMA. (This requirement does not apply to those currently living in a FEMA travel trailer or mobile home, see #7)

FEMA124-000034

7. For those families that are currently living in FEMA travel trailers or mobile homes, FEMA will pay relocation expenses to a FEMA-funded rental resource or non-FEMA funded housing anywhere in the continental United States.

Eligible relocation expenses are limited to:

- Travel costs including airfare, train, bus and/or a rental vehicle.

- Furniture transportation expenses, including commercially rented equipment for hauling and commercially purchased moving materials or moving services.

- Mileage, gas and taxes incurred while using commercially rented equipment or vehicle. Receipts are required for fuel costs.

- Lodging costs for one night, one room if the distance between the current residence and the new residence is more than 400 miles.

Expenses that are not covered in the Relocation Assistance program include:

- Moving costs associated with the use of a Privately Owned Vehicle (POV).

- Moving costs for recreational or large luxury items such as boats or recreational vehicles.

- Moving costs that cannot be substantiated by a receipt or estimates from a commercial company or service provider.

Relocation Assistance award payments will be based on a one-time submission of receipts, statement of costs, and/or estimates for the entire household. If your relocation is planned for the future, you must submit verifiable estimates including anticipated travel dates.

For more information on FEMA's Relocation Assistance program or to request relocation assistance, call 1-800-621-FEMA (3362) (TTY: 1-800-462-7585) between 8:00am and 8:00pm (eastern) Monday thru Saturday.  For more information about FEMA's programs, visit the FEMA website at www.FEMA.gov.

Sincerely,

Individuals and Households Program Officer                                                    RELONOTC

FEMA124-000035

FROM :Jesse                    FAX NO.                    Oct. 03 2005 06:51PM P1

Bobbie & Wright
I D #
Diaster# 1603

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

We are temporarily living
with relatives. We do not know
the extent of the damages or
how long it will take to make
it livable if ever. Until we
have this information we are
holding off renting a place. We
may move closer to New Orleans
if the house is salvageable.
Where We are we are helping
with Water + electricity + food.
The point of this letter is
to find out if we will still
be eligible for the funds we
have already received and more
when we make whatever
transition Necessary.
You may reach me by Fax #
at

FEMA124-000036



BOBBIE D. WRIGHT

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Please include this cover page with any fax or mail that you send FEMA.

FEMA124-000037

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read this form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

_✓_ I am a citizen or non-citizen national of the United States.

_____ I am a qualified alien of the United States.

_____ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States.  Print full name and age of minor child:_____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to release information to FEMA and/or the State upon request.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| Bobbie A. Wright | Bobbie A. Wright | 3-1-40 | 10-6-05 |
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| | | | 1603 |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP CODE |

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies in response to hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

### PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03          REPLACES ALL PREVIOUS EDITIONS          RETURN THIS COPY TO FEMA



HOUSTON TX 772
08 OCT 2005 PM 10 L

National Processing Service Center
P.O. Box 16055
Hyattsville, MD. 20782-70.

Bobbie A. Wright

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FROM :Jesse                          FAX NO.                    Jan. 19 2006 02:41PM  P1

**ROBBIE R. WRIGHT**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Please include this cover page with any fax or mail that you send FEMA.

FEMA124-000040

FROM : Jesse                 FAX NO.                 Jan. 19 2006 02:42PM P2

1-18-06

To Whom it concerns;    CERTIFIED TO BE A TRUE
                        COPY OF THE ORIGINAL

This Letter is to authorize
my son Lyndon T. Wright to
sign the lease for the FEMA
trailer on my property, located at
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆ in my absence. Thanks
                    Babbie R. Wright

DEANNA ROCIO
MY COMMISSION EXPIRES
February 2, 2008

BOBBIE R. WRIGHT

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Please include this cover page with any fax or mail that you send FEMA.

FEMA124-000042

# Hurricane Katrina/Rita Housing Assistance

### Declaration of Funds Use and Continuing Need for Housing

**Applicant's Information**

FEMA Application No. [redacted]                     Disaster No.: 1603

_Wright Bobbie_
(Last Name, First Name, Middle Initial)

[redacted]
(Street Address - Damaged)

[redacted]
(City, County, State, Zip Code) **********************************

I herby declare, under penalty of perjury that (check all that apply)

☑ I received the initial assistance prior to receiving official written notification through the mail explaining the intended use of the rental assistance.

☑ I used all or part of the rental assistance on serious and essential needs (e.g., food, clothing), because I lacked sufficient additional funding to address those needs.

☐ I have a continuing need for Housing.

*************************************   CERTIFIED TO BE A TRUE
                                        COPY OF THE ORIGINAL

## For Continued, Future Housing Assistance:

I understand that financial assistance for rental of temporary housing is only provided when FEMA determines that the individual's residence is destroyed, uninhabitable, or inaccessible.

I understand that in order to be considered for continued rent assistance I must submit rent receipts to show that I have exhausted the FEMA rent funds.

I understand that in order to be considered for continued rent assistance I must establish a realistic permanent housing plan and provide documentation showing that I am making efforts to obtain permanent housing.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain additional disaster aid, it is a violation of Federal and state laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both.

Applicant Signature _Bobbie Wright_ Date _1-17-06_

FEMA124-000043



FEMA
Individuals + Households Program
National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055
20782-7055

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

N HOUSTON
27 JAN 2006

Jan 19 06 04:26p    Frederick (Rick) Heise    1-504-762-2870    P.2

*Lyndon Wright*

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

**FEMA**

...eral Emergency Management Agency

U.S. Department of Homeland Security
Washington, DC 20472

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the State of Louisiana and appropriate agencies of the State of Louisiana responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from the major disaster declared: Hurricane Katrina, DR-1603-LA or Hurricane Rita, DR-1607-LA, to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal and State agencies. However, without my permission, my information cannot be shared with other agencies or organizations for consideration. I understand that I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL - I chose to exclude the following agencies from access to this information:

I understand that it is my choice to sign this Release.

Lyndon Wright
Name (Printed)

Signature
Lyndon Wright

1/11/06
Date

(for mother Bobbi Wright - Aut. Conving.)

Pre-Disaster Address:

Current Address:

Phone or Message #: _____ FEMA Registration #:

Authorization To Release Confidential Information (English Version)

# PLEASE **DO NOT** CREATE

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

# A **WORKPACKET**



Send Acknowledgement: No     ☑ Do not create workpacket
Cancel | Save/Hold     to Supervisor | to Rescan | to Archive
Index Data | Doc Selection/Memo | Folder Selection | Status / Current Queues
Additional Folder(s) in Queue

## INDEXING INSTRUCTIONS:

**ITEM:** Mobile Home/Travel Trailer Documentation

**Comments:** MH DOCS

**Workpacket:** NO

**Send Acknowledgement:** NO

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

FEMA DR #                          Location #

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 51700.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1)   Must keep the unit and the surrounding area clean.

(2)   Must not commit or allow crimes to occur in the unit or in the vicinity.

(3)   Must not allow anyone, other than the individuals listed below, to live in the unit.

(4)   Must accept other housing options, when they become available.

(5)   Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6)   Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

CERTIFIED TO BE A TRU
COPY OF THE ORIGINAL

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| BOBBIE R. WRIGHT | Bobbie R. Wright | 2-13-06 |

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| BOBBIE R. WRIGHT | 65 | F |
| LYNDON T. WRIGHT | 35 | M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| SC03-011544 | 1277021 | 4X4TSMH296C008992 |
| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
| M.B. WETHINGTON | M.B. Wethington | 2-13-06 |

FEMA124-000047

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
READY FOR OCCUPANCY STATUS

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☑ TT ☐ OTHER | TEMPORARY HOUSING NUMBER BC 1217021 | CONTRACT WO NUMBER 1603-0800-025 | SITE CONTROL NUMBER 03-011544 |
|---|---|---|---|
| APPLICANT NAME BOBBIE R. WRIGHT | TJL No. | ADDRESS | |

1. INSPECTION (To be completed by Direct UNIT (DHOPS)

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☑ Blocked        ☑ Sewer Connected      ☐ Permit (ele)       ☐ Permit Block & Tie
☑ Steps/Ramp     ☑ Electric Connected   ☐ Permit (meh)
☑ Water Connected ☑ Gas Connected        ☐ Permit (gas)

COMMENTS - INSTALLATION OR SITE CONDITIONS:

VIN #4X4 TSMH 296C00 8992

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

| INSPECTOR M.B. WETHINGTON | DATE 3-12-06 |
|---|---|

II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency without:

☐ Water Connection   ☐ Electricity Connection   ☐ Sewer Connection   ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|

TO:   DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer   ☐ Electricity   ☐ Permits (ele)   ☐ Water   ☐ Gas   ☐ Permits (meh)   ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|

FEMA Form 90-24, JUL 05

| FEDERAL EMERGENCY MANAGEMENT AGENCY **LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT** | 1. T.H. APPLICATION NO. | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |
|---|---|
| NAME Bobby Wright | NAME SAMO |
| ADDRESS (House/No. and Street name) ▮▮▮▮▮ | SITE ADDRESS (House No. and Street name) |
| CITY AND STATE (Include Zip Code) ▮▮▮▮▮ | CITY AND STATE (Include Zip Code) |
| PHONE NO. (Include area Code) ▮▮▮▮▮ | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY |

4. In consideration of the President's Disaster Proclamation of __8/29/05__ __1603__ and the furnishings of a temporary
(date of declaration)   (DR#)

housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

   a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the Untied States Government.

   b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

   c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

   d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

   e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☐ other (specify) Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay _____ /month rental for use of the property. (Mark "None" if no rental is to be charged).

| 8. SIGNATURES | | DATES |
|---|---|---|
| a. OWNER/AGENT | Bobby Wright | 11-1-05 |
| b. APPLICANT | Lyndon Wright  Lynda Wright | 11-1-05 |
| c. WITNESS | Roy Trainor  BEM | 11/1/05 |

FEMA Form 90-31, OCT 02    REPLACES ALL PREVIOUS EDITIONS  (This form was consolidated with FEO-41 May 01)

FEMA124-000049

## Applicant Pending Inspection

Area E

**Date:** 10/27/2005

Batch: 2

Assigned Contractor:

Site Control No: SC-03-011544

Registrant ID: [redacted]

**Site Information:**

Last Name: WRIGHT ✓

First Name, MI: BOBBIE R ✓

Address: [redacted]

City: [redacted]

State: LA

Parish: Orleans

Zip: 70125 ✓

Land Owner: Applicant

Phone: [redacted]

Alt. Phone: () [redacted]

Site Phone: [redacted] Busy Best #

Site Alt. Phone: ()

Number of Trailers: 1.0000...

Number of Mobile Homes: 0

☑ Electric ☐ Gas ☑ Water ☑ Sewer

Call Attempts (Date): 1 10/29 2 3

Special Needs: N/A

Site Feasible (from Call Center)? ☑ Yes ☐ No ☐ Hold

If No, Reason:

Site Assessor:

Date of Assessment:

Site Description/Sketch:

Called @ 9:27 Ms. Wright is in Houston, Tx, will call Back after Her son can meet us.

Lindon White will meet us @ 11:30 a.m. (Son) [redacted]

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

No. of People Housed: 2 adults

No. of Bedrooms Needed:

Site Feasible (from Assessment)? ☑ Yes ☐ No ☐ Hold

If No, Reason

Friday, October 28, 2005 8:58:13 AM

cady 10/30 DDE

FEMA124-000050

| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>TEMPORARY HOUSING INFORMATION UPDATE | | X FEMA-DR-1603-LA<br>FEMA-DR-1607-LA | |
|---|---|---|---|
| NAME OF APPLICANT:<br><br>WRIGHT , BOBBIE R. | TELEPHONE NO. | REGISTRATION NO. | |
| ATTENTION: DHOPS/ NPSC | DATE | ACTION TAKEN | INT. |
| APPLICANT SUBMITTED: | | | |
| PROOF OF OWNERSHIP | | | |
| | | | |
| | | | |
| PLEASE REVIEW | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | CERTIFIED TO BE A TRUE<br>COPY OF THE ORIGINAL | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Area 7 Re-Certification | | |
| HECTOR SOTO | APPROVED BY: | | |
| HOUSING REPRESENTATIVE            DATE<br>9/12/2006 | SUPERVISOR        9/12/06 DATE | | |



Orleans Parish Assessor's Office

*11603*

Page 1 of 1

WRIGHT BOBBIE

**OWNER**

| | |
|---|---|
| Owner Name | WRIGHT BOBBIE |
| Address | MARGARET GARDNER |
| City / State / Zip | |

**PARCEL**

| | |
|---|---|
| Property Address | |
| Unit | |
| District | 4 |
| Assessment Area | 12 |
| SubdMsion | |
| Square | 428A |
| Lot | 6 |
| Book | 05 |
| Folio | 009 |
| Line | 007 |
| Tax Bill Number | 412402105 |
| Instrument Number | 000228807 |
| Notarial Archive Number | 01-55675 |
| Sale Date | 18-DEC-01 |
| Sale Price | $0 |

**2007**

| | |
|---|---|
| Appraised Land | $3,800 |
| Appraised Building | $500 |
| Appraised Total | $4,300 |
| Assessed Land | $380 |
| Assessed Building | $50 |
| Assessed Total | $430 |
| Homestead Exemption Amount | $430 |
| Exempt Code | |
| Special Tax District | |

**VALUE**

| | |
|---|---|
| Tax Year | 2006 |
| Assessed Land | $380 |
| Assessed Building | $50 |
| Assessed Total | $430 |
| Homestead Exemption Amount | $430 |

**PROPERTY DESCRIPTION**

| Line No. | Description |
|---|---|
| 1 | SQ 428A LOT 6 SEMINOLE PL |
| 2 | 28 OVER 28 X 82 |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

http://www.opboa.org/Forms/PrintDataJet.aspx?pin=2313-SEMINOLEPL&gsp=PROFILE...  9/12/2006

FEMA124-000052

CONVEYANCE OFFICE
GASPER J. SCHIRO

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2001-20636    DIVISION-    DOCKET NO. Section 5

SUCCESSION OF LEVERA PRICE

FILED _____    DEPUTY CLERK

JUDGMENT OF POSSESSION

Considering the Petition for Possession and the record of this proceeding, satisfactory proof having been submitted to the Court that the inheritance taxes shown on the Louisiana Estate and Transfer Tax Return to be due to the State of Louisiana have been paid, that the Estimative and Descriptive List and Assets and Liabilities has been filed, that the final accounting has been waived, and there is no necessity for any further administration of this Succession, the law and evidence entitling petitioners to the relief prayed for, and for the reasons this day orally assigned:

IT IS ORDERED, ADJUDGED AND DECREED THAT:

Bobbie Wright and Margaret Gardner, be recognized as the sole heirs of the decedent's undivided one-half interest and entitled to the full ownership of all of the property of which the decedent died possessed, but is not limited to, the following described property:

1.

IMMOVABLE PROPERTY

(A)    A certain lot of ground, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Fourth District of New Orleans, Louisiana, Louisiana ▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Oliveira, Civil Engineer, dated January 20, 1923, according to which said lot measures 28 feet, 1 inch front lines in the rear facing ▓▓▓▓ by eighty-two feet deep, between parallel lines.

The above description and measurements are in conformity with a sketch and certificates of survey made by J. J. Krebs, Civil Engineer, and Surveyor, dated March 28, 1947, a blue print copy whereof being annexed to an act of sale by James M. Nolan to Fred J.J. Stingus, passed before August H. Ritter, Notary Public, dated April 5, 1947, and according thereto, said Lot No. 6 commence at a distance of 136 feet, 2 inches from

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

07/01/2020  11:16
06/30/2008  21:44                                                    PAGE  03/03
                                                                                         PAGE  02

## CONSENT TO DISCLOSE CONFIDENTIAL INFORMATION

I, Bobby Wright                    , the undersigned, authorize the Federal Emergency Management Agency

(FEMA), or                                     to disclose personally identifiable information and/or

confidential information in my FEMA or                            file, relating to my eligibility for
monetary or other forms of assistance, arising from the major disaster declared as: Hurricane Katrina, FEMA
DR-1603-LA and/or Hurricane Rita, FEMA DR-1607-LA, to the following:

Check one or more:

✓ Those state, nonprofit, and/or faith-based organizations that provide disaster-related assistance.

____ Other, specifically: _____

This consent to release information is given to obtain and/or provide assistance I need as a result of Hurricane
Katrina, FEMA DR-1603-LA and/or Hurricane Rita, FEMA DR-1607-LA to insure that:

Check one or more:

✓ Benefits are not duplicated.

✓ Appropriate referrals for possible and/or potential services provided by other state, nonprofit, and/or
faith-based organizations can be made on my behalf.

____ Other, specifically: _____

This consent includes only information necessary to allow the appropriate agencies or organizations to
determine if I am eligible for assistance from that agency or organization. This information is not to be used for
any other purpose.

This consent to disclose information may include information that is protected under the federal Privacy Act of
1974.

I declare, under penalty of perjury, that the foregoing is true and correct. I am freely giving my consent this
____ day of _____, 20____.  This consent expires one year from this date or on
_____, if sooner.

X _Bobbie R. Wright_
Signature
_Bobbie Wright_
Name (Printed)

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Current Address:

Phone or Message #

City, Parish, State, ZIP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OFFICE USE ONLY

FEMA Registration #, if any:                    1603
Pre-Disaster Address:

Submitting Agency: Episcopal Relief4Day  Case Manager or Requester's Name  Rashonda Bell
Requesting Parish:  T    TARLeaoke    Fax Number
Phone number:
LTRC/UNC:

                                                                            June, 2008

FEMA124-000054

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL



FEMA124-000055



CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL



CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Disaster: **1603 - Louisiana Hurricane**   Process: **Applicant Inquiry**   Subqueue:   Completed: 0   Queue Size: N/A

Rgsn ID: ██ **MS BOBBIE WRIGHT**   SSN: █████   Current: ████   O/R: Own   Dep: 2   HA: CLOSED   OTHER: CLOSED   CBRA: No
Co-Reg:   Co-SSN: - -   Alternate: ████   IDV: IDV Pass   HH: 2   SBA Home: FIT   Fld Zn: A   SC: No

| Insurance | HA | Other Asst | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Overview | App Info | Insp Real Prop | Insp Pers Prop/Misc | Insp Summ | Info Control | Correspondence | Comment | Special |

**Registrant**
MS BOBBIE R WRIGHT
Rgsn ID: █████
SSN: █████
Language: English

**Mailing Address and Current Phone**
c/o:
Current: (281) ██ **Electronic Funds Transfer** ████
Alt Ph #: (832) ████
Email:
Participate: **Yes**

Financial Institution Name: ████
Account Number ████
Account Type: ████
Routing Transit No. and Check Digit: ████ |1|

**Damaged Address and Phone**
Directions:

**Income**
Annual:
Employer:

Taxable
Dependents: 2
Self Employed: No

ce
-Single/Duplex

ities Out:
(Primary)   Own/Rent: Own

Yes

**Losses, Damages, and Needs**
Home Dmg: Yes   Food: Yes
PP Dmg: Yes   Shelter: Yes
Lost Work: No   Clothing: Yes
Farm Dmg: No   Essential Needs: Yes
Business: No
Access Restricted: Due to Disaster

OK   Cancel   Help

| Occupants | | | | | | Add | Edit | Delete | Referrals |
|---|---|---|---|---|---|---|---|---|---|
| Name | | SSN | Relationship | Dependent | DOB | Age | | | Agency Name |
| WRIGHT, BOBBIE R. | | | Registrant | Yes | 3/1/1940 | 65 | | | Emergency Assistance (ARC) |
| WRIGHT, LYNDON T | | - - | Immed Family | No | | 35 | | | Tax Assistance |

Done   Split WP   Cancel   Hold   Route

Help   Next   Search   New WP   Batch   Sort By   To Do   Insp Hist   DR Info   Prt Reg   RI Hist   Events   Exit

Connected to: NNM1R   Version: 3.09.12   3/17/2009 8:02 AM

Start | ████████ | Micr... | M... | 3 I... | NEM... | NEM... | Wrig... | Index | 3 M... | ████ 8:02 AM

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Disaster: 1603 - Louisiana Hurricane    Process: Applicant Inquiry    Subqueue:    Completed: 0
Queue Size: N/A

Rgn ID:    ...MS BOBBIE WRIGHT    SSN:    Current    O/R: Own    Dept: 2    HA: CLOSED    OTHER: CLOSED    OBRA: No
Co-Reg:    Co-SSN:    Alternate    DY: IDV Pass    HH: 2    SBA Home: FIT    Fld Zn: A    SC: No

Overview | App Info | Insp Real Prop | Insp Pers Prop/Misc | Insp Summ | Info Control | Info Summ | Correspondence | Comment | Special
Insurance | HA | Other Asst

**IA Assistance**

| Category | Asst Type | Award Level | Eligibility | Reject Tx | Attach | Eligibility Amt | Elig Date | Approved | Approved Date | Worksheet | Letter | Eligibility Dec T | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EA- Housing Assistance | Initial | First | EAH - Eligible - E | | | $2,000.00 | 09/08/2005 | Yes | 09/08/2005 | | Auto | | $14,858.00 |
| Rental Assistance | Initial | First | ER - Eligible - Re | | | $2,358.00 | 09/24/2005 | Yes | 09/24/2005 | | Auto | | $10,742.00 |
| Replacement Housing | Initial | First | ERPLZ - Eligible | | | $10,500.00 | 11/21/2005 | Yes | 11/21/2005 | | Auto | | |
| Rental Assistance | Recertification | | NO - Ineligible - | | | $0.00 | 02/14/2006 | Yes | 02/14/2006 | | Manual | | |

Total:    $14,858.00

**IH Summary**

Total HA Amt:    Working $0.00    Approved $14,858.00    Total $14,858.00
Total OTH Amt:    $0.00    $10,742.00    $10,742.00

FIP Paid:    $0.00    $600.00    $600.00
Total Awards:    $0.00    $26,200.00    $26,200.00
Monies Returned:    ($0.00)    ($0.00)
GFIP Returned:    ($0.00)    ($0.00)
Monies Reissued:    $0.00    $0.00
Total Fed Funds:    $0.00    $26,200.00    $26,200.00
Max Grant Rcvd:    $26,200.00

**Verification Requirements**

| Verification Requirement | Requirement Status | Verification Status |
|---|---|---|
| Application Signature SP029 A, B, or C | Applicable | Verified |
| Homeowner's Insurance | Applicable | Verified |
| Lawful Residency (90-69D or E) | Applicable | Verified |
| Occupancy | Applicable | Verified |

**IA Letters**

| Summary Code | Program | Generated Date | Printed Date | Mailed |
|---|---|---|---|---|
| RECOND/OTC,SEAL | HA | 1/17/2007 02:16:23 | 1/18/2007 13:53:27 | 1/18/2007 1 |
| NOI | HA | 5/12/2007 03:13:33 | 5/12/2007 12:32:10 | 5/12/2007 12: |
| PRGEXTDIR,SEAL | HA | 2/7/2007 18:16:46 | 2/8/2007 17:49:23 | 2/8/2007 17:0 |

Help | Next | Search | New WP | Batch | Sort by    Split WP    Cancel    To Do | Insp Hist | DR Info | Prt Reg | RI Hist | Events | Exit

Connected to: NNM1R    Version: 3.08.12    3/17/2009  8:02 AM

FEMA124-000059

NEMIS Human Services                                                                                    _|&|x|

| Disaster: | 1603 - Louisiana Hurricane | ▼ | Process: | Applicant Inquiry | ▼ | Subqueue: | ▼ | Completed: 0 Queue Size: N/A |

Rgsn ID: MS BOBBIE WRIGHT          SSN:        Current:          O/R: Own      Dep: 2    HA: CLOSED   OTHER: CLOSED   CBRA: No
    Co-Reg:                        Co-SSN: - -     Alternate:          DV: IDV Pass   HH: 2    SBA Home: FIT          Fld Zn: A   SC: No

Overview | App Info | Insp Real Prop | Insp Pers Prop/Misc | Insp Summ | Info Control | Correspondence | Comment | Special
Insurance | HA | Other Asst

**HA Assistance**          Reject Tx | Attach | Add | Delete | Approve | Finance | Worksheet | Letter

| Category | Asst Type | Award Level | Eligibility | Eligibility Amt | Elig Date | Approved | Approved Date | Eligibility Dec T |
|----------|-----------|-------------|-------------|-----------------|-----------|----------|---------------|-------------------|
| Replacement Housing | Initial | First | ERPLZ - Eligible | $10,500.00 | 11/21/2005 | Yes | 11/21/2005 | Auto |
| Rental Assistance | Recertification | | INO - Ineligible - | -$.00 | 02/14/2006 | Yes | 02/14/2006 | Manual |
| Rental Assistance | FEMA Review | SUPP1 | ERFD - Eligible - | $.00 | 03/06/2006 | Yes | 03/06/2006 | Manual |
| Rental Assistance | Initial | First | 408-CLC | $.00 | 08/27/2007 | Yes | 08/27/2007 | Auto |

Total: $14,858.00

**Verification Requirements**

| Verification Requirement | Requirement Status | Verification Status |
|--------------------------|--------------------|---------------------|
| Application Signature (90.69 A, B, or C) | Applicable | Verified |
| Homeowner's Insurance | Applicable | Verified |
| Lawful Residency (90.69D or E) | Applicable | Verified |
| Occupancy | Applicable | Verified |

**IH Summary**

|  | Working | Approved | Total |
|--|---------|----------|-------|
| Total HA Amt: | $0.00 | $14,858.00 | $14,858.00 |
| Total OTH Amt: | $0.00 | $10,742.00 | $10,742.00 |
| FIP Paid: | $0.00 | $600.00 | $600.00 |
| Total Awards: | $0.00 | $26,200.00 | $26,200.00 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $26,200.00 | $26,200.00 |
| Max Grant Rcvd: | | | $26,200.00 |

**HA Letters**          Add | Edit | View

| Summary Code | Program | Generated Date | Printed Date | Mailed |
|--------------|---------|----------------|--------------|--------|
| RELONOTC,SEAL | HA | 11/17/2007 02:16:23 | 11/18/2007 13:32:27 | 11/18/2007 1 |
| NOI | HA | 5/12/2007 03:13:33 | 5/12/2007 12:32:10 | 5/12/2007 12: |
| PRGEXTDIR,SEAL | HA | 2/7/2007 10:16:46 | 2/8/2007 17:02:23 | 2/8/2007 17:0 |

| Done | Split WP | Cancel | Hold | Route |

Help | Next | Search | New WP | Batch | Sort By | | To Do | Insp Hist | DR Info | Prt Reg | RI Hist | Events | Exit

Connected to: NNM1R
Version: 3.08.12          3/17/2009 8:02 AM

Start | ... | Micr... | M... | 3 I... | NEM... | NEM... | Wrig... | Index | 3 M... | 8:02 AM

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL