

FEMA124-000061

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL



NEMIS Human Services

| | | | | | _|B|x| |
|---|---|---|---|---|---|

Disaster: 1603 - Louisiana Hurricane | Process: Applicant Inquiry | Subqueue: | ▼ | Completed: 0  Queue Size: N/A

Rgsn ID: ▆▆▆▆ MS BOBBIE WRIGHT    SSN: ▆▆▆   Current: ▆▆▆   R: Own   Dep: 2   HA: CLOSED   OTHER: CLOSED   CBRA: No
Co-Reg:    Co-SSN: - -    Alternate: ▆▆▆   DV: IDV Pass   HH: 2   SBA Home: FIT   Fld Zn: A   SC: No

Insurance | HA | Other Asst
Overview | App Info | Insp Real Prop | Insp Pers Prop/Misc | Insp Summ | Info Control | Correspondence | Comment | Special

**Inspection and RP Summary**    Category Summary | Sort | Add | ... | ...

| Item # | Item Name | Inspn | Dmg Type | Elig Dmg | Catgry | Unit $ | UOM | Max | Obs | HA Qty | HA Award | Award Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

No Rows Retrieved

Itemized Award Total:       $0.00

| **Inspection Overview** | | |
|---|---|---|
| Inspn | High Water | Water |

| **Real Property Summary** | | |
|---|---|---|
| Award Type | Working $ | Approved $ |

HA RP Totals:    $0.00    $0.00

### IH Summary

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt: | $0.00 | $14,858.00 | $14,858.00 |
| Total OTH Amt: | $0.00 | $10,742.00 | $10,742.00 |
| FIP Paid: | $0.00 | $600.00 | $600.00 |
| Total Awards: | $0.00 | $26,200.00 | $26,200.00 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $26,200.00 | $26,200.00 |
| Max Grant Rcvd: | | | $26,200.00 |

Done | Split WP | Cancel | Hold | Route

Help | Next | Search | New WP | Batch | Sort By | To Do | Insp Hist | DR Info | Prt Reg | RI Hist | Events | Exit

Connected to: NNM1R

Version: 3.08.12       3/17/2009 8:03 AM

Start | ... | ... Mcr... | M... | 3 I... | NEM... | NEM... | Wrig... | Index | 3 M... | 8:03 AM

FEMA124-000063

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA124-000064

NEMIS Human Services

| Disaster: | 1603 - Louisiana Hurricane | Process: | Applicant Inquiry | Subqueue: | | Completed: 0 Queue Size: N/A |

| Rgsn ID: | MS BOBBIE WRIGHT | SSN | Current | O/R: Own | Dep: 2 | HA: CLOSED | OTHER: CLOSED | CBRA: No |
| Co-Reg: | | Co-SSN: - - | Alternate | DV: IDV Pass | HH: 2 | SBA Home: FIT | | Fld Zn: A   SC: No |

Insurance    HA    Other Asst

Overview    App Info    Insp Real Prop    Insp Pers Prop/Misc    Insp Summ    Info Control    Correspondence    Comment    Special

**Inspection PP and Misc Summary**                    Location    Sort    Add    Edit    Delete Items

Type: Appliances/Mechanical Devices

| Item Id | Item Name | Degree | Dmg Type | Inspection | Insured | Unit $ | Max | Obs | Qty | $ | Award Level |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Itemized Award Total:                    $0.00

| **Inspection Overview** | | | **Personal Property and Misc Summary** | | | | **IH Summary** | Working | Approved | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Inspn | | High Water | Award Type | Level | Working $ | Approved $ | Total HA Amt: | $0.00 | $14,858.00 | $14,858.00 |
| | | | | | | | Total OTH Amt: | $0.00 | $10,742.00 | $10,742.00 |
| | | | Appliance Total: | | $0.00 | $0.00 | FIP Paid: | $0.00 | $600.00 | $600.00 |
| | | | | | | | Total Awards: | $0.00 | $26,200.00 | $26,200.00 |
| | | | | | | | Monies Returned: | | ($0.00) | ($0.00) |
| | | | Clothing Total: | | $0.00 | $0.00 | GFIP Returned: | | ($0.00) | ($0.00) |
| | | | | | | | Monies Reissued: | | $0.00 | $0.00 |
| | | | Room Total: | | $0.00 | $0.00 | Total Fed Funds: | $0.00 | $26,200.00 | $26,200.00 |
| | | | | | | | Max Grant Rcvd: | | | $26,200.00 |
| | | | CT Total: | | $0.00 | $0.00 | | | | |

Done    Split WP    Cancel    Hold    Route

Help    Next    Search    New WP    Batch    Sort By    To Do    Insp Hist    DR Info    Prt Reg    RI Hist    Events

Connected to: NNM1R                    Version: 3.08.12    3/17/2009 8:03 AM

Start | Micr... | M... | 3 I... | NEM... | NEM... | Wrig... | Index | 3 M... | 8:03 AM

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL.





# FEMA

## Federal Emergency Management Agency
## Contact Report

"Official Use Only"
Last refresh: 3/17/2009 08:06:46 AM

1603

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

WRIGHT, BOBBIE

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/07/05 | MARY BROADHURST | 91 APP INFO CHANGE REQUEST | VERIFIED CONTACT INFORMATION<br><br>APPLICANT CALLED TO PROVIDE HER BANK INFORMATION<br><br>I ADDED HER EFT INFO TO HER REGISTRATION.<br><br>APP STATED SHE ONLY HAD ONE PHONE NUMBER AT THIS TIME FOR CONTACT. |
| 10/14/05 | Pablo Haedo | 94 CHECK STATUS | APP CALLED FOR VERIFY STATUS<br><br>APPLICATION IN PROCESS I GAVE APP INFO FOR DRC<br><br>VERIFIED APP INFO |
| 10/17/05 | Constance Williams | 93 APP CALLED TO CHECK THE STATUS | APP CALLED TO CHECK THE STATUS.I TOLD APP AN INSPECTOR WILL CALL HER.APP ASKED WHAT IS THE RENTAL ASSISTANCE FOR. |
| 10/19/05 | Ccen_barbara Woods | 91 STATUS CHECK | APP CALL INFERNCE TO HOW LONG IT WILL TAKE FOR AN INSPECTOR TO COME TO HER HOME AND REQUEST FOR A TRAVEL TRAILOR TO BE PUT IN HER BACKYARD OR AS CLOSE AS POSSIBLE TO NEW ORLEANS INFORM APP INSPECTOR WILL CALL TO INSPECT RESIDENCE UNLESS ALREADY OUT IN THE AREA |
| 10/21/05 | Ccen_kathryn Thompson | 91-APP. STATUS | 91-APP. CALLED FOR STATUS AND UPDATE. |
| 12/14/05 | Rafael Soler | 94-TT INFO | APP CALLED CONCERN WITH T/T MAINT PHONE ADVISED TO CHECK ON FRONT OF TT AN CALL THAT PHONE FOR INFO |

1 of 5

FEMA124-000066

| | | | |
|---|---|---|---|
| | | | ALL APP INFO WAS VERIFIED W/APP |
| 02/07/06 | Anita Luke Ferguson | NOLA - AFO - CRUISE SHIP | TT ON DD FOR 2 MONTHS<br>NO ELECTRICITY<br>APP STATED SON IS ON CRUISE SHIP (LYNDON) AND SHE IS IN HOUSTON, TX CONTACT # ▓▓▓<br>APP STATED THAT SHE FAXED IN A LETTER GIVING SON, LYNDON, AUTHORITY TO ANSWER AND ASK ANY QUESTIONS REGARDING HER CASE<br><br>amf-afo |
| 02/18/06 | Anita Luke Ferguson | NOLA - AFO - CRUISE SHIP STATUS TTP | APP STATED THAT TTP HAS ELECTICITY AND HAS BEEN LEASED IN<br><br>amf/afo |
| 12/06/06 | Christopher Enfield | 91 DATA CHANGE | VERIFIED APPS INFO<br><br>PER APPS REQUEST CHANGED CMA AND PHONE NUMBER |
| 12/21/07 | Norman Palma | Harahan-LARC | RA called app for TT recerttification. No contact. RA will post 1st notice. |
| 12/27/07 | Shantell Howard | HARAHAN LARC 7 | MET W/APP @ ▓▓▓ ;<br>VERIFIED BC: 1277021; VIN: 4X4TSMH296C008992; INSPECTED FIRE EXTINGUISHER, (3) SMOKE DETECTORS, AND COMPLETED PAPERWORK FOR 2ND ROUND RECERT. PHP IS TO REPAIR DD. MONTHLY INCOME IS ▓▓▓ RECEIVES ▓▓▓ RECEIVED HOI $7,700.00; NO FLOOD INSURANCE; DENIED SBA; AND PROCESSING ROAD HOME, APP STATES SHE IS IN THE CLOSING PHASE WITH ROAD HOME. APP STATES THAT SHE HAS NOT BEGAN HOME REPAIRS DUE TO LIMITED FUNDS. APP (CMA ▓▓▓ . APP CPN ( ▓▓▓ RECOMMENDED APPROVAL FOR ADDITIONAL 3 MONTHS. |
| 02/25/08 | Tim Topitzhofer | TRO CALLOUT | CONTACTED APP NO HEALTH CONCERNS APP IS AWAITING ROAD HOME $ NO PROGRESS REFER TO CALL CENTER APP NEEDS TRANSPORT.ETC. |
| 02/27/08 | Nichole Davis | BR/AFO/ASCC | |

2 of 5

FEMA124-000067

| | | | Program decision. Will call back at a later date for further assistances. 02/27/2008 nd |
|---|---|---|---|
| 03/11/08 | Christell Boudreaux | Harahan LARC7 Formaldehyde Follow Up | 3/11/08 - Contacted app by current number. Scheduled appointment for a habitability inspection for Wednesday 3/19/08 @ 1:30PM. CBB. |
| 03/20/08 | Akhnuwkh Ahmad | HARAHAN LARC-7 (HABITABILITY INSPECTION ) | 3/19/08= RA ONSITE ████████ ████TO CONDUCT HABITABILITY INSPECTION. APP WAS PRESENT, THE D/D IS NOT HABITABLE IT HAS ONLY BEEN GUTTED TO THE STUD'S. NO REPAIR'S FURTHER THAN THAT HAVE BEEN MADE, APP STATES THAT SHE IS STILL WAITING ON ROAD HOME GRANT TO SECURE A CONTRACTOR AND START REHAB PROCESS. APP STATED THAT HER SISTER IS CO-OWNER (BROTHER-IN-LAW) IS POWER OF ATTORNEY AND ROAD HOME IS WAITING ON SOME IMPORTANT INFORMATION FROM HIM BEFORE THEY DISBURSE FUND'S. |
| 04/24/08 | Antoinette Espradron | LARC7 HARAHAN RELOCATION | RA VISITED SITE POSTED ABANDON NOTICE APP CALLED RA AND STATED SHE IS STILL LIVING IN HER TT AND SHE IS IN TOUCH WITH HER CW |
| 05/01/08 | Vielka Harvey | BR/AFO/AS/CC TT CHK | APP=IS REQUESTING TO ADD THIS PHONE# ████████TO ALTERNATE ON HER REGISTRATION AN AR# 104697 IS SUBMITTED |
| 06/05/08 | Rhonda Guy | HARAHAN 1603 RECERTIFICATION | contacted applicant about housing....she is currently in texas.......her son is living in the tt unit until dd is repaired.....scheduled rr meeting for friday 6/13/08 |
| 06/14/08 | Rhonda Guy | HARAHAN  1603 HA | APPLICANT PHP IS TO  REPAIR THE DD PROPERTY¿..SHE  APPLIED FOR THE REBUILDING TOGETHER PROGRAM  AND IS WAITING TO HEAR IF SHE WILL BE ELIGIBLE FOR THE PROGRAM¿.ALSO WAITING ON RH MONEY¿.<br><br>SHE LOCATED RENTAL PROPERTY AND IS WAITING TO SEE IF SHE HAVE THE UNIT ..WILL DO FOLOW-UP IN TWO WEEKS |
| 06/19/08 | Rhonda Guy | HARAHAN  1603 HA | APPLICANT CALLED CONCERNING DHAP RENTAL PROGRAM |
| 06/27/08 | Rhonda Guy | HARAHAN  1603 HA | applicant called about clc¿.explain that clc do not process rental payments any more |
| 06/30/08 | Priscilla Robinson | BRAFO | APP WANTED TO KNOW WHAT SHE'S SUPPOSED TO DO.APP JUST FOUND OUT |

3 of 5

FEMA124-000068

| | | | THAT THE PARISH WANTED UNIT OUT BY JULY FIRST  APP WAS ASKED AND EXPLAINED WHAT WAS RENTAL RESOURCES AND RENTAL ASSISTANCE APP WAS ASKED DID SHE WANT ME TO SIGN HER UP APP STATED NO AND THAT SHE WOULD LIKE TO REMAIN BY HER HOUSE INTO ROAD HOME MONEY COMES  APP WAS TOLD THAT SHE NEEDED TO CALL PARISH FOR EXTENSION . |
|---|---|---|---|
| 07/11/08 | Deloris Durgin | HARAHAN LARC-7 | RA met with app to complete Hab/Inspection/Recert. All contact info the same. During the visit that app state the home is only gutted and windows and doors with locks;RA verified.RA stated she is currently waiting on the RH funds to complete the repairs to the home.App further explain that she co-own the home with the sister who is very ill.The brother-in-law has power of attorney and he need to provide photo-ID and finger prints to RH before they can go to closing.App spoke with RH 2 days ago.RA requested documentation from RH to verify the delayed funds.RA offered the rental resouces;App states she prefers to live in the uptown area and she can afford between $800 to $900 a month between her and the son.App agreed to accept the RR.RA will contact the applicant with the RR. |
| 10/02/08 | Zina Segura | BRAFO AS/CC REQUESTING MOI/DEACT/CALL BACK | App infor verified. App called to request moi/deact. App will call back once power is disconnected and with vin & barcode. |
| 10/08/08 | Monica Scott | BRAFO/ASCC | APP IS REQUESTING PICK UP OF UNIT .UNIT IS LOCATED A̶̶̶̶̶̶ ̶̶̶̶̶̶BC-1277021 VIN- 4X4TSMH296C008992(PLEASE ROUTE AN AR FOR A DEAC.AFTER MOI IS COMPLETED) POWER AND METER HAS BEEN DISCONNECTED.APP CAN BE REACHED AT ̶̶̶̶̶̶OR̶̶̶̶̶̶ ̶̶̶̶̶̶AR#133981 |
| 10/14/08 | Natasha Collins | MHOPS - DEACT | CONTACTED APPLICANT ABOUT COMPLETEING MOI APPLICANT STATED HER SON CAN MEET ME AT UNIT TO GO THROUGH INSPECTION, SCHEDULED APPOINTMENT FOR 10/15 AT 9:00 |
| 10/17/08 | Deloris Durgin | HARAHAN LARC 7 SWEEP/MOI WAS ALREADY ISSUED | RA PERFORMED A SWEEP AND SAW IN THE RECORD THAT THE TT WAS MOI ALREADY BY ANOTHER DEPARTMENT. |

4 of 5

| | | | |
|---|---|---|---|
| 12/03/08 | Courtney Shelmire | BRAFO/ SPECIAL PROJECT/ COTR SURV | |
| 12/03/08 | Courtney Shelmire | BRAFO/ SPECIAL PROJECT/ DEACT SURVEY | OCTOBER 2008 DEACT SURVEY COMPLETED. W.O # 1603-031-219203-DCT |

5 of 5

FEMA124-000070



# FEMA

## Federal Emergency Management Agency
## Comments Report

"Official Use Only"
Last refresh: 3/17/2009 08:07:22 AM

1603

WRIGHT, BOBBIE

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 11/15/05 | Stacy Feaster | 93 INCOMING MAIL = | 9069 = VERIFIED.<br><br>APP CONCEREND ABOUT RECEIVING ADDITIONAL FUNDS IN FUTURE IF NOT CURRENTLY PAYING RA. IN ORDER TO RECEIVE ADDITIONAL RA, MUST SHOW PROOF OF EXHAUSTION.<br><br>APP REG STILL PND INSP.<br><br>NFAR<br><br>RT COMPLETE |
| 01/12/06 | John Boyatt | PPI REQ | APP REQ DRC ECSTASY |
| 01/13/06 | Gail Wagner | NOLA-JFO  CRUISE SHIP | APP IS LIVING IN TX UNTIL TT IS READY. TT IS ON PROPERTY BUT DOES NOT HAVE ELECTRIC. HER SON IS LIVING ON CRUISE SHIP AND HAS FILLED OUT PPI. SHE IS CALLING FEMA TO MAKE HIM CO-REG AND WILL SEND HIM A NOTARIZED LETTER STATING THAT HE CAN LEASE IN THE TT WHEN READY. |
| 02/04/06 | Posey O'Reilly | PPI HPOP 1603 NO CONTACT | VM 281, 10:26AM |
| 02/04/06 | Anita Luke Ferguson | NOLA-AFO-CRUISE SHIP | NO CONTACT<br>NO CURRENT PH#'S<br><br>2/4/06<br>4:04PM<br><br>amf-afo |
| 02/06/06 | Posey O'Reilly | PPI HPOP 1603 | APP IN TX - NO CONTACT AT███<br>10:38AM |
| 02/10/06 | Posey O'Reilly | PPI UPDATE | APP IS IN TX - CO APP IS ON BOAT<br>TT WAS DELIVERED TO DD 3 MONTHS AGO |

1 of 3

FEMA124-000071

| | | | ENTERGY HAS NOT PLACED THE METER AT THE HOUSE<br>APPS HAVE THE KEYS THEY WERE LEFT AT THE TT<br>ADVS TO CALL ENTERGY TO GET THEM OUT AT THE SITE |
|---|---|---|---|
| 02/14/06 | Sean Batie | 92 ENC = IHP MAX RTE TO COMPLETE | APP HAS REACHED THE IHP MAX<br>NFAR |
| 02/28/06 | Ann Arnold | ESA SIGNED | PPI RESULTED IN A P-4TTP<br>ESA SIGNED ON 02-13-06<br>AARNOLD |
| 03/06/06 | JOHANNA HARRIS | 93 ERFD  WINRUNNER PROCESSED | App leased into FEMA MH/TT 23Feb06 |
| 08/17/06 | Hector Soto colon | RA 7 RECERT TT | Mrs. Bobbie I ask for attendance of the program the road home and hopes by decicion to begin to reconstruct its house the money together that gave of fema .<br><br><br>H.S.8/17/06 |
| 08/18/06 | Deborah Pelletier | 93 WINRUNNER TRAVEL TRAILER SAFETY LTR SENT | |
| 08/23/06 | Michael Morgan | ESA SIGNED | RECERT SIGNED 8/17/06 |
| 09/12/06 | Hector Soto colon | RA RECERT TT PROOF OF OWNERSHIP | APP SUBMITTED PROOF OF OCCUPANCY ; SENDING TO NPSC BY FAX .<br><br>H.S. 9/12/06 |
| 09/13/06 | Sheryl Bradley | 93 WINRUNNER TT FIRE SAFETY LETTER SENT | |
| 09/14/06 | Brenda Sweeney | 91- INCOMING DOC | APP SENT IN PAPERS SHOWING OWNERSHIP=VERIFIED OWNERSHIP<br><br>ROUTE TO COMPLETE |
| 10/12/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
| 02/07/07 | MARK FUCHS | 93 WINRUNNER EXTN_NOTIF_TT/MH LETTER SENT | EXTENSION NOTIFICATION IN DIRECT ASSISTANCE |
| 05/12/07 | Sheryl Bradley | 93 WINRUNNER  MHTT SALES NOI LETTER SENT | Applicant sent Notice of Interest Letter for MH/TT sales. |

2 of 3

FEMA124-000072

| 06/05/07 | Sheryl Bradley | 93 WINRUNNER GENERATED COMMENT PER USER REQUEST | |
|---|---|---|---|
| 06/05/07 | Sheryl Bradley | LA TRO NOI Received on 5/24/2007  INTEREST = NO | INTEREST = NO  PROCESSED STOPPED |
| 01/18/08 | Ruth Bullock | Harahan - LARC | TL approved recert for three months. |
| 03/18/08 | Sheryl Bradley | WINRUNNER GENERATED COMMENT PER USER REQUEST | |
| 03/18/08 | Sheryl Bradley | APP EXTENDED WITH CLC FOR RENT THRU APRIL 30, 2008 | |
| 07/01/08 | Eulalia Velazquez | CDCI RECEIVED. VOLAG REVIEW | CONSENT TO DISCLOSE CONFIDENTIAL INFORMATION RECEIVED AND FAXED TO NPSC. REVIEW FOR EPISCOPAL URBAN IMPACT MINISTRIES |
| 07/19/08 | Charlotte Jackson | Harahan TL review | TL: Rejected recert, further investigation warranted. |
| 07/26/08 | Ronald Honeycutt | RADIO BILTZ | UNIT NOT ON SITE. |
| 10/15/08 | Natasha Collins | MHOPS - DEACT | MOI COMPLETE FOR DEACTIVATION PER AR# 133981, AT ███████████ BARCODE 1277021, NO PERSONAL PROPERTY INSIDE UNIT, UNIT DOOR WAS PRIED OPEN AND REFRIGERATOR WAS PULLED AWAY FROM WALL.  DOOR SCREWED CLOSED TO SECURE UNIT |
| 10/17/08 | Renita Prejean | BR/AFO-IM- DEACT UNIT | ACTION REQUEST #134711 RECEIVED FOR DEACTIVATION OF UNIT.  DEACTIVATION WORK ORDER #1603-031-219203-DCT PREPARED AND SENT TO THE MDC |
| 10/29/08 | Latasha Lemon | BR AFO PAPERWORK RECįVD | RECįVD APPįS MOI [90-13] FOR B/C 1277021 COMPLETED ON 15 OCT 2008 FWD TO RECORDS MGMT |
| 11/28/08 | Kameka Calvert | DEACT QASP | NO TT ON SITE. B/C1277021 |

3 of 3

FEMA124-000073

# Individuals & Households

## Inspection Damage Report

DR

State:

"Official Use Only"

Data As of  3/17/2009

### Application Information

| Inspections |
| --- |
| Applicant |
| SSN |
| RGSN ID |
| Damaged Street |
| Damaged City |
| Damaged State |
| Damaged Zip |
| Mailing Street |
| Mailing City |
| Mailing State |
| Mailing Zip |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

### Inspection Information

| Number of Inspections |
| --- |
| Issue Date |
| Return Date |
| Inspection Date |
| Inspector Number |

### Property Information

1 of 2

FEMA124-000074

| Inspections |
| --- |
| Rsdnc Type Code |
| Occupy Proof Type Code |
| Owner Proof Type Code |
| Owner-Renter |
| Number Bedrooms Occupied |
| Clothing Number |
| Essential Utilities Out |
| Residence Size |
| Damage Degree Code |
| 9069B Signature Obtained |
| 9069D Signature Obtained |
| Water Level Feet NVL |
| Water Level Inches NVL |

**IFG Information**

| |
| --- |
| Number of Inspections |
| Medical |
| Funeral |
| Dental |
| Moving/Storage |
| Medical PP |

**Insurance Information**

**Real Property**

**Essential Tools**

**Miscellaneous**

**Rooms**

**Appliances**

# Individuals & Households

## IFG 5.0 Inspection Information Report

"Official Use Only"

### RSDNC Type Codes

A = Apt/Condo/TwnHse/Multi-Family
H = House – Single/Duplex
M = Mobile Home
T = Travel Trailer
O = Other

### Occupancy Proof Codes

NV = Not Verified
DL = Driver's License
EM = Employer's Statement
LL = Landlord
MS = Merchant's Statement
UT = Utility Bill
VR = Voter Registration

### Owner Proof Codes

NV = Not Verified
AF = Affidavits
MT = Mortgage Payment Book
OF = Official's Record
IN = Structural Insurance
TX = Tax Bill
TL = Title Number

### Insurance Types

A = No Real or Personal Property Insurance
AUTC = Comprehensive – Auto
AUTL = Liability – Auto
B = Mobile Home Owner/Renter
C = Home Owners Insurance w/SBU
DTL = Dental
F = Home Owners Insurance
FIO = Fire Only
FNRL = Funeral
G = Owner/Renter Contents Only
H = Condo/Townhouse Master
I = Condo/Townhouse Unit with Personal Property
J = Homeowners with Earthquake
N = Flood Insurance
MED = Medical

1 of 2

FEMA124-000076

## Cause Of Damage

EQ = Earthquake
FL = Flood
SB = Sewer Backup
OT = Other
FI = Fire
WI = Wind
WR = Wind/Wind Driven Rain
HL = Hail
DM = Deferred Maintenance

## Rooms

### Rooms Location

BA = Basement
CS = Crawlspace
FF = First Floor
SF = Second Floor
FF = Third Floor
OB = Other Building

### Furniture Damage Code

X = 25-50 % of Repair
Y = 50-75 % of Repair
Z = Replace
NA = Not Affected
LL = Landlord Owned

## Applicances

### Degree of Damage

X = Repair
Z = Replace
NA = Not Affected
LL = Landlord Owned

No data will be present if the data does not exist within a specific Inspection.

2 of 2

FEMA124-000077




U.S. Department of Homeland Security
MD National Processing Service Center
P.O. Box 10001
Hyattsville, Maryland 20782-7001

**FEMA**

# CERTIFICATE OF AUTHENTICITY

## OF BUSINESS RECORDS

Name: Bobbie R Wright

DR: 1603

Registration ID ▮▮▮▮▮▮

I, Bellance R. Green, the undersigned, declare, verify and state under the penalties of perjury under the laws of the United State of America, that:

1.  I am employed by or associated with the Federal Emergency Management Agency, a component of the Department of Homeland Security, in the position of Supervisory Program Specialist, and as such I am the custodian of the records which are the subject of this declaration.

2.  By reason of my position, I am authorized and qualified to make this declaration.

3.  The documents attached hereto are originals or true copies of records which:
    a.  were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.  were kept in the course of the regularly conducted activity; and
    c.  were made by the regularly conducted activity as a regular practice.

Signature: _Bellance R. Green_

Name:  Bellance R. Green

Date:  3/17/2009

www.fema.gov

FEMA124-000078