

# Federal Emergency Management Agency
## Contact Report

"Official Use Only"
Last refresh: 3/17/2009 08:06:46 AM

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

1603

WRIGHT, BOBBIE

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/07/05 | MARY BROADHURST | 91 APP INFO CHANGE REQUEST | VERIFIED CONTACT INFORMATION<br><br>APPLICANT CALLED TO PROVIDE HER BANK INFORMATION<br><br>I ADDED HER EFT INFO TO HER REGISTRATION.<br><br>APP STATED SHE ONLY HAD ONE PHONE NUMBER AT THIS TIME FOR CONTACT. |
| 10/14/05 | Pablo Haedo | 94 CHECK STATUS | APP CALLED FOR VERIFY STATUS<br><br>APPLICATION IN PROCESS I GAVE APP INFO FOR DRC<br><br>VERIFIED APP INFO |
| 10/17/05 | Constance Williams | 93 APP CALLED TO CHECK THE STATUS | APP CALLED TO CHECK THE STATUS. I TOLD APP AN INSPECTOR WILL CALL HER. APP ASKED WHAT IS THE RENTAL ASSISTANCE FOR. |
| 10/19/05 | Ccen_barbara Woods | 91 STATUS CHECK | APP CALL INFERNCE TO HOW LONG IT WILL TAKE FOR AN INSPECTOR TO COME TO HER HOME AND REQUEST FOR A TRAVEL TRAILOR TO BE PUT IN HER BACKYARD OR AS CLOSE AS POSSIBLE TO NEW ORLEANS INFORM APP INSPECTOR WILL CALL TO INSPECT RESIDENCE UNLESS ALREADY OUT IN THE AREA |
| 10/21/05 | Ccen_kathryn Thompson | 91-APP. STATUS | 91-APP. CALLED FOR STATUS AND UPDATE. |
| 12/14/05 | Rafael Soler | 94-TT INFO | APP CALLED CONCERN WITH T/T MAINT PHONE ADVISED TO CHECK ON FRONT OF TT AN CALL THAT PHONE FOR INFO |

EXHIBIT
GREEN No.
7.

FEMA124-000066

| Date | Name | Location | Notes |
|---|---|---|---|
| | | | ALL APP INFO WAS VERIFIED W/APP |
| 02/07/06 | Anita Luke Ferguson | NOLA - AFO - CRUISE SHIP | TT ON DD FOR 2 MONTHS<br>NO ELECTRICITY<br>APP STATED SON IS ON CRUISE SHIP (LYNDON) AND SHE IS IN HOUSTON, TX CONTACT #▓▓▓▓▓<br>APP STATED THAT SHE FAXED IN A LETTER GIVING SON, LYNDON, AUTHORITY TO ANSWER AND ASK ANY QUESTIONS REGARDING HER CASE<br><br>amf-afo |
| 02/18/06 | Anita Luke Ferguson | NOLA - AFO - CRUISE SHIP STATUS TTP | APP STATED THAT TTP HAS ELECTICITY AND HAS BEEN LEASED IN<br><br>amf/afo |
| 12/06/06 | Christopher Enfield | 91 DATA CHANGE | VERIFIED APPS INFO<br><br>PER APPS REQUEST CHANGED CMA AND PHONE NUMBER |
| 12/21/07 | Norman Palma | Harahan-LARC | RA called app for TT recerttification. No contact. RA will post 1st notice. |
| 12/27/07 | Shantell Howard | HARAHAN LARC 7 | MET W/APP @ ▓▓▓▓▓; VERIFIED BC: 1277021; VIN: 4X4TSMH296C008992; INSPECTED FIRE EXTINGUISHER, (3) SMOKE DETECTORS, AND COMPLETED PAPERWORK FOR 2ND ROUND RECERT. PHP IS TO REPAIR DD. MONTHLY INCOME IS ▓▓▓ RECEIVES ▓▓▓ RECEIVED HOI $7,700.00; NO FLOOD INSURANCE; DENIED SBA; AND PROCESSING ROAD HOME, APP STATES SHE IS IN THE CLOSING PHASE WITH ROAD HOME. APP STATES THAT SHE HAS NOT BEGAN HOME REPAIRS DUE TO LIMITED FUNDS. APP (CMA)▓▓▓▓▓. APP CPN ▓▓▓▓▓ RECOMMENDED APPROVAL FOR ADDITIONAL 3 MONTHS. |
| 02/25/08 | Tim Topitzhofer | TRO CALLOUT | CONTACTED APP NO HEALTH CONCERNS APP IS AWAITING ROAD HOME $ NO PROGRESS REFER TO CALL CENTER APP NEEDS TRANSPORT.ETC. |
| 02/27/08 | Nichole Davis | BR/AFO/ASCC | |

FEMA124-000067

| | | | Program decision. Will call back at a later date for further assistances. 02/27/2008 nd |
|---|---|---|---|
| 03/11/08 | Christell Boudreaux | Harahan LARC7 Formaldehyde Follow Up | 3/11/08 - Contacted app by current number. Scheduled appointment for a habitability inspection for Wednesday 3/19/08 @ 1:30PM. CBB. |
| 03/20/08 | Akhnuwkh Ahmad | HARAHAN LARC-7 (HABITABILITY INSPECTION) | 3/19/08= RA ONSITE ▓▓▓▓▓▓ TO CONDUCT HABITABILITY INSPECTION. APP WAS PRESENT, THE D/D IS NOT HABITABLE IT HAS ONLY BEEN GUTTED TO THE STUD'S. NO REPAIR'S FURTHER THAN THAT HAVE BEEN MADE, APP STATES THAT SHE IS STILL WAITING ON ROAD HOME GRANT TO SECURE A CONTRACTOR AND START REHAB PROCESS. APP STATED THAT HER SISTER IS CO-OWNER (BROTHER-IN-LAW) IS POWER OF ATTORNEY AND ROAD HOME IS WAITING ON SOME IMPORTANT INFORMATION FROM HIM BEFORE THEY DISBURSE FUND'S. |
| 04/24/08 | Antoinette Espradron | LARC7 HARAHAN RELOCATION | RA VISITED SITE POSTED ABANDON NOTICE APP CALLED RA AND STATED SHE IS STILL LIVING IN HER TT AND SHE IS IN TOUCH WITH HER CW |
| 05/01/08 | Vielka Harvey | BR/AFO/AS/CC TT CHK | APP=IS REQUESTING TO ADD THIS PHONE# ▓▓▓▓▓▓ TO ALTERNATE ON HER REGISTRATION AN AR# 104697 IS SUBMITTED |
| 06/05/08 | Rhonda Guy | HARAHAN 1603 RECERTIFICATION | contacted applicant about housing....she is currently in texas......her son is living in the tt unit until dd is repaired.....scheduled rr meeting for friday 6/13/08 |
| 06/14/08 | Rhonda Guy | HARAHAN 1603 HA | APPLICANT PHP IS TO REPAIR THE DD PROPERTY¿..SHE APPLIED FOR THE REBUILDING TOGETHER PROGRAM AND IS WAITING TO HEAR IF SHE WILL BE ELIGIBLE FOR THE PROGRAM¿.ALSO WAITING ON RH MONEY¿.<br><br>SHE LOCATED RENTAL PROPERTYAND IS WAITING TO SEE IF SHE HAVE THE UNIT ..WILL DO FOLOW-UP IN TWO WEEKS |
| 06/19/08 | Rhonda Guy | HARAHAN 1603 HA | APPLICANT CALLED CONCERNING DHAP RENTAL PROGRAM |
| 06/27/08 | Rhonda Guy | HARAHAN 1603 HA | applicant called about clc¿.explain that clc do not process rental payments any more |
| 06/30/08 | Priscilla Robinson | BRAFO | APP WANTED TO KNOW WHAT SHE'S SUPPOSED TO DO.APP JUST FOUND OUT |

FEMA124-000068

| Date | Name | Subject | Notes |
|---|---|---|---|
| | | | THAT THE PARISH WANTED UNIT OUT BY JULY FIRST APP WAS ASKED AND EXPLAINED WHAT WAS RENTAL RESOURCES AND RENTAL ASSISTANCE APP WAS ASKED DID SHE WANT ME TO SIGN HER UP APP STATED NO AND THAT SHE WOULD LIKE TO REMAIN BY HER HOUSE INTO ROAD HOME MONEY COMES APP WAS TOLD THAT SHE NEEDED TO CALL PARISH FOR EXTENSION. |
| 07/11/08 | Deloris Durgin | HARAHAN LARC-7 | RA met with app to complete Hab/Inspection/Recert. All contact info the same. During the visit that app state the home is only gutted and windows and doors with locks;RA verified.RA stated she is currently waiting on the RH funds to complete the repairs to the home.App further explain that she co-own the home with the sister who is very ill.The brother-in-law has power of attorney and he need to provide photo-ID and finger prints to RH before they can go to closing.App spoke with RH 2 days ago.RA requested documentation from RH to verify the delayed funds.RA offered the rental resouces;App states she prefers to live in the uptown area and she can afford between $800 to $900 a month between her and the son.App agreed to accept the RR.RA will contact the applicant with the RR. |
| 10/02/08 | Zina Segura | BRAFO AS/CC REQUESTING MOI/DEACT/CALL BACK | App infor verified. App called to request moi/deact. App will call back once power is disconnected and with vin & barcode. |
| 10/08/08 | Monica Scott | BRAFO/ASCC | APP IS REQUESTING PICK UP OF UNIT .UNIT IS LOCATED AT ▆▆▆▆▆ ▆▆▆▆▆ BC-1277021 VIN- 4X4TSMH296C008992(PLEASE ROUTE AN AR FOR A DEAC.AFTER MOI IS COMPLETED) POWER AND METER HAS BEEN DISCONNECTED.APP CAN BE REACHED AT ▆▆▆ OR ▆▆▆ ▆▆▆ AR#133981 |
| 10/14/08 | Natasha Collins | MHOPS - DEACT | CONTACTED APPLICANT ABOUT COMPLETEING MOI APPLICANT STATED HER SON CAN MEET ME AT UNIT TO GO THROUGH INSPECTION, SCHEDULED APPOINTMENT FOR 10/15 AT 9:00 |
| 10/17/08 | Deloris Durgin | HARAHAN LARC 7 SWEEP/MOI WAS ALREADY ISSUED | RA PERFORMED A SWEEP AND SAW IN THE RECORD THAT THE TT WAS MOI ALREADY BY ANOTHER DEPARTMENT. |

FEMA124-000069

| 12/03/08 | Courtney Shelmire | BRAFO/ SPECIAL PROJECT/ COTR SURV | |
|---|---|---|---|
| 12/03/08 | Courtney Shelmire | BRAFO/ SPECIAL PROJECT/ DEACT SURVEY | OCTOBER 2008 DEACT SURVEY COMPLETED. W.O # 1603-031-219203-DCT |

FEMA124-000070