

# FEMA
## Federal Emergency Management Agency
## Comments Report

"Official Use Only"
Last refresh: 3/17/2009 08:07:22 AM

**1603**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

**WRIGHT, BOBBIE**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 11/15/05 | Stacy Feaster | 93 INCOMING MAIL = | 9069 = VERIFIED.<br><br>APP CONCEREND ABOUT RECEIVING ADDITIONAL FUNDS IN FUTURE IF NOT CURRENTLY PAYING RA. IN ORDER TO RECEIVE ADDITIONAL RA, MUST SHOW PROOF OF EXHAUSTION.<br><br>APP REG STILL PND INSP.<br><br>NFAR<br><br>RT COMPLETE |
| 01/12/06 | John Boyatt | PPI REQ | APP REQ DRC ECSTASY |
| 01/13/06 | Gail Wagner | NOLA-JFO CRUISE SHIP | APP IS LIVING IN TX UNTIL TT IS READY. TT IS ON PROPERTY BUT DOES NOT HAVE ELECTRIC. HER SON IS LIVING ON CRUISE SHIP AND HAS FILLED OUT PPI. SHE IS CALLING FEMA TO MAKE HIM CO-REG AND WILL SEND HIM A NOTARIZED LETTER STATING THAT HE CAN LEASE IN THE TT WHEN READY. |
| 02/04/06 | Posey O'Reilly | PPI HPOP 1603 NO CONTACT | VM 281, 10:26AM |
| 02/04/06 | Anita Luke Ferguson | NOLA-AFO-CRUISE SHIP | NO CONTACT<br>NO CURRENT PH#'S<br><br>2/4/06<br>4:04PM<br><br>amf-afo |
| 02/06/06 | Posey O'Reilly | PPI HPOP 1603 | APP IN TX - NO CONTACT AT ▓▓▓▓<br>10:38AM |
| 02/10/06 | Posey O'Reilly | PPI UPDATE | APP IS IN TX - CO APP IS ON BOAT<br>TT WAS DELIVERED TO DD 3 MONTHS AGO |

1 of 3

EXHIBIT
GREEN NO.
8

FEMA124-000071

| Date | Name | Action | Notes |
|---|---|---|---|
| | | | ENTERGY HAS NOT PLACED THE METER AT THE HOUSE<br>APPS HAVE THE KEYS THEY WERE LEFT AT THE TT<br>ADVS TO CALL ENTERGY TO GET THEM OUT AT THE SITE |
| 02/14/06 | Sean Batie | 92 ENC = IHP MAX RTE TO COMPLETE | APP HAS REACHED THE IHP MAX<br>NFAR |
| 02/28/06 | Ann Arnold | ESA SIGNED | PPI RESULTED IN A P-4TTP<br>ESA SIGNED ON 02-13-06<br>AARNOLD |
| 03/06/06 | JOHANNA HARRIS | 93 ERFD WINRUNNER PROCESSED | App leased into FEMA MH/TT 23Feb06 |
| 08/17/06 | Hector Soto colon | RA 7 RECERT TT | Mrs. Bobbie I ask for attendance of the program the road home and hopes by decicion to begin to reconstruct its house the money together that gave of fema .<br><br>H.S.8/17/06 |
| 08/18/06 | Deborah Pelletier | 93 WINRUNNER TRAVEL TRAILER SAFETY LTR SENT | |
| 08/23/06 | Michael Morgan | ESA SIGNED | RECERT SIGNED 8/17/06 |
| 09/12/06 | Hector Soto colon | RA RECERT TT PROOF OF OWNERSHIP | APP SUBMITTED PROOF OF OCCUPANCY ; SENDING TO NPSC BY FAX .<br>H.S. 9/12/06 |
| 09/13/06 | Sheryl Bradley | 93 WINRUNNER TT FIRE SAFETY LETTER SENT | |
| 09/14/06 | Brenda Sweeney | 91- INCOMING DOC | APP SENT IN PAPERS SHOWING OWNERSHIP=VERIFIED OWNERSHIP<br><br>ROUTE TO COMPLETE |
| 10/12/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
| 02/07/07 | MARK FUCHS | 93 WINRUNNER EXTN_NOTIF_TT/MH LETTER SENT | EXTENSION NOTIFICATION IN DIRECT ASSISTANCE |
| 05/12/07 | Sheryl Bradley | 93 WINRUNNER MHTT SALES NOI LETTER SENT | Applicant sent Notice of Interest Letter for MH/TT sales. |

FEMA124-000072

| Date | Name | Subject | Comment |
|---|---|---|---|
| 06/05/07 | Sheryl Bradley | 93 WINRUNNER GENERATED COMMENT PER USER REQUEST | |
| 06/05/07 | Sheryl Bradley | LA TRO NOI Received on 5/24/2007 INTEREST = NO | INTEREST = NO   PROCESSED STOPPED |
| 01/18/08 | Ruth Bullock | Harahan - LARC | TL approved recert for three months. |
| 03/18/08 | Sheryl Bradley | WINRUNNER GENERATED COMMENT PER USER REQUEST | |
| 03/18/08 | Sheryl Bradley | APP EXTENDED WITH CLC FOR RENT THRU APRIL 30, 2008 | |
| 07/01/08 | Eulalia Velazquez | CDCI RECEIVED. VOLAG REVIEW | CONSENT TO DISCLOSE CONFIDENTIAL INFORMATION RECEIVED AND FAXED TO NPSC. REVIEW FOR EPISCOPAL URBAN IMPACT MINISTRIES |
| 07/19/08 | Charlotte Jackson | Harahan TL review | TL: Rejected recert, further investigation warranted. |
| 07/26/08 | Ronald Honeycutt | RADIO BILTZ | UNIT NOT ON SITE. |
| 10/15/08 | Natasha Collins | MHOPS - DEACT | MOI COMPLETE FOR DEACTIVATION PER AR# 133981, AT ████ BARCODE 1277021, NO PERSONAL PROPERTY INSIDE UNIT, UNIT DOOR WAS PRIED OPEN AND REFRIGERATOR WAS PULLED AWAY FROM WALL. DOOR SCREWED CLOSED TO SECURE UNIT |
| 10/17/08 | Renita Prejean | BR/AFO-IM- DEACT UNIT | ACTION REQUEST #134711 RECEIVED FOR DEACTIVATION OF UNIT. DEACTIVATION WORK ORDER #1603-031-219203-DCT PREPARED AND SENT TO THE MDC |
| 10/29/08 | Latasha Lemon | BR AFO PAPERWORK REC¿VD | REC¿VD APP¿S MOI [90-13] FOR B/C 1277021 COMPLETED ON 15 OCT 2008 FWD TO RECORDS MGMT |
| 11/28/08 | Kameka Calvert | DEACT QASP | NO TT ON SITE. B/C1277021 |

FEMA124-000073