UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

# ORDER AND REASONS

Before the Court is the Motion for Relief from Judgment (Rec. Doc. 13262), filed by Plaintiff Earline Castanel. In this motion, Plaintiff asserts that it is "necessary and appropriate in response to this Honorable Court's decision under FRCP 54(b) rendered on January 22, 2010. (Doc. No. 09-3251, Rec. Doc. 3)." (See Rec. Doc. 13262-1 p. 1). However, this Order and Reasons is simply the Court's dismissal of Plaintiff's claims against Defendant United States of America based on lack of subject matter jurisdiction. The Court has never entered, and would not be inclined to enter at this stage in the litigation with trial less than two weeks away, a Rule 54 (b) judgment as to this issue. Accordingly,

**IT IS ORDERED** that **Motion for Relief from Judgment (Rec. Doc. 13262)** is **DENIED as premature**.

New Orleans, Louisiana, this 5th day of May, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**