UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER AND REASONS

Before the Court is Plaintiff's Motion to Strike the Addendum to Michael Ginevan's, Ph.D. Expert Report (Rec. Doc. 13332), which Recreation By Design, LLC ("RBD") has opposed. After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that **Plaintiff's Motion to Strike the Addendum to Michael Ginevan's, Ph.D. Expert Report (Rec. Doc. 13332)** is **GRANTED**, for the reasons stated by Plaintiff in Rec. Docs. 13332 and 13865.

New Orleans, Louisiana, this 6th day of May, 2010.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**