UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OBJECTIONS TO
DEPOSITION DESIGNATIONS OF
STANLEY LARSON**

COMES NOW Plaintiff Earline Castanel and submits these objections to certain portions of Defendant Recreation by Design, LLC's designated deposition testimony of Stanley Larson (a copy of the Larson deposition transcript was previously delivered to the Court).

37:04-37:12 & 38:20-39:06. Plaintiff objects as this is irrelevant, misleading, confusing and prejudicial. This is a testimony about a large document that is four inches thick and at is a table of from a database. There is no corresponding testimony from this witness or any other witness that the table and document relate to Earline Castanel. If this document is going to be used against Earline Castanel, attorneys on behalf of Earline Castanel, had a right to be put on notice of the questioning and confront the witness about issues related to Earline Castanel. To that extent, it is prejudicial to use this document and the testimony against Earline Castanel without giving her notice of the same. There were no attorneys at the deposition who made an appearance on behalf of Earline Castanel, however, attorneys for Recreation by Design were

1

present at the deposition and had the opportunity to ask questions relevant to Earline Castanel if those so chose to do so. See Appearances on page 4 of transcript. Despite this presence by Recreation by Design attorneys, they still failed to prove up any relevance of this document relating to Earline Castanel.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:    504/522-2304
         Facsimile:     504/528-9973
         gmeunier@gainsben.com

         s/Justin I. Woods
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:    504/522-2304
         Facsimile:     504/528-9973
         jwoods@gainsben.com

         **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
         ANTHONY BUZBEE, Texas # 24001820
         RAUL BENCOMO, #2932
         FRANK D'AMICO, #17519
         MATT MORELAND, #24567
         LINDA NELSON, #9938
         MIKAL WATTS, Texas # 20981820
         DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.

             s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471