UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S RESPONSES
TO OBJECTIONS TO DEPOSITION DESIGNATIONS OF
JOSEPH LITTLE

COMES NOW Plaintiff Earline Castanel and submits these Responses to Defendant Recreation by Design LLC's Objections to Plaintiff's Deposition Designations of Joseph Little (a copy of the Little deposition transcript was previously delivered to the Court).

71:08-12 Defendant mistakenly alleges that these are references to political proceedings and not allowed by the Court. When in fact what is being discussed here is whether or not Little was asked to address potential long-term health effects of formaldehyde exposure. There is a discussion about a Congressional Committee, prior to this testimony, however this is very specific question and it is specific what Little was asked to do by FEMA and not any questions that were asked to him by a Congressional Committee. Little could have been asked this question separate and apart from any Congressional Committee. The fact that the Congressional Committee asked a similar question of ATDSR or made a similar conclusion about the ATSDR's inquiry on formaldehyde does not in some way inoculate the testimony and questioning such that

1

the witness cannot be asked the same question separate and apart from the Congressional inquiry.

72:14-73:15 Defendant mistakenly alleges that these are references to political proceedings and not allowed by the Court. When in fact what is being discussed here is the original report that was issued by the ATSDR which was reviewed by the Congressional Committee. The witness, in this section is not being asked about what the Committee said about the ATDSR Report but is offering testimony on what the ATSDR Report itself said. There is no question that the witness can be asked about the ATSDR Report which he co-authored and in fact, the Defendant includes numerous quotes from the ATSDR Report in thier designations.  If the Court is going to strike this designation, the Court then should strike all designations to the ATSDR Report cited by Defendant.  Furthermore, for the reasons set forth in the prior section, relating to Plaintiff's response to the objection lodged to section 71:08-12, which are incorporated herein, this testimony should not be excluded.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:    504/522-2304
    Facsimile:    504/528-9973
    gmeunier@gainsben.com

s/Justin I. Woods

>JUSTIN I. WOODS, #24713
>**PLAINTIFFS' CO-LIAISON COUNSEL**
>Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, Louisiana 70163
>Telephone:     504/522-2304
>Facsimile:     504/528-9973
>jwoods@gainsben.com
>
>**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
>ANTHONY BUZBEE, Texas # 24001820
>RAUL BENCOMO, #2932
>FRANK D'AMICO, #17519
>MATT MORELAND, #24567
>LINDA NELSON, #9938
>MIKAL WATTS, Texas # 20981820
>DENNIS REICH, Texas #16739600

## **CERTIFICATE OF SERVICE**

 I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.

> s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471

3