**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO** | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSES**
**TO OBJECTIONS TO  DEPOSITION DESIGNATIONS OF**
**ROBERT WOZNIAK**

COMES NOW Plaintiff Earline Castanel and submits these Responses to Defendant Recreation by Design LLC's Objections to Plaintiff's Deposition Designations of Robert Wozniak (a copy of the Wozniak transcript has been previously delivered to the Court).

28:13-18 This is not duplicative. This is an expert hired by Recreation by Design and Plaintiff is entitled to ask him if he is aware of low emitting formaldehyde wood (LFE).  It is not prejudicial.

28:19-21 & 29:01  The witness previously worked for Fleetwood.  His knowledge of what others in the industry did is relevant to the extent that the witness testifies that the vehicle was made in compliance with industry standards.  It is not prejudicial to have the witness talk about what others in the industry did as Defendant has stated through Cornish and Gaume that the vehicle was built according to industry standards.  The testimony is probative of what the industry was.

1

30:13-22.  When the Fleetwood policy came into effect is not prejudicial and it is relevant. This testimony goes to feasibility and to industry practice.

31:03-07  This testimony is not duplicative as to what he found out whether Recreation by Design had a LFE policy not just by talking to Cornish but with other Recreation by Design employees

32:19-33:14  This testimony is relevant to a comparison of owner's manuals and this witness has knowledge of what others in the industry are doing with their owners manuals. Therefore, the testimony is not duplicative. It is not prejudicial to Recreation by Design as to what others in the industry are doing.

35:21-36:06  His knowledge of warnings as an expert in the RV industry is relevant and is not unduly prejudicial.

36:07-37:06 His knowledge of off-gassing is relevant as an expert and one who has been involved in the RV industry for an extended period of time.

42:13-43:12  What the expert asked Recreation by Design in rendering his opinions is relevant and not prejudicial.

43:13-44:18 & 45:08-11 As an expert working in the industry, his knowledge of formaldehyde off-gassing principles is relevant.  He is not being asked the questions to prove the point that heat increases off-gassing, but to establish it has been known in and how long it has been known in the industry. Therefore the questioning is not repetitive.

47:03-48:12 Plaintiff agrees to withdraw this designation

52:08-17 This is relevant as to what the expert did and was asked to do. This portion should not be stricken.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:     504/522-2304
          Facsimile:      504/528-9973
          gmeunier@gainsben.com

          s/Justin I. Woods
          JUSTIN I. WOODS, #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:     504/522-2304
          Facsimile:      504/528-9973
          jwoods@gainsben.com

          **COURT-APPOINTED PLAINTIFFS'
          STEERING COMMITTEE**
          ANTHONY BUZBEE, Texas # 24001820
          RAUL BENCOMO, #2932
          FRANK D'AMICO, #17519
          MATT MORELAND, #24567
          LINDA NELSON, #9938
          MIKAL WATTS, Texas # 20981820
          DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.


 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471