# Exhibit "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: *Earline Castanel, et al.* | * | JUDGE: ENGELHARDT |
| *v. Recreation By Design, LLC, et al,* Docket No. | * | |
| 09-3251 | * | |
| | * | MAG: CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>RE-NOTICE OF DEPOSITION</u>

**TO:**    Earline Castanel
        Through her Counsel of record
        Gerald E. Meunier, individually and
        as a member of Plaintiff's
        Liaison Counsel

        and

        Plaintiff's Liaison Counsel
        Justin I. Woods
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, LLC
        2800 Energy Centre, 1100 Poydras St.
        New Orleans, LA 70163

        M. David Kurtz
        Baker Donelson Bearman Caldwell
        & Berkowits, PC
        201 St. Charles Avenue, Suite 3600
        New Orleans, LA 70170
        Counsel for defendant, Shaw Environmental, Inc., and
        in his capacity as Contractor Defendant Liaison Counsel

      **PLEASE TAKE NOTICE** that counsel for defendant, Recreation by Design, LLC, through

undersigned counsel, will take the deposition of the following individual for all purposes in

accordance with the Federal Rules of Civil Procedure before a Notary Public or other qualified officer

who is authorized to administer oaths, at the law offices of **Frank J. D'Amico, 622 Baronne Street,**

**New Orleans, LA 70113** on the dates and at the times listed below:

| NAME | DATE | TIME |
|------|------|------|
| Albert Jarrell | May 10, 2010 | 4:30 p.m. (CST) |

Respectfully submitted,

LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
DARRIN L. FORTE, Bar No. 26885
RANDALL C. MULCAHY, Bar No. 26436
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: kmorton@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on May ___4th___, 2010, a copy of the foregoing was served on all Counsel
of Record in this proceeding by U.S. Mail and E-Mail.

KELLY M. MORTON, Bar No. 30645