# Exhibit "C"

# Transcript of the Testimony of
# Videotaped Deposition of Earline M. Castanel

## Date taken: February 10, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS         SECTION "N"(5)
LIABILITY LITIGATION          JUDGE ENGELHARDT

This document relates to:  Earline Castanel,
et al v. Recreation By Design, LLC, et al
Docket No. 09-3251
* * *
Videotaped Deposition of EARLINE
M. CASTANEL, 2925 St. Peter Street, New
Orleans, Louisiana 70119, taken at the law
offices of Lambert & Nelson, 701 Magazine
Street, New Orleans, Louisiana 70130, on
Wednesday, the 10th day of February, 2010.

REPORTED BY:
    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    KYM JONES
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

## Page 2

APPEARANCES:

REICH & BINSTOCK
(BY: DENNIS C. REICH, ESQUIRE)
4265 SAN FELIPE, SUITE 1000
HOUSTON, TEXAS 77027

BENCOMO & ASSOCIATES
(BY: RAUL R. BENCOMO, ESQUIRE)
639 LOYOLA AVENUE, SUITE 2110
NEW ORLEANS, LOUISIANA 70113
FORMALDEHYDE TRAILER CLAIMS OFFICE
(BY: CYNTHIA M. WALLACE, ESQUIRE)
ATTORNEY AT LAW
4731 CANAL STREET
NEW ORLEANS, LOUISIANA 70119
    ATTORNEYS FOR THE PLAINTIFFS

U.S. DEPARTMENT OF JUSTICE
(BY: HENRY MILLER, ESQUIRE -
VIA TELEPHONE)
CIVIL DIVISION
1331 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004

    ATTORNEYS FOR DEFENDANT, UNITED
    STATES OF AMERICA
BAKER DONELSON
(BY: DAVID KURTZ, ESQUIRE AND
KAREN KALER WHITFIELD, ESQUIRE)
201 ST. CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LOUISIANA 70170
    ATTORNEYS FOR DEFENDANTS,
    CH2M HILL CONSTRUCTORS, INC. AND
    SHAW ENVIRONMENTAL, INC.
LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
(BY: HEATHER F. CHEESBRO, ESQUIRE -
VIA TELEPHONE)
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
    ATTORNEYS FOR DEFENDANT,
    CRUM & FORSTER

## Page 3

APPEARANCES CONTINUED:

GARRISON, YOUNT, FORTE &
    MULCAHY, L.L.C.
(BY: LYON H. GARRISON, ESQUIRE AND
RANDALL C. MULCAHY, ESQUIRE)
909 POYDRAS STREET
SUITE 1800
NEW ORLEANS, LOUISIANA 70112
    ATTORNEYS FOR DEFENDANTS,
    RECREATION BY DESIGN, LLC, TL
    INDUSTRIES, INC., FRONTIER RV,
    INC., PLAY'MOR TRAILERS, INC.
    AND CRUISER RV, LLC
McGLINCHEY STAFFORD, PLLC
(BY: CHRISTINE LIPSEY, ESQUIRE)
FOURTEENTH FLOOR, ONE AMERICAN PLACE
301 MAIN STREET
BATON ROUGE, LOUISIANA 70825
    ATTORNEYS FOR MORGAN BUILDINGS &
    SPAS, INC.

MIDDLEBERG, RIDDLE & GIANNA
(BY: LEZLY LYN PETROVICH, ESQUIRE -
VIA TELEPHONE)
201 ST. CHARLES AVENUE, 31ST FLOOR
NEW ORLEANS, LOUISIANA 70170

    ATTORNEYS FOR FLUOR ENTERPRISES,
    INC.

## Page 4

\* \* \*

EXAMINATION INDEX
                                              Page
EXAMINATION BY MR. GARRISON ..........11
EXAMINATION BY MR. KURTZ ............166
EXAMINATION BY MR. REICH ............204
EXAMINATION BY MR. GARRISON .........216
EXAMINATION BY MR. KURTZ ............219

\* \* \*

INDEX OF EXHIBITS
                                              Page
Exhibit No. 1 .......................69
Copies of various color photographs
(RBD-EXP04-00033, 00035, 00038, 00049,
00050, 00058 and 00059)
Exhibit No. 2 ......................174
Federal Emergency Management Agency
Landowner's Authorization Ingress-Egress
Agreement dated 11-27-05 (SHAW-CAST 0005)
Exhibit No. 3 ......................183
Copy of a photograph
Exhibit No. 4 ......................187
U.S. Department of Homeland Security,
Federal Emergency Management Agency
Temporary Housing Unit Inspection Report
dated 3-11-06 (SHAW-CAST 0009)

1  with you?
2     A   No.
3     Q   When you were cooking in your FEMA
4  unit, did you use the vent?
5     A   Yes.
6     Q   And you found the vent worked
7  properly?
8     A   Yeah, it worked okay.
9     Q   How do you feel today,
10 Ms. Castanel?
11    A   I don't feel too bad today, but I
12 have a lot in my sinus.
13    Q   Your sinus?
14    A   Yes.
15    Q   Do you have any stuffiness in your
16 nose today?
17    A   It seems like there's a little
18 bit. Not as much as there have been in the
19 last couple of days.
20    Q   The last couple of days?
21    A   Yes.
22    Q   Can you smell right now?
23    A   A little.
24    Q   When you lived in that FEMA unit,
25 did you smell anything unusual?

Page 85

1  into the FEMA trailer?
2     A   Well, it was about the fifth week,
3  sixth week, something like that. I was
4  feeling so bad and so stuffed up, I had to
5  go to the doctor, because I was afraid I was
6  going to smother.
7     Q   What doctor was that?
8     A   Dr. Gautreaux, Joseph Gautreaux.
9     Q   Okay. Now, when you were in the
10 trailer for the three or four weeks before
11 this, did you smell anything unusual?
12    A   Well, when I first walked in, I
13 didn't smell anything, you know. Well, it
14 did smell like newness, like when you go in
15 somewhere where it's new, like that, that's
16 how it smelled, but after that, I started
17 getting stopped up.
18    Q   And that was three or four weeks
19 later?
20    A   Yes, I started getting stopped up.
21 And since then, I really been stopped up and
22 getting sick with my sinuses.
23    Q   So from the time, three or four
24 weeks you moved into the trailer until now,
25 you have been stopped up; is that right?

Page 87

1     A   Well, when I first walked in, I
2  didn't smell anything, but after I was in
3  there for about three, four, five weeks,
4  like that, that's when I started feeling a
5  change in me.
6     Q   Okay.
7     A   I started getting all stuffy. I
8  couldn't breathe like. All my nose would
9  get so stopped up, I had to do like that
10 (indicating), breathe through my mouth.
11    Q   And that was three or four weeks
12 after you moved in the FEMA trailer?
13    A   After I moved in the trailer. I
14 just would get stopped up, and then my
15 throat would get sore. I would go to the
16 doctor and he would paint my throat and
17 stuff my nose with some kind of medicine,
18 put me in front of the heat lamp, and he
19 would come back and he takes that out, that
20 stuff, that packing out, and then he will
21 give me a shot and he will give me some
22 medicine to take for my sinus, to clear it
23 up some, and some nose spray.
24    Q   And was this the visit to the
25 doctor three or four weeks after you moved

Page 86

1     A   I have been stopped up and running
2  back and forth to the doctor with my
3  sinuses.
4     Q   When you were seeing Dr. Gautreaux
5  while living in the trailer, did you ever
6  tell him that -- did you ever mention what
7  you thought was causing your stuffy nose?
8     A   No, I just told him -- I just told
9  him I was stuffed up, my nose was stuffed, I
10 couldn't smell, and I was breathing like
11 through my mouth.
12    Q   When Dr. Gautreaux would give you
13 medicine, antibiotics, would that help clear
14 up your stuffy nose?
15    A   It would help, and he gave me some
16 nose spray. And like I say, he gave me a
17 shot, and this is not too -- This is not
18 three weeks yet. I went to him. I was
19 stuffed up. He packed my nose. He gave me
20 some medicine. He gave me a shot. He told
21 me what to do. Then he sent me to the
22 hospital to take X-rays of my sinus.
23    Q   And I just want to find out if you
24 got relief from your stuffy nose with --
25    A   It passes for awhile.

Page 88

22 (Pages 85 to 88)

**Page 121**

```
 1   that direction.
 2       Q   So you noticed there was a smell
 3   with some of the damaged houses after the
 4   hurricane?
 5       A   Yeah, some of the houses, when you
 6   go riding somewhere and you pass around
 7   them, it's a different scent.
 8       Q   And was that a strong odor?
 9       A   I can't tell if it was really
10   strong or not, because my nose be stopped up
11   half of the time.
12       Q   Before you moved into that FEMA
13   trailer when you were back in New Orleans,
14   did you ever notice a smell of damaged
15   houses?
16       A   I didn't pay attention.
17       Q   Did Ms. Robin's house flood during
18   the hurricane?
19       A   No.  There was no water around
20   there.
21       Q   Do you know if she had any damage
22   to her house as a result of the hurricane?
23       A   Just a couple of slate came off.
24       Q   Do you know if any water got into
25   her house because of the hurricane?
```

**Page 122**

```
 1       A   No.
 2       Q   You don't know?
 3       A   No.  She was living in it.
 4       Q   Did you ever notice a smell in
 5   Ms. Robin's house?
 6       A   No.
 7       Q   How about the house on the other
 8   side of the trailer, do you know if that
 9   house sustained damage in the hurricane?
10       A   Oh, I don't know.  All I know,
11   after awhile, I seen they was fixing their
12   roof, but I don't know what was going on in
13   it, in their house.
14       Q   Did you have allergies before
15   Hurricane Katrina?
16       A   The only thing, every once in
17   awhile, maybe once every three months, you
18   know, if the weather changed, I might have a
19   little light sinus trouble, but nothing like
20   I have now.  Nothing like this.
21       Q   Did you ever have a doctor tell
22   you you had allergies after Hurricane
23   Katrina?
24       A   When I went back to the doctor, I
25   had a lot of it.  When I came out of that
```

**Page 123**

```
 1   trailer and I went over to the doctor, I had
 2   a lot of it, and I still have a lot, and it
 3   have gotten worse.
 4       Q   Yes, ma'am.  And my question was,
 5   did a doctor ever tell you that you had
 6   allergies after Hurricane Katrina?
 7       MR. REICH:
 8           Object to the form.  Vague.
 9   EXAMINATION BY MR. GARRISON:
10       Q   You can answer.
11       A   They just told me my allergy is
12   bad right now.
13       Q   So it's your allergies that you
14   think is causing your stuffy nose?
15       MR. REICH:
16           Objection.  No foundation.
17       THE WITNESS:
18           I keep telling you my sinus, all
19   of this (indicating) be all stopped up and
20   all up in here (indicating).  It's messed
21   up.
22   EXAMINATION BY MR. GARRISON:
23       Q   Do you still exercise?
24       A   I don't exercise.
25       Q   Do you still go for walks?
```

**Page 124**

```
 1       A   I walk at the corner and walk back
 2   or something.  You know, I walk like from
 3   this corner to that corner and walk back to
 4   my house.
 5       Q   And when you cook food, can you
 6   smell the food?
 7       A   Sometimes if my nose is not
 8   stopped up.
 9       Q   You testified that when you first
10   walked into the trailer, it smelled new?
11       A   Yes, it had an odor like you walk
12   into a new, you know, a new building.
13       Q   And how long did you smell that
14   new smell?
15       A   Oh, when I would go outside and
16   come in, I could smell it, but then after,
17   when I started getting stopped up, I didn't
18   smell nothing.
19       Q   So after living in the unit for
20   three or four weeks, you didn't smell
21   anything in that unit?
22       A   When I walked in the first time
23   and after that, it had like a little new
24   smell, but after I was in there them three,
25   four, five weeks, that's when I started
```

Case 2:07-md-01873-KDE-MBN   Document 14005-3   Filed 05/06/10   Page 6 of 7

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Castanel) — Videotaped Deposition of Earline M. Castanel

1  getting that stuffiness, and then since
2  then, I couldn't smell nothing. Because I'm
3  sitting in here right now and I can't smell
4  nothing right now.
5      Q   Did you ever feel your eyes
6  burning while you were in the unit, the FEMA
7  unit?
8      A   Well, since I been having this,
9  sometimes my eyes, you know, be a little
10 irritated sometimes.
11     Q   Yes, ma'am. And you're talking
12 about the present tense right now. When you
13 were living in that FEMA unit, did you ever
14 feel your eyes burning?
15     A   When I would get stopped up,
16 that's when my eye was -- everything, my
17 whole head, all this was feeling bad.
18     Q   Do you know what caused your eyes
19 to get irritated?
20     A   I don't know. I'm guessing my
21 sinus. Nothing else, because I didn't have
22 that before. I didn't have no eye trouble
23 before. No more than like I said. I had
24 glaucoma and that was it. And I didn't have
25 no runny eyes and nothing else was wrong

Page 125

1  with my eyes outside of the glaucoma.
2      Q   How often did you clean your FEMA
3  trailer?
4      A   Well, I cleaned it often, like I
5  was cleaning my house.
6      Q   How often do you clean your house?
7      A   Well, I mean, every day. I pass,
8  you know, like a dust mop or damp mop. But
9  most of the time I pass a damp mop. Very
10 seldom I pass a dust mop, but sometimes, you
11 know, once in awhile. But I do use the damp
12 mop. I like to pass the damp mop in the
13 house.
14     Q   So you're a clean person? You
15 like to clean every day?
16     A   I like to clean. I don't like to
17 leave my bed unmade and I don't like dirty
18 dishes in my sink and I don't go to bed with
19 no garbage in my kitchen.
20     Q   Did they have a lot of traffic on
21 the street where your FEMA trailer was
22 located?
23     A   Not that much.
24     Q   While living in the FEMA trailer,
25 did you feel like you were confined because

Page 126

1  of the size of the trailer?
2      A   It was small. It was small. I
3  mean, they didn't have much space to turn
4  around and move around.
5      Q   And that's what I mean.
6      A   To me, you see, like this space is
7  wide (indicating). Well, two of us could
8  pass. But this little space was about like
9  this (indicating), so if somebody else was
10 passing, I had to stand on the side and let
11 them go.
12     Q   Yes, ma'am. And as far as your
13 feeling and your mental impression, your
14 mind, did you feel like the trailer was
15 small?
16     A   Yeah, it was small.
17     Q   Did you feel boxed in sometimes?
18     A   Yeah, sometimes I did.
19     Q   And were there times where you
20 just wanted to get out of the trailer and go
21 for a ride or go for a walk?
22     A   Yes. Most of the time it just
23 would be annoying to be, you know, in that
24 one little spot.
25     Q   Sometimes it felt good just to get

Page 127

1  out because of the size of the trailer?
2      A   Yes.
3      Q   And did you find you were always
4  able to get out and take a ride or a walk
5  when you wanted to?
6      A   Well, sometimes I would feel bad.
7  With my sinus, I couldn't go like I want. I
8  would go lay across the bed.
9          THE VIDEOGRAPHER:
10             May I change the tape?
11         MR. GARRISON:
12             Are you ready?
13         THE VIDEOGRAPHER:
14             Yes.
15         MR. GARRISON:
16             Yes, that's fine.
17         THE VIDEOGRAPHER:
18             We're off the record. The time is
19 11:55.
20 (Discussion off the record.)
21 (Whereupon, a lunch break was taken.)
22         THE VIDEOGRAPHER:
23             We're on the record. The time is
24 1:23.
25 EXAMINATION BY MR. GARRISON:

Page 128

```
 1         Thank you.
 2         THE VIDEOGRAPHER:
 3              This concludes today's deposition.
 4         The time is 3:03 p.m.
 5              *    *    *    *
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                       Page 221
```

```
 1         WITNESS' CERTIFICATE
 2
 3
 4
 5
 6
 7         I have read or have had the
 8    foregoing testimony read to me and hereby
 9    certify that it is a true and correct
10    transcription of my testimony with the
11    exception of any attached corrections or
12    changes.
13
14
15
16
17    _____
18         (Witness' signature)
19
20
21    PLEASE INDICATE
22    ( ) NO CORRECTIONS
23    ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
24
25
                                       Page 222
```

```
 1         REPORTER'S CERTIFICATE
 2
 3         I, James T. Bradle, Certified
 4    Court Reporter, do hereby certify that the
 5    above-named witness, after having been first
 6    duly sworn by me to testify to the truth,
 7    did testify as hereinabove set forth;
 8         That the testimony was reported by
 9    me in shorthand and transcribed under my
10    personal direction and supervision, and is a
11    true and correct transcript, to the best of
12    my ability and understanding;
13         That I am not of counsel, not
14    related to counsel or the parties hereto,
15    and not in any way interested in the outcome
16    of this matter.
17
18
19
20
21    _____
22    JAMES T. BRADLE
23    Certified Shorthand Reporter
24
25
                                       Page 223
```