



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: 09-3251 | * | |
| Earline Castanel, et al. vs. Recreation By Design, LLC and Shaw Environmental, Inc. | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

**************************************************

VIDEOTAPED DEPOSITION OF ROBERT E. WOZNIAK

April 20, 2010

**************************************************

VIDEOTAPED DEPOSITION OF ROBERT E. WOZNIAK, produced at the instance of Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 20th day of April, 2010, from 9:42 a.m. until 10:57 a.m., before Judy S. Hodges, CSR, in and for the State of Texas, reported by stenograph machine, at the offices of Ross Reporting Services, Inc., 11706 Playa Court, Houston, Harris County, Texas.

JOB NUMBER:

EXHIBIT 3

PENGAD 800-631-6989

MR. MULCAHY: Objection; argumentative.
A That's not my understanding.
Q (BY MR. BENCOMO) Now, did you during the course of your meeting with Mr. Cornish and/or the other Recreation By Design employees determine whether or not they had a policy to use only LFE wood products?
A No, I did not.
Q So you are not aware that they did not have that type of a policy?
A I am not aware that they did not have. I do not know what their policy was.
Q And you having been retained by Recreation By Design did not just ask the very simple question of, "What type of wood products do you use, and do you have a policy that dictates that the wood components be LFE?"
MR. MULCAHY: Objection; argumentative.
A No, I did not.
Q (BY MR. BENCOMO) And just in case the objection is sustained, I'm going to ask the question in a different form. Did you ask anyone with Recreation By Design whether or not they purchased LFE products?
A No, I did not.
Q Did you ask anyone with Recreation By Design

A Yes.
Q Would you mind turning to that section.
A I have a reference to that, yes.
Q Okay. And what is that Bates number, if you will, sir?
A PSC021478.
Q Now, do you recognize that -- those warnings as the formaldehyde warnings that are part and parcel of the Fleetwood owner's manual?
A Yes.
Q And did you ever read those warnings before Katrina?
A Oh, yes.
Q And as the director of engineering you never took the position that you disagreed with those warnings, correct?
A That's correct.
Q You never said, "Take those warnings out of that manual"?
A I cannot recall doing that, no.
Q So you were aware of what those warnings stated with reference to formaldehyde and its effect on people, correct?
A That's correct.
Q And that was before Katrina?


Electronically signed by judy hodges (101-114-351-9776)
861162be-de84-4aa8-bfde-5e0530199d64

A Yes.

Q And you never asked Mr. Cornish or any of the employees of Recreation By Design why their owner's manual contained no warnings pertaining to formaldehyde?

A I did not have that discussion.

Q Sir, do you know what the term off-gassing means?

A I --

MR. MULCAHY: Objection; scope.

A I have read that term in preparation for this deposition, yes.

Q (BY MR. BENCOMO) But this is not the first time that you have heard of the term off-gassing; is that correct?

A That's correct.

Q And what exactly is off-gassing?

A Well, off-gassing has been identified in some of the documents as a release of material from its parent composite.

Q Specifically release of materials from component wood products that are part and parcel of travel trailers?

A That's been in some of the documents, yes.

Q And you were aware of that, again, before



Electronically signed by judy hodges (101-114-351-9776)
861162be-de84-4aa8-bfde-5e0530199d64

Case 2:07-md-01873-KDE-MBN Document 14006-3 Filed 05/06/10 Page 5 of 10



A That's correct, February 18th.

Q Okay. Now, you have a vehicle identification number of 5CZ200R2461125294, correct?

A Correct.

Q And is that vehicle identification number also known as a VIN?

A Yes.

Q And that number is unique to that particular trailer, meaning to the Castanel travel trailer?

A Yes.

Q It's like a fingerprint?

A Yes.

Q Now, that trailer you determined had a December 2005 manufacturing date?

A Yes.

Q And you indicated that you made several observations; and they are noted in Paragraph 5 of your report, correct?

A That's correct.

Q Did you see any warnings or warning labels pertaining to formaldehyde or the content of formaldehyde anywhere in the Castanel trailer?

A No, I did not.

Q Isn't it a fact, sir, that the Fleetwood travel trailers contained formaldehyde warnings in the


Electronically signed by judy hodges (101-114-351-9776) 861182be-de84-4aa8-bfde-5e0530199d64

trailers themselves?

A Yes, they did.

Q Yet when you were retained by Recreation By Design and went to conduct this inspection, nowhere in that trailer, either outside or inside, was there any warning whatsoever pertaining to formaldehyde?

A That's correct.

Q And you did not make any mention of the absence of those warnings in your report, correct?

A I --

MR. MULCAHY: Objection; scope.

A I did not.

Q (BY MR. BENCOMO) Sir, as the former chief engineer for the travel trailer division of Fleetwood Enterprises, you became familiar with the fact that Fleetwood's policy was to use only LFE wood components in its trailers, correct?

MR. MULCAHY: Objection; asked and answered.

A Correct.

Q (BY MR. BENCOMO) You make no mention of the fact that Recreation By Design did not have that policy; is that correct?

MR. MULCAHY: Objection; scope.

A I do not know their policy.


Electronically signed by judy hodges (101-114-351-9776)
861162be-de84-4aa8-bfde-5e0530199d64

Q (BY MR. BENCOMO) Because you didn't ask them?
A I did not ask them.
Q Nobody said you couldn't ask them?
A I was retained to look at the Castanel trailer and offer opinions on that trailer.
Q Would you please answer my question.
THE WITNESS: Could I have it again? I'm sorry.
(Whereupon the following question was read back by the court reporter:
"QUESTION: Nobody said you couldn't ask them?")
A That's correct.
Q (BY MR. BENCOMO) Now, are you aware of the fact that the hotter a structure such as a travel trailer is that the more off-gassing of formaldehyde occurs?
MR. MULCAHY: Objection; scope.
A That's been stated in reports of this, yes.
Q (BY MR. BENCOMO) And you are certainly aware of that, correct?
A Yes.
Q Now, you stated a moment ago that you were retained to conduct an inspection of the Castanel travel trailer, correct?
A Correct.



Electronically signed by judy hodges (101-114-351-9776)
861162be-de84-4aa8-bfde-5e0530199d64

with, yes.

Q Okay. So -- but it's something that you became aware of back in the mid '80s and you have been learning about even up to the present, correct?

MR. MULCAHY: Objection.

A I don't know when I first became aware of it; but I'm learning about it even today, yes.

Q (BY MR. BENCOMO) And you have not seen anything to the contrary?

MR. MULCAHY: Objection.

A That's correct.

Q (BY MR. BENCOMO) Now, sir, the opinions that you have rendered in connection with your being retained by counsel for Recreation By Design are based on your experience, correct?

A Yes.

Q Your knowledge, correct?

A Yes.

Q Your review of relevant materials, correct?

A Correct.

Q Investigation?

A Yes.

Q And examination of the Castanel trailer, correct?

A Yes.



Electronically signed by judy hodges (101-114-351-9776) 861162be-de84-4aa8-bfde-5e0530199d64

Q And so you cannot take the position that the 23 years that you worked for Fleetwood are somehow erased from your memory bank when you reach whatever conclusions you reach in connection with this report, correct?

MR. MULCAHY: Objection; argumentative.

A Correct.

Q (BY MR. BENCOMO) I'll rephrase the question. Can you erase the 23 years that you spent at Fleetwood Enterprises starting as a senior engineer and subsequently becoming the director of engineering and product compliance for the travel trailer division when forming your opinions and conclusions that you have rendered in connection with this case?

A No, I cannot.

Q Thank you.

MR. BENCOMO: No further questions. I tender the witness. But before I do that I want to offer, introduce, and file into evidence as exhibits of Wozniak 1, 2, 3, 4, 5 in globo and ask that they be attached to the deposition.

MR. MULCAHY: And our objection regarding the Fleetwood owner's manual would go with the prior objections regarding -- referencing the Fleetwood units.



Electronically signed by judy hodges (101-114-351-9776) 861162be-de84-4aa8-bfde-5e0530199d64

Q (BY MR. MULCAHY) And what type of commodities are you referring to?

A I would have to refer to a list that was provided to myself; but it included things such as a residential refrigerator, lack of a gray water holding tank, lack of a black water holding tank, the system being all electric, the electric baseboards, the electric range, things of that nature.

Q Do you remember the year that Ms. Castanel's unit was manufactured?

A Yes, I do.

Q Okay. When was that?

A December of 2005.

Q When Ms. Castanel's unit was manufactured in December 2005, would the RVIA or the NFPA 1192 that you had mentioned required warnings regarding formaldehyde in this type of unit?

MR. MULCAHY: Object to the form of the question.

A To the best of my understanding, no.

Q (BY MR. MULCAHY) Were there any -- to your understanding from your experience in the industry, were there any -- any industry practices, standards, or regulations that required notice of formaldehyde in travel trailers in 2005?



Electronically signed by judy hodges (101-114-351-9776)

861162be-de84-4aa8-bfde-5e0530199d64