UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Earline Castanel v. Recreation by Design, LLC* | * | |
| Docket No. 09-3251 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OBJECTIONS TO
DEPOSITION DESIGNATIONS OF
BRIAN BOYLE**

COMES NOW Plaintiff Earline Castanel and submits these objections to certain portions of Defendant Recreation by Design, LLC's designated deposition testimony of Brian Boyle (a copy of the Boyle deposition transcript was previously delivered to the Court).

129:09-130:01 & 130:08-131:18.  Lack of foundation, prejudicial, misleading, confusing and irrelevant.  Plaintiff objects as this is testimony as to what a quality control procedure Shaw had as of March 21, 2006.  Plaintiff's trailer was deployed by Shaw in December 2005. There is no showing that this quality control procedure as the witness testifies about as of March 21, 2006, was followed with regard to the Castanel unit. Further, this witness as a FEMA witness, is not in a proper position to testify to and lacks foundation as to what Shaw's quality control procedures were. To the extent the witness is testifying as to what Shaw "told him" were their quality control procedures as of March 21, 2006, this is prejudicial, misleading and confusing because it implies that the same quality control procedure was used for the Castanel unit when

1

there is no showing that the quality control procedure discussed was in fact used with the Castanel unit. The testimony is not relevant to what procedure was used with the Castanel unit.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas #16739600

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.

               s/Gerald E. Meunier
              GERALD E. MEUNIER, #9471