UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S RESPONSES
TO OBJECTIONS TO DEPOSITION DESIGNATIONS OF
GEOFFREY COMPEAU

COMES NOW Plaintiff Earline Castanel and submits these Responses to Defendant Recreation by Design LLC's Objections to Plaintiff's Deposition Designations of Geoffrey Compeau (a copy of the Compeau deposition transcript was previously delivered to the Court).

106:18-107:01 Defendant objects that the testimony calls for speculation[1]. On page 101, Compeau was the corporate representative for Shaw that was designated with regard to maintenance and installation issues relative the Castanel Unit. Compeau deposition, pages 10-11. Defendant has designated portions of the Compeau deposition wherein he testified that Shaw had a call center for maintenance and the only calls that Castanel made to Shaw were relating the

---

[1] There were two Compeau transcripts submitted to the Court, one from January 2010 and one from April 2010. All references herein are to the April 2010 transcript.

1

air conditioner.[2] Further, in Defendant's designated testimony, Compeau testifies on behalf of Shaw "if there was another issue [besides air conditioning], she [Ms. Castanel] would have picked up the phone and had she had an issue she would have called. 102:19-21. Plaintiff counter-designated the objected to section on page 106:18-107:01[3]. In that objected to section, Compeau is asked whether he expects people to call with every complaint that they have. This section is directly relevant to the section wherein Compeau said that if Castanel had another issue she would have called. The implication is that Plaintiff had no other problems in the trailer, which is not true. If the Defendant wants to allege 106:18-107:01 is speculation, it should also be considered as speculation wherein the witness says that if she had other issues on page 102 she would have called. The Court should either allow both quotes, the one on 102 and the objected section on 106, or disallow both.

                                                     Respectfully submitted:

                                                     **FEMA TRAILER FORMALDEHYDE**
                                                     **PRODUCT LIABILITY LITIGATION**

                            BY:    s/Gerald E. Meunier
                                     GERALD E. MEUNIER, #9471
                                     **PLAINTIFFS' CO-LIAISON COUNSEL**
                                     Gainsburgh, Benjamin, David, Meunier &
                                     Warshauer, L.L.C.
                                     2800 Energy Centre, 1100 Poydras Street
                                     New Orleans, Louisiana 70163
                                     Telephone:    504/522-2304
                                     Facsimile:    504/528-9973
                                     gmeunier@gainsben.com

---

[2] Shaw only had the maintenance contract until May 31, 2006. After that time there was another maintenance contractor. Earline Castanel moved into the unit in March 2006, so the question was asked as to what other calls were made between March and May 31, 2006.

[3] Plaintiff does not seek the inclusion of the objections that are interlaced between lines 106:18-107:01.

2

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas #16739600

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471