UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:   FEMA TRAILER                *   MDL NO. 1873
         FORMALDEHYDE PRODUCTS        *
         LIABILITY LITIGATION         *   SECTION "N" (5)
                                      *
                                      *   JUDGE ENGELHARDT
                                      *   MAGISTRATE CHASEZ
                                      *
THIS DOCUMENT IS RELATED TO           *
                                      *
*Earline Castanel v. Recreation by Design, LLC*   *
Docket No. 09-3251                    *
                                      *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S OBJECTIONS TO
DEPOSITION DESIGNATIONS OF
JOHN OSTERAAS**

COMES NOW Plaintiff Earline Castanel and submits these objections to certain portions of Defendant Recreation by Design, LLC's designated deposition testimony of John Osteraas (a copy of the Osteraas deposition has been previously delivered to the Court).

Plaintiff objects to the following testimony excerpts from the April 7, 2010 deposition of John Osteraas that were designated by the Defendant[1].

93:04-93:09 wherein the witness testifies had there been any significant water intrusion in the trailer he would have expected to see "the paneling used in these trailers is rather sensitive to moisture." Plaintiff objects as the witness lacks foundation and expertise to talk about the properties of wood paneling when it comes in contact with water. Dr. Osteraas is a civil

---

[1] There were two depositions that were designated by the Defendant for John Osteraas, one from December 2009 and one from April 2010. Plaintiff has no objections to the designated testimony from the December 2009 Osteraas transcript. All references herein are to the April 2010 transcript.

1

engineer who specializes in foundation issues.  He was retained to address issues related to foundations and structural stresses on the trailer. Osteraas deposition, pages 10:13-14 & 24:12-24.  Dr. Osteraas is not a wood scientist and is not being offered as an expert in wood paneling and materials.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas #16739600

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.

       s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471