UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

**UNOPPOSED MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, comes Recreation by Design, LLC and moves this Court to have Andrew D. Weinstock, of Duplass, Zwain, Bouregois, Morton, Pfister & Weinstock, enrolled as additional counsel of record for Recreation by Design, LLC in the above captioned matter.

        Respectfully submitted,

        */s/ Lyon H. Garrison*
        LYON H. GARRISON, Bar No. 19591
        SCOTT P. YOUNT, Bar No. 22679
        RANDALL C. MULCAHY, Bar No. 26436
        DARRIN L. FORTE, Bar No. 26885
        KELLY M. MORTON, Bar No. 30645
        GARRISON, YOUNT, FORTE
        & MULCAHY, L.L.C.
        909 Poydras Street, Ste. 1800
        New Orleans, LA 70112
        Telephone: (504) 527-0680
        Facsimile: (504) 527-0686
        *Attorneys for defendant,*
        *Recreation By Design, LLC*
        Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 6, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

        */s/ Lyon H. Garrison*
        LYON H. GARRISON, Bar No. 19591