

## IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-24)

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 651 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

May 04, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION               MDL No. 1873

SCHEDULE CTO-24 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A.# | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|---|---|
| LOUISIANA WESTERN | | | | |
| LAW | 2 | 09-2205 | Ariane Watkins v. Sun Valley, Inc., et al. | 10-1353 |
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 09-820 | Patricia H. Fountain, et al. v. Superior Homes, LLC, et al. | 10-1354 |
| MSS | 1 | 09-823 | Deborah J. Smith, etc. v. Frontier RV, Inc., et al. | 10-1355 |
| MSS | 1 | 09-824 | Mark R. Mosley, et al. v. Gulf Stream Coach, Inc., et al. | 10-1356 |
| MSS | 1 | 09-827 | Marshalle D. Rush, et al. v. DS Corp., et al. | 10-1357 |
| MSS | 1 | 09-829 | Grace A. Gonzales, et al. v. Forest River, Inc., et al. | 10-1358 |
| MSS | 1 | 09-830 | Barbara J.B. Blackmon, et al. v. Coachmen Industries, Inc., et al. | 10-1359 |
| MSS | 1 | 09-833 | Latesha Anders, et al. v. Gulf Stream Coach, Inc., et al. | 10-1360 |
| MSS | 1 | 09-837 | Mary Hawkins v. Gulf Stream Coach, Inc., et al. | 10-1361 |
| MSS | 1 | 09-839 | Robert Meshell v. Skyline Corp., et al. | 10-1362 |
| MSS | 1 | 09-840 | Gloria Jean Otis, et al. v. Gulf Stream Coach, Inc., et al. | 10-1363 |
| MSS | 1 | 09-843 | Kenya Hawkins, etc. v. Coachmen Recreational Vehicle Co., LLC, et al. | 10-1364 |
| MSS | 1 | 09-844 | Deloris Booth, et al. v. Keystone Industries, Inc., et al. | 10-1365 |
| MSS | 1 | 09-850 | Betty Coles, et al. v. DS Corp., et al. | 10-1366 |
| MSS | 1 | 09-849 | Wilbert Chatman, et al. v. Jayco, Inc., et al. | 10-1367 |
| MSS | 1 | 09-853 | Richard Cowan, et al. v. Dutchmen Manufacturing, Inc., et al. | 10-1368 |
| MSS | 1 | 09-854 | Ramona Bradley, et al. v. River Birch Homes, Inc., et al. | 10-1369 |
| MSS | 1 | 09-859 | Belinda Slade, et al. v. Sunnybrook RV, Inc., et al. | 10-1370 |
| MSS | 1 | 10-14 | Lucy Beemon, et al. v. Jayco, Inc., et al. | 10-1371 |
| MSS | 1 | 10-52 | Sandra DiEugenio, et al. v. Destiny Industries, LLC, et al. | 10-1372 |
| MSS | 1 | 10-53 | Vince Anderson, et al. v. Northwood Investments Corp., et al. | 10-1373 |
| MSS | 1 | 10-54 | Lillian Johnson, et al. v. Timberland RV Co., et al. | 10-1374 |
| MSS | 1 | 10-57 | John H. Copeland, et al. v. American Camper Manufacturing, LLC, et al. | 10-1375 |
| MSS | 1 | 10-58 | Dorothy Dillon, et al. v. Dutchmen Manufacturing, Inc., et al. | 10-1376 |
| MSS | 1 | 10-75 | Wallace Fairley, et al. v. Stewart Park Homes, Inc., et al. | 10-1377 |
| MSS | 1 | 10-77 | Barbara Abdelhafiz, et al. v. Thor Industries, Inc., et al. | 10-1378 |
| MSS | 1 | 10-78 | Adam Breaux, et al. v. Gulf Stream Coach, Inc., et al. | 10-1380 |
| MSS | 1 | 10-79 | Melissa Wesley, etc. v. Sunray RV, LLC, et al. | 10-1381 |
| MSS | 1 | 10-80 | Margaret Robinson, et al. v. SunnyBrook RV, Inc., et al. | 10-1382 |
| MSS | 1 | 10-81 | Beverly Frizzell, et al. v. DS Corp., et al. | 10-1383 |
| MSS | 1 | 10-82 | Joseph Jerkins, et al. v. Recreation by Design, LLC, et al. | 10-1384 |
| MSS | 1 | 10-83 | John Wilborn, et al. v. River Birch Homes, Inc., et al. | 10-1385 |
| MSS | 1 | 10-84 | Stephanie Armstrong, et al. v. Starcraft RV, Inc., et al. | 10-1386 |

**MDL No. 1873 - Schedule CTO-24 - Tag-Along Actions (Continued)**

EDLA SEC.N/5

| DIST. | DIV. | C.A.# | CASE CAPTION | |
|---|---|---|---|---|
| MSS | 1 | 10-85 | Ralph Hudson, et al. v. Sunline Acquisition Co., Ltd., et al. | 10-1388 |
| MSS | 1 | 10-86 | Charlotte Harbin, et al. v. Scotbilt Homes, Inc., et al. | 10-1389 |
| MSS | 1 | 10-87 | Ricky Patterson v. American Camper Manufacturing, LLC, et al. | 10-1391 |
| MSS | 1 | 10-88 | Audrey Bousqueto, et al. v. Heartland Recreational Vehicles, LLC, et al. | 10-1392 |
| MSS | 1 | 10-89 | Frank Bridges, Jr., et al. v. TL Industries, Inc., et al. | 10-1393 |
| MSS | 1 | 10-90 | John E. Deflanders, et al. v. Thor Industries, Inc., et al. | 10-1394 |
| MSS | 1 | 10-91 | Roy Causey, et al. v. Syline Corp., et al. | 10-1395 |
| MSS | 1 | 10-92 | Ginger Allday-Johnson, et al. v. Recreation By Design, LLC, et al. | 10-1396 |
| MSS | 1 | 10-93 | Donna S. Allen, et al. v. Keystone RV Co., et al. | 10-1397 |
| MSS | 1 | 10-94 | Consuella Swan, et al. v. Jayco, Inc., et al. | 10-1398 |
| MSS | 1 | 10-95 | Louetha Batiste, et al. v. Dutchmen Manufacturing, Inc., et al. | 10-1399 |
| MSS | 1 | 10-96 | Matthew Bullock, Sr., et al. v. Coachmen Industries, Inc., et al. | 10-1400 |
| MSS | 1 | 10-97 | Christell Anderson, et al. v. Cavalier Home Builders, LLC, et al. | 10-1401 |
| MSS | 2 | 10-11 | Deborah Kendrick, etc. v. Forest River, Inc., et al. | 10-1402 |
| MSS | 2 | 10-54 | Lawrence Brewer v. Coachmen Industries, Inc., et al. | 10-1403 |
| MSS | 2 | 10-55 | Ruby Lee Magee v. Thor Industries, Inc., et al. | 10-1404 |
| MSS | 3 | 09-790 | Rosalind Narcisse v. Gulf Stream Coach, Inc., et al. | 10-1405 |
| MSS | 3 | 09-792 | T.L. May v. Gulf Stream Coach, Inc., et al. | 10-1406 |
| MSS | 4 | 10-30 | Ollie Coleman v. Forest River, Inc., et al. | 10-1409 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

May 4, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-24)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on April 19, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Teresa Bishop*
Teresa Bishop
Deputy Clerk

Attachments
cc: Transferee Judge: Judge Kurt D. Engelhardt

JPML Form 36C

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION  MDL No. 1873

## PANEL SERVICE LIST (CTO-24)

Frank J. D'Amico, Jr.
Law Office of Frank J. D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113
**damico@damicolaw.net**

Rose M. Hurder
HAWKINS STRACENER & GIBSON
PLLC
153 Main Street
Bay St. Louis, MS 39520
**rose@hsglawfirm.net**

Catherine H. Jacobs
FEMA TRAILER LITIGATION ANNEX
1161 Robinson Street
Ocean Springs, MS 39564
**cathyftia@gmail.com**

Michael David Kurtz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
**dkurtz@bakerdonelson.com**

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
**gmeunier@gainsben.com**

Lacey M. Moore
NEXSEN PRUET PLLC
201 South Tryon Street
Suite 1200
Charlotte, NC 28202
**lmoore@nexsenpruet.com**

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
**andreww@duplass.com**

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                MDL No. 1873

## INVOLVED JUDGES LIST (CTO-24)

Hon. Tom S. Lee
Senior U.S. District Judge
222 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## INVOLVED CLERKS LIST (CTO-24)

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201