# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION § § § § | MDL No. 1873<br><br>SECTION N(5) |
| THIS DOCUMENT IS RELATED TO: § § | JUDGE ENGELHARDT |
| *Charlie Age, et al v. Gulf Stream Coach, Inc., et al* § *Docket No. 09-2892   (Easton Charles, Jr.)* § *Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al* § *Docket No. 08-8320 (Robin Lewis)* § | MAGISTRATE CHASEZ |

## FLUOR ENTERPRISES, INC.'S MOTION TO CONVERT DISMISSAL OF BELLWETHER PLAINTIFFS' CLAIMS WITHOUT PREJUDICE TO WITH PREJUDICE

Defendant, Fluor Enterprises, Inc. (**FEI**), moves this Court for an order converting bellwether plaintiffs, Easton Charles, Jr.'s and Robin Lewis's, voluntary dismissals of their claims against FEI without prejudice to a dismissal with prejudice, in conformity with this Court's prior rulings and pursuant to Fed. R. Civ. P. 60(b)(6).  The factual and legal bases for this motion are set forth in the attached memorandum.

        Respectfully submitted,

        **MIDDLEBERG, RIDDLE & GIANNA**

        *s/ Sarah A. Lowman*
        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        Telephone: (504) 525-7200
        Facsimile: (504) 581-5983

        *-and-*

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

        *-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.

                                                     */s/ Sarah A. Lowman.*

ND: 4814-2556-7750, v.  1