UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO: | § § | JUDGE ENGELHARDT |
| *Charlie Age, et al v. Gulf Stream Coach, Inc., et al* *Docket No. 09-2892   (Easton Charles, Jr.)* *Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al* *Docket No. 08-8320 (Robin Lewis)* | § § § § | MAGISTRATE CHASEZ |

### NOTICE OF HEARING

TO:   All Counsel of Record

    PLEASE TAKE NOTICE that defendant, Fluor Enterprises, Inc., will bring on for hearing its motion to convert dismissal of bellwether plaintiffs' claims without prejudice to with prejudice on **2nd day** of **June, 2010** at **9:30 o'clock a.m**., before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, Section "N-5," 500 Camp Street, New Orleans, Louisiana 70130.

_____
JUDGE KURT D. ENGELHARDT

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:   s/ Sarah A. Lowman
      Dominic J. Gianna, La. Bar No. 6063
      Sarah A. Lowman, La. Bar No. 18311
      201 St. Charles Avenue, Suite 3100
      New Orleans, Louisiana 70170
      Telephone: (504) 525-7200
      Facsimile: (504) 581-5983
      dgianna@midrid.com
      slowman@midrid.com

      *-and-*

      Charles R. Penot, Jr. (La. Bar No. 1530 &
      Tx. Bar No. 24062455)
      717 North Harwood, Suite 2400
      Dallas, Texas 75201
      Tel: (214) 220-6334; Fax: (214) 220-6807
      cpenot@midrid.com

      *-and-*

      Richard A. Sherburne, Jr., La. Bar No. 2106
      450 Laurel Street, Suite 1101
      Baton Rouge, Louisiana 70801
      Telephone: (225) 381-7700
      Facsimile: (225) 381-7730
      rsherburne@midrid.com

      **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                              *s/ Sarah A. Lowman.*

ND: 4816-2958-1318, v. 1