UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO: | § § | JUDGE ENGELHARDT |
| *Charlie Age, et al v. Gulf Stream Coach, Inc., et al Docket No. 09-2892   (Easton Charles, Jr.)* *Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al Docket No. 08-8320 (Robin Lewis)* | § § § § | MAGISTRATE CHASEZ |

## ORDER

CONSIDERING THE FOREGONG MOTION,

IT IS ORDERED that Fluor Enterprises, Inc.'s motion to convert dismissal of bellwether plaintiffs' claims without prejudice to with prejudice is hereby granted, dismissing the claims of Robin Lewis and Easton Charles, Jr. against Fluor Enterprises, Inc. in Civil Action Nos. 08-8320 and 09-2892, respectively, with prejudice.

New Orleans, Louisiana this _____ day of May, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

ND: 4814-4490-0870, v. 1