UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Earline Castanel v. Recreation by Design, LLC* | | * | |
| Docket No. 09-3251 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S OBJECTIONS TO
DEPOSITION DESIGNATIONS OF
DAVID GARRATT

COMES NOW Plaintiff Earline Castanel and submits these objections to certain portions of Defendant Recreation by Design, LLC's designated deposition testimony of David Garratt (a copy of the Garratt deposition transcript was previously delivered to the Court).

28:05-11 The witness, a FEMA employee testifies about the purpose of a declaration he has prepared. The witness says it is related to litigation. This reference and testimony is irrelevant, confusing, misleading and prejudicial. The jury may think that the United States is a defendant in the case once they hear the testimony as the witness is a United States employee. Therefore, the document is prejudicial.  Furthermore, the litigation he was discussing was a prior litigation and not the case at hand, therefore, it would be confusing to the jury and possibly mislead the jury.

60:17 - 61:14.  Plaintiff objects to this designation as irrelevant. On 59:05, the document is disclosed as coming from Congressman Waxman and then later in lines 60:17-61:14 the

1

document is read and then the witness is asked if he agrees with it. Further Plaintiff would object to the extent that the Court has previously ruled that political proceedings should not be allowed in evidence in trial, here we have a reading from a document from political proceedings and the reading should not be allowed. It would also be irrelevant to get the witness's opinion on a matter that has been excluded by the Court.

    Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:    504/528-9973
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       MIKAL WATTS, Texas # 20981820
       DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.

                                             s/Gerald E. Meunier
                                             GERALD E. MEUNIER, #9471