UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
|            FORMALDEHYDE PRODUCTS | * | |
|            LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Earline Castanel v. Recreation by Design, LLC* | * | |
| Docket No. 09-3251 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S RESPONSES
TO OBJECTIONS TO DEPOSITION DESIGNATIONS OF
DAVID GARRATT

COMES NOW Plaintiff Earline Castanel and submits these Responses to Defendant Recreation by Design LLC's Objections to Plaintiff's Deposition Designations of David Garratt (a copy of the Garratt deposition transcript was previously delivered to the Court).

50:21-22; 51:01-12; 52:22-54:05 Defendant claims that post unit manufacture and media coverage not related to Castanel. Plaintiff agrees that there was no media coverage directly on the Castanel unit, but media coverage and action taken by FEMA is relevant.  Further this media coverage would go to a post-sale duty to warn therefore it is relevant and Plaintiff was still living in the unit when this media coverage occurred.

72:02-05, 72:11-13 & 77:05-79:19 Plaintiff withdraws this testimony.

153:17-157:08 Plaintiff withdraws this testimony.

198:18-199:14 Plaintiff withdraws this testimony.

1

200:14-202:22 Plaintiff withdraws this testimony.

238:18-239:15 Plaintiff withdraws this testimony.

>Respectfully submitted:
>
>**FEMA TRAILER FORMALDEHYDE
>PRODUCT LIABILITY LITIGATION**
>
>BY:   s/Gerald E. Meunier
>      GERALD E. MEUNIER, #9471
>      **PLAINTIFFS' CO-LIAISON COUNSEL**
>      Gainsburgh, Benjamin, David, Meunier &
>      Warshauer, L.L.C.
>      2800 Energy Centre, 1100 Poydras Street
>      New Orleans, Louisiana 70163
>      Telephone:   504/522-2304
>      Facsimile:   504/528-9973
>      gmeunier@gainsben.com
>
>      s/Justin I. Woods
>      JUSTIN I. WOODS, #24713
>      **PLAINTIFFS' CO-LIAISON COUNSEL**
>      Gainsburgh, Benjamin, David, Meunier &
>      Warshauer, L.L.C.
>      2800 Energy Centre, 1100 Poydras Street
>      New Orleans, Louisiana 70163
>      Telephone:   504/522-2304
>      Facsimile:   504/528-9973
>      jwoods@gainsben.com
>
>      **COURT-APPOINTED PLAINTIFFS'
>      STEERING COMMITTEE**
>      ANTHONY BUZBEE, Texas # 24001820
>      RAUL BENCOMO, #2932
>      FRANK D'AMICO, #17519
>      MATT MORELAND, #24567
>      LINDA NELSON, #9938
>      MIKAL WATTS, Texas # 20981820
>      DENNIS REICH, Texas #16739600

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing on May 6, 2010.

                                               s/Gerald E. Meunier
                                            GERALD E. MEUNIER, #9471