MINUTE ENTRY
ENGELHARDT, J.
May 6, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO ALL CASES
May 17, 2010 Recreation by Design trial

    A pre-trial conference was conducted on Thursday, May 6, 2010, at 9:00 a.m. Participating were Andrew D. Weinstock, Mikal C. Watts, Dennis C. Reich, Chris Pinedo, Lyon H. Garrison, Scott P. Yount, Randall C. Mulcahy, and Robyn Lessinger.

Court Reporter: Jodi Simcox

JS10(2:00)