UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 09-3251 | * | |
| *Earline Castanel, et al. vs. Recreation by Design, LLC, et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

**PLAINTIFF'S AMENDED FINAL WITNESS LIST**

NOW INTO COURT, through undersigned counsel, come Plaintiff, **Earline Castanel**, pursuant to this Honorable Court's Trial Scheduling Order dated December 23, 2009 (Doc. No. 9471), who hereby submits the following Amended Final Witness List in connection with the above captioned matter:

| | Category: | Witness: | Type of Witness: | May/Will Call: |
|---|---|---|---|---|
| | **Plaintiff:** | | | |
| 1 | | Earline Castanel | Fact | Will Call |
| | **Specific to Castanel:** | | | |
| 2 | | Laverne Castanel Williams<br>Plaintiff's Daughter | Fact | May Call |
| 3 | | Sandra Castanel Davis<br>Plaintiff's Daughter | Fact | May Call |
| 4 | | Kim Castanel<br>Plaintiff's Daughter | Fact | May Call |
| 5 | | Edwin Ganier<br>Family Friend | Fact | May Call |

EXHIBIT
Castanel-PTO
Exhibit D

| 6 | | Priest<br>St. Peter Claver Catholic School and Church | Fact | May Call |
|---|---|---|---|---|
| | **Experts:** | | | |
| 7 | | Dr. Lee Branscome, Ph.D., C.C.M. | Expert | May Call |
| 8 | | Dr. Paul Hewett, Ph.D. | Expert | Will Call |
| 9 | | Paul LaGrange | Expert | Will Call |
| 10 | | Dr. Kenneth Laughery, Ph.D. | Expert | Will Call |
| 11 | | Alexis Mallet, Jr. | Expert | Will Call |
| 12 | | Dr. Gerald McGwin, Jr., M.S., Ph.D. | Expert | Will Call |
| 13 | | Dr. Lawrence Miller, M.D., M.P.H. | Expert | Will Call |
| 14 | | Charles David Moore, P.E., P.L.S. | Expert | Will Call |
| 15 | | Ervin Ritter, P.E. | Expert | Will Call |
| 16 | | William Scott, P.E., C.H.M.M. | Expert | Will Call |
| 17 | | Dr. Edward Shwery, Ph.D. | Expert | Will Call |
| 18 | | Dr. Stephen Smulski, Ph.D. | Expert | Will Call |
| 19 | | Dr. Patricia Williams, Ph.D., D.A.B.T. | Expert | Will Call |
| | **Medicals:** | | | |
| 20 | | Medical Records Custodian of The Family Doctors (Dr. Alan Bowers) | Fact | May Call |
| 21 | | Medical Records Custodian of West Jefferson Medical Center | Fact | May Call |
| 22 | | Medical Records Custodian of Dr. Carter Paddock, Dermatologist | Fact | May Call |
| 23 | | Medical Records Custodian of O'Byrne Eye Clinic (Dr. Marilu O'Byrne) | Fact | May Call |
| 24 | | Medical Records Custodian of Metropolitan Gastroenterology (Dr. S.T. Reddy) | Fact | May Call |

| 25 | | Medical Records Custodian of Ochsner Hospital | Fact | May Call |
|---|---|---|---|---|
| 26 | | Medical Records Custodian of P.M.A. Medical Treatment Centers (Dr. Joseph Gautreaux) | Fact | May Call |
| 27 | | Prescription Records Custodian of Walgreen's Pharmacy | Fact | May Call |
| 28 | | Any other physician who treated Plaintiff, Earline Castanel | Fact | |
| | **Recreation by Design, LLC:** | | | |
| 29 | | Representative of Recreation by Design, LLC | Fact | May Call |
| 30 | | Randall Rush President/Managing Member Quality Control Engineer, Design, and Development | Fact | May Call |
| 31 | | George Cornish Production Manager | Fact | May Call |
| 32 | | John Firestone In-House Controller | Fact | May Call |
| 33 | | Ronald Major Production Foreman | Fact | May Call |
| 34 | | Michael Gaume Production Contract Labor Consultant | Fact | May Call |
| 35 | | Johnny Martin Sales Manager | Fact | May Call |
| 36 | | Rebecca Pinkston Accounts Payable | Fact | May Call |

| | Government/ FEMA: | | | |
|---|---|---|---|---|
| 37 | | Dr. Christopher DeRosa<br>Previously Center for Disease Control and Prevention (CDC) | Fact/ Expert | May Call |
| 38 | | Commander Joseph Little<br>Emergency Coordinator for the National Institute for Occupational Safety and Health (NIOSH)í | Fact | May Call |
| 39 | | David E. Garratt<br>FEMA<br>Acting Deputy Administrator | Fact | May Call |
| 40 | | Rene Rodriguez<br>FEMA | Fact | May Call |
| 41 | | Stephen C. Miller<br>FEMA<br>Disaster Reservist in Region 2 | Fact | May Call |
| 42 | | Kevin Souza<br>FEMA<br>Enterprise Coordination and Information Management Section Chief, Virginia | Fact | May Call |
| 43 | | Michael Lapinski<br>FEMA<br>Federal Coordinating Officer | Fact | May Call |
| 44 | | Bryan McCreary<br>FEMA<br>Contracting Officer | Fact | May Call |
| 45 | | David Porter<br>FEMA<br>Contracting Officer's Technical Representative (COTR) | Fact | May Call |
| 46 | | Martin E. McNeese<br>FEMA<br>Program Officer for FEMA Region 8 in Individual Assistance Programs | Fact | May Call |

| 47 | | Guy Bonomo<br>FEMA<br>Direct Housing Operations Chief | Fact | May Call |
|---|---|---|---|---|
| 48 | | Stanley Larson<br>FEMA<br>Employee | Fact | May Call |
| 49 | | Mark Polk<br>FEMA<br>RV Construction and Design | Fact | May Call |
| | **Morgan Building & Spas, Inc.:** | | | |
| 50 | | Representative of Morgan Building and Spa, Inc. | Fact | May Call |
| 51 | | James Schilligo<br>Morgan Building Systems<br>Assistant to President of Morgan Building Systems | Fact | May Call |
| 52 | | Guy Morgan<br>Morgan Building Systems<br>President and CEO | Fact | May Call |
| | **Other:** | | | |
| 53 | | Representative of the Formaldehyde Council | Fact | May Call |
| 54 | | Nathan R. Vallette<br>W.D. Scott Group | Fact | May Call |
| 55 | | Ronni Troiano<br>W.D. Scott Group | Fact | May Call |
| 56 | | D. Scott Johnson<br>Bombet, Cashio & Associates<br>Photographer | Fact | May Call |
| 57 | | Reagan Johnson<br>C4 Animation<br>Animator | Fact | May Call |

| 58 | | A.J. Valenti<br>A.J. Valenti & Associates<br>Photographer | Fact | May Call |
|---|---|---|---|---|
| 59 | | Michael L. Zieman, P.E.<br>Resources Applications, Designs and Controls, Inc., Listing and Testing Division (RADCO)<br>Vice President | Fact | May Call |
| 60 | | Representative of Woodrow Wilson Construction Company, Inc. | Fact | May Call |
| 61 | | Representative of Jewel Smith D.B.A. Smith's Mobile Homes, Inc. | Fact | May Call |
| 62 | | Representative of Shaw Environmental, Inc. | Fact | May Call |
| 63 | | William Garpow<br>Recreational Park Trailer Industry Association<br>Executive Director | Fact | May Call |
| 64 | | Al Jarrell | Fact | May Call |
| 65 | | Any and all other witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiffs or depositions taken during discovery in this matter | Fact/Expert | |
| 66 | | Any and all witnesses listed by any other party in this action | Fact/Expert | |

Plaintiff respectfully reserves the right to call any witness who becomes known during discovery in this matter or is listed by any other party. Plaintiff further reserves the right to supplement and amend this list once discovery is complete or as directed by this Honorable Court.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    /s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       gmeunier@gainsben.com

       /s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    MIKAL WATTS, Texas # 20981820
    DENNIS REICH, Texas # 16739600
    ROBERT BECNEL, #14072

**CERTIFICATE OF SERVICE**

I hereby certify that on __April 15__, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

                                              _/s/ Justin I. Woods_
                                              JUSTIN I. WOODS (LA Bar #24713)