# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 <br> SECTION N (5) |
| VERSUS | * | JUDGE: ENGELHARDT |
| This Document Relates to: *GREEN, ET AL. vs. FLEETWOOD, ET AL. 09-2911* | * | MAGISTRATE: CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO MATCH PLAINTIFFS PURSUANT TO PRETRIAL ORDER NOS. 40, 49 AND 53

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs listed on the attached Exhibit "A", who respectfully submit to this Honorable Court this motion for an extension of time to match certain limited plaintiffs in compliance with Pretrial Orders 40, 49 and 53. Said Pretrial Orders ("PTO") require all plaintiffs shall be matched with third-party contactor/installer defendants within 45 days of the date of filing of the complaint. Pretrial Order No. 53 was issued on December 14, 2009. Plaintiffs filed a complaint in the Western District of Louisiana, which, by virtue of this Court's Order deems all Plaintiffs identified on the attached exhibit as unmatched by manufacturer and by contractor/installer defendants. These cases were transferred to the MDL. In March of 2010, the office from which the files were transferred to the MDL was notified of the deficiency by the Clerk's office and was told to correct same within forty-five days from the day of transfer from Mississippi to the MDL. However, our office has almost exhausted every avenue in which to match these Plaintiff's named manufacturers with an installer. A Request has been submitted for the entire IA files from FEMA. It is our understanding this process takes at least 33 days to be completed.

Plaintiffs would request the Court to allow them a sixty (60) day extension to comply with Pretrial Orders 40, 49, and 53 for complaints filed in the above-referenced civil action numbers.

Respectfully submitted:

/s/ Jermaine D. Williams
Jermaine D. Williams (#25937)
108 West Congress Street
Lafayette, Louisiana 70501
Phone: (337) 235-3989
Fax:    (337) 235-0130

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record via the Court's electronic filing system.

/s/ Jermaine D. Williams
Jermaine D. Williams