EXHIBIT A

*GREEN, ET AL. vs. FLEETWOOD, ET AL. 09-2911*

| Last Name | First Name |
|---|---|
| Adams | Ronald |
| Alexander | Herbert |
| Alexander | Lakenya |
| Alexander | Ronald |
| Bahwell | Edward |
| Bailey | Annie |
| Barber | Brian |
| Barber | Robert |
| Bartholomew | Pierre |
| Beasley | Carolyn |
| Beasley | Herman |
| Beasley | Shneitha |
| Bessard | Keiawanna |
| Bessie | Hebert |
| Bolden | Donnie |
| Bolden | Jeremiah |
| Bou | Sarom |
| Bouphasiry | Bualuang |
| Bourque | Melanie |
| Guy-Bradley | Carol |
| Broussard | Audrey |
| Broussard | Calvin |
| Broussard | Charlotte |
| Broussard | Maleka |
| Broussard | Rashida |
| Brown | Deidra |
| Carey | Joan |
| Carey | Sarah |
| Chav | Saran |
| Chhuon | Sakunthar |
| Civ | Niem |
| Coleman | Audrey |
| Davenport | Lethaniel |
| Davis | Angelica |
| Davis | Erica |
| Dejean | Freddie |
| Delcambre | Carl |
| Dokes | Dale |

| | |
|---|---|
| Duong | Chamroeun |
| Duong | Kong |
| Easter | Jimmie |
| Easter | Robert |
| Gage | Ebony |
| Green | Hannah |
| Green | Randy |
| Gonzalez | Martin |
| Guidry | Kirby |
| Harmon | Brenda |
| Harris | Thomas |
| Harrison | Patricia |
| Heard | Rita |
| Heang | Koeung |
| Hebert | Elaine |
| Jackson | Clarence |
| January | Kenneth |
| Jay | Barbara |
| Johnson | Anthony |
| Johnson | Jay |
| Johnson | Lydia |
| Johnson | Marc |
| Jones | Larry |
| Jones | Terry |
| Kang | Penh |
| Kap | Brenda |
| Keo | Bunly |
| Khath | Lorn |
| Kim | Puch |
| Lac | Leong |
| LaFrance | Stephan |
| Lai | Hen |
| Lat | Chhiet |
| Latigue | Lula |
| Le | Du Minh |
| Le | Loan |
| Lege | Barbara |
| Levine | Karen |
| Levine | Phyllis |
| Levy | Vanessa |
| Lewis | Brian |
| Lewis | Esther |
| Lewis | Lakeisha |

| | |
|---|---|
| Lim | Chhay |
| Mao | Chandarasy |
| Mao | Kim |
| Markham | Barron |
| Markhan | Sharon |
| Meas | Ponyda |
| Men | Sophal |
| Meyer | Monique |
| Miarm | Soeum |
| Mosley | Kim |
| Myers | Sidney |
| Newton | Mailk |
| Nghi | Son |
| Nguyen | Thanh |
| Nguyen | Dai |
| Noy | Phen |
| Noy | Phuorng |
| Nugent | Stephanie |
| Ny | Phoeur |
| Ogden | Tumbusui |
| Om | Rithy |
| Perry | Billy |
| Pham | DoanLoan |
| Pillette | Jacque |
| Pitt | Rasheeda |
| Plowden | Lisa |
| Prince | Robert |
| Prum | Thou |
| Pum | Neang |
| Quesada | Pedro |
| Rockette | Timothy |
| Roeum | Orn |
| Royal | Lillian |
| Sak | Kheng |
| Sarn | Sopheap |
| Sayanthone | Tommy |
| Seang | Meng |
| Sim | Y |
| Sinh | Pham |
| Siv | Saveoun |
| Sok | Nhip |
| Sovan | Sean |
| Spriggs | Judy |

| | |
|---|---|
| Spriggs | Keevie |
| Spriggs | Edwin |
| Srey | Vuthy |
| Stewart | Jane |
| Sun | Amara |
| Tayaman | Mark |
| Tayaman | Sandy |
| Teap | Phal |
| Thibeaux | Stephanie |
| Thornton | Trula |
| Tinh | Hand |
| Tran | Cung |
| Tran | Hoeang |
| Tran | Ngoc |
| Tran | Paul |
| Vong | Neang |
| Vong | Nonh |
| Vu | Bac Van |
| Walker | Rose |
| Washington | Rose |
| Webster | Kenneth |
| Wheeler | Diane |
| Wheeler | Ronnie |
| White | Ryan |
| Wilson | Derika |
| Wilson | Gladiola |
| Woods | Cynthia |
| Woods | Kenneth |