MINUTE ENTRY
CHASEZ, M.J.
MAY 5, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                            MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                           NUMBER: 07-1873

                                               SECTION: "N"(5)

HEARING ON MOTION

APPEARANCES:   James Percy, Justin Woods

MOTION:

(1)  Keystone's Motion to Compel (Rec. doc. 13270).

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(00:15)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

\_\_1\_\_ : Other. The Court declines to order the production of Mr. McGraw's tax returns provided that he formally moves to withdraw any claims he may have made for past lost wages and/or loss of future earning capacity. Keystone may, however, subpoena Mr. McGraw's employment records directly from the Social Security Administration.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE