UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA                                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                    SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ


THIS DOCUMENT IS RELATED TO:
*John M. Laird, et al v Keystone Industries,*
*Inc., et al., Case No. 2:10-cv-490*
_____

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO PERFECT SERVICE
ON DEFENDANTS
_____

COME NOW PLAINTIFFS, through undersigned counsel and respectfully request

additional time within which to perfect service on all Defendants.  In support thereof, Plaintiffs

show the following:

1.      The Complaint was originally filed in the Southern District of Mississippi on

January 8, 2010.

2.      Plaintiffs have been unable to serve the Defendants to date because Plaintiffs have

been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be

issued.  Plaintiffs have undertaken the following efforts to identify their contractor.  Plaintiffs

have received a copy of the lease and maintenance reports requested from the FEMA MS

Recovery Center.  FEMA has provided the manufacturer's information for the unmatched

Plaintiffs but has not provided the contractor information for these Plaintiffs (who both resided

within the same trailer).  Additionally, FEMA has not provided identification numbers adequate

to identify the contractor.   Furthermore, Plaintiffs has received their IA File, which did not

identify the contractor.  This Court previously considered these efforts and granted Plaintiffs an

extension of time to identify the Contractor.  Plaintiffs respectfully request a commensurate

amount of time to serve the Defendants.

        3.      David Kurtz, liaison counsel for the Contractor Defendants, and Jonathan

Waldron, counsel for the United States Department of Justice, have indicated that they do not

oppose Plaintiffs' motion.

        WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court

to extend the deadline by additional sixty (60) days to insure that service is perfected on all

parties.

        Respectfully submitted this the __7__ day of May, 2010.

                  By:        *s / Rose M. Hurder*
                                     Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*

ROSE M. HURDER
