**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*John M. Laird, et al v Keystone Industries,*
*Inc., et al., Case No. 2:10-cv-490*
_____

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO**
**EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS**
_____

COMES NOW PLAINTIFFS, through undersigned counsel, and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

1. The Complaint was originally filed in the Southern District of Mississippi on January 8, 2010.

2. Plaintiffs have been unable to serve the Defendants to date because Plaintiffs have been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiffs have undertaken the following efforts to identify their contractor: a) Plaintiffs have received a copy of the lease and maintenance reports that were requested from the FEMA MS Recovery Center which did not provide identification numbers adequate to identify the contractor; and b) Plaintiffs have received their IA File which also did not provide information numbers adequate to identify the contractor. This Court previously considered these efforts and

-1-

granted Plaintiffs an extension of time to identify the Contractor. Plaintiffs respectfully request a commensurate amount of time to serve the Defendants. David Kurtz, liaison counsel for the Contractor Defendants, and Jonathan Waldron, liaison counsel for the United States Department of Justice, have indicated that they do not oppose Plaintiffs' motion.

3. Plaintiffs assert that the foregoing creates good cause pursuant to FRCP Rule 4(m) for the court to extend the deadlines for service by an additional sixty (60) days.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline by additional sixty (60) days to insure that service is perfected on all parties.

Respectfully submitted this the __7__ day of May, 2010.

By: _____*s / Rose M. Hurder*_____
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                  *s / Rose M. Hurder*
                                                ROSE M. HURDER