# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION  N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Civil Case Nos.  10-457, 10-462* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS' NOTICE OF VOLUNTARY
## DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss Stewart Park Homes, Inc. and CH2M Hill Constructors, Inc. as defendants in the above captioned matters as these instant suits are duplicative of *Cheryl Tarrence and Denzel Tarrence v. Stewart Park Homes, Inc., et al,* 09-6775 (E.D. La. 2009) and   All cases involve the same substantive allegations.

Accordingly, Named Plaintiffs seek to voluntarily dismiss the above captioned matters, while reserving all rights and allegations in *Cheryl Tarrence and Denzel Tarrence v. Stewart Park Homes, Inc., et al*, 09-6775 (E.D. La. 2009).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.