UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, DOCKET NO. 09-3251 | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Enroll Additional Counsel of Record;

IT IS HEREBY ORDERED that Andrew D. Weinstock, of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, be allowed and is hereby enrolled as additional counsel of record for Recreation by Design, LLC in the above captioned matter.

New Orleans, Louisiana, this  7th  day of    May   , 2010.

_____
HON. KURT D. ENGELHARDT