UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE CHASEZ |
| *EARLINE CASTANEL, ET AL* | * | |
| *v.  RECREATION BY DESIGN, LLC* | * | |
| *ET AL*, *DOCKET NO. 09-3251* | * | |

**************************************************************************

**DEFENDANT, RECREATION BY DESIGN, LLC'S, MEMORANDUM
IN SUPPORT OF OBJECTIONS TO CERTAIN PLAINTIFF EXHIBITS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Recreation By Design, LLC (hereinafter "RBD"), who submits the following objections to certain Plaintiff Exhibits, as set forth in Exhibit A.

Due to the considerable amount of exhibits at issue, RBD sets forth its objections on the Plaintiff's Final Exhibit List,[1] which is attached hereto as Exhibit A.  The nature and

---

[1] Plaintiff has indicated via strike outs that she is withdrawing certain exhibits.  As such, RBD  has not asserted an objection to any exhibit withdrawn by the Plaintiff.  RBD, does however, reserve its right to object to any document that Plaintiff subsequently returns to her

basis of each objection is listed by the contested exhibit. Additionally, given the voluminous nature of the exhibits listed and those that are objected to, at this time, copies of each objectionable exhibit are not being attached to this motion. RBD will promptly produce copies of any exhibit the Court should want to review.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591

exhibit list.