UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                 SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER AND REASONS

Before the Court is Plaintiff's Motion to Exclude the Testimony of Dr. Ronald French

(Rec. Doc. 13603), which is opposed by Recreation By Design, LLC ("RBD"). After

considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that **Plaintiff's Motion to Exclude the Testimony of Dr. Ronald**

**French (Rec. Doc. 13603)** is **DENIED**, for substantially the same reasons stated by RBD in its

Opposition. (See Rec. Doc. 13938).

New Orleans, Louisiana, this 10th day of May, 2010.

                                   _____
                                   **KURT D. ENGELHARDT**
                                   **UNITED STATES DISTRICT JUDGE**