UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 66

On May 7, 2010, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Andy Weinstock, Joe Glass, Matt Moreland, Ernie Gieger, Frank D'Amico, Jr., Jerry Saporito, Jim Percy, Stewart Tharp, Adam Dinnell, Tim Scandurro, Robert Becnel, Henry Miller, Mikal Watts, Dave Kurtz, Karen Whitfield, Gerry Barrios, Dennis Reich, Raul Bencomo, Charles E. Leche, Chris Pinedo, John J. Hainkel, Ralph Hubbard, Linda Nelson, Lyon Garrison, Charles Penot, Richard Sherburne, Eric Lindstrom, and Lamont Domingue. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.



During the conferences, the Court **ORDERED** as follows:

(1)     **On Friday, June 25, 2010 at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(2)     A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, June 25, 2010 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that a telephone conference is **SET** for **Thursday, May 13, 2010 at 9:00 a.m.** to discuss the Keystone bellwether trial. Plaintiff's counsel shall initiate the conference call by either (1) getting all participating counsel on the telephone and then calling the Court, or (2) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

New Orleans, Louisiana, this 7th day of March 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

2