PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:  _____

PLAINTIFF(S)

# CouRtRoom 351

versus

Magistrate: _____

DEFENDANT(S)

# FemA

*********************************

CONFERENCE: ____ PRE-TRIAL ____ ✓ STATUS ____ SETTLEMENT

DATE: **5-7-10**        TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Mikal Watts | Watts Guerra Craft | PSC |
| Henry Miller | DOJ | USA |
| Linda J. Nelson | Lambert + Nelson, PLC | PSC |
| Jerry Saporito | Leake Andersson | Fleetwood |
| Raul R. Bencomo | Bencomo & Assoc. | PSC |
| John J. Houle | Frilot LLC | American Radiation Services / Bechtel Nat'l |
| Karen Whitfield | Baker Donelson | Shaw |
| Jimmie Percy | Jones Walker | Keystone |
| David Kurtz | Baker Donelson | Shaw |
| Justin Woods | Gainsburgh | PSC |

PTQ Received: _____

Trial Set: _____
          Jury/Non-Jury

                                           CIVIL/CRIMINAL ACTION NO.: _____
_____
PLAINTIFF(S)              Courtroom 351
versus

_____                     Magistrate: _____
DEFENDANT(S)              FeMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ✓   PRE-TRIAL ____   STATUS ____   SETTLEMENT ____

DATE: 5-7-10           TIME: 10:00 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Robert M. Becnel | Becnel | PSC |
| Brent Maggio | Alden + Gooch(?) | Heartland |
| Jon Dargli(?) | | |
| Theresa Anderson | MMP | Athens |
| Tom Cougill(?) | W F&C | Jayco & Starcraft |
| Rodney Cashe(?) Jr | Thompson Coe Cousins, Inc | Cavn & Fosser Speedway Ins |
| Carl Giffin(?) | Bernard Cassisa | Superior |
| Tara Gilbreath | Gainsburgh + Benjamin | PSC |
| Raul R. Bencomo | Bencomo & Associates | PSC |
| Charles F. Leche | Deutsch, Kerrigan | Insuran Liaison |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

PLAINTIFF(S) **Courtroom 351**

VERSUS

DEFENDANT(S) **FeMA**   Magistrate: _____

*********************************************

CONFERENCE: ___ PRE-TRIAL ___ STATUS ✓ ___ SETTLEMENT

DATE: **5-7-10**   TIME: **10:00 AM**

## PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Eric Lindstrom | Caddock Dons Kruve | Palm Harbor |
| Ben Geang | Hurricane legal | Plaintiffs |
| Dewi Vke | Hurricane lege | Plaintiff |
| Denia S. Wicegbusi | Porteous, Hainkel + Johnson | |
| Cynthia Thomas | Galloway, Johnson | Sunnybrook |
| Delbert Wilher | KZRV | KZRV |
| Charles Penot | MRG | Fluor Enterprises, Inc. |
| Richard Sherburne | MRG | "       "       "       " |
| Joe Glass | Duplass | Gulf Stream |
| Eric B Berger | Lobman | Crum + Forster |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

PLAINTIFF(S) _____   Courtroom 351

VERSUS

Magistrate: _____

DEFENDANT(S) _____   FEMA

*****************************************************

CONFERENCE: ___ PRE-TRIAL ___ STATUS ✓ ___ SETTLEMENT

DATE: _____   TIME: 10:00 AM

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Will Montz | Laborde + Neuner | Horton Homes |
| Evan Plauche | Aacley McNamara | Oak Creek |
| Jason Bone | Gieger, Laborde | Forest River |
| Dewey Scandurro | Scandurro & Layrisson | Gulf Stream Coach |
| Carson Strickland | Gieger Laborde | Forest River |
| John Park | Hurricane Legal Ctr. | Gulf/Plaintiff |
| Dennis Reich | Reich & Binstock | PSC |

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

PLAINTIFF(S) _____

versus

Courtroom 351

Magistrate: _____

DEFENDANT(S) _____

FEMA

*********************************************************

CONFERENCE: ✓ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: 5-7-10    TIME: 10:00 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Robert Sheesley | McGlinchey Stafford | Skyline/Layton |
| Larry Feldman | " | " |
| Chris Pinedo | Chris Pinedo Atty at Law | TL Castanel |
| Adam Dinnell | USDOJ | USA |
| Lamont Domingue | Voorhies & Labbe | Cavalier |
| Gerry Barrios | Baker Donelson | CH2M Hill |
| Quin Culot | McKenzie | Various |

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)         Courtroom 351

versus

_____  Magistrate: _____
DEFENDANT(S)         FEMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ✓   ___ PRE-TRIAL   ___ STATUS   ___ SETTLEMENT

DATE: 5-7-10        TIME: 10:00 AM

## PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Denise Martin | Gainsburgh | TT |
| Matt Moreland | Becnel | TT |
| Stewart Tharp | Taylor Porter | Coachman |
| Lynn Garrison | Garrison Yount | RBD. |
| Christine Lipsey | McGlinchy Stafford | Morgan |
| Ralph Hubbard | Lugenbuhl | Insurer Liaison Counsel |
| Kelly Brian | Jeansonne Remondet | Insurer |
| Anne Briard | Lugenbuhl | Liberty Mutual |
| Travis Baker | Hurricane Legal | Plaintiff |
| Andy Weinstock | Duplass | D Liason |