**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY** | * | **SECTION "N-5"** |
| **LITIGATION** | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **MAG. JUDGE CHASEZ** |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL, DOCKET NO. 09-3251* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**RBD's PROPOSED JURY VERDICT FORM**

**A. RECREATION BY DESIGN, LLC ("RBD")**

    **1. Do you find that the RBD trailer occupied by Earline Castanel ("Castanel") was unreasonably dangerous in its construction or composition?**

    **Yes \_\_\_\_\_     No \_\_\_\_\_**

    **[PROCEED TO QUESTION NO.2]**

    **2. Do you find that the RBD trailer occupied by Castanel was unreasonably dangerous in its design?**

    **Yes \_\_\_\_\_     No \_\_\_\_\_**

    **[PROCEED TO QUESTION NO.3]**

3. Do you find that the RBD trailer occupied by Castanel was unreasonably dangerous because an adequate warning about the trailer was not provided?

Yes _____   No _____

[IF YOU ANSWERED ANY OF QUESTION NUMBERS 1,2, or 3 "YES", PROCEED TO QUESTION NO.4. IF YOU ANSWERED EACH AND ALL OF QUESTION NUMBERS 1, 2, AND 3 "NO", PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

4. Do you find that any unreasonably dangerous condition of the trailer existed at the time it left RBD's control?

Yes _____   No _____

[IF YOU ANSWERED QUESTION NUMBER 4 "YES", PROCEED TO QUESTION NO.5. IF YOU ANSWERED QUESTION NUMBER 4 "NO", PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

5. Do you find that Castanel sustained injury to which RBD substantially contributed, as a result of any unreasonably dangerous condition of the trailer?

Yes _____   No _____

[IF YOU ANSWERED QUESTION NO.5 "YES", PROCEED TO SECTION B, QUESTION NO.6. IF YOU ANSWERED "NO" TO QUESTION NO. 5, PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

**B. ALLOCATION OF FAULT/DAMAGES**
   **[DO NOT COMPLETE UNLESS YOU HAVE ANSWERED "YES" TO QUESTIONS NOS. 4 & 5]**

   **6. Please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following parties and non-parties. Please be careful to enter "0" or leave blank where you have found no fault on the part of a party in your previous answers. All numerical percentages you enter in this question should add up to a total of 100%:**

| | |
|---|---|
| **Defendant RBD, Inc.** | _____ % |
| **Plaintiff Earline Castanel** | _____ % |
| **Shaw Environmental, Inc.** | _____ % |
| **United States (FEMA)** | _____ % |
| **Morgan Building & Spas** | _____% |
| **Person or Entity Other than Defendant, FEMA, or Castanel (maintenance and deactivation contractors or MDCs)** | _____ % |
| | **100 % TOTAL** |

**[PROCEED TO QUESTION NO.7]**

   **7. What amount of damages, if any, do you find should be awarded with respect to each of the following claims:**

| | |
|---|---|
| **Past, present and future physical pain and suffering of Earline Castanel:** | $_____ |
| **Past, present and future mental anguish and emotional distress of Earline Castanel:** | $_____ |
| **Past medical expenses for Earline Castanel:** | $_____ |
| **Future medical expenses for Earline Castanel:** | $_____ |
| **Loss or impairment of life's pleasures for Earline Castanel:** | $_____ |

Date _____                    _____
                                                Jury Foreperson


                                        Respectfully submitted,


                                        */s/ Lyon H. Garrison*_____
                                        LYON H. GARRISON, Bar No. 19591
                                        SCOTT P. YOUNT, Bar No. 22679
                                        RANDALL C. MULCAHY, Bar No. 26436
                                        DARRIN L. FORTE, Bar No. 26885
                                        KELLY M. MORTON, Bar No. 30645
                                        **GARRISON, YOUNT, FORTE**
                                        **& MULCAHY, LLC**
                                        909 Poydras Street, Suite 1800
                                        New Orleans, Louisiana 70112
                                        Telephone: (504) 527-0680
                                        Facsimile: (504) 527-0686
                                        *Attorneys for Recreation By Design, LLC*
                                        Email: lgarrison@garrisonyount.com


## CERTIFICATE OF SERVICE

I hereby certify that on May 10th, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                        _____*/s/ Lyon H. Garrison*_____
                                        LYON H. GARRISON, Bar No. 19591