UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                     SECTION "N-5"

                                                                 JUDGE ENGELHARDT

                                                                 MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*John M. Laird, et al v Keystone Industries, Inc., et al., Case No. 2:10-cv-490*

## ORDER

Considering the foregoing Motion of Plaintiffs, Plaintiffs are allowed an additional sixty (60) days or until __July 9th__, 2010, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this 10th day of __May__, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net