ROBERT WOZNIAK

1

1            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2
IN RE: FEMA TRAILER          *   MDL NO. 1873
3        FORMALDEHYDE PRODUCTS   *
        LIABILITY LITIGATION    *   SECTION "N" (5)
4                                *
THIS DOCUMENT IS RELATED      *
5 TO: 09-3251                   *
Earline Castanel, et al. vs.  *   JUDGE ENGELHARDT
6 Recreation By Design, LLC     *
and Shaw Environmental, Inc.  *   MAGISTRATE CHASEZ
7

8

9

10  ************************************************************

11

          VIDEOTAPED DEPOSITION OF ROBERT E. WOZNIAK
12
                    April 20, 2010
13

14  ************************************************************

15

16

17

      VIDEOTAPED DEPOSITION OF ROBERT E. WOZNIAK,
18 produced at the instance of Plaintiff and duly
sworn, was taken in the above-styled and numbered
19 cause on the 20th day of April, 2010, from 9:42 a.m.
until 10:57 a.m., before Judy S. Hodges, CSR, in and
20 for the State of Texas, reported by stenograph machine,
at the offices of Ross Reporting Services, Inc., 11706
21 Playa Court, Houston, Harris County, Texas.

22

23

24

25                              JOB NUMBER: _____

ROSS REPORTING SERVICES, INC.

Electronically signed by judy hodges (101-114-351-9776)                861162be-de8

EXHIBIT

tabbies

2

ROBERT WOZNIAK

20

1    is that correct?

2        A    That's correct.

3        Q    We are going to mark that Wozniak Number 2,

4    and Wozniak Number 1 is the notice of deposition which

5    we're going to attach to your deposition.  Okay?

6        A    Okay.

7             (Exhibit Number 2 was marked for

8             identification and is attached hereto)

9        Q    (BY MR. BENCOMO)  Let me give you Wozniak 2

10   back, and I'd just like to ask you some questions about

11   the report itself.  You obtained a degree in mechanical

12   engineering; is that not correct, sir?

13       A    That's correct.

14       Q    And where did you obtain that degree from?

15       A    From a place called General Motors Institute

16   which is now known as Kettering University.

17       Q    And where is Kettering University located?

18       A    Flint, Michigan.

19       Q    And what specifically was the degree that you

20   obtained?

21       A    A bachelor of mechanical engineering.

22       Q    Now, subsequent to that you have worked in

23   engineering, if you will, the field of engineering

24   basically your entire work life history; is that

25   correct?

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

21

1      A    That's correct.

2      Q    After -- I believe you worked for General

3   Motors from about '69 to 1978.  Is that correct?

4      A    That's correct.

5      Q    And then at some point you went to work for

6   Nissan Motor Manufacturing, correct?

7      A    There was first Nissan Motor Corporation

8   followed by Nissan Motor Manufacturing!

9      Q    Nissan Motor would have been 1978 to 1981?

10     A    That's correct.

11     Q    And Nissan Motor Manufacturing would have been

12  from 1981 to 1983?

13     A    That's correct.

14     Q    Now, the bulk of your work life experience was

15  with Fleetwood Enterprises; is that correct?

16.    A    That's correct.

17     Q    And why don't you please share with the jury

18  what Fleetwood Enterprises was during the time that you

19  worked for them.

20     A    Sure.  Fleetwood Enterprises was a corporation

21  involved in the manufacture and sales of two primary

22  products, one being manufactured housing, the other

23  being recreational vehicles.

24     Q    And you actually worked for Fleetwood

25  Enterprises from 1983 to the year 2006?

ROSS REPORTING SERVICES, INC.                    281-484-0770

ROBERT WOZNIAK

22

1      A      That's correct.

2      Q      You did not work in the manufactured housing

3  side?

4      A      That's correct.

5      Q      Your stint, if you will, during that 23-year

6  period was in the recreational vehicle side?

7      A      That is correct.

8      Q      And recreational vehicles specifically would

9  include travel trailers?

10     A      That's correct.

11     Q      And you know that this case involves a travel

12  trailer in which Ms. Castanel lived, correct?

13     A      That's correct.

14     Q      You achieved the title of director of

15  engineering for the Fleetwood recreational group when

16  you -- by the time that you left; is that correct?

17     A      That's correct.

18     Q      And in connection with your job history at

19  Fleetwood Enterprises you became very familiar with the

20  entire operation of the manufacturing of travel

21  trailers?

22     A      That's correct.

23     Q      You also became familiar with, for instance,

24  the Fleetwood owner's manual?

25     A      That's correct.

Electronically signed by judy hodges (101-114-351-9776)                    861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

27

1    products; is that correct?

2       A    Yes.

3       Q    And then you mentioned different woods that

4    would be used in the different cabinets?

5       A    Yes.

6       Q    And some of these would be what we call wood

7    composites?

8       A    From my memory they looked like they were more

9    of a solid wood product.

10      Q    Did you review any vendor, meaning sales,

11   documentation from any of the wood manufacturers who

12   would have supplied any of the wood components to

13   Recreation By Design for their travel trailers?

14      A    No, I did not.

15      Q    Did anyone prohibit you from asking to view or

16   review those types of records?

17      A    No, they did not.

18      Q    Now, when you worked for Fleetwood, Fleetwood

19   also used wood products in their travel trailers, did

20   they not?

21      A    That's correct.

22      Q    They used luan products in their travel

23   trailers?

24      A    Correct.

25      Q    They used plywood products in their travel

Electronically signed by judy hodges (101-114-351-9776)        861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

28

1    trailers?

2        A      Correct.

3        Q      They used different woods in different

4    cabinets?

5        A      Correct.

6        Q      Did Fleetwood have a policy -- a corporate

7    policy as to what types of products that were to be

8    used in the manufacture of travel trailers, wood

9    products?

10        A      There are many wood products; and there were

11    different policies for the different wood products,

12    yes.

13        Q      Now, have you ever heard the term LFE?

14        A      Yes.

15        Q      Would you mind telling the jury what LFE

16    stands for.

17        A      Well, my understanding of LFE is that it's low

18    formaldehyde emitting.

19        Q      And is it not a fact that Fleetwood had a

20    corporate policy that they were to use only LFE

21    products in their travel trailers?

22              MR. MULCAHY:  Objection, just to the

23    scope of his report.

24              You can answer.  You can answer.

25              THE WITNESS:  Oh, okay.

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

29

```
 1      A     At a certain point in time, yes.

 2      Q     (BY MR. BENCOMO)  And when did that policy

 3   become effective?

 4              MR. MULCAHY:  And I'll just make a

 5   continuing objection regarding Fleetwood involvement

 6   and scope of the report.

 7              MR. BENCOMO:  Just for the record, our

 8   position is that the gentleman has expertise that he

 9   gained over a 20-some-odd-year period, 23-year period

10   to be specific, while working for Fleetwood and to the

11   extent that he has been retained as an expert that we

12   have not only the right but the obligation to traverse

13   him on his knowledge.  And he has rendered a report

14   giving and rendering certain opinions.  So, to the

15   extent that those opinions might be at odds with other

16   things that are pertinent to this case, we certainly

17   have the right to go into that and, quite frankly, will

18   use it at trial.

19              MR. MULCAHY:  Just -- I note your

20   objection.  My objection is regarding the scope of what

21   he was asked to do regarding this particular trailer

22   and his review of the particular Castanel unit.

23              Now you probably need your question

24   back.

25              THE WITNESS:  Yes, I do, please.
```

Electronically signed by judy hodges (101-114-351-9776)                    861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

31

1              MR. MULCAHY:  Objection; argumentative.

2       A    That's not my understanding.

3       Q    (BY MR. BENCOMO)  Now, did you during the

4  course of your meeting with Mr. Cornish and/or the

5  other Recreation By Design employees determine whether

6  or not they had a policy to use only LFE wood products?

7       A    No, I did not.

8       Q    So you are not aware that they did not have

9  that type of a policy?

10      A    I am not aware that they did not have.  I do

11 not know what their policy was.

12      Q    And you having been retained by Recreation By

13 Design did not just ask the very simple question of,

14 "What type of wood products do you use, and do you have

15 a policy that dictates that the wood components be

16 LFE?"

17             MR. MULCAHY:  Objection; argumentative.

18      A    No, I did not.

19      Q    (BY MR. BENCOMO)  And just in case the

20 objection is sustained, I'm going to ask the question

21 in a different form.  Did you ask anyone with

22 Recreation By Design whether or not they purchased LFE

23 products?

24      A    No, I did not.

25      Q    Did you ask anyone with Recreation By Design

Electronically signed by judy hodges (101-114-351-9776)        861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

32

1    whether or not they had a corporate policy to use only

2    LFE products?

3         A    No, I did not.

4         Q    You mentioned earlier that you received the

5    Recreation By Design owner's manual.  Do you remember

6    that?

7         A    Yes, I do.

8         Q    And that is, in fact, part of your reliance

9    materials?

10        A    Yes.

11        Q    And we're going to label the owner information

12   manual as Wozniak Number 3.

13                   (Exhibit Number 3 was marked for

14                    identification and is attached hereto)

15                   MR. BENCOMO:  And for the record, that

16   is -- has previously been Bates stamped as

17   CAST-MOORE-000029 through 90, and we would attach this

18   document in globo to the deposition.

19        Q    (BY MR. BENCOMO)  I'm going to now hand you

20   the owner information manual and ask you whether or not

21   you recall there being any comment whatsoever

22   pertaining to formaldehyde in the Recreation By Design

23   owner's manual.

24        A    I do not believe in my review of the owner's

25   manual that I found any comments about formaldehyde.

ROSS REPORTING SERVICES, INC.                    281-484-0770

Electronically signed by judy hodges (101-114-351-9776)            861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

33

1    Q    And that, then, would also mean that in your

2    review of the Recreation By Design owner's manual that

3    you also saw no warnings pertaining to formaldehyde?

4    A    I did not see any mention of formaldehyde.

5    Q    Including warnings?

6    A    Including warnings.

7    Q    Now, isn't it a fact that Fleetwood had an

8    owner's manual that specifically had warnings about

9    formaldehyde?

10    A    For travel trailers, yes.

11    Q    And you know that that owner's manual that you

12    have in front of you for Recreation By Design is an

13    owner's manual for travel trailers, also?

14    A    Yes.

15    Q    And the reason for the warnings in the

16    Fleetwood owner's manual is because Fleetwood and you

17    were aware of the harmful effects of formaldehyde?

18         MR. MULCAHY:  Objection; argumentative.

19    A    I was not aware of the harmful effects of

20    formaldehyde.  The formaldehyde warning labels

21    originated from our legal department, and we just put

22    them into the manuals at Fleetwood.

23    Q    (BY MR. BENCOMO)  Well, isn't it a fact, sir,

24    that the formaldehyde warnings were sent to Fleetwood

25    by wood manufacturers?

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

41

1    A    That's correct, February 18th.

2    Q    Okay.  Now, you have a vehicle identification

3    number of 5CZ200R2461125294, correct?

4    A    Correct.

5    Q    And is that vehicle identification number also

6    known as a VIN?

7    A    Yes.

8    Q    And that number is unique to that particular

9    trailer, meaning to the Castanel travel trailer?

10   A    Yes.

11   Q    It's like a fingerprint?

12   A    Yes.

13   Q    Now, that trailer you determined had a

14   December 2005 manufacturing date?

15   A    Yes.

16   Q    And you indicated that you made several

17   observations; and they are noted in Paragraph 5 of your

18   report, correct?

19   A    That's correct.

20   Q    Did you see any warnings or warning labels

21   pertaining to formaldehyde or the content of

22   formaldehyde anywhere in the Castanel trailer?

23   A    No, I did not.

24   Q    Isn't it a fact, sir, that the Fleetwood

25   travel trailers contained formaldehyde warnings in the

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

42

1    trailers themselves?

2         A    Yes, they did.

3         Q    Yet when you were retained by Recreation By

4    Design and went to conduct this inspection, nowhere in

5    that trailer, either outside or inside, was there any

6    warning whatsoever pertaining to formaldehyde?

7         A    That's correct.

8         Q    And you did not make any mention of the

9    absence of those warnings in your report, correct?

10        A    I --

11             MR. MULCAHY:  Objection; scope.

12        A    I did not.

13        Q    (BY MR. BENCOMO)  Sir, as the former chief

14   engineer for the travel trailer division of Fleetwood

15   Enterprises, you became familiar with the fact that

16   Fleetwood's policy was to use only LFE wood components

17   in its trailers, correct?

18             MR. MULCAHY:  Objection; asked and

19   answered.

20        A    Correct.

21        Q    (BY MR. BENCOMO)  You make no mention of the

22   fact that Recreation By Design did not have that

23   policy; is that correct?

24             MR. MULCAHY:  Objection; scope.

25        A    I do not know their policy.

ROSS REPORTING SERVICES, INC.                    281-484-0770

ROBERT WOZNIAK

48

1    of the two different divisions, became aware of that

2    and said that we should do that, yes.

3        Q    (BY MR. MULCAHY)  Was LFE -- were LFE products

4    used in the travel trailers because Fleetwood also had

5    a manu -- a manufactured homes division?

6        A    Well, that's difficult to answer because I

7    didn't make those decisions at that point in time.

8        Q    That was outside your scope of your job; is

9    that right?

10       A    Well, at the time period that that decision

11   was made I don't think I was even employed by

12   Fleetwood.

13       Q    Okay.  You were asked in this case to look at

14   the Castanel unit to determine if it complied with

15   industry codes and regulations, correct?

16       A    That's correct.

17       Q    And what were your findings after you

18   inspected the Castanel unit and performed your

19   investigation?

20       A    As stated in the report, this travel trailer

21   was in conformance with all codes and regulations

22   promulgated by the authorities having jurisdiction over

23   this type of product at the time it was manufactured.

24       Q    And what codes and regulations are you

25   referring to?

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

51

1      Q      (BY MR. MULCAHY)   And what type of commodities

2    are you referring to?

3      A      I would have to refer to a list that was

4    provided to myself; but it included things such as a

5    residential refrigerator, lack of a gray water holding

6    tank, lack of a black water holding tank, the system

7    being all electric, the electric baseboards, the

8    electric range, things of that nature.

9      Q      Do you remember the year that Ms. Castanel's

10   unit was manufactured?

11     A      Yes, I do.

12     Q      Okay.  When was that?

13     A      December of 2005.

14     Q      When Ms. Castanel's unit was manufactured in

15   December 2005, would the RVIA or the NFPA 1192 that you

16   had mentioned required warnings regarding formaldehyde

17   in this type of unit?

18           MR. MULCAHY:  Object to the form of the

19   question.

20     A      To the best of my understanding, no.

21     Q      (BY MR. MULCAHY)  Were there any -- to your

22   understanding from your experience in the industry,

23   were there any -- any industry practices, standards, or

24   regulations that required notice of formaldehyde in

25   travel trailers in 2005?

ROSS REPORTING SERVICES, INC.                    281-484-0770

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

52

1      A     To the best of my knowledge, no.

2      Q     And that would include any warnings -- and

3   would that include any warnings in the owner's manual?

4      A     That's correct.

5      Q     And would that include any warnings or

6   stickers on or inside a unit?

7      A     That's correct.

8      Q     You weren't -- were you asked to render an

9   opinion regarding formaldehyde and off-gassing in the

10  Castanel unit?

11     A     No, I was not.

12     Q     Were you asked to do an inventory of the wood

13  products in the Castanel unit?

14     A     No, I was not.

15     Q     Have you ever been tendered as an expert

16  regarding formaldehyde off-gassing?

17     A     No, I have not.  Excuse me.

18     Q     Is it your understanding that the materials

19  utilized in the Castanel unit and the construction of

20  the Castanel unit complied with codes and regulations

21  promulgated by the authorities over this type of unit?

22            MR. BENCOMO:  Object to the form of the

23  question.

24            THE WITNESS:  Could I have that question

25  again, please?

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

53

1          (Whereupon the preceding question was read

2                 back by the court reporter)

3                 MR. BENCOMO:   Same objection.

4      A    Yes.

5      Q    (BY MR. MULCAHY)   You went to General Motors

6   Institute; is that right?

7      A    That's correct.

8      Q    And your degree is a bachelor of mechanical

9   engineering?

10     A    That's correct.

11     Q    And how many years did you work in the auto

12  industry?

13     A    I worked in the auto industry basically from

14  my -- beginning of my co-op experience at General

15  Motors Institute in 1969 to joining Fleetwood in 1983.

16     Q    And then you stayed with Fleetwood until you

17  left Fleetwood; is that correct?

18     A    In August of 2006, yes.

19     Q    I see in your curriculum vitae --

20                MR. MULCAHY:   That's attached as an

21  exhibit; is that correct?

22                MR. BENCOMO:   No, but we're going to

23  attach it, so go ahead.

24                MR. MULCAHY:   Okay.  Tell you what, do

25  you have an extra copy by chance?

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

54

1          MR. BENCOMO:  Yeah, of course.  Here.  Do

2   you want to ask him some questions?

3          MR. MULCAHY:  I'm sorry.

4      Q    (BY MR. MULCAHY)  Actually, I misspoke.  I see

5   in your report that you have -- that you were actively

6   involved with the Recreational Vehicle Industry

7   Association.  Is that right?

8      A    Could I have that question again, please?

9      Q    Yeah.  I see in your report that you were

10  actively involved with the Recreational Vehicle

11  Industry Association at a point in time.  Is that

12  right?

13         MR. BENCOMO:  Object to the form of the

14  question.

15     A    Yes, I was involved with the Recreational

16  Vehicle Industry Association.

17     Q    (BY MR. MULCAHY)  Could you explain your

18  involvement with the Recreational Vehicle Industry

19  Association?

20     A    Well, through the time of my employment with

21  Fleetwood Enterprises I became an active member of the

22  four technical subcommittees that provided the majority

23  of the input for the NFPA codes.  I also served on a

24  variety of ad hoc subcommittees of the technical

25  standards steering committee for the Recreational

ROSS REPORTING SERVICES, INC.                    281-484-0770

Electronically signed by judy hodges (101-114-351-9776)          861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

55

1    Vehicle Industry Association and then became a member

2    of the RVIA standards steering committee and

3    enforcement board.

4              However, even prior to my employment with

5    Fleetwood Enterprises, I was involved with the

6    Recreational Vehicle Industry Association, an adventure

7    where when I worked for Nissan Motors we actually built

8    a recreational vehicle and crash-tested it in Japan and

9    I presented those results to the Recreational Vehicle

10   Industry Association.

11        Q    And were you also a member of the National

12   Fire Protection Association?

13        A    For the fire and life safety code for

14   recreational vehicles, yes.

15        Q    And which code would that be?

16        A    That would be the 1192 code.

17        Q    And is that the code we spoke about earlier?

18        A    Yes, it is.

19        Q    And being a member of the Recreational Vehicle

20   Industry Association -- that's RVIA, correct?

21        A    That's correct.

22        Q    And the National Fire Protection Association,

23   that's NFPA; is that right?

24        A    That's correct.

25        Q    And being a member of those organizations back

Electronically signed by judy hodges (101-114-351-9776)                    861162be-de84-4aa8-bfde-5e0530199d64

ROBERT WOZNIAK

56

1     in 2005, did those organizations require travel trailer

2     manufacturers to utilize low formaldehyde emitting or

3     LFE materials?

4                    MR. BENCOMO:  Object to the form of the

5     question.

6          A    To the best of my knowledge, no.

7          Q    (BY MR. MULCAHY)  Did industry standards or

8     practices in 2005 require the use of low formaldehyde

9     emitting materials in travel trailers?

10                   MR. BENCOMO:  Object to the form of the

11    question.

12         A    I know of no standards that required that.  I

13    do not know whatever practice that was used by every

14    manufacturer.

15         Q    (BY MR. MULCAHY)  As far as industry

16    standards, did industry standards require the use of

17    LFE materials --

18         A    To the best --

19         Q    -- in 2005?

20         A    I'm sorry.  To the best of my knowledge, no.

21                   MR. MULCAHY:  That's all the questions I

22    have.

23                   FURTHER EXAMINATION

24    BY MR. BENCOMO:

25         Q    I just have a few follow-up questions,

Electronically signed by judy hodges (101-114-351-9776)                    861162be-de84-4aa8-bfde-5e0530199d64