UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER AND REASONS

First, **IT IS ORDERED** that **Recreation By Design, LLC's Motion for Leave to File**

Motion in Limine to Prevent and/or Exclude Testimony Regarding Fleetwood **(Rec. Doc. 13951)**

is **GRANTED**.  Thus, presently before the Court is Recreation By Design, LLC's Motion in

Limine to Prevent and/or Exclude Testimony Regarding Fleetwood (Rec. Doc. 13951-3), which

is opposed by Plaintiff Earline Castanel. (See Rec. Doc. 14006).   The Court has considered the

memoranda of the parties and the applicable law.

     This Court notes that, in the past, it has and will continue to allow a wide berth for the

cross-examination of experts in this MDL.  If RBD chooses to call Robert Wozniak as an expert

with regard to the construction of Plaintiff's trailer and its conformity with applicable standards

and regulations, based at least partly on extensive knowledge gained during his years of

employment with Fleetwood Enterprises, Plaintiff will be allowed on cross-examination, to

inquire of him regarding formaldehyde warnings and LFE products used in Fleetwood's travel trailers. However, Plaintiff's counsel are cautioned that they will not be permitted to create a "trial within a trial" with regard to the quality of Fleetwood trailers. Last, on direct and re-direct examination, RBD's counsel will of course be able to emphasize Mr. Wozniak's opinion that Plaintiff's trailer nonetheless met industry standards, even though it differed in some ways to Fleetwood's trailer products. Accordingly,

**IT IS FURTHER ORDERED** that **Recreation By Design, LLC's Motion in Limine to Prevent and/or Exclude Testimony Regarding Fleetwood (Rec. Doc. 13951-3)** is **DENIED**.

New Orleans, Louisiana, this 10th day of May, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**