UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY** | * | **SECTION "N-5"** |
| **LITIGATION** | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **MAG. JUDGE CHASEZ** |
| *EARLINE CASTANEL, ET AL* | * | |
| *v. RECREATION BY DESIGN, LLC* | * | |
| *ET AL, DOCKET NO. 09-3251* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RBD's *REVISED* PROPOSED JURY VERDICT FORM**

**A. RECREATION BY DESIGN, LLC ("RBD")**

   **1. Do you find that the RBD trailer occupied by Earline Castanel ("Castanel") was unreasonably dangerous in its construction or composition?**

   Yes _____    No _____

   **[PROCEED TO QUESTION NO.2]**

   **2. Do you find that the RBD trailer occupied by Castanel was unreasonably dangerous in its design?**

   Yes _____    No _____

   **[PROCEED TO QUESTION NO.3]**

1

3. Do you find that the RBD trailer occupied by Castanel was unreasonably dangerous because an adequate warning about the trailer was not provided?

Yes _____     No _____

[IF YOU ANSWERED ANY OF QUESTION NUMBERS 1,2, or 3 "YES", PROCEED TO QUESTION NO.4. IF YOU ANSWERED EACH AND ALL OF QUESTION NUMBERS 1, 2, AND 3 "NO", PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

4. Do you find that any unreasonably dangerous condition of the trailer existed at the time it left RBD's control?

Yes _____     No _____

[IF YOU ANSWERED QUESTION NUMBER 4 "YES", PROCEED TO QUESTION NO.5. IF YOU ANSWERED QUESTION NUMBER 4 "NO", PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

5. Do you find that Castanel sustained injury to which RBD substantially contributed, as a result of any unreasonably dangerous condition of the trailer?

Yes _____     No _____

[IF YOU ANSWERED QUESTION NO.5 "YES", PROCEED TO SECTION B, QUESTION NO.6. IF YOU ANSWERED "NO" TO QUESTION NO. 5, PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

**B. ALLOCATION OF FAULT/DAMAGES**
   [DO NOT COMPLETE UNLESS YOU HAVE ANSWERED "YES" TO QUESTIONS NOS. 4 & 5]

6. Please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following parties and non-parties. Please be careful to enter "0" or leave blank where you have found no fault on the part of a party in your previous answers. All numerical percentages you enter in this question should add up to a total of 100%:

| | |
|---|---|
| **Defendant RBD, Inc.** | _____ % |
| **Plaintiff Earline Castanel** | _____ % |
| **Shaw Environmental, Inc.** | _____ % |
| **United States (FEMA)** | _____ % |
| **Person or Entity Other than Defendant, FEMA, or Castanel (maintenance and deactivation contractors or MDCs)** | _____ % |
| | **100 % TOTAL** |

**[PROCEED TO QUESTION NO.7]**

7. What amount of damages, if any, do you find should be awarded with respect to each of the following claims:

| | |
|---|---|
| **Past, present and future physical pain and suffering of Earline Castanel:** | $_____ |
| **Past, present and future mental anguish and emotional distress of Earline Castanel:** | $_____ |
| **Past medical expenses for Earline Castanel:** | $_____ |
| **Future medical expenses for Earline Castanel:** | $_____ |
| **Loss or impairment of life's pleasures for Earline Castanel:** | $_____ |

Date _____                          _____
                                                                Jury Foreperson

3