UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER AND REASONS

Before the Court is Defendant's Motion to Strike Plaintiff's References to an Alternative Design and Related Demonstrative Exhibit (Rec. Doc. 13308), which is opposed by Plaintiff Earline Castanel. (See Rec. Doc. 13571). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that **Defendant's Motion to Strike Plaintiff's References to an Alternative Design and Related Demonstrative Exhibit (Rec. Doc. 13308) is DENIED.** The Court concludes that, based on the expert opinions of Plaintiff's experts, Dr. Smulski and Mr. Mallet, Plaintiff has presented substantial expert opinion relating to alternative design and construction, and has presented applicable demonstrative exhibits which at least arguably illustrate these principles. Further, there has been no showing by Recreation By Design, LLC

("RBD") that any such testimony or use of the demonstrative aids would unfairly prejudice it.[1]

RBD may, however, on cross-examination, point to the alleged deficiencies in these alternative design theories (i.e, as stated on Pg. 7 of Rec. Doc. 13308-1 and p. 2 of Rec. Doc. 13861).

New Orleans, Louisiana, this 11th day of May, 2010.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] Indeed, even RBD admits that, as for the mockups constructed by Mr. Mallet that purportedly show a "typical wall section of a travel trailer," this demonstrative, or a similar one, was used in the recent Forest River bellwether trial.