## Lyon Garrison

**From:** Lyon Garrison
**Sent:** Monday, April 19, 2010 4:15 PM
**To:** Frank D'Amico Jr
**Cc:** Jill Marie Kenyon
**Subject:** FEMA--Jareell deposition

Frank:

Based on our conversation today, it is my understanding that Jarrell is not showing up for his deposition on Wednesday, and that you are filing a Motion to Quash. Further, it is my understanding that Jarrell has no firsthand knowledge regarding the Castenal trailer. As I mentioned in our earlier conversation, RBD objects to Jarrell testifying in the upcoming trial.

Thanks, Lyon

Lyon H. Garrison
Garrison, Yount, Forte & Mulcahy, L.L.C.
909 Poydras Street
Suite 1800
New Orleans,LA 70112
Phone: (504)527-0109
Fax: (504)527-0686
lgarrison@garrisonyount.com

### LEGAL NOTICE

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510*, and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages. Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).


EXHIBIT A