# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

**ATTORNEYS AT LAW**
909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

**LYON H. GARRISON**
ADMITTED IN LOUISIANA

WRITER'S DIRECT DIAL NUMBER
(504) 527-0109
lgarrison@garrisonyount.com

April 23, 2010

**_Via Facsimile_**
Frank D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113

Re:   In Re FEMA Trailer MDL
      *Earline Castanel v. Recreation By Design, LLC, et al.*
      Our File No: 1376.41971

Dear Frank:

We have had several conversations this week regarding Mr. Jarrell's deposition, and my office has called your office in efforts to schedule the deposition for next week. To date, I have not received a response regarding a deposition date. I look forward to hearing from you.

Sincerely,

*s/Lyon H. Garrison*
Lyon H. Garrison

LHG/jmk


EXHIBIT C