UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## ORDER AND REASONS

First, **IT IS ORDERED** that **Defendant Recreation By Design, LLC's Motion for Leave to File** Motion to Strike the Testimony of Albert Jarrell **(Rec. Doc. 13955)** is **GRANTED**. Thus, presently before the Court is Recreation By Design, LLC's Motion to Strike the Testimony of Albert Jarrell (Rec. Doc. 13955-3), which is opposed by Plaintiff Earline Castanel. (See Rec. Doc. 14005). After considering the memoranda of the parties and the applicable law,

**IT IS FURTHER ORDERED** that **Recreation By Design, LLC's Motion to Strike the Testimony of Albert Jarrell (Rec. Doc. 13955-3)** is **DENIED IN PART AND PARTLY DEFERRED TO TRIAL.** First, Recreation By Design, LLC ("RBD") has argued that Jarrell should not be allowed to testify at trial without first being produced by Plaintiff for a sworn deposition. In light of the re-notice of Jarrell's deposition for May 10, 2010, RBD's argument is

now moot. Next, as this deposition presumably took place only yesterday, the Court has no way of knowing the substance of such testimony provided therein. Thus, the portion of this motion that relates to the relevancy of Jarrell's testimony is deferred to trial. However, general testimony that Jarrell smelled odors in FEMA trailers will not be permitted; rather, Jarrell's testimony must relate and be limited to having smelled odors in RBD trailers specifically, and even further, that those RBD trailers were of the type in which Plaintiff resided.

New Orleans, Louisiana, this 11th day of May, 2010

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**