UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N-5
                                                      JUDGE ENGELHARDT
                                                      MAG. JUDGE CHASEZ

**This Document Relates to:**

*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNITED STATES OF AMERICA'S MOTION FOR RECONSIDERATION OF THE COURT'S RULING GRANTING "PLAINTIFF'S MOTION TO ADD ONE ADDITIONAL WITNESS" (Rec Doc. 13989).

The United States submits this motion requesting that the Court reconsider its ruling of May 5, 2010 (Rec. Doc. 13989), granting "Plaintiff's Motion to Add One Additional Witness." Although the United States has been dismissed from the *Castanel* matter (Member Case No. 09-3251), it seeks relief from the Court's Order and Reasons based upon the impact this ruling may have on the Multi-District Litigation ("MDL") at-large.

For all the reasons stated in the accompanying Memorandum of Law, incorporated herein, the Court's May 5, 2010, Order and Reasons (Rec. Doc. 13989), should be reconsidered, and "Plaintiff's Motion to Add One Additional Witness" (Rec. Doc. 13291) should be denied as contravening the unambiguous requirements of Fed. R. Civ. P. 25(a)(2)(B). In the event that Plaintiff is allowed to offer the videotaped expert opinion testimony of Mr. Polk at trial, the United States reqeusts that Plaintiff be required to reimburse the United States for a portion of the time Mr. Polk spent investigating the facts of this litigation and forming his opinions.

Dated: May 11, 2010                           Respectfully Submitted,

TONY WEST                                     HENRY T. MILLER
Assistant Attorney General, Civil Division    ADAM BAIN
                                              Senior Trial Counsel
J PATRICK GLYNN
Director, Torts Branch, Civil Division        ADAM DINNELL
                                              MICHELLE BOYLE
DAVID S. FISHBACK                             MICHELE GREIF
Assistant Director                            Trial Attorneys

OF COUNSEL:                                   //S// *Jonathan R. Waldron*
JORDAN FRIED                                  JONATHAN R. WALDRON
Associate Chief Counsel                       (MO. Bar No. 58898)
                                              Trial Attorney
JANICE WILLIAMS-JONES                         United States Department of Justice
Senior Trial Attorney                         Civil Division – Torts Branch
FEMA/DHS                                      P.O. Box 340, Ben Franklin Station
Department of Homeland Security               Washington, D.C. 20004
Washington, D.C. 20472                        Attorney Telephone: (202) 307-2091
                                              Jonathan.Waldron@USDOJ.Gov

                                              Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

             //S// *Jonathan R. Waldron*
             JONATHAN R. WALDRON (MO. Bar No. 58898)