# *RV Education 101*

## *Learning RV's the Easy Way*

150 Bay Ridge Road
Harrells, NC 28444
Voice 910-484-7615
Fax 910-484-8276
E-mail Mark@rveducation101.com
URL www.rveducation101.com

IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

I have been asked to offer my opinions regarding the Keystone Springdale travel trailer occupied by David McGraw, as well as proper usage of travel trailers as it pertains to ventilation and blocking.

In developing, and in support of my opinions, I have reviewed and researched the material included in Appendix 1: List of Attachments & Material Reviewed.

I reserve the right to modify or revise this report in the event additional relevant information is made available that might have bearing on this report.

Report Prepared by

Mark J. Polk

RV Education 101
150 Bay Ridge Rd.
Harrells, NC 28444

U.S. Exhibit "A"

My name is Mark J. Polk and I am the owner of RV Education 101.  RV Education 101 was founded in the year 2000, and is an RV information and video production company. I produce and host educational training videos on how to use and maintain Recreation Vehicles (RV's). In my video productions I share my knowledge and experience with RV's to help educate owners on the systems, proper use and care and maintenance of Recreation Vehicles. We currently have seventeen instructional DVD titles in our RV training library, covering all aspects of RV's and RV ownership.

I was deposed in two cases (Alexander vs. Gulf Stream) (Wright vs. Forest River) in the past four years, but have not testified at trial in the past four years.

For a list of my fee rates see **Attachment 1**

For a complete list of my qualifications see my CV **Attachment 2**

I am the author of three books. The book titles are: ***Insider's guide** to Buying an RV, RV Buyers Survival Guide, & The RV Book. The RV Book* covers all aspects of RV ownership, from purchasing to using, and maintaining RV's.

I have published thirteen RV related e-books. My e-books are typically 75 pages or less and focus on RV specialty topics like: RV Care & Maintenance, Trailer Towing & Weights, Winterizing & Storing, RV Safety, Towing Behind your Motorhome, and more. I write for numerous RV consumer & RV trade publications and I publish a weekly RV e-newsletter with over 20,000 current subscribers.

I scripted and hosted a television segment titled RV Savvy for four seasons (52 episodes) with RVTV, broadcast on The Outdoor Channel and on three Canadian television channels. I also write and produce RV product training and consumer videos for companies specializing in RV products.

Prior to starting RV Education 101, I was the Sales, Finance & Insurance Manager for an RV dealership in NC. I managed and maintained the floor plan inventory, ordered new units, supervised, trained, hired and fired salespeople, checked in new unit arrivals, appraised the value of used units and trade-ins, scheduled unit deliveries and closed finance contracts.  I developed and conducted walk-through orientation classes for new RV owners and trained sales personnel on giving orientation classes. I supervised the service department personnel in the absence of a RV service manager. I delivered and set-up RV's, specifically travel trailers and park model trailers, at RV resorts and RV parks. I assisted the RV service department with RV maintenance and repairs.

During my time working at an RV dealership, and after starting RV Education 101, I completed numerous RV technical courses through The RV Training Institute, Lake City Community College. I also completed Finance & Insurance training. I completed the Spader Companies RV management level training, and was certified in LP gas operations.

Prior to working for the RV dealership I served and retired from the U.S. Army. I attended the U.S. Army Airborne School and served in three elite Army airborne units. I was a Chief Warrant Officer Three and worked as an Automotive Maintenance Technician in charge of some very large fleet maintenance operations. My training consisted of a Military Occupational Specialty (MOS) of 63B, as a Wheeled Vehicle & Power Generation Mechanic, the Warrant Officer Candidate Course as a Automotive Maintenance Technician, the Warrant Officer Advanced Course as a Light Tracked Vehicle Maintenance Technician, the degree completion program with a degree in Industrial Management Technology, Support/Staff Maintenance Technician, safety officer training, and environmental compliance officer training.

## Keystone Springdale Unit Occupied by David McGraw

In response to Hurricane Katrina FEMA purchased thousands of travel trailers, park model trailers and mobile homes to provide free emergency shelter for displaced residents affected by the hurricane. Some of the units FEMA purchased, like the one occupied by David McGraw, were retail units bought directly off of RV dealer's lots. These are the same kind of travel trailers that are available for purchase by the general public. Keystone initially sold the travel trailer eventually occupied by David McGraw for $11,185.00

The travel trailer, VIN # 4YDT260226N132486, David McGraw resided in had holding tanks, a typical gas/electric RV style refrigerator, a 13,500 BTU air conditioner and a 6-gallon water heater. This travel trailer was not equipped the same as units that were manufactured using the FEMA travel trailer procurement specifications. The travel trailer also had three windows on the road side and three windows on the door side. Additionally there was a screen door at the entry door, a large outside compartment door that accessed the bunk bed area of the trailer, a 14X14 inch overhead vent in the bathroom with a 12-volt fan motor, and an exhaust vent with a 12-volt fan motor located above the three burner range.

Of the three types of emergency housing purchased by FEMA a travel trailer is the only one small enough to be maneuvered and placed in small tight areas like the driveway of an occupant's home, and can be towed by an average size tow vehicle. The site description and site photograph where the McGraw travel trailer was placed describes a 10 foot wide driveway between a chain link fence and the side of a building. **See Attachments 3 & 4**

Using a travel trailer as emergency housing allows the unit to be placed at the occupant's property which serves several useful purposes including; providing additional security to the occupant's existing property, the property owner is on site to watch over repairs made to the property, and the property owner is on site to assist and expedite repairs and renovation of the property.

**Note:** In David McGraw's deposition he mentioned several times that he worked on his property nearly every day until it was time to leave for work, spending little time in the travel trailer other than for resting.

The Keystone Springdale travel trailer occupied by the plaintiff was not available for physical inspection. During one of my site visits to a FEMA storage facility I did inspect a Keystone Springdale travel trailer, also to familiarize myself with the exemplar unit used for testing and inspection purposes I reviewed the plaintiff expert reports along with hundreds of photographs taken by the plaintiff's experts.

During my visits to the Melville and Lottie storage facilities, on past occasions, I noted the condition of the majority of travel trailers I witnessed were in a general state of disrepair. There was obvious damage to the trailer bodies, missing and broken parts, flat tires, doors hanging open, windows open and broken, dirty interiors and cracked and deteriorated seals and sealants. It has always been my position that it is nearly impossible to establish what damage, and to what extent, has occurred since a trailer was moved into a storage facility and what damage may have occurred when the unit was occupied.

Based on my 30 plus years in vehicle maintenance and fleet maintenance operations the only way to prevent any vehicle from getting in a poor maintenance condition is through a routine inspection and maintenance program. Recreation Vehicles are no different. Every Recreation Vehicle manufactured requires routine inspections and proper care and maintenance.

During the time these units were used as THU's there was a system in place to perform required maintenance at routine intervals on these units. It is my opinion and it is quite evident based on the condition of the units in storage that since being moved into storage these units no longer received any routine care and/or maintenance. This is why I say it is nearly impossible to determine what damage, and to what extent, has occurred since these trailers have sat neglected (with no maintenance performed) for periods of time in these storage facilities.

Numerous photographs I reviewed of the exemplar Keystone unit did show cracked, dirty and damaged sealants at seams, around windows, compartment doors and the entry door, and in sealants around openings in the roof. This is consistent with a travel trailer that has not had specified routine inspections and maintenance performed, and it reiterates the fact that these trailers sat neglected, in storage for extended periods of time. It is unknown whether the actual unit had any of the same problems as the exemplar unit.

## Conclusions on Keystone Springdale Travel Trailer Review:

The type of damage I noted during my review of the material on the Keystone Springdale exemplar travel trailer used for testing, inspection and photographing is consistent with a lack of required inspections and routine maintenance. To extend the life expectancy of any travel trailer this type of damage can be avoided through routine and proper maintenance. It is my observation that the unit used for testing and inspection purposes has not been periodically inspected, nor had routine maintenance performed on it since being placed in a storage facility and it is nearly impossible to determine when any of  this damage actually occurred to this exemplar unit. Without access to the actual Keystone Springdale unit the occupant lived in it is virtually impossible to determine what condition it was in, but on pages 360 & 361 of the plaintiff's deposition he stated that as long as he lived in the unit there were no water leaks, broken gaps, cracks or breeches to the unit.

## Ventilation in Travel Trailers:

I have been asked to offer my opinions on ventilation in travel trailers, and on how to deal with formaldehyde off-gassing odors being present in a unit. Throughout the time that I have been involved with RV's ventilation has always been an important topic. Formaldehyde off-gassing and other odors are often more noticeable in a travel trailer, simply because of the compact size of Recreation Vehicles.

 Because of the limited amount of interior space there are sometimes concerns about ventilation in Recreation Vehicles. For example, warning labels are placed near the cooking area of Recreation Vehicles as a reminder to properly ventilate the unit when using cooking appliances to avoid dangers of asphyxiation. A typical label states to open an overhead vent or turn on the exhaust fan, and open a window before operation of any LP gas cooking appliances.

In addition to this example, for ventilating the RV, ventilation also reduces any formaldehyde odors, helps with holding tank odors, pet odors, cooking odors, mold & mildew and condensation.  I address the importance of ventilation in my published articles, product videos and my training DVD's. Ventilation and fresh air exchange have always been recognized, by those in the RV industry, as the most effective methods for improving air quality and reducing formaldehyde odors in new RV's. This would specifically include passive ventilation through the use of doors and windows.

The industry wide approach, and accepted method by many other agencies, for reducing formaldehyde odors from a Recreation Vehicle and improving the air quality is through ventilation, air circulation and air exchange. This is the same advice I give to RV owners to improve indoor air quality in their RV, and to solve any odor problems they may have in their RV.

The Recreation Vehicle Industry Association (RVIA) included the following two statements in the Frequently Asked Questions (FAQ) section of an article titled, Facts about Formaldehyde & RV's. This is the link to the article: http://www.rvia.org/FactsAboutFormaldehyde/faq.html

### a)  Is It A Problem For All RV Owners And Users?

 "Nearly 8 million families enjoy using RVs right now and there are very, very few complaints of air quality. Any smell of formaldehyde when the RV is brand new typically fades away after a relatively short period of time, not unlike the smell of a new car. If you're concerned at all, a simple step can help further minimize any exposure: Thoroughly air out your RV before each trip by opening all the windows to allow fresh air in and running the air conditioner and/or fans."

### b)  I Have An RV, What Can I Do To Avoid Having Problems?

 "Ventilate.  Open a unit's windows to allow fresh air in and run any fans and the air conditioner to lower the temperature and humidity before each trip.  If a unit has a pungent odor or you experience any irritation, the best bet is to ventilate the unit."

**The U.S. Consumer Product Safety Commission (CPSC)** since at least 1997 recommends bringing large amounts of fresh air into the home and increasing ventilation by opening doors and windows as potential methods to reduce existing formaldehyde levels.
 **See Attachment 5**

**24 C.F.R. 3280.309 health notice on formaldehyde emissions (dealing with mobile homes) states**:

    a) "Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer."

    b) "High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system."

The Keystone owner's manual produced by David McGraw had a Chemical Sensitivity Issues warning on pg. 112 along with this suggested solution: Frequent fresh air ventilation. Open the windows and roof vents when possible. In colder weather running the furnace will assist in this process.
**See Attachment 6**

After complaints about formaldehyde odors were brought to the attention of FEMA, FEMA produced and distributed brochures on formaldehyde and swapped out some of the occupants units with older units. The brochures were distributed to occupants of travel trailers in the affected states. The brochure included information on what formaldehyde is, how formaldehyde might affect occupants of the travel trailers and what can be done to reduce exposure to formaldehyde.  The recommendations, by FEMA, for reducing formaldehyde were:

    a) To increase ventilation. You can reduce your exposure to formaldehyde by bringing more outdoor air into the home. Open windows and doors whenever possible.

    b) Keep indoor temperatures moderate. As the temperature rises, the effects of formaldehyde may be more noticeable. You can use the air conditioner to keep temperatures relatively low, which will help lower the formaldehyde effects and odors.

    c) Lower the humidity. You can decrease the rate at which formaldehyde is released from pressed wood and other products by lowering the humidity in your travel trailer. Humidity should be maintained at about 40 to 50% relative humidity in the home.

    d) Do not smoke. Tobacco smoking produces formaldehyde and other toxic chemicals.
**See Attachment 7**

6

**Note:** It was noted during my review of the plaintiff's deposition that he had a long history of smoking.

**It is my opinion that FEMAs recommendations to open windows and run the air conditioner were the proper guidance in an effort to improve the indoor air quality in an RV. Based upon my experience working around RV's recommending ventilation is the standard solution for improving air quality and reducing formaldehyde off-gassing in Recreation Vehicles. This is the same advice I would offer a new RV owner with air quality concerns about their RV, and this is the same advice I offer in my books and training DVDs.**

I mentioned earlier that the Keystone Springdale travel trailer, VIN # 4YDT260226N132486, the plaintiff actually resided in for approximately 15 months could not be located. For testing and inspection purposes another comparable Keystone Springdale travel trailer, VIN # 4YDT260296N132081 was examined by plaintiff's experts.  In reviewing numerous photographs taken by the plaintiff's experts I noted the Keystone Springdale trailer used for inspection purposes had three windows, an entry door and an outside compartment door that accessed the bunk bed area on the door side of the travel trailer. One window was located towards the front of the travel trailer, one in the middle and one in the upper rear section of the travel trailer. The large compartment door accessing the bunk bed area was located towards the rear of the trailer. There were also three windows on the roadside of the travel trailer. There was one window located at the front of the travel trailer and two windows towards the middle section of the travel trailer. The entry door had a screen door. Based upon my experience with RV's it is my opinion that this amount of windows, on opposite sides of the travel trailer, would promote cross ventilation through the trailer, even if the windows were only partially open.

In reviewing the photographs I also noted the unit used for testing and  inspection purposes was equipped with a 13,500 BTU roof mounted Duo-Therm air conditioner with ducting located between the ceiling and the roof, throughout the unit. The roof mounted air conditioner also had a fan mode on the thermostat control, so air can be circulated throughout the unit. There was a 14" X 14" roof vent in the bathroom with a 12-volt exhaust fan, and a vent with a 12-volt exhaust fan located above the range top burners in the kitchen.

In reviewing Alexis Mallet's expert report concerning the air conditioner he stated:

*As noted earlier, the air-conditioning manufacturer recommends keeping the windows and doors closed and / or minimize their usage. FEMA advised residents to open windows and doors to reduce odor or formaldehyde levels in their housing units. These recommendations are in contradiction to the air conditioning manufacturer's recommendations. The problem is that opening windows introduces hot, humid, unfiltered air into the house in hot, humid climates. iv. Under Section 1-D, Condensation, on page 2, the manufacturer has written, "**Note**: The manufacturer of this air-conditioner will not be responsible for damage caused by condensed moisture on ceilings or other surfaces. Air contains moisture and this moisture tends to condense on cold surfaces. When air enters the R.V., condensed moisture may appear on ceilings, windows, metal parts, etc. The air-conditioner removes this moisture from the air during*

*normal operations. Keeping doors and windows closed when the air conditioner is in operation will minimize condensed moisture on cold surfaces." (Emphasis added)*

Based upon my experience with RV's the statement made by the air conditioning manufacturer, to keep windows and doors shut or minimize usage, is merely a suggestion as one preventive measure the occupant can take to help reduce heat gain in the RV.  In addition to recommending keeping windows and doors shut, the air conditioning manufacturer also recommends several other measures the occupant can take to help reduce heat gain and improve the performance of the air conditioner:

       1)  Parking the RV in a shaded area

       2)   Using window shades (blinds/curtains)

       3)  Avoid the use of heat producing appliances
       **See Attachment 8**

The air conditioner manufacturer also states that operation on High Fan/Cooling mode will give optimum or maximum efficiency in high humidity or high outside temperatures, and that you can start the air conditioner early in the morning and give it a "head start" on the expected high humidity or high outside temperatures. The plaintiff stated in his deposition that he turned everything off when he left for work, to include the air conditioner. **See Attachment 8**

In the second section of Alexis Mallet's statement above, regarding condensation, it is my opinion that the guidelines by FEMA for opening windows and doors to assist in reducing odors or formaldehyde levels in the housing units outweighed the potential damage that may be caused by condensed moisture on ceilings or other surfaces. Opening doors and windows for ventilation would always be my primary recommendation to RV owners to improve indoor air quality and to solve any odor problems they may have in their RV.

In the plaintiff's deposition David McGraw said he was instructed by the personnel conducting the unit walkthrough to review the Keystone owner manual and other paperwork given to him (pgs 176, 177).

 David McGraw received a Keystone owner's manual, dated 9/16/2004 during the travel trailer walkthrough. This owner's manual contained a Chemical Sensitivity Issues warning on pg. 112 along with this suggested solution: Frequent fresh air ventilation. Open the windows and roof vents when possible. In colder weather running the furnace will assist in this process.
**See Attachment 6**

## Conclusions on Travel Trailer Ventilation:

After reviewing all of the material provided it is my conclusion that the recommendations provided by FEMA to open windows and doors and to run the air conditioner, was the proper guidance to effectively improve the indoor air quality and lower any exposure to formaldehyde off-gassing inside the Keystone Springdale travel trailer. This is exactly what is recognized by the RV Industry, and recommended to RV owners to improve the indoor air quality in their RV's. It is the same advice that I give to RV owner. The travel trailer David McGraw occupied was equipped with a 13,500 BTU roof mounted ducted air conditioning unit, and for additional ventilation it had three windows on the road side and three windows on the door side. Additionally there was a screen door at the entry door, a large outside compartment door that accessed the bunk bed area of the trailer, a 14X14 inch overhead vent in the bathroom with a 12-volt fan motor, and an exhaust vent with a 12-volt fan motor located above the three burner range.

## Usage of Travel Trailers:

RV's are built to endure years of travel over all types of road conditions. Many RV's are fully self-contained and provide all of the creature comforts your home does. Appliances in RV's commonly last as long as appliances in your home will. RVIA certified RV manufacturers are required to comply with more than 500 safety requirements regarding electrical, plumbing, heating, and fire and life safety. These safety requirements are established under the National Fire Protection Association (NFPA) 1192 and the American National Standards Institute (ANSI) A119.2 Standard for Recreation Vehicles.

**Note:** The exemplar travel trailer used for inspection had an RVIA seal affixed to it. Based on this information it's very likely the unit David McGraw lived in carried the same RVIA seal. This seal represents to a purchaser that the unit complies with the more than 500 safety requirements established under the NFPA 1192 and ANSI A119.2 Standard for Recreation Vehicles. **See Attachment 9**

Several of the plaintiff's experts opined and concluded that Keystone was required to follow and conform to the International Building Code (IBC), the New Orleans City Building Code and the International Residential Code (IRC). Throughout my experience and time spent with RV's I have never seen where building codes applied to Recreation Vehicles.

Many RVers opt to go fulltiming in their RV. Fulltimers and fulltiming are terms used for RVers who travel and live in their RV's year around. Fulltime RVers who properly maintain their RV, in accordance with manufacturer guidelines and service schedules, travel and live in the same RV for many years with little or no problems. RV Manufacturers acknowledge that there are full time RVers and normally include sections in the owner's manual covering issues that may arise due to extended living in an RV. No RV manufacturer that I am aware of states that a person cannot purchase and use a Recreation Vehicle for fulltime use.

There are numerous RV specialty insurance companies that provide fulltime insurance coverage which includes: fulltimer personal liability coverage, fulltimer secured storage personal effects, and fulltimer medical payments in addition to normal RV insurance.

## Blocking Travel Trailers:

I have been asked to offer my opinions on blocking travel trailers using a six pier blocking configuration. Based on the FEMA configuration guidelines it is my opinion that a conventional travel trailer can be jacked up and blocked without causing damage to the frame or other components of the trailer. This opinion is based on my experience and knowledge regarding blocking travel trailers and park model trailers.

The majority of conventional travel trailers manufactured use 6-inch I beam frame rails with cross members to construct the frame of the trailer that the box will sit on. The Keystone Springdale travel trailer used for testing, inspection and photographing had 6-inch deep I beam frame rails with cross members, as pointed out in Charles Moore's expert report.

It is my opinion that blocking travel trailers and park model trailers is and has been a common practice for many years, across the country. As someone very familiar with RV's I have personally observed this practice time and again. Blocking is commonly used when a travel trailer, park model trailer, or fifth wheel trailer will be set up, in one location, and left there on a permanent or semi-permanent basis. When I was the sales manager for an RV dealership we delivered and set travel trailers and park model trailers up in a very similar configuration. Based on my personal experience with blocking travel trailers and park model trailers we never received any service related calls for damage to the trailer caused by flexing, twisting or other blocking related issues.

I have seen hundreds of other travel trailers and park model trailers set up on blocking, similar to the FEMA guidelines. Less than 30 minutes from my home there are several local RV parks and resorts with travel trailers and park model trailers set up on blocking, and left like this for many years. There are literally hundreds of these trailers set up on blocking in this one small lakeside resort area in Eastern North Carolina alone.

Based on my experience with RVs it is my opinion that blocking trailers, used as Temporary Housing Units (THU), in this manner serves several useful purposes:

   a)  Tires can lose 2% of inflation pressure (psi) monthly. Over the course of several months it is likely that you will encounter numerous flat tires. If these units were leveled on blocking placed under the tires, and the tire(s) go flat, this would affect the leveling of the trailer. In this situation the trailer would be less stable and more uncomfortable for the occupants residing in the trailer, not to mention it could be a safety hazard if the trailer was not stable while occupants are moving around inside.

   **Note:** Numerous tires on the travel trailers I witnessed during visits to the Melville and Lottie storage facilities were going flat and/or were flat from sitting in storage on the tires.

**b)**   Blocking the trailer on a six pier system (three piers on each side) will ensure a more level trailer over an extended period of time. It only makes sense that if you are stopping at a campground for the night you level the trailer by placing some type of leveling blocks under the tires on the side that is low. This is a quick and fairly simple procedure to perform for short term camping. For extended durations it makes much more sense to level the trailer by placing piers under the frame of the trailer.

**c)**   Blocking is, and has been, an ordinary and accepted practice for leveling travel trailers and park model trailers that are left at a destination on a semi-permanent or permanent basis.

In Alexis Mallet's conclusions he stated that jacking and blocking the Keystone Springdale travel trailer caused the unit to flex creating openings around the joints allowing air, heat and moisture to enter the trailer. It is my understanding that he never saw or inspected the Keystone travel trailer the plaintiff resided in. It would be physically impossible to conclude this unit had indications of damage caused by jacking and blocking when nobody knows the whereabouts of the trailer, or has physically inspected it for damage related to blocking a trailer.

**Note:** On pages 359, 360 & 361 of the plaintiff's deposition he stated there were no water leaks and the trailer never shifted out of level while he lived in it.

On page 41 of Alexis Mallet's expert report he states: It is this writer's opinion that the travel trailer should not have been jacked up and placed on blocks based on the warnings by Keystone RV. Keystone has made it clear that this unit should not be jacked up or blocked and that damage to the frame (chassis) of the unit or the door jamb could occur.

It is my opinion that Keystone was referring to not using the installed stabilizer jacks in an attempt to jack the unit up. I contacted the stabilizer jack OEM, Lippert Components, for additional information on the scissor jacks. David Bice informed me that the stabilizer jacks are not intended for lifting the trailer, only for stabilization.

He also emailed me a Lippert informational publication on scissor jack operation instructions with the following warning: THESE JACKS ARE NOT INTENDED TO LIFT NOR LEVEL THE UNIT, THEY ARE ONLY FOR STABILIZATION IMPROVEMENT.
**See Attachment 10**

This is a statement taken from a 2009 Keystone owner's manual: Stabilizing Jacks: Dependent upon the type (travel-trailer / fifth-wheel),  product and model purchased, the stabilizer jacks included will vary. Although stabilizer jacks come in different types and sizes, all perform the same function: To stabilize the front and rear of all recreational vehicles while parked for camping. DO NOT attempt to lift the unit with the stabilizer jacks. These are not designed to bear weight, only to help stabilize the unit from movement.
**See Attachment 11**

On page 43 of Al Mallet's expert report #3 Opinions and Comments he states:

i. The axles are not connected directly to the frame of the trailer but are connected to the main frame of the trailer by a metal plate that is then connected to the suspension springs with a series of bolts. When jacking of the unit occurred, it is our understanding the axles were allowed to be suspended without jacks under the axles and without blocking to support them.

ii. Based up many years of jacking and blocking experience, it is the opinion of this writer that if jacking was to be performed, at a minimum, the axles should have been lifted at the same time the entire frame was lifted. Performing the jacking and lifting with a unified jacking system therefore lifting the entire unit and axles at the same time would have removed any disproportioned movement or stress on the frame and body of the trailer.

The Al-KO axle manufacturer listed this statement on page 12 of the axle owner's manual under Storage Maintenance: #4 Place auxiliary blocking under the frame so that all weight is removed from the wheels.  **See Attachment 12**

On page 13 under Lifting the Trailer #1 says to lift the trailer until wheel rotates freely and secure the trailer with appropriate jacks and auxiliary blocking. *Never use the axle or any portion of the suspension to lift or support the trailer. This will damage the axle and lead to premature failure.* **See Attachment 12**

Additionally on page 13 under Lifting the Trailer it reads: Many service and maintenance procedures require the trailer be elevated. Follow the trailer manufacturer's recommendations for lifting the trailer.

On Page 95 of the Keystone Owner Manual, listed under Tire Changing Basics #3 reads: Position a hydraulic jack on the frame close to the spring hanger. Never use a stabilizer jack to lift the unit. **See Attachment 13**

#4 reads: Raise the trailer until the tire clears the ground.

There is also a warning on page 95 stating: Never use a stabilizer jack to raise the unit. Only use an appropriately rated hydraulic jack.
**See Attachment 13**

**Note:** Nowhere does the Keystone Owner Manual or the Al-K0 Axle Owner Manual say you cannot jack this travel trailer up and/or that you jack the axles and frame up together at the same time. The axle manufacturer clearly states to *never use the axle or any portion of the suspension to lift or support the trailer. This will damage the axle and lead to premature failure.*

## Conclusions on Blocking Travel Trailers:

In my opinion blocking travel trailers and park model trailers is, and always has been, a common practice, and there are many useful and valid reasons for blocking a trailer when it is set up at a location to be used as a temporary housing unit for disaster relief. In connection with my work with RV's I have personally blocked travel trailers and have long been familiar with this practice.

## Appendix 1

**List of Attachments & Materials Reviewed**

Attachment 1: List of Fee Rates

Attachment 2: CV for Mark J. Polk

Attachment 3: Site description for placement of trailer

Attachment 4: Photograph of site where travel trailer was located

Attachment 5:  US Consumer Product Safety Report

Attachment 6: Keystone Owner manual Pg 112 Chemical Sensitivity Issues

Attachment 7: FEMA brochure titled, *Important Information for Travel Trailer Occupants*

Attachment 8: Page 2. A/C manufacturer installation instructions

Attachment 9: Photograph of RVIA seal on exemplar travel trailer

Attachments 10:  Lippert components scissor jacks operation instructions

Attachment 11:   2009 Keystone owner manual Stabilizing Jacks

Attachment 12:  Pages 12 & 13 AL-KO axle manufacturer instructions

Attachment 13:  Page 95 Keystone owner manual Tire Changing Basics

**Material Reviewed from Case Materials:**

**Plaintiff Expert Reports:**

Charles Moore Report

Alexis Mallet Report

Dr. Kenneth Laughery Report

Ervin Ritter Report

**Case Materials:**

David McGraw Deposition

Detailed Unit Information (CD)

FEMA Unit Inspection Report (CD)

Individual Site Document Checklist (CD)

Complaint for Damages (CD)

Field Investigation Report (CD)

Keystone Documents (CD)

Plaintiff Fact Sheet

McGraw Responses (CD)

Keystone Owner Manual (CD)

Dicor Roof Warranty & Maintenance (CD)

AL- KO Axle manufacturer owner manual (CD)

Review of photographs taken by Alexis Mallet (CD)

Review of photographs taken by LaGrange Consulting (CD)

Review Duo-Therm air conditioner installation instructions

Review of photographs taken by Dr, Stephen Smulski

**Additional Material Reviewed:**

U.S. Consumer Product Safety Commission (CPSC) report on reducing formaldehyde levels

HUD 24 C.F.R. 3280.309 health notice on formaldehyde emissions

The Recreation Vehicle Industry Association (RVIA) article titled, Facts about Formaldehyde & RV's. http://www.rvia.org/FactsAboutFormaldehyde/faq.html

RVIA Facts About Formaldehyde article
http://www.rvia.org/FactsAboutFormaldehyde/CustomerPamphlet.pdf

Lippert Components Scissor jacks operation instructions