UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N-5
                                                      JUDGE ENGELHARDT
                                                      MAG. JUDGE CHASEZ

This Document Relates to:

*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that defendant United States of America's Motion for Reconsideration of the Court's Ruling Granting "Plaintiff's Motion To Add One Additional Witness" (Rec. Doc. 13989) is set for hearing before the Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, on the 2nd day of June, 2010, at 9:30 am.

DONE AND SIGNED this _____ day of _____, 2010.

                                               _____
                                               HONORABLE KURT D. ENGELHARDT
                                               UNITED STATES DISTRICT COURT JUDGE
                                               EASTERN DISTRICT OF LOUISIANA