UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This Document Relates to:**

*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the United States motion requesting that the Court reconsider its ruling of May 5, 2010 (Rec. Doc. 13989), granting Plaintiff's Motion to Add One Additional Witness (Rec. Doc. 13291):

IT IS HEREBY ORDERED that the United States' Motion be and hereby is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Motion to Add One Additional Witness (Rec. Doc. 13291) is DENIED.  Plaintiffs have failed to comply with the requirements of Fed. R. Civ. P. 25(a)(2)(B).

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA