UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*ALL MISSISSIPPI CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' OPPOSITION TO FLUOR ENTERPRISES, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS TO DISMISS PLAINTIFFS' MISSISSIPPI PRODUCT LIABILITY CLAIMS IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED <u>ADMINISTRATIVE MASTER COMPLAINTS</u>**

MAY IT PLEASE THE COURT:

In opposition of the Defendant's Motion, the plaintiffs hereby adopt and incorporate by reference in its entirety plaintiffs' Memorandum in Opposition to Defendants Bechtel National, Inc.'s and CH2M Hill Constructors, Inc.'s 12(b)(6) Motion to Dismiss Plaintiffs' Mississippi Product Liability Claims (Rec. Doc. 14048).

For the reasons stated in the corresponding memorandum, the plaintiffs pray that this Honorable Court deny Fluor Enterprises, Inc.'s Motion to Dismiss Plaintiffs' claims under Mississippi law.

Respectfully submitted:

FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:   */s/Gerald E. Meunier*
        GERALD E. MEUNIER, #9471

        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        */s/Justin I. Woods*
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

        */s/Gerald E. Meunier*
        GERALD E. MEUNIER, #9471