**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Friday, April 23, 2010 5:27 PM |
| **To:** | Jackie Rowe; dkurtz@bakerdonelson.com; 'ANDREW WEINSTOCK'; Rhubbard@lawla.com; cleche@dkslaw.com |
| **Cc:** | 'Carmen Motes'; 'Kevin Grillo'; dee@hmglawfirm.com; 'Kendra Saxvik'; 'Nicole Porter'; 'Emily Jeffcott'; Bob Hilliard; 'Mikal C. Watts' |
| **Subject:** | RE: FEMA |

Jackie,

It is unclear exactly what you are requesting and why. As such US will oppose.

Henry

---

**From:** Jackie Rowe [mailto:jackie@hmglawfirm.com]
**Sent:** Friday, April 23, 2010 4:30 PM
**To:** dkurtz@bakerdonelson.com; 'ANDREW WEINSTOCK'; Rhubbard@lawla.com; cleche@dkslaw.com; Miller, Henry (CIV)
**Cc:** 'Carmen Motes'; 'Kevin Grillo'; dee@hmglawfirm.com; 'Kendra Saxvik'; 'Nicole Porter'; 'Emily Jeffcott'; Bob Hilliard; 'Mikal C. Watts'
**Subject:** FEMA

We will hold off on filing until Monday.

If we do not hear from you by 3:00 p.m. on Monday, we will assume you are opposed.

Thank you.

Jackie



Jackie Rowe, Paralegal
Hilliard Munoz Guerra, LLP
719 S. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Direct: (361) 886-4041
Phone: (361) 882-1612
Facsimile: (361) 882-3015
Email: jackie@hmglawfirm.com
Web: www.hmglawfirm.com

CONFIDENTIALITY NOTICE

This electronic mail transmission contains information which is confidential and privileged under the attorney-client communication privilege and/or the attorney work product doctrine and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

EXHIBIT
1

1

**From:** Jackie Rowe [mailto:jackie@hmglawfirm.com]
**Sent:** Friday, April 23, 2010 15:11
**To:** 'dkurtz@bakerdonelson.com'; 'ANDREW WEINSTOCK'; 'Rhubbard@lawla.com'; 'cleche@dkslaw.com'; 'Henry.miller@usdoj.gov'
**Cc:** 'Carmen Motes'; 'Kevin Grillo'; 'dee@hmglawfirm.com'; 'Kendra Saxvik'; 'Nicole Porter'; 'Emily Jeffcott'; Bob Hilliard; 'Mikal C. Watts'
**Subject:** FEMA

Today we are filing a Request to File a Global Motion for Leave to Amend and Add the United States once all of the Watts/Hillliard Plaintiffs' Claims are Ripe. We are not seeking leave at this time, but are just seeking approval from the Court to file a global motion and global amended complaint once all Plaintiffs' claims are ripe.

Please let me know whether or not you are opposed to same. If I do not hear back from by 5 o'clock Central Time today, I will assume you are opposed to same.

I look forward to hearing from you.

Jackie



Jackie Rowe, Paralegal
Hilliard Munoz Guerra, LLP
719 S. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Direct: (361) 886-4041
Phone: (361) 882-1612
Facsimile: (361) 882-3015
Email: jackie@hmglawfirm.com
Web: www.hmglawfirm.com


CONFIDENTIALITY NOTICE

This electronic mail transmission contains information which is confidential and privileged under the attorney-client communication privilege and/or the attorney work product doctrine and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.