UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Castanel, et al v. Recreation by Design*, et al, | | * | |
| Docket No. 09-3251; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RECREATION BY DESIGN, LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S RULING GRANTING "PLAINTIFF'S MOTION TO ADD ONE ADDITIONAL WITNESS" (REC. DOCS. 13989)**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC, who respectfully submits this motion requesting that the Court reconsider its ruling of May 5, 2010 (Rec. Doc. 13989), granting "plaintiff's Motion to Add One Additional Witness," for the reasons articulated in the attached Memorandum in Support.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
**GARRISON, YOUNT, FORTE**
**& MULCAHY, LLC**
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11th, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591