UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Castanel, et al v. Recreation by Design*, et al, | | * | |
| Docket No. 09-3251; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RECREATION BY DESIGN, LLC'S MEMORANDUM IN SUPPORT OF ITS
MOTION FOR RECONSIDERATION OF THE COURT'S RULING GRANTING
"PLAINTIFF'S MOTION TO ADD ONE ADDITIONAL WITNESS"
(REC. DOC. 13989)**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), who submits this Memorandum in Support of its Motion for Reconsideration of the Court's Ruling Granting "Plaintiff's Motion to Add One Additional Witness" (Rec. Doc. 13989). In support of its memorandum, RBD respectfully requests that it be permitted to adopt, as if copied herein, the arguments and defenses raised by the United States of America in its Motion for Reconsideration of the Court's Ruling Granting "Plaintiff's Motion to Add One Additional Witness" (Rec. Doc. 13989), along with all supporting memoranda and exhibits (Rec. Doc. 1405). Additionally, RBD respectfully requests that it be permitted to re-urge the arguments and defenses raised in its Opposition to Plaintiff's Motion to Add One Additional Witness (Rec. Doc. 13570), as if copied herein, in the context of the arguments/defenses raised by the United States of America in its Motion for Reconsideration (Rec. Doc. 1405).

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
**GARRISON, YOUNT, FORTE**
**& MULCAHY, LLC**
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: lgarrison@garrisonyount.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 11th, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591