UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:   FEMA TRAILER              *    MDL NO. 1873
         FORMALDEHYDE PRODUCTS     *
         LIABILITY LITIGATION      *    SECTION "N" (5)
                                   *
                                   *    JUDGE ENGELHARDT
                                   *    MAGISTRATE CHASEZ
                                   *
THIS DOCUMENT IS RELATED TO        *
                                   *
*Castanel, et al v. Recreation by Design*, et al,  *
Docket No. 09-3251;                *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Recreation By Design, LLC, through undersigned counsel, will bring its Motion for Reconsideration of the Court's Ruling Granting "Plaintiff's Motion to Add One Additional Witness" (Rec. Doc. 13989) in the above-captioned matter for hearing before this Honorable Court on the 2nd day of June, 2010, at 9:30 a.m., or as soon thereafter as this matter may be heard.

Respectfully submitted,


*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
**GARRISON, YOUNT, FORTE**
**& MULCAHY, LLC**
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: lgarrison@garrisonyount.com



## CERTIFICATE OF SERVICE

I hereby certify that on May 11th, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591