UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Castanel, et al v. Recreation by Design*, et al, | * | |
| Docket No. 09-3251; | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering defendant Recreation By Design, LLC's motion requesting that the Court reconsider its ruling of May 5, 2010 (Rec. Doc. 13989), granting "plaintiff's Motion to Add One Additional Witness" (Rec. Doc. 13291):

IT IS HEREBY ORDERED that Recreation By Design, LLC's Motion be and hereby is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Motion to Add One Additional Witness (Rec. Doc. 13291) is DENIED.

New Orleans, Louisiana, this _____ day of _____, 2010.

HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE