UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Castanel, et al v. Recreation by Design*, et al, | | * | |
| Docket No. 09-3251; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RECREATION BY DESIGN, LLC'S MOTION AND INCORPORATED
MEMORANDUM IN SUPPORT OF EXPEDITED HEARING**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC, and respectfully requests that its Motion for Reconsideration of the Court's Ruling Granting "Plaintiff's Motion to Add One Additional Witness" (Rec. Doc. 13989) be heard on an expedited basis. Although defendant's motion for reconsideration is presently set for hearing on June 2, 2010, the circumstances justify an expedited hearing because the trial of this matter is set for May 17, 2010. For timely consideration of the subject motion for reconsideration, an expedited hearing is required in advance of the Court's next regularly scheduled hearing date. Therefore, RBD respectfully request that this Motion for Expedited Hearing be granted.

Respectfully submitted,

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
**GARRISON, YOUNT, FORTE**
**& MULCAHY, LLC**
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Recreation By Design, LLC*
Email: lgarrison@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11th, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Lyon H. Garrison*
LYON H. GARRISON, Bar No. 19591