UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This Document Relates to:**

*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES OF AMERICA'S EX PARTE / CONSENT MOTION
TO EXPEDITE HEARING ITS MOTION FOR RECONSIDERATION**

The United States of America ("United States") respectfully suggests to this Honorable Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration of its Motion for Reconsideration of the Court's ruling granting Plaintiff's Motion To Add One Additional Witness (Rec. Doc. 14051). As trial in the *Castanel* matter is set for trial beginning May 17, 2010, and the first scheduled motion hearing date is June 2, 2010, the United States respectfully requests that its Motion for Reconsideration (Rec. Doc. 14051) be set for hearing expeditiously by this Honorable Court prior to commencement of the *Castanel* trial since the Court's ruling on that motion will affect what testimony is permitted in the *Castanel* trial. Counsel for Recreation By Design and Plaintiffs have been contacted and have indicated that they do not oppose the instant motion seeking an expedited hearing on the Government's Motion for Reconsideration (Rec. Doc. 14051).

Dated: May 12, 2010                                    Respectfully Submitted,

TONY WEST                                              HENRY T. MILLER
Assistant Attorney General, Civil Division             ADAM BAIN
                                                       Senior Trial Counsel

J PATRICK GLYNN
Director, Torts Branch, Civil Division                 ADAM DINNELL
                                                       MICHELLE BOYLE
DAVID S. FISHBACK                                      MICHELE GREIF
Assistant Director                                     Trial Attorneys

OF COUNSEL:                                            //S// *Jonathan R. Waldron*
JORDAN FRIED                                           JONATHAN R. WALDRON
Associate Chief Counsel                                (MO. Bar No. 58898)
                                                       Trial Attorney
JANICE WILLIAMS-JONES                                  United States Department of Justice
Senior Trial Attorney                                  Civil Division – Torts Branch
FEMA/DHS                                               P.O. Box 340, Ben Franklin Station
Department of Homeland Security                        Washington, D.C. 20004
Washington, D.C. 20472                                 Attorney Telephone: (202) 307-2091
                                                       Jonathan.Waldron@USDOJ.Gov

                                                       Attorneys for the United States of America

## CERTIFICATE OF SERVICE

       I hereby certify that on May 12, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                            //S// *Jonathan R. Waldron*
                            JONATHAN R. WALDRON (MO. Bar No. 58898)