UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This Document Relates to:**

*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the United States Ex Parte / Consent Motion to Expedite Hearing Its Motion For Reconsideration:

IT IS HEREBY ORDERED that the United States' Motion be and hereby is GRANTED;

IT IS FURTHER ORDERED that the United States Motion for Reconsideration of the Court's ruling on Plaintiff's Motion to Add One Additional Witness (Rec. Doc. 13291) is noticed for hearing on May ___, 2010, at ____ a.m.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA