UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　　　　　　SECTION N-5
　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Lyndon Wright v. Forest River, et al.*, No. 09-2977
*Earline Castanel v. Recreation By Design, LLC, et al.*, No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant United States of America's Motions for an Award of Costs (Rec. Doc. 11936 and Rec. Doc. 11949) are set for a telephonic hearing before the Honorable Loretta G. Whyte, Clerk of Court, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-151, New Orleans, Louisiana, on the 26th day of May, 2010, at 10:00 am (CST).  Counsel may request to participate by telephone by contacting the secretary to the Clerk at (504) 589-7650.  The following Counsel will be participating by phone:  Michelle Boyle (Counsel for the United States), (202) 616-4447; Randall C. Mulcahy (Counsel for Recreation by Design), (504) 527-0680; and Jason Bone (Counsel for Forest River), (504) 561-0400.

| | |
|---|---|
| Dated: May 12, 2010. | Respectfully Submitted, |

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General | HENRY T. MILLER |
| | Senior Trial Counsel |
| J. PATRICK GLYNN | |
| Director | MICHELE GREIF |
| | JONATHAN WALDRON |
| DAVID S. FISHBACK | ADAM DINNELL |
| Assistant Director | Trial Attorneys |
| | |
| OF COUNSEL: | *//S// Michelle Boyle* |
| | MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | U.S. Dept. of Justice, Civil Division |
| | P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES | Washington, D.C. 20004 |
| Senior Trial Attorney | Telephone No: (202) 616-4447 |
| Federal Emergency Management Agency | E-mail: Michelle.Boyle@USDOJ.Gov |
| Department of Homeland Security | |
| Washington, D.C. 20472 | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)