UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** * | **MDL NO. 1873** |
| **FORMALDEHYDE** * | |
| **PRODUCT LIABILITY** * | **SECTION "N-5"** |
| **LITIGATION** * | |
| * | **JUDGE ENGELHARDT** |
| * | |
| **THIS DOCUMENT RELATES TO** * | **MAG. JUDGE CHASEZ** |
| *EARLINE CASTANEL, ET AL* * | |
| *v.  RECREATION BY DESIGN, LLC* * | |
| *ET AL*, *DOCKET NO. 09-3251* * | |

**************************************************************************

**DEFENDANT, RECREATION BY DESIGN, LLC'S, MEMORANDUM
IN  OPPOSITION TO PLAINTIFF'S OBJECTIONS TO CERTAIN EXHIBITS**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Recreation By Design, LLC (RBD) who hereby submits the following Response to the objections listed by plaintiff to certain RBD exhibits in Rec. Doc. 14032, as more fully set forth in Exhibit A.

In addition to the Line Item Responses set forth in Exhibit A, RBD notes that Plaintiff has primarily identified four broad categories of objections to RBD's exhibits, each of which will be addressed below.

### I.     Objections to Scientific Publications and Articles

Plaintiff objects to numerous publications and articles identified by RBD in its Exhibit List. All such publications and articles are relevant to Plaintiff's allegations regarding formaldehyde exposure and her alleged injuries. RBD submits the documents are relevant and also submits that FRE 803(18) should govern use of these documents.

### II.    FEMA Documents Regarding Formaldehyde

Plaintiff objects to various FEMA documents regarding the issue of formaldehyde, as hearsay and/or lack of foundation. These documents are not hearsay as they are not being used for the truth of the matter asserted therein; rather, they serve the purpose of establishing FEMA's knowledge of formaldehyde. In addition, many of these materials were referenced in various depositions of FEMA personnel, which are being presented at trial via deposition.

### III.   Deposition Testimony and Exhibits

Plaintiff objects to several deposition transcripts and exhibits as being "cumulative, confusing, irrelevant, and exhibits to the deposition contain hearsay." The transcripts are not cumulative, as (1) deposition designations did not include the entirety of deposition testimony and (2) deposition designations were not completed for all deponents whose transcripts and exhibits were included on the Exhibit List. The deposition testimony and transcripts are relevant as they were taken in connection with this MDL. Further, the deposition exhibits are not hearsay pursuant to several FRE 803 sub-subsections, specifically (6), (8) and/or (18).

**IV.     Objections to Exhibits that have not been identified with a specific bates range.**

Finally, RBD acknowledges that some documents listed on its Exhibit List have not been identified with bates ranges. To the extent possible, RBD will include such bates ranges and, if necessary, seek leave of Court to replace these exhibits with bates labeled documents.

>Respectfully submitted,
>
>*/s/ Randall C. Mulcahy*
>LYON H. GARRISON, Bar No. 19591
>SCOTT P. YOUNT, Bar No. 22679
>RANDALL C. MULCAHY, Bar No. 26436
>DARRIN L. FORTE, Bar No. 26885
>KELLY M. MORTON, Bar No. 30645
>GARRISON, YOUNT, FORTE
>& MULCAHY, LLC
>909 Poydras Street, Suite 1800
>New Orleans, Louisiana 70112
>Telephone: (504) 527-0680
>Facsimile: (504) 527-0686
>Attorneys for defendant,
>Recreation By Design, LLC
>Email: lgarrison@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

>*/s/ Randall C. Mulcahy*
>RANDALL C. MULCAHY , Bar No. 26436