UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                  SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Robert Aguilera, et al. v. KZRV, et al.*, No. 10-503
*Collette Adams, et al. v. Cavalier Home Builders, et al.*, No. 10-510
*Helen Albarado, et al. v. Keystone Industries, Inc., et al.*, No. 10-512
*Laura Gonzales, et al. v. Champion Home Builders Co., et al.*, No. 10-735
*Pattie Holley, et al. v. Coachman Industries, Inc., et al.*, No. 10-736
*Briana P. Vallelungo, et al. v. Destiny Industries, et al.*, 10-737
*Edward Allo, et al. v. Forest River, Inc., et al.*, No. 10-740
*Deborah Arnold, et al. v. Frontier RV, Inc., et al.*, No. 10-741
*Michael Alfonso, et al. v. Jayco, Inc., et al.*, No. 10-743
*Cynthia Ann Cody, et al. v. Lexington Homes, et al.*, No. 10-744
*Wanda Winding, et al. v. Liberty Homes, Inc., et al.*, No. 10-745
*Netiokee Hill, et al. v. Oak Creek Homes, et al.*, No. 10-747
*Norman P. Ford, et al. v. Insurco, Ltd., et al.*, No. 10-748
*Laura Gonzales, et al. v. Crum & Forster Specialty Insurance, et al.*, No. 10-749
*William James Buckel, et al. v. Arch Specialty Insurance Corp., et al.*, 10-750
*Sharon Ann Florane, et al. v. Scotbilt Homes, Inc., et al.*, No. 10-753
*Miko Sand v. Silver Creek Homes, Inc., et al.*, No. 10-754
*Sharon Ann Florane, et al. v. Stewart Park Homes, Inc., et al.*, No. 10-756
*Tammy Reeves Thomas, et al. v. Sunnybrook RV, Inc., et al.*, No. 10-757
*Jennifer Ann Keiff, et al. v. Superior Homes, LLC, et al.*, No. 10-758
*Bridget Bailes, et al. v. Thor California, Inc.*, No. 10-760
*Jolie D. Bacques-Maggio, et al. v. Timberland RV Company, et al.*, No. 10-761

1

*Lanny David LaFrance, et al. v. TL Industries, Inc., et al.*, 10-762
*Joseph Louis Wright, et al. v. DS Corp., et al.*, No. 10-763
*Eugene . Haindel, et al. v. KZRV, LP, et al.*, No. 10-764
*Dana Meyer, et al. v. Lakeside Park Homes, Inc., et al.*, No. 10-765
*Raymond Christopher Armstrong, et al. v. Starcraft RV, Inc.,* No. 10-766
*Darrin Joseph Burns, et al. v. Timberland RV Company, et al.*, No. 10-767
*Danmond Troy Demolle, et al. v. CMH Manufacturing, Inc., et al.*, No. 10-768
*Gina Marie Phillips, et al. v. Insurco, Ltd., et al.*, No. 10-771
*Bruce Edwin Melan, et al. v. Cavalier Home Builders, LLC, et al.*, No. 10-772
*Gloria M. Durham, et al. v. Cavalier Home Builders, LLC, et al.*, No. 10-773
*Carol Becnel, et al. v. Stewart Park Homes, Inc., et al.,* No. 10-774
*Alicia M. Miller, et al. v. Cavalier Home Builders, LLC, et al.*, 10-775
*Francis Irwin Gras, et al. v. Stewart Park Homes, Inc., et al.*, No. 10-777
*Charlene Johnston, et al. v. Timberland RV Company, et al.*, No. 10-778
*John Victoriana, et al. v. Southern Energy Homes, Inc., et al.*, No. 10-755

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(I)

Now into Court, through undersigned counsel, come Named Plaintiffs referenced herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of Named Defendants, **Morgan Buildings & Spas, Inc.** and **Morgan Building Systems, Inc.,** that these defendants, who have been named as "Procurement Defendants" in the referenced matters, in fact did not procure emergency housing units (EHU's) from the manufacturing defendants named in the referenced matters for the United States through FEMA, all as set forth in the corporate deposition transcripts of the defendants attached hereto and marked for identification as Exhibits 1 and 2, hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of all claims against **Morgan Buildings & Spas, Inc.** and **Morgan Building Systems, Inc.** asserted within the above-referenced matters which have been consolidated into this MDL.

2

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:      s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of May, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                        s/ Roberta L. Burns
                                                        ROBERTA L. BURNS