# Transcript of the Testimony of
# 30 (b) (6) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., through James Schilligo

**Date taken: August 13, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

**PLEASE READ & SIGN**

# Professional Shorthand Reporters, Inc.
Phone:  504-529-5255
Fax:  504-529-5257
Email:  reporters@psrdocs.com
Internet:  www.psrdocs.com

EXHIBIT 1

Case 2:07-md-01873-KDE-MBN   Document 14063-1   Filed 05/12/10   Page 2 of 2

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    30(b)(6) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., through James Schilligo

**Page 21**

1  availability of inventory and pricing.
2      Q   All right. And when you say "we,"
3  is there a team of people? Is it primarily
4  you and Mr. Morgan, or who is it?
5      A   Myself and Mr. Morgan.
6      Q   Okay. And who were your
7  suppliers?
8      A   For --
9      Q   For this schedule, quantity,
10 pricing, floor plan request.
11     A   For this disaster, it would have
12 been Fleetwood, Recreation by Design and
13 Monaco.
14     Q   We have taken Fleetwood's
15 deposition, and we have the quantities and
16 so on. Was Fleetwood the largest supplier?
17     MS. LIPSEY:
18         Objection, vague.
19 EXAMINATION BY MR. LAMBERT:
20     Q   Insofar as your procurement was
21 concerned, was Fleetwood the largest
22 supplier of travel trailers?
23     A   I don't know that for sure.
24     Q   Okay. When you contacted
25 Fleetwood and Recreation by Design and

**Page 22**

1  Monaco -- Is it Monaco?
2      A   Yes, sir.
3      Q   Okay.
4         -- did you give them
5  specifications?
6      A   Yes.
7      Q   All right. And in those
8  specifications, did you discuss with them
9  materials to be used?
10     A   No.
11     Q   We have some communications
12 apparently later on down the line that have
13 to do with discussions about materials.
14 When did those first occur?
15     A   I don't know that they ever
16 occurred.
17     Q   Okay. Do you know what luan is?
18     A   Yes, sir.
19     Q   What is it?
20     A   It's a fiberboard.
21     Q   Do you remember any communications
22 with the suppliers about luan?
23     A   No, sir.
24     Q   How about OBS, do you know what
25 that is?

**Page 23**

1      A   No.
2      Q   Okay. What sort of flooring is
3  used in travel trailers, if you know?
4      MR. MILLER:
5          Objection, vague.
6      THE WITNESS:
7          Whose travel trailers?
8  EXAMINATION BY MR. LAMBERT:
9      Q   All right. Pick the three that
10 you just told me about.
11     A   Plywood in Fleetwood, Recreation
12 by Design was also a plywood floor, and
13 Monaco's, I don't remember it right now.
14     Q   Do you know if any of the
15 suppliers, Fleetwood, Recreation by Design
16 or Monaco, used different flooring materials
17 to produce the schedule and quantity that
18 you required?
19     A   Not to my --
20     MS. LIPSEY:
21         Objection, foundation.
22 EXAMINATION BY MR. LAMBERT:
23     Q   Go ahead and answer.
24     A   Not to my knowledge.
25     Q   So, to your knowledge, the

**Page 24**

1  suppliers used the same materials that they
2  always used in terms of producing the travel
3  trailer units that you discussed with them
4  in terms of quantity, design, pricing, floor
5  plans?
6      MS. LIPSEY:
7          Objection, foundation.
8      MR. MILLER:
9          Objection, compound.
10     THE WITNESS:
11         Ask the question again, please.
12 EXAMINATION BY MR. LAMBERT:
13     Q   Sure. Did you ever have any
14 discussions with suppliers, Fleetwood,
15 Recreation by Design or Monaco, about the
16 availability of materials to build the
17 quantity of travel trailers on the schedule
18 that you provided to them?
19     A   Yes, we did.
20     Q   Okay. And let's do them one at a
21 time. Who did you talk to with Fleetwood
22 about the materials problems in terms of
23 building to a schedule and quantities that
24 you required for them?
25     MS. LIPSEY: