# Transcript of the Testimony of
# Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

### Date taken: October 22, 2009

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)**

**\*\*Note\*\***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: www.psrdocs.com

**EXHIBIT 2**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)     Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 19

1        And the document with regard to
2   mobile homes, is that a two-page document?
3       A.   No, sir.  It's one page.
4       Q.   You now have Bates number --
5       A.   I'm sorry, two pages.
6       Q.   So Exhibit 3 is Morgan's Bates
7   No. 15 and 16; is that right?
8       A.   Yes, sir.
9       Q.   And now you have a document in
10  front of you with a Morgan Bates number of
11  17.  What does that represent?
12      A.   It is another government contract
13  for 15,000 travel trailers.
14      Q.   And is that your understanding of
15  the amount of travel trailers that Morgan
16  sold to the United States Government for
17  temporary housing units after Hurricane
18  Katrina?
19      A.   Yes, sir.
20      Q.   And this would be the contract
21  that we were talking about with the total
22  amount of travel trailers that were sold by
23  Morgan to the United States Government?
24      A.   Yes, sir.
25      Q.   Now, did Morgan itself manufacture

Page 20

1    travel trailers at any particular time?
2        A.   No, sir.
3        Q.   So to fulfill this contract, did
4    Morgan turn to the manufacturers of travel
5    trailers and ask them to fill orders for
6    them for these travel trailers?
7        A.   Yes, sir.
8        Q.   And did Morgan request travel
9    trailers from Fleetwood to fulfill this
10   request by the United States Government?
11       A.   Yes, sir.
12       Q.   Did they also request travel
13   trailers from an entity called Monaco to
14   fill this requirement for 15,000 travel
15   trailers?
16       A.   Yes, sir.
17       Q.   Did they also request travel
18   trailers from an entity called Recreation by
19   Design to fill this order for the United
20   States Government?
21       A.   Yes, sir.
22       Q.   The total amount of travel
23   trailers that Morgan sold to the United
24   States Government manufactured by Fleetwood,
25   Monaco, and Recreation by Design was 15,000;

Case 2:07-md-01873-KDE-MBN   Document 14063-2   Filed 05/12/10   Page 4 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)    Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 21

1   is that right?
2       A.   Correct.
3       Q.   Do you have any idea of what
4   proportion of those travel trailers, of that
5   15,000, were Fleetwood travel trailers as
6   opposed to Recreation by Design or Monaco?
7       A.   I can give you a close estimate.
8       Q.   Please do so.
9       A.   A little over 10,000 pieces from
10  Fleetwood.  I believe it was 2,400 or 2,600
11  from RBD.
12      Q.   That's Recreation by Design?
13      A.   Yes, sir.
14      Q.   2,400 or 2,600?
15      A.   Yes, sir.  And the balance would
16  have been from Monaco.
17      Q.   As I understand your testimony --
18  let me start over.  As I understand your
19  testimony that Morgan does not now nor has
20  it ever constructed travel trailers?
21      A.   No, sir.  We have not.
22      Q.   Morgan is in the business of
23  selling buildings and spas and above-ground
24  pools?
25      A.   Yes, sir.

Case 2:07-md-01873-KDE-MBN   Document 14063-2   Filed 05/12/10   Page 5 of 5

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)        Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 25

```
 1        Q.   This particular document has at
 2   the top your name as Jim Schilligo, and it
 3   reflects that you were called by FEMA and
 4   FEMA was soliciting an order from you; is
 5   that right?
 6        A.   From Morgan, correct.
 7        Q.   And it is signed by Guy Morgan on
 8   behalf of Morgan as president for Morgan; is
 9   that right?
10        A.   Yes, sir.
11        Q.   And it's also signed by Bryan
12   McCreary who is identified in this document
13   as the contracting officer for FEMA; is that
14   right?
15        A.   Correct.
16        Q.   I'm going to show you now a series
17   of documents that I have marked as
18   Exhibit 5, which bear Bates numbers Morgan
19   95 through 103.  Could you please identify
20   those documents for me starting with Bates
21   No. 95.
22     (Exhibit No. 5 marked for identification.)
23        A.   It is a fax cover sheet from
24   Morgan to Brad McKinney at Monaco.
25        Q.   And does that relate to the order
```