MINUTE ENTRY
ENGELHARDT, J.
May 7, 2010

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES


      A status conference was conducted on Friday, May 7, 2010, at 8:30 a.m., with liaison counsel, steering committee members, and counsel for the Government.  Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Timothy D. Scandurro, James C. Percy, John Stewart Tharp,  M. David Kurtz, Robert M. Becnel, Henry T. Miller, Jerry L. Saporito, Ernest P. Gieger, Jr., Adam M. Dinnell, Mikal C. Watts, Karen Whitfield, Gerardo R. Barrios, Dennis C. Reich, Raul R. Bencomo, Charles E. Leche, Chris Pinedo, John J. Hainkel, Ralph S. Hubbard, III, Lyon H. Garrison, Richard A. Sherburne, Linda J. Nelson, Charles R. Penot, Jr., Eric L. Lindstrom and Lamont P. Domingue.

**Court Reporter: Cathy Pepper**

JS10(1:00)