MINUTE ENTRY
ENGELHARDT, J.
May 7, 2010

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

     A general status conference was conducted on Friday, May 7, 2010, at 10:00 a.m. Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Timothy D. Scandurro, James C. Percy, John Stewart Tharp, M. David Kurtz, Robert M. Becnel, Henry T. Miller, Jerry L. Saporito, Ernest P. Gieger, Jr., Adam M. Dinnell, Mikal C. Watts, Karen Whitfield, Gerardo R. Barrios, Dennis C. Reich, Raul R. Bencomo, Charles E. Leche, Chris Pinedo, John J. Hainkel, Ralph S. Hubbard, III, Lyon H. Garrison, Richard A. Sherburne, Linda J. Nelson, Charles R. Penot, Jr., Eric L. Lindstrom and Lamont P. Domingue.

     A complete list of attendees is attached as a supplement to the Court's Pretrial Order #66 dated May 7, 2010 (Rec. Doc. No. 14031).

**Court Reporter: Jodi Simcox**

JS10(1:00)