UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case 09-3251

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 14055)** is **GRANTED.**  Any opposition to Recreation By Design, LLC's Motion for Reconsideration of the Court's Ruling Granting "Plaintiff's Motion to Add One Additional Witness" [Rec. Doc. 13989] (Rec. Doc. 14054) is due **on or before Thursday, May 13, 2010, at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 12th day of May 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**