UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case no. 09-3251

## ORDER

      **IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 14056)** is **GRANTED**. However, because the Government is no longer a party to this member case,

      **IT IS FURTHER ORDERED** that the **Government's Motion for Reconsideration (Rec. Doc. 14051)** is **DENIED**. The issue of costs may be addressed in a separate motion and decided on a non-expedited basis.

      New Orleans, Louisiana, this 12th day of May, 2010.

                                                      **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**