**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | *   **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * |
| | *   **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO ALL CASES** | * |
| | *   **JUDGE ENGELHARDT** |
| | * |
| | *   **MAGISTRATE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DESIGNATE DEFENDANT PROFILE FORM

NOW INTO COURT, through undersigned counsel, come Plaintiffs and Manufacturing Defendants, who, for the reasons more fully set forth in the supporting memorandum attached hereto, respectfully requests that this Honorable Court designate the attached exhibit as the "Defendant Profile Form" for All Manufacturing Defendants in this MDL.  Furthermore, the parties jointly request that the defendants be given thirty (30) days to respond to the Profile Form once the form is so designated by the Court, followed by thirty (30) days for Plaintiffs' Liaison Counsel to notify Defense Counsel of any deficiencies in their response.  This notice of deficiencies from Plaintiffs' Liaison Counsel will then trigger a thirty (30) day period for the Defendant to cure any stated deficiencies or otherwise respond thereto.

Pursuant to the Court's request, undersigned counsel has contacted Manufacturing Defendants' Liaison Counsel who have conferred and agreed upon the attached "Defendant Profile Form" (Exhibit A) and do not oppose this Joint Motion to Designate  Defendant Profile Form.

1

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Gerald E. Meunier*
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com


      */s/Justin I. Woods*
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      MIKAL WATTS, Texas # 20981820
      DENNIS REICH, Texas # 16739600
      ROBERT BECNEL, #14072

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 12, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

                                                */s/Gerald E. Meunier*
                                                GERALD E. MEUNIER, #9471