UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF JOINT MOTION
TO DESIGNATE DEFENDANT PROFILE FORM**

MAY IT PLEASE THE COURT:

Plaintiffs jointly with Manufacturing Defendants submit this memorandum in support of their Joint Motion to Designate Defendant Profile Form.

**BACKGROUND**

Plaintiffs' Liaison Counsel and Liaison Counsel for Manufacturing Defendants' have conferred and agree upon the attached Defendant Profile Form for use in this matter with regard to all defendants sued in *In re FEMA Trailer Formaldehyde Products Liability Litigation*. *See* Exhibit A.

Plaintiffs' Liaison Counsel and Liaison Counsel for Manufacturing Defendants' jointly request that this Honorable Court designate the following schedule for responses and deficiencies pertaining to Defendant Profile Forms. Defendants will be given thirty (30) days to respond to the Defendant Profile Form once the form is designated by this Honorable Court, followed by thirty (30) days for Plaintiffs' Liaison Counsel to notify Defense Counsel of any deficiencies.  This notice of deficiencies  from Plaintiffs' Liaison Counsel will trigger a thirty (30) day period for the Defendant to cure any deficiency or

1

otherwise respond.

## CONCLUSION

    Plaintiffs along with Manufacturing Defendants jointly pray that this Honorable Court review the attached Defendant Profile Form for All Manufacturing Defendants and adopt it and the above referenced schedule with regard to this form.

    Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    */s/Gerald E. Meunier*
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:   504/522-2304
    Facsimile:   504/528-9973
    gmeunier@gainsben.com

    */s/Justin I. Woods*
    JUSTIN I. WOODS, #24713
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:   504/522-2304
    Facsimile:   504/528-9973
    jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'**
       **STEERING COMMITTEE**
         ANTHONY BUZBEE, Texas # 24001820
         RAUL BENCOMO, #2932
         FRANK D'AMICO, #17519
         MATT MORELAND, #24567
         LINDA NELSON, #9938
         MIKAL WATTS, Texas # 20981820
         DENNIS REICH, Texas # 16739600
         ROBERT BECNEL, #14072

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 12, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

           */s/Gerald E. Meunier*
           GERALD E. MEUNIER, #9471