**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO:    ALL CASES | * | |
| | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT PROFILE FORM

All Manufacturing Defendants sued in this matter must complete and submit this Defendant Profile Form. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Defendant Profile Form shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your response.

1. **IDENTIFICATION AND CONTACT INFORMATION OF DEFENDANT COMPLETING THIS PROFILE FORM**

    A. Defendant's Name: _____
    B. Address: _____
    C. Website: _____
    D. Principal Place of Business: _____
    E. Place of Incorporation: _____
    F. Has Defendant operated under any other names from 2005 to present? If so, please list and explain why: _____

    (If you have identified more than one entity in 1(A) above, separately answer 1(B)-1(F) for each entity.)

2.    **COUNSEL INFORMATION FOR DEFENDANT**

    A.      Name of Attorney and Firm: _____

    B.      Address of Firm: _____

    C.      Phone Number: _____

    D.      Fax Number: _____

    E.      E-mail: _____

3.    **INSURANCE INFORMATION**

    A.      Identify all of your CGL, Product Liability, and Excess Insurance and/or any applicable insurance policies from 2005 to present:

              For each policy, identify the following:

| Insurer | |
|---|---|
| Insurer Address | |
| Policy Dates | |
| Policy Number | |
| Insurance Agent | |

       Please attach a copy of the policy including Declaration page, exclusions and complete policy language for each listed party.

4.    **EMERGENCY HOUSING UNITS:**

       For each year from 2004 to present, please identify how your VIN numbers can be "decoded"? (that is, what does each number or letter mean in the 17 digit VIN numbers assigned to each unit by you.) Also, please attach any documents that identify how your VIN numbers can be "decoded."

### **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____   _____   _____
Signature                      Print Name and Title                            Date


_____
Address


_____


_____
Telephone


_____
E-mail Address