UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion:

**IT IS SO ORDERED** that Plaintiffs and Manufacturing Defendants Joint Motion to Designate Defendant Profile Form is hereby granted and "Exhibit A" attached to the joint motion is hereby designated as the Defendant Profile Form for All Manufacturing Defendants.

Furthermore, Defendants must provide Profile Forms to Plaintiffs' Liaison Counsel within thirty (30) days of this order. Plaintiffs' Liaison Counsel must notify Liaison Counsel for Defendants of any deficiencies within thirty (30) days of receipt of a defendant profile form. Notice from Plaintiffs' Liaison Counsel of a deficiency will trigger a thirty (30) day period for the Defendant to cure any deficiency or otherwise respond.

THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE