UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**
*Jeffery Michel Graves, et al v. Fluor Enterprises, Inc ., et al*
**Number 09-6905**
*Dora Ann Greco, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6896**
*Karen Kline, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6890**
*Robert Moise Legendre, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6907**
*Kristy Merwin, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6887**
*Julie Mixon, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6897**
*Sandy N. Pelas, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6419**
*Cheryl Andrews, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6894**
*Cheryl Andrews, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6895**
*Cheryl Andrews, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6899**
*John Antoine, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6901**
*Patricia Antoine, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6889**
*Sunshine Augustine, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6903**
*Garland Baynes, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6716**
*Carol Blappert, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6017**
*Carol Blappert, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6211**
*Ryan Michael Bostic, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6412**
*Jacob Joseph Borrouso, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6902**

*Lillie Boteler, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6643**
*Janet Ann Gabriel, et al v. Fluor Enterprises, Inc., et al*
**Number 09-6016**
**********************************************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
### UNDER FEDERAL RULE 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for Fluor Enterprises, Inc. that Defendant-Fluor has never installed Energy Housing Units, in response to Hurricanes Katrina and Rita, hereby give notice of Named Plaintiffs' voluntary dismissal of all claims asserted within the Eastern District of Louisiana against Fluor Enterprises, Inc., in the above entitled suits, previously filed in these proceedings.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL         :        rgp@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

2

**CERTIFICATE OF SERVICE**

      I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

      May 12, 2010.

                                            s/Ronnie G. Penton
                                            Ronnie G. Penton