UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
*Earline Castanel v. Recreation by Design, LLC,  et al*
*Case No. 09-3251 (E.D. La.)*

## **RULINGS ON OBJECTIONS ON DEPOSITION TESTIMONY[1] AT TRIAL**

　　　　Pursuant to the Court's previous Order, various deposition transcripts have been provided to the Court of witnesses whose testimony will be presented to the jury by way of those transcripts, in lieu of live appearance.  To the extent that the submitted transcripts have objections by counsel on the selected portions for trial, the Court has also obtained from counsel their respective positions regarding such objections.  With regard to the witnesses listed below, these objections are resolved as follows: **to the extent that the Court makes no mention of an objection in this Order, such objection is hereby OVERRULED**.  As for each other objection, the following are **SUSTAINED**:[2]

---

[1]This Order pertains to the following witness: Geoffrey Compau.

[2]When the Court sustains an objection, counsel presenting such testimony shall be responsible for editing the witnesses' videotape testimony accordingly.

**I.      Testimony of Geoffrey Compau**

Objections at Page 106, Line 18 - Page 107, Line 1 (April 6, 2010 Transcript) - Sustained. The question calls for the witness to speculate.

Objection at Page 397, Line 5 - Page 398, Line 21 (January 7, 2010 Transcript) - This objection is also overruled, on the belief that the jury may be charged with regard to fault of the subcontractor Shaw.  If no party in this litigation will argue and produce evidence that, if plaintiff has suffered any damages, they were sustained as a result of the actions/omissions of subcontractor Shaw's transportation, installation and maintenance of the EHU, this objection should be discussed amongst counsel, and this passage probably should be excluded.

New Orleans, Louisiana, this 12th day of May, 2010.

_____
**KURT D. ENGELHARDT
United States District Court**