UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　　　MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
*Earline Castanel v. Recreation by Design, LLC, et al*
*Case No. 09-3251 (E.D. La.)*

## **RULINGS ON OBJECTIONS ON DEPOSITION TESTIMONY[1] AT TRIAL**

       Pursuant to the Court's previous Order, various deposition transcripts have been provided to the Court of witnesses whose testimony will be presented to the jury by way of those transcripts, in lieu of live appearance. To the extent that the submitted transcripts have objections by counsel on the selected portions for trial, the Court has also obtained from counsel their respective positions regarding such objections. With regard to the witnesses listed below, these objections are resolved as follows: **to the extent that the Court makes no mention of an objection in this Order, such objection is hereby OVERRULED**. As for each other objection, the following are **SUSTAINED**:[2]

---

[1] This Order pertains to the following witnesses: Guy Bonomo, Alan Bowers, M.D. and Brian Boyle.

[2] When the Court sustains an objection, counsel presenting such testimony shall be responsible for editing the witnesses' videotape testimony accordingly.

**I.     Testimony of Guy Bonomo**

Objection at Page 16, Line 16 - Page 17, Line 20 - Sustained.  No foundation.  The witness states that he has no direct knowledge regarding the purpose of the flier, and his testimony is based upon an assumption along with speculation after reviewing a particular document.

Objection at Page 45, Line 24 - Page 46, Line 11 - Sustained.  Leading question asked by government attorney of a government witness; testimony is also cumulative.

**II.    Testimony of Alan Bowers, M.D.**

No objections sustained.

**III.   Testimony of Brian Boyle**

Objection at Page 129, Line 9 - Page 130, Line 1 and Page 130, Line 8 - Page 131, Line 18 - Lack of foundation: the witness appears to be reading through a document as directed by counsel, and his testimony is based solely upon reading a document without any independent knowledge as to what Shaw's quality control procedures were, and if they were employed with regard to the plaintiff's EHU.

New Orleans, Louisiana, this 12th day of May, 2010.

_____
**KURT D. ENGELHARDT**
**United States District Court**