UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
*Earline Castanel v. Recreation by Design, LLC, et al*
*Case No. 09-3251 (E.D. La.)*

# **RULINGS ON OBJECTIONS ON DEPOSITION TESTIMONY[1] AT TRIAL**

   Pursuant to the Court's previous Order, various deposition transcripts have been provided to the Court of witnesses whose testimony will be presented to the jury by way of those transcripts, in lieu of live appearance.  To the extent that the submitted transcripts have objections by counsel on the selected portions for trial, the Court has also obtained from counsel their respective positions regarding such objections.  With regard to the witnesses listed below, these objections are resolved as follows: **to the extent that the Court makes no mention of an objection in this Order, such objection is hereby OVERRULED**.  As for each other objection, the following are **SUSTAINED**:[2]

---

[1] This Order pertains to the following witness: Christopher DeRosa.

[2] When the Court sustains an objection, counsel presenting such testimony shall be responsible for editing the witnesses' videotape testimony accordingly.

1

**I.     Testimony of Christopher DeRosa**

Objection at Page 46, Lines 6-19 - Sustained.  This passage contains references to a statement/testimony given before Congress, and is also cumulative of other testimony.

Objection at Page 157, Lines 8-15 - Sustained.  Calls for speculation.

Objection at Page 160, Line 13 - Page 161, Line 24 - Sustained.  Calls for speculation.

Objection at Page 203, Lines 4-10 - Sustained.  This testimony is repetitive of other testimony on the transcript, and the particular statements by the witness are also not relevant.

Objection at Page 212, Lines 2-6 - Sustained.  As the testimony pertains to a single newly-constructed unoccupied house in 1985, this has no bearing on the EHU involved in this case.

New Orleans, Louisiana, this 12th day of May, 2010.

_____
**KURT D. ENGELHARDT
United States District Court**