MINUTE ENTRY
ENGELHARDT, J.
May 12, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
*Earline Castanel v. Recreation by Design, LLC,  et al*
*Case No. 09-3251 (E.D. La.)*

      A telephone conference was conducted on Wednesday, May 12, 2010, at 10:00 a.m. Participating were Andrew D. Weinstock,  M. David Kurtz, Henry T. Miller, Adam M. Dinnell, Mikal C. Watts, Karen Whitfield, Jonathan R. Waldron, Sarah Podmaniczky, David Watts, Wynter Lee and Kendra Saxvik.

JS10(0:35)