*Clark, et al v. TL Industries, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8373.

*Albert, et al v. Forest River, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8374.

*Lazard, et al v. Vanguard Industries of Michigan, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8375.

*Achane, et al v. American International Specialty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8376.

*Knightshead, et al v. American International Speicalty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8377.

*Porter, et al v. Clearspring Conversions, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8378.

*James, et al v. Travelers Property Casualty Company of America TIL, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8379.

*Celius, et al v. Insurco, Ltd., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8380.

*Cushenberry, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8381.

*Turner, et al v. Sunline Acquisition Company Ltd., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8382.

*Charles, et al v. Sunnybrook RV, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8383.

*Butler, et al v. Coachmen Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8384.

*Hardin, et al v. Thor California, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8385.

*Rush, et al v. Lexington Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8386.

*Luno, et al v. Lakeside Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8387.

*Mayon, et al v. DS Corp., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8388.

*Stubbs, et al v. Stewart Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8389.

*Sylvester, et al v. Alliance Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8390.

*Bouie, et al v. Dutchmen Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8391.

*Charleston, et al v. River Birch Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8392.

*Bass, et al v. KZRV, LP, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8393.

*Henderson, et al v. Sun Valley, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8394.

*Palmer, et al v. Superior Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8395.

*Burse, et al v. Starcraft RV, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8396.

*Gray v. Northwood Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8397.

*Stewart v. Sunray RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8398.

*Weary, et al v. Skyline Corporation, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8399.

*Brent, et al v. Timberland RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8400.

*Bradley, et al v. Heartland Recreational Vehicles, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8401.

*Guidry, et al v. Cruiser RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8402.

*Williams, et al v. Liberty Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8403.

*Harbor, et al v. Arch Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8404.

*Ange, et al v. American International Specialty Lines Ins. Co., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8405.

*Hood, et al v. Recreation By Design, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8406.

*Adams, et al v. Jayco Enterprises, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8407.

*Authement, et al v. TL Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8408.

*Bourquard, et al v. Thor California, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8409.

*Creger, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8410.

*Forsythe, et al v. Sun Valley, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8411.

*Frught, et al v. Timberland RV Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8412.

*Adubato, et al v. Skyline Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8413.

*DeGeorge, et al v. Oak Creek Homes, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8414.

*Alfonso, et al v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8415.

*Rhodes, et al v. Scotbilt Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8416.

*Winding, et al v. Liberty Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8417.

*Hill, et al v. Silver Creek Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8418.

*Annis v. American International Group, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8419.

*Carriere, et al v. Americann International Group, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8420.

*Adubato, et al v. Layton Homes Corp., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8421.

*Tolliver, et al v. Superior Homes, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8428.

*Tate, et al v. Superior Homes, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8429.

*Richardson, et al v. Superior Homes, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8430.

*Firmin v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8431.

*Naquin, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8432.

*Watkins, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8433.

*Gonzales, et al v. Philips Products, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8434.

*Wood, et al v. ABC Manufacturer, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8435.

*Levy, et al v. ABC Manufacturing Company, et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8436.

*Angletty v. Morgan Buildings & Spas, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8437.

*Charles v. Morgan Buildings & Spas, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8438.

*Boines, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8439.

*Thomas, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8440.

*Barnette, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8441.

*Holmes, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8442.

*Ambrose, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8443.

*Demery, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8444.

*Bailey, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8445.

*Aiken, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8446.

*Billiot, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8447.

*Doucet, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8448.

*McCutchen, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8449.

*Newell v. TL Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8450.

*Hampton, et al v. TL Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8451.

*Draughter, et al v. TL Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8452.

*TL Industries, Inc., et al v. CH2M Hill Constructors, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8453.

*Smith, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8454.

*DeMolle, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8455.

*Allen, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8456.

*Augustine, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8457.

*Arnold, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8458.

*Decou, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8459.

*Robinson, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8460.

*Douglas, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8461.

*Jones, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8462.

*Brooks v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8463.

*Davis, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8464.

*Armour, et al v. Gulf Stream Coach, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8465.

*Bullins, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8466.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8467.

*Rayfield, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8468.

209

*Ashley, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8469.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8470.

*Butler, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8471.

*Agee, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8472.

*Morgan, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8473.

*Miller, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8474.

*Bickham, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8475.

*Bailey, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8476.

*Riley, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8477.

*Coleman-Polk, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8478.

*Aitkins, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8479.

*Barthelemy, et al v. Allen Camper Manufacturing, Co., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8480.

*Faucetta, et al v. Allen Camper Manufacturing, Co., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8481.

*Taylor, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8482.

*Butler v. Athens Park Homes, L.L.C., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8483.

*Ford, et al v. Skyline Corporation, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8484.

*Sam, et al v. Skyline Corporation, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8485.

*Williams, et al v. Skyline Corporation, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8486.

*Griffin, et al v. Skyline Corporation, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8487.

*Smith, et al v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8488.

*Smith, et al v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8489.

*Ford v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8490.

*Creecy, et al v. Insureco Agency and Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8491.

*Holmes, et al v. Insureco Agency and Insurance Company, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8492.

*Brider, et al v. Silver Creek Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8493.

*Marshall, et al v. Clayton Homes of Lafayette, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8494.

*Brooks, et al v. River Birch Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8495.

*Thomas v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8496.

*Gueringer, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8497.

*Hampton v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8498.

*Bartholomew, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8499.

*Blount, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8500.

*Martin, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8501.

*Bonner, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8502.

*Jones, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8503.

*Lawrence, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8504.

*Verdin v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8505.

*Hernandez, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8506.

*Matthews, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8507.

213

*Thornabar, et al v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8508.

*Brinkman, et al v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8509.

*Hampton v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8510.

*Bates, et al v. Cavalier Homes Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8511.

*Bartholomew v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8512.

*Bennett v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8513.

*Fournette v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8514.

*Estrada, et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8515.

*Castro, et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8516.

*Stovall , et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8517.

*Byrd , et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8518.

214

*Quillen, et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8519.

*Picquet, et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8520.

*Barnes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8521.

*Graf, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8522.

*Barnes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8523.

*Jackson, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8524.

*Hayes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8525.

*Brown, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8526.

*Livaudais, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8527.

*Barthelemy, et al v. Horton Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8528.

*Jackson, et al v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8529.

*Jones v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8530.

*Polk, et al v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8531.

*Franklin v. Vanguard Industries of Michigan, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8532.

*Newman v. Vanguard Industries of Michigan, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8533.

*Gioliello, et al v. Vanguard Industries of Michigan, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8534.

*Venible v. Fall Creek Homes, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8535.

*Brooks, et al v. Alliance Homes, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8536.

*Caserta, et al v. Alliance Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8537.

216

*Harris, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8538.

*August, et al v. Timberland RV Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8539.

*Weinberger, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8540.

*Blount, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8541.

*Major, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8542.

*Lafrance, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8543.

*Major, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8544.

*Duplessis v. Oak Creek Homes, L.P., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8545.

*Warren, et al v. Palm Harbor Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8546.

*Carter, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8547.

*Rhome, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8548.

*Barbarin v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8549.

*Bartholomew, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8550.

*Davallier, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8551.

*Correro v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8552.

*Anderson, et al v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8553.

*Broadbridge v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8554.

*Alwell v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8555.

*Craft, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8556.

*Herring, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8557.

*Williams, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8558.

*Chatters, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8559.

218

*Hooper, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8560.

*Cheneau, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8561.

*Thompson, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8562.

*Clark, et al v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8563.

*Brown v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8564.

*Britton, et al v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8565.

*Adams, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8566.

*Duet, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8567.

*Phillips, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8568.

*Blatcher v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8569.

*Early, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8570.

219

*Davis, et al v. CMH Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8571.

*Lombard, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8572.

*Clark, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8573.

*Scott, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8574.

*Martin, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8575.

*Blair, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8576.

*Lombard, et al v. Dutchman Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8577.

*Minor, et al v. Giles Family Holding, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8578.

*Brown, et al v. Giles Family Holding, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8579.

*Barber, et al v. DS Corp., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8580.

*Cash, et al v. DS Corp., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8581.

*Ambrose, et al v. DS Corp., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8582.

*Sterling, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8583.

*Burnett, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8584.

*Addison, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8585.

*Claiborne, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8586.

*Mayberry, et al v. Lakeside Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8587.

*Coleman, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8588.

*Delpit, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8589.

*Blanks, et al v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8590.

*Ledet, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8591.

221

*Alexander, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8592.

*Lightell, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8593.

*Wilson, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8594.

*Jones, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8595.

*Moore, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8596.

*Devore, et al v. Sunray RV, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8597.

*Burton, et al v. Sunray RV, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8598.

*Sullivan, et al v. Sunray RV, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8599.

*Marshall v. Sunray RV, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8600.

*Hodes v. Giles Industries of Tazewell, Incorporated, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8601.

*Jones, et al v. Sunline Acquisition Company, Ltd., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8602.

*Williams, et al v. Sun Valley, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8603.

*Robinson v. Sun Valley, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8604.

*Robinson v. Sun Valley, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8605.

*Alonzo v. Indiana Building Systems, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8606.

*Green, et al v. Indiana Building Systems, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8607.

*Allen, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8608.

*King, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8609.

*Farve v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8610.

*Airhart, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8611.

*McGowan, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8612.

*Varnado, et al v. Starcraft RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8613.

*Brown, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8614.

*Nunnery, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8615.

*Bailey, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8616.

*Bell, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8617.

*Cambrice, et al v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8618.

*Sam v. Jayco Enterprises, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8619.

*Winston, et al v. SunnyBrook RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8620.

*Harper, et al v. SunnyBrook RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8621.

*Winston, et al v. Sunnybrook RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8622.

*Love v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8623.

*Becnel, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8624.

*Justin, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8625.

*Anderson, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8626.

*Dantonio, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8627.

*Tatum v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8628.

*Crawford, et al v. Recreation By Design, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8629.

*Helmsetter, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8630.

*Cheek, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8631.

*Thompson, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8632.

*Charles, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8633.

*Hunter, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8634.

*Tolliver, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8635.

*Butler, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8636.

*Armwood, et al v. Forest River, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8637.

*Davis, et al v. KZRV, LP, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8638.

*Anderson, et al v. Timberland RV Company, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8639.

*Quezergue, et al v. Jayco, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8640.

*Scott v. Sunray RV, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8641.

*Tillman, et al v. Heartland Recreational Vehicles, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8642.

*Bowman, et al v. Fleetwood, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8643.

*Adams, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8644.

*Allen, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8645.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8646.

*Aubert, et al v. Fleetwood, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8647.

*Rowley v. Biscayne RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8648.

*Williams, et al v. Skyline Corporation, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8649.

*Beverly, et al v. Recreation By Design, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8650.

*Johnson, et al v. Waverlee Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8651.

*Bartholomew, et al v. Lexington Homes, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8652.

*Davis, et al v. Palm Harbor Albermarle, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8653.

*Hendrix, et al v. Lakeside Park Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8654.

*Alphonse, et al v. Sunline Acquisition Company, Ltd., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8655.

*Davis, et al v. Cavalier Home Builders, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8656.

*Fulton, et al v. Crossroads RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8657.

*Thomas, et al v. Frontier RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8658.

*Brown, et al v. Destiny Industries, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8659.

*Pohlmnan, et al v. Dutchmen Manufacturing, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8660.

*Jones, et al v. Champion Enterprises, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8661.

*Williams, et al v. Damon Motor Coach, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8662.

*Sims v. Foster & Company, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8663.

*Bienemy, et al v. Clayton Homes of Lafayette, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8664.

*Anderson, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8665.

*Payton, et al v. Coachman Industries, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8666.

*Blanchard, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8667.

*Beaver, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8668.

228

*Adams, et al v. Stewart Park Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8669.

*Hunter, et al v. Redman Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8670.

*Pijoux v. Shulte Homes, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8671.

*Firmin, et al v. Superior Homes, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8672.

*Louis, et al v. Vanguard Industries of Michigan, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8673.

*Williams v. Flat Creek Lodges, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8674.

*Johnson, et al v. Sun Valley, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8675.

*Dace, et al v. Four Winds International, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8676.

*Brown, et al v. Southern Energy Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8677.

*Slack v. Silver Creek Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8678.

*Schlosser, et al v. Sunnybrook RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8679.

*Labauve v. Scotbilt Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8680.

*Bernard, et al v. Thor Industries, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8681.

*Davis v. Athens Park Homes, L.L.C., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8682.

*Pinkney v. American Camper Manufacturing, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8683.

*Dabon, et al v. TL Industries, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8684.

*Johnson, et al v. Pilgrim International, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8685.

*Duplessis, et al v. Starcraft RV, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8686.

*Johnson, et al v. Patriot Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8687.

*Jones, et al v. Horton Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8688.

*Brown, et al v. Liberty, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8689.

*Foots, et al v. Northwood Manufacturing, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8690.

*Frank, et al v. R-Vision, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8691.

*Jones, et al v. Layton Homes Corp., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8692.

*Johnson, et al v. River Birch Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8693.

*Banks, et al v. Oak Creek Homes, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8694.

*Bracey, et al v. Monaco Coach Corporation, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8695.

*Serpas, et al v. Keystone RV Company, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8696.

*Jefferson, et al v. Hy-Line Enerprises, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8697.

*Addison, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8698.

*Barbarin, et al v. Forest River, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8699.

*Jones, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8700.

*Bachemin, et al v. Gulf Stream Coach, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8701.

231

*Ambeau, et al v. Forest River, Inc., et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8702.

*Hones, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8703.

*Stevenson v. Crum & Forster Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8704.

*Saulsberry, et al v. Recreation By Design, LLC, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8705.

*Thomas v. Keystone RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8706.

*Cage, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8707.

*Carr, et al v. Forest River, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8708.

*Polk v. Crum & Forster Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8709.

*Thomas v. Lakeside Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8710.

*Adams, et al v. Gulf Stream Coach, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8711.

*Bell, et al v. Keystone RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8712.

232

*Henke v. Gulf Stream Coach, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8713.

*Thomas v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8714.

*Jones, et al v. Dutchmen Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8715.

*Mickens, et al v. Skyline Corporation, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8716.

*Brown v. Stewart Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8717.

*Brown v. Stewart Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8718.

*Buras v. Superior Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8719.

*Alexander v. Sunray RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8720.

*Washington v. Lakeside Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8721.

*Estopinal v. American International Specialty Lines Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8722.

*Benjamin, et al v. Cavalier Home Builders, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8723.

*Brass, et al v. CMH Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8724.

*Talkington v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8725.

*Butler v. Jayco Enterprises, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8726.

*Ceasar  v. River Birch Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8727.

*Austin v. Superior Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8728.

*Hayes, et al v. Thor Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8729.

*Price v. Thor Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8730.

*Franklin, et al v. Timberland RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8731.

*Ball, et al v. Timberland RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8732.

*Murray, et al v. River Birch Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8733.

*Cook, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8734.

*Allen, et al v. Recreation By Design, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8735.

*Coleman, et al v. Forest River, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8736.

*Browning, et al v. Forest River, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8737.

*Davis v. Cavalier Home Builders, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8738.

*Lawson v. Cavalier Home Builders, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8739.

*Matherne, et al v. CMH Athens Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8740.

*Banks, et al v. American International Group, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8741.

*Thornton v. CMH Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8742.

*Guidry v. Cruiser RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8743.

*Terrell v. Destiny Industries, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8744.

235

*Crutchfield, et al v. American International Group, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8745.

*Robinson, et al v. Forest River, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8746.

*Joseph v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8747.

*Johnson v. TL Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8748.

*Burl-Marshall v. American International Group, Inc., et al* filed on January 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-30.

*Heim v. Forest River, Inc., et al* filed on January 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-31.

*Hebert v. Gulf Stream Coach, Inc., et al* filed on January 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-32.

*Jones v. Keystone RV Company, et al* filed on January 21, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-33.

*Hitchens, et al v. Gulf Stream Coach, Inc., et al* filed on January 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-149.

*Bradley, et al v. Southern Energy Homes, Inc., et al* filed on January 22, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-160.

*Ellzey, et al v. Gulf Stream Coach, Inc., et al* filed on January 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-163.

*Anthony v. Keystone Industries, Inc., et al* filed on January 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-164.

*Abram, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-196.

*Andrews, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-198.

*Floyd, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-204.

*Lewis, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-212.

*Robertson, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-216.

*Keyes v. Fleetwood Enterprises, Inc., et al* filed on February 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-222.

*Bosarge, et al v. R Vision Homes, LLC, et al* filed on February 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-223.

*Tatham v. Recreation By Design, LLC, et al* filed on February 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-225.

*Wallace v. Shaw Environmental, Inc., et al* filed on February 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-226.

*McLaughlin, et al v. Shaw Environmental, Inc., et al* filed on February 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-227.

*Lewis v. Stewart Park Homes, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-228.

*Noel v. Fleetwood Canada, Ltd., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-229.

*Noel, et al v. Gulf Stream Coach, Inc., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-230.

*Bates, et al v. Silver Creek Homes, Inc., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-231.

*Prudhomma, et al v. Redman Homes, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-232.

*Stevenson, et al v. Clayton Homes, LLC, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-233.

*Holland, et al v. Southern Estates, LLC, et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-234.

*Dow, et al v. Fleetwood Canada, Ltd., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-235.

*Shepherd, et al v. Gulf Stream Coach, Inc., et al* filed on February 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-236.

*Haley, et al v. American International Specialty Lines Insurance Company, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-238.

*Mallard v. Keystone RV Company, et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-239.

*Karcher v. Cavalier Home Builders, LLC, et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-240.

*Karcher v. Fleetwood Canada, Ltd., et al* filed on February 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-241.

*Davis v. Gulf Stream Coach, Inc., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-242.

*Sigur v. Fleetwood Canada, Ltd., et al* filed on February 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-243.

*Brown v. Lexington Homes, et al* filed on February 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-244.

*Mauri v. American International Group, Inc., et al* filed on February 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-245.

*Williams, et al v. Cavalier Homes Builders, LLC, et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-246.

*Levine, et al v. Gulf Stream Coach, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-247.

*Brown, et al v. Stewart Park Homes, Inc., et al* filed on February 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-248.

*Nata, et al v. River Birch Homes, L.L.C., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-249.

*Gamble v. Gulf Stream Coach, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-250.

*Stamps v. Forest River, Inc., et al* filed on February 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-253.

*Thierry v. Thor Industries, Inc., et al* filed on February 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-254.

*Greening, et al v. Morgan Buildings and Spas, Inc., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-255.

*Terrel v. Skyline Corporation, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-256.

*Baumgart v. Liberty Homes, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-257.

*Collier, et al v. Alliance Homes, Inc., et al* filed on February 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-258.

*Parker, et al v. Timberland RV Company, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-259.

*McBroom v. American Camper Manufacturing, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-260.

*McMillian v. Destiny Industries, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-261.

*Peterson, et al v. Vanguard Industries of Michigan, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-262.

*Vanderburg v. Viking Recreational Vehicles, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-263.

*Chandler, et al v. Starcraft RV, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-264.

*Briggs, et al v. Recreation By Design, LLC, et al* filed on February 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-265.

*Clark v. River Birch Homes, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-266.

*Dedeaux, et al v. TL Industries, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-267.

*Fiveash, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-268.

*Kellsten, et al v. Jayco, Inc., et al* filed on February 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-269.

*Walker v. Scotbuilt Homes, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-270.

*Everett v. Oak Creek Homes, L.P., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-271.

*Johnson, et al v. Clayton Homes of Lafayette, Inc., et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-272.

*Mathis, et al v. Sunray RV, LLC, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-273.

*Ruff v. Southern Energy Homes, Inc., et al* filed on February 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-274.

*Thompson v. Skyline Corporation, et al* filed on February 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-275.

*Shanks, et al v. Gulf Stream Coach, Inc., et al* filed on February 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-276.

*Doss, et al v. Forest River, Inc., et al* filed on February 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-277.

*Singleton, et al v. Forest River, Inc., et al* filed on February 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-278.

*McGee v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-415.

*Davis v. Lakeside Park Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-416.

*Buchanan v. CMH Manufacturing, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-417.

*Kelly, et al v. Jayco Enterprises, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-418.

*Tenner v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-419.

*Cusher, et al v. Timberland RV Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-420.

242

*Robinson, et al v. Oak Creek Homes, L.P., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-421.

*Austin, et al v. Cavalier Home Builders, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-422.

*James, et al v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-423.

*Dupre v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-424.

*Mitchell, et al v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-425.

*Braud, et al v. Timberland RV Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-426.

*Lewis, et al v. Southern Energy Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-427.

*Cavalier v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-428.

*Joseph v. Crum & Forster Specialty Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-429.

*Terance, et al v. American International Specialty Lines Co., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-430.

*Petit, et al v. Insureco Agency and Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-431.

*Champagne, et al v. American International Specialty Lines Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-432.

*Ambo v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-433.

*Frey, et al v. American International Specialty Lines Ins. Co., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-434.

*Price, et al v. Insurco, Ltd., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-435.

*Foster v. Crum & Forster Specialty Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-437.

*Kelly v. Arch Specialty Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-438.

*Doyle, et al v. DS Corp., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-439.

*Hayes, et al v. Recreation By Design, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-440.

*Robinson, et al v. Recreation By Design, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-441.

*Bartholomew, et al v. Keystone Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-442.

*Holmes, et al v. Keystone Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-443.

*Day v. Destiny Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-444.

*Day v. Destiny Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-445.

*Thompson v. Coachmen Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-446.

*Brumfield, et al v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-447.

*McCoy, et al v. Fluor Enterprises, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-448.

*Torrance, et al v. Jayco, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-449.

*McCoy, et al v. Fluor Enterprises, Inc., et al* filed on February 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-451.

*Reid, et al v. Liberty Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-452.

*Turner, et al v. Cavalier Home Builders, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-453.

*Nevills v. Lexington Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-454.

*Williams, et al v. Alliance Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-455.

*Sanders, et al v. Fluor Enterprises, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-456.

*Tarrence, et al v. Stewart Park Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-457.

*Lewis, et al v. Coachmen Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-458.

*Manuel, et al v. Liberty Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-459.

*Wagner, et al v. CH2M Hill Constructors, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-461.

*Tarrence, et al v. Stewart Park Homes, Inc., et al* filed on February 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-462.

*Geraci, et al v. CH2M Hill Constructors, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-463.

*Griffin-Cosse, et al v. Keystone Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-464.

*Wooden, et al v. Cavalier Home Builders, LLC, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-465.

*Marcelin, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-468.

*Simien, et al v. American International Group, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-469.

*Frank, et al v. TL Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-470.

*Quinn v. Allen Camper Manufacturing Company, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-471.

*Crawford, et al v. Thor California, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-472.

*Martin, et al v. Dutchmen Manufacturing, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-473.

*Mayes, et al v. Allen Camper Manufacturing Company, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-474.

*Silas, et al v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-476.

*Ellzey, et al v. Coachmen Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-477.

*Sutton v. Superior Homes, LLC, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-478.

*Hill v. Waverlee Homes, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-479.

*Mayes, et al v. Frontier RV, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-480.

*Maye, et al v. Frontier RV, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-481.

*Magee, et al v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-482.

*Holmes, et al v. DS Corp., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-483.

*Landrum v. Jayco Enterprises, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-484.

*Clark v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-485.

*Markham v. Forest River, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-486.

*Sellers, et al v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-487.

*Parker v. R-Vision, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-488.

*Garner v. Pilgrim International, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-489.

*Laird v. Keystone Industries, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-490.

*Aguilera, et al v. KZRV, LP, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-503.

*Alexis v. American International Group, et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-506.

*Adams, et al v. American International Group, et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-508.

*Adams, et al v. Cavalier Home Builders, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-510.

*Bader, et al v. Gulf Stream Coach, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-511.

*Albarado, et al v. Keystone Industries, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-512.

*Acosta, et al v. Gulf Stream Coach, Inc., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-513.

*Albarado, et al v. Keystone Industries, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-514.

*Edwards, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-534.

*Galle, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-535.

*Harvey, et al v. American International Specialty Lines Co., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-536.

*Populis, et al v. Coachman Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-537.

*Kellogg v. Gulf Stream Coach, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-538.

*Fifi v. Gulf Stream Coach, Inc., et al* filed on March 5, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-539.

*Belisle, et al v. River Birch Homes, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-540.

*Hill, et al v. River Birch Homes, Inc., et al* filed on March 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-541.

*Carrien, et al v. Adrian Housing Corporation, et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-542.

*Barry v. Stewart Park Homes, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-543.

*Alexander v. Lakeside Park Homes, Inc., et al* filed on March 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-544.

*Broussard, et al v. Gulf Stream Coach, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-545.

*Cesar, et al v. Jayco Enterprises, Inc., et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-546.

*Chapman, et al v. Insureco Agency and Insurane Company, et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-547.

*Williams v. American International Group, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-548.

*Stewart v. Gulf Stream Coach, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-550.

*Mitchell v. Cruiser RV, LLC, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-551.

*Chapman v. Gulf Stream Coach, Inc., et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-553.

*Rogers v. Lakeside Park Homes, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-554.

*Sigur v. Gulf Stream Coach, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-556.

*Senegal v. Liberty Homes, Inc., et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-557.

*Collins v. Cavalier Home Builders, LLC, et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-558.

*Schexnayder, et al v. Forest River, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-559.

*Stevens, et al v. Scotbuilt Homes, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-560.

*Breaux, et al v. Gulf Stream Coach, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-561.

*Ardoin, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-562.

*Jones, et al v. Insureco Agency and Insurance Services, et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-564.

*Bertrand, et al v. Gulf Stream Coach, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-565.

*Hebert, et al v. Lexington Homes, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-566.

*Carter, et al v. Cavalier Homes Builders, LLC, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-567.

*Gaspard v. Jayco Enterprises, Inc., et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-568.

*Guidry, et al v. American International Group, Inc., et al* filed on March 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-569.

*Pittman v. American International Specialty Lines Insurance Company, et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-570.

*Brown, et al v. Keystone RV Company, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-571.

*Jackson, et al v. Recreation By Design, LLC, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-572.

*Lamkin, et al v. Frontier RV, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-573.

*Childs, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-574.

*McElroy, et al v. Cavalier Homes Builders, LLC, et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-575.

*Moody, et al v. Stewart Park Homes, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-576.

*Johnson, et al v. CMH Manufacturing, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-577.

*Carroll, et al v. Coachmen Industries, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-578.

*Anderson, et al v. Forest River, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-579.

*Barksdale, et al v. Keystone RV Company, et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-580.

*Bracken, et al v. Thor Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-581.

*Roberson v. TL Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-582.

*Acker, et at v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-583.

*Hendricks, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-584.

*George v. Scotbuilt Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-706.

*Morton, et al v. Liberty Mutual Insurance Corporation, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-707.

*Cuneo, et al v. Forest River, Inc., et al* filed on March 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-709.

*Boudreaux v. Frontier RV, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-710.

*Shackleford v. Layton Homes Corp., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-711.

*Ceaser, et al v. Lakeside Park Homes, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-712.

*Gonzales, et al v. Champion Home Builders Co., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-735.

*Holley v. Coachmen Industries, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-736.

*Vallelungo v. Destiny Industries, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-737.

*Kieff, et al v. DS Corp., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-738.

*Arcement, et al v. American International Group, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-739.

*Allo, et al v. Forest River, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-740.

*Arnold v. Frontier RV, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-741.

*Allen, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-742.

*Alfonso, et al v. Jayco, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-743.

*Cody, et al v. Lexington Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-744.

*Winding, et al v. Liberty Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-745.

*Augustine, et al v. American International Group, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-746.

*Hill v. Oak Creek Homes, L.P., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-747.

*Ford, et al v. Insurco, Ltd., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-748.

*Gonzales, et al v. Crum & Forster Specialty Company, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-749.

*Buckel, et al v. Arch Specialty Insurance Corp., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-750.

*Fernandez v. Recreation By Design, LLC, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-751.

*Florane v. Scotbuilt Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-753.

*Sand v. Silver Creek Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-754.

*Victoriana v. Southern Energy Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-755.

*Florane, et al v. Stewart Park Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-756.

*Thomas v. Sunnybrook RV, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-757.

*Kieff, et al v. Superior Homes, LLC, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-758.

*Bailes, et al v. Thor California, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-760.

*Bacques-Maggio, et al v. Timberland RV Company, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-761.

*LaFrance, et al v. TL Industries, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-762.

*Wright v. DS Corp., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-763.

*Haindel v. KZRV, LP, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-764.

*Meyer, et al v. Lakeside Park Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-765.

*Armstrong, et al v. Starcraft RV, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-766.

*Burns, et al v. Timberland RV Company, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-767.

*Demolle, et al v. CMH Manufacturing, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-768.

*Perez v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-770.

*Phillips, et al v. Insurco, Ltd., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-771.

*Melan, et al v. Cavalier Home Builders, LLC, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-772.

*Durham, et al v. Cavalier Home Builders, LLC, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-773.

*Becnel, et al v. Stewart Park Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-774.

*Miller, et al v. Cavalier Home Builders, LLC, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-775.

*Ranton v. American International Group, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-776.

*Gras v. Stewart Park Homes, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-777.

*Johnston, et al v. Timberland RV Company, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-778.

*Fincher v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-779.

*Lumpkins v. Fleetwood Enterprises, Inc., et al* filed on March 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-905.

*Williams v. Waverlee Homes, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-906.

*Dixon, et al v. Keystone Industries, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-907.

*Abba, et al v. Dutchmen Manufacturing, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-908.

*Atwell, et al v. Thor California, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-909.

*Bourgeois, et al v. Cavalier Home Builders, LLC, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-910.

*Herbert, et al v. Dutchman Manufacturing, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-911.

*Coleman v. Fleetwood Enterprises, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-912.

*Carter, et al v. Gulf Stream Coach, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-913.

*Hawkins v. Gulf Stream Coach, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-914.

*Booth v. Gulf Stream Coach, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-916.

*Caporelli, et al v. Coachmen Industries, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-917.

*Dulier, et al v. KZRV, LP, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-918.

*Epps, et al v. Palm Harbor Homes, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-919.

*Moran, et al v. FRH, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-920.

*Powell, et al v. Lucas Investments, LLC, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-921.

*Hamilton, et al v. KZRV, LP, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-922.

*Sigur v. American International Group, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-927.

*Davis, et al v. American International Group, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-992.

*Connors, et al v. American International Group, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-993.

*Authement v. TL Industries, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-994.

*Augustine v. American International Group, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-995.

*Annis v. American International Group, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-997.

*Audibert v. Coachmen Industries, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-998.

*Gagliano v. Southern Energy Homes, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-999.

*Atkinson, et al v. Morgan Buildings & Spas, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1000.

*Arbour, et al v. Recreation By Design, LLC, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1001.

*Akrias, et al v. American International Group, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1002.

*Barden, et al v. American International Group, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1035.

*Ursin-Seymour, et al v. Gulf Stream Coach, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1038.

*Henderson, et al v. American International Group, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1039.

*Bennett, et al v. R-Vision, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1040.

*Burge v. Cavalier Home Builders, LLC, et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1041.

*Breland, et al v. Forest River, Inc., et al* filed on April 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1042.

*Murray, et al v. Gulf Stream Coach, Inc., et al* filed on April 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1043.

*Draper, et al v. Southern Energy Homes, Inc., et al* filed on April 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1044.

*Cuevas, et al v. Cavalier Homes, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1045.

*Foxworth, et al v. Southern Energy Homes, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1049.

*Callahan v. CMH Manufacturing, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1050.

*Beasley v. Fleetwood Enterprises, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1052.