UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION  N (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| *Case No. 09-3871* | * | |
| *Keith Nunnery, et al versus Keystone* | * | |
| *Industries, Inc., et al* | | |

**************************************************************************

## ORDER

Considering the above and foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters, causes of action, and claims in this controversy relating to David McGraw only, be and the same are hereby dismissed and discontinued against Keystone Industries, Inc., Keystone RV Company, CH2M Hill Constructors, Inc., and the United States of America through the Federal Emergency Management Agency, with full prejudice, each party to bear their own costs.

Signed in New Orleans, Louisiana, this _____day of May 2010.

---

**UNITED STATES DISTRICT COURT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing document and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

*s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.