UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO
*Earline Castanel v. Recreation by Design, LLC, et al*
*Case No. 09-3251 (E.D. La.)*

## **RULINGS ON OBJECTIONS ON DEPOSITION TESTIMONY[1] AT TRIAL**

Pursuant to the Court's previous Order, various deposition transcripts have been provided to the Court of witnesses whose testimony will be presented to the jury by way of those transcripts, in lieu of live appearance. To the extent that the submitted transcripts have objections by counsel on the selected portions for trial, the Court has also obtained from counsel their respective positions regarding such objections. With regard to the witnesses listed below, these objections are resolved as follows: **to the extent that the Court makes no mention of an objection in this Order, such objection is hereby OVERRULED**. As for each other objection, the following are **SUSTAINED**:[2]

---

[1] This Order pertains to the following witnesses: David Garratt, Michael Gaume, Bellance "Faye" Green and Michael Lapinski.

[2] When the Court sustains an objection, counsel presenting such testimony shall be responsible for editing the witnesses' videotape testimony accordingly.

1

**I.    Testimony of David Garratt**

Objection at Page 60, Line 17 - Page 61, Line 14 - Sustained.  The testimony refers to testimony/statements made before Congress as part of those proceedings.

**II.   Testimony of Michael Gaume**

Objection at Page 51, Lines 12-13; Page 51, Line 16 - Sustained.  Leading question.

**III.  Testimony of Bellance "Faye" Green**

Objection at Page 118, Line 21 - Page 119, Line 11 - Sustained.  This testimony is limited to a particular exhibit involving a particular EHU (that of Bobby Wright, from a previous bellwether trial), unlike other, more generalized testimony, regarding typical IA files.

**IV.   Testimony of Michael Lapinski**

No objections sustained.

New Orleans, Louisiana, this 13th day of May, 2010.

_____
**KURT D. ENGELHARDT**
**United States District Court**