# Exhibit "A"

# Transcript of the Testimony of
# Videotaped Deposition of Mark James Polk

## Date taken: December 22, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER                                    MDL NO. 1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION                            SECTION "N" (5)

THIS DOCUMENT IS RELATED TO                              JUDGE ENGELHARDT

                                                         MAGISTRATE CHASEZ

LYNDON T. WRIGHT, et al.
         Plaintiffs,
    vs.                                                  CASE NO. 09-2977

FOREST RIVER, INC., et al.,
         Defendants.


VIDEOTAPED DEPOSITION OF

MARK JAMES POLK

TUESDAY, DECEMBER 22, 2009
9:06 A.M.


WOMBLE, CARLYLE, SANDRIDGE & RICE

150 FAYETTEVILLE STREET, SUITE 2100

RALEIGH, NORTH CAROLINA

## Page 2

APPEARANCES

ON BEHALF OF THE PLAINTIFFS:
PAUL A. DOMINICK, ESQ.
Nexsen Pruet
205 King Street, Suite 400
Charleston, South Carolina 29402
843.577.9440
pdominick@nexsenpruet.com

ON BEHALF OF THE DEFENDANT, FOREST RIVER, INC.:
JASON D. BONE, ESQ.
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square, Forty-Eighth Floor
701 Poydras Street
New Orleans, Louisiana 70139-4800
504.561.0400
jbone@gillaw.com

ON BEHALF OF THE DEFENDANT, UNITED STATES OF AMERICA:
ADAM M. DINNELL, ESQ.
U.S. Department of Justice, Civil Division
1331 Pennsylvania Avenue, N.W.
Room 8004-S
Washington, D.C. 20004
202.616.4211
adam.dinnell@usdoj.gov

ON BEHALF OF THE DEFENDANT, SHAW ENVIRONMENTAL INC.:
M. DAVID KURTZ, ESQ. (Via Teleconference)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170
504.566.5259
dkurtz@bakerdonelson.com

## Page 3

APPEARANCES CONT'D:

ON BEHALF OF THE DEFENDANT, FLUOR ENTERPRISES:
CHARLES R. PENOT, JR., ESQ. (Via Teleconference)
Middleberg, Riddle & Gianna
KPMG Centre, Suite 2400
717 North Harwood Street
Dallas, Texas 75201
214.220.6334
cpenot@midrid.com

ON BEHALF OF THE DEFENDANTS, JAYCO, INC. AND STARCRAFT RV, INC.:
HAL L. ROACH, JR., ESQ. (Via Teleconference)
Willingham, Fultz & Cougill, LLP
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
713.333.7600
halr@willingham-law.com

ON BEHALF OF THE DEFENDANT, BECHTEL NATIONAL INC.:
A.J. KROUSE, ESQ. (Via Teleconference)
Frilot L.L.C.
1100 Poydras Street
3700 Energy Centre
New Orleans, Louisiana 70163
504.599.8016
akrouse@frilot.com

ON BEHALF OF THE DEFENDANT, LIBERTY MUTUAL INSURANCE CORPORATION:
KRISTOPHER M. REDMANN, ESQ. (Via Teleconference)
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, Louisiana 70130
504.568.1990
kredmann@lawla.com

## Page 4

APPEARANCES CONT'D:

ON BEHALF OF THE DEFENDANTS, RECREATION BY DESIGN; TL INDUSTRIES, INC.; FRONTIER RV, INC.; AND PLAY'MOR TRAILERS INC.:

KELLY M. MORTON, ESQ. (Via Teleconference)
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street
New Orleans, Louisiana 70112
504.527.0680
kmorton@garrisonyount.com

ALSO PRESENT: John Carter, Videographer

## Page 5

TABLE OF CONTENTS

| WITNESS | EXAMINATION |
|---|---|
| MARK JAMES POLK | |
| By Mr. Dominick | 8 |
| By Mr. Bone | 66 |
| By Mr. Kurtz | 82 |
| By Mr. Dinnell | 88 |
| By Mr. Dominick | 97 |
| By Mr. Bone | 107 |

| EXHIBIT | DESCRIPTION | MARKED |
|---|---|---|
| Plaintiffs' 1 | Report of Mark J. Polk | 7 |
| Plaintiffs' 2 | Handwritten notes of Mark J. Polk | 16 |
| Plaintiffs' 3 | FEMA document entitled "Important Formaldehyde Information for FEMA Housing Occupants" | 82 |
| Plaintiffs' 4 | Periodic Maintenance Chart from Forest River owner's manual | 82 |
| Plaintiffs' 5 | Copy of a photograph of the entry door of the Wright unit | 82 |
| Plaintiffs' 6 | Curriculum Vitae of Mark J. Polk | 82 |
| Plaintiffs' 7 | Copy of a photograph of a warning label posted in the Wright unit | 82 |

(ATTACHED TO ORIGINAL TRANSCRIPT)

**Page 90**

1  A   I own a company called RV Education 101, and
2  basically we produce educational videos on how to use and
3  maintain RVs. Currently we have 17 DVD titles covering
4  every aspect of RVs and RV ownership. And I'm the author
5  of three books on RV topics. And I write -- I write for
6  magazines, consumer and trade magazines, and I write for
7  RV-related newsletters, RV blogs, that type of thing.
8  Q   And when you write these books and produce
9  these DVDs, what is your basis in talking about RVs in
10 these various books and C -- DVDs?
11 A   Do you mean the topics covered or --
12 Q   Well, I'm sort of asking you a different
13 question. How is it that you know these things about RVs
14 that you include in your books and DVDs?
15 A   The way that -- the way it -- the way it
16 basically got started was, when you sell an RV to a new
17 buyer, they have no understanding of how an RV works, and I
18 don't think anybody that ever -- that never owned one
19 understands how complex some of the systems on an RV are.
20 It's -- you know, when you want hot water in your house,
21 you turn the faucet on and you instantly have hot water.
22 On a RV you have to light the water heater; you have to
23 make sure the water heater tank is full of water before you
24 light it. You have holdings tanks on an RV, and you have
25 to empty the holding tanks and you have to know how to fill

**Page 91**

1  the fresh water holding tank prior to leaving on a trip,
2  and how do you protect the water system from freezing in
3  the wintertime.
4       So, originally, when we would sell a unit to
5  a customer, you -- most RV dealerships give the new buyer
6  an orientation class on how it works, which is an hour,
7  two hours on -- of instruction. They get the unit home,
8  they don't remember what they were told, they don't know --
9  they're worried about using it for the first time, so my
10 initial concept was to put that training in video format.
11 And it just evolved from there, basic operation of an RV,
12 into more specialized topics like deep-cycle battery
13 maintenance, how to winterize the RV, RV care and
14 maintenance, safety features of an RV, and it just
15 snowballed.
16 Q   Have you ever taken any classes or courses
17 about RVs?
18 A   Yes, I have.
19 Q   And have you ever given any sort of lectures
20 or talks about RVs?
21 A   Yes. Early on at the start of the business,
22 I -- I did what people refer to as the seminar circuit
23 where you travel around to RV shows and you -- you give
24 seminars on various topics. But as the business grew, I
25 couldn't be away from the business constantly doing these

**Page 92**

1  seminars, so it evolved into more of a, just a stay-at-home
2  type. You know what I mean? You can't -- can't leave the
3  office for weeks at a time.
4  Q   Okay. And you don't hold yourself out as a
5  scientist or doctor, right?
6  A   No.
7  Q   But is it fair to say that in your current
8  employment with RV Education 101, you deal with RVs on a
9  daily basis in your work life?
10 A   Every day, yes.
11 Q   Okay. And looking at your CV that was
12 marked earlier as Exhibit 6, you were in the Army for some
13 period of time; is that correct?
14 A   Yes.
15 Q   And what was the nature of your work with
16 the Army?
17 A   I was a Chief Warrant Officer Three when I
18 retired, and I was a Maintenance Warrant Officer, and I was
19 in charge of some very large fleet maintenance operations,
20 maintaining combat vehicles for wartime operation and
21 wheeled vehicles, track vehicles, power generators, just
22 almost every type of vehicle built.
23 Q   And that would include repair and
24 maintenance of those vehicles?
25 A   That's what we did, --

**Page 93**

1  Q   Okay.
2  A   -- yes.
3  Q   Now, in educating people about RVs, do you
4  ever look to RVIA standards in your work?
5  A   Yes, I do. When we're -- when we're in the
6  process of scripting a new video, a new DVD title, there's
7  a great deal of research that has to go into that, not only
8  because there's liability issues if I tell you the wrong
9  way to do something, but to make sure that we're portraying
10 the industry the way the industry would like to be. So we
11 research the RVIA standards that apply to that particular
12 title we're working on and a great deal of research to do
13 the scripting.
14 Q   Do you ever look at Consumer Product Safety
15 Commission notices or documents in your work with RVs?
16 A   Yes. Periodically something will come up
17 and somebody may write about a particular instance, and
18 then we'll -- we'll research it, and...
19 Q   Now, in your work with RV Education 101, do
20 you field inquiries or questions from owners of RVs?
21 A   Every single day.
22 Q   Those come to you how?
23 A   I send a weekly e-newsletter out. Right now
24 we have 23,000 subscribers to the newsletter. And I write
25 for an expert RV blog at RV Net with about 20,000

24 (Pages 90 to 93)

ERRATA SHEET

PAGE   LINE          CORRECTION

I, MARK JAMES POLK, after having read the foregoing transcript of my deposition, wish to make the above corrections.

SIGNATURE _____

CRU   DATE _____

Page 114