UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

# ORDER AND REASONS

Before the Court is Recreation By Design, LLC's Motion for *Daubert* Hearing to Exclude Expert Testimony of Dr. Lawrence Miller (Rec. Doc. No. 13599), which is opposed by Plaintiff Earline Castanel. (See Rec. Doc. 13941). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that **Recreation By Design, LLC's Motion in Limine to Exclude the Testimony of Plaintiff's Expert, Dr. Lawrence Miller (Rec. Doc. No. 13298)** is **DENIED**, for substantially the same reasons stated by Plaintiff in her opposition (See Rec. Doc. 13941) and for similar reasons stated by the Court in its previous Order relating to Dr. Miller. (See Rec. Docs.8295 12755, and the Order and Reasons for Rec. Doc. 13298, which is being simultaneously entered into

1

the record). At this time, the Court sees no need to schedule a *Daubert* hearing[1] on Dr. Miller.

New Orleans, Louisiana, this 13th day of March, 2010.

                                                **KURT D. ENGELHARDT**
                                                **United States District Judge**

---

[1] Dr. Miller testified live in a previous bellwether trial in this matter, and thus the Court is familiar with the substance of his testimony.