IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADRIAN MAYFIELD together with all individuals and entities whose names appear on the attached "Exhibit A" | * * * * * | DOCKET NO.   09-6179 SECTION "N" (KDE) |
| versus | * * | MAGISTRATE "5" ALC |
| PATRIOT HOMES, INC. FLUOR ENTERPRISES INC. and United States of America through the Federal Emergency Management Agency | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>NOTICE OF PARTIAL DISMISSAL PURSUANT TO F.R.C.P. RULE 41 (a) (1) (I)</u>

Now into Court through undersigned counsel comes Plaintiff Adrian Mayfield, and there having been no answer or motion for summary Judgment filed herein dismisses Liberty Mutual Insurance Company from this suit without prejudice.

*Respectfully Submitted,*

JIM S. HALL & ASSOCIATES, LLC

<u>        s/ Jim S. Hall        </u>
JIM S. HALL (#21644)
JOSEPH W. RAUSCH (#11394)
800 N. CAUSEWAY BLVD., STE.100
METAIRIE, LA 70001
(504) 832-3000

## CERTIFICATION OF SERVICE

I do hereby certify that I have on the 13th day of May, 2010, I electronically filed the foregoing with the Clerk of Court by using CMF/ECF system which will send a notice of electronically filing to all counsel of record.

/s JIM S.HALL