IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADRIAN MAYFIELD | * | DOCKET NO.   09-6179 |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | SECTION "N" (KDE) |
| | * | |
| versus | * | MAGISTRATE "5" ALC |
| | * | |
| PATRIOT HOMES, INC., | * | |
| FLUOR ENTERPRISES INC. | * | |
| and | * | |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |

*********************************************************************

## ORDER

Considering the foregoing motion for partial dismissal.

**IT IS ORDERED** that Liberty Mutual Insurance Company be dismissed from the suit.

New Orleans, Louisiana this_____day of May, 2010.

_____
**UNITED STATES DISTRICT JUDGE**