IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLIVER DISON, IV | * | DOCKET NO. 09-4639 |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | SECTION "N" (KDE) |
| | * | |
| versus | * | MAGISTRATE "5" ALC |
| | * | |
| PALOMINO RV | * | |
| CH2 M HILL CONTRACTORS, INC., | * | |
| SHAW ENVIRONMENTAL | * | |
| INCORPORATED, FLUOR | * | |
| ENTERPRISES, INC., | * | |

*********************************************************************

## NOTICE OF PARTIAL DISMISSAL PURSUANT TO F.R.C.P. RULE 41 (a) (1) (i)

Now into Court through undersigned counsel comes Plaintiff Oliver DIson, IV, and, there having been no answer or motion for summary Judgment filed herein dismisses Liberty Mutual Insurance Company from this suit without prejudice.

*Respectfully Submitted*

*JIM S. HALL & ASSOCIATES, LLC*

*s/ Jim S. Hall*

*JIM S. HALL (#21644)*
*JOSEPH W. RAUSCH (#11394)*
*800 N. CAUSEWAY BLVD., STE. 100*
*METAIRIE, LOUISIANA 70001*
*PHONE NUMBER: (504-832-3000)*
*FAX NUMBER: (504-832-1799)*
*Email Address: jim@jimshall.com*

## CERTIFICATION OF SERVICE

I do hereby certify that I have on the 13th day of May, 2010, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system which will send a notice of electronically filing to all counsel of record.

S/Jim S. Hall

**JIM S. HALL**
