IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLIVER DISON, IV<br>together with all individuals and entities<br>whose names appear on the attached<br>"Exhibit A"<br><br>versus<br><br>PALOMINO RV<br>CH2 M HILL CONTRACTORS, INC.,<br>SHAW ENVIRONMENTAL<br>INCORPORATED, FLUOR<br>ENTERPRISES, INC., | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | DOCKET NO.  09-4639<br><br><br>SECTION "N" (KDE)<br><br>MAGISTRATE "5" ALC |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing motion for partial dismissal;

**IT IS ORDERED** that Liberty Mutual Insurance Company be dismissed from this suit.

New Orleans, Louisiana this _____ day May, 2010.

_____

UNITED STATES DISTRICT JUDGE

3