UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Gabriel, et al. v. Gulf Stream Coach, Inc., et al*   Case No. 09-3893 | *  MAGISTRATE CHASEZ<br>* |

*********************************************************************

## PLAINTIFFS' MOTION TO WITHDRAW FIRST SUPPLEMENTAL AND AMENDED COMPLAINT- DOCUMENT 2449

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to withdraw their First Supplemental and Amending Complaint for Damages (Document 2449).

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion to Withdraw the First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Keith Gabriel, et al, v. Gulf Stream Coach, Inc., et al,* Case No. 09-3893, filed in the Eastern District of Louisiana.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr. LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

>/s/  *Lawrence J. Centola, Jr.*
> Lawrence J. Centola, Jr.