UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Gabriel, et al. v. Gulf Stream Coach, Inc., et al*   Case No. 09-3893 | *  MAGISTRATE CHASEZ<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO WITHDRAW FIRST SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES –DOCUMENT 2449**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to withdraw their First Amended Complaint for Damages in the underlying action, Case No. 09-3893. Fed. Rules Civ. Proc. Rule 15 states "[t]he court should freely give leave when justice so requires."[1]

The First Supplemental and Amending Complaint [Document 2449] is being withdrawn on the grounds that this case should never have been amended August 1, 2009, to add the insurance defendants of Monaco Coach Corporation. Instead, a different case, *Gabriel, et al, v. Fluor*, Case No 9-4023, should have been amended to add the insurance defendants of Monaco Coach Corporation (American International Specialty Lines Insurance Company (AISLIC), Lexington Insurance Company and Insurance Company of the State of Pennsylvania (ICPS)). Additionally, the wrong list of

---

[1] Rule 15 provides that a party may amend its pleadings once as a matter of course at any time before a responsive pleading is served; [o]therwise, a party may amend the party's pleading only by leave of the court…and shall be freely given when justice so requires." Fed. R. Civ. P. 15. Because a First Supplemental and Amending Complaint for Damages has already been filed on behalf of the plaintiffs, leave of court is required.

plaintiffs was attached as "Exhibit A" during the filing of the amendment. This list erroneously named the plaintiffs from Case No. 09-4023.

Counsel for plaintiffs has conferred with counsel for the defendants in this matter and is authorized to state that the defendants do not oppose the motion.

No undue prejudice will result in allowing the withdrawal of the First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

    Respectfully submitted,

    HURRICANE LEGAL CENTER, LLC

    BY:  /s/  *Lawrence J. Centola, Jr.*

    Lawrence J. Centola, Jr. LA Bar #3962
    600 Carondelet Street, Suite 602
    New Orleans, LA 70130
    (504) 525-1944 (telephone)
    (504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

    /s/  *Lawrence J. Centola, Jr.*
    Lawrence J. Centola, Jr.