**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA FORMALDEHYDE                   MDL NO. 1873
PRODUCT LIABILITY LITIGATION

                                           SECTION "N-5"

                                           JUDGE ENGELHARDT

                                           MAG. JUDGE CHASEZ

_____
**THIS DOCUMENT IS RELATED TO:**
    Specific Case Nos. Listed in Exhibit A
_____

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME**
**TO PERFECT SERVICE ON DEFENDANTS**

_____

   COME NOW PLAINTIFFS, Charles Brown, Sr., et al., through undersigned counsel and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

   1.   The Complaint was originally filed in the Eastern District of Louisiana on December 30, 2009.

   2.   Plaintiffs have been unable to serve the Defendants to date because Plaintiffs have been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiffs have undertaken the following efforts to identify their contractor: submitted their information to FEMA for matching (FEMA's response only identified their manufacturer); submitted a request for Plaintiffs' IA File; and counsel for the Plaintiffs have re-submitted Plaintiffs'

1

information to FEMA. This Court previously considered these efforts and granted Plaintiffs an extension of time to identify the Contractor. Plaintiffs respectfully request a commensurate amount of time to serve the Defendants.

3. Andrew Weinstock, liaison counsel for the Defendants, and David Kurtz, liaison counsel for the Contractor Defendants have indicated that they do not oppose Plaintiff's motion.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline by additional sixty (60) days to insure that service is perfected on all parties.

Respectfully submitted this the 12th day of May, 2010.

/s/ Joseph M. Bruno
Joseph M. Bruno (La. Bar No.: 3604)
L. Scott Joanen (La. Bar No.: 21431)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
Joseph M. Bruno