EXHIBIT A:

| Plaintiff | Defendant | Civil Action |
|---|---|---|
| Charles Brown, Sr., et | Destiny Industries, LLC, et al. | 09-8659 |
| Cheryl Slack, et al. | Silver Creek Homes, Inc., et al. | 09-8678 |
| Cynthia Davis, et al. | Cavalier Home Builders, LLC, et al. | 09-8656 |
| Darlene Hunter, et al. | Redman Homes, Inc. f/k/a Dutch Homes, Inc., et | 09-8670 |
| Donald J. Bernard, et | Thor Industries, Inc., et al. | 09-8681 |
| Earnestine Frank, et | R-Vision, Inc., et al. | 09-8691 |
| Frank Duplessis, Jr., et | Starcraft RV, Inc., et al. | 09-8686 |
| Beverly Adams, et al. | Gulf Stream Coach, Inc., et al. | 09-8644 |
| Henry Schlosser, et al. | Sunnybrook RV, Inc., et al. | 09-8679 |
| James A. Anderson, et | Timberland RV Company d/b/a Adventure | 09-8639 |
| Janet Bracey, et al. | Monaco Coach Corporation, et al. | 09-8695 |
| Jerry Louis, et al. | Vanguard Industries of Michigan, Inc. a/k/a | 09-8673 |
| Kathy A. Adams, et al. | Stewart Park Homes, Inc., et al. | 09-8669 |
| Kevin J. Firmin, et al. | Superior Homes, LLC, et al. | 09-8672 |
| Leo J. Querzergue, et | Jayco, Inc. a/k/a Bottom Line RV, et al | 09-8640 |
| Janet L. Aubert, et al. | Fleetwood Enterprises, Inc., et al. | 09-8647 |
| Lynell B. Johnson, et | Pilgrim International, Inc., et al. | 09-8685 |
| Michael Jones, et al. | Champion Enterprises, Inc., et al | 09-8661 |
| Rose Tillman, et al. | Heartland Recreational Vehicles, LLC, et al. | 09-8642 |
| Sharon Serpas, et al. | Keystone RV Company, et al. | 09-8696 |
| Vincent J. Beverly, et | Recreation by Design, LLC, et al. | 09-8650 |
| Silverine Ambeau, et | Forest River, Inc., et al. | 09-8702 |
| Ronald G. Johnson, | Patriot Homes, Inc., et al. | 09-8687 |
| Corey S. Barbarin, et | Forest River, Inc., et al. | 09-8699 |
| Brian Alexander, et al. | Gulf Stream Coach, Inc., et al. | 09-8646 |
| Dennis J. Allen, et al. | Gulf Stream Coach, Inc., et al. | 09-8645 |
| Herbert Blanchard, et | Gulf Stream Coach, Inc., et al. | 09-8667 |
| Joan Bachemin, et al. | Gulf Stream Coach, Inc., et al. | 09-8701 |

| | | |
|---|---|---|
| Judy G. Addison, et al. | Gulf Stream Coach, Inc., et al. | 09-8698 |
| Lucinda Anderson, et | Gulf Stream Coach, Inc., et al. | 09-8665 |
| Kim M. Beaver, et al. | Gulf Stream Coach, Inc., et al. | 09-8668 |
| Odeal Bowman, et al. | Fleetwood Enterprises, Inc., et al. | 09-8643 |