UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

_____
THIS DOCUMENT IS RELATED TO:
Specific Case Nos. Listed in Exhibit A

_____

**RULE 7.6 CERTIFICATE**
_____

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that Andrew Weinstock, liaison counsel for Defendants, and David Kurtz, liaison counsel for the Contractor Defendants, have been contacted and state that they are not opposed to Plaintiffs' Motion for Extension of Time to Serve the Defendants.

Respectfully submitted this the 12th day of May, 2010.

/s/   Joseph M. Bruno
Joseph M. Bruno (La. Bar No.: 3604)
L. Scott Joanen (La. Bar No.: 21431)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12th, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                            */s/ Joseph M. Bruno*
                                                            Joseph M. Bruno