AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Damon Barden  
   *Plaintiff*  
   v.  
American International Group Inc., et al  
   *Defendant*

Civil Action No  10-1035 N/5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Emergency Management Agency (FEMA)  
Through the Office of the Director  
Craig Fugate, Director  
500 C. Street SW  
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
Justin I. Woods  
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Telephone: 504.522.2304; Facsimile: 504.528.9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF CC  
Loretta G. Whyte  
*signature*  
*en  Clerk or Deputy Clerk*

Date: April 9, 2010

Case 2:10-cv-01035-KDE-ALC Document 5-7 Filed 04/09/10 Page 2 of 2

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❏ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

❏ I returned the summons unexecuted because ; or

❏ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C
2800 Energy Centre-1100 Poydras
New Orleans, LA 70163-2800

No: D. Borden Dwlnlm (4/16/10 (Simmons)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEMA
c/o Sh/y the Director
500 C Street SW
Washington, DC 20472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery
   APR 29 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7009 0820 0000 3149 3907

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540