MINUTE ENTRY
ENGELHARDT, J.
May 13, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
*Case No. 09-3871 (E.D. La.)*


     A telephone conference was conducted on Wednesday, May 13, 2010, at 9:00 a.m.

Participating were Justin I. Woods, M. David Kurtz, Henry T. Miller, Adam M. Dinnell, Karen

Whitfield, Sarah Podmaniczky, James C. Percy, Gerardo R. Barrios, Wade M. Bass and Ryan E.

Johnson.

JS10(0:45)