**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER FORMALDEHYDE      *     MDL NO. 1873
       PRODUCTS LIABILITY LITIGATION    *
                                  *     SECTION "N" (5)
THIS DOCUMENT RELATES TO ALL CASES    *
                                    *     JUDGE ENGELHARDT
                                    *
                                    *     MAGISTRATE CHASEZ
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

       Considering the foregoing Motion:

       **IT  IS  SO  ORDERED** that Plaintiffs and Manufacturing Defendants Joint Motion to

Designate  Defendant Profile Form is hereby granted and "Exhibit A" attached to the joint

motion is hereby designated as the Defendant Profile Form for All Manufacturing

Defendants.

       Furthermore,  Defendants must provide Profile Forms to Plaintiffs' Liaison Counsel

within thirty (30) days of this order.  Plaintiffs' Liaison Counsel must notify Liaison Counsel

for Defendants of  any deficiencies within thirty (30) days of receipt of a defendant profile

form.  Notice from Plaintiffs' Liaison Counsel of a deficiency will trigger a thirty (30) day

period for the Defendant to cure any deficiency or otherwise respond.

       THIS DONE the 13th day of  May , 2010 in New Orleans, Louisiana.

UNITED STATES DISTRICT COURT JUDGE