UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                             MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
*Earline Castanel v. Recreation by Design, LLC, et al*
*Case No. 09-3251 (E.D. La.)*

## **RULINGS ON OBJECTIONS ON DEPOSITION TESTIMONY[1] AT TRIAL**

       Pursuant to the Court's previous Order, various deposition transcripts have been provided to the Court of witnesses whose testimony will be presented to the jury by way of those transcripts, in lieu of live appearance. To the extent that the submitted transcripts have objections by counsel on the selected portions for trial, the Court has also obtained from counsel their respective positions regarding such objections. With regard to the witnesses listed below, these objections are resolved as follows: **to the extent that the Court makes no mention of an objection in this Order, such objection is hereby OVERRULED**. As for each other objection, the following are **SUSTAINED**:[2]

---

[1] This Order pertains to the following witnesses: Stanley Larson and Joseph Little.

[2] When the Court sustains an objection, counsel presenting such testimony shall be responsible for editing the witnesses' videotape testimony accordingly.

1

**I.      Testimony of Stanley Larson**

No objections sustained.

**II.     Testimony of Joseph Little**

No objections sustained.

New Orleans, Louisiana, this 13th day of May, 2010.

                          **KURT D. ENGELHARDT**
                          **United States District Court**