UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Gabriel, et al. v. Fluor Enterprises, Inc.*<br>*Case No. 09-4023* | *  MAGISTRATE CHASEZ<br>* |

**************************************************************************

## MOTION SEEKING LEAVE TO AMEND PLAINTIFF'S COMPLAINT TO ADD INSURURERS OF MONACO COACH CORPORATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to amend their Complaint to add American International Specialty Lines Insurance Corporation, Lexington Insurance Company and Insurance Company of the State of Pennsylvania as party defendants.

The plaintiffs bring this motion in response to the recent discovery of a misfiling as it relates to the above captioned complaint. In August 2009, during the process of matching plaintiffs with a specific manufacturer defendant, the complaint, *Gabriel, et al, v. Gulf Stream Coach, Inc. et al*, Case No. 09-3893, was mistakenly amended to add as defendants, the insurers of Monaco Coach Corporation.  Instead, the underlying action bearing Case Number 09-4023 should have been amended to add these defendants.[1]  This motion is being filed in an attempt to correct this error.  A Motion to Withdraw the

---

[1] The Monaco insurers are already on notice of these plaintiffs identified in "Exhibit A" of the wrongly filed amending and supplementing complaint which included the correct plaintiffs, i.e., the plaintiffs herein who actually lived in trailers manufactured by Monaco Coach Corporation.

erroneously filed First Supplemental and Amended Complaint has been filed (Doc. No. 14090) in Civil Action 09-3893 to correct the mistake.

    WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Althegra Gabriel, et al, v. Fluor Enterprises, Inc.,* Case No. 2:09-cv-4023, filed in the Eastern District of Louisiana.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr. LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

### CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.