UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 1873 |
| | * | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Gabriel, et al. v. Fluor Enterprises, Inc.* Case No. 09-4023 | * * * | MAGISTRATE CHASEZ |

******************************************************************

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come **Althegra Gabriel**, *et al.*, who supplement and amend their original Complaint for Damages *Althegra Gabriel, et al. v. Fluor Enterprises Inc.* **No. 09-4023** filed June 15, 2009, in the following respects:

1.

Plaintiffs amend the original Complaint for Damages to add the insurers of Monaco Coach Corporation (herein after "Monaco") to Section I. (Parties) of the original complaint, as follows:

(a) By adding insurance defendant American International Specialty Lines Insurance Company (hereinafter "AISLIC"). Defendant AISLIC is, upon information and belief, an Alaskan corporation, with its principle place of business in New York.

1

(b) By adding insurance defendant Lexington Insurance Company (hereinafter "Lexington"). Lexington is, upon information and belief, a Delaware corporation, with its principle place of business in Boston, Massachusetts.

(c) By adding insurance defendant Insurance Company of the State of Pennsylvania (hereinafter "ICSP"). ICSP is, upon information and belief, incorporated in Pennsylvania, with its principle place of business in New York.

2.

While no answer has been filed in the underlying matter, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for Damages to include additional defendant parties who are referenced in Facts and Allegations, paragraph 8 and 9 of the original complaint (Civil Action 09-4023). No undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

3.

Plaintiffs assert that pursuant to this Honorable Court's Pretrial Order No. 49 (Doc. 8908), it is necessary, appropriate and just to allow the Plaintiffs an extension to amend the original Complaint for Damages to add defendant parties of bankrupt manufacturers.

**WHEREFORE,** Plaintiffs respectfully amend their First Supplemental and Amending Complaint in the foregoing respects, and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*

Lawrence J. Centola, Jr.LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2010, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

 /s/  *Lawrence J. Centola, Jr.*
   Lawrence J. Centola, Jr.
    LA  Bar #3962