## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Gabriel, et al. v. Fluor Enterprises, Inc.*<br>*Case No. 09-4023* | *  MAGISTRATE CHASEZ<br>* |

*************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants have been contacted. Counsel for Fluor Enterprises, Inc., Lexington Insurance Company, Insurance Company of the State of Pennsylvania and American International Specialty Lines Insurance Company, do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY: /s/ Lawrence J. Centola, Jr.
          Lawrence J. Centola, Jr.
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        (504) 525-1944 (telephone)
        (504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                          /s/ *Lawrence J. Centola, Jr.*
                                          Lawrence J. Centola, Jr.
                                          LA  Bar #3962