Exhibit "A"
**Additional Plaintiffs**

Ernest Gabriel
Tarey Meeks
Donald Mims
Connie Mims
Erin Mims
Erin Mims on behalf of Skye Marshall
John Jedlan
Lauren Jedlan
Joseph Silcio
Dennis Morgan
Lois Morgan
Tanya Robichaux
Joseph Gaines
Douglas Gaines
Leoance J Williams, Sr
Madeline Williams
Johnny Davis
Yvonne Davis
Kenneth Warden
Tim Keogh
William Bland
Terrie Bland
Clarence James
Fannie James
Rayan Joseph
Rayan Joseph on behalf of Jeremiah Joseph
Clarence Swington
Carolyn Jones
Wendell Jones
Henri Peyton
Parthenia James
Zerrick James
McClavin James
Dudley Major
Kevin Fayard
Belinda Chism

Exhibit D

Antoinette Givens
Antoinette Givens on behalf of Christian Givens
Pauline Grigley
Dorothy Grigley
Melvin Grigley
Mervin Grigley
Dewanda Grigley
Pauline Grigley on behalf of Montrell Payton
Eva Oatis
Azzam Abdul-Rahmaan
Vera Abdul-Rahmaan
Jamal Rashad Perry
Naimah Abdul-Rahmaan on behalf of Shakel Abdul-Rahmaan
Azzam Abdul-Rahmaan on behalf of Shakel Abdul-Rahmaan
Lucy Brister
Lucy Brister on behalf of Myei Brister
Lucy Brister on behalf of Myeisha Brister
Lucy Brister on behalf of Michael Brown

Exhibit D