UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>  . PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-3251<br>Earline Castanel vs. Recreation by Design, LLC | *<br>*<br>*<br>* | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATIONS OF FACTS
### (TO BE READ TO THE JURY)

**Plaintiff, Earline Castanel and Defendant, Recreation by Design, LLC**

**(hereinafter "RBD"), have stipulated to the following facts:**

1. Plaintiff, Earline Castanel, is a resident of the Parish of Orleans in the State of Louisiana.

2. FEMA provided a trailer with Vehicle Identification Number (VIN) 5CZ200R2461125294 to Plaintiff, Earline Castanel, following Hurricane Katrina.

3. This travel trailer was a 2006 Model 33' PM-FH Handicap Unit manufactured by Defendant Recreation by Design, LLC (hereinafter "RBD") in Elkhart, Indiana on or about December 2, 2005 for use by FEMA as emergency housing.

4. RBD sold approximately 2600 travel trailers to Morgan Buildings & Spas, Inc. (hereinafter "Morgan") for provision to FEMA following hurricanes Katrina and Rita.  Additional RBD travel trailers were also bought by FEMA from other Dealers/Distributors.

5. Morgan sold the travel trailer assigned to Ms. Castanel to FEMA for use as emergency housing.

6. Certain components parts used by RBD in the manufacture of this travel trailer contained urea formaldehyde and/or urea formaldehyde resins.

7.   The RBD travel trailer was shipped to the FEMA Staging area in Baton Rouge, Louisiana, where it was received and inspected by FEMA on or about December 7, 2005.

8.   The RBD travel trailer was picked up at the FEMA staging area in Baton Rouge, Louisiana and hauled by Shaw to its Manhattan staging area prior to being delivered to 2261 Urquhart Street, New Orleans, Louisiana.

9.   The RBD travel trailer was delivered and installed by Shaw's subcontractor at 2261 Urquhart Street, New Orleans, LA.

10.  Earline Castanel resided in this RBD unit from approximately March 2006 to approximately July or August of 2007 or approximately 16 or 17 months.

11.  The travel trailer occupied by Ms. Castanel was a 33-PM -handicap accessible model with a slide-out feature.

12.  FEMA has provided thousands of travel trailers to displaced residents following natural disasters in the United States since at least 1992, including displaced residents from the Gulf Coast region.

13.  FEMA provided approximately 143,000 emergency housing units to families across the Gulf Coast, in response to hurricanes Katrina and Rita.

14.  The RBD Owner Information Manual (RBD05189 - RBD05250) for the trailer contained no warning regarding formaldehyde.

15.  There were no labels posted in the trailer provided to Ms. Castanel warning about formaldehyde.

16.  Prior to Hurricane Katrina, RBD had Material Safety Data Sheets ("MSDS") from composite wood providers which state that certain composite wood products used by RBD in the manufacture of travel trailers contain formaldehyde.

17.  On January 4, 2010 through January 8, 2010, at the FEMA Storage Facility at Lottie, Louisiana the RBD trailer Vin # 5CZ200R2461125294 was tested for formaldehyde by Tony Watson of Workplace Hygiene on behalf of RBD.

18.  The first test was performed on January 4, and the trailer was tested as it was found. The level of formaldehyde found in the trailer was 9 parts per billion (ppbv). This was a one hour test. During the test, the average temperature in the trailer was 44°F and the average relative humidity was 68%.

19.    A second formaldehyde measurement was taken on January 7, 2010. This
       sample was taken after the trailer was aired out with all the doors, windows,
       and vents open for 24 hours and then the unit was closed up and heaters
       turned on for 46 hours. This was a one hour sample, and it resulted in a
       formaldehyde level of 50 parts per billion (ppbv). During the conditioning
       period, the high temperature in the trailer was 75° and the low temperature
       was 54° during the first 25 hours of conditioning, and the high temperature
       in the trailer was 81°F and the low temperature was 69°F within the 21 hour
       period prior to sampling. During the sampling period, the average
       temperature in the trailer during was 66°F degrees and the average relative
       humidity in the trailer was 67%.

20.    A third formaldehyde measurement was taken beginning on January 7th and
       continuing on through January 8, 2010 by Workplace Hygiene. This was a 24
       hour sample that was taken after the trailer was aired out with all the doors,
       windows and vents open for 24 hours, and then the unit was closed up and
       heaters turned on for 46 hours. This 24 hour sample resulted in a
       formaldehyde level of 20 parts per billion (ppbv). During the conditioning
       period, the high temperature in the trailer was 75° and the low temperature
       was 54° during the first 25 hours of conditioning, and the high temperature
       in the trailer was 81°F and the low temperature was 69°F within the 21 hour
       period prior to sampling. During the sampling period the average
       temperature in the trailer during was 59°F degrees and the average relative
       humidity in the trailer was 57%.

21.    The weather data collected by Dr. Lee Branscome, Ph.D., a certified
       meteorologist, attached to his report dated January 21, 2010, is
       representative of the weather conditions for the time frame included herein.

       Parties have met and conferred on numerous occasions with regard to these
stipulations and will continue to confer and to offer other stipulations of facts as
appropriate.

Respectfully submitted,

FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION


BY: _Linda Nelson for Gerald J. Meunier_
     _with permission_
     GERALD E. MEUNIER, #9471
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier & Warshauer,
     L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone: (504) 522-2304
     Facsimile: (504) 528-9973
     gmeunier@gainsben.com

          -and-

     /s/ Justin I. Woods
     JUSTIN I. WOODS, #24713
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier & Warshauer,
     L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone: (504) 522-2304
     Facsimile: (504) 528-9973
     jwoods@gainsben.com

     **COURT-APPOINTED PLAINTIFFS'
     STEERING COMMITTEE**
     ANTHONY BUZBEE, Texas # 24001820
     RAUL BENCOMO, #2932
     FRANK D'AMICO, #17519
     MATT MORELAND, #24567
     LINDA NELSON, #9938
     MIKAL WATTS, Texas # 20981820
     DENNIS REICH, Texas # 16739600
     ROBERT BECNEL, #14072

          -and-

Page 4 of 6

_/s/ Andrew D. Weinstock_
ANDREW D. WEINSTOCK
**DEFENDANT MANUFACTURERS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, APLC
3838 N. Causeway Boulevard, 29th Floor
Three Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com

_-and-_

LYON H. GARRISON (#19591)
SCOTT P. YOUNT (#22679)
DARRIN L. FORTE (#26885)
RANDALL C. MULCAHY (#26436)
KELLY M. MORTON (#30645)
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
lgarrison@garrisonyount.com
syount@garrisonyount.com
dforte@garrisonyount.com
rmulcahy@garrisonyount.com
kmorton@garrisonyount.com

_Counsel for Recreation by Design, LLC_

## CERTIFICATE OF SERVICE

I hereby certify that on __May 13, 2010__, I hand delivered and electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

/s/ Justin I. Woods
JUSTIN I. WOODS (LA Bar #24713)