UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * SECTION "N" (5) <br> * |
| THIS DOCUMENT RELATES TO:   09-3251 <br> Earline Castanel vs. Recreation by Design, LLC | * JUDGE ENGELHARDT <br> * <br> * MAGISTRATE CHASEZ <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATIONS OF EVIDENTIARY FACTS

Plaintiff, Earline Castanel and Defendant, Recreation by Design, LLC (hereinafter "RBD"), have stipulated to the authenticity of the following and reserve their rights to assert relevancy objections:

1. The medical records provided by **Dr. Alan Bowers, M.D.**, bates range CAST003213 - CAST003524 and RBD-EC-MED-00022 - RBD-EC-MED-00503

2. The medical records provided by **Dr. Joseph Gautreaux, M.D.**, bates range CAST003819 - CAST003830, CAST003998 - CAST004029, CAST004030 - CAST004035, RBD-EC-MED-00669 - RBD-EC-MED-00693, RBD-EC-MED-00806 - RBD-EC-MED-00818, RBD-EC-MED-01048 - RBD-EC-MED-01077, and RBD-EC-MED-01171 - RBD-EC-MED-01186

3. The medical records provided by **Dr. Carter Paddock, M.D.**, bates range CAST003676 - CAST003702 and RBD-EC-MED-00001 - RBD-EC-MED-00021

4. The medical records provided by **Dr. Marilu O'Byrne, M.D.**, bates range CAST003703 - CAST003717 and RBD-EC-MED-00573 - RBD-EC-MED-00588

5. The medical records provided by **Dr. S.T. Reddy, M.D.**, bates range CAST003718 - CAST003794 and RBD-EC-MED-00694 - RBD-EC-MED-00772

6. The medical records provided by **Dr. Thang Hoang, M.D.**, bates range RBD-EC-MED-01038 - RBD-EC-MED-01047

7. The medical records provided by **Dr. Frances Ivker, M.D.**, bates range RBD-EC-MED-00992 - RBD-EC-MED-01037

8. The medical records provided by **West Jefferson Medical Center**, bates range CAST003525 - CAST003675 and RBD-EC-MED-00589 - RBD-EC-MED-00665

9. The medical records provided by **Ochsner Foundation Hospital**, bates range CAST003795 - CAST003818, RBD-EC-MED-00504 - RBD-EC-MED-00572, RBD-EC-MED-01079 - RBD-EC-MED-01170, and RBD-EC-MED-01078

10. The medical records provided by **Culicchia Neurological Clinic, LLC**, bates range RBD-EC-MED-00773 - RBD-EC-MED-00796

11. The billing records provided by **Ochsner Medical Center**, bates range RBD-EC-MED-00797 - RBD-EC-MED-00805

12. The billing records provided by **Dr. Joseph Gautreaux** regarding Ms. Castanel's surgical procedure on March 31, 2010, bates range CAST004045 - CAST004049

13. The records provided by **Walgreen's Pharmacy**, bates range CAST003831 - CAST003996 and RBD-EC-MED-00819 - RBD-EC-MED-00985

Parties have met and conferred on numerous occasions with regard to these stipulations and will continue to confer and to offer other stipulations of facts as appropriate.

        Respectfully submitted,

        FEMA TRAILER FORMALDEHYDE
        PRODUCTS LIABILITY LITIGATION

BY: *[signature]* Linda J. Nelson for Gerald E. Meunier *with permission*
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone: (504) 522-2304
      Facsimile: (504) 528-9973
      gmeunier@gainsben.com

        *-and-*

/s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072

-and-

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
**DEFENDANT MANUFACTURERS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, APLC
3838 N. Causeway Boulevard, 29th Floor
Three Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com

-and-

_____
LYON H. GARRISON (#19591)
SCOTT P. YOUNT (#22679)
DARRIN L. FORTE (#26885)
RANDALL C. MULCAHY (#26436)
KELLY M. MORTON (#30645)
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
lgarrison@garrisonyount.com
syount@garrisonyount.com
dforte@garrisonyount.com
rmulcahy@garrisonyount.com
kmorton@garrisonyount.com

*Counsel for Recreation by Design, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on ___May 13, 2010___, I hand delivered and electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

         _/s/ Justin I. Woods_
         JUSTIN I. WOODS (LA Bar #24713)