UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE        MDL NO. 1873
PRODUCT LIABILITY LITIGATION

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
    Specific Case Nos. Listed in Exhibit A

_____

**ORDER**
_____

Considering the foregoing Motion of Plaintiffs, Plaintiffs are allowed an additional sixty (60) days or until _____July 12th_____, 2010, to serve the Defendants.

IT IS SO ORDERED that the motion be and is hereby GRANTED, and that the cases identified by number corresponding to that particular plaintiff identified in the attached "Exhibit A," be granted a Motion for Extension of Time to Serve.

DATED this <u>14th</u> day of _____May_____, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE