# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OLIVER DISON, IV | * | DOCKET NO. 09-4639 |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | SECTION "N" (KDE) |
| | * | |
| versus | * | MAGISTRATE "5" ALC |
| | * | |
| PALOMINO RV | * | |
| CH2 M HILL CONTRACTORS, INC., | * | |
| SHAW ENVIRONMENTAL | * | |
| INCORPORATED, FLUOR | * | |
| ENTERPRISES, INC., | * | |

************************************************************************

## ORDER

Considering the foregoing motion for partial dismissal;

**IT IS ORDERED** that Liberty Mutual Insurance Company be dismissed from this suit.

New Orleans, Louisiana this 14th day May, 2010.

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).

UNITED STATES DISTRICT JUDGE

3