





Boysen et al. "Nasal mucosa in workers exposed to formaldehyde: a pilot study" Br J Ind Med 1990; 47:116-121.



Damaged Epithelium

Normal respiratory Epithelium

Boysen et al. "Nasal mucosa in workers exposed to formaldehyde: a pilot study" Br J Ind Med 1990; 47:116-121.

Figure 3  Mixed stratified cuboidal/stratified squamous epithelium consisting of several layers of cuboidal cells covered by a thin layer of flattened cells. (Magnification as in fig 1.)



Abnormal Damaged Epithelium
**Dysplasia**

Normal respiratory Epithelium

Boysen et al. "Nasal mucosa in workers exposed to formaldehyde: a pilot study" Br J Ind Med 1990; 47:116-121.

*Figure 5  Dysplasia of the squamous type with nuclear and cellular pleomorphism and partial loss of polarity. (Magnification as in fig 1.)*