$$C \times t = \text{ppm} \times \text{min}/d \times d/\text{yr} = \text{ppm-min}/\text{year}$$

For the ambient air formaldehyde concentration:

| Concentration | Minutes/16 h day | ppm-min/day | ppm-min/year |
|---|---|---|---|
| 0.080 ppm | 960 | 76.8 | 28,032 |
| 0.120 ppm | 960 | 115.2 | 42,048 |
| 0.160 ppm | 960 | 153.6 | 56,064 |
| 0.180 ppm | 960 | 172.8 | 63,072 |
| 0.200 ppm | 960 | 192.0 | 70,080 |
| 0.250 ppm | 960 | 240.0 | 87,600 |
| 0.300 ppm | 960 | 288.0 | 105,120 |


remain constant (Inoue et al., 1987). Daily intake of formaldehyde through food is difficult to evaluate, but a rough estimate from available data is in the range of 1.5-14 mg/day for an average adult, most of it in a bound and unavailable form.

# Comparison must be made within same units of measurement

- Free formaldehyde measured in air
  - $mg/m^3$ or $\mu g/m^3$
  - $m^3$ = volume of air

- Bound and unavailable formaldehyde in foods in diet measured
  - $mg/kg$ (solid foods)
  - $mg/L$ (liquid foods)
  - $kg$ = weight of food
  - $L$ = volume of liquid