

Nasopharyngeal Cancer