# Alternate Wood Products

Q: Were there alternatives to the ceiling and wall panels that were used in the Recreation by Design travel trailer that would have emitted very little or no formaldehyde?

A: Yes: Hardboard panels as used in mobile homes. These hardboard panels are made without formaldehyde based resins.



# Alternative Wood Products - Cost

Q: What is the difference in cost for the hardboard panels that emit no formaldehyde?

A: There is a cost savings of $88.25 when using hardboard paneling.

# Alternate Insulation Materials

The replacement of the 1½" fiberglass unfaced insulation in the walls and ceiling with a closed cell spray polyurethane foam (SPF) insulation would have addressed several issues – such as temperature increases, moisture, and air passage.

# Alternate Insulation Materials

- SPF insulation would seal air leaks in the building envelope and prevent the movement of hot, humid air from the exterior of the unit into the walls, ceilings and interior living space filtering any contaminants
- The SPF insulation lowers the indoor temperature, reduces outside air infiltration and relative humidity in the walls and ceiling and therefore decreases formaldehyde off gassing

# Installation of a Vapor Retarder

- The travel trailer was not equipped with an exterior vapor retarder

- The use of a "Tyvek" type product as a vapor retarder is a common practice in the hot, humid temperature region of New Orleans to prevent air and moisture movement into the walls and living area

- By reducing hot, humid air infiltration, the vapor retarder would have reduced formaldehyde off-gassing

# Installation of a Vapor Retarder - Cost

The retail cost of a Tyvek retarder installed is $152.53

# Better Quality of Workmanship - Cost

Extra Cost for
Better Quality of Workmanship = $0.00.

Recreation by Design had quality control procedures, they just needed to follow the procedures they already had in place to prevent duct and air leakage