# Better Quality Workmanship

- Better quality workmanship would have prevented air leaks in the air conditioning ducts, walls, floors and ceiling cavities
- There are pathways in the trailer allowing for hot, humid, outside unfiltered air into the ceiling and wall cavities in the trailer which increases formaldehyde off-gassing



EXHIBIT 5

# Better Quality of Workmanship - Cost

Better Quality of Workmanship = $0.00.

Extra Cost for Better Quality of Workmanship

Recreation by Design had quality control procedures, they just needed to follow the procedures they already had in place to prevent duct and air leakage