IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL No. 1873** |
| **FORMALDEHYDE PRODUCT S** | |
| **LIABILITY LITIGATION** | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | **MAGISTRATE CHASEZ** |
| *Fiveash, et al v Heartland Recreational, LLC., et al,* | |
| *Case No. 2:10- cv-268* | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs' in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 10-268.  Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed Rules Civ Proc. 20 and 21.

Plaintiffs seek to supplement and amend their Complaint for Damages to add as Plaintiffs, Debra Tate, Kintarus Tate, and Y. W. by Etheria Tate, who upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Heartland Recreational Vehicles, LLC as the existing plaintiffs named in the Complaint for Damages.

No undue prejudice will result in allowing the attached First Supplemental and Amending Complain for Damages to be filed since no trial date has yet been scheduled.

Plaintiffs assert that pursuant to this Honorable Court's Pretrial Order 38, (Doc. 1596), it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer and contractor defendants involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted, this the  14th  day of May, 2010.

By:   *s / Rose M. Hurder*
          Rose M. Hurder

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

  *s/Rose M. Hurder*
  ROSE M. HURDER