## NAMED PLAINTIFFS
## BENNIE R. FIVEASH, ET AL v. HEARTLAND RECREATIONAL VEHICLES, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1 | Fiveash | Bennie | R | | 17044 Northrup Cuevas Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 2 | Fiveash | Peggy | S | | 17044 Northrup Cuevas Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 3 | Rucker | Minnie | L | | 329 Jim Money Rd. Biloxi, MS 39531 | Harrison | Bechtel |
| 4 | Tate | Debra | | | 5901 Shortcut Road Lot 57 Moss Point, MS 39563 | Jackson | Bechtel |
| 5 | Tate | Kintarus | | | 5901 Shortcut Road Lot 57 Moss Point, MS 39563 | Jackson | Bechtel |
| 6 | W | Y | | Etheria Tate (Mother) | 5901 Shortcut Road Lot 57 Moss Point, MS 39563 | Jackson | Bechtel |

EXHIBIT "A"