IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　　　　　　　　MDL No. 1873
FORMALDEHYDE PRODUCT S
LIABILITY LITIGATION　　　　　　　　　　　　　　　　　SECTION N(5)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:　　　　　　　　　　　　MAGISTRATE CHASEZ
*Fiveash, et al v Heartland Recreational*
*Vehicles, LLC., et al,*
*Case No. 2:10- cv-268*

---

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants has been contacted. Counsel for Heartland Recreational Vehicles, LLC., and Jonathan Waldron, Counsel for the United States Department of Justice do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint. However, Peter Tafaro, Counsel for Bechtel, has not likewise agreed.

Respectfully submitted, this the  14th  day of May, 2010.

　　　　　　　　　　　　　　　　　　　　　　By: ___s / Rose M. Hurder___
　　　　　　　　　　　　　　　　　　　　　　　　　Rose M. Hurder

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                   *s/Rose M. Hurder*
                                                   ROSE M. HURDER