## NAMED PLAINTIFFS
## TIFFANIE R. MCMILLIAN, ET AL v. DESTINY INDUSTRIES, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1 | M | T | C. | Tiffanie R. McMillian (Mother) | 5600 Jefferson St. Pascagoula, MS 39567 | Jackson | Bechtel |
| 2 | McMillian | Tiffanie | R. | | 5600 Jefferson St. Pascagoula, MS 39567 | Jackson | Bechtel |
| 3 | O | T | M. | Tiffanie R. McMillian (Mother) | 5600 Jefferson St. Pascagoula, MS 39567 | Jackson | Bechtel |
| 4 | O | T | D. | Tiffanie R. McMillian (Mother) | 5600 Jefferson St. Pascagoula, MS 39567 | Jackson | Bechtel |
| 5 | Haynes | Glenn | | | 90 East Railroad Gulfport, MS 39503 | Harrison | Bechtel |
| 6 | Gatewood | Shedrick | | | 1824 Popps Ferry Road Lot 83 Biloxi, MS 39530 | Harrison | CH2M Hill |

Page 1 of 1

EXHIBIT "A"