**CONTRACT NUMBER:**

HSFEHQ-05-D-0592

**ISSUED BY:**
Department of Homeland Security
Federal Emergency Management Agency
Financial & Acquisition Management Division
Flood, Fire and Mitigation Branch
500 C Street, S.W., Room 350
Washington DC  20472

**NAME AND ADDRESS OF CONTRACTOR:**
CH2M Hill Constructors, Inc.
9191 South Jamaica Street
Englewood, CO 80112-5946

**LETTER CONTRACT FOR:**

Pursuant to Federal Acquisition Regulation (FAR) 16.603, the following agreement is hereby entered into on behalf of the Government.

**TERM OF CONTRACT**

The contract term shall be for a period commencing upon effective date of this contract and ending January 15, 2006.

The following and attached clauses (Sections B-J) to this letter contract apply:

**52.216-23, EXECUTION AND COMMENCEMENT OF WORK (APR 1984)**

The Contractor shall indicate acceptance of this letter contract by signing three copies of the contract and returning them to the Contracting Officer not later than September 30, 2005. Upon acceptance by both parties, the Contractor shall proceed with performance of the work, including purchase of necessary materials.



Page 1 of 5

EXHIBIT
" C "

## 52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding the amount obligated under individual task orders.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is equal to the cumulative amount obligated under individual task orders.

## 52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) An Indefinite Delivery/Indefinite Quantity (IDIQ) type definitive contract with firm fixed price/cost/time and materials task orders is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1)  Proposal due September 30, 2005;
(2)  Negotiations on or before October 21, 2005;
(3)  Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by—

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

## 52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

This clause applies to Cost Reimbursement Task Orders only.

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes—

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for—

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

**1. SCOPE OF WORK:**

See attached, Section C.

**2. WAGE DECISION NO.:**

See attached, Section H.10, Wage Determination (Various).

**3. Suspension of Davis-Bacon Act.** On September 8, 2005, the President signed a proclamation suspending the Davis-Bacon Act, 40 U.S.C. 3141, in those areas of the country seriously affected by Hurricane Katrina. The suspension applies to various counties/parishes in the states of Louisiana, Mississippi, Alabama and Florida to contracts awarded on or after September 8, 2005. The determination as to whether the Davis-Bacon Act applies to a particular Task Order under this contract will be determined upon the receipt of the contractor's Task Order proposal(s) and subsequent negotiations. The appropriate clauses will, then, be included in the negotiated Task Order(s).

**SIGNATURES:**

_____
Contractor

9/30/05
Date

_____
Nancy A. Costello
Contracting Officer

9/30/05
Date

# EXHIBIT 10
## MAINTENANCE-TEMPORARY HOUSING UNITS

# 1. General

This specification establishes the minimum requirements for disaster area maintenance of temporary housing units.

This contractor at a minimum will:
   a) Provide maintenance services of units assigned by FEMA. This maintenance services contract includes performing monthly preventative maintenance inspections, responding to routine and emergency maintenance calls and making repairs as required for units assigned to the contractor and/or identified by FEMA.
   b) Maintain records pertaining to tasks assigned to include monthly preventative maintenance inspection, routine and emergency maintenance and will make those records available for review upon request by FEMA. The records shall be saved and provided to FEMA when the units are deactivated, and/or upon request by FEMA. All records will be saved and provided on a CD-ROM in Microsoft Word or Excel and provided to FEMA. The contractor will maintain a back-up copy for three years after the contract is terminated.
   c) Perform other tasks as required by the COTR and / or the COTR's designee, and as described in the Additional Cost Line Items portion of this document. FEMA will notify the contractor of the requirement for these tasks.
   d) Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.
   e) The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.
   f) Contact the manufacturer, dealer or temporary housing unit source for warranty maintenance issues as approved by FEMA. FEMA will not pay any co-payment or deductions if they are required. If the contractor is paid by the manufacturer, dealer, or temporary housing unit source to perform warranty maintenance, the contractor shall reimburse FEMA of the amount received.
   g) Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.
   h) Make repairs identified by FEMA. Generally the Contractor will be expected to correct problems that the occupants are not expected to correct. These problems are not limited to tasks that require the professional services of an experienced electrician, carpenter, plumber, or appliance repairman.
   i) Obtain approval from the COTR prior to performing any miscellaneous or unusual requirements. Written documentation must be submitted for reimbursement.
   j) Inform FEMA of any trends associated with the upkeep and maintenance of the unit such as excessive service calls.

Exhibit 10 – Page 1 of 15

k) Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

## 2. Maintenance Areas of Responsibility

The Contractor's area of responsibility is for all interior and exterior components of the unit which includes the:

### 2.1 Plumbing System

Plumbing includes all water and sewer lines and tanks inside the temporary housing unit and all external lines from the temporary housing unit to the utility main or the park owner's connection.

### 2.2 Electrical System

Electrical includes all wiring and associated parts from the Power Company's connection on the meter loop pole or pedestal, to and throughout the manufactured unit, including underground entrance cable. When connecting to an approved power source the responsibility shall include all installed components up to the approved power source.

### 2.3 Heating and Cooling System

This includes all major components to include wiring and associated parts

### 2.4 Replacement of Components

Unless it is associated with the repair and/or replacement of a related component the Contractor is not responsible for replacing such items as light bulbs, stoppers, drain baskets, extra door keys, light covers, etc.

### 2.5 Entrance/Exit components

This includes all panels, sidings, windows, screens and doors.

## 3. Function (tasks) Descriptions.

### 3.1 Maintenance – Emergency

Repairs that are authorized under Emergency Maintenance may be requested by the temporary housing unit occupant (the contractor needs to report this to FEMA immediately) and are defined as those necessary to eliminate a serious health, safety, or security hazard. All emergency work orders received after hours, weekends, or holidays from the occupant shall be reported to the COTR by 10:00 a.m. on the following normal workday.

The Contractor shall initiate repairs to eliminate these healths, safety, or security hazards within six (6) hours of receipt (7 days per week) of an emergency request and complete the work as soon as possible. This may include temporary repairs, in which

Exhibit 10 – Page 2 of 15

case the Contractor shall notify the COTR or designee. Permanent repairs must be completed within the routine repair time frame.

Emergency maintenance is typically required in response to, but not limited to, one of the following problems:
a) Gas leak
b) Major water leak, where a shut off valve cannot be located
c) Actual sewage leak (Health concern)
d) No heat (when outside temperature is, or is expected to go below 50 degrees Fahrenheit)
e) No A/C (when outside temperature is, or is expected to go above 85 degrees Fahrenheit)
f) No electricity (excluding local power company failure), or major electrical malfunction.

## 3.2 Maintenance – Routine

Maintenance not defined as emergency maintenance is defined as routine maintenance, unless identified by FEMA. All routine repairs shall be completed within 48 hours after receipt of the requirement. When such 48-hour completion time would expire on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following Monday or Tuesday, as appropriate.

The Contractor shall complete routine maintenance items requested by the occupant that were not listed on the work order when performing a service call or preventive maintenance visit, as long as the total cost of material does not exceed $250. **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.** It is the contractor's responsibility to obtain the name of the person and the time of the decision.

<u>Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment.</u> If payment has been made the amount may be deducted from subsequent payments.

Priority shall be given during routine maintenance to:
a) Heating (winter) and cooling (summer) problems not corrected under the emergency maintenance definition
b) Problems that could be a health concern, such as stopped-up sewer or water lines
c) Permanent correction of temporary repairs that were performed under emergency maintenance; and
d) Other such tasks where earlier correction could lessen the extent of the problem.

## 3.3 Maintenance – Staging

This is related to the units located at the staging areas or other designated areas identified by FEMA. This function includes performing maintenance of units identified by FEMA. Maintenance tasks on these units will by identified and assigned by the COTR or his designee.

Exhibit 10 – Page 3 of 15

### 3.4 *Major Material Item Replacement*

The Contractor shall provide all necessary replacement parts and materials to repair manufactured units under this Contract, except those identified as Major Material Items.

Major Material Items are identified as, but not limited to, refrigerators, water heaters, ranges, axles, exterior doors, temporary housing unit tires, complete furnace, complete A/C, or any other component valued at over $250. The Contractor may replace these items only after prior inspection and approval by the COTR or CO.

If the Contractor determines, after an inspection by a certified mechanic, that repair of a Major Material Item(s) is impractical, the Contractor shall promptly provide the COTR with a written report. This written report needs to address identifying the item(s) by make, model number, part number, identification number and location, condition of the item, and itemized material cost to replace the item(s).

*Note: This is for the actual item costs. Labor costs are covered under the monthly maintenance fee. Any additional labor cost must be itemized and approved by the COTR prior to performing the work. The COTR shall investigate and determine the practicality of repair versus replacement, and then shall instruct the Contractor to proceed with repairs, provide the Contractor with the Major Material Item for replacement, or authorize the Contractor to purchase and replace the item*

Any parts valued at over $250 each that are replaced by the Contractor shall be returned with the completed work order to the COTR, if requested. Replaced parts shall be individually identified with a wire-on tag that contains the work order number, unit number, replacement date, and description of defect. Unit components replaced as defective and later determined by the COTR to have been repairable at a reasonable cost shall result in a back-charge to the Contractor for any associated material costs

The Contractor shall, at all times, make a reasonable effort to acquire all parts at prices favorable to the Government. If the COTR determines that the Contractor could have reasonably obtained the materials at significantly lower prices, the COTR may authorize payment based on the lower prices. Purchase receipts shall be provided to the COTR with the completed work order for all (each) parts costing over $250. The Contractor will be compensated for the actual purchase costs of materials used, as documented on the receipt.

When the Contractor must backorder repair parts for the furnace, A/C, refrigerator, or range, or is otherwise unable to repair these appliances within 48 hours of receiving the work request (within 6 hours for the furnace (winter) and A/C (summer)), the Contractor shall provide a temporary appliance for the occupant. The temporary heating appliance shall be equipped with an automatic shut-off that activates if the heater is accidentally tipped over. Such temporary appliances shall be provided, at no additional cost to the Government or the occupant, until such time as the permanent appliances are fully operational

Exhibit 10 – Page 4 of 15

All parts replaced shall be new and shall be of a quality equal to or better than the part being replaced.

## 4. Issuance of Work.

FEMA reserves the right to issue work to staff and other resources to perform the mission. The contractor will be assigned units after the units have been installed. The contractor will perform monthly maintenance service visits for each unit assigned. These visits must be at least 14 days apart.

The contractor may also be tasked to perform service calls for routine, emergency, staging maintenance and other tasks during normal duty hours. All service calls will have a follow-up visit scheduled.

The follow-up to a service call may serve as a monthly maintenance service visit if it is performed in the next month and the 14-day spread is met. The purpose of the maintenance service visit is to see if there were any maintenance issues related to the unit that need to be addressed and to make repairs as needed.

The contractor must provide the COTR a monthly schedule of planned visits on the first duty day of the month and a summary of findings for the units assigned at the end of the month.

The contractor will contact the applicant at least 24 hours prior to the scheduled maintenance visit. The contractor will also leave the occupant a summary of the findings and work performed for all visits and service calls.

The summary will include the unit information, date of the visit, the summary of findings and work performed, and the tentative date for the next scheduled maintenance service visit. A copy of the summary of each unit assigned shall be forwarded to FEMA on a monthly basis.

Routine, emergency, and staging work may be issued to the contractor via maintenance work orders. Maintenance work orders will be used for documenting all maintenance calls regardless of the nature. Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation. At the completion of the work the contractor shall:
   a) Complete the work order prior to requesting the occupant's signature (excluding cost).
   b) Attach a signed statement explaining the omission of occupant's signature when the occupant is unavailable to sign the completed work order.

When the unit is identified by FEMA as currently vacant the maintenance service visit will include inspecting the unit for safety hazards, damages and reporting the condition of the unit.

The contractor will perform a unit cleaning to prepare the unit for occupancy as assigned by FEMA. The LP tank of the mobile home or the travel trailer's LP bottles shall be filled for re-occupancy. The contractor will not replace appliances, furnishing, furnace, A/C, or water heater prior to COTR approval. If it is determined that these items need to be replaced for the

Exhibit 10 -- Page 5 of 15

unit to be ready to occupy the contractor will submit in writing the items that need to be replaced and the estimated amount of replacement cost. The COTR must concur prior to items being replaced.

For billing purposes the contractor must submit the actual receipts for items replaced with the Work Order. Based on the concurrence or approval of the COTR, FEMA will reimburse the contractor the actual cost of the replacement items not to exceed the fair market value of the item.

# 5. Contractor Responsibilities

## 5.1 Work Hours

Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays. Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days. The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate

## 5.2 Phone Service

The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award. The telephone number(s) will be provided to the unit occupants.

## 5.3 Facilities

The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's maintenance obligation and requirements.
Identification
The contractor personnel must wear an identification badge. The badge must include a contractor identification number, name, company name, and phone number. This badge must be visible when the contractor is working. The contractor is responsible for obtaining badges for all the employees working the tasks associated with this contract. This includes temporary, sub-contractors, etc.. The contractor is responsible for monitoring their staff.

## 5.4 Resources

The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance services. The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed (i.e. plumber, electrician, heating and air).

## 5.5 Contractor Expectations

All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism,

Exhibit 10 – Page 6 of 15

and behavior. The contractor must be able to provide a background check of employees as requested.

## 5.6 Qualification of Personnel

Work performed under this task shall be completed by professionally certified mechanics with expertise in heating and air conditioning (HVAC), refrigeration, range, electrical, and/or plumbing repairs.

a) The Contractor must be able to provide documentation of each mechanic's professional certification (such as certificates of training course completion, letters from previous employers certifying experience, resumes, membership affiliations to professional organizations, or other such documentation), if requested by FEMA, which, in the COTR's opinion, attests to the mechanic's qualifications.

b) For unusually complex maintenance problems, the Contractor must have access to licensed/certified technicians in the areas of electrical, plumbing, furnace, air condition, and appliance repair. Utilization of licensed/certified personnel shall be at no additional cost to FEMA. Availability of licensed technicians shall be (a) on a 24-hour basis, if needed, (b) maintained throughout the period of this contract, and (c) the contractor may be required to provide documentation to the COTR that substantiates that licensed/certified technicians are being used.

c) The contractor will identify a primary and alternate point-of-contact within 48 hours of contract award.

## 5.7 Warranty

All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form

## 5.8 Problem Reporting

Any maintenance problems, which in the Contractor's opinion were manufacturer warranty issues, or caused by the installation Contractor (particularly towing damage which will affect removal) and/or negligence or abuse by the occupant shall be reported to the COTR (in writing) with the completed work order.

# 6. Tasks

## 6.1 MH / TT Maintenance Specifications

| | |
|---|---|
| Task | THM-01 |
| Task Title | MH / TT Maintenance Specifications |
| Task Description | The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, <u>and livable, condition.</u> The contractor shall perform only those corrective actions that |

Exhibit 10 – Page 7 of 15

|  |  |
|---|---|
|  | require the effort of skilled technicians or labors. FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA. |
| **Response Time** | The contractor will provide maintenance services of units assigned and identified by FEMA. Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor. |
| **Compensation** | Monthly Maintenance – For each FEMA temporary housing unit still assigned (RFO) as of close of business (COB) of the last day of the month the contractor will be compensated a flat fee that covers: any repairs, labor, parts and emergency service, re-leveling, and monthly preventive maintenance inspections.<br><br>This includes the move-out inspection and clean and make ready of the unit when the unit is vacant.<br><br>If there are excessive emergency service calls the contractor shall inform the COTR of the trend and provide a log of events during the billing cycle. |
| **Unit of Issue** | Per Assigned Unit Per Month |

## 6.2 Staging Maintenance

| | |
|---|---|
| **Task** | THM-02 |
| **Task Title** | Staging Maintenance |
| **Task Description** | This is for maintaining units in staging locations, as identified by the COTR or designee. |
| **Response Time** | 48 hours after the issuance of the work order. |
| **Compensation** | A work order will be issued for the unit needing the maintenance work. Compensation is by time and materials |
| **Unit of Issue** | Per unit |

## 6.3 Miscellaneous for TT Maintenance

| | |
|---|---|
| **Task** | TTM-05 |
| **Task Title** | Miscellaneous for TT Maintenance |

Exhibit 10 – Page 8 of 15

# EXHIBIT 10
## MAINTENANCE-TEMPORARY HOUSING UNITS

| | |
|---|---|
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed travel trailer units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |
| | This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities. |
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 9 of 15

## 6.4 Install power pole and meter loop 30 AMP service

| | |
|---|---|
| **Task** | TTM- 07A |
| **Task Title** | Install power pole and meter loop 30 AMP service |
| **Task Description** | Furnish and install temporary power pole and 30AMP meter-base. Contractor will meet all local and State codes.<br><br>The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.5 Install power pole and meter loop 50 AMP service

| | |
|---|---|
| **Task** | TTM- 07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes.<br><br>The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 10 of 15

## 6.6 Manufactured Homes Tasks

### 6.6.1 Miscellaneous for MH Maintenance

**Task**  MHM-05A

**Task Title**  Miscellaneous for MH Maintenance

**Task Description**  Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy.

Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys.

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**  As appropriate

**Compensation**  Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**  Each

### 6.6.2 Miscellaneous for MH Maintenance

**Task**  MHM-05B

**Task Title**  Miscellaneous for MH Maintenance

**Task Description**  Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy.

Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys.

Exhibit 10 – Page 11 of 15

|  |  |
|---|---|
| | This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities. |
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

### 6.6.3    Install power pole and meter loop 100 AMP service

| | |
|---|---|
| **Task** | MHM- 07A |
| **Task Title** | Install power pole and meter loop 100 AMP service |
| **Task Description** | Furnish and install temporary power pole and 100AMP meter-base. Contractor will meet all local and State codes. |
| | <u>The contractor must have all appropriate permits and licenses.</u> |
| **Response Time** | As appropriate |
| **Compensation** | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

### 6.6.4    Install power pole and meter loop 200 AMP service

| | |
|---|---|
| **Task** | MHM- 07B |
| **Task Title** | Install power pole and meter loop 200 AMP service |
| **Task Description** | Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes. |
| | <u>The contractor must have all appropriate permits and licenses.</u> |

Exhibit 10 – Page 12 of 15

# MAINTENANCE-TEMPORARY HOUSING UNITS

| | |
|---|---|
| **Compensation** | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.6.5 Refurbish MH

| | |
|---|---|
| **Task** | RMHR-01A |
| **Task Title** | Refurbish MH |
| **Task Description** | Refurbishment tasks associated with the repair and refurbishment manufactured home or park model (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| **Response Time** | As defined by the COTR or designee |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| **Unit of Issue** | Each |

## 6.6.6 Refurbish TT

| | |
|---|---|
| **Task** | RTTR-01B |
| **Task Title** | Refurbish TT |
| **Task Description** | Refurbishment tasks associated with the repair and refurbishment travel trailer (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| **Response Time** | As defined by the COTR or designee |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 13 of 15

## 7. Septic Bladder

### 7.1 Pump Septic Bladder up to 210 gallon

(Line Item PU-1)

Pump septic waste from two-hundred-ten (210) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local, state, and federal regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

### 7.2 Pump Septic Bladder up to 260 gallon

(Line Item PU-2)

Pump septic waste from two-hundred-sixty (260) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local and state regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

### 7.3 Transport and Dispose of Pumped Septic Waste up to 210 gallon

(Line Item PU-3)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-ten (210) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

### 7.4 Transport and Dispose of Pumped Septic Waste up to 260 gallon

(Line Item PU-4)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-sixty (260) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

Exhibit 10 – Page 14 of 15

**EXHIBIT 10**
**MAINTENANCE-TEMPORARY HOUSING UNITS**

## 7.5 Dump Station Fees

(Line Item PU-5)

The contractor shall be compensated for dump station fees. The contractor must submit the date performed, site addresses pumped, capacity of the pump truck in gallons, and dated receipt for dump station fees. In instances where the capacity of the pump truck is greater than the combined capacity of the pumped septic bladders serviced by the pump truck the receipt must be document.

Exhibit 10 – Page 15 of 15