IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT S LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*McMillian, et al v Destiny Industries, LLC., et al,*<br>*Case No. 2:10- cv-00261* | MAGISTRATE CHASEZ |

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that oppposing counsel for Defendants has been contacted. Jonathan Waldron, counsel for the United States Department of Justice, does not object to the filing of Plaintiffs' First Supplemental and Amending Complaint. Peter Tafaro, counsel for Bechtel has not so agreed. Counsel for Destiny Industries, LLC has not responded.

Respectfully submitted, this the   14th   day of May, 2010.

By:    *s / Rose M. Hurder*
             Rose M. Hurder

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

### CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                      *s/Rose M. Hurder*
                                                     ROSE M. HURDER