IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL No. 1873** |
| **FORMALDEHYDE PRODUCT S** | |
| **LIABILITY LITIGATION** | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | **MAGISTRATE CHASEZ** |
| *McMillian, et al v Destiny Industries, LLC., et al,* | |
| *Case No. 2:10- cv-00261* | |

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of _____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE