## Interior Spaces

## Normal Diet

### Some Everyday Sources of Formaldehyde


**Inside FEMA Trailer** .05 ppm


**Second Hand Cigarette Smoke** .7 ppm


**Library** .7 ppm


**Cooking Fish** .48 – 5.31 ppm


**Offices** .12 – .20 ppm


**Clothing Store** .9 – 3.3 ppm


**Soft Drinks** 8.2 ppm


**Chicken** 4 ppm


**Catfish** 28.2 ppm


**Fresh Vegetables** 8.17 ppm


**Coffee** 6.97 ppm


**Juice** 8.13 ppm


**Fresh Fruits or Melons** 8.13 ppm