1

1        P R O C E E D I N G S
2             THE VIDEOGRAPHER:  Going on the video
3    record.  This is the beginning of Tape No. 1 in
4    the deposition of Robert C. James.  Counsel, will
5    you please identify yourselves.

90

13    Q.   And formaldehyde in food really isn't
14 relevant to these numbers you have here in comparison
15 to free formaldehyde in the ambient air, is it?
16             MR. HINES:  Object to form.
17             THE WITNESS:  Concentrations in food
18    are not comparable to concentrations in air.
19    They're two different things.  Those are same as
20    concentrations in water.
21 BY MR. PINEDO:
22    Q.   So it would be silly to compare the amount
23 of formaldehyde in food with the amount of
24 formaldehyde that's in the ambient air, wouldn't it?
25             MR. HINES:  Object to form.

                                                                91

 1                    THE WITNESS:  I don't do that.