IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADRIAN MAYFIELD together with all individuals and entities whose names appear on the attached "Exhibit A" | * * * * * | DOCKET NO. 09-6179 SECTION "N" (KDE) |
| versus | * * | MAGISTRATE "5" ALC |
| PATRIOT HOMES, INC., FLUOR ENTERPRISES INC. and United States of America through the Federal Emergency Management Agency | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion for partial dismissal.

**IT IS ORDERED** that Liberty Mutual Insurance Company be dismissed from the suit.

New Orleans, Louisiana this 14th day of May, 2010.

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).

_____
UNITED STATES DISTRICT JUDGE