UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION N (5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Case No. 09-3871* *Keith Nunnery, et al versus Keystone Industries, Inc., et al* | * * * * | MAGISTRATE CHASEZ |

*********************************************************************

## ORDER

Considering the above and foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters, causes of action, and claims in this controversy relating to David McGraw only, be and the same are hereby dismissed and discontinued against Keystone Industries, Inc., Keystone RV Company, CH2M Hill Constructors, Inc., and the United States of America through the Federal Emergency Management Agency, with full prejudice, each party to bear their own costs.

Signed in New Orleans, Louisiana, this __14th__ day of May 2010.

_____
UNITED STATES DISTRICT COURT JUDGE