## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Gabriel, et al. v. Fluor Enterprises, Inc.*<br>*Case No. 09-4023* | *  MAGISTRATE CHASEZ<br>* |

**********************************************************************

### ORDER

Considering the foregoing Motion for Leave to file First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this 14th day of May, 2010 in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
     Lawrence J. Centola
     LA  Bar #3962