UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member case No. 09-3251

## ORDER

Based on the challenges for cause and objections thereto that this Court received and considered, **IT IS ORDERED** that the following individuals are excused for cause based on answers given in response to certain questions included on the juror questionnaire:

1. Donna Carter;

2. William Cooke; and

3. Valerie Ann Llopis.

New Orleans, Louisiana, this 17th day of May, 2010.

                                                **KURT D. ENGELHARDT**
                                                **United States District Judge**