| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Robin Doreen Albers | | | 09-4841 | 2216 Mumphrey Road, Chalmette, LA  70043 |
| Michael  Alfonso | | | 09-4841 | 921 S. Dupre, New Orleans, LA |
| Michael  Alfonso | | | 09-4841 | Myrtle Grove Trailer Park, Meraux, LA  70075 |
| Sharon  Alfonso | | | 09-4841 | 61326 N. Military Rd. Apt.1, Slidell, LA  70461 |
| Albert J Allen | | | 09-4841 | 301 Marrero Street, Bridge City, LA  70094 |
| Lorrie  Allen | | | 09-4841 | 1907 Center Street, Arabi, LA  70032 |
| Lorrie  Allen | | | 09-4841 | 2705 Maryann, Meraux, LA  70075 |
| Darlene  Almonte | | | 09-4841 | 2020 Guillot Drive, St. Bernard, LA  70085 |
| Rose  Ancalade | | | 09-4841 | 16 Gibbs Drive, Chalmette, LA  70043 |
| Keefa  A. Anderson | | | 09-4841 | 2100 River Queen Drive, Violet, LA  70092 |
| Ashley  Armstrong | | | 09-4841 | 3009 Tournefort, Chalmette, LA  70043 |
| Christine  Assavedo | | | 09-4841 | 3409 Gallo Drive, Chalmette, LA  70043 |
| Corey  Assavedo | | | 09-4841 | 3409 Gallo Drive, Chalmette, LA  70043 |
| Courtney  Assavedo | | | 09-4841 | 7629 E. St Bernard Hwy, Violet, LA  70092 |
| Melissa  Assavedo | | | 09-4841 | P.o. Box 1221, St. Bernard, LA  70085 |
| Barry  Assevedo | | | 09-4841 | 3409 Gallo Drive, Chalmette, LA  70043 |
| David  Peter Bachemin | | | 09-4841 09-3824 0 | 3124 E Judge Perez, Meraux, La  70075 |
| Jerome  Bailey | | | 09-4841 | 3800 Decomine Street, Chalmette, LA  70043 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Tiffany  Lynn Bailey | | | 09-4841 | 1613 Robert Rd., St. Bernard, LA  70085 |
| , on behalf of (K.B.) | | | 09-4841 | 3128 Maureen Ln, Meraux, La  70075 |
| Rudolph Carl Baker | | | 09-4841 | 2417 Flamingo Dr, St. Bernard, LA  70085 |
| Sheila Wolfe Baker | | | 09-4841 | 2417 Flamingo Dr, St. Bernard, LA  70085 |
| Reginald  Banks | | | 09-4841 | 6th Street & Colonial, Violet, LA  70092 |
| Larry J Banner | | | 09-4841 | 2508 Myrtle Grove, Lot #67, Meraux, La  70075 |
| Linda  S. Barcelona | | | 09-4841 | 2023 Corrinne Drive, Chalmette, LA  70043 |
| Steve  V. Barcelona | | | 09-4841 | 2023 Corinne Ave., Chalmette, LA  70043 |
| Leona C Baron | | Fluor | 09-4841 | 2508 Myrtle Grove, Lot #67, Meraux, La  70075 |
| Blake  Burt Bastoe | | | 09-4841 | 2808 Palmetto St, Chalmette, LA  70043 |
| Jack  Thomas Bastoe | | | 09-4841 | 2808 Palmetto St, Chalmette, LA  70043 |
| Christopher  Justin Beaulieu | | | 09-4841 | 5740 4th Street, Violet, LA  70092 |
| Robert  Becnel | | | 09-0539 | 29615 South Cedar Street, Livingston, LA  70754 |
| Lauren  Bernard | | | 09-4841 | 2501 Bartolo Dr, Meraux, LA  70075 |
| James  Berndt | | | 09-4841 | 2526 Myrtle Grove, #76, Meraux, LA  70075 |
| Savannah  Berndt | | | 09-4841 | 2526 Myrtle Grove, #76, Meraux, LA  70075 |
| Brian M Bersuder | | | 09-4841 | 304 Bear Drive, Arabi, LA  70032 |
| Karen  Bersuder | | | 09-4841 | 3609 Blanchard Dr., Chalmette, LA  70043 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Roscoe Jermain Bienemy | | | 09-4841 | 3774 Verrett Steet, St. Bernard, La  70085 |
| Mary A. Black | | | 09-4841 | 5299 General Diaz, New Orleans, LA  70130 |
| Tomeka  Black | | | 09-4841 | 5299 General Diaz, New Orleans, LA  70130 |
| Trenece  Black | | | 09-4841 | 5299 General Diaz, New Orleans, LA  70130 |
| Bruno Paul Blanchard | | | 09-4841 | 1713 Linda Lou Drive, St. Bernard, LA  70085 |
| Rachelle  Blymier | | | 09-4841 | St Bernard Port, Chalmette, LA  70043 |
| Kimberly  Michelle Bollinger | | | 09-4841 | 40 Madison Ave lot 175, Chalmette, LA  70043 |
| Brandon  Charles Bonnecarre | | | 09-4841 | 2513 Lloyds Ave, Chalmette, La  70043 |
| Clinton  Bonnecarre | | | 09-4841 | 2513 Lloyds Ave, Chalmette, La  70043 |
| Patricia  Bonomo | | | 09-4841 | 1924 Laura Drive, Chalmette, La  70043 |
| Jennifer  G. Bordelon | | | 09-4841 | 2136 E LA  Hwy46, St. Bernard, La  70085 |
| Stacy  Bordelon | | | 09-4840 | 14175 Hwy 190 West, (Orlin Rogers), Hammond, LA  704 |
| Ryan Michael Bostic | | | 09-0626 | 411 Otis Myrick, Poplarville, MS  39470 |
| Ryan Michael Bostic | | | 09-4841 | 1953 Laura Drive, Chalmette, La  70043 |
| Laura Bradley Boudreaux | | | 09-4841 | 2113 Kingsfisher Dr.(Gulf Stream), Violet, LA  70085 |
| Starnell  Boyington | | | 09-4841 | 43173 N. Billville Rd., Hammond, LA  70403 |
| Ethan J. Breaux | | | 09-4841 | 2019 Volpe Drive, Chalmette, LA  70043 |
| Ethan J. Breaux | | | 09-4841 | 2208 Pirate Drive, Chalmette, LA  70043 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Melanie L. Breaux | | | 09-4841 | 2019 Volpe Drive, Chalmette, La  70043 |
| Melanie L. Breaux | | | 09-4841 | 2208 Pirate Drive, Chalmette, La  70043 |
| Ronald  A. Breaux | | | 09-4841 | 2208 Pirate Drive, Chalmette, LA  70043 |
| Ronald A. Breaux | | | 09-4841 | 2019 Volpe Drive, Chalmette, La  70043 |
| Ronald  A. Breaux | | | 09-4841 | 2019 Volpe Drive, Chalmette, LA  70043 |
| Maylin  Bridgewater | | | 09-4841 | 8201 W. Judge Perez Drive, Chalmette, LA 70043 |
| Xiomara  Bridgewater | | | 09-4841 | 8201 W. Judge Perez Drive, Chalmette, LA  70131 |
| Evelyn E. Brooks | | | 09-0626 | 3053 Hwy 43 S, Apt A, Picayune, MS  39466 |
| Betty  Brown | | | 09-0626 | P.O. Box 474, Picayune, MS  39466 |
| Erica M Brown | | | 09-4841 | 7417 N. Peters B-9, Arabi, LA  70032 |
| Harold  Brown | | | 09-4840 | , , LA |
| Joshua  Brown | | | 09-4841 | 116 Elaine, Avondale, LA  70094 |
| Reuben  Brown | | | 09-4841 | 116 Elaine, Avondale, LA  70094 |
| Jody  Buckley | | | 09-4841 | 1819 Schnell Dr., Arabi, La  70032 |
| Terrence  Buckley | | | 09-4841 | 2909 Volpe St., Chalmette, LA  70043 |
| Clyde  Victor Buras | | | 09-1320 | 184 Vermillion Circle, Youngsville, LA  70572 |
| Dawn Marie Cacioppo | | | 09-4840 | 2333 East La Hwy 46, St. Bernard, La  70085 |
| Larry  Cager | | | 09-0539 | 40109 Pelican Roost, Gonzales, LA  70737 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|-------------|-----------|----------|--------------|
| Robert A. Callais | | | 09-4840 | 2117 Gen. Pershing St, Violet, La 70092 |
| Salvadore Campagna Sr., on behalf of (F.C.) | | | 09-4840 | 11 Victorian Court, Violet, LA 70092 |
| Salvadore Campagna Sr., on behalf of (I.C.) | | | 09-4840 | 11 Victorian Court, Violet, LA 70092 |
| Salvadore Campagna Sr., on behalf of (P.C.) | | | 09-4840 | 11 Victorian Court, Violet, LA 70092 |
| Salvadore Andrew Campagna | | | 09-4840 | 11 Victorian Court, Violet, LA 70092 |
| Salvadore Campagna Sr., on behalf of (S.C.) | | | 09-4840 | 11 Victorian Court, Violet, LA 70092 |
| Aaron Campo | | | 09-4840 | 11 Victorian Court, Violet, LA 70092 |
| Jonathan E Campo | | | 09-4840 | 6412 Jules Brown Street, Violet, LA 70092 |
| Joshua Canizales | | | 09-4840 | 8201 W. Judge Perez Drive, Chalmette, LA 70043 |
| John Cantrell | | | 09-4840 | 6220 Riverside Dr., Unit 692, Metairie, LA 70003 |
| William Benjamin Cantrell | | | 09-4840 | 2330 General Pershing Street, Violet, LA 70092 |
| JoAnn Cargo | | Shaw | 09-0539 | 1900 Groom Road, Lot N-38, Baker, La 70714 |
| JoAnn Cargo | | Shaw | 09-4840 | 2317 Delta Queen Drive, Violet, LA 70092 |
| Brenna Adele Carpenter | | | 09-4840 | 2309 W. Christie Drive, St. Bernard, LA 70085 |
| Drionna A. T. Carpenter | | | 09-4840 | 2309 W. Christie Drive, St. Bernard, La 70085 |
| Brenna Carpenter, on behalf of (R.C.) | | | 09-4840 | 2309 W. Christie Drive, St. Bernard, LA 70085 |
| Shamar Keyon Carpenter | | | 09-4840 | 9346 Old Gentilly Rd., New Orleans, La 70127 |
| Brenna Carpenter, on behalf of (Z.C.) | | | 09-4840 | 2309 W. Christie Drive, St. Bernard, LA 70085 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|---|---|---|---|---|
| Clauda  Carson | | | 09-4840 | 2305 Trio St. Apt E., Chalmette, LA  70043 |
| Atela  Miguel Castro | | | 09-4840 | 2312 Stander Pl, Chalmette, LA  70043 |
| Emily  Castro | | | 09-4840 | 2312 Stander Pl, Chalmette, LA  70043 |
| Layla  Castro | | | 09-4840 | 2312 Stander Pl, Chalmette, LA  70043 |
| Mark  Anthony Catalanotto | | | 09-4840 | 7520 Saturn Ct., Violet, LA  70092 |
| Christina  Cerniglia | | | 09-4840 | 35 Randazzo Drive, St. Bernard, LA  70085 |
| Madison  Cerniglia | | | 09-4840 | 35 Randazzo Drive, St. Bernard, LA  70085 |
| Raymond  Cerniglia | | | 09-4840 | 35 Randazzo Drive, St. Bernard, LA  70085 |
| Raymond  Cerniglia | | | 09-4840 | 35 Randazzo Drive, St. Bernard, LA  70085 |
| Tina  Chappetta | | | 09-4840 | 2015 Despeaux Dr, Chalmette, LA  70043 |
| Brenda  H. Chatelain | | Fluor | 09-4840 | 121 Seal Drive, Arabi, LA  70032 |
| Richard  Benedict Chatelain | | Fluor | 09-4840 | 121 Seal Drive, Arabi, LA  70032 |
| Richard  Benedict Chatelain | | Fluor | 09-4840 | 121 Seal Drive, Arabi, LA  70032 |
| Charles  Chauppetta | | | 09-4840 | 2404 Bobolink Dr, Poydras, La  70082 |
| Tashia  Chauppetta | | | 09-4840 | 505 Norton Ave., Arabi, LA  70032 |
| Shirley Chelette, on behalf of (K.C.) | | Fluor | 09-4840 | 2801 MaryAnn Dr. C87, Meraux, LA  70075 |
| Shirley Chelette, on behalf of (K.C.) | | Fluor | 09-4840 | 3124 East Judge Perez Drive, D-1, Meraux, LA  70075 |
| Kaylie Lynn Chelette | | Fluor | 09-4840 | 3124 East Judge Perez Drive, D-15, Meraux, La  70075 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Kaylie Lynn Chelette | | Fluor | 09-4840 | 2801 MaryAnn Dr. C87, Meraux, LA  70075 |
| Kaylie Lynn Chelette | | Fluor | 09-4840 | 3124 East Judge Perez Drive, D-1, Meraux, LA  70075 |
| Kelsey Trishelle Chelette | | Fluor | 09-4840 | 2801 MaryAnn Dr. C87, Meraux, LA  70075 |
| Kelsey Trishelle Chelette | | Fluor | 09-4840 | 3124 East Judge Perez Drive, D-1, Meraux, La  70075 |
| Shirley Ann Chelette | | Fluor | 09-4840 | 3124 East Judge Perez Drive, D-1, Meraux, La  70075 |
| Shirley Ann Chelette | | Fluor | 09-4840 | 2801 MaryAnn Dr. C87, Meraux, LA  70075 |
| Tasha  Chepetta | | | 09-4840 | 505 Norton Ave., Arabi, LA  70032 |
| Belinda Salande Chilton | | Fluor | 09-4845 | 3205 Angelique Drive, Violet, LA  70092 |
| David  Clague | | | 09-4840 | Henly Court Trail Park, St. Bernard Hwy, Violet, LA  70092 |
| Nicholas  Clague | | | 09-4840 | Henly Court Trail Park, St. Bernard Hwy, Violet, LA  70092 |
| Luciana Marie Clark | | | 09-4840 | 1654 Treasure Street, New Orleans, LA  70119 |
| , on behalf of (S.C.) | | | 09-4840 | 2428 Highland Drive, Violet, LA  70092 |
| , on behalf of (S.C.) | | | 09-4840 | 2428 Highland Drive, Violet, LA  70092 |
| Shamira  Cleggett | | | 09-4840 | 2428 Highland Drive, Violet, LA  70092 |
| , on behalf of (C.C.) | | | 09-4840 | P.O. Box 1281, Chalmette, LA  70043 |
| Priscilla Lucille Cook | | Fluor | 09-4840 | 2716 Meraux Lane Lot B, Violet, La  70092 |
| Michael  J. Corass | | | 09-4840 | 1045 Cougar Drive, Arabi, LA  70032 |
| Michael  J. Corass | | | 09-4840 | 1045 Cougar Drive, Arabi, La  70032 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|-------------|-----------|----------|--------------|
| Michael J. Corass | | | 09-4840 | Lynn Dean Property, Lot F-15, St. Bernard, La  70085 |
| Michael J. Corass | | | 09-4840 | 3400 Ashley Drive, Chalmette, La  70043 |
| Rachel Corass | | | 09-4840 | 3400 Ashley Drive, Chalmette, La  70043 |
| Rachel Corass | | | 09-4840 | 22193 Hwy 23, Port Sulphur, La |
| Rachel Corass | | | 09-4840 | Xavier, Lot E-3, New Orleans, LA |
| Rachel Corass | | | 09-4840 | 1045 Cougar Drive, Arabi, La  70032 |
| Rachel Corass | | | 09-4840 | Xavier, Lot C-4, New Orleans, LA |
| Rachel Corass | | | 09-4840 | 59 Randazzo Drive, St. Bernard, La  70085 |
| Perry Cossie | | | 09-4840 | 10 Victorian Court, Violet, LA  70092 |
| Paul M. Couget | | | 09-4840 | 3612 Campagna Dr, Chalmette, LA  70043 |
| Paul Couget | | | 09-4840 | 3612 Campagna Dr, Chalmette, La  70043 |
| Braxton Cousins | | | 09-4840 | 9000 W. St. Bernard Hwy 230C, Chalmette, La  70043 |
| Christopher David Cousins | | | 09-4840 | 9000 W. St. Bernard Hwy 230C, Chalmette, La  70043 |
| Trinity Cousins | | | 09-4840 | 9000 W. St. Bernard Hwy 230C, Chalmette, La  70043 |
| Christopher Cousins, on behalf of (Z.C.) | | | 09-4840 | 9000 W. St. Bernard Hwy 230C, Chalmette, La  70043 |
| Patrick Crawford | | | 09-4840 | 2121 Veronica Dr, Chalmette, LA  70043 |
| Jonathan Cross | | | 09-4840 | 2128 Cirtus Ave, St. Bernard, LA  70085 |
| Clint Cucinella | | | 09-4840 | 3100 Munster Blvd., Meraux, LA  70075 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Clint Cucinella, on behalf of (M.C.) | | | 09-4840 | 3100 Munster Blvd., Meraux, LA  70075 |
| William  Cure | | | 09-4840 | 2116 Landry Court, Meraux, LA  70085 |
| Ashley  Currie | | | 09-4840 | 3510 Delille St., Chalmette, LA  70043 |
| William  Currie | | | 09-4840 | 2509 Trio, Chalmette, LA  70043 |
| Damian  M. Daigle | | | 09-4840 | 8509 Squadron Dr., Chalmette, LA  70043 |
| Dustin  Dalon | | | 09-4840 | 40 madison ave f-6, Chalmette, LA  70043 |
| Gerald  Davis | | | 09-4840 | 9346 Gentilly Rd., New Orleans, La  70127 |
| Bruce  Decourcy | | | 09-0539 | 25250 Purdue Rd, Lot #6, Springfield, LA  70462 |
| Catherine  Degrasse | | | 09-4840 | Myrtle Grove Trailer Park, Meraux, LA  70075 |
| Pam  Demond | | | 09-4840 | 2500 Walkers Lane, Violet, La  70092 |
| Brittany  L. Dent | | | 09-4840 | 1951 Sabastopol, St. Bernard, LA  70085 |
| Greta  Desselles | | | 09-4840 | 114 Aycock St, Arabi, La  70032 |
| Harvey  J. Desselles | | | 09-4840 | 114 Aycock St, Arabi, LA  70032 |
| Erick Abrin Devine | | | 09-0539 | 28830 George White Road, Holden, LA  70744 |
| , on behalf of (D.D.) | | | 09-4840 | 3100 Munster Blvd., Meraux, LA  70075 |
| Jere London Diaz | | | 09-4840 | 1901 Desire St, Bunny Friend Trailer Park, New Orleans, |
| Dorothy  D. Dixon | | | 09-4840 | 16 Old Hickory Street, Chalmette, LA  70043 |
| James  Dobson | | | 09-4840 | 412 Parish Drive, Arabi, LA  70032 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Warren  Domingo | | | 09-0626 | 154 Burgetown Rd., Carriere, MS  39426 |
| Ireione J Domino | | | 09-4840 | meraux property, Chalmette, LA  70043 |
| Ireione J Domino | | | 09-4840 | Laplace Trailer Park, Laplace, LA  70068 |
| Genevieve Marie Dooley | | | 09-4840 | 2121 Veronica Dr, Chalmette, LA  70043 |
| Kathleen Dorsilla Dooley | | | 09-4840 | 2121 Veronica Dr, Chalmette, LA  70043 |
| Karen & John III, on behalf of (S.D.) | | | 09-4840 | 9000 W. St. Bernard Hwy., Chalmette, LA  70043 |
| Anthony  Douglas | | | 09-4840 | 3408 Angelique Dr., Violet, LA  70092 |
| Joyce Mae Douglas | | | 09-4840 | 2209 Canal Street, Violet, LA  70092 |
| Fox  Ducote | | | 09-4840 | 3009 Palmetto Street, Chalmette, La  70043 |
| Shelley  Ducote | | | 09-4840 | 3009 Palmetto Street, Chalmette, La  70043 |
| Sampson  Duplesis | | | 09-0539 | 33 Bruces Loop, Donaldsonville, LA  70346 |
| Rachael Marie Eddings | | | 09-4840 | 2330 General Pershing Street, Violet, LA  70092 |
| Ashley  Venettra Encalade | | | 09-4840 | 1964 Lisa Drive, Chalmette, LA  70043 |
| Ken  G. Enclarde | | | 09-4840 | 2420 Highland Ave, Violet, LA  70092 |
| Barbara  Engolia | | | 09-4840 | 3000 Farmsite Rd., Violet, LA  70092 |
| Carolyn  Espadron | | | 09-4840 | Meraux Trust #E29, Chalmette, La  70043 |
| Jimmie  Espadron | | | 09-4840 | Meraux Trust #E29, Judge Perez Dr, Chalmette, La  7004 |
| Albert A. Estopinal | | | 09-4840 | 2513 Lloyds Ave, Chalmette, La  70043 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Edward Gilbert Everhardt | | | 09-4840 | Torres Park, Chalmette, LA  70043 |
| Myra  Faust | | | 09-4840 | 2217 Ventura Drive, Chalmette, LA  70043 |
| Robert  Faust | | | 09-4840 | 2217 Ventura Drive, Chalmette, LA  70043 |
| Robert  Faust | | | 09-4840 | 2217 Ventura Drive, Chalmette, LA  70043 |
| Chad Wayne Fava | | | 09-3731 | , , |
| Stacy Braquet, on behalf of (B.F.) | | Fluor | 09-4840 | 8201 W. Judge Perez Drive, Chalmette, La  70043 |
| Stacey Braquet, on behalf of (R.F.) | | Fluor | 09-4840 | 8201 W. Judge Perez Drive, Chalmette, La  70043 |
| Stacey Braquet, on behalf of (R.F.) | | Fluor | 09-4840 | 2732 Maryann Dr, d-40, Meraux, La  70075 |
| Linda Leonard Fernandez | | | filed under fernand | , , |
| Jamie Lynn Ferrier | | | 09-4840 | 2508 Myrtle Grove, Meraux, La  70075 |
| Jamie Lynn Ferrier | | | 09-4840 | 2508 Myrtle Grove, Meraux, La  70075 |
| Ferrier, Jamie, on behalf of (M.F.) | | | 09-4840 | 2508 Myrtle Grove, Meraux, La  70075 |
| Ferrier, Jamie, on behalf of (M.F.) | | | 09-4840 | 2508 Myrtle Grove, Meraux, LA  70075 |
| James Williamson, on behalf of (A.F.) | | | 09-0539 | 25250 Pardue Road, Lot #37, Springfield, LA  70462 |
| Norman P Ford | | | 09-4840 | 2012 Pelitere, Chalmette, LA  70043 |
| Jermone  J. Frederick | | Fluor | 09-4840 | 6535 Jules Brown St, Violet, LA  70092 |
| Wendolyn  W. Frederick | | | 09-4840 | 6535 Jules Brown St, Violet, LA  70092 |
| Wenesha  E. Frederick | | Fluor | 09-4840 | 6535 Jules Brown St, Violet, LA  70092 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|---|---|---|---|---|
| Alyssa  Crystal Froeba | | Fluor | 09-4840 | Myrtle Grove Trailer Park Lot #10, Meraux, LA  70075 |
| Robert Froeba, on behalf of (J.F.) | | Fluor | 09-4840 | 3205 Angelique Dr., Violet, La  70092 |
| Robert Joseph Froeba | | Fluor | 09-4840 09-7981 | 3205 Angelique Dr., Violet, LA  70092 |
| Jareka  Latoya Gabriel | | | 09-4842 | 2418 Myrtle Grove Dr., Lot #56, Meraux, La  70075 |
| Sherry Bienemy, on behalf of (J.G.) | | | 09-4842 | 2418 Myrtle Grove Dr., Lot #56, Meraux, La  70075 |
| Kevin  Gabriel | | | 09-4842 | 2418 Myrtle Grove Dr., Lot #56, Meraux, LA  70075 |
| Sherman  Donald Gabriel | | | 09-4842 | 2418 Myrtle Grove Dr., Lot #56, Meraux, La  70075 |
| Denise  Annette Gaeta | | | 09-4842 | Meraux Trust #E29, Chalmette, La  70043 |
| Lucas J. Gagliano | | | 09-4842 | 3217 Volpe Drive, Chalmette, LA  70043 |
| Rosemary Everhardt Gagliano | | | 09-4842 | Torres Park #325, Chalmette, La  70043 |
| Mary R. Gauci | | | 09-4842 | 1912 Lisa Dr, Chalmette, La  70043 |
| Bonnie Jochum Gaudet | | Fluor | 09-4842 | 253 Satallite Road, Slidell, LA  70461 |
| Ariel  Gordon | | | 09-4842 | 9346 Old Gentilly Rd., New Orleans, La  70127 |
| , on behalf of (T.G.) | | | 09-0539 | 35 Bruces Loop City, Donaldsonville, LA  70346 |
| Zina  Gould | | | 09-0539 | 35 Bruces Loop City, Donaldsonville, LA  70346 |
| Mary  G. Gras | | | 09-4842 | Torres Park, Chalmette, LA  70043 |
| Darren Anthony Green | | Fluor | 09-4842 | 2828 Mary Ann Dr, Lot #D-44, Chalmette, LA  70043 |
| Darren Green, Sr., on behalf of (J.G.) | | | 09-4842 | 2828 Mary Ann Dr, Lot #D-44, Meraux, La  70075 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|---|---|---|---|---|
| Darren Green, Sr., on behalf of (J.G.) | | | 09-4842 | Meraux Trust, 8006 W. Judge Perez Dr., Lot #31, Trailer # |
| Catherine L Guerra | | Fluor | 09-4842 | 25158 Hwy 450, Franklinton, La 70043 |
| Catherine L Guerra | | Fluor | 09-4842 | 134 Richard, Franklinton, La 70438 |
| Deborah P. Guerrera | | Shaw | 09-4842 | 1229 Avenue G, Marrero, LA 70072 |
| Joseph A. Guerrera | | Shaw | 09-4842 | 1229 Avenue G, Marrero, La 70072 |
| Leslie  Guillot | | | 09-4842 | 106 Foxcroft Street, Slidell, La 70461 |
| Dawne  Hannon | | | 09-4842 | 2117 Gina Drive, St. Bernard, La 70085 |
| Rose Lee Harris | | | 09-4842 | 301 Marrero Street, Bridge City, La 70094 |
| Benjamin  Hauck | | | 09-4842 | 2125 Bayou Road, St. Bernard, La 70085 |
| Gregory  Hauck | | | 09-4842 | 2125 Bayou Road, St. Bernard, La 70085 |
| Gregory  Hauck | | | 09-4842 | 2125 Bayou Road, St. Bernard, LA 70085 |
| John  Hauck | | | 09-4842 | 2125 Bayou Road, St. Bernard, La 70085 |
| Rene  Hauck | | | 09-4842 | 2125 Bayou Road, St. Bernard, La 70085 |
| Wendy  Hauck | | | 09-4842 | 2125 Bayou Road, St. Bernard, La 70085 |
| John E. Haynes | | | 09-4842 | 14579 Bunker Hill, New Orleans, LA 70126 |
| Billy  Heidel | | | 09-4842 | Lot 67 Myrtle Grove, Meraux, La 70075 |
| Hope M. Henderson | | | 09-4842 | 5901 Second St, Violet, La 70092 |
| Joshua B. Henderson | | | 09-4842 | 3116 Spain St, New Orleans, La 70117 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Shannon, on behalf of (B.H.) | | | 09-4842 | 11 S. Lake Court, Violet, La  70092 |
| James  Hernandez | | | 09-4842 | 11 S. Lake Court, Violet, La  70092 |
| Jeffery David Hernandez | | | 09-4842 | 5423 Hwy 39, Braithwaite, La  70040 |
| Shannon, on behalf of (K.H.) | | | 09-4842 | 11 S. Lake Court, Violet, La  70092 |
| Shannon  Hernandez | | | 09-4842 | 11 S. Lake Court, Violet, La  70092 |
| Caffie  Hill | | | 09-4842 | 1917 Beachhead Lane, Violet, LA  70092 |
| Larry  Hill | | | 09-4842 | 1917 Beachhead Lane, Violet, LA  70092 |
| Netiokee  Nekelia Hill | | | 09-4842 | 2828 Mary Ann Dr., Meraux, LA  70075 |
| Colby  Holley | | | 09-4842 | Meraux Food Store, Meraux, LA  70075 |
| Shannon Press, on behalf of (J.H.) | | | 09-4842 | 41662 Hwy 190 E, Lot #4B, Slidell, LA  70461 |
| John Richard Howard | | | 09-4842 | 3617 Rose Ave, Chalmette, La  70043 |
| Marilyn  H. Hunt | | | 09-0626 | Road 141, Lakeshore, MS  39558 |
| Drew  J. Irby | | | 09-4842 | Domino Sugar Property, Arabi, La  70032 |
| Tyrone  Irby | | | 09-4842 | Dominos Sugar, Arabi, LA  70032 |
| Bonnie Barlow Jochum | | Fluor | 09-4842 | 253 Satallite Road, Slidell, LA  70461 |
| Christian Joseph Jochum | | Fluor | 09-4842 | 253 Satallite Road, Slidell, LA  70461 |
| John  Jochum | | | 09-1328 | 185 English Rd., Plaucheville, LA  71362 |
| John Jacob Jochum | | Fluor | 09-4842 | 253 Satallite Road, Slidell, LA  70461 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Bonnie Jochum, on behalf of (V.J.) | | Fluor | 09-4842 | 253 Satallite Road, Slidell, LA  70461 |
| Walter  Jochum | | Fluor | 09-4842 | 253 Satallite Road, Slidell, LA  70456 |
| Wilson J. John | | | 09-4842 | 114 W. Claiborne Sq, Chalmette, La  70043 |
| Pamela  Johnson | | | 09-4842 | 5609 Hempstead Road, New Orleans, LA  70127 |
| Tessi R. Johnson | | | 09-4842 | Silver Creek Camp Ground, Mt. Herman, La  70450 |
| Timothy  Johnson | | | 09-4842 | 4723 Elysian Fields, New Orleans, LA  70122 |
| Tommy  Johnson | | | 09-4842 | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| Charles  Jones | | | 09-4842 | 2128 Citrus Ave, St. Bernard, La  70085 |
| Justin  Jones | | | 09-4842 | 2128 Citrus Ave, St. Bernard, La  70085 |
| Janice  Kennair | | | 09-0539 | 25250 Pardue Rd Lot 5B, Springfield, LA  70462 |
| Randy  Kennair | | | 09-0539 | 25250 Pardue Rd Lot 5B, Springfield, LA  70462 |
| Patricia A. Kenney | | | 09-4842 | 29309 Dinkins Drive, Lacombe, LA  70455 |
| Gloriette Kiern | | | 09-0626 | Stennis Exit, Picayune, Ms  39466 |
| Sandra  Kimball | | | 09-4842 | Lynn Dean Trailer Park #g17, St. Bernard, LA  70085 |
| Katie Lauren Kinler | | | 09-4842 | 2412 Munster Blvd., Meraux, La  70075 |
| Bettie S. Kirk | | | 09-4842 | 14175 Hwy 190W, Lot #11, Orlin Rodger Camp, Hammon |
| William  J. Kramer | | | 09-4842 | 2420 Violet St, Violet, LA  70092 |
| Brandon  Louis Lacoste | | | 09-4842 | 404 Ocelot Dr., Arabi, LA  70032 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| David  Landry | | | 09-4842 | 3501-03 South Liberty St, New Orleans, LA  70115 |
| George  Landry | | Shaw | 09-4842 | 9000 W. St. Bernard Hwy, #42, Chalmette, La  70043 |
| Nichole Maria Landry | | | 09-4842 | 9000 W St Bernard Hwy #266, Chalmette, LA  70043 |
| Lena  R. LeBoeuf | | | 09-4842 | 2225 Victor St., Chalmette, LA  70043 |
| Linda  Leboeuf | | | 09-4842 | 2225 Victor St., Chalmette, LA  70043 |
| Michael  Leboeuf | | | 09-4842 | 2225 Victor St., Chalmette, LA  70043 |
| Sibyl Lee, on behalf of (B.L.) | | | 09-4842 | 2813 E. St Bernard Hwy C94, Meraux, LA  70075 |
| Allen, Ashley, on behalf of (E.L.) | | | 09-4842 | 3220 Rosetta Drive, Chalmette, LA  70043 |
| Allen, Ashley, on behalf of (E.L.) | | | 09-4842 | 2705 Maryann, Lot C-77, Meraux, LA  70075 |
| Betty  Lorraine Lewis | | | 09-4842 | 7540 Shaw Ave., New Orleans, LA  70127 |
| Louis  Albert Lewis | | | 09-4842 | 3117 Lakewood Dri, Violet, La  70092 |
| Tammy  Evans Lewis | | | 09-4842 | 3117 Lakewood Dri, Violet, La  70092 |
| Chris  Joseph Leydecker | | Fluor | 09-4842 | 34 West Chalmette Circle, Chalmette, LA  70043 |
| Chris Joseph Leydecker | | Fluor | 09-4842 | 73 Madison Ave, Chalmette, LA  70043 |
| Sue  Ann Leydecker | | Fluor | 09-4842 | 73 Madison Ave, Chalmette, LA  70043 |
| Katie Mankin, on behalf of (C.L.) | | | 09-4842 | 2513 Maryann Drive, Meraux, LA  70075 |
| Cade J Lucas | | | 09-4842 | 2513 Maryann Drive, Meraux, LA  70075 |
| Katie Mankin, on behalf of (C.L.) | | | 09-0626 | 11105 Missori St., Bay St. Louis, MS  39520 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Cade J Lucas | | | 09-0626 | 11105 Missori St., Bay St. Louis, MS  39520 |
| Katie Mankin, on behalf of (C.L.) | | | 09-0626 | 11105 Missori St., Bay St. Louis, MS  39520 |
| Katie Mankin, on behalf of (C.L.) | | | 09-4842 | 2513 Maryann Drive, Meraux, LA  70075 |
| Cade Lucas, on behalf of (H.L.) | | | 09-4842 | 2513 Maryann Drive, Meraux, LA  70075 |
| Cade Lucas, on behalf of (H.L.) | | | 09-0626 | 11105 Missori St., Bay St. Louis, MS  39520 |
| Robert  A. Lucas | | | 09-0626 | 11105 Missori St., Bay St. Louis, MS  39520 |
| Cade Lucas, on behalf of (T.L.) | | | 09-0626 | 11105 Missori St., Bay St. Louis, MS  39520 |
| Cade Lucas, on behalf of (T.L.) | | | 09-4842 | 2513 Maryann Drive, Meraux, LA  70075 |
| Theresa  Lucas | | | 09-0626 | 11105 Missori St., Bay St. Louis, MS  39520 |
| Angus  Lumpkin | | | 09-0626 | 113 Pete Harris Road, Carriere, MS  39426 |
| William  Lumpkin | | | 09-0626 | 113 Pete Harris Road, Carriere, MS  39426 |
| Richard  Luscy | | | 09-4842 | 2039 Deogracias Ln., Braithwaite, La  70040 |
| Troy Mackles Sr., on behalf of (T.M.) | | | 09-4843 | 2200 Gray Road, Poydras, La  70085 |
| Troy  Mackles | | | 09-4843 | 2200 Gray Road, Poydras, La  70085 |
| Katie E Mankin | | | 09-0626 | 11105 Missori St., Bay St. Louis, MS  39520 |
| Katie E Mankin | | | 09-4843 | 2513 Maryann Drive, Meraux, LA  70075 |
| Joe Bruce Manzella | | | 09-4843 | 552 North Shore Drive, Slidell, La  70461 |
| Deborah Sue Mariano | | | 09-4843 | 3408 Sinclair St., Chalmette, La  70043 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|---|---|---|---|---|
| Melissa Lynne Marino | | | 09-4843 | 2302 Mehle Ave, Arabi, LA  70032 |
| Christopher  P. Marti | | | 09-4843 | 3604 Plaza Drive`, Chalmette, La 70043 |
| Deborah  P. Martin | | | 09-4843 | 2909 Legend Dr., Meraux, LA  70075 |
| John C. Martin | | | 09-4843 | 2909 Legend Drive, Meraux, LA  70075 |
| Evelyn P. Martinez | | | 09-4843 | 5648 St. Bernard hwy lot 2525, Violet, LA  70092 |
| Ronald  Mauterer | | | 09-4843 | 9000 W. St. Bernard  Hwy, Site #1, Chalmette, La  70043 |
| Stephanie  McElroy | | | 09-4843 | 113 Eden Isles Blvd, Slidell, La  70458 |
| Thomas  McKenzie | | | 09-4843 | 3201 Ventura Drive, Chalmette, LA  70043 |
| Kelly  Janneck McSwain | | | 09-4843 | 246 Friscoville Ave., Arabi, LA  70032 |
| Stacy Braquet, on behalf of (J.M.) | | Fluor | 09-4843 | 2732 Maryann Drive, Meraux, LA  70075 |
| Stacy Braquet, on behalf of (J.M.) | | Fluor | 09-4843 | 8201 W. Judge Perez Drive, Chalmette, LA 70043 |
| Louis  Melendez | | | 09-4843 | 2001 Barbara Drive, Slidell, LA |
| Keith Steven Menard | | | 09-0743 | 100 Jerry Adams Drive, Lot #13, Opp, Al  36467 |
| Alfred  J. Menesses | | | 09-4843 | 616 Lebeau Street, Arabi, LA  70032 |
| Kristy  Morain Menesses | | | 09-4843 | 616 Lebeau Street, Arabi, LA  70032 |
| Katherine A. Meyer | | | 09-4843 | 1808 Todd Drive, St. Bernard, LA  70085 |
| Medric  Richard Meyer | | | 09-4843 | 1808 Todd Drive, St. Bernard, LA  70085 |
| Medric  Meyer | | | 09-4843 | 1808 Todd Drive, St. Bernard, LA  70085 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Irwin  Meyers | | | 09-4843 | 8409 fairfax dr, Chalmette, La  70043 |
| Debra Miller, on behalf of (B.M.) | | | 09-4843 | 1540 Schnell Drive, Arabi, LA  70032 |
| Dawn  Miller | | | 09-4843 | 2505 Kingbird Blvd., St. Bernard, LA  70085 |
| miller, Likesha, on behalf of (J.M.) | | | 09-4843 | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| miller, Likesha, on behalf of (J.M.) | | | 09-4843 | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| Miller, Likesha, on behalf of (J.M.) | | | 09-4843 | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| Kenneth  Alexander Miller | | | 09-4843 | 1540 Schnell Drive, Arabi, LA  70032 |
| Lakisha  Miller | | | 09-4843 | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| Samantha M. Miller | | | 09-4843 | 205 Doerr, Arabi, LA  70032 |
| miller, Likesha, on behalf of (T.M.) | | | 09-4843 | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| miller, Likesha, on behalf of (T.M.) | | | 09-4843 | 2506 Mrytle Grove, Lot #66, Meraux, La  70075 |
| Zina  Mitchell | | | 09-4843 | 2232 Pauline Street, New Orleans, LA  70117 |
| Richard  L. Mocklin | | | 09-4843 | 305 fable dr, Meraux, La  70075 |
| Richard  L. Mocklin | | | 09-4843 | 2805 MaryAnn Drive, Meraux, LA  70075 |
| James  Moody | | | 09-4843 | 133 Carr Drive, Slidell, LA |
| Garilyn Bailey, on behalf of (M.M.) | | | 09-4843 | 2409 Lloyds Ave, Chalmette, LA  70043 |
| Garilyn Bailey, on behalf of (N.M.) | | | 09-4843 | 2409 Lloyds Ave, Chalmette, LA  70043 |
| Eugene  Morales | | | 09-4843 | 2405 Flamingo Drive, St. Bernard, LA  70085 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Karen  Morales | | | 09-4843 | 2405 Flamingo Drive, St. Bernard, LA  70085 |
| Sabrika Lewis, on behalf of (J.M.) | | | 09-4843 | 2225 Delta Queen Drive, Violet, LA  70092 |
| Jennifer Achee Mullen | | | 09-4843 | 2014 Center Street, Arabi, LA  70032 |
| Emily  Mulvey | | | 09-0539 | 25250 Pardue Rd Lot 5B, Springfield, LA  70462 |
| Jarrod  Mulvey | | | 09-0539 | 25250 Pardue Rd Lot 5B, Springfield, LA  70462 |
| Jason  Mulvey | | | 09-0539 | 25250 Pardue Rd Lot 5B, Springfield, LA  70462 |
| Raechael  Mulvey | | | 09-0539 | 25250 Pardue Rd Lot 5B, Springfield, LA  70462 |
| Megan  Murrell | | | 09-4843 | 4105 Judy Drive, Meraux, LA  70075 |
| Michelle  Nastasi | | Fluor | 09-4843 | 510 Garrett Prime Run, Pearl River, La  70452 |
| Maureen Sino, on behalf of (T.N.) | | | 09-4843 | 6309 Fourth Street, Violet, LA  70092 |
| Shari Neumann, on behalf of (A.N.) | | Bechtel | 09-0626 | 741A White Chappel Rd, Carriere, Ms  39426 |
| Shari Neumann, on behalf of (A.N.) | | Bechtel | 09-0626 | 166 Cliff Mitchell Rd, Picayune, Ms  39466 |
| Shari Neumann, on behalf of (B.N.) | | Bechtel | 09-0626 | 741A White Chappel Rd, Carriere, Ms  39426 |
| Shari Neumann, on behalf of (N.N.) | | Bechtel | 09-0626 | 741A White Chappel Rd, Carriere, Ms  39426 |
| Shari Coleman Neumann | | Bechtel | 09-0626 | 166 Cliff Mitchell Rd, Picayune, Ms  39466 |
| Shari Coleman Neumann | | Bechtel | 09-0626 | 741A White Chappel Rd, Picayune, Ms  39466 |
| Kerilynn  Neumeyer | | | 09-4843 | 301 Bayou Road, St. Bernard, LA  70085 |
| Michael James OBrien | | | 09-3731 | , , |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Melinda  A. Onidas | | | 09-4843 | Civic Center, Chalmette, LA  70085 |
| Rhonda  Owen | | | 09-4843 | 2305 Trio St. Apt E., Chalmette, LA  70043 |
| Kelly  M. Pagona | | | 09-4843 | 2925 Dautrive Drive, Chalmette, LA  70043 |
| Kowanda payne, on behalf of (D.P.) | | | 09-4843 | 2111 Bartolo Dr., Meraux, LA  70075 |
| Kowanda Payne, on behalf of (D.P.) | | | 09-4843 | 2111 Bartolo Dr., Meraux, LA  70075 |
| Kowanda  Ketrice Payne | | | 09-4843 | 2111 Bartolo Dr., Meraux, LA  70075 |
| Angela  Pellerano | | | 09-4843 | 2308 Marcelle Dr. Lot 27, Chalmette, LA  70043 |
| Linda  Perez | | | 09-4843 | 2013 Webster St, Meraux, LA  70075 |
| Warren A. Perez | | | 09-4843 | 2117 Gina Drive, St. Bernard, La  70085 |
| Darnell  Peterson | | | 09-4843 | 2516 Paul Drive, Meraux, LA  70075 |
| Lacey  Pfiffner | | | 09-4843 | Maryann Trailer Park, Meraux, LA  70075 |
| Raymond  Pfiffner | | | 09-4843 | 2121 Lena Drive, Chalmette, LA  70043 |
| Giana Phillips, on behalf of (K.P.) | | | 09-0539 | 25250 Pardue Road Lot 47, Springfield, LA  70462 |
| Giana Phillips, on behalf of (K.P.) | | | 09-4843 | 119 Dimaggio Drive (Diamond Park), Port Sulphur, LA  70 |
| Giana Phillips, on behalf of (K.P.) | | | 09-0539 | 25250 Pardue Road Lot 47, Springfield, LA  70462 |
| Giana Phillips, on behalf of (K.P.) | | | 09-4843 | 119 Dimaggio Drive (Diamond Park), Port Sulphur, LA  70 |
| Shannon Press, on behalf of (J.P.) | | | 09-4843 | 41662 Hwy 190 E, Slidell, LA  70461 |
| Shannon Press, on behalf of (J.P.) | | | 09-4843 | 41662 Hwy 190 E, Slidell, LA  70461 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Shannon  Trenice Press | | | 09-4843 | 41662 Hwy 190 E, Slidell, LA  70461 |
| Christopher  Prestwood | | | 09-4843 | 103 W. Queens Drive, Slidell, LA  70458 |
| Jessica Prestwood, on behalf of (H.P.) | | | 09-4843 | 103 W. Queens Drive, Slidell, LA  70458 |
| Jessica  Prestwood | | | 09-4843 | 103 W. Queens Drive, Slidell, LA  70458 |
| Joella  Prestwood | | | 09-4843 | 103 W. Queens Drive, Slidell, LA  70458 |
| Jessica Prestwood, on behalf of (M.P.) | | | 09-4843 | 103 W. Queens Drive, Slidell, LA  70458 |
| Jessica Prestwood, on behalf of (T.P.) | | | 09-4843 | 103 W. Queens Drive, Slidell, LA  70458 |
| Louis  Rabalais | | | 09-4845 | 2013 Kenilworth Drive, St. Bernard, LA  70085 |
| Richard R. Ragan | | | 09-4845 | 2713 Bayou Road, St. Bernard, LA  70085 |
| Alayah  Reed | | | 09-4845 | 3803 Ashley Drive, Violet, LA  70092 |
| Shelia  Retif | | | 09-4845 | 201 Queen Anne Drive, Slidell, LA  70460 |
| Kenya  Glenda Richard | | | 09-4845 | 5661 Sixth Street, Violet, LA  70092 |
| Paula  Richard | | | 09-4845 | 5661 Sixty Street, Violet, LA  70092 |
| Perry  Richard | | | 09-4845 | 5661 6th Street, Violet, LA  70092 |
| Marvin  L. Richards | | | 09-4845 | 6301 First Street, Violet, LA  70092 |
| Gerald  H. Richardson | | | 09-4845 | 3408 Angelique Drive, Violet, LA  70092 |
| Elizabeth O. Rickli | | | 09-4845 | 8421 Galleon, Chalmette, LA  70043 |
| Julie Marie Rico | | | 09-4845 | 2300 Lloyds Ave, Chalmette, La  70043 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Richard  Rimkus | | | 09-4845 | 2404 Meadowlark Drive, St. Bernard, La  70085 |
| Devin  Jules Risbourg | | | 09-4845 | 2308 Rosetta Drive, Chalmette, La  70043 |
| Jonathan  Michael Robin | | Fluor | 09-4845 | 2202 Frankie Place, Meraux, La  70075 |
| Jonathan  Michael Robin | | Fluor | 09-4845 | 2204 Ramoncita Drive, Chalmette, LA 70043 |
| Brenda  Roe | | | 09-0539 | Lot 20 Pardue Street, Springfield, LA  70462 |
| Robert  Roe | | | 09-0539 | Lot 20 Pardue Street, Springfield, LA  70462 |
| Amanda  Rome | | | 09-4845 | 909 Mehle, Arabi, LA  70032 |
| Jodi  LaFrance Rome | | | 09-4845 | 45 Old Hickory Avenue, Chalmette, LA 70043 |
| Jodi Rome, on behalf of (M.R.) | | | 09-4845 | 45 Old Hickory Avenue, Chalmette, LA 70043 |
| Amanda Rome, on behalf of (N.R.) | | | 09-4845 | 909 Mehle, Arabi, LA  70032 |
| Ronald  Rome | | | 09-4845 | 909 Mehle, Arabi, LA  70032 |
| Rachel  Roth | | | 09-4845 | 325 Florissant Hwy, St. Bernard, LA  70085 |
| Evelyn  Roussell | | | 09-4845 | 3 Packenham Ave., Chalmette, LA 70043 |
| Alexander  L. Ruiz | | | 09-4845 | 2625 Lloyds Ave, Chalmette, LA 70043 |
| Camille  Ruiz | | | 09-4845 | 2625 Lloyds Ave, Chalmette, LA 70043 |
| Gary Michael Ruiz | | | 09-4845 | 2249 Mary Ann Drive, Meraux, LA 70075 |
| Gary Michael Ruiz | | Fluor | 09-4845 | 3212 E. Judge Perez Drive, Lot #26, B-35, Meraux, La  70 |
| Gerald  P. Ruiz | | | 09-4845 | 2625 Lloyds Ave, Chalmette, LA  70043 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Ruby Lee Davis Ruiz | | | 09-3734 | 6002 2nd Street, Violet, LA  70092 |
| John  Ryan | | | 09-4845 | 6741 N Peters, Arabi, LA  70032 |
| Carolyn Wigley Salez | | | 09-4845 | 11 Jupiter Circle, Violet, LA  70092 |
| Justin  M. Salez | | | 09-4845 | 11 Jupiter Circle, Violet, LA  70092 |
| Carmen  Sambrano | | | 09-4845 | 1305 Camille, Chalmette, LA  70043 |
| Roberto  Sambrano | | | 09-4845 | 1305 Camille, Chalmette, LA  70043 |
| Darlene  Brown Sanchez | | | 09-4845 | 3803 Ashley Drive, Violet, La  70092 |
| Angela  Santiago | | | 09-4845 | 8201 W. Judge Perez Drive, Chalmette, LA  70043 |
| Darren  Martin Santiago | | | 09-4845 | 6402 Jules Brown Street, Violet, LA  70092 |
| Mary Joseph, on behalf of (P.S.) | | | 09-4845 | 1820 Goodwill Drive, Violet, LA  70092 |
| Tremayne  Santiago | | | 09-4845 | 438 Huntley Dr, New Orleans, LA  70131 |
| Juan Jose Santos | | | 09-4845 | 5205 Tusa Drive, Marrero, LA  70072 |
| Philip Joseph Schaefer | | | 09-4845 | 101 St. Bernard Hwy, Lot #104, St. Bernard, La  70085 |
| Ray  Schultz | | Fluor | 09-4845 | 40 Madison Ave. f12, Chalmette, La  70043 |
| Giana Phillips, on behalf of (L.S.) | | | 09-0539 | 25250 Pardue Road, Lot 47, Springfield, LA 70462 |
| Giana Phillips, on behalf of (L.S.) | | | 09-4845 | 119 Dimaggio Drive Diamond Park, Port Sulphur, LA  700 |
| Kimberly  Secrest | | | 09-4845 | 1624 Robert Drive, St. Bernard, LA  70085 |
| George A Sercovich | | | 09-4845 | 2324 Mumphrey Road, Chalmette, La  70043 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Lionel  Serigne | | | 09-4845 | 2901 South Lake Blvd, Violet, LA  70092 |
| Shalane Shaneyfelt, on behalf of (J.S.) | | | 09-4845 | 2504 Farmsite Rd., Violet, LA 70092 |
| Shalane Shaneyfelt, on behalf of (S.S.) | | | 09-4845 | 2504 Farmsite Rd, Violet, La  70092 |
| Shalane  Shaneyfelt | | | 09-4845 | 2504 Farmsite Rd, Violet, LA  70092 |
| Diana  E. Shanley | | | 09-0742 | 4325 Hwy 128, Lot #B198, Alexander City, AL  35011 |
| Diana  E. Shanley | | | 09-0497 | 5481 Sun Rd, Lot #30, Mobile, AL  36619 |
| Florine  S. Shanley | | | 09-0497 | 5481 Sun Rd, Lot #30, Mobile, AL  36619 |
| Florine  S. Shanley | | | 09-0742 | 4325 Hwy 128, Lot #B198, Alexander City, AL  35011 |
| Keycia Shelvin, on behalf of (M.S.) | | | 09-4845 | 4725 Camelot Drive, New Orleans, LA 70127 |
| Belinda  Short | | | 09-4845 | 1312 E. St. Bernard Hwy, Chalmette, LA  70043 |
| Kazia Marie Shuff | | | 09-4845 | 212 W. Celestine Street, Chalmette, LA  70043 |
| Joseph  Sino | | | 09-4845 | 6309 Fourth Street, Violet, LA  70092 |
| Maureen Sino, on behalf of (K.S.) | | | 09-4845 | 6309 Fourth Street, Violet, LA  70092 |
| Maureen  Sino | | | 09-4845 | 6311 Fourth Street, Violet, LA  70092 |
| Melver Bailey Sino | | | 09-4845 | 6311 Fourth Street, Violet, LA  70092 |
| Ranada  Smith | | | 09-4845 | 3803 Ashley Drive, Violet, LA  70092 |
| Tyrone  Smith | | | 09-4845 | 1917 Goodwill Drive, Violet, La  70092 |
| Shantrelle Sterling, on behalf of (C.S.) | | | 09-4845 | Elysian Fields, New Orleans, LA |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|---|---|---|---|---|
| Shantrelle  Sterling | | | 09-4845 | Elysian Fields, New Orleans, LA |
| Sharelle  Sterling | | | 09-4845 | Elysian Fields, New Orleans, LA |
| Tanisha Terese Sterling | | | 09-4845 | 2200 Elysian Field, New Orleans, LA  70122 |
| Kecia  Stevens | | | 09-4845 | Stage Parking Lot, Chalmette, LA  70043 |
| Alice  Stevenson | | | 09-4845 | 7805 Saro Lane, St. Bernard, La  70085 |
| Latisha  Stevenson | | | 09-4845 | 10 Victorian Ct., Violet, LA  70092 |
| Carl E Stewart | | | 09-4845 | 119 Dimaggio Drive Diamond Park, Port Sulphur, LA  700 |
| Carl E Stewart | | | 09-0539 | 25250 Pardue Road Lt 47, Springfield, LA  70462 |
| Jeriame  Stewart | | | 09-0539 | 3101 Barnes Ln, Donaldsonville, LA  70346 |
| Jeriame Stewart, on behalf of (J.S.) | | | 09-0539 | 3101 Bares Ln, Donaldsonville, LA  70346 |
| Paulette  Summers | | | 09-4845 | 2108 Cullota Lane, Violet, LA  70092 |
| Jeanne Taconi, on behalf of (A.T.) | | | 09-4845 | 5601 Citrus Blvd, Harahan, LA 70123 |
| Jeanne Leigh Taconi | | | 09-4845 | 5601 Citrus Blvd, Harahan, LA 70123 |
| Scott Michael Taconi | | | 09-4845 | 5601 Citrus Blvd, Harahan, LA 70123 |
| Vincent C. Tamor | | | 09-4845 | 2206 Plaza Drive, Chalmette, LA  70043 |
| Joann Cargo, on behalf of (A.T.) | | Shaw | 09-4845 | 2317 Delta Queen Drive, Violet, LA  70092 |
| Christy Terry, on behalf of (A.T.) | | | 09-4845 | 2605 Farmsite Road, Violet, LA  70092 |
| Christy  R. Terry | | | 09-4845 | 2605 Farmsite Road, Violet, LA  70092 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|---|---|---|---|---|
| William Larry Terry | | | 09-4845 | 2605 Farmsite Road, Violet, LA  70092 |
| Alisha McMahon, on behalf of (K.T.) | | | 09-4845 | Timber Drive, Harvey, LA |
| Alisha McMahon, on behalf of (M.T.) | | | 09-4845 | Timber Drive, Harvey, LA |
| Ellen  Tinsley | | | 09-4845 | 2325 Lyndell, Chalmette, LA  70043 |
| Jacki  Tircuit | | | 09-4845 | 2024 North Riverpark, Violet, LA  70092 |
| Raymond  Tircuit | | | 09-4845 | 2024 North Riverpark, Violet, LA  70092 |
| Gwendolyn  W. Totorico | | | 09-4845 | 3720 Blanchard Drive, Chalmette, LA  70043 |
| Michael  Trahan | | | 09-4845 | 8006 W. Judge Perez Drive Lot19, Chalmette, LA  70043 |
| Abbilee Treadway, on behalf of (T.T.) | | | 09-4845 | 2025 Riverpark Dr, Violet, LA  70092 |
| Ronald  James Tremblay | | | 09-4845 | 3024 Farmsite Rd., Violet, LA  70092 |
| Dean  Uplinger | | | 09-1320 | Catfish Haven 1554 Cypress Island Hwy, St. Martinville, L |
| Jack  Upright | | | 09-4844 | 2024 North Riverpark, Violet, LA  70092 |
| Henry Herbert Vandenborre | | | 09-4844 | 40 Madison Ave, A53, Chalmette, La  70043 |
| Marie Ann Vicknair | | | 09-4844 | 2508 Myrtle Grove Lot #67, Meraux, LA  70075 |
| Lauren  Villenwaver | | | 09-4844 | 3313 Charles Court, Chalmette, LA  70043 |
| Luke  Voebel | | | 09-4844 | 1901 Deborah Drive, St. Bernard, LA  70085 |
| Matthew  Voebel | | | 09-4844 | 1901 Deborah Drive, St. Bernard, LA  70085 |
| Marvin D. Walker | | | 09-4844 | 6535 Jules Brown Street, Violet, LA  70092 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Roosevelt  Walker | | | 09-4844 | 6535 Jules Brown Street, Violet, LA  70092 |
| Pamela Wallace, on behalf of (D.W.) | | | 09-4844 | Delchamps Group Site, Meraux, La  70075 |
| Michael  Wallace | | | 09-4844 | Delchamps Group Site, Meraux, La  70075 |
| Pamela C. Wallace | | | 09-4844 | 2213 Kingfisher Drive, St. Bernard, La  70085 |
| Ruby  Lee Watson | | | 09-4844 | 1953 Licciardi Lane, Lot #B1, Meraux, LA  70075 |
| Bernard  Weiskopf | | | 09-4844 | 37429 Gum Creek Rd, Pearl River, La  70452 |
| Jane & Willliam White  Sr., on behalf of (N.W.) | | | 09-4844 | 2575 Hwy 39, Braithwaite, La  70040 |
| Bernell  Williams | | | 09-4844 | 2020 River Bend, Violet, LA  70092 |
| Carrie  Mae Williams | | | 09-4844 | 2020 River Bend, Violet, LA  70092 |
| Estella Mae Williams | | | 09-4844 | 4834 Rosemont Pl, New Orleans, La  70126 |
| Shannon Press, on behalf of (O.W.) | | | 09-4844 | 41662 Hwy 190 E, Slidell, LA  70461 |
| Ozzie Fezell Williams | | | 09-4844 | 41662 Hwy 190 E, Slidell, LA  70461 |
| Danny Joseph Wilson | | | 09-4844 | 1101 E. St Bernard Hwy (Car Craft), Chalmette, LA  7004 |
| Michael  Winesberry | | | 09-4844 | 3774 Verrett Street, St. Bernard, LA  70085 |
| Shannon Verdon, on behalf of (J.W.) | | | 09-4844 | 2101 South River Park Dr, Violet, LA  70092 |
| Shannon Verdon, on behalf of (J.W.) | | | 09-4844 | 28199 Van Dr, Ponchatoula, LA  70458 |
| Anthony  Wojtan | | | 09-4844 | 7805 Saro Lane, St. Bernard, LA  70085 |
| Johnny Thomas Wolinski | | | 09-4844 | 6421 Eads Street, New Orleans, La  70122 |

| Name | Manufacturer | Contractor | Case No. | THU Location |
|------|--------------|------------|----------|--------------|
| Jodie Hebert Woodruff | | | 09-4844 | 2008 Legend Drive, Meraux, LA  70075 |
| John  C. Woodruff | | | 09-4844 | 2008 Legend Drive, Meraux, LA  70075 |
| Jessica Ashley Young | | | 09-4844 | 3208 Delille street, Chalmette, LA  70043 |
| Jessica Ashley Young | | | 09-4844 | 2115 Delille Street, Chalmette, La  70043 |