UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENTS RELATES TO: All Cases | MAGISTRATE CHASEZ |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS, BECHTEL NATIONAL, INC.'S AND CH2M HILL CONSTRUCTORS, INC.'S 12(b)(6) MOTION TO DISMISS PLAINTIFFS' MISSISSIPPI PRODUCTS LIABILITY CLAIMS**

**NOW INTO COURT**, comes Defendant, Bechtel National, Inc. ("Bechtel"), who requests an order from this Honorable Court granting leave to file a reply to Plaintiffs' Opposition to Defendants' 12(b)(6) Motion to Dismiss Plaintiffs' Mississippi Products Liability Claims.

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this reply.

Respectfully submitted,

**FRILOT L.L.C.**

/s/ Peter R. Tafaro
JOHN J. HAINKEL, III – (#18246)

1

>A. J. KROUSE – (#14426)
>DAVID P. CURTIS – (#30880)
>CAROLYN B. HENNESY –(25089)
>PETER R. TAFARO – (#28776)
>ANDREW M. MAESTRI – (#30606)
>3700 Energy Centre, 1100 Poydras St
>New Orleans, Louisiana 70163
>Tel: (504) 599-8000; Fax: (504) 599-8100
>E-mail: ptafaro@frilot.com
>**Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 18th day of May, 2010.

>/s/ *Peter R. Tafaro*
>PETER R. TAFARO