UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: All Cases | |

## ORDER

Considering the foregoing Motion for Leave to File Reply to Plaintiffs' Opposition to Defendants, Bechtel National, Inc.'s and CH2M Hill Constructors, Inc.'s 12(b)(6) Motion to Dismiss Plaintiffs' Mississippi Products Liability Claims;

IT IS HEREBY ORDERED that Bechtel National, Inc. is granted leave to file its Reply to Plaintiffs' Opposition to Bechtel National Inc.'s and CH2M Hill Constructors, Inc.'s 12(b)(6) Motion to Dismiss Plaintiffs' Mississippi Products Liability Claims.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
JUDGE KURT D. ENGELHARDT