**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

**District Court:** Eastern District of Louisiana
**District Court Docket Number:** 07-MDL 1873; 09-2892
**Short Case Title:** Alana Alexander on behalf of Christopher Cooper v. Gulf Stream Coach
**Court Reporter:**
**Date Notice of Appeal Filed by Clerk of District Court:** 4/26/10
**Court of Appeals #:** 10-30348 *(If Available)*

### PART I.
*(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

**A. Complete one of the following:**
- [x] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [ ] This is to order a transcript of the following proceedings: *(check appropriate box)*
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING |
|---|---|
|  |  |
|  |  |
|  |  |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- [ ] Advance Payment waived by reporter; ☐ U.S. Government Funds;
- [ ] Other _____

**Signature:** _____
**Date Transcript Ordered:** _____
**Print Name:** Justin Woods
**Counsel for:** Plaintiff
**Address:** 1100 Poydras, 2800 Energy Centre
**Telephone:** 504.522.2304

*Stamp: 2010 MAY 18 PM 3:12 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA*

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

### PART II.
**COURT REPORTER ACKNOWLEDGEMENT** *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

**Date** _____ **Signature of Court Reporter** _____ **Telephone** _____
**Address of Court Reporter:** _____
* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

### PART III.
**NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

**Actual Number of Pages** _____ **Fee** _____ **Actual Number of Volumes** _____
Process _____
X Dktd _____
**Date** _____ **Signature of Court Reporter** CtRmDep _____
Doc. No. _____

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

DKT-13 (5/96)