UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE             MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

                                             SECTION N(5)

                                             JUDGE ENGELHARDT

                                             MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
All Cases

## ORDER

Considering the foregoing Motion for Leave to File Reply to Plaintiffs' Opposition to Defendants, Bechtel National, Inc.'s and CH2M Hill Constructors, Inc.'s 12(b)(6) Motion to Dismiss Plaintiffs' Mississippi Products Liability Claims;

IT IS HEREBY ORDERED that Bechtel National, Inc. is granted leave to file its Reply to Plaintiffs' Opposition to Bechtel National Inc.'s and CH2M Hill Constructors, Inc.'s 12(b)(6) Motion to Dismiss Plaintiffs' Mississippi Products Liability Claims.

NEW ORLEANS, LOUISIANA, this 19th day of May, 2010.

_____
JUDGE KURT D. ENGELHARDT