UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

MDL # 2:10-cv-01045-KDE-ALC;
Amanda Cuevas, et al v. Cavalier Home Builders, LLC, et al

**NOTICE TO COURT OF PLAINTIFFS WHO REMAIN UNMATCHED
(PRETRIAL ORDER 40)**

In compliance with Pretrial Order 40 Plaintiffs counsel hereby notifies the Court of the Plaintiffs who remain unmatched with a specific Contractor Defendant and the Civil Action Number of the original complaint in which they were named:

1. Amanda Cuevas – Court Case No. 2:10-cv-01045

2. Margurita Hawkins – Court Case No. 2:10-cv-01045

3. Margurita Hawkins on behalf of Guy Hawkins – Court Case No. 2:10-cv-01045

4. Davis Ramsey – Court Case No. 2:10-cv-01045

5. Susan Ramsey - Court Case No. 2:10-cv-01045

Respectfully submitted,

Law Office of Frank J. D'Amico, Jr., APLC

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr. (LA Bar #17519)
622 Baronne Street
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-1073
Email: frank@damicolaw.net

Catherine Jacobs, Esq. (MSB # 2979)
1161 Robinson Street
Ocean Springs, MS 39564
Tel: (228) 872-4642
Fax: (228) 872-4698
Email: cathyftla@gamil.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing of the United States District Court for the Eastern District of Louisiana this 20th day of May, 2010.

/s/ Frank J. D'Amico, Jr.