UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

MDL # 2:10-cv-01044-KDE-ALC;
Genevieve Draper, et al v. Southern Energy
Homes, Inc., et al

# AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

1. Kena Stennis – CH2MHILL

2. Kena Stennis on behalf of Jakena Stennis – CH2MHILL

3. Kena Stennis on behalf of Jerrica Stennis – CH2MHILL

4. Kena Stennis on behalf of Jerry Stennis – CH2MHILL

Respectfully submitted,

Law Office of Frank J. D'Amico, Jr., APLC

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr. (LA Bar #17519)
622 Baronne Street
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-1073
Email: frank@damicolaw.net


Catherine Jacobs, Esq. (MSB # 2979)
1161 Robinson Street
Ocean Springs, MS 39564
Tel: (228) 872-4642
Fax: (228) 872-4698
Email: cathyftla@gamil.com

**ATTORNEYS FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing of the United States District Court for the Eastern District of Louisiana this 20th day of May, 2010.


       /s/ Frank J. D'Amico, Jr.