OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: May 17, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

RUBIN FILMORE V. CRUM & FORSTER
SPECIALTY INS. CO., ET AL
Case No. 09-6166

Dear Sir:

Please **issue** summons on the **complaint** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW, Washington DC 20472
2. United States of America, Department of Justice, through Eric Holder, U.S. Attorney, 950 Pennsylvania Ave NW, Washington DC 20530-0001
3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B1210, New Orleans, LA 70130.
4. Sentry Insurance, A Mutual Insurance, through the Louisiana Secretary of State, 8585 Archives Avenue, B.R, LA 70809
5. Crum & Forster Specialty Insurance Co., through the Louisiana Secretary of State, 8585 Archives Avenue, B.R, LA 70809

Very truly yours,

*[signature: Justin I. Woods]*

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorney for Plaintiff