MINUTE ENTRY
ENGELHARDT, J.
MAY 17, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

THIS DOCUMENT RELATES TO :            SECTION "N" (5)
*Case No. 09-3251, Earline Castanel vs*
*Recreation by Design, LLC)*

### JUDGE KURT D. ENGELHARDT PRESIDING

**MONDAY, MAY 17, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Tanya Lee
COURT REPORTER: Cathy Pepper (AM) / Jodi Simcox (PM)

APPEARANCES:    For Plaintiff:
                     Mikal Watts, Dennis Reich

                 For Defendant:
                     Lyon Garrison, Scott Yount, Randall Mulcahy, Andrew Weinstock

### RECREATION BY DESIGN BELLWETHER JURY TRIAL :
*(EARLINE CASTANEL VS DEFENDANT RECREATION BY DESIGN, LLC,*
 *No. 09-3251)*

NOTICE OF REMOVAL OF EXHIBITS DISTRIBUTED.
All present and ready.
Jury called, sworn on Oath of Voir Dire.
Out of jury hearing, counsel for plaintiff raises *Batson* Challenge and off Questionnaires (1-21) as Plaintiff *Batson* Challenge as Exhibit # 1, in globo - ADMITTED.
ORDERED that the *Batson* Challenge is ORDERED DENIED. Returned to jury's hearing.
Jury being found acceptable, sworn on Oath to Truly Try Case. (nine jurors selected)
On Motion parties, witnesses called, sworn, instructed and removed from courtroom.
Opening statements made by all counsel.
Joint exhibits admitted without objection. [Exhibits 3, 5-8, 13, 34, 209, 274, 276-288, 302, 305, 316, 330, 335-340, 348, 350, 364-366, 389, 413-416, 435, 454-465, 467-475, 477-486, 488-495, 498]

Stipulations read to the jury by the Court.
Opening statements made by counsel.
Plaintiff's witnesses:  Randall Rush; sworn and testified. [Exhibits 374, 368, 367, 372, 362 admitted]
Michael Gaume; sworn and testified by video deposition.
Albert Jarrell; sworn and testified.
Dr. Gerald McGwin, Jr.; sworn and testified as an expert.
George Cornish; sworn and testified by video deposition.
Court recesses until 8:30 a.m. on May 18, 2010.

JS-10: 7:10