UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE　　　　MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENTS RELATES TO 09-3251　　　　SECTION "N" (5)
*(Earline Castanel vs Recreation by Design, LLC)*

**(RECREATION BY DESIGN, LLC BELLWETHER TRIAL)**

**NOTICE FOR REMOVAL OF EXHIBITS**

Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case. It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

Distributed this 17th day of May, 2010.

BY: Pam Radosta
DEPUTY CLERK

*THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBITS

— memo for Record