MINUTE ENTRY
ENGELHARDT, J.
MAY 18, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                              MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION


THIS DOCUMENT RELATES TO :                                       SECTION "N" (5)
*Case No. 09-3251*, *Earline Castanel vs*
*Recreation by Design, LLC)*

JUDGE KURT D. ENGELHARDT PRESIDING

**TUESDAY, MAY 18, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Tanya Lee
COURT REPORTER: Cathy Pepper (AM) / Karen Ibos (PM)

APPEARANCES:   For Plaintiff:
                  Mikal Watts, Dennis Reich

                For Defendant:
                  Lyon Garrison, Scott Yount, Randall Mulcahy, Andrew Weinstock

**RECREATION BY DESIGN BELLWETHER JURY TRIAL :**
 *(EARLINE CASTANEL VS DEFENDANT RECREATION BY DESIGN, LLC,*
 *No. 09-3251)*

Jury trial continued from May 17, 2010.
Plaintiff's witnesses:   Sandra C. Davis; sworn and testified.
                  Robert Wozniak; sworn and testified by video deposition as an expert.
                  Paul Hewett; sworn and testified as an expert.
                  Kevin Souza; sworn and testified by video deposition.
                  Kenneth Laughery; sworn and testified as an expert.
                  Brian McCreary; sworn and testified by video deposition.
                  Stephen Smulski; sworn and testified as an expert.
                         [Exhibit 264,  P-1000, P-1001, P-1002 ADMITTED]
                  Mark Polk; sworn and testified by video deposition.
                  Alexis Mallet, Jr.; sworn and testified as an expert.
                  Martin McNeese; sworn and testified by video deposition.

      <u>Guy Bonomo</u>; sworn and testified by video deposition.
      <u>Stanley Larson</u>; sworn and testified by video deposition.
Court recesses until 8:30 a.m. on May 19, 2010.


| JS-10: 6:35 |
|---|