MINUTE ENTRY
ENGELHARDT, J.
MAY 19, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION


THIS DOCUMENT RELATES TO :                             SECTION "N" (5)
*Case No. 09-3251, Earline Castanel vs*
*Recreation by Design, LLC)*

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, MAY 19, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Tanya Lee
COURT REPORTER: Cathy Pepper (AM) / Toni Tusa (PM)

APPEARANCES:   For Plaintiff:
               Mikal Watts, Dennis Reich

               For Defendant:
               Lyon Garrison, Scott Yount, Randall Mulcahy, Andrew Weinstock

**RECREATION BY DESIGN BELLWETHER JURY TRIAL :**
  ***(EARLINE CASTANEL VS DEFENDANT RECREATION BY DESIGN, LLC,***
  ***No. 09-3251)***

Jury trial continued from May 18, 2010.
Plaintiff's witnesses:  Lawrence Miller; sworn and testified as an expert.
                        Patricia Williams; sworn and testified as an expert.
                           [Exhibit 628 ADMITTED in part]
                        Dr. Joseph Gautreaux; sworn and testified.
                           [Exhibits 349, 352, 353, 380, 390, 391, 884 ADMITTED]
                        Dr. Chris DeRosa; sworn and testified by video deposition.
                        Earlene Castanel; sworn and testified.
                           [Exhibits 403, 405, 520, 521 ADMITTED]
Court recesses until 8:30 a.m. on May 20, 2010.

JS-10: 6:55