MINUTE ENTRY
ENGELHARDT, J.
MAY 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                           MDL NO. 1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION


THIS DOCUMENT RELATES TO :                          SECTION "N" (5)
*Case No. 09-3251*, *Earline Castanel vs*
*Recreation by Design, LLC)*


JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, MAY 20, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Tanya Lee/Pam Radosta
COURT REPORTER: Cathy Pepper (AM) / Karen Ibos (PM)


APPEARANCES:  For Plaintiff:
      Mikal Watts, Dennis Reich

      For Defendant:
      Lyon Garrison, Scott Yount, Randall Mulcahy, Andrew Weinstock

**RECREATION BY DESIGN BELLWETHER JURY TRIAL :**
 *(EARLINE CASTANEL VS DEFENDANT RECREATION BY DESIGN, LLC,*
 *No. 09-3251)*

All present and ready.
Jury trial continued from May 19, 2010.
Jury returned to courtroom.
Plaintiff's witnesses continued: Earlene Castanel; previously sworn and testified.
          [Exhibit 443 ADMITTED]
Plaintiff Rests.
Defendant reserves right to make motions at the close of plaintiff's case.
Defendant's witnesses: Joseph Little; sworn and testified by video deposition.
          Kim Castanel; deposition read into the record.

Page 2
Trial Minutes
MDL 1873 "N"
May 20, 2010

Defendant's witnesses continued:  <u>Dr. Philip Cole</u>; sworn and testified as an expert.
        [Exhibits P-1005, P-1006, P-1007 ADMITTED]
      <u>Dr. Alan Bowers</u>; sworn and testified by deposition..
      [Exhibit 343 ADMITTED]
 [Exhibits 628.914, 628.920 -628.922, 858, 583, D-1100, D-1101, D-1102, D-1104, D-1105,
    D-1106 ADMITTED]
       <u>Dr. Thang Hoang</u>, testimony by videotape.
       <u>Randy Rush</u>, sworn and testifies.
        [Exhibits 279, 455, 264 in part, ADMITTED]
      <u>Travis Morris</u>, testimony by videotape.
      <u>Michael Lapinski</u>, testimony by videotape.
      <u>Geoffrey Compeau,</u> testimony by videotape.
      <u>Brian Boyle</u>, testimony by videotape.

Jury excused.
Trial continued to Friday, May 21, 2010 at 8:30 a.m.
Court adjourned.

JS-10: 7:30