MINUTE ENTRY
ENGELHARDT, J.
May 21, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES
May 17, 2010 Recreation by Design trial

      A jury charge conference was conducted on Friday, May 21, 2010, at 7:50 a.m. Participating were Mikal C. Watts, Dennis C. Reich, Lyon H. Garrison, Scott P. Yount, Randall C. Mulcahy, Joseph G. Glass, and Emily Jeffult.

JS10(0:40)