MINUTE ENTRY
ENGELHARDT, J.
MAY 21, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                      MDL NO. 1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

THIS DOCUMENT RELATES TO :                               SECTION "N" (5)
*Case No. 09-3251*, *Earline Castanel vs*
*Recreation by Design, LLC)*

JUDGE KURT D. ENGELHARDT PRESIDING

**FRIDAY, MAY 21, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper

APPEARANCES:   For Plaintiff:
                    Mikal Watts, Dennis Reich

                For Defendant:
                    Lyon Garrison, Scott Yount, Randall Mulcahy, Andrew Weinstock

**RECREATION BY DESIGN BELLWETHER JURY TRIAL :**
 *(EARLINE CASTANEL VS DEFENDANT RECREATION BY DESIGN, LLC,*
 *No. 09-3251)*

All present and ready.
Jury trial continued from May 20, 2010.
Jury returned to courtroom.
Defendant's witnesses continued: Dr. H. James Wedner, sworn and testifies.
                              David Garratt, testimony by videotape.
                              Dr. Robert James, sworn and testifies.
                                  [Exhibit 569 ADMITTED].
Defendant Rests.
Plaintiff's rebuttal witness: Chris DeRosa, recalled testimony by videotape.
Plaintiff Rests on rebuttal.
Jury excused.

PAGE 2  
TRIAL MINUTES  
MDL 1873 "N"  
MAY 21, 2010

Defendant orally moves for Rule 50 Dismissal as to claims as stated on the record, as if made at the close of plaintiff's case in chief, - argument - **ORDERED DENIED IN PART AND GRANTED IN PART, for the reasons stated on the record.**

Defendant reurges same Rule 50 motions at the close of the entire case - same rulings.

Plaintiff orally moves for Rule 50 Dismissal as to claims as stated on the record - argument - **ORDERED DENIED AND GRANTED IN PART, for the reasons stated on the record.**

Trial continued to Monday, May 24, 2010 at 8:30 a.m.

Court adjourned.

JS-10:  4:20