UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | |
| § | SECTION N(5) |
| § | |
| THIS DOCUMENT IS RELATED TO: § | JUDGE ENGELHARDT |
| § | |
| *All Cases* § | MAGISTRATE CHASEZ |
| § | |

**FLUOR ENTERPRISES, INC.'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS TO DISMISS MISSISSIPPI PRODUCTS LIABILITY CLAIMS IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS**

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully requests an order from this Honorable Court granting it leave to file a Reply to Plaintiffs' Opposition (Rec. doc. 14052) to FEI's Motion for Partial Judgment on the Pleadings to Dismiss Mississippi Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. docs. 13455 and 13455-1).

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this reply.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

*s/ Sarah A. Lowman*
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

*-and-*

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.

*/s/ Sarah A. Lowman.*

ND: 4840-3377-7670, v.  1