**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| | § | |
| *All Cases* | § | MAGISTRATE CHASEZ |
| | § | |

<u>**ORDER**</u>

Considering the foregoing Motion for Leave to File Reply to Plaintiffs' Opposition to Fluor Enterprises, Inc.'s Motion for Partial Judgment on the Pleadings to Dismiss Mississippi Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints,

IT IS HEREBY ORDERED that Fluor Enterprises, Inc. is granted leave to file its Reply to Plaintiffs' Opposition to Fluor Enterprises, Inc.'s Motion for Partial Judgment to Dismiss Mississippi Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

ND: 4838-3271-3222, v.  1