UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| *McMillan, et al. v. Destiny Industries, LLC, et al.* Case No.: 2:10-cv-00261 **and** *Fiveash, et al. v. Heartland Recreational, LLC, et al.* Case No. 2:10-cv-268 | MAGISTRATE CHASEZ |

## **BECHTEL NATIONAL INC.'S NOTICE OF NO OPPOSITION**

NOW INTO COURT, comes Defendant, Bechtel National, Inc. ("Bechtel"), who appears herein to inform the court that it does not intend to file an opposition to the motions for leave to file the amended complaints in the above referenced matters.  Bechtel reserves all rights and defenses applicable to these cases.

       Respectfully submitted,

       **FRILOT, L.L.C.**

       /s/ *Peter R. Tafaro*
       JOHN J. HAINKEL, III – La. Bar No. 18246
       JOSEPH N. MOLE – La. Bar No. 09538
       PETER R. TAFARO – La. Bar No. 28776
       MEREDITH K. KEENAN – La. Bar No. 29287
       3700 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163

T: (504) 599-8000; F: (504) 599-8100
E-Mail: ptafaro@frilot.com

**ATTORNEYS FOR DEFENDANT:
BECHTEL NATIONAL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 24th day of May, 2010.

*/s/ Peter R. Tafaro*
PETER R. TAFARO
E-mail: ptafaro@frilot.com