UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO: | § § | JUDGE ENGELHARDT |
| *ALL CASES* | § § § § | MAGISTRATE CHASEZ |

**REPLY TO PLAINTIFFS' OPPOSITION TO FLUOR ENTERPRISES, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS TO DISMISS MISSISSIPPI PRODUCTS LIABILITY CLAIMS IN THE THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS**

Defendant, Fluor Enterprises, Inc. (**FEI**), submits this reply memorandum in support of its motion for partial judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, to dismiss the plaintiffs' claims against FEI under Mississippi Products Liability Law (Ms. Code Annotated § 11-1-63), in all cases pending in this multi-district litigation (Rec. docs. 13445 and 13455-1) and in response to plaintiffs' opposition (Rec. doc. 14052) to FEI's motion.

In reply, FEI hereby adopts and fully incorporates the reply of Bechtel National, Inc. (Rec. doc. 14125-2) to plaintiffs' opposition to Bechtel's and CH2M Hill's Rule 12(b)(6) motion to dismiss plaintiffs' Mississippi products liability claims.  FEI reiterates that it installed and maintained no trailers in Mississippi.  FEI will be seeking dismissing of those claims voluntarily.  However, FEI files this reply out of an abundance of caution in the event that plaintiffs in the Mississippi matters refuse to dismiss FEI.

Plaintiffs' opposition to FEI's motion for partial judgment on the pleadings to dismiss plaintiffs' Mississippi products liability claims simply adopts and incorporates by reference in its entirety plaintiffs' opposition to Bechtel's and CH2M Hill's Rule 12(b)(6) motion to dismiss plaintiffs' Mississippi products liability claims.  In their opposition to Bechtel's and CH2M Hill's Rule 12(b)(6) motion, plaintiffs fail to site any Mississippi case law or statute which supports their contention that contractors, such as FEI, should be considered manufacturers under the facts alleged.  The contractors are not manufacturers under the Mississippi products liability statute.  Accordingly, FEI's motion, along with Bechtel's and CH2M Hill's motion, should be granted.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

*/s/ Sarah A. Lowman.*
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

*-and-*

Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants.



                                                    */s/ Sarah A. Lowman*

ND: 4843-3806-1318, v. 1