UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL LOUISIANA PLAINTIFFS*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR ENTRY OF
JUDGMENT UNDER FRCP 54(b)**

MAY IT PLEASE THE COURT:

On May 18, 2010, this Court in its Order and Reasons granted the defendant's Motion to Dismiss the FTCA Negligence Claims of All "Louisiana Plaintiffs" for Lack of Subject Matter Jurisdiction Based Upon No Analogous Private Liability (Rec. Doc. 14124). Accordingly, it is appropriate to designate the dismissal of the Louisiana Plaintiffs' FTCA negligence claims as a final and appealable judgment because there is "no just reason for delay" in the entry of such a judgment given the absence of any remaining FTCA claim against the United States as a defendant. The Court's ruling substantially disposes of the plaintiffs' FTCA cause of action. Since there is an important question of law underlying the Court's dismissal, immediate review of the ruling will materially advance the conclusion of these proceedings. Entry of a final and appealable Rule 54(b) judgment will therefore expedite the start and conclusion of the appellate process.

For these reasons, plaintiffs respectfully request that the Court enter the attached Judgment under FRCP 54(b).

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 25, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER

2