UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ
THIS DOCUMENT IS RELATED TO:
*ALL LOUISIANA PLAINTIFFS*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING

TO:     ALL COUNSEL OF RECORD

        IT IS HEREBY ORDERED that the Motion For Entry of Judgment Under FRCP 54(b)

filed on behalf of plaintiffs herein is hereby set for the 16th day of June, 2010, at 9:30 a.m.


                        Respectfully submitted:

                        FORMALDEHYDE TRAILER FORMALDEHYDE
                        PRODUCT LIABILITY LITIGATION


                        BY:     s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471
                                **PLAINTIFFS' CO-LIAISON COUNSEL**
                                Gainsburgh, Benjamin, David, Meunier &
                                Warshauer, L.L.C.
                                2800 Energy Centre, 1100 Poydras Street
                                New Orleans, Louisiana 70163
                                Telephone:    504/522-2304
                                Facsimile:    504/528-9973
                                gmeunier@gainsben.com


                                s/Justin I. Woods
                                JUSTIN I. WOODS, #24713
                                **PLAINTIFFS' CO-LIAISON COUNSEL**
                                Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 25, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471