```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

        Date:   May 25, 2010

        In re: FEMA Trailer Litigation
        No. 07-1873 as relates to

        SHERNA LUMAR V. JAYCO ENTERPRISES, INC.

        Case No. 09-3616

Dear Sir:

    Please **issue** summons on the **complaint** to the following:

1. FEMA, through Craig Fugate, Director, 500 C Street SW, Washington DC 20472

        Very truly yours,

        */s/ Justin I. Woods*
        JUSTIN I. WOODS
        Gainsburgh, Benjamin, David, Meunier
        & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras St.
        New Orleans, LA 70163-2800
        (504) 522-2304
        Attorney for Plaintiff