OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

                    Date:   May 25, 2010

                    In re: FEMA Trailer Litigation
                    No. 07-1873 as relates to

                    ALYSIA MCCRARY V. THOR CALIFORNIA, INC.

                    Case No. 09-5975

Dear Sir:

        Please **issue** summons on the **complaint** to the following:

1.    FEMA, through Craig Fugate, Director, 500 C Street SW,
      Washington DC 20472

2.    United States of America, Department of Justice, through Eric
      Holder, U.S. Attorney, 950 Pennsylvania Ave NW, Washington DC
      20530-0001

3.    United States of America through James Letten, U.S. Attorney for
      the Eastern District of LA, 500 Poydras St., Suite B1210, New
      Orleans, LA 70130.

                    Very truly yours,

                    _____
                    JUSTIN I. WOODS
                    Gainsburgh, Benjamin, David, Meunier
                    & Warshauer, L.L.C.
                    2800 Energy Centre, 1100 Poydras St.
                    New Orleans, LA 70163-2800
                    (504) 522-2304
                    Attorney for Plaintiff