AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| ALYSIA MCCRARY, ET AL | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.    09-5975 |
| THOR CALIFORNIA, INC. ET AL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
   The United States of America, through
   ERIC HOLDER, US Attorney General
   950 Pennsylvania Ave., NW
   Washington, DC 20530

A lawsuit has been filed against you.

   Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____     _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

≈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
  _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* _____
  _____
  _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

Date: _____

              _____
                    Server's signature

              _____
                   Printed name and title

              _____
                    Server's address