UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>       FORMALDEHYDE PRODUCTS<br>       LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case Nos. 10-261 and 10-268

## ORDER

Based on the Notice of No Opposition (Rec. Doc. 14182) and the applicable Rule 7.6 Certificates,

**IT IS ORDERED** that (1) **Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages (Rec. Doc. 14114),** and (2) **Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages (Rec. Doc. 14115)** are hereby **GRANTED**.

New Orleans, Louisiana, this 25th day of May 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**