```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
 5   LIABILITY LITIGATION
                                 DOCKET MDL NO. 1873 "N"
 6                               NEW ORLEANS, LOUISIANA
                                 MONDAY, MARCH 15, 2010, 8:30 A.M.
 7
     THIS DOCUMENT RELATES TO:
 8
        FOREST RIVER INC., ET AL,
 9      DOCKET NO. 09-2977

10   ****************************************************************

11
                        DAY 1, MORNING SESSION
12               TRANSCRIPT OF JURY TRIAL PROCEEDINGS
             HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
13                   UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16
     FOR LYNDON T. WRIGHT:   LAW OFFICES OF FRANK J. D'AMICO, JR.
17                           BY:  FRANK J. D'AMICO, JR., ESQUIRE
                                  AARON Z. AHLQUIST, ESQUIRE
18                           622 BARONNE ST.
                             NEW ORLEANS, LA 70113
19

20                           REICH & BINSTOCK
                             BY:  DENNIS C. REICH, ESQUIRE
21                           4265 SAN FELIPE, SUITE 1000
                             HOUSTON TX  77027
22

23                           CHRIS PINEDO
                             ATTORNEY AT LAW
24                           802 N. CARANCAHUA, SUITE 2250
                             CORPUS CHRISTI TX  78470
25
```

1    APPEARANCES:   (CONTINUED)

2

3                              NEXSEN PRUET
                             BY:  PAUL A. DOMINICK, ESQUIRE
4                              P.O. BOX 486
                             CHARLESTON, SC 29402
5

6

7    FOR FOREST RIVER,
     INC.:                    GIEGER, LABORDE & LAPEROUSE
8                              BY:  ERNEST P. GIEGER, JR., ESQUIRE
                                   JASON D. BONE, ESQUIRE
9                                   CARSON W. STRICKLAND, ESQUIRE
                             701 POYDRAS STREET, SUITE 4800
10                             NEW ORLEANS, LA 70139

11

12   FOR SHAW ENVIRONMENTAL,
     INC.:                    BAKER DONELSON BEARMAN CALDWELL &
13                             BERKOWITZ
                             BY:  M. DAVID KURTZ, ESQUIRE
14                                  ROY C. CHEATWOOD, ESQUIRE
                                   KAREN K. WHITFIELD, ESQUIRE
15                             201 ST. CHARLES AVENUE, SUITE 3600
                             NEW ORLEANS LA  70170
16

17

18   ALSO PRESENT:            DOUGLAS SCHMIDT, ESQUIRE
                             DOUGLAS GAEDDERT
19

20
     OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
21                              500 POYDRAS STREET, ROOM B406
                               NEW ORLEANS LA  70130
22                              (504) 589-7779

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
24

25

1                           **I N D E X**

2

3     EXAMINATIONS                                      PAGE

4

5     VOIR DIRE EXAMINATION OF JURY VENIRE...................   5

6     JURY SELECTED.........................................  99

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           **P-R-O-C-E-E-D-I-N-G-S**

2                    MORNING SESSION

3           MONDAY, MARCH 15, 2010, 8:30 A.M.

4               (COURT CALLED TO ORDER)

5

6

7        THE DEPUTY CLERK:  All rise.

8        THE COURT:  Good morning.

9        VOICES:  Good morning, Your Honor.

10       THE COURT:  As you were.

11              On the trial docket this morning is the *Wright v.*

12  *Forest River* matter, Case No. 09-2977.

13              Counsel, would you go ahead and make your

14  appearances for the record.

15       MR. D'AMICO:  Frank D'Amico, Jr., on behalf of the

16  plaintiff, Lyndon Wright.

17       MR. REICH:  Dennis Reich on behalf of the plaintiff,

18  Lyndon Wright.

19       MR. DOMINICK:  Paul Dominick on behalf of the plaintiff,

20  Lyndon Wright.

21       MR. PINEDO:  Chris Pinedo on behalf of the plaintiff,

22  Lyndon Wright.

23       MR. AHLQUIST:  Aaron Ahlquist on behalf of the

24  plaintiff, Lyndon Wright.

25       MR. SCHMIDT:  Douglas Schmidt on behalf of the

1    plaintiff, Lyndon Wright.

2            MR. GIEGER:  Ernie Gieger on behalf of

3    Forest River, Inc.

4            MR. BONE:  Jason Bone on behalf of

5    Forest River, Incorporated.

6            MR. STRICKLAND:  Carson Strickland on behalf of

7    Forest River, Inc.

8            MR. GAEDDERT:  Doug Gaeddert with Forest River.

9            MR. CHEATWOOD:  Roy Cheatwood on behalf of

10   Shaw Environmental, Inc.

11           MS. WHITFIELD:  Karen Whitfield on behalf of

12   Shaw Environmental, Inc.

13           MR. KURTZ:  Dave Kurtz on behalf of

14   Shaw Environmental, Inc.

15                   VOIR DIRE EXAMINATION OF JURY VENIRE

16           THE COURT:  To those of you who are in the jury pool for

17   today, I want to thank you.  Your attendance here today is most

18   appreciated.  I want to thank you and welcome you to Section N of

19   the Eastern District of Louisiana.  I'm Judge Kurt Engelhardt.

20   I'll be presiding over this matter.

21               This case is brought by the plaintiff,

22   Lyndon Wright, who alleges that he was harmed by exposure to

23   formaldehyde while living in a travel trailer which had been

24   provided as emergency housing by FEMA after Hurricane Katrina.

25               The case is brought against two defendants,

Forest River, Incorporated, as the manufacturer of the travel
trailer, and Shaw Environmental, Incorporated, which contracted
with FEMA to haul and install travel trailers provided by FEMA as
emergency housing after Hurricane Katrina.

Both defendants deny any legal fault in this
matter, and also deny that the injuries alleged by Mr. Wright are
the result of exposure to formaldehyde from the trailer at issue
in this case.

Both the plaintiff and the defendants have the
right to have this case tried by a qualified, fair, and impartial
jury.  A qualified and impartial jury is one which is responsible
and capable and which will objectively, without fear, favor,
bias, prejudice, sympathy, or passion, hear and decide the issues
to be tried, and one which will render its verdict based solely
on the evidence presented at this trial, and the law applicable
to the case as given to the jury by the judge.

It is the law that a juror's qualifications and
impartiality may not be assumed without inquiry.  This inquiry,
which is about to be made is known as the voir dire examination.
Its purpose is to develop the whole truth concerning the
competency of each prospective juror, his or her frame of mind,
and ability to do his or her sworn duty in accordance with the
juror's oath.  The answers to the questions to be put to you by
the Court will not only enable the Court to determine whether any
of you should be excused for cause, either on the Court's own

1  motion or when challenged for cause by any party, but also will

2  allow counsel for the parties to make intelligent use of

3  peremptory challenges; that is, those challenges which the law

4  gives the parties and which may be exercised without assigning

5  any reason for using them.

6          You should understand, therefore, that it is

7  expected of each of you that your answers to the questions

8  propounded this morning shall be complete and truthful.  Each

9  juror is under compulsion to disclose, upon a general question,

10  any matters which might tend to disqualify him or her for any

11  reason from sitting in this case.

12          False or misleading answers may result in the

13  seating of a juror who may have been discharged by the Court for

14  cause or stricken through the exercise of a peremptory challenge

15  and could result in a miscarriage of justice.  Although the

16  questions will be addressed to all of you collectively, they

17  shall be considered as though directed to you individually and

18  are to be answered by each of you on an individual basis.

19          If you feel that the response to any question that

20  I ask you here this morning is of a personal nature, you should

21  feel free to request permission to approach the bench and discuss

22  the matter directly with me.  On those occasions, the attorneys

23  will come to the bench in order to hear what you have to say.

24          It is anticipated that the trial of this case may

25  require two weeks to complete, a week being Monday through

1  Friday, and Monday through Friday of the following week.  We

2  think it could be shorter than that.

3           During that time period, members of the jury will

4  be allowed to return to their homes.  This will not be a

5  sequestered jury.  We typically would start at 8:30, as we did

6  today, and we will break no later than 5:00 p.m. each day.

7           Let me ask at this time if we can go ahead and

8  administer the oath to the members of the jury pool before I

9  start asking you questions.

10          THE DEPUTY CLERK:  Please rise and raise your right

11  hand.  Do you solemnly swear that you will make true and perfect

12  answers to all questions that shall be propounded to you,

13  touching your qualification and competency to sit as a juror in

14  the case so help you God.

15          VOICES:  I do.

16          THE DEPUTY CLERK:  Thank you.  You may be seated.

17          THE COURT:  Let me start out with some basics here.  If

18  any of you would answer any of the following questions "no," you

19  should raise your hand:

20          Can you read, write, speak, and understand the

21  English language?

22          Can you hear and see well?

23          PROSPECTIVE JUROR 1:  I don't hear well.

24          THE COURT:  Let's do this, and I should have told you

25  this as a guideline in answering questions so that I can see you

1  and the attorneys can see you:

2          You each should have one of those little paddles

3  with the number on it.  I don't like referring to people by

4  numbers, but unfortunately that's the quickest way that we can

5  get through this, and I know we're all in favor of that.  So when

6  you do have a positive answer that you need to tell the Court

7  about, if you would, go ahead and show us your number, and stand

8  up and state your name so we -- quickly I'll learn all of your

9  names here in the course of this process.  But if you would, go

10  ahead and stand up, and when we get answers to questions, we will

11  start with Juror Number 1, who is Ms. LeBoeuf; is that correct?

12  We'll start with Juror Number 1.

13          In other words, if two of you have an answer, we'll

14  go through the first row, and then we'll take the second row back

15  here starting with Mr. Domingue; is that correct?  And then we'll

16  start with the first row in the courtroom, and so on, each row

17  thereafter so that we hear everybody's answers that wants to

18  answer a particular question.

19          So my second question was, can you hear and see

20  well, and Ms. LeBoeuf, did you have an answer to that?

21          PROSPECTIVE JUROR 1:  I don't hear well.

22          THE COURT:  Well, have you heard what I have said here

23  today so far?

24          PROSPECTIVE JUROR 1:  I'm good.

25          THE COURT:  When you say you don't hear well, is it

1    people at a distance or certain volumes that you don't hear?

2              PROSPECTIVE JUROR 1:  I think I just have hard

3    understanding some of the -- maybe different volumes.  I mean,

4    I'm hearing you fine right now.

5              THE COURT:  Most of the trial -- in fact, all of the

6    trial will be at this volume.  When witnesses testify, they are

7    all going to have a microphone, and when we play -- there will be

8    some testimony that will be by way of a video disc, and it will

9    be played at this volume also.  So if you can hear me now, you're

10   probably in pretty good shape.

11              Anybody else on the front row, second row?  Anybody

12   in the courtroom section, the seating section here in the

13   courtroom?

14              Like I said, when you answer a question, if you

15   would, go ahead and stand up and show us your number and state

16   your name, and then you can go ahead and answer.

17              Now, if any of you should answer any of the

18   following questions "yes," please raise your hand and state your

19   number and name:

20              The plaintiff in the case is Mr. Lyndon Wright.

21   W-R-I-G-H-T is how he spells his last name.  Mr. Wright, would

22   you stand, please, so everyone can see you.

23              Are any of you related by blood or marriage to or

24   are any of you personally acquainted with the plaintiff in this

25   case?

1          Thank you, Mr. Wright.

2          The defendants in this case are

3   Forest River, Incorporated.  Sometimes we say Forest River, Inc.

4   or just Forest River, and Shaw Environmental, Inc., which we will

5   sometimes refer to as "Shaw."  Are any of you personally

6   acquainted with either of these two corporate defendants?  When I

7   say "personally acquainted," if you have worked for them or

8   somebody in your family has worked for either of these companies.

9   Nobody.

10          Now, I sometimes don't ask this, but let me make

11   sure amongst those of you who are here in the jury pool, are any

12   of you personally acquainted with each other?  Do any of you know

13   each other?  Cousins?  Neighbors?  Coworkers?  Niece?  Nephew?

14          Believe it or not, that has happened before where

15   somebody said, "Well, you didn't ask, and that's my neighbor, the

16   person that lives up the street."  We want to get obviously

17   independent-minded folks on the jury who don't know each other to

18   hear the evidence and come to a verdict.

19          Let me ask counsel in this case, they've already

20   made their appearances on the record, but I'm going to ask them

21   to stand up and introduce themselves and state the names of their

22   law firms.  And listen carefully to these names.  My next

23   question is going to be, do any of you all know any of these

24   lawyers or their law firms.

25          So go ahead, Mr. D'Amico.

```
 1          MR. D'AMICO:  Again, my name is Frank D'Amico, Jr.  I'm
 2  an attorney in New Orleans.  I also have an office in Mandeville
 3  on Causeway.  I have an office in Baton Rouge.
 4          MR. REICH:  My name is Dennis Reich.  Good morning.  My
 5  firm is Reich & Binstock in Houston, Texas.
 6          MR. DOMINICK:  My name is Paul Dominick.  I'm with the
 7  Nexsen Pruet law firm in Charleston, South Carolina, and we have
 8  offices throughout North and South Carolina.
 9          MR. PINEDO:  My name is Chris Pinedo.  Chris Pinedo,
10  Attorney at Law.
11          MR. AHLQUIST:  Again, my name is Aaron Ahlquist.  I'm an
12  attorney here in New Orleans with Frank D'Amico.
13          MR. SCHMIDT:  I'm Douglas Schmidt.  Douglas M. Schmidt,
14  APLC, and my office is in New Orleans and in Aiken, South
15  Carolina.
16          MR. GIEGER:  Good morning, ladies and gentlemen.  My
17  name is Ernie Gieger.  I'm with the law firm of Gieger, Laborde &
18  Laperouse.  We're here in New Orleans in One Shell Square and
19  also in Houston, Texas.
20          MR. BONE:  Good morning.  I'm Jason Bone.  I'm also with
21  the firm of Geiger, Laborde & Laperouse here in New Orleans.
22          MR. STRICKLAND:  Good morning.  Carson Strickland.  I'm
23  also with the firm of Gieger, Laborde & Laperouse.
24          MR. CHEATWOOD:  Good morning.  I'm Roy Cheatwood.  I'm
25  with the Baker Donelson law firm, and our office is here in
```

1    New Orleans.

2         MS. WHITFIELD:  Hi.  I'm Karen Whitfield.  I'm also with

3    Baker Donelson here in New Orleans.

4         MR. KURTZ:  And I'm David Kurtz and I'm also with Baker

5    Donelson.

6         THE COURT:  My question is, do any of you know any of

7    the folks who have just introduced themselves to you personally,

8    have they ever represented you or a member of your immediate

9    family in any matter in the past, or are you at all familiar with

10   or has their firm ever represented you or any member of your

11   family?  Even if they personally didn't represent you, have you

12   ever had any matter that their law firm handled?  Anybody at all?

13        Let me ask you all, these questions are going to be

14   to the group and we're probably going to get some responses, and

15   we'll follow that same procedure.  My questions are related to

16   prior jury experience, so I want you to think of whether or not

17   you have been on a jury before and I'm going to ask these

18   questions in that order.

19        Have you ever served as a juror in a criminal or

20   civil case or as a member of a grand jury, either in the federal

21   or state court?

22        Let's start with Juror Number 2, and that would be

23   Ms. Hartzog?

24        PROSPECTIVE JUROR 2:  Yes, Charlyn Hartzog.

25        I served on a criminal case in Washington Parish.

1          THE COURT:  About how long ago was that?

2          PROSPECTIVE JUROR 2:  It's been about a couple of years.

3          THE COURT:  What type of case?  Do you remember the

4    offense involved?

5          PROSPECTIVE JUROR 2:  It was drug related.

6          THE COURT:  Was there a verdict in that case?

7          PROSPECTIVE JUROR 2:  Yes, there was.

8          THE COURT:  What was the verdict?

9          PROSPECTIVE JUROR 2:  Guilty.

10          THE COURT:  Guilty.

11               Any other jury experience?

12          PROSPECTIVE JUROR 2:  That's it.

13          THE COURT:  Thank you, Ms. Hartzog.

14               Anyone else on the front row?  I see Ms. Svoboda.

15               Go ahead.

16          PROSPECTIVE JUROR 7:  Kara Svoboda.

17               A criminal in Lafourche Parish, a verdict of

18    guilty.

19          THE COURT:  How long ago was that?

20          PROSPECTIVE JUROR 7:  About six or seven years ago.

21          THE COURT:  Thank you, Ms. Svoboda.

22               Mr. Domingue?

23          PROSPECTIVE JUROR 8:  Civil.  They found for the

24    plaintiff, and also about five or six years ago.

25          THE COURT:  Now, when you say a civil case, was it

1    involving --

2          PROSPECTIVE JUROR 8:  It was a lawsuit against an oil

3    company.

4          THE COURT:  Was it a personal injury suit where somebody

5    was claiming a physical injury?

6          PROSPECTIVE JUROR 8:  No, it was not.  It was an

7    injury -- not an injury.  It was someone filing -- one company

8    filing against another company.

9          THE COURT:  I see.  So it was like a contract dispute or

10   business --

11         PROSPECTIVE JUROR 8:  A contract dispute.

12         THE COURT:  Thank you, Mr. Domingue.

13              Anyone on the second row?  Let's see, I see --

14   don't let me pass you up.  This would be Ms. Harrison, if I'm not

15   mistaken.

16         PROSPECTIVE JUROR 16:  Yes, right.  I have served on two

17   civil juries and one state jury, criminal jury.

18         THE COURT:  So let's start with the criminal case in

19   state court.  About how long was that and where?

20         PROSPECTIVE JUROR 16:  It was about four years ago and

21   it was a drug-related situation, but it was convicted and was

22   sentenced, the charges.

23         THE COURT:  The defendant in the case was found not

24   guilty?

25         PROSPECTIVE JUROR 16:  Right.  That's it.

1              And on the civil situation, it was an auto

2    accident, and the person was claiming personal injury.  Yes, they

3    were -- did get a settlement.

4              THE COURT:  They had settled during trial, when you say

5    "a settlement," or was that a jury verdict that --

6              PROSPECTIVE JUROR 16:  It was a jury verdict.

7              THE COURT -- money was awarded for the injury?  And it

8    was an auto accident case?

9              PROSPECTIVE JUROR 16:  Correct.

10             THE COURT:  Where and how long ago was that?

11             PROSPECTIVE JUROR 16:  That was quite a few years ago.

12             THE COURT:  In state court?

13             PROSPECTIVE JUROR 16:  It was civil.  Here in

14   New Orleans.  I'm sorry.

15             THE COURT:  But it was not in this building?

16             PROSPECTIVE JUROR 16:  No, it wasn't.  It wasn't a

17   federal.

18             THE COURT:  The criminal trial was in state court as

19   well?

20             PROSPECTIVE JUROR 16:  In Orleans Parish.

21             THE COURT:  Any other jury service?

22             PROSPECTIVE JUROR 16:  I have done other jury service,

23   but I wasn't selected for it.

24             THE COURT:  I see.

25                  Anyone else in the jury box here?

```
 1                    Let's go, then, to Number 23, who is Mr. Keeley; is
 2     that correct?
 3                    PROSPECTIVE JUROR 23:  Yes, sir.  It was a state,
 4     St. John Parish, criminal, armed robbery, and he was found
 5     guilty.  It was four years ago.
 6                    THE COURT:  Thank you, Mr. Keeley.
 7                    Anyone else on the row that Mr. Keeley is sitting
 8     on?  If not, I see Mr. August, I think; is that correct, Number
 9     31?
10                    PROSPECTIVE JUROR 31:  Yes, sir.  About 17 years ago,
11     criminal trial in Lafayette Parish.  Found guilty.
12                    THE COURT:  I'm sorry, say that again.
13                    PROSPECTIVE JUROR 31:  Guilty in Lafayette Parish.
14     19 years ago.
15                    THE COURT:  What type of offense?
16                    PROSPECTIVE JUROR 31:  Drugs.
17                    THE COURT:  Thank you, Mr. August.
18                    Next, Mr. Bryant?
19                    PROSPECTIVE JUROR 29:  Civil trial, St. Tammany Parish.
20                    THE COURT:  How long ago was that?
21                    PROSPECTIVE JUROR 29:  Six years ago.
22                    THE COURT:  Do you remember what type -- when you say "a
23     civil trial," was it a business dispute or a personal injury?
24                    PROSPECTIVE JUROR 29:  It was people suing a doctor.
25                    THE COURT:  Someone was suing a doctor.  Was it, like, a
```

1   medical malpractice case, saying the doctor didn't do something

2   he or she should have done?

3           PROSPECTIVE JUROR 29:  Right.

4           THE COURT:  What was the verdict?  Was it a verdict in

5   favor of the plaintiff or the doctor?

6           PROSPECTIVE JUROR 29:  In favor of the doctor.

7           THE COURT:  In favor of the doctor?

8           PROSPECTIVE JUROR 29:  Correct.

9           THE COURT:  Thank you, Mr. Bryant.

10          Anyone else on Mr. Bryant's row?  Let's see, I see

11  Mr. Jones, Number 33.

12          PROSPECTIVE JUROR 33:  Two years ago, St. Tammany

13  Parish, a criminal, and it was a hung jury.

14          THE COURT:  A hung jury.

15          Anyone else on that row?

16          Let's go to the next row.  Number 38 is -- I'm

17  sorry.  Your name?

18          PROSPECTIVE JUROR 38:  Aquilino Pacris.  I'm not sure

19  when it was, four or five years ago maybe.

20          THE COURT:  Let's go ahead and use that, for those of

21  you who are not close enough to the microphone, just go ahead and

22  pass it to the next one who's going to respond.

23          Go ahead, Mr. Pacris.

24          PROSPECTIVE JUROR 38:  Yes, maybe four or five years

25  ago, I served as a juror for a lawsuit.  Yeah.  That's the

1    Ochsner in Thibodaux.

2            THE COURT:  Ochsner, involved Ochsner?

3            PROSPECTIVE JUROR 38:  Yeah, in Thibodaux.  That's a

4    lawsuit, malpractice.

5            THE COURT:  And what type of claim was it?  It was

6    someone suing Ochsner?

7            PROSPECTIVE JUROR 38:  Yeah.

8            THE COURT:  You served on that jury.  Was it a plaintiff

9    verdict for the person who was making the claim or was there a

10   defense verdict?

11           PROSPECTIVE JUROR 38:  It was a defense.

12           THE COURT:  It was for defense?

13           PROSPECTIVE JUROR 38:  Yeah.

14           THE COURT:  In other words, no award was made to the

15   plaintiff in that case?

16           PROSPECTIVE JUROR 38:  I think they have.  That's what

17   they said.  I'm not sure.

18           THE COURT:  How long ago was that?

19           PROSPECTIVE JUROR 38:  Maybe four or five years ago.

20           THE COURT:  That was in state court in Thibodaux you

21   said?

22           PROSPECTIVE JUROR 38:  Here in Jefferson.

23           THE COURT:  Oh, in Jefferson.  In Gretna?

24           PROSPECTIVE JUROR 38:  Gretna, yeah.

25           THE COURT:  Thank you, Mr. Pacris.

1          Anyone else on his row?  Number 45, I see.  Would

2   that be Ms. Johnson; is that correct?

3          PROSPECTIVE JUROR 45:  It was a criminal case in

4   Jefferson Parish.  Drug related.  And it was settled after lunch.

5   So we didn't even get a chance to deliberate or anything.

6          THE COURT:  So you only served a half a day and then the

7   case was resolved without the jury coming to a decision?

8          PROSPECTIVE JUROR 45:  Yes.

9          THE COURT:  Thank you.

10          Next would be Number 41.  Is that Ms. Granier?

11          PROSPECTIVE JUROR 41:  Yes.  From Lafourche Parish, and

12   it was child abuse.  It was like molestation.

13          THE COURT:  Criminal case, and you served on the jury

14   for that?

15          PROSPECTIVE JUROR 41:  Yes.

16          THE COURT:  Was there a verdict reached in that case?

17          PROSPECTIVE JUROR 41:  Yes, it was guilty.

18          THE COURT:  Guilty verdict?

19          PROSPECTIVE JUROR 41:  Yes.

20          THE COURT:  Thank you, Ms. Granier.

21          Anyone else?  Let's see, 51 would be Mr. Woodward?

22          PROSPECTIVE JUROR 51:  Yes.  It was about at least

23   10 years ago, Jefferson Parish, armed robbery.  He was found

24   guilty.

25          THE COURT:  Guilty.

1              And 58 is Mr. Brunet or Brunet.

2              PROSPECTIVE JUROR 58:  Eight years ago, civil case.

3    Personal injury.  We sided for the plaintiff.

4              THE COURT:  There was an award for the plaintiff in that

5    case?

6              PROSPECTIVE JUROR 58:  Yes.

7              THE COURT:  Where was that jury service?

8              PROSPECTIVE JUROR 58:  Terrebonne Parish.

9              THE COURT:  Thank you.

10             Mr. Tepper, Number 59.

11             PROSPECTIVE JUROR 59:  Right.  Two criminal cases for

12   Orleans Parish.  One was a hung jury and one was guilty.

13             THE COURT:  Do you remember what types of cases those

14   were?  You say "criminal cases."  What type of crime?

15             PROSPECTIVE JUROR 59:  Oh, I'm sorry.  They were

16   drug-related cases.

17             THE COURT:  Anyone else?

18             Hang on to that microphone there and we'll pass it

19   back up when we get the next response.

20             Have any of you ever participated in a lawsuit as a

21   party or as a witness or in some other capacity?  Anybody ever

22   participated in a lawsuit as a party, which means you were either

23   the plaintiff or the defendant, or as a witness, in a lawsuit or

24   in any other capacity?  Anyone in the jury box?  Yes, I see some

25   paddles over here.

1          Number 5 is Mr. Tridico; is that correct?

2          PROSPECTIVE JUROR 5:  I was a law enforcement officer

3     for 35 years, and I have testified in many lawsuits, both in

4     civil court as well as criminal.

5          THE COURT:  In that capacity as a law enforcement

6     officer?

7          PROSPECTIVE JUROR 5:  Yes.

8          THE COURT:  As a witness?

9          PROSPECTIVE JUROR 5:  As a witness, yes.

10         THE COURT:  Let's go back.  Mr. Kraemer indicated he

11    has.

12         PROSPECTIVE JUROR 3:  Myself, also as a law enforcement,

13    as a witness on behalf of the State.

14         THE COURT:  Thank you, Mr. Kraemer.

15              Anybody else on the front row?  I see Mr. Domingue

16    has his paddle up.

17         PROSPECTIVE JUROR 8:  Yes.  The company I worked for had

18    a gentleman that worked for me and he was drawing Workers' Comp

19    at the same time and I was somewhere in New Orleans, I think it

20    was on Jefferson or something, I don't remember, but he never did

21    show up for court.  But I was there.

22         THE COURT:  And you were going to be a witness for that?

23         PROSPECTIVE JUROR 8:  I was going to be a witness for

24    the company I work for, not for the company I work for -- I'm

25    sorry -- but for the Workers' Comp.

1          THE COURT:  I see.

2               Anyone else on the second row of the jury box?  We

3    had a few indications here on the front row here.  Juror Number

4    21 who is Ms. Sutherland, I think.

5          PROSPECTIVE JUROR 21:  Yes, I'm currently in a

6    lawsuit against the contractor --

7          THE COURT:  I think she said she's currently in a

8    lawsuit against the contractor --

9          PROSPECTIVE JUROR 21: -- of my house.

10         THE COURT:  For work on your house?

11         PROSPECTIVE JUROR 21:  No, the contractor who built my

12   house.

13         THE COURT:  And that's in litigation now?  There's a

14   lawsuit pending?

15         PROSPECTIVE JUROR 21:  Yes, sir.

16         THE COURT:  Where is the lawsuit pending?

17         PROSPECTIVE JUROR 21:  St. Tammany Parish.

18         THE COURT:  St. Tammany.

19              Anybody else on that row?  Let's see, let's go back

20   to Number 31.  That would be Mr. August.

21         PROSPECTIVE JUROR 31:  I was a representative for

22   University of Southwestern Louisiana as a student officer.  I

23   testified in a case for an auto accident on campus, and also

24   involved in an auto accident in 1996.

25         THE COURT:  And in the auto accident that you were

1  involved in, were you a party to the lawsuit, in other words, a

2  plaintiff or defendant, or you were just a witness?

3          PROSPECTIVE JUROR 31:  I was injured.

4          THE COURT:  You were injured, so you were making a claim

5  in that case?

6          PROSPECTIVE JUROR 31:  Yes.

7          THE COURT:  Next would be who else on that row?

8  Mr. Michel.

9          PROSPECTIVE JUROR 27:  Correct.  As a small business

10  owner, a defendant in a personal injury case.

11          THE COURT:  Were you personally or was your business?

12          PROSPECTIVE JUROR 27:  My business, yes.

13          THE COURT:  Did you give a deposition in that case?

14          PROSPECTIVE JUROR 27:  Yes.

15          THE COURT:  Thank you, Mr. Michel.

16              Number 25 is Mr. Zeringue.

17          PROSPECTIVE JUROR 25:  I was a defendant in an

18  automobile accident litigation.  Also, the firm I work for was a

19  third-party defendant in a wrongful death involving a teenager

20  and alcohol.

21          THE COURT:  So in the auto accident circumstance, you

22  were personally named as a party in this lawsuit?

23          PROSPECTIVE JUROR 25:  Yes.  I was the owner of the

24  vehicle.  My daughter was the driver.

25          THE COURT:  I see.  And in the other case, you were a

1    witness?  You said the third-party claim.

2         PROSPECTIVE JUROR 25:  Well, my firm was a third-party

3    defendant and a witness.

4         THE COURT:  I see.  Thank you, Mr. Zeringue.

5              Let's go to the row behind you.  Number 37, that

6    would be Mr. Henton.

7         PROSPECTIVE JUROR 37:  I'm a small business owner,

8    plaintiff in a contractual lawsuit, currently going on.

9         THE COURT:  Where is that suit pending?

10        PROSPECTIVE JUROR 37:  Orleans.

11        THE COURT:  Are you personally a party to it or is it

12   your business?

13        PROSPECTIVE JUROR 37:  My company.

14        THE COURT:  Your company is?

15        PROSPECTIVE JUROR 37:  Yes.

16        THE COURT:  Have you given a deposition in that suit?

17        PROSPECTIVE JUROR 37:  Yes, sir.

18        THE COURT:  Thank you, Mr. Henton.

19              Anyone else on Mr. Henton's row?  I see in the back

20   there, if we would pass that microphone down, Jurors Number 50

21   and 48.  50 is Mr. Greene and 48 is Ms. Hodge, if I'm not

22   mistaken.  Let's go ahead and start with which of you who has the

23   microphone.  50.

24        PROSPECTIVE JUROR 50:  I was involved in a car accident

25   and I got subpoenaed to be a witness and come give my statements.

1   I never had to go to court, though.

2           THE COURT:  Thank you, Mr. Greene.  Let's go back and

3   get Ms. Hodge, who is Number 48, and then we'll pick up

4   Mr. Woodward.

5           PROSPECTIVE JUROR 48:  I was a plaintiff in a car

6   accident injury myself.  I was injured.  And I was also a witness

7   for a Workmen's Comp case.  Both of them were about 10, 12 years

8   ago.

9           THE COURT:  The car accident was about 10 or 12 years

10  ago?

11          PROSPECTIVE JUROR 48:  Yes.

12          THE COURT:  What was the resolution of that?  Did you

13  have to go to trial?

14          PROSPECTIVE JUROR 48:  It was settled out of court.  It

15  was a car accident.

16          THE COURT:  Thank you.

17              Number 51, I think, Mr. Woodward had indicated.

18          PROSPECTIVE JUROR 51:  Yes.  I was called as a witness

19  in a plaintiff case against a life insurance company over

20  10 years ago or a little bit more than that.

21          THE COURT:  Where was that pending?

22          PROSPECTIVE JUROR 51:  It was in Orleans.

23          THE COURT:  Orleans Parish.  Thank you, Mr. Woodward.

24              Anyone else?  I see Number 53, Ms. Lewis.

25          PROSPECTIVE JUROR 53:  Plaintiff in a lawsuit, accident.

1    And a plaintiff in suing Ford Motor.

2              THE COURT:  Where was that pending?

3              PROSPECTIVE JUROR 53:  Jefferson.

4              THE COURT:  Jefferson Parish.  About how long ago was

5    that, Ms. Lewis?

6              PROSPECTIVE JUROR 53:  Last year.

7              THE COURT:  How was that ultimately resolved?

8              PROSPECTIVE JUROR 53:  They are not resolved.

9              THE COURT:  It's still pending?

10             PROSPECTIVE JUROR 53:  Yes, sir.

11             THE COURT:  Thank you, Ms. Lewis.

12                  Anyone else?

13                  I'm going to read to you some names here of people.

14   I want you to listen very carefully.  These are the names of

15   people who are going to be involved in this lawsuit in addition

16   to the lawyers who have already introduced themselves to you.

17   These are the names of some of the -- some of these peoples will

18   be witnesses in the case, and I want you to listen carefully to

19   names.  I'm going to spell it where it's not obvious.

20                  My question for you after I read through these

21   names is going to be:  Do you know any of these people, are you

22   familiar with any of these people?

23                  Stephen Smulski, S-M-U-L-S-K-I; Kenneth Laughery,

24   L-A-U-G-H-E-R-Y.

25                  Counsel, am I pronouncing the name correctly?

1           MR. D'AMICO:  It's Laughery.

2           THE COURT:  Kenneth Laughery; Paul Hewett, H-E-W-E-T-T;

3    Ervin Ritter, R-I-T-T-E-R; Paul Lagrange, Charles David Moore,

4    that's with two O's, M-O-O-R-E; Alexis Mallet, M-A-L-L-E-T; this

5    is Dr. Richard Spector, S-P-E-C-T-O-R; Kenneth Smith, Dr.

6    Kenneth Smith; Dr. Patricia Williams; Larry Miller; Dr.

7    Edward Shwery, S-H-W-E-R-Y; Dr. John Thompson; Dr. Bill Dyson;

8    Norm Nelson; Thomas Fribley, F-R-I-B-L-E-Y; Dr. Nathan Dorris,

9    D-O-R-R-I-S; Dr. Graham Allan, Allan with two A's, A-L-L-A-N; Dr.

10   Robert James; Dr. Phil Cole with a C, C-O-L-E; Dr. James Wedner,

11   W-E-D-N-E-R; John Osteraas, O-S-T-E-R-A-A-S; Dr. Christopher

12   DiRosa, Dr. Coreen Robbins, R-O-B-B-I-N-S; Mark Polk.  I think

13   most of those, if not all of them are going to be expert

14   witnesses in this case, and we'll talk about during the course of

15   the case what an expert is and how their testimony is to be

16   treated.

17           These other names here are fact witnesses in this

18   case:  Bobbi Wright, it's a woman's name, B-O-B-B-I, Wright,

19   W-R-I-G-H-T; Nicole Dyson; Geoffrey Compeau.  Now, this one has a

20   South Louisiana spelling here, first name is G-E-O-F-F-R-E-Y,

21   last name is C-O-M-P-E-A-U, not C-A-M-P-O, it's C-O-M-P-E-A-U.  I

22   guess that's Compeau; is that correct?  Compeau.  Albert Jarrell,

23   J-A-R-R-E-L-L, Lyndon Wright, who you've seen this morning; Doug

24   Gaeddert, G-A-E-D-D-E-R-T; Tyshon Marsh; Allison Hansen,

25   H-A-N-S-E-N; Jamie Albrecht, A-L-B-R-E-C-H-T; Jeff Burian,

1  B-U-R-I-A-N, James Brixius, B-R-I-X-I-U-S.  We have a name of a

2  representative of RCG Enterprises.  We have a name of an

3  individual.  Edith Young is the name, Edith Young.  Dr.

4  Charles Field; David Garratt, G-A-R-R-A-T-T; Kevin Souza,

5  S-O-U-Z-A; Martin McNeese, spelled just like the university,

6  McNeese; Guy Bonomo, B-O-N-O-M-O, Brian McCreary,

7  M-C-C-R-E-A-R-Y; Stanley Larson; Faye Greene; Travis Morris;

8  Michelle Wright, spelled with a W; Commander Joseph Little;

9  Michael Lapinski, L-A-P-I-N-S-K-I; Brian Deckle, D-E-C-K-L-E;

10  Brian Boyle; Dr. Frank Cruz, that's C-R-U-Z.  I also have a Dr.

11  Frank Cruz, Jr.  We have a senior and junior or just junior?

12          MR. GIEGER:  I think it's one.

13          THE COURT:  It must be junior, I guess.  Dr. Frank Cruz,

14  Jr.; Dr. Angela D. Reginelli, R-E-G-I-N-E-L-L-I; Dr. April J.

15  Fox; Tamika Zachery, that's Z-A-C-H-E-R-Y; Vanessa Johnson;

16  Lucretia Johnson; William Scott; Tony Watson; Dr. Knight Worley,

17  W-O-R-L-E-Y; Don Snell; Elton Kiefer, K-I-E-F-E-R; Jim Foltz,

18  F-O-L-T-Z; Mike Ferrall, F-E-R-R-A-L-L.

19          Those are the names of people who might be

20  witnesses.  Some of those people won't be witnesses, but we want

21  to make sure if any of you know any of these people, that you can

22  respond now.

23          Does anybody recognize a name on this list as being

24  someone with whom they are acquainted?

25          Let's see, Number 37.  That would be Mr. Henton.

```
 1                PROSPECTIVE JUROR 37:  You said Paul Lagrange?
 2                THE COURT:  I think Paul Lagrange, yes.
 3                PROSPECTIVE JUROR 37:  I've hired his services before.
 4                THE COURT:  As part of your business?
 5                PROSPECTIVE JUROR 37:  No, personally.
 6                THE COURT:  Is he currently doing work for you?
 7                PROSPECTIVE JUROR 37:  No, sir.
 8                THE COURT:  About how long ago was that that you hired
 9     him?
10                PROSPECTIVE JUROR 37:  Two years.
11                THE COURT:  Two years ago.  Was that one specific task
12     you hired him for?
13                PROSPECTIVE JUROR 37:  Yes, sir.
14                THE COURT:  You hired him to do something, he did it,
15     and then the relationship was over?
16                PROSPECTIVE JUROR 37:  Yes, sir.
17                THE COURT:  Is that the only way that you know him is
18     through that one contact?
19                PROSPECTIVE JUROR 37:  Yes, sir.
20                THE COURT:  Anybody else?  Number 47 would be Ms. Stern.
21                PROSPECTIVE JUROR 47:  I have a sister-in-law named
22     Vanessa Johnson.  That's a common name.  Does she have a maiden
23     name?
24                THE COURT:  It's not on my list here.  I read the full
25     name.  Where does your sister-in-law live?  What part of town?
```

1           PROSPECTIVE JUROR 47:  Here in New Orleans.

2           THE COURT:  Here in New Orleans?

3           PROSPECTIVE JUROR 47:  Yes.

4           THE COURT:  Counsel, which of you has Vanessa Johnson on

5   the list?  Plaintiffs?

6           MR. D'AMICO:  She's in Kenner.  Kenner.

7           THE COURT:  Is she a resident of Kenner?

8           PROSPECTIVE JUROR 47:  No.

9           THE COURT:  Thank you.  If we need more information,

10  we'll call you up.  But thank you.

11              Anybody else recognize any of these names?  Would

12  anybody like me to state or spell a name again?

13              This case involves issues related to formaldehyde

14  exposure from a FEMA travel trailer.  Do any of you, through your

15  own knowledge, have information about the facts of this case?

16              Have any of you any opinion about this case, about

17  this particular case as we sit here now?  Have any of you read

18  anything about this particular matter coming up for trial or have

19  you heard any discussions about this case?

20              Yes, Number 6 would be Mr. Dire.

21          PROSPECTIVE JUROR 6:  Dire.

22          THE COURT:  Would you come forward, please.  Counsel, if

23  you all would come up.  We'll get your answer to this, but in

24  case it's something that ought to remain amongst us, let's go

25  ahead and hear it up here.

1        (WHEREUPON, at this point in the proceedings, a

2   conference was held at the bench.)

3        PROSPECTIVE JUROR 6:  There was an article in *The Times*

4   *Picayune* just recently about this case.  It didn't say it was

5   coming up for trial, but it did mention the suit.

6        THE COURT:  Mentioned Mr. Wright's claim?

7        PROSPECTIVE JUROR 6:  No, just in general, the

8   formaldehyde in the trailer issue.

9        THE COURT:  What of that article that you remember; just

10  the fact that it was coming up?

11       PROSPECTIVE JUROR 6:  That it was surfaced by the Sierra

12  Club, and that purportedly nasal cancer is one of the potential

13  outcomes from exposure to formaldehyde as well as other elements.

14       THE COURT:  Do you understand that what is in the

15  newspaper is not evidence in the case?

16       PROSPECTIVE JUROR 6:  Absolutely.

17       THE COURT:  I'm being generous.

18       PROSPECTIVE JUROR 6:  Absolutely.

19       THE COURT:  Do you think that having seen that article

20  would in any way affect your ability to hear evidence on this

21  witness stand and look at documents that these folks are going to

22  show you?

23       PROSPECTIVE JUROR 6:  No.

24       THE COURT:  Are you going to be able to decide the case

25  notwithstanding what you saw in the paper?

1          PROSPECTIVE JUROR 6:  I think I can be impartial.

2          THE COURT:  Counsel, do you all have any questions?

3          MR. GEIGER:  Is this the article that was in Saturday's

4   paper?

5          PROSPECTIVE JUROR 6:  It was in the last couple days.

6          MR. GIEGER:  I think it came out of a *Washington Post*

7   article.

8          PROSPECTIVE JUROR 6:  I think the article was from AP or

9   UPI.

10          THE COURT:  Anything else, Counsel?

11          MR. GIEGER:  Has it caused you to form any opinions

12   about this case?

13          PROSPECTIVE JUROR 6:  No.

14          THE COURT:  Thank you.

15          (WHEREUPON, at this point in the proceedings, the bench

16   conference was concluded.)

17          PROSPECTIVE JUROR 19:  Would you repeat the question?

18          THE COURT:  Sure.  The question that I just asked is:

19   Have you read anything about this particular case coming up for

20   trial or have you heard any discussions about this case prior to

21   coming into the courtroom today?

22          PROSPECTIVE JUROR 19:  No, just what I read in the

23   newspaper.

24          THE COURT:  Let's see.  Number 19 also is Ms. Olivier.

25          PROSPECTIVE JUROR 19:  I read when I was pulling up the

1   web site --

2           THE COURT:  Let me stop you there.  Why don't I ask

3   Ms. Olivier -- does anyone else have a positive response to this

4   question?

5               Ms. Olivier, and let's see, the other one, let me

6   ask both of you all to come forward.

7           (WHEREUPON, at this point in the proceedings, a

8   conference was held at the bench.)

9           THE COURT:  Ms. Olivier, if you would come forward, let

10  me ask -- we only need one plaintiff's counsel up at a time.

11              Ms. Olivier, you were about to say something.

12          PROSPECTIVE JUROR 19:  When I was pulling up the web

13  site, this web site to see, you know, what to do and everything,

14  they did have, I don't know what it was, it was just some stuff

15  about what the case would be, and then they had some stuff

16  on-line that I kind of read the basis of.

17          THE COURT:  The court web site -- you pulled up the

18  court web site because you were coming for jury duty?

19          PROSPECTIVE JUROR 19:  Yes, sir.  I was printing out my

20  stuff to know what to do when I got here and that just happened

21  to be on one of the little tabs, but I figured if it was

22  something major it wouldn't be out there to --

23          THE COURT:  When you say you saw other stuff on there,

24  was it court orders and things of that sort?

25          PROSPECTIVE JUROR 19:  It was just something about the

1  two-year thing or whatever and it was some kind of motion, I

2  think, or something like that.

3       THE COURT:  Did you read or print any other material

4  other than maybe the directions to the courthouse or...

5       PROSPECTIVE JUROR 19:  I pretty much printed everything

6  that was on -- I didn't know what I would need, so I wanted to

7  have everything I needed once I got here.

8       THE COURT:  But you didn't print pleadings out of the

9  court record, though, did you?  In other words, like documents

10  that the lawyers filed?

11       PROSPECTIVE JUROR 19:  I have what I printed.  I could

12  show you.

13       THE COURT:  You have it with you?

14       PROSPECTIVE JUROR 19:  I have it with me.

15       THE COURT:  If you would.

16       Anybody else besides Ms. Hodge on this question?

17  We're almost finished with Ms. Olivier and we'll talk to

18  Ms. Hodge and then we'll move on to the next question.

19       PROSPECTIVE JUROR 19:  I think it's kind of towards the

20  back.

21       THE COURT:  This is the order and reasonings.  This is

22  government's motion to dismiss record document, upcoming court

23  proceedings.  This is my order of January 21, 2010.  Let's see

24  here, this is the recent activity report, I think.  I didn't

25  realize our recent activity was so long.  And this is jury

1    information.

2              So the only things other than jury information is

3    the January 21, 2010, order along with the -- this looks like the

4    recent happenings in the case that is posted on-line.

5              Would any of this material -- and particularly

6    we're talking about the things from the court record, not your

7    jury instructions, have you read any of that?

8              PROSPECTIVE JUROR 19:  No, sir.

9              THE COURT:  Having had that in your possession, would

10   that in any way affect your ability to be a juror in this case?

11   Do you feel like you have some preconceived idea about this case

12   because of what you've seen on the computer?

13             PROSPECTIVE JUROR 19:  I mean, you know, I kind of have

14   an idea of what it is, but I didn't develop an opinion either

15   way.

16             THE COURT:  Do you understand that in the trial, we're

17   going to have witnesses who are going to testify over here in

18   this chair and that these lawyers are going to put up exhibits

19   and documents and things of that sort, and that to decide the

20   case, you're going to be limited to only what you see and hear in

21   this courtroom?  Do you understand that?

22             PROSPECTIVE JUROR 19:  So anything I read in there I

23   would have to forget or not let it be a part of the judgment?

24             THE COURT:  That's correct.  Or any idea that you have,

25   any preconceived idea of what you think might happen in this

1  case, you have to kind of set aside in order to appreciate the

2  testimony.  Because sometimes when you get information, it may

3  not be all the information.  There may be something left out.

4          PROSPECTIVE JUROR 19:  There is also two sides.

5          THE COURT:  There is always two sides.  Sometimes

6  something's left out that you read in here or you read in the

7  paper that these lawyers are going to present evidence that is

8  all going to be admissible for the jury's consideration.

9              Do you think you can do that if you are picked in

10  this case?

11          PROSPECTIVE JUROR 19:  I understand.

12          MR. GIEGER:  Can I ask her her number?

13          PROSPECTIVE JUROR 19:  19.

14          MR. GIEGER:  19.

15          THE COURT:  Anything further, Counsel, that you would

16  like to ask Ms. Olivier?

17          MR. GIEGER:  Could she give us an impression of what the

18  documents that she read -- what did you gather from those

19  documents?

20          PROSPECTIVE JUROR 19:  Basically that -- I'm assuming

21  it's after Hurricane Katrina, this gentleman was given the use of

22  a FEMA trailer and as soon as he moved in, he seemed to notice

23  that he was getting sick where he hadn't been sick before, and it

24  was believed that that was what was causing his -- he believed

25  that what was causing his illness.

1          MR. GIEGER:  Is that something you can forget?  You've

2    read that material.  Is that something that you can put out of

3    your mind?

4          PROSPECTIVE JUROR 19:  I think I could.

5          MR. D'AMICO:  I would ask it another way, if I could.

6          THE COURT:  Sure.

7          MR. D'AMICO:  The mere fact that you read that, would

8    that influence your ability to be fair and impartial in listening

9    to the evidence from the jury -- I mean, from the witness box?

10         PROSPECTIVE JUROR 19:  I don't think so.

11         MR. GIEGER:  Are you sure, absolutely sure?

12         PROSPECTIVE JUROR 19:  I mean, if I told you a hundred

13   percent, I feel like I would be lying because I did read that,

14   you know, but I mean, I know the whole purpose is to come and,

15   you know, give the people a fair trial, so I understand, you

16   know, that concept.

17         MR. GIEGER:  Do you have any perception if there were

18   other people involved other than that document, other than the

19   people who are here in the courtroom?

20         PROSPECTIVE JUROR 19:  Other cases?

21         MR. GIEGER:  Other parties.

22         PROSPECTIVE JUROR 19:  You see, I thought it was going

23   to be multiple suits all at one time.  I guess I thought it was a

24   class action type --

25         MR. GIEGER:  What about the government?  Any opinion one

1   way or the other whether or not the government is or is not a

2   party to this litigation?

3            PROSPECTIVE JUROR 19:  I mean, I don't know.  I hadn't

4   really -- I mean, there -- I have some opinions of big lawsuits

5   in general, I guess, kind of.

6            THE COURT:  You filled out a questionnaire before and

7   you would have expressed that in the questionnaire, that type of

8   stuff?

9            PROSPECTIVE JUROR 19:  Yeah.

10           THE COURT:  I think we've talked enough.

11               Cheatwood.

12           MR. CHEATWOOD:  I'm sorry, I don't know if we're going

13   to continue here.  She ought to take the documents, other than

14   the instructions back with her just in case.  We don't want her

15   reading them any more again.

16           MR. D'AMICO:  I have no problem with that.

17           PROSPECTIVE JUROR 19:  Honestly, I didn't know -- I

18   thought if it was there that it was okay -- and like I said, I

19   just went down the line and printed.

20           THE COURT:  Let's do this --

21           MR. CHEATWOOD:  And I'm sure not suggesting that you did

22   anything wrong.

23           THE COURT:  Let's move on.  Ms. Olivier, what I gave you

24   back, what you've shown us here today, if you are picked to be on

25   this jury, I'll ask you to turn that into me so that -- at least

 1   the part about the pleadings in the record.

 2            PROSPECTIVE JUROR 19:  Not how to get here.

 3            THE COURT:  The jury instructions, you can keep.  Let's

 4   wait and see if she gets selected.  We still have a little ways

 5   to go.  But don't be looking at it between now and -- we're going

 6   to finish this up probably -- well, very soon.  So at that point,

 7   you'll either be on the jury or not.  If you're not on the jury,

 8   then you can hang onto it if you want to or you can throw it

 9   away.  If you are on the jury, then I'll ask you to turn in those

10   pleadings so that you don't look at them any further so you can

11   concentrate on the evidence.

12            Thank you, Ms. Olivier.

13            Let's see.  Ms. Hodge, if you would come forward.

14   We can't have a lot of lawyers up here, so we've got three from

15   the plaintiff's side up here now, one from the defendant.  We

16   need one.

17            MR. D'AMICO:  Two from the defendant.

18            THE COURT:  No, one from each defendant.

19            MR. D'AMICO:  But they are not going to speak.

20            THE COURT:  We have an army of people.  We have too many

21   people up here.  So pick one.  I'll give you an extra person

22   because they have two.  Somebody needs to go have a seat.

23            Ms. Hodge, you said you had heard or read something

24   prior to today.

25            PROSPECTIVE JUROR 48:  Just what's been in the

1  newspaper.  But I think it's also more important that I knew

2  somebody who hauled off the FEMA trailers.  I worked with his

3  wife and it was approximately a year and a half, two years ago.

4         THE COURT:  Was that in your questionnaire that you

5  filled out?  Did you put that down?

6         PROSPECTIVE JUROR 48:  I don't recall.  It may have

7  been.  I don't know.

8         THE COURT:  Let me get back to the article in the paper.

9  Did you read anything -- how long ago was this; within the last

10 week?

11        PROSPECTIVE JUROR 48:  No.

12        THE COURT:  Is there anything in the article or articles

13 that you have read that you think would make you unable to hear

14 this case with an open mind?

15        PROSPECTIVE JUROR 48:  No, I don't think so.

16        THE COURT:  You understand that we're going to have

17 witnesses who are going to testify and these lawyers are going to

18 put on documents and make arguments to the jury and that you can

19 decide the case only on the evidence in this courtroom.  Do you

20 understand that?

21        PROSPECTIVE JUROR 48:  Yes.

22        THE COURT:  Is there anything that you have read or

23 heard prior to today that would make you unable to decide the

24 case only on the evidence here in court?

25        PROSPECTIVE JUROR 48:  Well, maybe the things I heard

1  from Mr. Child.  I don't know.  It's possible it could influence

2  me, yes, all the trailer stuff.

3          THE COURT:  Then you know somebody who was involved in

4  hauling trailers off of properties after they were used?

5          PROSPECTIVE JUROR 48:  Right.

6          THE COURT:  And what about that that you think gives you

7  an opinion in this case?

8          PROSPECTIVE JUROR 48:  Well, I heard he made comments --

9  he would tell his wife stories about how people abused the

10 trailers and then how the government was also having them cleaned

11 up and put back out.

12         THE COURT:  You understand that those comments, though,

13 in no way relate to Mr. Wright?

14         PROSPECTIVE JUROR 48:  Okay.

15         THE COURT:  You understand that?  Mr. Wright's trailer

16 may not be one of the ones that was hauled off?

17         PROSPECTIVE JUROR 48:  I understand that.

18         THE COURT:  Counsel, do any of you all have questions of

19 Ms. Hodge?

20         MR. GIEGER:  I do not.

21         MR. D'AMICO:  Was there anything that you learned from

22 your friend that would give you an opinion about the merits of

23 this case?

24         PROSPECTIVE JUROR 48:  I don't know.  I mean, it's

25 possible that as I hear the case that I still may be influenced

1  by what I know.  I have to be honest.

2       MR. D'AMICO:  That's the purpose, to be honest.

3       THE COURT:  When you say you would be influenced, would

4  you have a more negative view of the plaintiff's case in this

5  case or would you have a more negative view of the defendants in

6  this case?

7       PROSPECTIVE JUROR 48:  I don't know.  It could go either

8  way.  Probably, it would depend on how things went.

9       THE COURT:  Great.  Thank you, Ms. Hodge.  Sounds like a

10  good juror, could go either way.

11       (WHEREUPON, at this point in the proceedings, the bench

12  conference was concluded.)

13       THE COURT:  I noticed that some of you may have stepped

14  out to use the restroom when we were having the bench conference

15  here.  Obviously, if someone is in the restroom they're not going

16  to hear my question, but do any of you know if your neighbor is

17  still missing before I ask any more questions?

18            You're still sitting next to the person you were

19  sitting at when I came up here?  And I don't mind you doing that.

20  Quite honestly, we're going to be finished with questions for you

21  all shortly and then the lawyers are going to do their work, and

22  while they are doing their work, I will give you the opportunity

23  to take turns using the restroom.  So if you can just hang on,

24  we'll go ahead and try to finish this up.

25            Has anyone talked to you or tried to talk to you

1   about this case?  And by that, I mean, if anyone has known that

2   you were going to be a juror or may have spoken to you not

3   knowing you were a juror today, maybe somebody coming into the

4   building this morning?  Did anybody talk to anybody about this

5   case?

6              If you were one of the parties in this case, do you

7   know of any reason why you would not be content to have the case

8   tried by someone in your frame of mind.  In other words, if you

9   were sitting in the chair at this table or sitting in the chair

10  at one of these two tables, how would you feel about someone like

11  yourself being on the jury?  Is there a problem that you see from

12  their point of view of you being on this jury?

13             If you are selected to sit as a juror in this case,

14  will you be unable or unwilling to render a verdict solely on the

15  evidence presented at this trial and the law as I give it to you

16  in my instructions, disregarding any other ideas, notions, or

17  beliefs about the law you may have encountered in reaching your

18  verdict?  Can everybody do that?

19             Do you understand that there is going to be

20  witnesses -- I already named some of them -- that are going to

21  come sit up here and testify or they may testify by way of a DVD

22  and then we're going to have some exhibits.  There are going to

23  be exhibits you're going to get to look at on the screens in the

24  jury box and that the case is going to be decided only on the

25  evidence presented in this courtroom.  Does everybody understand

 1    that?  Does anybody have a problem with that?

 2            Does everyone understand that you must wait until

 3    you hear all of the evidence in this case before you make a

 4    decision in this case?  In other words, you can't decide the case

 5    two days in because you may hear something later that may change

 6    your mind.  You have to wait until all the evidence is given to

 7    you and the Court gives you the instructions.

 8            Would you be unable or unwilling to firmly put

 9    aside any feelings of sympathy or compassion for plaintiff or

10    defendants and decide this case solely on its merits and

11    according to the law as the Court explains it?  Does anybody have

12    a problem doing that?

13            How many of you sustained damage -- let's just have

14    a show of hands -- damage as a result of Hurricanes Katrina or

15    Rita?

16            Do any of you reside -- and I think we asked

17    this -- all of you should have filled out a questionnaire some

18    weeks ago -- did any of you reside in a FEMA provided trailer,

19    travel trailer, or mobile home, after Katrina and/or

20    Hurricane Rita?  Okay.  Number 56, let me -- go ahead and stand.

21    That would be Ms. Rogers.

22            PROSPECTIVE JUROR 56:  Yes.

23            THE COURT:  I understand, let's see, you lived in

24    Larose; is that correct.

25            PROSPECTIVE JUROR 56:  Yes, sir.

```
 1            THE COURT:  And at some point after Katrina, you were
 2   issued a -- what was it, a trailer or a mobile home?
 3            PROSPECTIVE JUROR 56:  It was a travel trailer.  It was
 4   issued to my mother and father, but I lived with them.
 5            THE COURT:  You lived with them, about how long a period
 6   was that?
 7            PROSPECTIVE JUROR 56:  It was a little over a year.
 8            THE COURT:  A little over a year.  Do you recall who the
 9   manufacturer of the trailer was?
10            PROSPECTIVE JUROR 56:  No, sir.
11            THE COURT:  Thank you.  Let's see, I'm missing
12   Number 29, that would be Mr. Bryant.
13            PROSPECTIVE JUROR 29:  Yes.  We lived in one for about
14   six months.  I think it was a Panther.
15            THE COURT:  Say that, again.
16            PROSPECTIVE JUROR 29:  Panther.
17            THE COURT:  And that was in Slidell?
18            PROSPECTIVE JUROR 29:  Yes.
19            THE COURT:  Now, you said --
20            PROSPECTIVE JUROR 29:  It was a Panther.
21            THE COURT:  A Panther was the name that you saw on the
22   trailer?
23            PROSPECTIVE JUROR 29:  Yes.
24            THE COURT:  And it was about six months?
25            PROSPECTIVE JUROR 29:  We lived in it about six months.
```

1      THE COURT:  When you say "we" who does that include?

2      PROSPECTIVE JUROR 29:  Me and my wife.

3      THE COURT:  Thank you, Mr. Bryant.

4           Those of you who had damage, all the people raise

5  their hands.  Did anyone have more than property damage?  In

6  other words, the damage, did you have more than damage to your

7  home?  Did anybody have any other type of damage, whether it's

8  physical injury, damage to a business income, anything of that

9  sort?

10          How many of you would have a hard time going back

11 to your community where you reside, if you ultimately decided not

12 to award any money to the plaintiffs in this case?  I will ask it

13 the other way.  How many of you would have a hard time going back

14 to your community, where you live, if you ultimately decided to

15 award money to the plaintiffs in this case?

16          All right.  How many of you would feel that giving

17 no money in this case to the plaintiff, if it was a

18 Hurricane Katrina victim, would be immoral, wrong, or

19 insensitive?

20          In this trial, the jury may be asked to assess the

21 fault, if any, of not only the two defendants in this case,

22 Forest River and Shaw, and the plaintiff, but also the fault, if

23 any, of one or more nonparties to this lawsuit.  If the jury

24 concludes there is evidence or fault on the part of more than one

25 defendant, the plaintiff and/or a nonparty, it will be required

1    to assign percentages of fault, of the total fault in this case

2    to each defendant as well as the plaintiff and/or a nonparty.

3    Would anyone have difficulty deciding the percentage or

4    percentages of fault, if any, to be assigned to different parties

5    and nonparties, with the total of the percentages adding up to

6    100 percent?

7                Does everybody understand that?  Okay.

8                Does anybody have any problem with the idea of

9    doing that?  All right.

10               One of the nonparties as to which the jury in this

11   case may have to assess fault is FEMA.  Therefore, the jury may

12   have to assign a percentage of fault to FEMA.  Would anyone have

13   difficulty putting aside any preexisting attitudes about FEMA and

14   assessing the fault of FEMA, if any, based solely on the evidence

15   presented in this trial?

16               The law allows a plaintiff in a case such as this

17   to be compensated monetarily for damages proven to be caused by

18   the fault of a defendant.  In this case, the plaintiff seeks to

19   recover damages for his physical pain and suffering, mental

20   anguish and emotional distress, included but not limited to fear

21   of cancer, future medical expenses, and the loss of impairment of

22   the enjoyment of life's pleasures.

23               Will anyone have difficulty considering these

24   claims for damages and determining a fair amount to compensate

25   for such damages, assuming fault on the part of one or both

1  defendants is established?  Does anybody have any problem with

2  that?

3                    In this case the defendant will assert that

4  formaldehyde is a substance commonly found in everyday life.

5  Would any of you, because of this, have difficulty fairly

6  considering the plaintiff's claims that he was harmed or that he

7  was not harmed by the levels of formaldehyde in a travel trailer?

8                    Would anyone have difficulty -- let me back up a

9  little bit.  Do any of you feel that since the federal

10  government, or FEMA, provided the travel trailer in this case to

11  the plaintiff, Lyndon Wright, as emergency housing, this alone

12  must mean that the trailer was safely designed and made by the

13  manufacturer, Forest River?

14                    Likewise to the contrary, do you believe that since

15  the trailer in this case was provided by FEMA, that that alone

16  might mean that the trailer was not safely designed?

17                    In this case the plaintiff's mother, Bobbi Wright,

18  did apply for emergency housing assistance after

19  Hurricane Katrina and this is why FEMA provided the travel

20  trailer to the plaintiff.  Would anyone have difficulty in

21  considering the claims of Mr. Wright, because of the fact that

22  these claims of alleged harm from formaldehyde exposure result

23  from living in a travel trailer which was provided to the

24  plaintiff's mother free of charge as emergency housing?

25                    Other than what you-all have told us here this

1    morning, do you know of any reason why you think that you could

2    not sit in this case and render a just, fair, honest and

3    impartial verdict?  Any reason why you would not be able to

4    render a verdict in this case?

5              Does anyone have anything else on their mind which

6    would affect your ability to serve on this jury and which was not

7    covered by the questions I have asked you here this morning?  Is

8    there anything that we need to know that I haven't asked you?

9              All right.  Let's see, Number 37.  And I'll ask

10   you -- that's Mr. Henton.  If it's something that is about this

11   particular case, we'll ask you to approach.  Why don't you come

12   on up.  And while Mr. Henton is coming up and the attorneys are

13   coming up, let me ask all of you, I told you that we would start

14   trial every day at 8:30, and we would break every day no later

15   than five o'clock.  Does anybody, if you're chosen on this jury,

16   does anybody have a significant transportation problem that you

17   would not be able to come on those days?  All right.  I see

18   Number 54.  All right.  Why don't we -- those of you who do, if

19   you would hold your panels up.  Mr. Henton, you come on up.

20             Guys, look, I can't even get my two defense guys in

21   here, so one of y'all are going to have to go back.  We're really

22   too many.

23        MR. D'AMICO:  Judge, I'm going to turn my head a lot

24   because I do have a problem hearing.

25             THE COURT:  Mr. Henton, my general question about

1   whatever is on your mind that might affect your ability to serve

2   on a jury.

3            PROSPECTIVE JUROR 37:  Is this a class-action suit?

4            THE COURT:  No, sir.

5            PROSPECTIVE JUROR 37:  One of my employees, I believe,

6   that is involved is a -- he lived in a travel trailer and I

7   believe he's involved in something like this.

8            THE COURT:  This suit is, you know, I read in the

9   beginning -- at the beginning, this is a suit by Mr. Wright

10  against this particular manufacturer, not any other manufacturer,

11  and this particular contractor, Shaw, not any other.  There are

12  others out there, and there are others just as you may know

13  somebody who has a claim, but this trial will be about

14  Mr. Wright's claim alone.

15           PROSPECTIVE JUROR 37:  Okay.  I just wanted you to be

16  aware.

17           THE COURT:  Any questions for Mr. Henton?

18           MR. GIEGER:  Is there anything about -- is this employee

19  related to you?

20           PROSPECTIVE JUROR 37:  No, he's just an employee.

21           MR. GIEGER:  Is there anything about that employee

22  having a lawsuit that may involve a different manufacturer, a

23  different contractor --

24           PROSPECTIVE JUROR 37:  I'm not aware.  I'm not sure.

25  I'm sure it's one of those, but I'm not sure which one.

1      MR. GIEGER:  But does it influence your decision either

2 in favor of the plaintiff or the defendant or --

3      PROSPECTIVE JUROR 37:  Not really.  No.  I'm open to,

4 you know, whatever is going on.

5      THE COURT:  All right.  To hear the evidence in this

6 case, do you think you can hear the evidence in this case and

7 notwithstanding what you know about your coworker or your

8 employee, you can decide the case on what we hear here?

9      PROSPECTIVE JUROR 37:  Yes.

10      THE COURT:  Mr. Frank D'Amico, anything?  Anything,

11 Mr. Cheatwood.

12      MR. CHEATWOOD:  No, sir.

13      THE COURT:  Why don't y'all stay up here.

14      MR. D'AMICO:  Your Honor, that brings to mind a concern

15 that we have that there may be others who believe that this is a

16 class action.  I want them to understand that this is just a

17 single bellwether selection.

18      THE COURT:  Do you want me to say that to the group,

19 that this is a trial of Mr. Wright's claim?  I said it at the

20 beginning, but they don't understand necessarily.

21      MR. D'AMICO:  I think what they need to understand is

22 that the fact that there are other cases, that it only impacts

23 this one.

24      MR. GIEGER:  Well, it depends on what you're going to

25 repeat because I think you have told them this is a single

1   plaintiff in a case against a single manufacturer and a single

2   contractor.  My concern is, if we start talking about class

3   actions, other lawsuits, we're violating prior orders of this

4   Court, and you're going to have a tendency to make these people

5   go out and ask questions.  I don't care what you tell them, they

6   have a tendency to do that.

7          THE COURT:  Mr. Wright, he's the only one I've

8   introduced.

9          MR. CHEATWOOD:  Yes, sir.  I think we take the risk of

10  expanding the risk of questions.

11         THE COURT:  I would rather not wade into those waters.

12             Let's talk about the travel people.  Let's get

13  Number 19 up here.  Ms. Olivier.  And, Ms. Bergeron, if you would

14  come and if you would stand right over here, right in front of

15  the court reporter, so you could be next.  And after that,

16  Ms. Hodge.  And then after that, Ms. Watkins.  All right,

17  Ms. Olivier, you said you might have transportation problems?

18         PROSPECTIVE JUROR 19:  Yes, sir, I've never driven in

19  New Orleans and I'm depending on someone to drive me.  If I

20  thought it would be maybe just a couple of days, it wouldn't be

21  as bad, but trying to find somebody for that long a period of

22  time to spend all day, it just kind of leaves me nervous.

23         THE COURT:  You drive yourself in or you need a ride

24  with somebody?

25         PROSPECTIVE JUROR 19:  I need to ride.  I've never

1   driven myself.  And, well, what also makes me nervous is, my car

2   is on the recall list.  I have an appointment next week to bring

3   it in, so I don't know that I would be -- I would be leery just

4   to get on the road with it, if I was driving myself, but.

5           THE COURT:  We'll keep that in mind.  Of course, we

6   don't know who is going to be on the jury now, but what happens

7   oftentimes is jurors who come from the same part of the district,

8   sometimes one will drive and pick up the other.

9           PROSPECTIVE JUROR 19:  Actually, I had wondered if there

10  was a carpool.  I did a little research to see if there was a

11  carpool coming from Houma, but either I didn't look up the right

12  thing or there is none.

13          THE COURT:  If someone from your area gets picked to be

14  on the jury with you, oftentimes, that's frequently where jurors

15  will get together and share or one will agree to drive.  But

16  we'll keep that in mind.

17          PROSPECTIVE JUROR 19:  Okay.

18          THE COURT:  Do you have any relatives or anyone that

19  comes to town every day to work, maybe, or any you could ride

20  with?

21          PROSPECTIVE JUROR 19:  No, sir.  Not that I know of.

22          MR. GIEGER:  A question.  Could I ask her a question?

23              I notice from your claim form that one of the

24  things you said, you own a Toyota and that's the recall vehicle

25  you're talking about --

1          PROSPECTIVE JUROR 19:  Yes, sir.

2          MR. GIEGER:  -- the one with the sudden acceleration

3    problem?  And that's part of your transportation issue?

4          PROSPECTIVE JUROR 19:  A big part of it is that I don't

5    know my way around and I'm petrified of getting lost or getting

6    in a wreck because if I get somewheres, I don't even really know

7    where I'm at to be able to get help.  And so that concerns me

8    because the last time, even just riding when I filled out the

9    questionnaire, we got lost, and I had -- I guess you would call

10   it a panic attack because it just made me nervous, so it scares

11   me.

12         MR. GIEGER:  That's all I have, Judge.

13         THE COURT:  Thank you.  Ms. Bergeron.  Number 24.  You

14   indicated you had --

15         PROSPECTIVE JUROR 24:  My mom has Alzheimer's and I'm

16   taking care of her, and I need to be excused because she has

17   doctor's appointments and stuff that I have to tend to her with.

18   And my husband, he works in Alaska, so he's not able to help me

19   with all of this here, so I really need to be excused.

20         THE COURT:  She has doctor's appointments within the

21   next two weeks?

22         PROSPECTIVE JUROR 24:  I have an appointment tomorrow at

23   9:00 in Houma, and one Thursday at ten o'clock with her

24   neurologist.  So I mean, and then from there, I don't know if

25   they'll have other appointments for her next -- the following

 1  week.

 2          THE COURT:  Okay.  Who is her doctor?

 3          PROSPECTIVE JUROR 24:  Sir?

 4          THE COURT:  Who is her doctor that she is seeing?

 5          PROSPECTIVE JUROR 24:  Her doctor, his name is Abdul

 6  from Houma.

 7          THE COURT:  Does anybody have any questions?

 8          MR. GIEGER:  Did you say that you were the only person

 9  that could --

10          PROSPECTIVE JUROR 24:  Sir?

11          MR. GIEGER:  You said that you were the person to

12  transport -- is it your mother?

13          PROSPECTIVE JUROR 24:  Yes.  My sister works, so I'm the

14  only one.

15          MR. GIEGER:  You're taking your mother to the doctor,

16  correct?

17          PROSPECTIVE JUROR 24:  Yes, sir.

18          MR. GIEGER:  That's all, Judge, I just didn't hear.

19          THE COURT:  Mr. Cheatwood?

20          MR. CHEATWOOD:  No, sir.

21          THE COURT:  All right.  Next would be Ms. Hodge, Number

22  48.

23          PROSPECTIVE JUROR 48:  Transportation itself is not my

24  issue.  I didn't know if y'all were going to come to that point,

25  but I take care of my six-year-old grandson because his mother,

1    since the questioning initially for this trial, has become

2    incarcerated and he also goes to therapy.  He has a therapy

3    appointment on Tuesday.  He was molested by my stepson.  And I'm

4    the one that cares for him for that.  And I have a

5    seven-month-old grandson that I take care of Monday, Tuesday and

6    Wednesday.  That would be a hardship.

7            THE COURT:  Does anybody have any questions for

8    Ms. Hodge in connection with that?  All right.  Thank you,

9    Ms. Hodge.

10            And last but not least would be Ms. Watkins.

11    Ms. Watkins.

12            PROSPECTIVE JUROR 54:  Mine would be a financial

13    hardship.

14            THE COURT:  Speak a little bit louder but not too loud.

15            PROSPECTIVE JUROR 54:  Actually, my mother had to drive

16    me the first time and this time.  I knew that she would have to

17    take off work to get me here, because as of the moment my license

18    is suspended, so I can't drive.  That would be the main reason.

19            THE COURT:  So your mother would have to take you to and

20    from or somebody else.

21            PROSPECTIVE JUROR 54:  And it's just me and my mom in

22    this.

23            THE COURT:  Okay.

24            MR. CHEATWOOD:  Excuse me, may I ask?

25            THE COURT:  Sure.

```
 1          MR. CHEATWOOD:  Did you say your mother would have to
 2   take off from work to bring you?
 3          PROSPECTIVE JUROR 54:  Yes.
 4          THE COURT:  Right, that's what I understood.  Anybody
 5   else, questions for Ms. Watkins?
 6          MR. GIEGER:  Thank you very much.
 7          THE COURT:  Thank you.  A few more here.  Some late
 8   entries here.  I thought that was the last one.  Number 35 is
 9   Ms. Baham.
10          PROSPECTIVE JUROR 35:  I don't have any transportation
11   because me and my husband go out every -- on a Tuesday and stay
12   'till Friday in Natchez, Mississippi, to work.  And we have been
13   doing that for a whole year.  And I won't have any transportation
14   to come.
15          THE COURT:  You and your husband go together to Natchez?
16          PROSPECTIVE JUROR 35:  Yes.
17          THE COURT:  And you work from Tuesday until when?
18          PROSPECTIVE JUROR 35:  Friday.
19          THE COURT:  You all only have one car?
20          PROSPECTIVE JUROR 35:  Yeah, one car.  And all of my
21   children work.  I can't use their cars.
22          THE COURT:  And you're coming from Madisonville?
23          PROSPECTIVE JUROR 35:  Yeah.
24          THE COURT:  Any questions, Counsel?
25          MR. GIEGER:  None, Your Honor.
```

 1          MR. CHEATWOOD:  None, Your Honor.

 2          MR. D'AMICO:  You said you have no transportation?

 3          PROSPECTIVE JUROR 35:  No.

 4          THE COURT:  Thank you, Ms. Baham.

 5              Number 36 is Ms. Barrio.

 6          PROSPECTIVE JUROR 36:  Good morning.  I don't know if

 7  I'm going to be able to stay because I just got out of the

 8  hospital about six days ago, and I have diverticulitis, and I'm

 9  on pain medication.

10          THE COURT:  Is that on an emergency basis where you had

11  to go to the hospital?

12          PROSPECTIVE JUROR 36:  Yeah.  I have an infection in my

13  stomach and in my bowels.

14          THE COURT:  How long were you in the hospital?

15          PROSPECTIVE JUROR 36:  Five days.

16          THE COURT:  And you got out of the hospital six days

17  ago?

18          PROSPECTIVE JUROR 36:  Uh-huh.  But I still have

19  diarrhea.  And I can't eat anything.  Because if I eat anything I

20  have to constantly get up running.

21          THE COURT:  And you're taking pain medication right now?

22          PROSPECTIVE JUROR 36:  Yeah, Lortab, 500 milligrams.

23          THE COURT:  How often, like every four hours?

24          PROSPECTIVE JUROR 36:  Every 4 hours.  But I didn't take

25  none today because I know I had to come here.  I didn't want to

1    miss nothing.

2              THE COURT:  All right.  Counsel, any questions?

3              MR. GIEGER:  No, Your Honor.  Thank you very much.

4              THE COURT:  Thank you.  Y'all can return to your seats.

5              Last, but not least, since I've been asking you-all

6    questions and you've been responding, the last thing we would

7    like you-all to be able to tell the lawyers and the parties in

8    this case is to stand up and introduce yourself.  We will start

9    with Juror Number 1.  And we will go in the same order, starting

10   with Ms. LeBoeuf here.  Same order.  I've asked you to give the

11   following information, if you would.  And after the first couple,

12   you'll understand exactly what they're looking for.  I need to

13   get you to state your full name, stand up and state your full

14   name, your marital status, okay.  Your employment, where you and

15   your spouse, if you have a spouse, where you're employed, the

16   number of children you have and their ages, and if you have grown

17   children that are in the work force, tell me what each of your

18   children does for a living.  Okay.  It sounds like a lot, but

19   after the first couple, you'll see it goes by pretty smoothly.

20   All right, Ms. LeBoeuf, if you'd like to take the first shot at

21   it.

22             PROSPECTIVE JUROR 1:  Rebecca LeBoeuf, single,

23   Terrebonne General Medical Center of Louisiana, and I have no

24   children.

25             PROSPECTIVE JUROR 2:  My name is Charlyn Michelle Lynn

1  Hartzog.  I work at the Washington Parish School Board office.  I

2  am married.  My husband is a teacher, he also works for the

3  Washington Parish School Board.  I have one daughter, and she is

4  15.  Did I forget anything?

5          THE COURT:  I think that's it.

6                    So far, so good.  Mr. Kraemer.

7          PROSPECTIVE JUROR 3:  Donny Kraemer.  I work for Valero,

8  St. Charles Refinery.  I am currently separated.  I have one

9  daughter, five-years old.

10          THE COURT REPORTER:  Would you please use the

11  microphone.

12          THE COURT:  We have one here which generally will pick

13  up whatever someone in the jury box says, but let's go ahead and

14  just pass this one along.  Next would be Mr. Jowers.

15          PROSPECTIVE JUROR 4:  I am Troy Daniel Jowers, realtor

16  with RE/MAX, and I am single with no children.

17          THE COURT:  All right.

18          PROSPECTIVE JUROR 5:  Frank Leonard Tridico, I'm

19  retired, however, I'm presently a lecturer at Southeastern

20  Louisiana University, I'm widowed.  I have two children.  My son

21  works with the St. Tammany Parish School Board.  He's a high

22  school teacher.  My daughter is with Ochsner Foundation Hospital

23  as an administrator.

24          THE COURT:  All right.  Thank you.

25          PROSPECTIVE JUROR 6:  Good morning, my name is Tony

1  Dire.  I'm a plumbing apprentice with a company called Avalon

2  Plumbing.  I'm married.  My wife is a computer systems analyst

3  for a company called CIRCO International.  I have two children.

4  They are eight and five.

5       THE COURT:  What does your wife's company, what kind of

6  business is that?  What are they engaged in?

7       PROSPECTIVE JUROR 6:  They are engaged in government

8  contracting, computer contracting.  PeopleSoft.

9       THE COURT:  All right.  Thank you.

10      PROSPECTIVE JUROR 7:  My name is Kara Svoboda and I'm

11  married.  I work with Thibodaux Post Office.  My husband works at

12  Schlumberger, we have four children, one is 34, 33, 31, and 27.

13  Our daughter works for a drug company.  A sales rep.  My son

14  works for an oilfield company.  My other daughter is a nurse and

15  my youngest son is in the Navy.

16      THE COURT:  What does your husband do at Schlumberger.

17      PROSPECTIVE JUROR 7:  He works offshore.

18      THE COURT:  Thank you.  Let's go ahead and pass that

19  back over here to Mr. Domingue.

20      PROSPECTIVE JUROR 8:  My name is Preston Domingue, Jr.

21  I'm a superintendent over a fabrication shop and a machine shop.

22  I am married.  My wife is Dale, and she works at a local heating

23  and cooling installation in Napoleonville and Assumption Parish.

24  My daughter is 29.  I have one child, and she's in the banking

25  industry in Virginia.  She's married to a gentleman in the Navy.

1    And I expect my first grandchild.

2           THE COURT:  Great.  Let me ask you, you said your wife

3    worked at a heating and air conditioning company, what type of

4    work does she do there?

5           PROSPECTIVE JUROR 8:  It's installation for heating and

6    air conditioning.  Installation clerk.

7           THE COURT:  Does she work in the office?

8           PROSPECTIVE JUROR 8:  She works in the office.

9           THE COURT:  With paperwork and billing and things like

10   that?

11          PROSPECTIVE JUROR 8:  Yes.

12          THE COURT:  All right.  Ms. Hunt.

13          PROSPECTIVE JUROR 9:  My name is Kimberley Hunt.  I work

14   for a law firm, Dwyer, Cambre & Suffern.  I am an administrative

15   assistant, my husband works for Wells Fargo Home Mortgage.  I

16   have two children.  One is three and one is five.

17          THE COURT:  All right.  Thank you.  Great.

18          PROSPECTIVE JUROR 10:  My name is David Dottolo.  I'm

19   married.  I work at Dow Chemical, project coordinator.  My wife

20   works at Dow Chemical as an administrative specialist.  And I

21   have no children.

22          PROSPECTIVE JUROR 14:  My name is Lori Arceneaux, I'm an

23   office manager for a dentist.  My husband works in the oilfield.

24   He is a budget analyst.  I have one son that's 19 and he's a

25   waiter.

1           PROSPECTIVE JUROR 15:  My name is Yvonne Bermudez, I am

2    currently unemployed.  What else do you need?  I have no

3    children.  I'm single.

4           PROSPECTIVE JUROR 16:  My name is Evelyn Harrison, and I

5    am a human resources manager for the Council on Aging in

6    Jefferson Parish.  I have three children.  I'm divorced.  And

7    my -- it's three girls, in other words.  My oldest daughter

8    travels with her husband, who is in the military, she's a

9    physical therapist.  My second child is an operations manager for

10   an offshore drilling company.  And my youngest is a manager for a

11   storage unit here in Orleans Parish -- I'm sorry, Jefferson

12   Parish.

13          THE COURT:  Jefferson, okay.  Thank you.

14          PROSPECTIVE JUROR 17:  My name is Kayla Portier.  I'm a

15   registered nurse at Terrebonne General Medical Center.  I'm

16   engaged.  My fiancé is a welder and we have no children.

17          THE COURT:  Thank you.  For the sake of counsel who are

18   looking at the numbers, there is no Juror Number 18 this morning.

19          PROSPECTIVE JUROR 19:  I'm Sheila Olivier.  I'm a credit

20   clerk at South Louisiana Bank in Houma, Louisiana.  I'm single

21   and I have no children.

22          THE COURT:  I think also numerically there is no Juror

23   Number 20.

24          PROSPECTIVE JUROR 21:  I'm Karen Sutherland, I'm

25   widowed.  I have three children, ages 13, 11 and 9.  And I work

1    at Evergreen Tractor as a manager.

2         THE COURT:  Okay.

3         PROSPECTIVE JUROR 22:  Daniel Wardle, Jr.  I'm a civil

4    engineer with Jacobs Engineering.  I'm married.  My wife is a

5    homemaker.  I have a four-month-old daughter.

6         PROSPECTIVE JUROR 23:  Lawrence John Keeley, Sr.

7    Married, I have three children.  Youngest is 26, and I have four

8    grandchildren.  My wife is a homemaker.  I work for

9    Kinder/Morgan, Inc., as an operator.

10         THE COURT:  Thank you, Mr. Keeley.

11         PROSPECTIVE JUROR 24:  My name is Martha Bergeron.  I

12    have two children, they are in private school that I take back

13    and forth.  I have a husband, married 21 years.  And he works out

14    of Alaska.  And I also tend to my mom that has Alzheimer's.

15         THE COURT:  Okay.  Let's go with juror Number 25.

16         PROSPECTIVE JUROR 25:  I'm Greg Zeringue.  I'm separated

17    currently.  I own an independent insurance agency, and my

18    daughter is 28 years old, and she works for the Zeno Grain

19    Elevator.

20         PROSPECTIVE JUROR 26:  My name Baron Coleman, I work at

21    the Intercontinental Hotel.  Married, my wife works at UNO.  I

22    have one son, 17, high school, McDonogh 35.

23         THE COURT:  Did you say your wife works at UNO?

24         PROSPECTIVE JUROR 26:  Yes.

25         THE COURT:  What type of job?

1          PROSPECTIVE JUROR 26:  Janitorial.

2          PROSPECTIVE JUROR 27:  My name is Paul Michel, I'm a

3   small business owner.  I have three sons, one is a petroleum

4   engineer, two are still in college, and my wife is a retired

5   registered nurse.

6          PROSPECTIVE JUROR 28:  My name is Robyn Meade.  I'm a

7   computer analyst for Care Fusion.  We install medical equipment

8   in hospitals.  I'm engaged to be married, and he is a business

9   owner.  He is a real estate appraiser.

10          PROSPECTIVE JUROR 29:  My name is Robert Bryant.  I work

11   for Chevron as an operator.  My wife is a lab supervisor for a

12   company called Wellman.  They make plastic.  I have one child

13   from a previous marriage.  And she's 14.

14          THE COURT:  Thank you.

15          PROSPECTIVE JUROR 30:  My name is Theresa Mott.  I work

16   as a para professional at Saint Matthews Episcopal School.  My

17   husband is a meat cutter.  I have four children.  My oldest son

18   is a computer analyst.  My oldest daughter works for an insurance

19   company.  I have a son that's deceased, and I have a 15-year-old

20   in high school.

21          PROSPECTIVE JUROR 31:  My name is Donald August.  I'm

22   employed by Mix Bros. Tank Services in Norco.  I'm also the

23   pastor for the Rising Star Baptist Church of LaPlace.  My wife is

24   Roberta.  She's a librarian for St. John Parish.  We have been

25   married 26 years, one son, 14 years old.

1          THE COURT:  Thank you, Mr. August.  If you would pass

2     that back.

3          PROSPECTIVE JUROR 32:  My name is Crozet Duplantier.

4     I'm married, both my wife and I work for the Louisiana

5     Philharmonic and we have no children.

6          PROSPECTIVE JUROR 33:  My name is Brian Joseph Jones.

7     I'm married.  I work for Star Commercial Linen.  My wife is on

8     medical disability.  I have seven children.  27-year-old teacher

9     in private school in St. Tammany, 25-year-old teacher in Alaska.

10    20-year-old is at home, 16, 15, 13, 11-year-olds all in school.

11         THE COURT:  All right.  Thank you, Mr. Jones.

12         PROSPECTIVE JUROR 34:  Patrick McCourtney.  Single.  I

13    work for Sherwin Williams.

14         THE COURT:  Thanks.

15         PROSPECTIVE JUROR 35:  Jesslyn Baham, I'm married.

16    Homemaker.  My husband is a carpenter, self-employed.  I have

17    three children.  One is 40.  She's an accounts payable at a Pool

18    Company.  My next daughter, she's 33, and she works in a doctor's

19    office, Dr. Tidings office in Covington.  And a son, he's a

20    carpenter.  He stays in Slidell.

21         PROSPECTIVE JUROR 36:  Carla Barrio.  I have two

22    children, single.  25 and 21.  One is a carpenter, working in

23    Texas right now.  One's at home.

24         PROSPECTIVE JUROR 37:  My name is John Henton, Jr.,

25    married.  Six children.  Own a small business.  Oldest child

1    manages a Honeybaked store, second child, married, has a baby, in

2    College.  Next child, school.  Next child, school, next child,

3    school.  My wife is Gail.

4             THE COURT:  Thank you.

5             PROSPECTIVE JUROR 38:  Aquilino Pacris, married.  One

6    children.  One child, I mean.  I'm working at Walmart.

7             THE COURT:  Pass that over.  We can start on the row

8    behind you.

9             PROSPECTIVE JUROR 41:  Hi, my name is Helen Granier.  I

10   work at a dentist shop in a medical center.  I'm a medical tech.

11   I work in ICU.  I have five children.  The two oldest is an

12   operator in the oilfield.  My third oldest, he teaches for the

13   Lafourche Parish Sheriff's Department.  And my daughter is a

14   homemaker, and my last son is a carpenter.

15            PROSPECTIVE JUROR 42:  My name is Lenetta Dunbar.  I

16   work for Winn-Dixie in retail.  My husband works for Winn-Dixie

17   at the warehouse in management.  I have four sons.  My

18   19-year-old goes to Southeastern and works part-time for

19   Winn-Dixie.  My 21-year-old is unemployed.  My 30-year-old is

20   unemployed.  My 36-year-old works for a piping company in Baker,

21   Louisiana.  I'm not sure of the name.

22            THE COURT:  All right.

23            PROSPECTIVE JUROR 43:  I'm Rebecca Crain.  I'm a teacher

24   for St. Tammany Parish Schools and I'm single with no children.

25            PROSPECTIVE JUROR 44:  Melvin Beasley.  Married.  My

1   wife is assistant regional director of Jefferson Parish.  I work

2   for the Louisiana Department of Revenue, tax specialist or

3   revenue specialist.  Two sons.  Oldest is 25, product manager,

4   Microsoft Corporation.  The youngest son, 21, college student.

5           THE COURT:  Thank you, Mr. Beasley.  Ms. Johnson.

6           PROSPECTIVE JUROR 45:  My name is Ms. Johnson, I work at

7   Truman, Westbank, as a parent advisor.  I'm married.  My husband

8   was employed with the Federal Reserve, with cash and receiving

9   and handling money, and just recently unemployed.  I have a son,

10  he's 19, he attends college, and a 14-year-old daughter.

11          PROSPECTIVE JUROR 46:  My name is Danny Dodson.  I'm an

12  ophthalmologist in Mandeville.  My wife is a nurse.  We have two

13  little boys that are five and two.

14          PROSPECTIVE JUROR 47:  Pamela Stern.  Unemployed.

15  Married.  Husband works for Leightenheimer.  Two children.  One

16  13.  One 21, a senior at UNO.  That's it.  Pursuing a law degree.

17          THE COURT:  Thank you, Ms. Stern.

18              Ms. Hodge, I think, is next.

19          PROSPECTIVE JUROR 48:  Pam Hodge, I'm married.  My

20  husband, James, is an air conditioning heating mechanic for AC

21  Ambulance in this area.  I work at Lakeview Regional Medical

22  Center in St. Tammany Parish, over there in Mandeville,

23  Covington, I'm a medical records clerk.  I have two children.  My

24  oldest is 29.  She does not work.  She has issues.  I have a

25  22-year-old and she does work.  She also works at Lakeview.  She

1    is an emergency room admit clerk.

2             I have two grandchildren which I care for, a

3    six-year-old and a seven-and-a-half month old, and we have

4    stepchildren, but we don't have custody.

5             PROSPECTIVE JUROR 50:  Kenneth Greene, Jr.  I'm married.

6    I work at Frischhertz Technologies.  My wife works in purchasing

7    at East Jefferson Hospital.  I have two kids, and the

8    stepdaughter is five, and my son is three.

9             PROSPECTIVE JUROR 51:  Minor Woodward.  I am retired as

10   a multiline insurance agent.  I have a 42-year-old son, is a

11   sales manager out of Georgia, in a countertop business.  My

12   youngest son died two-and-a-half years ago.

13            PROSPECTIVE JUROR 52:  My name is Victoria Wild.  I'm a

14   training manager at Blockbuster, I'm single and I have no kids.

15            PROSPECTIVE JUROR 53:  My name is Greta Lewis, and I'm

16   employed by Peter Mayer Advertising.  I am a billing clerk.  I'm

17   also married, my husband is a sergeant in the New Orleans Police

18   Department.  I have two step sons, which are 22 and 19, and I

19   have one daughter that's ten.  The 22-year-old is in college in

20   Mississippi, and the 19-year-old is also in college.

21            THE COURT:  Thank you.

22            PROSPECTIVE JUROR 54:  My name is Deanndre Watkins, I'm

23   employed at Raceland Manor.  I'm 21, single, with no kids.

24            PROSPECTIVE JUROR 56:  My name is Christel Rogers.  I'm

25   married.  My husband is currently unemployed.  We have two

1   children, one is seven and one is six.

2          PROSPECTIVE JUROR 58:  Earl Brunet, Jr., production

3   superintendent, Metco Energy U.S., married, two children, 17 and

4   15.  Wife is a schoolteacher in Terrebonne Parish.

5          PROSPECTIVE JUROR 59:  Rob Tepper, I'm an earth

6   scientist, I work for Chevron in Covington.  I have two children,

7   13 and 16.  They are both in school.  My wife is in private

8   practice.  She's a therapist.

9          THE COURT:  Okay.

10          PROSPECTIVE JUROR 60:  My name is Carole Lovelace and

11   I'm a former Delta flight attendant.  I currently manage a

12   boutique in the French Quarter and manage a 501(c)(3) charity,

13   and I'm single with no children.

14          THE COURT:  Let me ask at this time, Counsel, to

15   approach the Bench.  If you all would, give us, I appreciate your

16   patience, if you would give us a few minutes.  This is the time

17   period, if you do need to use the restroom -- don't everybody

18   leave at once, but if you can kind of take turns or maybe a

19   couple of you at a time or a few of you at a time, to go ahead

20   and use the restroom.  The rest of you, if you would like to talk

21   very quietly while I talk to the attorneys, you may do so or you

22   can stand and stretch.  But please don't be -- if you leave the

23   room, please don't be gone long, because we're going to have to

24   wait for the last person to come back in before we start-up and

25   if that happens, we'll be waiting on you if you're not in here.

1   Counsel, would you approach.

2          MR. GIEGER:  Are we going to continue to have two

3   plaintiffs up here?

4          THE COURT:  I'm trying to limit it to two, but I prefer

5   one, quite honestly.

6          MR. CHEATWOOD:  Judge, we've got two plaintiffs lawyers

7   here.

8          THE COURT:  I'm trying to limit it to two and two.  I

9   would prefer to have only one person; otherwise, I could have

10  everybody up here.

11         MR. REICH:  Your Honor, Dennis Reich, counsel for

12  Mr. Wright.

13         THE COURT:  We're discussing cause.  Let's hear

14  challenges for cause, starting with plaintiff's.

15         MR. REICH:  Sure.  Your Honor, with respect to juror

16  Number 29, we believe that juror Number 29 lived in a FEMA

17  trailer and therefore would not have been eligible to be on the

18  jury pool.

19         THE COURT:  I've got 29 down, too, as a person who lived

20  in a FEMA trailer.

21         MR. GIEGER:  That's the Chevron operator.

22         THE COURT:  I've got 29, and the other one was -- there

23  was a lady sitting in the back who also resided in a FEMA trailer

24  and I think those two obviously got through the questionnaire

25  process, but should not sit on this jury for that reason alone.

 1  What number was the other?  The number of the other lady who

 2  lived in the FEMA trailer.  That was Ms. Rogers who lived in

 3  Larose, Louisiana.  Am I correct?  Did anybody make a note of

 4  that?

 5          MR. D'AMICO:  Which number was this?

 6          THE DEPUTY CLERK:  Ms. Rogers was 56.

 7          THE CLERK:  Yes, it was her.

 8          THE COURT:  So we're going to eliminate 56 as well.

 9          Let me also tell you, we did not have reporting 18,

10  20, 49, and I'm noticing we don't have a 55 either.  That was

11  Mr. Fox.  So obviously we can't pick them out.  We'll deal with

12  them later, but they are not here, and they are not going to be

13  picked for the jury.

14          MR. GIEGER:  I don't think we're going to need them.

15          THE COURT:  I understand that, but I'm concerned that

16  they didn't show up when they were supposed to be here, but I'll

17  take care of that myself.

18          MR. GIEGER:  One was 29 and the other one is?

19          THE COURT:  56.  I also have Ms. Bergeron, Number 24,

20  who was the lady whose husband is in Alaska and whose mother has

21  Alzheimer's doctor's appointments.  I think she's truthful.

22  She's got a jacket on that says Prudhoe Bay, Alaska.  Now, she

23  may have gone on vacation there, but I think that her

24  circumstance warrants excuse for cause.  I asked her the name of

25  the doctor to see if she could come up with the name of a doctor

1   and she did quickly, although she stumbled on the pronunciation,

2   she didn't have to stop and think.

3                  Any other challenges for cause?

4           MR. REICH:  Yes, Your Honor.  Juror Number 3, owned a

5   Forest River Wildcat Trailer.  Juror Number 3, I believe that's

6   based on questionnaire information.

7           THE COURT:  Now, wait a minute, I've heard challenges

8   for cause based on questionnaires and I've ruled on those.  I'm

9   talking about here this morning.  I don't want to revisit

10  something I've already ruled on.  If you've already submitted it

11  to me as a challenge for cause, then you'll have to use a

12  peremptory.

13          MR. D'AMICO:  That one is not for cause.

14          THE COURT:  That's not a FEMA trailer.  It's not

15  something that he lived in as a result of Katrina.  I didn't put

16  him down as a challenge for cause.  We did have a couple of other

17  circumstances of people with transportation.

18          MR. GIEGER:  Judge, are you asking just for that,

19  because I have --

20          THE COURT:  I'm asking plaintiff for challenges for

21  cause for me to rule on, and then I'll get to you guys.

22          MR. GIEGER:  Yes, Your Honor.

23          THE COURT:  So far I have three.  We have Ms. Olivier,

24  Number 19, with the transportation problems.

25          MR. GIEGER:  I'm going to bring her up, Judge.  If you

 1    want me to go ahead.

 2           THE COURT:  Go ahead.  I need to go -- go here while --

 3    who else for cause?

 4           MR. D'AMICO:  Anyone with transportation problems.

 5           THE COURT:  19, 24, 35, 48, and 54.  The other lady, 48,

 6    is Ms. Hodge.  She had a series of problems, including child care

 7    with her daughter, and then she said her daughter had some issues

 8    when she was up here, I think she said her daughter was

 9    incarcerated.

10           MR. GIEGER:  She was the only child care person.

11           THE COURT:  We probably won't get to her but I'll go

12    ahead and excuse her for cause.

13           MR. REICH:  Which one is that, Your Honor?

14           THE COURT:  48.  The others with transportation, was 19,

15    Ms. Olivier.

16           MR. GIEGER:  She has a multiple.  Considering the amount

17    of people we are going to have in this jury pool, Judge, she's

18    not only got a transportation problem, I think she's scared to

19    death about being in New Orleans.

20           THE COURT:  Is everybody in agreement that she's out?

21           MR. GIEGER:  Yes.

22           MR. REICH:  Yes.

23           MR. CHEATWOOD:  Yes, sir.

24           THE COURT:  Number 24, we've already talked about

25    Ms. Bergeron.  48 we've talked about.  35 was Ms. Baham.

 1          MR. CHEATWOOD:  Yes, sir.  That's the lady whose husband

 2   drives here and goes to Natchez.

 3          THE COURT:  Right.  Ms. Baham, Number 35, the lady who

 4   had one car and they go to Natchez to work.  We probably won't

 5   get to her, but --

 6              And then the other one was 54, which we also

 7   probably won't get to.  That's Ms. Watkins.  Does anybody have

 8   any problems striking Ms. Watkins?  She was the one whose mother

 9   had to take off of work to bring her.  She's got the little

10   piercing on the eye.

11              Those are all excused for cause.  Any others for

12   cause on the plaintiff side?

13          MR. CHEATWOOD:  I'm sorry, I didn't hear you, Judge.  I

14   apologize.

15          THE COURT:  Plaintiffs.  Come on, let's go.

16          THE DEPUTY CLERK:  Judge, excuse me, Number 46 has a

17   question, a juror.

18          THE COURT:  Has a question?

19          THE DEPUTY CLERK:  I don't know if you want to tell them

20   to wait.

21          THE COURT:  Can they relay the question through the CSO?

22   I mean, is it that kind of question?

23              Any other challenges from plaintiff?  Come on, last

24   chance.  You're taking too much time.

25              Mr. Gieger.

 1         MR. GIEGER:  Mr. Cheatwood is going to have one, but I
 2    have no others for cause.

 3         THE COURT:  Mr. Cheatwood.

 4         MR. CHEATWOOD:  Judge, I'm thinking Number 36, the lady
 5    with diverticulitis that came up and said she was on pain
 6    medication, just out of the hospital.

 7         THE COURT:  Yes.  Number 36 is the lady who had been in
 8    the hospital, who just got out of the hospital.  She said she has
 9    a diarrhea problem and she takes painkillers.

10         MR. REICH:  Yes, and recently hospitalized.

11         THE COURT:  Since she filled out the questionnaire, she
12    was in the hospital.  So 36 is out.

13              Anybody else?  This is for cause, strictly for
14    cause.

15              Y'all want to return to your tables, and we'll do
16    peremptories.

17         MR. REICH:  We will have a motion, Your Honor, if I may
18    go forward on it.

19              Lyndon Wright is African-American.  The first
20    26 jurors which would constitute a strike zone, given the fact
21    that there were five jurors who were no-shows within the original
22    strike zone which would go up to 21, Jurors Number 11, 12, 13,
23    18, and 20 did not appear in court.

24              So the strike zone, based upon the nonappearances
25    of the jurors that I simply enumerated would reach Number 26.

1   Within the first 26 jurors, I'd ask the Court to take judicial

2   notice that there are two African-Americans seated in the venire,

3   one, Ms. Harrison, Number 16, and one, Mr. Coleman, Number 26.

4            That is 2/26ths of the eligible venire pool within

5   the strike zone is African-American.  That is an exceedingly

6   small percentage in light of the population that would comprise

7   African-Americans within the eligible jury pool for this Federal

8   District Court, and we believe that this needs to be remedied

9   before we can move to proceed with our peremptory challenges.

10           One reasonable remedy would be to shuffle, because

11  it appears that there are approximately 10 African-Americans

12  within the first 60 jurors -- or venire pool, which is still a

13  small percentage of African-Americans relative to the eligible

14  jury pool for this Federal District Court; but, nonetheless, it's

15  greater than 2/26ths.

16           THE COURT:  There are two out of 26 is what you said.

17           MR. REICH:  Two out of the 26 within the first 26.  Out

18  of 60, there are what I count -- and I would ask the Court to

19  take judicial notice -- that there are ten African-Americans

20  seated.

21           So we would ask as a remedy to rectify the

22  situation, so that there is no violation of equal protection or

23  the ability of African-Americans to participate in the jury

24  selection process that there be a shuffle done before we proceed

25  to peremptory challenges.

1          And by shuffle, I'm asking that the individual

2     jurors be randomly mixed and a drawing can then take place or

3     some procedure that would allow a reassignment of the numerical

4     order of the seating of the venire pool.  Such a procedure would

5     provide a suitable remedy and would ameliorate what could be an

6     unfortunate and unacceptable equal protection problem.

7          MR. GIEGER:  Judge, I have a number of responses to

8     that.  First of all, the pool that presently sits in this

9     courtroom is determined by a number of factors.  That is the

10    factors the Court must consider.

11         The Court must consider where the pool was

12    originally drawn from and whether or not prior to the selection

13    of that pool, statistically, whether or not there was any *Batson*

14    type of elimination.

15         As the Court well knows, there was not.  This was a

16    pool of 160 people or more, in which the Court did its own review

17    prior to the -- providing us with challenges -- I'm sorry,

18    opportunity to review forms, which the plaintiff themselves had

19    agreed to the amount of questions.

20         Specifically, the Court forms did not provide us

21    with the race of any individual so we could make our original

22    cause challenges without subject to information relative to race.

23    So the pool originating from the Court and the panel originating

24    from the Court as it relates to the original people that were

25    available for today had no racial overtones.

1          The panel was then set, and in conformity with what

2     the Court's ruling had been in the prior case, we were to know in

3     advance so we would have no chance of asking different questions

4     today, substantially what these people would -- what their

5     backgrounds would be.

6          I would note that the panel themselves as it

7     relates to the people who are out there, I have not counted them

8     because I don't think there is any racial discrimination relative

9     to the selections.

10         The plaintiffs themselves on cause challenges

11    struck a number of African-Americans as it relates to the people

12    that they wanted eliminated and agreed to for cause.  So they had

13    a cause objection relative to African-Americans.

14         I know two, I would have to go back and look, but

15    clearly two of the people that were dismissed for cause were

16    African-Americans.  So if there is any bias relative to the jury

17    pool itself, it's created as much by the plaintiffs as anyone

18    else.

19         Finally, there is no precedent in the Eastern

20    District that I know of -- I clearly practice law in Texas, and I

21    clearly understand the shuffle process -- there is no provision

22    in this Court to allow for a shuffle for any reason whatsoever,

23    and I would say that that's contrary to the rules of this Court.

24         THE COURT:  Counsel?

25         MR. CHEATWOOD:  Yes, sir.  I agree and adopt everything

1  Mr. Gieger said.  Further, Judge, this pool was randomly put in

2  order.  To reshuffle for the purpose of adding African-Americans,

3  which is the stated goal in my view, would itself potentially

4  violate equal protection of civil rights.

5         We've picked it randomly.  It's been random from

6  the beginning.  We're here without anybody knowing who was going

7  to be where.  This is a fair venire.  Let's go on with selecting

8  the jury.

9      THE COURT:  Let me say this.  First of all, the jury

10 pool itself was constituted as all Eastern District jury pools

11 are, it's a cross-section, as far as the random shuffling of

12 names so as they can be numbered from one through however many is

13 done without regard to race.

14        In addition, two of the jurors who would have been

15 in the strike zone, unbeknownst to all of us and through no fault

16 of anyone, particularly the Court or the jury administrator's

17 office, I am told are African-Americans, and that would be 18,

18 Mr. Gilbert, and 20, Mr. Ellison.

19        Now, you all did not know that until I just told

20 you that, but I double checked on it in anticipation of precisely

21 an issue like this arriving.

22        That's not anybody's fault; but, having said all of

23 that, we have two African-Americans that are in the strike zone.

24 We will pick a jury of nine.  So, at least theoretically, and

25 subject to use of peremptory challenges, which is my appreciation

1    of what *Batson* is about, we could have a jury which consists of

2    two African-Americans and seven other, Caucasian or other

3    ethnicity, other race jurors.

4          So what I would -- although I will take judicial

5    notice as counsel requests, I think that we need to go through

6    the peremptory challenge process and see where we wind up.

7          And I appreciate you raising it now, but I don't

8    think as a remedy reshuffling the jury pool at this point is

9    going to yield a result any different than what we're looking at

10   right now.

11         In fact, if the numbers are -- your argument is

12   that the numbers are what they are, it's liable to be the same or

13   even fewer.

14         But the jury pool is randomly selected to begin

15   with and randomly numbered thereafter, so I'm going to decline to

16   reshuffle the jury at this point subject to hearing a *Batson*

17   challenge after the use of peremptory challenges happens.

18         MR. D'AMICO:  May I add something to the motion?  While

19   I agree with your conclusions, I must point out that the for

20   cause challenges were for personal reasons --

21         THE COURT:  For personal reasons.

22         MR. D'AMICO:  -- not something that the plaintiffs felt

23   that they could object to.  So, by saying that we acquiesced as

24   to -- I think that's unfair.

25         THE COURT:  Well, let me say for the record that I was

 1   going to mention those people to be excused for cause because I

 2   thought even before you all mentioned those names that those were

 3   people who had good, legitimate reasons, i.e., reasons for cause

 4   to not be in the jury pool.

 5        MR. GIEGER:  The only reason I mentioned that, Judge,

 6   for the record, is because in a *Batson* challenge, if you're going

 7   to make a *Batson* challenge, there has to be an effort by the

 8   party who seeks to make the *Batson* challenge to keep those people

 9   on the jury, and that didn't happen.

10        So, therefore -- I'm not saying they weren't

11   legitimate causes.  There are steps to be taken, Judge, and that

12   step was missed, so I have to make a record.

13        MR. REICH:  If I may make a quick comment, I don't

14   believe we've reached the *Batson* challenge portion of the jury

15   selection process yet.  *Batson* generally applies to the exercise

16   of peremptory challenges.

17        THE COURT:  That's what I just said.

18        MR. REICH:  Here, we're talking about the composition of

19   the strike zone.

20        THE COURT:  I'm going to overrule the objection, and

21   let's, if necessary, revisit it after we use our peremptory

22   challenges.

23        MR. REICH:  Thank you, Your Honor.

24        MR. GIEGER:  Judge, just so I'm absolutely clear, we're

25   talking about picking a jury.  As we pick we can strike back,

 1  right?

 2          THE COURT:  You can strike back.

 3          MR. GIEGER:  At any time?

 4          THE COURT:  You can strike whoever you want as long as

 5  I've got nine people who are open minded and, of course, the

 6  process can withstand --

 7          MR. GIEGER:  A challenge.

 8          THE COURT:  -- a challenge of any sort, which I will

 9  visit with you all about after we pick.

10              So let's start.  Plaintiffs, we're going to pick

11  six and six, I think is what we decided.

12          MR. D'AMICO:  Yes.

13          THE COURT:  Let's go ahead and pick.  We're going to go

14  back and forth, one at a time.  Let's do it as quickly as

15  possible.  We've got to get going.

16          (WHEREUPON, at this point in the proceedings, the

17  conference held at the bench concluded.)

18          THE COURT:  I visited with the attorneys just now about

19  some of the answers that some of you gave with regard to issues

20  that have come up as part of our questioning of you, and we've

21  completed that process.

22              What we are doing now is the courtroom deputy will

23  go from table to table here, from plaintiff's side to the

24  defendants' side, so that the attorneys can exercise what we call

25  peremptory challenges, which I made reference to earlier this

1   morning.

2           We'll do those.  She'll go back and forth.  When

3   that process is complete, and hopefully it will not take very

4   long, then I will know who is on the jury.  I will go ahead and

5   seat the jury, and the rest of you will be excused at that point

6   to go back downstairs to the jury administrator's office.

7           I don't know whether your day here will be done

8   then, it might be, but we will wait and see what results from the

9   exercise of peremptory challenges.  So if you all will bear with

10  us a little longer.  And, again, we appreciate your patience.

11          MR. GIEGER:  Judge, may we approach?

12          THE COURT:  Yes.

13          (WHEREUPON, at this point in the proceedings, there was

14  a conference held at the bench.)

15          MR. GIEGER:  Perhaps my perception of a back strike and

16  the Court's perception of a back strike is different.  I

17  understood that the plaintiffs had struck a juror, we have struck

18  a juror, they have struck a juror, and it is now our turn.

19          I've been told by the court personnel that I can

20  strike anybody between one and 28, but that doesn't give me a

21  back strike.  That's not a back strike provision because --

22  because a back strike provision would be -- she says if I pass

23  now, I've lost that strike.

24          MR. D'AMICO:  I don't think that's what you meant.

25          THE COURT:  No, that's not what I meant at all.

 1         MR. GIEGER:  I didn't think so.

 2         THE COURT:  Back strike means -- and I've -- in the

 3   eight years and something months I've been doing this, in

 4   addition to the time I practiced, back strike was that you could

 5   strike a person in the jury pool who has already been passed up.

 6   So, in other words, if they strike ten, you could go one through

 7   nine and still go strike.

 8              What is it that you -- you want to strike someone

 9   who is outside of the strike zone, further down?

10         MR. GIEGER:  Well, no, she said we could strike anybody

11   up to 28.  That would not be true.  You still have to stay within

12   the first nine strike zone.

13         THE COURT:  No, no, no.  It's within the entirety of the

14   strike zone.  If you want to strike somebody -- if you want to

15   strike somebody further down, that's not a back strike.  That's a

16   strike.

17         MR. GIEGER:  But I can also pass --

18         THE COURT:  If you pass, you lose your challenge.

19   You've got to exercise them one and one, back and forth.

20         MR. GIEGER:  That was the question.

21         THE COURT:  You can't hold them and say, well, I want to

22   see all of theirs and then I want to use three of mine.  No, you

23   have to use them, use them or loose them.

24         MR. GIEGER:  I just wanted to make sure, Judge.

25         THE DEPUTY CLERK:  You don't have to go in order.

1          (WHEREUPON, at this point in the proceedings, the

2   conference held at the bench concluded.)

3          THE COURT:  Are we almost done?  We need to pick up the

4   pace here.

5               We should be finished with this by now.  Come on

6   up.  Let's go.

7          THE DEPUTY CLERK:  They each have one more strike left.

8          (WHEREUPON, at this point in the proceedings, there was

9   a conference held at the bench.)

10          MR. GIEGER:  I don't have a strike.

11          MR. D'AMICO:  Judge, I think there is somebody that

12   needs to be questioned individually.  Number 27 said he couldn't

13   be fair with corporations.  He's already formed an opinion as to

14   formaldehyde exposure.  27.

15          THE COURT:  Where did he say this?

16          MR. D'AMICO:  He said it in his questionnaire.

17          MR. GIEGER:  This is going to questionnaires.

18          THE COURT:  We've already questioned all these people.

19   We've already heard challenges based on the questionnaires.

20          MR. CHEATWOOD:  He's talking about 26?

21          THE COURT:  You're talking about Mr. Michel; is that who

22   you're talking about?

23          MR. D'AMICO:  He says he does not believe he can be fair

24   with a corporation.  And he says CH20 exposure is not very

25   dangerous.

1    THE COURT:  What do you want me to do about it now?

2    MR. D'AMICO:  We would like you to question him.

3    MR. GIEGER:  I would object.

4    THE COURT:  Well, we've done -- we've covered all of

5  that.  We've had a chance for people to come up here and heard

6  challenges for cause.  I'm not going back and revisiting because

7  then they're going to want to revisit with somebody.  We could be

8  doing this all day.

9            No.  Let's go ahead.  Either use a challenge on him

10  or not.  Time for doing that has come and gone.

11    MR. D'AMICO:  We had voiced a for cause challenge.  I

12  will like an opportunity to question him to see if he would be

13  fair.  I don't believe he could be fair.

14    THE COURT:  No, we're going to be doing this all day

15  with every single person out there.  We're past that.

16    MR. D'AMICO:  Then we strike him.

17    MR. GIEGER:  I'm sorry.  Are they striking Number 27?

18    THE COURT:  27.

19    MR. GIEGER:  One quick question.  I'm trying just to

20  make sure.

21    THE COURT:  You're not using your last one?

22    MR. GIEGER:  Uh-huh (affirmative response).

23    THE COURT:  Oh, you are.

24    MR. GIEGER:  I am using my last one.

25    THE COURT:  Okay.

```
 1            MR. GIEGER:  I took off one.

 2            THE COURT:  Don't y'all leave yet.

 3            THE DEPUTY CLERK:  Number 1.

 4            THE COURT:  You got that?

 5                 All right.  Here's who I have.  Number 4 -- these

 6    are the nine -- 4, 7, 8, 9, 14, 15, 26 --

 7            MR. GIEGER:  23.

 8            THE COURT:  23 has been marked through.

 9            MR. D'AMICO:  I was going to strike him because I wanted

10    the cause on the other one, but he's in.

11            THE COURT:  He's in?

12            MR. D'AMICO:  He's in.

13            THE COURT:  23 is in.

14            MR. D'AMICO:  So it's 14 and 15.

15            MR. GIEGER:  23, 26, 28.  Go through it one more time

16    for the record.

17            THE COURT:  4, 7, 8, 9, 14, 15, 23, 26, and 28.

18            MR. GIEGER:  Correct.

19            THE COURT:  Is that nine?

20            MR. GIEGER:  That's correct, Your Honor.

21            THE COURT:  Are there any objections to the jury

22    selection process?

23            MR. GIEGER:  None from the defense.

24            MR. D'AMICO:  Yes.

25            MR. GIEGER:  I'm going to get my sheet of paper to do
```

1  my -- so I can do my response.

2          THE COURT:  Hurry up.

3          MR. REICH:  Plaintiff Lyndon Wright reurges his motion

4  to shuffle the number of jurors within the strike zone, which has

5  now reached Number 28 because of the absence of certain jurors.

6          That motion had been previously overruled, been

7  overruled by the Court; but, nonetheless, prejudice still exists

8  with respect to equal protection abilities of jurors of African

9  origin to participate in the jury service of this critical case.

10          There were two jurors within the strike zone of

11  African-American descent.  One was peremptorily --

12          THE COURT:  Wait, there were four jurors in a strike

13  zone, two of whom did not show up this morning.  So we're talking

14  about the jury's -- selection of a jury pool at this point.

15          MR. REICH:  Right.

16          However, with respect to the first 26 jurors who

17  actually appeared in the courtroom, there were two jurors of

18  African-American origin, and one was peremptorily struck,

19  Ms. Harrison.  We believe that the exclusion in this instance of

20  one juror nonetheless rises to the level of an appropriate *Batson*

21  challenge.

22          We would ask that in order for there to be a

23  racially and demographically balanced jury pool so that

24  Mr. Lyndon Wright, who is African-American, has an opportunity to

25  present his case without regard to any prejudicial attitudes,

1    that that one juror who was struck be reinstated and be allowed

2    to participate on this jury.

3              In order to perfect this challenge, all the

4    plaintiff needs to do is raise an inference of discrimination,

5    and the Court, under the applicable precedent, particularly the

6    *Miller versus Dretke* case, frequently referred to as

7    *Miller-El II*, has recognized that statistical disparities alone

8    can create an inference of discrimination.  So can the recent

9    2009 Fifth Circuit case.  I believe the case is styled *Price*

10   *versus Cain*.

11             And the citation for all of these cases are

12   referenced in the plaintiff's motion for a new trial that raises

13   *Batson* issues in connection with the *Alexander* case.

14             The burden is now on the defendant to articulate a

15   racially neutral reason as to why Ms. Harrison was struck, and we

16   do not believe that a racially neutral reason can be provided in

17   light of the presence of other jurors.

18             And it goes to now the paradigm set out in

19   *Miller-El II*, where the Court can look at all of the

20   questionnaires and do a side-by-side comparison of the jurors to

21   see if jurors with similar characteristics who responded

22   similarly to Ms. Harrison who were not African-American were not

23   struck by the defendant in this case.

24             We do not believe --

25             THE COURT:  First of all, you've got to make it short.

 1   We're time limited.  And you have got to be quiet.

 2        MR. REICH:  For the reasons that I have outlined, we

 3   request that the Court order the defendant now to assert a

 4   racially neutral reason as to why Ms. Harrison was struck.

 5        And I would further point out that there is case

 6   law saying that improper exclusion of one African-American on a

 7   jury pool under circumstances such as we have here is sufficient

 8   to give rise to an equal protection violation.

 9        Then I would ask the Court to make a judicial

10   finding on the record as to the bona fide basis of the

11   defendant's assertion, if they have one.

12        MR. GIEGER:  For a number of reasons we think the *Batson*

13   challenge is not valid, Judge.  First of all, as it relates to

14   the jury pool as it -- jurors as presently exist, Number 26 was

15   not struck, and therefore at least one African-American is on the

16   jury.

17        Please note also that Number 16, who is the juror

18   in question, was struck in our regular order, not out of order,

19   not last.  The reason is because there are legitimate

20   race-neutral reasons for striking.

21        It should be noted by the Court that the plaintiff

22   have made cancer or at least a fear of cancer a substantial

23   portion of their case.  In fact, it's one of the primary portions

24   of the case.  Noted in her forms when responding to toxin

25   anxiety, she says her brother died of emphysema and lung cancer,

1   and she believes it was as a result of exposure to chemicals.

2   Therefore, she has, in our opinion, a strong bias relative to the

3   issue of cancer, which is in favor of defendants.

4          She always has an anti-corporate bias because she

5   believes corporations have an unfair advantage in the courtroom.

6   Specifically, it says here, "In my opinion the corporation has

7   the resources to pursue a victory more often than not."

8          She also has personal experience with FEMA, and she

9   talks about that agency being irresponsible.  And as it relates

10  to third-party fault, that's at issue.

11         These are all issues -- and she also believes that

12  the money used by FEMA was wasted; therefore, it would be wasted

13  on the trailer.  These are all absolutely neutral reasons why we

14  would not want her on a jury regardless of her race.

15         MR. CHEATWOOD:  Your Honor, just briefly.

16         THE COURT:  Very briefly.

17         MR. CHEATWOOD:  Yes, sir.

18         THE COURT:  We're getting way behind.

19         MR. CHEATWOOD:  Yes, sir.  This lady was my number one

20  strike before we got in this courtroom today for the reasons I

21  won't repeat that Mr. Gieger just said.  She's very concerned

22  about toxins.

23         The other juror, Number 26, was somewhat concerned.

24  She believes corporations have an undue advantage.  And then she

25  talks about cancer being caused by chemicals, Agent Orange, for

 1   instance, and frankly I'm somewhat familiar with that because of

 2   my advantage of what I did in those days.  There is no proof

 3   about Agent Orange; but, nonetheless, she's got that belief.

 4   That's why she was my number one challenge before we started.

 5        MR. REICH:  A side-by-side comparison of Ms. Harrison to

 6   other jurors who were not peremptorily challenged would show that

 7   her attitudes with respect to anxiety about toxins is not

 8   significantly different from other persons who were on the

 9   venire.

10        THE COURT:  Which ones that have been chosen?

11        MR. REICH:  I can't give you that off the top of my

12   head, but we are going to submit all of the jury questionnaires,

13   and we will ask that this portion of the transcript be further

14   tendered for the Court because I know that there are jurors who

15   expressed anxiety about chemicals and about toxins.

16           There are other jurors who have also expressed --

17        THE COURT:  That may be, but the question is which

18   jurors did they pass over that are the same as her which would

19   indicate that race was the deciding or even a contributing factor

20   to their decision to strike her instead of others?

21        MR. REICH:  I am not in position to off the cuff provide

22   the juror numbers, but a review of the questionnaires will show

23   that there are other jurors who expressed similar concerns about

24   anxiety associated with chemicals, about the incompetency of

25   FEMA, and had concerns about advantages of corporations in the

1   litigation process.

2            Those kinds of attitudes appear throughout the

3   questionnaire, and a race neutral reason has not been given.  And

4   we ask the Court to make fact findings based upon what it's heard

5   during the voir dire process and on the basis of the

6   questionnaires which we hereby offer and will ask that the court

7   reporter be allowed to mark and identify the questionnaires and

8   offer it into the record.  And we ask that the Court permit the

9   offering of the questionnaires as part of the record in order to

10  make this --

11           THE COURT:  Which questionnaires?  Questionnaires of

12  those chosen in these nine people and Ms. Harrison?

13           MR. REICH:  The questionnaires of the nine that have

14  been chosen, and we'd further present the questionnaires of all

15  the jurors up to Juror Number 28 within the strike zone because

16  under --

17           THE COURT:  You have any objection?

18           MR. GIEGER:  I have no objection to putting them in as

19  part of the record.  I don't know how I could have --

20           THE COURT:  We will do that.

21           MR. REICH:  And in light of the complete absence of race

22  neutral reasons and the case law which has developed, you know,

23  throughout the country where even the improper exclusion of one

24  African-American, particularly in the situation here where we

25  have an African-American plaintiff and we have a population base

1    that's at least 70 percent African-American.

2            To end up with only one African-American on the

3    jury pool clearly creates an inference of purposeful

4    discrimination under *Batson*, and we would ask the Court to make a

5    judicial finding that the jury pool and the selection process

6    does not provide equal protection of the law to Mr. Wright.

7        THE COURT:  All right.  I'm going to overrule the

8    objection, and here are the reasons why.  First of all, when the

9    jury pool was selected, it was selected in the way all Eastern

10   District jury pools are selected, all of which is in compliance

11   with the standards that are required for jury selection

12   nationwide.

13           In terms of the assignment of numbers to jurors and

14   the random selection of them as they report up to court,

15   originally the strike zone consisted of Jurors 1 through -- is it

16   1 through 26 or 1 through 21?

17       MR. GIEGER:  Would have been.  Precause challenge would

18   have been 1 through 21.

19       MR. D'AMICO:  1 through 21.  And then we had your issues

20   concerning absences.

21       THE COURT:  Right.  But 1 through 26 -- and the reason

22   I'm focusing on two is 1 through 26 would have included four

23   African-American jurors, two of whom were not excused for cause.

24   In fact, they are not excused at all.  They are just not here.

25   And, again, that's not through the fault of anyone or the Court.

1   In fact, I'm deeply troubled about it, and I wish that they were

2   here.  But that's in terms of the jury composition.

3            Moving on to the issue of the peremptory

4   challenges, however, I think that they have stated -- the

5   defendants have stated a race neutral reason for excluding the

6   one African-American juror, Ms. Harrison, Number 16, who has been

7   excluded.

8            They did not exercise one of their other five

9   peremptory challenges with regard to the other African-American

10  juror, and I'm hard pressed to see where that exercise of a

11  peremptory challenge with regard to Ms. Harrison was done for a

12  race-related reason based on what you all have argued up here.

13           The nine-member jury features a Hispanic, an

14  individual who identifies himself as Hispanic.  We do have one

15  African-American on the jury out of the nine who have been

16  selected.  I cannot find under the law that under the

17  explanations that have been given and under the applicable law,

18  that the use of the peremptory challenge with regard to

19  Ms. Harrison was in violation of *Batson*.

20           If you want to bring that as part of a posttrial

21  motion, I'll certainly consider it; but, at this point, I don't

22  see that there is a need to either reshuffle or to take any other

23  action with regard to the seating of the jury.

24           MR. D'AMICO:  Is my objection noted for Number 27 for

25  cause?  Is that on the record, or do I need to --

1          THE COURT:  I'll note it now.

2          MR. D'AMICO:  Would you also note that we made an

3     objection to that.

4          THE COURT:  That was on the record before.  And, again,

5     the reason for overruling that was that there was a time to make

6     objections -- in fact, we've had two opportunities to discuss

7     challenges for cause, one of which was when the questionnaires

8     were first sent out, in which case I received in writing --

9          MR. D'AMICO:  My objection.

10          THE COURT:  -- from all counsel.  And was he on your

11     list of people?

12          MR. D'AMICO:  Yes.

13          THE COURT:  Well, to the extent that I've overruled the

14     objection then, I do so again now.  I think the reasons offered

15     are the same as those that were offered in writing when the Court

16     originally got the submissions.

17          MR. REICH:  Thank you.

18          THE COURT:  Thank you.  We'll go ahead and panel this

19     jury.  We'll take a short break.  I'd like to do opening

20     statements before lunch, but it's going to be pushing it.

21          MR. D'AMICO:  Judge, we'll have plenty of time.

22          (WHEREUPON, at this point in the proceedings, the

23     conference held at the bench concluded.)

24          THE COURT:  Again, I'll ask you to check and make

25     certain that your neighbor is in the courtroom so that we can go

1     ahead and finish up the jury selection process.

2                                JURY SELECTED

3         THE COURT:  I'm going to ask the following individuals

4     who are seated in the jury box, if I call your name and number, I

5     will ask you to please rise and relocate in the -- well, wherever

6     you can find a seat back here in the courtroom on the left-hand

7     side, my left-hand side of the courtroom.

8         Juror Number 1, Ms. LeBoeuf; 2, Ms. Hartzog; 3,

9     Mr. Kraemer; 5, Mr. Tridico; 6, Mr. Dire; 10, Mr. Dottolo; 16,

10    Ms. Harrison; and, 17, Ms. Portier.

11         In the meantime, let me ask, Mr. Jowers, if you

12    would move all the way to your right.  Ms. Svoboda, if you would

13    move to your right next to Mr. Jowers.  Mr. Domingue, if you

14    would step down and be seated next to Mr. Svoboda.  And,

15    Ms. Hunt, if you would also move down and be seated next to

16    Domingue, Mr. Domingue.

17         Ms. Arceneaux, if you would also be seated there

18    next to Ms. Hunt.  Ms. Bermudez, if you would move all the way to

19    your right.  Stay in the second row and move all the way to your

20    right.  Mr. -- one second.  Mr. Keeley, Number 23, if you would

21    have a seat next to Ms. Bermudez.  Mr. Coleman, if you would have

22    a seat next to Mr. Keeley.  And, Ms. Meade, if you would have a

23    seat next to Mr. Coleman.

24         The nine of you will serve as the jury in this

25    case, and we'll have some additional information for you shortly.

1          Let me at this time thank the rest of you who are

2     in the jury pool for reporting this morning.  It's very important

3     that the attorneys and the Court have the opportunity to have

4     selections made on the basis of all of the information that

5     you've provided, both by way of the questionnaire, as well as

6     your answers here today, in order that they may make intelligent

7     use of their challenges and that the Court may also consider who

8     all is out there.

9          It's essential to our justice system that people

10    report for jury duty.  You've served a very, very important role,

11    and we will allow you at this time to return to the jury

12    administrator's office.

13         Again, I don't know if you are done for today or

14    not, but you will find out further information when you return

15    downstairs.  So thank you all very much.

16         While they are making their way out, in the

17    interest of saving time I'll go ahead and give you all some

18    instructions at this point.  Try not to be distracted by their

19    leaving the room here.

20         My job is to make sure that the jury pays

21    attention.  Keep your eyes open.  If you need a recess, ask for

22    five minutes to make a phone call or to go to the bathroom.  We

23    will be doing that shortly; in fact, as soon as I finish giving

24    you these instructions and you take the oath.

25         I have no doubt that you as jurors are mindful of

1  your great responsibilities, and certainly you're aware that your

2  conduct during this trial will be observed by the Court, your

3  fellow jurors, the defendants, the attorneys for all of the

4  parties in this case, and other persons inside and outside of

5  this courtroom.

6       You should be extremely careful in the manner in

7  which you conduct yourselves in order that no one may doubt that

8  this case is being fairly and impartially tried and that in the

9  end justice has been done.

10      For the same reason, the attorneys in this case,

11 the parties, the witnesses, all others identified with or

12 connected with this trial or its participants should be equally

13 careful in their conduct.

14      Trial in this case will proceed in the following

15 order.  Counsel for the plaintiffs may make an opening statement

16 outlining the plaintiff's case.  We will hear that in a little

17 while.  This statement, like the opening statement of the

18 defendants, is nothing more than an explanation of the

19 plaintiff's theory of the case and serves merely as an

20 introduction to the evidence which the plaintiff intends to

21 produce at this trial.

22      Then the defendants may also make -- each make an

23 opening statement outlining their cases; and, like the

24 plaintiff's opening statement, the opening statement of the

25 defense counsel is also not evidence, but is merely an

1   explanation of the defendants' theory of the case.

2          After the opening statements are made, counsel for

3   the plaintiffs will have an opportunity to introduce evidence and

4   call witnesses.  At the conclusion of the plaintiff's evidence,

5   counsel for the defendants may introduce evidence and call

6   witnesses.  Then, the plaintiff may introduce rebuttal evidence

7   or witnesses.

8          At the conclusion of all of the evidence, the

9   attorneys will present oral argument in support of their

10   respective cases; and, what is said in closing arguments, just

11   like what is said in opening statements, is not evidence.  It's

12   merely the attorney's explanation of the evidence in order for

13   you to make a decision where they can make arguments to you and

14   explain to you what they believe your decision should be in this

15   case.

16          After that, you may consider the evidence and

17   whatever inferences may be drawn from the evidence.  I will

18   instruct you as to the applicable law in the case, and then you

19   will retire to deliberate and consider your verdict which, in

20   this case, must be unanimous.

21          The law applicable to this case will be contained

22   in the instructions that I give you during the course of the

23   trial and at the end of the trial, and it is your duty to follow

24   all such instructions.

25          It is your duty to determine the facts and

1  determine them from the evidence and the reasonable inferences

2  arising from such evidence; and, in so doing, you may not indulge

3  in guesswork or speculation.  You will decide the case only on

4  the evidence that is adduced here in court.

5           Evidence will consist of witness testimony from up

6  here, as well as any documentation or other types of exhibits

7  that the Court admits into evidence during the trial.

8           You, as jurors, must decide this case based solely

9  on the evidence presented here within the four walls of the

10  courtroom.  This means that during the trial, you must not

11  conduct any independent research about this case or the subject

12  matter of this case and the individuals or corporations involved

13  in this case.

14           In other words, you should not consult dictionaries

15  or reference materials, search the internet, web sites, blogs or

16  any other electronic tools to obtain information about this case

17  or to help you decide this case.  You are not to try to find out

18  information from any source outside of the confines of this

19  courtroom.

20           The evidence which you are to consider consists of

21  the testimony of the witnesses and the exhibits admitted in

22  evidence.  The term *witness* means anyone who testifies in person

23  or by deposition.

24           The admission of evidence in court is governed by

25  rules of law, and from time to time it may be the duty of the

1    attorneys to make objections and my duty as the judge to rule on

2    those objections and, thus, whether you can consider certain

3    evidence.

4         You must not concern yourself with the objection or

5    the Court's reasons for ruling on an objection.  You must not

6    consider testimony or exhibits to which an objection was

7    sustained or which has been ordered stricken.

8         There are two kinds of evidence, direct and

9    circumstantial.  Direct evidence is direct proof of a fact such

10   as the testimony of an eyewitness.  Circumstantial evidence is

11   proof of facts from which you may infer or conclude that other

12   facts exist.  Bear in mind that you can consider both kinds of

13   evidence.

14        There may be bench conferences at which the lawyers

15   and the judge will talk so low that the jury cannot hear.  Some

16   matters must be decided outside of the hearing of the jury

17   because they are not admissible or may not be admissible.  It is

18   okay during those bench conferences if you wish to stand at your

19   seat and stretch when we have bench conferences.

20        You must not be influenced in any degree by any

21   personal feeling of sympathy or of prejudice against the parties

22   or their counsel.  No statement or ruling or remark which I may

23   make during the presentation of evidence is intended to indicate

24   my opinion as to what the facts are.

25        You are to determine the facts in this case.  In

1    this determination, you alone must decide upon the believability

2    of the evidence and its weight and value.

3              In considering the weight and value of the

4    testimony of any witness, you may take into consideration the

5    appearance, attitude, and behavior of the witness, the interest

6    of the witness in the outcome of the suit, the relation of the

7    witness to the parties, the inclination of the witness to speak

8    truthfully or not, the probability or improbability of the

9    witness' statements, and all other facts and circumstances in

10   evidence.

11             Thus, you may give the testimony of any witness

12   just such weight and value as you may believe the testimony of

13   such witness is entitled to receive.

14             During the course of the trial, jurors shall not

15   engage or attempt to engage or have any conversation or

16   communication of any kind whatsoever with any of the parties to

17   this suit, their representatives, the attorneys, the witnesses,

18   or any other person identified with this trial; and, likewise,

19   any person identified with this trial shall not engage or attempt

20   to engage in any conversation or communication whatsoever with

21   any juror.  If this happens, I ask that you report it to me

22   immediately.

23             Further, as jurors you should avoid allowing

24   yourselves to be placed in a position when outside of this

25   courtroom where discussions of this case are being conducted by

1   any of the parties, the attorneys, or the witnesses.

2   Furthermore, the attorneys, the parties and the witnesses must be

3   particularly careful not to discuss and shall not discuss this

4   case where there is a possibility that any of you, the jurors,

5   may overhear their remarks.  If that occurs, please notify me

6   immediately.

7               You should not take any offense to the fact that

8   any of the parties to this trial do not even extend to you a

9   friendly greeting.  The reason that such exchanges are not

10  indulged in is because.  Although they may seem innocent, they

11  could nonetheless give the impression of a lack of impartiality,

12  and creating such an impression of being partial is as bad as

13  being biased and should be avoided.

14              At this time, I would like to give you the

15  following specific instructions, and then we will go ahead and

16  give you -- we will administer the oath to you, and we'll take a

17  short break.  Well, we may take a lunch break.

18              These are the instructions that you are to follow

19  during the course of the case.  First, you are not to discuss the

20  case with anyone.  This includes your spouse, your children,

21  relatives, friends, and strangers.  Obviously, your spouse,

22  people in your family may know you're on jury duty, but please do

23  not discuss the facts of the case with anyone.

24              You are not to discuss this case even amongst

25  yourselves until it is concluded and you begin your

1  deliberations.

2          I recognize that many of you use cell phones,

3  BlackBerrys, the Internet and other tools of technology; however,

4  you must not use these tools to communicate electronically with

5  anyone about this case.  This includes your family and friends.

6  You may not communicate with anyone about this case on your cell

7  phone, through e-mail, BlackBerry, iPhone, text messaging or on

8  Twitter, through any blog or web side, through any Internet chat

9  room or by way of any other social networking web sites,

10 including Facebook, MySpace, LinkedIn and YouTube.

11         I also will instruct you that upon returning to the

12 courtroom today, please do not bring your cell phone in the

13 courtroom, even turned off.  If you have them on you now, you can

14 certainly leave them in the jury room where they will be safe.

15 If you're not comfortable with that, you can leave them in my

16 chambers with my secretary or Ms. Radosta, the courtroom deputy,

17 can take it from you.  You can get it during the break, you can

18 get it during the lunch hour; but, whatever you do, please do not

19 use your cell phone or any of the things I've described to do any

20 type of research about this case or to communicate with anyone

21 about what is going on in this case.  Very important that you

22 follow that instruction.

23         If you wish during the trial you may take notes.

24 And we will have notebooks for you and pens.  If you do take

25 notes, please leave them on your chair in the courtroom when you

1    leave for a break or when you leave in the evening.

2              And remember that those notes are for your own

3    personal use.  They are not to be given or read to anyone else.

4    And that's why you should leave your notebook here in the

5    courtroom.

6              No one is going to look in your notebook during the

7    course of the trial.  They will be collected in the evening and

8    stored in a safe place and redistributed on your chairs in the

9    morning.  So please feel free to take notes.  You're not required

10   to take notes; but, if you would like to take notes, you may do

11   so.

12             If any publicity about this case has come to your

13   notice before this moment, you must strike it from your minds and

14   completely disregard anything that has come to your attention

15   outside of the courtroom.  From this moment on, you are not to

16   read any newspapers or other accounts of this trial, nor are you

17   to view or listen to any television news or radio reports or

18   other accounts of this trial, if there are any.

19             This is necessary because your verdict must be

20   based solely on the evidence presented in this trial in

21   accordance with what you hear and view in this courtroom and in

22   accordance with the Court instructions on the law applicable to

23   the case.

24             Finally, you are not to reach any conclusions in

25   this case until all of the evidence has been presented.  The

1    Court has instructed you on the law applicable to this case, and

2    it is given to you for deliberation and decision.

3                      In the morning when you arrive and during the day

4    when you are in this building and the Court is in recess or for

5    any reason that the jury is not required to be in this courtroom,

6    I ask that you go to and remain in the jury room or remain under

7    the direct supervision of the marshal or the court security

8    officer, who is the gentleman seated by the door, until they

9    advise you to enter the courtroom.  Please do not loiter in the

10   halls because sometimes in the halls there are lawyers and

11   witnesses and people involved in trial.

12                     So when you're in the building, please report to

13   the jury room, which we will show you in a second.  The jury room

14   is the headquarters for the jury.  There will be refreshments in

15   there.  In the morning when you get here, there will be coffee

16   and soft drinks and things of that nature.

17                     Let us go ahead and administer the oath to you as

18   jurors, and then we will take a lunch break.

19                     Please rise and raise your hand.  Do you solemnly

20   swear that you well and truly will try the issues joined between

21   the plaintiff and the defendants, and a true verdict render,

22   according to the evidence and the law as it shall be given to you

23   by the Court, so help you God?

24            VOICES:  I do.

25            THE DEPUTY CLERK:  Thank you.  You may be seated.

1          THE COURT:  Let me tell you and all counsel, and I've

2     already told the attorneys, that I am very particular about juror

3     time.  You all are here, and we want to certainly take advantage

4     of the time that we have with you.  So if I give you a time to be

5     back after a break, or if I say that we're going to start

6     15 minutes in, we're going to try to stick to that.

7               I really am sensitive about having you stay in the

8     jury room while we're out here doing something unbeknownst to you

9     and that your time is back there being wasted.

10              So when we come back after lunch, if I tell you

11    that we're going to start at a certain time, I expect all counsel

12    to be here, prepared, and the next witness to be here ready to

13    testify.  And we're going to stick to that.

14              So unless there is some emergency that prevents you

15    from being here at that time or being ready at that time -- and

16    if there is such an emergency, please tell the court security

17    officer so that I know about it; but, absent that, please be

18    prepared to enter the courtroom at the time that I assign.  If

19    you do so, we will proceed in a very diligent fashion, and we

20    will -- there is a chance that we may even finish the case and

21    get it to you for deliberation even earlier than we had planned.

22    So if we stick to that schedule and are mindful of the time,

23    there is no reason why we can't do that.

24              We're going to take a short break now.  I say short

25    break.  It's 11:30, so let's go ahead and take our lunch break a

1    little bit earlier.  If you can be here ready to enter the

2    courtroom, why don't we say 12:45.

3              There are places to eat close by here, and the

4    marshal can give you some information about that if you're not

5    already familiar with downtown.  But if you could be in the jury

6    room ready to enter the courtroom at 12:45, we will begin with

7    opening statements and start taking testimony.

8              We will also take a short midmorning break every

9    day of about 10 or 15 minutes around 10:00 a.m. and a short

10   mid-afternoon break around 3:00 p.m.  As I said, we will try to

11   break every day at 5 o'clock or before in order to get you where

12   you need to be.

13             Let's go ahead and take our lunch break.  12:45.

14             THE COURT SECURITY OFFICER:  All rise.

15             (WHEREUPON, at this point in the proceedings, the jury

16   panel leaves the courtroom.)

17             THE COURT:  Counsel, maximum of 25 minutes on opening

18   statement for the plaintiff.  A total of 30 minutes to be divided

19   however you wish between the two defendants.  Let's try to be

20   very efficient with that so we can get to some testimony.

21             I assume that we have folks lined up to begin to go

22   from lunchtime all the way to 5:00 p.m.?

23             MR. D'AMICO:  Yes, Your Honor.

24             THE COURT:  Anything we need the cover on the record

25   before we break?

1            All right.  Good, we will see you all at 12:45

2    sharp.

3            THE DEPUTY CLERK:  Do y'all want to sequester the

4    witnesses?

5            MR. GIEGER:  Yes.

6            (WHEREUPON, at 11:35 a.m., the proceedings were

7    concluded.)

8                            *    *    *

9

10                      REPORTER'S CERTIFICATE

11

12        I, Cathy Pepper, Certified Realtime Reporter, Registered

13    Merit Reporter, Registered Professional Reporter, Certified Court

14    Reporter of the State of Louisiana, Official Court Reporter for

15    the United States District Court, Eastern District of Louisiana,

16    do hereby certify that the foregoing is a true and correct

17    transcript, to the best of my ability and understanding, from the

18    record of the proceedings in the above-entitled and numbered

19    matter.

20

21

22                            *s/Cathy Pepper*

23                            Cathy Pepper, CRR, RMR, CCR

24                            Official Court Reporter

25                            United States District Court

**'**

**'till** [1] - 58:12

**0**

**09-2977** [2] - 1:9, 4:12

**1**

**1** [18] - 1:11, 8:23, 9:11, 9:12, 9:21, 9:24, 10:2, 60:9, 60:22, 89:3, 96:15, 96:16, 96:18, 96:19, 96:21, 96:22, 99:8
**10** [8] - 20:23, 26:7, 26:9, 26:20, 63:18, 78:11, 99:9, 111:9
**100** [1] - 48:6
**1000** [1] - 1:21
**10:00** [1] - 111:9
**11** [2] - 64:25, 77:22
**11-year-olds** [1] - 67:10
**11:30** [1] - 110:25
**11:35** [1] - 112:6
**12** [3] - 26:7, 26:9, 77:22
**12:45** [4] - 111:2, 111:6, 111:13, 112:1
**13** [5] - 64:25, 67:10, 69:16, 71:7, 77:22
**14** [6] - 63:22, 66:13, 66:25, 89:6, 89:14, 89:17
**14-year-old** [1] - 69:10
**15** [11] - 1:6, 4:3, 61:4, 64:1, 67:10, 71:4, 89:6, 89:14, 89:17, 110:6, 111:9
**15-year-old** [1] - 66:19
**16** [17] - 15:16, 15:20, 15:25, 16:6, 16:9, 16:11, 16:13, 16:16, 16:20, 16:22, 64:4, 67:10, 71:7, 78:3, 92:17, 97:6, 99:9
**160** [1] - 79:16
**17** [5] - 17:10, 64:14, 65:22, 71:3, 99:10
**18** [4] - 64:18, 73:9, 77:23, 81:17
**1873** [1] - 1:5
**19** [45] - 17:14, 33:17, 33:22, 33:24, 33:25, 34:12, 34:19, 34:25, 35:5, 35:11, 35:14,

35:19, 36:8, 36:13, 36:22, 37:4, 37:11, 37:13, 37:14, 37:20, 38:4, 38:10, 38:12, 38:20, 38:22, 39:3, 39:9, 39:17, 40:2, 53:13, 53:18, 53:25, 54:9, 54:17, 54:21, 55:1, 55:4, 63:24, 64:19, 69:10, 70:18, 74:24, 75:5, 75:14
**19-year-old** [2] - 68:18, 70:20
**1996** [1] - 23:24

**2**

**2** [9] - 13:22, 13:24, 14:2, 14:5, 14:7, 14:9, 14:12, 60:25, 99:8
**2/26ths** [2] - 78:4, 78:15
**20** [4] - 64:23, 73:10, 77:23, 81:18
**20-year-old** [1] - 67:10
**2009** [1] - 91:9
**201** [1] - 2:15
**2010** [4] - 1:6, 4:3, 35:23, 36:3
**21** [18] - 23:4, 23:5, 23:9, 23:11, 23:15, 23:17, 35:23, 36:3, 64:24, 65:13, 67:22, 69:4, 69:16, 70:23, 77:22, 96:16, 96:18, 96:19
**21-year-old** [1] - 68:19
**22** [2] - 65:3, 70:18
**22-year-old** [2] - 69:25, 70:19
**2250** [1] - 1:24
**23** [9] - 17:1, 17:3, 65:6, 89:7, 89:8, 89:13, 89:15, 89:17, 99:20
**24** [12] - 55:13, 55:15, 55:22, 56:3, 56:5, 56:10, 56:13, 56:17, 65:11, 73:19, 75:5, 75:24
**25** [9] - 24:16, 24:17, 24:23, 25:2, 65:15, 65:16, 67:22, 69:3, 111:17
**25-year-old** [1] - 67:9
**26** [22] - 65:7, 65:20, 65:24, 66:1, 66:25, 77:20, 77:25, 78:1,

78:3, 78:16, 78:17, 87:20, 89:6, 89:15, 89:17, 90:16, 92:14, 93:23, 96:16, 96:21, 96:22
**27** [10] - 24:9, 24:12, 24:14, 62:12, 66:2, 87:12, 87:14, 88:17, 88:18, 97:24
**27-year-old** [1] - 67:8
**28** [8] - 65:18, 66:6, 85:20, 86:11, 89:15, 89:17, 90:5, 96:13
**29** [22] - 17:19, 17:21, 17:24, 18:3, 18:6, 18:8, 46:12, 46:13, 46:16, 46:18, 46:20, 46:23, 46:25, 47:2, 62:24, 66:10, 69:24, 72:16, 72:19, 72:22, 73:18
**29402** [1] - 2:4

**3**

**3** [5] - 22:12, 61:7, 74:4, 74:5, 99:8
**30** [2] - 66:15, 111:18
**30-year-old** [1] - 68:19
**31** [10] - 17:9, 17:10, 17:13, 17:16, 23:20, 23:21, 24:3, 24:6, 62:12, 66:21
**32** [1] - 67:3
**33** [5] - 18:11, 18:12, 62:12, 67:6, 67:18
**34** [2] - 62:12, 67:12
**35** [13] - 22:3, 58:8, 58:10, 58:16, 58:18, 58:20, 58:23, 59:3, 65:22, 67:15, 75:5, 75:25, 76:3
**36** [11] - 59:5, 59:6, 59:12, 59:15, 59:18, 59:22, 59:24, 67:21, 77:4, 77:7, 77:12
**36-year-old** [1] - 68:20
**3600** [1] - 2:15
**37** [24] - 25:5, 25:7, 25:10, 25:13, 25:15, 25:17, 29:25, 30:1, 30:3, 30:5, 30:7, 30:10, 30:13, 30:16, 30:19, 50:9, 51:3, 51:5, 51:15, 51:20, 51:24, 52:3, 52:9, 67:24
**38** [12] - 18:16, 18:18, 18:24, 19:3, 19:7,

19:11, 19:13, 19:16, 19:19, 19:22, 19:24, 68:5
**3:00** [1] - 111:10

**4**

**4** [5] - 59:24, 61:15, 89:5, 89:6, 89:17
**40** [1] - 67:17
**41** [6] - 20:10, 20:11, 20:15, 20:17, 20:19, 68:9
**42** [1] - 68:15
**42-year-old** [1] - 70:10
**4265** [1] - 1:21
**43** [1] - 68:23
**44** [1] - 68:25
**45** [4] - 20:1, 20:3, 20:8, 69:6
**46** [2] - 69:11, 76:16
**47** [6] - 30:20, 30:21, 31:1, 31:3, 31:8, 69:14
**48** [25] - 25:21, 26:3, 26:5, 26:11, 26:14, 40:25, 41:6, 41:11, 41:15, 41:21, 41:25, 42:5, 42:8, 42:14, 42:17, 42:24, 43:7, 56:22, 56:23, 69:19, 75:5, 75:14, 75:25
**4800** [1] - 2:9
**486** [1] - 2:4
**49** [1] - 73:10

**5**

**5** [8] - 3:5, 22:1, 22:2, 22:7, 22:9, 61:18, 99:9, 111:11
**50** [5] - 25:20, 25:21, 25:23, 25:24, 70:5
**500** [2] - 2:21, 59:22
**501(c)(3** [1] - 71:12
**504** [1] - 2:22
**51** [6] - 20:21, 20:22, 26:17, 26:18, 26:22, 70:9
**52** [1] - 70:13
**53** [7] - 26:24, 26:25, 27:3, 27:6, 27:8, 27:10, 70:15
**54** [8] - 50:18, 57:12, 57:15, 57:21, 58:3, 70:22, 75:5, 76:6
**55** [1] - 73:10
**56** [10] - 45:20, 45:22, 45:25, 46:3, 46:7,

46:10, 70:24, 73:6, 73:8, 73:19
**58** [5] - 21:1, 21:2, 21:6, 21:8, 71:2
**589-7779** [1] - 2:22
**59** [4] - 21:10, 21:11, 21:15, 71:5
**5:00** [2] - 8:6, 111:22

**6**

**6** [15] - 31:20, 31:21, 32:3, 32:7, 32:11, 32:16, 32:18, 32:23, 33:1, 33:5, 33:8, 33:13, 61:25, 62:7, 99:9
**60** [3] - 71:10, 78:12, 78:18
**622** [1] - 1:18

**7**

**7** [6] - 14:16, 14:20, 62:10, 62:17, 89:6, 89:17
**70** [1] - 96:1
**701** [1] - 2:9
**70113** [1] - 1:18
**70130** [1] - 2:21
**70139** [1] - 2:10
**70170** [1] - 2:15
**77027** [1] - 1:21
**78470** [1] - 1:24

**8**

**8** [12] - 14:23, 15:2, 15:6, 15:11, 22:17, 22:23, 62:20, 63:5, 63:8, 63:11, 89:6, 89:17
**802** [1] - 1:24
**8:30** [4] - 1:6, 4:3, 8:5, 50:14

**9**

**9** [4] - 63:13, 64:25, 89:6, 89:17
**99** [1] - 3:6
**9:00** [1] - 55:23

**A**

**A's** [1] - 28:9
**A.M** [2] - 1:6, 4:3

**a.m** [2] - 111:9, 112:6
**Aaron** [2] - 4:23, 12:11
**AARON** [1] - 1:17
**Abdul** [1] - 56:5
**abilities** [1] - 90:8
**ability** [8] - 6:22, 32:20, 36:10, 38:8, 50:6, 51:1, 78:23, 112:18
**able** [7] - 32:24, 50:3, 50:17, 55:7, 55:18, 59:7, 60:7
**above-entitled** [1] - 112:19
**absence** [2] - 90:5, 95:21
**absences** [1] - 96:20
**absent** [1] - 110:17
**absolutely** [5] - 32:16, 32:18, 38:11, 83:24, 93:13
**abuse** [1] - 20:12
**abused** [1] - 42:9
**AC** [1] - 69:20
**acceleration** [1] - 55:2
**accident** [12] - 16:2, 16:8, 23:23, 23:24, 23:25, 24:18, 24:21, 25:24, 26:6, 26:9, 26:15, 26:25
**accordance** [3] - 6:22, 108:21, 108:22
**according** [2] - 45:11, 109:22
**accounts** [3] - 67:17, 108:16, 108:18
**acquainted** [5] - 10:24, 11:6, 11:7, 11:12, 29:24
**acquiesced** [1] - 82:23
**action** [4] - 38:24, 51:3, 52:16, 97:23
**actions** [1] - 53:3
**activity** [2] - 35:24, 35:25
**add** [1] - 82:18
**adding** [2] - 48:5, 81:2
**addition** [3] - 27:15, 81:14, 86:4
**additional** [1] - 99:25
**addressed** [1] - 7:16
**adduced** [1] - 103:4
**administer** [3] - 8:8, 106:16, 109:17
**administrative** [2] - 63:14, 63:20
**administrator** [1] - 61:23
**administrator's** [3] -

**81:16, 85:6, 100:12
**admissible** [3] - 37:8, 104:17
**admission** [1] - 103:24
**admit** [1] - 70:1
**admits** [1] - 103:7
**admitted** [1] - 103:21
**adopt** [1] - 80:25
**advance** [1] - 80:3
**advantage** [4] - 93:5, 93:24, 94:2, 110:3
**advantages** [1] - 94:25
**Advertising** [1] - 70:16
**advise** [1] - 109:9
**advisor** [1] - 69:7
**affect** [4] - 32:20, 36:10, 50:6, 51:1
**African** [30] - 77:19, 78:2, 78:5, 78:7, 78:11, 78:13, 78:19, 78:23, 80:11, 80:13, 80:16, 81:2, 81:17, 81:23, 82:2, 90:8, 90:11, 90:18, 90:24, 91:22, 92:6, 92:15, 95:24, 95:25, 96:1, 96:2, 96:23, 97:6, 97:9, 97:15
**African-American** [16] - 77:19, 78:5, 90:11, 90:18, 90:24, 91:22, 92:6, 92:15, 95:24, 95:25, 96:1, 96:2, 96:23, 97:6, 97:9, 97:15
**African-Americans** [13] - 78:2, 78:7, 78:11, 78:13, 78:19, 78:23, 80:11, 80:13, 80:16, 81:2, 81:17, 81:23, 82:2
**afternoon** [1] - 111:10
**agency** [2] - 65:17, 93:9
**Agent** [2] - 93:25, 94:3
**agent** [1] - 70:10
**ages** [2] - 60:16, 64:25
**Aging** [1] - 64:5
**ago** [31] - 14:1, 14:19, 14:20, 14:24, 15:20, 16:10, 16:11, 17:5, 17:10, 17:14, 17:20, 17:21, 18:12, 18:19, 18:25, 19:18, 19:19, 20:23, 21:2, 26:8, 26:10, 26:20, 27:4, 30:8, 30:11, 41:3,

**41:9, 45:18, 59:8, 59:17, 70:12
**agree** [3] - 54:15, 80:25, 82:19
**agreed** [2] - 79:19, 80:12
**agreement** [1] - 75:20
**ahead** [4] - 4:13, 8:7, 9:7, 9:10, 10:15, 10:16, 11:25, 14:15, 18:20, 18:21, 18:23, 25:22, 31:25, 43:24, 45:20, 61:13, 62:18, 71:19, 75:1, 75:2, 75:12, 84:13, 85:4, 88:9, 98:18, 99:1, 100:17, 106:15, 109:17, 110:25, 111:13
**AHLQUIST** [3] - 1:17, 4:23, 12:11
**Ahlquist** [2] - 4:23, 12:11
**Aiken** [1] - 12:14
**air** [3] - 63:3, 63:6, 69:20
**AL** [1] - 1:8
**Alaska** [5] - 55:18, 65:14, 67:9, 73:20, 73:22
**Albert** [1] - 28:22
**Albrecht** [1] - 28:25
**ALBRECHT** [1] - 28:25
**alcohol** [1] - 24:20
**Alexander** [1] - 91:13
**Alexis** [1] - 28:4
**ALLAN** [1] - 28:9
**Allan** [2] - 28:9
**alleged** [2] - 6:6, 49:22
**alleges** [1] - 5:22
**Allison** [1] - 28:24
**allow** [4] - 7:2, 79:3, 80:22, 100:11
**allowed** [3] - 8:4, 91:1, 95:7
**allowing** [1] - 105:23
**allows** [1] - 48:16
**almost** [2] - 35:17, 87:3
**alone** [6] - 49:11, 49:15, 51:14, 72:25, 91:7, 105:1
**ALSO** [1] - 2:18
**Alzheimer's** [3] - 55:15, 65:14, 73:21
**Ambulance** [1] - 69:21
**ameliorate** [1] - 79:5
**American** [16] - 77:19, 78:5, 90:11, 90:18,

**90:24, 91:22, 92:6, 92:15, 95:24, 95:25, 96:1, 96:2, 96:23, 97:6, 97:9, 97:15
**Americans** [13] - 78:2, 78:7, 78:11, 78:13, 78:19, 78:23, 80:11, 80:13, 80:16, 81:2, 81:17, 81:23, 82:2
**amount** [3] - 48:24, 75:16, 79:19
**analyst** [4] - 62:2, 63:24, 66:7, 66:18
**Angela** [1] - 29:14
**anguish** [1] - 48:20
**answer** [9] - 8:18, 9:6, 9:13, 9:18, 9:20, 10:14, 10:16, 10:17, 31:23
**answered** [1] - 7:18
**answering** [1] - 8:25
**answers** [6] - 6:23, 7:7, 7:12, 8:12, 9:10, 9:17, 84:19, 100:6
**anti** [1] - 93:4
**anti-corporate** [1] - 93:4
**anticipated** [1] - 7:24
**anticipation** [1] - 81:20
**anxiety** [4] - 92:25, 94:7, 94:15, 94:24
**AP** [1] - 33:8
**APLC** [1] - 12:14
**apologize** [1] - 76:14
**appear** [2] - 77:23, 95:2
**appearance** [1] - 105:5
**appearances** [2] - 4:14, 11:20
**APPEARANCES** [2] - 1:15, 2:1
**appeared** [1] - 90:17
**applicable** [7] - 6:15, 91:5, 97:17, 102:18, 102:21, 108:22, 109:1
**applies** [1] - 83:15
**apply** [1] - 49:18
**appointment** [3] - 54:2, 55:22, 57:3
**appointments** [4] - 55:17, 55:20, 55:25, 73:22
**appraiser** [1] - 66:9
**appreciate** [4] - 37:1, 71:15, 82:7, 85:10
**appreciated** [1] - 5:18
**appreciation** [1] -

**81:25
**apprentice** [1] - 62:1
**approach** [5] - 7:21, 50:11, 71:15, 72:1, 85:11
**appropriate** [1] - 90:20
**April** [1] - 29:14
**Aquilino** [2] - 18:18, 68:5
**Arceneaux** [2] - 63:22, 99:17
**area** [2] - 54:13, 69:21
**argued** [1] - 97:12
**argument** [2] - 82:11, 102:9
**arguments** [3] - 41:18, 102:10, 102:13
**arising** [1] - 103:2
**armed** [2] - 17:4, 20:23
**army** [1] - 40:20
**arrive** [1] - 109:3
**arriving** [1] - 81:21
**article** [8] - 32:3, 32:9, 32:19, 33:3, 33:7, 33:8, 41:8, 41:12
**articles** [1] - 41:12
**articulate** [1] - 91:14
**aside** [3] - 37:1, 45:9, 48:13
**assert** [2] - 49:3, 92:3
**assertion** [1] - 92:11
**assess** [2] - 47:20, 48:11
**assessing** [1] - 48:14
**assign** [3] - 48:1, 48:12, 110:18
**assigned** [1] - 48:4
**assigning** [1] - 7:4
**assignment** [1] - 96:13
**assistance** [1] - 49:18
**assistant** [2] - 63:15, 69:1
**associated** [1] - 94:24
**assume** [1] - 111:21
**assumed** [1] - 6:18
**assuming** [2] - 37:20, 48:25
**Assumption** [1] - 62:23
**AT** [1] - 1:23
**attack** [1] - 55:10
**attempt** [2] - 105:15, 105:19
**attendance** [1] - 5:17
**attendant** [1] - 71:11
**attends** [1] - 69:10

**attention** [2] - 100:21, 108:14
**attitude** [1] - 105:5
**attitudes** [4] - 48:13, 90:25, 94:7, 95:2
**attorney** [2] - 12:2, 12:12
**ATTORNEY** [1] - 1:23
**Attorney** [1] - 12:10
**attorney's** [1] - 102:12
**attorneys** [15] - 7:22, 9:1, 50:12, 71:21, 84:18, 84:24, 100:3, 101:3, 101:10, 102:9, 104:1, 105:17, 106:1, 106:2, 110:2
**August** [5] - 17:8, 17:17, 23:20, 66:21, 67:1
**auto** [6] - 16:1, 16:8, 23:23, 23:24, 23:25, 24:21
**automobile** [1] - 24:18
**available** [1] - 79:25
**Avalon** [1] - 62:1
**AVENUE** [1] - 2:15
**avoid** [1] - 105:23
**avoided** [1] - 106:13
**award** [4] - 19:14, 21:4, 47:12, 47:15
**awarded** [1] - 16:7
**aware** [3] - 51:16, 51:24, 101:1

**B**

**B-R-I-X-I-U-S** [1] - 29:1
**B406** [1] - 2:21
**baby** [1] - 68:1
**backgrounds** [1] - 80:5
**bad** [2] - 53:21, 106:12
**Baham** [5] - 58:9, 59:4, 67:15, 75:25, 76:3
**Baker** [4] - 12:25, 13:3, 13:4, 68:20
**BAKER** [1] - 2:12
**balanced** [1] - 90:23
**Bank** [1] - 64:20
**banking** [1] - 62:24
**Baptist** [1] - 66:23
**Baron** [1] - 65:20
**BARONNE** [1] - 1:18
**Barrio** [2] - 59:5, 67:21
**base** [1] - 95:25

**based** [10] - 6:14, 48:14, 74:6, 74:8, 77:24, 87:19, 95:4, 97:12, 103:8, 108:20
**basics** [1] - 8:17
**basis** [6] - 7:18, 34:16, 59:10, 92:10, 95:5, 100:4
**bathroom** [1] - 100:22
**Baton** [1] - 12:3
**Batson** [3] - 79:13, 82:1, 82:16, 83:6, 83:7, 83:8, 83:14, 83:15, 90:20, 91:13, 92:12, 96:4, 97:19
**Bay** [1] - 73:22
**bear** [2] - 85:9, 104:12
**BEARMAN** [1] - 2:12
**Beasley** [2] - 68:25, 69:5
**become** [1] - 57:1
**BEFORE** [1] - 1:12
**begin** [4] - 82:14, 106:25, 111:6, 111:21
**beginning** [4] - 51:9, 52:20, 81:6
**behalf** [13] - 4:15, 4:17, 4:19, 4:21, 4:23, 4:25, 5:2, 5:4, 5:6, 5:9, 5:11, 5:13, 22:13
**behavior** [1] - 105:5
**behind** [3] - 25:5, 68:8, 93:18
**belief** [1] - 94:3
**beliefs** [1] - 44:17
**believability** [1] - 105:1
**believes** [4] - 93:1, 93:5, 93:11, 93:24
**bellwether** [1] - 52:17
**Bench** [1] - 71:15
**bench** [15] - 7:21, 7:23, 32:2, 33:15, 34:8, 43:11, 43:14, 84:17, 85:14, 87:2, 87:9, 98:23, 104:14, 104:18, 104:19
**Bergeron** [5] - 53:13, 55:13, 65:11, 73:19, 75:25
**BERKOWITZ** [1] - 2:13
**Bermudez** [3] - 64:1, 99:18, 99:21
**best** [1] - 112:18
**between** [4] - 40:5, 85:20, 109:20, 111:19

**bias** [4] - 6:13, 80:16, 93:2, 93:4
**biased** [1] - 106:13
**big** [2] - 39:4, 55:4
**Bill** [1] - 28:7
**billing** [2] - 63:9, 70:16
**Binstock** [1] - 12:5
**BINSTOCK** [1] - 1:20
**bit** [4] - 26:20, 49:9, 57:14, 111:1
**BlackBerry** [1] - 107:7
**BlackBerrys** [1] - 107:3
**Blockbuster** [1] - 70:14
**blog** [1] - 107:8
**blogs** [1] - 103:15
**blood** [1] - 10:23
**Board** [3] - 61:1, 61:3, 61:21
**Bobbi** [2] - 28:18, 49:17
**BOBBI** [1] - 28:18
**bona** [1] - 92:10
**BONE** [3] - 2:8, 5:4, 12:20
**Bone** [2] - 5:4, 12:20
**BONOMO** [1] - 29:6
**Bonomo** [1] - 29:6
**boutique** [1] - 71:12
**bowels** [1] - 59:13
**box** [7] - 16:25, 21:24, 23:2, 38:9, 44:24, 61:13, 99:4
**BOX** [1] - 2:4
**Boyle** [1] - 29:10
**boys** [1] - 69:13
**break** [17] - 8:6, 50:14, 98:19, 106:17, 107:17, 108:1, 109:18, 110:5, 110:24, 110:25, 111:8, 111:10, 111:11, 111:13, 111:25
**Brian** [4] - 29:6, 29:9, 29:10, 67:6
**briefly** [2] - 93:15, 93:16
**bring** [6] - 54:2, 58:2, 74:25, 76:9, 97:20, 107:12
**brings** [1] - 52:14
**Brixius** [1] - 29:1
**Bros** [1] - 66:22
**brother** [1] - 92:25
**brought** [2] - 5:21, 5:25
**Brunet** [3] - 21:1, 71:2

**Bryant** [5] - 17:18, 18:9, 46:12, 47:3, 66:10
**Bryant's** [1] - 18:10
**budget** [1] - 63:24
**building** [4] - 16:15, 44:4, 109:4, 109:12
**built** [1] - 23:11
**burden** [1] - 91:14
**Burian** [1] - 28:25
**BURIAN** [1] - 29:1
**business** [14] - 15:10, 17:23, 24:9, 24:11, 24:12, 25:7, 25:12, 30:4, 47:8, 62:6, 66:3, 66:8, 67:25, 70:11
**BY** [7] - 1:17, 1:20, 2:3, 2:8, 2:13, 2:23, 2:23

**C**

**C-O-M-P-E-A-U** [1] - 28:21
**C-R-U-Z** [1] - 29:10
**Cain** [1] - 91:10
**CALDWELL** [1] - 2:12
**CALLED** [1] - 4:4
**Cambre** [1] - 63:14
**CAMPO** [1] - 28:21
**campus** [1] - 23:23
**cancer** [7] - 32:12, 48:21, 92:22, 92:25, 93:3, 93:25
**cannot** [2] - 97:16, 104:15
**capable** [1] - 6:12
**capacity** [3] - 21:21, 21:24, 22:5
**car** [8] - 25:24, 26:5, 26:9, 26:15, 54:1, 58:19, 58:20, 76:4
**CARANCAHUA** [1] - 1:24
**care** [8] - 53:5, 55:16, 56:25, 57:5, 70:2, 73:17, 75:6, 75:10
**Care** [1] - 66:7
**careful** [2] - 101:6, 101:13, 106:3
**carefully** [2] - 11:22, 27:14, 27:18
**cares** [1] - 57:4
**Carla** [1] - 67:21
**Carole** [1] - 71:10
**Carolina** [3] - 12:7, 12:8, 12:15
**carpenter** [2] - 67:16,

67:20, 67:22, 68:14
**carpool** [2] - 54:10, 54:11
**cars** [1] - 58:21
**Carson** [2] - 5:6, 12:22
**CARSON** [1] - 2:9
**Case** [1] - 4:12
**case** [146] - 5:21, 5:25, 6:8, 6:10, 6:16, 7:11, 7:24, 8:14, 10:20, 10:25, 11:2, 11:19, 13:20, 13:25, 14:3, 14:6, 14:25, 15:18, 15:23, 16:8, 18:1, 19:15, 20:3, 20:7, 20:13, 20:16, 21:2, 21:5, 23:23, 24:5, 24:10, 24:13, 24:25, 26:7, 26:19, 27:18, 28:14, 28:15, 28:18, 31:13, 31:15, 31:16, 31:17, 31:19, 31:24, 32:4, 32:15, 32:24, 33:12, 33:19, 33:20, 34:15, 36:4, 36:10, 36:11, 36:20, 37:1, 37:10, 39:14, 41:14, 41:19, 41:24, 42:7, 42:23, 42:25, 43:4, 43:5, 43:6, 44:1, 44:5, 44:6, 44:7, 44:13, 44:24, 45:3, 45:4, 45:10, 47:12, 47:15, 47:17, 47:21, 48:1, 48:11, 48:16, 48:18, 49:3, 49:10, 49:15, 49:17, 50:2, 50:4, 50:11, 52:6, 52:8, 53:1, 60:8, 80:2, 90:9, 90:25, 91:6, 91:9, 91:13, 91:23, 92:5, 92:23, 92:24, 95:22, 98:8, 99:25, 101:4, 101:8, 101:10, 101:14, 101:16, 101:19, 102:1, 102:15, 102:18, 102:20, 102:21, 103:3, 103:8, 103:11, 103:12, 103:13, 103:16, 103:17, 104:25, 105:25, 106:4, 106:19, 106:20, 106:23, 106:24, 107:5, 107:6, 107:20, 107:21, 108:12, 108:23, 108:25, 109:1, 110:20

**cases** [9] - 21:11, 21:13, 21:14, 21:16, 38:20, 52:22, 91:11, 101:23, 102:10
**cash** [1] - 69:8
**Cathy** [2] - 112:13, 112:24
**CATHY** [1] - 2:20
**Caucasian** [1] - 82:2
**caused** [3] - 33:11, 48:17, 93:25
**causes** [1] - 83:11
**Causeway** [1] - 12:3
**causing** [2] - 37:24, 37:25
**CCR** [2] - 2:20, 112:24
**cell** [4] - 107:2, 107:6, 107:12, 107:19
**center** [1] - 68:10
**Center** [3] - 60:23, 64:15, 69:22
**certain** [5] - 10:1, 90:5, 98:25, 104:2, 110:11
**certainly** [4] - 97:21, 101:1, 107:14, 110:3
**CERTIFICATE** [1] - 112:11
**Certified** [2] - 112:13, 112:14
**certify** [1] - 112:17
**CH20** [1] - 87:24
**chair** [4] - 36:18, 44:9, 107:25
**chairs** [1] - 108:8
**challenge** [21] - 7:14, 74:11, 74:16, 82:6, 82:17, 83:6, 83:7, 83:8, 83:14, 84:7, 84:8, 86:18, 88:9, 88:11, 90:21, 91:3, 92:13, 94:4, 96:17, 97:11, 97:18
**challenged** [2] - 7:1, 94:6
**challenges** [25] - 7:3, 72:14, 74:3, 74:7, 74:20, 76:23, 78:9, 78:25, 79:17, 79:22, 80:10, 81:25, 82:17, 82:20, 83:16, 83:22, 84:25, 85:9, 87:19, 88:6, 97:4, 97:9, 98:7, 100:7
**chambers** [1] - 107:16
**chance** [5] - 20:5, 76:24, 80:3, 88:5, 110:20
**change** [1] - 45:5
**characteristics** [1] -

91:21
**charge** [1] - 49:24
**charges** [1] - 15:22
**charity** [1] - 71:12
**Charles** [3] - 28:3, 29:4, 61:8
**CHARLES** [1] - 2:15
**CHARLESTON** [1] - 2:4
**Charleston** [1] - 12:7
**Charlyn** [2] - 13:24, 60:25
**chat** [1] - 107:8
**Cheatwood** [7] - 5:9, 12:24, 39:11, 52:11, 56:19, 77:1, 77:3
**CHEATWOOD** [21] - 2:14, 5:9, 12:24, 39:12, 39:21, 52:12, 53:9, 56:20, 57:24, 58:1, 59:1, 72:6, 75:23, 76:1, 76:13, 77:4, 80:25, 87:20, 93:15, 93:17, 93:19
**check** [1] - 98:24
**checked** [1] - 81:20
**Chemical** [2] - 63:19, 63:20
**chemicals** [4] - 93:1, 93:25, 94:15, 94:24
**Chevron** [3] - 66:11, 71:6, 72:21
**child** [13] - 20:12, 42:1, 62:24, 64:9, 66:12, 67:25, 68:1, 68:2, 68:6, 75:6, 75:10
**children** [34] - 58:21, 60:16, 60:17, 60:18, 60:24, 61:16, 61:20, 62:3, 62:12, 63:16, 63:21, 64:3, 64:6, 64:16, 64:21, 64:25, 65:7, 65:12, 66:17, 67:5, 67:8, 67:17, 67:22, 67:25, 68:6, 68:11, 68:24, 69:15, 69:23, 71:1, 71:3, 71:6, 71:13, 106:20
**chosen** [4] - 50:15, 94:10, 95:12, 95:14
**Chris** [3] - 4:21, 12:9
**CHRIS** [1] - 1:23
**Christel** [1] - 70:24
**CHRISTI** [1] - 1:24
**Christopher** [1] - 28:11
**Church** [1] - 66:23
**CIRCO** [1] - 62:3
**Circuit** [1] - 91:9

**circumstance** [2] - 24:21, 73:24
**circumstances** [3] - 74:17, 92:7, 105:9
**circumstantial** [2] - 104:9, 104:10
**citation** [1] - 91:11
**civil** [12] - 13:20, 14:23, 14:25, 15:17, 16:1, 16:13, 17:19, 17:23, 21:2, 22:4, 65:3, 81:4
**claim** [9] - 19:5, 19:9, 24:4, 25:1, 32:6, 51:13, 51:14, 52:19, 54:23
**claiming** [2] - 15:5, 16:2
**claims** [4] - 48:24, 49:6, 49:21, 49:22
**class** [4] - 38:24, 51:3, 52:16, 53:2
**class-action** [1] - 51:3
**cleaned** [1] - 42:10
**clear** [1] - 83:24
**clearly** [4] - 80:15, 80:20, 80:21, 96:3
**CLERK** [12] - 4:7, 8:10, 8:16, 73:6, 73:7, 76:16, 76:19, 86:25, 87:7, 89:3, 109:25, 112:3
**clerk** [5] - 63:6, 64:20, 69:23, 70:1, 70:16
**close** [2] - 18:21, 111:3
**closing** [1] - 102:10
**Club** [1] - 32:12
**coffee** [1] - 109:15
**Cole** [1] - 28:10
**COLE** [1] - 28:10
**Coleman** [4] - 65:20, 78:3, 99:21, 99:23
**collected** [1] - 108:7
**collectively** [1] - 7:16
**College** [1] - 68:2
**college** [5] - 66:4, 69:4, 69:10, 70:19, 70:20
**comfortable** [1] - 107:15
**coming** [12] - 20:7, 31:18, 32:5, 32:10, 33:19, 33:21, 34:18, 44:3, 50:12, 50:13, 54:11, 58:22
**Commander** [1] - 29:8
**comment** [1] - 83:13
**comments** [2] - 42:8, 42:12

**Commercial** [1] - 67:7
**common** [1] - 30:22
**commonly** [1] - 49:4
**communicate** [3] - 107:4, 107:6, 107:20
**communication** [2] - 105:16, 105:20
**community** [2] - 47:11, 47:14
**Comp** [3] - 22:18, 22:25, 26:7
**companies** [1] - 11:8
**company** [19] - 15:3, 15:7, 15:8, 22:17, 22:24, 25:13, 25:14, 26:19, 62:1, 62:3, 62:5, 62:13, 62:14, 63:3, 64:10, 66:12, 66:19, 68:20
**Company** [1] - 67:18
**comparison** [2] - 91:20, 94:5
**compassion** [1] - 45:9
**Compeau** [3] - 28:19, 28:22
**COMPEAU** [1] - 28:21
**compensate** [1] - 48:24
**compensated** [1] - 48:17
**competency** [2] - 6:21, 8:13
**complete** [4] - 7:8, 7:25, 85:3, 95:21
**completed** [1] - 84:21
**completely** [1] - 108:14
**compliance** [1] - 96:10
**composition** [2] - 83:18, 97:2
**comprise** [1] - 78:6
**compulsion** [1] - 7:9
**COMPUTER** [1] - 2:23
**computer** [5] - 36:12, 62:2, 62:8, 66:7, 66:18
**concentrate** [1] - 40:11
**concept** [1] - 38:16
**concern** [3] - 52:14, 53:2, 104:4
**concerned** [3] - 73:15, 93:21, 93:23
**concerning** [2] - 6:20, 96:20
**concerns** [3] - 55:7, 94:23, 94:25
**conclude** [1] - 104:11
**concluded** [7] - 33:16,

43:12, 84:17, 87:2, 98:23, 106:25, 112:7
**concludes** [1] - 47:24
**conclusion** [2] - 102:4, 102:8
**conclusions** [2] - 82:19, 108:24
**conditioning** [3] - 63:3, 63:6, 69:20
**conduct** [4] - 101:2, 101:7, 101:13, 103:11
**conducted** [1] - 105:25
**conference** [10] - 32:2, 33:16, 34:8, 43:12, 43:14, 84:17, 85:14, 87:2, 87:9, 98:23
**conferences** [3] - 104:14, 104:18, 104:19
**confines** [1] - 103:18
**conformity** [1] - 80:1
**connected** [1] - 101:12
**connection** [2] - 57:8, 91:13
**consider** [10] - 79:10, 79:11, 97:21, 100:7, 102:16, 102:19, 103:20, 104:2, 104:6, 104:12
**consideration** [2] - 37:8, 105:4
**considered** [1] - 7:17
**considering** [5] - 48:23, 49:6, 49:21, 75:16, 105:3
**consist** [1] - 103:5
**consisted** [1] - 96:15
**consists** [2] - 82:1, 103:20
**constantly** [1] - 59:20
**constitute** [1] - 77:20
**constituted** [1] - 81:10
**consult** [1] - 103:14
**contact** [1] - 30:18
**contained** [1] - 102:21
**content** [1] - 44:7
**continue** [2] - 39:13, 72:2
**CONTINUED** [1] - 2:1
**contract** [2] - 15:9, 15:11
**contracted** [1] - 6:2
**contracting** [1] - 62:8
**contractor** [6] - 23:6, 23:8, 23:11, 51:11, 51:23, 53:2

**contractual** [1] - 25:8
**contrary** [2] - 49:14, 80:23
**contributing** [1] - 94:19
**conversation** [2] - 105:15, 105:20
**convicted** [1] - 15:21
**cooling** [1] - 62:23
**coordinator** [1] - 63:19
**Coreen** [1] - 28:12
**corporate** [2] - 11:6, 93:4
**Corporation** [1] - 69:4
**corporation** [2] - 87:24, 93:6
**corporations** [5] - 87:13, 93:5, 93:24, 94:25, 103:12
**CORPUS** [1] - 1:24
**correct** [17] - 9:11, 9:15, 16:9, 17:2, 17:8, 18:8, 20:2, 22:1, 24:9, 28:22, 36:24, 45:24, 56:16, 73:3, 89:18, 89:20, 112:17
**correctly** [1] - 27:25
**Council** [1] - 64:5
**counsel** [22] - 4:13, 7:2, 11:19, 31:4, 33:2, 34:10, 42:18, 60:2, 64:17, 72:1, 72:11, 80:24, 82:5, 98:10, 101:15, 101:25, 102:2, 102:5, 104:22, 110:1, 110:11, 111:17
**Counsel** [6] - 27:25, 31:22, 33:10, 37:15, 58:24, 71:14
**count** [1] - 78:18
**counted** [1] - 80:7
**countertop** [1] - 70:11
**country** [1] - 95:23
**couple** [6] - 14:2, 33:5, 53:20, 60:11, 60:19, 71:19, 74:16
**course** [8] - 9:9, 28:14, 54:5, 84:5, 102:22, 105:14, 106:19, 108:7
**court** [25] - 13:21, 15:19, 16:12, 16:18, 19:20, 22:4, 22:21, 26:1, 26:14, 34:17, 34:18, 34:24, 35:9, 35:22, 36:6, 41:24,

53:15, 77:23, 85:19, 95:6, 96:14, 103:4, 103:24, 109:7, 110:16
**Court** [46] - 6:24, 7:13, 9:6, 45:7, 45:11, 53:4, 78:1, 78:8, 78:14, 78:18, 79:10, 79:11, 79:15, 79:16, 79:20, 79:23, 79:24, 80:22, 80:23, 81:16, 90:7, 91:5, 91:19, 92:3, 92:9, 92:21, 94:14, 95:4, 95:8, 96:4, 96:25, 98:15, 100:3, 100:7, 101:2, 103:7, 108:22, 109:1, 109:4, 109:23, 112:14, 112:15, 112:16, 112:25, 113:1
**COURT** [337] - 1:1, 2:20, 4:4, 4:8, 4:10, 5:16, 8:17, 8:24, 9:22, 9:25, 10:5, 13:6, 14:1, 14:3, 14:6, 14:8, 14:10, 14:13, 14:19, 14:21, 14:25, 15:4, 15:9, 15:12, 15:18, 15:23, 16:4, 16:7, 16:10, 16:12, 16:15, 16:18, 16:21, 16:24, 17:6, 17:12, 17:15, 17:17, 17:20, 17:22, 17:25, 18:4, 18:7, 18:9, 18:14, 18:20, 19:2, 19:5, 19:8, 19:12, 19:14, 19:18, 19:20, 19:23, 19:25, 20:6, 20:9, 20:13, 20:16, 20:18, 20:20, 20:25, 21:4, 21:7, 21:9, 21:13, 21:17, 22:5, 22:8, 22:10, 22:14, 22:22, 23:1, 23:7, 23:10, 23:13, 23:16, 23:18, 23:25, 24:4, 24:7, 24:11, 24:13, 24:15, 24:21, 24:25, 25:4, 25:9, 25:11, 25:14, 25:16, 25:18, 26:2, 26:9, 26:12, 26:16, 26:21, 26:23, 27:2, 27:4, 27:7, 27:9, 27:11, 28:2, 29:13, 30:2, 30:4, 30:6, 30:8, 30:11, 30:14, 30:17, 30:20, 30:24, 31:2, 31:4, 31:7, 31:9, 31:22,

32:6, 32:9, 32:14, 32:17, 32:19, 32:24, 33:2, 33:10, 33:14, 33:18, 33:24, 34:2, 34:9, 34:17, 34:23, 35:3, 35:8, 35:13, 35:15, 35:21, 36:9, 36:16, 36:24, 37:5, 37:15, 38:6, 39:6, 39:10, 39:20, 39:23, 40:3, 40:18, 40:20, 41:4, 41:8, 41:12, 41:16, 41:22, 42:3, 42:6, 42:12, 42:15, 42:18, 43:3, 43:9, 43:13, 45:23, 46:1, 46:5, 46:8, 46:11, 46:15, 46:17, 46:19, 46:21, 46:24, 47:1, 47:3, 50:25, 51:4, 51:8, 51:17, 52:5, 52:10, 52:13, 52:18, 53:7, 53:11, 53:23, 54:5, 54:13, 54:18, 55:13, 55:20, 56:2, 56:4, 56:7, 56:19, 56:21, 57:7, 57:14, 57:19, 57:23, 57:25, 58:4, 58:7, 58:15, 58:17, 58:19, 58:22, 58:24, 59:4, 59:10, 59:14, 59:16, 59:21, 59:23, 60:2, 60:4, 61:5, 61:10, 61:12, 61:17, 61:24, 62:5, 62:9, 62:16, 62:18, 63:2, 63:7, 63:9, 63:12, 63:17, 64:13, 64:17, 64:22, 65:2, 65:10, 65:15, 65:23, 65:25, 66:14, 67:1, 67:11, 67:14, 68:4, 68:7, 68:22, 69:5, 69:17, 70:21, 71:9, 71:14, 72:4, 72:8, 72:13, 72:19, 72:22, 73:8, 73:15, 73:19, 74:7, 74:14, 74:20, 74:23, 75:2, 75:5, 75:11, 75:14, 75:20, 75:24, 76:3, 76:15, 76:18, 76:21, 77:3, 77:7, 77:11, 78:16, 80:24, 81:9, 82:21, 82:25, 83:17, 83:20, 84:2, 84:4, 84:8, 84:13, 84:18, 85:12, 85:25, 86:2, 86:13, 86:18, 86:21, 87:3, 87:15, 87:18, 87:21, 88:1, 88:4, 88:14,

88:18, 88:21, 88:23, 88:25, 89:2, 89:4, 89:8, 89:11, 89:13, 89:17, 89:19, 89:21, 90:2, 90:12, 91:25, 93:16, 93:18, 94:10, 94:17, 95:11, 95:17, 95:20, 96:7, 96:21, 98:1, 98:4, 98:10, 98:13, 98:18, 98:24, 99:3, 110:1, 111:14, 111:17, 111:24
**Court's** [4] - 6:25, 80:2, 85:16, 104:5
**courthouse** [1] - 35:4
**courtroom** [33] - 9:16, 10:12, 10:13, 33:21, 36:21, 38:19, 41:19, 44:25, 79:9, 84:22, 90:17, 93:5, 93:20, 98:25, 99:6, 99:7, 101:5, 103:10, 103:19, 105:25, 107:12, 107:13, 107:16, 107:25, 108:5, 108:15, 108:21, 109:5, 109:9, 110:18, 111:2, 111:6, 111:16
**cousins** [1] - 11:13
**cover** [1] - 111:24
**covered** [2] - 50:7, 88:4
**Covington** [3] - 67:19, 69:23, 71:6
**coworker** [1] - 52:7
**coworkers** [1] - 11:13
**Crain** [1] - 68:23
**create** [1] - 91:8
**created** [1] - 80:17
**creates** [1] - 96:3
**creating** [1] - 106:12
**credit** [1] - 11:17
**crime** [1] - 21:14
**criminal** [14] - 13:19, 13:25, 14:17, 15:17, 15:18, 16:18, 17:4, 17:11, 18:13, 20:3, 20:13, 21:11, 21:14, 22:4
**critical** [1] - 90:9
**cross** [1] - 81:11
**cross-section** [1] - 81:11
**Crozet** [1] - 67:3
**CRR** [2] - 2:20, 112:24
**Cruz** [3] - 29:10, 29:11, 29:13
**CSO** [1] - 76:21
**cuff** [1] - 94:21

**custody** [1] - 70:4
**cutter** [1] - 66:17

## D

**D'Amico** [5] - 4:15, 11:25, 12:1, 12:12, 52:10
**D'AMICO** [41] - 1:16, 1:17, 4:15, 12:1, 28:1, 31:6, 38:5, 38:7, 39:16, 40:17, 40:19, 42:21, 43:2, 50:23, 52:14, 52:21, 59:2, 73:5, 74:13, 75:4, 82:18, 82:22, 84:12, 85:24, 87:11, 87:16, 87:23, 88:2, 88:11, 88:16, 89:9, 89:12, 89:14, 89:24, 96:19, 97:24, 98:2, 98:9, 98:12, 98:21, 111:23
**Dale** [1] - 62:22
**damage** [8] - 45:13, 45:14, 47:4, 47:5, 47:6, 47:7, 47:8
**damages** [4] - 48:17, 48:19, 48:24, 48:25
**dangerous** [1] - 87:25
**Daniel** [2] - 61:15, 65:3
**Danny** [1] - 69:11
**daughter** [18] - 24:24, 61:3, 61:9, 61:22, 62:13, 62:14, 62:24, 64:7, 65:5, 65:18, 66:18, 67:18, 68:13, 69:10, 70:19, 75:7, 75:8
**Dave** [1] - 5:13
**DAVID** [1] - 2:13
**David** [4] - 13:4, 28:3, 29:4, 63:18
**DAY** [1] - 1:11
**days** [8] - 33:5, 45:5, 50:17, 53:20, 59:8, 59:15, 59:16, 94:2
**deal** [1] - 73:11
**Deanndre** [1] - 70:22
**death** [2] - 24:19, 75:19
**deceased** [1] - 66:19
**decide** [2] - 6:13, 32:24, 36:19, 41:19, 41:23, 45:4, 45:10, 52:8, 103:3, 103:8, 103:17, 105:1
**decided** [5] - 44:24,

47:11, 47:14, 84:11,
104:16
**deciding** [2] - 48:3,
94:19
**decision** [7] - 20:7,
45:4, 52:1, 94:20,
102:13, 102:14,
109:2
**Deckle** [1] - 29:9
**DECKLE** [1] - 29:9
**decline** [1] - 82:15
**deeply** [1] - 97:1
**defendant** [18] -
15:23, 21:23, 24:2,
24:10, 24:17, 24:19,
25:3, 40:15, 40:17,
40:18, 47:25, 48:2,
48:18, 49:3, 52:2,
91:14, 91:23, 92:3
**defendant's** [1] -
92:11
**defendants** [17] -
5:25, 6:5, 6:9, 11:2,
11:6, 43:5, 45:10,
47:21, 49:1, 93:3,
97:5, 101:3, 101:18,
101:22, 102:5,
109:21, 111:19
**defendants'** [2] -
84:24, 102:1
**defense** [6] - 19:10,
19:11, 19:12, 50:20,
89:23, 101:25
**degree** [2] - 69:16,
104:20
**deliberate** [2] - 20:5,
102:19
**deliberation** [2] -
109:2, 110:21
**deliberations** [1] -
107:1
**Delta** [1] - 71:11
**demographically** [1] -
90:23
**DENNIS** [1] - 1:20
**Dennis** [3] - 4:17,
12:4, 72:11
**dentist** [2] - 63:23,
68:10
**deny** [2] - 6:5, 6:6
**Department** [3] -
68:13, 69:2, 70:18
**deposition** [3] - 24:13,
25:16, 103:23
**deputy** [2] - 84:22,
107:16
**DEPUTY** [11] - 4:7,
8:10, 8:16, 73:6,
76:16, 76:19, 86:25,
87:7, 89:3, 109:25,

112:3
**descent** [1] - 90:11
**described** [1] - 107:19
**designed** [2] - 49:12,
49:16
**determination** [1] -
105:1
**determine** [4] - 6:24,
102:25, 103:1,
104:25
**determined** [1] - 79:9
**determining** [1] -
48:24
**develop** [2] - 6:20,
36:14
**developed** [1] - 95:22
**diarrhea** [2] - 59:19,
77:9
**dictionaries** [1] -
103:14
**died** [2] - 70:12, 92:25
**different** [8] - 10:3,
48:4, 51:22, 51:23,
80:3, 82:9, 85:16,
94:8
**difficulty** [6] - 48:3,
48:13, 48:23, 49:5,
49:8, 49:20
**diligent** [1] - 110:19
**Dire** [3] - 31:21, 62:1,
99:9
**DIRE** [2] - 3:5, 5:15
**dire** [3] - 6:19, 31:20,
95:5
**direct** [4] - 104:8,
104:9, 109:7
**directed** [1] - 7:17
**directions** [1] - 35:4
**directly** [1] - 7:22
**director** [1] - 69:1
**DiRosa** [1] - 28:12
**disability** [1] - 67:8
**disc** [1] - 10:8
**discharged** [1] - 7:13
**disclose** [1] - 7:9
**discrimination** [4] -
80:8, 91:4, 91:8,
96:4
**discuss** [7] - 7:21,
98:6, 106:3, 106:19,
106:23, 106:24
**discussing** [1] - 72:13
**discussions** [3] -
31:19, 33:20, 105:25
**dismiss** [1] - 35:22
**dismissed** [1] - 80:15
**disparities** [1] - 91:7
**dispute** [3] - 15:9,
15:11, 17:23
**disqualify** [1] - 7:10

**disregard** [1] - 108:14
**disregarding** [1] -
44:16
**distance** [1] - 10:1
**distracted** [1] - 100:18
**distress** [1] - 48:20
**DISTRICT** [3] - 1:1,
1:1, 1:13
**district** [1] - 54:7
**District** [9] - 5:19,
78:8, 78:14, 80:20,
81:10, 96:10,
112:16, 113:1
**diverticulitis** [2] -
59:8, 77:5
**divided** [1] - 111:18
**divorced** [1] - 64:6
**Dixie** [3] - 68:16,
68:19
**docket** [1] - 4:11
**DOCKET** [2] - 1:5, 1:9
**doctor** [12] - 17:24,
17:25, 18:1, 18:5,
18:6, 18:7, 56:2,
56:4, 56:5, 56:15,
73:25
**doctor's** [4] - 55:17,
55:20, 67:18, 73:21
**document** [3] - 35:22,
38:18
**DOCUMENT** [1] - 1:7
**documentation** [1] -
103:6
**documents** [7] -
32:21, 35:9, 36:19,
37:18, 37:19, 39:13,
41:18
**Dodson** [1] - 69:11
**Domingue** [9] - 9:15,
14:22, 15:12, 22:15,
62:19, 62:20, 99:13,
99:16
**Dominick** [2] - 4:19,
12:6
**DOMINICK** [3] - 2:3,
4:19, 12:6
**Don** [1] - 29:17
**Donald** [1] - 66:21
**done** [10] - 16:22,
18:2, 78:24, 81:13,
85:7, 87:3, 88:4,
97:11, 100:13, 101:9
**Donelson** [3] - 12:25,
13:3, 13:5
**DONELSON** [1] - 2:12
**Donny** [1] - 61:7
**door** [1] - 109:8
**Dorris** [1] - 28:8
**DORRIS** [1] - 28:9
**Dottolo** [2] - 63:18,

99:9
**double** [1] - 81:20
**doubt** [2] - 100:25,
101:7
**Doug** [2] - 5:8, 28:23
**DOUGLAS** [2] - 2:18,
2:18
**Douglas** [3] - 4:25,
12:13
**Dow** [2] - 63:19, 63:20
**down** [9] - 25:20,
39:19, 41:5, 72:19,
74:16, 86:9, 86:15,
99:14, 99:15
**downstairs** [2] - 85:6,
100:15
**downtown** [1] - 111:5
**Dr** [21] - 28:5, 28:6,
28:7, 28:8, 28:9,
28:10, 28:11, 28:12,
29:3, 29:10, 29:13,
29:14, 29:16, 67:19
**drawing** [2] - 22:18,
79:2
**drawn** [2] - 79:12,
102:17
**Dretke** [1] - 91:6
**drilling** [1] - 64:10
**drinks** [1] - 109:16
**drive** [6] - 53:19,
53:23, 54:8, 54:15,
57:15, 57:18
**driven** [2] - 53:18,
54:1
**driver** [1] - 24:24
**drives** [1] - 76:2
**driving** [1] - 54:4
**drug** [5] - 14:5, 15:21,
20:4, 21:16, 62:13
**drug-related** [2] -
15:21, 21:16
**drugs** [1] - 17:16
**Dunbar** [1] - 68:15
**Duplantier** [1] - 67:3
**during** [17] - 8:3, 16:4,
28:14, 95:5, 101:2,
102:22, 103:7,
103:10, 104:18,
104:23, 105:14,
106:19, 107:17,
107:18, 107:23,
108:6, 109:3
**duty** [8] - 6:22, 34:18,
100:10, 102:23,
102:25, 103:25,
104:1, 106:22
**DVD** [1] - 44:21
**Dwyer** [1] - 63:14
**Dyson** [2] - 28:7,
28:19

## E

**e-mail** [1] - 107:7
**Earl** [1] - 71:2
**earth** [1] - 71:5
**East** [1] - 70:7
**EASTERN** [1] - 1:1
**Eastern** [5] - 5:19,
80:19, 81:10, 96:9,
112:16
**eat** [3] - 59:19, 111:3
**Edith** [2] - 29:3
**Edward** [1] - 28:7
**efficient** [1] - 111:20
**effort** [1] - 83:7
**eight** [3] - 21:2, 62:4,
86:3
**either** [14] - 6:25, 11:6,
11:8, 13:20, 21:22,
36:14, 40:7, 43:7,
43:10, 52:1, 54:11,
73:10, 88:9, 97:22
**El** [2] - 91:7, 91:19
**electronic** [1] - 103:16
**electronically** [1] -
107:4
**elements** [1] - 32:13
**Elevator** [1] - 65:19
**eligible** [4] - 72:17,
78:4, 78:7, 78:13
**eliminate** [1] - 73:8
**eliminated** [1] - 80:12
**elimination** [1] - 79:14
**Ellison** [1] - 81:18
**Elton** [1] - 29:17
**emergency** [9] - 5:24,
6:4, 49:11, 49:18,
49:24, 59:10, 70:1,
110:14, 110:16
**emotional** [1] - 48:20
**emphysema** [1] -
92:25
**employed** [6] - 60:15,
66:22, 67:16, 69:8,
70:16, 70:23
**employee** [4] - 51:18,
51:20, 51:21, 52:8
**employees** [1] - 51:5
**employment** [1] -
60:14
**enable** [1] - 6:24
**encountered** [1] -
44:17
**end** [3] - 96:2, 101:9,
102:23
**Energy** [1] - 71:3
**enforcement** [3] -
22:2, 22:5, 22:12
**engage** [4] - 105:15,

105:19, 105:20
**engaged** [4] - 62:6, 62:7, 64:16, 66:8
**Engelhardt** [1] - 5:19
**ENGELHARDT** [1] - 1:12
**engineer** [2] - 65:4, 66:4
**Engineering** [1] - 65:4
**English** [1] - 8:21
**enjoyment** [1] - 48:22
**enter** [4] - 109:9, 110:18, 111:1, 111:6
**Enterprises** [1] - 29:2
**entirety** [1] - 86:13
**entitled** [2] - 105:13, 112:19
**entries** [1] - 58:8
**enumerated** [1] - 77:25
**Environmental** [5] - 5:10, 5:12, 5:14, 6:2, 11:4
**ENVIRONMENTAL** [1] - 2:12
**Episcopal** [1] - 66:16
**equal** [6] - 78:22, 79:6, 81:4, 90:8, 92:8, 96:6
**equally** [1] - 101:12
**equipment** [1] - 66:7
**ERNEST** [1] - 2:8
**Ernie** [2] - 5:2, 12:17
**Ervin** [1] - 28:3
**ESQUIRE** [11] - 1:17, 1:17, 1:20, 2:3, 2:8, 2:8, 2:9, 2:13, 2:14, 2:14, 2:18
**essential** [1] - 100:9
**established** [1] - 49:1
**estate** [1] - 66:9
**ET** [1] - 1:8
**ethnicity** [1] - 82:3
**Evelyn** [1] - 64:4
**evening** [2] - 108:1, 108:7
**Evergreen** [1] - 65:1
**everyday** [1] - 49:4
**evidence** [48] - 6:15, 11:18, 32:15, 32:20, 37:7, 38:9, 40:11, 41:19, 41:24, 44:15, 44:25, 45:3, 45:6, 47:24, 48:14, 52:5, 52:6, 101:20, 101:25, 102:3, 102:4, 102:5, 102:6, 102:8, 102:11, 102:12, 102:16, 102:17, 103:1,

103:2, 103:4, 103:5, 103:7, 103:9, 103:20, 103:22, 103:24, 104:3, 104:8, 104:9, 104:10, 104:13, 104:23, 105:2, 105:10, 108:20, 108:25, 109:22
**exactly** [1] - 60:12
**examination** [1] - 6:19
**EXAMINATION** [2] - 3:5, 5:15
**EXAMINATIONS** [1] - 3:3
**exceedingly** [1] - 78:5
**exchanges** [1] - 106:9
**excluded** [1] - 97:7
**excluding** [1] - 97:5
**exclusion** [3] - 90:19, 92:6, 95:23
**excuse** [4] - 57:24, 73:24, 75:12, 76:16
**excused** [8] - 6:25, 55:16, 55:19, 76:11, 83:1, 85:5, 96:23, 96:24
**exercise** [7] - 7:14, 83:15, 84:24, 85:9, 86:19, 97:8, 97:10
**exercised** [1] - 7:4
**exhibits** [6] - 36:18, 44:22, 44:23, 103:6, 103:21, 104:6
**exist** [2] - 92:14, 104:12
**exists** [1] - 90:7
**expanding** [1] - 53:10
**expect** [2] - 63:1, 110:11
**expected** [1] - 7:7
**expenses** [1] - 48:21
**experience** [3] - 13:16, 14:11, 93:8
**expert** [2] - 28:13, 28:15
**explain** [1] - 102:14
**explains** [1] - 45:11
**explanation** [3] - 101:18, 102:1, 102:12
**explanations** [1] - 97:17
**exposure** [8] - 5:22, 6:7, 31:14, 32:13, 49:22, 87:14, 87:24, 93:1
**expressed** [4] - 39:7, 94:15, 94:16, 94:23
**extend** [1] - 106:8

**extent** [1] - 98:13
**extra** [1] - 40:21
**extremely** [1] - 101:6
**eye** [1] - 76:10
**eyes** [1] - 100:21
**eyewitness** [1] - 104:10

## F

**F-E-R-R-A-L-L** [1] - 29:18
**fabrication** [1] - 62:21
**Facebook** [1] - 107:10
**fact** [16] - 10:5, 28:17, 32:10, 38:7, 49:21, 52:22, 77:20, 82:11, 92:23, 95:4, 96:24, 97:1, 98:6, 100:23, 104:9, 106:7
**factor** [1] - 94:19
**factors** [2] - 79:9, 79:10
**facts** [8] - 31:15, 102:25, 104:11, 104:12, 104:24, 104:25, 105:9, 106:23
**fair** [10] - 6:10, 38:8, 38:15, 48:24, 50:2, 81:7, 87:13, 87:23, 88:13
**fairly** [2] - 49:5, 101:8
**false** [1] - 7:12
**familiar** [4] - 13:9, 27:22, 94:1, 111:5
**family** [5] - 11:8, 13:9, 13:11, 106:22, 107:5
**far** [4] - 9:23, 61:6, 74:23, 81:11
**Fargo** [1] - 63:15
**fashion** [1] - 110:19
**father** [1] - 46:4
**fault** [16] - 6:5, 47:21, 47:22, 47:24, 48:1, 48:4, 48:11, 48:12, 48:14, 48:18, 48:25, 81:15, 81:22, 93:10, 96:25
**favor** [7] - 6:12, 9:5, 18:5, 18:6, 18:7, 52:2, 93:3
**Faye** [1] - 29:7
**fear** [3] - 6:12, 48:20, 92:22
**features** [1] - 97:13
**Federal** [3] - 69:8, 78:7, 78:14
**federal** [3] - 13:20,

16:17, 49:9
**feelings** [1] - 45:9
**FELIPE** [1] - 1:21
**fellow** [1] - 101:3
**felt** [1] - 82:22
**FEMA** [23] - 1:4, 5:24, 6:3, 31:14, 37:22, 41:2, 45:18, 48:11, 48:12, 48:13, 48:14, 49:10, 49:15, 49:19, 72:16, 72:20, 72:23, 73:2, 74:14, 93:8, 93:12, 94:25
**Ferrall** [1] - 29:18
**few** [5] - 16:11, 23:3, 58:7, 71:16, 71:19
**fewer** [1] - 82:13
**fiancé** [1] - 64:16
**fide** [1] - 92:10
**Field** [1] - 29:4
**Fifth** [1] - 91:9
**figured** [1] - 34:21
**filed** [1] - 35:10
**filing** [2] - 15:7, 15:8
**filled** [5] - 39:6, 41:5, 45:17, 55:8, 77:11
**finally** [2] - 80:19, 108:24
**financial** [1] - 57:12
**findings** [1] - 95:4
**fine** [1] - 10:4
**finish** [5] - 40:6, 43:24, 99:1, 100:23, 110:20
**finished** [3] - 35:17, 43:20, 87:5
**firm** [11] - 12:5, 12:7, 12:17, 12:21, 12:23, 12:25, 13:10, 13:12, 24:18, 25:2, 63:14
**firmly** [1] - 45:8
**firms** [2] - 11:22, 11:24
**first** [21] - 9:14, 9:16, 28:20, 57:16, 60:11, 60:19, 60:20, 63:1, 77:19, 78:1, 78:12, 78:17, 79:8, 81:9, 86:12, 90:16, 91:25, 92:13, 96:8, 98:8, 106:19
**five** [15] - 14:24, 18:19, 18:24, 19:19, 50:15, 59:15, 61:9, 62:4, 63:16, 68:11, 69:13, 70:8, 77:21, 97:8, 100:22
**five-years** [1] - 61:9
**flight** [1] - 71:11
**focusing** [1] - 96:22

**folks** [4] - 11:17, 13:7, 32:21, 111:21
**follow** [4] - 13:15, 102:23, 106:18, 107:22
**following** [8] - 8:1, 8:18, 10:18, 55:25, 60:11, 99:3, 101:14, 106:15
**Foltz** [1] - 29:17
**FOLTZ** [1] - 29:18
**FOR** [3] - 1:16, 2:7, 2:12
**force** [1] - 60:17
**Ford** [1] - 27:1
**foregoing** [1] - 112:17
**FOREST** [2] - 1:8, 2:7
**Forest** [12] - 4:12, 5:3, 5:5, 5:7, 5:8, 6:1, 11:3, 11:4, 47:22, 49:13, 74:5
**forget** [3] - 36:23, 38:1, 61:4
**form** [2] - 33:11, 54:23
**formaldehyde** [9] - 5:23, 6:7, 31:13, 32:8, 32:13, 49:4, 49:7, 49:22, 87:14
**FORMALDEHYDE** [1] - 1:4
**formed** [1] - 87:13
**former** [1] - 71:11
**forms** [3] - 79:18, 79:20, 92:24
**forth** [4] - 65:13, 84:14, 85:2, 86:19
**forward** [5] - 31:22, 34:6, 34:9, 40:13, 77:18
**Foundation** [1] - 61:22
**four** [14] - 15:20, 17:5, 18:19, 18:24, 19:19, 59:23, 62:12, 65:5, 65:7, 66:17, 68:17, 90:12, 96:22, 103:9
**four-month-old** [1] - 65:5
**Fox** [2] - 29:15, 73:11
**frame** [2] - 6:21, 44:8
**FRANK** [2] - 1:16, 1:17
**Frank** [8] - 4:15, 12:1, 12:12, 29:10, 29:11, 29:13, 52:10, 61:18
**frankly** [1] - 94:1
**free** [3] - 7:21, 49:24, 108:9
**French** [1] - 71:12
**frequently** [2] - 54:14, 91:6

**Fribley** [1] - 28:8
**FRIBLEY** [1] - 28:8
**Friday** [4] - 8:1, 58:12, 58:18
**friend** [1] - 42:22
**friendly** [1] - 106:9
**friends** [2] - 106:21, 107:5
**Frischhertz** [1] - 70:6
**front** [5] - 10:11, 14:14, 22:15, 23:3, 53:14
**full** [3] - 30:24, 60:13
**furthermore** [1] - 106:2
**Fusion** [1] - 66:7
**future** [1] - 48:21

## G

**GAEDDERT** [3] - 2:18, 5:8, 28:24
**Gaeddert** [2] - 5:8, 28:24
**Gail** [1] - 68:3
**Garratt** [1] - 29:4
**GARRATT** [1] - 29:4
**gather** [1] - 37:18
**Geiger** [1] - 12:21
**GEIGER** [1] - 33:3
**General** [2] - 60:23, 64:15
**general** [4] - 7:9, 32:7, 39:5, 50:25
**generally** [2] - 61:12, 83:15
**generous** [1] - 32:17
**gentleman** [4] - 22:18, 37:21, 62:25, 109:8
**gentlemen** [1] - 12:16
**Geoffrey** [1] - 28:19
**GEOFFREY** [1] - 28:20
**Georgia** [1] - 70:11
**Gieger** [7] - 5:2, 12:17, 12:23, 76:25, 81:1, 93:21
**GIEGER** [71] - 2:7, 2:8, 5:2, 12:16, 29:12, 33:6, 33:11, 37:12, 37:14, 37:17, 38:1, 38:11, 38:17, 38:21, 38:25, 42:20, 51:18, 51:21, 52:1, 52:24, 54:22, 55:2, 55:12, 56:8, 56:11, 56:15, 56:18, 58:6, 58:25, 60:3, 72:2, 72:21, 73:14, 73:18,

74:18, 74:22, 74:25, 75:10, 75:16, 75:21, 77:1, 79:7, 83:5, 83:24, 84:3, 84:7, 85:11, 85:15, 86:1, 86:10, 86:17, 86:20, 86:24, 87:10, 87:17, 88:3, 88:17, 88:19, 88:22, 88:24, 89:1, 89:7, 89:15, 89:18, 89:20, 89:23, 89:25, 92:12, 95:18, 96:17, 112:5
**Gilbert** [1] - 81:18
**girls** [1] - 64:7
**given** [10] - 6:16, 25:16, 37:21, 45:6, 77:20, 95:3, 97:17, 108:3, 109:2, 109:22
**goal** [1] - 81:3
**God** [2] - 8:14, 109:23
**governed** [1] - 103:24
**government** [5] - 38:25, 39:1, 42:10, 49:10, 62:7
**government's** [1] - 35:22
**Graham** [1] - 28:9
**Grain** [1] - 65:18
**grand** [1] - 13:20
**grandchild** [1] - 63:1
**grandchildren** [2] - 65:8, 70:2
**grandson** [2] - 56:25, 57:5
**Granier** [3] - 20:10, 20:20, 68:9
**great** [4] - 43:9, 63:2, 63:17, 101:1
**greater** [1] - 78:15
**Greene** [4] - 25:21, 26:2, 29:7, 70:5
**greeting** [1] - 106:9
**Greg** [1] - 65:16
**Greta** [1] - 70:15
**Gretna** [2] - 19:23, 19:24
**group** [2] - 13:14, 52:18
**grown** [1] - 60:16
**guess** [5] - 28:22, 29:13, 38:23, 39:5, 55:9
**guesswork** [1] - 103:3
**guideline** [1] - 8:25
**guilty** [12] - 14:9, 14:10, 14:18, 15:24, 17:5, 17:11, 17:13, 20:17, 20:18, 20:24, 20:25, 21:12

**Guy** [1] - 29:6
**guys** [3] - 50:20, 74:21

## H

**half** [4] - 20:6, 41:3, 70:3, 70:12
**halls** [2] - 109:10
**hand** [6] - 8:11, 8:19, 10:18, 99:6, 99:7, 109:19
**handled** [1] - 13:12
**handling** [1] - 69:9
**hands** [2] - 45:14, 47:5
**hang** [3] - 21:18, 40:8, 43:23
**Hansen** [1] - 28:24
**HANSEN** [1] - 28:25
**happenings** [1] - 36:4
**hard** [4] - 10:2, 47:10, 47:13, 97:10
**hardship** [2] - 57:6, 57:13
**harm** [1] - 49:22
**harmed** [3] - 5:22, 49:6, 49:7
**Harrison** [13] - 15:14, 64:4, 78:3, 90:19, 91:15, 91:22, 92:4, 94:5, 95:12, 97:6, 97:11, 97:19, 99:10
**Hartzog** [5] - 13:23, 13:24, 14:13, 61:1, 99:8
**haul** [1] - 6:3
**hauled** [2] - 41:2, 42:16
**hauling** [1] - 42:4
**head** [2] - 50:23, 94:12
**headquarters** [1] - 109:14
**hear** [28] - 6:13, 7:23, 8:22, 8:23, 9:17, 9:19, 9:21, 9:25, 10:1, 10:9, 11:18, 31:25, 32:20, 36:20, 41:13, 42:25, 43:16, 45:3, 45:5, 52:5, 52:6, 52:8, 56:18, 72:13, 76:13, 101:16, 104:15, 108:21
**heard** [11] - 9:22, 31:19, 33:20, 40:23, 41:23, 41:25, 42:8, 74:7, 87:19, 88:5, 95:4
**HEARD** [1] - 1:12

**hearing** [4] - 10:4, 50:24, 82:16, 104:16
**heating** [4] - 62:22, 63:3, 63:5, 69:20
**held** [7] - 32:2, 34:8, 84:17, 85:14, 87:2, 87:9, 98:23
**Helen** [1] - 68:9
**help** [5] - 8:14, 55:7, 55:18, 103:17, 109:23
**Henton** [4] - 25:6, 25:18, 29:25, 67:24
**henton** [5] - 50:10, 50:12, 50:19, 50:25, 51:17
**Henton's** [1] - 25:19
**hereby** [2] - 95:6, 112:17
**Hewett** [1] - 28:2
**HEWETT** [1] - 28:2
**hi** [1] - 13:2
**Hi** [1] - 68:9
**high** [3] - 61:21, 65:22, 66:20
**himself** [1] - 97:14
**hired** [4] - 30:3, 30:8, 30:12, 30:14
**Hispanic** [2] - 97:13, 97:14
**Hodge** [15] - 25:21, 26:3, 35:16, 35:18, 40:13, 40:23, 42:19, 43:9, 53:16, 56:21, 57:8, 57:9, 69:18, 69:19, 75:6
**hold** [2] - 50:19, 86:21
**Home** [1] - 63:15
**home** [5] - 45:19, 46:2, 47:7, 67:10, 67:23
**homemaker** [4] - 65:5, 65:8, 67:16, 68:14
**homes** [1] - 8:4
**honest** [3] - 43:1, 43:2, 50:2
**honestly** [3] - 39:17, 43:20, 72:5
**Honeybaked** [1] - 68:1
**Honor** [15] - 4:9, 52:14, 58:25, 59:1, 60:3, 72:11, 72:15, 74:4, 74:22, 75:13, 77:17, 83:23, 89:20, 93:15, 111:23
**HONORABLE** [1] - 1:12
**hopefully** [1] - 85:3
**hospital** [8] - 59:8, 59:11, 59:14, 59:16,

77:6, 77:8, 77:12
**Hospital** [2] - 61:22, 70:7
**hospitalized** [1] - 77:10
**hospitals** [1] - 66:8
**Hotel** [1] - 65:21
**Houma** [4] - 54:11, 55:23, 56:6, 64:20
**hour** [1] - 107:18
**hours** [2] - 59:23, 59:24
**house** [3] - 23:9, 23:10, 23:12
**housing** [5] - 5:24, 6:4, 49:11, 49:18, 49:24
**HOUSTON** [1] - 1:21
**Houston** [2] - 12:5, 12:19
**human** [1] - 64:5
**hundred** [1] - 38:12
**hung** [3] - 18:13, 18:14, 21:12
**hunt** [3] - 63:12, 99:15, 99:18
**Hunt** [1] - 63:13
**Hurricane** [6] - 5:24, 6:4, 37:21, 45:20, 47:18, 49:19
**Hurricanes** [1] - 45:14
**hurry** [1] - 90:2
**husband** [20] - 55:18, 58:11, 58:15, 61:2, 62:11, 62:16, 63:15, 63:23, 64:8, 65:13, 66:17, 67:16, 68:16, 69:7, 69:15, 69:20, 70:17, 70:25, 73:20, 76:1

## I

**i.e** [1] - 83:3
**ICU** [1] - 68:11
**idea** [5] - 36:11, 36:14, 36:24, 36:25, 48:8
**ideas** [1] - 44:16
**identified** [3] - 101:11, 105:18, 105:19
**identifies** [1] - 97:14
**identify** [1] - 95:7
**ll** [2] - 91:7, 91:19
**illness** [1] - 37:25
**immediate** [1] - 13:8
**immediately** [2] - 105:22, 106:6
**immoral** [1] - 47:18
**impacts** [1] - 52:22

**impairment** [1] - 48:21
**impartial** [5] - 6:10, 6:11, 33:1, 38:8, 50:3
**impartiality** [2] - 6:18, 106:11
**impartially** [1] - 101:8
**important** [4] - 41:1, 100:2, 100:10, 107:21
**impression** [1] - 37:17, 106:11, 106:12
**improbability** [1] - 105:8
**improper** [2] - 92:6, 95:23
**IN** [1] - 1:4
**Inc** [8] - 5:3, 5:7, 5:10, 5:12, 5:14, 11:3, 11:4, 65:9
**INC** [3] - 1:8, 2:7, 2:12
**incarcerated** [2] - 57:2, 75:9
**inclination** [1] - 105:7
**include** [1] - 47:1
**included** [2] - 48:20, 96:22
**includes** [2] - 106:20, 107:5
**including** [2] - 75:6, 107:10
**income** [1] - 47:8
**incompetency** [1] - 94:24
**Incorporated** [4] - 5:5, 6:1, 6:2, 11:3
**independent** [3] - 11:17, 65:17, 103:11
**independent-minded** [1] - 11:17
**indicate** [2] - 94:19, 104:23
**indicated** [3] - 22:10, 26:17, 55:14
**indications** [1] - 23:3
**individual** [5] - 7:18, 29:3, 79:1, 79:21, 97:14
**individually** [2] - 7:17, 87:12
**individuals** [2] - 99:3, 103:12
**indulge** [1] - 103:2
**indulged** [1] - 106:10
**industry** [1] - 62:25
**infection** [1] - 59:12
**infer** [1] - 104:11
**inference** [3] - 91:4, 91:8, 96:3

**inferences** [2] - 102:17, 103:1
**influence** [3] - 38:8, 42:1, 52:1
**influenced** [3] - 42:25, 43:3, 104:20
**information** [15] - 31:9, 31:15, 36:1, 36:2, 37:2, 37:3, 60:11, 74:6, 79:22, 99:25, 100:4, 100:14, 103:16, 103:18, 111:4
**injured** [2] - 24:3, 24:4, 26:6
**injuries** [1] - 6:6
**injury** [11] - 15:4, 15:5, 15:7, 16:2, 16:7, 17:23, 21:3, 24:10, 26:6, 47:8
**innocent** [1] - 106:10
**inquiry** [2] - 6:18
**insensitive** [1] - 47:19
**inside** [1] - 101:4
**install** [2] - 6:3, 66:7
**installation** [2] - 62:23, 63:5
**Installation** [1] - 63:6
**instance** [2] - 90:19, 94:1
**instead** [1] - 94:20
**instruct** [2] - 102:18, 107:11
**instructed** [1] - 109:1
**instruction** [1] - 107:22
**instructions** [12] - 36:7, 39:14, 40:3, 44:16, 45:7, 100:18, 100:24, 102:22, 102:24, 106:15, 106:18, 108:22
**insurance** [4] - 26:19, 65:17, 66:18, 70:10
**intelligent** [1] - 7:2, 100:6
**intended** [1] - 104:23
**intends** [1] - 101:20
**Intercontinental** [1] - 65:21
**interest** [2] - 100:17, 105:5
**International** [1] - 62:3
**internet** [1] - 103:15
**Internet** [2] - 107:3, 107:8
**introduce** [5] - 11:21, 60:8, 102:3, 102:5, 102:6

**introduced** [3] - 13:7, 27:16, 53:8
**introduction** [1] - 101:20
**involve** [1] - 51:22
**involved** [12] - 14:4, 19:2, 23:24, 24:1, 25:24, 27:15, 38:18, 42:3, 51:6, 51:7, 103:12, 109:11
**involves** [1] - 31:13
**involving** [2] - 15:1, 24:19
**iPhone** [1] - 107:7
**irresponsible** [1] - 93:9
**issue** [8] - 6:7, 32:8, 55:3, 56:24, 81:21, 93:3, 93:10, 97:3
**issued** [2] - 46:2, 46:4
**issues** [9] - 6:13, 31:13, 69:24, 75:7, 84:19, 91:13, 93:11, 96:19, 109:20
**itself** [4] - 56:23, 80:17, 81:3, 81:10

## J

**jacket** [1] - 73:22
**Jacobs** [1] - 65:4
**James** [4] - 28:10, 29:1, 69:20
**Jamie** [1] - 28:25
**janitorial** [1] - 66:1
**January** [2] - 35:23, 36:3
**Jarrell** [1] - 28:22
**JARRELL** [1] - 28:23
**Jason** [2] - 5:4, 12:20
**JASON** [1] - 2:8
**Jeff** [1] - 28:25
**Jefferson** [12] - 19:22, 19:23, 20:4, 20:23, 22:20, 27:3, 27:4, 64:6, 64:11, 64:13, 69:1, 70:7
**Jesslyn** [1] - 67:15
**Jim** [1] - 29:17
**job** [2] - 65:25, 100:20
**John** [6] - 17:4, 28:7, 28:11, 65:6, 66:24, 67:24
**Johnson** [7] - 20:2, 29:15, 29:16, 30:22, 31:4, 69:5, 69:6
**joined** [1] - 109:20
**Jones** [3] - 18:11, 67:6, 67:11

**Joseph** [2] - 29:8, 67:6
**Jowers** [4] - 61:14, 61:15, 99:11, 99:13
**JR** [3] - 1:16, 1:17, 2:8
**Jr** [9] - 4:15, 12:1, 29:11, 29:14, 62:20, 65:3, 67:24, 70:5, 71:2
**judge** [10] - 6:16, 72:6, 74:18, 76:16, 79:7, 85:11, 87:11, 98:21, 104:1, 104:15
**Judge** [14] - 5:19, 50:23, 55:12, 56:18, 74:25, 75:17, 76:13, 77:4, 81:1, 83:5, 83:11, 83:24, 86:24, 92:13
**JUDGE** [1] - 1:13
**judgment** [1] - 36:23
**judicial** [5] - 78:1, 78:19, 82:4, 92:9, 96:5
**junior** [3] - 29:11, 29:13
**juries** [1] - 15:17
**juror** [28] - 6:21, 7:9, 7:13, 8:13, 13:19, 18:25, 36:10, 43:10, 44:2, 44:3, 44:13, 65:15, 72:15, 72:16, 74:4, 76:17, 85:17, 85:18, 90:20, 91:1, 92:17, 93:23, 94:22, 97:6, 97:10, 105:21, 110:2
**JUROR** [263] - 8:23, 9:21, 9:24, 10:2, 13:24, 14:2, 14:5, 14:7, 14:9, 14:12, 14:16, 14:20, 14:23, 15:2, 15:6, 15:11, 15:16, 15:20, 15:25, 16:6, 16:9, 16:11, 16:13, 16:16, 16:20, 16:22, 17:3, 17:10, 17:13, 17:16, 17:19, 17:21, 17:24, 18:3, 18:6, 18:8, 18:12, 18:18, 18:24, 19:3, 19:7, 19:11, 19:13, 19:16, 19:19, 19:22, 19:24, 20:3, 20:8, 20:11, 20:15, 20:17, 20:19, 20:22, 21:2, 21:6, 21:8, 21:11, 21:15, 22:2, 22:7, 22:9, 22:12, 22:17, 22:23, 23:5, 23:9,

23:11, 23:15, 23:17, 23:21, 24:3, 24:6, 24:9, 24:12, 24:14, 24:17, 24:23, 25:2, 25:7, 25:10, 25:13, 25:15, 25:17, 25:24, 26:5, 26:11, 26:14, 26:18, 26:22, 26:25, 27:3, 27:6, 27:8, 27:10, 30:1, 30:3, 30:5, 30:7, 30:10, 30:13, 30:16, 30:19, 30:21, 31:1, 31:3, 31:8, 31:21, 32:3, 32:7, 32:11, 32:16, 32:18, 32:23, 33:1, 33:5, 33:8, 33:13, 33:17, 33:22, 33:25, 34:12, 34:19, 34:25, 35:5, 35:11, 35:14, 35:19, 36:8, 36:13, 36:22, 37:4, 37:11, 37:13, 37:20, 38:4, 38:10, 38:12, 38:20, 38:22, 39:3, 39:9, 39:17, 40:2, 40:25, 41:6, 41:11, 41:15, 41:21, 41:25, 42:5, 42:8, 42:14, 42:17, 42:24, 43:7, 45:22, 45:25, 46:3, 46:7, 46:10, 46:13, 46:16, 46:18, 46:20, 46:23, 46:25, 47:2, 51:3, 51:5, 51:15, 51:20, 51:24, 52:3, 52:9, 53:18, 53:25, 54:9, 54:17, 54:21, 55:1, 55:4, 55:15, 55:22, 56:3, 56:5, 56:10, 56:13, 56:17, 56:23, 57:12, 57:15, 57:21, 58:3, 58:10, 58:16, 58:18, 58:20, 58:23, 59:3, 59:6, 59:12, 59:15, 59:18, 59:22, 59:24, 60:22, 60:25, 61:7, 61:15, 61:18, 61:25, 62:7, 62:10, 62:17, 62:20, 63:5, 63:8, 63:11, 63:13, 63:18, 63:22, 64:1, 64:4, 64:14, 64:19, 64:24, 65:3, 65:6, 65:11, 65:16, 65:20, 65:24, 66:1, 66:2, 66:6, 66:10, 66:15, 66:21, 67:3, 67:6, 67:12, 67:15, 67:21, 67:24, 68:5, 68:9, 68:15, 68:23, 68:25,

69:6, 69:11, 69:14,
69:19, 70:5, 70:9,
70:13, 70:15, 70:22,
70:24, 71:2, 71:5,
71:10

**Juror** [10] - 9:11, 9:12,
13:22, 23:3, 60:9,
64:18, 64:22, 74:5,
95:15, 99:8

**juror's** [2] - 6:17, 6:23

**jurors** [36] - 54:7,
54:14, 77:20, 77:21,
77:25, 78:1, 78:12,
79:2, 81:14, 82:3,
90:4, 90:5, 90:8,
90:10, 90:12, 90:16,
90:17, 91:17, 91:20,
91:21, 92:14, 94:6,
94:14, 94:16, 94:18,
94:23, 95:15, 96:13,
96:23, 100:25,
101:3, 103:8,
105:14, 105:23,
106:4, 109:18

**Jurors** [3] - 25:20,
77:22, 96:15

**JURY** [5] - 1:12, 3:5,
3:6, 5:15, 99:2

**jury** [117] - 5:16, 6:11,
6:16, 8:3, 8:5, 8:8,
11:11, 11:17, 13:16,
13:17, 13:20, 14:11,
15:17, 16:5, 16:6,
16:21, 16:22, 16:25,
18:13, 18:14, 19:8,
20:7, 20:13, 21:7,
21:12, 21:24, 23:2,
34:18, 35:25, 36:2,
36:7, 38:9, 39:25,
40:3, 40:7, 40:9,
41:18, 44:11, 44:12,
44:24, 47:20, 47:23,
48:10, 48:11, 50:6,
50:15, 51:2, 54:6,
54:14, 61:13, 72:18,
72:25, 73:13, 75:17,
78:7, 78:14, 78:23,
80:16, 81:8, 81:9,
81:10, 81:16, 81:24,
82:1, 82:8, 82:14,
82:16, 83:4, 83:9,
83:14, 83:25, 85:4,
85:5, 85:6, 86:5,
89:21, 90:9, 90:14,
90:23, 91:2, 92:7,
92:14, 92:16, 93:14,
94:12, 96:3, 96:5,
96:9, 96:10, 96:11,
97:2, 97:13, 97:15,
97:23, 98:19, 99:1,

99:4, 99:24, 100:2,
100:10, 100:11,
100:20, 104:15,
104:16, 106:22,
107:14, 109:5,
109:6, 109:13,
109:14, 110:8,
111:5, 111:15

**jury's** [2] - 37:8, 90:14

**justice** [3] - 7:15,
100:9, 101:9

## K

**Kara** [2] - 14:16, 62:10

**KAREN** [1] - 2:14

**Karen** [3] - 5:11, 13:2,
64:24

**Katrina** [9] - 5:24, 6:4,
37:21, 45:14, 45:19,
46:1, 47:18, 49:19,
74:15

**Kayla** [1] - 64:14

**keeley** [5] - 17:1, 17:6,
17:7, 65:10, 99:20

**Keeley** [2] - 65:6,
99:22

**keep** [5] - 40:3, 54:5,
54:16, 83:8, 100:21

**Kenner** [3] - 31:6, 31:7

**Kenneth** [5] - 27:23,
28:2, 28:5, 28:6,
70:5

**Kevin** [1] - 29:4

**kids** [3] - 70:7, 70:14,
70:23

**Kiefer** [1] - 29:17

**KIEFER** [1] - 29:17

**Kimberley** [1] - 63:13

**kind** [1] - 34:16, 35:1,
35:19, 36:13, 37:1,
39:5, 53:22, 62:5,
71:18, 76:22, 105:16

**Kinder/Morgan** [1] -
65:9

**kinds** [3] - 95:2, 104:8,
104:12

**Knight** [1] - 29:16

**knowing** [2] - 44:3,
81:6

**knowledge** [1] - 31:15

**known** [2] - 6:19, 44:1

**knows** [1] - 79:15

**Kraemer** [5] - 22:10,
22:14, 61:6, 61:7,
99:9

**Kurt** [1] - 5:19

**KURT** [1] - 1:12

**KURTZ** [3] - 2:13,

5:13, 13:4

**Kurtz** [2] - 5:13, 13:4

## L

**L-A-U-G-H-E-R-Y** [1] -
27:24

**LA** [4] - 1:18, 2:10,
2:15, 2:21

**lab** [1] - 66:11

**Laborde** [3] - 12:17,
12:21, 12:23

**LABORDE** [1] - 2:7

**lack** [1] - 106:11

**ladies** [1] - 12:16

**lady** [9] - 72:23, 73:1,
73:20, 75:5, 76:1,
76:3, 77:4, 77:7,
93:19

**Lafayette** [2] - 17:11,
17:13

**Lafourche** [3] - 14:17,
20:11, 68:13

**Lagrange** [3] - 28:3,
30:1, 30:2

**Lakeview** [2] - 69:21,
69:25

**language** [1] - 8:21

**Laperouse** [3] - 12:18,
12:21, 12:23

**LAPEROUSE** [1] - 2:7

**Lapinski** [1] - 29:9

**LAPINSKI** [1] - 29:9

**LaPlace** [1] - 66:23

**Larose** [2] - 45:24,
73:3

**Larry** [1] - 28:6

**Larson** [1] - 29:7

**last** [16] - 10:21, 27:6,
28:21, 33:5, 41:9,
55:8, 57:10, 58:8,
60:5, 60:6, 68:14,
71:24, 76:23, 88:21,
88:24, 92:19

**late** [1] - 58:7

**Laughery** [3] - 27:23,
28:1, 28:2

**LAW** [2] - 1:16, 1:23

**Law** [1] - 12:10

**law** [32] - 6:15, 6:17,
7:3, 11:22, 11:24,
12:7, 12:17, 12:25,
13:12, 22:2, 22:5,
22:12, 30:11, 30:25,
44:15, 44:17, 45:11,
48:16, 63:14, 69:16,
80:20, 92:6, 95:22,
96:6, 97:16, 97:17,
102:18, 102:21,

103:25, 108:22,
109:1, 109:22

**Lawrence** [1] - 65:6

**lawsuit** [17] - 15:2,
18:25, 19:4, 21:20,
21:22, 21:23, 23:6,
23:8, 23:14, 23:16,
24:1, 24:22, 25:8,
26:25, 27:15, 47:23,
51:22

**lawsuits** [3] - 22:3,
39:4, 53:3

**lawyers** [12] - 11:24,
27:16, 35:10, 36:18,
37:7, 40:14, 41:17,
43:21, 60:7, 72:6,
104:14, 109:10

**learn** [1] - 9:8

**learned** [1] - 42:21

**least** [8] - 20:22,
39:25, 57:10, 60:5,
81:24, 92:15, 92:22,
96:1

**leave** [9] - 71:18,
71:22, 89:2, 107:14,
107:15, 107:25,
108:1, 108:4

**leaves** [2] - 53:22,
111:16

**leaving** [1] - 100:19

**LeBoeuf** [6] - 9:11,
9:20, 60:10, 60:20,
60:22, 99:8

**lecturer** [1] - 61:19

**leery** [1] - 54:3

**left** [5] - 37:3, 37:6,
87:7, 99:6, 99:7

**left-hand** [2] - 99:6,
99:7

**legal** [1] - 6:5

**legitimate** [3] - 83:3,
83:11, 92:19

**Leightenheimer** [1] -
69:15

**Lenetta** [1] - 68:15

**Leonard** [1] - 61:18

**level** [1] - 90:20

**levels** [1] - 49:7

**Lewis** [4] - 26:24,
27:5, 27:11, 70:15

**LIABILITY** [1] - 1:5

**liable** [1] - 82:12

**librarian** [1] - 66:24

**license** [1] - 57:17

**life** [2] - 26:19, 49:4

**life's** [1] - 48:22

**light** [3] - 78:6, 91:17,
95:21

**likewise** [2] - 49:14,
105:18

**limit** [2] - 72:4, 72:8

**limited** [3] - 36:20,
48:20, 92:1

**line** [3] - 34:16, 36:4,
39:19

**lined** [1] - 111:21

**Linen** [1] - 67:7

**LinkedIn** [1] - 107:10

**list** [5] - 29:23, 30:24,
31:5, 54:2, 98:11

**listen** [4] - 11:22,
27:14, 27:18, 108:17

**listening** [1] - 38:8

**LITIGATION** [1] - 1:5

**litigation** [4] - 23:13,
24:18, 39:2, 95:11

**live** [2] - 30:25, 47:14

**lived** [11] - 45:23,
46:4, 46:5, 46:13,
46:25, 51:6, 72:16,
72:19, 73:2, 74:15

**lives** [1] - 11:16

**living** [3] - 5:23, 49:23,
60:18

**local** [1] - 62:22

**loiter** [1] - 109:9

**look** [8] - 32:21, 40:10,
44:23, 50:20, 54:11,
80:14, 91:19, 108:6

**looking** [4] - 40:5,
60:12, 64:18, 82:9

**looks** [1] - 36:3

**loose** [1] - 86:23

**Lori** [1] - 63:22

**Lortab** [1] - 59:22

**lose** [1] - 86:18

**loss** [1] - 48:21

**lost** [3] - 55:5, 55:9,
85:23

**loud** [1] - 57:14

**louder** [1] - 57:14

**LOUISIANA** [2] - 1:1,
1:6

**Louisiana** [13] - 5:19,
23:22, 28:20, 60:23,
61:20, 64:20, 67:4,
68:21, 69:2, 73:3,
112:15, 112:16

**Lovelace** [1] - 71:10

**low** [1] - 104:15

**Lucretia** [1] - 29:16

**lunch** [8] - 20:4,
98:20, 106:17,
107:18, 109:18,
110:10, 110:25,
111:13

**lunchtime** [1] - 111:22

**lung** [1] - 92:25

**lying** [1] - 38:13

**Lyndon** [13] - 4:16,

4:18, 4:20, 4:22, 4:24, 5:1, 5:22, 10:20, 28:23, 49:11, 77:19, 90:3, 90:24
**LYNDON** [1] - 1:16
**Lynn** [1] - 60:25

## M

**machine** [1] - 62:21
**Madisonville** [1] - 58:22
**maiden** [1] - 30:22
**mail** [1] - 107:7
**main** [1] - 57:18
**major** [1] - 34:22
**Mallet** [1] - 28:4
**MALLET** [1] - 28:4
**malpractice** [2] - 18:1, 19:4
**manage** [2] - 71:11, 71:12
**management** [1] - 68:17
**manager** [8] - 63:23, 64:5, 64:9, 64:10, 65:1, 69:3, 70:11, 70:14
**manages** [1] - 68:1
**Mandeville** [3] - 12:2, 69:12, 69:22
**manner** [1] - 101:6
**Manor** [1] - 70:23
**manufacturer** [7] - 6:1, 46:9, 49:13, 51:10, 51:22, 53:1
**MARCH** [2] - 1:6, 4:3
**marital** [1] - 60:14
**mark** [1] - 95:7
**Mark** [1] - 28:12
**marked** [1] - 89:8
**marriage** [2] - 10:23, 66:13
**married** [26] - 61:2, 62:2, 62:11, 62:22, 62:25, 63:19, 65:4, 65:7, 65:13, 65:21, 66:8, 66:25, 67:4, 67:7, 67:15, 67:25, 68:1, 68:5, 68:25, 69:7, 69:15, 69:19, 70:5, 70:17, 70:25, 71:3
**Marsh** [1] - 28:24
**marshal** [2] - 109:7, 111:4
**Martha** [1] - 65:11
**Martin** [1] - 29:5
**material** [1] - 35:3,

36:5, 38:2
**materials** [1] - 103:15
**matter** [9] - 4:12, 5:20, 6:6, 7:22, 13:9, 13:12, 31:18, 103:12, 112:20
**matters** [2] - 7:10, 104:16
**Matthews** [1] - 66:16
**maximum** [1] - 111:17
**Mayer** [1] - 70:16
**McCourtney** [1] - 67:12
**McCreary** [1] - 29:6
**MCCREARY** [1] - 29:7
**McDonogh** [1] - 65:22
**McNeese** [2] - 29:5, 29:6
**MDL** [1] - 1:5
**Meade** [2] - 66:6, 99:22
**mean** [14] - 10:3, 36:13, 38:9, 38:12, 38:14, 39:3, 39:4, 42:24, 44:1, 49:12, 49:16, 55:24, 68:6, 76:22
**means** [4] - 21:22, 86:2, 103:10, 103:22
**meant** [2] - 85:24, 85:25
**meantime** [1] - 99:11
**meat** [1] - 66:17
**mechanic** [1] - 69:20
**MECHANICAL** [1] - 2:23
**Medical** [3] - 60:23, 64:15, 69:21
**medical** [7] - 18:1, 48:21, 66:7, 67:8, 68:10, 69:23
**medication** [3] - 59:9, 59:21, 77:6
**Melvin** [1] - 68:25
**member** [4] - 13:8, 13:10, 13:20, 97:13
**members** [2] - 8:3, 8:8
**mental** [1] - 48:19
**mention** [2] - 32:5, 83:1
**mentioned** [3] - 32:6, 83:2, 83:5
**mere** [1] - 38:7
**merely** [3] - 101:19, 101:25, 102:12
**Merit** [1] - 112:14
**merits** [2] - 42:22, 45:10
**messaging** [1] - 107:7
**Metco** [1] - 71:3

**Michael** [1] - 29:9
**Michel** [4] - 24:8, 24:15, 66:2, 87:21
**Michelle** [2] - 29:8, 60:25
**microphone** [6] - 10:7, 18:21, 21:18, 25:20, 25:23, 61:11
**Microsoft** [1] - 69:4
**mid** [1] - 111:10
**mid-afternoon** [1] - 111:10
**midmorning** [1] - 111:8
**might** [7] - 7:10, 29:19, 36:25, 49:16, 51:1, 53:17, 85:8
**Mike** [1] - 29:18
**military** [1] - 64:8
**Miller** [4] - 28:6, 91:6, 91:7, 91:19
**Miller-El** [2] - 91:7, 91:19
**milligrams** [1] - 59:22
**mind** [12] - 6:21, 38:3, 41:14, 43:19, 44:8, 45:6, 50:5, 51:1, 52:14, 54:5, 54:16, 104:12
**minded** [2] - 11:17, 84:5
**mindful** [2] - 100:25, 110:22
**minds** [1] - 108:13
**mine** [2] - 57:12, 86:22
**minor** [1] - 70:9
**minute** [1] - 74:7
**minutes** [6] - 71:16, 100:22, 110:6, 111:9, 111:17, 111:18
**miscarriage** [1] - 7:15
**misleading** [1] - 7:12
**miss** [1] - 60:1
**missed** [1] - 83:12
**missing** [2] - 43:17, 46:11
**Mississippi** [2] - 58:12, 70:20
**mistaken** [2] - 15:15, 25:22
**Mix** [1] - 66:22
**mixed** [1] - 79:2
**mobile** [2] - 45:19, 46:2
**molestation** [1] - 20:12
**molested** [1] - 57:3
**mom** [3] - 55:15, 57:21, 65:14

**moment** [3] - 57:17, 108:13, 108:15
**MONDAY** [2] - 1:6, 4:3
**Monday** [3] - 7:25, 8:1, 57:5
**monetarily** [1] - 48:17
**money** [6] - 16:7, 47:12, 47:15, 47:17, 69:9, 93:12
**month** [3] - 57:5, 65:5, 70:3
**months** [4] - 46:14, 46:24, 46:25, 86:3
**Moore** [1] - 28:3
**MOORE** [1] - 28:4
**morning** [24] - 4:8, 4:9, 4:11, 7:8, 7:20, 12:4, 12:16, 12:20, 12:22, 12:24, 28:23, 44:4, 50:1, 50:7, 59:6, 61:25, 64:18, 74:9, 85:1, 90:13, 100:2, 108:9, 109:3, 109:15
**MORNING** [2] - 1:11, 4:2
**Morris** [1] - 29:7
**Mortgage** [1] - 63:15
**most** [3] - 5:17, 10:5, 28:13
**mother** [1] - 46:4, 49:17, 49:24, 56:12, 56:15, 56:25, 57:15, 57:19, 58:1, 73:20, 76:8
**motion** [9] - 7:1, 35:1, 35:22, 77:17, 82:18, 90:3, 90:6, 91:12, 97:21
**Motor** [1] - 27:1
**Mott** [1] - 66:15
**move** [6] - 35:18, 39:23, 78:9, 99:12, 99:13, 99:15, 99:18, 99:19
**moved** [1] - 37:22
**moving** [1] - 97:3
**MR** [164] - 4:15, 4:17, 4:19, 4:21, 4:23, 4:25, 5:2, 5:4, 5:6, 5:8, 5:9, 5:13, 12:1, 12:4, 12:6, 12:9, 12:11, 12:13, 12:16, 12:20, 12:22, 12:24, 13:4, 28:1, 29:12, 31:6, 33:3, 33:6, 33:11, 37:12, 37:14, 37:17, 38:1, 38:5, 38:7, 38:11, 38:17, 38:21, 38:25, 39:12,

39:16, 39:21, 40:17, 40:19, 42:20, 42:21, 43:2, 50:23, 51:18, 51:21, 52:1, 52:12, 52:14, 52:21, 52:24, 53:9, 54:22, 55:2, 55:12, 56:8, 56:11, 56:15, 56:18, 56:20, 57:24, 58:1, 58:6, 58:25, 59:1, 59:2, 60:3, 72:2, 72:6, 72:11, 72:15, 72:21, 73:5, 73:14, 73:18, 74:4, 74:13, 74:18, 74:22, 74:25, 75:4, 75:10, 75:13, 75:16, 75:21, 75:22, 75:23, 76:1, 76:13, 77:1, 77:4, 77:10, 77:17, 78:17, 79:7, 80:25, 82:18, 82:22, 83:5, 83:13, 83:18, 83:23, 83:24, 84:3, 84:7, 84:12, 85:11, 85:15, 85:24, 86:1, 86:10, 86:17, 86:20, 86:24, 87:10, 87:11, 87:16, 87:17, 87:20, 87:23, 88:2, 88:11, 88:16, 88:17, 88:19, 88:22, 88:24, 89:1, 89:7, 89:9, 89:12, 89:14, 89:15, 89:18, 89:20, 89:24, 89:25, 90:3, 90:15, 92:2, 92:12, 93:15, 93:17, 93:19, 94:5, 94:11, 94:21, 95:13, 95:18, 95:21, 96:17, 96:19, 97:24, 98:2, 98:9, 98:12, 98:17, 98:21, 111:23, 112:5
**MS** [2] - 5:11, 13:2
**multiline** [1] - 70:10
**multiple** [2] - 38:23, 75:16
**must** [18] - 29:13, 45:2, 49:12, 79:10, 79:11, 82:19, 102:20, 103:8, 103:10, 104:4, 104:5, 104:16, 104:20, 105:1, 106:2, 107:4, 108:13, 108:19
**MySpace** [1] - 107:10

## N

**name** [60] - 9:8, 10:16,

10:19, 10:21, 12:1, 12:4, 12:6, 12:9, 12:11, 12:17, 18:17, 27:25, 28:18, 28:20, 28:21, 29:1, 29:2, 29:3, 29:23, 30:22, 30:23, 30:25, 31:12, 46:21, 56:5, 60:13, 60:14, 60:25, 61:25, 62:10, 62:20, 63:13, 63:18, 63:22, 64:1, 64:4, 64:14, 65:11, 65:20, 66:2, 66:6, 66:10, 66:15, 66:21, 67:3, 67:6, 67:24, 68:9, 68:15, 68:21, 69:6, 69:11, 70:13, 70:15, 70:22, 70:24, 71:10, 73:24, 73:25, 99:4
**named** [3] - 24:22, 30:21, 44:20
**names** [13] - 9:9, 11:21, 11:22, 27:13, 27:14, 27:17, 27:19, 27:21, 28:17, 29:19, 31:11, 81:12, 83:2
**Napoleonville** [1] - 62:23
**nasal** [1] - 32:12
**Natchez** [4] - 58:12, 58:15, 76:2, 76:4
**Nathan** [1] - 28:8
**nationwide** [1] - 96:12
**nature** [2] - 7:20, 109:16
**Navy** [2] - 62:15, 62:25
**necessarily** [1] - 52:20
**necessary** [2] - 83:21, 108:19
**need** [23] - 9:6, 31:9, 34:10, 35:6, 40:16, 50:8, 52:21, 53:23, 53:25, 55:16, 55:19, 60:12, 64:2, 71:17, 73:14, 75:2, 82:5, 87:3, 97:22, 97:25, 100:21, 111:12, 111:24
**needed** [1] - 35:7
**needs** [4] - 40:22, 78:8, 87:12, 91:4
**negative** [2] - 43:4, 43:5
**neighbor** [3] - 11:15, 43:16, 98:25
**neighbors** [1] - 11:13
**Nelson** [1] - 28:8
**nephew** [1] - 11:13
**nervous** [1] - 53:22,

54:1, 55:10
**networking** [1] - 107:9
**neurologist** [1] - 55:24
**neutral** [8] - 91:15, 91:16, 92:4, 92:20, 93:13, 95:3, 95:22, 97:5
**never** [4] - 22:20, 26:1, 53:18, 53:25
**NEW** [5] - 1:6, 1:18, 2:10, 2:15, 2:21
**new** [1] - 91:12
**New** [14] - 12:2, 12:12, 12:14, 12:18, 12:21, 13:1, 13:3, 16:14, 22:19, 31:1, 31:2, 53:19, 70:17, 75:19
**news** [1] - 108:17
**newspaper** [3] - 32:15, 33:23, 41:1
**newspapers** [1] - 108:16
**Nexsen** [1] - 12:7
**NEXSEN** [1] - 2:3
**next** [28] - 11:22, 17:18, 18:16, 18:22, 20:10, 21:19, 24:7, 35:18, 43:18, 53:15, 54:2, 55:21, 55:25, 56:21, 61:14, 67:18, 68:2, 69:18, 99:13, 99:14, 99:15, 99:18, 99:21, 99:22, 99:23, 110:12
**Nicole** [1] - 28:19
**niece** [1] - 11:13
**nine** [11] - 81:24, 84:5, 86:7, 86:12, 89:6, 89:19, 95:12, 95:13, 97:13, 97:15, 99:24
**nine-member** [1] - 97:13
**NO** [2] - 1:5, 1:9
**no-shows** [1] - 77:21
**nobody** [1] - 11:9
**nonappearances** [1] - 77:24
**none** [5] - 54:12, 58:25, 59:1, 59:25, 89:23
**nonetheless** [5] - 78:14, 90:7, 90:20, 94:3, 106:11
**nonparties** [3] - 47:23, 48:5, 48:10
**nonparty** [2] - 47:25, 48:2
**Norco** [1] - 66:22
**Norm** [1] - 28:8

**North** [1] - 12:8
**note** [5] - 73:3, 80:6, 92:17, 98:1, 98:2
**notebook** [2] - 108:4, 108:6
**notebooks** [1] - 107:24
**noted** [3] - 92:21, 92:24, 97:24
**notes** [6] - 107:23, 107:25, 108:2, 108:9, 108:10
**nothing** [2] - 60:1, 101:18
**notice** [6] - 37:22, 54:23, 78:2, 78:19, 82:5, 108:13
**noticed** [1] - 43:13
**noticing** [1] - 73:10
**notify** [1] - 106:5
**notions** [1] - 44:16
**notwithstanding** [2] - 32:25, 52:7
**number** [29] - 9:3, 9:7, 10:15, 10:19, 18:16, 20:1, 25:5, 30:20, 33:24, 37:12, 45:20, 55:13, 58:8, 59:5, 60:16, 73:1, 73:5, 75:24, 77:7, 79:7, 79:9, 80:11, 87:12, 90:4, 92:12, 93:19, 94:4, 99:4
**Number** [52] - 9:11, 9:12, 13:22, 17:1, 17:8, 18:11, 20:10, 21:10, 22:1, 23:3, 23:20, 24:16, 25:20, 26:3, 26:17, 26:24, 29:25, 31:20, 46:12, 50:9, 50:18, 53:13, 56:21, 60:9, 64:18, 64:23, 65:15, 72:16, 73:19, 74:4, 74:5, 74:24, 76:3, 76:16, 77:4, 77:22, 77:25, 78:3, 88:17, 89:3, 89:5, 90:5, 92:14, 92:17, 93:23, 95:15, 97:6, 97:24, 99:8, 99:20
**numbered** [3] - 81:12, 82:15, 112:19
**numbers** [6] - 9:4, 64:18, 82:11, 82:12, 94:22, 96:13
**numerical** [1] - 79:3
**numerically** [1] - 64:22
**nurse** [4] - 62:14,

64:15, 66:5, 69:12

# O

**o'clock** [3] - 50:15, 55:23, 111:11
**O's** [1] - 28:4
**oath** [5] - 6:23, 8:8, 100:24, 106:16, 109:17
**object** [2] - 82:23, 88:3
**objection** [12] - 80:13, 83:20, 95:17, 95:18, 96:8, 97:24, 98:3, 98:9, 98:14, 104:4, 104:5, 104:6
**objections** [4] - 89:21, 98:6, 104:1, 104:2
**objectively** [1] - 6:12
**observed** [1] - 101:2
**obtain** [2] - 103:16
**obvious** [1] - 27:19
**obviously** [5] - 11:16, 43:15, 72:24, 73:11, 106:21
**occasions** [1] - 7:22
**occurs** [1] - 106:5
**Ochsner** [5] - 19:1, 19:2, 19:6, 61:22
**OF** [5] - 1:1, 1:12, 1:16, 3:5, 5:15
**offense** [3] - 14:4, 17:15, 106:7
**offer** [2] - 95:6, 95:8
**offered** [2] - 98:14, 98:15
**offering** [1] - 95:9
**Office** [1] - 62:11
**office** [13] - 12:2, 12:3, 12:14, 12:25, 61:1, 63:7, 63:8, 63:23, 67:19, 81:17, 85:6, 100:12
**officer** [5] - 22:2, 22:6, 23:22, 109:8, 110:17
**OFFICER** [1] - 111:14
**OFFICES** [1] - 1:16
**offices** [1] - 12:8
**OFFICIAL** [1] - 2:20
**Official** [2] - 112:15, 112:25
**offshore** [2] - 62:17, 64:10
**often** [2] - 59:23, 93:7
**oftentimes** [2] - 54:7, 54:14
**oil** [1] - 15:2
**oilfield** [3] - 62:14,

63:23, 68:12
**old** [8] - 56:25, 57:5, 61:9, 65:5, 65:18, 66:25, 70:3
**oldest** [8] - 64:7, 66:17, 66:18, 67:25, 68:11, 68:12, 69:3, 69:24
**Olivier** [14] - 33:24, 34:3, 34:5, 34:9, 34:11, 35:17, 37:16, 39:23, 40:12, 53:13, 53:17, 64:19, 74:23, 75:15
**on-line** [2] - 34:16, 36:4
**once** [3] - 35:7, 71:18
**one** [114] - 6:11, 6:14, 9:2, 15:7, 15:17, 18:22, 21:12, 28:19, 29:12, 30:11, 30:18, 32:12, 34:5, 34:10, 34:21, 38:23, 38:25, 40:15, 40:16, 40:18, 40:21, 42:16, 44:6, 44:10, 46:13, 47:23, 47:24, 48:10, 48:25, 50:21, 51:5, 51:25, 52:23, 53:7, 54:8, 54:15, 54:23, 55:2, 55:23, 56:14, 57:4, 58:8, 58:19, 58:20, 61:3, 61:8, 61:12, 61:14, 62:12, 62:24, 63:16, 63:24, 65:22, 66:3, 66:12, 66:25, 67:17, 67:22, 68:5, 68:6, 69:15, 69:16, 70:19, 71:1, 72:5, 72:9, 72:22, 73:18, 74:13, 75:13, 76:4, 76:6, 76:8, 77:1, 78:3, 78:10, 81:12, 84:14, 85:20, 86:6, 86:19, 87:7, 88:19, 88:21, 88:24, 89:1, 89:10, 89:15, 90:11, 90:18, 90:20, 91:1, 92:6, 92:11, 92:15, 92:23, 93:19, 94:4, 95:23, 96:2, 97:6, 97:8, 97:14, 98:7, 99:20, 101:7, 108:6
**One** [1] - 12:18
**One's** [1] - 67:23
**ones** [2] - 42:16, 94:10
**open** [4] - 41:14, 52:3, 84:5, 100:21
**opening** [10] - 98:19, 101:15, 101:17,

101:23, 101:24, 102:2, 102:11, 111:7, 111:17
**operations** [1] - 64:9
**operator** [4] - 65:9, 66:11, 68:12, 72:21
**ophthalmologist** [1] - 69:12
**opinion** [9] - 31:16, 36:14, 38:25, 42:7, 42:22, 87:13, 93:2, 93:6, 104:24
**opinions** [2] - 33:11, 39:4
**opportunities** [1] - 98:6
**opportunity** [6] - 43:22, 79:18, 88:12, 90:24, 100:3, 102:3
**or..** [1] - 35:4
**oral** [1] - 102:9
**Orange** [2] - 93:25, 94:3
**ORDER** [1] - 4:4
**order** [22] - 7:23, 13:18, 35:21, 35:23, 36:3, 37:1, 60:9, 60:10, 79:4, 81:2, 86:25, 90:22, 91:3, 92:3, 92:18, 95:9, 100:6, 101:7, 101:15, 102:12, 111:11
**ordered** [1] - 104:7
**orders** [2] - 34:24, 53:3
**origin** [2] - 90:9, 90:18
**original** [3] - 77:21, 79:21, 79:24
**originally** [3] - 79:12, 96:15, 98:16
**originating** [2] - 79:23
**ORLEANS** [5] - 1:6, 1:18, 2:10, 2:15, 2:21
**Orleans** [20] - 12:2, 12:12, 12:14, 12:18, 12:21, 13:1, 13:3, 16:14, 16:20, 21:12, 22:19, 25:10, 26:22, 26:23, 31:1, 31:2, 53:19, 64:11, 70:17, 75:19
**Osteraas** [1] - 28:11
**OSTERAAS** [1] - 28:11
**otherwise** [1] - 72:9
**ought** [2] - 31:24, 39:13
**outcome** [1] - 105:6

**outcomes** [1] - 32:13
**outlined** [1] - 92:2
**outlining** [2] - 101:16, 101:23
**outside** [6] - 86:9, 101:4, 103:18, 104:16, 105:24, 108:15
**overhear** [1] - 106:5
**overrule** [2] - 83:20, 96:7
**overruled** [3] - 90:6, 90:7, 98:13
**overruling** [1] - 98:5
**overtones** [1] - 79:25
**own** [7] - 6:25, 31:15, 54:24, 65:17, 67:25, 79:16, 108:2
**owned** [1] - 74:4
**owner** [5] - 24:10, 24:23, 25:7, 66:3, 66:9

## P

**p.m** [3] - 8:6, 111:10, 111:22
**P.O** [1] - 2:4
**pace** [1] - 87:4
**Pacris** [4] - 18:18, 18:23, 19:25, 68:5
**paddle** [1] - 22:16
**paddles** [2] - 9:2, 21:25
**PAGE** [1] - 3:3
**pain** [4] - 48:19, 59:9, 59:21, 77:5
**painkillers** [1] - 77:9
**Pam** [1] - 69:19
**Pamela** [1] - 69:14
**panel** [6] - 79:23, 80:1, 80:6, 98:18, 111:16
**panels** [1] - 50:19
**panic** [1] - 55:10
**Panther** [4] - 46:14, 46:16, 46:20, 46:21
**paper** [5] - 32:25, 33:4, 37:7, 41:8, 89:25
**paperwork** [1] - 63:9
**para** [1] - 66:16
**paradigm** [1] - 91:18
**parent** [1] - 69:7
**Parish** [29] - 13:25, 14:17, 16:20, 17:4, 17:11, 17:13, 17:19, 18:13, 20:4, 20:11, 20:23, 21:8, 21:12, 23:17, 26:23, 27:4,

61:1, 61:3, 61:21, 62:23, 64:6, 64:11, 64:12, 66:24, 68:13, 68:24, 69:1, 69:22, 71:4
**part** [14] - 30:4, 30:25, 36:23, 40:1, 47:24, 48:25, 54:7, 55:3, 55:4, 68:18, 84:20, 95:9, 95:19, 97:20
**part-time** [1] - 68:18
**partial** [1] - 106:12
**participants** [1] - 101:12
**participate** [3] - 78:23, 90:9, 91:2
**participated** [2] - 21:20, 21:22
**particular** [8] - 9:18, 31:17, 31:18, 33:19, 50:11, 51:10, 51:11, 110:2
**particularly** [5] - 36:5, 81:16, 91:5, 95:24, 106:3
**parties** [14] - 7:2, 7:4, 38:21, 44:6, 48:4, 60:7, 101:4, 101:11, 104:21, 105:7, 105:16, 106:1, 106:2, 106:8
**party** [12] - 7:1, 21:21, 21:22, 24:1, 24:19, 24:22, 25:1, 25:2, 25:11, 39:2, 83:8, 93:10
**pass** [12] - 15:14, 18:22, 21:18, 25:20, 61:14, 62:18, 67:1, 68:7, 85:22, 86:17, 86:18, 94:18
**passed** [1] - 86:5
**passion** [1] - 6:13
**past** [2] - 13:9, 88:15
**pastor** [1] - 66:23
**patience** [2] - 71:16, 85:10
**Patricia** [1] - 28:6
**Patrick** [1] - 67:12
**Paul** [7] - 4:19, 12:6, 28:2, 28:3, 30:1, 30:2, 66:2
**PAUL** [1] - 2:3
**payable** [1] - 67:17
**pays** [1] - 100:20
**pending** [6] - 23:14, 23:16, 25:9, 26:21, 27:2, 27:9
**pens** [1] - 107:24
**people** [38] - 9:3, 10:1,

17:24, 27:13, 27:15, 27:21, 27:22, 29:19, 29:20, 29:21, 38:15, 38:18, 38:19, 40:20, 40:21, 42:9, 47:4, 53:4, 53:12, 74:17, 75:17, 79:16, 79:24, 80:4, 80:7, 80:11, 80:15, 83:1, 83:3, 83:8, 84:5, 87:18, 88:5, 95:12, 98:11, 100:9, 106:22, 109:11
**peoples** [1] - 27:17
**peopleSoft** [1] - 62:8
**PEPPER** [1] - 2:20
**Pepper** [3] - 112:13, 112:23, 112:24
**percent** [3] - 38:13, 48:6, 96:1
**percentage** [4] - 48:3, 48:12, 78:6, 78:13
**percentages** [3] - 48:1, 48:4, 48:5
**perception** [3] - 38:17, 85:15, 85:16
**peremptories** [1] - 77:16
**peremptorily** [3] - 90:11, 90:18, 94:6
**peremptory** [16] - 7:3, 7:14, 74:12, 78:9, 78:25, 81:25, 82:6, 82:17, 83:16, 83:21, 84:25, 85:9, 97:3, 97:9, 97:11, 97:18
**perfect** [2] - 8:11, 91:3
**perhaps** [1] - 85:15
**period** [4] - 8:3, 46:5, 53:21, 71:17
**permission** [1] - 7:21
**permit** [1] - 95:8
**person** [16] - 11:16, 16:2, 19:9, 40:21, 43:18, 56:8, 56:11, 71:24, 72:9, 72:19, 75:10, 86:5, 88:15, 103:22, 105:18, 105:19
**personal** [11] - 7:20, 15:4, 16:2, 17:23, 21:3, 24:10, 82:20, 82:21, 93:8, 104:21, 108:3
**personally** [10] - 10:24, 11:5, 11:7, 11:12, 13:7, 13:11, 24:11, 24:22, 25:11, 30:5
**personnel** [1] - 85:19

**persons** [2] - 94:8, 101:4
**Peter** [1] - 70:16
**petrified** [1] - 55:5
**petroleum** [1] - 66:3
**Phil** [1] - 28:10
**Philharmonic** [1] - 67:5
**phone** [4] - 100:22, 107:7, 107:12, 107:19
**phones** [1] - 107:2
**physical** [4] - 15:5, 47:8, 48:19, 64:9
**Picayune** [1] - 32:4
**pick** [11] - 26:3, 40:21, 54:8, 61:12, 73:11, 81:24, 83:25, 84:9, 84:10, 84:13, 87:3
**picked** [5] - 37:9, 39:24, 54:13, 73:13, 81:5
**picking** [1] - 83:25
**piercing** [1] - 76:10
**Pinedo** [3] - 4:21, 12:9
**PINEDO** [3] - 1:23, 4:21, 12:9
**piping** [1] - 68:20
**place** [2] - 79:2, 108:8
**placed** [1] - 105:24
**places** [1] - 111:3
**plaintiff** [46] - 4:16, 4:17, 4:19, 4:21, 4:24, 5:1, 5:21, 6:9, 10:20, 10:24, 14:24, 18:5, 19:8, 19:15, 21:3, 21:4, 21:23, 24:2, 25:8, 26:5, 26:19, 26:25, 27:1, 45:9, 47:17, 47:22, 47:25, 48:2, 48:16, 48:18, 49:11, 49:20, 52:2, 53:1, 74:20, 76:12, 76:23, 79:18, 90:3, 91:4, 92:21, 95:25, 101:20, 102:6, 109:21, 111:18
**plaintiff's** [13] - 34:10, 40:15, 43:4, 49:6, 49:17, 49:24, 72:14, 84:23, 91:12, 101:16, 101:19, 101:24, 102:4
**plaintiffs** [13] - 31:5, 47:12, 47:15, 72:3, 72:6, 76:15, 80:10, 80:17, 82:22, 84:10, 85:17, 101:15, 102:3
**planned** [1] - 110:21

**plastic** [1] - 66:12
**play** [1] - 10:7
**played** [1] - 10:9
**pleadings** [3] - 35:8, 40:1, 40:10
**pleasures** [1] - 48:22
**plenty** [1] - 98:21
**plumbing** [1] - 62:1
**Plumbing** [1] - 62:2
**point** [22] - 32:1, 33:15, 34:7, 40:6, 43:11, 44:12, 46:1, 56:24, 82:8, 82:16, 82:19, 84:16, 85:5, 85:13, 87:1, 87:8, 90:14, 92:5, 97:21, 98:22, 100:18, 111:15
**Police** [1] - 70:17
**Polk** [1] - 28:12
**Pool** [1] - 67:17
**pool** [30] - 5:16, 8:8, 11:11, 72:18, 75:17, 78:4, 78:7, 78:12, 78:14, 79:4, 79:8, 79:11, 79:13, 79:16, 79:23, 80:17, 81:1, 81:10, 82:8, 82:14, 83:4, 86:5, 90:14, 90:23, 92:7, 92:14, 96:3, 96:5, 96:9, 100:2
**pools** [2] - 81:10, 96:10
**population** [2] - 78:6, 95:25
**Portier** [2] - 64:14, 99:10
**portion** [3] - 83:14, 92:23, 94:13
**portions** [1] - 92:23
**position** [2] - 94:21, 105:24
**positive** [2] - 9:6, 34:3
**possession** [1] - 36:9
**possibility** [1] - 106:4
**possible** [3] - 42:1, 42:25, 84:15
**Post** [2] - 33:6, 62:11
**posted** [1] - 36:4
**posttrial** [1] - 97:20
**potential** [1] - 32:12
**potentially** [1] - 81:3
**POYDRAS** [2] - 2:9, 2:21
**practice** [2] - 71:8, 80:20
**practiced** [1] - 86:4
**precause** [1] - 96:17
**precedent** [2] - 80:19,

91:5
**precisely** [1] - 81:20
**preconceived** [2] - 36:11, 36:25
**preexisting** [1] - 48:13
**prefer** [2] - 72:4, 72:9
**prejudice** [3] - 6:13, 90:7, 104:21
**prejudicial** [1] - 90:25
**prepared** [2] - 110:12, 110:18
**presence** [1] - 91:17
**PRESENT** [1] - 2:18
**present** [4] - 37:7, 90:25, 95:14, 102:9
**presentation** [1] - 104:23
**presented** [7] - 6:15, 44:15, 44:25, 48:15, 103:9, 108:20, 108:25
**presently** [3] - 61:19, 79:8, 92:14
**presiding** [1] - 5:20
**pressed** [1] - 97:10
**Preston** [1] - 62:20
**pretty** [3] - 10:10, 35:5, 60:19
**prevents** [1] - 110:14
**previous** [1] - 66:13
**previously** [1] - 90:6
**Price** [1] - 91:9
**primary** [1] - 92:23
**print** [2] - 35:3, 35:8
**printed** [3] - 35:5, 35:11, 39:19
**printing** [1] - 34:19
**private** [3] - 65:12, 67:9, 71:7
**probability** [1] - 105:8
**problem** [12] - 39:16, 44:11, 45:1, 45:12, 48:8, 49:1, 50:16, 50:24, 55:3, 75:18, 77:9, 79:6
**problems** [5] - 53:17, 74:24, 75:4, 75:6, 76:8
**procedure** [3] - 13:15, 79:3, 79:4
**proceed** [4] - 78:9, 78:24, 101:14, 110:19
**PROCEEDINGS** [3] - 1:12, 2:23, 4:1
**proceedings** [13] - 32:1, 33:15, 34:7, 35:23, 43:11, 84:16, 85:13, 87:1, 87:8, 98:22, 111:15,

112:6, 112:19
**process** [14] - 9:9, 72:25, 78:24, 80:21, 82:6, 83:15, 84:6, 84:21, 85:3, 89:22, 95:1, 95:5, 96:5, 99:1
**produce** [1] - 101:21
**PRODUCED** [1] - 2:23
**product** [1] - 69:3
**production** [1] - 71:2
**PRODUCTS** [1] - 1:4
**Professional** [1] - 112:14
**professional** [1] - 66:16
**project** [1] - 63:19
**pronouncing** [1] - 27:25
**pronunciation** [1] - 74:1
**proof** [3] - 94:2, 104:9, 104:11
**properties** [1] - 42:4
**property** [1] - 47:5
**propounded** [2] - 7:8, 8:12
**PROSPECTIVE** [263] - 8:23, 9:21, 9:24, 10:2, 13:24, 14:2, 14:5, 14:7, 14:9, 14:12, 14:16, 14:20, 14:23, 15:2, 15:6, 15:11, 15:16, 15:20, 15:25, 16:6, 16:9, 16:11, 16:13, 16:16, 16:20, 16:22, 17:3, 17:10, 17:13, 17:16, 17:19, 17:21, 17:24, 18:3, 18:6, 18:8, 18:12, 18:18, 18:24, 19:3, 19:7, 19:11, 19:13, 19:16, 19:19, 19:22, 19:24, 20:3, 20:8, 20:11, 20:15, 20:17, 20:19, 20:22, 21:2, 21:6, 21:8, 21:11, 21:15, 22:2, 22:7, 22:9, 22:12, 22:17, 22:23, 23:5, 23:9, 23:11, 23:15, 23:17, 23:21, 24:3, 24:6, 24:9, 24:12, 24:14, 24:17, 24:23, 25:2, 25:7, 25:10, 25:13, 25:15, 25:17, 25:24, 26:5, 26:11, 26:14, 26:18, 26:22, 26:25, 27:3, 27:6, 27:8, 27:10, 30:1,

30:3, 30:5, 30:7, 30:10, 30:13, 30:16, 30:19, 30:21, 31:1, 31:3, 31:8, 31:21, 32:3, 32:7, 32:11, 32:16, 32:18, 32:23, 33:1, 33:5, 33:8, 33:13, 33:17, 33:22, 33:25, 34:12, 34:19, 34:25, 35:5, 35:11, 35:14, 35:19, 36:8, 36:13, 36:22, 37:4, 37:11, 37:13, 37:20, 38:4, 38:10, 38:12, 38:20, 38:22, 39:3, 39:9, 39:17, 40:2, 40:25, 41:6, 41:11, 41:15, 41:21, 41:25, 42:5, 42:8, 42:14, 42:17, 42:24, 43:7, 45:22, 45:25, 46:3, 46:7, 46:10, 46:13, 46:16, 46:18, 46:20, 46:23, 46:25, 47:2, 51:3, 51:5, 51:15, 51:20, 51:24, 52:3, 52:9, 53:18, 53:25, 54:9, 54:17, 54:21, 55:1, 55:4, 55:15, 55:22, 56:3, 56:5, 56:10, 56:13, 56:17, 56:23, 57:12, 57:15, 57:21, 58:3, 58:10, 58:16, 58:18, 58:20, 58:23, 59:3, 59:6, 59:12, 59:15, 59:18, 59:22, 59:24, 60:22, 60:25, 61:7, 61:15, 61:18, 61:25, 62:7, 62:10, 62:17, 62:20, 63:5, 63:8, 63:11, 63:13, 63:18, 63:22, 64:1, 64:4, 64:14, 64:19, 64:24, 65:3, 65:6, 65:11, 65:16, 65:20, 65:24, 66:1, 66:2, 66:6, 66:10, 66:15, 66:21, 67:3, 67:6, 67:12, 67:15, 67:21, 67:24, 68:5, 68:9, 68:15, 68:23, 68:25, 69:6, 69:11, 69:14, 69:19, 70:5, 70:9, 70:13, 70:15, 70:22, 70:24, 71:2, 71:5, 71:10
**prospective** [1] - 6:21
**protection** [6] - 78:22, 79:6, 81:4, 90:8, 92:8, 96:6
**proven** [1] - 48:17

**provide** [4] - 79:5, 79:20, 94:21, 96:6
**provided** [9] - 5:24, 6:3, 45:18, 49:10, 49:15, 49:19, 49:23, 91:16, 100:5
**providing** [1] - 79:17
**provision** [2] - 80:21, 85:21, 85:22
**Prudhoe** [1] - 73:22
**Pruet** [1] - 12:7
**PRUET** [1] - 2:3
**publicity** [1] - 108:12
**pulled** [1] - 34:17
**pulling** [2] - 33:25, 34:12
**purchasing** [1] - 70:6
**purportedly** [1] - 32:12
**purpose** [4] - 6:20, 38:14, 43:2, 81:2
**purposeful** [1] - 96:3
**pursue** [1] - 93:7
**pursuing** [1] - 69:16
**pushing** [1] - 98:20
**put** [9] - 6:23, 36:18, 38:2, 41:5, 41:18, 42:11, 45:8, 74:15, 81:1
**putting** [2] - 48:13, 95:18

**Q**

**qualification** [1] - 8:13
**qualifications** [1] - 6:17
**qualified** [2] - 6:10, 6:11
**Quarter** [1] - 71:12
**questioned** [2] - 87:12, 87:18
**questioning** [2] - 57:1, 84:20
**questionnaire** [11] - 39:6, 39:7, 41:4, 45:17, 55:9, 72:24, 74:6, 77:11, 87:16, 95:3, 100:5
**questionnaires** [14] - 74:8, 87:17, 87:19, 91:20, 94:12, 94:22, 95:6, 95:7, 95:9, 95:11, 95:13, 95:14, 98:7
**questions** [28] - 6:23, 7:7, 7:16, 8:9, 8:12, 8:18, 8:25, 9:10, 10:18, 13:13, 13:15,

13:18, 33:2, 42:18, 43:17, 43:20, 50:7, 51:17, 53:5, 53:10, 56:7, 57:7, 58:5, 58:24, 60:2, 60:6, 79:19, 80:3
**quick** [2] - 83:13, 88:19
**quickest** [1] - 9:4
**quickly** [3] - 9:8, 74:1, 84:14
**quiet** [1] - 92:1
**quietly** [1] - 71:21
**quite** [3] - 16:11, 43:20, 72:5

## R

**race** [11] - 79:21, 79:22, 81:13, 82:3, 92:20, 93:14, 94:19, 95:3, 95:21, 97:5, 97:12
**race-neutral** [1] - 92:20
**race-related** [1] - 97:12
**Raceland** [1] - 70:23
**racial** [2] - 79:25, 80:8
**racially** [4] - 90:23, 91:15, 91:16, 92:4
**radio** [1] - 108:17
**Radosta** [1] - 107:16
**raise** [6] - 8:10, 8:19, 10:18, 47:4, 91:4, 109:19
**raises** [1] - 91:12
**raising** [1] - 82:7
**random** [3] - 81:5, 81:11, 96:14
**randomly** [5] - 79:2, 81:1, 81:5, 82:14, 82:15
**rather** [1] - 53:11
**RCG** [1] - 29:2
**RE** [1] - 1:4
**RE/MAX** [1] - 61:16
**reach** [2] - 77:25, 108:24
**reached** [3] - 20:16, 83:14, 90:5
**reaching** [1] - 44:17
**read** [25] - 8:20, 27:13, 27:20, 30:24, 31:17, 33:19, 33:22, 33:25, 34:16, 35:3, 36:7, 36:22, 37:6, 37:18, 38:2, 38:7, 38:13, 40:23, 41:9, 41:13,

41:22, 51:8, 108:3, 108:16
**reading** [1] - 39:15
**ready** [4] - 110:12, 110:15, 111:1, 111:6
**real** [1] - 66:9
**realize** [1] - 35:25
**really** [6] - 39:4, 50:21, 52:3, 55:6, 55:19, 110:7
**Realtime** [1] - 112:13
**realtor** [1] - 61:15
**reason** [22] - 7:5, 7:11, 44:7, 50:1, 50:3, 57:18, 72:25, 80:22, 83:5, 91:15, 91:16, 92:4, 92:19, 95:3, 96:21, 97:5, 97:12, 98:5, 101:10, 106:9, 109:5, 110:23
**reasonable** [2] - 78:10, 103:1
**reasonings** [1] - 35:21
**reasons** [13] - 82:20, 82:21, 83:3, 92:2, 92:12, 92:20, 93:13, 93:20, 95:22, 96:8, 98:14, 104:5
**reassignment** [1] - 79:3
**Rebecca** [2] - 60:22, 68:23
**rebuttal** [1] - 102:6
**receive** [1] - 105:13
**received** [1] - 98:8
**receiving** [1] - 69:8
**recent** [4] - 35:24, 35:25, 36:4, 91:8
**recently** [3] - 32:4, 69:9, 77:10
**recess** [2] - 100:21, 109:4
**recognize** [3] - 29:23, 31:11, 107:2
**recognized** [1] - 91:7
**record** [8] - 4:14, 11:20, 35:9, 35:22, 36:6, 40:1, 82:25, 83:6, 83:12, 89:16, 92:10, 95:8, 95:9, 95:19, 97:25, 98:4, 111:24, 112:19
**RECORDED** [1] - 2:23
**records** [1] - 69:23
**recover** [1] - 48:19
**rectify** [1] - 78:21
**redistributed** [1] - 108:8
**refer** [1] - 11:5
**reference** [2] - 84:25,

103:15
**referenced** [1] - 91:12
**referred** [1] - 91:6
**referring** [1] - 9:3
**Refinery** [1] - 61:8
**refreshments** [1] - 109:14
**regard** [7] - 81:13, 84:19, 90:25, 97:9, 97:11, 97:18, 97:23
**regardless** [1] - 93:14
**Reginelli** [1] - 29:14
**REGINELLI** [1] - 29:14
**regional** [1] - 69:1
**Regional** [1] - 69:21
**registered** [2] - 64:15, 66:5
**Registered** [2] - 112:13, 112:14
**regular** [1] - 92:18
**Reich** [4] - 4:17, 12:4, 12:5, 72:11
**REICH** [24] - 1:20, 1:20, 4:17, 12:4, 72:11, 72:15, 74:4, 75:13, 75:22, 77:10, 77:17, 78:17, 83:13, 83:18, 83:23, 90:3, 90:15, 92:2, 94:5, 94:11, 94:21, 95:13, 95:21, 98:17
**reinstated** [1] - 91:1
**relate** [1] - 42:13
**related** [9] - 10:23, 13:15, 14:5, 15:21, 20:4, 21:16, 31:13, 51:19, 97:12
**relates** [5] - 79:24, 80:7, 80:11, 92:13, 93:9
**RELATES** [1] - 1:7
**relation** [1] - 105:6
**relationship** [1] - 30:15
**relative** [6] - 78:13, 79:22, 80:8, 80:13, 80:16, 93:2
**relatives** [2] - 54:18, 106:21
**relay** [1] - 76:21
**relocate** [1] - 99:5
**remain** [3] - 31:24, 109:6
**remark** [1] - 104:22
**remarks** [1] - 106:5
**remedied** [1] - 78:8
**remedy** [4] - 78:10, 78:21, 79:5, 82:8
**remember** [6] - 14:3, 17:22, 21:13, 22:20,

32:9, 108:2
**render** [5] - 6:14, 44:14, 50:2, 50:4, 109:21
**rep** [1] - 62:13
**repeat** [3] - 33:17, 52:25, 93:21
**report** [5] - 35:24, 96:14, 100:10, 105:21, 109:12
**reporter** [2] - 53:15, 95:7
**REPORTER** [2] - 2:20, 61:10
**Reporter** [6] - 112:13, 112:14, 112:15, 112:25
**REPORTER'S** [1] - 112:11
**reporting** [2] - 73:9, 100:2
**reports** [1] - 108:17
**represent** [1] - 13:11
**representative** [2] - 23:21, 29:2
**representatives** [1] - 105:17
**represented** [2] - 13:8, 13:10
**request** [2] - 7:21, 92:3
**requests** [1] - 82:5
**require** [1] - 7:25
**required** [4] - 47:25, 96:11, 108:9, 109:5
**research** [3] - 54:10, 103:11, 107:20
**Reserve** [1] - 69:8
**reshuffle** [1] - 81:2, 82:16, 97:22
**reshuffling** [1] - 82:8
**reside** [3] - 45:16, 45:18, 47:11
**resided** [1] - 72:23
**resident** [1] - 31:7
**resolution** [1] - 26:12
**resolved** [2] - 20:7, 27:7, 27:8
**resources** [2] - 64:5, 93:7
**respect** [4] - 72:15, 90:8, 90:16, 94:7
**respective** [1] - 102:10
**respond** [2] - 18:22, 29:22
**responded** [1] - 91:21
**responding** [2] - 60:6, 92:24
**response** [4] - 7:19,

21:19, 34:3, 90:1
**response** [1] - 88:22
**responses** [2] - 13:14, 79:7
**responsibilities** [1] - 101:1
**responsible** [1] - 6:11
**rest** [3] - 71:20, 85:5, 100:1
**restroom** [5] - 43:14, 43:15, 43:23, 71:17, 71:20
**result** [8] - 6:7, 7:12, 7:15, 45:14, 49:22, 74:15, 82:9, 93:1
**results** [1] - 85:8
**retail** [1] - 68:16
**retire** [1] - 102:19
**retired** [3] - 61:19, 66:4, 70:9
**return** [5] - 8:4, 60:4, 77:15, 100:11, 100:14
**returning** [1] - 107:11
**reurges** [1] - 90:3
**Revenue** [1] - 69:2
**revenue** [1] - 69:3
**review** [3] - 79:16, 79:18, 94:22
**revisit** [3] - 74:9, 83:21, 88:7
**revisiting** [1] - 88:6
**Richard** [1] - 28:5
**ride** [3] - 53:23, 53:25, 54:19
**riding** [1] - 55:8
**rights** [1] - 81:4
**rise** [6] - 4:7, 8:10, 92:8, 99:5, 109:19, 111:14
**rises** [1] - 90:20
**Rising** [1] - 66:23
**risk** [2] - 53:9, 53:10
**Rita** [2] - 45:15, 45:20
**Ritter** [1] - 28:3
**RITTER** [1] - 28:3
**RIVER** [2] - 1:8, 2:7
**River** [12] - 4:12, 5:3, 5:5, 5:7, 5:8, 6:1, 11:3, 11:4, 47:22, 49:13, 74:5
**RMR** [2] - 2:20, 112:24
**road** [1] - 54:4
**rob** [1] - 71:5
**robbery** [2] - 17:4, 20:23
**Robbins** [1] - 28:12
**ROBBINS** [1] - 28:12
**Robert** [2] - 28:10, 66:10

**Roberta** [1] - 66:24
**Robyn** [1] - 66:6
**Rogers** [4] - 45:21, 70:24, 73:2, 73:6
**role** [1] - 100:10
**ROOM** [1] - 2:21
**room** [10] - 70:1, 71:23, 100:19, 107:9, 107:14, 109:6, 109:13, 110:8, 111:6
**Rouge** [1] - 12:3
**row** [22] - 9:14, 9:16, 10:11, 14:14, 15:13, 17:7, 18:10, 18:15, 18:16, 20:1, 22:15, 23:2, 23:3, 23:19, 24:7, 25:5, 25:19, 68:7, 99:19
**Roy** [2] - 5:9, 12:24
**ROY** [1] - 2:14
**rule** [2] - 74:21, 104:1
**ruled** [2] - 74:8, 74:10
**rules** [2] - 80:23, 103:25
**ruling** [3] - 80:2, 104:5, 104:22
**running** [1] - 59:20

**S**

**s/Cathy** [1] - 112:23
**safe** [2] - 107:14, 108:8
**safely** [2] - 49:12, 49:16
**Saint** [1] - 66:16
**sake** [1] - 64:17
**sales** [2] - 62:13, 70:11
**SAN** [1] - 1:21
**Saturday's** [1] - 33:3
**saving** [1] - 100:17
**saw** [3] - 32:25, 34:23, 46:21
**SC** [1] - 2:4
**scared** [1] - 75:18
**scares** [1] - 55:10
**schedule** [1] - 110:22
**Schlumberger** [2] - 62:12, 62:16
**SCHMIDT** [3] - 2:18, 4:25, 12:13
**Schmidt** [3] - 4:25, 12:13
**School** [4] - 61:1, 61:3, 61:21, 66:16
**school** [10] - 61:22, 65:12, 65:22, 66:20,

67:9, 67:10, 68:2, 68:3, 71:7
**Schools** [1] - 68:24
**schoolteacher** [1] - 71:4
**scientist** [1] - 71:6
**Scott** [1] - 29:16
**screens** [1] - 44:23
**search** [1] - 103:15
**seat** [7] - 40:22, 85:5, 99:6, 99:21, 99:22, 99:23, 104:19
**seated** [9] - 8:16, 78:2, 78:20, 99:4, 99:14, 99:15, 99:17, 109:8, 109:25
**seating** [4] - 7:13, 10:12, 79:4, 97:23
**seats** [1] - 60:4
**second** [10] - 9:14, 9:19, 10:11, 15:13, 23:2, 64:9, 68:1, 99:19, 99:20, 109:13
**secretary** [1] - 107:16
**Section** [1] - 5:18
**section** [3] - 10:12, 81:11
**SECURITY** [1] - 111:14
**security** [2] - 109:7, 110:16
**see** [48] - 8:22, 8:25, 9:1, 9:19, 10:22, 14:14, 15:9, 15:13, 16:24, 17:8, 18:10, 20:1, 20:21, 21:24, 22:15, 23:1, 23:19, 24:25, 25:4, 25:19, 26:24, 29:25, 33:24, 34:5, 34:13, 35:23, 36:20, 38:22, 40:4, 40:13, 44:11, 45:23, 46:11, 50:9, 50:17, 54:10, 60:19, 73:25, 82:6, 85:8, 86:22, 88:12, 91:21, 97:10, 97:22, 112:1
**seeing** [1] - 56:4
**seeks** [2] - 48:18, 83:8
**seem** [1] - 106:10
**selected** [8] - 16:23, 40:4, 44:13, 82:14, 96:9, 96:10, 97:16
**SELECTED** [1] - 99:2
**SELECTED**................ ........................ [1] - 3:6
**selecting** [1] - 81:7
**selection** [10] - 52:17, 78:24, 79:12, 83:15,

89:22, 90:14, 96:5, 96:11, 96:14, 99:1
**selections** [2] - 80:9, 100:4
**self** [1] - 67:16
**self-employed** [1] - 67:16
**senior** [2] - 29:11, 69:16
**sensitive** [1] - 110:7
**sent** [1] - 98:8
**sentenced** [1] - 15:22
**separated** [2] - 61:8, 65:16
**sequester** [1] - 112:3
**sequestered** [1] - 8:5
**sergeant** [1] - 70:17
**series** [1] - 75:6
**serve** [3] - 50:6, 51:1, 99:24
**served** [8] - 13:19, 13:25, 15:16, 18:25, 19:8, 20:6, 20:13, 100:10
**serves** [1] - 101:19
**service** [4] - 16:21, 16:22, 21:7, 90:9
**services** [1] - 30:3
**Services** [1] - 66:22
**SESSION** [2] - 1:11, 4:2
**set** [3] - 37:1, 80:1, 91:18
**settled** [3] - 16:4, 20:4, 26:14
**settlement** [2] - 16:3, 16:5
**seven** [6] - 14:20, 57:5, 67:8, 70:3, 71:1, 82:2
**seven-and-a-half** [1] - 70:3
**seven-month-old** [1] - 57:5
**shall** [7] - 7:8, 7:17, 8:12, 105:14, 105:19, 106:3, 109:22
**shape** [1] - 10:10
**share** [1] - 54:15
**sharp** [1] - 112:2
**SHAW** [1] - 2:12
**Shaw** [8] - 5:10, 5:12, 5:14, 6:2, 11:4, 11:5, 47:22, 51:11
**sheet** [1] - 89:25
**Sheila** [1] - 64:19
**Shell** [1] - 12:18
**Sheriff's** [1] - 68:13
**Sherwin** [1] - 67:13

**shop** [3] - 62:21, 68:10
**short** [7] - 91:25, 98:19, 106:17, 110:24, 111:8, 111:9
**shorter** [1] - 8:2
**shortly** [3] - 43:21, 99:25, 100:23
**shot** [1] - 60:20
**show** [11] - 9:7, 10:15, 22:21, 32:22, 35:12, 45:14, 73:16, 90:13, 94:6, 94:22, 109:13
**shown** [1] - 39:24
**shows** [1] - 77:21
**shuffle** [6] - 78:10, 78:24, 79:1, 80:21, 80:22, 90:4
**shuffling** [1] - 81:11
**Shwery** [1] - 28:7
**SHWERY** [1] - 28:7
**sick** [1] - 37:23
**side** [11] - 40:15, 76:12, 84:23, 84:24, 91:20, 94:5, 99:7, 107:8
**side-by-side** [2] - 91:20, 94:5
**sided** [1] - 21:3
**sides** [2] - 37:4, 37:5
**Sierra** [1] - 32:11
**significant** [1] - 50:16
**significantly** [1] - 94:8
**similar** [2] - 91:21, 94:23
**similarly** [1] - 91:22
**simply** [1] - 77:25
**single** [15] - 52:17, 52:25, 53:1, 60:22, 61:16, 64:3, 64:20, 67:12, 67:22, 68:24, 70:14, 70:23, 71:13, 88:15
**sister** [3] - 30:21, 30:25, 56:13
**sister-in-law** [2] - 30:21, 30:25
**sit** [6] - 8:13, 31:17, 44:13, 44:21, 50:2, 72:25
**site** [5] - 34:1, 34:13, 34:17, 34:18
**sites** [2] - 103:15, 107:9
**sits** [1] - 79:8
**sitting** [7] - 7:11, 17:7, 43:18, 43:19, 44:9, 72:23
**situation** [4] - 15:21, 16:1, 78:22, 95:24

**six** [14] - 14:20, 14:24, 17:21, 46:14, 46:24, 46:25, 56:25, 59:8, 59:16, 67:25, 70:3, 71:1, 84:11
**six-year-old** [2] - 56:25, 70:3
**Slidell** [2] - 46:17, 67:20
**small** [6] - 24:9, 25:7, 66:3, 67:25, 78:6, 78:13
**Smith** [2] - 28:5, 28:6
**smoothly** [1] - 60:19
**Smulski** [1] - 27:23
**SMULSKI** [1] - 27:23
**Snell** [1] - 29:17
**social** [1] - 107:9
**soft** [1] - 109:16
**solely** [6] - 6:14, 44:14, 45:10, 48:14, 103:8, 108:20
**solemnly** [2] - 8:11, 109:19
**someone** [11] - 15:7, 17:25, 19:6, 29:24, 43:15, 44:8, 44:10, 53:19, 54:13, 61:13, 86:8
**something's** [1] - 37:6
**sometimes** [7] - 11:3, 11:5, 11:10, 37:2, 37:5, 54:8, 109:10
**somewhat** [2] - 93:23, 94:1
**somewhere** [1] - 22:19
**somewheres** [1] - 55:6
**son** [15] - 61:20, 62:13, 62:15, 63:24, 65:22, 66:17, 66:19, 66:25, 67:19, 68:14, 69:4, 69:9, 70:8, 70:10, 70:12
**sons** [4] - 66:3, 68:17, 69:3, 70:18
**soon** [3] - 37:22, 40:6, 100:23
**sorry** [10] - 16:14, 17:12, 18:17, 21:15, 22:25, 39:12, 64:11, 76:13, 79:17, 88:17
**sort** [4] - 34:24, 36:19, 47:9, 84:8
**sounds** [2] - 43:9, 60:18
**source** [1] - 103:18
**South** [5] - 12:7, 12:8, 12:14, 28:20, 64:20

**Southeastern** [2] - 61:19, 68:18
**Southwestern** [1] - 23:22
**Souza** [1] - 29:4
**SOUZA** [1] - 29:5
**specialist** [3] - 63:20, 69:2, 69:3
**specific** [2] - 30:11, 106:15
**specifically** [2] - 79:20, 93:6
**Spector** [1] - 28:5
**SPECTOR** [1] - 28:5
**speculation** [1] - 103:3
**spell** [2] - 27:19, 31:12
**spelled** [2] - 29:5, 29:8
**spelling** [1] - 28:20
**spells** [1] - 10:21
**spend** [1] - 53:22
**spoken** [1] - 44:2
**spouse** [4] - 60:15, 106:20, 106:21
**Square** [1] - 12:18
**Sr** [1] - 65:6
**ST** [2] - 1:18, 2:15
**St** [11] - 17:4, 17:19, 18:12, 23:17, 23:18, 61:8; 61:21, 66:24, 67:9, 68:24, 69:22
**stand** [12] - 9:7, 9:10, 10:15, 10:22, 11:21, 32:21, 45:20, 53:14, 60:8, 60:13, 71:22, 104:18
**standards** [1] - 96:11
**Stanley** [1] - 29:7
**Star** [2] - 66:23, 67:7
**start** [18] - 8:5, 8:9, 8:17, 9:11, 9:12, 9:16, 13:22, 15:18, 25:22, 50:13, 53:2, 60:8, 68:7, 71:24, 84:10, 110:5, 110:11, 111:7
**start-up** [1] - 71:24
**started** [1] - 94:4
**starting** [3] - 9:15, 60:9, 72:14
**State** [2] - 22:13, 112:15
**state** [14] - 9:8, 10:15, 10:18, 11:21, 13:21, 15:17, 15:19, 16:12, 16:18, 17:3, 19:20, 31:12, 60:13
**statement** [8] - 101:15, 101:17, 101:23, 101:24,

104:22, 111:18
**statements** [6] - 25:25, 98:20, 102:2, 102:11, 105:9, 111:7
**States** [2] - 112:16, 113:1
**STATES** [2] - 1:1, 1:13
**statistical** [1] - 91:7
**statistically** [1] - 79:13
**status** [1] - 60:14
**stay** [6] - 52:13, 58:11, 59:7, 86:11, 99:19, 110:7
**stays** [1] - 67:20
**STENOGRAPHY** [1] - 2:23
**step** [3] - 70:18, 83:12, 99:14
**stepchildren** [1] - 70:4
**stepdaughter** [1] - 70:8
**Stephen** [1] - 27:23
**stepped** [1] - 43:13
**steps** [1] - 83:11
**stepson** [1] - 57:3
**stern** [2] - 30:20, 69:17
**Stern** [1] - 69:14
**stick** [3] - 110:6, 110:13, 110:22
**still** [11] - 27:9, 40:4, 42:25, 43:17, 43:18, 59:18, 66:4, 78:12, 86:7, 86:11, 90:7
**stomach** [1] - 59:13
**stop** [2] - 34:2, 74:2
**storage** [1] - 64:11
**store** [1] - 68:1
**stored** [1] - 108:8
**stories** [1] - 42:9
**strangers** [1] - 106:21
**street** [1] - 11:16
**STREET** [2] - 2:9, 2:21
**stretch** [2] - 71:22, 104:19
**stricken** [2] - 7:14, 104:7
**STRICKLAND** [3] - 2:9, 5:6, 12:22
**Strickland** [2] - 5:6, 12:22
**strictly** [1] - 77:13
**strike** [43] - 77:20, 77:22, 77:24, 78:5, 81:15, 81:23, 83:19, 83:25, 84:2, 84:4, 85:15, 85:16, 85:20, 85:21, 85:22, 85:23, 86:2, 86:4, 86:5, 86:6, 86:7, 86:8,

86:9, 86:10, 86:12, 86:14, 86:15, 86:16, 87:7, 87:10, 88:16, 89:9, 90:4, 90:10, 90:12, 93:20, 94:20, 95:15, 96:15, 108:13
**striking** [3] - 76:8, 88:17, 92:20
**strong** [1] - 93:2
**struck** [11] - 80:11, 85:17, 85:18, 90:18, 91:1, 91:15, 91:23, 92:4, 92:15, 92:18
**student** [2] - 23:22, 69:4
**stuff** [7] - 34:14, 34:15, 34:20, 34:23, 39:8, 42:2, 55:17
**stumbled** [1] - 74:1
**styled** [1] - 91:9
**subject** [4] - 79:22, 81:25, 82:16, 103:11
**submissions** [1] - 98:16
**submit** [1] - 94:12
**submitted** [1] - 74:10
**subpoenaed** [1] - 25:25
**substance** [1] - 49:4
**substantial** [1] - 92:22
**substantially** [1] - 80:4
**sudden** [1] - 55:2
**suffering** [1] - 48:19
**Suffern** [1] - 63:14
**sufficient** [1] - 92:7
**suggesting** [1] - 39:21
**suing** [4] - 17:24, 17:25, 19:6, 27:1
**suit** [9] - 15:4, 25:9, 25:16, 32:5, 51:3, 51:8, 51:9, 105:6, 105:17
**suitable** [1] - 79:5
**SUITE** [4] - 1:21, 1:24, 2:9, 2:15
**suits** [1] - 38:23
**superintendent** [2] - 62:21, 71:3
**supervision** [1] - 109:7
**supervisor** [1] - 66:11
**support** [1] - 102:9
**supposed** [1] - 73:16
**surfaced** [1] - 32:11
**suspended** [1] - 57:18
**sustained** [2] - 45:13, 104:7
**Sutherland** [1] - 23:4, 64:24

**Svoboda** [6] - 14:14, 14:16, 14:21, 62:10, 99:12, 99:14
**swear** [2] - 8:11, 109:20
**sworn** [1] - 6:22
**sympathy** [3] - 6:13, 45:9, 104:21
**system** [1] - 100:9
**systems** [1] - 62:2

**T**

**table** [3] - 44:9, 84:23
**tables** [2] - 44:10, 77:15
**tabs** [1] - 34:21
**talks** [2] - 93:9, 93:25
**Tamika** [1] - 29:15
**Tammany** [8] - 17:19, 18:12, 23:17, 23:18, 61:21, 67:9, 68:24, 69:22
**Tank** [1] - 66:22
**task** [1] - 30:11
**tax** [1] - 69:2
**teacher** [5] - 61:2, 61:22, 67:8, 67:9, 68:23
**teaches** [1] - 68:12
**tech** [1] - 68:10
**Technologies** [1] - 70:6
**technology** [1] - 107:3
**teenager** [1] - 24:19
**television** [1] - 108:17
**ten** [4] - 55:23, 70:19, 78:19, 86:6
**tend** [3] - 7:10, 55:17, 65:14
**tendency** [2] - 53:4, 53:6
**tendered** [1] - 94:14
**Tepper** [2] - 21:10, 71:5
**term** [1] - 103:22
**terms** [2] - 96:13, 97:2
**Terrebonne** [4] - 21:8, 60:23, 64:15, 71:4
**testified** [2] - 22:3, 23:23
**testifies** [1] - 103:22
**testify** [6] - 10:6, 36:17, 41:17, 44:21, 110:13
**testimony** [12] - 10:8, 28:15, 37:2, 103:5, 103:21, 104:6, 104:10, 105:4,

105:11, 105:12, 111:7, 111:20
**Texas** [4] - 12:5, 12:19, 67:23, 80:20
**text** [1] - 107:7
**THE** [347] - 1:12, 4:7, 4:8, 4:10, 5:16, 8:10, 8:16, 8:17, 8:24, 9:22, 9:25, 10:5, 13:6, 14:1, 14:3, 14:6, 14:8, 14:10, 14:13, 14:19, 14:21, 14:25, 15:4, 15:9, 15:12, 15:18, 15:23, 16:4, 16:7, 16:10, 16:12, 16:15, 16:18, 16:21, 16:24, 17:6, 17:12, 17:15, 17:17, 17:20, 17:22, 17:25, 18:4, 18:7, 18:9, 18:14, 18:20, 19:2, 19:5, 19:8, 19:12, 19:14, 19:18, 19:20, 19:23, 19:25, 20:6, 20:9, 20:13, 20:16, 20:18, 20:20, 20:25, 21:4, 21:7, 21:9, 21:13, 21:17, 22:5, 22:8, 22:10, 22:14, 22:22, 23:1, 23:7, 23:10, 23:13, 23:16, 23:18, 23:25, 24:4, 24:7, 24:11, 24:13, 24:15, 24:21, 24:25, 25:4, 25:9, 25:11, 25:14, 25:16, 25:18, 26:2, 26:9, 26:12, 26:16, 26:21, 26:23, 27:2, 27:4, 27:7, 27:9, 27:11, 28:2, 29:13, 30:2, 30:4, 30:6, 30:8, 30:11, 30:14, 30:17, 30:20, 30:24, 31:2, 31:4, 31:7, 31:9, 31:22, 32:6, 32:9, 32:14, 32:17, 32:19, 32:24, 33:2, 33:10, 33:14, 33:18, 33:24, 34:2, 34:9, 34:17, 34:23, 35:3, 35:8, 35:13, 35:15, 35:21, 36:9, 36:16, 36:24, 37:5, 37:15, 38:6, 39:6, 39:10, 39:20, 39:23, 40:3, 40:18, 40:20, 41:4, 41:8, 41:12, 41:16, 41:22, 42:3, 42:6, 42:12, 42:15, 42:18, 43:3, 43:9, 43:13, 45:23, 46:1,

46:5, 46:8, 46:11, 46:15, 46:17, 46:19, 46:21, 46:24, 47:1, 47:3, 50:25, 51:4, 51:8, 51:17, 52:5, 52:10, 52:13, 52:18, 53:7, 53:11, 53:23, 54:5, 54:13, 54:18, 55:13, 55:20, 56:2, 56:4, 56:7, 56:19, 56:21, 57:7, 57:14, 57:19, 57:23, 57:25, 58:4, 58:7, 58:15, 58:17, 58:19, 58:22, 58:24, 59:4, 59:10, 59:14, 59:16, 59:21, 59:23, 60:2, 60:4, 61:5, 61:10, 61:12, 61:17, 61:24, 62:5, 62:9, 62:16, 62:18, 63:2, 63:7, 63:9, 63:12, 63:17, 64:13, 64:17, 64:22, 65:2, 65:10, 65:15, 65:23, 65:25, 66:14, 67:1, 67:11, 67:14, 68:4, 68:7, 68:22, 69:5, 69:17, 70:21, 71:9, 71:14, 72:4, 72:8, 72:13, 72:19, 72:22, 73:6, 73:7, 73:8, 73:15, 73:19, 74:7, 74:14, 74:20, 74:23, 75:2, 75:5, 75:11, 75:14, 75:20, 75:24, 76:3, 76:15, 76:16, 76:18, 76:19, 76:21, 77:3, 77:7, 77:11, 78:16, 80:24, 81:9, 82:21, 82:25, 83:17, 83:20, 84:2, 84:4, 84:8, 84:13, 84:18, 85:12, 85:25, 86:2, 86:13, 86:18, 86:21, 86:25, 87:3, 87:7, 87:15, 87:18, 87:21, 88:1, 88:4, 88:14, 88:18, 88:21, 88:23, 88:25, 89:2, 89:3, 89:4, 89:8, 89:11, 89:13, 89:17, 89:19, 89:21, 90:2, 90:12, 91:25, 93:16, 93:18, 94:10, 94:17, 95:11, 95:17, 95:20, 96:7, 96:21, 98:1, 98:4, 98:10, 98:13, 98:18, 98:24, 99:3, 109:25, 110:1, 111:14, 111:17, 111:24, 112:3

theirs [1] - 86:22
themselves [6] - 11:21, 13:7, 27:16, 79:18, 80:6, 80:10
theoretically [1] - 81:24
theory [2] - 101:19, 102:1
therapist [2] - 64:9, 71:8
therapy [2] - 57:2
thereafter [2] - 9:17, 82:15
therefore [7] - 7:6, 48:11, 72:17, 83:10, 92:15, 93:2, 93:12
Theresa [1] - 66:15
they've [1] - 11:19
Thibodaux [4] - 19:1, 19:3, 19:20, 62:11
thinking [1] - 77:4
third [5] - 24:19, 25:1, 25:2, 68:12, 93:10
third-party [4] - 24:19, 25:1, 25:2, 93:10
THIS [1] - 1:7
Thomas [1] - 28:8
Thompson [1] - 28:7
three [11] - 40:14, 63:16, 64:6, 64:7, 64:25, 65:7, 66:3, 67:17, 70:8, 74:23, 86:22
throughout [3] - 12:8, 95:2, 95:23
throw [1] - 40:8
Thursday [1] - 55:23
tidings [1] - 67:19
TO [2] - 1:7, 4:4
today [16] - 5:17, 8:6, 9:23, 33:21, 39:24, 40:24, 41:23, 44:3, 59:25, 79:25, 80:4, 93:20, 100:6, 100:13, 107:12
together [2] - 54:15, 58:15
tomorrow [1] - 55:22
Tony [2] - 29:16, 61:25
took [1] - 89:1
tools [3] - 103:16, 107:3, 107:4
top [1] - 94:11
total [3] - 48:1, 48:5, 111:18
touching [1] - 8:13
towards [1] - 35:19
town [2] - 30:25, 54:19
toxin [1] - 92:24
toxins [3] - 93:22,

94:7, 94:15
Toyota [1] - 54:24
Tractor [1] - 65:1
trailer [28] - 5:23, 6:2, 6:7, 31:14, 32:8, 37:22, 42:2, 42:15, 45:18, 45:19, 46:2, 46:3, 46:9, 46:22, 49:7, 49:10, 49:12, 49:15, 49:16, 49:20, 49:23, 51:6, 72:17, 72:20, 72:23, 73:2, 74:14, 93:13
TRAILER [1] - 1:4
Trailer [1] - 74:5
trailers [4] - 6:3, 41:2, 42:4, 42:10
training [1] - 70:14
transcript [2] - 94:13, 112:18
TRANSCRIPT [2] - 1:12, 2:23
transport [1] - 56:12
transportation [12] - 50:16, 53:17, 55:3, 56:23, 58:10, 58:13, 59:2, 74:17, 74:24, 75:4, 75:14, 75:18
travel [12] - 5:23, 6:1, 6:3, 31:14, 45:19, 46:3, 49:7, 49:10, 49:19, 49:23, 51:6, 53:12
travels [1] - 64:8
Travis [1] - 29:7
treated [1] - 28:16
TRIAL [1] - 1:12
trial [42] - 4:11, 6:15, 7:24, 10:5, 10:6, 16:4, 16:18, 17:11, 17:19, 17:23, 26:13, 31:18, 32:5, 33:20, 36:16, 38:15, 44:15, 47:20, 48:15, 50:14, 51:13, 52:19, 57:1, 91:12, 101:2, 101:12, 101:14, 101:21, 102:23, 103:7, 103:10, 105:14, 105:18, 105:19, 106:8, 107:23, 108:7, 108:16, 108:18, 108:20, 109:11
Tridico [3] - 22:1, 61:18, 99:9
tried [5] - 6:10, 6:14, 43:25, 44:8, 101:8
troubled [1] - 97:1
Troy [1] - 61:15

true [4] - 8:11, 86:11, 109:21, 112:17
truly [1] - 109:20
Truman [1] - 69:7
truth [1] - 6:20
truthful [2] - 7:8, 73:21
truthfully [1] - 105:8
try [7] - 43:24, 100:18, 103:17, 109:20, 110:6, 111:10, 111:19
trying [4] - 53:21, 72:4, 72:8, 88:19
Tuesday [4] - 57:3, 57:5, 58:11, 58:17
turn [4] - 39:25, 40:9, 50:23, 85:18
turned [1] - 107:13
turns [2] - 43:23, 71:18
Twitter [1] - 107:8
two [63] - 5:25, 7:25, 9:13, 11:6, 15:16, 18:12, 21:11, 28:4, 28:9, 30:10, 30:11, 35:1, 37:4, 37:5, 40:17, 40:22, 41:3, 44:10, 45:5, 47:21, 50:20, 55:21, 61:20, 62:3, 63:16, 65:12, 66:4, 67:21, 68:11, 69:3, 69:12, 69:13, 69:15, 69:23, 70:2, 70:7, 70:12, 70:18, 70:25, 71:3, 71:6, 72:2, 72:4, 72:6, 72:8, 72:24, 78:2, 78:16, 78:17, 80:14, 80:15, 81:14, 81:23, 82:2, 90:10, 90:13, 90:17, 96:22, 96:23, 98:6, 104:8, 111:19
two-and-a-half [1] - 70:12
two-year [1] - 35:1
TX [2] - 1:21, 1:24
type [12] - 14:3, 17:15, 17:22, 19:5, 21:14, 38:24, 39:7, 47:7, 63:3, 65:25, 79:14, 107:20
types [2] - 21:13, 103:6
typically [1] - 8:5
Tyshon [1] - 28:24

**U**

U.S [1] - 71:3
ultimately [3] - 27:7, 47:11, 47:14
unable [4] - 41:13, 41:23, 44:14, 45:8
unacceptable [1] - 79:6
unanimous [1] - 102:20
unbeknownst [2] - 81:15, 110:8
under [9] - 7:9, 91:5, 92:7, 95:16, 96:4, 97:16, 97:17, 109:6
understood [2] - 58:4, 85:17
undue [1] - 93:24
unemployed [6] - 64:2, 68:19, 68:20, 69:9, 69:14, 70:25
unfair [2] - 82:24, 93:5
unfortunate [1] - 79:6
unfortunately [1] - 9:4
unit [1] - 64:11
UNITED [2] - 1:1, 1:13
United [2] - 112:16, 113:1
University [2] - 23:22, 61:20
university [1] - 29:5
unless [1] - 110:14
UNO [3] - 65:21, 65:23, 69:16
unwilling [2] - 44:14, 45:8
up [70] - 9:8, 9:10, 10:15, 11:16, 11:21, 15:14, 21:19, 22:16, 22:21, 26:3, 31:10, 31:18, 31:23, 31:25, 32:5, 32:10, 33:19, 33:25, 34:10, 34:12, 34:17, 36:18, 40:6, 40:14, 40:15, 40:21, 42:11, 43:19, 43:24, 44:21, 48:5, 49:8, 50:12, 50:13, 50:19, 52:13, 53:13, 54:8, 54:11, 59:20, 60:8, 60:13, 61:13, 71:24, 72:3, 72:10, 73:16, 73:25, 74:25, 75:8, 77:5, 77:22, 82:6, 84:20, 86:5, 86:11, 87:3, 87:6, 88:5, 90:2, 90:13, 95:15, 96:2, 96:14, 97:12,

99:1, 103:5, 111:21
**upcoming** [1] - 35:22
**UPI** [1] - 33:9

## V

**vacation** [1] - 73:23
**Valero** [1] - 61:7
**valid** [1] - 92:13
**value** [3] - 105:2, 105:3, 105:12
**Vanessa** [3] - 29:15, 30:22, 31:4
**vehicle** [2] - 24:24, 54:24
**VENIRE** [1] - 5:15
**venire** [6] - 78:2, 78:4, 78:12, 79:4, 81:7, 94:9
**VENIRE................** [1] - 3:5
**verdict** [20] - 6:14, 11:18, 14:6, 14:8, 14:17, 16:5, 16:6, 18:4, 19:9, 19:10, 20:16, 20:18, 44:14, 44:18, 50:3, 50:4, 102:19, 108:19, 109:21
**versus** [2] - 91:6, 91:10
**victim** [1] - 47:18
**Victoria** [1] - 70:13
**victory** [1] - 93:7
**video** [1] - 10:8
**view** [6] - 43:4, 43:5, 44:12, 81:3, 108:17, 108:21
**violate** [1] - 81:4
**violating** [1] - 53:3
**violation** [3] - 78:22, 92:8, 97:19
**Virginia** [1] - 62:25
**visit** [1] - 84:9
**visited** [1] - 84:18
**voiced** [1] - 88:11
**VOICES** [3] - 4:9, 8:15, 109:24
**voir** [2] - 6:19, 95:5
**VOIR** [2] - 3:5, 5:15
**volume** [2] - 10:6, 10:9
**volumes** [2] - 10:1, 10:3

## W

**wade** [1] - 53:11

**wait** [8] - 40:4, 45:2, 45:6, 71:24, 74:7, 76:20, 85:8, 90:12
**waiter** [1] - 63:25
**waiting** [1] - 71:25
**walls** [1] - 103:9
**Walmart** [1] - 68:6
**wants** [1] - 9:17
**Wardle** [1] - 65:3
**warehouse** [1] - 68:17
**warrants** [1] - 73:24
**Washington** [4] - 13:25, 33:6, 61:1, 61:3
**wasted** [3] - 93:12, 110:9
**waters** [1] - 53:11
**Watkins** [7] - 53:16, 57:10, 57:11, 58:5, 70:22, 76:7, 76:8
**Watson** [1] - 29:16
**ways** [1] - 40:4
**web** [8] - 34:1, 34:12, 34:13, 34:17, 34:18, 103:15, 107:8, 107:9
**Wedner** [1] - 28:10
**WEDNER** [1] - 28:11
**Wednesday** [1] - 57:6
**week** [5] - 7:25, 8:1, 41:10, 54:2, 56:1
**weeks** [3] - 7:25, 45:18, 55:21
**weight** [3] - 105:2, 105:3, 105:12
**welcome** [1] - 5:18
**welder** [1] - 64:16
**Wellman** [1] - 66:12
**Wells** [1] - 63:15
**Westbank** [1] - 69:7
**whatsoever** [3] - 80:22, 105:16, 105:20
**WHEREUPON** [11] - 32:1, 33:15, 34:7, 43:11, 84:16, 85:13, 87:1, 87:8, 98:22, 111:15, 112:6
**WHITFIELD** [3] - 2:14, 5:11, 13:2
**Whitfield** [2] - 5:11, 13:2
**whole** [3] - 6:20, 38:14, 58:13
**widowed** [2] - 61:20, 64:25
**wife** [22] - 41:3, 42:9, 47:2, 62:2, 62:22, 63:2, 63:19, 65:4, 65:8, 65:21, 65:23, 66:4, 66:11, 66:23,

67:4, 67:7, 68:3, 69:1, 69:12, 70:6, 71:4, 71:7
**wife's** [1] - 62:5
**Wild** [1] - 70:13
**Wildcat** [1] - 74:5
**William** [1] - 29:16
**Williams** [2] - 28:6, 67:13
**wind** [1] - 82:6
**Winn** [3] - 68:16, 68:19
**Winn-Dixie** [3] - 68:16, 68:19
**wish** [4] - 97:1, 104:18, 107:23, 111:19
**withstand** [1] - 84:6
**witness** [25] - 21:21, 21:23, 22:8, 22:9, 22:13, 22:22, 22:23, 24:2, 25:1, 25:3, 25:25, 26:6, 26:18, 32:21, 38:9, 103:5, 103:22, 105:4, 105:5, 105:6, 105:7, 105:11, 105:13, 110:12
**witness'** [1] - 105:9
**witnesses** [19] - 10:6, 27:18, 28:14, 28:17, 29:20, 36:17, 41:17, 44:20, 101:11, 102:4, 102:6, 102:7, 103:21, 105:17, 106:1, 106:2, 109:11, 112:4
**woman's** [1] - 28:18
**wondered** [1] - 54:9
**Woodward** [5] - 20:21, 26:4, 26:17, 26:23, 70:9
**words** [10] - 9:13, 19:14, 24:1, 35:9, 44:8, 45:4, 47:6, 64:7, 86:6, 103:14
**Workers'** [2] - 22:18, 22:25
**Workmen's** [1] - 26:7
**works** [25] - 55:18, 56:13, 61:2, 61:21, 62:11, 62:13, 62:14, 62:17, 62:22, 63:8, 63:15, 63:20, 63:23, 65:13, 65:18, 65:21, 65:23, 66:18, 67:18, 68:16, 68:18, 68:20, 69:15, 69:25, 70:6
**Worley** [1] - 29:16
**WORLEY** [1] - 29:17

**wreck** [1] - 55:6
**Wright** [27] - 4:11, 4:16, 4:18, 4:20, 4:22, 4:24, 5:1, 5:22, 6:6, 10:20, 10:21, 11:1, 28:18, 28:23, 29:8, 42:13, 49:11, 49:17, 49:21, 51:9, 53:7, 72:12, 77:19, 90:3, 90:24, 96:6
**WRIGHT** [3] - 1:16, 10:21, 28:19
**Wright's** [4] - 32:6, 42:15, 51:14, 52:19
**write** [1] - 8:20
**writing** [2] - 98:8, 98:15
**wrongful** [1] - 24:19

## Y

**y'all** [7] - 50:21, 52:13, 56:24, 60:4, 77:15, 89:2, 112:3
**year** [8] - 27:6, 35:1, 41:3, 46:7, 46:8, 56:25, 58:13, 70:3
**years** [29] - 14:2, 14:20, 14:24, 15:20, 16:11, 17:5, 17:10, 17:14, 17:21, 18:12, 18:19, 18:24, 19:19, 20:23, 21:2, 22:3, 26:7, 26:9, 26:20, 30:10, 30:11, 41:3, 61:9, 65:13, 65:18, 66:25, 70:12, 86:3
**yield** [1] - 82:9
**you-all** [3] - 49:25, 60:5, 60:7
**Young** [2] - 29:3
**youngest** [5] - 62:15, 64:10, 65:7, 69:4, 70:12
**yourself** [4] - 44:11, 53:23, 60:8, 104:4
**yourselves** [3] - 101:7, 105:24, 106:25
**YouTube** [1] - 107:10
**Yvonne** [1] - 64:1

## Z

**Zachery** [1] - 29:15
**ZACHERY** [1] - 29:15
**Zeno** [1] - 65:18
**Zeringue** [3] - 24:16, 25:4, 65:16

**zone** [15] - 77:20, 77:22, 77:24, 78:5, 81:15, 81:23, 83:19, 86:9, 86:12, 86:14, 90:4, 90:10, 90:13, 95:15, 96:15