1             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2

3    ******************************************************************

4    IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
5    LIABILITY LITIGATION
                             DOCKET MDL NO. 1873 "N"
6                            NEW ORLEANS, LOUISIANA
                             THURSDAY, MARCH 18, 2010, 8:30 A.M.
7
     THIS DOCUMENT RELATES TO:
8
       *FOREST RIVER INC., ET AL*,
9      DOCKET NO. 09-2977

10   ******************************************************************

11
                      **DAY 4, MORNING SESSION**
12               TRANSCRIPT OF JURY TRIAL PROCEEDINGS
             HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
13                  UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR LYNDON T. WRIGHT:   LAW OFFICES OF FRANK J. D'AMICO, JR.
                             BY:  FRANK J. D'AMICO, JR., ESQUIRE
18                                AARON Z. AHLQUIST, ESQUIRE
                             622 BARONNE ST.
19                           NEW ORLEANS, LA 70113

20                           REICH & BINSTOCK
                             BY:  DENNIS C. REICH, ESQUIRE
21                           4265 SAN FELIPE, SUITE 1000
                             HOUSTON, TX  77027
22

23                           CHRIS PINEDO
                             ATTORNEY AT LAW
24                           802 N. CARANCAHUA, SUITE 2250
                             CORPUS CHRISTI, TX  78470
25

1  APPEARANCES:   (CONTINUED)

2

3                              NEXSEN PRUET
                               BY:  PAUL A. DOMINICK, ESQUIRE
4                              P.O. BOX 486
                               CHARLESTON, SC 29402
5

6

7  FOR FOREST RIVER,
   INC.:                       GIEGER, LABORDE & LAPEROUSE
8                              BY:  ERNEST P. GIEGER, JR., ESQUIRE
                                    JASON D. BONE, ESQUIRE
9                                   CARSON W. STRICKLAND, ESQUIRE
                               701 POYDRAS STREET, SUITE 4800
10                             NEW ORLEANS, LA 70139

11

12 FOR SHAW ENVIRONMENTAL,
   INC.:                       BAKER DONELSON BEARMAN CALDWELL &
13                             BERKOWITZ
                               BY:  M. DAVID KURTZ, ESQUIRE
14                                  ROY C. CHEATWOOD, ESQUIRE
                                    KAREN K. WHITFIELD, ESQUIRE
15                             201 ST. CHARLES AVENUE, SUITE 3600
                               NEW ORLEANS, LA  70170
16

17

18 ALSO PRESENT:               DOUGLAS SCHMIDT, ESQUIRE
                               DOUGLAS GAEDDERT
19

20

21 OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                                500 POYDRAS STREET, ROOM B406
22                              NEW ORLEANS, LA  70130
                                (504) 589-7779
23
   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24 PRODUCED BY COMPUTER.

25

I N D E X

EXAMINATIONS                                                    PAGE


**ALEXIS MALLET, JR.**..................................... 908

VOIR DIRE EXAMINATION BY MR. PINEDO.................... 909

TRAVERSE EXAMINATION  BY MR. BONE..................... 915

TRAVERSE EXAMINATION BY MR. KURTZ:.................... 922

FURTHER VOIR DIRE EXAMINATION BY MR. PINEDO........... 926

DIRECT EXAMINATION BY MR. PINEDO...................... 928

CROSS-EXAMINATION BY MR. BONE......................... 953

REDIRECT EXAMINATION BY MR. PINEDO.................... 971

**DR. CHARLES FIELD** VIDEOTAPED DEPOSITION............... 977




E X H I B I T S

DESCRIPTION                                                    PAGE


EXHIBITS 304A THROUGH 304E WERE ADMITTED.............. 969

1                **P-R-O-C-E-E-D-I-N-G-S**

2              M O R N I N G   S E S S I O N

3              THURSDAY, MARCH 18, 2010

4              (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Counsel, before we bring the jury in, I

9    understood from a message I received last night that we wanted to

10   discuss this next witness's testimony?

11         MR. PINEDO:  Yes, Your Honor.

12         THE COURT:  Do y'all want to do that here on the record

13   or off or --

14         MR. PINEDO:  Whatever, the Court's preference is.

15         THE COURT:  Well, I know exactly what you want to talk

16   about, so do you need to have it on the record?

17         MR. D'AMICO:  We thought we would clear up some

18   evidentiary rulings so we wouldn't interrupt the testimony of the

19   witness.

20         THE COURT:  Let's do that.  Why don't we do it on the

21   record up here.

22         (WHEREUPON, at this point in the proceedings, a

23   conference was held at the bench.)

24         THE COURT:  This is Mr. Millet, M-I-L-L-E-T, the

25   witness?

1    MR. PINEDO:  Yes, Your Honor.  He's going to be our

2   first witness, and I just want to say at the outset, I think

3   we're making very good progress.  I have hopes that the plaintiff

4   will rest tomorrow.  This Court has issued an order on

5   Mr. Millet's testimony and we do not intend to have him be

6   duplicative in any way.

7    The Court had mentioned a context and we planned to mention

8   a very brief context, but he also testifies about alternative

9   building materials that could be used, and I wish to elicit

10  testimony on that.

11   And specifically, in the *Alexander* case, the Court ruled

12  that he can testify about construction means, methods and

13  materials utilized in the Alexander trial contributed to elevated

14  formaldehyde levels.  And so the Court -- that opinion was

15  challenged.  The Court allowed him to testify on that, and I just

16  wanted to be very clear with the Court.  We intend to offer him

17  on similar testimony and I wanted to try to avoid all of the

18  bench conferences.

19    THE COURT:  Right.  Let me tell you before you all

20  respond, if you need to respond, that I incorporated my prior

21  orders with regard to that witness's testimony in my order for

22  this case with the instruction that we would not have any

23  duplicative testimony because you may have things in this case

24  that have already come out, which we don't need in this case,

25  that might have come out in the other case.  And likewise, there

1    may be things that you want him to testify to here that didn't

2    come out in the last case.

3        So let's be clear on -- I appreciate you saying that we're

4    not going to hear an opinion that we've already heard.  Yesterday

5    I mentioned Smulski.  Smulski is an alternative wood product, so

6    theoretically and based on his report, perhaps he has some

7    testimony about other alternative products which would be fair

8    game.  And of course, we talked about the vapor barrier.  I

9    mentioned it in my order.

10       So I think I hear you loud and clear, but let me make

11   sure -- let me hear from the other side here as to what they

12   think of this.

13           MR. PINEDO:  Your Honor, could I add two other items?

14           THE COURT:  Yes.

15           MR. PINEDO:  He has an exemplar, and one of the

16   alternative wood materials that he has suggested is in that

17   exemplar.  And I just want to be clear that we do not intend that

18   to be duplicative, but we intend it to be a demonstrative so that

19   the jury can see it.

20           THE COURT:  Well, is he going to sit up there and talk

21   about either one or more alternative wood materials?  Because I

22   think we already had that guy.

23           MR. PINEDO:  He is going to talk about the alternative

24   wood materials such as it is installed here, and it is consistent

25   with what Dr. Smulski testified about.  This is just an example

 1    of what it would look like.

 2              MR. GIEGER:  We've never seen it till --

 3              THE COURT:  Wait, wait, wait.  Smulski was our

 4    alternative wood material guy, so I mean, if he wants to identify

 5    a piece of wood in there, but he's not a wood expert.  Millet is

 6    not a wood expert.  I think Smulski knows more about wood than

 7    all of us combined can ever know about wood or would ever want to

 8    know about wood.  So Smulski was our guy.

 9         So I don't want him to say, "This wood is better than that

10    wood."  If he wants to identify it as being this type of wood,

11    which is an alternative to what was in the trailer, that's fine,

12    but I don't think he's the guy to opine as to which one is a

13    better building material for the purpose of this material.

14    Smulski was our guy and he brought all of his little samples and

15    everything.  We passed them around the jury box.

16         So I think we're clear on alternative wood.

17              MR. PINEDO:  I just wanted to show a demonstrative to

18    the jury what it would look like.  That was the purpose.

19              THE COURT:  But didn't they have it passed around the

20    jury, though?

21              MR. GIEGER:  Yes.

22              THE COURT:  Did they already see that?

23              MR. PINEDO:  They did not have a mock-up such as we have

24    here, Your Honor.

25              THE COURT:  Why don't you identify -- okay.  We only

1  need one guy up here.  That's Chris.  Have him identify the type

2  of wood in it, but he's not our wood expert.  We had Smulski.  He

3  can say what type of wood it is.  In closing, you can tell the

4  jury, "Mr. Smulski said 'This wood was better than that wood' and

5  Mr. Mallet said -- he showed you what the type of wood it was."

6  But I'm not going to let this guy get up there and start talking

7  about this one's better than that one and this type does this and

8  this type does that.  The wood guy is over.

9          MR. PINEDO:  I understand, Your Honor.

10         THE COURT:  So let's not get back into which woods are

11 better for design.  If he wants to say, "This type of wood is

12 right here on this demonstrative, this is the type of wood,"

13 that's all you need from him.

14         MR. PINEDO:  That's all I'm going to have him do.

15         THE COURT:  I don't need, "Well, is that one better than

16 this," or "What kind was in trailer."  Smulski was our guy and he

17 did it.

18         MR. PINEDO:  I understand.

19         MR. BONE:  As to him offering the opinion that this

20 would have reduced the amount of formaldehyde in the trailer, he

21 has no ability to say that.  He doesn't say that.  I asked him

22 specifically in his deposition if he can say that, and he says he

23 cannot and it's beyond his expertise.

24     So to the extent he intends to offer any opinion that these

25 alternate building methods -- you've addressed materials, but

1    methods would reduce the level of formaldehyde in this trailer is

2    beyond his expertise.  It's beyond what's in his report.  And

3    that's what we're trying to do is get around what the Court has

4    narrowly said he can testify to.

5           THE COURT:  No, it's got to be in the report, and if

6    that's what he said at the deposition, I would expect that he not

7    be asked that today if he says he doesn't have an opinion or he

8    doesn't have the expertise.

9           MR. BONE:  I asked, "Could you tell me that that would

10   increase the level, even one part per billion?"  And he said

11   "no."

12          MR. PINEDO:  That's a different question, Your Honor.

13   He has testified and he has put it in his report that these

14   alternate construction methods and materials would reduce the

15   formaldehyde.  The question is, would it reduce it a part per

16   million, he is not the one who goes in and does tests.  We've

17   already entered stipulations on what the various levels are based

18   upon tests.  He does not run tests.  He's a building expert.

19   He's been in it for over 50 years.  That is a separate issue, an

20   entirely separate issue.

21          MR. KURTZ:  He has no expertise on formaldehyde.

22          MR. BONE:  Or air quality or anything else.

23          THE COURT:  I'm going to let you voir dire him when we

24   try to qualify him.  I think it's a tempest in a teapot, really.

25   But go ahead and voir dire him about the limits of his expertise.

 1   I'll let you do that, and then if he gets up there and starts

 2   passing opinions that are outside of what you voir dire him on,

 3   he's not going to be able to answer.

 4        MR. PINEDO:  With that in mind, Your Honor, I intend to

 5   go quickly, but I feel like it's predicated upon me, incumbent

 6   upon me to lay more of a foundation than perhaps I might

 7   otherwise do.

 8        THE COURT:  You do what you've got to do.  You do what

 9   you've got to do.  I'm hearing from the other side.  I don't

10   think this witness -- I think he's sort of a, in my opinion after

11   looking at his report now in three different occasions, one, the

12   December trial, as well, I think he's more of a -- and I don't

13   mean this to sound like I'm denigrating him at all, he's sort of

14   a Jack of all trades kind of guy.  He knows a lot about a few

15   things and he knows a little about a lot of things.  He's got

16   expertise.  He sure knows a lot about it than I or maybe the jury

17   knows, so he's an expert.  But he's not an expert, he's not a

18   formaldehyde expert.  I think he's limited in what he can say.

19        MR. PINEDO:  I understand what the Court is saying.

20   There is two other issues:  This exemplar has an alternate

21   insulation which he had discussed in his deposition and he also

22   has the opinion, as expressed in his report, that this trailer

23   was not made with superior quality of workmanship.

24        THE COURT:  That, I think, is fair game.  But if we're

25   going to get into different types of woods, like I said, Smulski

1  is your guy.  If we're going to get into the particularities of

2  formaldehyde, if he said in the deposition he's not a

3  formaldehyde expert, then he's going to have to curtail his

4  opinions in that regard.  I don't know how far he can go with

5  whether formaldehyde increases or not.  You're going to have to

6  lay a foundation as to how he knows that.

7           MR. BONE:  Your Honor, with respect to the superior

8  quality of workmanship, we heard at length from Mr. Moore

9  yesterday on that very issue.  Went through, picture by picture,

10 the construction materials and methods and would this be

11 appropriate construction and would this be appropriate?

12          THE COURT:  On composition.

13          MR. BONE:  And they had their absolute ability to go

14 through that, and they did with an engineer.

15          MR. GIEGER:  Without objecting.

16          MR. BONE:  And this is going to be duplicative of that

17 testimony.

18          THE COURT:  We can't have duplicative testimony.  Let's

19 see what he says.  I've got a jury waiting to come in.  I told

20 them 8:30.  It's now almost 8:35.  I'm not having the jury on ice

21 any longer than -- I've been clear.  Let's not anticipate what

22 the testimony is going to be at this point.  If it's not within

23 the guidelines, I'm going to sustain the objections or strike it.

24          MR. PINEDO:  Your Honor, we were not allowed to ask the

25 ultimate opinion of the witness yesterday because it was not in

1   his report about the superior quality of workmanship.

2          (WHEREUPON, at this point in the proceedings, the bench

3   conference was concluded.)

4          THE COURT SECURITY OFFICER:  All rise.

5          (WHEREUPON, at this point in the proceedings, the jury

6   panel enters the courtroom.)

7          THE COURT:  Good morning.  You may be seated.  Thank you

8   all for being here, on time and ready to proceed.  We will again

9   try to cover a lot of ground today.

10      Mr. Pinedo, let's go ahead and get right into it.  Do you

11  have the next witness?

12          MR. PINEDO:  Yes, Your Honor.  Plaintiff calls Alexis

13  Mallet, Jr.

14          THE COURT:  Alexis Mallet, Jr.

15      Mr. Mallet, if you would come forward, sir.  When you get

16  behind this chair, remain standing, take the oath and we will

17  proceed.

18          THE DEPUTY CLERK:  Would you please raise your right

19  hand.  Do you solemnly swear that the testimony which you are

20  about to give will be the truth, the whole truth and nothing but

21  the truth, so help you God.

22          THE WITNESS:  I do.

23                      **ALEXIS MALLET, JR.**

24  was called as a witness and, after being first duly sworn by the

25  Clerk, was examined and testified on his oath as follows:

1          THE DEPUTY CLERK:  Please state and spell your full name

2    for the record.

3          THE WITNESS:  Alexis Mallet, Jr., A-L-E-X-I-S,

4    M-A-L-L-E-T, Jr.

5                    VOIR DIRE EXAMINATION

6    BY MR. PINEDO:

7    Q.   Mr. Miller, how are you currently employed?

8    A.   Yes, I am.

9    Q.   How are you currently employed?

10   A.   I am the owner of First General Services and

11   Royal Construction Company, Incorporated.

12   Q.   Can you tell the ladies and gentlemen of the jury a little

13   bit about First General Services and your work?

14   A.   Yes.  First General mainly deals with insurance companies,

15   insurance-type claims, construction defects and failures, and

16   identifying those elements.  Usually they refer to some sort of

17   an insurance claim or a claim in some type of a building

18   structure or manufactured housing, something of that nature.  We

19   identify by testing analysis and formulate opinions as to how the

20   buildings are defective, if they are defective, what type of

21   damage there is to the building, if there is damage to the

22   building or structure.  And to give that information to our

23   clients, whether it's an insurance company, manufacturer,

24   builder, or a homeowner, building owner.

25   Q.   And when did you first start getting involved in

1  construction and building?

2  A.   My dad put me on the roof after Hurricane Audrey in 1957

3  and --

4  Q.   How old were you at that time?

5  A.   Seven years old.

6  Q.   And how old are you today, if you don't mind me asking, sir?

7  A.   58.

8  Q.   So you've been involved in construction and building all

9  your life?

10  A.   That's correct.  I'm third generation in construction and

11  number four is right behind me in engineering school.

12  Q.   Can you tell the ladies and gentlemen of the jury some types

13  of buildings or structures you have worked on?

14  A.   Yes.  We've performed restoration work on historical

15  structures, buildings that are registered on the

16  National Historical Society's registry, such as the

17  Godchaux Plantation right here out of New Orleans; Christ Church

18  in Napoleonville; Shadows on the Teche; Cold Comfort; some of the

19  historical registered homes in South Carolina dating back to

20  1727.

21       We've performed and worked on and built multistory

22  structures, banks, schools, medical facilities, homes, shopping

23  centers, malls, manufactured housing, mobile homes.  We've worked

24  on travel trailers.  We've performed insulation projects across

25  the United States from Florida to California, including

1  California Desert.

2  Q.   Approximately, can you give me some kind of estimate on how

3  many homes you've either built or worked on or repaired over the

4  years?

5  A.   We don't have a count, but it would be well over a thousand.

6  Q.   And you had mentioned mobile homes.  What kind of work have

7  you done with mobile homes?

8  A.   We've performed reconstruction, repairs, restoration work

9  after some sort of an insurance event such as a fire, water

10 damage, hurricane or tornadic wind damage.  We've analyzed them

11 for defects and failures on behalf of manufacturers, on behalf of

12 homeowners, and restored the damages.

13 Q.   And can you tell the ladies and gentlemen of the jury what

14 kind of work you've done on travel trailers?

15 A.   Primarily the same, usually -- or it's always been after

16 some damage event, some catastrophic event such as automobile

17 accident hitting a travel trailer, water damage, small fire, tree

18 limbs damaging a travel trailer or windstorm doing some sort of

19 damage to the travel trailer.

20 Q.   Is it fair to say that you haven't designed any travel

21 trailers or manufactured homes, but you have repaired or worked

22 on hundreds of them?

23 A.   That's correct.  I do the hard end of it.  I have to take it

24 apart and put it back together.

25 Q.   Sir, do you have an engineering degree?

1    A.    No, I don't.  However, I have a number of engineers that

2    work with me together on projects doing analysis and studies,

3    testing and investigations such as structural engineers,

4    electrical engineers, mechanical, environmental, metallurgical

5    engineers.

6    Q.    And I don't want to get into any work that they did, but did

7    you hire any engineers to assist you in your analysis in this

8    case?

9    A.    Yes, I did.

10   Q.    In your work with mobile homes -- do we also call that

11   manufactured housing?

12   A.    Yes, sir.

13   Q.    In your work with mobile homes, travel trailers, houses and

14   buildings throughout the Gulf South and the United States, have

15   you become familiar with the construction methods and materials

16   used in those types of structures?

17   A.    Many of them, yes, sir.

18   Q.    Have you also done any work with air quality or sick

19   building syndrome, anything that relates to the building

20   materials or methods with regard to the people living inside them

21   or using those buildings?

22   A.    Yes.  One of the facets of our business is dealing with

23   various types of indoor air quality issues, whether it's mold,

24   humidity, flooding, contamination of some sort, off-gassing of

25   paints or carpetings or other type materials that is affecting or

1  it is thought to affect the occupants of the home or the

2  building.  We go in and analyze, try to identify what the problem

3  is so that they can turn that information over to their medical

4  personnel that's treating them.

5  Q.   Are you a licensed building contractor?

6  A.   Yes, I am.

7  Q.   Are you a licensed general contractor?

8  A.   Yes, I am.

9  Q.   Have you done studies on indoor air quality as it would

10  relate to the construction materials or methods?

11  A.   Yes, sir.

12  Q.   Is that something you have done for a number of years and

13  routinely as part of First General Services?

14  A.   Yes, sir.  Some before, when I began my own business in

15  1974, but certainly since we began working with insurance

16  companies in 1985, a big part of our business is doing that

17  analysis.

18  Q.   Have you done analysis likewise with gasses, toxic gasses in

19  building materials or in structures?

20  A.   Yes, sir.

21  Q.   In your work for over 30 years with construction, have you

22  become familiar with the types of materials and the properties of

23  materials used in construction?

24  A.   Yes, sir.

25  Q.   For homes, mobile homes, travel trailers and buildings?

1  A.    Commercial buildings, all of the above.   Industrial.

2  Q.    And during that work, have you become familiar with the

3  characteristics and the properties of those building materials?

4  A.    Yes, sir.

5  Q.    Have you also taken a look at the properties of various

6  types of insulation?

7  A.    Yes, sir.

8  Q.    And tell the ladies and gentlemen a little bit about that,

9  what work or examination you've done with that.

10  A.    Well, in the function or the capabilities of different types

11  of insulations, their ability to resist the movement of heat

12  through that material called the R value or the resistance value,

13  both in residential, commercial, and industrial facilities.   At

14  one point, we actually performed insulation projects in

15  industrial plants in commercial facilities, piping, various

16  pieces of equipment in industrial plants.

17  Q.    Are you familiar with the various types of insulation that

18  are commercially available and used in their various properties?

19  A.    Yes, sir.

20  Q.    In your work, have you used various types of insulation over

21  the last 30 years in construction?

22  A.    Yes, sir.

23  Q.    And in your work, have you also become familiar with the

24  costs associated with building materials, wood, or insulation or

25  whatever might be called for in the projects you are working on?

1  A.   Yes, sir.  We have furnished on virtually every project in

2  the last 36 years, building materials, so we've had to estimate

3  and purchase those materials on just millions and millions of

4  dollars of construction projects.

5  Q.   And you submit bids for proposal, and if you're under the

6  bid -- or what would happen then?

7  A.   I'm sorry, repeat.

8  Q.   Do you have to calculate the cost to come up with a bid for

9  a proposal?

10  A.   Yes, sir, we do.

11       MR. PINEDO:  Your Honor, at this time, we would offer

12  Mr. Smulski as an expert --

13       THE COURT:  Mr. Mallet.  Mallet.  I'm sorry.  I'm

14  mispronouncing it.  In South Louisiana, it's Mallet.

15       THE WITNESS:  Remember, we're talking about north of

16  I-10 and south of I-10.

17       THE COURT:  That's exactly right.

18       MR. PINEDO:  Mr. Mallet as an expert in construction

19  methods and materials.

20       THE COURT:  Counsel, would you like to ask questions

21  about his expertise?

22       MR. BONE:  Yes, Your Honor.

23       THE COURT:  Go ahead, Mr. Bone.

24                    TRAVERSE EXAMINATION

25  BY MR. BONE:

1  Q.    Mr. Mallet, good morning.

2  A.    Good morning.

3  Q.    We've met before, haven't we, sir?

4  A.    Yes, sir.

5  Q.    In fact, we spent a month together in the field of Melville.

6  A.    Yes, sir.

7  Q.    Now, you mentioned this earlier, but I just want to be

8  clear, you're not a licensed engineer, are you, sir?

9  A.    I am not.

10  Q.    And you're not a licensed structural engineer, environmental

11  engineer, mechanical engineer or metallurgical engineer, correct?

12  A.    That is correct.  However, I do work in those fields, but I

13  am not an engineer.

14  Q.    But you do not profess to have expertise in those fields, do

15  you, sir?

16  A.    Well, yes, to some extent, except that I typically and

17  generally cannot perform the calculations when it comes to

18  engineering designs, designs of mechanical system, structural

19  designs, I'm not permitted to formulate those calculations.

20  Q.    And with respect to this specific case, you brought out

21  other engineers who had that type of expertise, and that would be

22  Mr. Ritter and Mr. Moore, correct?

23  A.    That's correct.  Just as others in this case have done,

24  brought out selective individuals to address those particular

25  items.

1    Q.    Because you didn't have expertise in those areas?

2    A.    No, sir, because I'm not allowed by law to make those

3    calculations and present those to the public.

4    Q.    Now, you're not an architect, are you?

5    A.    I'm not.

6    Q.    You're not a chemist?

7    A.    I'm not.

8    Q.    You are not a physicist?

9    A.    I am not.

10   Q.    I believe you graduated from ULL; is that correct?

11   A.    That's correct.  In political science, pre-law.

12   Q.    And that is a Bachelor of Arts degree, correct?

13   A.    That's correct.

14   Q.    You hold no Bachelor of Science degree?

15   A.    I do not.

16   Q.    You hold no Master's degree?

17   A.    I do not.

18   Q.    You hold no Ph.D., correct?

19   A.    I do not.

20   Q.    I believe you told me in your deposition that it is beyond

21   your expertise to evaluate how the formaldehyde level in this

22   trailer would be impacted by the operation of the HVAC system;

23   isn't that true?

24   A.    Of the mechanical system, that's correct.  The HVAC system.

25   Q.    And you didn't perform any formaldehyde testing in this

1   particular unit, did you, sir?

2   A.   I did not.  That was performed by others.

3   Q.   Others who had expertise in the evaluation of those fields,

4   correct?

5   A.   That's correct.  Just as all of the other parties did, they

6   had --

7            THE COURT:  Just answer his question.

8            THE WITNESS:  Yes, sir.

9                              EXAMINATION

10  BY MR. BONE:

11  Q.   So the last time you would have taken a specific science

12  class in formal education would have been either a general survey

13  class at ULL or in high school, true?

14  A.   That's correct.

15  Q.   All right.

16           MR. BONE:  Your Honor, in terms of general construction,

17  as long as it doesn't touch on the areas that I believe he's

18  clearly not qualified to testify about with regard to the impact

19  of formaldehyde levels in this trailer, I think he can talk to

20  general construction, but we object to anything beyond that.

21           THE COURT:  He's been offered as an expert in the field

22  of general construction, isn't that right, Mr. Pinedo?

23           MR. PINEDO:  He's been offered specifically with

24  construction methods and materials which do touch on formaldehyde

25  levels as expressed in his report, Your Honor.  He is not

1   offering an opinion as to specific levels, but he is offering an

2   opinion as to regard to alternate methods and their potential

3   impact on formaldehyde levels.  He is not offering an opinion on

4   a specific level.

5          THE COURT:  Well, but from what the deposition testimony

6   is that Mr. Bone just asked this expert witness about, I am

7   finding it hard to see how his expertise, as he's testified to

8   it, relates to formaldehyde levels.  Now, he did say that the

9   deposition passage related to HVAC, so let's clarify -- ask him

10  again about the deposition passage here.

11         MR. BONE:  Yes, sir.

12                              EXAMINATION

13  BY MR. BONE:

14  Q.   Mr. Mallet, it was your testimony when I asked you that,

15  even accepting everything that you had said about this trailer is

16  true, you couldn't quantify the increase of formaldehyde from any

17  of the deficiencies that you identified; isn't that true?

18  A.   I didn't do the quantification of off-gassing, but what I

19  can quantify is what multiples that the off-gassing is increased

20  by temperature and humidity.

21  Q.   Yes, sir.  And I believe we already heard that testimony

22  from Dr. Smulski and Mr. Ritter.

23         But my question to you was:  You could not tell me that any

24  of the deficiencies that you identified would even increase the

25  amount of formaldehyde in this trailer by one part per billion,

1  and your answer was "that's correct."  Isn't that so, sir?

2  A.   Could you read the question back specifically?

3       THE COURT:  Show him the deposition.  This is important.

4  Show him the deposition passage you're referring to.  Let him

5  read it, and let's ask him and find out the parameters of what he

6  can and cannot claim an expertise in.  Come show him that.

7       While you're doing that, I'll advise the jury that I have

8  instructed the attorneys in this case that we would offer

9  opinions, even if there is more than one expert who can opine on

10  a particular subject, that they would offer one and only one

11  expert with that opinion during the course of the case;

12  otherwise, we would have expert after expert to come in and offer

13  opinions that are duplicative.  So we're trying to find out here

14  not only the parameters of his expertise, but also which opinions

15  he can offer that are not duplicative of something that you have

16  heard from someone else who has already testified in this case.

17       Go ahead.

18                          EXAMINATION

19  BY MR. BONE:

20  Q.   Chris, I'm referring to Page 166 of the deposition, lines 2

21  to 18.

22       And Mr. Mallet, if you would read along with me, "Again, so

23  you couldn't say, if called up to testify, that the operation of

24  the heating system would have increased the formaldehyde

25  concentration in the Lyndon Wright unit by one part per billion

1   or a hundred parts per billion, true?"

2        "That's correct."

3        "Okay."

4        And then you continued to respond, "And the quantity from my

5   standpoint is of no consequence.  The avenue, if there is

6   off-gassing, and what conditions are conducive to the

7   off-gassing, how does that off-gassing get into the living area.

8   So I was not -- it was not my charge to quantify any formaldehyde

9   off-gassing."

10  A.   That is correct.  It was not my job to quantify the amount

11  of off-gassing.  Only that if the material is formaldehyde

12  contained and it's off-gassing, how does temperature and moisture

13  affect that off-gassing and get into the living area of the

14  trailer?  That's what I testified to.

15  Q.   And then I asked you on Page 167, beginning on line 20,

16  Chris.  "All right.  But the actual impact on air quality, you

17  can't tell me?"

18       You said, "I can't quantify."

19       "Right.  And there is a way to test how the formaldehyde

20  level in this trailer would be impacted by the operation of

21  either the heating or air-conditioning system, isn't there?"

22       "That's beyond the scope of my expertise."

23  A.   Right.  Of quantifying.  I did not perform the test and I do

24  not perform the test on quantifying.  However, the temperature

25  and relative humidity multiples is in my report, and my report

 1   does show how that off-gassing gets into the air space on the

 2   interior of the living area.  I don't have to have an expertise

 3   in identifying or quantifying the quantity of a contaminant in

 4   the building, but I have the expertise to show how that

 5   contaminant got into the building.

 6            MR. BONE:  Your Honor --

 7            THE COURT:  First of all, Mr. Kurtz, did you want to ask

 8   this witness questions in addition to what Mr. Bone asked?

 9            MR. KURTZ:  Just a couple, Your Honor.

10            THE COURT:  Go ahead and do that.  Let's get him

11   qualified in whatever we're going to get him qualified in and

12   what those parameters are going to be, and we need to get

13   Mr. Kurtz's questions before we do that.  So let's go ahead and

14   do that.

15                       TRAVERSE EXAMINATION

16   BY MR. KURTZ:

17   Q.   Mr. Mallet, in addition to what Mr. Bone asked you, in your

18   report when you discuss formaldehyde off-gassing, you refer to

19   Dr. Smulski's report, right?

20   A.   That's correct.  Dr. Smulski was the individual identifying

21   what products, if any, were formaldehyde-containing products in

22   the trailer.

23   Q.   When you talk about the effect on off-gassing, you refer to

24   Dr. Smulski's report, right?

25   A.   You'll have to clarify that.  I'm not quite sure.

```
 1              THE COURT:  Tell him what page to look at.  I mean, if
 2   you're referring to something in his report, let's show him in
 3   the report.
 4              MR. KURTZ:  I will, Your Honor.
 5         May I approach?
 6              MR. PINEDO:  Excuse me.  Could I have an identification,
 7   Mr. Kurtz, what page he's referring to?
 8              THE COURT:  Yes.
 9                            EXAMINATION
10   BY MR. KURTZ:
11   Q.   Mr. Mallet, for example, when you talk here about
12   formaldehyde off-gassing, you're talking about -- you're
13   referring to Dr. Smulski's report, right.  Right here?
14              MR. PINEDO:  Excuse me.  Mr. Kurtz, what page is that?
15              MR. KURTZ:  74.
16              MR. PINEDO:  And where might that be on Page 74?
17              MR. KURTZ:  It's near the bottom.
18              MR. PINEDO:  Thank you.
19              THE WITNESS:  Right.  It says, "The lack of management
20   of the air management system in the trailer caused" --
21              MR. PINEDO:  Your Honor, excuse me.  Could I approach,
22   Your Honor?
23              THE COURT:  Yes.
24              (WHEREUPON, at this point in the proceedings, a
25   conference was held at the bench.)
```

1          THE COURT:  We have a few problems here.

2      First of all, I need to instruct him, he's not to read an

3  opinion that I'm about to either admit or exclude because once he

4  reads it, it's -- so that's the first problem.

5      Yes?

6          MR. GIEGER:  The word "mold" shows up.  And I'm doing

7  this for the benefit of them, not for me.  This Court has already

8  ruled that he can't talk about mold.  And I further think this

9  goes way beyond what is appropriate for this type of voir dire.

10         THE COURT:  Do you know the way this is going to shake

11 out from what I've heard?  He can testify as to the presence of

12 formaldehyde.  I'm going to qualify him as an expert in the field

13 of general construction.

14         MR. PINEDO:  Thank you, Your Honor.

15         THE COURT:  Which would include both composition and

16 design.  He can testify as to the presence of formaldehyde in

17 building products, but he says he can't quantify it, so how is he

18 going to testify as to an increase or decrease of formaldehyde in

19 a given area?  Plus we've already had Smulski in here with regard

20 to wood products.  We've already had a person in here to talk

21 about a lot of what would be included in building composition,

22 although Mr. -- was it Mr. Moore said he was not a design person,

23 he was a composition person, and he was an engineer.

24     So we have a lot of what would be included, but I am going

25 to qualify him in the field of general construction, including

1   composition and design.  But since we've already had Moore and

2   we've already had Smulski, I think that carves out some areas

3   that he otherwise might be able to opine in.  But he can't

4   testify as to levels of formaldehyde, relative levels of

5   formaldehyde.  He can testify as to presence of formaldehyde.

6   Does this product contain formaldehyde that would be emitted, to

7   some extent or another, unbeknownst to him or maybe known to him,

8   but which is precluded based on his deposition testimony?  That

9   would be a new opinion.

10          MR. PINEDO:  That's exactly what I was wishing to do

11  with this witness, Your Honor.

12          THE COURT:  That's what I'm going to say.  Let's go

13  ahead and finish up.

14          MR. KURTZ:  I'm through, Your Honor.

15          THE COURT:  You're sure?

16          MR. KURTZ:  Yes.

17          THE COURT:  I don't want him reading out of his report

18  on something that's --

19      Do you need to ask him any other questions after what Jason

20  said?

21          MR. PINEDO:  If this Court --

22          THE COURT:  I'm telling you where I'm going to wind up,

23  but if you want to finish making a record, you can do that.

24          MR. BONE:  David.

25          THE COURT:  I'll give you the opportunity to follow up

 1  with him.

 2          MR. PINEDO:  Thank you, Your Honor.

 3          MR. KURTZ:  I do have one more question.

 4          (WHEREUPON, at this point in the proceedings, the bench

 5  conference was concluded.)

 6                          EXAMINATION

 7  BY MR. BONE:

 8  Q.   Mr. Mallet, you've never designed or actually built a travel

 9  trailer, have you?

10  A.   I have not.

11          MR. BONE:  Thank you.

12          THE COURT:  Mr. Pinedo, any follow-up?

13                  FURTHER VOIR DIRE EXAMINATION

14  BY MR. PINEDO:

15  Q.   Very briefly, you were asked about your education

16  background.

17      Do you recollect that?

18  A.   Yes, sir.

19  Q.   Ph.D. and degrees?

20  A.   Yes, sir.

21  Q.   The fact that you don't have a Ph.D. or are not an

22  architect, does that in any way inhibit you from offering

23  opinions with regard to construction materials, construction

24  design, and evaluating the quality of other people's workmanship?

25  A.   No, sir.  The limits of my education in college didn't

1   include those; however, some of what I opined to, I learned in

2   elementary school, but I have an extensive outside-college

3   education and certifications dealing in in-door air quality,

4   remediation, restoration, dealing with sick building syndromes,

5   moisture, air, temperature, as they relate to buildings, building

6   materials, and how they affect indoor air quality of those

7   buildings.  I have national and international certifications in

8   those areas that I've received after having provided so many

9   years of experience in those fields attending classes and then

10  passing rigorous testing for that certification.  In some

11  instances, I've had to provide or perform a thesis and be

12  interviewed for not only my qualifications, but my ethical

13  background.

14  Q.   And despite the fact that you haven't, as testified to

15  Mr. Kurtz, designed a mobile home or designed a travel trailer,

16  have insurance companies and various individuals paid you money

17  to repair hundreds of mobile homes and travel trailers in the

18  past few years?

19  A.   Yes, that is correct.

20          MR. PINEDO:  Your Honor, at this time, we would offer

21  Mr. Mallet as an expert on construction design generally as well

22  as on construction methods and materials.

23          THE COURT:  The Court is going to accept Mr. Mallet in

24  the field of general construction, general construction which

25  would include composition and design.  Going back to the issue

1  that was raised, there are some limits for purposes of his

2  testimony today that he will be precluded from testifying on for

3  a couple of reasons.  That would include formaldehyde levels in

4  this particular unit, based upon his testimony which we have gone

5  through with counsel, that would include relative formaldehyde

6  levels; in other words, whether it is more than or less than

7  compared to something else, but he can't testify as to the

8  presence of formaldehyde in certain building materials.

9      And let me back up a little bit.  The other caveat which

10  doesn't really relate to whether he's an expert or not, is that

11  he is not going to be allowed -- and counsel is instructed not to

12  elicit any opinions that we have heard from other experts.  There

13  is reference to Dr. Smulski, who the jury has already heard, and

14  it would be improper for this witness to come in and recite an

15  opinion that was actually Dr. Smulski's opinion, but is

16  nonetheless included in his report.

17      So that's another parameter that we're going to be guided by

18  when we get his testimony about this case.

19      So with that instruction and with the Court accepting him as

20  an expert in that field, the Court will allow you to proceed.

21                          DIRECT EXAMINATION

22  BY MR. PINEDO:

23  Q.   Mr. Mallet, in your work in this case, did you prepare some

24  exemplar travel trailer walls?

25  A.   Yes, sir, I did.

1  Q.   Do you have those here in the courtroom with you today?

2  A.   Yes, sir, I do.

3        MR. PINEDO:  Your Honor, may I ask for permission for

4  the witness to step down and pull out the exemplar travel trailer

5  wall?

6        THE COURT:  Certainly.  Go ahead.

7        MR. PINEDO:  And Mr. Mallet, I believe the Court would

8  prefer if you use the microphone when you're commenting about --

9        THE COURT:  Do you want to grab that microphone on top

10  of that stand.  Make sure you switch it on.

11                         EXAMINATION

12  BY MR. PINEDO:

13  Q.   What is that that you have in front of you, that exemplar

14  model of what you have in front of you?

15  A.   It is a representative model of what the exterior wall of a

16  travel trailer looks like, how it's typically constructed.

17  Typically constructed with an inch-and-an-eighth by an

18  inch-and-a-half wood frame, somewhat like a stud with a top cord

19  on it that holds the top parts of the studs together.

20        Then it's filled with an inch-and-a-half R8 -- I'm sorry, R7

21  fiberglass insulation, and then covered on the outside with a

22  metal sheath, a metal siding approximately 16 inches in height.

23  Q.   Mr. Mallet, if I could just stop you right there.  Did you

24  participate in the deconstruction or taking apart of the

25  Lyndon Wright trailer along with the experts for the defendants?

1  A.    That's correct.  I oversaw the disassembly of that trailer.

2  Q.    And when you participated in that disassembly, did you

3  become familiar with the way the Forest River travel trailer that

4  Lyndon Wright was living in was constructed?

5  A.    Yes, sir.

6  Q.    And does this model you have bear a resemblance to that?

7  A.    Yes, sir.

8  Q.    Please continue.

9  A.    This is representative of the interior side of the -- can

10  you see it, Your Honor?

11        THE COURT:  Yes.

12        THE WITNESS:  Of the interior side of the travel

13  trailer.  It has a vinyl covered wall panel on the interior.  The

14  vinyl covering is covering a Lauan plywood of material made in

15  Indonesia.  There are penetrations in the wall system for either

16  wall switches, wall sockets, TV outlets, smoke alarms, light

17  fixtures.

18      And then the wiring is installed in the wall cavity within

19  the area of the insulation, and it penetrates through the top

20  part of the unit and goes into the electrical entry section of

21  the trailer.

22                        EXAMINATION

23  BY MR. PINEDO:

24  Q.    That wall panel that you have there, is that representative

25  of the type of wall panel that was used in the Lyndon Wright

1  travel trailer?

2  A.   Yes, sir, it is.

3  Q.   Is that the type of wall panel that would emit formaldehyde?

4  A.   Yes, sir, it is.

5  Q.   Is that the type of wood where there are several layers and

6  they are glued together with formaldehyde-based resin?

7        MR. BONE:  Your Honor, this is what we covered with

8  Dr. Smulski.

9        THE COURT:  I think we did cover this with Dr. Smulski.

10  To take nothing away from this gentleman's expertise, again, we

11  don't want to plow ground we've already covered.

12        MR. PINEDO:  Yes, Your Honor, it's very brief.  If I can

13  get an answer, I'll move on from there.

14        THE COURT:  We don't have time to ask different people

15  the same questions.  So I'm going to sustain the objection.

16  Let's go.

17                        EXAMINATION

18  BY MR. PINEDO:

19  Q.   And tell us about the insulation.  Is that representative of

20  the type of insulation that was used in the Lyndon Wright travel

21  trailer?

22  A.   Yes, sir, it this.

23  Q.   And what is the R value of that?

24  A.   The R value in this particular travel trailer was R7, I

25  believe.  It's a low-impact resistance insulation.

1  Q.   R7.

2  A.   Typically, for instance, in this area, this geographical

3  hot, humid area, we would typically see an R11, R13 now

4  resistance value.  The higher the number after the R, the more it

5  resists the penetration of heat.  Because all of these areas

6  within this insulation, it's not the fiberglass that insulates,

7  it's all of these little air pockets that are captured within the

8  insulation.  Air is one of the best insulators that we have, and

9  capturing air and keeping it still prevents the travel of heat

10 through the material or it slows or lessens the travel of heat

11 through the material.

12      So that's how they make these, is to encapsulate air, still

13 air, so that there is no movement.  And the less movement, the

14 more air, the less travel of heat through that material.

15 Q.   And what would be the effects of moisture or water or water

16 vapor coming in contact with that insulation?

17 A.   It lowers or completely eliminates the value of the

18 insulation.  Water coming in contact fills the voids rather than

19 having air space.  Water is a good conductor of heat, so when it

20 becomes damp, high humidity enters, that humidity, that dampness,

21 those moisture molecules are filling the air space instead of

22 having air in there.

23      So heat is able to transfer from the outside easily through

24 the interior, to the interior surface.  The less air space, the

25 more air movement that's in the insulation, the lower the value

1  of the resistance in that material.

2  Q.   In this case, were you asked to address the relationship

3  between construction of this Forest River travel trailer and the

4  introduction of moisture and temperature increases that can

5  affect formaldehyde off-gassing?

6  A.   Yes, sir.

7  Q.   Everything you just told us about, insulation and moisture,

8  what relationship would that have?

9  A.   Yes, sir.  This board that -- paneling that contains

10 formaldehyde is, of course, installed right on top of the stud.

11 The less resistance we have from the outside to heat and moisture

12 entering into that wall cavity and coming in contact with the

13 back side of this panel, the greater the increase of

14 formaldehyde.  Two things that affect the off-gassing is higher

15 temperatures and higher relative humidities.

16         MR. KURTZ:  Your Honor, objection.  We covered this with

17 Dr. Smulski.

18         MR. PINEDO:  Your Honor, he's doing this in relationship

19 to the design of the way the trailer was.

20         THE COURT:  It's a fair enough question, but let's not

21 get into something that we've covered with a prior expert because

22 we're getting mighty close to that now.

23      Go ahead.  I'll overrule the objection.  Go ahead.

24                         EXAMINATION

25 BY MR. PINEDO:

1  Q.   Please continue.

2  A.   As that temperature and relative humidity rises in that

3  panel, it creates more activity in the off-gassing -- for the

4  off-gassing to get into that cavity because it can't come through

5  or it's severely limited from coming through this vinyl material

6  and it acts as a vapor retarder or vapor barrier.  It slows it

7  down significantly.  So the formaldehyde is in the wall cavity.

8  Q.   Is there any means for that formaldehyde that's off-gassed

9  from that wood product to work itself into the interior of the

10  unit?

11  A.   Actually, in this particular unit, it was, because we had --

12  I think it was spoken about earlier, because the duct system in

13  this travel trailer leaked air, it created a negative air

14  pressure, a sucking effect in the attic, it brought any

15  formaldehyde in the wall system and any that was already in the

16  ceiling system into the ceiling system, the duct leakage.

17       MR. BONE:  Your Honor, this is clearly what was covered.

18       THE COURT:  We don't need to get the same explanation

19  over again.  We've called an HVAC person.  We've called a wood

20  expert person.  We had an engineer, a building person, albeit a

21  construction, not design person.

22       So Mr. Mallet is not here to recite opinions that we've

23  already heard.  Although he may be an expert and may be capable

24  and convincing in reciting those opinions himself, we don't need

25  two people to offer that opinion to the jury.  My instruction to

1   you all was to go ahead and identify the expert that you wanted

2   to offer a particular opinion, and go ahead and offer that

3   information to the jury.  But we're not going to go back and have

4   the same opinion over and over again from more than one person.

5        So -- and I don't know how much of it this gentleman has

6   heard, whether he was here or not for the other testimony, so

7   you're going to have to guide him to opinions that are -- that

8   have not been heard by the jury.

9        MR. PINEDO:  Yes, Your Honor.  And he's hired these

10  other individuals, he's incorporated their results, and I don't

11  mean to replow ground, but there has to be some minor level of

12  overlap to the extent that we have a demonstrative here.

13       THE COURT:  He can just refer to that testimony without

14  going and explaining it again.  Because we've already heard the

15  HVAC guy testify.  If it's going to be his opinion ultimately

16  that's based on others, then maybe we should have just had him

17  and not the others.

18       So at some point, we're going to have a single opinion and

19  we're not going to have multiple people.  We can't call separate

20  people to offer opinions that are in his report and then have him

21  come in and recite all of those opinions again.

22       MR. PINEDO:  Yes, Your Honor.

23       THE COURT:  That's what we're not going to do.

24       MR. PINEDO:  I understand, Your Honor, and I mean to go

25  quickly, and he was not present for the other testimony.

1       THE COURT:  You're going to have to help him so that we

2   don't have to have him recite what another person has said

3   earlier in the trial.  So try to design your question so that he

4   unknowingly doesn't plow ground we've already plowed.

5       MR. PINEDO:  I will attempt to ask him, is that

6   consistent with Mr. Ritter's opinion, et cetera.

7                              EXAMINATION

8   BY MR. PINEDO:

9   Q.   All right, sir.  Let me ask you a different question here.

10      When you were inspecting this travel trailer that

11  Lyndon Wright lived in, did you notice any gaps or anything

12  irregular about the insulation?

13  A.   Yes, sir.

14  Q.   Tell us about that.

15  A.   In a number of areas around the perimeter of the walls, the

16  floor insulation and the ceiling insulation, there were voids,

17  gaps or compression of the insulation, itself.

18      Remember, I spoke a little bit ago about the value of

19  insulation is in the capture of air pockets.  The more air

20  pockets you have, the less transfer.

21      Well, in placing wiring, plumbing pipes, electrical pipes

22  and so forth, if you compress -- if you compress this insulation,

23  you have less and less air space in that insulation.  The less

24  air space, the easier it is for temperature and hot air coming

25  through to get to the back side of the panels.

1      When you have voids in the insulation, then there is

2   nothing, other than the exterior panel, to slow down the radiant

3   energy, the heat energy from getting into this wall cavity and

4   getting into the back sides of this paneling.

5      So we noticed in photographs throughout the perimeter -- oh,

6   the other thing is is if it's not fully filling the cavity, you

7   have air gaps in between here where the humidity can rise even

8   more significantly.

9      So we photographed throughout the walls, the ceilings and

10  floors where there were gaps, sometimes there was just a total

11  absence of insulation in some sections of the wall, they were

12  miscut, misfitted, or compressed in a number of areas from the

13  wiring, the pipes and the conduits.

14  Q.   Do you also have an alternate travel trailer wall with you

15  today?

16  A.   Yes, I do.

17  Q.   Could you please show that to jury and tell us the

18  significance of that?

19  A.   (Witness complies.)

20  Q.   Mr. Mallet, did you show the jury both sides of that?

21  A.   Yes, sir.  I showed them the exterior with the metal panel.

22      THE COURT:  If you all need to relocate to see, those of

23  you who are participating with this witness, you can come on over

24  here so you can see what the witness is describing.

25      MR. KURTZ:  Thank you, Your Honor.

1                          EXAMINATION

2    BY MR. PINEDO:

3    Q.    Before you start in this case, did you evaluate some

4    alternate construction materials that could be used that would

5    have potentially reduced the amount of formaldehyde in this

6    travel trailer?

7    A.    Yes, sir.

8    Q.    Was that part of what you were asked to do in this case?

9    A.    Yes, sir.

10   Q.    Did you prepare that exemplar with that goal in mind of

11   alternate building materials that would reduce the amount of

12   formaldehyde?

13   A.    Yes, sir.

14   Q.    And that exemplar in front of you answers that question?

15   A.    Yes, sir.

16   Q.    Could you please explain to the ladies and gentlemen of the

17   jury how that alternate wall panel would potentially reduce the

18   amount of formaldehyde buildup in a Forest River travel trailer.

19         MR. BONE:  Objection, Your Honor.  That's the very

20   essence of what was excluded in his testimony.

21         THE COURT:  No, I think he's talking about an

22   alternative design.  We're talking about formaldehyde levels

23   within the trailer that he examined.  He's talking about building

24   materials at this point, as I understand the question.

25         MR. PINEDO:  I'm asking about building materials at this

1    time.  That is what the exemplar shows is alternate buildings

2    materials.

3                 THE COURT:  That's what I understood.

4                 MR. BONE:  The remainder of the question was that would

5    reduce in this trailer.

6                 MR. PINEDO:  I will rephrase the question.

7                 THE COURT:  Rephrase the question.

8                                     EXAMINATION

9    BY MR. PINEDO:

10   Q.   Can you tell us how the building materials in this alternate

11   panel that you have here would reduce the amount of formaldehyde?

12   A.   Yes, sir.  Starting from the exterior, you have the same

13   metal panel, and this is something we may all be familiar with or

14   at least have seen, even if we haven't been involved in a new

15   construction or some sort of a remodel or catastrophic loss maybe

16   from Katrina where the exterior wall systems are lined with --

17   this is Tyvek.  This is one manufactured by DuPont of a material

18   that eliminates or severely limits the passage of air and

19   moisture, moisture vapor.  We have waters in three different

20   forms:  Ice, water, liquid water that we drink, or water vapor

21   that we can't see.  This room is filled with water vapor.  We

22   just can't see it.  It's in a molecular vapor form.

23        This prevents the passage of air and moisture into the wall

24   cavity.  Virtually, every building we see now in the hot, humid

25   climate zone -- we have three basic climate zones, hot humid,

1   where we live; frigid, which is colder than where we live but

2   dryer; and then the cold climate zones that are very cold and

3   very dry humidity-wise.

4       So we're placing the vapor barrier on the outside of the

5   wall system to prevent movement of that moisture and air into the

6   wall system.

7       Then what we have on the interior is a hard board, a hard

8   board panel that's used -- it's been used in construction of

9   homes and mobile homes for years.  Actually, before I was born,

10  58 years ago.  I think this was maybe in the '20s or '30s when

11  they began manufacturing this.  This is a wall panel.  It

12  contains no formaldehyde in the wall panels or the material has

13  such a low level of formaldehyde as to not be classified as

14  formaldehyde emitting.

15  Q.   Mr. Mallet, if I could just stop you right here, do you have

16  knowledge of Dr. Smulski's opinions in this case on alternative

17  wood products?

18  A.   Yes, sir?

19  Q.   Is that the type of wood that -- to your knowledge, that

20  Dr. Smulski recommend as an alternative wood product containing

21  no or very little to no formaldehyde?

22  A.   Yes, sir, it is.

23  Q.   Please continue with your description of this alternative

24  wall panel.

25  A.   One of the problems in the present construction is the thin

1    layer of insulation that slows down the travel of heat not very

2    well because of its low R value.

3        We have a -- here, what we have is representing a blown-in

4    insulation, closed-cell, blown-in insulation that is almost

5    totally void of the passage of moisture in vapor form or -- and

6    it severely lessens the transfer of heat through it.

7        We can't see it.  I mean, we see larger ones, but there is

8    literally millions of microscopic, entrapped air cells in this

9    material.  And it's enclosed, so the air can't move in and out of

10   it and neither can the moisture.  It's totally enclosed, unlike

11   the insulation where air passage can go right through there.  The

12   R value of this is, I think, an 11.7 R value, which is not quite

13   twice the R value of this material, but the same thickness.

14   Q.   Mr. Mallet, could I just ask you to spin that around quickly

15   for the reference of the Court so that the Court can see the

16   insulation we're referring to?

17   A.   Yes, sir.  (Witness complies.)

18   Q.   Thank you, Mr. Mallet.  Please continue.  What effect would

19   that insulation have that you're suggesting here with regard to

20   formaldehyde off-gassing?

21   A.   Well, in addition to the insulation, we also have insulated

22   or sealed the top sections where the penetrations are to prevent

23   the air movement from the wall cavities into the ceiling cavities

24   with the same type of material.

25       This type system, one, does not contain formaldehyde;

1  secondly, it increases by almost twice the amount of insulation

2  value in the wall system; and thirdly, it seals off between the

3  insulation here, the blown-in insulation and the Tyvek paper on

4  the other side seals off the passage of air and moisture from the

5  outside to the inside.  This prevents it from the wall cavity

6  area, and the Tyvek prevents any moisture or air movement through

7  the framing.

8  Q.   And is there any significance to the insulation also being

9  applied to the hole that is drilled for the wires to come

10 through?

11 A.   Correct.  It prevents the movement of air, moisture, any

12 off-gassing, any contaminants that are in the wall system into

13 the ceiling, and back into the living area of the trailer.

14 Q.   To your knowledge, were these materials -- the insulation

15 and this Tyvek barrier, the vapor panel, were they commercially

16 available in the 2005 time frame?

17 A.   Yes, they were.

18 Q.   Do you know anything about cost of any of these wall panels

19 that you've suggested here?

20       MR. BONE:  Objection, Your Honor.  It's not contained

21 within his report.

22       THE COURT:  Bring the report up here.  Let's take a

23 look.

24       (WHEREUPON, at this point in the proceedings, a

25 conference was held at the bench.)

1           THE COURT:  Cost.

2           MR. BONE:  Nowhere in his report.

3           MR. PINEDO:  You Honor, he says, cost available upon

4  request, and he was asked about it in his detail in his

5  deposition and he produced catalogs that showed this information.

6           THE COURT:  He gave relative dollar values in his

7  deposition?

8           MR. PINEDO:  I can withdraw the question.  He said it

9  would be cheaper is what he said.

10          THE COURT:  In the deposition?  Did he say it in the

11 deposition?

12          MR. BONE:  He asked questions over my objection.  It

13 wasn't in his report.

14          THE COURT:  When was the deposition taken?

15          MR. PINEDO:  The deposition was taken -- I don't

16 remember exactly when the deposition was taken.  I think it was

17 taken --

18          MR. BONE:  It was January.

19          MR. KURTZ:  It was this year.  January.

20          MR. PINEDO:  But he had said it was cheaper.

21          THE COURT:  It's kind of late.

22          MR. PINEDO:  And he produced catalogs and exhibits to

23 back that up, Your Honor.

24          THE COURT:  You guys have an expert that's going to talk

25 about cost?  If I go ahead and excuse it for him, I'm not going

1 to allow it for another expert, especially if it was covered at

2 the deposition.

3          MR. BONE:  No, we don't have an expert to discuss that.

4          MR. PINEDO:  I'll withdraw the question.  I can ask him

5 if it was economically feasible to his knowledge, based upon his

6 experience on building materials.

7          THE COURT:  I think he can answer that.  I don't think

8 he can say which one was cheaper or more expensive.  First of

9 all, it's not in his report; and second of all, if he didn't give

10 dollar values at his deposition where he accounted for X dollars

11 per square foot, it might be inappropriate for him to say one was

12 less or more expensive than the other.  But if it is cost

13 efficient for it to have been built based on his knowledge of the

14 general contractor, I think that's fair enough.  That eliminates

15 the relativeness of it and if we know it didn't add $500,000 to

16 the cost of the travel trailer, then --

17          MR. PINEDO:  I'll ask him that question if he thought it

18 was economically feasible, but it is my position that information

19 was elicited from him at the deposition on -- that it would be

20 cheaper.

21          THE COURT:  If he hadn't objected to it at the

22 deposition and you haven't told me that it was elicited without

23 objection, I would agree with you.  If it's covered at the

24 deposition and it's not in the report, it's fair game, but if

25 he's objecting to it at the deposition, then the objection

 1  stands.

 2         MR. PINEDO:  Thank you.

 3         (WHEREUPON, at this point in the proceedings, the bench

 4  conference was concluded.)

 5                        EXAMINATION

 6  BY MR. PINEDO:

 7  Q.   Sir, do you have any idea as to whether or not this

 8  alternative wood products that you've used in the exemplar, that

 9  it emits either no or very little formaldehyde, if it was

10  economically feasible to use that?

11  A.   Yes, sir, it was.

12  Q.   Now, I don't want you to repeat any opinions of prior

13  experts, but you can please return to your seat.  I think we're

14  finished with those exemplars, unless there is anything else that

15  you think that you haven't explained as would relate to

16  formaldehyde off-gassing?

17  A.   No, sir.  That's it.  Do you want me to put it away or just

18  leave it?

19  Q.   You can leave it like that and return to your seat, sir.

20         In regard to the paneling that you have suggested here in

21  this exemplar -- well, let me ask you a different question.  did

22  the ceiling have a similar composition as in the travel trailer

23  wall that you have shown us here in the first model?

24  A.   Yes, sir, it does.  It's made of the same material, the

25  Lauan plywood paneling.

1   Q.   And would the paneling such as you've suggested has very low

2   or zero formaldehyde emission in the exemplar with the Tyvek

3   barrier, could that paneling also be used in the ceiling panels

4   of this travel trailer?

5   A.   Yes, it is.  We just didn't make a mock-up of that because

6   it was fairly representative of the unit.

7   Q.   What would be the ultimate effect on formaldehyde

8   off-gassing if that same type of paneling was used in the

9   ceiling?

10          MR. BONE:  Objection, Your Honor.

11          THE COURT:  I think it's a fair question.  I'll overrule

12   it.

13          THE WITNESS:  That there is little to no formaldehyde in

14   the materials.  It just respectively reduces any formaldehyde

15   off-gassing that would be in a building if it didn't contain

16   formaldehyde.

17                              EXAMINATION

18   BY MR. PINEDO:

19   Q.   Now, you hired Mr. LaGrange to measure duct leakage.  And

20   I'm not going to ask you about his opinions.  But my question to

21   you is:  If, indeed, there is duct leakage, do you have any

22   opinion such as you expressed in your report as to what effect

23   duct leakage would have to formaldehyde off-gassing with regard

24   to this installation for the paneling?

25          MR. BONE:  Objection, Your Honor.  That question was

1    directly asked of Mr. Smulski --

2              THE COURT:  Yes, I think this goes to what I ruled when

3    we qualified him as an expert.  Relatively or comparatively, we

4    talked about levels of formaldehyde in a relative sense, one

5    compared to the other, so I'm going to sustain the objection.

6                              EXAMINATION

7    BY MR. PINEDO:

8    Q.    Let me ask you:  Sir, does duct leakage play any role with

9    regard to what could it do to insulation?

10   A.    Well, the duct leakage can increase the movement of air

11   through those little tiny pockets in the insulation.  And as air

12   moves through those pockets, it disturbs that still, dead air

13   space which is the insulation value.  Remember, the fiberglass is

14   not completely sealed like the foam is, so as air moves, because

15   of that leakage, it moves the air through the insulation,

16   disturbs that dead air, and decreases the insulation's ability to

17   resist heat, and then that increases the amount of heat against

18   the wall or ceiling panels.

19   Q.    In your report, you talk about ventilation, and I don't want

20   to ask any questions in great detail about ventilation.  My

21   question is this:  When you were doing work in travel trailers

22   and also in mobile homes, you've done that type of repair work?

23   A.    Yes, sir.

24   Q.    Is there a difference in the type of ventilation systems you

25   routinely saw in those systems?

 1          MR. BONE:  Objection, Your Honor.  This was covered at

 2    length as well.

 3          MR. PINEDO:  Your Honor, we have not offered anybody to

 4    say the difference between ventilation --

 5          THE COURT:  I'm going to overrule.  I don't think this

 6    has been --

 7          THE WITNESS:  Yes, sir.  There is a significant

 8    difference between mobile homes and travel trailers as it relates

 9    to ventilation.  There is no mechanical ventilation, no means of

10    physically extracting and changing the air out, the air that the

11    occupants breathe in the travel trailer other than opening doors

12    or windows or the air that seeps in naturally through the walls

13    and the ceilings through penetrations that are not sealed.

14        In a mobile home, HUD requires that --

15                          EXAMINATION

16    BY MR. PINEDO:

17    Q.   Excuse me.  Who is HUD?

18    A.    I'm sorry.  The Housing and Urban Development, the

19    Department of Housing and Urban Development.  It's a division of

20    the United States Government.  It regulates in construction means

21    and methods and materials that are utilized in a mobile home.

22    That began back in the very early '80s, 1980s, and HUD requires

23    mechanical ventilation to be introduced into a mobile home to

24    physically force that exchange of air.

25        We should have, by ASHRAE standards, American Society of

1    Heating Refrigeration and Air-Conditioning Engineers, there is a

2    standard of replacing all of the air in a house, a room, or a

3    building, at least one-third of the air every hour has to be

4    changed out so that we keep all of the moisture and contaminants

5    in the inside air from building up.  It dilutes it and removes

6    it.

7        So HUD requires the manufacturers to force that air change

8    by use of a mechanical system of bringing in air into the mobile

9    home, the manufactured house, into the air-conditioning system,

10   filtering out the moisture and the contaminants, and then

11   introducing it as cleaner, fresh air into the living area for the

12   occupants to use.

13   Q.   To your knowledge, did that requirement exist for travel

14   trailers back in 2005?

15   A.   No, sir, it did not.

16   Q.   In light of your testimony today and your explanations, your

17   examination, the Lyndon Wright travel trailer and the process

18   where you participated in the deconstruction of that, in your

19   experience in the construction area for over 30 years, do you

20   have an opinion as to whether or not that travel trailer with

21   regard to its construction was effective in its design and

22   composition?

23             MR. BONE:  Objection, Your Honor.

24             THE COURT:  Come on up.

25             (WHEREUPON, at this point in the proceedings, a

1   conference was held at the bench.)

2        MR. BONE:  You know, he's addressing the ultimate

3   opinion in the case.  And I don't think he's qualified to render

4   that opinion.

5        MR. PINEDO:  Your Honor, experts can give ultimate

6   opinions.  Experts can give ultimate details.  He's examined this

7   and -- experts can give ultimate opinions, number one; and number

8   two, he's examined this in detail; number three, he's been

9   qualified by the Court as an expert on construction, design and

10  materials.

11       MR. BONE:  The defect would have to be with respect to

12  formaldehyde because it increased the rate of formaldehyde to a

13  level that was unhealthy.  He doesn't have the ability to say

14  that.  He cannot address that.  It would only lead to confusion

15  of the jury if he does.

16       MR. PINEDO:  He has offered an opinion that if these

17  alternate materials were used, it would reduce the amount of

18  formaldehyde.  He cannot quantify the level.  He hasn't done

19  tests.  We're not offering him for that purpose.

20       THE COURT:  I'm going to overrule the objection and

21  allow him to answer the question.

22       MR. PINEDO:  Thank you, Your Honor.

23       (WHEREUPON, at this point in the proceedings, the bench

24  conference was concluded.)

25                         EXAMINATION

BY MR. PINEDO:

Q.   Sir, could you please answer that last question on whether or not the composition, design of this constituted a defect?

A.   Yes, sir.

Q.   It did?

A.   Yes, sir.

Q.   Sir, in addition to this, did you take a look at the FEMA specifications that would apply to the construction of this travel trailer?

A.   Yes, sir.

Q.   I'm going to show you what's been previously admitted as Exhibit No. 580.

     Have you seen those FEMA specifications before coming here today?

A.   Yes, sir.

Q.   Did you examine them closely?

A.   Yes, sir.

Q.   And what do these specifications say as to the quality of workmanship?

A.   Let's see.  It says, "The manufacturer shall design and construct all units under this contract within the superior quality of workmanship."

Q.   And sir, were you in the courtroom yesterday when Mr. Moore, the civil engineer that you hired to assist you in this case, offered his testimony?

```
 1  A.    Yes, sir.
 2  Q.    Did you see the various photos that were put up on the
 3  screen for the benefit of the jury?
 4  A.    Yes, sir.
 5  Q.    With regard to the construction methods?
 6  A.    Yes, sir.
 7  Q.    I'm not going to go through all of those, but my question to
 8  you is, did you observe something similar at the deconstruction
 9  process of this travel trailer where you saw joints that didn't
10  match, you saw staples that didn't meet the --
11         THE COURT:  They've heard Mr. Moore's testimony.  So
12  let's not go back through Mr. Moore's testimony, either you
13  stating it or --
14                         EXAMINATION
15  BY MR. PINEDO:
16  Q.    Did you observe some of the same things as were revealed in
17  those photos that Mr. Moore testified about?
18  A.    Yes, sir, I saw that and other things.
19  Q.    Did you notice a fail to seal penetrations in this travel
20  trailer?
21  A.    Yes, sir, I did.
22  Q.    Did you notice a failure to install insulation properly?
23  A.    Yes, I did.
24  Q.    Did you notice a failure to install HVAC ducts properly?
25  A.    Yes, sir, I did.
```

1  Q.   Did you notice a failure to install framing members around

2  the windows properly?

3       MR. BONE:  Your Honor, again, we're back to the same

4  thing.

5       THE COURT:  Yes.  We covered a lot of this with

6  Mr. Moore.  If we were going to cover it with this gentleman,

7  then maybe we didn't need Mr. Moore.  My instructions to all

8  counsel for all parties was to not be duplicative with regard to

9  expert opinion and expert testimony.

10      MR. PINEDO:  Yes, Your Honor.  I don't believe I --

11 specific opinion was requested about installing frame or members

12 about the windows, but I will move on.

13                        EXAMINATION

14 BY MR. PINEDO:

15 Q.   Sir, do you have an opinion as to whether or not this travel

16 trailer was made with a superior grade or quality of workmanship?

17 A.   Yes, sir, I do.

18 Q.   And what is your opinion?

19 A.   It was not constructed with a superior quality of

20 workmanship.

21      MR. PINEDO:  I pass the witness, Your Honor.

22      THE COURT:  Mr. Bone.

23                     CROSS-EXAMINATION

24 BY MR. BONE:

25 Q.   Mr. Mallet, hello again.

1   A.   Hello.

2   Q.   I believe you told us through Mr. Pinedo that you repaired

3   numbers -- numerous travel trailers, correct?

4   A.   That's correct.

5   Q.   And I assume you did them all with your new materials,

6   right?

7   A.   No, sir.  I explained in my deposition to you that in an

8   insurance claim, we are replacing with like kind and quality, so

9   if I'm changing out a half a room of paneling, I can't change

10  that paneling to a different material.

11       I also can't change the makeup of that wall system, ceiling

12  system, or floor system because then the air and moisture effects

13  on the various types of components in the materials then changes.

14  And it increases this effect on the nonchanged area versus the

15  changed area.

16  Q.   So what you're telling us is that you've never built a

17  travel trailer with that type of material, correct?

18  A.   Not a travel trailer with that material, yes.

19  Q.   And you've never seen a travel trailer built with that type

20  of material, have you, sir?

21  A.   Not that specific type, but what I have seen is composite

22  panels using the same theory as this of having a composite,

23  meaning it's altogether, an insulated wall panel where you have a

24  vapor barrier on the inside, a vapor barrier on the outside and

25  it's filled with insulation, altogether manufactured and then

1  installed in place in that fashion.  Similar, just a little

2  different process.

3  Q.   What you've come here today and said is that that is what

4  should have been done, you've never seen that makeup the way

5  you've described it done in any travel trailer, correct?

6  A.   That is correct.  And in analyzing this method of

7  construction and the materials used, we found no inhibition or

8  problem in using that material or this system.

9  Q.   Well, do you know what the manufacturer of that spray foam

10  says about whether you can put it next to hardboard?

11  A.   I have no information to say that it can't be placed next to

12  the hardboard.

13  Q.   Do you know what the smoke spread on that spray foam

14  insulation is?

15  A.   Not right off the top of my head, I don't.

16  Q.   Right.  You didn't consider that at all, did you, in terms

17  of whether that would be a safe alternative to fiberglass

18  insulation?

19  A.   Yes, we did.  It's a safe alternative for homes, schools,

20  industrial and commercial buildings.

21  Q.   You don't know what the recommendation is from the

22  manufacturer as to what type of flame protection must be given to

23  a spray foam insulation, do you?

24  A.   That it should be covered with a protective membrane.

25  Q.   Now, you told us that this --

1       MR. BONE:  May I approach, Your Honor?

2       THE COURT:  Yes.

3                           EXAMINATION

4   BY MR. BONE:

5   Q.   That this is what you see in the majority of travel

6   trailers, correct?

7   A.   That are built like the Lyndon Wright trailer, yes.

8   Q.   In the majority of travel trailers, there is an insulation,

9   a batt insulation, which is just fiberglass, correct?

10  A.   That's correct.

11  Q.   And that's used in residential construction, correct?

12  A.   That's correct.

13  Q.   And the framing is used in residential construction,

14  correct?

15  A.   That's correct.

16  Q.   And the aluminum siding is also used in construction,

17  correct, in areas other than travel trailers?

18  A.   That's correct.  The difference is is that both the framing,

19  the insulation -- both the framing and insulation are much

20  thicker than this.  As a matter of fact, this is double in size

21  and thickness.

22  Q.   We'll get to that.  We're going to talk about travel

23  trailers first and then we'll get to this.

24       MR. PINEDO:  Excuse me, Your Honor, he's entitled to

25  finish his answer to that question he was just asked.

1          THE COURT:  Actually, he was going on beyond the

2    question that was asked, so I'm going to overrule the objection.

3    Stick with the question that's asked and you'll have a chance to

4    redirect.  If you need to explain a particular answer, we'll let

5    you explain it, but don't go off into another explanation of

6    something that he's not asking.

7          Go ahead, Mr. Bone.

8          MR. BONE:  Thank you.

9                         EXAMINATION

10   BY MR. BONE:

11   Q.   Now, you said this is a vapor barrier, correct?

12   A.   Vapor barrier or retarder, that's correct.

13   Q.   But you never measured the permeability of this particular

14   material as it related to the unit that was occupied by

15   Mr. Wright, did you?

16   A.   We did not.  And I've invited you to give me that

17   information.  We could not obtain it from the manufacturer.  We

18   could not obtain it from the documents that were provide by your

19   client.  And I've invited you to give me that information.

20   Q.   Well, I appreciate your answer, but in response to my

21   question, you don't know what the perm rating of this particular

22   material is, do you, sir?

23   A.   I don't know the specific perm rating; however, my research

24   and knowledge of vinyl, plastic-type wall coverings is that they

25   are all either vapor barriers or vapor retarders.

1    Q.   Now, you said this Tyvek is a vapor barrier, correct?

2    A.   Vapor retarder.

3    Q.   Well, you said in your testimony with Mr. Pinedo that it was

4    a vapor barrier.

5    A.   Well, I think I said it either prevented or slowed down the

6    penetration of air and moisture.

7    Q.   I'll leave it to the jury to remember, but you're now saying

8    this is not a vapor barrier; is that correct?

9    A.   A barrier completely eliminates the movement of air through

10   it or it lessens it less than one-tenth of a perm rating.

11   However, this is the typical construction method to prevent the

12   passage of moisture to an extent that is harmful to the wall

13   cavity.

14   Q.   Mr. Mallet, I would appreciate it if you'd just answer my

15   question, please, sir.

16        Is this a vapor barrier or is it not a vapor barrier?

17   A.   It is a retarder.

18   Q.   So when you said it was a vapor barrier, you were wrong?

19   A.   I misspoke.  It is a retarder.

20   Q.   What's the perm rating on that aluminum sheathing right

21   there?

22   A.   I don't know the perm rating of the sheathing and the perm

23   rating of the sheathing, itself, is immaterial because the --

24   Q.   Mr. Mallet, if you would just --

25   A.   I don't know.

1          THE COURT:  Just answer his question.

2          THE WITNESS:  I don't know the perm rating of that

3    sheathing.

4                              EXAMINATION

5    BY MR. BONE:

6    Q.   In fact, that alluminum sheathing is a much more effective

7    vapor barrier than any other building paper, isn't it?

8    A.   The sheathing, itself, is, but not the way it's applied.

9    Q.   Now, you talked about your concern about the fact that the

10   insulation might not be sufficient in this trailer to prevent

11   heat and humidity, correct?  Is that your concern, that somehow

12   the wall cavity is going to get hot, right?

13   A.   Yes, that it has the ability to allow -- more easily allow

14   the passage of heat through the material.

15   Q.   Well, you wrote a 130 some-odd page report in this matter,

16   didn't you, sir?

17   A.   Yes, sir.

18   Q.   And nowhere in that report did you ever reference these data

19   logger readings which recorded temperature and humidity inside

20   that trailer, did you?

21   A.   We did not; however, what we did do was record the

22   temperature of the wall systems and ceilings, which was far more

23   important for us to know what those temperatures were than what

24   the air temperature was.

25   Q.   And what you told me was that the air-conditioning system

1  within this unit, when it was operating in August of 2009, in the

2  middle of the summer, controlled both temperature and humidity;

3  isn't that true, sir?

4  A.  Yes, sir.  Inside the trailer, not in the wall and ceiling

5  cavities or floor cavities.

6  Q.  Can you show me the data logger readings from inside the

7  wall cavities?

8  A.  The data logger readings?

9  Q.  Did you put a data logger anywhere inside a wall cavity?

10  A.  No, we didn't.  What we did do is through infrared

11  thermography to identify the temperature readings on the wall and

12  ceiling faces.

13  Q.  Well, let's talk about that.  When you did your infrared

14  thermography, you took a picture with the air-conditioner

15  running, correct?

16  A.  That's correct.

17  Q.  And those showed normal temperatures inside the wall

18  cavities, right?

19  A.  No, sir.

20  Q.  And then what you did was you put a blower door fan on it

21  and you created a -- the effect of a negative pressure on all

22  sides, the equivalent of a 20-mile-an-hour wind before you took

23  additional photographs; isn't that right?

24  A.  No, sir.

25  Q.  Okay.  You sought to create the maximum temperature

1  differential within the unit before you performed infrared

2  thermography.  Isn't that what you said?

3  A.   By turning the air-conditioner on to have it colder on the

4  inside that it normally would be under normal circumstances

5  versus the outside air temperature.  The greater the air

6  temperature differential between the inside and the outside -- we

7  weren't forcing anything.  We were putting it under normal

8  operating conditions.

9       In doing infrared thermography, what we're doing is

10 measuring the differences of temperatures, and you can't have a

11 difference of temperature unless you have a difference of

12 temperature.  You can't measure it unless it's there.

13      So we put the building air-conditioning on, and then with

14 the air-conditioner on at 70 or so -- 70 to 80 degrees on the

15 interior, outside temperature at 89 to 90 degrees, we have a

16 temperature differential that we can then see in the camera and

17 record the temperatures.

18 Q.   And what you did was, you created -- by manipulation of the

19 air-conditioning system, you created a situation that might not

20 otherwise have existed?

21 A.   No, sir.  What I did was I followed the ASTM standards and

22 that states when you --

23           MR. BONE:  Your Honor, may I --

24           THE COURT:  Let him finish his answer.

25           THE WITNESS:  -- when you perform thermographic imaging,

1   the best results come when you have at least 18 degrees

2   temperature differentials on what -- the thermographic imaging

3   that you're performing.

4             MR. BONE:  All right.  May I approach, Your Honor?

5             THE COURT:  Yes.

6             MR. BONE:  It's Page 71, Chris, starting on Page 70.

7             THE COURT:  Line?  What line?

8             MR. BONE:  We're starting on Page 70, line 23 through

9   71, line 5.

10                            EXAMINATION

11  BY MR. BONE:

12  Q.   And you see, Mr. Mallet, and you can look up here where

13  we're talking about the IR's that were taken, and I asked you

14  about the blower door, and said, "It accentuates the temperature

15  differentials by virtue of manipulation of the air-conditioning

16  system to create a situation that might not have otherwise

17  existed?"  And your response to me was, "To the extent that we

18  would not have air or wind velocity of 20 miles per hour, that's

19  correct."

20        That's what you said under oath, isn't it, sir?

21  A.   That's correct.  But you asked me a question that doesn't

22  relate to that question and answer at all.  Not at all.  What you

23  asked me earlier was, did I manipulate, when I took my

24  thermographic images, the temperatures through blower door, and I

25  told you specifically, no, I did not.  I took my photograph, my

1  thermographic images before the blower door test began with the

2  air-conditioning system on.

3      My answer to the question that you asked me in my deposition

4  had specific reference to the blower door testing, that I did not

5  perform thermographic imaging at the time that was running, or

6  afterwards.

7  Q.  But Mr. LaGrange did?

8  A.  That's correct.  However, my results show that there were

9  voids in the insulation, that there were differences and the

10 temperatures of the wall and ceiling panels in that trailer void

11 of any manipulation by any blower door test.

12 Q.  All right, sir.

13     Now, in terms of the issues that you've described, did you

14 find any evidence of condensation in any of the wall cavities?

15 A.  We did.

16 Q.  And did you show us any pictures of that?

17 A.  I didn't.

18 Q.  These are photographs which I believe have been preadmitted

19 and they bear the Bates stamp -- I don't think they have an

20 exhibit number.

21     Now, you talked about the installation that you did on

22 travel trailers.  And you've installed a vapor barrier on the

23 inside wall, the inside facing wall of travel trailers, haven't

24 you?

25 A.  Yes.

1  Q.   And you never told any of the folks that you did that work

2  for that that would be -- that would create a problem for them,

3  did you?

4  A.   I did not.  And the reason why is changing that to some

5  other product would have been more detrimental to the building.

6  Q.   All right.  Now, Exhibit 644, please.

7       Now, Mr. Mallet, this is your bill in this matter, isn't

8  that the case, sir?

9       Can you blow that up, please, Stephanie.

10 A.   Yes, sir.

11 Q.   And you charged these lawyers here $241,921.96, correct?

12 A.   Yes, sir, I did.

13 Q.   And the work that you did on this case was limited to the

14 deconstruction of this unit and discussing the vapor barrier

15 issues, correct?

16 A.   No, sir.  You know that's not correct.  Because it was -- in

17 my deposition, it was gone through very, very thoroughly.  This

18 invoice covers the mechanical engineer, environmental engineer,

19 the electrical engineer, the structural engineer.  It includes

20 five people with the mechanical engineer's company, the

21 draftspersons, people to measure the building, the people to use

22 the jacking.  It includes the equivalent purchase for the jacking

23 and leveling measurements that we performed.  It includes the

24 workers to jack, level, block, unjack, unlevel and unblock the

25 trailer.  It also includes the disassembly, all the personnel I

1    had there to disassemble, piece by piece, this unit.  Then it

2    includes the entire disposal of that -- all of the parts for that

3    unit, carrying off the parts that couldn't be disposed of in

4    dumpsters, and was taken apart, cut up and disposed of.  That's

5    reflective in addition to my office staff, our research people,

6    and other people that I had assisting me.

7    Q.   But that's the amount that you charged for your services in

8    this case, correct?

9    A.   Along with the others, yes.

10   Q.   And with all the time that you spent on this case, with all

11   the time that you spent working on this and billing these

12   attorneys, you didn't find any evidence of vapor damage,

13   whatsoever, at the interface between the wall board and the vinyl

14   covering except where there was bulk water intrusion, correct?

15   A.   That's correct.  However, it is not necessary for

16   condensation to occur for the problems with the panels and the

17   off-gassings to occur.

18   Q.   But you didn't find any evidence of vapor damage, as you've

19   described, inside the unit.  That's your testimony.

20   A.   That's correct.  And it's not necessary to have vapor damage

21   for the off-gassing to occur.

22          THE COURT:  Wait, you have to answer his question.  It

23   seems like every time you answer his question, you want to go off

24   and explain something else that, at times, is not what he's

25   asking.  So let's just answer the lawyer's question and we'll

1  move on.

2                              EXAMINATION

3  BY MR. BONE:

4  Q.   Now, this is from Exhibit 304, which has been preadmitted.

5  Now, when you opened up the wall cavities in this unit, that's

6  what you found, isn't it?  The insulation was not damaged by

7  moisture, correct?

8            MR. PINEDO:  Excuse me, Your Honor.  I don't believe

9  this exhibit has been preadmitted.

10            THE COURT:  What number is it?

11            MR. BONE:  304.

12            THE COURT:  The courtroom deputy tells me it's not on

13  the list of preadmitted exhibits.

14            MR. D'AMICO:  We object.

15            MR. PINEDO:  This exhibit is not in evidence,

16  Your Honor.

17            MR. BONE:  My apologies.

18            MR. PINEDO:  If we could request that it be taken down

19  and the jury instructed not to give it any weight.

20            THE COURT:  Counsel.

21            MR. BONE:  I apologize, Your Honor.  Apparently we had

22  maintained the objection.

23            THE COURT:  Well, to the extent the jury saw a glimpse

24  of that exhibit, they are to disregard it.  It has not been

25  admitted into evidence in this case yet.  Whether it is or not at

1  a later time we'll see, but it's not been admitted, and we're

2  certainly not going to ask the witness about it unless it's in

3  connection with its admission into evidence.

4        MR. BONE:  Yes, Your Honor, we would like to ask the

5  witness about that.

6        THE COURT:  Well, then let's see if he can identify it.

7                    EXAMINATION

8  BY MR. BONE:

9  Q.   Mr. Mallet, do you recognize this as the condition of the

10 insulation inside the wall cavity at the time you observed it?

11 A.   It represents the -- yes, it represents that specific

12 location.

13 Q.   Yes, sir.  And let me ask you about the next photograph.

14 Does this photograph also accurately represent the condition as

15 you observed it of the insulation within the wall cavity of the

16 Lyndon Wright unit?

17 A.   At that location, yes, sir.

18 Q.   Yes, sir.  And let me ask you as it relates to the next

19 photograph, does that likewise reflect the condition of the

20 insulation in the wall cavity as you observed it?

21 A.   At that location.

22 Q.   Let me ask you with respect to the next photograph, does

23 that also accurately reflect the condition of the insulation as

24 you observed it at that area?

25 A.   Yes, sir, that's the same as earlier, the first photograph.

1  Q.   Let me ask you, sir, does this photograph accurately reflect

2  the condition of the insulation as you observed it within the

3  wall cavity of the Lyndon Wright unit?

4  A.   Yes, sir.  It does.  Or the lack of insulation.

5           MR. BONE:  Now, Your Honor, with respect to these

6  photographs, we would move for their entry --

7           THE COURT:  Let's give them numbers and see if there is

8  any objection.  We've put, what, four or five of them on there --

9           MR. BONE:  Yes, sir.  We would view it as a single

10  exhibit.

11           THE COURT:  Whichever way you want.

12           MR. BONE:  Yes, Your Honor.

13           THE COURT:  If you want to do them en globo and give

14  them a single number, that might be easier.

15           MR. BONE:  En globo with a single number, Your Honor.

16           MR. PINEDO:  Your Honor, 304 comprises a number of

17  photos.  We don't have any objection so long as the entire 304

18  comes in because there are other pictures regarding the

19  insulation or lack thereof, and we would like the jury -- if

20  they're going to show these, we would like them to see the rest

21  of the trailer in that exhibit.

22           THE COURT:  Well, but he's only offering these right

23  now.  If you want to introduce others, you can introduce others.

24           MR. PINEDO:  Very well.

25           THE COURT:  Let's call these -- let's give them 304A

1  through whatever letter so that we know we're not introducing all

2  of 304 at this time.  And now that he's identified them and there

3  is no objection, we'll go ahead and put them on the screen.  Go

4  ahead and we can show them to jury.

5          MR. BONE:  Yes, Your Honor.

6          THE COURT:  Mr. Bone, how much further do you have with

7  this?

8          MR. BONE:  Not very long, Your Honor.  This will be

9  Exhibit 1050 will be the en globo exhibit.

10         THE COURT:  Wait.  Did we not just say 304?  What are

11  we --

12         MR. BONE:  I'm sorry, Your Honor, I was going to mark

13  these exhibits as --

14         THE COURT:  Is this something new that --

15         MR. BONE:  No, Your Honor.  It's comprised within 304.

16         THE COURT:  Well, if it's already 304, let's not give it

17  a new number because then we've got two sets of numbers going,

18  and that's going to be even more confusing.

19         MR. BONE:  Yes, Your Honor.

20         THE COURT:  304A, 304B and so on, however many you just

21  showed him.

22         (WHEREUPON, at this point in the proceedings, Exhibits

23  304A through 304E were admitted.)

24                              EXAMINATION

25  BY MR. BONE:

1    Q.    All right.  Mr. Mallet, this will be 304A.  And for the

2    benefit of the jury, is that the condition of the insulation as

3    you observed it inside the unit occupied by Lyndon Wright?

4    A.    At that place, yes, sir.

5    Q.    And 304B, does that accurately depict the condition of the

6    insulation as you observed it within Lyndon Wright's unit?

7    A.    At that location, yes, sir.

8    Q.    And 304C, does that accurately reflect the condition of the

9    insulation as you observed it within Lyndon Wright's unit?

10   A.    At that location, yes, sir.

11   Q.    And how about 304D?

12   A.    Yes, sir.  That's how we observed it at that location.

13   Q.    And then finally 304E?

14   A.    Again, the same photograph -- same location as the first, A.

15   Q.    But that accurately depicts the condition that you found

16   within the wall cavities in those areas when you observed them

17   inside Lyndon Wright's unit, correct, sir?

18   A.    Those specific locations, yes, sir.

19         MR. BONE:  Thank you, Your Honor.

20         THE COURT:  Mr. Kurtz, how long do you anticipate with

21   this witness?  Can we finish with this witness before the break?

22         MR. KURTZ:  We have no questions for this witness,

23   Your Honor.

24         THE COURT:  You have no questions.  All right.  Well,

25   then let's do a brief redirect if Mr. Pinedo chooses, and then

1    we'll take our morning break.

2                    REDIRECT EXAMINATION

3    BY MR. PINEDO:

4    Q.    Sir, you were asked about thermographic images, do you

5    recollect that?

6    A.    Yes, sir.

7    Q.    What is the purpose of thermographic images?

8    A.    Thermographic images, thermo meaning heat, temperatures, we

9    are able with a camera, an incredibly expensive camera, to scan

10   walls, ceilings, floors, roofs, and identify temperature

11   differentials, the differences of temperatures along the surfaces

12   of those walls, ceilings or floors.

13        What we're typically looking for is voids in insulation, air

14   passages, moisture, moisture damage, any type of infiltration

15   that's coming from the outside to the inside or the reverse, from

16   the inside to the outside, voids in the wall or ceiling systems

17   that are not preventing air, heat and moisture from passing

18   through that assembly, because we know that when we have

19   differences, especially in hot, humid climates, of hot and cold

20   air then we start having problems within wall systems.

21        So these cameras help us to identify large areas at a time.

22   Rather than using moisture meters to go and test to see what is

23   the moisture content of wood in various areas, it helps us to

24   identify those areas in a large-scale, quick manner by use of a

25   camera.  And we are able to photograph it at the same time.

1   Q.    Do those thermographic images almost like give you x-ray

2   vision with regard to heat coming in and out?

3   A.    Correct.  The camera that we use, a FLIR camera, if we've

4   ever watched a police show where it shows people running in the

5   dark at night through the woods, it's picking up the heat of that

6   person running in the dark.  Where the naked eye can't tell, it

7   traces it by heat.

8   Q.    Would that thermographic image also show you behind the

9   walls where insulation may be missing?

10  A.    It doesn't show us.  It identifies that there is a phenomena

11  allowing temperature in that area to penetrate without -- and the

12  result is that there is no insulation to prevent that or air gaps

13  that prevent the resistance of the movement of the heat.

14  Q.    I'm going to show you what's previously admitted as

15  Exhibit 356, a thermographic image.  And could you explain to the

16  ladies and gentlemen of the jury what that image shows.

17  A.    Correct.  The colors are diagrammed on the right side going

18  from black at around 72 degrees up to 102 degrees where --

19  Q.    Excuse me, Mr. Mallet, you might be able to touch the screen

20  and indicate that.

21  A.    Oh, thank you.

22        Let's see.  Well, let's start at this area here.  We have

23  between this area and this area a six-degree difference in

24  temperature.

25        Now, right here at this area, we are getting very, very

1  close to the dew point or condensation occurring in the wall

2  system.  Here, we're showing temperatures in the wall system at

3  98 -- 98 degrees and here at 100.9 degrees.

4      We see that we have a lack of insulation here and air -- you

5  see this little air stream, this little -- looks like a comet,

6  that's telling us that air is penetrating in this area.

7      The yellow colors are showing us the absence of insulation.

8  And that -- and those areas is where the framing or the lack of

9  insulation in the ceiling is.

10  Q.   All right.  Let's go to the next thermographic image in

11  Exhibit Number 356.  I just have a few.

12      What does this one show?

13  A.   That again shows -- this is -- and so in all fairness, the

14  one on the right is showing with the blower door sucking in air

15  from the outside.  It's showing the effects of wind,

16  20-miles-an-hour wind, 20-mile-an-hour wind on the outside of the

17  envelope of the trailer.

18      Here, the left side in the blue and white is without any

19  manipulation of the air by blower door.  This is how we're

20  imaging the building with just the air conditioning system on.

21  And it is showing in these areas here, the white versus blue,

22  that we have air passage.  We have hotter air passage in those

23  areas than we do in these darker blue areas where we have a

24  thicker volume of insulation.

25  Q.   Excuse me, Mr. Mallet, hotter air passage from where?

1   A.   From the outside of the trailer to the inside.  This is the
2   inside corner between two walls and a ceiling inside the trailer.
3   Q.   Let me direct your attention to the thermographic image on
4   the right.  What is going on in this area there?
5   A.   It just amplifies and shows that under wind conditions
6   that -- or greater negative air pressure, that it increases and
7   brings in more heat into the building, more heat into the wall
8   and ceiling cavities.
9   Q.   Let's go to the next thermographic image rapidly.  Let's go
10  to the next one.
11  A.   This one.  This shows air leakage in the closet, penetration
12  in the closet of the travel trailer.
13  Q.   Is the air leakage in this area, here and here?
14  A.   Actually, this is bringing in cold air leakage from the
15  supply air system, because you see how cold it is, it's
16  70.1 degrees right here.  That's bringing in cold air from the
17  attic system into the wall cavity.
18  Q.   So is there any air conditioning vent close to this?
19  A.   No, sir.
20  Q.   So how far is the cold air traveling through the wall cavity
21  to come out here?
22  A.   It's about three feet.  The duct's about three feet away
23  from it, and about two and a half or three feet down on the wall.
24  Q.   Let's go to the next thermographic image.  What does this
25  depict?

1    A.   This is a hose penetrating the exterior wall.  It's

2    unsealed.  It's one of the many unsealed areas that we found in

3    the trailer.

4    Q.   Let's go to the next image.

5         What does this reveal?

6    A.   That shows duct leakage in the ceiling.  The --

7    Q.   Let's go to the next image.

8         What does this reveal?

9    A.   It indicates air leakage from the duct system.  The black

10   and purple is the outlet, the register in the ceiling.

11   Q.   Let's go to the next one.

12        What does this reveal?

13   A.   This is the corner of the bathroom, again indicating air,

14   moisture -- heat infiltration.

15   Q.   I'd direct your attention to the image on the right.  Does

16   the darker color here in the red mean higher temperatures?

17   A.   The darker color in the red?  No, that's the lower

18   temperature, and then it begins to rise as it gets to the blue.

19   Q.   Do these thermographic images demonstrate the defects in

20   design in having air infiltrate into the vehicle?

21   A.   Yes, sir, it does.

22   Q.   And also heat infiltrate into the vehicle?

23   A.   That's correct.

24   Q.   And it would relate to those principles, or at least that

25   Dr. Smulski talked about, with regard to formaldehyde and wood

1  products?

2  A.   Yes, sir.

3       MR. PINEDO:  Nothing further for this witness,

4  Your Honor.

5       THE COURT:  Thank you, sir.  You may step down.

6       We are going to go ahead and take a short break here.  Why

7  don't we plan on starting at 10:30.  In the meantime, again,

8  please don't discuss the case amongst yourself.

9       THE COURT SECURITY OFFICER:  All rise.

10      (WHEREUPON, at this point in the proceedings, the jury

11  panel leaves the courtroom.)

12      THE COURT:  We have Dr. Field is next, is that correct,

13  by way of deposition?

14      MR. D'AMICO:  Yes, Your Honor.

15      THE COURT:  We'll see you then at 10:30.

16      (WHEREUPON, at this point in the proceedings, a brief

17  recess was taken.)

18      THE COURT SECURITY OFFICER:  All rise.

19      (WHEREUPON, at this point in the proceedings, the jury

20  panel enters the courtroom.)

21      THE COURT:  You may be seated.  Our next witness, I

22  understand, is also going to be by a previously videotaped

23  deposition; is that right, Mr. D'Amico?

24      MR. D'AMICO:  That's correct, Your Honor.  Dr. Field is

25  one of the treating physicians.

1          THE COURT:  This gentleman is Dr. Charles Field -- is it

2   Field or Fields?

3          MR. D'AMICO:  I think it's Fields.

4          THE COURT:  My list doesn't have an S.

5      Dr. Charles Fields, who has been sworn in with counsel

6   present, and let's go ahead and hear his testimony.

7          (WHEREUPON, at this point in the proceedings, the

8   Videotaped Deposition of Dr. Charles Field was played.)

9   Q.   Doctor, could you please state your full name for the

10  record?

11  A.   Charles Shepard Field, Jr.

12  Q.   And, Dr. Field, I understand that you are presently retired

13  from the practice of medicine; is that correct?

14  A.   Right.

15  Q.   Now, what year did you retire?

16  A.   January 2006.

17  Q.   After January of 2006, have you seen any other patients in

18  clinical practice?

19  A.   No.  No.

20  Q.   Okay.  The -- was the last time that you saw patients in

21  clinical practice December of 2005?

22  A.   Correct.

23  Q.   Do you happen to have a copy of your curriculum vitae with

24  you?

25  A.   Yes, I do.

1      It could stand some updating since I retired, but --

2  Q.   Thank you, Doctor.  We'll mark the curriculum vitae as

3  Exhibit 2 to the deposition.

4      And, Doctor, does Exhibit 2, your curriculum vitae, was that

5  correct and accurate as of 2005?

6  A.   Yes, uh-huh (affirmative response).

7  Q.   Do you presently hold an active medical license in the State

8  of Louisiana, Doctor?

9  A.   Yes, I do.

10  Q.   Would you briefly, if you don't mind, give us just a

11  thumbnail of your educational background and training as it

12  relates to the field of medicine?

13  A.   Well, I graduated from Tulane University here in

14  New Orleans.  And then I got my M.D. degree from LSU, Louisiana

15  State University, in New Orleans here.

16  Q.   Okay.  And what year did you graduate from Tulane?

17  A.   1965.

18  Q.   And what year did you graduate from LSU?

19  A.   '69.

20  Q.   And since 1969, have you been -- to the time of your

21  retirement in January 2006, have you actively engaged in the

22  practice of medicine?

23  A.   Well, I had my internship and residency at Charity here in

24  New Orleans.  And then I was in the Army for two years, and

25  then -- then private practice here in New Orleans.  But it was

1  internal medicine from the time I got out of the residency in

2  '73.

3  Q.    '73.  When did you set up your private practice in

4  New Orleans?

5  A.    September the 1st, 1975.

6  Q.    And was that always known as the Field Clinic or Uptown

7  Nephrology?

8  A.    No, originally it was the Burch-Pearl Clinic, then it

9  evolved into the -- well, then we went to Mahorner Clinic, and

10  then after that it was the Cruz-Field Clinic, and then the Uptown

11  Nephrology.  All the same people, though.

12  Q.    When you were practicing as an active clinician, how many

13  patients would you see in a given year?

14  A.    Oh, I don't know.  We had a full-time -- we each worked full

15  time, and we saw patients every -- five days a week.  I guess

16  we'd see -- and we weren't a volume practice.  We would see a

17  limited number every day.  I guess probably maybe 16 patients a

18  day at the most, you know, five days a week.  Plus the hospital

19  load, which was a lot more.

20  Q.    So in your private clinic you would see roughly on average

21  16 patients a day, five days a week, correct?

22  A.    Right, uh-huh.

23  Q.    And you said the hospital load was more.  How many patients

24  would you typically see on your rounds at the hospital?

25  A.    20 to 60 a day.

1   Q.   And how many hospitals did you have privileges at when you

2   were engaged in active practice?

3   A.   Let's see.  Baptist Hospital, Touro Lifecare and -- it was

4   mostly just those two.  We would go to other hospitals but our

5   main practice was at those two.

6   Q.   Now, Doctor, as the name implies, Uptown Nephrology, would

7   that deal specifically with diagnosing and treating issues

8   related to the kidneys, or was it more a general practice that

9   simply went by the name Uptown Nephrology?

10  A.   No, everybody was a nephrologist by schooling except myself.

11  I was a nephrologist by practice because I did nephrology all of

12  my career ever since nephrology started.  And all of the

13  physicians there also see general internal medicine patients.

14  Q.   So as part of your practice, you would take on the role of

15  a -- forgive the inartfulness of this question, but a general

16  practitioner to some patients, and you would act as a

17  nephrologist with other patients, correct?

18  A.   Right, uh-huh (affirmative response).  But that's not

19  exactly right.  I was not a general practitioner.  I was internal

20  medicine.

21  Q.   Okay.  Explain to me for a layman what the difference is.

22  A.   That's a general practitioner for the adult.

23  Q.   Okay.

24  A.   So we don't see obstetrics, we don't do surgery and we don't

25  see children.

1  Q.   In the course of your practice, did you have the opportunity

2  to treat Lyndon Wright, the plaintiff in this matter?

3  A.   Yes, I did.

4  Q.   When do you first have note of seeing Mr. Wright in your

5  clinic?

6  A.   July 19th of year 2000.

7  Q.   Do you know how Mr. Wright came to be in your care?

8  A.   No, I don't.

9  Q.   Okay.  Was he a self-referral?  Was he referred by a doctor?

10  Do you have any indication of that from your notes?

11  A.   He was a self-referral, as far as I know.

12  Q.   When you have a new patient come in, what was your typical

13  course of practice in 2000 in terms of the intake and the

14  assessment of that particular individual's condition?

15  A.   Well, we would do a general physical -- a general physical

16  examination or a complete physical examination and all the

17  general laboratory work for them on usually the first visit; if

18  not the first visit, the next -- next visit or the third.

19  Q.   Okay.  Other than a physical examination and doing the lab

20  work on a particular individual, would you take a medical

21  history, for example?

22  A.   Oh, yes.  Uh-huh (affirmative response).

23  Q.   Okay.

24  A.   Complete medical history and physical.

25  Q.   What was his -- what was Mr. Wright's chief complaint when

1   he came to see you in July of 2000?

2   A.   He was always feeling tired and down as -- as he would put

3   it.

4   Q.   Okay.  So his complaints were of a general lethargy and --

5   and feeling down?

6   A.   Right.

7   Q.   Okay.  From that complaint, were you able to generate a

8   diagnosis based upon your examination of the patient?

9   A.   Well, I put down that he had asthenia, which is just general

10  weakness --

11  Q.   Okay.

12  A.   -- and nonspecific in nature.  And he had sexual dysfunction

13  and a congenital speech and hearing problem.  And then I

14  mentioned about some lab data that we found later.

15  Q.   Okay.  And what did you make mention of with respect to the

16  lab data?

17  A.   Well, he had an elevated homocystine level.

18  Q.   And what is that indicative of?

19  A.   Well, it is associated with vascular disease.  And we don't

20  really know exactly how, but it's an indicator that something may

21  be going on as far as the vascular system.

22  Q.   Okay.  Is it typical of men who have vascular problems that

23  they often suffer from erectile dysfunction?

24  A.   Oh, yes, uh-huh (affirmative response).

25  Q.   Is that one of the early indicators of a peripheral vascular

1  disease?

2  A.    It can be, uh-huh (affirmative response), in -- you know, in

3  some cases.

4  Q.    The always feeling tired and down, that -- is that something

5  that you take directly from the patient?

6  A.    Right.   That's more or less what he had said.

7  Q.    What he reported to you --

8  A.    Right.

9  Q.    -- correct?

10  A.    Uh-huh (affirmative response).

11  Q.    You make a note on the right side of your notes of

12  July 19th, 2000.   I believe it's at the bottom of those notes on

13  the far right-hand side.

14  A.    Uh-huh (affirmative response).

15  Q.    Could you read what you have there.

16  A.    He was saying that he was withdrawn, like when he was a

17  teenager.   He had experienced this before.

18  Q.    Did he elaborate on that, or do you have a recollection of

19  what he -- what you meant when you wrote that down in terms of

20  the problems that Mr. Wright had experienced from the time he was

21  a teenager?

22  A.    Well, like right above that, I just put, doesn't want to be

23  with people.   And other than that, we didn't do a whole lot of

24  talking.   I'm not a talker, and he's not a talker, so we didn't

25  elaborate too much.

1              MR. D'AMICO:  Two introverts.

2    Q.   So as of 2000, Mr. Wright reported to you that he was

3    withdrawn as he was when he was a teenager and he just didn't

4    want to be around people?

5    A.   Right.

6    Q.   Did that suggest to you an underlying psychological problem

7    with Mr. Wright?

8    A.   I thought it sounded like a symptom of depression of some

9    sort.

10   Q.   Did you make that diagnosis as of July of 2000?

11   A.   Not specifically at the bottom.  I mentioned over there -- I

12   guess I asked him if depression perhaps, in that same little

13   section over there.

14   Q.   Okay.  So you were considering the diagnosis of depression

15   as of your first visit with him in July of 2000, correct?

16   A.   Right, right.

17   Q.   Was there anything else of note regarding his physical

18   condition as of July 19th, 2000, that you've noted in your report

19   here?

20   A.   Not particularly, no.

21   Q.   What was Mr. Wright's chief complaint on August the 2nd, if

22   he had one?

23   A.   Lack of energy.

24   Q.   Under where you've recorded lack of energy on your notes,

25   what did you record there, that next line?

1    A.   He said that he used to be free-minded, but not now.   And,

2    again, he mentioned like back when he was a teen -- in his

3    teenage days.

4    Q.   What did you interpret that to mean when he told you he used

5    to be free-minded but he's not now?

6    A.   I thought it would be a symptom of depression.

7    Q.   I see lower in your notes of that day, you write the word

8    "depression," correct?

9    A.   Right, depression.

10   Q.   So as of August 2nd, 2000, had you diagnosed Mr. Wright with

11   depression?

12   A.   Right, I did.

13   Q.   And did you prescribe him medication to treat that

14   depression?

15   A.   Yes.   Effexor XR.

16   Q.   Okay.   What was the dosage that you were prescribing of

17   Effexor XR at that time?

18   A.   The starting dose of -- the smallest dose, 37.5 milligrams

19   for seven days, and then he was increased to double it to

20   75 milligrams for seven days, and then to go 150 milligrams

21   thereafter.   I think we gave him samples of the initial doses and

22   product description for the 150.

23   Q.   Okay.   So you basically had him on a graduated scale where

24   he would start with a lower dose and increase as tolerated up to

25   150 milligrams?

1  A.    Right.  Uh-huh (affirmative response).

2  Q.    When was your next visit with Mr. Wright?

3  A.    The same month, August 23rd of the year 2000.

4  Q.    And did Mr. Wright report to you as of August 23rd, 2000,

5  that he was experiencing any adverse side effects from taking the

6  Effexor?

7  A.    No, apparently not.

8  Q.    What did he report to you with respect to his physical

9  condition at that point in time?

10  A.    That he was still withdrawn and not eating very well.  And

11  he was to start the 150 milligram dose that day.

12  Q.    Okay.  And again, in your notes, you also reflect your

13  continuing diagnosis of depression; is that correct?

14  A.    Right.

15  Q.    When did you next see Mr. Wright?

16  A.    October the 3rd of the year 2000.

17  Q.    Did you prescribe any medication for either the premature

18  ejaculation or did you change the medication that he was on

19  relating to his emotional conditions?

20  A.    Right.  I told him to increase the Effexor up to the maximum

21  dose, which would be 225 milligrams.  Take a -- combine a

22  150 milligram with a 75 milligram for the next three weeks, and

23  call me in two weeks.  And try the Viagra for the sexual

24  dysfunction.

25  Q.    Did you prescribe him Viagra at that point, or did you

1    simply give him some samples of Viagra?

2    A.    I'm sure we gave him samples.

3    Q.    So as of October 31st, 2000, Mr. Wright was on the maximum

4    dose of Effexor that you could give him?

5    A.    Right.

6    Q.    What was the next occasion you had to see Mr. Wright?

7    A.    January 22nd of 2001.

8    Q.    Okay.  What did he report to you as of that date?

9    A.    Well, he was feeling pretty good.  He took the increased

10   dose of the medication, but he was talking in his sleep so he

11   went back down to the 150 milligram dose.

12   Q.    Okay.  Is that a common issue with patients, that they'll

13   take a medication until they feel better and then they'll cut

14   back on the medication?

15   A.    Right.  Of course, if they notice some -- what he thinks

16   were some side effects, he would cut back on the dose.

17   Q.    Did he tell you that the Effexor was interfering with his

18   sleep patterns or simply that he was talking in his sleep?

19   A.    Well, he just said he was talking in his sleep, so it

20   concerned him enough to change the medicine dose.

21   Q.    So that was a change that he personally made; that was not a

22   change that you recommended he make?

23   A.    Right, right.

24   Q.    Did he relay any other information to you about the Viagra

25   or any other of the medications he was on?

1  A.   He did mention that the Viagra worked.

2  Q.   Okay.

3  A.   And he mentioned his tension level was -- he was more

4  relaxed, and he didn't feel he had any real depression now.  He

5  was interacting with people better, and he wasn't so withdrawn.

6  Q.   And so from your perspective as his treating physician, were

7  you comfortable with him reducing his dosage to 150 milligrams?

8  A.   Right, uh-huh (affirmative response).

9  Q.   And what was your recommendation to him as of January 22nd,

10  '01, regarding what he should do in terms of maintaining his

11  condition?

12  A.   That he should continue that medication for several years.

13  If it worked on someone, they'd need to take it for a couple of

14  years for it to continue working.

15  Q.   All right.  Doctor, what was the next occasion you had to

16  visit with Mr. Wright?

17  A.   July the 9th of 2001.

18  Q.   And what did Mr. Wright report to you regarding his physical

19  and emotional conditions on those days?

20  A.   That he was feeling okay.  His appetite was okay.  He was --

21  but he was off the Effexor for two months, and he continued to

22  feel okay.

23  Q.   His taking himself off Effexor was against medical advice;

24  isn't that true?

25  A.   Right, uh-huh (affirmative response).

1  Q.   When Mr. Wright appeared for his July 9th, 2001, visit, he

2  relayed to you that he had stopped using Effexor, correct?

3  A.   Right.

4  Q.   Was that decision made by the patient to stop using the

5  Effexor?

6  A.   Right, it was, uh-huh (affirmative response).

7  Q.   And how would you characterize that in terms of whether it

8  was or was not against medical advice?

9  A.   Well, it didn't phase me.  I mean, it's a normal -- very

10  common thing for patients to stop medicines when they feel good.

11  Q.   But is it appropriate medically?

12  A.   No.

13  Q.   All right.  Let's talk about the next time you had the

14  chance to visit with Mr. Wright was October 29th, 2001.  What did

15  he relate to you about his medical condition on October 29th,

16  2001?

17  A.   That he was feeling okay, but he had lost some weight and

18  his mood was not good.  And he wanted something for his appetite,

19  an appetite pill.

20      He stopped the Effexor due to finances, so it was too

21  expensive for him.  And he wanted to get blood work, again, which

22  when he mentioned blood work it was usually related to sexually

23  transmitted diseases and other general blood work, too.  So I

24  think that's why we did another battery of the blood tests.

25  Q.   So Mr. Wright relays to you that he takes himself off

1   Effexor as of July, and by October his mood is no longer good?

2   A.   Right, uh-huh (affirmative response).

3   Q.   Did you attribute his mood not being good to the fact that

4   he had taken himself off Effexor?

5   A.   I figured perhaps.

6   Q.   Well, more likely than not would you say that his mood was

7   not good due to the fact he was not taking the medication that

8   you had prescribed for his depression?

9   A.   Well, perhaps, although -- it could have been, but the -- he

10  has these mood swings, and it was just natural -- a natural

11  period he was having with the ups and downs of his mood, and

12  maybe the medicine didn't have anything to do with it at all.

13  We'd like to think it did, but it may not have.

14  Q.   But, Doctor, when we weigh things on a scale, if you were to

15  say more probably than not the reason that Mr. Wright's mood was

16  not good in October of 2001, would you say it was more likely

17  than not due to the fact he wasn't taking the medication you had

18  prescribed for him for depression?

19  A.   Yeah.  Quite possibly, yes, uh-huh (affirmative response).

20  Q.   He also requested blood work due to a concern over sexually

21  transmitted diseases?

22  A.   Right.

23  Q.   And what specific diseases was Mr. Wright concerned about?

24  A.   Well, he didn't mention, and so we just have a standard set

25  of tests that we do.

1  Q.   And what do you test for?

2  A.   We test for syphilis and HIV and, I guess at some point,

3  hepatitis tests.

4  Q.   So that's a test you have to order separately from a typical

5  blood workup, correct?

6  A.   Right.

7  Q.   Okay.  And in this case, it was at the request of the

8  patient that he be screened for these diseases?

9  A.   Right.  Now, I might have done some of them initially, but

10 he wanted them done periodically.

11 Q.   Did he indicate to you that he believed he had been exposed

12 to HIV?

13 A.   Well, by wanting the tests, I assumed that.

14 Q.   And is HIV a potentially life-threatening disease?

15 A.   Yes, absolutely.

16 Q.   Is hepatitis potentially life threatening?

17 A.   Yes, uh-huh (affirmative response).

18 Q.   Anything else about the October 29th visit of 2001?

19 A.   His physical exam was normal.  And then I rewrote the

20 impression was that he had depression and asked him to restart

21 the Effexor.  And then I prescribed the Periactin four milligrams

22 for his appetite.

23 Q.   And the Periactin is an appetite stimulant?

24 A.   Right.  It's an antihistamine, but it has a side effect of

25 increasing appetite, so it's been used for that for a long time

1   and has no other real side effects.  So we use that frequently.

2   Q.    Okay.  But the Periactin also has the added benefit of being

3   an antihistamine, which means it suppresses his histamine

4   response or his allergic response to various allergins, correct?

5   A.    It could, uh-huh (affirmative response).

6   Q.    When was the next time that you saw Mr. Wright?

7   A.    December 19th of 2001.

8   Q.    Okay.  And what did Mr. Wright relate to you about his

9   physical and emotional conditions at that point in time?

10  A.    That he was feeling okay.  He was back on the Effexor.  His

11  weight was stable, actually had gone back up somewhat.  And he

12  was having a lot of phlegm frequently and had some head

13  congestion.

14  Q.    Okay.  So in December of 2001, Mr. Wright relates to you

15  that he has phlegm often and some head congestion, correct?

16  A.    Right.

17  Q.    Did you at that point perform any tests to determine whether

18  he was suffering from a viral infection, bacterial infection or

19  some other condition?

20  A.    No.  We just thought it was the usual phlegm problems of

21  New Orleans.

22  Q.    And what are those?

23  A.    Usually sinus drip with a mucous.

24  Q.    And you said the usual phlegm problems of New Orleans.  How

25  many of your patients suffer from conditions similar to that?

1  A.    I guess the majority of them.

2  Q.    The majority of your patients?

3  A.    Uh-huh (affirmative response).

4  Q.    Did you prescribe any medication or recommend any change in

5  activities to address that issue?

6  A.    No.  I told him to try some Allegra-D, I guess it was

7  samples probably, for the congestion problem.

8  Q.    Uh-huh (affirmative response.)  Was he to continue using the

9  Periactin and the Effexor in conjunction with the Allegra-D?

10  A.    Right, uh-huh (affirmative response).

11  Q.    When did you next have the opportunity to visit with

12  Mr. Wright?

13  A.    April the 29th of 2002.

14  Q.    Okay.  And what was his complaint as of April 29th, 2002?

15  A.    He was having a tingling feeling in his left side of his

16  face and his left hand and arm for a couple months.  He said it

17  would occur frequently, and they would occur together, the face

18  and the arm.  Last about -- last somewhat less than an hour, then

19  it would go away.

20  Q.    So he relayed to you as of April 2000 that he was having a

21  tingling feeling in his face and arm that radiated to his hand,

22  and he had been having that problem for more than -- for

23  approximately two months at that point in time?

24  A.    Right.  But he also said he would -- would get in it the

25  past, but less often than he was getting it now.

1   Q.   When a patient comes in and complains of paresthesia, which

2   you've diagnosed here, or loss of sensation or tingling

3   sensation, what steps did you take as a clinician to determine

4   the source of those problems?

5   A.   I ordered the CAT scan of the brain, more blood work and a

6   carotid ultrasound, and told him to come back in a month.

7   Q.   Were you ever able to diagnose the cause of the paresthesia

8   that Mr. Wright complained of in April of 2002?

9   A.   No.

10  Q.   Mr. Wright came back a month later in May of 2002, correct?

11  A.   May 29th of '02, correct.

12  Q.   And he reported to you at that time that he continued to

13  feel the tingling feeling, correct?

14  A.   Right, uh-huh (affirmative response).

15  Q.   When was your next occasion to see Mr. Wright?

16  A.   October the 8th of 2002.

17  Q.   Okay.  During the period from April through May, is he still

18  on all the same medication we discussed, the folic acid, the

19  Periactin, the Effexor and the Allegra-D?

20  A.   Right.  Well, the Allegra-D may or may not have been on

21  because that was samples, and he had probably ran out of those.

22  Q.   What was his complaint as of October 8th, 2002, regarding

23  his mental or emotional -- physical or emotional conditions?

24  A.   That he had fever of 101 that was up and down, had started

25  the Sunday night before.

1    Q.    Okay.

2    A.    He had body aches all over, a little bit of a cough, no sore

3    throat.  He had some diarrhea Saturday and Sunday.  He had had a

4    sharp pain in his left chest at work one time the previous

5    Thursday.

6    Q.    Uh-huh (affirmative response).

7    A.    And that was all he complained of.

8    Q.    Okay.  So what did you attribute this sharp chest pain in

9    his left side to?

10   A.    Nothing specific, just a muscle chest pain or something.

11   Q.    Okay.  Did you order any tests to determine what the cause

12   of that sharp chest pain was?

13   A.    His chest x-ray.  That was -- that's when we got the x-ray.

14   Q.    Okay.  What did the chest x-ray of Mr. Wright taken

15   October -- in October of 2002 reveal to you?

16   A.    I think that's when we noticed the scoliosis, but it was

17   normal otherwise.

18   Q.    How would you classify his scoliosis?

19   A.    It looked fairly severe.

20   Q.    Is it progressive?

21   A.    I don't know.  I didn't have enough to -- data to go, I

22   suppose, as far as that.

23   Q.    Do you treat many people with scoliosis?

24   A.    Well, a fair number.

25   Q.    In terms of the severity of the scoliosis, Mr. Wright would

1  be close to the top in terms of the amount of bend that's in his

2  spine, correct?

3  A.    Right.

4  Q.    Do you know if scoliosis causes a problem with breathing?

5  A.    I guess if it's severe enough it could at some point.

6  Q.    Because the scoliosis puts pressure on the chest wall,

7  doesn't it?

8  A.    Right, uh-huh (affirmative response).

9  Q.    And it reduces lung function, correct?

10  A.    Yeah, on the one side.

11  Q.    He relates to you that he has the body aches all over.  He's

12  got a productive cough with no sore throat, a fever.  Based upon

13  all of those issues, did you reach a diagnosis of what was

14  causing this symptomology?

15  A.    Well, he had a viral syndrome and told him to take Tylenol.

16  Q.    As of October 8th, 2002, was Mr. Wright on all of those

17  three medications that we discussed before, the Periactin, the

18  Effexor and the folic acid?

19  A.    As far as I knew, uh-huh (affirmative response).

20  Q.    What was your next occasion to visit with Mr. Wright?

21  A.    January 17th of '03.

22  Q.    So even though he had gotten over the viral syndrome that

23  you had previously diagnosed, Mr. Wright reported to you as of

24  January of '03 that he was still experiencing a sharp pain in his

25  left chest up to his head?

1   A.    Yeah, right.

2   Q.    And even though he was on Viagra at this point in time in

3   January of '03, Mr. Wright reported to you that he was still

4   having problems with sexual desire?

5   A.    Right.

6   Q.    And he was suffering from a lack of sexual desire at that

7   point?

8   A.    Right, uh-huh (affirmative response).

9   Q.    Was there anything else that was unusual about his physical

10  examination at that point in time in January of '03?

11  A.    No, except that his blood pressure was still elevated on

12  diastolic, the 88.

13  Q.    Uh-huh (affirmative response).  So he was still borderline

14  hypertensive as of January of '03?

15  A.    Right.

16  Q.    What medication did you prescribe as of January 17th, '03,

17  for Mr. Wright?

18  A.    The Viagra.  I told him to use the Viagra, again.  And DHEA,

19  which is an over-the-counter hormone-type medication that helps

20  the sexual desire.

21  Q.    Okay.  Anything else?

22  A.    No.  Told him to come back in three months and have a

23  complete physical again.

24  Q.    Was he to continue his other medications?

25  A.    Right.  Continue his medicines as at present.

1  Q.   And that would be the Effexor and the Periactin?

2  A.   Right, the folic acid.

3  Q.   Okay.  So between his visit of January of '03 and

4  April 11th, '03, he had a bone density scan on April the 2nd of

5  2003, correct?

6  A.   Well, April the 3rd --

7  Q.   April the 3rd, excuse me.

8  A.   -- of '03, yes.

9  Q.   And you reviewed that bone density scan before you met with

10  Mr. Wright on the 11th; is that correct?

11  A.   Right.

12  Q.   And what were the results of the bone density scan as you

13  interpreted them?

14  A.   He had severe osteoporosis.

15  Q.   Okay.  And so you diagnosed Mr. Wright with severe

16  osteoporosis in 2003, correct?

17  A.   Right.

18  Q.   The use of alcohol, for someone with osteoporosis is it

19  recommended that they use alcohol on a regular basis?

20  A.   No.  No.

21  Q.   That would not be a recommendation that you would make to

22  Mr. Wright in terms of use of alcohol given his -- his severe

23  osteoporosis?

24  A.   No, huh-uh (negative response).

25  Q.   When was the next occasion you had to treat Mr. Wright?

1   A.    August the 1st of 2003.

2   Q.    Okay.  And what was the reason for the visit there?

3   A.    I presume it was a routine visit.  I told him to come back

4   in four months, and that was four months later.

5   Q.    So this was just a routine follow-up?

6   A.    Right.

7   Q.    What did Mr. Wright tell you about his physical and

8   emotional condition as of that date?

9   A.    Basically just -- just that he was feeling good.

10  Q.    Okay.

11  A.    Didn't have any real specific complaints.

12  Q.    When was your next occasion to see Mr. Wright?

13  A.    December the 1st.  I told him to come back in four months,

14  which -- and this was four months.  December the 1st of '03.

15  Q.    And what did Mr. Wright relate to you regarding his physical

16  and/or emotional conditions?

17  A.    Well, we noticed he had gained two pounds and didn't have

18  any specific complaints.  Blood pressure was 120/80.  He had some

19  mild wheezes on the left side when I listened to his lungs, and

20  he was not smoking.

21  Q.    What was of significance to you with respect to the wheezing

22  that you noted in his left lung?

23  A.    Didn't have any specific indication at the time.  I just

24  noted it because he had had complaints about it.  And, in fact,

25  he wasn't smoking.  That was just more to make sure he wasn't

1    smoking.

2    Q.    What about smoking was it that would have concerned you if

3    he had had wheezing in his left lung?

4    A.    Well, that the wheezing was from the smoking, and I didn't

5    want him smoking.

6    Q.    Did you ask him if he'd ever had any damage to his lungs?

7    A.    No.  I didn't ask him.

8    Q.    I want you to assume, Doctor, that Mr. Wright had been

9    exposed to chlorine gas and that he will offer testimony that a

10   doctor had told him it had deadened the fibers in his lungs.  Is

11   that information that you would have liked to have known when you

12   observed this wheezing in December of '03?

13   A.    Well, maybe.  I guess it would have shed a little background

14   maybe.  But this was just -- I mean, when you listen to people's

15   lungs, sometimes you'll hear some wheezing, and of no real

16   consequence.  It's just a temporary thing from a plugged bronchus

17   or something at the moment.

18   Q.    Okay.  So you believed as of December of '03 that the

19   wheezing was caused by some chest congestion in the left lobe of

20   his lungs?

21   A.    Right.  I assumed it would be just a temporary thing of no

22   consequence.

23   Q.    When was the next occasion he had to come and visit with

24   you?

25   A.    He came in for hepatitis vaccine, the second dose.  And then

1    I saw him when his third dose was due, June the 2nd of '04.

2    Q.    Very good.  What did he relate to you as of June of '04 --

3    June 2nd of '04, regarding his physical and/or emotional

4    conditions?

5    A.    That he was feeling okay.  His appetite was good.  He was on

6    the Viagra.

7    Q.    There is a note at the bottom left of the 6/24/04 visit.

8    Could you take me through what that note indicates?

9    A.    About the Levitra --

10   Q.    Yes.

11   A.    -- samples?  We gave him Levitra samples.  I guess that's

12   what we had in the office at the time, as opposed to the Viagra,

13   and to return in three months for a complete physical again.

14   Q.    And why was it that he was to return in three months for a

15   complete physical?

16   A.    Well, when people have problems as he has, we do one every

17   year.

18   Q.    Okay.  And when you say problems as he has, what specific

19   problems were you referring to?

20   A.    The osteoporosis and his depression problems that he had in

21   the past, but mostly the osteoporosis and his blood pressure

22   concern.

23   Q.    With respect to someone who also has scoliosis, should they

24   see a doctor on a regular basis to ensure that the scoliosis is

25   not progressing?

1  A.   Well, in my opinion, treat the medical problems, and it's

2  going to -- it's going to do what it wants to do.  I don't think

3  there is any way you can really stop it.

4       But with his osteoporosis, he definitely is at risk for

5  getting worse, so he needs to have the osteoporosis vigorously

6  treated.

7  Q.   So due to the fact he has osteoporosis, in your medical

8  opinion, Doctor, he should be seen by a doctor on a regular

9  basis; is that correct?

10 A.   Right.

11 Q.   And how often would you recommend that he sees a doctor for

12 his osteoporosis?

13 A.   Every year.  Well, even more often than that for his

14 osteoporosis.

15 Q.   Okay.  Maybe twice a year?

16 A.   At least twice a year.

17 Q.   Were there any additional medications prescribed after the

18 8/25/04 visit?

19 A.   No.  I just reiterated about continuing his present

20 medicines and about his scoliosis.

21 Q.   And what about his scoliosis was it?

22 A.   Well, that he should continue the medicine or his scoliosis

23 was going to get worse.

24 Q.   Which medicine should he continue?

25 A.   That was the Actonel for the osteoporosis.

1   Q.   Well, you said scoliosis, so I'm just trying to be clear.

2   You told him to continue his medication or his osteoporosis would

3   get worse, not his scoliosis, correct?

4   A.   No, both.  In other words, his scoliosis would get worse if

5   he doesn't treat his osteoporosis.

6   Q.   Let me ask you before we get to that visit, I have some

7   pharmacy records which indicate that you were prescribing

8   cyproheptadine to Mr. Wright.  Is that a generic name for one of

9   these medications?

10   A.   That's the Periactin.

11   Q.   And then the final -- let me see, the next visit I have is

12   September 26, 2005.  Is that your next visit with Mr. Wright?

13   A.   Right.

14   Q.   Okay.  Take me through what his complaints are regarding his

15   physical and -- and/or emotional conditions at that point.

16   A.   Well, he said he had some changes in his body, as he put it.

17   Q.   Uh-huh (affirmative response).

18   A.   That for one-and-a-half months he was having loose bowels,

19   very soft and watery, rumbling in his stomach area constantly,

20   but he was also only having bowel movements once every two to

21   three days, where usually he had had them every day.

22   Q.   Uh-huh (affirmative response).

23   A.   But there was no blood in the stool.

24   Q.   You have a note down at the bottom of the right-hand side of

25   your notes here.  Could you read what that -- what's written

1   there, Doctor?

2   A.   He also said that he was impotent now but the libido was

3   okay.  So desire was there, but he was impotent.

4   Q.   Was he still taking all of the other medications that we've

5   talked about at this point in time?

6   A.   Right, uh-huh (affirmative response).

7   Q.   And that would the folic acid, the Effexor, the Periactin or

8   the -- which is also known as cyproheptadine -- cyproheptadine,

9   excuse me.  Anything else?

10  A.   And the Actonel.

11  Q.   Okay.

12  A.   And at this time I gave him samples of Cialis.  I guess we

13  have samples of Cialis at the time.

14  Q.   Were there any other recommendations that you made for

15  Mr. Wright as of your last visit of 12/14/05?

16  A.   No.  That was about it.

17  Q.   Okay.  And was he to remain on the same medications that

18  we've discussed in terms of the Periactin, the folic acid, the

19  Citracal, the Effexor and the Viagra to the extent he took it?

20  A.   And then Actonel.  Yeah, Actonel -- right.

21  Q.   All right.  The next note that I have is a note from --

22  A.   Do you want that back?

23  Q.   Yes.  Thank you, Doctor.  I'll mark it as Exhibit 5.  It is

24  another note from February the 3rd, 2004.  And I'll hand that to

25  you, Doctor, and say, is that a note that was typically contained

1   in your file from your office?

2   A.   Right.  Uh-huh (affirmative response).

3   Q.   Okay.  And in that note, could you read what Mr. Wright

4   complained to your office of?

5   A.   Let's see, for three weeks he had a sore throat that won't

6   go away.  When he wakes up from a nap or sleeping has a lot of

7   cold, it's spelled C-O-L-E, in his eyes.  Started around when he

8   got his hepatitis shot.  And I wrote -- I think I wrote in my own

9   handwriting of what to give him, Allegra-D, for that, and Amoxil,

10  generic Amoxicillin.

11  Q.   So you believed at that point that he had had a bacterial

12  infection resulting in conjunctivitis, in other words, with the

13  cold in his eye?

14  A.   That and a sore throat, right.

15  Q.   And had a sore throat for three weeks which would not go

16  away?

17  A.   Right.

18  Q.   Do you recall ever having a conversation with Mr. Wright as

19  to whether that treatment was effective?

20  A.   I don't recall, no.

21  Q.   Now, here is another note dated October 11th, 2004, Doctor,

22  and I'll mark this as Exhibit 6.

23       I'll hand you that.  Is that a -- do you recognize that as a

24  note from your office regarding contact made by Lyndon Wright?

25  A.   Yes, uh-huh (affirmative response).

1   Q.   And can you read to us what the complaint that Mr. Wright is
2   making as of that date?
3   A.   He was out of work since October the 4th due to ear
4   infection.  He said he's been having them since he was young, and
5   he takes care of them on his own.  His job wants a note from a
6   physician stating he was -- he was out.  Will you do it?  I think
7   my partner said yes.  It could have been mine.
8   Q.   Let me hand you the last note we have from July 12, 2005.
9   I'm going to mark this as Exhibit 7.
10      Doctor, do you recognize that as a note from your file
11  relating to contact from Mr. Wright?
12  A.   Yeah.  It looks like it probably would have been.
13  Q.   Would you relate to us what -- the complaints Mr. Wright was
14  making to your office as of that date in July 2005?
15  A.   Okay.  Patient had a change in his bowel movements now for
16  about three weeks, only gets gas.  Also has sexually -- sexual
17  motivation has decreased.  Worried he may have prostate problem.
18  Also he is experiencing erectile dysfunction in the AM and
19  throughout the day.  What do you suggest he does?  Should he see
20  urologist and, if yes, who do you recommend?
21      And I said, You could see Dr. Neil Baum and preferably get
22  his annual blood work repeated before he goes, like one month.
23  But then somebody says they called and there was no answer.
24  Q.   If Mr. Wright has told some experts in this case that he
25  never suffered from sexual dysfunction before moving into this

1    trailer, you would disagree with this -- well, let me -- let me

2    back up.

3        I want you to assume that Mr. Wright moved into a FEMA

4    travel trailer on or about March of 2006, and that he stated

5    something to that effect.  If he told an expert in this case that

6    he had not suffered from sexual dysfunction before that date,

7    before March of 2006, you would disagree with that statement?

8    A.   Yes, correct.

9    Q.   Okay.  Did you diagnose him with depression?

10   A.   Yes, uh-huh (affirmative response).

11   Q.   Osteoporosis, have you diagnosed Mr. Wright with

12   osteoporosis?

13   A.   Yes, uh-huh (affirmative response).

14   Q.   Had you diagnosed Mr. Wright with erectile dysfunction?

15   A.   Yes.

16   Q.   Had you diagnosed Mr. Wright as suffering from a viral

17   syndrome?

18   A.   Yes, uh-huh (affirmative response).

19   Q.   Had you diagnosed Mr. Wright as suffering from numbness of

20   the hands and bacterial conjunctivitis?

21   A.   Yeah.

22   Q.   Thank you, Doctor.

23        And, Doctor, did you also diagnose that Mr. Wright suffered

24   from severe upper thoracic scoliosis as of that date?

25   A.   Yes, uh-huh (affirmative response).

1    Q.    My name is Michelle Greif.  I'm with the Justice Department.

2          You discussed that Lyndon Wright had a head CT scan --

3    A.    Right.

4    Q.    -- in May of 2002.

5    A.    Uh-huh (affirmative response).

6    Q.    And the purpose of that scan was because he was having

7    dizziness and then left-sided weakness; is that correct?

8    A.    He was having the neurological symptoms, yeah, the weakness

9    and numbness on the side.

10   Q.    Did this scan evaluate his sinuses?

11   A.    You would normally see them in the scan.

12   Q.    And was there any -- did the scan reveal anything concerning

13   his sinuses?

14   A.    Let me see.  As I just said, normal, unenhanced and contrast

15   enhanced head CT.

16         They did mention the visualized portions of the paranasal

17   sinuses and the orbital contents are grossly unremarkable in

18   appearance.  That's all they mentioned about the sinuses.

19   Q.    How is it that Lyndon became your patient?

20   A.    I don't know.  He just -- I just -- he just made an

21   appointment, and I saw him.

22   Q.    Now, we've been sitting here discussing Lyndon's personal

23   details and his medical records before this jury for two hours

24   now, and it occurs to me that the jury doesn't know anything

25   about Lyndon.  What kind of person is Lyndon in your opinion?

1    A.   He was a very nice person, very reliable.  Faithfully made

2    his appointments.  He was sort of very down to earth.  He was --

3    and always up front with his problems.  And didn't speak a whole

4    lot, but was mostly a very reliable patient who would return

5    faithfully for his visits.

6    Q.   Now, you had an occasion -- or had occasions to see him over

7    the span of five years; is that correct?

8    A.   Uh-huh (affirmative response).

9    Q.   And during those five years, did you have an opportunity to

10   learn anything about Lyndon's veracity as a patient?

11   A.   Well, he seemed to -- everything seemed to -- well, he just

12   seemed to be honest, and throughout the time I didn't have any

13   reason to question his sincerity, you know.

14   Q.   I'd like you to describe for the jury a little bit about

15   Lyndon's personality.  Is it fair to state that he is shy,

16   somewhat reserved?

17   A.   Yeah.  He's kind of quiet and didn't talk a whole lot.

18   Q.   Some patients I know you see complain a lot and talk a lot.

19   Was Lyndon one of those patients?

20   A.   No, he spoke only when spoken to.  So, in other words, some

21   people just answer the questions and that was it, wouldn't

22   elaborate too much.

23   Q.   I believe it was July 19th, 2000, was your first office

24   visit with Lyndon Wright; is that correct?

25   A.   Right, uh-huh (affirmative response).

1  Q.   And what was he coming to see you about?

2  A.   About feeling tired and the depression symptoms, it seems to

3  me.

4  Q.   All right.  He seemed to be depressed and feeling tired,

5  correct?

6  A.   Right.

7  Q.   Did he also complain about any erectile dysfunction

8  problems?

9  A.   At that time, I don't think so at that time.

10  Q.   He still --

11  A.   Well, yeah, he must have said something because I put -- at

12  the bottom I put sexual dysfunction.

13  Q.   You treated Lyndon, as I understood it, from July 19th,

14  2000.  You saw him again on August 2nd, 2000, and he was still

15  complaining of a lack of energy, correct?

16  A.   That's correct.

17  Q.   And he said it reminded him of his younger days?

18  A.   Right, when he was a teenager.

19  Q.   And he had some signs of depression, correct?

20  A.   Right.

21  Q.   And, again, you saw him on October 31st of 2000, correct?

22  A.   Right.

23  Q.   And he was -- you state, he was avoiding customers, having

24  some sexual dysfunction.

25       At that time, Doctor, do you know if Lyndon was sexually

1 active, to your knowledge?

2 A.   No, I don't really know he was sexually active.  He was

3 having sexual problems, sexual function problems.

4 Q.   All right.  And also, I believe, on that October 31st, 2000,

5 visit, you advised him, because he was still having these anxiety

6 problems, you wanted to increase the dose of his Effexor to the

7 maximum dose of 225 milligrams; is that correct?

8 A.   Right, uh-huh (affirmative response).

9 Q.   And you started a new medication on that date.  What was

10 that?

11 A.   Viagra.

12 Q.   And the Viagra, what was that prescribed to treat in

13 particular?

14 A.   Well, any sexual malfunction that he had.

15 Q.   And so after prescribing Viagra on October 31st, 2000, when

16 is the next occasion that you had to see Lyndon?

17 A.   That January of '01, the following January.

18 Q.   And what did he report to you on January 22nd of '01, after

19 taking the Viagra?

20 A.   Well, that he was feeling pretty good; that he had taken the

21 increased dose of the medication, but he found himself talking in

22 his sleep, so he decreased it down to the 150 milligram dose.

23 Q.   Did he say anything about how the Viagra was working?

24 A.   Yeah.  Well, he said it worked.

25 Q.   He said it worked.  And did that seem to perk up his

1  spirits?

2  A.   Well, I mean, his spirits were better.  I mean, I don't know

3  whether it was from the Viagra.  It could have been.

4  Q.   Sometime after this, though, he took himself off of the

5  Effexor, correct?

6  A.   Right, uh-huh (affirmative response).

7  Q.   Because he didn't feel -- why did he do that?  Do you know

8  why he took himself off the Effexor?

9  A.   It was too expensive.

10 Q.   Okay.  And did he say that he didn't feel like he needed it

11 any longer?

12 A.   No, but I kind of inferred that, also.  But he did mention

13 it was because of finances, he couldn't afford it.

14 Q.   Did he have any adverse side effects from abruptly ceasing

15 the Effexor?

16 A.   Not that I recall.

17 Q.   So if I understand you, on January 22nd, '01, when you see

18 him, and now you've be seeing him for several months, he comes in

19 and he tells you the Viagra worked and he's feeling pretty good?

20 A.   Uh-huh (affirmative response).

21 Q.   Correct?

22 A.   Right.

23 Q.   Did he ever tell you the Effexor made him feel tired?

24 A.   I don't think so.

25 Q.   All right.  You were asked about feelings of depression and

1  a diagnosis of depression.  Do you recall that?

2  A.   Uh-huh (affirmative response), yes.

3  Q.   And you testified that you prescribed the Effexor for those

4  feelings, correct?

5  A.   That's correct.  Yes.

6  Q.   Did you ever tell Mr. Wright at that time that he was

7  supposed to take the Effexor for a number of years?

8  A.   I did.

9  Q.   When did you tell him that?

10  A.   January of '01.  January 22nd.

11  Q.   January 22nd, '01, when he came in and told you he had

12  stopped taking the Effexor?

13  A.   Right.

14  Q.   All right.

15  A.   Well, he had increased the dose.

16  Q.   He had decreased the dose.

17  A.   He's still on the Effexor.

18  Q.   Okay.  When did he stop taking the Effexor?

19  A.   I think that was the next visit, that July of -- July 9th of

20  '01, because that was about six months later.

21  Q.   Okay.  What was your understanding, was it that he was

22  sexually active and that he wanted to find out if he had been

23  exposed and caught any diseases?

24  A.   Right, right.  He was up on his sexually transmitted

25  diseases and wanted to make sure he didn't get them.

1   Q.   All right.  Do you believe that Lyndon was acting

2   responsible in asking to be tested if he was sexually active?

3   A.   Yes, he was.

4   Q.   You were asked some questions about the scoliosis and its

5   possibility to put pressure on the lung; do you recall those

6   questions?

7   A.   No, I don't.

8   Q.   Did you ever order a lung capacity exam for Lyndon Wright?

9   A.   No.

10  Q.   During the time that you treated Lyndon for his various

11  complaints, did you ever diagnose him with asthma?

12  A.   No.

13  Q.   Now, you were asked about viral syndromes that you had

14  diagnosed in Mr. Wright.  Do you recall that?

15  A.   Yes, uh-huh (affirmative response).

16  Q.   What viral syndromes had you diagnosed in Mr. Wright?

17  A.   Well, an upper respiratory infection, like a cold or

18  something of that nature.

19  Q.   Cold or flu type viruses?

20  A.   Cold or flu type virus.

21  Q.   Now, on January 17, '03, I believe you said he came in

22  complaining of a sharp pain in his left chest that went up to the

23  head --

24  A.   Uh-huh (affirmative response).

25  Q.   -- correct?

1   A.   Correct.

2   Q.   Now, you testified that Lyndon suffers from a vitamin D

3   deficiency; is that correct?

4   A.   Now, when was that?

5   Q.   April 11th, '03, I have a note for vitamin D deficiency.   In

6   your opinion, did Lyndon suffer from a vitamin D deficiency?

7   A.   At that time, I'm not sure.   There is a note about that in

8   here?   I don't think it really mentions in that physical.

9   Q.   Was there --

10  A.   Because I put a note saying, osteoporosis, secondary causes,

11  rule out --

12  Q.   I see.

13  A.   -- so.

14  Q.   Was there ever an occasion or a time when you learned that

15  Lyndon did, in fact, suffer from a vitamin D deficiency?

16  A.   I think my partner found that out after I left.

17  Q.   After you left.   So while you were treating him, you had not

18  discovered that yet?

19  A.   I don't think so.

20  Q.   Okay.   I wanted to clarify that.

21       Now, you were asked about Lyndon being lactose intolerant.

22  When was that diagnosis made that he was lactose intolerant?

23  A.   I think Frank Cruz made that diagnosis.

24  Q.   All right.   That was after you stopped treating him?

25  A.   After I stopped treating him.

1  Q.    Okay.  You never made that diagnosis?

2  A.    No.

3  Q.    And from what you've -- you've had an opportunity to meet

4  with Lyndon and talk to him and learn a little bit about him.  Do

5  you think that Lyndon ever suffered from the classic clinical

6  depression?

7  A.    To some extent he seemed to have maybe real depression.

8  Q.    And do you know what the causes of that were?  Did you

9  discuss his family history, his background and those things and

10  try to do a psychological diagnosis to find out the etiology of

11  those symptoms?

12  A.    Well, to some extent.  We would ask some limited number of

13  questions and -- but, I didn't really find any real reason.

14  Q.    In hindsight and in looking at these records, do you think

15  it had something to do with his erectile dysfunction?

16  A.    That could be part of it.

17  Q.    If Lyndon were to state that, would you have any reason to

18  dispute it?

19  A.    No.  Unh-unh (negative response).

20  Q.    And from my review of the records, and I just want to be

21  clear about this, it appears that Lyndon took the Effexor from

22  July (sic) '01 to January 22nd, '01, and then took himself off of

23  it sometime after that?

24  A.    Uh-huh (affirmative response).

25  Q.    Correct?

1    A.    Correct.

2    Q.    And I believe you also told Mr. Bone that you thought that

3    these depression-type symptoms seemed to be more of a -- let me

4    use your exact words -- cyclical --

5    A.    Uh-huh (affirmative response).

6    Q.    -- type thing?

7    A.    Correct.

8    Q.    Okay.  And did you ever feel it necessary to refer him to a

9    psychiatrist or a psychologist for treatment of those symptoms?

10   A.    No.

11   Q.    Did it ever reach a level that you thought it was a severe

12   problem in his life that needed attention?

13   A.    No, other than trying medication to see if it helped.

14   Q.    All right.  And -- and, again, we've already discussed that

15   he took that for four or five months and then stopped taking the

16   medication, correct?

17   A.    Correct.

18   Q.    Now, I believe on January 1st, '03, you diagnosed a mild

19   wheezing and a chest congestion.

20   A.    Uh-huh (affirmative response).

21   Q.    And you wanted to, again, inquire if Lyndon was a smoker at

22   that time, correct?

23   A.    Correct.

24   Q.    And you verified that he was a nonsmoker?

25   A.    Right.

1   Q.   And what was your eventual conclusions about that mild

2   wheezing or chest congestion?

3   A.   I didn't really make any specific diagnosis or anything.  I

4   didn't think it was necessarily of any importance.

5   Q.   All right.  Were you concerned that he was suffering from

6   asthma?

7   A.   No.

8   Q.   Were you concerned that he was having any severe breathing

9   problems that needed further diagnostic work-up?

10  A.   No.

11  Q.   And, again, I believe you said on August 25th, '04, when you

12  saw him, his energy was good, his weight was stable, still not

13  smoking, and drinking alcohol moderately.

14  A.   Right.

15  Q.   Is that what you stated?

16  A.   Right.

17  Q.   And, again, you made the comment that we don't know what

18  that means --

19  A.   Exactly.

20  Q.   -- in Louisiana, but we'd have is to ask Lyndon --

21  A.   Right.

22  Q.   -- what that means?

23  A.   Correct.

24  Q.   Did you ever get the impression that Lyndon had a problem

25  with alcohol?

1  A.   No.

2  Q.   I believe you said he did a lot of walking; isn't that

3  correct?

4  A.   Right, at work.

5  Q.   At work.

6  A.   Uh-huh (affirmative response).

7  Q.   And did he ever tell you he had problems walking?

8  A.   No.

9  Q.   Did he ever tell you he had problems with breathing while

10 walking?

11 A.   No.

12 Q.   And when you asked about this previous history of

13 depression, I believe, on that '04 office note of August 25th,

14 '04, you're talking about those symptoms you talked about in

15 July of 2000 until January of '01, correct?

16 A.   Now, about what?

17 Q.   I believe you talked about a history in the August 25th,

18 '04, note of prior depression.

19 A.   Oh, yeah.

20 Q.   And I'm trying to ask you what that was.  The prior

21 depression you're speaking of is what you were diagnosing back in

22 July of 2000 up until January of 2001?

23 A.   Right.  We had to list it because -- as a previous problem

24 because it might recur --

25 Q.   Right.

1    A.    -- at a later date and time.

2    Q.    You weren't saying he was suffering from depression at that

3    point in time?

4    A.    No.  No.  No.

5    Q.    All right.  On January 19th, '05, I see there was a notation

6    for a cyproheptadine.  Is that an antihistamine?

7    A.    That's right.

8    Q.    What were you prescribing that to Lyndon for?

9    A.    For his appetite.

10   Q.    All right.  You weren't prescribing that because he was

11   having some asthma or breathing problems, were you?

12   A.    No.  No.  That's for appetite.

13   Q.    Okay.

14   A.    It just is an antihistamine that has a side effect of

15   increasing appetite.

16   Q.    And he wasn't reporting any breathing problems or

17   asthma-like symptoms at this time, was he?

18   A.    No.

19   Q.    Did he say he was having a problem walking at work or

20   keeping up with anything because of any breathing problems?

21   A.    No.

22   Q.    Okay.  It seems to me that that note was just a routine

23   follow-up, and that he was feeling well with no real complaints;

24   is that correct?  No real complaint; is that correct?

25   A.    Now, where are you talking about?

1    Q.    I'm talking about the January 19th, '05.

2    A.    Oh.  Correct.  That was just a routine visit.

3    Q.    Just a routine follow-up?

4    A.    Right.

5    Q.    It wasn't like he called you up and said, I'm having some

6    complaints of something specific and I need to see you?

7    A.    No, it was a routine --

8    Q.    Scheduled?

9    A.    -- return visit, scheduled return visit.

10   Q.    Got you.

11         All right.  I believe on September 26th of '05, Lyndon was

12   complaining of some gastroenterological-type problems?

13   A.    Right.  Correct.

14   Q.    Diarrhea, loose stools, those kinds of things?

15   A.    Uh-huh (affirmative response).

16   Q.    What were the living conditions like in the New Orleans

17   metropolitan area a month after Katrina?

18   A.    Pretty bad.

19   Q.    And, again, the last time you saw Lyndon was in December of

20   '05, correct?

21   A.    That's correct.

22   Q.    Doctor, based on Frank's questions, I have a couple more for

23   you.

24         There was some statements made by Mr. D'Amico that

25   Mr. Wright somehow stopped taking Effexor in July of 2001, and

1  the suggestion that I took from that questioning was that he was

2  never put back on Effexor; is that a true statement?

3  A.   At one point we put him back on it, but -- let's see, July

4  of -- I don't remember.

5  Q.   I think the note you're looking for, Doctor, is 10/29/01.

6  A.   Well, he restarted it there, and I think after he -- he

7  stopped it later.  I don't think he ever restarted it.

8  Q.   If he stopped it later, he didn't tell you about it?

9  A.   Right.

10  Q.   And that's why I asked you on every occasion, every visit,

11  we went through the medications that Mr. Wright was supposed to

12  be on --

13  A.   Yeah.

14  Q.   -- and in each instance you told he was supposed to be

15  taking --

16  A.   Supposed to be on it, right.

17  Q.   -- his Effexor, correct?

18  A.   Yeah, correct.

19  Q.   And the reason he was supposed to be taking his Effexor was

20  to control the depression that you diagnosed, correct?

21  A.   Right, right.

22  Q.   And Mr. D'Amico asked you if he had any adverse side effects

23  by his abruptly not taking Effexor.

24  A.   Uh-huh (affirmative response).

25  Q.   And one of the things we see, don't we, Doctor, is that on

1    the 7/9/01 visit he tells you he stopped taking his Effexor?

2    A.    Uh-huh (affirmative response).

3    Q.    On 10/29/01 he tells you his mood is not good?

4    A.    Right.

5    Q.    Would that be the adverse side effect of not taking Effexor

6    is that if it's intended to treat pure depression that you're not

7    taking it, you're not treating your depression?

8    A.    Correct.  That's correct.

9    Q.    The cyproheptadine is an antihistamine first, and it has the

10   added benefit of increasing appetite, correct?

11   A.    Right.  Right.

12   Q.    So if I'm taking an antihistamine as a patient, then it is

13   suppressing my ability to have an allergic reaction; isn't that

14   correct?

15   A.    Correct.

16   Q.    And would you be surprised to learn that Mr. Wright stopped

17   taking his cyproheptadine after he stopped treating with you in

18   December of '05?

19   A.    Yeah.  Well, he had wanted to take it, apparently, for his

20   appetite, so.  Most skinny people want to maximize their weight,

21   so people want to stay on it usually.

22   Q.    And if a patient who has a history of seasonal allergies and

23   is taking proactively an antihistamine stops taking that

24   antihistamine, they are more likely to have an allergic response;

25   are they not?

1    Doctor, with that said, could you answer the question,

2    please, sir?

3    A.    If he had allergies, it would be showing up more when he

4    stops the cyproheptadine, correct.

5    Q.    If a patient presents to you and gives you a history of

6    having depression-like symptoms as a teenager, of having

7    depression-like symptoms over the course of the five years you

8    treat them, are you -- and then later claims that they've

9    developed depression perhaps a year after you stopped treating

10   them, would you relate that depression to the history of

11   depression that you diagnosed and were given, or would you relate

12   that depression to another event?

13   A.    I'd relate to it his previous depression, that it was a

14   recurring thing.

15   Q.    Right.  And in the case of Mr. Wright, based upon your

16   treatment, evaluation and the history that he had given to you,

17   would you say more likely than not that any depression that he

18   had preexisted 2005?

19   A.    Correct.

20   Q.    And, again, if -- if Mr. Wright -- well, first of all, did

21   Lyndon ever tell you he suffered from depression as a teenager?

22   A.    He mentioned -- he referred to his teenage years as when he

23   was having a problem similarly to what he was having at that

24   time -- or this time.

25   Q.    Okay.  All right.  Was this in puberty that he was referring

1   to, or do you know?

2   A.   Well, he just said teenage years.

3   Q.   Teenage years.  Okay.  Do you know what he was referring to?

4   A.   Not really.

5   Q.   All right.  If he is being treated by a clinical

6   psychologist, would you defer to that person's opinions regarding

7   whether or not Lyndon suffered from clinical depression?

8   A.   Yeah.  Correct, I would.

9   Q.   You weren't trying to make a diagnosis of clinical

10  depression in Lyndon, were you?

11  A.   I did.  I thought he had depression, and that's why we

12  treated him with the medication.

13  Q.   Right.  He had signs and symptoms of a depression, correct?

14  A.   Uh-huh (affirmative response).

15  Q.   All right.

16  A.   Correct.

17  Q.   And which may have been related to his erectile dysfunction

18  and those issues?

19  A.   Correct.

20  Q.   He has a speech impediment?

21  A.   He does.

22  Q.   He has a hearing deficit?

23  A.   He does.

24  Q.   Do you think a person such as that, who is shy, introverted,

25  with a speech impediment and a hearing difficulty, who then

1    suddenly gets erectile dysfunction may become depressed?

2    A.    Correct.  He could.

3    Q.    When you saw Mr. Wright in 2000, he was shy and introverted,

4    correct?

5    A.    Correct.

6    Q.    When you saw him in 2005, he was shy and introverted,

7    correct?

8    A.    Correct.

9    Q.    When you saw him in 2000, he had a hearing problem, correct?

10   A.    That's correct.

11   Q.    When you saw him in 2005, he had a hearing problem, correct?

12   A.    Correct.

13   Q.    When you saw him in 2000, he had a speech impediment,

14   correct?

15   A.    Correct.

16   Q.    When you saw him in 2005, he had a speech impediment,

17   correct?

18   A.    That's right.

19   Q.    All of the -- when you saw him in 2000, he had sexual

20   dysfunction, correct?

21   A.    Correction -- correct.

22   Q.    When you saw him in 2005, he still had sexual dysfunction,

23   correct?

24   A.    Correct.

25   Q.    If those are the factors that lead to his depression, then

1   all of those predated Katrina, correct?

2   A.   Correct.

3   Q.   There was a question about -- about whether you had

4   diagnosed him with asthma.  Did you ever run any tests to

5   determine whether he had asthma?

6   A.   No.

7   Q.   You were just asked if you had ever ordered any lung

8   function tests for Lyndon.  Did you ever order any lung function

9   testing for Lyndon?

10  A.   No, I don't think so.

11  Q.   What was the reason you didn't order any lung function

12  testing for Lyndon?

13  A.   Well, he never had a real lung problem that I could tell.

14  Q.   In the whole five years you were treating him, you didn't

15  suspect he had a lung problem, did you?

16  A.   No.

17  Q.   You were asked also about -- about the five years of

18  treatment and the diagnosis of the erectile dysfunction being

19  consistent over the five years.  What changed from the time that

20  Lyndon first saw you in July of 2000 and subsequently to when you

21  last saw him in December of '05 with regard to his erectile

22  dysfunction?

23  A.   It seemed to be a recurring problem off and on the whole

24  time.

25  Q.   Was it managed with medications?

1028

1   A.   It seemed to be.  He said it -- he did well with the

2   medication.

3   Q.   Did he say it worked?

4   A.   He said it worked.

5   Q.   In December of 2005, when he was taking erectile dysfunction

6   medications, was he complaining to you about classical symptoms

7   of depression?

8   A.   In --

9   Q.   December of 2005, the last time you saw him?

10  A.   No, I think he wasn't depressed then.

11  Q.   In your opinion, did he suffer from any depression when you

12  last saw him in December of 2005?

13  A.   No.

14  Q.   Thank you.

15          THE COURT:  All right.  That's it?

16          MR. D'AMICO:  Yes, Your Honor.  It's about quarter to

17  12:00.

18          THE COURT:  Yes.  It's about quarter to 12:00.  Why

19  don't we go ahead and break now.  If we can be prepared to come

20  back in at 10 minutes to 1:00, 10 minutes to 1:00, we can go

21  ahead and begin again.

22          MR. D'AMICO:  Judge, we may not have a witness until

23  1:00, if we could take a little longer break.  It's a doctor

24  who's got to clear his --

25          THE COURT:  Well, we've got time for him to get here,

1   so.

2           MR. D'AMICO:  He's coming as soon as he finishes.

3           THE COURT:  I mean, somebody has got to be here.  You

4   know, we can't be waiting on people or we're going to be doing

5   this for a while.  So get somebody here at 10 minutes to 1:00,

6   and we'll start at 10 minutes to 1:00.

7       All right.  Thank you all.

8           THE COURT SECURITY OFFICER:  All rise.

9           (WHEREUPON, at this point in the proceedings, the jury

10  panel leaves the courtroom.)

11          THE COURT:  This is Dr. Spector; is that who you --

12          MR. D'AMICO:  Yes, it's Dr. Spector, Your Honor.

13          THE COURT:  He can get here 10 minutes early, can't he?

14          MR. D'AMICO:  Well, we called him.  We did call him and

15  told him to come as soon as he -- he's finishing at noon, and

16  he's going to come straight up here from uptown.  So I anticipate

17  he'll be here at quarter to, but I just didn't want the jury to

18  be waiting a few minutes while --

19          THE COURT:  Well, I don't want to be waiting a few

20  minutes either, but we've got to use the time we have wisely.

21  And I want to break for lunch early, and then we can come back a

22  little bit early and try to get more done.

23      Then we have the plaintiff this afternoon?

24          MR. D'AMICO:  Yes, and then we'll finish with the

25  plaintiff today, I'm sure, and then we'll probably finish

1    tomorrow.

2              THE COURT:  Well, let's see what we can do.

3         All right.  Thank you all.  We'll see you at 10 minutes to

4    1:00.

5              MR. D'AMICO:  Thank you, Judge.

6              (WHEREUPON, at this point in the proceedings, the Court

7    was in luncheon recess.)

8                              *    *    *

9

10                       REPORTER'S CERTIFICATE

11

12        I, Cathy Pepper, Certified Realtime Reporter, Registered

13   Merit Reporter, Registered Professional Reporter, Certified Court

14   Reporter of the State of Louisiana, Official Court Reporter for

15   the United States District Court, Eastern District of Louisiana,

16   do hereby certify that the foregoing is a true and correct

17   transcript, to the best of my ability and understanding, from the

18   record of the proceedings in the above-entitled and numbered

19   matter.

20

21

22                              _s/Cathy Pepper_____

23                              Cathy Pepper, CRR, RMR, CCR

24                              Official Court Reporter

25                              United States District Court

## $

**$241,921.96** [1] - 964:11
**$500,000** [1] - 944:15

## '

**'01** [10] - 988:10, 1011:17, 1011:18, 1012:17, 1013:10, 1013:11, 1013:20, 1016:22, 1019:15
**'02** [1] - 994:11
**'03** [15] - 996:21, 996:24, 997:3, 997:10, 997:14, 997:16, 998:3, 998:4, 998:8, 999:14, 1000:12, 1000:18, 1014:21, 1015:5, 1017:18
**'04** [7] - 1001:1, 1001:2, 1001:3, 1018:11, 1019:13, 1019:14, 1019:18
**'05** [6] - 1020:5, 1021:1, 1021:11, 1021:20, 1023:18, 1027:21
**'20s** [1] - 940:10
**'30s** [1] - 940:10
**'69** [1] - 978:19
**'73** [2] - 979:2, 979:3
**'80s** [1] - 948:22
**'This** [1] - 904:4

## 0

**09-2977** [1] - 897:9

## 1

**10** [6] - 1028:20, 1029:5, 1029:6, 1029:13, 1030:3
**10/29/01** [2] - 1022:5, 1023:3
**100.9** [1] - 973:3
**1000** [1] - 897:21
**101** [1] - 994:24
**102** [1] - 972:18
**1050** [1] - 969:9
**10:30** [2] - 976:7, 976:15
**11.7** [1] - 941:12
**11th** [4] - 998:4,

998:10, 1005:21, 1015:5
**12** [1] - 1006:8
**12/14/05** [1] - 1004:15
**120/80** [1] - 999:18
**12:00** [2] - 1028:17, 1028:18
**130** [1] - 959:15
**150** [8] - 985:20, 985:22, 985:25, 986:11, 986:22, 987:11, 988:7, 1011:22
**16** [3] - 929:22, 979:17, 979:21
**166** [1] - 920:20
**167** [1] - 921:15
**17** [1] - 1014:21
**1727** [1] - 910:20
**17th** [2] - 996:21, 997:16
**18** [4] - 897:6, 900:3, 920:21, 962:1
**1873** [1] - 897:5
**1957** [1] - 910:2
**1965** [1] - 978:17
**1969** [1] - 978:20
**1974** [1] - 913:15
**1975** [1] - 979:5
**1980s** [1] - 948:22
**1985** [1] - 913:16
**19th** [8] - 981:6, 983:12, 984:18, 992:7, 1009:23, 1010:13, 1020:5, 1021:1
**1:00** [6] - 1028:20, 1028:23, 1029:5, 1029:6, 1030:4
**1st** [5] - 979:5, 999:1, 999:13, 999:14, 1017:18

## 2

**2** [3] - 920:20, 978:3, 978:4
**20** [3] - 921:15, 962:18, 979:25
**20-mile-an-hour** [2] - 960:22, 973:16
**20-miles-an-hour** [1] - 973:16
**2000** [27] - 981:6, 981:13, 982:1, 983:12, 984:2, 984:10, 984:15, 984:18, 985:10, 986:3, 986:4,

986:16, 987:3, 993:20, 1009:23, 1010:14, 1010:21, 1011:4, 1011:15, 1019:15, 1019:22, 1026:3, 1026:9, 1026:13, 1026:19, 1027:20
**2001** [11] - 987:7, 988:17, 989:1, 989:14, 989:16, 990:16, 991:18, 992:7, 992:14, 1019:22, 1021:25
**2002** [9] - 993:13, 993:14, 994:8, 994:10, 994:16, 994:22, 995:15, 996:16, 1008:4
**2003** [3] - 998:5, 998:6, 999:1
**2004** [2] - 1004:24, 1005:21
**2005** [15] - 942:16, 949:14, 977:21, 978:5, 1003:12, 1006:8, 1006:14, 1024:18, 1026:6, 1026:11, 1026:16, 1026:22, 1028:5, 1028:9, 1028:12
**2006** [5] - 977:16, 977:17, 978:21, 1007:4, 1007:7
**2009** [1] - 960:1
**201** [1] - 898:15
**2010** [2] - 897:6, 900:3
**225** [2] - 986:21, 1011:7
**2250** [1] - 897:24
**22nd** [7] - 987:7, 988:9, 1011:18, 1012:17, 1013:10, 1013:11, 1016:22
**23** [1] - 962:8
**23rd** [2] - 986:3, 986:4
**25th** [3] - 1018:11, 1019:13, 1019:17
**26** [1] - 1003:12
**26th** [1] - 1021:11
**29402** [1] - 898:4
**29th** [6] - 989:14, 989:15, 991:18, 993:13, 993:14, 994:11
**2nd** [6] - 984:21, 985:10, 998:4, 1001:1, 1001:3, 1010:14

## 3

**30** [3] - 913:21, 914:21, 949:19
**304** [8] - 966:4, 966:11, 968:16, 968:17, 969:2, 969:10, 969:15, 969:16
**304A** [5] - 899:19, 968:25, 969:20, 969:23, 970:1
**304B** [2] - 969:20, 970:5
**304C** [1] - 970:8
**304D** [1] - 970:11
**304E** [3] - 899:19, 969:23, 970:13
**31st** [4] - 987:3, 1010:21, 1011:4, 1011:15
**356** [2] - 972:15, 973:11
**36** [1] - 915:2
**3600** [1] - 898:15
**37.5** [1] - 985:18
**3rd** [4] - 986:16, 998:6, 998:7, 1004:24

## 4

**4** [1] - 897:11
**4265** [1] - 897:21
**4800** [1] - 898:9
**486** [1] - 898:4
**4th** [1] - 1006:3

## 5

**5** [2] - 962:9, 1004:23
**50** [1] - 905:19
**500** [1] - 898:21
**504** [1] - 898:22
**58** [2] - 910:7, 940:10
**580** [1] - 951:12
**589-7779** [1] - 898:22

## 6

**6** [1] - 1005:22
**6/24/04** [1] - 1001:7
**60** [1] - 979:25
**622** [1] - 897:18
**644** [1] - 964:6

## 7

**7** [1] - 1006:9
**7/9/01** [1] - 1023:1
**70** [4] - 961:14, 962:6, 962:8
**70.1** [1] - 974:16
**701** [1] - 898:9
**70113** [1] - 897:18
**70130** [1] - 898:22
**70139** [1] - 898:10
**70170** [1] - 898:15
**71** [2] - 962:6, 962:9
**72** [1] - 972:18
**74** [2] - 923:15, 923:16
**75** [2] - 985:20, 986:22
**77027** [1] - 897:21
**78470** [1] - 897:24

## 8

**8/25/04** [1] - 1002:18
**80** [1] - 961:14
**802** [1] - 897:24
**88** [1] - 997:12
**89** [1] - 961:15
**8:30** [2] - 897:6, 907:20
**8:35** [1] - 907:20
**8th** [3] - 994:16, 994:22, 996:16

## 9

**90** [1] - 961:15
**908** [1] - 899:5
**909** [1] - 899:6
**915** [1] - 899:7
**922** [1] - 899:8
**926** [1] - 899:9
**928** [1] - 899:10
**953** [1] - 899:11
**969** [1] - 899:19
**971** [1] - 899:12
**977** [1] - 899:13
**98** [2] - 973:3
**9th** [3] - 988:17, 989:1, 1013:19

## A

**A.M** [1] - 897:6
**AARON** [1] - 897:17
**ability** [8] - 904:21, 907:13, 914:11, 947:16, 950:13, 959:13, 1023:13,

1030:17
**able** [8] - 906:3, 925:3, 932:23, 971:9, 971:25, 972:19, 982:7, 994:7
**above-entitled** [1] - 1030:18
**abruptly** [2] - 1012:14, 1022:23
**absence** [2] - 937:11, 973:7
**absolute** [1] - 907:13
**absolutely** [1] - 991:15
**accentuates** [1] - 962:14
**accept** [1] - 927:23
**accepting** [2] - 919:15, 928:19
**accident** [1] - 911:17
**accounted** [1] - 944:10
**accurate** [1] - 978:5
**accurately** [6] - 967:14, 967:23, 968:1, 970:5, 970:8, 970:15
**aches** [2] - 995:2, 996:11
**acid** [5] - 994:18, 996:18, 998:2, 1004:7, 1004:18
**act** [1] - 980:16
**acting** [1] - 1014:1
**active** [7] - 978:7, 979:12, 980:2, 1011:1, 1011:2, 1013:22, 1014:2
**actively** [1] - 978:21
**activities** [1] - 993:5
**activity** [1] - 934:3
**Actonel** [4] - 1002:25, 1004:10, 1004:20
**acts** [1] - 934:6
**actual** [1] - 921:16
**add** [2] - 902:13, 944:15
**added** [2] - 992:2, 1023:10
**addition** [5] - 922:8, 922:17, 941:21, 951:7, 965:5
**additional** [2] - 960:23, 1002:17
**address** [4] - 916:24, 933:2, 950:14, 993:5
**addressed** [1] - 904:25
**addressing** [1] - 950:2
**admission** [1] - 967:3

**admit** [1] - 924:3
**admitted** [5] - 951:11, 966:25, 967:1, 969:23, 972:14
**ADMITTED..............** [1] - 899:19
**adult** [1] - 980:22
**adverse** [4] - 986:5, 1012:14, 1022:22, 1023:5
**advice** [2] - 988:23, 989:8
**advise** [1] - 920:7
**advised** [1] - 1011:5
**affect** [5] - 913:1, 921:13, 927:6, 933:5, 933:14
**affecting** [1] - 912:25
**afford** [1] - 1012:13
**afternoon** [1] - 1029:23
**afterwards** [1] - 963:6
**ago** [2] - 936:18, 940:10
**agree** [1] - 944:23
**ahead** [20] - 905:25, 908:10, 915:23, 920:17, 922:10, 922:13, 925:13, 929:6, 933:23, 935:1, 935:2, 943:25, 957:7, 969:3, 969:4, 976:6, 977:6, 1028:19, 1028:21
**AHLQUIST** [1] - 897:17
**Air** [1] - 949:1
**air** [96] - 905:22, 912:18, 912:23, 913:9, 921:16, 921:21, 922:1, 923:20, 927:3, 927:5, 927:6, 932:7, 932:8, 932:9, 932:12, 932:13, 932:14, 932:19, 932:21, 932:22, 932:24, 932:25, 934:13, 936:19, 936:23, 936:24, 937:7, 939:18, 939:23, 940:5, 941:8, 941:9, 941:11, 941:23, 942:4, 942:6, 942:11, 947:10, 947:11, 947:12, 947:14, 947:15, 947:16, 948:10,

948:12, 948:24, 949:2, 949:3, 949:5, 949:7, 949:8, 949:9, 949:11, 954:12, 958:6, 958:9, 959:24, 959:25, 960:14, 961:3, 961:5, 961:13, 961:14, 961:19, 962:15, 962:18, 963:2, 971:13, 971:17, 971:20, 972:12, 973:4, 973:5, 973:6, 973:14, 973:19, 973:20, 973:22, 973:25, 974:6, 974:11, 974:13, 974:14, 974:15, 974:16, 974:18, 974:20, 975:9, 975:13, 975:20
**air-conditioner** [3] - 960:14, 961:3, 961:14
**air-conditioning** [7] - 921:21, 949:9, 959:25, 961:13, 961:19, 962:15, 963:2
**Air-Conditioning** [1] - 949:1
**AL** [1] - 897:8
**alarms** [1] - 930:16
**albeit** [1] - 934:20
**alcohol** [5] - 998:18, 998:19, 998:22, 1018:13, 1018:25
**Alexander** [2] - 901:11, 901:13
**Alexis** [3] - 908:12, 908:14, 909:3
**ALEXIS** [3] - 899:5, 908:23, 909:3
**Allegra** [5] - 993:6, 993:9, 994:19, 994:20, 1005:9
**Allegra-D** [5] - 993:6, 993:9, 994:19, 994:20, 1005:9
**allergic** [3] - 992:4, 1023:13, 1023:24
**allergies** [2] - 1023:22, 1024:3
**allergins** [1] - 992:4
**allow** [5] - 928:20, 944:1, 950:21, 959:13
**allowed** [4] - 901:15, 907:24, 917:2,

928:11
**allowing** [1] - 972:11
**alluminum** [1] - 959:6
**almost** [4] - 907:20, 941:4, 942:1, 972:1
**ALSO** [1] - 898:18
**alternate** [11] - 904:25, 905:14, 906:20, 919:2, 937:14, 938:4, 938:11, 938:17, 939:1, 939:10, 950:17
**alternative** [16] - 901:8, 902:5, 902:7, 902:16, 902:21, 902:23, 903:4, 903:11, 903:16, 938:22, 940:16, 940:20, 940:23, 945:8, 955:17, 955:19
**altogether** [2] - 954:23, 954:25
**aluminum** [2] - 956:16, 958:20
**AM** [1] - 1006:18
**American** [1] - 948:25
**amount** [12] - 904:20, 919:25, 921:10, 938:5, 938:11, 938:18, 939:11, 942:1, 947:17, 950:17, 965:7, 996:1
**Amoxicillin** [1] - 1005:10
**Amoxil** [1] - 1005:9
**amplifies** [1] - 974:5
**analysis** [5] - 909:19, 912:2, 912:7, 913:17, 913:18
**analyze** [1] - 913:2
**analyzed** [1] - 911:10
**analyzing** [1] - 955:6
**annual** [1] - 1006:22
**answer** [21] - 906:3, 918:7, 920:1, 931:13, 944:7, 950:21, 951:2, 956:25, 957:4, 957:20, 958:14, 959:1, 961:24, 962:22, 963:3, 965:22, 965:23, 965:25, 1006:23, 1009:21, 1024:1
**answers** [1] - 938:14
**anticipate** [3] - 907:21, 970:20, 1029:16
**antihistamine** [8] -

991:24, 992:3, 1020:6, 1020:14, 1023:9, 1023:12, 1023:23, 1023:24
**anxiety** [1] - 1011:5
**apart** [3] - 911:24, 929:24, 965:4
**apologies** [1] - 966:17
**apologize** [1] - 966:21
**appearance** [1] - 1008:18
**APPEARANCES** [2] - 897:15, 898:1
**appeared** [1] - 989:1
**appetite** [12] - 988:20, 989:18, 989:19, 991:22, 991:23, 991:25, 1001:5, 1020:9, 1020:12, 1020:15, 1023:10, 1023:20
**applied** [2] - 942:9, 959:8
**apply** [1] - 951:8
**appointment** [1] - 1008:21
**appointments** [1] - 1009:2
**appreciate** [3] - 902:3, 957:20, 958:14
**approach** [4] - 923:5, 923:21, 956:1, 962:4
**appropriate** [4] - 907:11, 924:9, 989:11
**April** [10] - 993:13, 993:14, 993:20, 994:8, 994:17, 998:4, 998:6, 998:7, 1015:5
**architect** [2] - 917:4, 926:22
**area** [24] - 921:7, 921:13, 922:2, 924:19, 930:19, 932:2, 932:3, 942:6, 942:13, 949:11, 949:19, 954:14, 954:15, 967:24, 972:11, 972:22, 972:23, 972:25, 973:6, 974:4, 974:13, 1003:19, 1021:17
**areas** [17] - 917:1, 918:17, 925:2, 927:8, 932:5, 936:15, 937:12, 956:17, 970:16, 971:21, 971:23,

971:24, 973:8, 973:21, 973:23, 975:2

**arm** [3] - 993:16, 993:18, 993:21
**Army** [1] - 978:24
**Arts** [1] - 917:12
**ASHRAE** [1] - 948:25
**assembly** [1] - 971:18
**assessment** [1] - 981:14
**assist** [2] - 912:7, 951:24
**assisting** [1] - 965:6
**associated** [2] - 914:24, 982:19
**assume** [3] - 954:5, 1000:8, 1007:3
**assumed** [2] - 991:13, 1000:21
**asthenia** [1] - 982:9
**asthma** [6] - 1014:11, 1018:6, 1020:11, 1020:17, 1027:4, 1027:5
**asthma-like** [1] - 1020:17
**ASTM** [1] - 961:21
**AT** [1] - 897:23
**attempt** [1] - 936:5
**attending** [1] - 927:9
**attention** [3] - 974:3, 975:15, 1017:12
**attic** [2] - 934:14, 974:17
**ATTORNEY** [1] - 897:23
**attorneys** [2] - 920:8, 965:12
**attribute** [2] - 990:3, 995:8
**Audrey** [1] - 910:2
**August** [12] - 960:1, 984:21, 985:10, 986:3, 986:4, 999:1, 1010:14, 1018:11, 1019:13, 1019:17
**automobile** [1] - 911:16
**available** [3] - 914:18, 942:16, 943:3
**AVENUE** [1] - 898:15
**avenue** [1] - 921:5
**average** [1] - 979:20
**avoid** [1] - 901:17
**avoiding** [1] - 1010:23

**B**

**B406** [1] - 898:21
**Bachelor** [2] - 917:12, 917:14
**background** [5] - 926:16, 927:13, 978:11, 1000:13, 1016:9
**bacterial** [3] - 992:18, 1005:11, 1007:20
**bad** [1] - 1021:18
**BAKER** [1] - 898:12
**banks** [1] - 910:22
**Baptist** [1] - 980:3
**BARONNE** [1] - 897:18
**barrier** [19] - 902:8, 934:6, 940:4, 942:15, 946:3, 954:24, 957:11, 957:12, 958:1, 958:4, 958:8, 958:9, 958:16, 958:18, 959:7, 963:22, 964:14
**barriers** [1] - 957:25
**based** [12] - 902:6, 905:17, 925:8, 928:4, 931:6, 935:16, 944:5, 944:13, 982:8, 996:12, 1021:22, 1024:15
**basic** [1] - 939:25
**basis** [3] - 998:19, 1001:24, 1002:9
**Bates** [1] - 963:19
**bathroom** [1] - 975:13
**batt** [1] - 956:9
**battery** [1] - 989:24
**Baum** [1] - 1006:21
**bear** [2] - 930:6, 963:19
**BEARMAN** [1] - 898:12
**became** [1] - 1008:19
**become** [6] - 912:15, 913:22, 914:2, 914:23, 930:3, 1026:1
**becomes** [1] - 932:20
**BEFORE** [1] - 897:12
**began** [5] - 913:14, 913:15, 940:11, 948:22, 963:1
**begin** [1] - 1028:21
**beginning** [1] - 921:15
**begins** [1] - 975:18

**behalf** [2] - 911:11
**behind** [3] - 908:16, 910:11, 972:8
**bench** [9] - 900:23, 901:18, 908:2, 923:25, 926:4, 942:25, 945:3, 950:1, 950:23
**bend** [1] - 996:1
**benefit** [5] - 924:7, 952:3, 970:2, 992:2, 1023:10
**BERKOWITZ** [1] - 898:13
**best** [3] - 932:8, 962:1, 1030:17
**better** [9] - 903:9, 903:13, 904:4, 904:7, 904:11, 904:15, 987:13, 988:5, 1012:2
**between** [10] - 933:3, 937:7, 942:2, 948:4, 948:8, 961:6, 965:13, 972:23, 974:2, 998:3
**beyond** [8] - 904:23, 905:2, 917:20, 918:20, 921:22, 924:9, 957:1
**bid** [2] - 915:6, 915:8
**bids** [1] - 915:5
**big** [1] - 913:16
**bill** [1] - 964:7
**billing** [1] - 965:11
**billion** [4] - 905:10, 919:25, 920:25, 
**BINSTOCK** [1] - 897:20
**bit** [8] - 909:13, 914:8, 928:9, 936:18, 995:2, 1009:14, 1016:4, 1029:22
**black** [2] - 972:18, 975:9
**block** [1] - 964:24
**blood** [12] - 989:21, 989:22, 989:23, 989:24, 990:20, 991:5, 994:5, 997:11, 999:18, 1001:21, 1003:23, 1006:22
**blow** [1] - 964:9
**blower** [8] - 960:20, 962:14, 962:24, 963:1, 963:4, 963:11, 973:14, 973:19

**blown** [3] - 941:3, 941:4, 942:3
**blown-in** [3] - 941:3, 941:4, 942:3
**blue** [4] - 973:18, 973:21, 973:23, 975:18
**board** [4] - 933:9, 940:7, 940:8, 965:13
**body** [3] - 995:2, 996:11, 1003:16
**bone** [11] - 915:23, 919:6, 922:8, 922:17, 953:22, 957:7, 969:6, 998:4, 998:9, 998:12, 1017:2
**BONE** [62] - 898:8, 904:19, 905:9, 905:22, 907:7, 907:13, 907:16, 915:22, 915:25, 918:10, 918:16, 919:11, 919:13, 920:19, 922:6, 925:24, 926:7, 926:11, 931:7, 934:17, 938:19, 939:4, 942:20, 943:2, 943:12, 943:18, 944:3, 946:10, 946:25, 948:1, 949:23, 950:2, 950:11, 953:3, 953:24, 956:1, 956:4, 957:8, 957:10, 959:5, 961:23, 962:4, 962:6, 962:8, 962:11, 966:3, 966:11, 966:17, 966:21, 967:4, 967:8, 968:5, 968:9, 968:12, 968:15, 969:5, 969:8, 969:12, 969:15, 969:19, 969:25, 970:19
**BONE.....................** [1] - 899:7
**BONE.....................** . [1] - 899:11
**borderline** [1] - 997:13
**born** [1] - 940:9
**bottom** [6] - 923:17, 983:12, 984:11, 1001:7, 1003:24, 1010:12
**bowel** [2] - 1003:20, 

1006:15
**bowels** [1] - 1003:18
**box** [1] - 903:15
**BOX** [1] - 898:4
**brain** [1] - 994:5
**break** [6] - 970:21, 971:1, 976:6, 1028:19, 1028:23, 1029:21
**breathe** [1] - 948:11
**breathing** [6] - 996:4, 1018:8, 1019:9, 1020:11, 1020:16, 1020:20
**brief** [4] - 901:8, 931:12, 970:25, 976:16
**briefly** [2] - 926:15, 978:10
**bring** [2] - 900:8, 942:22
**bringing** [3] - 949:8, 974:14, 974:16
**brings** [1] - 974:7
**bronchus** [1] - 1000:16
**brought** [4] - 903:14, 916:20, 916:24, 934:14
**builder** [1] - 909:24
**building** [41] - 901:9, 903:13, 904:25, 905:18, 909:17, 909:21, 909:22, 909:24, 910:1, 910:8, 912:19, 913:2, 913:5, 913:19, 914:3, 914:24, 915:2, 922:4, 922:5, 924:17, 924:21, 927:4, 927:5, 928:8, 934:20, 938:11, 938:23, 938:25, 939:10, 939:24, 944:6, 946:15, 949:3, 949:5, 959:7, 961:13, 964:5, 964:21, 973:20, 974:7
**buildings** [11] - 909:20, 910:13, 910:15, 912:14, 912:21, 913:25, 914:1, 927:5, 927:7, 939:1, 955:20
**buildup** [1] - 938:18
**built** [7] - 910:21, 911:3, 926:8, 944:13, 954:16,

954:19, 956:7
**bulk** [1] - 965:14
**Burch** [1] - 979:8
**Burch-Pearl** [1] -
979:8
**business** [3] - 912:22,
913:14, 913:16
**BY** [47] - 897:17,
897:20, 898:3,
898:8, 898:13,
898:23, 898:24,
899:6, 899:7, 899:8,
899:9, 899:10,
899:11, 899:12,
909:6, 915:25,
918:10, 919:13,
920:19, 922:16,
923:10, 926:7,
926:14, 928:22,
929:12, 930:23,
931:18, 933:25,
936:8, 938:2, 939:9,
945:6, 946:18,
947:7, 948:16,
951:1, 952:15,
953:14, 953:24,
956:4, 957:10,
959:5, 962:11,
966:3, 967:8,
969:25, 971:3

**C**

**calculate** [1] - 915:8
**calculations** [3] -
916:17, 916:19,
917:3
**CALDWELL** [1] -
898:12
**California** [2] -
910:25, 911:1
**CALLED** [1] - 900:4
**camera** [6] - 961:16,
971:9, 971:25, 972:3
**cameras** [1] - 971:21
**cannot** [5] - 904:23,
916:17, 920:6,
950:14, 950:18
**capabilities** [1] -
914:10
**capable** [1] - 934:23
**capacity** [1] - 1014:8
**capture** [1] - 936:19
**captured** [1] - 932:7
**capturing** [1] - 932:9
**CARANCAHUA** [1] -
897:24
**care** [2] - 981:7,
1006:5

**career** [1] - 980:12
**Carolina** [1] - 910:19
**carotid** [1] - 994:6
**carpetings** [1] -
912:25
**carrying** [1] - 965:3
**CARSON** [1] - 898:9
**carves** [1] - 925:2
**case** [30] - 901:11,
901:22, 901:23,
901:24, 901:25,
902:2, 912:8,
916:20, 916:23,
920:8, 920:11,
920:16, 928:18,
928:23, 933:2,
938:3, 938:8,
940:16, 950:3,
951:24, 964:8,
964:13, 965:8,
965:10, 966:25,
976:8, 991:7,
1006:24, 1007:5,
1024:15
**cases** [1] - 983:3
**CAT** [1] - 994:5
**catalogs** [2] - 943:5,
943:22
**catastrophic** [2] -
911:16, 939:15
**CATHY** [1] - 898:21
**Cathy** [2] - 1030:12,
1030:23
**caught** [1] - 1013:23
**caused** [2] - 923:20,
1000:19
**causes** [3] - 996:4,
1015:10, 1016:8
**causing** [1] - 996:14
**caveat** [1] - 928:9
**cavities** [10] - 941:23,
960:5, 960:7,
960:18, 963:14,
966:5, 970:16, 974:8
**cavity** [17] - 930:18,
933:12, 934:4,
934:7, 937:3, 937:6,
939:24, 942:5,
958:13, 959:12,
960:9, 967:10,
967:15, 967:20,
968:3, 974:17,
974:20
**CCR** [2] - 898:21,
1030:23
**ceasing** [1] - 1012:14
**ceiling** [19] - 934:16,
936:16, 941:23,
942:13, 945:22,
946:3, 946:9,

947:18, 954:11,
960:4, 960:12,
963:10, 971:16,
973:9, 974:2, 974:8,
975:6, 975:10
**ceilings** [5] - 937:9,
948:13, 959:22,
971:10, 971:12
**cell** [1] - 941:4
**cells** [1] - 941:8
**centers** [1] - 910:23
**certain** [1] - 928:8
**certainly** [3] - 913:15,
929:6, 967:2
**CERTIFICATE** [1] -
1030:10
**certification** [1] -
927:10
**certifications** [2] -
927:3, 927:7
**Certified** [2] -
1030:12, 1030:13
**certify** [1] - 1030:16
**cetera** [1] - 936:6
**chair** [1] - 908:16
**challenged** [1] -
901:15
**chance** [2] - 957:3,
989:14
**change** [9] - 949:7,
954:9, 954:11,
986:18, 987:20,
987:21, 987:22,
993:4, 1006:15
**changed** [3] - 949:4,
954:13, 1027:19
**changes** [2] - 954:13,
1003:16
**changing** [3] - 948:10,
954:9, 964:4
**characteristics** [1] -
914:3
**characterize** [1] -
989:7
**charge** [1] - 921:8
**charged** [2] - 964:11,
965:7
**Charity** [1] - 978:23
**Charles** [4] - 977:1,
977:5, 977:8, 977:11
**CHARLES** [2] -
898:15, 899:13
**CHARLESTON** [1] -
898:4
**cheaper** [4] - 943:9,
943:20, 944:8,
944:20
**CHEATWOOD** [1] -
898:14
**chemist** [1] - 917:6

**chest** [12] - 995:4,
995:8, 995:10,
995:12, 995:13,
995:14, 996:6,
996:25, 1000:19,
1014:22, 1017:19,
1018:2
**chief** [2] - 981:25,
984:21
**children** [1] - 980:25
**chlorine** [1] - 1000:9
**chooses** [1] - 970:25
**CHRIS** [1] - 897:23
**Chris** [4] - 904:1,
920:20, 921:16,
962:6
**Christ** [1] - 910:17
**CHRISTI** [1] - 897:24
**Church** [1] - 910:17
**Cialis** [2] - 1004:12,
1004:13
**circumstances** [1] -
961:4
**Citracal** [1] - 1004:19
**civil** [1] - 951:24
**claim** [4] - 909:17,
920:6, 954:8
**claims** [2] - 909:15,
1024:8
**clarify** [3] - 919:9,
922:25, 1015:20
**class** [2] - 918:12,
918:13
**classes** [1] - 927:9
**classic** [1] - 1016:5
**classical** [1] - 1028:6
**classified** [1] - 940:13
**classify** [1] - 995:18
**cleaner** [1] - 949:11
**clear** [11] - 900:17,
901:16, 902:3,
902:10, 902:17,
903:16, 907:21,
916:8, 1003:1,
1016:21, 1028:24
**clearly** [2] - 918:18,
934:17
**Clerk** [1] - 908:25
**CLERK** [3] - 900:7,
908:18, 909:1
**client** [1] - 957:19
**clients** [1] - 909:23
**climate** [3] - 939:25,
940:2
**climates** [1] - 971:19
**Clinic** [4] - 979:6,
979:8, 979:9, 979:10
**clinic** [2] - 979:20,
981:5
**clinical** [6] - 977:18,

977:21, 1016:5,
1025:5, 1025:7,
1025:9
**clinician** [2] - 979:12,
994:3
**close** [4] - 933:22,
973:1, 974:18, 996:1
**closed** [1] - 941:4
**closed-cell** [1] - 941:4
**closely** [1] - 951:16
**closet** [2] - 974:11,
974:12
**closing** [1] - 904:3
**cold** [12] - 940:2,
971:19, 974:14,
974:15, 974:16,
974:20, 1005:7,
1005:13, 1014:17,
1014:19, 1014:20
**Cold** [1] - 910:18
**colder** [2] - 940:1,
961:3
**COLE** [1] - 1005:7
**college** [2] - 926:25,
927:2
**color** [2] - 975:16,
975:17
**colors** [2] - 972:17,
973:7
**combine** [1] - 986:21
**combined** [1] - 903:7
**comet** [1] - 973:5
**Comfort** [1] - 910:18
**comfortable** [1] -
988:7
**coming** [10] - 932:16,
932:18, 933:12,
934:5, 936:24,
951:13, 971:15,
972:2, 1010:1,
1029:2
**comment** [1] -
1018:17
**commenting** [1] -
929:8
**commercial** [4] -
914:1, 914:13,
914:15, 955:20
**commercially** [2] -
914:18, 942:15
**common** [2] - 987:12,
989:10
**companies** [3] -
909:14, 913:16,
927:16
**Company** [1] - 909:11
**company** [2] - 909:23,
964:20
**comparatively** [1] -
947:3

**compared** [2] - 928:7, 947:5

**complain** [2] - 1009:18, 1010:7

**complained** [3] - 994:8, 995:7, 1005:4

**complaining** [4] - 1010:15, 1014:22, 1021:12, 1028:6

**complains** [1] - 994:1

**complaint** [7] - 981:25, 982:7, 984:21, 993:14, 994:22, 1006:1, 1020:24

**complaints** [9] - 982:4, 999:11, 999:18, 999:24, 1003:14, 1006:13, 1014:11, 1020:23, 1021:6

**complete** [5] - 981:16, 981:24, 997:23, 1001:13, 1001:15

**completely** [3] - 932:17, 947:14, 958:9

**complies** [2] - 937:19, 941:17

**components** [1] - 954:13

**composite** [2] - 954:21, 954:22

**composition** [9] - 907:12, 924:15, 924:21, 924:23, 925:1, 927:25, 945:22, 949:22, 951:3

**compress** [2] - 936:22

**compressed** [1] - 937:12

**compression** [1] - 936:17

**comprised** [1] - 969:15

**comprises** [1] - 968:16

**COMPUTER** [1] - 898:24

**concentration** [1] - 920:25

**concern** [4] - 959:9, 959:11, 990:20, 1001:22

**concerned** [5] - 987:20, 990:23, 1000:2, 1018:5, 1018:8

**concerning** [1] -

1008:12

**concluded** [4] - 908:3, 926:5, 945:4, 950:24

**conclusions** [1] - 1018:1

**condensation** [3] - 963:14, 965:16, 973:1

**condition** [16] - 967:9, 967:14, 967:19, 967:23, 968:2, 970:2, 970:5, 970:8, 970:15, 981:14, 984:18, 986:9, 988:11, 989:15, 992:19, 999:8

**conditioner** [3] - 960:14, 961:3, 961:14

**conditioning** [9] - 921:21, 949:9, 959:25, 961:13, 961:19, 962:15, 963:2, 973:20, 974:18

**Conditioning** [1] - 949:1

**conditions** [12] - 921:6, 961:8, 974:5, 986:19, 988:19, 992:9, 992:25, 994:23, 999:16, 1001:4, 1003:15, 1021:16

**conducive** [1] - 921:6

**conductor** [1] - 932:19

**conduits** [1] - 937:13

**conference** [8] - 900:23, 908:3, 923:25, 926:5, 942:25, 945:4, 950:1, 950:24

**conferences** [1] - 901:18

**confusing** [1] - 969:18

**confusion** [1] - 950:14

**congenital** [1] - 982:13

**congestion** [6] - 992:13, 992:15, 993:7, 1000:19, 1017:19, 1018:2

**conjunction** [1] - 993:9

**conjunctivitis** [2] - 1005:12, 1007:20

**connection** [1] - 967:3

**consequence** [3] - 921:5, 1000:16,

1000:22

**consider** [1] - 955:16

**considering** [1] - 984:14

**consistent** [3] - 902:24, 936:6, 1027:19

**constantly** [1] - 1003:19

**constituted** [1] - 951:3

**construct** [1] - 951:21

**constructed** [4] - 929:16, 929:17, 930:4, 953:19

**Construction** [1] - 909:11

**construction** [44] - 901:12, 905:14, 907:10, 907:11, 909:15, 910:1, 910:8, 910:10, 912:15, 913:10, 913:21, 913:23, 914:21, 915:4, 915:18, 918:16, 918:20, 918:22, 918:24, 924:13, 924:25, 926:23, 927:21, 927:22, 927:24, 933:3, 934:21, 938:4, 939:15, 940:8, 940:25, 948:20, 949:19, 949:21, 950:9, 951:8, 952:5, 955:7, 956:11, 956:13, 956:16, 958:11

**contact** [5] - 932:16, 932:18, 933:12, 1005:24, 1006:11

**contain** [3] - 925:6, 941:25, 946:15

**contained** [3] - 921:12, 942:20, 1004:25

**containing** [2] - 922:21, 940:20

**contains** [2] - 933:9, 940:12

**contaminant** [2] - 922:3, 922:5

**contaminants** [3] - 942:12, 949:4, 949:10

**contamination** [1] - 912:24

**content** [1] - 971:23

**contents** [1] - 1008:17

**context** [2] - 901:7,

901:8

**continue** [12] - 930:8, 934:1, 940:23, 941:18, 988:12, 988:14, 993:8, 997:24, 997:25, 1002:22, 1002:24, 1003:2

**continued** [3] - 921:4, 988:21, 994:12

**CONTINUED** [1] - 898:1

**continuing** [2] - 986:13, 1002:19

**contract** [1] - 951:21

**contractor** [3] - 913:5, 913:7, 944:14

**contrast** [1] - 1008:14

**contributed** [1] - 901:13

**control** [1] - 1022:20

**controlled** [1] - 960:2

**conversation** [1] - 1005:18

**convincing** [1] - 934:24

**copy** [1] - 977:23

**cord** [1] - 929:18

**corner** [2] - 974:2, 975:13

**CORPUS** [1] - 897:24

**correct** [149] - 910:10, 911:23, 916:11, 916:12, 916:22, 916:23, 917:10, 917:11, 917:12, 917:13, 917:18, 917:24, 918:4, 918:5, 918:14, 920:1, 921:2, 921:10, 922:20, 927:19, 930:1, 942:11, 954:3, 954:4, 954:17, 955:5, 955:6, 956:6, 956:9, 956:10, 956:11, 956:12, 956:14, 956:15, 956:17, 956:18, 957:11, 957:12, 958:1, 958:8, 959:11, 960:15, 960:16, 962:19, 962:21, 963:8, 964:11, 964:15, 964:16, 965:8, 965:14, 965:15, 965:20, 966:7, 970:17, 972:3, 972:17, 975:23,

976:12, 976:24, 977:13, 977:22, 978:5, 979:21, 980:17, 983:9, 984:15, 985:8, 986:13, 989:2, 991:5, 992:4, 992:15, 994:10, 994:11, 994:13, 996:2, 996:9, 998:5, 998:10, 998:16, 1002:9, 1003:3, 1007:8, 1008:7, 1009:7, 1009:24, 1010:5, 1010:15, 1010:16, 1010:19, 1010:21, 1011:7, 1012:5, 1012:21, 1013:4, 1013:5, 1014:25, 1015:1, 1015:3, 1016:25, 1017:1, 1017:7, 1017:16, 1017:17, 1017:22, 1017:23, 1018:23, 1019:3, 1019:15, 1020:24, 1021:2, 1021:13, 1021:20, 1021:21, 1022:17, 1022:18, 1022:20, 1023:8, 1023:10, 1023:14, 1023:15, 1024:4, 1024:19, 1025:8, 1025:13, 1025:16, 1025:19, 1026:2, 1026:4, 1026:5, 1026:7, 1026:8, 1026:9, 1026:10, 1026:11, 1026:12, 1026:14, 1026:15, 1026:17, 1026:20, 1026:21, 1026:23, 1026:24, 1027:1, 1027:2, 1030:16

**correction** [1] - 1026:21

**cost** [7] - 915:8, 942:18, 943:1, 943:3, 943:25, 944:12, 944:16

**costs** [1] - 914:24

**cough** [2] - 995:2, 996:12

**counsel** [7] - 900:8, 915:20, 928:5, 928:11, 953:8, 966:20, 977:5

**count** [1] - 911:5

**counter** [1] - 997:19

**couple** [5] - 922:9,

928:3, 988:13, 993:16, 1021:22
**course** [7] - 902:8, 920:11, 933:10, 981:1, 981:13, 987:15, 1024:7
**COURT** [121] - 897:1, 898:21, 900:4, 900:8, 900:12, 900:15, 900:20, 900:24, 901:19, 902:14, 902:20, 903:3, 903:19, 903:22, 903:25, 904:10, 904:15, 905:5, 905:23, 906:8, 906:24, 907:12, 907:18, 908:4, 908:7, 908:14, 915:13, 915:17, 915:20, 915:23, 918:7, 918:21, 919:5, 920:3, 922:7, 922:10, 923:1, 923:8, 923:23, 924:1, 924:10, 924:15, 925:12, 925:15, 925:17, 925:22, 925:25, 926:12, 927:23, 929:6, 929:9, 930:11, 931:9, 931:14, 933:20, 934:18, 935:13, 935:23, 936:1, 937:22, 938:21, 939:3, 939:7, 942:22, 943:1, 943:6, 943:10, 943:14, 943:21, 943:24, 944:7, 944:21, 946:11, 947:2, 948:5, 949:24, 950:20, 952:11, 953:5, 953:22, 956:2, 957:1, 959:1, 961:24, 962:5, 962:7, 965:22, 966:10, 966:12, 966:20, 966:23, 967:6, 968:7, 968:11, 968:13, 968:22, 968:25, 969:6, 969:10, 969:14, 969:16, 969:20, 970:20, 970:24, 976:5, 976:9, 976:12, 976:15, 976:18,

976:21, 977:1, 977:4, 1028:15, 1028:18, 1028:25, 1029:3, 1029:8, 1029:11, 1029:13, 1029:19, 1030:2
**Court** [23] - 901:4, 901:7, 901:11, 901:14, 901:15, 901:16, 905:3, 906:19, 924:7, 925:21, 927:23, 928:19, 928:20, 929:7, 941:15, 950:9, 1030:6, 1030:13, 1030:14, 1030:15, 1030:24, 1030:25
**Court's** [1] - 900:14
**courtroom** [7] - 908:6, 929:1, 951:23, 966:12, 976:11, 976:20, 1029:10
**cover** [3] - 908:9, 931:9, 953:6
**covered** [12] - 929:21, 930:13, 931:7, 931:11, 933:16, 933:21, 934:17, 944:1, 944:23, 948:1, 953:5, 955:24
**covering** [3] - 930:14, 965:14
**coverings** [1] - 957:24
**covers** [1] - 964:18
**create** [3] - 960:25, 962:16, 964:2
**created** [4] - 934:13, 960:21, 961:18, 961:19
**creates** [1] - 934:3
**CROSS** [2] - 899:11, 953:23
**CROSS-EXAMINATION** [2] - 899:11, 953:23
**CRR** [2] - 898:21, 1030:23
**Cruz** [2] - 979:10, 1015:23
**Cruz-Field** [1] - 979:10
**CT** [2] - 1008:2, 1008:15
**curriculum** [3] - 977:23, 978:2, 978:4
**curtail** [1] - 907:3
**customers** [1] - 1010:23
**cut** [3] - 965:4, 987:13,

987:16
**cyclical** [1] - 1017:4
**cyproheptadine** [7] - 1003:8, 1004:8, 1020:6, 1023:9, 1023:17, 1024:4

# D

**D'AMICO** [15] - 897:16, 897:17, 900:17, 966:14, 976:14, 976:24, 977:3, 984:1, 1028:16, 1028:22, 1029:2, 1029:12, 1029:14, 1029:24, 1030:5
**D'Amico** [3] - 976:23, 1021:24, 1022:22
**dad** [1] - 910:2
**damage** [12] - 909:21, 911:10, 911:16, 911:17, 911:19, 965:12, 965:18, 965:20, 971:14, 1000:6
**damaged** [1] - 966:6
**damages** [1] - 911:12
**damaging** [1] - 911:18
**damp** [1] - 932:20
**dampness** [1] - 932:20
**dark** [2] - 972:5, 972:6
**darker** [3] - 973:23, 975:16, 975:17
**data** [7] - 959:18, 960:6, 960:8, 960:9, 982:14, 982:16, 995:21
**date** [8] - 987:8, 999:8, 1006:2, 1006:14, 1007:6, 1007:24, 1011:9, 1020:11
**dated** [1] - 1005:21
**dating** [1] - 910:19
**DAVID** [1] - 898:13
**David** [1] - 925:24
**DAY** [1] - 897:11
**days** [9] - 979:15, 979:18, 979:21, 985:3, 985:19, 985:20, 988:19, 1003:21, 1010:17
**dead** [2] - 947:12, 947:16
**deadened** [1] - 1000:10
**deal** [1] - 980:7

**dealing** [3] - 912:22, 927:3, 927:4
**deals** [1] - 909:14
**December** [14] - 906:12, 977:21, 992:7, 992:14, 999:13, 999:14, 1000:12, 1000:18, 1021:19, 1023:18, 1027:21, 1028:5, 1028:9, 1028:12
**decision** [1] - 989:4
**deconstruction** [4] - 929:24, 949:18, 952:8, 964:14
**decrease** [1] - 924:18
**decreased** [3] - 1006:17, 1011:22, 1013:16
**decreases** [1] - 947:16
**defect** [2] - 950:11, 951:3
**defective** [2] - 909:20
**defects** [3] - 909:15, 911:11, 975:19
**defendants** [1] - 929:25
**defer** [1] - 1025:6
**deficiencies** [2] - 919:17, 919:24
**deficiency** [4] - 1015:3, 1015:5, 1015:6, 1015:15
**deficit** [1] - 1025:22
**definitely** [1] - 1002:4
**degree** [6] - 911:25, 917:12, 917:14, 917:16, 972:23, 978:14
**degrees** [9] - 926:19, 961:14, 961:15, 962:1, 972:18, 973:3, 974:16
**demonstrate** [1] - 975:19
**demonstrative** [4] - 902:18, 903:17, 904:12, 935:12
**denigrating** [1] - 906:13
**DENNIS** [1] - 897:20
**density** [3] - 998:4, 998:9, 998:12
**Department** [2] - 948:19, 1008:1
**depict** [2] - 970:5, 974:25
**depicts** [1] - 970:15
**Deposition** [1] - 977:8
**deposition** [31] -

904:22, 905:6, 906:21, 907:2, 917:20, 919:5, 919:9, 919:10, 920:3, 920:4, 920:20, 925:8, 943:5, 943:7, 943:10, 943:11, 943:14, 943:15, 943:16, 944:2, 944:14, 944:19, 944:22, 944:24, 944:25, 954:7, 963:3, 964:17, 976:13, 976:23, 978:3
**DEPOSITION.............** [1] - 899:13
**depressed** [3] - 1010:4, 1026:1, 1028:10
**depression** [45] - 984:8, 984:12, 984:14, 985:6, 985:8, 985:9, 985:11, 985:14, 986:13, 988:4, 990:8, 990:18, 991:20, 1001:20, 1007:9, 1010:2, 1010:19, 1012:25, 1013:1, 1016:6, 1016:7, 1017:3, 1019:13, 1019:18, 1021:9, 1020:2, 1022:20, 1023:6, 1023:7, 1024:6, 1024:7, 1024:9, 1024:10, 1024:11, 1024:12, 1024:13, 1024:17, 1024:21, 1025:7, 1025:10, 1025:11, 1025:13, 1026:25, 1028:7, 1028:11
**depression-like** [2] - 1024:6, 1024:7
**depression-type** [1] - 1017:3
**DEPUTY** [3] - 900:7, 908:18, 909:1
**deputy** [1] - 966:12
**describe** [1] - 1009:14
**described** [3] - 955:5, 963:13, 965:19
**describing** [1] - 937:24
**description** [2] - 940:23, 985:22
**DESCRIPTION** [1] -

899:17
**Desert** [1] - 911:1
**design** [16] - 904:11, 924:16, 924:22, 925:1, 926:24, 927:21, 927:25, 933:19, 934:21, 936:3, 938:22, 949:21, 950:9, 951:3, 951:20, 975:20
**designed** [4] - 911:20, 926:8, 927:15
**designs** [3] - 916:18, 916:19
**desire** [4] - 997:4, 997:6, 997:20, 1004:3
**despite** [1] - 927:14
**detail** [3] - 943:4, 947:20, 950:8
**details** [2] - 950:6, 1008:23
**determine** [4] - 992:17, 994:3, 995:11, 1027:5
**detrimental** [1] - 964:5
**developed** [1] - 1024:9
**Development** [2] - 948:18, 948:19
**dew** [1] - 973:1
**DHEA** [1] - 997:18
**diagnose** [4] - 994:7, 1007:9, 1007:23, 1014:11
**diagnosed** [14] - 985:10, 994:2, 996:23, 998:15, 1007:11, 1007:14, 1007:16, 1007:19, 1014:14, 1014:16, 1017:18, 1022:20, 1024:11, 1027:4
**diagnosing** [2] - 980:7, 1019:21
**diagnosis** [13] - 982:8, 984:10, 984:14, 986:13, 996:13, 1013:1, 1015:22, 1015:23, 1016:1, 1016:10, 1018:3, 1025:9, 1027:18
**diagnostic** [1] - 1018:9
**diagrammed** [1] - 972:17
**diarrhea** [2] - 995:3, 1021:14
**diastolic** [1] - 997:12

**difference** [8] - 947:24, 948:4, 948:8, 956:18, 961:11, 972:23, 980:21
**differences** [4] - 961:10, 963:9, 971:11, 971:19
**different** [10] - 905:12, 906:11, 906:25, 914:10, 931:14, 936:9, 939:19, 945:21, 954:10, 955:2
**differential** [3] - 961:1, 961:6, 961:16
**differentials** [3] - 962:2, 962:15, 971:11
**difficulty** [1] - 1025:25
**dilutes** [1] - 949:5
**DIRE** [4] - 899:6, 899:9, 909:5, 926:13
**dire** [4] - 905:23, 905:25, 906:2, 924:9
**direct** [2] - 974:3, 975:15
**DIRECT** [2] - 899:10, 928:21
**directly** [2] - 947:1, 983:5
**disagree** [2] - 1007:1, 1007:7
**disassemble** [1] - 965:1
**disassembly** [3] - 930:1, 930:2, 964:25
**discovered** [1] - 1015:18
**discuss** [5] - 900:10, 922:18, 944:3, 976:8, 1016:9
**discussed** [6] - 906:21, 994:18, 996:17, 1004:18, 1008:2, 1017:14
**discussing** [2] - 964:14, 1008:22
**disease** [3] - 982:19, 983:1, 991:14
**diseases** [6] - 989:23, 990:21, 990:23, 991:8, 1013:23, 1013:25
**disposal** [1] - 965:2
**disposed** [2] - 965:3, 965:4
**dispute** [1] - 1016:18
**disregard** [1] - 966:24
**DISTRICT** [3] - 897:1,

897:1, 897:13
**District** [3] - 1030:15, 1030:25
**disturbs** [2] - 947:12, 947:16
**division** [1] - 948:19
**dizziness** [1] - 1008:7
**DOCKET** [2] - 897:5, 897:9
**doctor** [6] - 981:9, 1000:10, 1001:24, 1002:8, 1002:11, 1028:23
**Doctor** [21] - 977:9, 978:2, 978:4, 978:8, 980:6, 988:15, 990:14, 1000:8, 1002:8, 1004:1, 1004:23, 1004:25, 1005:21, 1006:10, 1007:22, 1007:23, 1010:25, 1021:22, 1022:5, 1022:25, 1024:1
**DOCUMENT** [1] - 897:7
**documents** [1] - 957:18
**dollar** [2] - 943:6, 944:10
**dollars** [2] - 915:4, 944:10
**DOMINICK** [1] - 898:3
**done** [15] - 911:7, 911:14, 912:18, 913:9, 913:12, 913:18, 914:9, 916:23, 947:22, 950:18, 955:4, 955:5, 991:9, 991:10, 1029:22
**DONELSON** [1] - 898:12
**door** [9] - 927:3, 960:20, 962:14, 962:24, 963:1, 963:4, 963:11, 973:14, 973:19
**doors** [1] - 948:11
**dosage** [2] - 985:16, 988:7
**dose** [18] - 985:18, 985:24, 986:11, 986:21, 987:4, 987:10, 987:11, 987:16, 987:20, 1000:25, 1001:1, 1011:6, 1011:7, 1011:21, 1011:22, 1013:15, 1013:16

**doses** [1] - 985:21
**double** [2] - 956:20, 985:19
**DOUGLAS** [2] - 898:18, 898:18
**down** [18] - 929:4, 934:7, 937:2, 941:1, 958:5, 966:18, 974:23, 976:5, 982:2, 982:5, 982:9, 983:4, 983:19, 987:11, 994:24, 1003:24, 1009:2, 1011:22
**downs** [1] - 990:11
**Dr** [23] - 902:25, 919:22, 922:19, 922:20, 922:24, 923:13, 928:13, 928:15, 931:8, 931:9, 933:17, 940:16, 940:20, 975:25, 976:12, 976:24, 977:1, 977:5, 977:8, 977:12, 1006:21, 1029:11, 1029:12
**DR** [1] - 899:13
**draftspersons** [1] - 964:21
**drilled** [1] - 942:9
**drink** [1] - 939:20
**drinking** [1] - 1018:13
**drip** [1] - 992:23
**dry** [1] - 940:3
**dryer** [1] - 940:2
**duct** [9] - 934:12, 934:16, 946:19, 946:21, 946:23, 947:8, 947:10, 975:6, 975:9
**duct's** [1] - 974:22
**ducts** [1] - 952:24
**due** [7] - 989:20, 990:7, 990:17, 990:20, 1001:1, 1002:7, 1006:3
**duly** [1] - 908:24
**dumpsters** [1] - 965:4
**duplicative** [8] - 901:6, 901:23, 902:18, 907:16, 907:18, 920:13, 920:15, 953:8
**DuPont** [1] - 939:17
**during** [5] - 914:2, 920:11, 994:17, 1009:9, 1014:10
**dysfunction** [18] - 982:12, 982:23,

986:24, 1006:18, 1006:25, 1007:6, 1007:14, 1010:7, 1010:12, 1010:24, 1016:15, 1025:17, 1026:1, 1026:20, 1026:22, 1027:18, 1027:22, 1028:5

## E

**ear** [1] - 1006:3
**early** [5] - 948:22, 982:25, 1029:13, 1029:21, 1029:22
**earth** [1] - 1009:2
**easier** [2] - 936:24, 968:14
**easily** [2] - 932:23, 959:13
**Eastern** [1] - 1030:15
**EASTERN** [1] - 897:1
**eating** [1] - 986:10
**economically** [3] - 944:5, 944:18, 945:10
**education** [4] - 918:12, 926:15, 926:25, 927:3
**educational** [1] - 978:11
**effect** [11] - 922:23, 934:14, 941:18, 946:7, 946:22, 954:14, 960:21, 991:24, 1007:5, 1020:14, 1023:5
**effective** [3] - 949:21, 959:6, 1005:19
**effects** [8] - 932:15, 954:12, 973:15, 986:5, 987:16, 992:1, 1012:14, 1022:22
**Effexor** [39] - 985:15, 985:17, 986:6, 986:20, 987:4, 987:17, 988:21, 988:23, 989:2, 989:5, 989:20, 990:1, 990:4, 991:21, 992:10, 993:9, 994:19, 996:18, 998:1, 1004:7, 1004:19, 1011:6, 1012:5, 1012:8, 1012:15, 1012:23, 1013:3, 1013:7, 1013:12, 1013:17, 1013:18,

1016:21, 1021:25, 1022:2, 1022:17, 1022:19, 1022:23, 1023:1, 1023:5
**efficient** [1] - 944:13
**eighth** [1] - 929:17
**either** [12] - 902:21, 911:3, 918:12, 921:21, 924:3, 930:15, 945:9, 952:12, 957:25, 958:5, 986:17, 1029:20
**ejaculation** [1] - 986:18
**elaborate** [3] - 983:18, 983:25, 1009:22
**electrical** [4] - 912:4, 930:20, 936:21, 964:19
**elementary** [1] - 927:2
**elements** [1] - 909:16
**elevated** [3] - 901:13, 982:17, 997:11
**elicit** [2] - 901:9, 928:12
**elicited** [2] - 944:19, 944:22
**eliminates** [4] - 932:17, 939:18, 944:14, 958:9
**emission** [1] - 946:2
**emit** [1] - 931:3
**emits** [1] - 945:9
**emitted** [1] - 925:6
**emitting** [1] - 940:14
**emotional** [9] - 986:19, 988:19, 992:9, 994:23, 999:8, 999:16, 1001:3, 1003:15
**employed** [2] - 909:7, 909:9
**en** [3] - 968:13, 968:15, 969:9
**encapsulate** [1] - 932:12
**enclosed** [2] - 941:9, 941:10
**end** [1] - 911:23
**energy** [6] - 937:3, 984:23, 984:24, 1010:15, 1018:12
**engaged** [2] - 978:21, 980:2
**ENGELHARDT** [1] - 897:12
**engineer** [14] - 907:14, 916:8, 916:10, 916:11, 916:13,

924:23, 934:20, 951:24, 964:18, 964:19
**engineer's** [1] - 964:20
**engineering** [3] - 910:11, 911:25, 916:18
**engineers** [6] - 912:1, 912:3, 912:4, 912:5, 912:7, 916:21
**Engineers** [1] - 949:1
**enhanced** [1] - 1008:15
**ensure** [1] - 1001:24
**entered** [1] - 905:17
**entering** [1] - 933:12
**enters** [3] - 908:6, 932:20, 976:20
**entire** [2] - 965:2, 968:17
**entirely** [1] - 905:20
**entitled** [2] - 956:24, 1030:18
**entrapped** [1] - 941:8
**entry** [2] - 930:20, 968:6
**envelope** [1] - 973:17
**environmental** [1] - 912:4, 916:10, 964:18
**ENVIRONMENTAL** [1] - 898:12
**equipment** [1] - 914:16
**equivalent** [2] - 960:22, 964:22
**erectile** [10] - 982:23, 1006:18, 1007:14, 1010:7, 1016:15, 1025:17, 1026:1, 1027:18, 1027:21, 1028:5
**ERNEST** [1] - 898:8
**especially** [2] - 944:1, 971:19
**ESQUIRE** [11] - 897:17, 897:17, 897:20, 898:3, 898:8, 898:8, 898:9, 898:13, 898:14, 898:14, 898:18
**essence** [1] - 938:20
**estimate** [2] - 911:2, 915:2
**et** [1] - 936:6
**ET** [1] - 897:8
**ethical** [1] - 927:12
**etiology** [1] - 1016:10
**evaluate** [3] - 917:21,

938:3, 1008:10
**evaluating** [1] - 926:24
**evaluation** [2] - 918:3, 1024:16
**event** [4] - 911:9, 911:16, 1024:12
**eventual** [1] - 1018:1
**evidence** [6] - 963:14, 965:12, 965:18, 966:15, 966:25, 967:3
**evidentiary** [1] - 900:18
**evolved** [1] - 979:9
**exact** [1] - 1017:4
**exactly** [7] - 900:15, 915:17, 925:10, 943:16, 980:19, 982:20, 1018:19
**exam** [2] - 991:19, 1014:8
**examination** [7] - 914:9, 949:17, 981:16, 981:19, 982:8, 997:10
**EXAMINATION** [40] - 899:6, 899:7, 899:8, 899:9, 899:10, 899:11, 899:12, 909:5, 915:24, 918:9, 919:12, 920:18, 922:15, 923:9, 926:6, 926:13, 928:21, 929:11, 930:22, 931:17, 933:24, 936:7, 938:17, 939:8, 945:5, 946:17, 947:6, 948:15, 950:25, 952:14, 953:13, 953:23, 956:3, 957:9, 959:4, 962:10, 966:2, 967:7, 969:24, 971:2
**EXAMINATIONS** [1] - 899:3
**examine** [1] - 951:16
**examined** [4] - 908:25, 938:23, 950:6, 950:8
**example** [3] - 902:25, 923:11, 981:21
**except** [4] - 916:16, 965:14, 980:10, 997:11
**exchange** [1] - 948:24
**exclude** [1] - 924:3
**excluded** [1] - 938:20
**excuse** [11] - 923:6,

923:14, 923:21, 943:25, 948:17, 956:24, 966:8, 972:19, 973:25, 998:7, 1004:9
**exemplar** [12] - 902:15, 902:17, 906:20, 928:24, 929:4, 929:13, 938:10, 938:14, 939:1, 945:8, 945:21, 946:2
**exemplars** [1] - 945:14
**exhibit** [7] - 963:20, 966:9, 966:15, 966:24, 968:10, 968:21, 969:9
**Exhibit** [11] - 951:12, 964:6, 966:4, 969:9, 972:15, 973:11, 978:3, 978:4, 1004:23, 1005:22, 1006:9
**EXHIBITS** [1] - 899:19
**Exhibits** [1] - 969:22
**exhibits** [3] - 943:22, 966:13, 969:13
**exist** [1] - 949:13
**existed** [2] - 961:20, 962:17
**expect** [1] - 905:6
**expensive** [5] - 944:8, 944:12, 971:9, 989:21, 1012:9
**experience** [3] - 927:9, 944:6, 949:19
**experienced** [2] - 983:17, 983:20
**experiencing** [3] - 986:5, 996:24, 1006:18
**expert** [32] - 903:5, 903:6, 904:2, 905:18, 906:17, 906:18, 907:3, 915:12, 915:18, 918:21, 919:6, 920:9, 920:11, 920:12, 924:12, 927:21, 928:10, 928:20, 933:21, 934:20, 934:23, 935:1, 943:24, 944:1, 944:3, 947:3, 950:9, 953:9, 1007:5
**expertise** [19] - 904:23, 905:2, 905:8, 905:21, 905:25, 906:16,

915:21, 916:14, 916:21, 917:1, 917:21, 918:3, 919:7, 920:6, 920:14, 921:22, 922:2, 922:4, 931:10
**experts** [7] - 928:12, 929:25, 945:13, 950:5, 950:6, 950:7, 1006:24
**explain** [6] - 938:16, 957:4, 957:5, 965:24, 972:15, 980:21
**explained** [2] - 945:15, 954:7
**explaining** [1] - 935:14
**explanation** [2] - 934:18, 957:5
**explanations** [1] - 949:16
**exposed** [3] - 991:11, 1000:9, 1013:23
**expressed** [3] - 906:22, 918:25, 946:22
**extensive** [1] - 927:2
**extent** [10] - 904:24, 916:16, 925:7, 935:12, 958:12, 962:17, 966:23, 1004:19, 1016:7, 1016:12
**exterior** [6] - 929:15, 937:2, 937:21, 939:12, 939:16, 975:1
**extracting** [1] - 948:10
**eye** [2] - 972:6, 1005:13
**eyes** [1] - 1005:7

**F**

**face** [3] - 993:16, 993:17, 993:21
**faces** [1] - 960:12
**facets** [1] - 912:22
**facilities** [3] - 910:22, 914:13, 914:15
**facing** [1] - 963:23
**fact** [12] - 916:5, 926:21, 927:14, 956:20, 959:6, 959:9, 990:3, 990:7, 990:17, 999:24, 1002:7, 1015:15
**factors** [1] - 1026:25

fail [1] - 952:19
failure [3] - 952:22, 952:24, 953:1
failures [2] - 909:15, 911:11
fair [9] - 902:7, 906:24, 911:20, 933:20, 944:14, 944:24, 946:11, 995:24, 1009:15
fairly [2] - 946:6, 995:19
fairness [1] - 973:13
faithfully [2] - 1009:1, 1009:5
familiar [7] - 912:15, 913:22, 914:2, 914:17, 914:23, 930:3, 939:13
family [1] - 1016:9
fan [1] - 960:20
far [8] - 907:4, 959:22, 974:20, 981:11, 982:21, 983:13, 995:22, 996:19
fashion [1] - 955:1
feasible [3] - 944:5, 944:18, 945:10
February [1] - 1004:24
feelings [2] - 1012:25, 1013:4
feet [3] - 974:22, 974:23
FELIPE [1] - 897:21
FEMA [4] - 897:4, 951:7, 951:13, 1007:3
fever [2] - 994:24, 996:12
few [6] - 906:14, 924:1, 927:18, 973:11, 1029:18, 1029:19
fiberglass [5] - 929:21, 932:6, 947:13, 955:17, 956:9
fibers [1] - 1000:10
FIELD [1] - 899:13
field [8] - 916:5, 918:21, 924:12, 924:25, 927:24, 928:20, 976:12, 978:12
Field [8] - 976:24, 977:1, 977:2, 977:8, 977:11, 977:12, 979:6, 979:10
fields [4] - 916:12, 916:14, 918:3, 927:9

Fields [3] - 977:2, 977:3, 977:5
figured [1] - 990:5
file [2] - 1005:1, 1006:10
filled [3] - 929:20, 939:21, 954:25
filling [2] - 932:21, 937:6
fills [1] - 932:18
filtering [1] - 949:10
final [1] - 1003:11
finally [1] - 970:13
finances [2] - 989:20, 1012:13
fine [1] - 903:11
finish [7] - 925:13, 925:23, 956:25, 961:24, 970:21, 1029:24, 1029:25
finished [1] - 945:14
finishes [1] - 1029:2
finishing [1] - 1029:15
fire [2] - 911:9, 911:17
First [4] - 909:10, 909:13, 909:14, 913:13
first [19] - 901:2, 908:24, 909:25, 922:7, 924:2, 924:4, 944:8, 945:23, 956:23, 967:25, 970:14, 981:4, 981:17, 981:18, 984:15, 1009:23, 1023:9, 1024:20, 1027:20
five [12] - 964:20, 968:8, 979:15, 979:18, 979:21, 1009:7, 1009:9, 1017:15, 1024:7, 1027:14, 1027:17, 1027:19
fixtures [1] - 930:17
flame [1] - 955:22
FLIR [1] - 972:3
flooding [1] - 912:24
floor [3] - 936:16, 954:12, 960:5
floors [3] - 937:10, 971:10, 971:12
Florida [1] - 910:25
flu [2] - 1014:19, 1014:20
foam [4] - 947:14, 955:9, 955:13, 955:23
folic [5] - 994:18, 996:18, 998:2,

1004:7, 1004:18
folks [1] - 964:1
follow [5] - 925:25, 926:12, 999:5, 1020:23, 1021:3
follow-up [4] - 926:12, 999:5, 1020:23, 1021:3
followed [1] - 961:21
following [1] - 1011:17
follows [1] - 908:25
foot [1] - 944:11
FOR [3] - 897:16, 898:7, 898:12
force [2] - 948:24, 949:7
forcing [1] - 961:7
foregoing [1] - 1030:16
FOREST [2] - 897:8, 898:7
Forest [3] - 930:3, 933:3, 938:18
forgive [1] - 980:15
form [2] - 939:22, 941:5
formal [1] - 918:12
formaldehyde [66] - 901:14, 904:20, 905:1, 905:15, 905:21, 906:18, 907:2, 907:3, 907:5, 917:21, 917:25, 918:19, 918:24, 919:3, 919:8, 919:16, 919:25, 920:24, 921:8, 921:11, 921:19, 922:18, 922:21, 923:12, 924:12, 924:16, 924:18, 925:4, 925:5, 925:6, 928:3, 928:5, 928:8, 931:3, 931:6, 933:5, 933:10, 933:14, 934:7, 934:8, 934:15, 938:15, 938:12, 938:18, 938:22, 939:11, 940:12, 940:13, 940:14, 940:21, 941:20, 941:25, 945:9, 945:16, 946:2, 946:7, 946:13, 946:14, 946:16, 946:23, 947:4, 950:12, 950:18, 975:25
FORMALDEHYDE [1]

- 897:4
formaldehyde-based [1] - 931:6
formaldehyde-containing [1] - 922:21
forms [1] - 939:20
formulate [2] - 909:19, 916:19
forth [1] - 936:22
forward [1] - 908:15
foundation [2] - 906:6, 907:6
four [8] - 910:11, 968:8, 991:21, 999:4, 999:13, 999:14, 1017:15
frame [3] - 929:18, 942:16, 953:11
framing [6] - 942:7, 953:1, 956:13, 956:18, 956:19, 973:8
Frank [1] - 1015:23
FRANK [2] - 897:16, 897:17
Frank's [1] - 1021:22
free [2] - 985:1, 985:5
free-minded [2] - 985:1, 985:5
frequently [3] - 992:1, 992:12, 993:17
fresh [1] - 949:11
frigid [1] - 940:1
front [4] - 929:13, 929:14, 938:14, 1009:3
full [4] - 909:1, 977:9, 979:14
full-time [1] - 979:14
fully [1] - 937:6
function [6] - 914:10, 996:9, 1011:3, 1027:8, 1027:11
furnished [1] - 915:1
FURTHER [2] - 899:9, 926:13

G

GAEDDERT [1] - 898:18
gained [1] - 999:17
game [3] - 902:8, 906:24, 944:24
gaps [5] - 936:11, 936:17, 937:7, 937:10, 972:12
gas [2] - 1000:9,

1006:16
gassed [1] - 934:8
gasses [2] - 913:18
gassing [25] - 912:24, 919:18, 919:19, 921:6, 921:7, 921:9, 921:11, 921:12, 921:13, 922:1, 922:18, 922:23, 923:12, 933:5, 933:14, 934:3, 934:4, 941:20, 942:12, 945:16, 946:8, 946:15, 946:23, 965:21
gassings [1] - 965:17
gastroenterological [1] - 1021:12
gastroenterological-type [1] - 1021:12
general [21] - 913:7, 918:12, 918:16, 918:20, 918:22, 924:13, 924:25, 927:24, 944:14, 980:8, 980:13, 980:15, 980:19, 980:22, 981:15, 981:17, 982:4, 982:9, 989:23
General [4] - 909:10, 909:13, 909:14, 913:13
generally [2] - 916:17, 927:21
generate [1] - 982:7
generation [1] - 910:10
generic [2] - 1003:8, 1005:10
gentleman [3] - 935:5, 953:6, 977:1
gentleman's [1] - 931:10
gentlemen [6] - 909:12, 910:12, 911:13, 914:8, 938:16, 972:16
geographical [1] - 932:2
GIEGER [6] - 898:7, 898:8, 903:2, 903:21, 907:15, 924:6
given [6] - 924:19, 955:22, 979:13, 998:22, 1024:11, 1024:16
glimpse [1] - 966:23
globo [3] - 968:13,

968:15, 969:9
**glued** [1] - 931:6
**goal** [1] - 938:10
**God** [1] - 908:21
**Godchaux** [1] -
910:17
**Government** [1] -
948:20
**grab** [1] - 929:9
**grade** [1] - 953:16
**graduate** [2] - 978:16,
978:18
**graduated** [1] -
917:10, 978:13,
985:23
**great** [1] - 947:20
**greater** [3] - 933:13,
961:5, 974:6
**Greif** [1] - 1008:1
**grossly** [1] - 1008:17
**ground** [4] - 908:7,
931:11, 935:11,
936:4
**guess** [10] - 979:15,
979:17, 984:12,
991:2, 993:1, 993:6,
996:5, 1000:13,
1001:11, 1004:12
**guide** [1] - 935:7
**guided** [1] - 928:17
**guidelines** [1] -
907:23
**Gulf** [1] - 912:14
**guy** [12] - 902:22,
903:4, 903:8,
903:12, 903:14,
904:1, 904:6, 904:8,
904:16, 906:14,
907:1, 935:15
**guys** [1] - 943:24

## H

**half** [5] - 929:18,
929:20, 954:9,
974:23, 1003:18
**hand** [8] - 908:19,
983:13, 993:16,
993:21, 1003:24,
1004:24, 1005:23,
1006:8
**hands** [1] - 1007:20
**handwriting** [1] -
1005:9
**hard** [4] - 911:23,
919:7, 940:7
**hardboard** [2] -
955:10, 955:12
**harmful** [1] - 958:12

**head** [7] - 955:15,
992:12, 992:15,
996:25, 1008:2,
1008:15, 1014:23
**hear** [5] - 902:4,
902:10, 902:11,
977:6, 1000:15
**HEARD** [1] - 897:12
**heard** [12] - 902:4,
907:8, 919:21,
920:16, 924:11,
928:12, 928:13,
934:23, 935:6,
935:8, 935:14,
952:11
**hearing** [6] - 906:9,
982:13, 1025:22,
1025:25, 1026:9,
1026:11
**heat** [25] - 914:11,
932:5, 932:9,
932:10, 932:14,
932:19, 932:23,
933:11, 937:3,
941:1, 941:6,
947:17, 959:11,
959:14, 971:8,
971:17, 972:2,
972:5, 972:7,
972:13, 974:7,
975:14, 975:22
**heating** [2] - 920:24,
921:21
**Heating** [1] - 949:1
**height** [1] - 929:22
**held** [4] - 900:23,
923:25, 942:25,
950:1
**hello** [2] - 953:25,
954:1
**help** [3] - 908:21,
936:1, 971:21
**helped** [1] - 1017:13
**helps** [2] - 971:23,
997:19
**hepatitis** [4] - 991:3,
991:16, 1000:25,
1005:8
**hereby** [1] - 1030:16
**high** [2] - 918:13,
932:20
**higher** [4] - 932:4,
933:14, 933:15,
975:16
**himself** [8] - 934:24,
988:23, 989:25,
990:4, 1011:21,
1012:4, 1012:8,
1016:22
**hindsight** [1] -

1016:14
**hire** [1] - 912:7
**hired** [3] - 935:9,
946:19, 951:24
**histamine** [1] - 992:3
**historical** [2] - 910:14,
910:19
**Historical** [1] - 910:16
**history** [9] - 981:21,
981:24, 1016:9,
1019:12, 1019:17,
1023:22, 1024:5,
1024:10, 1024:16
**hitting** [1] - 911:17
**HIV** [3] - 991:2,
991:12, 991:14
**hold** [4] - 917:14,
917:16, 917:18,
978:7
**holds** [1] - 929:19
**hole** [1] - 942:9
**home** [6] - 913:1,
927:15, 948:14,
948:21, 948:23,
949:9
**homeowner** [1] -
909:24
**homeowners** [1] -
911:12
**homes** [17] - 910:19,
910:22, 910:23,
911:3, 911:6, 911:7,
911:21, 912:10,
912:13, 913:25,
927:17, 940:9,
947:22, 948:8,
955:19
**homocystine** [1] -
982:17
**honest** [1] - 1009:12
**Honor** [73] - 900:11,
901:1, 902:13,
903:24, 904:9,
905:12, 906:4,
907:7, 907:24,
908:12, 915:11,
915:22, 918:16,
918:25, 922:6,
922:9, 923:4,
923:21, 923:22,
924:14, 925:11,
925:14, 926:2,
927:20, 929:3,
930:10, 931:7,
931:12, 933:16,
933:18, 934:17,
935:9, 935:22,
935:24, 937:25,
938:19, 942:20,
943:3, 943:23,

946:10, 946:25,
948:1, 948:3,
949:23, 950:5,
950:22, 953:3,
953:10, 953:21,
956:1, 956:24,
961:23, 962:4,
966:8, 966:16,
966:21, 967:4,
968:5, 968:12,
968:15, 968:16,
969:5, 969:8,
969:12, 969:15,
969:19, 970:19,
970:23, 976:4,
976:14, 976:24,
1028:16, 1029:12
**HONORABLE** [1] -
897:12
**hopes** [1] - 901:3
**hormone** [1] - 997:19
**hormone-type** [1] -
997:19
**hose** [1] - 975:1
**Hospital** [1] - 980:3
**hospital** [3] - 979:18,
979:23, 979:24
**hospitals** [2] - 980:1,
980:4
**hot** [7] - 932:3,
936:24, 939:24,
939:25, 959:12,
971:19
**hotter** [2] - 973:22,
973:25
**hour** [3] - 949:3,
962:18, 993:18
**hours** [1] - 1008:23
**house** [2] - 949:2,
949:9
**houses** [1] - 912:13
**housing** [3] - 909:18,
910:23, 912:11
**Housing** [2] - 948:18,
948:19
**HOUSTON** [1] -
897:21
**HUD** [4] - 948:14,
948:17, 948:22,
949:7
**humid** [4] - 932:3,
939:24, 939:25,
971:19
**humidities** [1] -
933:15
**humidity** [11] - 912:24,
919:20, 921:25,
932:20, 934:2,
937:7, 940:3,
959:11, 959:19,

960:2
**humidity-wise** [1] -
940:3
**hundred** [1] - 921:1
**hundreds** [2] - 911:22,
927:17
**Hurricane** [1] - 910:2
**hurricane** [1] - 911:10
**HVAC** [6] - 917:22,
917:24, 919:9,
934:19, 935:15,
952:24
**hypertensive** [1] -
997:14

## I

**I-10** [2] - 915:16
**ice** [2] - 907:20,
939:20
**idea** [1] - 945:7
**identification** [1] -
923:6
**identified** [3] - 919:17,
919:24, 969:2
**identifies** [1] - 972:10
**identify** [12] - 903:4,
903:10, 903:25,
904:1, 909:19,
913:2, 935:1,
960:11, 967:6,
971:10, 971:21,
971:24
**identifying** [3] -
909:16, 922:3,
922:20
**image** [10] - 972:8,
972:15, 972:16,
973:10, 974:3,
974:9, 974:24,
975:4, 975:7, 975:15
**images** [7] - 962:24,
963:1, 971:4, 971:7,
971:8, 972:1, 975:19
**imaging** [4] - 961:25,
962:2, 963:5, 973:20
**immaterial** [1] -
958:23
**impact** [4] - 918:18,
919:3, 921:16,
931:25
**impacted** [2] - 917:22,
921:20
**impediment** [4] -
1025:20, 1025:25,
1026:13, 1026:16
**implies** [1] - 980:6
**importance** [1] -
1018:4

**important** [2] - 920:3, 959:23
**impotent** [2] - 1004:2, 1004:3
**impression** [2] - 991:20, 1018:24
**improper** [1] - 928:14
**IN** [1] - 897:4
**in-door** [1] - 927:3
**inappropriate** [1] - 944:11
**inartfulness** [1] - 980:15
**INC** [3] - 897:8, 898:7, 898:12
**inch** [3] - 929:17, 929:18, 929:20
**inch-and-a-half** [2] - 929:18, 929:20
**inch-and-an-eighth** [1] - 929:17
**inches** [1] - 929:22
**include** [5] - 924:15, 927:1, 927:25, 928:3, 928:5
**included** [3] - 924:21, 924:24, 928:16
**includes** [5] - 964:19, 964:22, 964:23, 964:25, 965:2
**including** [2] - 910:25, 924:25
**Incorporated** [1] - 909:11
**incorporated** [2] - 901:20, 935:10
**increase** [9] - 905:10, 919:16, 919:24, 924:18, 933:13, 947:10, 985:24, 986:20, 1011:6
**increased** [7] - 919:19, 920:24, 950:12, 985:19, 987:9, 1011:21, 1013:15
**increases** [6] - 907:5, 933:4, 942:1, 947:17, 954:14, 974:6
**increasing** [3] - 991:25, 1020:15, 1023:10
**incredibly** [1] - 971:9
**incumbent** [1] - 906:5
**indeed** [1] - 946:21
**indicate** [3] - 972:20, 991:11, 1003:7
**indicates** [2] - 975:9, 1001:8

**indicating** [1] - 975:13
**indication** [2] - 981:10, 999:23
**indicative** [1] - 982:18
**indicator** [1] - 982:20
**indicators** [1] - 982:25
**individual** [2] - 922:20, 981:20
**individual's** [1] - 981:14
**individuals** [3] - 916:24, 927:16, 935:10
**Indonesia** [1] - 930:15
**indoor** [3] - 912:23, 913:9, 927:6
**industrial** [5] - 914:1, 914:13, 914:15, 914:16, 955:20
**infection** [5] - 992:18, 1005:12, 1006:4, 1014:17
**inferred** [1] - 1012:12
**infiltrate** [1] - 975:20, 975:22
**infiltration** [2] - 971:14, 975:14
**information** [10] - 909:22, 913:3, 935:3, 943:5, 944:18, 955:11, 957:17, 957:19, 987:24, 1000:11
**infrared** [4] - 960:10, 960:13, 961:1, 961:9
**inhibit** [1] - 926:22
**inhibition** [1] - 955:7
**initial** [1] - 985:21
**inquire** [1] - 1017:21
**inside** [22] - 912:20, 942:5, 949:5, 954:24, 959:19, 960:4, 960:6, 960:9, 960:17, 961:4, 961:6, 963:23, 965:19, 967:10, 970:3, 970:17, 971:15, 971:16, 974:1, 974:2
**inspecting** [1] - 936:10
**install** [3] - 952:22, 952:24, 953:1
**installation** [2] - 946:24, 963:21
**installed** [5] - 902:24, 930:18, 933:10, 955:1, 963:22
**installing** [1] - 953:11
**instance** [2] - 932:2,

1022:14
**instances** [1] - 927:11
**instead** [1] - 932:21
**instruct** [1] - 924:2
**instructed** [3] - 920:8, 928:11, 966:19
**instruction** [3] - 901:22, 928:19, 934:25
**instructions** [1] - 953:7
**insulated** [2] - 941:21, 954:23
**insulates** [1] - 932:6
**insulation** [72] - 906:21, 910:24, 914:6, 914:14, 914:17, 914:20, 914:24, 929:21, 930:19, 931:19, 931:20, 931:25, 932:6, 932:8, 932:16, 932:18, 932:25, 933:7, 936:12, 936:16, 936:17, 936:19, 936:22, 936:23, 937:1, 937:11, 941:1, 941:4, 941:11, 941:16, 941:19, 941:21, 942:1, 942:3, 942:8, 942:14, 947:9, 947:11, 947:13, 947:15, 952:22, 954:25, 955:14, 955:18, 955:23, 956:8, 956:9, 956:19, 959:10, 963:9, 966:6, 967:10, 967:15, 967:20, 967:23, 968:2, 968:4, 968:19, 970:2, 970:6, 970:9, 971:13, 972:9, 972:12, 973:4, 973:7, 973:9, 973:24
**insulation's** [1] - 947:16
**insulations** [1] - 914:11
**insulators** [1] - 932:8
**insurance** [8] - 909:14, 909:15, 909:17, 909:23, 911:9, 913:15, 927:16, 954:8
**insurance-type** [1] - 909:15

**intake** [1] - 981:13
**intend** [5] - 901:5, 901:16, 902:17, 902:18, 906:4
**intended** [1] - 1023:6
**intends** [1] - 904:24
**interacting** [1] - 988:5
**interface** [1] - 965:13
**interfering** [1] - 987:17
**interior** [9] - 922:2, 930:9, 930:12, 930:13, 932:24, 934:9, 940:7, 961:15
**internal** [3] - 979:1, 980:13, 980:19
**international** [1] - 927:7
**internship** [1] - 978:23
**interpret** [1] - 985:4
**interpreted** [1] - 998:13
**interrupt** [1] - 900:18
**interviewed** [1] - 927:12
**intolerant** [2] - 1015:21, 1015:22
**introduce** [2] - 968:23
**introduced** [1] - 948:23
**introducing** [2] - 949:11, 969:1
**introduction** [1] - 933:4
**introverted** [3] - 1025:24, 1026:3, 1026:6
**introverts** [1] - 984:1
**intrusion** [1] - 965:14
**investigations** [1] - 912:3
**invited** [2] - 957:16, 957:19
**invoice** [1] - 964:18
**involved** [3] - 909:25, 910:8, 939:14
**IR's** [1] - 962:13
**irregular** [1] - 936:12
**issue** [6] - 905:19, 905:20, 907:9, 927:25, 987:12, 993:5
**issued** [1] - 901:4
**issues** [7] - 906:20, 912:23, 963:13, 964:15, 980:7, 996:13, 1025:18
**items** [2] - 902:13, 916:25
**itself** [4] - 934:9,

936:17, 958:23, 959:8

**J**

**Jack** [1] - 906:14
**jack** [1] - 964:24
**jacking** [2] - 964:22
**January** [28] - 943:18, 943:19, 977:16, 977:17, 978:21, 987:7, 988:9, 996:21, 996:24, 997:3, 997:10, 997:14, 997:16, 998:3, 1011:17, 1011:18, 1012:17, 1013:10, 1013:11, 1014:21, 1016:22, 1017:18, 1019:15, 1019:22, 1020:5, 1021:1
**JASON** [1] - 898:8
**Jason** [1] - 925:19
**job** [2] - 921:10, 1006:5
**joints** [1] - 952:9
**JR** [4] - 897:16, 897:17, 898:8, 908:23
**Jr** [5] - 908:13, 908:14, 909:3, 909:4, 977:11
**JR.............................
........** [1] - 899:5
**JUDGE** [1] - 897:13
**judge** [1] - 1028:22
**Judge** [1] - 1030:5
**July** [21] - 981:6, 982:1, 983:12, 984:10, 984:15, 984:18, 988:17, 989:1, 990:1, 1006:8, 1006:14, 1009:23, 1010:13, 1013:19, 1016:22, 1019:15, 1019:22, 1021:25, 1022:3, 1027:20
**June** [3] - 1001:1, 1001:2, 1001:3
**jury** [37] - 900:8, 902:19, 903:15, 903:18, 903:20, 904:4, 906:16, 907:19, 907:20, 908:5, 909:12, 910:12, 911:13, 920:7, 928:13, 934:25, 935:3,

935:8, 937:17,
937:20, 938:17,
950:15, 952:3,
958:7, 966:19,
966:23, 968:19,
969:4, 970:2,
972:16, 976:10,
976:19, 1008:23,
1008:24, 1009:14,
1029:9, 1029:17
**JURY** [1] - 897:12
**Justice** [1] - 1008:1

## K

**KAREN** [1] - 898:14
**Katrina** [3] - 939:16,
1021:17, 1027:1
**keep** [1] - 949:4
**keeping** [2] - 932:9,
1020:20
**kidneys** [1] - 980:8
**kind** [10] - 904:16,
906:14, 911:2,
911:6, 911:14,
943:21, 954:8,
1008:25, 1009:17,
1012:12
**kinds** [1] - 1021:14
**knowledge** [8] -
940:16, 940:19,
942:14, 944:5,
944:13, 949:13,
957:24, 1011:1
**known** [4] - 925:7,
979:6, 1000:11,
1004:8
**knows** [6] - 903:6,
906:14, 906:15,
906:16, 906:17,
907:6
**KURT** [1] - 897:12
**KURTZ** [15] - 898:13,
905:21, 922:9,
922:16, 923:4,
923:10, 923:15,
923:17, 925:14,
925:16, 926:3,
933:16, 937:25,
943:19, 970:22
**Kurtz** [5] - 922:7,
923:7, 923:14,
927:15, 970:20
**Kurtz's** [1] - 922:13
**KURTZ:** ....................
[1] - 899:8

## L

**LA** [4] - 897:18,
898:10, 898:15,
898:22
**lab** [3] - 981:19,
982:14, 982:16
**laboratory** [1] - 981:17
**LABORDE** [1] - 898:7
**lack** [9] - 923:19,
968:4, 968:19,
973:4, 973:8,
984:23, 984:24,
997:6, 1010:15
**lactose** [2] - 1015:21,
1015:22
**ladies** [6] - 909:12,
910:12, 911:13,
914:8, 938:16,
972:16
**LaGrange** [2] -
946:19, 963:7
**LAPEROUSE** [1] -
898:7
**large** [2] - 971:21,
971:24
**large-scale** [1] -
971:24
**larger** [1] - 941:7
**last** [15] - 900:9,
902:2, 914:21,
915:2, 918:11,
951:2, 977:20,
993:18, 1004:15,
1006:8, 1021:19,
1027:21, 1028:9,
1028:12
**late** [1] - 943:21
**Lauan** [2] - 930:14,
945:25
**LAW** [2] - 897:16,
897:23
**law** [2] - 917:2, 917:11
**lawyer's** [1] - 965:25
**lawyers** [1] - 964:11
**lay** [2] - 906:6, 907:6
**layer** [1] - 941:1
**layers** [1] - 931:5
**layman** [1] - 980:21
**lead** [2] - 950:14,
1026:25
**leakage** [12] - 934:16,
946:19, 946:21,
946:23, 947:8,
947:10, 947:15,
974:11, 974:13,
974:14, 975:6, 975:9
**leaked** [1] - 934:13
**learn** [3] - 1009:10,

1016:4, 1023:16
**learned** [2] - 927:1,
1015:14
**least** [5] - 939:14,
949:3, 962:1,
975:24, 1002:16
**leave** [3] - 945:18,
945:19, 958:7
**leaves** [2] - 976:11,
1029:10
**left** [15] - 973:18,
993:15, 993:16,
995:4, 995:9,
996:25, 999:19,
999:22, 1000:3,
1000:19, 1001:7,
1008:7, 1014:22,
1015:16, 1015:17
**left-sided** [1] - 1008:7
**length** [2] - 907:8,
948:2
**less** [14] - 928:6,
932:13, 932:14,
932:24, 933:11,
936:20, 936:23,
944:12, 958:10,
983:6, 993:18,
993:25
**lessens** [3] - 932:10,
941:6, 958:10
**lethargy** [1] - 982:4
**letter** [1] - 969:1
**level** [13] - 905:1,
905:10, 917:21,
919:4, 921:20,
935:11, 940:13,
950:13, 950:18,
964:24, 982:17,
988:3, 1017:11
**leveling** [1] - 964:23
**levels** [13] - 901:14,
905:17, 918:19,
918:25, 919:1,
919:3, 919:8, 925:4,
928:3, 928:6,
938:22, 947:4
**Levitra** [2] - 1001:9,
1001:11
**LIABILITY** [1] - 897:5
**libido** [1] - 1004:2
**license** [1] - 978:7
**licensed** [4] - 913:5,
913:7, 916:8, 916:10
**life** [4] - 910:9, 991:14,
991:16, 1017:12
**life-threatening** [1] -
991:14
**Lifecare** [1] - 980:3
**light** [2] - 930:16,
949:16

**likely** [4] - 990:6,
990:16, 1023:24,
1024:17
**likewise** [3] - 901:25,
913:18, 967:19
**limbs** [1] - 911:18
**limited** [5] - 906:18,
934:5, 964:13,
979:17, 1016:12
**limits** [4] - 905:25,
926:25, 928:1,
939:18
**line** [6] - 921:15,
962:7, 962:8, 962:9,
984:25
**lined** [1] - 939:16
**lines** [1] - 920:20
**liquid** [1] - 939:20
**list** [3] - 966:13, 977:4,
1019:23
**listen** [1] - 1000:14
**listened** [1] - 999:19
**literally** [1] - 941:8
**LITIGATION** [1] -
897:5
**live** [2] - 940:1
**lived** [1] - 936:11
**living** [8] - 912:20,
921:7, 921:13,
922:2, 930:4,
942:13, 949:11,
1021:16
**load** [2] - 979:19,
979:23
**lobe** [1] - 1000:19
**location** [7] - 967:12,
967:17, 967:21,
970:7, 970:10,
970:12, 970:14
**locations** [1] - 970:18
**logger** [1] - 959:19,
960:6, 960:8, 960:9
**look** [7] - 903:1,
903:18, 914:5,
923:1, 942:23,
951:7, 962:12
**looked** [1] - 995:19
**looking** [4] - 906:11,
971:13, 1016:14,
1022:5
**looks** [3] - 929:16,
973:5, 1006:12
**loose** [2] - 1003:18,
1021:14
**loss** [2] - 939:15,
994:2
**lost** [1] - 989:17
**loud** [1] - 902:10
**Louisiana** [6] -
915:14, 978:8,

978:14, 1018:20,
1030:14, 1030:15
**LOUISIANA** [2] -
897:1, 897:6
**low** [4] - 931:25,
940:13, 941:2, 946:1
**low-impact** [1] -
931:25
**lower** [4] - 932:25,
975:17, 985:7,
985:24
**lowers** [1] - 932:17
**LSU** [2] - 978:14,
978:18
**lunch** [1] - 1029:21
**luncheon** [1] - 1030:7
**lung** [10] - 996:9,
999:22, 1000:3,
1014:5, 1014:8,
1027:7, 1027:8,
1027:11, 1027:13,
1027:15
**lungs** [5] - 999:19,
1000:6, 1000:10,
1000:15, 1000:20
**LYNDON** [1] - 897:16
**Lyndon** [49] - 920:25,
929:25, 930:4,
930:25, 931:20,
936:11, 949:17,
956:7, 967:16,
968:3, 970:3, 970:6,
970:9, 970:17,
981:2, 1005:24,
1008:2, 1008:19,
1008:25, 1009:19,
1009:24, 1010:13,
1010:25, 1011:16,
1014:1, 1014:8,
1014:10, 1015:2,
1015:6, 1015:15,
1015:21, 1016:4,
1016:5, 1016:17,
1016:21, 1017:21,
1018:20, 1018:24,
1020:8, 1021:11,
1021:19, 1024:21,
1025:7, 1025:10,
1027:8, 1027:9,
1027:12, 1027:20
**Lyndon's** [3] -
1008:22, 1009:10,
1009:15

## M

**M.D** [1] - 978:14
**Mahorner** [1] - 979:9
**main** [1] - 980:5

**maintained** [1] - 966:22
**maintaining** [1] - 988:10
**majority** [4] - 956:5, 956:8, 993:1, 993:2
**makeup** [2] - 954:11, 955:4
**malfunction** [1] - 1011:14
**Mallet** [34] - 904:5, 908:13, 908:14, 908:15, 909:3, 915:13, 915:14, 915:18, 916:1, 919:14, 920:22, 922:17, 923:11, 926:8, 927:21, 927:23, 928:23, 929:7, 929:23, 934:22, 937:20, 940:15, 941:14, 941:18, 953:25, 958:14, 958:24, 962:12, 964:7, 967:9, 970:1, 972:19, 973:25
**MALLET** [3] - 899:5, 908:23, 909:4
**malls** [1] - 910:23
**managed** [1] - 1027:25
**management** [2] - 923:19, 923:20
**manipulate** [1] - 962:23
**manipulation** [4] - 961:18, 962:15, 963:11, 973:19
**manner** [1] - 971:24
**manufactured** [7] - 909:18, 910:23, 911:21, 912:11, 939:17, 949:9, 954:25
**manufacturer** [5] - 909:23, 951:20, 955:9, 955:22, 957:17
**manufacturers** [2] - 911:11, 949:7
**manufacturing** [1] - 940:11
**March** [2] - 1007:4, 1007:7
**MARCH** [2] - 897:6, 900:3
**mark** [5] - 969:12, 978:2, 1004:23, 1005:22, 1006:9

**Master's** [1] - 917:16
**match** [1] - 952:10
**material** [25] - 903:4, 903:13, 914:12, 921:11, 930:14, 932:10, 932:11, 932:14, 933:1, 934:5, 939:17, 940:12, 941:9, 941:13, 941:24, 945:24, 954:10, 954:17, 954:18, 954:20, 955:8, 957:14, 957:22, 959:14
**materials** [40] - 901:9, 901:13, 902:16, 902:21, 902:24, 904:25, 905:14, 907:10, 912:15, 912:20, 912:25, 913:10, 913:19, 913:22, 913:23, 914:3, 914:24, 915:2, 915:3, 915:19, 918:24, 926:23, 927:6, 927:22, 928:8, 938:4, 938:11, 938:24, 938:25, 939:2, 939:10, 942:14, 944:6, 946:14, 948:21, 950:10, 950:17, 954:5, 954:13, 955:7
**matter** [5] - 956:20, 959:15, 964:7, 981:2, 1030:19
**maximize** [1] - 1023:20
**maximum** [4] - 960:25, 986:20, 987:3, 1011:7
**MDL** [1] - 897:5
**mean** [13] - 903:4, 906:13, 923:1, 935:11, 935:24, 941:7, 975:16, 985:4, 989:9, 1000:14, 1012:2, 1029:3
**meaning** [2] - 954:23, 971:8
**means** [7] - 901:12, 934:8, 948:9, 948:20, 992:3, 1018:18, 1018:22
**meant** [1] - 983:19
**meantime** [1] - 976:7
**measure** [3] - 946:19,

961:12, 964:21
**measured** [1] - 957:13
**measurements** [1] - 964:23
**measuring** [1] - 961:10
**mechanical** [9] - 912:4, 916:11, 916:18, 917:24, 948:9, 948:23, 949:8, 964:18, 964:20
**MECHANICAL** [1] - 898:23
**medical** [11] - 910:22, 913:3, 978:7, 981:20, 981:24, 988:23, 989:8, 989:15, 1002:1, 1002:7, 1008:23
**medically** [1] - 989:11
**medication** [20] - 985:13, 986:17, 986:18, 987:10, 987:13, 987:14, 988:12, 990:7, 990:17, 993:4, 994:18, 997:16, 997:19, 1003:2, 1011:9, 1011:21, 1017:13, 1017:16, 1025:12, 1028:2
**medications** [10] - 987:25, 996:17, 997:24, 1002:17, 1003:9, 1004:4, 1004:17, 1022:11, 1027:25, 1028:6
**medicine** [10] - 977:13, 978:12, 978:22, 979:1, 980:13, 980:20, 987:20, 990:12, 1002:22, 1002:24
**medicines** [3] - 989:10, 997:25, 1002:20
**meet** [2] - 952:10, 1016:3
**Melville** [1] - 916:5
**members** [2] - 953:1, 953:11
**membrane** [1] - 955:24
**men** [1] - 982:22
**mental** [1] - 994:23
**mention** [6] - 901:7, 982:15, 988:1, 990:24, 1008:16, 1012:12

**mentioned** [12] - 901:7, 902:5, 902:9, 911:6, 916:7, 982:14, 984:11, 985:2, 988:3, 989:22, 1008:18, 1024:22
**mentions** [1] - 1015:8
**Merit** [1] - 1030:13
**message** [1] - 900:9
**met** [2] - 916:3, 998:9
**metal** [4] - 929:22, 937:21, 939:13
**metallurgical** [2] - 912:4, 916:11
**meters** [1] - 971:22
**method** [2] - 955:6, 958:11
**methods** [14] - 901:12, 904:25, 905:1, 905:14, 907:10, 912:15, 912:20, 913:10, 915:19, 918:24, 919:2, 927:22, 948:21, 952:5
**metropolitan** [1] - 1021:17
**Michelle** [1] - 1008:1
**microphone** [2] - 929:8, 929:9
**microscopic** [1] - 941:8
**middle** [1] - 960:2
**might** [13] - 901:25, 906:6, 914:25, 923:16, 925:3, 944:11, 959:10, 961:19, 962:16, 968:14, 972:19, 991:9, 1019:24
**mighty** [1] - 933:22
**mild** [3] - 999:19, 1017:18, 1018:1
**miles** [1] - 962:18
**Miller** [1] - 909:7
**Millet** [2] - 900:24, 903:5
**MILLET** [1] - 900:24
**Millet's** [1] - 901:5
**milligram** [5] - 986:11, 986:22, 987:11, 1011:22
**milligrams** [8] - 985:18, 985:20, 985:25, 986:21, 988:7, 991:21, 1011:7
**million** [1] - 905:16
**millions** [3] - 915:3,

941:8
**mind** [4] - 906:4, 910:6, 938:10, 978:10
**minded** [2] - 985:1, 985:5
**mine** [1] - 1006:7
**minor** [1] - 935:11
**minutes** [8] - 1028:20, 1029:5, 1029:6, 1029:13, 1029:18, 1029:20, 1030:3
**miscut** [1] - 937:12
**misfitted** [1] - 937:12
**mispronouncing** [1] - 915:14
**missing** [1] - 972:9
**misspoke** [1] - 958:19
**mobile** [15] - 910:23, 911:6, 911:7, 912:10, 912:13, 913:25, 927:15, 927:17, 940:9, 947:22, 948:8, 948:14, 948:21, 948:23, 949:8
**mock** [2] - 903:23, 946:5
**mock-up** [2] - 903:23, 946:5
**model** [4] - 929:14, 929:15, 930:6, 945:23
**moderately** [1] - 1018:13
**moisture** [28] - 921:12, 927:5, 932:15, 932:21, 933:4, 933:7, 933:11, 939:19, 939:23, 940:5, 941:5, 941:10, 942:4, 942:6, 942:11, 949:4, 949:10, 954:12, 958:6, 958:12, 966:7, 971:14, 971:17, 971:22, 971:23, 975:14
**mold** [3] - 912:23, 924:6, 924:8
**molecular** [1] - 939:22
**molecules** [1] - 932:21
**moment** [1] - 1000:17
**money** [1] - 927:16
**month** [6] - 916:5, 986:3, 994:6, 994:10, 1006:22, 1021:17

**months** [14] - 988:21,
993:16, 993:23,
997:22, 999:4,
999:13, 999:14,
1001:13, 1001:14,
1003:18, 1012:18,
1013:20, 1017:15
**mood** [8] - 989:18,
990:1, 990:3, 990:6,
990:10, 990:11,
990:15, 1023:3
**Moore** [8] - 907:8,
916:22, 924:22,
925:1, 951:23,
952:17, 953:6, 953:7
**Moore's** [2] - 952:11,
952:12
**MORNING** [1] - 897:11
**morning** [4] - 908:7,
916:1, 916:2, 971:1
**most** [2] - 979:18,
1023:20
**mostly** [3] - 980:4,
1001:21, 1009:4
**motivation** [1] -
1006:17
**move** [5] - 931:13,
941:9, 953:12,
966:1, 968:6
**moved** [1] - 1007:3
**movement** [11] -
914:11, 932:13,
932:25, 940:5,
941:23, 942:6,
942:11, 947:10,
958:9, 972:13
**movements** [2] -
1003:20, 1006:15
**moves** [3] - 947:12,
947:14, 947:15
**moving** [1] - 1006:25
**MR** [175] - 899:6,
899:7, 899:8, 899:9,
899:10, 899:11,
899:12, 900:11,
900:14, 900:17,
901:1, 902:13,
902:15, 902:23,
903:2, 903:17,
903:21, 903:23,
904:9, 904:14,
904:18, 904:19,
905:9, 905:12,
905:21, 905:22,
906:4, 906:19,
907:7, 907:13,
907:15, 907:16,
907:24, 908:12,
909:6, 915:11,
915:18, 915:22,

915:25, 918:10,
918:16, 918:23,
919:11, 919:13,
920:19, 922:6,
922:9, 922:16,
923:4, 923:6,
923:10, 923:14,
923:15, 923:16,
923:17, 923:18,
923:21, 924:6,
924:14, 925:10,
925:14, 925:16,
925:21, 925:24,
926:2, 926:3, 926:7,
926:11, 926:14,
927:20, 928:22,
929:3, 929:7,
929:12, 930:23,
931:7, 931:12,
931:18, 933:16,
933:18, 933:25,
934:17, 935:9,
935:22, 935:24,
936:5, 936:8,
937:25, 938:2,
938:19, 938:25,
939:4, 939:6, 939:9,
942:20, 943:2,
943:3, 943:8,
943:12, 943:15,
943:18, 943:19,
943:20, 943:22,
944:3, 944:4,
944:17, 945:2,
945:6, 946:10,
946:18, 946:25,
947:7, 948:1, 948:3,
948:16, 949:23,
950:2, 950:5,
950:11, 950:16,
950:22, 951:1,
952:15, 953:3,
953:10, 953:14,
953:21, 953:24,
956:1, 956:4,
956:24, 957:8,
957:10, 959:5,
961:23, 962:4,
962:6, 962:8,
962:11, 966:3,
966:8, 966:11,
966:14, 966:15,
966:17, 966:18,
966:21, 967:4,
967:8, 968:5, 968:9,
968:12, 968:15,
968:16, 968:24,
969:5, 969:8,
969:12, 969:15,
969:19, 969:25,
970:19, 970:22,

971:3, 976:3,
976:14, 976:24,
977:3, 984:1,
1028:22, 1029:2,
1029:12, 1029:14,
1030:5
**mucous** [1] - 992:23
**multiple** [1] - 935:19
**multiples** [2] - 919:19,
921:25
**multistory** [1] - 910:21
**muscle** [1] - 995:10
**must** [2] - 955:22,
1010:11

## N

**naked** [1] - 972:6
**name** [6] - 909:1,
977:9, 980:6, 980:9,
1003:8, 1008:1
**nap** [1] - 1005:6
**Napoleonville** [1] -
910:18
**narrowly** [1] - 905:4
**national** [1] - 927:7
**National** [1] - 910:16
**natural** [2] - 990:10
**naturally** [1] - 948:12
**nature** [3] - 909:18,
982:12, 1014:18
**near** [1] - 923:17
**necessarily** [1] -
1018:4
**necessary** [3] -
965:15, 965:20,
1017:8
**need** [16] - 900:16,
901:20, 901:24,
904:1, 904:13,
904:15, 922:12,
924:2, 925:19,
934:18, 934:24,
937:22, 953:7,
957:4, 988:13,
1021:6
**needed** [3] - 1012:10,
1017:12, 1018:9
**needs** [1] - 1002:5
**negative** [5] - 934:13,
960:21, 974:6,
989:24, 1016:19
**Neil** [1] - 1006:21
**nephrologist** [3] -
980:10, 980:11,
980:17
**Nephrology** [4] -
979:7, 979:11,
980:6, 980:9

**nephrology** [2] -
980:11, 980:12
**neurological** [1] -
1008:8
**never** [11] - 903:2,
926:8, 954:16,
954:19, 955:4,
957:13, 964:1,
1006:25, 1016:1,
1022:2, 1027:13
**New** [9] - 910:17,
978:14, 978:15,
978:24, 978:25,
979:4, 992:21,
992:24, 1021:16
**NEW** [5] - 897:6,
897:18, 898:10,
898:15, 898:22
**new** [7] - 925:9,
939:14, 954:5,
969:14, 969:17,
981:12, 1011:9
**NEXSEN** [1] - 898:3
**next** [37] - 900:10,
908:11, 955:10,
955:11, 967:13,
967:18, 967:22,
973:10, 974:9,
974:10, 974:24,
975:4, 975:7,
975:11, 976:12,
976:21, 981:18,
984:25, 986:2,
986:15, 986:22,
987:6, 988:15,
989:13, 992:6,
993:11, 994:15,
996:20, 998:25,
999:12, 1000:23,
1003:11, 1003:12,
1004:21, 1011:16,
1013:19
**nice** [1] - 1009:1
**night** [3] - 900:9,
972:5, 994:25
**NO** [2] - 897:5, 897:9
**nonchanged** [1] -
954:14
**nonetheless** [1] -
928:16
**nonsmoker** [1] -
1017:24
**nonspecific** [1] -
982:12
**noon** [1] - 1029:15
**normal** [7] - 960:17,
961:4, 961:7, 989:9,
991:19, 995:17,
1008:14
**normally** [2] - 961:4,

1008:11
**north** [1] - 915:15
**notation** [1] - 1020:5
**note** [23] - 981:4,
983:11, 984:17,
1001:7, 1001:8,
1003:24, 1004:21,
1004:24, 1004:25,
1005:3, 1005:21,
1005:24, 1006:5,
1006:8, 1006:10,
1015:5, 1015:7,
1015:10, 1019:13,
1019:18, 1020:22,
1022:5
**noted** [3] - 984:18,
999:22, 999:24
**notes** [7] - 981:10,
983:11, 983:12,
984:24, 985:7,
986:12, 1003:25
**nothing** [4] - 908:20,
931:10, 937:2,
995:10
**Nothing** [1] - 976:3
**notice** [6] - 936:11,
952:19, 952:22,
952:24, 953:1,
987:15
**noticed** [3] - 937:5,
995:16, 999:17
**nowhere** [2] - 943:2,
959:18
**number** [19] - 910:11,
912:1, 913:12,
932:4, 936:15,
937:12, 950:7,
950:8, 963:20,
966:10, 968:14,
968:15, 968:16,
969:17, 979:17,
995:24, 1013:7,
1016:12
**Number** [1] - 973:11
**numbered** [1] -
1030:18
**numbers** [3] - 954:3,
968:7, 969:17
**numbness** [2] -
1007:19, 1008:9
**numerous** [1] - 954:3

## O

**oath** [3] - 908:16,
908:25, 962:20
**object** [2] - 918:20,
966:14
**objected** [1] - 944:21

**objecting** [2] - 907:15, 944:25
**objection** [19] - 931:15, 933:16, 933:23, 938:19, 942:20, 943:12, 944:23, 944:25, 946:10, 946:25, 947:5, 948:1, 949:23, 950:20, 957:2, 966:22, 968:8, 968:17, 969:3
**objections** [1] - 907:23
**observe** [2] - 952:8, 952:16
**observed** [11] - 967:10, 967:15, 967:20, 967:24, 968:2, 970:3, 970:6, 970:9, 970:12, 970:16, 1000:12
**obstetrics** [1] - 980:24
**obtain** [2] - 957:17, 957:18
**occasion** [11] - 987:6, 988:15, 994:15, 996:20, 998:25, 999:12, 1000:23, 1009:6, 1011:16, 1015:14, 1022:10
**occasions** [2] - 906:11, 1009:6
**occupants** [3] - 913:1, 948:11, 949:12
**occupied** [2] - 957:14, 970:3
**occur** [5] - 965:16, 965:17, 965:21, 993:17
**occurring** [1] - 973:1
**occurs** [1] - 1008:24
**October** [17] - 986:16, 987:3, 989:14, 989:15, 990:1, 990:16, 991:18, 994:16, 994:22, 995:15, 996:16, 1005:21, 1006:3, 1010:21, 1011:4, 1011:15
**odd** [1] - 959:15
**OF** [3] - 897:1, 897:12, 897:16
**off-gassed** [1] - 934:8
**off-gassing** [25] - 912:24, 919:18, 919:19, 921:6, 921:7, 921:9, 921:11, 921:12,

921:13, 922:1, 922:18, 922:23, 923:12, 933:5, 933:14, 934:3, 934:4, 941:20, 942:12, 945:16, 946:8, 946:15, 946:23, 965:21
**off-gassings** [1] - 965:17
**offer** [13] - 901:16, 904:24, 915:11, 920:8, 920:10, 920:12, 920:15, 927:20, 934:25, 935:2, 935:20, 1000:9
**offered** [5] - 918:21, 918:23, 948:3, 950:16, 951:25
**offering** [7] - 904:19, 919:1, 919:3, 926:22, 950:19, 968:22
**office** [8] - 965:5, 1001:12, 1005:1, 1005:4, 1005:24, 1006:14, 1009:23, 1019:13
**OFFICER** [4] - 908:4, 976:9, 976:18, 1029:8
**OFFICES** [1] - 897:16
**OFFICIAL** [1] - 898:21
**Official** [2] - 1030:14, 1030:24
**often** [5] - 982:23, 992:15, 993:25, 1002:11, 1002:13
**old** [3] - 910:4, 910:5, 910:6
**once** [2] - 924:3, 1003:20
**one** [46] - 902:15, 902:21, 903:12, 904:1, 904:7, 904:15, 905:10, 905:16, 906:11, 912:22, 914:14, 919:25, 920:9, 920:10, 920:25, 926:3, 932:8, 935:4, 939:17, 940:25, 941:25, 944:8, 944:11, 947:4, 949:3, 950:7, 958:10, 973:12, 973:14, 974:10, 974:11, 975:2, 975:11, 976:25,

982:25, 984:22, 995:4, 996:10, 1001:16, 1003:8, 1003:18, 1006:22, 1009:19, 1022:3, 1022:25
**one's** [1] - 904:7
**one-and-a-half** [1] - 1003:18
**one-tenth** [1] - 958:10
**one-third** [1] - 949:3
**ones** [1] - 941:7
**opened** [1] - 966:5
**opening** [1] - 948:11
**operating** [2] - 960:1, 961:8
**operation** [3] - 917:22, 920:23, 921:20
**opine** [3] - 903:12, 920:9, 925:3
**opined** [1] - 927:1
**opinion** [36] - 901:14, 902:4, 904:19, 904:24, 905:7, 906:10, 906:22, 907:25, 919:1, 919:2, 919:3, 920:11, 924:3, 925:9, 928:15, 934:25, 935:2, 935:4, 935:15, 935:18, 936:6, 946:22, 949:20, 950:3, 950:4, 950:16, 953:9, 953:11, 953:15, 953:18, 1002:1, 1002:8, 1008:25, 1015:6, 1028:11
**opinions** [19] - 906:2, 907:4, 909:19, 920:9, 920:13, 920:14, 926:23, 928:12, 934:22, 934:24, 935:7, 935:20, 935:21, 940:16, 945:12, 946:20, 950:6, 950:7, 1025:6
**opportunity** [5] - 925:25, 981:1, 993:11, 1009:9, 1016:3
**opposed** [1] - 1001:12
**orbital** [1] - 1008:17
**ORDER** [1] - 900:4
**order** [8] - 901:4, 901:21, 902:9, 991:4, 995:11, 1014:8, 1027:8,

1027:11
**ordered** [2] - 994:5, 1027:7
**orders** [1] - 901:21
**originally** [1] - 979:8
**ORLEANS** [5] - 897:6, 897:18, 898:10, 898:15, 898:22
**Orleans** [9] - 910:17, 978:14, 978:15, 978:24, 978:25, 979:4, 992:21, 992:24, 1021:16
**osteoporosis** [17] - 998:14, 998:16, 998:18, 998:23, 1001:20, 1001:21, 1002:4, 1002:5, 1002:7, 1002:12, 1002:14, 1002:25, 1003:2, 1003:5, 1007:11, 1007:12, 1015:10
**otherwise** [6] - 906:7, 920:12, 925:3, 961:20, 962:16, 995:17
**outlet** [1] - 975:10
**outlets** [1] - 930:16
**outset** [1] - 901:2
**outside** [16] - 906:2, 927:2, 929:21, 932:23, 933:11, 940:4, 942:5, 954:24, 961:5, 961:6, 961:15, 971:15, 971:16, 973:15, 973:16, 974:1
**outside-college** [1] - 927:2
**over-the-counter** [1] - 997:19
**overlap** [1] - 935:12
**overrule** [5] - 933:23, 946:11, 948:5, 950:20, 957:2
**oversaw** [1] - 930:1
**own** [3] - 913:14, 1005:8, 1006:5
**owner** [2] - 909:10, 909:24

**P**

**P.O** [1] - 898:4
**PAGE** [2] - 899:3, 899:17
**Page** [6] - 920:20,

921:15, 923:16, 962:6, 962:8
**page** [4] - 923:1, 923:7, 923:14, 959:15
**paid** [1] - 927:16
**pain** [6] - 995:4, 995:8, 995:10, 995:12, 996:24, 1014:22
**paints** [1] - 912:25
**panel** [20] - 908:6, 930:13, 930:24, 930:25, 931:3, 933:13, 934:3, 937:2, 937:21, 938:17, 939:11, 939:13, 940:8, 940:11, 940:24, 942:15, 954:23, 976:11, 976:20, 1029:10
**paneling** [10] - 933:9, 937:4, 945:20, 945:25, 946:1, 946:3, 946:8, 946:24, 954:9, 954:10
**panels** [8] - 936:25, 940:12, 942:18, 946:3, 947:18, 954:22, 963:10, 965:16
**paper** [2] - 942:3, 959:7
**parameter** [1] - 928:17
**parameters** [3] - 920:5, 920:14, 922:12
**paranasal** [1] - 1008:16
**paresthesia** [2] - 994:1, 994:7
**part** [10] - 905:10, 905:15, 913:13, 913:16, 919:25, 920:25, 930:20, 938:8, 980:14, 1016:16
**participate** [1] - 929:24
**participated** [2] - 930:2, 949:18
**participating** [1] - 937:23
**particular** [13] - 916:24, 918:1, 920:10, 928:4, 931:24, 934:11, 935:2, 957:4, 957:13, 957:21,

981:14, 981:20, 1011:13
**particularities** [1] - 907:1
**particularly** [1] - 984:20
**parties** [2] - 918:5, 953:8
**partner** [2] - 1006:7, 1015:16
**parts** [4] - 921:1, 929:19, 965:2, 965:3
**pass** [1] - 953:21
**passage** [13] - 919:9, 919:10, 920:4, 939:18, 939:23, 941:5, 941:11, 942:4, 958:12, 959:14, 973:22, 973:25
**passages** [1] - 971:14
**passed** [2] - 903:15, 903:19
**passing** [3] - 906:2, 927:10, 971:17
**past** [3] - 927:18, 993:25, 1001:21
**patient** [13] - 981:12, 982:8, 983:5, 989:4, 991:8, 994:1, 1006:15, 1008:19, 1009:4, 1009:10, 1023:12, 1023:22, 1024:5
**patients** [16] - 977:17, 977:20, 979:13, 979:15, 979:17, 979:21, 979:23, 980:13, 980:16, 980:17, 987:12, 989:10, 992:25, 993:2, 1009:18, 1009:19
**patterns** [1] - 987:18
**PAUL** [1] - 898:3
**Pearl** [1] - 979:8
**penetrate** [1] - 972:11
**penetrates** [1] - 930:19
**penetrating** [2] - 973:6, 975:1
**penetration** [3] - 932:5, 958:6, 974:11
**penetrations** [4] - 930:15, 941:22, 948:13, 952:19
**people** [21] - 912:20, 931:14, 934:25, 935:19, 935:20, 964:20, 964:21,

965:5, 965:6, 972:4, 979:11, 983:23, 984:4, 988:5, 995:23, 1001:16, 1009:21, 1023:20, 1023:21, 1029:4
**people's** [2] - 926:24, 1000:14
**PEPPER** [1] - 898:21
**Pepper** [3] - 1030:12, 1030:22, 1030:23
**per** [7] - 905:10, 905:15, 919:25, 920:25, 921:1, 944:11, 962:18
**perform** [8] - 916:17, 917:25, 921:23, 921:24, 927:11, 961:25, 963:5, 992:17
**performed** [8] - 910:14, 910:21, 910:24, 911:8, 914:14, 918:2, 961:1, 964:23
**performing** [1] - 962:3
**perhaps** [6] - 902:6, 906:6, 984:12, 990:5, 990:9, 1024:9
**Periactin** [10] - 991:21, 991:23, 992:2, 993:9, 994:19, 996:17, 998:1, 1003:10, 1004:7, 1004:18
**perimeter** [2] - 936:15, 937:5
**period** [2] - 990:11, 994:17
**periodically** [1] - 991:10
**peripheral** [1] - 982:25
**perk** [1] - 1011:25
**perm** [7] - 957:21, 957:23, 958:10, 958:20, 958:22, 959:2
**permeability** [1] - 957:13
**permission** [1] - 929:3
**permitted** [1] - 916:19
**person** [13] - 924:20, 924:22, 924:23, 934:19, 934:20, 934:21, 935:4, 936:2, 972:6, 1008:25, 1009:1, 1025:24
**person's** [1] - 1025:6
**personal** [1] - 1008:22

**personality** [1] - 1009:15
**personally** [1] - 987:21
**personnel** [2] - 913:4, 964:25
**perspective** [1] - 988:6
**Ph.D** [3] - 917:18, 926:19, 926:21
**pharmacy** [1] - 1003:7
**phase** [1] - 989:9
**phenomena** [1] - 972:10
**phlegm** [4] - 992:12, 992:15, 992:20, 992:24
**photograph** [9] - 962:25, 967:13, 967:14, 967:19, 967:22, 967:25, 968:1, 970:14, 971:25
**photographed** [1] - 937:9
**photographs** [4] - 937:5, 960:23, 963:18, 968:6
**photos** [3] - 952:2, 952:17, 968:17
**physical** [20] - 981:15, 981:16, 981:19, 981:24, 984:17, 986:8, 988:18, 991:19, 992:9, 994:23, 997:9, 997:23, 999:7, 999:15, 1001:3, 1001:13, 1001:15, 1003:15, 1015:8
**physically** [2] - 948:10, 948:24
**physician** [2] - 988:6, 1006:6
**physicians** [2] - 976:25, 980:13
**physicist** [1] - 917:8
**picking** [1] - 972:5
**picture** [3] - 907:9, 960:14
**pictures** [2] - 963:16, 968:18
**piece** [3] - 903:5, 965:1
**pieces** [1] - 914:16
**pill** [1] - 989:19
**Pinedo** [6] - 908:10, 918:22, 926:12, 954:2, 958:3, 970:25
**PINEDO** [79] - 897:23,

900:11, 900:14, 901:1, 902:13, 902:15, 902:23, 903:17, 903:23, 904:9, 904:14, 904:18, 905:12, 906:4, 906:19, 907:24, 908:12, 909:6, 915:11, 915:18, 918:23, 923:6, 923:14, 923:16, 923:18, 923:21, 924:14, 925:10, 925:21, 926:2, 926:14, 927:20, 928:22, 929:3, 929:7, 929:12, 930:23, 931:12, 931:18, 933:18, 933:25, 935:9, 935:22, 935:24, 936:5, 936:8, 938:2, 938:25, 939:6, 939:9, 943:3, 943:8, 943:15, 943:20, 943:22, 944:4, 944:17, 945:2, 945:6, 946:18, 947:7, 948:3, 948:16, 950:5, 950:16, 950:22, 951:1, 952:15, 953:10, 953:14, 953:21, 956:24, 966:8, 966:15, 966:18, 968:16, 968:24, 971:3, 976:3
**PINEDO**............ [1] - 899:9
**PINEDO**................... [1] - 899:6
**PINEDO**................... [1] - 899:12
**PINEDO**................... - . [1] - 899:10
**pipes** [3] - 936:21, 937:13
**piping** [1] - 914:15
**place** [2] - 955:1, 970:4
**placed** [1] - 955:11
**placing** [2] - 936:21, 940:4
**plaintiff** [5] - 901:3, 908:12, 981:2, 1029:23, 1029:25
**plan** [1] - 976:7
**planned** [1] - 901:7
**Plantation** [1] - 910:17

**plants** [2] - 914:15, 914:16
**plastic** [1] - 957:24
**plastic-type** [1] - 957:24
**play** [1] - 947:8
**played** [1] - 977:8
**plow** [2] - 931:11, 936:4
**plowed** [1] - 936:4
**plugged** [1] - 1000:16
**plumbing** [1] - 936:21
**plus** [2] - 924:19, 979:18
**plywood** [2] - 930:14, 945:25
**pockets** [5] - 932:7, 936:19, 936:20, 947:11, 947:12
**point** [36] - 900:22, 907:22, 908:2, 908:5, 914:14, 923:24, 926:4, 935:18, 938:24, 942:24, 945:3, 949:25, 950:23, 969:22, 973:1, 976:10, 976:16, 976:19, 977:7, 986:9, 986:25, 991:2, 992:9, 992:17, 993:23, 996:5, 997:2, 997:7, 997:10, 1003:15, 1004:5, 1005:11, 1020:3, 1022:3, 1029:9, 1030:6
**police** [1] - 972:4
**political** [1] - 917:11
**portions** [1] - 1008:16
**position** [1] - 944:18
**possibility** [1] - 1014:5
**possibly** [1] - 990:19
**potential** [1] - 919:2
**potentially** [4] - 938:5, 938:17, 991:14, 991:16
**pounds** [1] - 999:17
**POYDRAS** [2] - 898:9, 898:21
**practice** [14] - 977:13, 977:18, 977:21, 978:22, 978:25, 979:3, 979:16, 980:2, 980:5, 980:8, 980:11, 980:14, 981:1, 981:13
**practicing** [1] - 979:12
**practitioner** [3] -

980:16, 980:19, 980:22
**pre** [1] - 917:11
**pre-law** [1] - 917:11
**preadmitted** [4] - 963:18, 966:4, 966:9, 966:13
**precluded** [2] - 925:8, 928:2
**predated** [1] - 1027:1
**predicated** [1] - 906:5
**preexisted** [1] - 1024:18
**prefer** [1] - 929:8
**preferably** [1] - 1006:21
**preference** [1] - 900:14
**premature** [1] - 986:17
**prepare** [2] - 928:23, 938:10
**prepared** [1] - 1028:19
**prescribe** [5] - 985:13, 986:17, 986:25, 993:4, 997:16
**prescribed** [6] - 990:8, 990:18, 991:21, 1002:17, 1011:12, 1013:3
**prescribing** [5] - 985:16, 1003:7, 1011:15, 1020:8, 1020:10
**presence** [4] - 924:11, 924:16, 925:5, 928:8
**PRESENT** [1] - 898:18
**present** [6] - 917:3, 935:25, 940:25, 977:6, 997:25, 1002:19
**presently** [2] - 977:12, 978:7
**presents** [1] - 1024:5
**pressure** [8] - 934:14, 960:21, 974:6, 996:6, 997:11, 999:18, 1001:21, 1014:5
**presume** [1] - 999:3
**pretty** [4] - 987:9, 1011:20, 1012:19, 1021:18
**prevent** [6] - 940:5, 941:22, 958:11, 959:10, 972:12, 972:13
**prevented** [1] - 958:5
**preventing** [1] - 971:17
**prevents** [5] - 932:9,

939:23, 942:5, 942:6, 942:11
**previous** [4] - 995:4, 1019:12, 1019:23, 1024:13
**previously** [4] - 951:11, 972:14, 976:22, 996:23
**primarily** [1] - 911:15
**principles** [1] - 975:24
**private** [3] - 978:25, 979:3, 979:20
**privileges** [1] - 980:1
**proactively** [1] - 1023:23
**problem** [20] - 913:2, 924:4, 955:8, 964:2, 982:13, 984:6, 993:7, 993:22, 996:4, 1006:17, 1017:12, 1018:24, 1019:23, 1020:19, 1024:23, 1026:9, 1026:11, 1027:13, 1027:15, 1027:23
**problems** [27] - 924:1, 940:25, 965:16, 971:20, 982:22, 983:20, 992:20, 992:24, 994:4, 997:4, 1001:16, 1001:18, 1001:19, 1001:20, 1002:1, 1009:3, 1010:8, 1011:3, 1011:6, 1018:9, 1019:7, 1019:9, 1020:11, 1020:16, 1020:20, 1021:12
**proceed** [3] - 908:8, 908:17, 928:20
**proceedings** [17] - 900:22, 908:2, 908:5, 923:24, 926:4, 942:24, 945:3, 949:25, 950:23, 969:22, 976:10, 976:16, 976:19, 977:7, 1029:9, 1030:6, 1030:18
**PROCEEDINGS** [3] - 897:12, 898:23, 900:1
**process** [3] - 949:17, 952:9, 955:2
**produced** [2] - 943:5, 943:22
**PRODUCED** [1] - 898:24

**product** [6] - 902:5, 925:6, 934:9, 940:20, 964:5, 985:22
**productive** [1] - 996:12
**PRODUCTS** [1] - 897:4
**products** [8] - 902:7, 922:21, 924:17, 924:20, 940:17, 945:8, 976:1
**profess** [1] - 916:14
**Professional** [1] - 1030:13
**progress** [1] - 901:3
**progressing** [1] - 1001:25
**progressive** [1] - 995:20
**project** [1] - 915:1
**projects** [5] - 910:24, 912:2, 914:14, 914:25, 915:4
**properly** [3] - 952:22, 952:24, 953:2
**properties** [4] - 913:22, 914:3, 914:5, 914:18
**proposal** [2] - 915:5, 915:9
**prostate** [1] - 1006:17
**protection** [1] - 955:22
**protective** [1] - 955:24
**provide** [2] - 927:11, 957:18
**provided** [1] - 927:8
**PRUET** [1] - 898:3
**psychiatrist** [1] - 1017:9
**psychological** [2] - 984:6, 1016:10
**psychologist** [2] - 1017:9, 1025:6
**puberty** [1] - 1024:25
**public** [1] - 917:3
**pull** [1] - 929:4
**purchase** [2] - 915:3, 964:22
**pure** [1] - 1023:6
**purple** [1] - 975:10
**purpose** [5] - 903:13, 903:18, 950:19, 971:7, 1008:6
**purposes** [1] - 928:1
**put** [21] - 905:13, 910:2, 911:24, 945:17, 952:2, 955:10, 960:9,

960:20, 961:13, 968:8, 969:3, 982:2, 982:9, 983:22, 1003:16, 1010:11, 1010:12, 1014:5, 1015:10, 1022:2, 1022:3
**puts** [1] - 996:6
**putting** [1] - 961:7

## Q

**qualifications** [1] - 927:12
**qualified** [6] - 918:18, 922:11, 947:3, 950:3, 950:9
**qualify** [3] - 905:24, 924:12, 924:25
**quality** [16] - 905:22, 906:23, 907:8, 908:1, 912:18, 912:23, 913:9, 921:16, 926:24, 927:3, 927:6, 951:18, 951:22, 953:16, 953:19, 954:8
**quantification** [1] - 919:18
**quantify** [7] - 919:16, 919:19, 921:8, 921:10, 921:18, 924:17, 950:18
**quantifying** [3] - 921:23, 921:24, 922:3
**quantity** [2] - 921:4, 922:3
**quarter** [3] - 1028:16, 1028:18, 1029:17
**questioning** [1] - 1022:1
**questions** [14] - 915:20, 922:8, 922:13, 925:19, 931:15, 943:12, 947:20, 970:22, 970:24, 1009:21, 1014:4, 1014:6, 1016:13, 1021:22
**quick** [1] - 971:24
**quickly** [3] - 906:5, 935:25, 941:14
**quiet** [1] - 1009:17
**quite** [3] - 922:25, 941:12, 990:19

## R

**R11** [1] - 932:3
**R13** [1] - 932:3
**R7** [3] - 929:20, 931:24, 932:1
**R8** [1] - 929:20
**radiant** [1] - 937:2
**radiated** [1] - 993:21
**raise** [1] - 908:18
**raised** [1] - 928:1
**ran** [1] - 994:21
**rapidly** [1] - 974:9
**rate** [1] - 950:12
**rather** [2] - 932:18, 971:22
**rating** [7] - 957:21, 957:23, 958:10, 958:20, 958:22, 958:23, 959:2
**ray** [4] - 972:1, 995:13, 995:14
**RE** [1] - 897:4
**reach** [2] - 996:13, 1017:11
**reaction** [1] - 1023:13
**read** [8] - 920:2, 920:5, 920:22, 924:2, 983:15, 1003:25, 1005:3, 1006:1
**reading** [1] - 925:17
**readings** [4] - 959:19, 960:6, 960:8, 960:11
**reads** [1] - 924:4
**ready** [1] - 908:8
**real** [9] - 988:4, 992:1, 999:11, 1000:15, 1016:7, 1016:13, 1020:23, 1020:24, 1027:13
**really** [6] - 905:24, 928:10, 982:20, 1002:3, 1011:2, 1015:8, 1016:13, 1018:3, 1025:4
**Realtime** [1] - 1030:12
**reason** [8] - 964:4, 990:15, 999:2, 1009:13, 1016:13, 1016:17, 1022:19, 1027:11
**reasons** [1] - 928:3
**received** [2] - 900:9, 927:8
**recess** [2] - 976:17, 1030:7
**recite** [4] - 928:14, 934:22, 935:21,

936:2

**reciting** [1] - 934:24

**recognize** [3] - 967:9, 1005:23, 1006:10

**recollect** [2] - 926:17, 971:5

**recollection** [1] - 983:18

**recommend** [4] - 940:20, 993:4, 1002:11, 1006:20

**recommendation** [3] - 955:21, 988:9, 998:21

**recommendations** [1] - 1004:14

**recommended** [2] - 987:22, 998:19

**reconstruction** [1] - 911:8

**record** [10] - 900:12, 900:16, 900:21, 909:2, 925:23, 959:21, 961:17, 977:10, 984:25, 1030:18

**recorded** [2] - 959:19, 984:24

**RECORDED** [1] - 898:23

**records** [4] - 1003:7, 1008:23, 1016:14, 1016:20

**recur** [1] - 1019:24

**recurring** [2] - 1024:14, 1027:23

**red** [2] - 975:16, 975:17

**redirect** [2] - 957:4, 970:25

**REDIRECT** [2] - 899:12, 971:2

**reduce** [8] - 905:1, 905:14, 905:15, 938:11, 938:17, 939:5, 939:11, 950:17

**reduced** [2] - 904:20, 938:5

**reduces** [2] - 946:14, 996:9

**reducing** [1] - 988:7

**refer** [5] - 909:16, 922:18, 922:23, 935:13, 1017:8

**reference** [4] - 928:13, 941:15, 959:18, 963:4

**referral** [2] - 981:9, 981:11

**referred** [2] - 981:9, 1024:22

**referring** [9] - 920:4, 920:20, 923:2, 923:7, 923:13, 941:16, 1001:19, 1024:25, 1025:3

**reflect** [5] - 967:19, 967:23, 968:1, 970:8, 986:12

**reflective** [1] - 965:5

**Refrigeration** [1] - 949:1

**regard** [17] - 901:21, 907:4, 912:20, 918:18, 919:2, 924:19, 926:23, 941:19, 945:20, 946:23, 947:9, 949:21, 952:5, 953:8, 972:2, 975:25, 1027:21

**regarding** [10] - 968:18, 984:17, 988:10, 988:18, 994:22, 999:15, 1001:3, 1003:14, 1005:24, 1025:6

**register** [1] - 975:10

**registered** [2] - 910:15, 910:19

**Registered** [2] - 1030:12, 1030:13

**registry** [1] - 910:16

**regular** [3] - 998:19, 1001:24, 1002:8

**regulates** [1] - 948:20

**REICH** [2] - 897:20, 897:20

**reiterated** [1] - 1002:19

**relate** [14] - 913:10, 927:5, 928:10, 945:15, 962:22, 975:24, 989:15, 992:8, 999:15, 1001:2, 1006:13, 1024:10, 1024:11, 1024:13

**related** [3] - 919:9, 957:14, 980:8, 989:22, 1025:17

**RELATES** [1] - 897:7

**relates** [7] - 912:19, 919:8, 948:8, 967:18, 978:12, 992:14, 996:11

**relating** [2] - 986:19, 1006:11

**relationship** [3] -

933:2, 933:8, 933:18

**relative** [7] - 921:25, 925:4, 928:5, 933:15, 934:2, 943:6, 947:4

**relatively** [1] - 947:3

**relativeness** [1] - 944:15

**relaxed** [1] - 988:4

**relay** [1] - 987:24

**relayed** [2] - 989:2, 993:20

**relays** [1] - 989:25

**reliable** [2] - 1009:1, 1009:4

**relocate** [1] - 937:22

**remain** [2] - 908:16, 1004:17

**remainder** [1] - 939:4

**remediation** [1] - 927:4

**remember** [6] - 915:15, 936:18, 943:16, 947:13, 958:7, 1022:4

**reminded** [1] - 1010:17

**remodel** [1] - 939:15

**removes** [1] - 949:5

**render** [1] - 950:3

**repair** [2] - 927:17, 947:22

**repaired** [3] - 911:3, 911:21, 954:2

**repairs** [1] - 911:8

**repeat** [2] - 915:7, 945:12

**repeated** [1] - 1006:22

**rephrase** [2] - 939:6, 939:7

**replacing** [2] - 949:2, 954:8

**replow** [1] - 935:11

**report** [35] - 902:6, 905:2, 905:5, 905:13, 906:11, 906:22, 908:1, 918:25, 921:25, 922:18, 922:19, 922:24, 923:2, 923:3, 923:13, 925:17, 928:16, 935:20, 942:21, 942:22, 943:2, 943:13, 944:9, 944:24, 946:22, 947:19, 959:15, 959:18, 984:18, 986:4, 986:8, 987:8, 988:18, 1011:18

**reported** [5] - 983:7, 984:2, 994:12, 996:23, 997:3

**REPORTER** [1] - 898:21

**Reporter** [6] - 1030:12, 1030:13, 1030:14, 1030:24

**REPORTER'S** [1] - 1030:10

**reporting** [1] - 1020:16

**represent** [1] - 967:14

**representative** [5] - 929:15, 930:9, 930:24, 931:19, 946:6

**representing** [1] - 941:3

**represents** [2] - 967:11

**request** [3] - 943:4, 966:18, 991:7

**requested** [2] - 953:11, 990:20

**requirement** [1] - 949:13

**requires** [3] - 948:14, 948:22, 949:7

**research** [2] - 957:23, 965:5

**resemblance** [1] - 930:6

**reserved** [1] - 1009:16

**residency** [2] - 978:23, 979:1

**residential** [3] - 914:13, 956:11, 956:13

**resin** [1] - 931:6

**resist** [2] - 914:11, 947:17

**resistance** [6] - 914:12, 931:25, 932:4, 933:1, 933:11, 972:13

**resists** [1] - 932:5

**respect** [9] - 907:7, 916:20, 950:11, 967:22, 968:5, 982:15, 986:8, 999:21, 1001:23

**respectively** [1] - 946:14

**respiratory** [1] - 1014:17

**respond** [3] - 901:20, 921:4

**response** [8] - 957:20, 962:17, 983:2,

992:4, 993:8, 1013:2, 1023:24

**response** [49] - 978:6, 980:18, 981:22, 982:24, 983:10, 983:14, 986:1, 988:8, 988:25, 989:6, 990:2, 990:19, 991:17, 992:5, 993:3, 993:10, 994:14, 995:6, 996:8, 996:19, 997:8, 997:13, 998:24, 1003:17, 1003:22, 1004:6, 1005:2, 1005:25, 1007:10, 1007:13, 1007:18, 1007:25, 1008:5, 1009:8, 1009:25, 1011:8, 1012:6, 1012:20, 1014:15, 1014:24, 1016:19, 1016:24, 1017:5, 1017:20, 1019:6, 1021:15, 1022:24, 1023:2, 1025:14

**responsible** [1] - 1014:2

**rest** [2] - 901:4, 968:20

**restart** [1] - 991:20

**restarted** [2] - 1022:6, 1022:7

**restoration** [3] - 910:14, 911:8, 927:4

**restored** [1] - 911:12

**result** [1] - 972:12

**resulting** [1] - 1005:12

**results** [4] - 935:10, 962:1, 963:8, 998:12

**retarder** [5] - 934:6, 957:12, 958:2, 958:17, 958:19

**retarders** [1] - 957:25

**retire** [1] - 977:15

**retired** [2] - 977:12, 978:1

**retirement** [1] - 978:21

**return** [7] - 945:13, 945:19, 1001:13, 1001:14, 1009:4, 1021:9

**reveal** [5] - 975:5, 975:8, 975:12, 995:15, 1008:12

**revealed** [1] - 952:16

**reverse** [1] - 971:15

**review** [1] - 1016:20

**reviewed** [1] - 998:9

rewrote [1] - 991:19
right-hand [2] - 983:13, 1003:24
rigorous [1] - 927:10
rise [7] - 900:7, 908:4, 937:7, 975:18, 976:9, 976:18, 1029:8
rises [1] - 934:2
risk [1] - 1002:4
Ritter [2] - 916:22, 919:22
Ritter's [1] - 936:6
RIVER [2] - 897:8, 898:7
River [3] - 930:3, 933:3, 938:18
RMR [2] - 898:21, 1030:23
role [2] - 947:8, 980:14
roof [1] - 910:2
roofs [1] - 971:10
ROOM [1] - 898:21
room [3] - 939:21, 949:2, 954:9
roughly [1] - 979:20
rounds [1] - 979:24
routine [6] - 999:3, 999:5, 1020:22, 1021:2, 1021:3, 1021:7
routinely [2] - 913:13, 947:25
ROY [1] - 898:14
Royal [1] - 909:11
rule [1] - 1015:11
ruled [2] - 901:11, 924:8, 947:2
rulings [1] - 900:18
rumbling [1] - 1003:19
run [2] - 905:18, 1027:4
running [4] - 960:15, 963:5, 972:4, 972:6

**S**

s/Cathy [1] - 1030:22
safe [2] - 955:17, 955:19
samples [10] - 903:14, 985:21, 987:1, 987:2, 993:7, 994:21, 1001:11, 1004:12, 1004:13
SAN [1] - 897:21
Saturday [1] - 995:3
saw [26] - 947:25,

952:9, 952:10, 952:18, 966:23, 977:20, 979:15, 992:6, 1001:1, 1008:21, 1010:14, 1010:21, 1018:12, 1021:19, 1026:3, 1026:6, 1026:9, 1026:11, 1026:13, 1026:16, 1026:19, 1026:22, 1027:20, 1027:21, 1028:9, 1028:12
SC [1] - 898:4
scale [3] - 971:24, 985:23, 990:14
scan [1] - 971:9, 994:5, 998:4, 998:9, 998:12, 1008:2, 1008:6, 1008:10, 1008:11, 1008:12
scheduled [2] - 1021:8, 1021:9
SCHMIDT [1] - 898:18
school [3] - 910:11, 918:13, 927:2
schooling [1] - 980:10
schools [2] - 910:22, 955:19
science [2] - 917:11, 918:11
Science [1] - 917:14
scoliosis [16] - 995:16, 995:18, 995:23, 995:25, 996:4, 996:6, 1001:23, 1001:24, 1002:20, 1002:21, 1002:22, 1003:1, 1003:3, 1003:4, 1007:24, 1014:4
scope [1] - 921:22
screen [3] - 952:3, 969:3, 972:19
screened [1] - 991:8
seal [1] - 952:19
sealed [3] - 941:22, 947:14, 948:13
seals [2] - 942:2, 942:4
seasonal [1] - 1023:22
seat [2] - 945:13, 945:19
seated [2] - 908:7, 976:21
second [2] - 944:9, 1000:25
secondary [1] - 1015:10
secondly [1] - 942:1

section [2] - 930:20, 984:13
sections [2] - 937:11, 941:22
SECURITY [4] - 908:4, 976:9, 976:18, 1029:8
see [64] - 902:19, 903:22, 907:19, 919:7, 930:10, 932:3, 937:22, 937:24, 939:21, 939:22, 939:24, 941:7, 941:15, 951:20, 952:2, 956:5, 961:16, 962:12, 967:1, 967:6, 968:7, 968:20, 971:22, 972:22, 973:4, 973:5, 974:15, 976:15, 979:13, 979:16, 979:20, 979:24, 980:3, 980:13, 980:24, 980:25, 982:1, 985:7, 986:15, 987:6, 994:15, 999:12, 1001:24, 1003:11, 1005:5, 1006:19, 1006:21, 1008:11, 1008:14, 1009:6, 1009:18, 1010:1, 1011:16, 1012:17, 1015:12, 1017:13, 1020:5, 1021:6, 1022:3, 1022:25, 1030:2, 1030:3
seeing [2] - 981:4, 1012:18
seem [1] - 1011:25
seeps [1] - 948:12
sees [1] - 1002:11
selective [1] - 916:24
self [2] - 981:9, 981:11
self-referral [2] - 981:9, 981:11
sensation [2] - 994:2, 994:3
sense [1] - 947:4
separate [3] - 905:19, 905:20, 935:19
separately [1] - 991:4
September [3] - 979:5, 1003:12, 1021:11
Services [3] - 909:10, 909:13, 913:13
services [1] - 965:7
SESSION [1] - 897:11

set [2] - 979:3, 990:24
sets [1] - 969:17
seven [3] - 910:5, 985:19, 985:20
several [3] - 931:5, 988:12, 1012:18
severe [8] - 995:19, 996:5, 998:14, 998:15, 998:22, 1007:24, 1017:11, 1018:8
severely [3] - 934:5, 939:18, 941:6
severity [1] - 995:25
sexual [15] - 982:12, 986:23, 997:4, 997:6, 997:20, 1006:16, 1006:25, 1007:6, 1010:12, 1010:24, 1011:3, 1011:14, 1026:19, 1026:22
sexually [8] - 989:22, 990:20, 1006:16, 1010:25, 1011:2, 1013:22, 1013:24, 1014:2
Shadows [1] - 910:18
shake [1] - 924:10
shall [1] - 951:20
sharp [5] - 995:4, 995:8, 995:12, 996:24, 1014:22
SHAW [1] - 898:12
sheath [1] - 929:22
sheathing [6] - 958:20, 958:22, 958:23, 959:3, 959:6, 959:8
shed [1] - 1000:13
Shepard [1] - 977:11
shopping [1] - 910:22
short [1] - 976:6
shot [1] - 1005:8
show [20] - 903:17, 920:3, 920:4, 920:6, 922:1, 922:4, 923:2, 937:17, 937:20, 951:11, 960:6, 963:8, 963:16, 968:20, 969:4, 972:4, 972:8, 972:10, 972:14, 973:12
showed [5] - 904:5, 937:21, 943:5, 960:17, 969:21
showing [6] - 973:2, 973:7, 973:14, 973:15, 973:21,

1024:3
shown [1] - 945:23
shows [8] - 924:6, 939:1, 972:4, 972:16, 973:13, 974:5, 974:11, 975:6
shy [4] - 1009:15, 1025:24, 1026:3, 1026:6
sic [1] - 1016:22
sick [2] - 912:18, 927:4
side [25] - 902:11, 906:9, 930:9, 930:12, 933:13, 936:25, 942:4, 972:17, 973:18, 983:11, 983:13, 986:5, 987:16, 991:24, 992:1, 993:15, 995:9, 996:10, 999:19, 1003:24, 1008:9, 1012:14, 1020:14, 1022:22, 1023:5
sided [1] - 1008:7
sides [3] - 937:4, 937:20, 960:22
siding [2] - 929:22, 956:16
significance [3] - 937:18, 942:8, 999:21
significant [1] - 948:7
significantly [2] - 934:7, 937:8
signs [2] - 1010:19, 1025:13
similar [5] - 901:17, 945:22, 952:8, 955:1, 992:25
similarly [1] - 1024:23
simply [3] - 980:9, 987:1, 987:18
sincerity [1] - 1009:13
single [4] - 935:18, 968:9, 968:14, 968:15
sinus [1] - 992:23
sinuses [4] - 1008:10, 1008:13, 1008:17, 1008:18
sit [1] - 902:20
sitting [1] - 1008:22
situation [2] - 961:19, 962:16
six [2] - 972:23, 1013:20
six-degree [1] - 972:23

**size** [1] - 956:20
**skinny** [1] - 1023:20
**sleep** [5] - 987:10, 987:18, 987:19, 1011:22
**sleeping** [1] - 1005:6
**slow** [1] - 937:2
**slowed** [1] - 958:5
**slows** [3] - 932:10, 934:6, 941:1
**small** [1] - 911:17
**smallest** [1] - 985:18
**smoke** [2] - 930:16, 955:13
**smoker** [1] - 1017:21
**smoking** [7] - 999:20, 999:25, 1000:1, 1000:2, 1000:4, 1000:5, 1018:13
**Smulski** [23] - 902:5, 902:25, 903:3, 903:6, 903:8, 903:14, 904:2, 904:4, 904:16, 906:25, 915:12, 919:22, 922:20, 924:19, 925:2, 928:13, 931:8, 931:9, 933:17, 940:20, 947:1, 975:25
**Smulski's** [5] - 922:19, 922:24, 923:13, 928:15, 940:16
**Society** [1] - 948:25
**Society's** [1] - 910:16
**sockets** [1] - 930:16
**soft** [1] - 1003:19
**solemnly** [1] - 908:19
**some-odd** [1] - 959:15
**someone** [4] - 920:16, 988:13, 998:18, 1001:23
**sometime** [2] - 1012:4, 1016:23
**sometimes** [2] - 937:10, 1000:15
**somewhat** [4] - 929:18, 992:11, 993:18, 1009:16
**soon** [2] - 1029:2, 1029:15
**sore** [5] - 995:2, 996:12, 1005:5, 1005:14, 1005:15
**sorry** [5] - 915:7, 915:13, 929:20, 948:18, 969:12
**sort** [9] - 906:10,

906:13, 909:16, 911:9, 911:18, 912:24, 939:15, 984:9, 1009:2
**sought** [1] - 960:25
**sound** [1] - 906:13
**sounded** [1] - 984:8
**source** [1] - 994:4
**south** [1] - 915:16
**South** [3] - 910:19, 912:14, 915:14
**space** [7] - 922:1, 932:19, 932:21, 932:24, 936:23, 936:24, 947:13
**span** [1] - 1009:7
**speaking** [1] - 1019:21
**specific** [18] - 916:20, 918:11, 919:1, 919:4, 953:11, 954:21, 957:23, 963:4, 967:11, 970:18, 990:23, 995:10, 999:11, 999:18, 999:23, 1001:18, 1018:3, 1021:6
**specifically** [7] - 901:11, 904:22, 918:23, 920:2, 962:25, 980:7, 984:11
**specifications** [3] - 951:8, 951:13, 951:18
**Spector** [2] - 1029:11, 1029:12
**speech** [5] - 982:13, 1025:20, 1025:25, 1026:13, 1026:16
**spell** [1] - 909:1
**spelled** [1] - 1005:7
**spent** [3] - 916:5, 965:10, 965:11
**spin** [1] - 941:14
**spine** [1] - 996:2
**spirits** [2] - 1012:1, 1012:2
**spoken** [2] - 934:12, 1009:20
**spray** [3] - 955:9, 955:13, 955:23
**spread** [1] - 955:13
**square** [1] - 944:11
**ST** [2] - 897:18, 898:15
**stable** [2] - 992:11, 1018:12
**staff** [1] - 965:5
**stamp** [1] - 963:19

**stand** [2] - 929:10, 978:1
**standard** [2] - 949:2, 990:24
**standards** [2] - 948:25, 961:21
**standing** [1] - 908:16
**standpoint** [1] - 921:5
**stands** [1] - 945:1
**staples** [1] - 952:10
**start** [8] - 904:6, 909:25, 938:3, 971:20, 972:22, 985:24, 986:11, 1029:6
**started** [4] - 980:12, 994:24, 1005:7, 1011:9
**starting** [5] - 939:12, 962:6, 962:8, 976:7, 985:18
**starts** [1] - 906:1
**State** [3] - 978:7, 978:15, 1030:14
**state** [5] - 909:1, 977:9, 1009:15, 1010:23, 1016:17
**statement** [2] - 1007:7, 1022:2
**statements** [1] - 1021:24
**STATES** [2] - 897:1, 897:13
**states** [1] - 961:22
**States** [5] - 910:25, 912:14, 948:20, 1030:15, 1030:25
**stating** [2] - 952:13, 1006:6
**stay** [1] - 1023:21
**STENOGRAPHY** [1] - 898:23
**step** [2] - 929:4, 976:5
**Stephanie** [1] - 964:9
**steps** [1] - 994:3
**stick** [1] - 957:3
**still** [16] - 932:9, 932:12, 947:12, 986:10, 994:17, 996:24, 997:3, 997:11, 997:13, 1004:4, 1010:10, 1010:14, 1011:5, 1013:17, 1018:12, 1026:22
**stimulant** [1] - 991:23
**stipulations** [1] - 905:17
**stomach** [1] - 1003:19
**stool** [1] - 1003:23

**stools** [1] - 1021:14
**stop** [6] - 929:23, 940:15, 989:4, 989:10, 1002:3, 1013:18
**stopped** [13] - 989:2, 989:20, 1013:12, 1015:24, 1015:25, 1017:15, 1021:25, 1022:7, 1022:8, 1023:1, 1023:16, 1023:17, 1024:9
**stops** [2] - 1023:23, 1024:4
**straight** [1] - 1029:16
**stream** [1] - 973:5
**STREET** [2] - 898:9, 898:21
**STRICKLAND** [1] - 898:9
**strike** [1] - 907:23
**structural** [4] - 912:3, 916:10, 916:18, 964:19
**structure** [2] - 909:18, 909:22
**structures** [5] - 910:13, 910:15, 910:22, 912:16, 913:19
**stud** [2] - 929:18, 933:10
**studies** [2] - 912:2, 913:9
**studs** [1] - 929:19
**subject** [1] - 920:10
**submit** [1] - 915:5
**subsequently** [1] - 1027:20
**sucking** [2] - 934:14, 973:14
**suddenly** [1] - 1026:1
**suffer** [5] - 982:23, 992:25, 1015:6, 1015:15, 1028:11
**suffered** [6] - 1006:25, 1007:6, 1007:23, 1016:5, 1024:21, 1025:7
**suffering** [6] - 992:18, 997:6, 1007:16, 1007:19, 1018:5, 1020:2
**suffers** [1] - 1015:2
**sufficient** [1] - 959:10
**suggest** [2] - 984:6, 1006:19
**suggested** [4] - 902:16, 942:19, 945:20, 946:1

**suggesting** [1] - 941:19
**suggestion** [1] - 1022:1
**SUITE** [4] - 897:21, 897:24, 898:9, 898:15
**summer** [1] - 960:2
**Sunday** [2] - 994:25, 995:3
**superior** [6] - 906:23, 907:7, 908:1, 951:21, 953:16, 953:19
**supply** [1] - 974:15
**suppose** [1] - 995:22
**supposed** [5] - 1013:7, 1022:11, 1022:14, 1022:16, 1022:19
**suppresses** [1] - 992:3
**suppressing** [1] - 1023:13
**surface** [1] - 932:24
**surfaces** [1] - 971:11
**surgery** [1] - 980:24
**surprised** [1] - 1023:16
**survey** [1] - 918:12
**suspect** [1] - 1027:15
**sustain** [3] - 907:23, 931:15, 947:5
**swear** [1] - 908:19
**swings** [1] - 990:10
**switch** [1] - 929:10
**switches** [1] - 930:16
**sworn** [2] - 908:24, 977:5
**symptom** [2] - 984:8, 985:6
**symptomology** [1] - 996:14
**symptoms** [11] - 1008:8, 1010:2, 1016:11, 1017:3, 1017:9, 1019:14, 1020:17, 1024:6, 1024:7, 1025:13, 1028:6
**syndrome** [4] - 912:19, 996:15, 996:22, 1007:17
**syndromes** [3] - 927:4, 1014:13, 1014:16
**syphilis** [1] - 991:2
**system** [34] - 916:18, 917:22, 917:24, 920:24, 921:21,

923:20, 930:15,
934:12, 934:15,
934:16, 940:5,
940:6, 941:25,
942:2, 942:12,
949:8, 949:9,
954:11, 954:12,
955:8, 959:25,
961:19, 962:16,
963:2, 973:2,
973:20, 974:15,
974:17, 975:9,
982:21
**systems** [6] - 939:16,
947:24, 947:25,
959:22, 971:16,
971:20

**T**

**talker** [2] - 983:24
**teapot** [1] - 905:24
**Teche** [1] - 910:18
**teen** [1] - 985:2
**teenage** [4] - 985:3,
1024:22, 1025:2,
1025:3
**teenager** [6] - 983:17,
983:21, 984:3,
1010:18, 1024:6,
1024:21
**temperature** [25] -
919:20, 921:12,
921:24, 927:5,
933:4, 934:2,
936:24, 959:19,
959:22, 959:24,
960:2, 960:11,
960:25, 961:5,
961:6, 961:11,
961:12, 961:15,
961:16, 962:2,
962:14, 971:10,
972:11, 972:24,
975:18
**temperatures** [11] -
933:15, 959:23,
960:17, 961:10,
961:17, 962:24,
963:10, 971:8,
971:11, 973:2,
975:16
**tempest** [1] - 905:24
**temporary** [2] -
1000:16, 1000:21
**tension** [1] - 988:3
**tenth** [1] - 958:10
**terms** [11] - 918:16,
955:16, 963:13,
981:13, 983:19,

988:10, 989:7,
995:25, 996:1,
998:22, 1004:18
**test** [9] - 921:19,
921:23, 921:24,
963:1, 963:11,
971:22, 991:1,
991:2, 991:4
**tested** [1] - 1014:2
**testified** [10] - 902:25,
905:13, 908:25,
919:7, 920:16,
921:14, 927:14,
952:17, 1013:3,
1015:2
**testifies** [1] - 901:8
**testify** [13] - 901:12,
901:15, 902:1,
905:4, 918:18,
920:23, 924:11,
924:16, 924:18,
925:4, 925:5, 928:7,
935:15
**testifying** [1] - 928:2
**testimony** [32] -
900:10, 900:18,
901:5, 901:10,
901:17, 901:21,
901:23, 902:7,
907:17, 907:18,
907:22, 908:19,
919:5, 919:14,
919:21, 925:8,
928:2, 928:4,
928:18, 935:6,
935:13, 935:25,
938:20, 949:16,
951:25, 952:11,
952:12, 953:9,
958:3, 965:19,
977:6, 1000:9
**testing** [7] - 909:19,
912:3, 917:25,
927:10, 963:4,
1027:9, 1027:12
**tests** [12] - 905:16,
905:18, 950:19,
989:24, 990:25,
991:3, 991:13,
992:17, 995:11,
1027:4, 1027:8
**THE** [132] - 897:12,
900:7, 900:8,
900:12, 900:15,
900:20, 900:24,
901:19, 902:14,
902:20, 903:3,
903:19, 903:22,
903:25, 904:10,
904:15, 905:5,

905:23, 906:8,
906:24, 907:12,
907:18, 908:4,
908:7, 908:14,
908:18, 908:22,
909:1, 909:3,
915:13, 915:15,
915:17, 915:20,
915:23, 918:7,
918:8, 918:21,
919:5, 920:3, 922:7,
922:10, 923:1,
923:8, 923:19,
923:23, 924:1,
924:10, 924:15,
925:12, 925:15,
925:17, 925:22,
925:25, 926:12,
927:23, 929:6,
929:9, 930:11,
930:12, 931:9,
931:14, 933:20,
934:18, 935:13,
935:23, 936:1,
937:22, 938:21,
939:3, 939:7,
942:22, 943:1,
943:6, 943:10,
943:14, 943:21,
943:24, 944:7,
944:21, 946:11,
946:13, 947:2,
948:5, 948:7,
949:24, 950:20,
952:11, 953:5,
953:22, 956:2,
957:1, 959:1, 959:2,
961:24, 961:25,
962:5, 962:7,
965:22, 966:10,
966:12, 966:20,
966:23, 967:6,
968:7, 968:11,
968:13, 968:22,
968:25, 969:6,
969:10, 969:14,
969:16, 969:20,
970:20, 970:24,
976:5, 976:9,
976:12, 976:15,
976:18, 976:21,
977:1, 977:4,
1028:15, 1028:18,
1028:25, 1029:3,
1029:8, 1029:11,
1029:13, 1029:19,
1030:2
**theoretically** [1] -
902:6
**theory** [1] - 954:22
**thereafter** [1] - 985:21

**thereof** [1] - 968:19
**thermo** [1] - 971:8
**thermographic** [16] -
961:25, 962:2,
962:24, 963:1,
963:5, 971:4, 971:7,
971:8, 972:1, 972:8,
972:15, 973:10,
974:3, 974:9,
974:24, 975:19
**thermography** [4] -
960:11, 960:14,
961:2, 961:9
**thesis** [1] - 927:11
**they've** [2] - 952:11,
1024:8
**thicker** [2] - 956:20,
973:24
**thickness** [2] -
941:13, 956:21
**thin** [1] - 940:25
**thinks** [1] - 987:15
**third** [4] - 910:10,
949:3, 981:18,
1001:1
**thirdly** [1] - 942:2
**THIS** [1] - 897:7
**thoracic** [1] - 1007:24
**thoroughly** [1] -
964:17
**thousand** [1] - 911:5
**threatening** [2] -
991:14, 991:16
**three** [16] - 906:11,
939:19, 939:25,
950:8, 974:22,
974:23, 986:22,
996:17, 997:22,
1001:13, 1001:14,
1003:21, 1005:5,
1005:15, 1006:16
**throat** [5] - 995:3,
996:12, 1005:5,
1005:14, 1005:15
**THROUGH** [1] -
899:19
**throughout** [5] -
912:14, 937:5,
937:9, 1006:19,
1009:12
**thumbnail** [1] - 978:11
**Thursday** [1] - 995:5
**THURSDAY** [2] -
897:6, 900:3
**tingling** [4] - 993:15,
993:21, 994:2,
994:13
**tiny** [1] - 947:11
**tired** [5] - 982:2,
983:4, 1010:2,

1010:4, 1012:23
**TO** [2] - 897:7, 900:4
**today** [10] - 905:7,
908:9, 910:6, 928:2,
929:1, 937:15,
949:16, 951:14,
955:3, 1029:25
**together** [6] - 911:24,
912:2, 916:5,
929:19, 931:6,
993:17
**tolerated** [1] - 985:24
**tomorrow** [2] - 901:4,
1030:1
**took** [12] - 960:14,
960:22, 962:23,
962:25, 987:9,
1004:19, 1012:4,
1012:8, 1016:21,
1016:22, 1017:15,
1022:1
**top** [8] - 929:9,
929:18, 929:19,
930:19, 933:10,
941:22, 955:15,
996:1
**tornadic** [1] - 911:10
**total** [1] - 937:10
**totally** [2] - 941:5,
941:10
**touch** [3] - 918:17,
918:24, 972:19
**Touro** [1] - 980:3
**toxic** [1] - 913:18
**traces** [1] - 972:7
**trades** [1] - 906:14
**trailer** [67] - 903:11,
904:16, 904:20,
905:1, 906:22,
911:17, 911:18,
911:19, 917:22,
918:19, 919:15,
919:25, 921:14,
921:20, 922:22,
923:20, 926:9,
927:15, 928:24,
929:4, 929:16,
929:25, 930:1,
930:3, 930:13,
931:1, 931:17,
931:21, 931:24,
933:3, 933:19,
934:13, 936:10,
937:14, 938:6,
938:18, 938:23,
939:5, 942:13,
944:16, 945:22,
946:4, 948:11,
949:17, 949:20,
951:9, 952:9,

952:20, 953:16,
954:17, 954:18,
954:19, 955:5,
956:7, 959:10,
959:20, 960:4,
963:10, 964:25,
968:21, 973:17,
974:1, 974:2,
974:12, 975:3,
1007:1, 1007:4
**TRAILER** [1] - 897:4
**trailers** [16] - 910:24,
911:14, 911:21,
912:13, 913:25,
927:17, 947:21,
948:8, 949:14,
954:3, 956:6, 956:8,
956:17, 956:23,
963:22, 963:23
**training** [1] - 978:11
**TRANSCRIPT** [2] -
897:12, 898:23
**transcript** [1] -
1030:17
**transfer** [3] - 932:23,
936:20, 941:6
**transmitted** [3] -
989:23, 990:21,
1013:24
**travel** [55] - 910:24,
911:14, 911:17,
911:18, 911:19,
911:20, 912:13,
913:25, 926:8,
927:15, 927:17,
928:24, 929:4,
929:16, 930:3,
930:12, 931:1,
931:20, 931:24,
932:9, 932:10,
932:14, 933:3,
934:13, 936:10,
937:14, 938:6,
938:18, 941:1,
944:16, 945:22,
946:4, 947:21,
948:8, 948:11,
949:13, 949:17,
949:20, 951:9,
952:9, 952:19,
953:15, 954:3,
954:17, 954:18,
954:19, 955:5,
956:5, 956:8,
956:17, 956:22,
963:22, 963:23,
974:12, 1007:4
**traveling** [1] - 974:20
**TRAVERSE** [4] -
899:7, 899:8,

915:24, 922:15
**treat** [9] - 981:2,
985:13, 995:23,
998:25, 1002:1,
1003:5, 1011:12,
1023:6, 1024:8
**treated** [5] - 1002:6,
1010:13, 1014:10,
1025:5, 1025:12
**treating** [11] - 913:4,
976:25, 980:7,
988:6, 1015:17,
1015:24, 1015:25,
1023:7, 1023:17,
1024:9, 1027:14
**treatment** [4] -
1005:19, 1017:9,
1024:16, 1027:18
**tree** [1] - 911:17
**trial** [3] - 901:13,
906:12, 936:3
**TRIAL** [1] - 897:12
**true** [9] - 917:23,
918:13, 919:16,
919:17, 921:1,
960:3, 988:24,
1022:2, 1030:16
**truth** [3] - 908:20,
908:21
**try** [9] - 901:17,
905:24, 908:9,
913:2, 936:3,
986:23, 993:6,
1016:10, 1029:22
**trying** [6] - 905:3,
920:13, 1003:1,
1017:13, 1019:20,
1025:9
**Tulane** [2] - 978:13,
978:16
**turn** [1] - 913:3
**turning** [1] - 961:3
**TV** [1] - 930:16
**twice** [4] - 941:13,
942:1, 1002:15,
1002:16
**two** [18] - 902:13,
906:20, 933:14,
934:25, 950:8,
969:17, 974:2,
974:23, 978:24,
980:4, 980:5, 984:1,
986:23, 988:21,
993:23, 999:17,
1003:20, 1008:23
**TX** [2] - 897:21, 897:24
**Tylenol** [1] - 996:15
**type** [36] - 903:10,
904:1, 904:3, 904:5,
904:7, 904:8,

904:11, 904:12,
909:15, 909:17,
909:20, 912:25,
916:21, 924:9,
930:25, 931:3,
931:5, 931:20,
940:19, 941:24,
941:25, 946:8,
947:22, 947:24,
954:17, 954:19,
954:21, 955:22,
957:24, 971:14,
997:19, 1014:19,
1014:20, 1017:3,
1017:6, 1021:12
**types** [10] - 906:25,
910:12, 912:16,
912:23, 913:22,
914:6, 914:10,
914:17, 914:20,
954:13
**typical** [4] - 958:11,
981:12, 982:22,
991:4
**typically** [8] - 916:16,
929:16, 929:17,
932:2, 932:3,
971:13, 979:24,
1004:25
**Tyvek** [6] - 939:17,
942:3, 942:6,
942:15, 946:2, 958:1

## U

**ULL** [2] - 917:10,
918:13
**ultimate** [6] - 907:25,
946:7, 950:2, 950:5,
950:6, 950:7
**ultimately** [1] - 935:15
**ultrasound** [1] - 994:6
**unbeknownst** [1] -
925:7
**unblock** [1] - 964:24
**under** [7] - 915:5,
951:21, 961:4,
961:7, 962:20,
974:5, 984:24
**underlying** [1] - 984:6
**understood** [3] -
900:9, 939:3,
1010:13
**unenhanced** [1] -
1008:14
**unh** [2] - 1016:19
**unh-unh** [1] - 1016:19
**unhealthy** [1] - 950:13
**unit** [21] - 918:1,

920:25, 928:4,
930:20, 934:10,
934:11, 946:6,
957:14, 960:1,
961:1, 964:14,
965:1, 965:3,
965:19, 966:5,
967:16, 968:3,
970:3, 970:6, 970:9,
970:17
**United** [5] - 910:25,
912:14, 948:20,
1030:15, 1030:25
**UNITED** [2] - 897:1,
897:13
**units** [1] - 951:21
**University** [2] -
978:13, 978:15
**unjack** [1] - 964:24
**unknowingly** [1] -
936:4
**unless** [4] - 945:14,
961:11, 961:12,
967:2
**unlevel** [1] - 964:24
**unlike** [1] - 941:10
**unremarkable** [1] -
1008:17
**unsealed** [2] - 975:2
**unusual** [1] - 997:9
**up** [48] - 900:17,
900:21, 902:20,
903:23, 904:1,
904:6, 906:1, 915:8,
920:23, 924:6,
925:13, 925:22,
925:25, 926:12,
928:9, 942:22,
943:23, 946:5,
949:5, 949:24,
952:2, 962:12,
964:9, 965:4, 966:5,
972:5, 972:18,
979:3, 985:24,
986:20, 992:11,
994:24, 996:25,
999:5, 1005:6,
1007:2, 1009:3,
1011:25, 1013:24,
1014:22, 1018:9,
1019:22, 1020:20,
1020:23, 1021:3,
1021:5, 1024:3,
1029:16
**updating** [1] - 978:1
**upper** [2] - 1007:24,
1014:17
**ups** [1] - 990:11
**uptown** [1] - 1029:16
**Uptown** [4] - 979:6,

979:10, 980:6, 980:9
**Urban** [2] - 948:18,
948:19
**urologist** [1] - 1006:20
**usual** [2] - 992:20,
992:24
**utilized** [2] - 901:13,
948:21

## V

**vaccine** [1] - 1000:25
**value** [14] - 914:12,
931:23, 931:24,
932:4, 932:17,
932:25, 936:18,
941:2, 941:12,
941:13, 942:2,
947:13
**values** [2] - 943:6,
944:10
**vapor** [30] - 902:8,
932:16, 934:6,
939:19, 939:20,
939:21, 939:22,
940:4, 941:5,
942:15, 954:24,
957:11, 957:12,
957:25, 958:1,
958:2, 958:4, 958:8,
958:16, 958:18,
959:7, 963:22,
964:14, 965:12,
965:18, 965:20
**various** [13] - 905:17,
912:23, 914:5,
914:15, 914:17,
914:18, 914:20,
927:16, 952:2,
954:13, 971:23,
992:4, 1014:10
**vascular** [4] - 982:19,
982:21, 982:22,
982:25
**vehicle** [2] - 975:20,
975:22
**velocity** [1] - 962:18
**vent** [1] - 974:18
**ventilation** [7] -
947:19, 947:20,
947:24, 948:4,
948:9, 948:23
**veracity** [1] - 1009:10
**verified** [1] - 1017:24
**versus** [3] - 954:14,
961:5, 973:21
**Viagra** [18] - 986:23,
986:25, 987:1,
987:24, 988:1,

997:2, 997:18,
1001:6, 1001:12,
1004:19, 1011:11,
1011:12, 1011:15,
1011:19, 1011:23,
1012:3, 1012:19
**videotaped** [1] -
976:22
**VIDEOTAPED** [1] -
899:13
**Videotaped** [1] - 977:8
**view** [1] - 968:9
**vigorously** [1] -
1002:5
**vinyl** [5] - 930:13,
930:14, 934:5,
957:24, 965:13
**viral** [6] - 992:18,
996:15, 996:22,
1007:16, 1014:13,
1014:16
**virtually** [2] - 915:1,
939:24
**virtue** [1] - 962:15
**virus** [1] - 1014:20
**viruses** [1] - 1014:19
**vision** [1] - 972:2
**visit** [29] - 981:17,
981:18, 984:15,
986:2, 988:16,
989:1, 989:14,
991:18, 993:11,
996:20, 998:3,
999:2, 999:3,
1000:23, 1001:7,
1002:18, 1003:6,
1003:11, 1003:12,
1004:15, 1009:24,
1011:5, 1013:19,
1021:2, 1021:9,
1022:10, 1023:1
**visits** [1] - 1009:5
**visualized** [1] -
1008:16
**vitae** [3] - 977:23,
978:2, 978:4
**vitamin** [4] - 1015:2,
1015:5, 1015:6,
1015:15
**void** [2] - 941:5,
963:10
**voids** [6] - 932:18,
936:16, 937:1,
963:9, 971:13,
971:16
**voir** [4] - 905:23,
905:25, 906:2, 924:9
**VOIR** [4] - 899:6,
899:9, 909:5, 926:13
**volume** [2] - 973:24,

979:16

---

# W

**wait** [5] - 903:3,
965:22, 969:10
**waiting** [4] - 907:19,
1029:4, 1029:18,
1029:19
**wakes** [1] - 1005:6
**walking** [4] - 1019:2,
1019:7, 1019:10,
1020:19
**wall** [63] - 929:5,
929:15, 930:13,
930:15, 930:16,
930:18, 930:24,
930:25, 931:3,
933:12, 934:7,
934:15, 937:3,
937:11, 937:14,
938:17, 939:16,
939:23, 940:5,
940:6, 940:11,
940:12, 940:24,
941:23, 942:2,
942:5, 942:12,
942:18, 945:23,
947:18, 954:11,
954:23, 957:24,
958:12, 959:12,
959:22, 960:4,
960:7, 960:9,
960:11, 960:17,
963:10, 963:14,
963:23, 965:13,
966:5, 967:10,
967:15, 967:20,
968:3, 970:16,
971:16, 971:20,
973:1, 973:2, 974:7,
974:17, 974:20,
974:23, 975:1, 996:6
**walls** [8] - 928:24,
936:15, 937:9,
948:12, 971:10,
971:12, 972:9, 974:2
**wants** [5] - 903:4,
903:10, 904:11,
1002:2, 1006:5
**watched** [1] - 972:4
**water** [11] - 911:9,
911:17, 932:15,
932:18, 932:19,
939:20, 939:21,
965:14
**waters** [1] - 939:19
**watery** [1] - 1003:19
**weakness** [3] -
982:10, 1008:7,

1008:8
**week** [3] - 979:15,
979:18, 979:21
**weeks** [5] - 986:22,
986:23, 1005:5,
1005:15, 1006:16
**weigh** [1] - 990:14
**weight** [5] - 966:19,
989:17, 992:11,
1018:12, 1023:20
**WERE** [1] - 899:19
**whatsoever** [1] -
965:13
**wheezes** [1] - 999:19
**wheezing** [8] - 999:21,
1000:3, 1000:4,
1000:12, 1000:15,
1000:19, 1017:19,
1018:2
**WHEREUPON** [16] -
900:22, 908:2,
908:5, 923:24,
926:4, 942:24,
945:3, 949:25,
950:23, 969:22,
976:10, 976:16,
976:19, 977:7,
1029:9, 1030:6
**whichever** [1] - 968:11
**white** [2] - 973:18,
973:21
**WHITFIELD** [1] -
898:14
**whole** [6] - 908:20,
983:23, 1009:3,
1009:17, 1027:14,
1027:23
**wind** [8] - 911:10,
925:22, 960:22,
962:18, 973:15,
973:16, 974:5
**windows** [3] - 948:12,
953:2, 953:12
**windstorm** [1] -
911:18
**wires** [1] - 942:9
**wiring** [3] - 930:18,
936:21, 937:13
**wise** [1] - 940:3
**wisely** [1] - 1029:20
**wish** [1] - 901:9
**wishing** [1] - 925:10
**withdraw** [2] - 943:8,
944:4
**withdrawn** [4] -
983:16, 984:3,
986:10, 988:5
**Witness** [2] - 937:19,
941:17
**witness** [23] - 900:19,

900:25, 901:2,
906:10, 907:25,
908:11, 908:24,
919:6, 922:8,
925:11, 928:14,
929:4, 937:23,
937:24, 953:21,
967:2, 967:5,
970:21, 970:22,
976:3, 976:21,
1028:22
**WITNESS** [10] -
908:22, 909:3,
915:15, 918:8,
923:19, 930:12,
946:13, 948:7,
959:2, 961:25
**witness's** [2] - 900:10,
901:21
**wood** [35] - 902:5,
902:16, 902:21,
902:24, 903:4,
903:5, 903:6, 903:7,
903:8, 903:9,
903:10, 903:16,
904:2, 904:3, 904:4,
904:5, 904:8,
904:11, 904:12,
914:24, 924:20,
929:18, 931:5,
934:9, 934:19,
940:17, 940:19,
940:20, 945:8,
971:23, 975:25
**wood'** [1] - 904:4
**woods** [3] - 904:10,
906:25, 972:5
**word** [2] - 924:6,
985:7
**words** [5] - 928:6,
1003:4, 1005:12,
1009:20, 1017:4
**work-up** [1] - 1018:9
**workers** [1] - 964:24
**workmanship** [8] -
906:23, 907:8,
908:1, 926:24,
951:19, 951:22,
953:16, 953:20
**workup** [1] - 991:5
**worried** [1] - 1006:17
**worse** [4] - 1002:5,
1002:23, 1003:3,
1003:4
**WRIGHT** [1] - 897:16
**Wright** [80] - 920:25,
929:25, 930:4,
930:25, 931:20,
936:11, 949:17,
956:7, 957:15,

967:16, 968:3,
970:3, 981:2, 981:4,
981:7, 983:20,
984:2, 984:7,
985:10, 986:2,
986:4, 986:15,
987:3, 987:6,
988:16, 988:18,
989:1, 989:14,
989:25, 990:23,
992:6, 992:8,
992:14, 993:12,
994:8, 994:10,
994:15, 995:14,
995:25, 996:16,
996:20, 996:23,
997:3, 997:17,
998:10, 998:15,
998:22, 998:25,
999:7, 999:12,
999:15, 1000:8,
1003:8, 1003:12,
1004:15, 1005:3,
1005:18, 1005:24,
1006:1, 1006:11,
1006:13, 1006:24,
1007:3, 1007:11,
1007:14, 1007:16,
1007:19, 1007:23,
1008:2, 1009:24,
1013:6, 1014:8,
1014:14, 1014:16,
1021:25, 1022:11,
1023:16, 1024:15,
1024:20, 1026:3
**Wright's** [6] - 970:6,
970:9, 970:17,
981:25, 984:21,
990:15
**write** [1] - 985:7
**written** [1] - 1003:25
**wrote** [4] - 959:15,
983:19, 1005:8

---

# X

**x-ray** [4] - 972:1,
995:13, 995:14
**XR** [2] - 985:15,
985:17

---

# Y

**y'all** [1] - 900:12
**year** [13] - 943:19,
977:15, 978:16,
978:18, 979:13,
981:6, 986:3,
986:16, 1001:17,

1002:13, 1002:15, 1002:16, 1024:9

**years** [25] - 905:19, 910:5, 911:4, 913:12, 913:21, 914:21, 915:2, 927:9, 927:18, 940:9, 940:10, 949:19, 978:24, 988:12, 988:14, 1009:7, 1009:9, 1013:7, 1024:7, 1024:22, 1025:2, 1025:3, 1027:14, 1027:17, 1027:19

**yellow** [1] - 973:7

**yesterday** [4] - 902:4, 907:9, 907:25, 951:23

**young** [1] - 1006:4

**younger** [1] - 1010:17

**yourself** [1] - 976:8

# Z

**zero** [1] - 946:2

**zone** [1] - 939:25

**zones** [2] - 939:25, 940:2