1                    UNITED STATES DISTRICT COURT.
                    EASTERN DISTRICT OF LOUISIANA

2

3   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4   IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
5   LIABILITY LITIGATION
                      DOCKET MDL NO. 1873 "N"
6                     NEW ORLEANS, LOUISIANA
                     FRIDAY, MARCH 19, 2010, 8:30 A.M.
7

THIS DOCUMENT RELATES TO:
8

    *FOREST RIVER INC., ET AL*,
9   DOCKET NO. 09-2977

10  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

11

12                  **DAY 5, MORNING SESSION**
           TRANSCRIPT OF JURY TRIAL PROCEEDINGS
      HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
13           UNITED STATES DISTRICT JUDGE

14

15  APPEARANCES:

16

17  FOR LYNDON T. WRIGHT:   LAW OFFICES OF FRANK J. D'AMICO, JR.
                      BY:  FRANK J. D'AMICO, JR., ESQUIRE
                         AARON Z. AHLQUIST, ESQUIRE
18                 622 BARONNE ST.
                 NEW ORLEANS, LA 70113
19

20                 REICH & BINSTOCK
                 BY:  DENNIS C. REICH, ESQUIRE
21                 4265 SAN FELIPE, SUITE 1000
                 HOUSTON, TX  77027
22

23                 CHRIS PINEDO
                 ATTORNEY AT LAW
24                 4550 JERICHO ROAD
                 CORPUS CHRISTI, TX 78413
25

```
 1   APPEARANCES:   (CONTINUED)

 2

 3                              NEXSEN PRUET
                               BY:  PAUL A. DOMINICK, ESQUIRE
 4                             P.O. BOX 486
                               CHARLESTON, SC 29402
 5

 6

 7   FOR FOREST RIVER,
     INC.:                     GIEGER, LABORDE & LAPEROUSE
 8                             BY:  ERNEST P. GIEGER, JR., ESQUIRE
                                    JASON D. BONE, ESQUIRE
 9                                  CARSON W. STRICKLAND, ESQUIRE
                               701 POYDRAS STREET, SUITE 4800
10                             NEW ORLEANS, LA 70139

11

12   FOR SHAW ENVIRONMENTAL,
     INC.:                     BAKER DONELSON BEARMAN CALDWELL &
13                             BERKOWITZ
                               BY:  M. DAVID KURTZ, ESQUIRE
14                                  ROY C. CHEATWOOD, ESQUIRE
                                    KAREN K. WHITFIELD, ESQUIRE
15                             201 ST. CHARLES AVENUE, SUITE 3600
                               NEW ORLEANS, LA  70170
16

17

18   ALSO PRESENT:             DOUGLAS SCHMIDT, ESQUIRE
                               DOUGLAS GAEDDERT
19

20

21   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                 500 POYDRAS STREET, ROOM B406
22                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
23
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24   PRODUCED BY COMPUTER.

25
```

1

**I N D E X**

2

3  EXAMINATIONS                                                      PAGE

4

5  **LYNDON WRIGHT** (CONTINUED)..............................1219

6  CROSS-EXAMINATION BY MR. GIEGER (CONTINUED)............1219

7  CROSS-EXAMINATION BY MR. CHEATWOOD....................1243

8  REDIRECT EXAMINATION BY MR. D'AMICO...................1276

9  **KENNETH SMITH, MD**....................................1297

10  EXAMINATION BY MR. D'AMICO............................1297

11  EXAMINATION BY MR. GIEGER.............................1328

12  EXAMINATION BY MR. D'AMICO............................1343

13  EXAMINATION BY MR. GIEGER.............................1349

14

15

16                       E X H I B I T S

17  DESCRIPTION                                                       PAGE

18

19  Exhibit Nos. 0552-00004, 0552-00104, 0552-00101 and     1242

20  0552-00114...........................................

21  Exhibit No. 1050.....................................1243

22

23

24

25

1               **P-R-O-C-E-E-D-I-N-G-S**

2               FRIDAY, MARCH 19, 2010

3               M O R N I N G   S E S S I O N

4               (COURT CALLED TO ORDER)

5

6

7               THE DEPUTY CLERK:  All rise.

8               THE COURT:  You may be seated.  With regard to the

9    Motion in Limine that was filed yesterday by Shaw relative to

10   some demonstrative exhibits for Dr. Williams's testimony, the

11   Court is going to grant the motion as to Slides 48, 49 and 50;

12   deny the motion as to Slide 53; grant the motion as to Slides 57,

13   58 and 59; and deny the motion as to Slide 15.

14               Did anybody not get those numbers?

15               MR. D'AMICO:  48, 49, 50, 57, 58, 59 is granted?

16               THE COURT:  Granted, correct.  Denied as to 15 and 53.

17               So let's make sure those are not in the stack that

18   she's going to testify from.  We're going to see her today; is

19   that correct, Mr. D'Amico?

20               MR. D'AMICO:  Yes, Your Honor.

21               THE COURT:  We're going to finish up with Mr. Wright's

22   testimony this morning.

23               Mr. Wright, if you could come on up, sir.  I'm

24   hoping to finish up with Mr. Wright's testimony before we take

25   the midmorning break, so let's try to be efficient and work

1    towards that end.  And the rest of the cross and, of course, the

2    redirect.

3            We also have today Dr. Smith.  Are we ready with

4    Dr. Smith?

5            MR. GIEGER:  He's here, Your Honor.

6            THE COURT:  Dr. Williams, I mentioned.  Dr. Miller

7    today; is that correct?

8            MR. REICH:  Yes, Your Honor.

9            THE COURT:  And possibly Dr. Shwery, depending on how

10   far we get?

11           MR. REICH:  Yes, Your Honor.

12           THE COURT:  Is the jury ready?  Let's go ahead and bring

13   them in and get started.

14           THE COURT SECURITY OFFICER:  All rise.

15           (WHEREUPON, at this point in the proceedings, the jury

16   panel enters the courtroom.)

17           THE COURT:  Ladies and gentlemen of the jury, good

18   morning.

19           VOICES:  Good morning.

20           THE COURT:  You may be seated.  Thank you all for being

21   here, again, on time and ready to go.

22           We're going to go ahead and start where we left off

23   yesterday with Mr. Wright's testimony.  Mr. Wright is still under

24   oath.  Mr. Gieger was asking him some questions on cross, and

25   then we'll hear from Mr. Cheatwood, and then redirect, and then

1   we'll move on to the next witness.

2              I ask counsel to be very efficient and very

3   deliberate in terms of which questions they are going to ask in

4   order to try to maximize the use of the time that we have today.

5              Mr. Gieger, if you would like to proceed, let's go

6   ahead.

7         MR. GIEGER:  Good morning, Your Honor.

8                   CROSS-EXAMINATION (Continued)

9   BY MR. GIEGER:

10  Q.   Good morning, Mr. Wright.

11  A.   Good morning.

12  Q.   Mr. Wright, I'm going to focus my attention this morning on

13  the time when you first moved into the trailer.  Okay?

14  A.   Okay.

15  Q.   Would you pull up Photograph 515, please.  I'm sorry,

16  Exhibit 515.

17             Mr. Wright, I think Mr. D'Amico asked you some

18  questions about this photograph yesterday.

19             Do you remember that?

20  A.   Yes.

21  Q.   And so that you and the jury aren't confused, this is not a

22  picture of the trailer and your house at the time you moved in,

23  but at some later point in time, correct?

24  A.   Repeat the question again.

25  Q.   The picture that you --

1  A.   Yes.

2  Q.   It's not the day you moved in, it's some later point in

3  time, right?

4  A.   It's some later point in time, yeah.

5  Q.   Let me ask you a question:  There is a car in front of the

6  trailer, and I think that's your car, isn't it?

7  A.   Yes, it is.

8  Q.   That's your '06 Galant, correct?

9  A.   Yes.

10  Q.   And you bought that Galant after the hurricane because your

11  car got flooded?

12  A.   After the hurricane.

13  Q.   So that car in '06 was new for you, right?

14  A.   Yes.

15  Q.   Had you ever owned a Galant before?

16  A.   No.

17  Q.   So it was a new car and a type of vehicle you've never owned

18  before, right?

19  A.   True.

20  Q.   When you got that car, did you reach over into the glove box

21  and open up the owner's manual and look through it?

22  A.   No.

23  Q.   Did you ever look through the owner's manual of that Galant?

24  A.   Yes, I did.

25  Q.   Tell the jury why did you ever open up the owner's manual of

1   your Galant and look at it?

2   A.   I was trying to find out how to open -- to pop the hood.

3   Q.   So you needed to figure out something and you went to the

4   owner's manual to look for it, right?

5   A.   Yes.

6   Q.   And had you owned cars before?  This wasn't your first

7   automobile that you had ever owned?

8   A.   Yes, I owned a car before, yes.

9   Q.   And you knew they had to have maintenance, right?

10   A.   Yes.

11   Q.   And did you look at the maintenance schedule on this car in

12   your owner's manual?

13   A.   No, I didn't.

14   Q.   But you knew that if you had to determine what

15   maintenance -- when you had to change the oil or rotate the tires

16   or that kind of stuff, there was a maintenance schedule in there,

17   right?

18   A.   Might have been.  I don't know.

19   Q.   Okay.  Now, let me direct your attention now to this

20   photograph.  Okay?

21   A.   Okay.

22   Q.   Now, again, I know it's not the day that you moved in, but

23   this is similar to -- it appears to be similar to the day that

24   you moved in, correct?

25   A.   Yes.

1    Q.    Okay.   Now, can we go to Photograph 6.

2               I understand from your previous testimony that you did

3    an inspection when you first went to the trailer with a

4    representative of FEMA to check out the trailer, correct?

5    A.    Yes.

6    Q.    You did a walk-around the outside, right?

7    A.    Yeah.

8    Q.    And when you walked around the outside, you looked at the

9    trailer, right?

10   A.    Yes.

11   Q.    And when you walked around the outside of the trailer, you

12   didn't see any damage, right?

13   A.    Extensive damage, no.   Just a scratch on the side, that's

14   all.   But damage, no.

15   Q.    Cosmetic scratch, but no damage, right?

16   A.    No.

17   Q.    And specifically, you didn't see any damage to the door that

18   led into the trailer on that first occasion when you went in,

19   correct?

20   A.    No.   I didn't see any damage?

21   Q.    You didn't see any damage?

22   A.    No.

23   Q.    You didn't have any problems getting in and out of the

24   door --

25   A.    No.

1    Q.    -- on that occasion?

2    A.    No.

3    Q.    And you walked inside the trailer as well, correct, and you

4    did an inspection inside the trailer, right?

5    A.    Yes, briefly.  Yes.

6    Q.    And on that occasion, you didn't see any damage to the

7    trailer, right?

8    A.    No.

9    Q.    And so as far as you were concerned, when you walked into

10   that trailer for the first time and you looked at it, you saw no

11   damage at all either inside or outside of the trailer?

12   A.    No.

13   Q.    All right.  Now, let's talk about that point in time.  You

14   said, I think, yesterday that -- before I get to that, let me

15   show you one more photograph.  Can I see -- I'm sorry -- 5153.

16          Now, this is another photograph from the Google Maps

17   that appears to be taken at a location that's across the street

18   from where the trailer was located, correct?

19   A.    Yep.

20   Q.    So that shows an area where several dumpsters were located

21   at some point in time after the hurricane, right?

22   A.    Yes.

23   Q.    And that's a holding yard, it appears to be, where there

24   were a number of refuge dumpsters held at that location, correct?

25   A.    Yes.

1    Q.    And, in fact, post-Katrina, that area where all of these

2    dumpsters are, there was debris from the hurricane that would go

3    in and out of that location in those dumpsters, right?

4    A.    Correct.

5    Q.    And so that would be true in '06?

6    A.    Yes.

7    Q.    And '07?

8    A.    Yes.

9    Q.    And '08?

10   A.    Yes.

11   Q.    And you can't tell me what specifically was in those

12   dumpsters, but trash moved in and out, correct?

13   A.    Yes.

14   Q.    And that's debris that was coming from houses and other

15   locations as part of the cleanup projects, right?

16   A.    Correct.

17   Q.    Now, the day that you moved -- I'm sorry, the day that you

18   did the inspection, you testified yesterday about the fact that

19   you said, on February 13th, did you smell anything unusual, and

20   the question was, there was a new smell.  Correct?

21   A.    Yes.

22   Q.    And you described that like a new car smell, right?

23   A.    Yes.

24   Q.    Now, that new car smell, I think you said you sneezed when

25   you smelled that new car smell, right?

1    A.    Yeah, it was a new car smell, but it was a lot stronger, but

2    it was along the lines of a new car smell.  A lot stronger,

3    though.

4    Q.    It caused you to sneeze?

5    A.    Yes.

6    Q.    But that was it.  You couldn't remember that it made your

7    eyes burn, right?

8    A.    I couldn't remember it making my eyes burn?

9    Q.    Right.

10   A.    Yeah, I had some reaction to my eyes, yeah, but like I said,

11   I thought it was because of the new smell, that's all.

12   Q.    And that new smell that you smelled, it lasted for, let's

13   say, a few weeks?

14   A.    A few weeks, several weeks.

15   Q.    Then it went away?

16   A.    Yes, it did go away.

17   Q.    And then later on, at the end of 2006, there was a very

18   different smell that you smelled that smelled like a dead animal

19   under the trailer, right?

20   A.    I compared it to a dead animal because, I mean, at the time,

21   they had sick animals out and everything, so I don't know if

22   something had crawled underneath the trailer or something might

23   have got into a wall, that was my initial thinking of the

24   situation.  But it wasn't a dead animal smell to it.

25   Q.    But it was very different than that smell that you had

1   smelled when you first went into the trailer?

2   A.   Oh, yes, it was different.

3   Q.   Now, let's go back, if we can, for a moment to the time when

4   you first moved into the trailer, the photographs we just looked

5   at, that time period.  You actually, after you did the

6   inspection, got a key to the unit, correct?

7   A.   Yes, I did.

8   Q.   And isn't it also true that when you got not only a key to

9   the unit, but you were provided a maintenance number to call,

10   correct?

11   A.   Yes, I was.

12   Q.   Because if you needed to have maintenance on the trailer,

13   they gave you a number so you could call?

14   A.   Yes.

15   Q.   And on that occasion when you got the keys, you also got a

16   white package, right --

17   A.   Yes, I did.

18   Q.   -- delivered to you by FEMA?

19   A.   Delivered to me by Shaw, I think.  Shaw personnel.

20   Q.   Whoever that person was that was doing the inspection with

21   you handed you the keys and a white package?

22   A.   Yeah.

23   Q.   Did you ever look in that white package?

24   A.   No.  It was understood that it was an appliance package.

25   Q.   It was understood?  Understood by whom?

1   A.   By me.

2   Q.   So --

3   A.   Because when he went over the checklist, that's when he gave

4   me the package saying that it was the appliances.

5   Q.   So when you got that white package, you knew there were

6   manuals in there, right?

7   A.   For appliances, yeah.

8   Q.   Well, did you then take those appliance manuals out and look

9   at them to see how to operate the various appliances in the

10  trailer?

11  A.   No, I didn't have to.  He went through it with me.

12  Q.   You knew how to operate all of those things?

13  A.   No.  I didn't know how to operate the propane tank.

14  Q.   And so did you go in that package and look for the manual

15  for the propane tank?

16  A.   No, I actually went outside and investigated it myself.

17  Q.   Did you ask the person for an owner's manual?

18  A.   No, I didn't.

19  Q.   But there certainly could have been an owner's manual in

20  that package, right?

21  A.   It's possible, but it was my understanding it was an

22  appliance package.

23  Q.   But you just didn't look?

24  A.   I didn't need to.

25  Q.   Had you ever owned a travel trailer before?

1   A.   No.

2   Q.   Now, can you pull up the owner's manual.

3        Mr. Wright, have you seen this page from the owner's

4   manual before today?

5   A.   Have I seen this page of the owner's manual?

6   Q.   Have you seen it at any point in time before today?

7   A.   Yes, I have.  I have seen it.  Yes, sir.

8   Q.   And let's start right here.  And if I read this owner's

9   manual to you, that it said, "Formaldehyde levels in the indoor

10  air can cause temporary eye and respiratory irritation and may

11  aggravate respiratory conditions or allergies," if you had read

12  that in the owner's manual in April, after you said the trailer

13  made you sick, what would you have done?

14  A.   I would have associated it with the problems I was having at

15  the time, because that's exactly what I was going through.  And I

16  would have -- I would have notified my mother and told her.

17  Q.   You would have called your mom?

18  A.   Yes.

19  Q.   And so if you had that knowledge and you read that

20  statement, would you have taken immediate steps to move out of

21  the trailer?

22  A.   Well, calling my mom would have been that process.  I mean,

23  she would have called and he probably would have informed her,

24  yes, there is some degree of hazard staying in the trailer, and

25  he would have gave her the option and I would have got out.

1    Q.   I understand.  You said that you would have called your mom.

2    But my question also is, if you had had that knowledge, if you

3    had read that statement, you would have taken immediate action to

4    move out of the trailer?

5    A.   Yes.

6    Q.   So if you had read it in March of 2006, you would have

7    called your mom and immediately moved out of the trailer, right?

8    A.   Yes, I would have.

9    Q.   Now, I want to talk a little bit about people who stayed in

10   that trailer with you after March of 2006, when you said "The

11   trailer made me sick."  Okay?

12   A.   Okay.

13   Q.   Your best friend, Nicole Dyson, stayed there, right?

14   A.   Yes, she did.

15   Q.   And you never told her that you were worried about the

16   trailer making you sick and she shouldn't live there, right?

17   A.   No, I didn't.

18   Q.   Your mom came back in the latter part of December of 2006,

19   and did you tell her, "Look, Mom, this trailer is making me sick.

20   I don't think you should stay here"?

21   A.   I didn't mention it again, no.

22   Q.   How about your sister?  Did you tell her, "Look, this

23   trailer is making me sick and I don't think you should stay

24   here"?

25   A.   No.

1  Q.   Now, you had some other friends who stayed in the trailer in

2  2007, didn't you?

3  A.   I think my cousin stayed with me for a short time in 2007.

4  Q.   I'm not sure if I know this is your cousin, but I'm going to

5  give you a name and let's see if we can talk about whether these

6  people stayed in 2007.

7        Vanessa Johnson stayed in the trailer with you in 2007,

8  correct?

9  A.   No.  It was '08.  She came down in February of '08.

10  Q.   What about Lucretia Johnson, did she come in '07?

11  A.   In '08.  They are sisters.

12  Q.   Are you sure they didn't come in '07?

13  A.   I'm very sure.

14  Q.   And when Vanessa came, she brought her two children with

15  her, right?

16  A.   Yes.

17  Q.   And she was pregnant at the time?

18  A.   Yes.

19  Q.   And isn't it a fact that these two friends of yours with

20  their children and she was pregnant, you didn't tell them, "Hey,

21  look, I think this trailer is making me sick.  You shouldn't stay

22  here, you should stay someplace else"?

23  A.   No, I didn't say anything to them.

24  Q.   And none of these people ever complained about health

25  problems to you associated with the trailer, correct?

1   A.   No.

2   Q.   And none of these women smelled anything unusual and

3   reported it to you while they were in the trailer, correct?

4   A.   No, they didn't.

5   Q.   The time that you were in the trailer when you cooked, you

6   opened the windows, right?

7   A.   Excuse me?

8   Q.   When you cooked --

9   A.   When I cooked?

10  Q.   -- you opened the windows?

11  A.   Yes.

12  Q.   And when you cleaned, you opened the windows?

13  A.   When I cleaned?  Not necessarily.

14  Q.   Sometimes?

15  A.   Sometimes, yes.

16  Q.   And you were here when Ms. Dyson testified, correct?

17  A.   Yes.

18  Q.   And she said that she lived with you in 2006, correct?

19  A.   Yes.

20  Q.   And she said, always, always when she was there, the windows

21  were open and the door was always open, correct?

22  A.   She said that, yes.

23  Q.   Do you agree?

24  A.   No.

25  Q.   Now, in 2006, did you ever call FEMA and tell them, "Look, I

1  think this trailer is making me sick.  I want some alternate

2  housing.  Take me out and put me someplace else"?

3  A.   I didn't know specifically it was the trailer.  When my mom

4  called to have someone come out and investigate the trailer,

5  nobody got back in touch with her, and I didn't instigate the

6  situation.

7  Q.   You told this jury that you said in March of 2006, "The

8  trailer was making me sick," and that's what you told your mom,

9  right?

10  A.   I told my mom, yes.

11  Q.   Did you then call up FEMA and say, "Hey, it's 2006, I just

12  moved in, this trailer is making me sick.  I want someplace else

13  to live"?

14  A.   I did not personally make the call.

15  Q.   And did you make a call in 2007, after you went to the

16  doctors and said to FEMA, "Hey, look, this trailer is making me

17  sick"?

18  A.   No one told me the trailer was making me sick.  I mean, it

19  was an idea I had, but...

20  Q.   Right.  You thought the trailer was making you sick and I

21  want --

22  A.   Not the whole time.  It's just that one statement, other

23  than when I asked my doctor, could it be possible the trailer

24  could be making me sick?  And he said, "It's possible," but he

25  said it so nonchalantly like it wasn't no big deal.

1  Q.   So you didn't call FEMA in 2007 or 2008 and ask them for

2  alternate housing, correct?

3  A.   No, I didn't.

4  Q.   And, in fact, in 2006, you didn't look for any form of

5  alternative housing, did you?  Didn't even look for it?

6  A.   In 2006?

7  Q.   Right.

8  A.   No, I didn't feel no need to.

9  Q.   What about 2007?

10 A.   No.

11 Q.   2008?  Didn't look for any alternative housing, whether it

12 be FEMA or anyone else?

13 A.   Well, 2008, I did move out.

14 Q.   But you moved out in 2008 because your mom had renewed the

15 lease on the trailer once and you didn't want to renew it again.

16 You wanted to move out and get your own place.  That's why you

17 moved out in 2008, right?

18 A.   Yes.

19 Q.   What?

20 A.   That's why I moved out?  Yes.

21 Q.   Now, I want to switch subjects and talk to you a little bit

22 about your health.  Okay?

23 A.   Okay.

24 Q.   Now, Mr. Wright, you have seasonal allergies, correct?

25 A.   Yes.

1  Q.   In fact, you've had seasonal allergies for a long time, long

2  before you moved into the trailer in 2006, correct?

3  A.   Yes.

4  Q.   And, in fact, I think you told us that the seasonal

5  allergies you have cause you to -- they are worse when the

6  weather is changing from winter to spring?

7  A.   Yes.  Well, it's worse from winter to spring or -- I think

8  it's from summer to winter is worse.

9  Q.   Do you remember saying that --

10 A.   Well, I might have got the seasons wrong.

11 Q.   But usually in the March or April time frame, that's when it

12 starts getting -- you're getting most congested, in March or

13 April?

14 A.   No, March and April -- well, the winter to spring there's a

15 lot of sneezing and a lot of irritation to my sinus area, you

16 know, like to my nose and everything, but when it's from summer

17 to winter, that's when I get congested.  Everything goes to

18 stopping up and coughing and everything.

19 Q.   But you get reactions generally in March and April to

20 seasonal allergies, right?

21 A.   Yes.  Uh-huh (affirmative response).

22 Q.   That had happened in the past, correct?

23 A.   Yes.

24 Q.   Before you moved into the --

25 A.   That's how come I know specifically what seasons is which

1    and how I'm affected.

2    Q.   I want to look at a medical record with you for a moment.

3    Would you pull up Exhibit 0538-00028.

4            I think this is a document that Mr. D'Amico showed you

5    yesterday, and this is your second visit with Dr. Cruz.  You said

6    you went in in March and you went back in May, correct?

7    A.   No, I went April, May -- yeah, I went April and May.

8    Q.   April and May.  Well, do you remember telling Dr. Cruz in

9    May of '06, "Respiratory symptoms much better.  No cough.  No

10   further wheezing.  Goopy in the eyes."

11           Do you remember telling him that?

12   A.   No cough -- uh-huh (affirmative response).  Yes.

13   Q.   Do you remember reporting those symptoms on that day?

14   A.   Yes.

15   Q.   That's what you told him?

16   A.   Yes.

17   Q.   And he wrote, "Seasonal allergies and acute bacterial

18   conjunctivitis."  Did he tell you that too?

19   A.   Yes.

20   Q.   Now, I want to reference another medical record, if I can,

21   and that is Exhibit 0538-00021.

22           Mr. Wright, this is another one of Dr. Cruz medical

23   records, but this is on April 8th of -- I'm sorry, April 1st of

24   2008.

25   A.   Okay.

1   Q.   And it shows that you made some complaints and it says,

2   "Others at work with similar complaints."  With similar.

3            So you told Dr. Cruz when you went in in April of '08

4   that the complaint that you were making at that point in time,

5   your cough, your yellow phlegm, your fever, your congestion, your

6   sore throat, your body aches, were just like others at work,

7   right?

8   A.   Yes.

9   Q.   And that work would have been at the courthouse here in

10  New Orleans, the state courthouse and the Hyatt?

11  A.   Yes.

12  Q.   One more document, 0538-00195.

13           And this is another one of Dr. Cruz's records, and you

14  went in -- you called Dr. Cruz's office on 8/15/08, that's after

15  you moved out of the trailer, correct?

16  A.   Yes.

17  Q.   And after you had a conversation with a lawyer, correct?

18  A.   Yes.

19  Q.   And you said, "Saw a lawyer about the FEMA trailer.  Want

20  letter stating what he has been treated and the possibility of

21  him being affected by formaldehyde," spelled incorrectly, right?

22  You asked that, right?  You asked them to write a letter, right?

23  A.   Give a summation of my medical history, yes.

24  Q.   To see whether or not it was associated -- the complaints

25  that you had been making to him were associated with

1    formaldehyde, that's what you wanted to know?

2    A.    I was just asked to get a summary of my health problems,

3    that's all.  I didn't know if it was going to be associated with

4    that.

5    Q.    And the possibility of being affected by formaldehyde,

6    right?

7    A.    Yeah.  That was on the note.  I didn't write it, so...

8    Q.    You called in?

9    A.    Yeah, I called in.  But I don't remember giving no

10   information about formaldehyde.  I just said, "My lawyers need a

11   summation of my medical records."

12   Q.    Well --

13   A.    There was no reason for me to let that person know about

14   formaldehyde.

15   Q.    Well, you had already been contacted by a lawyer and you had

16   talked about formaldehyde, right?

17   A.    Yes, I know they did.

18   Q.    Now, you were here when Dr. Spector testified yesterday,

19   correct?

20   A.    Yes.

21   Q.    And Dr. Spector talked about the fact that you reported to

22   him that you had this growth, this neuroma on your tongue, right,

23   and that he had to do surgery?

24   A.    Biopsy, yes.

25   Q.    And as I understand it, he told you that it might be

1    cancerous and you become concerned.  That's what you told the

2    jury yesterday, right?

3    A.    Yes.

4    Q.    But after he did the biopsy, he told you that it was benign,

5    correct?

6    A.    Not cancerous, yes.

7    Q.    He told you -- and you understood, although you may have had

8    some concern right after he did the surgery, that it was benign

9    and it was not cancerous, correct?  That's what he told you?

10   A.    Yes.

11   Q.    Now, one of the other doctors that you -- I'm sorry.  One of

12   the other professionals that you've seen is Dr. Shwery, correct?

13   A.    Uh-huh (affirmative response).

14   Q.    And Dr. Shwery isn't a medical doctor, he's a psychologist,

15   correct?

16   A.    Yes, he is.

17   Q.    And I believe that you saw Dr. Shwery for the first time in

18   June or July of 2009, correct?

19   A.    About.

20   Q.    And the second time you saw Dr. Shwery was in September of

21   2009, correct?

22   A.    Maybe.  I'm not really accurate on it.

23   Q.    But assuming those dates are approximately correct, in

24   between the time that you saw Dr. Shwery for the first time and

25   the time that you saw him for the second time, you, in fact, came

1   to a courthouse and sat in the pews back there with your lawyer

2   and listened to him testify about formaldehyde issues, correct?

3   A.   He was testifying, but I really wasn't paying attention to

4   him.  I was just here to get a feel of being in a courtroom full

5   of people.  I wasn't here to worry about a testimony.

6   Q.   So you just happened to be in the courtroom on that day when

7   Dr. Shwery testified, correct?

8   A.   That was the day I was available, yes.

9   Q.   Now, Mr. Wright, you testified yesterday that the first

10  time -- you said the first time you ever knew you had asthma was

11  when you were taken to an IME with Dr. Smith who is back in the

12  back, and that is the first time that you ever knew that you had

13  asthma, correct?

14  A.   Yes, it is.

15  Q.   You never, ever knew before that day that you had asthma,

16  before --

17  A.   Never knew.

18  Q.   And you saw him June of 2009, correct?

19  A.   Yes.

20  Q.   So before June of 2009, you had no idea that you had asthma?

21  A.   No idea.

22  Q.   Then help me out.  Can you explain to me why you made a

23  statement under oath in April of 2009 that you had asthma for the

24  first time in life since living in a FEMA trailer?

25        MR. D'AMICO:  Objection.

1        THE COURT:  Wait.  Page and line.  Page and line.

2        MR. GIEGER:  It's not a page and line, Judge.  It's a

3   document.

4        THE COURT:  Let him see what you're referring to, and

5   then you can ask him the question.

6        MR. GIEGER:  May I ask him a question, Judge?

7        THE COURT:  Yes, but let him look at what you're

8   referring to first and then you can go ahead and ask him a

9   question.  Point to where it is.

10        MR. D'AMICO:  Can we see it?

11        THE COURT:  Yes.  And also, you're going to have to show

12   it to counsel.

13        MR. GIEGER:  "Asthma for the first time in life since

14   living in a FEMA trailer."

15        THE COURT:  Would you show that also to counsel before

16   you ask a question in case there is an objection.

17                          EXAMINATION

18   BY MR. GIEGER:

19   Q.   Mr. Wright, do you remember that you, under penalty of

20   perjury, on 4/14/09, signed and made a statement that you knew

21   that you had asthma for the first time in life since living in a

22   FEMA trailer on that date?

23   A.   That I knew?

24        MR. D'AMICO:  What was the date?

25        MR. GIEGER:  4/14/2009.

1          THE WITNESS:  I said I might have had asthma because I

2    had gotten an asthma pump a couple of times, but I was never

3    diagnosed with asthma, no.

4                              EXAMINATION

5    BY MR. GIEGER:

6    Q.   Sir, so you knew you might have had asthma before you saw

7    Dr. Smith?

8    A.   I'm not going to say I might have.  I just know I got an

9    asthma pump.

10   Q.   Before you ever saw Dr. Smith?

11   A.   Yes.

12          MR. GIEGER:  Your Honor, that's all the questions I

13   have, although I would like to offer, introduce and file into

14   evidence Exhibit 0552-00004, plus the corresponding pages to 09,

15   which is Mr. Wright's 2002 income tax return that he identified

16   yesterday.

17          THE COURT:  Okay.  Only the page that we referred to.

18   We don't want any excess in there.

19              Anything else?

20          MR. GIEGER:  That would be only then 00004.

21          THE COURT:  Right.

22          MR. GIEGER:  0552-00004.

23          MR. D'AMICO:  Is that the exhibit?

24          MR. GIEGER:  Yes, that's the exhibit.

25          THE COURT:  What else?

 1            MR. GIEGER:  From his '07 tax return, Trial

 2    Exhibit 0552-00101, and from his '08 tax return 00104 and

 3    0552-00114.

 4            THE COURT:  Any objection?

 5            MR. D'AMICO:  I would like to look at them before.

 6            THE COURT:  Go ahead and take a peek at them.  I think

 7    we've seen them in connection with the testimony, but why don't

 8    you take one more look at them.  Other than the objection that

 9    was argued with regard to the testimony, is there any objection

10    to the admission of those into evidence?

11            MR. D'AMICO:  Not as to authenticity, no.

12            THE COURT:  Well, is there any other objection?

13            MR. D'AMICO:  Just the ones we made.

14            THE COURT:  So ordered.

15            MR. CHEATWOOD:  No objection.

16            (WHEREUPON, at this point in the proceedings, Exhibit

17    Nos. 0552-00004, 0552-00104, 0552-00101 and 0552-00114 were

18    admitted into evidence.)

19            THE COURT:  Mr. Gieger.

20            MR. GIEGER:  And I would like to offer that document

21    there, Your Honor, as Exhibit 1050.  That's a new exhibit number.

22            THE COURT:  Is there any objection to what Mr. Gieger

23    has written up here?

24            MR. D'AMICO:  No, Your Honor.

25            THE COURT:  So ordered.

```
 1              (WHEREUPON, at this point in the proceedings, Exhibit
 2    No. 1050 was admitted into evidence.)
 3              MR. GIEGER:  Thank you, Mr. Wright.
 4              THE COURT:  Mr. Cheatwood.
 5                          CROSS-EXAMINATION
 6    BY MR. CHEATWOOD:
 7    Q.   Good morning, Mr. Wright.  How are you, sir?
 8    A.   All right.
 9    Q.   I'm going to try not to repeat everything, but I am going to
10    go into a few areas just to make sure that I understood your
11    testimony.  Okay, sir?
12    A.   Okay.
13    Q.   Would you pull up Exhibit 481, please.
14              Mr. Wright, you saw this yesterday, correct?
15    A.   Yes.
16    Q.   This is the checklist, and I call it, if you want to, a
17    lease-in checklist, right?  The one that you went around with the
18    FEMA representative, looked inside and outside the trailer, you
19    talked about that in some detail with Mr. D'Amico yesterday?
20              MR. D'AMICO:  Objection.  Mischaracterizes the
21    testimony, Your Honor.  He didn't say FEMA.
22              THE COURT:  Right.  I agree.  I sustain the objection.
23                            EXAMINATION
24    BY MR. CHEATWOOD:
25    Q.   I think you said Shaw, correct?
```

1   A.   Uh-huh (affirmative response).

2   Q.   Thank you.  Circle the bottom, if you would, where it's got

3   Mr. Wethington's signature.  Can you highlight that or blow that

4   up for us.

5         Do you see that mark on the page there, sir, can you

6   read that?  Doesn't that say FEMA rep signature?

7   A.   Yes.

8   Q.   Now, when you talked previously about this lease-in, you

9   talked about the FEMA representative, didn't you, sir?

10  A.   Repeat the question, because what I -- what I knew it was,

11  the guy had a Shaw helmet on.  That's why I say it was a Shaw

12  personnel.  I thought FEMA and Shaw was, like, one thing.

13  Q.   That's my point.  You thought FEMA and Shaw were the same

14  thing?

15  A.   Uh-huh (affirmative response).

16  Q.   And you thought that the whole time that you were living in

17  that trailer, correct?

18  A.   Yes.

19  Q.   Now, just to make sure, you went over everything on the

20  checklist on the inside of the trailer with Mr. Wethington,

21  correct?

22  A.   Inside the checklist, yes.

23  Q.   I want to talk just a little bit about the new car smell

24  just to make sure I was clear about your testimony yesterday.

25  You testified yesterday --

1    MR. D'AMICO:  I have an objection.  Again, he didn't --

2  mischaracterizes the testimony, Your Honor.

3    THE COURT:  Well, let's rephrase the question.

4    MR. CHEATWOOD:  I'll do that, Judge.

5                             EXAMINATION

6  BY MR. CHEATWOOD:

7  Q.   When you inspected the trailer, you walked around with

8  Mr. Wethington, correct?

9  A.   Yes.

10 Q.   The fellow whose name is on here.  That's who I'm talking

11 about.

12 A.   Yes.

13 Q.   You said yesterday he told you that if the smell bothered

14 you, to air out the trailer.  That's what you said yesterday.

15 A.   Open up the windows and door, yes.

16 Q.   Now, I want to make sure I have this right.  Yesterday you

17 testified that when you went in and you smelled the new car

18 smell, you sneezed, correct?

19 A.   Yes.

20 Q.   You also testified yesterday that when you went in, you

21 recall your eyes being irritated and your eyes watered, correct?

22 A.   Yes.  You know, like, swelled up with water.  I didn't tear

23 up, but it swelled up with water.  Yes, sir.

24 Q.   Isn't it a fact, sir, that you really can't say whether or

25 not your eyes watered when you went in that trailer on that day?

1    A.    Repeat that question.  I can't --

2    Q.    You cannot say that your eyes actually watered that day, you

3    weren't paying attention, were you?

4    A.    Yes, I did react to it when I went in and walked with him,

5    yeah.

6    Q.    Page 268, lines 6 through 18.

7              MR. CHEATWOOD:  Your Honor, may I approach the witness?

8              THE COURT:  Yes.

9                             EXAMINATION

10   BY MR. CHEATWOOD:

11   Q.    Okay.  Mr. Wright, you gave a deposition in this case,

12   correct?

13   A.    Yes, I did.

14   Q.    And you swore to tell the truth just like you did when you

15   sat down here today, correct?

16   A.    To the best of my knowledge.

17   Q.    On Page 268, on line 6, you were asked, "Let's talk about

18   the new smell.  Did the new smell make you cough when you went

19   into the trailer for the first time?"

20              And your answer was, "I think I sneezed."

21              Correct?

22   A.    Uh-huh (affirmative response).

23   Q.    I think it would be helpful for her if you said yes.

24   A.    Yes.  Yes.

25   Q.    And then the next question was, "Sneezed?"  And again you

1   said "Yes," correct?

2   A.   Yes.

3   Q.   Then you were asked, "Okay.  Did it make your eyes water?"

4        And your answer was, "I really can't say because he was

5   talking, telling me how I have one of the newer trailers and

6   stuff, so there was a lot of things I probably wasn't paying

7   attention to offhand, you know."

8        That's what you said in your deposition; isn't that

9   correct?

10  A.   Yes.

11  Q.   You said, "I can't say because he was talking."

12       Correct?

13  A.   Yes.

14  Q.   Now, Mr. Gieger asked you about the white envelope.

15       Do you remember that, sir?

16  A.   Yes.

17  Q.   Now, you testified you didn't see an owner's manual for the

18  trailer in the trailer, correct?

19  A.   Yes.

20  Q.   But you did -- Mr. Wethington handed you a white envelope,

21  correct?

22  A.   Yes.

23  Q.   And that white envelope might have contained the owner's

24  manual, might it?

25  A.   Going over the checklist, and he gave me papers, just

1   assuming it was an appliance package.

2   Q.   But it could have contained the owner's manual, couldn't it?

3           MR. D'AMICO:  Judge, objection.  Speculation.

4           THE COURT:  Well, I think it's an argumentative

5   question.  Why don't we just ask him, and I think Mr. Gieger

6   covered whether he opened it or not.  I think it's an

7   argumentative question.  I'm going to sustain the objection.

8                           EXAMINATION

9   BY MR. CHEATWOOD:

10  Q.   All right, sir.  Well, you don't know for sure whether or

11  not it contained the owner's manual because you threw the white

12  envelope in a cabinet and never looked at it, right?

13  A.   Yes.

14  Q.   In fact, you think you might have thrown it away?

15  A.   Thrown it away when?

16  Q.   When you were moving out.

17  A.   I think I left that package in the cabinet.

18  Q.   I'm going to ask you again, isn't it true that you might

19  have thrown that white package away when you were moving out of

20  the trailer?

21  A.   It's possible.  It's possible.

22  Q.   You might have done that, might you?

23  A.   Yeah, I might have done that.

24  Q.   And I think you've already testified and I won't go through

25  it, that Mr. Wethington left you a maintenance number, correct?

1    A.    Yes.

2    Q.    You didn't express any problems with the trailer at that

3    meeting, correct?

4    A.    No.

5    Q.    Now, again, yesterday I thought I heard you testify you

6    moved in on March 1st.

7    A.    Yes.

8    Q.    We asked you, "Isn't it true that, in fact, you know you

9    moved in in March, but you don't know the exact date?"

10   A.    Well, it would have had to be March 1st because we had to

11   get off the cruise ship that I was staying on.

12   Q.    You didn't tell us that before, did you, Mr. Wright?  You

13   told us you moved in in March, without a date, correct?

14         MR. D'AMICO:  Objection, Your Honor.  That's improper

15   impeachment.

16         THE COURT:  Yes.  Again, let's try to be efficient in

17   our questioning and not argumentative.

18                          EXAMINATION

19   BY MR. CHEATWOOD:

20   Q.    All right, sir.  All I'm trying to do is establish when you

21   moved in.  Why don't we look at Page 116, lines 17 through 19.

22         Okay.  The question starting on line 10 -- I'm sorry,

23   that's where the question starts, was, "When did you first smell

24   that smell from the time you received the keys to the unit?"

25         Correct, sir?

1    A.    Yes.

2    Q.    "I can't recall.  First time -- well, the first time I

3    noticed, it would have to probably be the winter of '07, if I'm

4    not mistaken."  But you went on to say, "But I moved in the

5    trailer in '06, so the winter of '06, I moved in in March, so it

6    was '06.  It was cold.  Really cold.  I had to buy space heaters.

7    I thought it was the space heaters because the furnace never

8    worked."

9          You said in March, correct, sir, here?

10   A.    Yes.

11   Q.    Not March 1st.  That's not what you said?

12         MR. D'AMICO:  Your Honor, is there a distinction between

13   March and March 1st?

14         THE COURT:  First of all, you have to have an objection.

15   We can't just get up and argue about what the testimony is.

16         MR. D'AMICO:  Objection.  It's argumentative.  That's

17   not impeachment.  It's already been testified to and it's not

18   impeachment.

19         THE COURT:  I think we need to stick with asking a

20   question and have him answer it rather than propound these

21   argumentative rhetorical questions.  I think it's improper.

22   Let's just ask him a fact question and have him respond to it.

23   Simple as that.

24         Go ahead, Mr. Cheatwood.

25                         EXAMINATION

1   BY MR. CHEATWOOD:

2   Q.   You had a problem with a broken furnace in March, didn't

3   you, sir?

4   A.   Yes.

5   Q.   Would you show Shaw Exhibit 489, please.

6            Now, Mr. Wright, I'm not going to ask you to read this

7   handwriting on here because I can't either, but would you

8   highlight the part there that says one where it starts HVAC.

9            You see at the top up there where it says Number 1,

10  HVAC, "FEMA tenant reported the furnace comes on then shuts off

11  before warming up"?  The typed part at the top.

12           You see that, sir?

13  A.   Yes, I see that.

14  Q.   That was the problem with your furnace that you talked

15  about, the first problem, correct?

16  A.   I can't say which one that could have been, the first --

17  because it came out twice.

18  Q.   Well, let's say this:  Look at the date.  The date of this

19  is in March of '06, so that would be the first one, right?

20  A.   Probably so, yes.

21  Q.   Okay.  Now -- and you see that 3/19/06.  If you would, turn

22  to the second page of that document and highlight -- there you

23  go.

24           And again, I'm not going to ask you to read all of

25  this, but can you read the very end where it says, "And now it

1  works good."

2  A.   Yes.

3  Q.   So when they came out, they attempted to fix the furnace,

4  and you thought it was fixed and they thought it was fixed at

5  that point in time, correct, sir?

6  A.   Correct.

7  Q.   Now, if you would show Exhibit 050-001.  And if you can blow

8  that up to where we can see it, that would be nice.

9        I'm sorry.  How about 50 instead of 51, the next one.

10  There you go.  Can you highlight the very bottom part of that.

11        And again, somebody has attempted to type up what was

12  handwritten, and you can see they couldn't read it either.  But

13  at the very end again, it says, "And now it works good."

14        Correct?  You see that, sir?

15  A.   Yes.

16  Q.   Now, that was on -- again, you'll see March 19th.  That was

17  the first time anybody came out to do any repair that you're

18  aware of, correct?

19  A.   Correct.

20  Q.   Okay.

21        MR. CHEATWOOD:  Your Honor, may I approach?  Mr. Gieger

22  has given me permission to mark on this form here.  What I'm

23  going to do is put a long line here for March 19th.

24        Now, if you would pull up 5001.  Just the next one.

25        Now, Mr. Wright, you testified that there were

1   times that the maintenance contractors came out there, whether it

2   be Shaw or FEMA or whoever, when you weren't there, correct?

3   A.   He came out when I wasn't there?

4   Q.   Yes, sir.  On occasion, they came out when you were not

5   there?

6   A.   I guess they did.  I mean, I don't know.

7   Q.   Well, didn't you testify -- I'm sorry.  They left stickers

8   on the trailer when they came out when you weren't there

9   sometimes, correct?

10  A.   Yes, sir.

11  Q.   Okay.  Blow this one up, please and -- I'm sorry.  If you

12  would, first, the other side because I want to show the date.

13          So you'll see down at the bottom it says, 2315 Seminole

14  Lane?

15  A.   Yes.

16  Q.   That's the address where the trailer was, correct?

17  A.   Yes.

18  Q.   Bobbie Wright, that was your mother?

19  A.   Yes.

20  Q.   Now, what about that phone number, 701-0079?

21  A.   That's my cell phone number.

22  Q.   That's your cell phone number, correct?

23  A.   Yes.

24  Q.   Now, if you'll look behind that, you'll notice under type,

25  it says "normal."

1    Do you see that?

2  A.   Yes.

3  Q.   Under description, and there are two of them, it says, "Not

4  home.  Left letter."

5    Do you see that?

6  A.   Yes.

7  Q.   And then if you look over to the right, you'll see -- I'm

8  sorry -- corrective action, look under there, "Inspected outside

9  only."

10    It says that twice, correct?

11  A.   Yes.

12  Q.   And then it's got two dates, right?

13  A.   Yes.

14  Q.   And those dates are 4/18/and 5/11, correct?

15  A.   Yes.

16  Q.   Okay.  You cannot dispute, can you, Mr. Wright, that there

17  were inspections done on those days when you were not home?

18  A.   I cannot dispute it, no.

19  Q.   I'm going to put a mark here for 4/18 and I'm going to put a

20  mark here for 5/11.

21    Now, Mr. Wright, do you know when Shaw stopped being

22  the maintenance contractor for your trailer?

23  A.   No.

24  Q.   Do you know how many maintenance contractors that there were

25  for your trailer?

1    A.    No.

2    Q.    I think you testified earlier that you thought Shaw and FEMA

3    were the same?

4    A.    Correct.

5    Q.    And as far as you knew, Shaw was the maintenance contractor

6    the whole time?

7    A.    Yes.

8    Q.    I want to talk just a little bit about this, not that

9    we've -- we've already talked about the new car smell, correct?

10   A.    Yes.

11            MR. D'AMICO:  Objection.

12            THE COURT:  Wait.

13            MR. D'AMICO:  That's putting words in his mouth.  He

14   testified plainly yesterday.

15            THE COURT:  He's referred to new car smell and he's

16   referred to the other smell, so we need to be specific as to

17   what -- why don't we refer to it maybe by the day that we're

18   talking about or the general description of the occasion rather

19   than get bogged down as to which was which.

20            MR. CHEATWOOD:  That's what I want to do, is move from

21   one to the other.

22            THE COURT:  But we need to make sure we all know which

23   occasion he's talking about because he may be thinking of a

24   different occasion.

25            MR. CHEATWOOD:  Yes, sir, we'll do that.

1     EXAMINATION

2   BY MR. CHEATWOOD:

3   Q.   Mr. Wright, you smelled the new car smell on the initial --

4   the inspection we've just been talking about with Mr. Wethington,

5   correct?

6   A.   Yes.

7   Q.   I think you told Mr. Gieger that went away after a few

8   weeks, the new car smell?

9   A.   After several weeks, yeah.

10   Q.   Right.  Then you talked about this foul odor, the one that

11   you thought smelled like a dead animal or something like that.

12   A.   It was initially compared to a dead animal smell, but it

13   wasn't as strong as when I first walked in.  It had died out and

14   it became, like, a -- I would say like a stale, stagnated odor.

15   I mean, it was just like a -- it was just in the air.  I mean, I

16   didn't know if it was in the walls or it was in the carpets or

17   what, but it wasn't as strong.

18   Q.   And you began to notice that smell sometime in the winter of

19   2006, correct?

20   A.   Yes.

21   Q.   In fact, by the winter of 2006, you meant November or

22   December of 2006 time frame, correct?

23   A.   Say that again.

24   Q.   By the winter of 2006, you meant the November or

25   December '06 time frame?

1  A.   Yes.

2       MR. CHEATWOOD:

3           Your Honor, if I may approach.

4                        EXAMINATION

5  BY MR. CHEATWOOD:

6  Q.   This is December, so November, December.  I'm going to make

7  this mark, and this is the foul odor.

8           Now, this foul odor was a constant odor, correct, sir?

9  A.   No, it wasn't -- well, yeah, it was a constant odor.  It was

10 always there.  I mean, that's why I used to put, like, carpet

11 deodorizer down to just give it a different smell because it was

12 just -- it was -- it was noticeable.  I mean, like I say, I

13 didn't know what it was.

14 Q.   Okay.  Mr. Wright, I would like to talk to you about, you

15 had an electrical problem at one point in connection with the

16 trailer, correct?

17 A.   Yes.

18 Q.   It had to do with a breaker box?

19 A.   Yes.

20 Q.   Somebody came out to address that problem?

21 A.   Yes, they did.

22 Q.   If you would, please, pull up Exhibit 592, Page 8.

23          Would you highlight that upper left-hand corner.  Upper

24 top, even above that.  Thank you.

25          Do you see up there in the corner, sir, where it says,

1   and it's a little difficult to read, but it says, "AME

2   service/crown roofing service trailer maintenance"?

3   A.   Yes, I see that, yes.

4   Q.   Do you know who the maintenance contractor was who did the

5   work fixing the electrical breaker, sir?

6   A.   No.

7   Q.   You thought it was Shaw or FEMA, didn't you?

8   A.   Yes.

9   Q.   If I told you that AME was another maintenance contractor,

10   would you be in any position to deny that, sir?

11   A.   No.

12   Q.   Okay.  Would you go down a little further and highlight the

13   street address on it.  Down further.  Right there.  Thank you.

14        The street address 2315 Seminole, that was where your

15   trailer was, correct, sir?

16   A.   Yes.

17   Q.   If you would look further down, there is a signature where

18   it says, "work accepted by," and that's got your signature on it,

19   correct, sir?

20   A.   Yes.

21   Q.   And that's dated February 15th, '08, correct, sir?

22   A.   Yes.

23   Q.   Your Honor, if I may approach.

24        THE COURT:  Yes.

25                         EXAMINATION

1  BY MR. CHEATWOOD:

2  Q.   Now, Mr. Wright, was your mother living in the trailer with

3  you in February of '08?

4  A.   No.

5  Q.   If you'll highlight the signature there where it says

6  "comments," now, that, to me, appears to say Erica Palmisano.

7        Do you remember if the person who did the electrical

8  work was a female?

9  A.   No.  It was a male.

10 Q.   And just to be fair to you, you see it says "work completed

11 by," right under your signature?  You see that, sir?

12 A.   Yes, I see.

13 Q.   And I can't read that.  That could be a male.  So I'm not

14 arguing with you about that.  Just to be sure, I wanted to know.

15        And when they left, you thought they had fixed the

16 electrical breaker in '08, correct?

17 A.   Yes.

18 Q.   Okay.  There was some discussion yesterday about whether or

19 not the trailer was level.

20        Do you remember that, sir?

21 A.   Yes.

22 Q.   What does it mean to you if the trailer is level?

23 A.   It's balanced out from corner to corner.  I mean, straight.

24 Just level.

25 Q.   Fair enough.  Now, the trailer was level at the time you

1   inspected it with Mr. Wethington February 13, 2006, correct?

2   A.   Yes.

3   Q.   Now, you assumed that the trailer had shifted, I think you

4   said, and I'm not using your words, so you correct me if I am

5   wrong, because the water was coming through the door, the gap in

6   the door, correct?

7   A.   Yes.

8   Q.   Okay.  You started noticing the door gap sometime in 2007,

9   correct?

10  A.   Late part of '06 or '07, yeah.

11  Q.   Late '06 or '07.

12        MR. CHEATWOOD:  Your Honor, if I may.

13        THE COURT:  Yes.

14                          EXAMINATION

15  BY MR. CHEATWOOD:

16  Q.   I'm going to use red for this one.  I'm going to put "door

17  gap," and I'm going to go from there to here.

18        Now, when you assumed that it was out of level after

19  you saw the door gap, you don't mean that it was doing this kind

20  of thing when you walked in it?

21  A.   No.  No.

22  Q.   And by "this" I mean, it was out of balance.  You're just

23  saying --

24  A.   Rocking or something?

25  Q.   Right.

1   A.   No, it wasn't rocking.

2   Q.   Right.  Now, if you would, please, pull up Trial

3   Exhibit 0592-2.  First of all, if you would hit the very top

4   where it's got -- there you go.

5        You see at that one, sir, it says AME Preventative

6   Maintenance Inspection Form?

7   A.   Yes, I see it.

8   Q.   You don't know whether AME was the maintenance contractor in

9   September of '07 or not, do you, sir?

10  A.   No, I don't.

11  Q.   Again, you thought it was Shaw or FEMA the whole time?

12  A.   Yes.

13  Q.   Now, this inspection shows the date of 9/11/07.  Let's go

14  down to the bottom.

15       You'll notice that it's signed by Mr. -- appears to be

16  Wade -- I'm going to say Petit or Petit.  And if you would, go up

17  to the top where the check marks are, and you'll see the check

18  marks only go a certain distance down the form.

19       You see that, sir?

20  A.   Yes.

21  Q.   And I'm going to suggest to you if you look at them, the

22  check marks indicate that what was checked was outside of the

23  trailer.

24       Do you see that?

25  A.   Yes.

1   Q.    Propane tanks, unit level, exterior lights, steps, ramps,

2   electrical service panel, those things?

3   A.    Uh-huh (affirmative response).

4   Q.    You see those?

5   A.    Yes.

6   Q.    Those are outside the trailer, correct?

7   A.    Yes, uh-huh (affirmative response).

8   Q.    And if you look at the bottom where it says "resident's

9   signature," no signature?

10  A.    No.

11  Q.    You can't dispute that this inspection was done when you

12  were gone on September 11, 1907, can you, sir?

13          THE COURT:  2007.

14          MR. CHEATWOOD:  I'm sorry, sir?

15          THE COURT:  2007.

16          MR. CHEATWOOD:  I'm sorry.  If I didn't say that, I

17  apologize.  September 11, 2007.

18               Your Honor, may I approach?

19          THE COURT:  Yes.

20               Let me ask counsel to approach, please.

21          (WHEREUPON, at this point in the proceedings, a

22  conference was held at the bench.)

23          THE COURT:  I just want to make certain that we're all

24  on the same page, that there is no failure to maintain claim in

25  the case.  Does that come as a surprise to anybody?

1    MR. CHEATWOOD:  It doesn't to me, Judge, and if your

2  question is in reference to me putting in these forms, there is

3  an allegation that the trailer was out of plain and that's what

4  caused the door, and every single one of these inspection reports

5  pass in connection with the unit level and the foundation

6  supports and the anchors, all of them.

7    THE COURT:  I understand that, and I understand that

8  subsequent inspections may relate to the original blocking and

9  installation.  It just seems like we spent -- I'm reluctant to

10  interrupt you, but it seems like we spent some time on

11  maintaining other things at the unit that don't really pertain to

12  a condition of the door.  I mean, clearly, if the door suddenly

13  is out of alignment, that could possibly relate to an improper

14  installation.  But we did spend some time.  I'm not trying to

15  stop you from what you're doing, I'm just saying that we did

16  spend some time talking about other things that were fixed that

17  really are not pertinent.

18    MR. CHEATWOOD:  Let me tell you why I did that.

19  Mr. Wright has suggested that he talked to people when they came

20  out there and told them various things.  On not a single one of

21  these forms is there any reference to him telling anybody

22  anything when he was there.  And further, he will admit he never

23  called them.  So that's the problem.

24    MR. D'AMICO:  It's already admitted he didn't call them.

25    MR. CHEATWOOD:  That's right.

1    THE COURT:  That's fine.

2    MR. CHEATWOOD:  Now, if you want to speed it up --

3    THE COURT:  I do want to do that.

4    MR. CHEATWOOD:  So what I'm saying is if you want to

5    stipulate to all of these, I'll just go up there and mark them

6    all and do it at one time instead of going through them all.

7    MR. D'AMICO:  Stipulate to what?

8    MR. CHEATWOOD:  All of these inspection reports that

9    show that it passed in terms of leveling the doors, and I'll just

10   go put them all up at one time instead of asking him about each

11   of them.

12   MR. D'AMICO:  He wasn't there.  He can't testify about

13   them anyway.

14   THE COURT:  Let's go ahead and do what you want.  Let's

15   try to pick up the pace.

16   MR. D'AMICO:  I don't think you can ask him about a

17   document he hasn't signed, he hasn't seen and has no knowledge

18   of.  That's my big objection.

19   THE COURT:  Just direct him to the date.  If they came

20   out on a date, direct him to the date.  If he wasn't there, then

21   he doesn't know.

22   MR. CHEATWOOD:  That's right.  But he can't dispute it,

23   is the point.

24   MR. D'AMICO:  Well, he can't verify it either.  He has

25   no knowledge of it.

```
 1              THE COURT:  That's exactly right.

 2              MR. CHEATWOOD:  I don't disagree with that, but that's

 3    redirect or cross or something.

 4              THE COURT:  There may be a more efficient way to do

 5    this.

 6              MR. CHEATWOOD:  That's why I suggested the stipulation.

 7              THE COURT:  Let's just direct him to the dates.  If he

 8    wasn't there, he doesn't know.  I mean, somebody could be at my

 9    house right now and I wouldn't know about it.

10              MR. D'AMICO:  You can't verify it or dispute it.

11              MR. CHEATWOOD:  The only difference is, though, is he's

12    already testified when they came out there when he wasn't there,

13    they put stickers on the door and there were stickers there.

14    Now, obviously, he can't remember which dates were on the

15    stickers, but there was evidence of the visits, and if you'll

16    notice at least a number of them, every time they went, they left

17    letters out there.

18              THE COURT:  Let's try to cover those as we can.

19              MR. CHEATWOOD:  I'll try to move along, yes, sir.

20              (WHEREUPON, at this point in the proceedings, the bench

21    conference was concluded.)

22                                EXAMINATION

23    BY MR. CHEATWOOD:

24    Q.   Mr. Wright, to try to save some time, and I showed you this

25    document.  I'm sorry.  Why don't we just go to the next one and
```

1    we'll use Exhibit 0592-00003.  If you just show the date.

2              That was 10/9/07, and you notice the line that's got

3    the check marks on it says "pass."  And at the bottom, there is

4    no signature by you.  So to save time, sir, there were a number

5    of inspections that you knew occurred because you saw the

6    stickers when you were not at the trailer, correct?

7    A.    Exactly.

8    Q.    Okay.  And if I tried to quiz you about the dates, you

9    wouldn't remember what those dates were on those little stickers,

10   would you?

11   A.    No.

12   Q.    So rather than ask you that, sir, what I'll do is at some

13   point, we'll get those on my chart.  But let me ask you about a

14   couple of visits when you were there.

15             If you would, please turn to 0592-0009.

16             Okay, sir.  Do you see this one is dated 3/22/08 at the

17   top, correct?

18   A.    Yes.

19   Q.    Okay.  Look at the bottom, sir, there is -- that's your

20   signature, correct?

21   A.    Yes.

22   Q.    And then you printed your name?

23   A.    Yes.

24   Q.    And on this document, in terms of the check marks about what

25   passed, there is a check mark that it passed in every block,

1  correct?

2  A.   Yes.

3  Q.   And a couple of times when the inspectors came out, you were

4  there?

5  A.   Yes.

6  Q.   Correct?  And they would ask you is there something wrong

7  with the trailer, correct?

8  A.   Yes.

9  Q.   And then they would go through and they would look outside

10 and inside the trailer and talk to you about it, correct?

11 A.   No.

12 Q.   They didn't talk to you?

13 A.   No.  Most of the time when they came and I did see them,

14 they'd come and ask me if everything was working fine.  Well, a

15 few occasions when they came and I noticed the water coming in

16 the door, I let that be known, and I told them about the mold in

17 the bedroom.  But you see, when they came, all of this was

18 already checked.  They never physically went to the refrigerator

19 or went to the bedroom.

20 Q.   And you signed off on the form?

21 A.   Yes, I did.

22 Q.   Now, when you signed off on the form, did you look at it at

23 all?

24 A.   No.  Not really.

25 Q.   You didn't look at it?

1    A.    No.

2    Q.    But you knew he was out there inspecting, didn't you?

3    A.    What?

4    Q.    You knew that he was out there on an inspection?

5    A.    He should have been out there on an inspection, yes.

6            MR. CHEATWOOD:  Your Honor, this one is signed, if I

7    may.

8            THE COURT:  Yes.

9                            EXAMINATION

10   BY MR. CHEATWOOD:

11   Q.    This date is 3/22/08.  Would you go to 0592-00010.

12           You see the date, Mr. Wright, 4/19/08?

13   A.    Yes.

14   Q.    If you'll go to the bottom, I don't intend to ask you the

15   same questions again, but there is your signature on the bottom,

16   correct, sir?

17   A.    Yes.

18   Q.    So the same process occurred this time as occurred the last

19   one we talked about, correct?

20   A.    Yes.

21   Q.    If you look at the top, the very top, everything is marked

22   "pass," correct?

23   A.    Yes.

24   Q.    And at the very top it says, AME Preventative Maintenance

25   Inspection Form, correct?

1    A.    Yes.

2    Q.    You don't know who AME is, right?

3    A.    No.

4          MR. CHEATWOOD:  Your Honor, if I might.

5          THE COURT:  Yes.

6                          EXAMINATION

7    BY MR. CHEATWOOD:

8    Q.    Now, if you would, turn to 0592-00012.  You notice this one

9    says Crown Roofing Preventative Maintenance?

10         Do you see that, sir?

11   A.    Yes, I do.

12   Q.    You don't know who Crown Roofing is, do you?

13   A.    No.

14   Q.    You notice the date is 6/9/08 on that top?

15   A.    Yes.

16   Q.    If you will, go down to the bottom.  Everything is marked

17   "pass," correct?  You see that?

18   A.    Yes.

19   Q.    And if you'll notice there is your -- the -- that's your

20   mother's signature this time, correct?

21   A.    Yes.

22   Q.    And then that's her handwritten name?

23   A.    Yes.

24   Q.    And you'll notice there is a date at the bottom that appears

25   to say 6/16/08.  You see that?

1    A.    Yes.

2             MR. CHEATWOOD:  Your Honor, if I may.

3             THE COURT:  Yes.

4                          EXAMINATION

5    BY MR. CHEATWOOD:

6    Q.    Now, let me ask one question while I'm here.  Your last

7    month in the trailer, was it July of '08?

8    A.    Yes.

9    Q.    So June, I'm going to put right here.

10            THE COURT:  Mr. Cheatwood, how much further do you have?

11            MR. CHEATWOOD:  Your Honor, I'm hoping to be done in

12   15 minutes.  I apologize, it just takes a while.

13            THE COURT:  It does.  Let's pick up the pace.

14            MR. CHEATWOOD:  That's what I'm doing.

15                          EXAMINATION

16   BY MR. CHEATWOOD:

17   Q.    Now, Mr. Wright, I want to talk about leaks for a minute.

18   All right, sir?

19   A.    Okay.

20   Q.    We already established that the door problem occurred in

21   late 2006 or early 2007, correct?

22   A.    Yes.

23   Q.    This is something I want to try to clear up.  Were there any

24   other leaks beside the leak at the front door?

25   A.    There was a leak at the vent on the air-conditioner.  And

```
 1   like I said, the carpet would get wet around the window in the
 2   bedroom where the mold was.  But I didn't actually see water,
 3   like, leaking inside the unit.
 4   Q.   I'm going to ask the question this way:  Do you recall
 5   testifying about that previously?
 6   A.   Yes, I do.
 7   Q.   Do you recall telling us that you didn't see any other
 8   leaks?
 9   A.   Yes.
10   Q.   Okay.  So just to be fair, when you gave your deposition,
11   you testified that you didn't see any other leaks, correct?
12   A.   Yes.
13   Q.   Okay.
14   A.   But that's to the best of my recollection at that time.
15   Q.   I'm sorry, go ahead.
16   A.   I mean, it wasn't like I could really, I just didn't think
17   about everything all at one time.  I just told you what I could
18   recollect the most.  The door was the main thing I can remember.
19   Q.   So at the time of your deposition, all you could remember
20   was the leak in the door?
21   A.   The leak at the door, yes.
22   Q.   But since then you recall --
23   A.   Yeah, I recall the others, yes.
24   Q.   Now, you never actually called maintenance about that front
25   door leak, did you, sir, any of the maintenance companies?
```

1  A.   No, I didn't call.  I just would let the maintenance people
2  that I saw know about it.
3  Q.   Well, we've shown which ones you've saw, so the ones you
4  would have seen, it appears, were in 2008.  Did you see any
5  before then that you know of?
6  A.   I think I did.  I don't know.
7  Q.   Can you tell us when?
8  A.   Excuse me?
9  Q.   That's okay.  I would like, if you would, if you would pull
10  up Document 30, Exhibit 3046, Page 5201.  Is it 304-B?  Now,
11  Mr. Wright, that's a picture of the inside of your trailer,
12  correct?
13  A.   Yes.
14  Q.   You testified yesterday about some warnings right above the
15  stove, correct?
16  A.   Yes.
17  Q.   And those warnings -- you can see how mechanically inclined
18  I am.  I can't even operate the picture machine.
19       Now, you see those three warnings on the wall there,
20  sir?
21  A.   Yes.
22  Q.   Those are the ones you were talking about yesterday, right?
23  A.   Yes.
24  Q.   Okay.
25       MR. D'AMICO:  Objection, Your Honor.  This has not been

1    admitted.

2            THE COURT:  Counsel, has this been admitted?

3            THE DEPUTY CLERK:  It is 304-B.  It is admitted.

4            MR. CHEATWOOD:  We have it as admitted.

5            THE COURT:  I have it as admitted.

6                            EXAMINATION

7    BY MR. CHEATWOOD:

8    Q.   Now, I'm moving to Page 5213 of 304-B.

9            Okay.  Those are the warnings that were above your

10   stove, correct, sir?

11   A.   Yes.

12   Q.   The first one talks about danger if you smell gas, correct?

13   A.   Yes.

14   Q.   You talked about that yesterday?

15   A.   Danger if I smell gas.

16   Q.   About the stove?

17   A.   Yes, about the stove.

18   Q.   The second one talks about the warning, it's not safe to use

19   the cooking appliance for heat, correct?

20   A.   Yes.

21   Q.   Now, yesterday you mentioned a warning that had California

22   in it that you didn't pay any attention to, correct?

23   A.   Exactly.

24   Q.   Show that one, if you will, that bottom one.

25           This is the warning the you saw every time you got in

1  front of your stove, correct, all three of those?

2  A.   Yes.

3  Q.   "Warning:  This vehicle, like other vehicles, may contain

4  small amounts of one or more substances that are known to the

5  State of California to cause cancer, birth defects, or other

6  reproductive harm."

7         That's what it says, correct, sir?

8  A.   Yes.

9  Q.   And it's in red and the other ones are in black, correct?

10 A.   Yes.

11 Q.   And you didn't concern yourself with this one because it

12 says California?

13 A.   Yeah.

14 Q.   Now, I want you to explain that to me.  Did you think that

15 meant that if you were in California, you could get these things

16 but you couldn't get them if you were in Louisiana?

17 A.   Yes.  That's what my assumption was.  That's the way I

18 looked at it, yes.

19 Q.   You looked at it to say that if there were substances that

20 caused cancer that the State of California knew, you might get

21 them in California, but you wouldn't get it in Louisiana?

22 A.   I didn't relate it that like that.

23 Q.   How did you relate it?

24 A.   I saw the known to the State of California and I just

25 stopped worrying about it.  I mean, it was something for

1  California.  I didn't relate it that maybe it happens in

2  Louisiana.  When I saw known to the State of California, I just

3  didn't pay no more attention to it.

4  Q.   And all the times you were cooking or at the stove, you

5  never looked at this and saw "cancer"?

6  A.   When I initially read it, yes, I had to see that, yes.

7  Q.   How about reproductive harm?

8  A.   Yeah.

9  Q.   Or birth defects?

10  A.   Yes.

11  Q.   And there was a pregnant lady that was living with you in

12  the trailer at one point for a short period of time, correct?

13  A.   Yes.

14  Q.   One of the Johnsons?

15  A.   Yes.

16  Q.   Real quickly, and then I'm going to finish up, and I'm going

17  to try to do this, Ms. Dyson has never complained about any odor

18  in the trailers, correct?

19  A.   No.

20  Q.   The Johnsons, none of them ever complained about any odor in

21  the trailer, correct?

22  A.   No.

23       MR. CHEATWOOD:  Your Honor, I have no further questions

24  of Mr. Wright.

25            Mr. Wright, thank you.

```
 1              THE COURT:  Thank you.  Redirect?
 2                      REDIRECT EXAMINATION
 3  BY MR. D'AMICO:
 4  Q.   Good morning, Mr. Wright.  I believe it is still morning.
 5  You were asked a lot of questions about your deposition.
 6              How long was the deposition?
 7  A.   How long was it?
 8  Q.   Yes.
 9  A.   About eight hours.
10  Q.   Did it take all day?
11  A.   Yes, all day.  Yes.
12  Q.   Did you do your best to answer the questions during those
13  eight hours?
14  A.   Yes, I did.
15  Q.   Now, I believe you were asked some questions by Mr. Gieger
16  about a chemical called bio chem.
17              Do you recall those questions?
18  A.   Yes.
19  Q.   What is bio chem?
20  A.   Bio-Treat.
21  Q.   I'm sorry.  What is Bio-Treat?
22  A.   Bio-Treat is a chemical that's used in the cooling tower
23  water to keep from -- you know, buildup in the pipes.
24  Q.   Now, does Bio-Treat ever get released into the air while
25  you're working?
```

```
 1  A.   No.  No.
 2  Q.   Have you ever been exposed to Bio-Treat on the job?
 3  A.   No.
 4  Q.   Would you ever make a claim for injury from exposure to
 5  Bio-Treat while working at Civil District Court?
 6  A.   No.
 7  Q.   I believe you were asked if you handled some empty
 8  containers of Bio-Treat.
 9           Would you tell the ladies and gentlemen of the jury
10  what you recall about that?
11  A.   In my deposition, I said, I handled it, but just contracted
12  out.  The guy come and he replaced it.  When he opens the new
13  one, he puts the pump in the new one and he hauls off the old
14  one.  So I mean --
15  Q.   Is it something that you handle in your daily routine while
16  working -- maintaining the air-conditioners?
17  A.   No.  Not at all.
18  Q.   Okay.  Now, you were also asked some questions in your
19  deposition -- let's see.  Well, let's talk about the IRS.
20           You were asked some questions about the IRS.  Do you
21  recall those questions?
22  A.   Yes.
23  Q.   Did you prepare your tax returns?
24  A.   No, I did not.  I hired -- well, I have a CPA, Global Tax
25  Services that handles my taxes.
```

1    Q.    Did you tell them how to fill out the form?

2    A.    Tell them how to fill it out?

3    Q.    Yes.

4    A.    No.  I just supplied her with the W-2 forms.

5    Q.    Did you rely on their expertise in preparing your tax

6    return?

7    A.    Yes.

8    Q.    Now, I believe an exhibit has been admitted about a

9    deduction for a car.  This one.  Now, let's start with this one

10   first.

11             In 2008, where were you working, sir?

12   A.    Civil District Court and the Hyatt.

13   Q.    So you had a job and you owned a car?

14   A.    Yes.

15   Q.    And you told your tax preparer this?

16   A.    Yes.

17   Q.    And he filled out the forms?

18   A.    Yeah, he filled out the forms.

19   Q.    Now, in 2007, did you have more than one job?

20   A.    Half the year, yes.

21   Q.    And so there was a deduction for travel for those jobs in

22   2007?

23   A.    Yes.

24   Q.    Now, in all the years that you have been filing your tax

25   returns, have you ever received a notice from the IRS that there

1  was anything incorrect about your tax returns?

2  A.   No.

3  Q.   Okay.  You were asked some questions just recently about the

4  original inspection of the trailer.

5       Now, would you tell the ladies and gentlemen of the

6  jury when you did that original trailer lease in and that Shaw

7  employee went over the checklist, did he have a level with him?

8  A.   No.

9  Q.   Did he say anything about the trailer being level?

10 A.   No.

11 Q.   Did you measure the trailer to see if it was level?

12 A.   No.

13 Q.   You were also asked some questions relating to the odors,

14 the smells.  What did the Shaw employee tell you when you

15 inquired of him of the odor?  What did he say?

16 A.   He said, I was one of the lucky ones.  I had a newer

17 trailer.  And told me, "Just air it out.  Just open up the

18 windows and doors if it irritates you."

19 Q.   Did he call it a new car smell?

20 A.   Yeah, he called it a new car smell.  He called it a new car

21 smell.

22 Q.   A new trailer smell or a new car smell?

23 A.   Well, a new trailer smell because I had one of the newer

24 trailers.  But like I say, over time, I compared the smell to the

25 smell that -- at the funeral parlor.

1   Q.   Now, you told these gentlemen in response to their

2   questioning that the odor had changed over time, correct?

3   A.   Yes.

4   Q.   Describe for the ladies and gentlemen of the jury, to the

5   best of your recollection, how long this new trailer smell

6   lasted.

7   A.   How long did what?

8   Q.   The new trailer smell, how long -- tell them how long, to

9   your knowledge, did this smell last?

10          MR. GIEGER:  I object, Judge.  This has been asked and

11   answered repeatedly.

12          THE COURT:  It was covered on cross, so I'm going to let

13   him go ahead and answer it.

14             Go ahead.

15          THE WITNESS:  I would have to say it lasted something

16   like, I'm going to say a few months.  I moved in in March, the

17   summertime.  I didn't really pay attention to it no more in the

18   summertime, but it was, like, in the wintertime when I got this

19   other odor.  So I don't know if I got used to the smell or not.

20   But this light odor that I noticed the late part of '06 was

21   different, but it wasn't that strong smell like I smelled in the

22   beginning.

23   Q.   I believe you told these gentlemen that the new smell

24   transferred to '06, just like you said.  Was this after you

25   noticed the leak starting to occur?

1    A.    Yes.  The AC leaked at the vent.  The AC leaked at the vent.

2    Q.    You mentioned something about the carpet in the bedroom, but

3    you didn't actually see a leak?

4    A.    No, I didn't actually see a leak.  Like I say, it was about

5    two inches, two inches in a circle like, but I could see -- I

6    associate it with the condensate, but still that was just too

7    much water -- too much of a wet spot to say it was condensate,

8    plus it was raining at the time.  So, I mean...

9    Q.    Now, would you please describe for the ladies and gentlemen

10   of the jury what your sinus conditions were like prior to moving

11   into the trailer.

12   A.    Prior to moving into the trailer, I had basic, what I call

13   would be normal sinus conditions.  And as I said earlier, it was

14   seasonal.  I mean, two weeks when it was changing from winter to

15   spring, two weeks when it was changing from summer to winter.

16   Q.    Now, when you went to Dr. Cruz on April 10th of '06, was

17   there a change in your symptomatology from the way it was before

18   moving into the trailer?

19   A.    Yes.

20   Q.    Describe for the ladies and gentlemen of the jury, what was

21   different?

22   A.    The thing is, in the onset of it, I associated it -- like I

23   said, it was a bad time.  You had a lot of houses that were moldy

24   and everything, so I associated it with that.  My sinuses kept

25   being -- acting up.  It wasn't just two weeks.  So I would buy

1    over-the-counter medicine.  I was coughing.  And eye irritation.

2    Like I said, one time I went because of the goopy eyes.  Well,

3    two times I went for that.  And I noticed my chest stayed

4    congested a lot more often.  I went to the doctor, like, maybe

5    three or four times for that.  I knew that was too frequent

6    because I don't usually get what you call sick.  I may get sick,

7    like, once a year.

8            But that's what alarms me because when I got so

9    tight -- and I forgot what he called that piece, the larynx or

10   something, it was like I had swallowed sand.  That's why I would

11   go to the doctor.  But other than, I wouldn't usually go.  I'd go

12   to the store and buy Theraflu or get some Vapor Rub and put it on

13   my chest and usually that would work.  But when that didn't work,

14   it just got extreme, that's when I would go to the doctor about

15   the problem.

16   Q.   Okay.  Now, on this visit when you went on April 10, '06, to

17   Dr. Cruz, did you inform him that you were living in the travel

18   trailer?

19   A.   No, I didn't.

20   Q.   When you went back to see him on May 1st of 2006, did you

21   advise him that you were living in the travel trailer?

22   A.   No, I didn't.

23   Q.   When did you have this conversation with Dr. Cruz that you

24   told these other lawyers about when you asked him if the trailer

25   might be making you ill?

1  A.   It could have been -- I think that was one of my last

2  congestions I went to the doctor with, and that's what made me

3  ask him, it had to be looks like sometime in '07.  I can't

4  remember, because I wasn't in the trailer long after that.

5  Q.   Would that be when the bloody phlegm was being discussed

6  with Dr. Cruz?

7  A.   I think, the bloody phlegm, I had already mentioned to him

8  about that.

9  Q.   All right.  What was his reaction when you asked him if the

10 trailer could be making you ill?

11 A.   He said it's possible.  I mean, he said -- he was actually

12 writing when I asked him.  And he said it's possible.  And it was

13 a nonchalant answer.  He didn't get alarmed by it, I didn't get

14 alarmed by it, I mean, even though he said it's possible.

15       I mean, usually, if he has a concern, he'll be like,

16 let's do blood tests, let's take x-rays, all of that; but, he

17 didn't react like that when I asked him about could it be the

18 trailer making me sick, so I didn't think it was the trailer.

19 Q.   Now, you were asked some questions about some notices that

20 were taped up to the trailer.  Did you ever see this notice taped

21 up to your trailer when you were living in the trailer?

22 A.   No.

23 Q.   Do you know --

24 A.   I mean, after reading this document, if I'd have saw this

25 document, I would have associated it with the problems I have,

1    because it's everything I was going through, everything, the eye

2    irritations, the respiratory.  I would have had no choice but to

3    associate that.  And I definitely would have called my mom and

4    said, like, hey, this is why I'm going through -- going through

5    all this.  A lot of it, she didn't even know I was going through.

6    Q.   When you mentioned this odor to the Shaw employee when you

7    were getting the lease-in, did he tell you anything about what's

8    contained in this document?

9    A.   No, he didn't.

10   Q.   Now, you were asked some questions about filling out a form,

11   I believe they called it a plaintiff's fact sheet.  Explain to

12   the ladies and gentlemen of the jury the process by which that

13   sheet was filled out.  Where did you go to fill that out?

14   A.   What sheet?

15   Q.   Do we have it?  I have it.

16          This document.  You were asked some questions about

17   asthma --

18   A.   Yes.

19   Q.   -- and other symptoms.  Did you fill this out, or was this

20   filled out by somebody else?

21   A.   It was filled out by somebody else.

22   Q.   You didn't type these things in?

23   A.   No, I didn't.

24   Q.   Explain the process.  How did it work?  They don't know.

25   Tell them.  What happened?

1   A.   I was called in for an appointment.  And I guess it was a

2   part of -- part of the litigation.  And he asked me a few

3   questions and -- and I don't know what --

4   Q.   The question is, did you fill out the form or did

5   somebody --

6   A.   No, I didn't fill it out.  Right.

7   Q.   Okay.  They don't know this.

8   A.   Oh, I didn't fill it out.  No, I didn't fill it out.

9   Q.   All right.  Now, during this process, did you ever tell

10   anybody, I have asthma?

11   A.   No.

12   Q.   When did you first find out about a diagnosis of asthma?

13   A.   Last -- June of '09.

14   Q.   And who told you?

15   A.   A doctor by the name of Smith.

16   Q.   Did you know who Dr. Smith was?

17   A.   No.

18   Q.   Do you know why you were going to see Dr. Smith?

19   A.   The defense lawyers wanted me to go see him.  I mean, I

20   didn't know why I was going, though.

21   Q.   And what was your response when you found out you may have

22   asthma?

23   A.   I was surprised.  I mean, when you think of asthma, like I

24   say, you think of asthma, you think of somebody who can't walk

25   far or walking around with a pump or something like that, so I

1  was surprised.  And I thought, huh, I'm getting old, or how could

2  this be happening to me?

3  Q.   When you were responding to some of the questions about why

4  you didn't warn anybody who was staying in the trailer, had

5  anybody told you, anybody warned you that you were being made

6  sick from the trailer?

7  A.   No, nobody said nothing to me.  The maintenance workers

8  could have at least told me.  I mean, somebody could have said

9  something.

10  Q.   Now, you were asked if your mother had any physical health

11  problems when she was staying in the trailer.  Do you recall

12  being asked that?

13  A.   Yes.

14  Q.   Did your mother tell you she had any physical symptoms when

15  she was staying in the trailer?

16        MR. GIEGER:  I object, Your Honor, it's hearsay.

17        MR. D'AMICO:  They asked him.

18        THE COURT:  I'll overrule.  It was asked about other

19  people in the trailer.  In fact, I think it was pointed out that

20  his mother was there, as well, so I'm going to overrule it.

21        THE WITNESS:  She complained her chest was getting

22  tight.  And, again, not knowing it's the trailer, I told my mom,

23  maybe we need to go take a walk, exercise your lungs.

24            You see, I'm thinking it's just because she's

25  sitting down doing nothing, and, you know, your chest just starts

1  closing up on you by her being, you know, seated.  So I said,

2  well, maybe we should go take a walk and exercise your lungs,

3  and, no, she didn't want to do that.

4                              EXAMINATION

5  BY MR. D'AMICO:

6  Q.   Lyndon, the ladies and gentlemen are just getting a chance

7  to know you, but would you explain to us, did you have notices

8  stuck all over the walls with different formaldehyde warnings on

9  it when you were living there?

10 A.   No, no, no.

11 Q.   When you left the trailer, were those notices on the

12 trailer?

13 A.   No.  The only notice I remember is that notice from the city

14 stating that if you want an extension to keep your trailer on

15 your property.  That was the only notice that I recall being

16 taped to the wall, because I know I did that.

17 Q.   Did you ever find anything stuck in your door handle or any

18 warning stuck in your door handle?

19 A.   No.

20 Q.   We went over this -- or you went over this chart with

21 Mr. Gieger, and I believe he went over your work schedule in

22 2006.  Just so we're clear, for the whole time during 2006, did

23 you work 12 hours a day, seven days a week, like he's got on that

24 chart?

25 A.   Not the whole year, no.

1  Q.    Well, please tell them how long you worked in 2006.

2  A.    The way the scheduling was, when we came back from the storm

3  we were working 12-hour shifts.  So from October to December of

4  '05, it was 12 hours.

5            And if I'm not mistaken, it had to be January to, like,

6  March or April, because we had -- the staff had kind of got back

7  to par, and they started, like, backing off on the hours.  I

8  mean, it wasn't the whole year.  It was a totally misstated

9  answer I gave.

10 Q.    In 2006, after March of 2006, where did you sleep?

11 A.    After March of 2006?

12 Q.    Yes.

13 A.    At the trailer.

14 Q.    Did you sleep there every night?

15 A.    Yes, every night.

16 Q.    Did you spend time there after work?

17 A.    Yes.

18 Q.    Approximately how many hours every day in 2006 after you

19 moved in did you spend in the trailer?

20 A.    I would go straight home after work.  And by then I was

21 working -- I should have been working eight-hour days then.

22 There really was nowhere to go, so I spent most -- initially I

23 spent most of my time in the trailer.

24 Q.    What about in 2007, where were you working?

25 A.    Up until July, I was -- well, I was working one job up until

1  July, because I was rehired by the Hyatt, again.

2  Q.   So for the first half of 2007, you only had one job?

3  A.   Yeah.  I only had one job, yeah.

4  Q.   How many hours a day did you work?

5  A.   The one job, eight hours.

6  Q.   Eight hours a day.

7  A.   Yeah.

8  Q.   And then in July you got rehired with the Hyatt?

9  A.   With the Hyatt, yes.

10  Q.   They had come back and gotten things back together, I

11  suppose?

12  A.   Yes.

13  Q.   How many hours did you work after you got rehired by the

14  Hyatt in July of 2007?

15  A.   Initially, eight -- eight hours.  Eight hours.

16  Q.   Were you still spending the night at the trailer in 2007?

17  A.   Yes.

18  Q.   Did you sleep there every night?

19  A.   Yes.

20  Q.   Approximately how many hours a day did you spend at the

21  trailer in 2007?

22  A.   I can't recall.  I mean, like I say, I'd go home after work,

23  I mean, and that's where I stayed.  I had a laptop.  Get on my

24  laptop, do work or cook or what have you.

25  Q.   In 2007, did you work seven days a week?  Seven days a week,

1  did you work seven days a week?

2  A.   The way the scheduling was, I was working seven days a week,

3  but it wasn't 16 hours -- 16 hours.  It might have been two days

4  I might have worked 16 hours, but the other days it was eight

5  hours at one job, and the next day it would be eight hours at

6  another job.  So it wasn't always 16 hours a day, even though I

7  was working seven days a week.

8  Q.   Now, what about in 2008 while you were still in the trailer,

9  did you spend the night in the trailer every night in 2008?

10  A.   Yes.

11  Q.   And how many hours a day were you working in 2008?

12  A.   At the end of '07, they cut back the hours at the Hyatt.  So

13  I could say I spent a little bit more time then, when I had the

14  whole eight hours at the Hyatt prior to that.  You know, I really

15  can't give a definite number, but, I mean, I really didn't have

16  nowhere else to go.

17  Q.   You were asked some questions about a packet that you had

18  been given in the trailer lease-in.  Describe this packet to the

19  ladies and gentlemen of the jury.  What did it look like?

20  A.   Just a little white envelope, I guess what you would call a

21  business-size envelope.

22  Q.   How thick was it?

23  A.   It was thin.  I mean -- it was thin, you know what I mean,

24  like a few sheets of paper or something like that.

25  Q.   Was it thick enough to hold the appliance packages and the

1   owner's manual in it?  Was it a big, thick package or was it --

2   A.   No, it wasn't nothing like that, no.  No, nothing like that.

3   Maybe like that red folder you got right there, I mean, with like

4   the little papers.  Yeah, something like that.

5   Q.   It wasn't this thick?

6   A.   Huh?

7   Q.   Was it this thick?

8   A.   What, the packet?

9   Q.   Yes.

10   A.   No, no.

11   Q.   Shem, can we show the photographs in the trailer at this

12   time.

13        Did you like to keep your trailer clean?

14   A.   Yes.

15   Q.   Describe for the ladies and gentlemen of the jury, what were

16   you like as far as cleaning the trailer?  Did you clean it every

17   day or --

18        MR. CHEATWOOD:  Your Honor, I object.  This is beyond

19   the scope of cross.

20        THE COURT:  I think we talked about -- there was a

21   question about cleaning it, but we did talk about this before, as

22   well.  So I think there was a single question that Mr. Gieger

23   asked about cleaning and --

24        MR. D'AMICO:  Right.

25        THE COURT:  -- whether windows were open during

1    cleaning.

2            MR. D'AMICO:  I'll move on, Judge.

3                              EXAMINATION

4    BY MR. D'AMICO:

5    Q.   Do we see any notices taped to the walls in any of these

6    photographs?

7    A.   No.

8    Q.   Were there?  Were there any notices in --

9    A.   No, there were no notices taped to the wall other than that

10   permit thing.

11   Q.   Before you moved out in July of 2008, had you been trying to

12   find a place to live?

13   A.   Had I been what?

14   Q.   Before you moved out in July of 2008, had you been looking

15   for an apartment?

16   A.   Yes.

17   Q.   How long did it take you to find an apartment?

18   A.   Oh, God.  About three or four months because there was a lot

19   of -- well, it was a lot of things I had to consider.

20            The rent was high.  That was the main thing.  And then

21   the places where rent was low, the area wasn't so becoming.  I

22   don't know how to describe it but it wasn't an area that I would

23   like to be in.  When night fell, you better stay inside.

24            So I didn't want that, so I had to continually search

25   something that's going to fit my budget and it be a nice

1   neighborhood.  And it wasn't until mid June that I came across

2   that place.

3   Q.   If you had been warned that formaldehyde gas was, in fact,

4   being emitted into the trailer and may be causing your illness,

5   would you have moved out sooner?

6   A.   I would have moved out.  I mean, why would somebody read a

7   notice like that and know they are going through it and still

8   want to stay there?  No, I would have moved out quick.

9           But I was, like I said, suffering.  If I actually knew

10  that was that trailer -- if somebody would have told me that

11  trailer was making me sick, I would not have hesitated to get out

12  of there.

13          MR. D'AMICO:  Thank you.  That's all the questions I

14  have.

15          THE COURT:  Thank you.  Let's go ahead and take a short

16  break.  Let's start up again at 10:25.

17          THE DEPUTY CLERK:  All rise.

18          (WHEREUPON, at this point in the proceedings, the jury

19  panel leaves the courtroom.)

20          THE COURT:  Thank you, Mr. Wright.  You can step down.

21             Who is next, Counsel?

22          MR. D'AMICO:  Dr. Smith.

23          THE COURT:  If Dr. Smith could be up here when we come

24  back in, that would be helpful.

25          (WHEREUPON, at this point in the proceedings, a brief

1    recess was taken.)

2            THE COURT SECURITY OFFICER:  All rise.

3            (WHEREUPON, at this point in the proceedings, the jury

4    panel enters the courtroom.)

5            MR. GIEGER:  Your Honor, may we approach for a moment?

6            THE COURT:  Well, first of all, everybody else may sit

7    down, then you may approach.

8            (WHEREUPON, at this point in the proceedings, there was

9    a conference held at the bench.)

10           MR. GIEGER:  Frank is calling my expert in his case in

11   chief.  Now, I contend that I get the last say.  If he wants to

12   call him, I'll do cross, he can defend, or either I'm going to --

13   or I'm going to call him in my case in chief because I get the

14   last say with my expert.  We can do it any way you want.

15           THE COURT:  Either that or he gets to recall him.  This

16   trial is taking way too long, way too long.  I think I've made it

17   very clear.  We are bogged down, and I'm really not pleased about

18   it.

19               If it's his expert, he gets to be the person to ask

20   him questions last, or he gets to recall him again, which the

21   jury -- who already appears to me to be rather bored with some of

22   this stuff --

23           MR. D'AMICO:  I agree.

24           THE COURT:  And I'm not picking on any one of you

25   because, quite frankly, I think they're bored with the

 1  presentation.  At times they look bored to death with

 2  questioning -- lines of questioning; not lawyers, and not

 3  parties, certain lines of questioning I can tell you they're

 4  bored with.

 5          All right.  Now, if you want to recall him --

 6          MR. D'AMICO:  That's fine.

 7          THE COURT:  -- then recall him; but, if you are calling

 8  him, are you going to be leading -- or asking him leading

 9  questions?

10          MR. D'AMICO:  Yes, I'm calling him as an adverse

11  witness.  He's hired by Mr. Gieger.

12          THE COURT:  Well, then -- but it's his expert so he can

13  ask questions last.

14          MR. D'AMICO:  Right.  That's fine.

15          THE COURT:  To answer your question --

16          MR. GIEGER:  I'll withdraw the objection.

17          I don't know why he becomes an adverse witness, but

18  I'll deal with that.

19          THE COURT:  He would ask questions on cross-examination

20  if you were to call him as part of your case in chief, which is

21  what you're telling me you would otherwise do.  So I'm going to

22  let him ask leading questions as though it were

23  cross-examination.

24          MR. GIEGER:  As long as I can go last, I don't care.  I

25  don't want to call him twice, trust me.

1          MR. D'AMICO:  Okay.

2          THE COURT:  And I'll explain that to the jury right now.

3          (WHEREUPON, at this point in the proceedings, the

4    conference held at the bench concluded.)

5          THE COURT:  This gentleman, Mr. D'Amico, is?

6          MR. D'AMICO:  This is Dr. Smith, who is an expert that

7    was hired by the defendants in the case.

8          THE COURT:  Dr. Smith is an expert.  Let me explain to

9    the jury what we're going to do here.  Dr. Smith would have been

10   called as an expert witness during the presentation of the

11   *Forest River* case, which we haven't gotten to yet; but, since he

12   otherwise would be called, Mr. D'Amico is going to begin, and he

13   will be allowed to ask leading questions since this witness would

14   normally be called as part of the *Forest River* case.

15          But, also, since Mr. Gieger would have an

16   opportunity to ask redirect questions, he will have the last

17   opportunity to question this witness.

18          So we're going to start with Mr. D'Amico,

19   Mr. Gieger, then we'll go to -- who is handling that one?

20   Ms. Whitfield, you're going to handle what one?  Okay.  Then

21   Mr. D'Amico, and then we'll end up back with Mr. Gieger.

22          Now, having said that, it's going to have to be

23   limited.  Once we get around once, it's going have to be limited.

24   So, Mr. D'Amico, even though you'll have a chance to question him

25   again, you will have to limit it your second time.  Are we clear

1    on that?

2              And let's try to be efficient.  I've said that once

3    already this morning.  Let's try to be efficient and conscious of

4    the time that we're using on these witnesses.  Let's try to use

5    our time wisely.

6              Go ahead, administer the oath.

7         THE DEPUTY CLERK:  Please raise your right hand.  Do you

8    solemnly swear the testimony you are about to give will be the

9    truth, the whole truth and nothing but the truth, so help you

10   God?

11        THE WITNESS:  I do.

12                      **KENNETH SMITH, MD**

13   was called as a witness and, after being first duly sworn by the

14   Clerk, was examined and testified on his oath as follows:

15        THE DEPUTY CLERK:  Thank you.  You may be seated.

16   Please state and spell your full name for the record.

17        THE WITNESS:  My name is Kenneth, K-E-N-N-E-T-H, B, as

18   in boy, Smith, S-M-I-T-H.

19                          EXAMINATION

20   BY MR. D'AMICO:

21   Q.   Dr. Smith, we met before, correct?

22   A.   Yes.

23   Q.   And when was the first time that we met?

24   A.   In December at deposition in this case.

25   Q.   At the deposition of you, correct?

1    A.    Yes.

2    Q.    Okay.  Now, would you please tell the ladies and gentlemen

3    of the jury what is it that you do for a living.

4    A.    I'm a pulmonary and critical care physician at

5    East Jefferson Hospital in private practice.

6              THE COURT:  Wait.  Are you qualifying Mr. Gieger's

7    expert witness, or do we have a stipulation?

8              MR. D'AMICO:  I'm not offering him as an expert.  I'm

9    just asking what he does for a living.

10             MR. GIEGER:  Your Honor, if he's calling my expert under

11   the act, he's an adverse witness.

12             THE COURT:  Are you stipulating to his expertise?

13             MR. D'AMICO:  Yes.

14             THE COURT:  And he's being offered as an expert in the

15   field of?

16             MR. GIEGER:  Of pulmonary medicine.

17             THE COURT:  Pulmonary medicine.  Counsel --

18   Ms. Whitfield, that's fine with you and your client?

19             MS. WHITFIELD:  That's fine, Judge.

20             THE COURT:  The Court is going to accept Dr. Smith as an

21   expert in the field of pulmonary medicine.  And you can still ask

22   him some questions about his background, as long as you keep it

23   brief.

24             MR. GIEGER:  Yes, Your Honor.

25             THE COURT:  Go ahead, Mr. D'Amico.

1                        EXAMINATION

2   BY MR. D'AMICO:

3   Q.    How long have you been a pulmonologist, Dr. Smith?

4   A.    32 years.

5   Q.    And who hired you in this case?

6   A.    Mr. Gieger.

7   Q.    And what were you asked to do by Mr. Gieger?

8   A.    I was asked to do an independent medical examination of

9   Mr. Wright.  And then, subsequently, I was asked to review some

10  medical records and other documents with regard to this case.

11  Q.    Okay.  Now, you say you were asked to do an independent

12  medical examination in this case.  Explain to the ladies and

13  gentlemen of the jury what you mean by an independent medical

14  examination.

15  A.    What I mean is that I saw Mr. Wright in my office.  I had

16  done a series of tests, including a chest x-ray, some lung

17  function studies, and then took his history, did a physical

18  examination, and rendered an opinion about his symptoms and any

19  signs that he might have had, any physical findings that he might

20  have had with regard to this exposure.

21  Q.    Okay.  So the ladies and gentlemen of the jury are clear,

22  you didn't consider Mr. Wright your patient?

23  A.    I did not.

24  Q.    You didn't -- you are weren't appointed by the Court?

25  A.    I was not.

1   Q.   You were hired by one of the parties in the case?

2   A.   Yes.

3   Q.   Okay.  And in connection with that employment, what records

4   did you review?

5   A.   Subsequent to my examination, is that what you're referring

6   to?

7   Q.   Well, I believe you just told the ladies and gentlemen of

8   the jury that you reviewed a lot of material.

9   A.   I did subsequent to the examination.  Before I examined

10  Mr. Wright on June the 1st of 2009, I had actually reviewed no

11  medical records, or no other records with regard to Mr. Wright.

12  Q.   Okay.  But in connection with this case, you reviewed

13  medical management guidelines for formaldehyde, correct?

14  A.   Yes.

15  Q.   It was a publication of the Department of Health and Human

16  Services, the Agency for Toxic Substances and Disease Registry,

17  otherwise known as the ATSDR?

18  A.   Yes.

19  Q.   You also reviewed a document called "Formaldehyde Exposure

20  in Homes, a Reference for State Officials to Use in the

21  Decision-making Process"?

22  A.   Yes.

23  Q.   You also reviewed the Material Safety Data Sheets for

24  formaldehyde.  What is -- otherwise known as the MSDS?

25  A.   Yes.

1    Q.   What did you gain from the Material Safety Data Sheets on

2    formaldehyde?

3    A.   Well, these sheets are sheets that are documents, industry

4    documents primarily, my understanding, that describes the

5    potential hazards of whatever chemical they happen to be

6    describing, in this case formaldehyde.

7    Q.   What are some of the hazards associated with exposure to

8    formaldehyde gas that you have learned about?

9    A.   Potential hazards?  Burning eyes, runny nose, rhinitis or

10   inflammation of the nose, cough, are potential hazards.

11   Q.   And these manufacturer safety data sheets that you were just

12   telling us about, were they specific for wood products that would

13   contain formaldehyde?

14   A.   Not to my knowledge.

15   Q.   Do you know what the MSDS's were for?  Just formaldehyde

16   specifically?

17   A.   The ones that I reviewed in this case were for formaldehyde.

18   Yes.  I actually -- I also reviewed -- and -- I reviewed some

19   other things about -- some MSDS sheets about some substances that

20   I believe Mr. Wright worked with either in his employment with

21   the City or his employment at the Marriott, and I don't know what

22   one was which.

23   Q.   Okay.  You also reviewed several documents and medical

24   records that were provided to you, correct?

25   A.   Yes.

1    Q.   You reviewed a plaintiff fact sheet?

2    A.   Yes.

3    Q.   Medical records from Touro Infirmary?

4    A.   Yes.

5    Q.   Medical records from Uptown Nephrology?

6    A.   Yes.

7    Q.   Medical records from Drs. Ilgenfritz and Worley?

8    A.   Yes.

9    Q.   Walgreen's prescriptions profile?

10   A.   Yes.

11   Q.   And several other documents, including an affidavit from

12   Dr. Spector, who's already testified.  We have Dr. Miller in

13   court who will be testifying later.  The jury has already heard

14   the testimony of Dr. Field.  What else did you read?

15           Forest River Air Sampling by Tony Watson.  What was

16   that, the actual levels of formaldehyde that were in the trailer

17   in Melville?

18   A.   I believe so, yes.

19   Q.   And Material Safety Data Sheets for Bio-Treat.  Did you find

20   that the plaintiff had been exposed to an incident with

21   Bio-Treat?

22   A.   I don't recall any incidences.  These were just Material

23   Safety Data Sheets for substances that Mr. Wright handled in his

24   employment.

25   Q.   All right.  You also reviewed an affidavit of William Scott

1   who did some testing in this case, correct?

2   A.   Yes.

3   Q.   And he took some measurements on two times in this trailer;

4   is that your understanding?

5   A.   That's my understanding.

6   Q.   And you reviewed the deposition of Lyndon Wright?

7   A.   Yes.

8   Q.   Okay.  Would you please tell the ladies and gentlemen of the

9   jury when you had a chance to evaluate Mr. Wright on June 1st of

10  2009, did you take a history?

11  A.   Yes.

12  Q.   And do you have a copy of that history in front of you?

13  A.   I do.

14  Q.   And would you please tell the ladies and gentlemen of the

15  jury what the history was that the plaintiff, Lyndon Wright, gave

16  to you during that examination.

17  A.   Would you like me to read it?

18  Q.   That's fine.

19  A.   Okay.  "Mr. Wright presented as a 39-year-old

20  African-American male who has never smoked.  He describes his job

21  as that of a stationary engineer.  Basically, he maintains large

22  air conditioner units for the City of New Orleans.  He has a high

23  school education and some college credits.

24       "The patient was living in the Mid City area

25  preKatrina.  His home flooded in Hurricane Katrina.  He evacuated

1 the City for approximately one month.  Upon returning to the

2 City, he lived on a Carnival cruise ship from October 2005 until

3 March of 2006.  At that time he moved into a travel trailer that

4 was on the property of his flooded home.  It took a while, and he

5 does not recall exactly how long, to get electricity into the

6 trailer; but, once electricity was established, he lived in the

7 travel trailer until moving out of the trailer in July of 2008.

8 He estimates that he spent eight to ten hours per day in the

9 trailer.

10         "He moved out of the trailer and into his own apartment

11 in July of 2008, where he has lived until now.  When he moved

12 into the trailer in March of 2006, he states that it smelled like

13 a new trailer.

14         "Sometime after moving into the trailer, he began

15 noticing burning and irritation of his eyes and nose.  He told

16 his mother that he thought the trailer was making him sick.

17         "He awoke on one occasion with his eyes swollen and

18 lids stuck together because of a foreign material in his eyes.

19 He sought medical attention and was given treatment.  The patient

20 thought he might have pinkeye; however, the doctor said that he

21 felt that he had a severe -- that it was a severe allergy.

22         "He was given eyedrops that helped him.  He used these

23 drops once a day and did so for several weeks.  He said nothing

24 to the physician at that time about living in a travel trailer.

25         "He estimates that he went to this physician

1    approximately two or three times.  He was advised on one occasion

2    to buy pinkeye medication over the counter.

3         "During the course of his stay in the trailer he

4    developed mild headaches.  He stated that he had the headaches

5    only while in the trailer and never while at work.  He also had

6    gradual onset of a dry, nonproductive cough.  His cough was

7    always worse in the morning, and on several occasions he coughed

8    up blood-streaked sputum.

9         "He was seen by an ear, nose and throat physician who

10   told him that his nose was inflamed.  He experienced chest

11   tightness on several occasions, but never heard wheezing.  He

12   felt somewhat short of breath.

13        "He sought medical attention from a physician for the

14   complaints of shortness of breath and chest tightness, and was

15   given Asmanex, an inhaled corticosteroid inhaler.  He states that

16   he may have used this up to four to five times and thinks it may

17   have helped, but he's unsure.  His cough and all of the above

18   symptoms resolved upon moving out of the trailer.

19        "He recalls having recurrent coughs preKatrina which he

20   always attributed to a cold.  He says that his typical cold is

21   rarely limited to nasal stuffiness.  It is almost always

22   accompanied by cough and chest congestion.  The patient's

23   symptoms, he felt, were worse in the trailer.

24        "In the summertime he kept the air conditioner on while

25   living in the trailer, but he says that he did not keep it really

1   cold.  He prefers warm temperatures.

2          "On one or two occasions while living in the trailer he

3   feels that he may have had some mild nausea.  He complained

4   briefly of a rash on the back of his neck that was never treated

5   but resolved spontaneously.

6          "He states" -- excuse me.  "He states that friends from

7   Tennessee stayed with him for three months.  He says he thought

8   their children might have sneezed a little bit, but he does not

9   recall any specifics about their health issues.

10         "Past medical history was positive for hearing loss

11  which was discovered at the age of two years.  He had a surgical

12  procedure done on his right ear, now has a hearing aid in the

13  left ear which has relieved his symptoms.  The surgery on the

14  right was unsuccessful.

15         "He has a lifetime history of scoliosis.  The patient

16  has a history of mild hypertension for which he has been taking

17  Ramipril, five milligrams per day.

18         "Social history, the patient is single.  He drinks

19  approximately two to three beers per day.

20         "Family history is positive for diabetes and

21  hypertension.  There is no family history of asthma.

22         "His current medications were listed as Ramipril,

23  Synthroid, folic acid, calcium D, and Boniva.  He had taken

24  Effexor preKatrina without benefit."  Effexor is an

25  antidepressant.

1          "Review of systems, the patient has had no recent

2    weight loss or weight gain.  He generally feels well and states

3    that all the above symptoms have essentially resolved since

4    leaving the travel trailer provided by FEMA.

5          "His physical examination demonstrates a thin,

6    healthy-appearing black male in no distress.  He's a good

7    historian.  Blood pressure is 136/84.  Pulse is approximately

8    80 and regular.

9          "Examination of the neck demonstrates no adenopathy or

10   jugular venous distention.  There is deformity of the external

11   ear on the right.  There is a hearing aid in the left ear.

12         "Examination of the chest demonstrates very mild

13   scoliosis.  Ascultation of the chest is clear.  There are no

14   wheezes or adventitious sounds.

15         "Examination of the heart demonstrates normal first and

16   second heart sounds without murmur.  The abdomen is nontender.

17   There is no detectable organomegaly.

18         "Examination of the extremities demonstrates --

19   Q.    Doctor, let me stop you there.

20   A.    Sure.

21   Q.    You said he had very mild scoliosis.  This was upon your

22   physical examination of the plaintiff?

23   A.    Yes.

24   Q.    Okay.  Continue, please.

25   A.    "Examination of the extremities demonstrates no tenderness,

1   edema or clubbing.  The patient had a chest x-ray as part of his

2   evaluation.  The chest x-ray is of good technical quality.  There

3   is mild dextro-scoliosis.  The chest x-ray is otherwise normal.

4         "A complete pulmonary function study was done.  It

5   demonstrates a mild reduction in forced vital capacity and a mild

6   increase in airways resistance and conductance" -- it should be a

7   reduction in conductance -- "and is otherwise a normal study."

8         "A bronchial provocation study using --

9   Q.   Wait.  Let's stop.  Let's not keep reading.

10  A.   Sure.

11  Q.   Now, you did some tests on Mr. Wright, correct?

12  A.   Yes.

13  Q.   And what was the purpose of that testing?

14  A.   The purpose of the pulmonary function testing was to

15  determine if he had any physiologic impairment for whatever

16  reason.

17  Q.   And what kind of pulmonary function testing did you perform?

18  A.   I performed a complete pulmonary function study, which

19  consists of three parts essentially.  The first part is a test

20  where the patient takes a deep breath and blows as hard and as

21  forcefully as he can blow, and we measure the amount of air that

22  he takes in and blows out and the speed or rapidity with which he

23  can exhale the air.

24  Q.   Let me stop you there.  From your observations, did the

25  patient cooperate fully in this test?

1    A.    Yes.

2    Q.    Continue on, please.

3    A.    We also measure using -- without getting too technical, we

4    measure the amount of air in the lungs, and we measure the -- we

5    can divide the amount of air in the lungs into several different

6    physiologic compartments.  And I'll just leave it there, if you

7    will.

8    Q.    Okay.

9    A.    We then measure the ability of the lung or the efficiency of

10   the lung to take up and transfer oxygen from the air into the

11   blood.

12   Q.    All right.  And did you also perform a methacholine

13   challenge on the patient?

14   A.    Yes.

15   Q.    Tell the ladies and gentlemen of the jury what that entails.

16   A.    A methacholine challenge study is a test whereby we have

17   patients inhale different concentrations of a substance, in this

18   case, methacholine, that in the presence of asthma or in the

19   presence of airway reactivity will demonstrate classical changes,

20   physiologic changes that are compatible with asthma.

21         So in -- it's the gold standard test for detecting

22   asthma.

23   Q.    And in the case of Mr. Wright, did you form any conclusions

24   or opinions as to whether or not he has asthma?

25   A.    Yes.

1    Q.    And what are those opinions?

2    A.    I believe Mr. Wright has asthma.  He had a positive study,

3    and that positive study is compatible with asthma.

4    Q.    Now, in your review of Mr. Wright's medical records, had you

5    ever seen a diagnosis of asthma from any of those physicians?

6    A.    No.

7    Q.    To your knowledge, are you the first physician to come up

8    with a diagnosis of asthma for Mr. Wright?

9    A.    Yes.

10   Q.    Okay.  Now, what other tests, if any, did you perform on

11   Mr. Wright?

12   A.    We did a chest x-ray.

13   Q.    Okay.

14   A.    The chest x-ray demonstrated scoliosis, which is curvature

15   of the spine.  He actually has -- the reason by physical

16   examination that he doesn't appear to have much scoliosis is

17   because he actually has two curves, which is a bit unusual.

18            He has an upper curve and a lower curve, if you will.

19   And those two don't totally cancel each other out, but it makes

20   the -- probably makes the physiologic effect of the scoliosis

21   less and certainly the physical appearance less.

22   Q.    I believe that's what the plaintiff testified to yesterday,

23   that from just looking at him, you really can't tell he has

24   scoliosis?

25   A.    It's -- you can -- I mean, I can tell, but you might not be

1    able to tell, nothing personal.  But he has mild scoliosis,

2    physically.

3    Q.   I concur.

4         Okay.  Is there anything else in your notes as it

5    regards your history and physical that you haven't told the jury

6    yet?

7    A.   No.  Only my impressions.

8    Q.   Okay.  Let's talk about those impressions for a minute.  You

9    came to some conclusions, did you not, in your review of this

10   case?

11   A.   Yes.

12   Q.   Okay.  And I believe the first one is that -- if you can

13   read it to the jury.  Can you see it?

14        MR. GIEGER:  Your Honor --

15        THE WITNESS:  Now, you -- this is actually --

16        THE COURT:  Is there an objection?

17        MR. GIEGER:  I think he's actually showing him his

18   report, and that's not in evidence.

19        THE COURT:  Right.  If you want him to look at his

20   report and testify from it, he's here to tell us, so we don't

21   need to -- let's get his opinions here.

22        MR. D'AMICO:  That's fine.

23                          EXAMINATION

24   BY MR. D'AMICO:

25   Q.   Tell us what your conclusions are, Doctor.

1    A.    On the date of that examination, on the date of that

2    examination, my impression was probable rhinitis and

3    conjunctivitis, presumably secondary to formaldehyde exposure

4    while living in the FEMA-supplied travel trailer from

5    March the 6th until -- March 2006 until July of 2008.  The

6    symptoms have totally resolved.  That was Number 1.

7              Number 2, positive study for bronchoreactivity.  This

8    is diagnostic of bronchial asthma.  His symptoms are very mild,

9    intermittent, and historically preceded his stay in the travel

10   trailer.  His symptoms appear to have been somewhat worse while

11   living in the travel trailer.

12   Q.    Okay.  Let's talk about them one by one.  You concluded that

13   Mr. Wright had rhinitis?

14   A.    Yes.

15   Q.    And what is that?

16   A.    Rhinitis is a runny nose, a runny, stuffy nose.

17   Q.    And conjunctivitis, what is that?

18   A.    Conjunctivitis is inflammation of the eye, the covering of

19   the eye.

20   Q.    And headaches, correct?

21   A.    Yes.  He said that in his -- in the body of the history, he

22   complained of headaches.  I didn't -- I omitted it, apparently,

23   in my impression from June the 1st.

24   Q.    And did you conclude that Mr. Wright had rhinitis,

25   conjunctivitis and headaches possibly on the basis of an exposure

1  to an irritating substance while living in the FEMA-provided

2  trailer from March of 2006 until July of 2008?

3  A.   That was my conclusion in my opinion paper, my final opinion

4  paper, yes.

5  Q.   Okay.  Now, you stated just now that these symptoms have

6  resolved since moving out of the trailer in July of 2008 and have

7  not recurred.  How did you reach that conclusion, Doctor?

8  A.   That was totally based on Mr. Wright's history on

9  June the 1st.

10  Q.   Okay.  Now, in your review of the medical records, I believe

11  you saw that it demonstrated that he was treated for and improved

12  on treatment for a bacterial conjunctivitis in May of 2006; is

13  that correct?

14  A.   Yes.

15  Q.   And that was during the time that he was residing in the

16  travel trailer?

17  A.   Yes.

18  Q.   And from your review of the literature regarding

19  formaldehyde, has formaldehyde been known to be an eye irritant?

20  A.   Yes.  At certain levels, yes.

21  Q.   Okay.  Do you know which levels it's an irritant to the eye?

22  A.   Well, the eye is the most sensitive organ.  And historically

23  and classically, I think most people would agree on one part per

24  million or a thousand parts per billion, one might have -- more

25  than 50 percent of people would have eye symptoms at that level.

1314

1   Q.   Now, Doctor, just so the ladies and gentlemen of the jury

2   are clear, you're not a toxicologist?

3   A.   I am not.

4   Q.   You're not an epidemiologist?

5   A.   I am not.

6   Q.   And do you profess to have an expertise in those subjects?

7   A.   No.

8   Q.   What you're telling the ladies and gentlemen of the jury, if

9   I am understanding you, is from your review of the literature

10  that you did in connection with this case?

11  A.   Yes.

12  Q.   Would you defer to a toxicologist on issues of exposure to

13  formaldehyde and at what levels one might expect to find physical

14  symptomology?

15  A.   Not necessarily what one might expect to have symptoms at,

16  but I would probably defer to them on what were the levels,

17  particular levels of formaldehyde to which he was exposed.

18  Q.   Okay.  Now, further reading on in your opinions in your

19  report, I believe you say that you reviewed and evaluated

20  Dr. Knight Worley's, an ENT specialist, records in October of

21  2006, for complaints of blood in the saliva in the early mornings

22  and on approximately a two-year history of recurrent nasal

23  congestion.

24         Now, tell the ladies and gentlemen of the jury what, if

25  any, significance did you place on this?

1   A.   Well, my recollection is that was from 2007, I believe.

2   Q.   Correct.  From October of 2007.

3   A.   And what significance did I attach to it?

4   Q.   Yes.

5   A.   He apparently had -- Dr. Worley felt that he had significant

6   rhinitis at that time.  He describes, by my recollection, red

7   mucous membranes, and I think he actually described an exudate or

8   perhaps some pus in the nose.

9   Q.   And did Dr. Knight Worley, the ENT, also note in that

10  October of 2007 note that the patient had recently been worse?

11  A.   Perhaps so.  I don't recall the specifics.

12  Q.   Okay.  Was he treated for chronic sinusitis and

13  nasopharyngitis and epistaxes by Dr. Worley?

14  A.   Yes.

15  Q.   Now, what is chronic sinusitis?

16  A.   Itis means inflammation, so sinusitis would be inflammation

17  of the sinus.  Chronic would be something lasting more than a day

18  or two.  It's generally referred to as weeks or months.  I mean,

19  that's the general feeling for chronic.

20  Q.   What is nasopharyngitis?

21  A.   Nasopharyngitis would be itis, or inflammation, of the nose

22  and pharynx, or throat.

23  Q.   And epistaxes, what is epistaxes?

24  A.   Epistaxes is a nosebleed.

25  Q.   Now, I believe you stated that in Dr. Knight Worley's

1   reports that he had improved with an antibiotic and a nasal

2   corticosteroid and nasal saline washes, correct?

3   A.    Yes.

4   Q.    All right.  Did you also see evidence that the epistaxes had

5   continued from other medical records you reviewed?

6   A.    Yes.

7   Q.    In particular, did you review the medical records of

8   Dr. Richard Spector who testified in court?

9   A.    Yes.

10  Q.    And doesn't Dr. Spector also document that the epistaxes was

11  a problem for Mr. Wright?

12  A.    Yes.

13  Q.    Now, did you also review the records of Dr. Spector wherein

14  he found a tumor at the base of Mr. Wright's tongue?

15  A.    Yes.

16  Q.    And did you also see evidence that that tumor was biopsied,

17  and it was found to be benign?

18  A.    Yes.

19  Q.    Do you have any opinions one way or the other as to what the

20  causes of that tumor were?

21  A.    No.

22  Q.    Now, you also stated in your report, did you not, that the

23  patient, my client, Mr. Wright, has had historical evidence for

24  asthma that preceded his time in the travel trailer?  Now, I

25  would like to discuss that with you a little bit, Doctor.  What

1    is the basis for that opinion?

2    A.    Well, Mr. Wright had very common symptoms, quite frankly.

3    The fact that no one made the diagnosis of asthma before he came

4    to see us is not a surprise.   This is something that we deal with

5    every week.

6           We see -- Mr. Wright had symptoms, historical symptoms

7    of a cough that was an episodic cough that occurred -- he related

8    it to colds.   When he would get -- it seemed like when he would

9    get a cold, that he would cough, and it was the usual part of his

10   cold.

11          And I would submit that a cough is not usually a

12   manifestation of a cold.   You can get cough subsequent to cold.

13   A cold is a virus infection of the nose and upper airway caused

14   by any number of viruses, and one can certainly -- it can

15   certainly lead to cough by the same virus or acute bronchitis;

16   but, his coughs, by history, seemed to last longer than one would

17   anticipate they would last to be on the basis of a common cold,

18   which should generally last about five to seven days.

19   Q.    Okay.   Now, you talked about this testing that you had done,

20   and I believe there is an impression in the study.   Let me see if

21   I can get it to where everybody can read it.   This positive study

22   for bronchoreactivity, which you told the jury about earlier, and

23   the impression, if you would, Doctor, tell the ladies and

24   gentlemen of the jury what the impression is.

25   A.    Yes.   The impression is a positive study for

1    bronchoreactivity, moderate to severe, by American Thoracic

2    Society criteria.

3    Q.   All right.  Now, moderate to severe.  What is the

4    significance of that?

5    A.   Well, it means that the provocative dose that caused a

6    20 percent reduction in his flow rate, when he took a deep breath

7    and he blew out as hard as he can blow, he had a 20 percent

8    reduction in his -- the amount he can blow out in one second at a

9    dose of less than .3 milligrams of a substance called

10   methacholine.

11          The American Thoracic Society, along with the American

12   College of Chest Physicians, are the two main pulmonary doctor

13   groups, and they've determined that anything less than

14   .4 milligrams of methacholine is considered moderate to severe

15   bronchoreactivity.

16          It doesn't mean that he has moderate to severe asthma.

17   It means that he has sensitive airways, and, if stimulated, that

18   he may, in fact, have asthma -- or have symptoms of asthma.

19   Q.   Very good.  Now, let me ask you some questions about that.

20   From your review of the literature, Doctor, do you know if

21   formaldehyde gas is a respiratory irritant?

22   A.   It can be a respiratory irritant at certain levels.

23   Q.   And from your review of the literature, isn't it true that

24   formaldehyde can exacerbate asthma?

25   A.   It can possibly exacerbate asthma at high levels.

1    Q.    And isn't it also true that this exacerbation can

2    permanently increase the severity of the asthma?

3    A.    No.

4    Q.    You don't agree with that?

5    A.    No, I don't.

6    Q.    Do you have --

7    A.    I'll qualify that.  If you have frequent exacerbations or

8    frequent episodes of asthma that are not treated, and you

9    don't -- or not treated appropriately, and you continue to have

10   these things and they are not treated appropriately, then over a

11   long period of time you can actually develop scarring around the

12   bronchial tube; and, under that circumstance, you could certainly

13   have progressive and more serious asthma, yes.

14   Q.    So a repeated exposure to formaldehyde over a

15   greater-than-two-year period, if the levels were high enough,

16   could cause this scarring that you're talking about?

17   A.    No.  That's not what I said.  I said that if he had repeated

18   episodes of asthma, repeated episodes of asthma, bronchospasm,

19   where he had tightness in the chest, wheezing, shortness of

20   breath, if those were things that he had and they were persistent

21   and they weren't appropriately treated and, more importantly,

22   prevented with a long-term use of certain medications, then under

23   that circumstance he might have progressive asthma and may

24   actually develop some permanent impairment.

25              I did not say that he even has asthma as a result of

1   his exposure in the trailer or that it's worse because of any

2   exposure that he may have had in the trailer.  I did not say

3   that.

4   Q.   Just so we're clear, you did find, though, that the cough he

5   experienced while living in the trailer was mild historically but

6   may have been worse than it might otherwise have been because of

7   his underlying asthma?

8   A.   Yes.

9   Q.   Okay.  Now, you found that -- you had an impression that a

10  rash occurred during the time when Mr. Wright was living in the

11  trailer, correct?

12  A.   That's what he told me, yes.

13  Q.   All right.  And you have not been able to point to any place

14  in the medical records where a diagnosis of asthma preexisted

15  Mr. Wright's stay in the trailer?

16  A.   That's correct.  Nor after his stay in the trailer.

17  Q.   Except by you?

18  A.   Except by me.  Now, there was a -- if I may address --

19            THE COURT:  If it pertains to the question that he

20  asked, you can explain.

21            THE WITNESS:  There is a notation in his medical record

22  from December of 2003, I believe it's by Dr. Cruz, where he was

23  noted to be wheezing.  He came in complaining of some chest

24  congestion and cough, as I recall.  And he was noted to be

25  wheezing on that occasion.

```
 1                         EXAMINATION

 2    BY MR. D'AMICO:

 3    Q.    Now, you also, I believe, said that asthma is a permanent

 4    condition, correct?

 5    A.    Generally speaking, yes.

 6    Q.    It doesn't burn out?

 7    A.    Well, it actually does burn out.  I mean, there are

 8    instances of people who -- whose asthma burns out over time.

 9    Now, some of those people have very severe impairment.

10          Asthma -- pure asthma tends to be a cyclical illness,

11    and typically patients will have episodes in their life where

12    they have trouble with asthma, perhaps two or three years in a

13    row, and then they may go several years and it doesn't bother

14    them very much at all; whereas, some people have persistent

15    asthma, asthma virtually every day or every week, and whose

16    asthma is much more difficult to control.

17    Q.    Okay.  Now, Doctor, in connection with your investigation of

18    the plaintiff in this case, did you have an occasion to review

19    some medical records of a CT head scan of May 2, 2002?

20          Do we have that scan?

21          Did you review the CT head scan?

22    A.    I didn't review the scan.  I believe I saw a report from a

23    scan.

24    Q.    You saw the report.

25    A.    Yes.
```

1322

1   Q.   And what was the impression of the physician who did the CT

2   scan of Mr. Wright on May 2nd, 2002?

3   A.   As I recall, it was a normal scan.

4   Q.   And in your review of Mr. Wright's medical records did you

5   also review a July 22nd, 2009, CT head scan?

6   A.   Again, I reviewed the report.  I didn't look at the scan.

7   Q.   Okay.  Let me show you and see if this is the report of the

8   2002 head scan that you reviewed?

9   A.   Yes.

10  Q.   The diagnosis was some dizziness and left-sided weakness,

11  correct?

12  A.   Yes.

13  Q.   And what were the findings of the CT head scan?

14  A.   Visualized portions of the paranasal sinuses and the orbital

15  contents are grossly -- I apologize.  It says, the visualized

16  portions of the paranasal sinuses and the orbital contents are

17  grossly unremarkable in appearance.

18  Q.   Basically, a normal CT head scan?

19  A.   Yes.

20  Q.   And this is the time period predating Mr. Wright's occupancy

21  in the trailer?

22  A.   Yes.

23  Q.   Okay.  Now, I'd like you to look at a document that I think

24  you said you reviewed, the 2009, July 22, 2009, CT scan at Touro

25  Infirmary of Mr. Wright as ordered by Dr. Spector.  You reviewed

1    that, correct?

2    A.    The report, yes.

3    Q.    Yes.  You didn't see the scan; you looked at the report?

4    A.    That's correct.

5    Q.    Have you since reading the report looked at the scan?

6    A.    No.

7    Q.    Then I'll show you the report and ask you if this is your

8    understanding, if I can get it centered correctly --

9    A.    I can read it.

10   Q.    You can read it?

11   A.    Yes.

12   Q.    What was the impression of the 2009 reading?

13   A.    The impression is bilateral maxillary sinusitis along with

14   sphenoidal sinusitis identified in this patient with apparent

15   prior history of mastoidectomy on the right.

16   Q.    And there is an addendum report dated July 23rd, 2009,

17   correct, Doctor?

18   A.    Yes.

19   Q.    And would you please read that for the ladies and gentlemen

20   of the jury and explain what that means.

21   A.    Scans were reviewed with Dr. Spector and myself in the

22   further evaluation of this asymmetric mass at the base of the

23   tongue.

24          So apparently, as -- an incidental finding was a mass

25   at the base of the tongue.  The impression, the bilateral

1   maxillary sinusitis is itis, or inflammation, of the sinuses.

2   The maxillary sinuses are these sinuses below the eyes in front

3   of the face.  The sphenoidal sinus is the sinus between the eyes

4   and the forehead.

5   Q.   Okay.  So this impression on the July 2009 CT of the head is

6   a very different presentation from the 2002 CT scan of

7   Mr. Wright's head, correct?

8   A.   Yes.

9   Q.   All right.  Do you have any -- as we sit here today and from

10  your review of the records, any explanation for the difference in

11  the -- difference in the CT scans from 2002 to 2009?

12  A.   Yes.

13  Q.   What do you think it is, Doctor?

14  A.   He had maxillary and sphenoidal sinusitis in 2009 and didn't

15  in 2002.

16  Q.   Well, isn't there evidence that he had it in 2007?

17  A.   Well, he had -- he had -- he was seen by an ENT physician

18  and had a clinical diagnosis.  I don't believe Dr. Worley did a

19  CT of the head and sinuses at that point.  I don't recall if he

20  did.

21  Q.   I asked you that question, Doctor, at your deposition, and I

22  would like to show it to you at page 124, line seven.

23          MR. D'AMICO:  May I approach.

24          THE COURT:  Yes.

25                          EXAMINATION

1    BY MR. D'AMICO:

2    Q.    If you could, please, Doctor, would you read the question

3    and the answer to the jury.

4    A.    Let's see.  Start on line seven?

5    Q.    Yes.  "Okay.  Now, that's a very different" --

6    A.    "Okay.  That's a very different clinical presentation from

7    the May 2nd, 2002, head scan to the July 22nd, 2009, head scan?"

8    Q.    And your answer?

9    A.    And my answer was, "Well, it's not a clinical presentation.

10   I don't know what the clinical aspect was in 2002."

11          And then you said, "You're right, you're right."

12          And I said, "The results are clearly different from

13   2002 to 2009.

14   Q.    And my next question to you, Doctor.

15   A.    "Okay.  Okay.  From your review of the medical records and

16   from your interview with Mr. Wright and your review of this" --

17   "of his deposition, do you have any explanation as to why these

18   changes occurred?

19   Q.    And your answer?

20   A.    And I said, "No, I'm not sure why he had them."

21   Q.    So at the time I took your deposition on December 4th of

22   2009, your answer was you were not sure as to why he had those

23   changes?

24   A.    Well, I'm not sure if I was referring to the changes or why

25   he had the scans.

1          Clearly, he had a condition in 2009 that he didn't have
2    in 2002.  So that's -- I mean, that's obvious.  So if I -- if I
3    said no, I didn't know why, then I was probably referring to why
4    he had the scans, not because of what is obvious in the
5    impression in the report.
6    Q.   I see.
7          Do we know of any significant exposures to any
8    substances other than what he may have been exposed to in the
9    travel trailer that may have been responsible for the change in
10   these scans in Mr. Wright's head scan from 2002 to 2009?
11   A.   Well, I think there is a great probability that it has
12   nothing to do with the exposure in the trailer.  Maxillary
13   sinusitis and sphenoidal sinusitis are very common conditions.
14   It's probably the bread and butter of ear, nose and throat
15   physicians.  It's a common, common occurrence in patients,
16   whether they've lived in a travel trailer or not lived in a
17   travel trailer.  So I don't perceive that as being unusual at
18   all.
19   Q.   I see.  So as we sit here today, the only conclusions you
20   have drawn regarding what role, if any, the stay in the travel
21   trailer for Mr. Wright had, as you put in your report, is that
22   his rhinitis, conjunctivitis and headaches may have been from an
23   exposure to an irritating substance while living in the
24   FEMA-provided travel trailer from March of 2006 until July of
25   2008?

1          MR. GIEGER:  Objection.  That was not his testimony.

2    That was a history given.

3          MR. D'AMICO:  I'm reading from his impressions in his

4    report.

5          THE COURT:  Does he -- he's got his report.  He's got

6    his papers.

7          THE WITNESS:  I do.

8          THE COURT:  Direct him to where you're reading and let

9    him answer.

10              I'll overrule the objection, but show him --

11         MR. D'AMICO:  Yeah.  It's here on --

12         THE COURT:  You don't have to put it on the screen.

13   Tell him what part of it you're reading from --

14         MR. D'AMICO:  Yeah, number one.

15         THE COURT:  -- and he's going to give you his testimony.

16         THE WITNESS:  Actually, I don't have that report,

17   Your Honor --

18         THE COURT:  You don't have the report --

19         THE WITNESS:  -- but I have -- I'll be happy to look at

20   it on the screen.

21         THE COURT:  Go ahead and put it on the screen.

22                          EXAMINATION

23   BY MR. D'AMICO:

24   Q.   Your conclusion was that Mr. Wright had rhinitis,

25   conjunctivitis and headaches, possibly on the basis of an

1    exposure to an irritating substance, while living in the

2    FEMA-provided trailer from March of 2006 until July of 2008; is

3    that correct?

4    A.   That's correct.

5    Q.   And is that still your opinion today?

6    A.   Yes.

7        MR. D'AMICO:  I have no further questions.  I tender the

8    witness.

9        THE COURT:  Mr. Gieger.

10                              EXAMINATION

11   BY MR. GIEGER:

12   Q.   Good morning, Dr. Smith.

13   A.   Good morning.

14   Q.   Would you put up 632, which is Dr. Smith's CV.

15       Dr. Smith, I am not going to spend a lot of time with

16   this jury on your background, but tell the jury where you

17   practice.

18   A.   I'm a -- I have a hospital-based practice at East Jefferson

19   Hospital.  My office is actually in the hospital.

20   Q.   Would you give the jury a brief encapsulated overview of

21   what your practice is and has been for the last 32 years here at

22   East Jefferson Hospital.

23   A.   I see patients every day.  Usually, in the office, I see

24   about 12 patients a day that have common and some not so common

25   pulmonary problems.  We treat smoking-related lung disease,

1  asthma, lung cancer, pneumonias, some other unusual pulmonary

2  diseases and manifestations of some other diseases that I hope

3  none of you have and you would never want.  That's my office

4  practice.

5          We also have a very busy hospital-based practice of

6  lung diseases and critical care, where we see people in the

7  intensive care unit and in the hospital that have complicated

8  illnesses, again, sometimes as manifestations of other diseases,

9  heart disease, liver disease, kidney disease.  We generally treat

10  very sick patients.

11          So my practice is a high end, if you will, or high

12  acuity practice treating people with often very serious lung

13  diseases but sometimes very common lung diseases that may -- that

14  have been persistent, let's say, for a period of time, but may

15  have been undiagnosed.

16  Q.   Here's the question for you, Dr. Smith, that I think this

17  jury wants to know:  You've reviewed Mr. Wright's medical

18  records, correct?

19  A.   Yes.

20  Q.   You've reviewed -- you've examined Mr. Wright?

21  A.   Yes.

22  Q.   You've tested Mr. Wright, correct?

23  A.   Yes.

24  Q.   And you've looked at the literature relative to formaldehyde

25  and asthma, right?

1   A.    Yes.

2   Q.    And you have, in fact, treated asthmatics for years as part

3   of your practice, correct?

4   A.    Yes.

5   Q.    Does Lyndon Wright have asthma that was caused by

6   formaldehyde while he lived in that travel trailer for 28 months?

7              MR. D'AMICO:  Objection.

8              THE COURT:  Overruled.

9              THE WITNESS:  No, in my opinion.

10                           EXAMINATION

11  BY MR. GIEGER:

12  Q.    Based upon the same evidence, does Lyndon Wright have asthma

13  that was exacerbated by formaldehyde while he lived in the travel

14  trailer for 28 months?

15  A.    No.

16  Q.    It didn't cause his asthma, didn't exacerbate his asthma,

17  did it?

18  A.    No.

19  Q.    Now, Mr. Wright is an asthmatic?

20  A.    Yes.

21  Q.    Explain to the jury the kind of asthmatic Mr. Wright is.

22  A.    Well, Mr. Wright is a -- Mr. Wright, I would say, to put him

23  in a box, and my apologies for putting you in a box, Mr. Wright,

24  is a cough asthmatic.  Cough is his primary manifestation of

25  asthma.  It's very common.

1           Those are the people that because they go undiagnosed

2    for often years that we do methacholine tests on because they

3    don't have classic symptoms of nighttime wheezing, chest

4    tightness, shortness of breath.

5    Q.   You called him an occult asthmatic?

6    A.   An occult asthmatic.  Right.  That means hidden.  That means

7    it's not obvious.  Particularly, it's not -- it wasn't obvious to

8    him, obviously, but it also wasn't obvious to his physicians that

9    he had asthma.

10   Q.   Is that because many people -- many physicians who have a

11   normal general practice and see people like -- patients like

12   Mr. Wright don't have the kind of practice you have treating

13   asthmatics on a regular basis?

14            MR. D'AMICO:  Objection, leading.

15            THE COURT:  I sustain.  We're leading now.

16                              EXAMINATION

17   BY MR. GIEGER:

18   Q.   Why is it that you would not expect to see this diagnosis in

19   his normal medical records?

20   A.   Well, it's -- it's commonly -- sometimes the pattern is not

21   recognized.  Sometimes the physicians don't inquire about,

22   perhaps, other symptoms related to it.

23            Just in his -- in his case specifically, he was -- he

24   was heard to have wheezing with a -- what was perceived to be a

25   respiratory illness in December of 2003; but, in fact, I think

1   his diagnosis was bronchitis.  And I don't recall that

2   specifically.

3          It clearly was not asthma because there's not any

4   mention of asthma in his medical record, but I believe that he,

5   in fact, had asthma, and I believe and my recollection of the

6   deposition of Dr. Cruz was that he -- I think he was asked what

7   did he think about the wheezing, and he said -- as I recall, he

8   didn't really know what it meant.  He didn't -- he didn't

9   attribute a lot of significance to it.

10  Q.   Was that Dr. Field's deposition --

11  A.   It could have been Dr. Field's.  I'm sorry.

12  Q.   It's Dr. Field's deposition, Dr. Cruz's records, right?

13  A.   If you say so.

14  Q.   Now, in your practice, your pulmonary practice here at

15  East Jefferson, do you see occult asthmatics, people who come in

16  just like Mr. Wright that you diagnose all the time?

17  A.   Yes.

18  Q.   And how often do you see those kind of patients?

19  A.   Well, I think we see people like Mr. Wright virtually

20  weekly.

21  Q.   Now --

22  A.   Sometimes more than once a day.  I mean, it's highly

23  variable, but I would say on average every week or so.

24  Q.   People who come in and who don't know they have asthma, and

25  you diagnose them with asthma?

1    A.    That's correct.

2    Q.    Now, you made a diagnosis of -- I'm sorry, you talked to

3    Mr. D'Amico about rhinitis, conjunctivitis and headaches,

4    correct?

5    A.    Yes.

6    Q.    How did you originally draw those initial impressions for

7    those three areas?

8    A.    By Mr. Wright's history.

9    Q.    So that was based on his history and nothing more?

10   A.    Correct.

11   Q.    And you say that they were possibly.  When you wrote in your

12   report possibly, what did you mean?

13   A.    Well, that was his history that he told me, that he had

14   these things while he was in the trailer, and he attributed them

15   to his stay in the trailer.  And so my opinion was that because

16   he attributed them to those that it was possibly related to that.

17   Q.    And you said based on an exposure to an irritating

18   substance; you didn't say formaldehyde, did you?

19   A.    No.

20   Q.    In fact, there are a number of irritating substances that

21   can cause rhinitis, conjunctivitis and headaches, correct?

22   A.    Yes.

23   Q.    And so you made that diagnosis based upon the fact that he

24   gave you a history and it could be a number of irritating

25   substances, right?

1    A.    Yes.

2    Q.    You never in this case, do I understand, diagnosed him as

3    having rhinitis, conjunctivitis or headaches associated with the

4    formaldehyde in this trailer, have you?

5              MR. D'AMICO:  Objection.  Leading.

6              THE COURT:  Yes.  The last few questions have been

7    leading questions.

8                              EXAMINATION

9    BY MR. GIEGER:

10   Q.    Did you diagnose Mr. Wright as having conjunctivitis,

11   rhinitis or headaches associated with his exposure to

12   formaldehyde in this trailer?

13   A.    No.

14   Q.    Why not?

15   A.    Because he -- the diagnosis -- these diagnoses were

16   historical diagnoses.  And he -- I don't know what levels of

17   formaldehyde he was exposed to in this trailer.  I know what

18   the -- I know what is published that -- the average concentration

19   and that sort of thing, but I don't know what levels he was

20   exposed to.

21              It is possible that he could have had conjunctivitis or

22   rhinitis if, in fact, he was exposed to high enough levels in

23   this trailer to cause those symptoms; but, it's a level -- it's

24   a -- it's a concentration, if you will, related issue.

25   Q.    And can you give the jury some better understanding what you

1    mean by the kinds of levels that would be associated with

2    rhinitis, conjunctivitis and headaches?

3    A.    Well, the -- according to the literature, the eyes are the

4    most sensitive organ --

5              MR. D'AMICO:  Objection, beyond the scope of this

6    witness' expertise.

7              THE COURT:  Why don't y'all approach.

8              (WHEREUPON, at this point in the proceedings, there was

9    a conference held at the bench.)

10             THE COURT:  The question was can you give the jury some

11   better understanding of what you mean by conjunctivitis and

12   headaches.  Why is that outside of the area of expertise?

13             MR. D'AMICO:  From formaldehyde?  He's not a

14   toxicologist.

15             MR. GIEGER:  He doesn't have to be a toxicologist.

16             MR. D'AMICO:  All he's doing is looking at the

17   literature and quoting what he's reading.

18             THE COURT:  That's what many of the experts in this case

19   have done.  Are you going to tell me that that woman sitting out

20   there is not going to do that this afternoon?

21             MR. D'AMICO:  Point well taken.

22             THE COURT:  Overruled.

23                            EXAMINATION

24   BY MR. GIEGER:

25   Q.    Doctor, can you answer the question?

1   A.   Yes.  The levels generally associated with conjunctivitis

2   are about one part per million or a thousand parts per billion.

3   All right?  There is some variation; but, roughly, that's an easy

4   way to remember, one, for the conjunctivitis.

5          For the rhinitis, about two, two parts per million, two

6   thousand parts per billion.

7          For headache, not sure.  I don't think there is really

8   much literature about neuro -- any kind of neurotoxicity or what

9   levels are associated with any neurotoxicity or if there, in

10  fact, is neurotoxicity with formaldehyde.

11  Q.   Let's talk about -- conjunctivitis is your eyes, correct?

12  A.   Yes.

13  Q.   And in his case he had bacterial conjunctivitis, correct?

14  A.   Yes.  He was -- he was found to have bacterial

15  conjunctivitis, I believe it was in May of 2006.

16  Q.   Why was it important for this jury to know the difference

17  between a bacterial conjunctivitis as opposed to something caused

18  by formaldehyde?

19  A.   Well, formaldehyde or other chemicals will cause a chemical

20  conjunctivitis, or inflammation of the covering of the eye, based

21  on a chemical reaction or -- you can think of it as a burn, a

22  very low-grade burn; whereas, a bacterial conjunctivitis would

23  actually be a bacterial infection in the eye, bacterial infection

24  of the covering of the eye.

25          So one is a chemical burn, if you will, a mild burn, a

1  chemical irritation; the other is an actual infection.

2  Q.  Now, in your review of Mr. Wright's medical records, did you

3  also review his prescription records, right?

4  A.  Yes.

5  Q.  Okay.  Was Mr. Wright taking an antihistamine as part of his

6  regimen of medication before he moved into the trailer?

7  A.  I believe so.

8  Q.  And what is your understanding of his -- if any, change in

9  that regimen of antihistamine after he moved into the trailer or

10  about the same time?

11  A.  I really don't recall.

12  Q.  Tell the jury, if you would, if, in fact, a history -- a

13  person like Mr. Wright who changes his antihistamine, in other

14  words, he takes a lower dose, what effect would it have on his

15  sinuses and other conditions?

16  A.  Well, it could make him worse.  Using antihistamines and

17  using decongestants is almost an art, in my opinion.  It's a hunt

18  and peck type of thing.  You use one thing, and you see if that

19  works.  If that doesn't work, you try something else, which may

20  lead to why some of you are frustrated with your physicians,

21  well, why can't he just get it right, because everybody is

22  different, and so what works one time may not work the next time.

23           So it's a very highly variable cause and effect; so

24  some things may be effective, some things might not be effective.

25  Sometimes the dose is too much, sometimes it's not enough.  And

1  changing those doses or changing those medications could

2  certainly lead to an increase in his symptoms.

3  Q.   And did Mr. Wright have a history of seasonal allergies

4  before he moved into the trailer?

5  A.   Yes.

6  Q.   And how would a change in an antihistamine affect someone

7  like Mr. Wright who had seasonal allergies?

8  A.   Well, it could make it better or it could make it worse.

9  Q.   It's a possibility that he could have a worse reaction

10  because of a change in an antihistamine, correct?

11  A.   Right.

12  Q.   He would have more, if you would, more sinus conditions and

13  more nasal congestions and more eye irritation if there was a

14  change in his antihistamine?

15          MR. D'AMICO:  Objection, leading.

16          THE COURT:  Let's not lead the witness.

17                              EXAMINATION

18  BY MR. GIEGER:

19  Q.   Would he have a change -- could he have a change in his --

20  the reaction to his eyes, nose and sinuses if he had seasonal

21  allergies and there was a change in his antihistamines?

22          MR. D'AMICO:  Same objection.

23          THE COURT:  Don't -- again, let's not ask questions that

24  suggestive of an answer, not on this question or questions into

25  the future.  And the reason I explained to the jury the order

1  that we were going to go in was because this witness would be

2  called on the defendants' in chief.

3          So leading questions are not going to be permitted

4  by defense counsel, so do not ask a question that is suggestive

5  of an answer.  Ask the question, and he'll answer it.

6                              EXAMINATION

7  BY MR. GIEGER:

8  Q.   In a person like Mr. Wright, what effect would it have if he

9  changed his medication?

10  A.   It could make it better, it could make his symptoms worse.

11  If his rhinitis got worse, let's say if it wasn't as effective,

12  then he could have worse rhinitis.  He may have worse

13  conjunctivitis if he had allergic conjunctivitis.

14          And if he had worsening rhinitis, he could -- the

15  sinuses are holes in the bone in the face that are lined by

16  mucous membrane, so -- and they have to drain.  So if the nose is

17  stopped up and the opening to the sinuses is stopped up, then the

18  sinuses don't drain as well, and therefore one can then develop

19  sinusitis or inflammation, sometimes infection of the sinuses, as

20  well, because of poorly controlled nose disease.

21  Q.   Did you find any evidence of any permanent respiratory

22  impairment to Mr. Wright secondary to any exposure to

23  formaldehyde while living in the trailer?

24  A.   No.

25  Q.   You were shown, Doctor, a 2009 Touro CT scan, which is

1    Exhibit 456-00038.  You saw that document before?

2    A.   A few minutes ago.

3    Q.   Yes.  All right.  For a person who has the medical

4    conditions that Mr. Wright has, can you explain to the jury how

5    that might change from time to time, from week to week?

6    A.   Well --

7             MR. D'AMICO:  Objection.  How it might change?

8             MR. GIEGER:  Yes.

9             THE COURT:  I think that's a fair question.  You can

10   answer.  Overruled.

11            THE WITNESS:  Again, going back to my prior answer, this

12   is a very common condition.  Maxillary and sphenoidal sinusitis

13   is a very common condition.  It can change, certainly, in any of

14   us.  You can have it one week and not have it the next.

15               So, in Mr. Wright, he can have it one week and not

16   have it the next.  He's really no differently -- no different

17   than anyone else.

18                          EXAMINATION

19   BY MR. GIEGER:

20   Q.   Is that something that you see in your practice here doing

21   pulmonary medicine at East Jefferson?

22   A.   Yes.

23   Q.   Now, was Mr. Wright taking any other medications that were

24   significant to you in your evaluation?

25   A.   Well, when I -- when I saw Mr. Wright, he told me what he

1  was taking, and I took him at his word that that's what he was

2  taking.

3        It looks like in his medical record, when you review

4  the medical record he was also taking some other drugs -- or

5  another class of drugs that can certainly cause nasal mucosal

6  swelling and has been associated with nosebleeds or epistaxes,

7  which he had.

8  Q.   What medications was he taking that would give those types

9  of symptomatology?

10  A.   Well, the classes, they are called phosphodiesterase five

11  inhibitors.  They're the erectile dysfunction drugs, Viagra,

12  Levitra, Cialis.

13  Q.   And, I'm sorry, they have what potential side effects?

14  A.   Well, actually, about -- there is about a 40 percent

15  incidence of headache with them.  There is about a 10 to

16  12 percent incidence of nosebleed associated with them.  There is

17  about a five, five or six percent incidence of sinus swelling or

18  mucosal membrane swelling associated with those drugs.

19  Q.   And what is it about an erectile dysfunction prescription

20  medication that would have an effect on the sinuses?

21  A.   Well, they are -- actually, they're a specific -- they're

22  special blood vessel dilators, and it's just an effect of the

23  drug.

24        Now, it depends on -- they are kind of drug specific.

25  When you give these drugs to patients, you try to find the ones

1   that they are happiest with, that work the best and have the

2   least number of side effects.

3          So I don't really know how much he took or -- I just

4   know that they were part of his history, subsequent history of

5   others, and they were certainly in his medication list -- history

6   from the pharmacies.

7   Q.   And what effect, if any, does over-the-counter nasal sprays

8   have on applications in patients?

9   A.   Well, over-the-counter nasal sprays tend to be very

10  effective; but, if you don't use them, then you get a phenomenon

11  called -- if you use them semi-regularly, they are very

12  effective.  But when you stop using those drugs, and the reason

13  that they become addictive -- they are not really addictive, but

14  what happens is when you -- when you don't use them, then the

15  nasal membranes swell so your nose becomes stuffy.

16         So, you say, well, I have to use this drug because my

17  nose is stuffy, so you keep using it.  So you end up using it

18  every day, when, in fact, in order to be able to get off of that

19  particular medication, and Afrin is probably the most common one,

20  you have to go through that period of -- it's called rebound

21  nasal congestion, in order for the mucous membranes to get

22  healthy again so that they can have some semblance of being

23  normal.

24         MR. GIEGER:  Thank you, Dr. Smith.  That's all the

25  questions I have.

1    THE COURT:  Ms. Whitfield?

2    MS. WHITFIELD:  Shaw has no questions for Dr. Smith.

3    THE COURT:  Mr. D'Amico.  This is limited to what

4  Mr. Gieger covered.

5                         EXAMINATION

6  BY MR. D'AMICO:

7  Q.   I think Mr. Gieger just asked you if there was a chance that

8  the over-the-counter medications that Mr. Wright was taking could

9  have caused his symptomology, correct?

10 A.   Yes, I think he referred specifically to over-the-counter

11 nasal sprays.

12 Q.   And I believe you said there was a five to six percent

13 chance of his sinus problems being from those drugs?

14 A.   No.  No.  What I said was that --

15    MR. GIEGER:  I object.

16    THE WITNESS:  -- there was a five percent -- five to six

17 percent chance of him having nasal congestion as a result of

18 using Viagra, Levitra, Cialis, erectile dysfunction drugs.  Those

19 are not over-the-counter drugs.

20                         EXAMINATION

21 BY MR. D'AMICO:

22 Q.   The prescription drugs --

23 A.   Yes.

24 Q.   -- you said there was a five to six percent chance?

25 A.   Yes.

1  Q.    Does that mean that there is a 94 to 95 percent chance that

2  his nasal problems are being caused from something else?

3  A.    Yes.

4  Q.    Now, Mr. Gieger was asking you about the impressions of

5  probable rhinitis and conjunctivitis, and you said being

6  secondary to something in the travel trailer but not

7  formaldehyde.  Do you remember that?

8  A.    No, I don't think that's exactly what I said.  I said --

9  Q.    What did you say?

10  A.    My report says possibly, that he had these symptoms on a

11  historical basis possibly as a result of some exposure in the

12  FEMA-provided travel trailer, yes.

13  Q.    That's my point.  And I believe Mr. Gieger asked you did you

14  say it was related to formaldehyde, and you said no.

15  A.    Yes.

16  Q.    I asked you at your deposition, and I believe you told me

17  something different.  Do you recall?

18  A.    No.

19  Q.    I would like to show you --

20          MR. GIEGER:  Your Honor, objection.

21          THE COURT:  Page and line.

22                              EXAMINATION

23  BY MR. D'AMICO:

24  Q.    It's page 108, your answer at line five.  And if you would,

25  my question starts at line three, and would you please give your

1    answer at line five.

2    A.    Sure.  Line three, "Maybe he did.  Okay.  What was your

3    impression, Doctor?"

4         "My impression, probable rhinitis and conjunctivitis

5    presumably secondary to formaldehyde exposure while living in the

6    FEMA-supplied travel trailer from March 2006 until July 2008.

7    His symptoms have totally resolved."

8         Should I continue?

9    Q.    Sure.

10   A.    "Let me ask you about that."

11        "Sure."

12        "When you say the symptoms have totally resolved, what

13   did you form that impression?"

14        "That's what he told me."

15        "Okay."

16        Answer:  "That's what I thought."

17        Question:  "Next, please."

18        "Next, positive study for bronchoreactivity.  This

19   is diagnostic of bronchial asthma.  His symptoms are very mild,

20   intermittent and historically preceded his stay in the travel

21   trailer.

22        "His symptoms" -- should I continue?

23   Q.    Sure.

24   A.    "His symptoms appear to have been somewhat worse while

25   living in the travel trailer."

1  Q.   Let's talk about that.  You're talking about his bronchial

2  asthma symptoms being worse while he's in the travel trailer,

3  correct?

4  A.   May I see that again, please.

5  Q.   Sure, you can go back and read it again.

6  A.   "His symptoms appeared to have been somewhat worse while

7  living in the travel trailer."  That's what he was -- I was

8  talking about his symptoms of cough because he said that he was

9  coughing more while living in the travel trailer.  That was the

10  symptom that I was referring to.

11  Q.   When you said, "Next, positive study for bronchoreactivity.

12  This is a diagnostic bronchial asthma.  These symptoms are very

13  mild," you weren't talking about bronchial asthma in that

14  paragraph?

15  A.   He has a diagnosis of bronchial asthma because of his

16  positive test for bronchoreactivity.  His symptom -- his symptom,

17  in my opinion, of bronchial asthma is cough.

18       Now, can you cough without having bronchial asthma?

19  I'm here to tell you that I have a cough today, and I do not have

20  bronchial asthma.

21       Can asthmatics cough and it not be a manifestation of

22  their asthma?  Absolutely.  So I don't think that his cough is,

23  in fact -- or was, in fact, related to an increase in his

24  bronchial asthma.  That's my testimony.

25  Q.   Today, but you didn't say that --

1   A.    And that's the testimony there.

2   Q.    Show me where you say cough.  Where does the word --

3   A.    I said his symptoms -- this is -- I'm reading from my

4   impression.

5         MR. GIEGER:  Your Honor, I'm going to object.  He's

6   arguing with the witness.

7         THE COURT:  Yes.  We're not going to argue with the

8   witness.  Let him go through.  You asked him to look at his

9   testimony again.  He's going to do that, and then we're going to

10  move on.  But we're not going to get into what he did or didn't

11  say when his deposition transcript has already been reviewed.

12         So go ahead and look at it, again, Doctor, and

13  we'll move on.

14         THE WITNESS:  Thank you.  I am reading from my report.

15  This is -- this -- "positive study for bronchoreactivity.  This

16  is diagnostic of bronchial asthma.  His symptoms are very mild,

17  intermittent and historically preceded his stay in the travel

18  trailer."

19         I was referring to his symptoms that he related to

20  me by history of these coughs, to which I've already testified,

21  that seemed to hang on after what he perceived to be a cold.  His

22  symptoms appeared to have been somewhat worse while living in the

23  travel trailer.  And that's what he told me, that his cough, his

24  symptoms of cough were worse while living in the travel trailer.

25  And I believe him.

```
 1                              EXAMINATION
 2   BY MR. D'AMICO:
 3   Q.    Thank you.
 4              And you said you believe him, and that's because why?
 5   Why do you believe him?
 6   A.    Because that's what he felt.  That's what he told me.  I
 7   thought he was a good historian.  I like Mr. Wright.
 8   Q.    Did you feel he was being truthful with you and cooperative
 9   during the exam?
10   A.    Absolutely.
11   Q.    And, in fact, when you told him he had asthma, he had said
12   he had never been told this before, correct?
13   A.    That's correct.
14   Q.    And you believe that to be accurate, too, don't you, Doctor?
15   A.    I do.
16   Q.    Because you found no record of it anywhere in his medical
17   records that he had ever been diagnosed with asthma before?
18   A.    That's correct.
19   Q.    And I believe you told me that you have found in the medical
20   literature and you do know from your own practice that high
21   exposures to formaldehyde, even a single high exposure, can cause
22   asthma?
23   A.    Very high exposure, very high concentration levels.
24              There is one report in the medical literature of an
25   industrial exposure to formaldehyde gas in Belgium that -- that
```

1    probably caused a form of asthma called

2    Reactive Airway Dysfunction Syndrome, which is like --

3    Q.    Or RADS?

4    A.    RADS.  It's -- you can think of it as like a big explosion.

5    It's there and -- it's not there, and suddenly it's there.  It's

6    a single incident exposure that can lead to asthma.

7              This was -- in this particular case, this was in a

8    plant, a 31-year-old smoker in a plant in Belgium that was

9    exposed to a leaky gasket in a plant making urea formaldehyde.

10   Q.    In a 31-year-old smoker.  Is there any evidence that

11   Mr. Wright was a smoker?

12   A.    No.

13             MR. D'AMICO:  Thank you, Doctor, that's all I have.

14             THE COURT:  Mr. Gieger, can you wrap up.

15                            EXAMINATION

16   BY MR. GIEGER:

17   Q.    When Mr. D'Amico just asked you about his symptoms appeared

18   to have been somewhat worse while living in a travel trailer, is

19   that a recitation of the history given to you by Mr. Wright?

20   A.    Yes.

21             MR. D'AMICO:  Objection.  Leading.

22             THE COURT:  Well, it is leading.  It's a recap of what

23   he said, but it's leading so let's not lead the witness.

24                            EXAMINATION

25   BY MR. GIEGER:

1   Q.    Now, Mr. D'Amico has brought up RADS.  Have you in your

2   practice dealt with RADS?

3   A.    Yes.

4   Q.    Tell the jury what RADS is.

5   A.    I just did, but I'll tell them again.

6            MR. D'AMICO:  Objection.  It's cumulative, Judge.  I

7   didn't bring it up.  He did.

8            THE COURT:  No, let's answer.  And let's not --

9            MR. GIEGER:  I'm going to try to be very brief,

10  Your Honor.

11           THE COURT:  Limited to what Mr. -- it's limited to what

12  we covered on direct.  Okay.

13           THE WITNESS:  Reactive Airway Dysfunction Syndrome, or

14  RADS, is asthma caused by a single exposure to something, a

15  substance.  And it's a single exposure to a high concentration of

16  something.  And that something can be any number of somethings.

17  There are literally hundreds of substances that have been

18  described to cause RADS.

19             They are generally in industrial settings, in

20  plants, not in homes.  Can you get RADS in homes?  Yes, you can.

21  For example, if you were in a -- locked in a closet and you

22  spilled a bottle of ammonia, you had very high concentrations of

23  ammonia, you could, in fact, get Reactive Airway Dysfunction

24  Syndrome or asthma based on that and some other things.

25                              EXAMINATION

1  BY MR. GIEGER:

2  Q.   Levels.  What levels are you talking about on single

3  exposure of formaldehyde and asthma?

4  A.   Well, you're talking about levels probably -- now, the

5  levels are not documented in this single incident of RADS.

6         MR. D'AMICO:  Objection.  There is no foundation.  It's

7  outside of his report, too.

8         THE COURT:  I'm going to sustain.

9                          EXAMINATION

10 BY MR. GIEGER:

11 Q.   Is there anything in the medical records that you reviewed

12 for Mr. Wright that had any indication that he had a RADS

13 exposure to asthma?

14 A.   No.

15        MR. GIEGER:  Thank you, Your Honor.  That's all the

16 questions I have.

17        THE COURT:  Thank you, Doctor, you can step down.

18        THE WITNESS:  Thank you.

19        THE COURT:  Okay, it's about 10 minutes to 12:00, so

20 we'll go ahead and break for lunch.  Why don't we plan on

21 starting at 1 o'clock sharp, if you all could.  Please don't

22 discuss the case amongst yourselves or with anyone else during

23 the lunch hour.

24        THE COURT SECURITY OFFICER:  All rise.

25           (WHEREUPON, at this point in the proceedings, the jury

1   panel leaves the courtroom.)

2          THE COURT:  Anything we need to put on the record at

3   this point?  Okay.

4          (WHEREUPON, at this point in the proceedings, the Court

5   was in luncheon recess.)

6                          *   *   *

7

8

9                    REPORTER'S CERTIFICATE

10

11      I, Cathy Pepper, Certified Realtime Reporter, Registered

12   Merit Reporter, Registered Professional Reporter, Certified Court

13   Reporter of the State of Louisiana, Official Court Reporter for

14   the United States District Court, Eastern District of Louisiana,

15   do hereby certify that the foregoing is a true and correct

16   transcript, to the best of my ability and understanding, from the

17   record of the proceedings in the above-entitled and numbered

18   matter.

19

20

21                              *s/Cathy Pepper*
                                _____

22                              Cathy Pepper, CRR, RMR, CCR

23                              Official Court Reporter

24                              United States District Court

25

**'**

**09-2977** [1] - 1214:9

1313:9

**'05** [1] - 1288:4
**'06** [15] - 1220:8,
1220:13, 1224:5,
1235:9, 1250:5,
1250:6, 1251:19,
1256:25, 1260:10,
1260:11, 1280:20,
1280:24, 1281:16,
1282:16
**'07** [10] - 1224:7,
1230:10, 1230:12,
1242:1, 1250:3,
1260:10, 1260:11,
1261:9, 1283:3,
1290:12
**'08** [10] - 1224:9,
1230:9, 1230:11,
1236:3, 1242:2,
1258:21, 1259:3,
1259:16, 1270:7
**'09** [1] - 1285:13

## 0

**00004** [1] - 1241:20
**00104** [1] - 1242:2
**050-001** [1] - 1252:7
**0538-00021** [1] -
1235:21
**0538-00028** [1] -
1235:3
**0538-00195** [1] -
1236:12
**0552-00004** [4] -
1216:19, 1241:14,
1241:22, 1242:17
**0552-00101** [3] -
1216:19, 1242:2,
1242:17
**0552-00104** [2] -
1216:19, 1242:17
**0552-00114** [2] -
1242:3, 1242:17
**0552-00114**..............
............................. [1]
- 1216:20
**0592-00003** [1] -
1266:1
**0592-00010** [1] -
1268:11
**0592-00012** [1] -
1269:8
**0592-0009** [1] -
1266:15
**0592-2** [1] - 1261:3
**09** [1] - 1241:14

## 1

**1** [3] - 1251:9, 1312:6,
1351:21
**10** [4] - 1249:22,
1282:16, 1341:15,
1351:19
**10/9/07** [1] - 1266:2
**1000** [1] - 1214:21
**1050** [2] - 1242:21,
1243:2
**1050**...........................
.......... [1] - 1216:21
**108** [1] - 1344:24
**10:25** [1] - 1293:16
**10th** [1] - 1281:16
**11** [2] - 1262:12,
1262:17
**116** [1] - 1249:21
**12** [4] - 1287:23,
1288:4, 1328:24,
1341:16
**12-hour** [1] - 1288:3
**1219** [2] - 1216:5,
1216:6
**124** [1] - 1324:22
**1242** [1] - 1216:19
**1243** [2] - 1216:7,
1216:21
**1276** [1] - 1216:8
**1297** [2] - 1216:9,
1216:10
**12:00** [1] - 1351:19
**13** [1] - 1260:1
**1328** [1] - 1216:11
**1343** [1] - 1216:12
**1349** [1] - 1216:13
**136/84** [1] - 1307:7
**13th** [1] - 1224:19
**15** [3] - 1217:13,
1217:16, 1270:12
**15th** [1] - 1258:21
**16** [4] - 1290:3,
1290:4, 1290:6
**17** [1] - 1249:21
**18** [1] - 1246:6
**1873** [1] - 1214:5
**19** [3] - 1214:6,
1217:2, 1249:21
**1907** [1] - 1262:12
**19th** [2] - 1252:16,
1252:23
**1st** [10] - 1235:23,
1249:6, 1249:10,
1250:11, 1250:13,
1282:20, 1300:10,
1303:9, 1312:23,

**2** [2] - 1312:7, 1321:19
**20** [2] - 1318:6, 1318:7
**2002** [12] - 1241:15,
1321:19, 1322:2,
1322:8, 1324:6,
1324:11, 1324:15,
1325:7, 1325:10,
1325:13, 1326:2,
1326:10
**2003** [2] - 1320:22,
1331:25
**2005** [1] - 1304:2
**2006** [35] - 1225:17,
1229:6, 1229:10,
1229:18, 1231:18,
1231:25, 1232:7,
1232:11, 1233:4,
1233:6, 1234:2,
1256:19, 1256:21,
1256:22, 1256:24,
1260:1, 1270:21,
1282:20, 1287:22,
1288:1, 1288:10,
1288:11, 1288:18,
1304:3, 1304:12,
1312:5, 1313:2,
1313:12, 1314:21,
1326:24, 1328:2,
1336:15, 1345:6
**2007** [24] - 1230:2,
1230:3, 1230:6,
1230:7, 1232:15,
1233:1, 1233:9,
1260:8, 1262:13,
1262:15, 1262:17,
1270:21, 1278:19,
1278:22, 1288:24,
1289:2, 1289:14,
1289:16, 1289:21,
1289:25, 1315:1,
1315:2, 1315:10,
1324:16
**2008** [21] - 1233:1,
1233:11, 1233:13,
1233:14, 1233:17,
1235:24, 1272:4,
1278:11, 1290:8,
1290:9, 1290:11,
1292:11, 1292:14,
1304:7, 1304:11,
1312:5, 1313:2,
1313:6, 1326:25,
1328:2, 1345:6
**2009** [3] - 1238:18,
1238:21, 1239:18,
1239:20, 1239:23,

**1300:10, 1303:10,
1322:5, 1322:24,
1323:12, 1323:16,
1324:5, 1324:11,
1324:14, 1325:7,
1325:13, 1325:22,
1326:1, 1326:10,
1339:25
**201** [1] - 1215:15
**2010** [2] - 1214:6,
1217:2
**22** [1] - 1322:24
**22nd** [2] - 1322:5,
1325:7
**2315** [2] - 1253:13,
1258:14
**23rd** [1] - 1323:16
**268** [2] - 1246:6,
1246:17
**28** [2] - 1330:6,
1330:14
**29402** [1] - 1215:4
**2nd** [2] - 1322:2,
1325:7

## 3

**3** [1] - 1318:9
**3/19/06** [1] - 1251:21
**3/22/08** [2] - 1266:16,
1268:11
**30** [1] - 1272:10
**304-B** [3] - 1272:10,
1273:3, 1273:8
**3046** [1] - 1272:10
**31-year-old** [2] -
1349:8, 1349:10
**32** [2] - 1299:4,
1328:21
**3600** [1] - 1215:15
**39-year-old** [1] -
1303:19

## 4

**4** [1] - 1318:14
**4/14/09** [1] - 1240:20
**4/14/2009** [1] -
1240:25
**4/18** [1] - 1254:19
**4/18/and** [1] - 1254:14
**4/19/08** [1] - 1268:12
**40** [1] - 1341:14
**4265** [1] - 1214:21
**4550** [1] - 1214:24
**456-00038** [1] - 1340:1
**48** [2] - 1217:11,
1217:15

**4800** [1] - 1215:9
**481** [1] - 1243:13
**486** [1] - 1215:4
**489** [1] - 1251:5
**49** [2] - 1217:11,
1217:15
**4th** [1] - 1325:21

## 5

**5** [1] - 1214:11
**5/11** [2] - 1254:14,
1254:20
**50** [4] - 1217:11,
1217:15, 1252:9,
1313:25
**500** [1] - 1215:21
**5001** [1] - 1252:24
**504** [1] - 1215:22
**51** [1] - 1252:9
**515** [2] - 1219:15,
1219:16
**5153** [1] - 1223:15
**5201** [1] - 1272:10
**5213** [1] - 1273:8
**53** [2] - 1217:12,
1217:16
**57** [2] - 1217:12,
1217:15
**58** [2] - 1217:13,
1217:15
**589-7779** [1] - 1215:22
**59** [2] - 1217:13,
1217:15
**592** [1] - 1257:22

## 6

**6** [3] - 1222:1, 1246:6,
1246:17
**6/16/08** [1] - 1269:25
**6/9/08** [1] - 1269:14
**622** [1] - 1214:18
**632** [1] - 1328:14
**6th** [1] - 1312:5

## 7

**701** [1] - 1215:9
**701-0079** [1] - 1253:20
**70113** [1] - 1214:18
**70130** [1] - 1215:22
**70139** [1] - 1215:10
**70170** [1] - 1215:5
**77027** [1] - 1214:21
**78413** [1] - 1214:24

## 8

**8** [1] - 1257:22
**8/15/08** [1] - 1236:14
**80** [1] - 1307:8
**8:30** [1] - 1214:6
**8th** [1] - 1235:23

## 9

**9/11/07** [1] - 1261:13
**94** [1] - 1344:1
**95** [1] - 1344:1

## A

**A.M** [1] - 1214:6
**AARON** [1] - 1214:17
**abdomen** [1] - 1307:16
**ability** [2] - 1309:9, 1352:16
**able** [3] - 1311:1, 1320:13, 1342:18
**above-entitled** [1] - 1352:17
**absolutely** [2] - 1346:22, 1348:10
**AC** [2] - 1281:1
**accept** [1] - 1298:20
**accepted** [1] - 1258:18
**accompanied** [1] - 1305:22
**according** [1] - 1335:3
**accurate** [2] - 1238:22, 1348:14
**aches** [1] - 1236:6
**acid** [1] - 1306:23
**act** [1] - 1298:11
**acting** [1] - 1281:25
**action** [2] - 1229:3, 1254:8
**actual** [2] - 1302:16, 1337:1
**acuity** [1] - 1329:12
**acute** [2] - 1235:17, 1317:15
**addendum** [1] - 1323:16
**addictive** [2] - 1342:13
**address** [5] - 1253:16, 1257:20, 1258:13, 1258:14, 1320:18
**adenopathy** [1] - 1307:9
**administer** [1] - 1297:6

**admission** [1] - 1242:10
**admit** [1] - 1263:22
**admitted** [9] - 1242:18, 1243:2, 1263:24, 1273:1, 1273:2, 1273:3, 1273:4, 1273:5, 1278:8
**adventitious** [1] - 1307:14
**adverse** [3] - 1295:10, 1295:17, 1298:11
**advise** [1] - 1282:21
**advised** [1] - 1305:1
**affect** [1] - 1338:6
**affected** [3] - 1235:1, 1236:21, 1237:5
**affidavit** [2] - 1302:11, 1302:25
**African** [1] - 1303:20
**African-American** [1] - 1303:20
**Afrin** [1] - 1342:19
**afternoon** [1] - 1335:20
**age** [1] - 1306:11
**Agency** [1] - 1300:16
**aggravate** [1] - 1228:11
**ago** [1] - 1340:2
**agree** [5] - 1231:23, 1243:22, 1294:23, 1313:23, 1319:4
**ahead** [16] - 1218:12, 1218:22, 1219:6, 1240:8, 1242:6, 1250:24, 1264:14, 1271:15, 1280:13, 1280:14, 1293:15, 1297:6, 1298:25, 1327:21, 1347:12, 1351:20
**AHLQUIST** [1] - 1214:17
**aid** [2] - 1306:12, 1307:11
**Air** [1] - 1302:15
**air** [14] - 1228:10, 1245:14, 1256:15, 1270:25, 1276:24, 1277:16, 1279:17, 1303:22, 1305:24, 1308:21, 1308:23, 1309:4, 1309:5, 1309:10
**air-conditioner** [1] - 1270:25
**air-conditioners** [1] - 1277:16

**airway** [2] - 1309:19, 1317:13
**Airway** [3] - 1349:2, 1350:13, 1350:23
**airways** [2] - 1308:6, 1318:17
**AL** [1] - 1214:8
**alarmed** [2] - 1283:13, 1283:14
**alarms** [1] - 1282:8
**alignment** [1] - 1263:13
**allegation** [1] - 1263:3
**allergic** [1] - 1339:13
**allergies** [9] - 1228:11, 1233:24, 1234:1, 1234:5, 1234:20, 1235:17, 1338:3, 1338:7, 1338:21
**allergy** [1] - 1304:21
**allowed** [1] - 1296:13
**almost** [2] - 1305:21, 1337:17
**ALSO** [1] - 1215:18
**alternate** [2] - 1232:1, 1233:2
**alternative** [2] - 1233:5, 1233:11
**AME** [6] - 1258:1, 1258:9, 1261:5, 1261:8, 1268:24, 1269:2
**American** [4] - 1303:20, 1318:1, 1318:11
**ammonia** [2] - 1350:22, 1350:24
**amount** [4] - 1308:21, 1309:4, 1309:5, 1318:8
**amounts** [1] - 1274:4
**anchors** [1] - 1263:6
**animal** [5] - 1225:18, 1225:20, 1225:24, 1256:11, 1256:12
**animals** [1] - 1225:21
**answer** [24] - 1246:20, 1247:4, 1250:20, 1276:12, 1280:13, 1283:13, 1288:9, 1295:15, 1325:3, 1325:8, 1325:9, 1325:19, 1325:22, 1327:9, 1335:25, 1338:24, 1339:5, 1340:10, 1340:11, 1344:24, 1345:1, 1345:16, 1350:8
**answered** [1] -

**1280:11
**antibiotic** [1] - 1316:1
**anticipate** [1] - 1317:17
**antidepressant** [1] - 1306:25
**antihistamine** [6] - 1337:5, 1337:9, 1337:13, 1338:6, 1338:10, 1338:14
**antihistamines** [2] - 1337:16, 1338:21
**anyway** [1] - 1264:13
**apartment** [3] - 1292:15, 1292:17, 1304:10
**apologies** [1] - 1330:23
**apologize** [3] - 1262:17, 1270:12, 1322:15
**apparent** [1] - 1323:14
**appear** [3] - 1310:16, 1312:10, 1345:24
**appearance** [2] - 1310:21, 1322:17
**APPEARANCES** [2] - 1214:15, 1215:1
**appeared** [3] - 1346:6, 1347:22, 1349:17
**appearing** [1] - 1307:6
**appliance** [6] - 1226:24, 1227:8, 1227:22, 1248:1, 1273:19, 1290:25
**appliances** [3] - 1227:4, 1227:7, 1227:9
**applications** [1] - 1342:8
**appointed** [1] - 1299:24
**appointment** [1] - 1285:1
**approach** [10] - 1246:7, 1252:21, 1257:3, 1258:23, 1262:18, 1262:20, 1294:5, 1294:7, 1324:23, 1335:7
**appropriately** [3] - 1319:9, 1319:10, 1319:21
**April** [15] - 1228:12, 1234:11, 1234:13, 1234:14, 1234:19, 1235:7, 1235:8, 1235:23, 1236:3, 1239:23, 1281:16, 1282:16, 1288:6

**area** [7] - 1223:20, 1224:1, 1234:15, 1292:21, 1292:22, 1303:24, 1335:12
**areas** [2] - 1243:10, 1333:7
**argue** [1] - 1250:15, 1347:7
**argued** [1] - 1242:9
**arguing** [1] - 1259:14, 1347:6
**argumentative** [5] - 1248:4, 1248:7, 1249:17, 1250:16, 1250:21
**art** [1] - 1337:17
**ascultation** [1] - 1307:13
**Asmanex** [1] - 1305:15
**aspect** [1] - 1325:10
**associate** [2] - 1281:6, 1284:3
**associated** [17] - 1228:14, 1230:25, 1236:24, 1236:25, 1237:3, 1281:22, 1281:24, 1283:25, 1301:7, 1334:3, 1334:11, 1335:1, 1336:1, 1336:9, 1341:6, 1341:16, 1341:18
**assumed** [2] - 1260:3, 1260:18
**assuming** [2] - 1238:23, 1248:1
**assumption** [1] - 1274:17
**asthma** [85] - 1239:10, 1239:13, 1239:15, 1239:20, 1239:23, 1240:13, 1240:21, 1241:1, 1241:2, 1241:3, 1241:6, 1241:9, 1284:17, 1285:10, 1285:12, 1285:22, 1285:23, 1285:24, 1306:21, 1309:18, 1309:20, 1309:22, 1309:24, 1310:2, 1310:3, 1310:5, 1310:8, 1312:8, 1316:24, 1317:3, 1318:16, 1318:18, 1318:24, 1319:2, 1319:8, 1319:13, 1319:18, 1319:23, 1319:25, 1320:7,

1320:14, 1321:3, 1321:8, 1321:10, 1321:12, 1321:15, 1321:16, 1329:1, 1329:25, 1330:5, 1330:12, 1330:16, 1330:25, 1331:9, 1332:3, 1332:4, 1332:5, 1332:24, 1332:25, 1345:19, 1346:2, 1346:12, 1346:13, 1346:15, 1346:17, 1346:18, 1346:20, 1346:22, 1346:24, 1347:16, 1348:11, 1348:17, 1348:22, 1349:1, 1349:6, 1350:14, 1350:24, 1351:3, 1351:13
**asthmatic** [5] - 1330:19, 1330:21, 1330:24, 1331:5, 1331:6
**asthmatics** [4] - 1330:2, 1331:13, 1332:15, 1346:21
**asymmetric** [1] - 1323:22
**AT** [1] - 1214:23
**ATSDR** [1] - 1300:17
**attach** [1] - 1315:3
**attempted** [2] - 1252:3, 1252:11
**attention** [10] - 1219:12, 1221:19, 1239:3, 1246:3, 1247:7, 1273:22, 1275:3, 1280:17, 1304:19, 1305:13
**ATTORNEY** [1] - 1214:23
**attribute** [1] - 1332:9
**attributed** [3] - 1305:20, 1333:14, 1333:16
**authenticity** [1] - 1242:11
**automobile** [1] - 1221:7
**available** [1] - 1239:8
**AVENUE** [1] - 1215:15
**average** [1] - 1332:23, 1334:18
**aware** [1] - 1252:18
**awoke** [1] - 1304:17

# B

**B406** [1] - 1215:21
**background** [2] - 1298:22, 1328:16
**backing** [1] - 1288:7
**bacterial** [8] - 1235:17, 1313:12, 1336:13, 1336:14, 1336:17, 1336:22, 1336:23
**bad** [1] - 1281:23
**BAKER** [1] - 1215:12
**balance** [1] - 1260:22
**balanced** [1] - 1259:23
**BARONNE** [1] - 1214:18
**base** [3] - 1316:14, 1323:22, 1323:25
**based** [9] - 1313:8, 1328:18, 1329:5, 1330:12, 1333:9, 1333:17, 1333:23, 1336:20, 1350:24
**basic** [1] - 1281:12
**basis** [6] - 1312:25, 1317:1, 1317:17, 1327:25, 1331:13, 1344:11
**BEARMAN** [1] - 1215:12
**became** [1] - 1256:14
**become** [2] - 1238:1, 1342:13
**becomes** [2] - 1295:17, 1342:15
**becoming** [1] - 1292:21
**bedroom** [4] - 1267:17, 1267:19, 1271:2, 1281:2
**beers** [1] - 1306:19
**BEFORE** [1] - 1214:12
**began** [2] - 1256:18, 1304:14
**begin** [1] - 1296:12
**beginning** [1] - 1280:22
**behind** [1] - 1253:24
**Belgium** [2] - 1348:25, 1349:8
**below** [1] - 1324:2
**bench** [5] - 1262:22, 1265:20, 1294:9, 1296:4, 1335:9
**benefit** [1] - 1306:24
**benign** [3] - 1238:4, 1238:8, 1316:17

**BERKOWITZ** [1] - 1215:13
**beside** [1] - 1270:24
**best** [7] - 1229:13, 1246:16, 1271:14, 1276:12, 1280:5, 1342:1, 1352:16
**better** [6] - 1235:9, 1292:23, 1334:25, 1335:11, 1338:8, 1339:10
**between** [4] - 1238:24, 1250:12, 1324:3, 1336:17
**beyond** [2] - 1291:18, 1335:5
**big** [4] - 1232:25, 1264:18, 1291:1, 1349:4
**bilateral** [2] - 1323:13, 1323:25
**billion** [3] - 1313:24, 1336:2, 1336:6
**BINSTOCK** [1] - 1214:20
**bio** [4] - 1276:16, 1276:19, 1276:20, 1276:22
**Bio** [7] - 1276:21, 1276:24, 1277:2, 1277:5, 1277:8, 1302:19, 1302:21
**bio-Treat** [2] - 1276:20, 1276:22
**Bio-Treat** [7] - 1276:21, 1276:24, 1277:2, 1277:5, 1277:8, 1302:19, 1302:21
**biopsied** [1] - 1316:16
**biopsy** [2] - 1237:24, 1238:4
**birth** [2] - 1274:5, 1275:9
**bit** [8] - 1229:9, 1233:21, 1244:23, 1255:8, 1290:13, 1306:8, 1310:17, 1316:25
**black** [2] - 1274:9, 1307:6
**blew** [1] - 1318:7
**block** [1] - 1266:25
**blocking** [1] - 1263:8
**blood** [6] - 1283:16, 1305:8, 1307:7, 1309:11, 1314:21, 1341:22
**blood-streaked** [1] - 1305:8

**bloody** [2] - 1283:5, 1283:7
**blow** [6] - 1244:3, 1252:7, 1253:11, 1308:21, 1318:7, 1318:8
**blows** [2] - 1308:20, 1308:22
**Bobbie** [1] - 1253:18
**body** [2] - 1236:6, 1312:21
**bogged** [2] - 1255:19, 1294:17
**bone** [1] - 1339:15
**BONE** [1] - 1215:8
**Boniva** [1] - 1306:23
**bored** [4] - 1294:21, 1294:25, 1295:1, 1295:4
**bother** [1] - 1321:13
**bothered** [1] - 1245:13
**bottle** [1] - 1350:22
**bottom** [12] - 1244:2, 1252:10, 1253:13, 1261:14, 1262:8, 1266:3, 1266:19, 1268:14, 1268:15, 1269:16, 1269:24, 1273:24
**bought** [1] - 1220:10
**BOX** [1] - 1215:4
**box** [4] - 1220:20, 1257:18, 1330:23
**boy** [1] - 1297:18
**bread** [1] - 1326:14
**break** [3] - 1217:25, 1293:16, 1351:20
**breaker** [3] - 1257:18, 1258:5, 1259:16
**breath** [6] - 1305:12, 1305:14, 1308:20, 1318:6, 1319:20, 1331:4
**brief** [4] - 1293:25, 1298:23, 1328:20, 1350:9
**briefly** [2] - 1223:5, 1306:4
**bring** [2] - 1218:12, 1350:7
**broken** [1] - 1251:2
**bronchial** [13] - 1308:8, 1312:8, 1319:12, 1345:19, 1346:1, 1346:12, 1346:13, 1346:15, 1346:17, 1346:18, 1346:20, 1346:24, 1347:16
**bronchitis** [2] -

1317:15, 1332:1
**bronchoreactivity** [8] - 1312:7, 1317:22, 1318:1, 1318:15, 1345:18, 1346:11, 1346:16, 1347:15
**bronchospasm** [1] - 1319:18
**brought** [2] - 1230:14, 1350:1
**budget** [1] - 1292:25
**buildup** [1] - 1276:23
**burn** [8] - 1225:7, 1225:8, 1321:6, 1321:7, 1336:21, 1336:22, 1336:25
**burning** [2] - 1301:9, 1304:15
**burns** [1] - 1321:8
**business** [1] - 1290:21
**business-size** [1] - 1290:21
**busy** [1] - 1329:5
**but..** [1] - 1232:19
**butter** [1] - 1326:14
**buy** [4] - 1250:6, 1281:25, 1282:12, 1305:2
**BY** [59] - 1214:17, 1214:20, 1215:3, 1215:8, 1215:13, 1215:23, 1215:24, 1216:6, 1216:7, 1216:8, 1216:10, 1216:11, 1216:12, 1216:13, 1219:9, 1240:18, 1241:5, 1243:6, 1243:24, 1245:6, 1246:10, 1248:9, 1249:19, 1251:1, 1256:2, 1257:5, 1259:1, 1260:15, 1265:23, 1268:10, 1269:7, 1270:5, 1270:16, 1273:7, 1276:3, 1287:5, 1292:4, 1297:20, 1299:2, 1311:24, 1321:2, 1325:1, 1327:23, 1328:11, 1330:11, 1331:17, 1334:9, 1335:24, 1338:18, 1339:7, 1340:19, 1343:6, 1343:21, 1344:23, 1348:2, 1349:16, 1349:25, 1351:1, 1351:10

# C

cabinet [2] - 1248:12, 1248:17
calcium [1] - 1306:23
CALDWELL [1] - 1215:12
California [9] - 1273:21, 1274:5, 1274:12, 1274:15, 1274:20, 1274:21, 1274:24, 1275:1, 1275:2
CALLED [1] - 1217:4
cancel [1] - 1310:19
cancer [4] - 1274:5, 1274:20, 1275:5, 1329:1
cancerous [3] - 1238:1, 1238:6, 1238:9
cannot [2] - 1246:2, 1254:16, 1254:18
capacity [1] - 1308:5
car [25] - 1220:5, 1220:6, 1220:11, 1220:13, 1220:17, 1220:20, 1221:8, 1221:11, 1224:22, 1224:24, 1224:25, 1225:1, 1225:2, 1244:23, 1245:17, 1255:9, 1255:15, 1256:3, 1256:8, 1278:9, 1278:13, 1279:19, 1279:20, 1279:22
care [4] - 1295:24, 1298:4, 1329:6, 1329:7
Carnival [1] - 1304:2
carpet [3] - 1257:10, 1271:1, 1281:2
carpets [1] - 1256:16
cars [1] - 1221:6
CARSON [1] - 1215:9
case [29] - 1240:16, 1246:11, 1262:25, 1294:10, 1294:13, 1295:20, 1296:7, 1296:11, 1296:14, 1297:24, 1299:5, 1299:10, 1299:12, 1300:1, 1300:12, 1301:6, 1301:17, 1303:1, 1309:18, 1309:23, 1311:10, 1314:10, 1321:18, 1331:23, 1334:2,

1335:18, 1336:13, 1349:7, 1351:22
CATHY [1] - 1215:21
Cathy [2] - 1352:11, 1352:22
caused [4] - 1225:4, 1263:4, 1274:20, 1317:13, 1318:5, 1330:5, 1336:17, 1343:9, 1344:2, 1349:1, 1350:14
causes [1] - 1316:20
causing [1] - 1293:4
CCR [2] - 1215:21, 1352:22
cell [2] - 1253:21, 1253:22
centered [1] - 1323:8
certain [6] - 1261:18, 1262:23, 1295:3, 1313:20, 1318:22, 1319:22
certainly [9] - 1227:19, 1310:21, 1317:14, 1317:15, 1319:12, 1338:2, 1340:13, 1341:5, 1342:5
CERTIFICATE [1] - 1352:9
Certified [2] - 1352:11, 1352:12
certify [1] - 1352:15
challenge [2] - 1309:13, 1309:16
chance [8] - 1287:6, 1296:24, 1303:9, 1343:7, 1343:13, 1343:17, 1343:24, 1344:1
change [13] - 1221:15, 1281:17, 1326:9, 1337:8, 1338:6, 1338:10, 1338:14, 1338:19, 1338:21, 1340:5, 1340:7, 1340:13
changed [2] - 1280:2, 1339:9
changes [6] - 1309:19, 1309:20, 1325:18, 1325:23, 1325:24, 1337:13
changing [5] - 1234:6, 1281:14, 1281:15, 1338:1
CHARLES [1] - 1215:15
CHARLESTON [1] - 1215:4

chart [3] - 1266:13, 1287:20, 1287:24
CHEATWOOD [47] - 1215:14, 1242:15, 1243:6, 1243:24, 1245:4, 1245:6, 1246:7, 1246:10, 1248:9, 1249:19, 1251:1, 1252:21, 1255:20, 1255:25, 1256:2, 1257:2, 1257:5, 1259:1, 1260:12, 1260:15, 1262:14, 1262:16, 1263:1, 1263:18, 1263:25, 1264:2, 1264:4, 1264:8, 1264:22, 1265:2, 1265:6, 1265:11, 1265:19, 1265:23, 1268:6, 1268:10, 1269:4, 1269:7, 1270:2, 1270:5, 1270:11, 1270:14, 1270:16, 1273:4, 1273:7, 1275:23, 1291:18
Cheatwood [4] - 1218:25, 1243:4, 1250:24, 1270:10
CHEATWOOD........... ......... [1] - 1216:7
check [7] - 1222:4, 1261:17, 1261:22, 1266:3, 1266:24, 1266:25
checked [2] - 1261:22, 1267:18
checklist [7] - 1227:3, 1243:16, 1243:17, 1244:20, 1244:22, 1247:25, 1279:7
chem [2] - 1276:16, 1276:19
chemical [7] - 1276:16, 1276:22, 1301:5, 1336:19, 1336:21, 1336:25, 1337:1
chemicals [1] - 1336:19
Chest [1] - 1318:12
chest [18] - 1282:3, 1282:13, 1286:21, 1286:25, 1299:16, 1305:10, 1305:14, 1305:22, 1307:12, 1307:13, 1308:1, 1308:2, 1308:3, 1310:12, 1310:14,

1319:19, 1320:23, 1331:3
chief [4] - 1294:11, 1294:13, 1295:20, 1339:2
children [3] - 1230:14, 1230:20, 1306:8
choice [1] - 1284:2
CHRIS [1] - 1214:23
CHRISTI [1] - 1214:24
chronic [4] - 1315:12, 1315:15, 1315:17, 1315:19
Cialis [2] - 1341:12, 1343:18
circle [2] - 1244:2, 1281:5
circumstance [2] - 1319:12, 1319:23
City [5] - 1301:21, 1303:22, 1303:24, 1304:1, 1304:2
city [1] - 1287:13
Civil [2] - 1277:5, 1278:12
claim [2] - 1262:24, 1277:4
class [1] - 1341:5
classes [1] - 1341:10
classic [1] - 1331:3
classical [1] - 1309:19
classically [1] - 1313:23
clean [2] - 1291:13, 1291:16
cleaned [2] - 1231:12, 1231:13
cleaning [4] - 1291:16, 1291:21, 1291:23, 1292:1
cleanup [1] - 1224:15
clear [9] - 1244:24, 1270:23, 1287:22, 1294:17, 1296:25, 1299:21, 1307:13, 1314:2, 1320:4
clearly [4] - 1263:12, 1325:12, 1326:1, 1332:3
Clerk [1] - 1297:14
CLERK [5] - 1217:7, 1273:3, 1293:17, 1297:7, 1297:15
client [2] - 1298:18, 1316:23
clinical [4] - 1324:18, 1325:6, 1325:9, 1325:10
closet [1] - 1350:21
closing [1] - 1287:1

clubbing [1] - 1308:1
cold [12] - 1250:6, 1305:20, 1306:1, 1317:9, 1317:10, 1317:12, 1317:13, 1317:17, 1347:21
colds [1] - 1317:8
College [1] - 1318:12
college [1] - 1303:23
coming [3] - 1224:14, 1260:5, 1267:15
comments [1] - 1259:6
common [12] - 1317:2, 1317:17, 1326:13, 1326:15, 1328:24, 1329:13, 1330:25, 1340:12, 1340:13, 1342:19
commonly [1] - 1331:20
companies [1] - 1271:25
compared [3] - 1225:20, 1256:12, 1279:24
compartments [1] - 1309:6
compatible [2] - 1309:20, 1310:3
complained [6] - 1230:24, 1275:17, 1275:20, 1286:21, 1306:3, 1312:22
complaining [1] - 1320:23
complaint [1] - 1236:4
complaints [5] - 1236:1, 1236:2, 1236:24, 1305:14, 1314:21
complete [2] - 1308:4, 1308:18
completed [1] - 1259:10
complicated [1] - 1329:7
COMPUTER [1] - 1215:24
concentration [4] - 1334:18, 1334:24, 1348:23, 1350:15
concentrations [2] - 1309:17, 1350:22
concern [3] - 1238:8, 1274:11, 1283:15
concerned [2] - 1223:9, 1238:1
conclude [1] - 1312:24

concluded [3] - 1265:21, 1296:4, 1312:12
conclusion [3] - 1313:3, 1313:7, 1327:24
conclusions [4] - 1309:23, 1311:9, 1311:25, 1326:19
concur [1] - 1311:3
condensate [2] - 1281:6, 1281:7
condition [5] - 1263:12, 1321:4, 1326:1, 1340:12, 1340:13
conditioner [3] - 1270:25, 1303:22, 1305:24
conditioners [1] - 1277:16
conditions [7] - 1228:11, 1281:10, 1281:13, 1326:13, 1337:15, 1338:12, 1340:4
conductance [2] - 1308:6, 1308:7
conference [5] - 1262:22, 1265:22, 1294:9, 1296:4, 1335:9
confused [1] - 1219:21
congested [3] - 1234:12, 1234:17, 1282:4
congestion [6] - 1236:5, 1305:22, 1314:23, 1320:24, 1342:21, 1343:17
congestions [2] - 1283:2, 1338:13
conjunctivitis [27] - 1235:18, 1312:3, 1312:17, 1312:18, 1312:25, 1313:12, 1326:22, 1327:25, 1333:3, 1333:21, 1334:3, 1334:10, 1334:21, 1335:2, 1335:11, 1336:1, 1336:4, 1336:11, 1336:13, 1336:15, 1336:17, 1336:20, 1336:22, 1339:13, 1344:5, 1345:4
connection [7] - 1242:7, 1257:15, 1263:5, 1300:3,

1300:12, 1314:10, 1321:17
conscious [1] - 1297:3
consider [2] - 1292:19, 1299:22
considered [1] - 1318:14
consists [1] - 1308:19
constant [2] - 1257:8, 1257:9
contacted [1] - 1237:15
contain [2] - 1274:3, 1301:13
contained [4] - 1247:23, 1248:2, 1248:11, 1248:8
containers [1] - 1277:8
contend [1] - 1294:11
contents [2] - 1322:15, 1322:16
continually [1] - 1292:24
continue [5] - 1307:24, 1309:2, 1319:9, 1345:8, 1345:22
CONTINUED [1] - 1215:1
continued [1] - 1316:5
Continued [1] - 1219:8
CONTINUED).......... [1] - 1216:6
CONTINUED)............ ................ [1] - 1216:5
contracted [1] - 1277:11
contractor [5] - 1254:22, 1255:5, 1258:4, 1258:9, 1261:8
contractors [2] - 1253:1, 1254:24
control [1] - 1321:16
controlled [1] - 1339:20
conversation [2] - 1236:17, 1282:23
cook [1] - 1289:24
cooked [3] - 1231:5, 1231:8, 1231:9
cooking [2] - 1273:19, 1275:4
cooling [1] - 1276:22
cooperate [1] - 1308:25

cooperative [1] - 1348:8
copy [1] - 1303:12
corner [4] - 1257:23, 1257:25, 1259:23
CORPUS [1] - 1214:24
correct [154] - 1217:16, 1217:19, 1218:7, 1219:23, 1220:8, 1221:24, 1222:4, 1222:19, 1223:3, 1223:18, 1223:24, 1224:4, 1224:12, 1224:16, 1224:20, 1226:6, 1226:10, 1230:8, 1230:25, 1231:3, 1231:16, 1231:18, 1231:21, 1233:2, 1233:24, 1234:2, 1234:22, 1235:6, 1236:15, 1236:17, 1237:19, 1238:5, 1238:9, 1238:12, 1238:15, 1238:18, 1238:21, 1238:23, 1239:2, 1239:7, 1239:13, 1239:18, 1243:14, 1243:25, 1244:17, 1244:21, 1245:8, 1245:18, 1245:21, 1246:12, 1246:15, 1246:21, 1247:1, 1247:9, 1247:12, 1247:18, 1247:21, 1248:25, 1249:3, 1249:13, 1249:25, 1250:9, 1251:15, 1252:5, 1252:6, 1252:14, 1252:18, 1252:19, 1253:2, 1253:9, 1253:16, 1253:22, 1254:10, 1254:14, 1255:4, 1255:9, 1256:5, 1256:19, 1256:22, 1257:8, 1257:16, 1258:15, 1258:19, 1258:21, 1259:16, 1260:1, 1260:4, 1260:6, 1260:9, 1262:6, 1266:6, 1266:17, 1266:20, 1267:1, 1267:6, 1267:7, 1267:10, 1268:16, 1268:19, 1268:22, 1268:25, 1269:17, 1269:20, 1270:21, 1271:11, 1272:12,

1272:15, 1273:10, 1273:12, 1273:19, 1273:22, 1274:1, 1274:7, 1274:9, 1275:12, 1275:18, 1275:21, 1280:2, 1297:21, 1297:25, 1300:13, 1301:24, 1303:1, 1308:11, 1312:20, 1313:13, 1315:2, 1316:2, 1320:11, 1320:16, 1321:4, 1322:11, 1323:1, 1323:4, 1323:17, 1324:7, 1328:3, 1328:4, 1329:18, 1329:22, 1330:3, 1333:1, 1333:4, 1333:10, 1333:21, 1336:11, 1336:13, 1338:10, 1343:9, 1346:3, 1348:12, 1348:13, 1348:18, 1352:15
corrective [1] - 1254:8
correctly [1] - 1323:8
corresponding [1] - 1241:14
corticosteroid [2] - 1305:15, 1316:2
cosmetic [1] - 1222:15
cough [28] - 1235:9, 1235:12, 1236:5, 1246:18, 1301:10, 1305:6, 1305:17, 1305:22, 1317:7, 1317:9, 1317:11, 1317:12, 1317:15, 1320:4, 1320:24, 1330:24, 1346:8, 1346:17, 1346:18, 1346:19, 1346:21, 1346:22, 1347:2, 1347:23, 1347:24
coughed [1] - 1305:7
coughing [3] - 1234:18, 1282:1, 1346:9
coughs [3] - 1305:19, 1317:16, 1347:20
counsel [7] - 1219:2, 1240:12, 1240:15, 1262:20, 1273:2, 1298:17, 1339:4
Counsel [1] - 1293:21
counter [7] - 1282:1, 1305:2, 1342:7, 1342:9, 1343:8, 1343:10, 1343:19
couple [3] - 1241:2,

1266:14, 1267:3
course [2] - 1218:1, 1305:3
COURT [119] - 1214:1, 1215:21, 1217:4, 1217:8, 1217:16, 1217:21, 1218:6, 1218:9, 1218:12, 1218:14, 1218:17, 1218:20, 1240:1, 1240:4, 1240:7, 1240:11, 1240:15, 1241:17, 1241:21, 1241:25, 1242:4, 1242:6, 1242:12, 1242:14, 1242:19, 1242:22, 1242:25, 1243:4, 1243:22, 1245:3, 1246:8, 1248:4, 1249:16, 1250:14, 1250:19, 1255:12, 1255:15, 1255:22, 1258:24, 1260:13, 1262:13, 1262:15, 1262:19, 1262:23, 1263:7, 1264:1, 1264:3, 1264:14, 1264:19, 1265:1, 1265:4, 1265:7, 1265:18, 1268:8, 1269:5, 1270:3, 1270:10, 1270:13, 1273:2, 1273:5, 1276:1, 1280:12, 1286:18, 1291:20, 1291:25, 1293:15, 1293:20, 1293:23, 1294:2, 1294:6, 1294:15, 1294:24, 1295:7, 1295:12, 1295:15, 1295:19, 1296:2, 1296:5, 1296:8, 1298:6, 1298:12, 1298:14, 1298:17, 1298:20, 1298:25, 1311:16, 1311:19, 1320:19, 1324:24, 1327:5, 1327:8, 1327:12, 1327:15, 1327:18, 1327:21, 1328:9, 1330:8, 1331:15, 1334:6, 1335:7, 1335:10, 1335:18, 1335:22, 1338:16, 1338:23, 1340:9, 1343:1, 1343:3, 1344:21, 1347:7, 1349:14, 1349:22, 1350:8, 1350:11, 1351:8,

6

1351:17, 1351:19, 1351:24, 1352:2
**court** [2] - 1302:13, 1316:8
**Court** [11] - 1217:11, 1277:5, 1278:12, 1298:20, 1299:24, 1352:4, 1352:12, 1352:13, 1352:14, 1352:23, 1352:24
**courthouse** [3] - 1236:9, 1236:10, 1239:1
**courtroom** [6] - 1218:16, 1239:4, 1239:6, 1293:19, 1294:4, 1352:1
**cousin** [2] - 1230:3, 1230:4
**cover** [1] - 1265:18
**covered** [4] - 1248:6, 1280:12, 1343:4, 1350:12
**covering** [3] - 1312:18, 1336:20, 1336:24
**CPA** [1] - 1277:24
**crawled** [1] - 1225:22
**credits** [1] - 1303:23
**criteria** [1] - 1318:2
**critical** [2] - 1298:4, 1329:6
**cross** [8] - 1218:1, 1218:24, 1265:3, 1280:12, 1291:19, 1294:12, 1295:19, 1295:23
**CROSS** [4] - 1216:6, 1216:7, 1219:8, 1243:5
**cross-examination** [2] - 1295:19, 1295:23
**CROSS-EXAMINATION** [4] - 1216:6, 1216:7, 1219:8, 1243:5
**Crown** [2] - 1269:9, 1269:12
**CRR** [2] - 1215:21, 1352:22
**cruise** [2] - 1249:11, 1304:2
**Cruz** [10] - 1235:5, 1235:8, 1235:22, 1236:3, 1281:16, 1282:17, 1282:23, 1283:6, 1320:22, 1332:6
**Cruz's** [3] - 1236:13, 1236:14, 1332:12

**CT** [12] - 1321:19, 1321:21, 1322:1, 1322:5, 1322:13, 1322:18, 1322:24, 1324:5, 1324:6, 1324:11, 1324:19, 1339:25
**cumulative** [1] - 1350:6
**current** [1] - 1306:22
**curvature** [1] - 1310:14
**curve** [2] - 1310:18
**curves** [1] - 1310:17
**cut** [1] - 1290:12
**CV** [1] - 1328:14
**cyclical** [1] - 1321:10

**D**

**D'Amico** [14] - 1217:19, 1219:17, 1235:4, 1243:19, 1296:5, 1296:12, 1296:18, 1296:21, 1296:24, 1298:25, 1333:3, 1343:3, 1349:17, 1350:1
**D'AMICO** [73] - 1214:16, 1214:17, 1217:15, 1217:20, 1239:25, 1240:10, 1240:24, 1241:23, 1242:5, 1242:11, 1242:13, 1242:24, 1243:20, 1245:1, 1248:3, 1249:14, 1250:12, 1250:16, 1255:11, 1255:13, 1263:24, 1264:7, 1264:12, 1264:16, 1264:24, 1265:10, 1272:25, 1276:3, 1286:17, 1287:5, 1291:24, 1292:2, 1292:4, 1293:13, 1293:22, 1294:23, 1295:6, 1295:10, 1295:14, 1296:1, 1296:6, 1297:20, 1298:8, 1298:13, 1299:2, 1311:22, 1311:24, 1312:2, 1324:23, 1325:1, 1327:3, 1327:11, 1327:14, 1327:23, 1328:7, 1330:7, 1331:14, 1334:5, 1335:5, 1335:13, 1335:16, 1335:21,

1338:15, 1338:22, 1340:7, 1343:6, 1343:21, 1344:23, 1348:2, 1349:13, 1349:21, 1350:6, 1351:6
**D'AMICO................** [1] - 1216:8
**D'AMICO................** ......... [2] - 1216:10, 1216:12
**daily** [1] - 1277:15
**damage** [9] - 1222:12, 1222:13, 1222:14, 1222:15, 1222:17, 1222:20, 1222:21, 1223:6, 1223:11
**danger** [2] - 1273:12, 1273:15
**Data** [4] - 1300:23, 1301:1, 1302:19, 1302:23
**data** [1] - 1301:11
**date** [18] - 1240:22, 1240:24, 1249:9, 1249:13, 1251:18, 1253:12, 1261:13, 1264:19, 1264:20, 1266:1, 1268:11, 1268:12, 1269:14, 1269:24, 1312:1
**dated** [3] - 1258:21, 1266:16, 1323:16
**dates** [7] - 1238:23, 1254:12, 1254:14, 1265:7, 1265:14, 1266:8, 1266:9
**DAVID** [1] - 1215:13
**DAY** [1] - 1214:11
**days** [11] - 1254:17, 1287:23, 1288:21, 1289:25, 1290:1, 1290:2, 1290:3, 1290:4, 1290:7, 1317:18
**dead** [5] - 1225:18, 1225:20, 1225:24, 1256:11, 1256:12
**deal** [3] - 1232:25, 1295:18, 1317:4
**dealt** [1] - 1350:2
**death** [1] - 1295:1
**debris** [2] - 1224:2, 1224:14
**December** [10] - 1229:18, 1256:22, 1256:25, 1257:6, 1288:3, 1297:24, 1320:22, 1325:21, 1331:25

**Decision** [1] - 1300:21
**Decision-making** [1] - 1300:21
**decongestants** [1] - 1337:17
**deduction** [2] - 1278:9, 1278:21
**deep** [2] - 1308:20, 1318:6
**defects** [2] - 1274:5, 1275:9
**defend** [1] - 1294:12
**defendants** [1] - 1296:7
**defendants'** [1] - 1339:2
**defense** [2] - 1285:19, 1339:4
**defer** [2] - 1314:12, 1314:16
**definite** [1] - 1290:15
**definitely** [1] - 1284:3
**deformity** [1] - 1307:10
**degree** [1] - 1228:24
**deliberate** [1] - 1219:3
**delivered** [2] - 1226:18, 1226:19
**demonstrate** [1] - 1309:19
**demonstrated** [2] - 1310:14, 1313:11
**demonstrates** [7] - 1307:5, 1307:9, 1307:12, 1307:15, 1307:18, 1307:25, 1308:5
**demonstrative** [1] - 1217:10
**denied** [1] - 1217:16
**DENNIS** [1] - 1214:20
**deny** [3] - 1217:12, 1217:13, 1258:10
**deodorizer** [1] - 1257:11
**Department** [1] - 1300:15
**deposition** [19] - 1246:11, 1247:8, 1271:10, 1271:19, 1276:5, 1276:6, 1277:11, 1277:19, 1297:24, 1297:25, 1303:6, 1324:21, 1325:17, 1325:21, 1332:6, 1332:10, 1332:12, 1344:16, 1347:11
**DEPUTY** [5] - 1217:7, 1273:3, 1293:17,

1297:7, 1297:15
**describe** [6] - 1280:4, 1281:9, 1281:20, 1290:18, 1291:15, 1292:22
**described** [3] - 1224:22, 1315:7, 1350:18
**describes** [3] - 1301:4, 1303:20, 1315:6
**describing** [1] - 1301:6
**DESCRIPTION** [1] - 1216:17
**description** [2] - 1254:3, 1255:18
**detail** [1] - 1243:19
**detectable** [1] - 1307:17
**detecting** [1] - 1309:21
**determine** [2] - 1221:14, 1308:15
**determined** [1] - 1318:13
**develop** [3] - 1319:11, 1319:24, 1339:18
**developed** [1] - 1305:4
**dextro** [1] - 1308:3
**dextro-scoliosis** [1] - 1308:3
**diabetes** [1] - 1306:20
**diagnose** [3] - 1332:16, 1332:25, 1334:10
**diagnosed** [3] - 1241:3, 1334:2, 1348:17
**diagnoses** [2] - 1334:15, 1334:16
**diagnosis** [13] - 1285:12, 1310:5, 1310:8, 1317:3, 1320:14, 1322:10, 1324:18, 1331:18, 1332:1, 1333:2, 1333:23, 1334:15, 1346:15
**diagnostic** [4] - 1312:8, 1345:19, 1346:12, 1347:16
**died** [1] - 1256:13
**difference** [4] - 1265:11, 1324:10, 1324:11, 1336:16
**different** [17] - 1225:18, 1225:25, 1226:2, 1255:24,

1257:11, 1280:21, 1281:21, 1287:8, 1309:5, 1309:17, 1324:6, 1325:5, 1325:6, 1325:12, 1337:22, 1340:16, 1344:17

**differently** [1] - 1340:16

**difficult** [2] - 1258:1, 1321:16

**dilators** [1] - 1341:22

**direct** [6] - 1221:19, 1264:19, 1264:20, 1265:7, 1327:8, 1350:12

**disagree** [1] - 1265:2

**discovered** [1] - 1306:11

**discuss** [2] - 1316:25, 1351:22

**discussed** [1] - 1283:5

**discussion** [1] - 1259:18

**Disease** [1] - 1300:16

**disease** [5] - 1328:25, 1329:9, 1339:20

**diseases** [6] - 1329:2, 1329:6, 1329:8, 1329:13

**dispute** [5] - 1254:16, 1254:18, 1262:11, 1264:22, 1265:10

**distance** [1] - 1261:18

**distention** [1] - 1307:10

**distinction** [1] - 1250:12

**distress** [1] - 1307:6

**DISTRICT** [3] - 1214:1, 1214:1, 1214:13

**District** [5] - 1277:5, 1278:12, 1352:14, 1352:24

**divide** [1] - 1309:5

**dizziness** [1] - 1322:10

**DOCKET** [2] - 1214:5, 1214:9

**doctor** [9] - 1232:23, 1238:14, 1282:4, 1282:11, 1282:14, 1283:2, 1285:15, 1304:20, 1318:12

**Doctor** [20] - 1307:19, 1311:25, 1313:7, 1314:1, 1316:25, 1317:23, 1318:20, 1321:17, 1323:17,

1324:13, 1324:21, 1325:2, 1325:14, 1335:25, 1339:25, 1345:3, 1347:12, 1348:14, 1349:13, 1351:17

**doctors** [2] - 1232:16, 1238:11

**Document** [1] - 1272:10

**document** [16] - 1235:4, 1236:12, 1240:3, 1242:20, 1251:22, 1264:17, 1265:25, 1266:24, 1283:24, 1283:25, 1284:8, 1284:16, 1300:19, 1316:10, 1322:23, 1340:1

**DOCUMENT** [1] - 1214:7

**documented** [1] - 1351:5

**documents** [5] - 1299:10, 1301:3, 1301:4, 1301:23, 1302:11

**DOMINICK** [1] - 1215:3

**done** [11] - 1228:13, 1248:22, 1248:23, 1254:17, 1262:11, 1270:11, 1299:16, 1306:12, 1308:4, 1317:19, 1335:19

**DONELSON** [1] - 1215:12

**door** [22] - 1222:17, 1222:24, 1231:21, 1245:15, 1260:5, 1260:6, 1260:8, 1260:16, 1260:19, 1263:4, 1263:12, 1265:13, 1267:16, 1270:20, 1270:24, 1271:18, 1271:20, 1271:21, 1271:25, 1287:17, 1287:18

**doors** [2] - 1264:9, 1279:18

**dose** [4] - 1318:5, 1318:9, 1337:14, 1337:25

**doses** [1] - 1338:1

**DOUGLAS** [2] - 1215:18, 1215:18

**down** [16] - 1230:9, 1246:15, 1253:13, 1255:19, 1257:11, 1258:12, 1258:13,

1258:17, 1261:14, 1261:18, 1269:16, 1286:25, 1293:20, 1294:7, 1294:17, 1351:17

**Dr** [63] - 1217:10, 1218:3, 1218:4, 1218:6, 1218:9, 1235:5, 1235:8, 1235:22, 1236:3, 1236:13, 1236:14, 1237:18, 1237:21, 1238:12, 1238:14, 1238:17, 1238:20, 1238:24, 1239:7, 1239:11, 1241:7, 1241:10, 1281:16, 1282:17, 1282:23, 1283:6, 1285:16, 1285:18, 1293:22, 1293:23, 1296:6, 1296:8, 1296:9, 1297:21, 1298:20, 1299:3, 1302:12, 1302:14, 1314:20, 1315:5, 1315:9, 1315:13, 1315:25, 1316:8, 1316:10, 1316:13, 1320:22, 1322:25, 1323:21, 1324:18, 1328:12, 1328:14, 1328:15, 1329:16, 1332:6, 1332:10, 1332:11, 1332:12, 1342:24, 1343:2

**drain** [2] - 1339:16, 1339:18

**draw** [1] - 1333:6

**drawn** [1] - 1326:20

**drinks** [1] - 1306:18

**drops** [1] - 1304:23

**Drs** [1] - 1302:7

**drug** [3] - 1341:23, 1341:24, 1342:16

**drugs** [10] - 1341:4, 1341:5, 1341:11, 1341:18, 1341:25, 1342:12, 1343:13, 1343:18, 1343:19, 1343:22

**dry** [1] - 1305:6

**duly** [1] - 1297:13

**dumpsters** [5] - 1223:20, 1223:24, 1224:2, 1224:3, 1224:12

**during** [11] - 1276:12, 1285:9, 1287:22, 1291:25, 1296:10,

1303:16, 1305:3, 1313:15, 1320:10, 1348:9, 1351:22

**dysfunction** [3] - 1341:11, 1341:19, 1343:18

**Dysfunction** [3] - 1349:2, 1350:13, 1350:23

**Dyson** [3] - 1229:13, 1231:16, 1275:17

---

**E**

---

**ear** [6] - 1305:9, 1306:12, 1306:13, 1307:11, 1326:14

**early** [2] - 1270:21, 1314:21

**East** [5] - 1298:5, 1328:18, 1328:22, 1332:15, 1340:21

**EASTERN** [1] - 1214:1

**Eastern** [1] - 1352:14

**easy** [1] - 1336:3

**edema** [1] - 1308:1

**education** [1] - 1303:23

**effect** [7] - 1310:20, 1337:14, 1337:23, 1339:8, 1341:20, 1341:22, 1342:7

**effective** [5] - 1337:24, 1339:11, 1342:10, 1342:12

**effects** [2] - 1341:13, 1343:2

**Effexor** [1] - 1306:24

**efficiency** [1] - 1309:9

**efficient** [6] - 1217:25, 1219:2, 1249:16, 1265:4, 1297:2, 1297:3

**eight** [12] - 1276:9, 1276:13, 1288:21, 1289:5, 1289:6, 1289:15, 1290:4, 1290:5, 1290:14, 1304:8

**eight-hour** [1] - 1288:21

**either** [7] - 1223:11, 1251:7, 1252:12, 1264:24, 1294:12, 1294:15, 1301:20

**electrical** [5] - 1257:15, 1258:5, 1259:7, 1259:16, 1262:2

**electricity** [2] - 1304:5, 1304:6

**emitted** [1] - 1293:4

**employee** [3] - 1279:7, 1279:14, 1284:6

**employment** [4] - 1300:3, 1301:20, 1301:21, 1302:24

**empty** [1] - 1277:7

**encapsulated** [1] - 1328:20

**end** [8] - 1218:1, 1225:17, 1251:25, 1252:13, 1290:12, 1296:21, 1329:11, 1342:17

**ENGELHARDT** [1] - 1214:12

**engineer** [1] - 1303:21

**ENT** [3] - 1314:20, 1315:9, 1324:17

**entails** [1] - 1309:15

**enters** [2] - 1218:16, 1294:4

**entitled** [1] - 1352:17

**envelope** [6] - 1247:14, 1247:20, 1247:23, 1248:12, 1290:20, 1290:21

**ENVIRONMENTAL** [1] - 1215:12

**epidemiologist** [1] - 1314:4

**episodes** [4] - 1319:8, 1319:18, 1321:11

**episodic** [1] - 1317:7

**epistaxes** [7] - 1315:13, 1315:23, 1315:24, 1316:4, 1316:10, 1341:6

**erectile** [3] - 1341:11, 1341:19, 1343:18

**Erica** [1] - 1259:6

**ERNEST** [1] - 1215:8

**ESQUIRE** [11] - 1214:17, 1214:17, 1214:20, 1215:3, 1215:8, 1215:8, 1215:9, 1215:13, 1215:14, 1215:14, 1215:18

**essentially** [2] - 1307:3, 1308:19

**establish** [1] - 1249:20

**established** [2] - 1270:20, 1304:6

**estimates** [2] - 1304:8, 1304:25

**ET** [1] - 1214:8

**evacuated** [1] - 1303:25

**evaluate** [1] - 1303:9

**evaluated** [1] - 1314:19

**evaluation** [3] - 1308:2, 1323:22, 1340:24

**evidence** [13] - 1241:14, 1242:10, 1242:18, 1243:2, 1265:15, 1311:18, 1316:4, 1316:16, 1316:23, 1324:16, 1330:12, 1339:21, 1349:10

**exacerbate** [3] - 1318:24, 1318:25, 1330:16

**exacerbated** [1] - 1330:13

**exacerbation** [1] - 1319:1

**exacerbations** [1] - 1319:7

**exact** [1] - 1249:9

**exactly** [6] - 1228:15, 1265:1, 1266:7, 1273:23, 1304:5, 1344:8

**exam** [1] - 1348:9

**EXAMINATION** [52] - 1216:6, 1216:7, 1216:8, 1216:10, 1216:11, 1216:12, 1216:13, 1219:8, 1240:17, 1241:4, 1243:5, 1243:23, 1245:5, 1246:9, 1248:8, 1249:18, 1250:25, 1256:1, 1257:4, 1258:25, 1260:14, 1265:22, 1268:9, 1269:6, 1270:4, 1270:15, 1273:6, 1276:2, 1287:4, 1292:3, 1297:19, 1299:1, 1311:23, 1321:1, 1324:25, 1327:22, 1328:10, 1330:10, 1331:16, 1334:8, 1335:23, 1338:17, 1339:6, 1340:18, 1343:5, 1343:20, 1344:22, 1348:1, 1349:15, 1349:24, 1350:25, 1351:9

**examination** [19] - 1295:19, 1295:23,

1299:8, 1299:12, 1299:14, 1299:18, 1300:5, 1300:9, 1303:16, 1307:5, 1307:9, 1307:12, 1307:15, 1307:18, 1307:22, 1307:25, 1310:16, 1312:1, 1312:2

**EXAMINATIONS** [1] - 1216:3

**examined** [3] - 1297:14, 1300:9, 1329:20

**example** [1] - 1350:21

**except** [2] - 1320:17, 1320:18

**excess** [1] - 1241:18

**excuse** [3] - 1231:7, 1272:8, 1306:6

**exercise** [2] - 1286:23, 1287:2

**exhale** [1] - 1308:23

**Exhibit** [18] - 1216:19, 1216:21, 1219:16, 1235:3, 1235:21, 1241:14, 1242:2, 1242:16, 1242:21, 1243:1, 1243:13, 1251:5, 1252:7, 1257:22, 1261:3, 1266:1, 1272:10, 1340:1

**exhibit** [4] - 1241:23, 1241:24, 1242:21, 1278:8

**exhibits** [1] - 1217:10

**expect** [3] - 1314:13, 1314:15, 1331:18

**experienced** [2] - 1305:10, 1320:5

**expert** [12] - 1294:10, 1294:14, 1294:19, 1295:12, 1296:6, 1296:8, 1296:10, 1298:7, 1298:8, 1298:10, 1298:14, 1298:21

**expertise** [5] - 1278:5, 1298:12, 1314:6, 1335:6, 1335:12

**experts** [1] - 1335:18

**explain** [12] - 1239:22, 1274:14, 1284:11, 1284:24, 1287:7, 1296:2, 1296:8, 1299:12, 1320:20, 1323:20, 1330:21, 1340:4

**explained** [1] -

1338:25

**explanation** [2] - 1324:10, 1325:17

**explosion** [1] - 1349:4

**exposed** [8] - 1277:2, 1302:20, 1314:17, 1326:8, 1334:17, 1334:20, 1334:22, 1349:9

**Exposure** [1] - 1300:19

**exposure** [25] - 1277:4, 1299:20, 1301:7, 1312:3, 1312:25, 1314:12, 1319:14, 1320:1, 1320:2, 1326:12, 1326:23, 1328:1, 1333:17, 1334:11, 1339:22, 1344:11, 1345:5, 1348:21, 1348:23, 1348:25, 1349:6, 1350:14, 1350:15, 1351:3, 1351:13

**exposures** [2] - 1326:7, 1348:21

**express** [1] - 1249:2

**extension** [1] - 1287:14

**extensive** [1] - 1222:13

**exterior** [1] - 1262:1

**external** [1] - 1307:10

**extreme** [1] - 1282:14

**extremities** [2] - 1307:18, 1307:25

**exudate** [1] - 1315:7

**eye** [13] - 1228:10, 1282:1, 1284:1, 1312:18, 1312:19, 1313:19, 1313:21, 1313:22, 1313:25, 1336:20, 1336:23, 1336:24, 1338:13

**eyedrops** [1] - 1304:22

**eyes** [19] - 1225:7, 1225:8, 1225:10, 1235:10, 1245:21, 1245:25, 1246:2, 1247:3, 1282:2, 1301:9, 1304:15, 1304:17, 1304:18, 1324:2, 1324:3, 1335:3, 1336:11, 1338:20

**F**

**face** [2] - 1324:3, 1339:15

**fact** [32] - 1224:1, 1224:18, 1230:19, 1233:4, 1234:1, 1234:4, 1237:21, 1238:25, 1245:24, 1248:14, 1249:8, 1250:22, 1256:21, 1284:11, 1286:19, 1293:3, 1302:1, 1317:3, 1318:18, 1330:2, 1331:25, 1332:5, 1333:20, 1333:23, 1334:22, 1336:10, 1337:12, 1342:18, 1346:23, 1348:11, 1350:23

**failure** [1] - 1262:24

**fair** [4] - 1259:10, 1259:25, 1271:10, 1340:9

**family** [2] - 1306:20, 1306:21

**far** [5] - 1218:10, 1223:9, 1255:5, 1285:25, 1291:16

**February** [5] - 1224:19, 1230:9, 1258:21, 1259:3, 1260:1

**FELIPE** [1] - 1214:21

**fell** [1] - 1292:23

**fellow** [1] - 1245:10

**felt** [5] - 1304:21, 1305:12, 1305:23, 1315:5, 1348:6

**FEMA** [30] - 1214:4, 1222:4, 1226:18, 1231:25, 1232:11, 1232:16, 1233:1, 1233:12, 1236:19, 1239:24, 1240:14, 1240:22, 1243:18, 1243:21, 1244:6, 1244:9, 1244:12, 1244:13, 1251:10, 1253:2, 1255:2, 1258:7, 1261:11, 1307:4, 1312:4, 1313:1, 1326:24, 1328:2, 1344:12, 1345:6

**FEMA-provided** [4] - 1313:1, 1326:24, 1328:2, 1344:12

**FEMA-supplied** [2] -

1312:4, 1345:6

**female** [1] - 1259:8

**fever** [1] - 1236:5

**few** [10] - 1225:13, 1225:14, 1243:10, 1256:7, 1267:15, 1280:16, 1285:2, 1290:24, 1334:6, 1340:2

**field** [2] - 1298:15, 1298:21

**Field** [1] - 1302:14

**field's** [3] - 1332:10, 1332:11, 1332:12

**figure** [1] - 1221:3

**file** [1] - 1241:13

**filed** [1] - 1217:9

**filing** [1] - 1278:24

**fill** [8] - 1278:1, 1278:2, 1284:13, 1284:19, 1285:4, 1285:6, 1285:8

**filled** [5] - 1278:17, 1278:18, 1284:13, 1284:20, 1284:21

**filling** [1] - 1284:10

**final** [1] - 1313:3

**findings** [2] - 1299:19, 1322:13

**fine** [8] - 1264:1, 1267:14, 1295:6, 1295:14, 1298:18, 1298:19, 1303:18, 1311:22

**finish** [3] - 1217:21, 1217:24, 1275:16

**first** [39] - 1219:13, 1221:6, 1222:3, 1222:18, 1223:10, 1226:1, 1226:4, 1238:17, 1238:24, 1239:9, 1239:10, 1239:12, 1239:24, 1240:8, 1240:13, 1240:21, 1246:19, 1249:23, 1250:2, 1250:14, 1251:15, 1251:16, 1251:19, 1252:17, 1253:12, 1256:13, 1261:3, 1273:12, 1278:10, 1285:12, 1289:2, 1294:6, 1297:13, 1297:23, 1307:15, 1308:19, 1310:7, 1311:12

**fit** [1] - 1292:25

**five** [12] - 1305:16, 1306:17, 1317:18, 1341:10, 1341:17,

1343:12, 1343:16, 1343:24, 1344:24, 1345:1
**fix** [1] - 1252:3
**fixed** [4] - 1252:4, 1259:15, 1263:16
**fixing** [1] - 1258:5
**flooded** [3] - 1220:11, 1303:25, 1304:4
**flow** [1] - 1318:6
**focus** [1] - 1219:12
**folder** [1] - 1291:3
**folic** [1] - 1306:23
**follows** [1] - 1297:14
**FOR** [3] - 1214:16, 1215:7, 1215:12
**forced** [1] - 1308:5
**forcefully** [1] - 1308:21
**foregoing** [1] - 1352:15
**forehead** [1] - 1324:4
**foreign** [1] - 1304:18
**FOREST** [2] - 1214:8, 1215:7
**forest** [1] - 1302:15
**Forest** [2] - 1296:11, 1296:14
**forgot** [1] - 1282:9
**form** [11] - 1233:4, 1252:22, 1261:18, 1267:20, 1267:22, 1278:1, 1284:10, 1285:4, 1309:23, 1345:13, 1349:1
**Form** [2] - 1261:6, 1268:25
**Formaldehyde** [2] - 1228:9, 1300:19
**formaldehyde** [45] - 1236:21, 1237:1, 1237:5, 1237:10, 1237:14, 1237:16, 1239:2, 1287:8, 1293:3, 1300:13, 1300:24, 1301:2, 1301:6, 1301:8, 1301:13, 1301:15, 1301:17, 1302:16, 1312:3, 1313:19, 1314:13, 1314:17, 1318:21, 1318:24, 1319:14, 1329:24, 1330:6, 1330:13, 1333:18, 1334:4, 1334:12, 1334:17, 1335:13, 1336:10, 1336:18, 1336:19, 1339:23, 1344:7, 1344:14, 1345:5,

1348:21, 1348:25, 1349:9, 1351:3
**FORMALDEHYDE** [1] - 1214:4
**forms** [5] - 1263:2, 1263:21, 1278:4, 1278:17, 1278:18
**foul** [1] - 1256:10, 1257:7, 1257:8
**foundation** [2] - 1263:5, 1351:6
**four** [3] - 1282:5, 1292:18, 1305:16
**frame** [1] - 1234:11, 1256:22, 1256:25
**Frank** [1] - 1294:10
**FRANK** [2] - 1214:16, 1214:17
**frankly** [2] - 1294:25, 1317:2
**frequent** [3] - 1282:5, 1319:7, 1319:8
**FRIDAY** [2] - 1214:6, 1217:2
**friend** [1] - 1229:13
**friends** [3] - 1230:1, 1230:19, 1306:6
**front** [6] - 1220:5, 1270:24, 1271:24, 1274:1, 1303:12, 1324:2
**frustrated** [1] - 1337:20
**full** [2] - 1239:4, 1297:16
**fully** [1] - 1308:25
**function** [5] - 1299:17, 1308:4, 1308:14, 1308:17, 1308:18
**funeral** [1] - 1279:25
**furnace** [5] - 1250:7, 1251:2, 1251:10, 1251:14, 1252:3
**future** [1] - 1338:25

## G

**GAEDDERT** [1] - 1215:18
**gain** [2] - 1301:1, 1307:2
**Galant** [5] - 1220:8, 1220:10, 1220:15, 1220:23, 1221:1
**gap** [4] - 1260:5, 1260:8, 1260:17, 1260:19
**gas** [6] - 1273:12, 1273:15, 1293:3,

1301:8, 1318:21, 1348:25
**gasket** [1] - 1349:9
**general** [3] - 1255:18, 1315:19, 1331:11
**generally** [8] - 1234:19, 1307:2, 1315:18, 1317:18, 1321:5, 1329:9, 1336:1, 1350:19
**gentleman** [1] - 1296:5
**gentlemen** [24] - 1218:17, 1277:9, 1279:5, 1280:1, 1280:4, 1280:23, 1281:9, 1281:20, 1284:12, 1287:6, 1290:19, 1291:15, 1298:2, 1299:13, 1299:21, 1300:7, 1303:8, 1303:14, 1309:15, 1314:1, 1314:8, 1314:24, 1317:24, 1323:19
**GIEGER** [51] - 1215:7, 1215:8, 1216:6, 1218:5, 1219:7, 1219:9, 1240:2, 1240:6, 1240:13, 1240:18, 1240:25, 1241:5, 1241:12, 1241:20, 1241:22, 1241:24, 1242:1, 1242:20, 1243:3, 1280:10, 1286:16, 1294:5, 1294:10, 1295:16, 1295:24, 1298:10, 1298:16, 1298:24, 1311:14, 1311:17, 1327:1, 1328:11, 1330:11, 1331:17, 1334:9, 1335:15, 1335:24, 1338:18, 1339:7, 1340:8, 1340:19, 1342:24, 1343:15, 1344:20, 1347:5, 1349:16, 1349:25, 1350:9, 1351:1, 1351:10, 1351:15
**Gieger** [23] - 1218:24, 1219:5, 1242:19, 1242:22, 1247:14, 1248:5, 1252:21, 1256:7, 1276:15, 1287:21, 1291:22, 1295:11, 1296:15, 1296:19, 1296:21, 1299:6, 1299:7,

1328:9, 1343:4, 1343:7, 1344:4, 1344:13, 1349:14
**Gieger's** [1] - 1298:6
**GIEGER.....................
...........** [2] - 1216:11, 1216:13
**given** [7] - 1252:22, 1290:18, 1304:19, 1304:22, 1305:15, 1327:2, 1349:19
**Global** [1] - 1277:24
**glove** [1] - 1220:20
**God** [2] - 1292:18, 1297:10
**gold** [1] - 1309:21
**Google** [1] - 1223:16
**goopy** [1] - 1235:10, 1282:2
**grade** [1] - 1336:22
**gradual** [1] - 1305:6
**grant** [2] - 1217:11, 1217:12
**granted** [2] - 1217:15, 1217:16
**great** [1] - 1326:11
**greater** [1] - 1319:15
**greater-than-two-
year** [1] - 1319:15
**grossly** [2] - 1322:15, 1322:17
**groups** [1] - 1318:13
**growth** [1] - 1237:22
**guess** [3] - 1253:6, 1285:1, 1290:20
**guidelines** [1] - 1300:13
**guy** [2] - 1244:11, 1277:12

## H

**half** [2] - 1278:20, 1289:2
**hand** [2] - 1257:23, 1297:7
**handed** [2] - 1226:21, 1247:20
**handle** [4] - 1277:15, 1287:17, 1287:18, 1296:20
**handled** [3] - 1277:7, 1277:11, 1302:23
**handles** [1] - 1277:25
**handling** [1] - 1296:19
**handwriting** [1] - 1251:7
**handwritten** [2] - 1252:12, 1269:22

**hang** [1] - 1347:21
**happiest** [1] - 1342:1
**happy** [1] - 1327:19
**hard** [2] - 1308:20, 1318:7
**harm** [2] - 1274:6, 1275:7
**hauls** [1] - 1277:13
**hazard** [1] - 1228:24
**hazards** [4] - 1301:5, 1301:7, 1301:9, 1301:10
**head** [12] - 1321:19, 1321:21, 1322:5, 1322:8, 1322:13, 1322:18, 1324:5, 1324:7, 1324:19, 1325:7, 1326:10
**headache** [2] - 1336:7, 1341:15
**headaches** [13] - 1305:4, 1312:20, 1312:22, 1312:25, 1326:22, 1327:25, 1333:3, 1333:21, 1334:3, 1334:11, 1335:2, 1335:12
**health** [5] - 1230:24, 1233:22, 1237:2, 1286:10, 1306:9
**Health** [1] - 1300:15
**healthy** [2] - 1307:6, 1342:22
**healthy-appearing** [1] - 1307:6
**hear** [1] - 1218:25
**heard** [4] - 1249:5, 1302:13, 1305:11, 1331:24
**HEARD** [1] - 1214:12
**hearing** [3] - 1306:10, 1306:12, 1307:11
**hearsay** [1] - 1286:16
**heart** [3] - 1307:15, 1307:16, 1329:9
**heat** [1] - 1273:19
**heaters** [1] - 1250:6, 1250:7
**held** [5] - 1223:24, 1262:22, 1294:9, 1296:4, 1335:9
**helmet** [1] - 1244:11
**help** [2] - 1239:22, 1297:9
**helped** [2] - 1304:22, 1305:17
**helpful** [2] - 1246:23, 1293:24
**hereby** [1] - 1352:15
**hesitated** [1] -

1293:11

**hidden** [1] - 1331:6

**high** [13] - 1292:20, 1303:22, 1318:25, 1319:15, 1329:11, 1334:22, 1348:20, 1348:21, 1348:23, 1350:15, 1350:22

**highlight** [7] - 1244:3, 1251:8, 1251:22, 1252:10, 1257:23, 1258:12, 1259:5

**highly** [2] - 1332:22, 1337:23

**hired** [5] - 1277:24, 1295:11, 1296:7, 1299:5, 1300:1

**historian** [2] - 1307:7, 1348:7

**historical** [4] - 1316:23, 1317:6, 1334:16, 1344:11

**historically** [5] - 1312:9, 1313:22, 1320:5, 1345:20, 1347:17

**history** [29] - 1236:23, 1299:17, 1303:10, 1303:12, 1303:15, 1306:10, 1306:15, 1306:16, 1306:18, 1306:20, 1306:21, 1311:5, 1312:21, 1313:8, 1314:22, 1317:16, 1323:15, 1327:2, 1333:8, 1333:9, 1333:13, 1333:24, 1337:12, 1338:3, 1342:4, 1342:5, 1347:20, 1349:19

**hit** [1] - 1261:3

**hold** [1] - 1290:25

**holding** [1] - 1223:23

**holes** [1] - 1339:15

**home** [6] - 1254:4, 1254:17, 1288:20, 1289:22, 1303:25, 1304:4

**Homes** [1] - 1300:20

**homes** [2] - 1350:20

**Honor** [35] - 1217:20, 1218:5, 1218:8, 1218:11, 1219:7, 1241:12, 1242:21, 1242:24, 1243:21, 1245:2, 1246:7, 1249:14, 1250:12, 1252:21, 1257:3, 1258:23, 1260:12,

1262:18, 1268:6, 1269:4, 1270:2, 1270:11, 1272:25, 1275:23, 1286:16, 1291:18, 1294:5, 1298:10, 1298:24, 1311:14, 1327:17, 1344:20, 1347:5, 1350:10, 1351:15

**HONORABLE** [1] - 1214:12

**hood** [1] - 1221:2

**hope** [1] - 1329:2

**hoping** [2] - 1217:24, 1270:11

**Hospital** [3] - 1298:5, 1328:19, 1328:22

**hospital** [4] - 1328:18, 1328:19, 1329:5, 1329:7

**hospital-based** [2] - 1328:18, 1329:5

**hour** [2] - 1288:21, 1351:23

**hours** [23] - 1276:9, 1276:13, 1287:23, 1288:4, 1288:7, 1288:18, 1289:4, 1289:5, 1289:6, 1289:13, 1289:15, 1289:20, 1290:3, 1290:4, 1290:5, 1290:6, 1290:11, 1290:12, 1290:14, 1304:8

**house** [2] - 1219:22, 1265:9

**houses** [2] - 1224:14, 1281:23

**housing** [4] - 1232:2, 1233:2, 1233:5, 1233:11

**HOUSTON** [1] - 1214:21

**Human** [1] - 1300:15

**hundreds** [1] - 1350:17

**hunt** [1] - 1337:17

**Hurricane** [1] - 1303:25

**hurricane** [4] - 1220:10, 1220:12, 1223:21, 1224:2

**HVAC** [2] - 1251:8, 1251:10

**Hyatt** [8] - 1236:10, 1278:12, 1289:1, 1289:8, 1289:9, 1289:14, 1290:12, 1290:14

**hypertension** [2] - 1306:16, 1306:21

**I**

**idea** [3] - 1232:19, 1239:20, 1239:21

**identified** [2] - 1241:15, 1323:14

**Ilgenfritz** [1] - 1302:7

**ill** [2] - 1282:25, 1283:10

**illness** [3] - 1293:4, 1321:10, 1331:25

**illnesses** [1] - 1329:8

**IME** [1] - 1239:11

**immediate** [2] - 1228:20, 1229:3

**immediately** [1] - 1229:7

**impairment** [4] - 1308:15, 1319:24, 1321:9, 1339:22

**impeachment** [3] - 1249:15, 1250:17, 1250:18

**important** [1] - 1336:16

**importantly** [1] - 1319:21

**impression** [17] - 1312:2, 1312:23, 1317:20, 1317:23, 1317:24, 1317:25, 1320:9, 1322:1, 1323:12, 1323:13, 1323:25, 1324:5, 1326:5, 1345:3, 1345:4, 1345:13, 1347:4

**impressions** [5] - 1311:7, 1311:8, 1327:3, 1333:6, 1344:4

**improper** [3] - 1249:14, 1250:21, 1263:13

**improved** [2] - 1313:11, 1316:1

**IN** [1] - 1214:4

**INC** [3] - 1214:8, 1215:7, 1215:12

**inches** [2] - 1281:5

**incidence** [3] - 1341:15, 1341:16, 1341:17

**incidences** [1] - 1302:22

**incident** [3] - 1302:20,

1349:6, 1351:5

**incidental** [1] - 1323:24

**inclined** [1] - 1272:17

**including** [2] - 1299:16, 1302:11

**income** [1] - 1241:15

**incorrect** [1] - 1279:1

**incorrectly** [1] - 1236:21

**increase** [4] - 1308:6, 1319:2, 1338:2, 1346:23

**independent** [3] - 1299:8, 1299:11, 1299:13

**indicate** [1] - 1261:22

**indication** [1] - 1351:12

**indoor** [1] - 1228:9

**industrial** [2] - 1348:25, 1350:19

**industry** [1] - 1301:3

**infection** [5] - 1317:13, 1336:23, 1337:1, 1339:19

**Infirmary** [2] - 1302:3, 1322:25

**inflamed** [1] - 1305:10

**inflammation** [8] - 1301:10, 1312:18, 1315:16, 1315:21, 1324:1, 1336:20, 1339:19

**inform** [1] - 1282:17

**information** [1] - 1237:10

**informed** [1] - 1228:23

**inhale** [1] - 1309:17

**inhaled** [1] - 1305:15

**inhaler** [1] - 1305:15

**inhibitors** [1] - 1341:11

**initial** [3] - 1225:23, 1256:3, 1333:6

**injury** [1] - 1277:4

**inquire** [1] - 1331:21

**inquired** [1] - 1279:15

**inside** [10] - 1223:3, 1223:4, 1223:11, 1243:18, 1244:20, 1244:22, 1267:10, 1271:3, 1272:11, 1292:23

**Inspected** [1] - 1254:8

**inspected** [2] - 1245:7, 1260:1

**inspecting** [1] - 1268:2

**Inspection** [2] -

1261:6, 1268:25

**inspection** [13] - 1222:3, 1223:4, 1224:18, 1226:6, 1226:20, 1256:4, 1261:13, 1262:11, 1263:4, 1264:8, 1268:4, 1268:5, 1279:4

**inspections** [3] - 1254:17, 1263:8, 1266:5

**inspectors** [1] - 1267:3

**installation** [2] - 1263:9, 1263:14

**instances** [1] - 1321:8

**instead** [3] - 1252:9, 1264:6, 1264:10

**instigate** [1] - 1232:5

**intend** [1] - 1268:14

**intensive** [1] - 1329:7

**intermittent** [3] - 1312:9, 1345:20, 1347:17

**interrupt** [1] - 1263:10

**interview** [1] - 1325:16

**introduce** [1] - 1241:13

**investigate** [1] - 1232:4

**investigated** [1] - 1227:16

**investigation** [1] - 1321:17

**irritant** [4] - 1313:19, 1313:21, 1318:21, 1318:22

**irritated** [1] - 1245:21

**irritates** [1] - 1279:18

**irritating** [6] - 1313:1, 1326:23, 1328:1, 1333:17, 1333:20, 1333:24

**irritation** [6] - 1228:10, 1234:15, 1282:1, 1304:15, 1337:1, 1338:13

**irritations** [1] - 1284:2

**IRS** [3] - 1277:19, 1277:20, 1278:25

**issue** [1] - 1334:24

**issues** [3] - 1239:2, 1306:9, 1314:12

**itis** [3] - 1315:16, 1315:21, 1324:1

## J

January [1] - 1288:5
JASON [1] - 1215:8
Jefferson [5] - 1298:5,
1328:18, 1328:22,
1332:15, 1340:21
JERICHO [1] -
1214:24
job [10] - 1277:2,
1278:13, 1278:19,
1288:25, 1289:2,
1289:3, 1289:5,
1290:5, 1290:6,
1303:20
jobs [1] - 1278:21
Johnson [2] - 1230:7,
1230:10
Johnsons [2] -
1275:14, 1275:20
JR [3] - 1214:16,
1214:17, 1215:8
Judge [8] - 1240:2,
1240:6, 1245:4,
1263:1, 1280:10,
1292:2, 1298:19,
1350:6
JUDGE [1] - 1214:13
judge [1] - 1248:3
jugular [1] - 1307:10
July [21] - 1238:18,
1270:7, 1288:25,
1289:1, 1289:8,
1289:14, 1292:11,
1292:14, 1304:7,
1304:11, 1312:5,
1313:2, 1313:6,
1322:5, 1322:24,
1323:16, 1324:5,
1325:7, 1326:24,
1328:2, 1345:6
June [10] - 1238:18,
1239:18, 1239:20,
1270:9, 1285:13,
1293:1, 1300:10,
1303:9, 1312:23,
1313:9
jury [50] - 1218:12,
1218:15, 1218:17,
1219:21, 1220:25,
1232:7, 1238:2,
1277:9, 1279:6,
1280:4, 1281:10,
1281:20, 1284:12,
1290:19, 1291:15,
1293:18, 1294:3,
1294:21, 1296:2,
1296:9, 1298:3,
1299:13, 1299:21,

1300:8, 1302:13,
1303:9, 1303:15,
1309:15, 1311:5,
1311:13, 1314:1,
1314:8, 1314:24,
1317:22, 1317:24,
1323:20, 1325:3,
1328:16, 1328:20,
1329:17, 1330:21,
1334:25, 1335:10,
1336:16, 1337:12,
1338:25, 1340:4,
1350:4, 1351:25
JURY [1] - 1214:12

## K

KAREN [1] - 1215:14
Katrina [2] - 1224:1,
1303:25
keep [7] - 1276:23,
1287:14, 1291:13,
1298:22, 1305:25,
1308:9, 1342:17
Kenneth [1] - 1297:17
KENNETH [3] -
1216:9, 1297:12,
1297:17
kept [2] - 1281:24,
1305:24
key [2] - 1226:6,
1226:8
keys [3] - 1226:15,
1226:21, 1249:24
kidney [1] - 1329:9
kind [9] - 1221:16,
1260:19, 1288:6,
1308:17, 1330:21,
1331:12, 1332:18,
1336:8, 1341:24
kinds [1] - 1335:1
Knight [3] - 1314:20,
1315:9, 1315:25
knowing [1] - 1286:22
knowledge [8] -
1228:19, 1229:2,
1246:16, 1264:17,
1264:25, 1280:9,
1301:14, 1310:7
known [7] - 1267:16,
1274:4, 1274:24,
1275:2, 1300:17,
1300:24, 1313:19
KURT [1] - 1214:12
KURTZ [1] - 1215:13

## L

LA [4] - 1214:18,

1215:10, 1215:15,
1215:22
LABORDE [1] -
1215:7
ladies [22] - 1218:17,
1277:9, 1279:5,
1280:4, 1281:9,
1281:20, 1284:12,
1287:6, 1290:19,
1291:15, 1298:2,
1299:12, 1299:21,
1300:7, 1303:8,
1303:14, 1309:15,
1314:1, 1314:8,
1314:24, 1317:23,
1323:19
lady [1] - 1275:11
Lane [1] - 1253:14
LAPEROUSE [1] -
1215:7
laptop [2] - 1289:23,
1289:24
large [1] - 1303:21
larynx [1] - 1282:9
last [16] - 1268:18,
1270:6, 1280:9,
1283:1, 1285:13,
1294:11, 1294:14,
1294:20, 1295:13,
1295:24, 1296:16,
1317:16, 1317:17,
1317:18, 1328:21,
1334:6
lasted [3] - 1225:12,
1280:6, 1280:15
lasting [1] - 1315:17
late [4] - 1260:10,
1260:11, 1270:21,
1280:20
latter [1] - 1229:18
LAW [2] - 1214:16,
1214:23
lawyer [4] - 1236:17,
1236:19, 1237:15,
1239:1
lawyers [4] - 1237:10,
1282:24, 1285:19,
1295:2
lead [6] - 1317:15,
1337:20, 1338:2,
1338:16, 1349:6,
1349:23
Leading [2] - 1334:5,
1349:21
leading [11] - 1295:8,
1295:22, 1296:13,
1331:14, 1331:15,
1334:7, 1338:15,
1339:3, 1349:22,
1349:23

leak [8] - 1270:24,
1270:25, 1271:20,
1271:21, 1271:25,
1280:25, 1281:3,
1281:4
leaked [2] - 1281:1
leaking [1] - 1271:3
leaks [4] - 1270:17,
1270:24, 1271:8,
1271:11
leaky [1] - 1349:9
learned [1] - 1301:8
lease [6] - 1233:15,
1243:17, 1244:8,
1279:6, 1284:7,
1290:18
lease-in [4] - 1243:17,
1244:8, 1284:7,
1290:18
least [3] - 1265:16,
1286:8, 1342:2
leave [1] - 1309:6
leaves [2] - 1293:19,
1352:1
leaving [1] - 1307:4
led [1] - 1222:18
left [12] - 1218:22,
1248:17, 1248:25,
1253:7, 1254:4,
1257:23, 1259:15,
1265:16, 1287:11,
1306:13, 1307:11,
1322:10
left-hand [1] - 1257:23
left-sided [1] -
1322:10
less [4] - 1310:21,
1318:9, 1318:13
letter [3] - 1236:20,
1236:22, 1254:4
letters [1] - 1265:17
level [12] - 1259:19,
1259:22, 1259:24,
1259:25, 1260:18,
1262:1, 1263:5,
1279:7, 1279:9,
1279:11, 1313:25,
1334:23
leveling [1] - 1264:9
levels [21] - 1228:9,
1302:16, 1313:20,
1313:21, 1314:13,
1314:16, 1314:17,
1318:22, 1318:25,
1319:15, 1334:16,
1334:19, 1334:22,
1335:1, 1336:1,
1336:9, 1348:23,
1351:2, 1351:4,
1351:5

Levitra [2] - 1341:12,
1343:18
LIABILITY [1] - 1214:5
lids [1] - 1304:18
life [4] - 1239:24,
1240:13, 1240:21,
1321:11
lifetime [1] - 1306:15
light [1] - 1280:20
lights [1] - 1262:1
Limine [1] - 1217:9
limit [1] - 1296:25
limited [6] - 1296:23,
1305:21, 1343:3,
1350:11
line [14] - 1240:1,
1240:2, 1246:17,
1249:22, 1252:23,
1266:2, 1324:22,
1325:4, 1344:21,
1344:24, 1344:25,
1345:1, 1345:2
lined [1] - 1339:15
lines [5] - 1225:2,
1246:6, 1249:21,
1295:2, 1295:3
list [1] - 1342:5
listed [1] - 1306:22
listened [1] - 1239:2
literally [1] - 1350:17
literature [10] -
1313:18, 1314:9,
1318:20, 1318:23,
1329:24, 1335:3,
1335:17, 1336:8,
1348:20, 1348:24
litigation [1] - 1285:2
LITIGATION [1] -
1214:5
live [3] - 1229:16,
1232:13, 1292:12
lived [8] - 1231:18,
1304:2, 1304:6,
1304:11, 1326:6,
1330:6, 1330:13
liver [1] - 1329:9
living [31] - 1239:24,
1240:14, 1240:21,
1244:16, 1259:2,
1275:11, 1282:17,
1282:21, 1283:21,
1287:9, 1298:3,
1298:9, 1303:24,
1304:24, 1305:25,
1306:2, 1312:4,
1312:11, 1313:1,
1320:5, 1320:10,
1326:23, 1328:1,
1339:23, 1345:5,
1345:25, 1346:7,

1346:9, 1347:22,
1347:24, 1349:18
**located** [2] - 1223:18,
1223:20
**location** [3] - 1223:17,
1223:24, 1224:3
**locations** [1] -
1224:15
**locked** [1] - 1350:21
**long-term** [1] -
1319:22
**look** [39] - 1220:21,
1220:23, 1221:1,
1221:4, 1221:11,
1226:23, 1227:8,
1227:14, 1227:23,
1230:21, 1232:16,
1233:4, 1233:5,
1233:11, 1235:2,
1240:7, 1242:5,
1242:8, 1249:21,
1251:18, 1253:24,
1254:7, 1254:8,
1258:17, 1261:21,
1262:8, 1266:19,
1267:9, 1267:22,
1267:25, 1268:21,
1290:19, 1295:1,
1311:19, 1322:6,
1322:23, 1327:19,
1347:8, 1347:12
**Look** [3] - 1229:19,
1229:22, 1231:25
**looked** [11] - 1222:8,
1223:10, 1226:4,
1243:18, 1248:12,
1274:18, 1274:19,
1275:5, 1323:3,
1323:5, 1329:24
**looking** [3] - 1292:14,
1310:23, 1335:16
**looks** [2] - 1283:3,
1341:3
**loss** [2] - 1306:10,
1307:2
**LOUISIANA** [2] -
1214:1, 1214:6
**Louisiana** [5] -
1274:16, 1274:21,
1275:2, 1352:13,
1352:14
**low** [2] - 1292:21,
1336:22
**low-grade** [1] -
1336:22
**lower** [2] - 1310:18,
1337:14
**lucky** [1] - 1279:16
**Lucretia** [1] - 1230:10
**lunch** [2] - 1351:20,

1351:23
**luncheon** [1] - 1352:5
**lung** [8] - 1299:16,
1309:9, 1309:10,
1328:25, 1329:1,
1329:6, 1329:12,
1329:13
**lungs** [4] - 1286:23,
1287:2, 1309:4,
1309:5
**LYNDON** [2] -
1214:16, 1216:5
**Lyndon** [5] - 1287:6,
1303:6, 1303:15,
1330:5, 1330:12

# M

**machine** [1] - 1272:18
**main** [3] - 1271:18,
1292:20, 1318:12
**maintain** [1] - 1262:24
**maintaining** [2] -
1263:11, 1277:16
**maintains** [1] -
1303:21
**maintenance** [19] -
1221:9, 1221:11,
1221:15, 1221:16,
1226:9, 1226:12,
1248:25, 1253:1,
1254:22, 1254:24,
1255:5, 1258:2,
1258:4, 1258:9,
1261:8, 1271:24,
1271:25, 1272:1,
1286:7
**Maintenance** [3] -
1261:6, 1268:24,
1269:9
**male** [4] - 1259:9,
1259:13, 1303:20,
1307:6
**management** [1] -
1300:13
**manifestation** [3] -
1317:12, 1330:24,
1346:21
**manifestations** [2] -
1329:2, 1329:8
**manual** [18] - 1220:21,
1220:23, 1220:25,
1221:4, 1221:12,
1227:14, 1227:17,
1227:19, 1228:2,
1228:4, 1228:5,
1228:9, 1228:12,
1247:17, 1247:24,
1248:2, 1248:11,

1291:1
**manuals** [2] - 1227:6,
1227:8
**manufacturer** [1] -
1301:11
**Maps** [1] - 1223:16
**MARCH** [2] - 1214:6,
1217:2
**March** [33] - 1229:6,
1229:10, 1232:7,
1234:11, 1234:12,
1234:14, 1234:19,
1235:6, 1249:6,
1249:9, 1249:10,
1249:13, 1250:5,
1250:9, 1250:11,
1250:13, 1251:2,
1251:19, 1252:16,
1252:23, 1280:16,
1288:6, 1288:10,
1288:11, 1304:3,
1304:12, 1312:5,
1313:2, 1326:24,
1328:2, 1345:6
**mark** [7] - 1244:5,
1252:22, 1254:19,
1254:20, 1257:7,
1264:5, 1266:25
**marked** [2] - 1268:21,
1269:16
**marks** [5] - 1261:17,
1261:18, 1261:22,
1266:3, 1266:24
**Marriott** [1] - 1301:21
**mass** [2] - 1323:22,
1323:24
**mastoidectomy** [1] -
1323:15
**material** [2] - 1300:8,
1304:18
**Material** [4] - 1300:23,
1301:1, 1302:19,
1302:22
**matter** [1] - 1352:18
**maxillary** [6] -
1323:13, 1324:1,
1324:2, 1324:14,
1326:12, 1340:12
**maximize** [1] - 1219:4
**MD** [1] - 1297:12
**MD**............................
........ [1] - 1216:9
**MDL** [1] - 1214:5
**mean** [45] - 1225:20,
1228:22, 1232:18,
1253:6, 1256:15,
1257:10, 1257:12,
1259:22, 1259:23,
1260:19, 1260:22,
1263:12, 1265:8,

1271:16, 1274:25,
1277:14, 1281:14,
1283:11, 1283:14,
1283:15, 1283:24,
1285:19, 1285:23,
1286:8, 1288:8,
1289:22, 1289:23,
1290:15, 1290:23,
1291:3, 1293:6,
1299:13, 1299:15,
1310:25, 1315:18,
1318:16, 1321:7,
1326:2, 1332:22,
1333:12, 1335:1,
1335:11, 1344:1
**mean..** [1] - 1281:8
**means** [6] - 1315:16,
1318:5, 1318:17,
1323:20, 1331:6
**meant** [4] - 1256:21,
1256:24, 1274:15,
1332:8
**measure** [6] -
1279:11, 1308:21,
1309:3, 1309:4,
1309:9
**measurements** [1] -
1303:3
**MECHANICAL** [1] -
1215:23
**mechanically** [1] -
1272:17
**medical** [39] - 1235:2,
1235:20, 1235:22,
1236:23, 1237:11,
1238:14, 1299:8,
1299:10, 1299:12,
1299:13, 1300:11,
1300:13, 1301:23,
1302:3, 1302:5,
1302:7, 1304:19,
1305:13, 1306:10,
1310:4, 1313:10,
1316:5, 1316:7,
1320:14, 1320:21,
1321:19, 1322:4,
1325:15, 1329:17,
1331:19, 1332:4,
1337:2, 1340:3,
1341:3, 1341:4,
1348:16, 1348:19,
1348:24, 1351:11
**medication** [6] -
1305:2, 1337:6,
1339:9, 1341:20,
1342:5, 1342:19
**medications** [6] -
1306:22, 1319:22,
1338:1, 1340:23,
1341:8, 1343:8

**medicine** [5] - 1282:1,
1298:16, 1298:17,
1298:21, 1340:21
**meeting** [1] - 1249:3
**Melville** [1] - 1302:17
**membrane** [2] -
1339:16, 1341:18
**membranes** [3] -
1315:7, 1342:15,
1342:21
**mention** [2] - 1229:21,
1332:4
**mentioned** [5] -
1218:6, 1273:21,
1281:2, 1283:7,
1284:6
**Merit** [1] - 1352:12
**met** [2] - 1297:21,
1297:23
**methacholine** [6] -
1309:12, 1309:16,
1309:18, 1318:10,
1318:14, 1331:2
**mid** [1] - 1293:1
**Mid** [1] - 1303:24
**midmorning** [1] -
1217:25
**might** [32] - 1221:18,
1225:22, 1234:10,
1237:25, 1241:1,
1241:6, 1241:8,
1247:23, 1247:24,
1248:14, 1248:18,
1248:22, 1248:23,
1269:4, 1274:20,
1282:25, 1290:3,
1290:4, 1299:19,
1304:20, 1306:8,
1310:25, 1313:24,
1314:13, 1314:15,
1319:23, 1320:6,
1337:24, 1340:5,
1340:7
**mild** [15] - 1305:4,
1306:3, 1306:16,
1307:12, 1307:21,
1308:3, 1308:5,
1311:1, 1312:8,
1320:5, 1336:25,
1345:19, 1346:13,
1347:16
**Miller** [2] - 1218:6,
1302:12
**milligrams** [3] -
1306:17, 1318:9,
1318:14
**million** [3] - 1313:24,
1336:2, 1336:5
**minute** [2] - 1270:17,
1311:8

**minutes** [3] - 1270:12, 1340:2, 1351:19
**mischaracterizes** [2] - 1243:20, 1245:2
**misstated** [1] - 1288:8
**mistaken** [2] - 1250:4, 1288:5
**moderate** [4] - 1318:1, 1318:3, 1318:14, 1318:16
**mold** [2] - 1267:16, 1271:2
**moldy** [1] - 1281:23
**mom** [11] - 1228:17, 1228:22, 1229:1, 1229:7, 1229:18, 1232:3, 1232:8, 1232:10, 1233:14, 1284:3, 1286:22
**Mom** [1] - 1229:19
**moment** [3] - 1226:3, 1235:2, 1294:5
**month** [2] - 1270:7, 1304:1
**months** [6] - 1280:16, 1292:18, 1306:7, 1315:18, 1330:6, 1330:14
**MORNING** [1] - 1214:11
**morning** [14] - 1217:22, 1218:18, 1218:19, 1219:7, 1219:10, 1219:11, 1219:12, 1243:7, 1276:4, 1297:3, 1305:7, 1328:12, 1328:13
**mornings** [1] - 1314:21
**most** [9] - 1234:12, 1267:13, 1271:18, 1288:22, 1288:23, 1313:22, 1313:23, 1335:4, 1342:19
**mother** [7] - 1228:16, 1253:18, 1259:2, 1286:10, 1286:14, 1286:20, 1304:16
**mother's** [1] - 1269:20
**Motion** [1] - 1217:9
**motion** [4] - 1217:11, 1217:12, 1217:13
**mouth** [1] - 1255:13
**move** [10] - 1219:1, 1228:20, 1229:4, 1233:13, 1233:16, 1255:20, 1255:19, 1292:2, 1347:10, 1347:13

**moved** [35] - 1219:13, 1219:22, 1220:2, 1221:22, 1221:24, 1224:12, 1224:17, 1226:4, 1229:7, 1232:12, 1233:14, 1233:17, 1233:20, 1234:2, 1234:24, 1236:15, 1249:6, 1249:9, 1249:13, 1249:21, 1250:4, 1250:5, 1280:16, 1288:19, 1292:11, 1292:14, 1293:5, 1293:6, 1293:8, 1304:3, 1304:10, 1304:11, 1337:6, 1337:9, 1338:4
**moving** [10] - 1248:16, 1248:19, 1273:8, 1281:10, 1281:12, 1281:18, 1304:7, 1304:14, 1305:18, 1313:6
**MR** [172] - 1216:6, 1216:7, 1216:8, 1216:10, 1216:11, 1216:12, 1216:13, 1217:15, 1217:20, 1218:5, 1218:8, 1218:11, 1219:7, 1219:9, 1239:25, 1240:2, 1240:6, 1240:10, 1240:13, 1240:18, 1240:24, 1240:25, 1241:5, 1241:12, 1241:20, 1241:22, 1241:23, 1241:24, 1242:1, 1242:5, 1242:11, 1242:13, 1242:15, 1242:20, 1242:24, 1243:3, 1243:6, 1243:20, 1243:24, 1245:1, 1245:4, 1245:6, 1246:7, 1246:10, 1248:3, 1248:9, 1249:14, 1249:19, 1250:12, 1250:16, 1251:1, 1252:21, 1255:11, 1255:13, 1255:20, 1255:25, 1256:2, 1257:2, 1257:5, 1259:1, 1260:12, 1260:15, 1262:14, 1262:16, 1263:1, 1263:18, 1263:24, 1263:25, 1264:2, 1264:4, 1264:7, 1264:8, 1264:12,

1264:16, 1264:22, 1264:24, 1265:2, 1265:6, 1265:10, 1265:11, 1265:19, 1265:23, 1268:6, 1268:10, 1269:4, 1269:7, 1270:2, 1270:5, 1270:11, 1270:14, 1270:16, 1272:25, 1273:4, 1273:7, 1275:23, 1276:3, 1280:10, 1286:17, 1287:5, 1291:18, 1291:24, 1292:2, 1292:4, 1293:13, 1293:22, 1294:5, 1294:10, 1294:23, 1295:6, 1295:10, 1295:14, 1295:16, 1295:24, 1296:1, 1296:6, 1297:20, 1298:8, 1298:10, 1298:13, 1298:16, 1298:24, 1299:2, 1311:14, 1311:17, 1311:22, 1311:24, 1321:2, 1324:23, 1325:1, 1327:1, 1327:3, 1327:11, 1327:14, 1327:23, 1328:7, 1328:11, 1330:7, 1330:11, 1331:14, 1331:17, 1334:5, 1334:9, 1335:5, 1335:13, 1335:15, 1335:16, 1335:21, 1335:24, 1338:15, 1338:18, 1338:22, 1339:7, 1340:7, 1340:8, 1340:19, 1342:24, 1343:6, 1343:15, 1343:21, 1344:20, 1344:23, 1347:5, 1348:2, 1349:13, 1349:16, 1349:21, 1349:25, 1350:6, 1350:9, 1351:1, 1351:6, 1351:10
**MS** [2] - 1298:19, 1343:2
**MSDS** [2] - 1300:24, 1301:19
**MSDS's** [1] - 1301:15
**mucosal** [1] - 1341:5, 1341:18
**mucous** [3] - 1315:7, 1339:16, 1342:21
**murmur** [1] - 1307:16

**N**

**name** [7] - 1230:5, 1245:10, 1266:22, 1269:22, 1285:15, 1297:16, 1297:17
**nasal** [13] - 1305:21, 1314:22, 1316:1, 1316:2, 1338:13, 1341:5, 1342:7, 1342:9, 1342:15, 1342:21, 1343:11, 1343:17, 1344:2
**nasopharyngitis** [3] - 1315:13, 1315:20, 1315:21
**nausea** [1] - 1306:3
**necessarily** [2] - 1231:13, 1314:15
**neck** [2] - 1306:4, 1307:9
**need** [9] - 1227:24, 1233:8, 1237:10, 1250:19, 1255:16, 1255:22, 1286:23, 1311:21, 1352:2
**needed** [2] - 1221:3, 1226:12
**neighborhood** [1] - 1293:1
**Nephrology** [1] - 1302:5
**neuro** [1] - 1336:8
**neuroma** [1] - 1237:22
**neurotoxicity** [3] - 1336:8, 1336:9, 1336:10
**never** [19] - 1220:17, 1229:15, 1239:15, 1239:17, 1241:2, 1248:12, 1250:7, 1263:22, 1267:18, 1271:24, 1275:5, 1275:17, 1303:20, 1305:5, 1305:11, 1306:4, 1329:3, 1334:2, 1348:12
**New** [2] - 1236:10, 1303:22
**new** [31] - 1220:13, 1220:17, 1224:20, 1224:22, 1224:24, 1224:25, 1225:1, 1225:2, 1225:11, 1225:12, 1242:21, 1244:23, 1245:17, 1246:18, 1255:9, 1255:15, 1256:3, 1256:8, 1277:12,

1277:13, 1279:19, 1279:20, 1279:22, 1279:23, 1280:5, 1280:8, 1280:23, 1304:13
**NEW** [5] - 1214:6, 1214:18, 1215:10, 1215:15, 1215:22
**newer** [3] - 1247:5, 1279:16, 1279:23
**NEXSEN** [1] - 1215:3
**Next** [1] - 1346:11
**next** [13] - 1219:1, 1246:25, 1252:9, 1252:24, 1265:25, 1290:5, 1293:21, 1325:14, 1337:22, 1340:14, 1340:16, 1345:17, 1345:18
**nice** [2] - 1252:8, 1292:25
**Nicole** [1] - 1229:13
**night** [7] - 1288:14, 1288:15, 1289:16, 1289:18, 1290:9, 1292:23
**nighttime** [1] - 1331:3
**NO** [2] - 1214:5, 1214:9
**nobody** [2] - 1232:5, 1286:7
**nonchalant** [1] - 1283:13
**nonchalantly** [1] - 1232:25
**none** [4] - 1230:24, 1231:2, 1275:20, 1329:3
**nonproductive** [1] - 1305:6
**nontender** [1] - 1307:16
**normal** [10] - 1253:25, 1281:13, 1307:15, 1308:3, 1308:7, 1322:3, 1322:18, 1331:11, 1331:19, 1342:23
**normally** [1] - 1296:14
**Nos** [2] - 1216:19, 1242:17
**nose** [17] - 1234:16, 1301:9, 1301:10, 1304:15, 1305:9, 1305:10, 1312:16, 1315:8, 1315:21, 1317:13, 1326:14, 1338:20, 1339:16, 1339:20, 1342:15, 1342:17

nosebleed [2] - 1315:24, 1341:16
nosebleeds [1] - 1341:6
notation [1] - 1320:21
note [3] - 1237:7, 1315:9, 1315:10
noted [2] - 1320:23, 1320:24
notes [1] - 1311:4
nothing [9] - 1286:7, 1286:25, 1291:2, 1297:9, 1304:23, 1311:1, 1326:12, 1333:9
notice [15] - 1253:24, 1256:18, 1261:15, 1265:16, 1266:2, 1269:8, 1269:14, 1269:19, 1269:24, 1278:25, 1283:20, 1287:13, 1287:15, 1293:7
noticeable [1] - 1257:12
noticed [5] - 1250:3, 1267:15, 1280:20, 1280:25, 1282:3
notices [6] - 1283:19, 1287:7, 1287:11, 1292:5, 1292:8, 1292:9
noticing [2] - 1260:8, 1304:15
notified [1] - 1228:16
November [3] - 1256:21, 1256:24, 1257:6
nowhere [2] - 1288:22, 1290:16
Number [3] - 1251:9, 1312:6, 1312:7
number [17] - 1223:24, 1226:9, 1226:13, 1242:21, 1248:25, 1253:20, 1253:21, 1253:22, 1265:16, 1266:4, 1290:15, 1317:14, 1327:14, 1333:20, 1333:24, 1342:2, 1350:16
numbered [1] - 1352:17
numbers [1] - 1217:14

**O**

o'clock [1] - 1351:21

oath [4] - 1218:24, 1239:23, 1297:6, 1297:14
object [5] - 1280:10, 1286:16, 1291:18, 1343:15, 1347:5
objection [34] - 1239:25, 1240:16, 1242:4, 1242:8, 1242:9, 1242:12, 1242:15, 1242:22, 1243:20, 1243:22, 1245:1, 1248:3, 1248:7, 1249:14, 1250:14, 1250:16, 1255:11, 1264:18, 1272:25, 1295:16, 1311:16, 1327:1, 1327:10, 1330:7, 1331:14, 1334:5, 1335:5, 1338:15, 1338:22, 1340:7, 1344:20, 1349:21, 1350:6, 1351:6
observations [1] - 1308:24
obvious [5] - 1326:2, 1326:4, 1331:7, 1331:8
obviously [2] - 1265:14, 1331:8
occasion [12] - 1222:18, 1223:1, 1223:6, 1226:15, 1253:4, 1255:18, 1255:23, 1255:24, 1304:17, 1305:1, 1320:25, 1321:18
occasions [4] - 1267:15, 1305:7, 1305:11, 1306:2
occult [3] - 1331:5, 1331:6, 1332:15
occupancy [1] - 1322:20
occur [1] - 1280:25
occurred [7] - 1266:5, 1268:18, 1270:20, 1317:7, 1320:10, 1325:18
occurrence [1] - 1326:15
October [5] - 1288:3, 1304:2, 1314:20, 1315:2, 1315:10
odor [13] - 1256:10, 1256:14, 1257:7, 1257:8, 1257:9, 1275:17, 1275:20, 1279:15, 1280:2,

1280:19, 1280:20, 1284:6
odors [1] - 1279:13
OF [3] - 1214:1, 1214:12, 1214:16
offer [2] - 1241:13, 1242:20
offered [1] - 1248:8
offering [1] - 1298:8
offhand [1] - 1247:7
office [5] - 1236:14, 1299:15, 1328:19, 1328:23, 1329:3
OFFICER [3] - 1218:14, 1294:2, 1351:24
OFFICES [1] - 1214:16
Official [2] - 1352:13, 1352:23
OFFICIAL [1] - 1215:21
Officials [1] - 1300:20
often [4] - 1282:4, 1329:12, 1331:2, 1332:18
oil [1] - 1221:15
old [2] - 1277:13, 1286:1
omitted [1] - 1312:22
once [8] - 1233:15, 1282:7, 1296:23, 1297:2, 1304:6, 1304:23, 1332:22
one [89] - 1223:15, 1232:18, 1322:22, 1235:22, 1236:12, 1236:13, 1238:11, 1242:8, 1243:17, 1244:12, 1247:5, 1251:8, 1251:16, 1251:19, 1252:9, 1252:24, 1253:11, 1255:21, 1256:10, 1257:15, 1260:16, 1261:5, 1263:4, 1263:20, 1264:6, 1264:10, 1265:25, 1266:16, 1268:6, 1268:19, 1269:8, 1270:6, 1271:17, 1273:12, 1273:18, 1273:24, 1274:4, 1274:11, 1275:12, 1275:14, 1277:13, 1277:14, 1278:9, 1278:19, 1279:16, 1279:23, 1282:2, 1283:1, 1288:25, 1289:2, 1289:3,

1289:5, 1290:5, 1294:24, 1296:19, 1296:20, 1300:1, 1301:22, 1304:1, 1304:17, 1305:1, 1306:2, 1311:12, 1312:12, 1313:23, 1313:24, 1314:13, 1314:15, 1316:19, 1317:3, 1317:14, 1317:16, 1318:8, 1327:14, 1336:2, 1336:4, 1336:25, 1337:18, 1337:22, 1339:18, 1340:14, 1340:15, 1342:19, 1348:24
ones [8] - 1242:13, 1272:3, 1272:22, 1274:9, 1279:16, 1301:17, 1341:25
onset [2] - 1281:22, 1305:6
open [8] - 1220:21, 1220:25, 1221:2, 1231:21, 1245:15, 1279:17, 1291:25
opened [4] - 1231:6, 1231:10, 1231:12, 1248:6
opening [1] - 1339:17
opens [1] - 1277:12
operate [4] - 1227:9, 1227:12, 1227:13, 1272:18
opinion [9] - 1299:18, 1313:3, 1317:1, 1328:5, 1330:9, 1333:15, 1337:17, 1346:17
opinions [5] - 1309:24, 1310:1, 1311:21, 1314:18, 1316:19
opportunity [2] - 1296:16, 1296:17
opposed [1] - 1336:17
option [1] - 1228:25
orbital [2] - 1322:14, 1322:16
ORDER [1] - 1217:4
order [4] - 1219:4, 1338:25, 1342:18, 1342:21
ordered [3] - 1242:14, 1242:25, 1322:25
organ [2] - 1313:22, 1335:4
organomegaly [1] - 1307:17

original [3] - 1263:8, 1279:4, 1279:6
originally [1] - 1333:6
Orleans [2] - 1236:10, 1303:22
ORLEANS [5] - 1214:6, 1214:18, 1215:10, 1215:15, 1215:22
otherwise [7] - 1295:21, 1296:12, 1300:17, 1300:24, 1308:3, 1308:7, 1320:6
outside [12] - 1222:6, 1222:8, 1222:11, 1223:11, 1227:16, 1243:18, 1254:8, 1261:22, 1262:6, 1267:9, 1335:12, 1351:7
over-the-counter [6] - 1282:1, 1342:7, 1342:9, 1343:8, 1343:10, 1343:19
overrule [3] - 1286:18, 1286:20, 1327:10
overruled [3] - 1330:8, 1335:22, 1340:10
overview [1] - 1328:20
own [3] - 1233:16, 1304:10, 1348:20
owned [7] - 1220:15, 1220:17, 1221:6, 1221:7, 1221:8, 1227:25, 1278:13
owner's [17] - 1220:21, 1220:23, 1220:25, 1221:4, 1221:12, 1227:17, 1227:19, 1228:2, 1228:3, 1228:5, 1228:8, 1228:12, 1247:17, 1247:23, 1248:2, 1248:11, 1291:1
oxygen [1] - 1309:10

**P**

P.O [1] - 1215:4
pace [2] - 1264:15, 1270:13
package [13] - 1226:16, 1226:21, 1226:23, 1226:24, 1227:4, 1227:5, 1227:14, 1227:20, 1227:22, 1248:1,

1248:17, 1248:19,
1291:1
**packages** [1] -
1290:25
**packet** [3] - 1290:17,
1290:18, 1291:8
**page** [13] - 1228:3,
1228:5, 1240:1,
1240:2, 1241:17,
1244:5, 1246:6,
1251:22, 1262:24,
1324:22, 1344:21,
1344:24
**Page** [5] - 1246:17,
1249:21, 1257:22,
1272:10, 1273:8
**PAGE** [2] - 1216:3,
1216:17
**pages** [1] - 1241:14
**Palmisano** [1] -
1259:6
**panel** [5] - 1218:16,
1262:2, 1293:19,
1294:4, 1352:1
**paper** [3] - 1290:24,
1313:3, 1313:4
**papers** [3] - 1247:25,
1291:4, 1327:6
**par** [1] - 1288:7
**paragraph** [1] -
1346:14
**paranasal** [2] -
1322:14, 1322:16
**parlor** [1] - 1279:25
**part** [20] - 1224:15,
1229:18, 1251:8,
1251:11, 1252:10,
1260:10, 1280:20,
1285:2, 1295:20,
1296:14, 1308:1,
1308:19, 1313:23,
1317:9, 1327:13,
1330:2, 1336:2,
1337:5, 1342:4
**particular** [4] -
1314:17, 1316:7,
1342:19, 1349:7
**particularly** [1] -
1331:7
**parties** [2] - 1295:3,
1300:1
**parts** [5] - 1308:19,
1313:24, 1336:2,
1336:5, 1336:6
**pass** [4] - 1263:5,
1266:3, 1268:22,
1269:17
**passed** [3] - 1264:9,
1266:25
**past** [2] - 1234:22,

1306:10
**patient** [13] - 1299:22,
1303:24, 1304:19,
1306:15, 1306:18,
1307:1, 1308:1,
1308:20, 1308:25,
1309:13, 1315:10,
1316:23, 1323:14
**patient's** [1] - 1305:22
**patients** [10] -
1309:17, 1321:11,
1326:15, 1328:23,
1328:24, 1329:10,
1331:11, 1332:18,
1341:25, 1342:8
**pattern** [1] - 1331:20
**PAUL** [1] - 1215:3
**pay** [3] - 1273:22,
1275:3, 1280:17
**paying** [3] - 1239:3,
1246:3, 1247:6
**peck** [1] - 1337:18
**peek** [1] - 1242:6
**penalty** [1] - 1240:19
**people** [20] - 1229:9,
1230:6, 1230:24,
1239:5, 1263:19,
1272:1, 1286:19,
1313:23, 1313:25,
1321:8, 1321:9,
1321:14, 1329:6,
1329:12, 1331:1,
1331:10, 1331:11,
1332:15, 1332:19,
1332:24
**Pepper** [3] - 1352:11,
1352:21, 1352:22
**PEPPER** [1] - 1215:21
**per** [9] - 1304:8,
1306:17, 1306:19,
1313:23, 1313:24,
1336:2, 1336:5,
1336:6
**perceive** [1] - 1326:17
**perceived** [2] -
1331:24, 1347:21
**percent** [11] - 1313:25,
1318:6, 1318:7,
1341:14, 1341:16,
1341:17, 1343:12,
1343:16, 1343:17,
1343:24, 1344:1
**perform** [3] - 1308:17,
1309:12, 1310:10
**performed** [1] -
1308:18
**perhaps** [4] - 1315:8,
1315:11, 1321:12,
1331:22
**period** [7] - 1226:5,

1275:12, 1319:11,
1319:15, 1322:20,
1329:14, 1342:20
**perjury** [1] - 1240:20
**permanent** [3] -
1319:24, 1321:3,
1339:21
**permanently** [1] -
1319:2
**permission** [1] -
1252:22
**permit** [1] - 1292:10
**permitted** [1] - 1339:3
**persistent** [3] -
1319:20, 1321:14,
1329:14
**person** [8] - 1226:20,
1227:17, 1237:13,
1259:7, 1294:19,
1337:13, 1339:8,
1340:3
**personal** [1] - 1311:1
**personally** [1] -
1232:14
**personnel** [2] -
1226:19, 1244:12
**pertain** [1] - 1263:11
**pertains** [1] - 1320:19
**pertinent** [1] - 1263:17
**Petit** [2] - 1261:16
**pews** [1] - 1239:1
**pharmacies** [1] -
1342:6
**pharynx** [1] - 1315:22
**phenomenon** [1] -
1342:10
**phlegm** [3] - 1236:5,
1283:5, 1283:7
**phone** [3] - 1253:20,
1253:21, 1253:22
**phosphodiesterase**
[1] - 1341:10
**Photograph** [2] -
1219:15, 1222:1
**photograph** [4] -
1219:18, 1221:20,
1223:15, 1223:16
**photographs** [3] -
1226:4, 1291:11,
1292:6
**physical** [10] -
1286:10, 1286:14,
1299:17, 1299:19,
1307:5, 1307:22,
1310:15, 1310:21,
1311:5, 1314:13
**physically** [2] -
1267:18, 1311:2
**physician** [8] - 1298:4,
1304:24, 1304:25,

1305:9, 1305:13,
1310:7, 1322:1,
1324:17
**physicians** [6] -
1310:5, 1326:15,
1331:8, 1331:10,
1331:21, 1337:20
**Physicians** [1] -
1318:12
**physiologic** [4] -
1308:15, 1309:6,
1309:20, 1310:20
**pick** [2] - 1264:15,
1270:13
**picking** [1] - 1294:24
**picture** [4] - 1219:22,
1219:25, 1272:11,
1272:18
**piece** [1] - 1282:9
**PINEDO** [1] - 1214:23
**pinkeye** [2] - 1304:20,
1305:2
**pipes** [1] - 1276:23
**place** [5] - 1233:16,
1292:12, 1293:2,
1314:25, 1320:13
**places** [1] - 1292:21
**plain** [1] - 1263:3
**plainly** [1] - 1255:14
**plaintiff** [6] - 1302:1,
1302:20, 1303:15,
1307:22, 1310:22,
1321:18
**plaintiff's** [1] -
1284:11
**plan** [1] - 1351:20
**plant** [3] - 1349:8,
1349:9
**plants** [1] - 1350:20
**pleased** [1] - 1294:17
**plus** [2] - 1241:14,
1281:8
**pneumonias** [1] -
1329:1
**point** [32] - 1218:15,
1219:23, 1220:2,
1220:4, 1223:13,
1223:21, 1228:6,
1236:4, 1240:9,
1242:16, 1243:1,
1244:13, 1252:5,
1257:15, 1262:21,
1264:23, 1265:20,
1266:13, 1275:12,
1293:18, 1293:25,
1294:3, 1294:8,
1296:3, 1320:13,
1324:19, 1335:8,
1335:21, 1344:13,
1351:25, 1352:3,

1352:4
**pointed** [1] - 1286:19
**poorly** [1] - 1339:20
**pop** [1] - 1221:2
**portions** [2] - 1322:14,
1322:16
**position** [1] - 1258:10
**positive** [11] -
1306:10, 1306:20,
1310:2, 1310:3,
1312:7, 1317:21,
1317:25, 1345:18,
1346:11, 1346:16,
1347:15
**possibility** [3] -
1236:20, 1237:5,
1338:9
**possible** [9] -
1227:21, 1232:23,
1232:24, 1248:21,
1283:11, 1283:12,
1283:14, 1334:21
**possibly** [10] - 1218:9,
1263:13, 1312:25,
1318:25, 1327:25,
1333:11, 1333:12,
1333:16, 1344:10,
1344:11
**post** [1] - 1224:1
**post-Katrina** [1] -
1224:1
**potential** [4] - 1301:5,
1301:9, 1301:10,
1341:13
**POYDRAS** [2] -
1215:9, 1215:21
**practice** [16] - 1298:5,
1328:17, 1328:18,
1328:21, 1329:4,
1329:5, 1329:11,
1329:12, 1330:3,
1331:11, 1331:12,
1332:14, 1340:20,
1348:20, 1350:2
**preceded** [4] - 1312:9,
1316:24, 1345:20,
1347:17
**predating** [1] -
1322:20
**preexisted** [1] -
1320:14
**prefers** [1] - 1306:1
**pregnant** [3] -
1230:17, 1230:20,
1275:11
**preKatrina** [3] -
1303:25, 1305:19,
1306:24
**prepare** [1] - 1277:23
**preparer** [1] - 1278:15

**preparing** [1] - 1278:5
**prescription** [3] - 1337:3, 1341:19, 1343:22
**prescriptions** [1] - 1302:9
**presence** [2] - 1309:18, 1309:19
**PRESENT** [1] - 1215:18
**presentation** [5] - 1295:1, 1296:10, 1324:6, 1325:6, 1325:9
**presented** [1] - 1303:19
**pressure** [1] - 1307:7
**presumably** [2] - 1312:3, 1345:5
**Preventative** [3] - 1261:5, 1268:24, 1269:9
**prevented** [1] - 1319:22
**previous** [1] - 1222:2
**previously** [2] - 1244:8, 1271:5
**primarily** [1] - 1301:4
**primary** [1] - 1330:24
**printed** [1] - 1266:22
**private** [1] - 1298:5
**probability** [1] - 1326:11
**probable** [3] - 1312:2, 1344:5, 1345:4
**problem** [9] - 1251:2, 1251:14, 1251:15, 1257:15, 1257:20, 1263:23, 1270:20, 1282:15, 1316:11
**problems** [10] - 1222:23, 1228:14, 1230:25, 1237:2, 1249:2, 1283:25, 1286:11, 1328:25, 1343:13, 1344:2
**procedure** [1] - 1306:12
**proceed** [1] - 1219:5
**PROCEEDINGS** [3] - 1214:12, 1215:23, 1217:1
**proceedings** [14] - 1218:15, 1242:16, 1243:1, 1262:21, 1265:20, 1293:18, 1293:25, 1294:3, 1294:8, 1296:3, 1335:8, 1351:25, 1352:4, 1352:17

**process** [5] - 1228:22, 1268:18, 1284:12, 1284:24, 1285:9
**Process** [1] - 1300:21
**PRODUCED** [1] - 1215:24
**products** [1] - 1301:12
**PRODUCTS** [1] - 1214:4
**profess** [1] - 1314:6
**Professional** [1] - 1352:12
**professionals** [1] - 1238:12
**profile** [1] - 1302:9
**progressive** [2] - 1319:13, 1319:23
**projects** [1] - 1224:15
**propane** [3] - 1227:13, 1227:15, 1262:1
**property** [2] - 1287:15, 1304:4
**propound** [1] - 1250:20
**provided** [7] - 1226:9, 1301:24, 1307:4, 1313:1, 1326:24, 1328:2, 1344:12
**provocation** [1] - 1308:8
**provocative** [1] - 1318:5
**PRUET** [1] - 1215:3
**psychologist** [1] - 1238:14
**publication** [1] - 1300:15
**published** [1] - 1334:18
**pull** [8] - 1219:15, 1228:2, 1235:3, 1243:13, 1252:24, 1257:22, 1261:2, 1272:9
**pulmonary** [13] - 1298:4, 1298:16, 1298:17, 1298:21, 1308:4, 1308:14, 1308:17, 1308:18, 1318:12, 1328:25, 1329:1, 1332:14, 1340:21
**pulmonologist** [1] - 1299:3
**pulse** [1] - 1307:7
**pump** [4] - 1241:2, 1241:9, 1277:13, 1285:25
**pure** [1] - 1321:10
**purpose** [2] - 1308:13,

1308:14
**pus** [1] - 1315:8
**put** [16] - 1232:2, 1252:23, 1254:19, 1257:10, 1260:16, 1264:10, 1265:13, 1270:9, 1282:12, 1326:21, 1327:12, 1327:21, 1328:14, 1330:22, 1352:2
**puts** [1] - 1277:13
**putting** [3] - 1255:13, 1263:2, 1330:23

## Q

**qualify** [1] - 1319:7
**qualifying** [1] - 1298:6
**quality** [1] - 1308:2
**questioning** [5] - 1249:17, 1280:2, 1295:2, 1295:3
**questions** [41] - 1218:24, 1219:3, 1219:18, 1241:12, 1250:21, 1268:15, 1275:23, 1276:5, 1276:12, 1276:15, 1276:17, 1277:18, 1277:20, 1277:21, 1279:3, 1279:13, 1283:19, 1284:10, 1284:16, 1285:3, 1286:3, 1290:17, 1293:13, 1294:20, 1295:9, 1295:13, 1295:19, 1295:22, 1296:13, 1296:16, 1298:22, 1318:19, 1328:7, 1334:6, 1334:7, 1338:23, 1338:24, 1339:3, 1342:25, 1343:2, 1351:16
**quick** [1] - 1293:8
**quickly** [1] - 1275:16
**quite** [2] - 1294:25, 1317:2
**quiz** [1] - 1266:8
**quoting** [1] - 1335:17

## R

**RADS** [10] - 1349:3, 1349:4, 1350:1, 1350:2, 1350:4, 1350:14, 1350:18, 1350:20, 1351:5, 1351:12

**raining** [1] - 1281:8
**raise** [1] - 1297:7
**Ramipril** [2] - 1306:17, 1306:22
**ramps** [1] - 1262:1
**rapidity** [1] - 1308:22
**rarely** [1] - 1305:21
**rash** [2] - 1306:4, 1320:10
**rate** [1] - 1318:6
**rather** [4] - 1250:20, 1255:18, 1266:12, 1294:21
**ray** [6] - 1299:16, 1308:1, 1308:2, 1308:3, 1310:12, 1310:14
**rays** [1] - 1283:16
**RE** [1] - 1214:4
**reach** [2] - 1220:20, 1313:7
**react** [2] - 1246:4, 1283:17
**reaction** [5] - 1225:10, 1283:9, 1336:21, 1338:9, 1338:20
**reactions** [1] - 1234:19
**Reactive** [3] - 1349:2, 1350:13, 1350:23
**reactivity** [1] - 1309:19
**read** [23] - 1228:8, 1228:11, 1228:19, 1229:3, 1229:6, 1244:6, 1251:6, 1251:24, 1251:25, 1252:12, 1258:1, 1259:13, 1275:6, 1293:6, 1302:14, 1303:17, 1311:13, 1317:21, 1323:9, 1323:10, 1323:19, 1325:2, 1346:5
**reading** [11] - 1283:24, 1308:9, 1314:18, 1323:5, 1323:12, 1327:3, 1327:8, 1327:13, 1335:17, 1347:3, 1347:14
**ready** [3] - 1218:3, 1218:12, 1218:21
**real** [1] - 1275:16
**really** [22] - 1238:22, 1239:3, 1245:24, 1247:4, 1250:6, 1263:11, 1263:17, 1267:24, 1271:16, 1280:17, 1288:22, 1290:14, 1290:15,

1294:17, 1305:25, 1310:23, 1332:8, 1336:7, 1337:11, 1340:16, 1342:3, 1342:13
**Realtime** [1] - 1352:11
**reason** [5] - 1237:13, 1308:16, 1310:15, 1338:25, 1342:12
**rebound** [1] - 1342:20
**recap** [1] - 1349:22
**received** [2] - 1249:24, 1278:25
**recent** [1] - 1307:1
**recently** [2] - 1279:3, 1315:10
**recess** [2] - 1294:1, 1352:5
**recitation** [1] - 1349:19
**recognized** [1] - 1331:21
**recollect** [1] - 1271:18
**recollection** [5] - 1271:14, 1280:5, 1315:1, 1315:6, 1332:5
**record** [10] - 1235:2, 1235:20, 1297:16, 1320:21, 1332:4, 1341:3, 1341:4, 1348:16, 1352:2, 1352:17
**RECORDED** [1] - 1215:23
**records** [29] - 1235:23, 1236:13, 1237:11, 1299:10, 1300:3, 1300:11, 1301:24, 1302:3, 1302:5, 1302:7, 1310:4, 1313:10, 1314:20, 1316:5, 1316:7, 1316:13, 1320:14, 1321:19, 1322:4, 1324:10, 1325:15, 1329:18, 1331:19, 1332:12, 1337:2, 1337:3, 1348:17, 1351:11
**recurred** [1] - 1313:7
**recurrent** [2] - 1305:19, 1314:22
**red** [4] - 1260:16, 1274:9, 1291:3, 1315:6
**REDIRECT** [2] - 1216:8, 1276:2
**redirect** [5] - 1218:2, 1218:25, 1265:3,

1276:1, 1296:16
**reduction** [4] - 1308:5, 1308:7, 1318:6, 1318:8
**refer** [1] - 1255:17
**reference** [3] - 1235:20, 1263:2, 1263:21
**Reference** [1] - 1300:20
**referred** [5] - 1241:17, 1255:15, 1255:16, 1315:18, 1343:10
**referring** [7] - 1240:4, 1240:8, 1300:5, 1325:24, 1326:3, 1346:10, 1347:19
**refrigerator** [1] - 1267:18
**refuge** [1] - 1223:24
**regard** [5] - 1217:8, 1242:9, 1299:10, 1299:20, 1300:11
**regarding** [2] - 1313:18, 1326:20
**regards** [1] - 1311:5
**regimen** [2] - 1337:6, 1337:9
**Registered** [2] - 1352:11, 1352:12
**Registry** [1] - 1300:16
**regular** [2] - 1307:8, 1331:13
**regularly** [1] - 1342:11
**rehired** [3] - 1289:1, 1289:8, 1289:13
**REICH** [4] - 1214:20, 1214:20, 1218:8, 1218:11
**relate** [5] - 1263:8, 1263:13, 1274:22, 1274:23, 1275:1
**related** [8] - 1317:7, 1328:25, 1331:22, 1333:16, 1334:24, 1344:14, 1346:23, 1347:19
**RELATES** [1] - 1214:7
**relating** [1] - 1279:13
**relative** [2] - 1217:9, 1329:24
**released** [1] - 1276:24
**relieved** [1] - 1306:13
**reluctant** [1] - 1263:9
**rely** [1] - 1278:5
**remember** [20] - 1219:19, 1225:6, 1225:8, 1234:9, 1235:8, 1235:11, 1235:13, 1237:9,

1240:19, 1247:15, 1259:7, 1259:20, 1265:14, 1266:9, 1271:18, 1271:19, 1283:4, 1287:13, 1336:4, 1344:7
**rendered** [1] - 1299:18
**renew** [1] - 1233:15
**renewed** [1] - 1233:14
**rent** [2] - 1292:20, 1292:21
**rep** [1] - 1244:6
**repair** [1] - 1252:17
**repeat** [4] - 1219:24, 1243:9, 1244:10, 1246:1
**repeated** [3] - 1319:14, 1319:17, 1319:18
**repeatedly** [1] - 1280:11
**rephrase** [1] - 1245:3
**replaced** [1] - 1277:12
**report** [24] - 1311:18, 1311:20, 1314:19, 1316:22, 1321:22, 1321:24, 1322:6, 1322:7, 1323:2, 1323:3, 1323:5, 1323:7, 1323:16, 1326:5, 1326:21, 1327:4, 1327:5, 1327:16, 1327:18, 1333:12, 1344:10, 1347:14, 1348:24, 1352:21
**reported** [3] - 1231:3, 1237:21, 1251:10
**Reporter** [6] - 1352:11, 1352:12, 1352:13, 1352:23
**REPORTER** [1] - 1215:21
**REPORTER'S** [1] - 1352:9
**reporting** [1] - 1235:13
**reports** [3] - 1263:4, 1264:8, 1316:1
**representative** [3] - 1222:4, 1243:18, 1244:9
**reproductive** [2] - 1274:6, 1275:7
**resident's** [1] - 1262:8
**residing** [1] - 1313:15
**resistance** [1] - 1308:6
**resolved** [7] - 1305:18, 1306:5,

1307:3, 1312:6, 1313:6, 1345:7, 1345:12
**respiratory** [7] - 1228:10, 1228:11, 1284:2, 1318:21, 1318:22, 1331:25, 1339:21
**Respiratory** [1] - 1235:9
**respond** [1] - 1250:22
**responding** [1] - 1286:3
**response** [2] - 1280:1, 1285:21
**response)** [8] - 1234:21, 1235:12, 1238:13, 1244:1, 1244:15, 1246:22, 1262:3, 1262:7
**responsible** [1] - 1326:9
**rest** [1] - 1218:1
**result** [3] - 1319:25, 1343:17, 1344:11
**results** [1] - 1325:12
**return** [4] - 1241:15, 1242:1, 1242:2, 1278:6
**returning** [1] - 1304:1
**returns** [3] - 1277:23, 1278:25, 1279:1
**review** [23] - 1299:9, 1300:4, 1307:1, 1310:4, 1311:9, 1313:10, 1313:18, 1314:9, 1316:7, 1316:13, 1318:20, 1318:23, 1321:18, 1321:21, 1321:22, 1322:4, 1322:5, 1324:10, 1325:15, 1325:16, 1337:2, 1337:3, 1341:3
**reviewed** [23] - 1300:8, 1300:10, 1300:12, 1300:19, 1300:23, 1301:17, 1301:18, 1301:23, 1302:1, 1302:25, 1303:6, 1314:19, 1316:5, 1322:6, 1322:8, 1322:24, 1322:25, 1323:21, 1329:17, 1329:20, 1347:11, 1351:11
**rhetorical** [1] - 1250:21
**rhinitis** [20] - 1301:9, 1312:2, 1312:13,

1312:16, 1312:24, 1315:6, 1326:22, 1327:24, 1333:3, 1333:21, 1334:3, 1334:11, 1334:22, 1335:2, 1336:5, 1339:11, 1339:12, 1339:14, 1344:5, 1345:4
**Richard** [1] - 1316:8
**rise** [5] - 1217:7, 1218:14, 1293:17, 1294:2, 1351:24
**River** [3] - 1296:11, 1296:14, 1302:15
**RIVER** [2] - 1214:8, 1215:7
**RMR** [2] - 1215:21, 1352:22
**ROAD** [1] - 1214:24
**rocking** [2] - 1260:24, 1261:1
**role** [1] - 1326:20
**Roofing** [2] - 1269:9, 1269:12
**roofing** [1] - 1258:2
**ROOM** [1] - 1215:21
**rotate** [1] - 1221:15
**roughly** [1] - 1336:3
**routine** [1] - 1277:15
**row** [1] - 1321:13
**ROY** [1] - 1215:14
**Rub** [1] - 1282:12
**runny** [1] - 1301:9, 1312:16

## S

**S-M-I-T-H** [1] - 1297:18
**s/Cathy** [1] - 1352:21
**safe** [1] - 1273:18
**Safety** [3] - 1300:23, 1301:1, 1302:19, 1302:23
**safety** [1] - 1301:11
**saline** [1] - 1316:2
**saliva** [1] - 1314:21
**Sampling** [1] - 1302:15
**SAN** [1] - 1214:21
**sand** [1] - 1282:10
**sat** [2] - 1239:1, 1246:15
**save** [2] - 1265:24, 1266:4
**saw** [24] - 1223:10, 1238:17, 1238:20, 1238:24, 1238:25,

1239:18, 1241:6, 1241:10, 1243:14, 1260:19, 1266:5, 1272:2, 1272:3, 1273:25, 1274:24, 1275:2, 1275:5, 1283:24, 1299:15, 1313:11, 1321:22, 1321:24, 1340:1, 1340:25
**Saw** [1] - 1236:19
**SC** [1] - 1215:4
**scan** [20] - 1321:19, 1321:20, 1321:21, 1321:22, 1321:23, 1322:2, 1322:3, 1322:5, 1322:6, 1322:8, 1322:13, 1322:18, 1322:24, 1323:3, 1323:5, 1324:6, 1325:7, 1326:10, 1339:25
**scans** [5] - 1323:21, 1324:11, 1325:25, 1326:4, 1326:10
**scarring** [2] - 1319:11, 1319:16
**schedule** [3] - 1221:11, 1221:16, 1287:21
**scheduling** [2] - 1288:2, 1290:2
**SCHMIDT** [1] - 1215:18
**school** [1] - 1303:23
**scoliosis** [9] - 1306:15, 1307:13, 1307:21, 1308:3, 1310:14, 1310:16, 1310:20, 1310:24, 1311:1
**scope** [2] - 1291:19, 1335:5
**Scott** [1] - 1302:25
**scratch** [2] - 1222:13, 1222:15
**screen** [3] - 1327:12, 1327:20, 1327:21
**search** [1] - 1292:24
**seasonal** [8] - 1233:24, 1234:1, 1234:4, 1234:20, 1281:14, 1338:3, 1338:7, 1338:20
**Seasonal** [1] - 1235:17
**seasons** [2] - 1234:10, 1234:25
**seated** [4] - 1217:8, 1218:20, 1287:1,

1297:15
**second** [8] - 1235:5, 1238:20, 1238:25, 1251:22, 1273:18, 1296:25, 1307:16, 1318:8
**secondary** [4] - 1312:3, 1339:22, 1344:6, 1345:5
**SECURITY** [3] - 1218:14, 1294:2, 1351:24
**see** [84] - 1217:18, 1222:12, 1222:17, 1222:20, 1222:21, 1223:6, 1223:15, 1227:9, 1230:5, 1236:24, 1240:4, 1240:10, 1244:5, 1247:17, 1251:9, 1251:12, 1251:13, 1251:21, 1252:8, 1252:12, 1252:14, 1252:16, 1253:13, 1254:1, 1254:5, 1254:7, 1257:25, 1258:3, 1259:10, 1259:11, 1259:12, 1261:5, 1261:7, 1261:17, 1261:19, 1261:24, 1262:4, 1266:16, 1267:13, 1267:17, 1268:12, 1269:10, 1269:17, 1269:25, 1271:2, 1271:7, 1271:11, 1272:4, 1272:17, 1272:19, 1275:6, 1277:19, 1279:11, 1281:3, 1281:4, 1281:5, 1282:20, 1283:20, 1285:18, 1285:19, 1286:24, 1292:5, 1311:13, 1316:4, 1316:16, 1317:4, 1317:6, 1317:20, 1322:7, 1323:3, 1325:4, 1326:6, 1326:19, 1328:23, 1329:6, 1331:11, 1331:18, 1332:15, 1332:18, 1332:19, 1337:18, 1340:20, 1346:4
**semblance** [1] - 1342:22
**semi** [1] - 1342:11
**semi-regularly** [1] - 1342:11
**Seminole** [2] -

1253:13, 1258:14
**sensitive** [3] - 1313:22, 1318:17, 1335:4
**September** [4] - 1238:20, 1261:9, 1262:12, 1262:17
**series** [1] - 1299:16
**serious** [2] - 1319:13, 1329:12
**service** [2] - 1258:2, 1262:2
**service/crown** [1] - 1258:2
**Services** [2] - 1277:25, 1300:16
**SESSION** [1] - 1214:11
**settings** [1] - 1350:19
**seven** [9] - 1287:23, 1289:25, 1290:1, 1290:2, 1290:7, 1317:18, 1324:22, 1325:4
**several** [10] - 1223:20, 1225:14, 1256:9, 1301:23, 1302:11, 1304:23, 1305:7, 1305:11, 1309:5, 1321:13
**severe** [7] - 1304:21, 1318:1, 1318:3, 1318:14, 1318:16, 1321:9
**severity** [1] - 1319:2
**sharp** [1] - 1351:21
**SHAW** [1] - 1215:12
**Shaw** [19] - 1217:9, 1226:19, 1243:25, 1244:11, 1244:12, 1244:13, 1251:5, 1253:2, 1254:21, 1255:2, 1255:5, 1258:7, 1261:11, 1279:6, 1279:14, 1284:6, 1343:2
**sheet** [4] - 1284:11, 1284:13, 1284:14, 1302:1
**sheets** [5] - 1290:24, 1301:3, 1301:11, 1301:19
**Sheets** [4] - 1300:23, 1301:1, 1302:19, 1302:23
**Shem** [1] - 1291:11
**shifted** [1] - 1260:3
**shifts** [1] - 1288:3
**ship** [2] - 1249:11, 1304:2

**short** [4] - 1230:3, 1275:12, 1293:15, 1305:12
**shortness** [3] - 1305:14, 1319:19, 1331:4
**show** [16] - 1223:15, 1240:11, 1240:15, 1251:5, 1252:7, 1253:12, 1264:9, 1266:1, 1273:24, 1291:11, 1322:7, 1323:7, 1324:22, 1327:10, 1344:19, 1347:2
**showed** [2] - 1235:4, 1265:24
**showing** [1] - 1311:17
**shown** [2] - 1272:3, 1339:25
**shows** [3] - 1223:20, 1236:1, 1261:13
**shuts** [1] - 1251:10
**Shwery** [7] - 1218:9, 1238:12, 1238:14, 1238:17, 1238:20, 1238:24, 1239:7
**sick** [21] - 1225:21, 1228:13, 1229:11, 1229:16, 1229:19, 1229:23, 1230:21, 1232:1, 1232:8, 1232:12, 1232:17, 1232:18, 1232:20, 1232:24, 1282:6, 1283:18, 1286:6, 1293:11, 1304:16, 1304:16
**side** [4] - 1222:13, 1253:12, 1341:13, 1342:2
**sided** [1] - 1322:10
**signature** [12] - 1244:3, 1244:6, 1258:17, 1258:18, 1259:5, 1259:11, 1262:9, 1266:4, 1266:20, 1268:15, 1269:20
**signed** [6] - 1240:20, 1261:15, 1264:17, 1267:20, 1267:22, 1268:6
**significance** [4] - 1314:25, 1315:3, 1318:4, 1332:9
**significant** [3] - 1315:5, 1326:7, 1340:24
**signs** [1] - 1299:19

**similar** [4] - 1221:23, 1236:2
**simple** [1] - 1250:23
**single** [10] - 1263:4, 1263:20, 1291:22, 1306:18, 1348:21, 1349:6, 1350:14, 1350:15, 1351:2, 1351:5
**sinus** [9] - 1234:15, 1281:10, 1281:13, 1315:17, 1324:3, 1338:12, 1341:17, 1343:13
**sinuses** [14] - 1281:24, 1322:14, 1322:16, 1324:1, 1324:2, 1324:19, 1337:15, 1338:20, 1339:15, 1339:17, 1339:18, 1339:19, 1341:20
**sinusitis** [11] - 1315:12, 1315:15, 1315:16, 1323:13, 1323:14, 1324:1, 1324:14, 1326:13, 1339:19, 1340:12
**sister** [1] - 1229:22
**sisters** [1] - 1230:11
**sit** [3] - 1294:6, 1324:9, 1326:19
**sitting** [2] - 1286:25, 1335:19
**situation** [2] - 1225:24, 1232:6
**six** [4] - 1341:17, 1343:12, 1343:16, 1343:24
**size** [1] - 1290:21
**sleep** [3] - 1288:10, 1288:14, 1289:18
**Slide** [2] - 1217:12, 1217:13
**Slides** [2] - 1217:11, 1217:12
**small** [1] - 1274:4
**smell** [43] - 1224:19, 1224:20, 1224:22, 1224:24, 1224:25, 1225:1, 1225:2, 1225:11, 1225:12, 1225:18, 1225:24, 1225:25, 1244:23, 1245:13, 1245:18, 1246:18, 1249:23, 1249:24, 1255:9, 1255:15, 1255:16, 1256:3, 1256:8, 1256:12, 1256:18,

1257:11, 1273:12, 1273:15, 1279:19, 1279:20, 1279:21, 1279:22, 1279:23, 1279:24, 1279:25, 1280:5, 1280:8, 1280:9, 1280:19, 1280:21, 1280:23
**smelled** [11] - 1224:25, 1225:12, 1225:18, 1226:1, 1231:2, 1245:17, 1256:3, 1256:11, 1280:21, 1304:12
**smells** [1] - 1279:14
**SMITH** [2] - 1216:9, 1297:12
**Smith** [22] - 1218:3, 1218:4, 1239:11, 1241:7, 1241:10, 1285:15, 1285:16, 1285:18, 1293:22, 1293:23, 1296:6, 1296:8, 1296:9, 1297:18, 1297:21, 1298:20, 1299:3, 1328:12, 1328:15, 1329:16, 1342:24, 1343:2
**Smith's** [1] - 1328:14
**smoked** [1] - 1303:20
**smoker** [3] - 1349:8, 1349:10, 1349:11
**smoking** [1] - 1328:25
**smoking-related** [1] - 1328:25
**sneeze** [1] - 1225:4
**Sneezed** [1] - 1246:25
**sneezed** [4] - 1224:24, 1245:18, 1246:20, 1306:8
**sneezing** [1] - 1234:15
**so..** [1] - 1237:7
**social** [1] - 1306:18
**Society** [2] - 1318:2, 1318:11
**solemnly** [1] - 1297:8
**someone** [2] - 1232:4, 1338:6
**someplace** [3] - 1230:22, 1232:2, 1232:12
**sometime** [4] - 1256:18, 1260:8, 1283:3, 1304:14
**sometimes** [11] - 1231:14, 1231:15, 1253:9, 1329:8, 1329:13, 1331:20, 1331:21, 1332:22,

1337:25, 1339:19
**somewhat** [6] - 1305:12, 1312:10, 1345:24, 1346:6, 1347:22, 1349:18
**sooner** [1] - 1293:5
**sore** [1] - 1236:6
**sorry** [18] - 1219:15, 1223:15, 1224:17, 1235:23, 1238:11, 1249:22, 1252:9, 1253:7, 1253:11, 1254:8, 1262:14, 1262:16, 1265:25, 1271:15, 1276:21, 1332:11, 1333:2, 1341:13
**sort** [1] - 1334:19
**sought** [2] - 1304:19, 1305:13
**sounds** [2] - 1307:14, 1307:16
**space** [2] - 1250:6, 1250:7
**speaking** [1] - 1321:5
**special** [1] - 1341:22
**specialist** [1] - 1314:20
**specific** [4] - 1255:16, 1301:12, 1341:21, 1341:24
**specifically** [8] - 1222:17, 1224:11, 1232:3, 1234:25, 1301:16, 1331:23, 1332:2, 1343:10
**specifics** [2] - 1306:9, 1315:11
**Spector** [8] - 1237:18, 1237:21, 1302:12, 1316:8, 1316:10, 1316:13, 1322:25, 1323:21
**speculation** [1] - 1248:3
**speed** [2] - 1264:2, 1308:22
**spell** [1] - 1297:16
**spelled** [1] - 1236:21
**spend** [7] - 1263:14, 1263:16, 1288:16, 1288:19, 1289:20, 1290:9, 1328:15
**spending** [1] - 1289:16
**spent** [6] - 1263:9, 1263:10, 1288:22, 1288:23, 1290:13, 1304:8
**sphenoidal** [5] -

1323:14, 1324:3, 1324:14, 1326:13, 1340:12
**spilled** [1] - 1350:22
**spine** [1] - 1310:15
**spontaneously** [1] - 1306:5
**spot** [1] - 1281:7
**sprays** [3] - 1342:7, 1342:9, 1343:11
**spring** [4] - 1234:6, 1234:7, 1234:14, 1281:15
**sputum** [1] - 1305:8
**ST** [2] - 1214:18, 1215:15
**stack** [1] - 1217:17
**staff** [1] - 1288:6
**stagnated** [1] - 1256:14
**stale** [1] - 1256:14
**standard** [1] - 1309:21
**start** [6] - 1218:22, 1228:8, 1278:9, 1293:16, 1296:18, 1325:4
**started** [3] - 1218:13, 1260:8, 1288:7
**starting** [3] - 1249:22, 1280:25, 1351:21
**starts** [5] - 1234:12, 1249:23, 1251:8, 1286:25, 1344:25
**State** [6] - 1274:5, 1274:20, 1274:24, 1275:2, 1300:20, 1352:13
**state** [2] - 1236:10, 1297:16
**statement** [5] - 1228:20, 1229:3, 1232:22, 1239:23, 1240:20
**States** [2] - 1352:14, 1352:24
**STATES** [2] - 1214:1, 1214:13
**states** [5] - 1304:12, 1305:15, 1306:6, 1307:2
**stating** [2] - 1236:20, 1287:14
**stationary** [1] - 1303:21
**stay** [14] - 1229:20, 1229:23, 1230:21, 1230:22, 1292:23, 1293:8, 1305:3, 1312:9, 1320:15, 1320:16, 1326:20,

1333:15, 1345:20, 1347:17
**stayed** [9] - 1229:9, 1229:13, 1230:1, 1230:3, 1230:6, 1230:7, 1282:3, 1289:23, 1306:7
**staying** [5] - 1228:24, 1249:11, 1286:4, 1286:11, 1286:15
**STENOGRAPHY** [1] - 1215:23
**step** [2] - 1293:20, 1351:17
**steps** [2] - 1228:20, 1262:1
**stick** [1] - 1250:19
**stickers** [6] - 1253:7, 1265:13, 1265:15, 1266:6, 1266:9
**still** [6] - 1218:23, 1276:4, 1281:6, 1289:16, 1290:8, 1293:7, 1298:21, 1328:5
**stimulated** [1] - 1318:17
**stipulate** [2] - 1264:5, 1264:7
**stipulating** [1] - 1298:12
**stipulation** [2] - 1265:6, 1298:7
**stop** [5] - 1263:15, 1307:19, 1308:9, 1308:24, 1342:12
**stopped** [4] - 1254:21, 1274:25, 1339:17
**stopping** [1] - 1234:18
**store** [1] - 1282:12
**storm** [1] - 1288:2
**stove** [6] - 1272:15, 1273:10, 1273:16, 1273:17, 1274:1, 1275:4
**straight** [2] - 1259:23, 1288:20
**streaked** [1] - 1305:8
**STREET** [2] - 1215:9, 1215:21
**street** [3] - 1223:17, 1258:13, 1258:14
**STRICKLAND** [1] - 1215:9
**strong** [3] - 1256:13, 1256:17, 1280:21
**stronger** [2] - 1225:1, 1225:2
**stuck** [4] - 1287:8, 1287:17, 1287:18,

1304:18
**studies** [1] - 1299:17
**study** [14] - 1308:4, 1308:7, 1308:8, 1308:18, 1309:16, 1310:2, 1310:3, 1312:7, 1317:20, 1317:21, 1317:25, 1345:18, 1346:11, 1347:15
**stuff** [3] - 1221:16, 1247:6, 1294:22
**stuffiness** [1] - 1305:21
**stuffy** [3] - 1312:16, 1342:15, 1342:17
**subjects** [2] - 1233:21, 1314:6
**submit** [1] - 1317:11
**subsequent** [5] - 1263:8, 1300:5, 1300:9, 1317:12, 1342:4
**subsequently** [1] - 1299:9
**substance** [7] - 1309:17, 1313:1, 1318:9, 1326:23, 1328:1, 1333:18, 1350:15
**substances** [8] - 1274:4, 1274:19, 1301:19, 1302:23, 1326:8, 1333:20, 1333:25, 1350:17
**Substances** [1] - 1300:16
**suddenly** [2] - 1263:12, 1349:5
**suffering** [1] - 1293:9
**suggest** [1] - 1261:21
**suggested** [2] - 1263:19, 1265:6
**suggestive** [2] - 1338:24, 1339:4
**SUITE** [2] - 1214:21, 1215:9, 1215:15
**summary** [1] - 1237:2
**summation** [2] - 1236:23, 1237:11
**summer** [3] - 1234:8, 1234:16, 1281:15
**summertime** [3] - 1280:17, 1280:18, 1305:24
**supplied** [3] - 1278:4, 1312:4, 1345:6
**supports** [1] - 1263:6
**suppose** [1] - 1289:11
**surgery** [3] - 1237:23,

1238:8, 1306:13
**surgical** [1] - 1306:11
**surprise** [2] - 1262:25, 1317:4
**surprised** [2] - 1285:23, 1286:1
**sustain** [4] - 1243:22, 1248:7, 1331:15, 1351:8
**swallowed** [1] - 1282:10
**swear** [1] - 1297:8
**swell** [1] - 1342:15
**swelled** [2] - 1245:22, 1245:23
**swelling** [3] - 1341:6, 1341:17, 1341:18
**switch** [1] - 1233:21
**swollen** [1] - 1304:17
**swore** [1] - 1246:14
**sworn** [1] - 1297:13
**symptom** [3] - 1346:10, 1346:16
**symptomatology** [2] - 1281:17, 1341:9
**symptomology** [2] - 1314:14, 1343:9
**symptoms** [40] - 1235:9, 1235:13, 1284:19, 1286:14, 1299:18, 1305:18, 1305:23, 1306:13, 1307:3, 1312:6, 1312:8, 1312:10, 1313:5, 1313:25, 1314:15, 1317:2, 1317:6, 1318:18, 1331:3, 1331:22, 1334:23, 1338:2, 1339:10, 1344:10, 1345:7, 1345:12, 1345:19, 1345:22, 1345:24, 1346:2, 1346:6, 1346:8, 1346:12, 1347:3, 1347:16, 1347:19, 1347:22, 1347:24, 1349:17
**Syndrome** [3] - 1349:2, 1350:13, 1350:24
**Synthroid** [1] - 1306:23
**systems** [1] - 1307:1

**T**

**talks** [2] - 1273:12, 1273:18

**tank** [2] - 1227:13, 1227:15
**tanks** [1] - 1262:1
**taped** [5] - 1283:20, 1287:16, 1292:5, 1292:9
**tax** [8] - 1241:15, 1242:1, 1242:2, 1277:23, 1278:5, 1278:15, 1278:24, 1279:1
**Tax** [1] - 1277:24
**taxes** [1] - 1277:25
**tear** [1] - 1245:22
**technical** [2] - 1308:2, 1309:3
**temperatures** [1] - 1306:1
**temporary** [1] - 1228:10
**ten** [1] - 1304:8
**tenant** [1] - 1251:10
**tend** [1] - 1342:9
**tender** [1] - 1328:7
**tenderness** [1] - 1307:25
**tends** [1] - 1321:10
**Tennessee** [1] - 1306:7
**term** [1] - 1319:22
**terms** [3] - 1219:3, 1264:9, 1266:24
**test** [8] - 1308:19, 1308:25, 1309:16, 1309:21, 1346:16
**tested** [1] - 1329:22
**testified** [22] - 1224:18, 1231:16, 1237:18, 1239:7, 1239:9, 1244:25, 1245:17, 1245:20, 1247:17, 1248:24, 1250:17, 1252:25, 1255:2, 1255:14, 1265:12, 1271:11, 1272:14, 1297:14, 1302:12, 1310:22, 1316:8, 1347:20
**testify** [4] - 1217:18, 1239:2, 1249:5, 1253:7, 1264:12, 1311:20
**testifying** [3] - 1239:3, 1271:5, 1302:13
**testimony** [20] - 1217:10, 1217:22, 1217:24, 1218:23, 1222:2, 1239:5, 1242:7, 1242:9, 1243:11, 1243:21,

1244:24, 1245:2, 1250:15, 1297:8, 1302:14, 1327:1, 1327:15, 1346:24, 1347:1, 1347:9
**testing** [5] - 1303:1, 1308:13, 1308:14, 1308:17, 1317:19
**tests** [5] - 1283:16, 1299:16, 1308:11, 1310:10, 1331:2
**THE** [138] - 1214:12, 1217:7, 1217:8, 1217:16, 1217:21, 1218:6, 1218:9, 1218:12, 1218:14, 1218:17, 1218:20, 1240:1, 1240:4, 1240:7, 1240:11, 1240:15, 1241:1, 1241:17, 1241:21, 1241:25, 1242:4, 1242:6, 1242:12, 1242:14, 1242:19, 1242:22, 1242:25, 1243:4, 1243:22, 1245:3, 1246:8, 1248:4, 1249:16, 1250:14, 1250:19, 1255:12, 1255:15, 1255:22, 1258:24, 1260:13, 1262:13, 1262:15, 1262:19, 1262:23, 1263:7, 1264:1, 1264:3, 1264:14, 1264:19, 1265:1, 1265:4, 1265:7, 1265:18, 1268:8, 1269:5, 1270:3, 1270:10, 1270:13, 1273:2, 1273:3, 1273:5, 1276:1, 1280:12, 1280:15, 1286:18, 1286:21, 1291:20, 1291:25, 1293:15, 1293:17, 1293:20, 1293:23, 1294:2, 1294:6, 1294:15, 1294:24, 1295:7, 1295:12, 1295:15, 1295:19, 1296:2, 1296:5, 1296:8, 1297:7, 1297:11, 1297:15, 1297:17, 1298:6, 1298:12, 1298:14, 1298:17, 1298:20, 1298:25, 1311:15, 1311:16, 1311:19, 1320:19, 1320:21, 1324:24,

1327:5, 1327:7, 1327:8, 1327:12, 1327:15, 1327:16, 1327:18, 1327:19, 1327:21, 1328:9, 1330:8, 1330:9, 1331:15, 1334:6, 1335:7, 1335:10, 1335:18, 1335:22, 1338:16, 1338:23, 1340:9, 1340:11, 1343:1, 1343:3, 1343:16, 1344:21, 1347:7, 1347:14, 1349:14, 1349:22, 1350:8, 1350:11, 1350:13, 1351:8, 1351:17, 1351:18, 1351:19, 1351:24, 1352:2
**Theraflu** [1] - 1282:12
**therefore** [1] - 1339:18
**they've** [2] - 1318:13, 1326:16
**thick** [5] - 1290:22, 1290:25, 1291:1, 1291:5, 1291:7
**thin** [3] - 1290:23, 1307:5
**thinking** [3] - 1225:23, 1255:23, 1286:24
**thinks** [1] - 1305:16
**THIS** [1] - 1214:7
**Thoracic** [2] - 1318:1, 1318:11
**thousand** [3] - 1313:24, 1336:2, 1336:6
**three** [12] - 1272:19, 1274:1, 1282:5, 1292:18, 1305:1, 1306:7, 1306:19, 1308:19, 1321:12, 1333:7, 1344:25, 1345:2
**threw** [1] - 1248:11
**throat** [4] - 1236:6, 1305:9, 1315:22, 1326:14
**thrown** [3] - 1248:14, 1248:15, 1248:19
**tight** [1] - 1282:9, 1286:22
**tightness** [4] - 1305:11, 1305:14, 1319:19, 1331:4
**tires** [1] - 1221:15
**TO** [2] - 1214:7, 1217:4
**today** [12] - 1217:18,

1218:3, 1218:7, 1219:4, 1228:4, 1228:6, 1246:15, 1324:9, 1326:19, 1328:5, 1346:19, 1346:25
**together** [2] - 1289:10, 1304:18
**tongue** [4] - 1237:22, 1316:14, 1323:23, 1323:25
**Tony** [1] - 1302:15
**took** [7] - 1299:17, 1303:3, 1304:4, 1318:6, 1325:21, 1341:1, 1342:3
**top** [10] - 1251:9, 1251:11, 1257:24, 1261:3, 1261:17, 1266:17, 1268:21, 1268:24, 1269:14
**totally** [6] - 1288:8, 1310:19, 1312:6, 1313:8, 1345:7, 1345:12
**touch** [1] - 1232:5
**Touro** [3] - 1302:3, 1322:24, 1339:25
**towards** [1] - 1218:1
**tower** [1] - 1276:22
**Toxic** [1] - 1300:16
**toxicologist** [4] - 1314:2, 1314:12, 1335:14, 1335:15
**trailer** [197] - 1219:13, 1219:22, 1220:6, 1222:3, 1222:4, 1222:9, 1222:11, 1222:18, 1223:3, 1223:4, 1223:7, 1223:10, 1223:11, 1223:18, 1225:19, 1225:22, 1226:1, 1226:4, 1226:12, 1227:10, 1227:25, 1228:12, 1228:21, 1228:24, 1229:4, 1229:7, 1229:10, 1229:11, 1229:16, 1229:19, 1229:23, 1230:1, 1230:7, 1230:21, 1230:25, 1231:3, 1231:5, 1232:1, 1232:3, 1232:4, 1232:8, 1232:12, 1232:16, 1232:18, 1232:20, 1232:23, 1233:15, 1234:2, 1236:15, 1236:19, 1239:24,

1240:14, 1240:22, 1243:18, 1244:17, 1244:20, 1245:7, 1245:14, 1245:25, 1246:19, 1247:18, 1248:20, 1249:2, 1250:5, 1253:8, 1253:16, 1254:22, 1254:25, 1257:16, 1258:2, 1258:15, 1259:2, 1259:19, 1259:22, 1259:25, 1260:3, 1261:23, 1262:6, 1263:3, 1266:6, 1267:7, 1267:10, 1270:7, 1272:11, 1275:12, 1275:21, 1279:4, 1279:6, 1279:9, 1279:11, 1279:17, 1279:22, 1279:23, 1280:5, 1280:8, 1281:11, 1281:12, 1281:18, 1282:18, 1282:21, 1282:24, 1283:4, 1283:10, 1283:18, 1283:20, 1283:21, 1286:4, 1286:6, 1286:11, 1286:15, 1286:19, 1286:22, 1287:11, 1287:12, 1287:14, 1288:13, 1288:19, 1288:23, 1289:16, 1289:21, 1290:8, 1290:9, 1290:18, 1291:11, 1291:13, 1291:16, 1293:4, 1293:10, 1293:11, 1302:16, 1303:3, 1304:3, 1304:6, 1304:7, 1304:9, 1304:10, 1304:12, 1304:13, 1304:14, 1304:16, 1304:24, 1305:3, 1305:5, 1305:18, 1305:23, 1305:25, 1306:2, 1307:4, 1312:4, 1312:10, 1312:11, 1313:2, 1313:6, 1313:16, 1316:24, 1320:1, 1320:2, 1320:5, 1320:11, 1320:15, 1320:16, 1322:21, 1326:9, 1326:12, 1326:16, 1326:17, 1326:21, 1326:24, 1328:2, 1330:6, 1330:14, 1333:14, 1333:15,

1334:4, 1334:12, 1334:17, 1334:23, 1337:6, 1337:9, 1338:4, 1339:23, 1344:6, 1344:12, 1345:6, 1345:21, 1345:25, 1346:2, 1346:7, 1346:9, 1347:18, 1347:23, 1347:24, 1349:18
**TRAILER** [1] - 1214:4
**trailers** [3] - 1247:5, 1275:18, 1279:24
**transcript** [2] - 1347:11, 1352:16
**TRANSCRIPT** [2] - 1214:12, 1215:23
**transfer** [1] - 1309:10
**transferred** [1] - 1280:24
**trash** [1] - 1224:12
**travel** [32] - 1227:25, 1278:21, 1282:17, 1282:21, 1304:3, 1304:7, 1304:24, 1307:4, 1312:4, 1312:9, 1312:11, 1313:16, 1316:24, 1326:9, 1326:16, 1326:17, 1326:20, 1326:24, 1330:6, 1330:13, 1344:6, 1344:12, 1345:6, 1345:20, 1345:25, 1346:2, 1346:7, 1346:9, 1347:17, 1347:23, 1347:24, 1349:18
**treat** [2] - 1328:25, 1329:9
**Treat** [9] - 1276:20, 1276:21, 1276:22, 1276:24, 1277:2, 1277:5, 1277:8, 1302:19, 1302:21
**treated** [9] - 1236:20, 1306:4, 1313:11, 1315:12, 1319:8, 1319:9, 1319:10, 1319:21, 1330:2
**treating** [2] - 1329:12, 1331:12
**treatment** [2] - 1304:19, 1313:12
**trial** [1] - 1294:16
**TRIAL** [1] - 1214:12
**Trial** [2] - 1242:1, 1261:2
**tried** [1] - 1266:8
**trouble** [1] - 1321:12

**true** [8] - 1220:19, 1224:5, 1226:8, 1248:18, 1249:8, 1318:23, 1319:1, 1352:15
**trust** [1] - 1295:25
**truth** [4] - 1246:14, 1297:9
**truthful** [1] - 1348:8
**try** [16] - 1217:25, 1219:4, 1243:9, 1249:16, 1264:15, 1265:18, 1265:19, 1265:24, 1270:23, 1275:17, 1297:2, 1297:3, 1297:4, 1337:19, 1341:25, 1350:9
**trying** [4] - 1221:2, 1249:20, 1263:14, 1292:11
**tube** [1] - 1319:12
**tumor** [3] - 1316:14, 1316:16, 1316:20
**turn** [3] - 1251:21, 1266:15, 1269:8
**twice** [3] - 1251:17, 1254:10, 1295:25
**two** [26] - 1230:14, 1230:19, 1254:3, 1254:12, 1281:5, 1281:14, 1281:15, 1281:25, 1282:3, 1290:3, 1303:3, 1305:1, 1306:2, 1306:11, 1306:19, 1310:17, 1310:19, 1314:22, 1315:18, 1318:12, 1319:15, 1321:12, 1336:5
**two-year** [1] - 1314:22
**TX** [2] - 1214:21, 1214:24
**type** [5] - 1220:17, 1252:11, 1253:24, 1284:22, 1337:18
**typed** [1] - 1251:11
**types** [1] - 1341:8
**typical** [1] - 1305:20
**typically** [1] - 1321:11

**U**

**under** [11] - 1218:23, 1225:19, 1239:23, 1240:19, 1253:24, 1254:3, 1254:8, 1259:11, 1298:10, 1319:12, 1319:22

**underlying** [1] - 1320:7
**underneath** [1] - 1225:22
**understood** [5] - 1226:24, 1226:25, 1238:7, 1243:10
**undiagnosed** [2] - 1329:15, 1331:1
**unit** [8] - 1226:6, 1226:9, 1249:24, 1262:1, 1263:5, 1263:11, 1271:3, 1329:7
**UNITED** [2] - 1214:1, 1214:13
**United** [2] - 1352:14, 1352:24
**units** [1] - 1303:22
**unremarkable** [1] - 1322:17
**unsuccessful** [1] - 1306:14
**unsure** [1] - 1305:17
**unusual** [5] - 1224:19, 1231:2, 1310:17, 1326:17, 1329:1
**up** [57] - 1217:21, 1217:23, 1217:24, 1219:15, 1220:21, 1220:25, 1228:2, 1232:11, 1234:18, 1235:3, 1242:23, 1243:13, 1244:4, 1245:15, 1245:22, 1245:23, 1250:15, 1251:9, 1251:11, 1252:8, 1252:11, 1252:24, 1253:11, 1257:22, 1257:25, 1261:2, 1261:16, 1264:2, 1264:5, 1264:10, 1264:15, 1270:13, 1270:23, 1272:10, 1275:16, 1279:17, 1281:25, 1283:20, 1283:21, 1287:1, 1288:25, 1293:16, 1293:23, 1296:21, 1305:8, 1305:16, 1309:10, 1310:7, 1328:14, 1339:17, 1342:17, 1349:14, 1350:1, 1350:7
**upper** [4] - 1257:23, 1310:18, 1317:13
**Uptown** [1] - 1302:5
**urea** [1] - 1349:9
**usual** [1] - 1317:9

**V**

**Vanessa** [2] - 1230:7, 1230:14
**Vapor** [1] - 1282:12
**variable** [2] - 1332:23, 1337:23
**variation** [1] - 1336:3
**various** [2] - 1227:9, 1263:20
**vehicle** [2] - 1220:17, 1274:3
**vehicles** [1] - 1274:3
**venous** [1] - 1307:10
**vent** [3] - 1270:25, 1281:1
**verify** [2] - 1264:24, 1265:10
**vessel** [1] - 1341:22
**Viagra** [3] - 1341:11, 1343:18
**virtually** [2] - 1321:15, 1332:19
**virus** [2] - 1317:13, 1317:15
**viruses** [1] - 1317:14
**visit** [2] - 1235:5, 1282:16
**visits** [2] - 1265:15, 1266:14
**visualized** [2] - 1322:14, 1322:15
**vital** [1] - 1308:5
**VOICES** [1] - 1218:19

**W**

**W-2** [1] - 1278:4
**Wade** [1] - 1261:16
**wait** [4] - 1240:1, 1255:12, 1298:6, 1308:9
**Walgreen's** [1] - 1302:9
**walk** [4] - 1222:6, 1285:24, 1286:23, 1287:2
**walk-around** [1] - 1222:6
**walked** [8] - 1222:8, 1222:11, 1223:3, 1223:9, 1245:7, 1246:4, 1256:13, 1260:20
**walking** [1] - 1285:25
**wall** [4] - 1225:23, 1272:19, 1287:16, 1292:9

**walls** [3] - 1256:16, 1287:8, 1292:5
**wants** [2] - 1294:11, 1329:17
**warm** [1] - 1306:1
**warming** [1] - 1251:11
**warn** [1] - 1286:4
**warned** [2] - 1286:5, 1293:3
**warning** [5] - 1273:18, 1273:21, 1273:25, 1274:3, 1287:18
**warnings** [5] - 1272:14, 1272:17, 1272:19, 1273:9, 1287:8
**washes** [1] - 1316:2
**water** [8] - 1245:22, 1245:23, 1247:3, 1260:5, 1267:15, 1271:2, 1276:23, 1281:7
**watered** [3] - 1245:21, 1245:25, 1246:2
**Watson** [1] - 1302:15
**weakness** [1] - 1322:10
**weather** [1] - 1234:6
**week** [13] - 1287:23, 1289:25, 1290:1, 1290:2, 1290:7, 1317:5, 1321:15, 1332:23, 1340:5, 1340:14, 1340:15
**weekly** [1] - 1332:20
**weeks** [10] - 1225:13, 1225:14, 1256:8, 1256:9, 1281:14, 1281:15, 1281:25, 1304:23, 1315:18
**weight** [2] - 1307:2
**wet** [2] - 1271:1, 1281:7
**Wethington** [6] - 1244:20, 1245:8, 1247:20, 1248:25, 1256:4, 1260:1
**Wethington's** [1] - 1244:3
**wheezes** [1] - 1307:14
**wheezing** [8] - 1235:10, 1305:11, 1319:19, 1320:23, 1320:25, 1331:3, 1331:24, 1332:7
**whereas** [1] - 1321:14, 1336:22
**whereby** [1] - 1309:16
**wherein** [1] - 1316:13
**WHEREUPON** [13] -

1218:15, 1242:16, 1243:1, 1262:21, 1265:20, 1293:18, 1293:25, 1294:3, 1294:8, 1296:3, 1335:8, 1351:25, 1352:4
**white** [10] - 1226:16, 1226:21, 1226:23, 1227:5, 1247:14, 1247:20, 1247:23, 1248:11, 1248:19, 1290:20
**WHITFIELD** [3] - 1215:14, 1298:19, 1343:2
**Whitfield** [3] - 1296:20, 1298:18, 1343:1
**whole** [9] - 1232:22, 1244:16, 1255:6, 1261:11, 1287:22, 1287:25, 1288:8, 1290:14, 1297:9
**William** [1] - 1302:25
**Williams** [1] - 1218:6
**Williams's** [1] - 1217:10
**window** [1] - 1271:1
**windows** [7] - 1231:6, 1231:10, 1231:12, 1231:20, 1245:15, 1279:18, 1291:25
**winter** [12] - 1234:6, 1234:7, 1234:8, 1234:14, 1234:17, 1250:3, 1250:5, 1256:18, 1256:21, 1256:24, 1281:14, 1281:15
**wintertime** [1] - 1280:18
**wisely** [1] - 1297:5
**withdraw** [1] - 1295:16
**WITNESS** [16] - 1241:1, 1280:15, 1286:21, 1297:11, 1297:17, 1311:15, 1320:21, 1327:7, 1327:16, 1327:19, 1330:9, 1340:11, 1343:16, 1347:14, 1350:13, 1351:18
**witness** [16] - 1219:1, 1246:7, 1295:11, 1295:17, 1296:10, 1296:13, 1296:17, 1297:13, 1298:7, 1298:11, 1328:8,

1338:16, 1339:1, 1347:6, 1347:8, 1349:23
**witness'** [1] - 1335:6
**witnesses** [1] - 1297:4
**woman** [1] - 1335:19
**women** [1] - 1231:2
**wood** [1] - 1301:12
**word** [2] - 1341:1, 1347:2
**words** [3] - 1255:13, 1260:4, 1337:14
**workers** [1] - 1286:7
**works** [4] - 1252:1, 1252:13, 1337:19, 1337:22
**Worley** [5] - 1302:7, 1315:5, 1315:9, 1315:13, 1324:18
**Worley's** [2] - 1314:20, 1315:25
**worried** [1] - 1229:15
**worry** [1] - 1239:5
**worrying** [1] - 1274:25
**worse** [22] - 1234:5, 1234:7, 1234:8, 1305:7, 1305:23, 1312:10, 1315:10, 1320:1, 1320:6, 1337:16, 1338:8, 1338:9, 1339:10, 1339:11, 1339:12, 1345:24, 1346:2, 1346:6, 1347:22, 1347:24, 1349:18
**worsening** [1] - 1339:14
**wrap** [1] - 1349:14
**Wright** [87] - 1217:23, 1218:23, 1219:10, 1219:12, 1219:17, 1228:3, 1233:24, 1235:22, 1239:9, 1240:19, 1243:3, 1243:7, 1243:14, 1246:11, 1249:12, 1251:6, 1252:25, 1253:18, 1254:16, 1254:21, 1256:3, 1257:14, 1259:2, 1263:19, 1265:24, 1268:12, 1270:17, 1272:11, 1275:24, 1275:25, 1276:4, 1293:20, 1299:9, 1299:15, 1299:22, 1300:10, 1300:11, 1301:20, 1302:23, 1303:6, 1303:9, 1303:15, 1303:19,

1308:11, 1309:23, 1310:2, 1310:8, 1310:11, 1312:13, 1312:24, 1316:11, 1316:23, 1317:2, 1317:6, 1320:10, 1322:2, 1322:25, 1325:16, 1326:21, 1327:24, 1329:20, 1329:22, 1330:5, 1330:12, 1330:19, 1330:21, 1330:22, 1330:23, 1331:12, 1332:16, 1332:19, 1334:10, 1337:5, 1337:13, 1338:3, 1338:7, 1339:8, 1339:22, 1340:4, 1340:15, 1340:23, 1340:25, 1343:8, 1348:7, 1349:11, 1351:12
**wright** [1] - 1349:19
**WRIGHT** [2] - 1214:16, 1216:5
**Wright's** [15] - 1217:21, 1217:24, 1218:23, 1241:15, 1310:4, 1313:8, 1316:14, 1320:15, 1322:4, 1322:20, 1324:7, 1326:10, 1329:17, 1333:8, 1337:2
**write** [2] - 1236:22, 1237:7
**writing** [1] - 1283:12
**written** [2] - 1242:23
**wrote** [2] - 1235:17, 1333:11

## X

**x-ray** [6] - 1299:16, 1308:1, 1308:2, 1308:3, 1310:12, 1310:14
**x-rays** [1] - 1283:16

## Y

**y'all** [1] - 1335:7
**yard** [1] - 1223:23
**year** [6] - 1278:20, 1282:7, 1287:25, 1288:8, 1314:22, 1319:15
**years** [8] - 1278:24, 1299:4, 1306:11,

1321:12, 1321:13, 1328:21, 1330:2, 1331:2
**yellow** [1] - 1236:5
**yesterday** [26] - 1217:9, 1218:23, 1219:18, 1223:14, 1224:18, 1235:5, 1237:18, 1238:2, 1239:9, 1241:16, 1243:14, 1243:19, 1244:24, 1244:25, 1245:13, 1245:14, 1245:16, 1245:20, 1249:5, 1255:14, 1259:18, 1272:14, 1272:22, 1273:14, 1273:21, 1310:22
**yourself** [1] - 1274:11
**yourselves** [1] - 1351:22