✎ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

### EASTERN District of LOUISIANA

| | |
|---|---|
| ALYSIA MCCRARY, ET AL | ) |
| Plaintiff | ) |
| v. | )   Civil Action No.   09-5975 |
| THOR CALIFORNIA, INC. ET AL | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
    The United States of America, through
    ERIC HOLDER, US Attorney General
    950 Pennsylvania Ave., NW
    Washington, DC 20530

A lawsuit has been filed against you.

     Within   60   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: _____ **May 27 2010** _____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on  _____ ; or

(5) other (specify)  _____
_____
_____.

My fees are $  _____ for travel and $  _____ for services, for a total of $  ____0.00____ .

Date:  _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of  LOUISIANA

| | |
|---|---|
| ALYSIA MCCRARY, ET AL | ) |
| Plaintiff | ) |
| v. | ) |
| THOR CALIFORNIA, INC. ET AL | ) |
| Defendant | ) |

Civil Action No.     09-5975

## Summons in a Civil Action

To: *(Defendant's name and address)*
    FEDERAL EMERGENCY MANAGEMENT AGENCY
    through CRAIG FUGATE, Director
    500 C. Street, S.W.
    Washington, DC 20472


A lawsuit has been filed against you.

    Within   60   days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.


Loretta G. Whyte
Name of clerk of court

Date:    **May 27 2010**

Deputy clerk's signature


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on  _____; or

    (5) other *(specify)*  _____

    _____

    _____.

My fees are $  _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

Date:  _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of LOUISIANA

| | | |
|---|---|---|
| ALYSIA MCCRARY, ET AL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.     09-5975 |
| THOR CALIFORNIA, INC. ET AL | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    The United States of America, through
    James Letten, US Attorney for the Eastern District of LA
    500 Poydras Street, Suite B210
    New Orleans, LA 70130

A lawsuit has been filed against you.

        Within   60   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I. Woods
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date:    **May 27 2010**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address