UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAY 14 PM 1:01

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER  *  | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS  * | |
| | LIABILITY LITIGATION  * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7824 | * | MAGISTRATE CHASEZ |
| Arron Cole, et. al. | * | |
| Vs. | * | |
| Fleetwood Enterprises, Inc., et al. | * | |
| | * | |
| | * | |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

*/s/ Robert C. Hilliard*

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1385

| Plaintiff | Defendant |
|---|---|
| Audrey Barker (246483) | Fluor Enterprises, Inc |
| Duane Gauthier, as Next Friend of Dez'Area Huntsberry, a minor (246292) | Fluor Enterprises, Inc |
| Duane Gauthier (247834) | Fluor Enterprises, Inc |
| Duane Gautieer, as Next Friend of Dyami Huntsberry, a minor (245954) | Fluor Enterprises, Inc |
| Gloria Sanders (247497) | Bechtel National, Inc |
| Gregory Rosette (247656) | Fluor Enterprises, Inc |
| Joyce Guillory, as Next Friend of Carelli Guillory, a minor (247305) | Fluor Enterprises, Inc |
| Joyce Guillory, as Next Friend of K'lon Guillory, a minor (247320) | Fluor Enterprises, Inc |
| Mary Moore (246013) | CH2M Hill Constructors, Inc. |
| Sakima Guillory (247279) | Fluor Enterprises, Inc |
| Sheronda Robinson (247474) | Fluor Enterprises, Inc |