# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAY 14 PM 1:03
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7890<br>Seternea Harris, as Next Friend of Trevion Abston, a minor, et. al.<br>Vs.<br>Gulf Stream Coach, Inc., et al. | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

_[signature]_
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1393

| | |
|---|---|
| Albert Murphy (203540) | CH2M Hill Constructors, Inc. |
| Amanda Tanguis (202815) | Bechtel National, Inc |
| Clenard Pigott (200716) | Fluor Enterprises, Inc |
| Clinton Magee (201219) | Fluor Enterprises, Inc |
| Courtney Tanguis (202817) | Bechtel National, Inc |
| Erica Magee, as Next Friend of Fred Magee, a minor (201222) | Fluor Enterprises, Inc |
| Erica Magee, as Next Friend of Jason Magee, a minor (201224) | Fluor Enterprises, Inc |
| Erica Magee, as Next Friend of Precious Magee, a minor (201230) | Fluor Enterprises, Inc |
| Ethel Oldham (210246) | Bechtel National, Inc |
| Francis Fairchild (210341) | Bechtel National, Inc |
| Fred Weary (202472) | Fluor Enterprises, Inc |
| Glynn Fuertes (201803) | Fluor Enterprises, Inc |
| Joseph Merrick (201023) | Fluor Enterprises, Inc |
| Leonard Davis (202092) | Bechtel National, Inc |
| Melina Fountain, as Next Friend of Princess Fountain, a minor (209799) | CH2M Hill Constructors, Inc. |
| Melina Foutanin, as Next Friend of Ta'Angel Fountain, a minor (209800) | CH2M Hill Constructors, Inc. |
| Mildred Bennett (209947) | Bechtel National, Inc |
| Sema Hall (201756) | Bechtel National, Inc |
| Tara Tanguis Lafontaine (202816) | Bechtel National, Inc |

| | |
|---|---|
| Troyrey Porter, as Next Friend of Aaron Gaynard, a minor (201832) | Shaw Environmental, Inc |
| Vicky Thomas, as Next Friend of Darianna Thomas, a minor (200334) | Fluor Enterprises, Inc |
| Victor Magee (201231) | Fluor Enterprises, Inc |