MINUTE ENTRY
ENGELHARDT, J.
MAY 24, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

MDL NO. 1873

THIS DOCUMENT RELATES TO :
Case No. 09-3251, Earline Castanel vs
Recreation by Design, LLC)

SECTION "N" (5)

JUDGE KURT D. ENGELHARDT PRESIDING

**MONDAY, MAY 24, 2010 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper

APPEARANCES:   <u>For Plaintiff</u>:
                    Mikal Watts, Dennis Reich

                    <u>For Defendant:</u>
                    Lyon Garrison, Scott Yount, Randall Mulcahy, Andrew Weinstock

**<u>RECREATION BY DESIGN BELLWETHER JURY TRIAL :</u>**
*(EARLINE CASTANEL VS DEFENDANT RECREATION BY DESIGN, LLC, No. 09-3251)*

All present and ready.
Jury trial continued from May 21, 2010.
Jury returned to courtroom.
Closing arguments made by all counsel.
Exhibits Admitted (see list attached).
Jury Charged and Instructed by the Court.
Jury retires for deliberations at 10:55 a.m.; returns from deliberations at 2:28 p.m.
VERDICT:  see verdict form attached.
ORDERED that verdict be recorded and made the judgment of this Court.
Jury thanked and excused.
ORDERED that counsel for defendant shall submit a proposed judgment for the Court's approval.
Court adjourned.

JS-10: 2:40