| | | | | | | |
|---|---|---|---|---|---|---|
| Recreation by Design Bellwether Trial (Earline Castanel vs Recreation by Design) | | | VS. | | | DISTRICT COURT Eastern District of Louisiana |
| PLAINTIFF'S ATTORNEY Mikal Watts Dennis Reich | | | DEFENDANT'S ATTORNEY Lyon Garrison, Scott Young Randall Mulcahy, Andrew Weinstock | | | DOCKET NUMBER MDL 1873 "N"(ref:09-3251) |
| | | | | | | TRIAL DATE(S) 5-17-10 - 5-24-10 |
| PRESIDING JUDGE Kurt D. Engelhardt | | | COURT REPORTER Cathy Pepper Jodi Simcox, Toni Tusa, Karen Thos | | | COURTROOM DEPUTY Tanya Lee, Pam Radosta |

| | | DATE OFFERED | MKD | ADM | DESCRIPTION OF EXHIBITS | |
|---|---|---|---|---|---|---|
| TT-Batson Challenge Exh-1 | | 5-17-10 | ✓ | ✓ | (21 jur Questionnaires) | [not for jury] |
| Jnt Exh 264-1107 | | | ✓ | ✓ | See list attached | |

*Final List*

# Earline Castanel V. Recreation By Design, LLC

# Joint Exhibit List

BR
5-24-10
All Admitted

| Exhibit Number | Exhibit Description |
|---|---|
| 264 ✓ | Photographs of the Castanel Unit taken by Stephen Smulski |
| 274 ✓ | Recreation By Design Owner's Manual |
| 278 ✓ | Morgan Buildings & Spas Purchase Order |
| 279 ✓ | Recreation By Design, LLC 33FH Trailer Specifications |
| 343 ✓ | Medical Records from The Family Doctors (Dr. Alan Bowers) |
| 349 ✓ | Medical Records from P.M.A. Medical Treatment Centers (Dr. Joseph Gautreaux) |
| 352 ✓ | Medical Records from Dr. Gautreaux's Office |
| 353 ✓ | Additional Medical Records from Dr. Gautreaux's Office |
| 362 ✓ | BlueLinx Corporation Materials Safety Data Sheet #3 |

| 367 ✓ | Recreation by Design Website Image "About Recreation by Design" |
|---|---|
| 368 ✓ | Recreation by Design Website Image "Imagine the Possibilities" |
| 372 ✓ | Recreation by Design Website Image "RBD's Self-Contained Travel Trailers" |
| 374 ✓ | Recreation by Design Website Image "Travel Trailer Options & Accessories" |
| 390 ✓ | Operative Report from Dr. Joseph Gautreaux regarding Ms. Castanel's March 31, 2010 surgery |
| 403 ✓ | Earline Castanel's Plaintiff Fact Sheet with Attachments |
| 405 ✓ | Earline Castanel's Plaintiff Fact Sheet - Revised, dated November 18, 2009 |
| 413 ✓ | Curriculum Vitae of Dr. Alan Bowers |
| 416 ✓ | Earline Castanel's Walgreen Pharmacy Records |
| 443 ✓ | Agreement to Rules of Occupancy |

Case 2:07-md-01873-KDE-MBN   Document 14268-1   Filed 05/24/10   Page 4 of 7

| | |
|---|---|
| 454 ✓ | RBD (Plant #2) 25294 Morgan 33FH No. 294 |
| 455 ✓ | Trailer Floor Plan |
| 489 (py 416) | Recreation By Design Invoice |
| 498 ✓ | FEMA Model Travel Trailer Procurement Specifications, August 12, 2004 |
| 520 ✓ | FEMA Flyer Distributed 2006 |
| 521 ✓ | FEMA Important Formaldehyde Information for FEMA Housing Occupants Distributed July 2007 |
| 569 ✓ | Curriculum Vitae of Robert C. James, Ph.D. |
| 583 ✓ | Billing Records of Plaintiff's Expert Witness, Alexis Mallet |
| 628 ✓ | ATSDR Selected Pages: Cover (628-001), #6 (628-502), #299-300 (628-792 - 628-793), A-1 (628-914), A-7 - A-9 (628-920 - 628-922). |
| 858 ✓ | Federal Register: Notice of Housing and Urban Development Rule on Manufactured Housing |

| 884 ✓ | Dr. Joseph Gautreaux Medical Records |
|---|---|
| 1000 ✓ | Summary of Wood Composite Products that Emit Formaldehyde in the Castanel Trailer |
| 1001 ✓ | Animation Still Shots |
| 1002 ✓ | 2005 Where to Buy Hardwood Plywood Veneer and Engineering Hardwood Flooring Catalog |
| 1005 ✓ | List of Testimony of Dr. Philip Cole |
| 1006 ✓ | 2006 IARC - Selected Pages (Cover Page, 274, 280) |
| 1007 ✓ | IARC 2009 (Single Page) |
| 1100 ✓ | Dr. Lawrence Miller's Harvard Inquiry |
| 1101 ✓ | Dr. Lawrence Miller *National Law Journal* Advertisement |
| 1102 ✓ | Guidelines for Expert Witnesses for the American College of Physicians |
| 1104 ✓ | *Allen* Opinion Excluding Expert Testimony of Dr. Lawrence Miller |

| 1105 ✓ | *Christofferson* Opinion Excluding Expert Testimony of Dr. Lawrence Miller |
| --- | --- |
| 1106 ✓ | *Berry* Opinion Excluding Expert Testimony of Dr. Lawrence Miller |
| 1107 ✓ | *Lofgren* Opinion Excluding Expert Testimony of Dr. Lawrence Miller |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE       MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO 09-3251        SECTION "N" (5)
*(Earline Castanel vs Recreation by Design, LLC)*

(RECREATION BY DESIGN, LLC BELLWETHER TRIAL)

## CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this __24th__ day of __May,__ 2010.

_____          _____
Counsel for Plaintiff                                    Counsel for Defendant