

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: FEMA TRAILER

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:07-MD-1873 /N

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

*/s/ Lyle W. Cayce*
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 26, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-30451    In Re: FEMA Trailer  
    USDC No. 2:07-MD-1873  
    USDC No. 2:09-CV-2892

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Peter A. Conners  
Peter A. Conners, Deputy Clerk  
504-310-7685

Mr. John Adam Bain  
Mr. Gerald Edward Meunier  
Mr. Charles Rene Penot Jr.  
Mr. Dewey Michael Scandurro  
Mr. Richard Allen Sherburne Jr.  
Mr. Andrew D. Weinstock  
Ms. Loretta Whyte  
Mr. Justin I Woods

P.S. to All Counsel: In light of the enclosed court's order, the joint designation of record is due for filing with the District Court within 14 days from the date of this notice, or, by not later than June 9, 2010. Please serve a copy of the joint designation of record upon this court at the time of filing.

*Motion Notice - MOT-2*