# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    MAY 26 2010
LORETTA G. WHYTE
CLERK

In Re: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 07-1873

Related to: EARLINE CASTANEL v. RECREATION
BY DESIGN, LLC, et al. No. 09-3251

Section: N-5

## BILL OF COSTS

Costs are hereby taxed against defendant, Earline Castanel, and in favor of the United States in the amount of $ 1,463.76 and included in the judgment.

New Orleans, Louisiana this 26th day of May, 2010.

_____
LORETTA G. WHYTE
CLERK OF COURT