UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY 26 2010

LORETTA G. WHYTE
CLERK

In Re: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 07-1873

Section: N-5

Related to: LYNDON WRIGHT
v. FOREST RIVER, et al. No. 09-2977

## BILL OF COSTS

Costs are hereby taxed against defendant, Lyndon Wright, and in favor of the United States in the amount of $ 24, 395.20 and included in the judgment.

New Orleans, Louisiana this 26th day of May, 2010.

_____
LORETTA G. WHYTE
CLERK OF COURT