UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to:  *Earline Castanel v.* | * | JUDGE:  ENGELHARDT |
| *Recreation by Design*, Docket No. 09-3251 | * | |
| | * | MAG: CHASEZ |
| *This Judgment Relates Only to:  The | * | |
| claims of Earline Castanel. | * | |

**********************************************************************

### FINAL JUDGMENT

Considering the record, the answers by the jury to the interrogatories propounded by the

Court, and the law, for the reasons assigned:

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment herein in

favor of defendant, Recreation by Design, LLC, and that any and all claims asserted by Plaintiff,

Earline Castanel, against Recreation by Design, LLC, be and hereby are **DISMISSED WITH**

**PREDJUDICE,** with taxable costs assessed against Plaintiff.

New Orleans, Louisiana, this _____ day of May, 2010.


_____
**HONORABLE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**