## NAMED PLAINTIFFS
## SONIA M SILAS, ET AL v. GULF STREAM COACH, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Mayes | Catherine | A | | 135 Flagstaff St. Lumberton, MS 39455 | Lamar | Bechtel |
| 2. | Mayes | James | W | | 135 Flagstaff St. Lumberton, MS 39455 | Lamar | Bechtel |
| 3. | Mills | Ella | M | | 166 East Pearl Lane McLain, MS 39456 | Greene | CH2M Hill |

Page 1 of 1



EXHIBIT "A"