IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT S LIABILITY LITIGATION** | **MDL No. 1873** <br> **SECTION N(5)** <br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** <br> *Silas, et al v Gulf Stream Coach, Inc., et al* <br> *Case No. 2:10-cv-476* | **MAGISTRATE CHASEZ** |

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of _____, 2010 in New Orleans, Louisiana.

KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE
