IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCT S<br>LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Silas, et al v Gulf Stream Coach, Inc., et al*<br>*Case No. 2:10-cv-476* | MAGISTRATE CHASEZ |

## NOTICE OF HEARING

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint for Damages, is hereby set for hearing on the  16th  day of June, 2010, at 9:30 am.

Respectfully submitted,

By:   *s / Edward Gibson*
         Edward Gibson, Esq.

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 28, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

                                                     _s / Edward Gibson_
                                                     EDWARD GIBSON