## NAMED PLAINTIFFS
## BARBARA J. B. BLACKMON, ET AL v. COACHMEN INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | C | C | C | Shanae N Carter (Mother) | 1215 Basin Refuge Rd Lucedale, MS 39452 | George | Bechtel |
| 2. | Carter | Shanae | N | | 1215 Basin Refuge Rd Lucedale, MS 39452 | George | Bechtel |
| 3. | C | Z | S | Shanae N Carter (Mother) | 1215 Basin Refuge Rd Lucedale, MS 39452 | George | Bechtel |
| 4. | C | Z | N | Shanae N Carter (Mother) | 1215 Basin Refuge Rd Lucedale, MS 39452 | George | Bechtel |
| 5. | Hendon | Susan | K | | 609 Sunset Drive Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 6. | Hendon | Wayne | J | | 609 Sunset Drive Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 7. | H | D | R | Shanae N Carter (Mother) | 1215 Basin Refuge Rd Lucedale, MS 39452 | George | Bechtel |
| 8. | Raine | Billy | R | | 5055 Cardinal St Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 9. | Washington, Jr | George | J | | 343 Heienheim Biloxi, MS 39530 | Harrison | Bechtel |
| 10. | Williams | Cora | L | | 3616 Reynora Dr. Gulfport, MS 39501 | Harrison | Bechtel |

Page 1 of 1



EXHIBIT "A"