IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                              MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    SECTION N(5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO**
*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*
Case No. 2:10-cv-1358

### SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO TO COURT, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with the Southern District of Mississippi on December 23, 2009. The case transferred to this Court on May 4, 2010 (Original Docket Number 1:09-cv-829). Pursuant to FRCP Rule 15 (a) (1) (A), Plaintiffs file this amendment as a matter of course because it has not been 21 days subsequent to service of the Complaint.

1.      This First Supplemental and Amending Complaint for Damages adds the following Named Plaintiffs:  *Liza A. Green, Henry L. Bond, Jr., Theophilus G. Cook* by *Ralph Cook Sr., Dyran Smith, Arthur Smith, Hewett S. Patterson, Willie S. Breland, Howard E. Murphy, Jr., Jimmy Bird, Judy Bird, Hans C. Johannson, William R. Mills, Tina Cook, C. C.* by *Tina Cook, C.C.* by *Tina Cook, Earnest Potee, Linnette Potee, A. B.* by *Rebecca Faye, Rebecca Faye, Lamar Johnson, Charles E. Potts, Jr., C. J. P.* by *Charles E. Potts, Jr., C. T. P.* by *Charles E. Potts, Jr., Cendirella Potts, Jaqurez Pettigrew, Nicole Pettigrew, N. N. W.* by *Nicole*

*Pettigrew, Jolissia B. Reynolds, Jessie L. Kelly, Mary H. Reynolds, Lashawnda S. Stallworth, J. M .C.* by *Lashawnda S. Stallworth, Cathy J. Ramage, J. T.* by *Jelissa Tolbert, Jelissa Tolbert and  Jeremy B. Reynolds* (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

    2.    Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit "A" listing of Named Plaintiffs.

    3.    Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Forest River, Inc. as the existing plaintiffs.

    4.    Newly added Plaintiffs  have also been matched to Defendant Contractors CH2M Hill and/or Bechtel as indicated in Exhibit "A".

    5.    Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with the Southern District of Mississippi Southern Division on December 23, 2009 (Civil Action No. 1:09-cv-829) which has since transferred via electronic file certified to this court on May 4, 2010, and been assigned case number 2:10-cv-1358.

    6.    The Plaintiffs (hereinafter, "Named Plaintiffs"), who are all named in the annexed listing of all Named Plaintiffs (attached hereto as "Exhibit A"), respectfully represents through undersigned counsel that they be added to original Complaint.

Respectfully submitted, this the  28th  day of May, 2010.

By:     *s / Edward Gibson*
       EDWARD GIBSON, ESQ.

**OF COUNSEL**:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                    *s / Edward Gibson*
                                                  EDWARD GIBSON, ESQ.