IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL No. 1873
FORMALDEHYDE PRODUCT S
LIABILITY LITIGATION  SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:  MAGISTRATE CHASEZ
*Kellsten, et al v Jayco, Inc., Jayco Enterprises, Inc. et al*
*Case No. 2:10-cv-269*

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND
AMENDING COMPLAINT FOR DAMAGES**

---

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add eight additional plaintiffs who were inadvertently left out of the Complaint for Damages.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending complaint for Damages as it relates to the underlying suit of *Kellsten, et al v Jayco, Inc., Jayco Enterprises, Inc. et al,* Case No. 10-269, filed in the Southern District of Mississippi and transferred into the Eastern District of Louisiana.

Respectfully submitted, this the  28th  day of May, 2010.

By:  *s / Edward Gibson*
Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        *s/Edward Gibson*
        EDWARD GIBSON, ESQ.