IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                                           MDL No. 1873
FORMALDEHYDE PRODUCT S
LIABILITY LITIGATION                                                          SECTION N(5)

                                                                               JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:                                            MAGISTRATE CHASEZ
*Kellsten, et al v Jayco, Inc., Jayco Enterprises, Inc. et al*
*Case No. 2:10-cv-269*

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants have been contacted.  Counsel for Bechtel, Peter Tafaro, and Counsel for CH2M Hill, Gerardo Barrios,  do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint.  However, Jonathan Waldron, Counsel for United States Department of Justice, and Thomas Cougill, Counsel for Jayco, Inc., have not responded to Plaintiffs motion.

Respectfully submitted, this the   28th   day of May, 2010.

                                                          By:   *s / Edward Gibson*
                                                               Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will forward a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

    *s/Edward Gibson*
    EDWARD GIBSON, ESQ.