## NAMED PLAINTIFFS
## KENNETH DIXON, ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Moore | Cheryl | A | | 10418 Riverroad Dr. Gulfport, MS 39503 | Harrison | Bechtel |
| 2. | Moore | Alice | | | 10246 Rd 556 Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 3. | Rush | Charles | | | 1601 Sunset Blvd Pascagoula, MS 39567 | Jackson | Bechtel |
| 4. | R | S | | Charles Rush (Father) | 1601 Sunset Blvd Pascagoula, MS 39567 | Jackson | Bechtel |
| 5. | Stevenson | Christina | E | | 212 Old Spanish Trail Waveland, MS 39576 | Hancock | Bechtel |
| 6. | Germany | Melinda | A | | 8112 Coda Road Moss Point, MS 39562 | Jackson | Bechtel |
| 7. | G | I | G | Melinda Germany (Mother) | 8112 Coda Road Moss Point, MS 39562 | Jackson | Bechtel |
| 8. | Gray | Gary | D | | 313 Heidenheim Ave Biloxi, MS 39530 | Harrison | Bechtel |
| 9. | Gray | Paula | R | | 313 Heidenheim Ave Biloxi, MS 39530 | Harrison | Bechtel |
| 10. | Waltman | Stewart | L | | 13284 Cheyenne Rd Pass Christian, MS 39521 | Harrison | Bechtel |
| 11. | Waltman | Pamela | J | | 13284 Cheyenne Rd Pass Christian, MS 39521 | Harrison | Bechtel |
| 12. | Acevedo | Mary | A | | 395 Braun Street Biloxi, MS 39530 | Harrison | Bechtel |
| 13. | Holloway | Elka | M | | 3413 Campbell Street Moss Point, MS 39563 | Jackson | Bechtel |
| 14. | Watts | William | B | | 20044 Watts Rd. Long Beach, MS | Harrison | Bechtel |
| 15. | Aaron | Lola | L H | | 3874 Bienville #56 Ocean Springs, MS | Jackson | Bechtel |

Page 1 of 2



EXHIBIT "A"

## NAMED PLAINTIFFS
## KENNETH DIXON, ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 16. | Robinson | Percy | M | | 103 North Lang Ave Long Beach, MS 39560 | Harrison | Becthel |
| 17. | Robinson, Sr. | Patrick | M | | 103 North Lang Ave Long Beach, MS 39560 | Harrison | Becthel |
| 18. | White, Sr | James | D | | 112 Elm Court Gulfport, MS 39501 | Harrison | Bechtel |
| 19. | Robinson | Sylvester | | Maxine Robinson (Wife) | 414 B Mills Street Lucedale, MS 39452 | George | Bechtel |