AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| Brenda Bourgeois, et al<br>Plaintiff | ) ) ) |
| v. | ) Civil Action No.  **09-4732** |
| Redman Homes, Inc. (f/k/a Dutch Homes), et al<br>Defendant | ) ) ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, Texas 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

Date: ___Feb 08 2010___

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Travelers Property Casualty Company of America TIL</u> by:

      (1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

      (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

      (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

      (4) returning the summons unexecuted to the court clerk on _____ ; or

      (5) other (specify) <u>Certified mail return receipt requested #70093410000222184025, Sent 3/17/2010, Received 3/22/2010.  Registered Agent:  Louisiana Secretary of State 8585 Archives Avenue  Baton Rouge, LA 70809</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____ .

Date: <u>5/27/2010</u>

_____
Server's signature

_____
Wynter Lee - Mass Tort Coordinator
Printed name and title

_____
2506 N. Port Ave. Corpus Christi, TX 78401
Server's address

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

March 17, 2010

**_Via Certified Mail – Return Receipt Requested & Regular Mail_**
Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

RE:     Service for Brenda Bourgeois, et al. v. Redman Homes Inc. (f/k/a Dutch
        Homes), et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause
No. 09-4732, in the USDC Eastern District of Louisiana. This case will become part of
MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Travelers Property Casualty
Company of America TIL. Your signature on the Return Receipt serves as your proof of
service.

Sincerely,

Robert Hilliard

Enclosures

