UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

THIS DOCUMENT RELATES TO:
*Castanel vs Recreation by Design*
Case No. 09-3251

SECTION "N" (5)

# ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to **Li'l Dizzy's Basement** Cafeteria the sum of $ 87.05 , for meals for the jury in this matter on May 24, 2010.

New Orleans, Louisiana, this 28th day of May, 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## Guest Check

| TABLE | GUESTS | SERVER | 43142 |
|---|---|---|---|
| | N Case # | | |
| | 07-3257 | | |
| | | | |
| | 9 Jury | | |
| | | | $870 |
| | | | |
| | | | |
| | | | |
| | Andrew R. Heral | | |
| | | Tax | |
| | | Total | |

SA108A