## NAMED PLAINTIFFS
## MILTON R HOLMES, ET AL v. DS CORP d/b/a CROSSROADS RV, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1 | Anderson | Justice | | Jacqueline Barnes (Mother) | 90 Buddy Price Road Prentiss, MS 39474 | Jefferson Davis | CH2M Hill |
| 2 | Barnes | Jacqueline | | | 90 Buddy Price Road Prentiss, MS 39474 | Jefferson Davis | CH2M Hill |
| 3 | Barnes | Tadaysha | | Jacqueline Barnes (Mother) | 90 Buddy Price Road Prentiss, MS 39474 | Jefferson Davis | CH2M Hill |
| 4 | Clark | James | | Jacqueline Barnes (Mother) | 90 Buddy Price Road Prentiss, MS 39474 | Jefferson Davis | CH2M Hill |

Page 1 of 1



EXHIBIT "A"