## NAMED PLAINTIFFS
## HATTIE C. SUTTON, ET AL v. SUPERIOR HOMES, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Longino | Brianne | J. | Montoya S. Longino (Mother) | 4031 Hwy 84 Prentiss, MS 39474 | Jefferson Davis | CH2M Hill |
| 2. | Longino | Montoya | S | | 4031 Hwy 84 Prentiss, MS 39474 | Jefferson Davis | CH2M Hill |

Page 1 of 1

EXHIBIT "A"