**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL No. 1873** |
| **FORMALDEHYDE PRODUCT S** | |
| **LIABILITY LITIGATION** | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | **MAGISTRATE CHASEZ** |
| *Sutton, et al v Superior Homes, LLC. et al* | |
| *Case No. 2:10-cv-478* | |

**NOTICE OF HEARING**

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint for Damages, is hereby set for hearing on the  16th  day of June, 2010, at 9:30 am.

Respectfully submitted,

By:   *s / Edward Gibson*
      Edward Gibson, Esq.

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

        *s / Edward Gibson*
        EDWARD GIBSON