## NAMED PLAINTIFFS
## PATRICIA H FOUNTAIN, ET AL v. SUPERIOR HOMES, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Pendergrass | Johnny | E | | 9524 Hwy 63 Lot 21 Escatawpa, MS 39552 | Jackson | Bechtel |

Page 1 of 1

EXHIBIT "A"