IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                       MDL No. 1873
FORMALDEHYDE PRODUCT S
LIABILITY LITIGATION                         SECTION N(5)

                                                                                     JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:                  MAGISTRATE CHASEZ
*Fountain, et al v Superior Homes, LLC., et al*
*Case No. 2:10-cv-1354*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants have been contacted.  Counsel for Bechtel, Peter Tafaro, and Jonathan Waldron, Counsel for United States Department of Justice do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint.  However, Andrew Weinstock, Liaison Counsel for Manufacturing Defendants, have not responded to Plaintiffs motion.

Respectfully submitted, this the  1st  day of June, 2010.

                                                       By:  *s / Edward Gibson*
                                                                 Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

                                                    *s/Edward Gibson*
                                                    EDWARD GIBSON, ESQ.