## NAMED PLAINTIFFS
## JUDY L. BOURGEOIS, ET AL v. CAVALIER HOME BUILDERS, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Cannon | Shalea | | Mary C. Middleton (Mother) | 4610 Saratoga Ave. Pascagoula, MS 39581 | Jackson | Bechtel |
| 2. | Middleton | Mary | C | | 4610 Saratoga Ave. Pascagoula, MS 39581 | Jackson | Bechtel |
| 3. | Perryman | Fredrick | | | 4610 Saratoga Ave. Pascagoula, MS 39581 | Jackson | Bechtel |
| 4. | Reinike | Amanda | | | 220 West Old Pass Rd Long Beach, MS 39560 | Harrison | Bechtel |
| 5. | Reinike | Tanner | | Amanda Reinike (Mother) | 220 West Old Pass Rd Long Beach, MS 39560 | Harrison | Bechtel |
| 6. | Selmon | Jasmine | | Mary C. Middleton (Mother) | 4610 Saratoga Ave. Pascagoula, MS 39581 | Jackson | Bechtel |



Page 1 of 1
EXHIBIT "A"