IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT S LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Bourgeois, et al v Cavalier Home Builders, LLC, et al*<br>*Case No. 2:10 cv 910* | MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of _____, 2010 in New Orleans, Louisiana.

KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE