**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL No. 1873 |
| FORMALDEHYDE PRODUCT S | |
| LIABILITY LITIGATION | SECTION N(5) |
| | |
| | JUDGE ENGELHARDT |
| | |
| THIS DOCUMENT RELATES TO: | MAGISTRATE CHASEZ |
| *Bourgeois, et al v Cavalier Home Builders, LLC, et al* | |
| *Case No. 2:10 cv 910* | |

---

**NOTICE OF HEARING**

---

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint for Damages, is hereby set for hearing on the _16ᵗʰ_ day of June, 2010, at 9:30 am.

Respectfully submitted,

By:     _s / Edward Gibson_____
        Edward Gibson, Esq.

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

 *s / Edward Gibson*
EDWARD GIBSON