**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT S LIABILITY LITIGATION | MDL No. 1873 <br> SECTION N(5) <br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: <br> *McBroom, et al v American Camper Manufacturing, LLC d/b/a Ameri-Camp., et al* <br> Case No. 2:10-cv-260 | MAGISTRATE CHASEZ |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add two additional plaintiffs who were inadvertently left out of the Complaint for Damages.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending complaint for Damages as it relates to the underlying suit of *McBroom, et al v American Camper Manufacturing, LLC d/b/a Ameri-Camp., et al,* Case No. 2:10-cv-260, filed in the Southern District of Mississippi and transferred into the Eastern District of Louisiana.

Respectfully submitted, this the  1st  day of June, 2010.

By: *s / Edward Gibson*
Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                *s/Edward Gibson*
                EDWARD GIBSON, ESQ.