## NAMED PLAINTIFFS
### GRACE A GONZALES, ET AL v. FOREST RIVER, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Bird | Judy | | | 15405 Drake Lane Biloxi, MS 39532 | Harrison | Bechtel |
| 2. | Bird | Jimmy | | | 15405 Drake Lane Biloxi, MS 39532 | Harrison | Bechtel |
| 3. | Bond | Henry | L | | 1250 Project Rd. Wiggins, MS 39577 | Stone | Becthel |
| 4. | Breland | Willie | S | | 14264 County Farm Rd Gulfport, MS 39507 | Harrison | Bechtel |
| 5. | B | A | | Rebecca Faye (Mother) | 2260 Road 534 Kiln, MS 39556 | Hancock | Bechtel |
| 6. | C | J | M | Lashawnda S Stallworth (Mother) | 4506 Charles St Moss Point, MS 39563 | Jackson | Bechtel |
| 7. | Cook | Tina | | | 1708 Sunset Street Pascagoula, MS 39567 | Harrison | Bechtel |
| 8. | C | C | | Tina Cook (Mother) | 1708 Sunset Street Pascagoula, MS 39567 | Harrison | Bechtel |
| 9. | C | T | G | Ralph Cook Sr (Father) | 653 Walker St Biloxi, MS 39530 | Harrison | Bechtel |
| 10. | C | C | | Tina Cook (Mother) | 1708 Sunset Street Pascagoula, MS 39567 | Harrison | Bechtel |
| 11. | Faye | Rebecca | | | 2260 Road 534 Kiln, MS 39556 | Hancock | Bechtel |
| 1. | Green | Liza | A | | 3307 Basswood St Pascagoula, MS 39581 | Jackson | Bechtel |
| 2. | Johannsen | Hans | C | | 10234 Ave B. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 3. | Johnson | Lamar | | | 1708 Sunset Street Pascagoula, MS 39567 | Harrison | Bechtel |
| 4. | Kelly | Jessie | L | | 3814 15th Street Gulfport, MS 39501 | Harrison | Bechtel |
| 5. | Mills | William | R | | 814 Hwy 90 Lot 34 Bay St Louis, MS 39520 | Hancock | CH2M Hill |

Page 1 of 3



EXHIBIT "A"

## NAMED PLAINTIFFS
## GRACE A GONZALES, ET AL v. FOREST RIVER, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 6. | Mills | Marion | H | | 814 Hwy 90 Lot 34 Bay St Louis, MS 39520 | Hancock | CH2M Hill |
| 7. | Murphy | Howard | E | | 947 Mary Ruth Drive Gulfport, MS 39507 | Harrison | Bechtel |
| 8. | Patterson | Hewett | S | | 10292 River Road Gulfport, MS 39503 | Harrison | Bechtel |
| 9. | Pettigrew | Nicole | | | 14393 Dedeaux Rd # 38 Gulfport, MS 39503 | Harrison | Bechtel |
| 10. | Pettigrew | Jaqurez | | | 14393 Dedeaux Rd # 38 Gulfport, MS 39503 | Harrison | Bechtel |
| 11. | Potee | Linnette | | | 305 Old Spanish Trail Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 12. | Potee | Earnest | | | 305 Old Spanish Trail Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 13. | Potts | Cendirella | | | 3615 Meadowlark Dr. Gulfport, MS 39501 | Harrison | Bechtel |
| 14. | P | C | J | Charles E Potts, Jr (Father) | 3615 Meadowlark Dr. Gulfport, MS 39501 | Harrison | Bechtel |
| 15. | P | C | T | Charles E Potts, Jr (Father) | 3615 Meadowlark Dr. Gulfport, MS 39501 | Harrison | Bechtel |
| 16. | Potts, Jr. | Charles | E | | 3615 Meadowlark Dr. Gulfport, MS 39501 | Harrison | Bechtel |
| 17. | Ramage | Cathy | J | | 3540 Bayshore Dr. Biloxi, MS 39540 | Harrison | Bechtel |
| 18. | Reynold | Mary | H | | 3814 15th Street Gulfport, MS 39501 | Harrison | Bechtel |
| 19. | Reynolds | Jeremy | B | | 3814 15th Street Gulfport, MS 39501 | Harrison | Bechtel |
| 20. | Reynolds | Jolissa | B | | 3814 15th Street Gulfport, MS 39501 | Harrison | Bechtel |

## NAMED PLAINTIFFS
## GRACE A GONZALES, ET AL v. FOREST RIVER, INC., ET AL

| No  | Last Name  | First Name | M | Representative             | Address of THU                           | County   | Contractor |
|-----|------------|------------|---|----------------------------|------------------------------------------|----------|------------|
| 21. | Smith      | Dyran      |   |                            | 511 Austin Street Apt A Biloxi, MS 39530 | Harrison | Bechtel    |
| 22. | Smith, Sr. | Arthur     | D |                            | 511 Austin Street Apt A Biloxi, MS 39530 | Harrison | Bechtel    |
| 23. | Stallworth | Lashawnda  | S |                            | 4506 Charles St Moss Point, MS 39563     | Jackson  | Bechtel    |
| 24. | T          | J          |   | Jelissa Tolbert (Mother)   | 6303 Springwater St. Moss Point, MS 39552| Jackson  | Bechtel    |
| 25. | Tolbert    | Jelissa    |   |                            | 6303 Springwater St. Moss Point, MS 39552| Jackson  | Bechtel    |
| 26. | W          | N          | N | Nicole Pettigrew (Mother)  | 14393 Dedeaux Rd # 38 Gulfport, MS 39503 | Harrison | Bechtel    |