UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                             SECTION "N"  (4)

THIS DOCUMENT RELATES TO
the October 2010 Palm Harbor bellwether trial

## PRETRIAL ORDER NO. 69

**IT IS ORDERED** that the October Oct. 18, 2010 bellwether trial and its associated deadlines are **CANCELLED**, as the Court has been informed that Palm Harbor Defendants (Palm Harbor) have elected to rejoin the non-litigation track.

New Orleans, Louisiana, this 2nd day of June, 2010.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**