UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the November 2010 Keystone bellwether trial

## PRETRIAL ORDER NO. 70

**IT IS ORDERED** that the jury for the Keystone bellwether trial will be selected on **Monday, November 8, 2010, at 8:30 a.m.**, and the trial will begin on **Tuesday, November 9, 2010, at 8:30 a.m.**  A pre-trial conference is **SET** for **Thursday, October 28, 2010, at 10:30 a.m.**

**IT IS FURTHER ORDERED** that Keith Nunnery shall serve as the bellwether Plaintiff in the November 2010 Keystone bellwether trial.

**IT IS FURTHER ORDERED** that, in the event that Nunnery is rendered unable to serve as bellwether plaintiff in this trial, Mrs. Clifford Jiles shall be the substitute bellwether plaintiff. The parties shall engage in pre-trial discovery and trailer testing on both of these selections (Nunnery and substitute, Jiles) and be ready to proceed to trial on one of these selections.

**IT IS FURTHER ORDERED** that Nunnery shall respond to the discovery propounded

within the 30 days allotted (i.e., from the date it was served).

**IT IS FINALLY ORDERED** that **on or before Friday, June 11, 2010**, the parties shall submit to the Court an agreed-upon proposed Scheduling Order tied to the above-listed trial and pre-trial dates.

New Orleans, Louisiana, this 3rd day of June, 2010.

                                      **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**