UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al;* | * | MAGISTRATE CHASEZ |
| Docket No. 09-8320 | * | |
| *Age, et al v. Gulf Stream Coach, Inc.*; | * | |
| Docket No. 09-2892 | * | |
| *Alleman, et al v. Gulf Stream Coach, Inc. , et al* | * | |
| Docket No. 09-5390 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### GULF STREAM COACH, INC.'S
### UNOPPOSED MOTION TO AMEND TRIAL SCHEDULING ORDER

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc., which respectfully submits this Unopposed Motion to Amend Trial Scheduling Order. Defendant, Gulf Stream Coach, Inc. and Plaintiffs agree to the amendments set forth in the attached proposed Second Amended Trial Scheduling Order.

For the foregoing reasons, Gulf Stream Coach, Inc. respectfully requests that this Court issue an Order amending the Trial Scheduling Order (Rec. Doc. 13001) and adopt the proposed Second Amended Trial Scheduling Order attached hereto.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002

1

Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**TIMOTHY D. SCANDURRO #18424**
**DEWEY M. SCANDURRO #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## C E R T I F I C A T E

I hereby certify that on the 3rd day of June, 2010, a copy of the foregoing Unopposed Motion to Amend Trial Scheduling Order o/b/o Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

2