UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al;* | * | MAGISTRATE CHASEZ |
| **Docket No. 09-8320** | * | |
| *Age, et al v. Gulf Stream Coach, Inc.*; | * | |
| **Docket No. 09-2892** | * | |
| *Alleman, et al v. Gulf Stream Coach, Inc. , et al* | * | |
| **Docket No. 09-5390** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Gulf Stream Coach, Inc.'s Unopposed Motion to Amend Trial Scheduling Order,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the Trial Scheduling Order (Doc. No. 13001) be amended and the proposed Second Amended Trial Scheduling Order attached hereto be adopted.

**DONE AND SIGNED** this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE