UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al;* | * | MAGISTRATE CHASEZ |
| Docket No. 09-8320 | * | |
| *Age, et al v. Gulf Stream Coach, Inc.*; | * | |
| Docket No. 09-2892 | * | |
| *Alleman, et al v. Gulf Stream Coach, Inc. , et al* | * | |
| Docket No. 09-5390 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SECOND AMENDED TRIAL SCHEDULING ORDER**
**(Robin Phillip Lewis)**
**(Easton Charles, Jr.)**
**(Daniel Porter)**

Pursuant to agreement of the parties, the following deadlines originally listed in the Court's March 15, 2010 Trial Scheduling Order (R. Doc. 13001) are amended as follows:

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), and including treating physicians, who may be witnesses for defendant fully setting forth all matters about which they will testify and the basis therefore shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **June 4, 2010** (115 days prior to Final Pre-trial Conference Date) except as to the following exceptions:

    (b)    for bellwethers Robin Lewis and Daniel Porter, the written reports of Damien Serauskas, P.E., shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **June 7, 2010**;

    (c)    for bellwether Easton Charles, Jr., the written reports of Damien Serauskas, P.E., shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **June 11, 2010**;

    (d)    for bellwethers Easton Charles, Jr., Robin Lewis and Daniel Porter, the written reports of Howard Maibach, M.D., Ph.D., shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **July 6, 2010**.

Counsel for the parties shall file in the record and serve upon their opponents an *initial* list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will

be used at trial no later than **June 14, 2010.**

In all other respects the Court's March 15, 2010 Trial Scheduling Order shall remain in full force and effect.

New Orleans, Louisiana, this ___3rd___ day of _____June_____, 2010.

                                        HONORABLE KURT D. ENGELHARDT
                                        UNITED STATES DISTRICT JUDGE

CLERK TO FORWARD COPY TO MAGISTRATE JUDGE