IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION    SECTION N(5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO**
*Marshalle D. Rush, et al v DS Corporation d/b/a*
*Crossroads RV, et al*
*Case No. 2:10 cv 1357*

---

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

---

NOW INTO COURT, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf in the Southern District of Mississippi on December 23, 2009. The case transferred to this Court on May 04, 2010 (Original Docket Number 1:09-cv-827). Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires", and Pursuant to Fed Rules Civ Proc. 20 and 21.

1. This First Supplemental and Amending Complaint for Damages adds the following Named Plaintiff: *Brain Henton, Jr.* (hereinafter referred to as "Newly Added Plaintiff"), in the above captioned matter.

2. Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit "A" listing of Named Plaintiffs, which is attached hereto.

   3. Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by DS Corporation d/b/a Crossroads RV, as the existing plaintiffs.

   4. Newly added Plaintiffs have also been matched to Defendant Contractor Bechtel as indicated in Exhibit "A".

   5. Newly Added Plaintiff adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with the Southern District of Mississippi Southern Division on December 23, 2009 (Civil Action No. 1:09-cv-827) which has since transferred via electronic file certified to this court on May 04, 2010, and been assigned case number 2:10-cv-1357.

   6. The Plaintiff (hereinafter, "Named Plaintiff"), who are all named in the annexed listing of all Named Plaintiff (attached hereto as "Exhibit A"), respectfully represents through undersigned counsel that they be added to original Complaint.

   Respectfully submitted, this the 4th day of June, 2010.

            By: _s/Edward Gibson_
              EDWARD GIBSON, ESQ.

**OF COUNSEL**:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by firs-class mail to all counsel of record who are non-CM/ECF participants.

          *s/Edward Gibson*
          EDWARD GIBSON, ESQ.