**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL No. 1873** |
| **FORMALDEHYDE PRODUCT S** | |
| **LIABILITY LITIGATION** | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | **MAGISTRATE CHASEZ** |
| *Marshalle D. Rush, et al v DS Corporation d/b/a* | |
| *Crossroads RV, et al* | |
| *Case No. 2:10 cv 1357* | |

**ORDER**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of _____, 2010 in New Orleans, Louisiana.

                                                              KURT D. ENGLEHARDT
                                                            UNITED STATES DISTRICT JUDGE