## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**                                                **MDL No. 1873**
**FORMALDEHYDE PRODUCT S**
**LIABILITY LITIGATION**                                               **SECTION N(5)**

                                                                                             **JUDGE ENGELHARDT**

**THIS DOCUMENT RELATES TO:**                           **MAGISTRATE CHASEZ**
*Marshalle D. Rush, et al v DS Corporation d/b/a*
*Crossroads RV, et al*
*Case No. 2:10 cv 1357*

---

### NOTICE OF HEARING

---

       IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint for Damages, is hereby set for hearing on the  30th  day of June, 2010, at 9:30 am.

       Respectfully submitted,

                                                      By:     *s / Edward Gibson*
                                                                        Edward Gibson, Esq.

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 4, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

                                                          *s / Edward Gibson*
                                                          EDWARD GIBSON