### NAMED PLAINTIFFS
### MARK R MOSLEY,  ET AL v. GULF STREAM COACH, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Hall | Kuniko | | | 3540 Kimberly Dr. Moss Point, Ms 39563 | Jackson | Bechtel |
| 2. | Plagge | Yvonne | | | 21632 Cecil Ladner Rd Saucier, MS 39574 | Harrison | Bechtel |
| 3. | Wills | Thomas | D | | 7071 Klein St. Lakeshore, MS 39558 | Hancock | Bechtel |

EXHIBIT
"A"