## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Landmark American Ins. Co
Through its Agent for Service
of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  W Hebert   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Wendi Hebert

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 2810 0000 5495 3707

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540