UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Lyndon Wright v. Forest River, et al.*, No. 09-2977 (E.D. LA)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA'S MOTION FOR REVIEW
OF TAXATION OF COSTS

The United States of America ("United States") hereby moves, pursuant to Fed. R. Civ. P. 54, Local Rule 54.5, and applicable law, for review of the Clerk of Court's award of costs in favor of the United States and against Lyndon Wright, in the amount of $24,395.20 (Rec. Doc. 14271). For reasons more fully stated in the accompanying Memorandum of law, the United States respectfully requests that the Court award to the United States a total of $154,468.15, which includes the $24,395.20 previously awarded to the United States by the Clerk, as well as the $130,072.95 in expenses incurred by the Government to defend against Plaintiff's mold claim in this case.

| | |
|---|---|
| Dated:  June 4, 2010. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>HENRY T. MILLER<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| OF COUNSEL: | *//S// Michelle Boyle*<br>MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>United States Department of Justice<br>Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No:  (202) 616-4447<br>E-mail:  Michelle.Boyle@USDOJ.Gov |
| | Attorneys for the United States of America |

### CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Michelle Boyle*
MICHELLE BOYLE (Va. Bar No. 73710)