UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                           SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

     A conference was held in chambers on June 7, 2010.   In addition to the undersigned, and the undersigned's law clerk, Jerry Meunier, Jerry Saporito, Dan Balhoff, and Randi Ellis were present. The Fleetwood settlement was discussed.

     New Orleans, Louisiana, this 7th day of June, 2010.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**