MINUTE ENTRY
ENGELHARDT, J.
June 7, 2010

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Monday, June 7, 2010, at 9:00 a.m.  Participating were Gerald E. Meunier, Daniel J. Balhoff, Randi S. Ellis and Jerry L. Saporito.

JS10(0:50)