UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
PSC UNOPPOSED MOTION FOR
APPOINTMENT OF SPECIAL MASTER

MAY IT PLEASE THE COURT:

Under the terms of the Settlement Agreement entered into between plaintiffs and Fleetwood/Fleetwood's insurers, the claims of all identified Fleetwood claimants will be dismissed with prejudice upon the deposit of the settlement funds into an escrow account.[1] Thereafter, a binding allocation process under the supervision and management of a Special

---

[1] The claims to be released specifically include (a) any and all claims, suits or actions against Fleetwood currently or to be filed in or transferred into the aforementioned MDL, as well as any and all other claims, causes of actions and lawsuits against Fleetwood arising out of the travel trailer, mobile home, manufactured housing units and/or park models used as emergency or FEMA housing or arising out of related claims of formaldehyde exposure, which have not been transferred to the MDL, including those which are subject to the automatic stay order entered in Fleetwood's bankruptcy proceedings; (b) any and all claims, suits or actions filed against Fleetwood's insurers under the Louisiana Direct Action Statute ("Direct Action Cases") or similar statute, and either currently pending in the MDL or to be filed in or transferred to MDL, as well as any and all other Direct Action Cases arising out of the FEMA/Formaldehyde Travel Trailer use as emegency housing, filed or to be filed within the prescription period against Fleetwood's insurers, which have not been transferred to the MDL; (c) all claims filed in the federal bankruptcy proceedings entitled *In Re: Fleetwood Enterprises, Inc., et al*, Case No. 09-14254-MJ. Pending in the U.S. Bankruptcy Court, Central District of California, Riverside Division; and (d) the claims asserted in the case of *Elisha Dubuclet, et al v. Fleetwood Enterprises, Inc.,* USDC No. 07-9228.

Master will proceed.  Counsel for Fleetwood and the PSC have conferred and agreed that Daniel Balhoff of Perry Dampf Dispute Solutions would be an excellent candidate for the role of Special Master in this regard.

First, Mr. Balhoff's organization includes John Perry, the Court-Appointed mediator in this litigation who facilitated the Fleetwood settlement.  As a Special Master, Mr. Balhoff will be positioned to coordinate closely on an as-needed basis with Mr. Perry.

Secondly, as the Court is aware, the allocation of settlement funds in this matter will be influenced by the ongoing process of "matching" plaintiffs to manufacturers.  It remains true that a number of plaintiffs are unmatched, and some of these presently-unmatched plaintiffs may be matched with the settling defendant Fleetwood in due course.  This matching effort involves expertise in the area of data management and computer systems, and Mr. Balhoff and his organization have particular experience and knowledge in these areas.

Made "Attachment I" is a description of the services provided by Perry Dampf Dispute Solutions and Mr. Balhoff, as well as a summary of the cases in which the firm has provided Special Master services.

Made "Attachment II" is an affidavit executed by Mr. Balhoff pursuant to the provisions of FRCP 53(a)(2) and (b)(3)(A), confirming that there is no ground for his disqualification to serve as a Special Master based upon his relationship to the parties, attorneys, action, or this Court.

Under the terms of the Fleetwood settlement, the charges of Mr. Balhoff and his organization will be paid from the settlement funds to be deposited in escrow.  An appropriate reserve may be established to facilitate this billing, particularly once the amount of the fund payable to claimants (net of fees, expenses, etc.) is quantifiable.  Consistent with FRCP 53, the

attached Order makes provision for the billing of these services by the Special Master.

Accordingly, the PSC respectfully asks that the attached Order be entered to appoint Daniel Balhoff as Special Master for purposes of the Fleetwood settlement allocation, following the hearing on this motion pursuant to the requirements of FRCP 53(b)(1).

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        ROBERT M. BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, JR., #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        DENNIS REICH, Texas #16739600
        MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                       s/Gerald E. Meunier
                                                                       GERALD E. MEUNIER, #9471