UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Affidavit of Daniel J. Balhoff

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

I, Daniel J. Balhoff, being first duly sworn according to law, state the following:

I am an attorney at law, duly licensed to practice in the State of Louisiana. My bar admissions are as follows:

Supreme Court of the United States

United States Court of Appeals for the Fifth Circuit

United States District Court for the Eastern District of Louisiana

United States District Court for the Middle District of Louisiana

United States District Court for the Western District of Louisiana

I have thoroughly familiarized myself with the issues involved in the Multi-District Litigation captioned: *In re: FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 1873, Section N-5. As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed

grounds for disqualification under 18 U.S.C. § 455 that would prevent me from serving as the Special Master in the captioned matter.

_____
DANIEL J. BALHOFF

SWORN TO AND SUBSCRIBED before me on this 8th day of June, 2010.

_____
NOTARY PUBLIC
18103

ATTACHMENT II