UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the following motion will be heard on an expedited basis: PSC Motion for Appointment of Special Master (Rec. Doc. 14323).  Any opposition to this motion shall be filed by **Friday, June 11, 2010, at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 8th day of June, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**