UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 07-1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Member Case No. 09-2892;* *Fifth Circuit Case No. 10-3045* | * * * * | MAG. ALMA L. CHASEZ |

\* \* \* \* \* \* \* \*

## JOINT RECORD DESIGNATIONS FOR FIFTH CIRCUIT APPELLATE REVIEW

NOW INTO COURT, through undersigned counsel, come plaintiff, Alana Alexander on behalf of her minor child, Christopher Cooper, and the United States of America, who submit the following record designations pursuant to direction from the Court of Appeals for the Fifth Circuit dated May 26, 2010.

1. Case No. 2:09-cv-2892 – Doc # 1, 1-2, 1-3 – Complaint for Damages, *Age et al v. Gulf Stream Coach, et al.*

2. Case No. 2:07-MD-1873 – Doc #1686 – Third Supplemental and Amended Complaint filed by Alana Alexander, individually and on behalf of her minor child, Christopher Cooper;

3. Case No. 2:07-MD-1873 – Doc #2317, 2317-1, 2317-2, 2317-3, 2317-4, 2317-5, 2317-6, 2317-7, 2317-8 – United States of America's Motion to Dismiss the Claims of Plaintiff Christopher Cooper for Lack of Subject Matter Jurisdiction; Memorandum in Support of Motion, and Exhibits.

4. Case No. 2:07-MD-1873 – Doc #2493-1 – Alana Alexander Declaration;

5. Case No. 2:07-MD-1873 – Doc #2559 – Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss the Claims of Plaintiff Christopher Cooper for Lack of Subject Matter Jurisdiction;

6. Case No. 2:07-MD-1873 – Doc #2590, 2590-1, 2590-2 – United States of America's *Ex parte* Unopposed Motion to File a Reply Memorandum In Support of its Motion to Dismiss the Claims of Plaintiff Christopher Cooper for Lack of Subject Matter Jurisdiction;

7. Case No. 2:07-MD-1873 – Doc #2617, 2617-1 – Reply Memorandum in Support of defendant United States of America's Motion to Dismiss the Claims of Plaintiff Christopher Cooper for Lack of Subject Matter Jurisdiction and Exhibit;

8. Case No. 2:07-MD-1873 – Doc #2712 – United States of America's Answer to "Third Supplemental and Amended Complaint";

9. Case No. 2:07-MD-1873 – Doc #2764 – Order and Reasons:

10. Case No. 2:07-MD-1873 – Doc #2789 – Order and Reasons;

11. Case No. 2:07-MD-1873 – Doc #3049, 3049-2, 3049-3, 3049-4 – Plaintiff's Motion for Entry of Judgment under FRCP 54(b);

12. Case No. 2:07-MD-1873 – Doc #3282 – United States' Memorandum in Opposition to PSC's Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. 1292(b) and Motion for Entry of Judgment under FRCP 54(b);

13. Case No. 2:07-MD-1873 – Doc #5440 – Order;

14. Case No. 2:07-MD-1873 – Doc #5722 – Plaintiff's Motion for Relief from Judgment;

15. Case No. 2:07-MD-1873 – Doc #6246– United State's Memorandum in Opposition to PSC's Motion for Relief from Judgment;

16. Case No. 2:07-MD-1873 – Doc #13150 – Order and Reasons;

17. Case No. 2:07-MD-1873 – Doc #13707 – Notice of Appeal

Respectfully submitted:

**PLAINTIFF'S STEERING COMMITTEE**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600

        MIKAL WATTS, Texas # 20981820

      **UNITED STATES OF AMERICA**

BY: HENRY MILLER
   Senior Trial Counsel
   ADAM DINNELL
   Trial Attorney

   s/Adam Bain
   ADAM BAIN
   Senior Trial Counsel
   **UNITED STATES DEPARTMENT OF JUSTICE**
   Civil Division, Torts Branch
   P.O. Box 340, Ben Franklin Station
   Washington, D.C. 20004
   Telephone: (202) 616- 4209
   Adam.Bain@usdoj.gov
   (IN Bar. No. 11134-49)

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 8, 2010, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who are not CM/ECF participants.

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713