# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al;* | * | MAGISTRATE CHASEZ |
| Docket No. 09-8320 | * | |
| *Age, et al v. Gulf Stream Coach, Inc.;* | * | |
| Docket No. 09-2892 | * | |
| *Alleman, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5390 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' SUMMARY JURY TRIAL CONSENT FORM

Undersigned counsel, on behalf of Robin Phillip Lewis, Easton Charles, Jr. and Daniel Porter ("Plaintiffs"), hereby consents to participate in a Summary Jury Trial in the matter referenced above.  Plaintiffs further agree to be bound by the orders entered by the Court governing summary jury trials.  It is understood that: (a) participation in this Summary Jury trial is voluntary; (b) that any verdict rendered in this Summary Jury Trial is not binding on the parties; and (c) that if the parties to the Summary Jury Trial do not resolve the claims between them as a result of the Summary Jury Trial, the parties are entitled to participate in a full trial on the merits on the matter referenced above.

It is further understood that this consent to participate shall apply only to the first such Summary Jury Trial which occurs pursuant to this consent, and not to any other Summary Jury Trials which may occur in the future.

Finally, this consent to participate in no way waives Plaintiffs' rights to have a full and binding jury trial on the merits in this and every other civil action filed against it (to the extent

that such a right exists under applicable law) and does not commit Plaintiffs' to participate in any

future summary jury trials, participation in which shall at all times remain voluntary.


_____
Anthony G. Buzbee
Counsel for Plaintiffs


___6/4/2010_____
Date

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al;* | * | MAGISTRATE CHASEZ |
| Docket No. 09-8320 | * | |
| *Age, et al v. Gulf Stream Coach, Inc.;* | * | |
| Docket No. 09-2892 | * | |
| *Alleman, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5390 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>PLAINTIFFS' SUMMARY JURY TRIAL CONFIDENTIALITY AGREEMENT</u>

Undersigned counsel, on behalf of Plaintiffs Robin Phillip Lewis, Easton Charles, Jr. and

Daniel Porter, hereby agrees to maintain confidentiality of the Summary Jury Trial in the above-

referenced matters in accordance with the Court's Order Regarding Rules and Procedures for

Conducting Summary Jury Trials entered in this matter.


_____
Anthony G. Buzbee
Counsel for Plaintiffs


_____6/4/2016_____
Date

---

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bazanac, et al v. Gulf Stream Coach, Inc., et al;* | * | MAGISTRATE CHASEZ |
| Docket No. 09-8320 | * | |
| *Age, et al v. Gulf Stream Coach, Inc.;* | * | |
| Docket No. 09-2892 | * | |
| *Alleman, et al v. Gulf Stream Coach, Inc. , et al* | * | |
| Docket No. 09-5390 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ATTACHMENT 1:  SUMMARY JURY TRIAL CONSENT FORM

Undersigned counsel, on behalf of Defendant, Gulf Stream Coach, Inc., hereby consents to participate in a Summary Jury Trial in the matters referenced above.  Gulf Stream Coach, Inc. further agrees to be bound by the orders entered by the Court governing summary jury trials.  It is understood that: (a) participation in this Summary Jury Trial is voluntary; (b) that any verdict rendered in this Summary Jury Trial is not binding on the parties; and (c) that if the parties to this Summary Jury Trial do not resolve the claims between them as a result of the Summary Jury Trial, the parties are entitled to participate in a full trial on the merits on the matters referenced above.

It is further understood that this consent to participate shall apply only to the first such Summary Jury Trial which occurs pursuant to this consent, and not to any other Summary Jury Trials which may occur in the future.

Specifically, the parties are preparing the cases of Robin Lewis, Easton Charles, Jr. and Daniel Porter for a September 13, 2010 trial.  Gulf Stream Coach, Inc. agrees to participate in a

Summary Trial proceeding for Robin Lewis on September 13, 2010.  If Robin Lewis cannot/will not proceed on September 13, 2010, then Gulf Stream Coach, Inc. agrees to participate in a Summary Trial proceeding for Easton Charles, Jr. on September 13, 2010.  If Easton Charles, Jr. cannot/will not proceed on September 13, 2010, then Gulf Stream Coach, Inc. agrees to participate in a Summary Trial proceeding with Daniel Porter on September 13, 2010.  In short, Gulf Stream Coach, Inc. is agreeing to participate in a single Summary Trial proceeding with any one of these three plaintiffs in the order previously set forth by the Court.  To the extent a Summary Trial goes forward with any one of these three plaintiffs, Gulf Stream Coach, Inc. is not committing at this time to participate in a Summary Trial proceeding for either of the other two at a later or different time, nor is Gulf Stream committing to a Summary Trial involving multiple plaintiffs, whether residing in the same trailer or otherwise, on September 13, 2010.

Finally, this consent to participate in no way waives Gulf Stream Coach, Inc.'s rights to have a full and binding jury trial on the merits in this and every other civil action filed against it (to the extent that such a right exists under applicable law) and does not commit Gulf Stream Coach, Inc. to participate in any future summary jury trials, participation in which shall at all times remain voluntary.

Gulf Stream Coach, Inc. understands that the Summary Trial proceeding will be governed by Pretrial Order #s 63 and 64 (Rec. Docs 13871 and 13872), as supplemented and modified by the agreed order modifying Pretrial Order #s 63 and 64.

_Andrew Weinstock_
Print Name

_A W_
Signature

_6 / 7 / 10_
Date