UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION
                                                 SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 71

**IT IS ORDERED** that the June 25, 2010 status conferences are **CANCELLED**.

**IT IS FURTHER ORDERED** that the June 25, 2010 status conferences are **RESET** for **Wednesday, July 7, 2010.** Accordingly,

(1)   **On Wednesday, July 7, 2010 at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(2)   A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Wednesday, July 7, 2010 at 10:00 a.m.**

New Orleans, Louisiana, this 9th day of June 2010.

                                          _____
                                          **KURT D. ENGELHARDT**
                                          **UNITED STATES DISTRICT JUDGE**