UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

THIS DOCUMENT RELATES TO:
*Castanel vs Recreation by Design*
Case No. 09-3251

SECTION "N" (5)

ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDER that Rec. No. 14302 is VACATED.

IT IS FURTHER ORDERED that the clerk pay to Li'l Dizzy's Cafe the sum of $ 104.46 , for meals for the jury in this matter on May 24, 2010.

New Orleans, Louisiana, this _____ day of June , 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE



# INVOICE

**Lil Dizzy's Café #3**
*A Baquet Family Restaurant*

500 POYDRAS ST. - BASEMENT
NEW ORLEANS, LA 70130
PH 504-
wmbaquet@bellsouth.net

INVOICE NO. 43142
DATE 06/03/2010

TO
JOE MCMANUS 504-589-7679
FOR JUDGE ENGLEHARDT
FEDERAL COURT CASE 07-3251
[City, ST ZIP Code]
joe_mcmanus@laed.uscourts.gov

| DATE/TIME OF EVENT | SERVER | LOCATION | GUESTS |
|---|---|---|---|
| MON MAY 24, 2010 | | 500 POYDRAS STREET-BASEMENT | 9 |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | MENU | | |
| | NO MENU AVAILABLE - APPROVED BY ANDREW R HAAB | | 87.05 |
| | | S/C 20% | 17.41 |
| | | SUBTOTAL | 104.46 |
| | | SALES TAX | EXEMPT |
| | | TOTAL $ | 104.46 |
| | | DEPOSIT | |
| | | BALANCE DUE $ | 104.46 |

Make all checks payable to Lil Dizzy's Café
**THANK YOU FOR YOUR BUSINESS!**