U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN - 4 2010
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-30821

MD 07-1873-N

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

-----

PLAINTIFFS' LIAISON COUNSEL; PLAINTIFFS' STEERING COMMITTEE,

　　　　Plaintiffs - Appellants

v.

DEFENDANTS' LIAISON COUNSEL; UNITED STATES OF AMERICA; CONTRACTOR DEFENDANTS,

　　　　Defendants - Appellees

-----

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

-----

ORDER:

　　ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5ᵀᴴ CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

```
__ Fee_____
__ Process____
X  Dktd_____
__ CtRmDep___
__ Doc. No.___
```

*Lyle W. Cayce*
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

---

　　*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

*Court Order(clk's sign)(Appeal)MOT-55*

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: _____
    Deputy
New Orleans, Louisiana   03 JUN 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 03, 2010

Ms. Loretta Whyte  
U. S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

  No. 09-30821,  In Re: FEMA Trailer, et al  
      USDC No. 2:07-MD-1873

Enclosed is a copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn D. Victoriano  
Dawn D. Victoriano, Deputy Clerk  
504-310-7717

cc w/encl:  
  Ms. Tara Jo Gilbreath  
  Mr. Joseph G. Glass  
  Mr. Michael David Kurtz  
  Mr. Gerald Edward Meunier  
  Mr. Henry T Miller  
  Ms. Stephanie Douglas Skinner  
  Mr. Andrew D. Weinstock  
  Mr. Justin I Woods