UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO
the member cases listed in the heading of
Rec. Doc. 13106

## ORDER

     **IT IS ORDERED** that Plaintiffs' Motion for Leave to File Original Complaint Against United States of America **(Rec. Doc. 13106)** is **WITHDRAWN**, per Rec. Doc. 13708.

     New Orleans, Louisiana, this 10th day of June, 2010.

                                               **KURT D. ENGELHARDT**
                                               **UNITED STATES DISTRICT JUDGE**