UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
          FORMALDEHYDE PRODUCTS
          LIABILITY LITIGATION
                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## JUDGMENT

Considering the record, the answers by the jury to the interrogatories propounded by the Court, and the law, for the reasons assigned;

**IT IS ORDERED, ADJUDGED and DECREED** that there be judgment herein in favor of defendant, Forest River, Inc., and that any and all claims asserted by plaintiff, Lyndon Wright, against Forest River, Inc. be and hereby are *DISMISSED WITH PREJUDICE*, with taxable costs assessed in defendant's favor.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that there be judgment herein in favor of defendant, Shaw Environmental, Inc., and that any and all claims asserted by plaintiff, Lyndon Wright, against Shaw Environmental, Inc. be and hereby are *DISMISSED WITH PREJUDICE*, with taxable costs assessed in defendant's favor.

New Orleans, Louisiana, this 10th day of June, 2010.

                                      _____
                                      **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**