UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Cases 09-2892 and 09-8320

## ORDER

Before the Court is Fluor Enterprises, Inc's Motion to Convert Dismissal of Bellwether Plaintiffs' Claims Without Prejudice to With Prejudice (Rec. Doc. 14014).  This motion is opposed. (See Rec. Doc. 14058).  After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that **Fluor Enterprises, Inc's Motion to Convert Dismissal of Bellwether Plaintiffs' Claims Without Prejudice to With Prejudice (Rec. Doc. 14014)** is **DENIED**, for substantially the same reasons cited by Plaintiffs in their Opposition (Rec. Doc. 14058), and particularly because these dismissals were pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as opposed to Rule 41(a)(2).

New Orleans, Louisiana, this 10th day of June, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**