*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*

*2010 MAY 14 PM 12: 57*

*LORETTA G. WHYTE*
*CLERK*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 <br> SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO <br> Civil Action No. 09-7808 <br> Mae Aaron, as Next Friend of Jarell Aaron, a minor, et. al. <br> Vs. <br> Pilgrim International, Inc., et al. | JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

*/s/ Kenw Hull*

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

| | |
|---|---|
| Anthony Johnson (212564) | Bechtel National, Inc |
| Athalia Piernas (205187) | Bechtel National, Inc |
| Brittney Gurley (220181) | Bechtel National, Inc |
| Carol Hutchison (220230) | Bechtel National, Inc |
| Carolyn Hill (201680) | Bechtel National, Inc |
| Damien Hooker (203452) | Bechtel National, Inc |
| Damien Hooker, as Next Friend of Dakala Hall, a minor (203428) | Bechtel National, Inc |
| Danisha Dillion (213959) | Bechtel National, Inc |
| Danisha Dillion, as Next Friend of Trinity Wilson, a minor (213960) | Bechtel National, Inc |
| Dorothy Gardner (202996) | Shaw Environmental, Inc |
| Edward Strauder (202810) | Shaw Environmental, Inc |
| Elizabeth Miller (214240) | Fluor Enterprises, Inc |
| Gregory Boyd (199917) | Bechtel National, Inc |
| Henry Piernas (205188) | Bechtel National, Inc |
| Herbert Newman (205853) | Bechtel National, Inc |
| Irene Laneaux (209238) | After due diligence, contractor currently unknown |
| Jack Feigel (208943) | Bechtel National, Inc |
| James Gilbert (216507) | Bechtel National, Inc |
| Jessica Roddy (214993) | Bechtel National, Inc |

| | |
|---|---|
| Jessica Roddy, as Next Friend of Kayleigh Roddy, a minor (214994) | Bechtel National, Inc |
| Jimmy Hill (201681) | Bechtel National, Inc |
| Joann Jones (215704) | Bechtel National, Inc |
| Joann Jones, as Representative of the Estate of Lillie Ratcliff, deceased (215913) | Bechtel National, Inc |
| John Woods, as Next Friend of Johna Woods, a minor (209995) | Bechtel National, Inc |
| Jonathan Parker (210268) | Fluor Enterprises, Inc |
| June Murray (200920) | Bechtel National, Inc |
| Juslus McDonald (215790) | Bechtel National, Inc |
| Katrina Hart (209218) | Bechtel National, Inc |
| Kimberly Loper (205909) | Bechtel National, Inc |
| Kristan Parker (210271) | Fluor Enterprises, Inc |
| Kristan Parker, as Next Friend of Kambran Parker, a minor (210270) | Fluor Enterprises, Inc |
| La'Teki Jefferson (210748) | Bechtel National, Inc |
| La'Teki Jefferson, as Next Friend of Hannah King, a minor (211388) | Bechtel National, Inc |
| La'Teki Jefferson, as Next Friend of Holden King, a minor (211387) | Bechtel National, Inc |
| La'Teki Jefferson, as Next Friend of Hunter King, a minor (211386) | Bechtel National, Inc |
| Lakayshia Walker (203663) | Bechtel National, Inc |
| Latasha Bradley, as Next Friend of Alisa Swanier, a minor (206664) | Bechtel National, Inc |
| Lawrence Peterson (209072) | Bechtel National, Inc |
| Lawrence Peterson (210314) | Bechtel National, Inc |

| | |
|---|---|
| Lindsey Bolden (209970) | Bechtel National, Inc |
| Lisa Woulard (202629) | After due diligence, contractor currently unknown |
| Lisa Woulard, as Next Friend of Rodarius Woulard, a minor (202630) | After due diligence, contractor currently unknown |
| Mae Aaron (216263) | Bechtel National, Inc |
| Mae Aaron, as Next Friend of Jarell Aaron, a minor (216264) | Bechtel National, Inc |
| Margie Dedeaux (203382) | Bechtel National, Inc |
| Mary Jones-Thornton (205233) | Bechtel National, Inc |
| Mary Scott (200452) | Bechtel National, Inc |
| Michael Santalla (220422) | Bechtel National, Inc |
| Miles Peterson (209071) | Bechtel National, Inc |
| Mitchell Swanier (206668) | Bechtel National, Inc |
| Oscar Davis (215554) | Bechtel National, Inc |
| Pamela Newman (205850) | Bechtel National, Inc |
| Peter Dulworth (205392) | After due diligence, contractor currently unknown |
| Roger Carter (214849) | Bechtel National, Inc |
| Sabrina Cenales (202255) | CH2M Hill Constructors, Inc. |
| Sharon Green (201727) | Bechtel National, Inc |
| Terence Horne (201529) | Bechtel National, Inc |
| Tommy Thompson (203653) | Bechtel National, Inc |
| Valarie Cannon (203345) | Bechtel National, Inc |

| | |
|---|---|
| Vermel Coon (202168) | Bechtel National, Inc |
| Victoria Cenales (202257) | CH2M Hill Constructors, Inc. |
| Victoria Cenales, as Next Friend of Dave Williams, a minor (202549) | CH2M Hill Constructors, Inc. |
| Victoria Cenales, as Next Friend of Jeniyya Williams, a minor (202560) | CH2M Hill Constructors, Inc. |
| Victoria Cenales, as Next Friend of Toia Williams, a minor (202586) | CH2M Hill Constructors, Inc. |
| Wanda Parker (210274) | Fluor Enterprises, Inc |
| Wilbert Miller (214244) | Fluor Enterprises, Inc |
| Yashika Martin, as Next Friend of Corey Muse, a minor (200922) | Shaw Environmental, Inc |