UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7828<br>Shirley Acker, as Next Friend of<br>Cassandra Acker, a minor, et. al.<br>Vs.<br>Fleetwood Enterprises, Inc., et al. | | * * * * * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1330

| | |
|---|---|
| Bertie Lavalais (215739) | After due diligence, contractor currently unknown |
| Cameron Boughton (209978) | Bechtel National, Inc |
| Cotrina Dillon, as Next Friend of Ariel Dillon, a minor (201986) | After due diligence, contractor currently unknown |
| Cynthia Derbigny (215565) | Shaw Environmental, Inc |
| Cynthia Derbigny, as Next Friend of Jalen Stubbs, a minor (216012) | Shaw Environmental, Inc |
| Cynthia Derbigny, as Next Friend of Taliyah Clark, a minor (215519) | Shaw Environmental, Inc |
| Eric Grace (215618) | After due diligence, contractor currently unknown |
| Ernest Moore (210623) | Fluor Enterprises, Inc |
| George Duval (206973) | Bechtel National, Inc |
| Jacqueline Peters (216810) | Shaw Environmental, Inc |
| Janet Duval (206974) | Bechtel National, Inc |
| Je'an Barletter (214761) | After due diligence, contractor currently unknown |
| Laconya Laneaux (210305) | After due diligence, contractor currently unknown |
| Laconya Laneaux, as Next Friend of Larry Burks, a minor (209137) | After due diligence, contractor currently unknown |
| Laconya Laneaux, as Next Friend of Lashown Laneaux, a minor (209136) | After due diligence, contractor currently unknown |
| Laconya Leneaux, as Next Friend of Montez Green, a minor (209138) | After due diligence, contractor currently unknown |
| Lolita Morales (206757) | After due diligence, contractor currently unknown |
| Louis Boughton (209980) | Bechtel National, Inc |
| Mark Lacoste (214339) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Melissa Boughton (209981) | Bechtel National, Inc |
| Melissa Boughton, as Next Friend of Brooke Boughton, a minor (209977) | Bechtel National, Inc |
| Quinmichael Dillon (201996) | After due diligence, contractor currently unknown |
| Robert Franklin (201793) | After due diligence, contractor currently unknown |
| Rosie Evans (201903) | Shaw Environmental, Inc |
| Sandra Rood (210236) | After due diligence, contractor currently unknown |
| Shoshone Norris (200962) | After due diligence, contractor currently unknown |
| Shoshone Norris, as Next Friend of Jailynn Norris, a minor (200960) | After due diligence, contractor currently unknown |
| Shoshone Norris, as Next Friend of Linsee Franklin , a minor (201791) | After due diligence, contractor currently unknown |
| Tonia Williams (205503) | Fluor Enterprises, Inc |
| Tracy Westbrook (215258) | After due diligence, contractor currently unknown |
| Tracy Westbrook, as Next Friend of Kimberly Lacoste, a minor (214338) | After due diligence, contractor currently unknown |
| Willie Plummer (215900) | Shaw Environmental, Inc |