

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
                         NEW ORLEANS DIVISION
```

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | |
| | LIABILITY LITIGATION * | SECTION "N" (5) |

THIS DOCUMENT PERTAINS TO  
Civil Action No. 09-7831  
Cheryl Treaudo, as Next Friend of  
Christian Treaudo, a minor, et. al.  
Vs.  
Gulf Stream Coach, Inc., et al.

JUDGE ENGELHARDT  
MAGISTRATE CHASEZ

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard

ROBERT C. HILLIARD  
**Trial Attorney in Charge for Plaintiffs**  
Texas State Bar No. 09677700  
Southern District of TX Federal ID No. 5912  
Kevin W. Grillo, Of Counsel  
Texas State Bar No. 08493500  
Southern District of TX Federal ID No. 4647  
ROBERT C. HILLIARD, L.L.P.  
719 S. Shoreline Boulevard, Suite 500  
Corpus Christi, Texas 78401  
Telephone: (361) 882-1612  
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1336

| Plaintiff | Contractor |
|---|---|
| Ashley Zimmerman, as Next Friend of Leigha Zimmerman, a minor (210698) | Bechtel National, Inc |
| Chemekia Washington (216070) | After due diligence, contractor currently unknown |
| Randy Walters (215234) | Bechtel National, Inc |
| Stephanie Washington (216074) | After due diligence, contractor currently unknown |