

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO**<br>Civil Action No. 09-7833<br>Marguerite Jiles, et. al.<br>Vs.<br>Gulf Stream Coach, Inc., et al. | * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1335

| | |
|---|---|
| Anthony Page (212274) | After due diligence, contractor currently unknown |
| Betty Sanders (205433) | Bechtel National, Inc |
| Bronwin Ladner (206031) | Fluor Enterprises, Inc |
| Daniel McKee (214230) | Bechtel National, Inc |
| David McKee (214231) | Bechtel National, Inc |
| Doris Kenney (201380) | Fluor Enterprises, Inc |
| Elizabeth Magee (205966) | After due diligence, contractor currently unknown |
| Elizabeth Magee, as Next Friend of Qumeka Robinson, a minor (205967) | After due diligence, contractor currently unknown |
| Jason Moak (210572) | Fluor Enterprises, Inc |
| Jeanne McCollister (209559) | After due diligence, contractor currently unknown |
| Jeanne McCollister, as Next Friend of Taylor McCollister, a minor (209560) | After due diligence, contractor currently unknown |
| Keesha McInnis (203512) | Bechtel National, Inc |
| Keesha Mcinnis, as Next Friend of Kieosha Tait, a minor (203641) | Bechtel National, Inc |
| Kristen Kennedy (213839) | Bechtel National, Inc |
| LaTasha Smith (213189) | Bechtel National, Inc |
| Latasha Smith, as Next Friend of Tyrone Riley, a minor (213161) | Bechtel National, Inc |
| LaTosha LeBlanc (216680) | Bechtel National, Inc |
| Louis Matranga (211360) | Bechtel National, Inc |
| Lucille Martin (211372) | Bechtel National, Inc |

| | |
|---|---|
| Lutricia Smith (216930) | Bechtel National, Inc |
| Melissa Theriot (209197) | After due diligence, contractor currently unknown |
| Michael McGee (211971) | After due diligence, contractor currently unknown |
| Michael Smith (209094) | Bechtel National, Inc |
| Michael Smith (215978) | Bechtel National, Inc |
| Mona Theriot, as Next Friend of Edward Richey, a minor (200659) | CH2M Hill Constructors, Inc. |
| Sandra Rupple (205428) | Bechtel National, Inc |
| Stephanie Steele (215089) | Bechtel National, Inc |
| Tammy Kern, as Next Friend of Tonya LaFontaine, a minor (210313) | Bechtel National, Inc |
| Tammy Kern (209096) | Bechtel National, Inc |
| Tammy Kern, as Next Friend of Jordan Kern, a minor (209098) | Bechtel National, Inc |
| Tayna Necaise (209079) | After due diligence, contractor currently unknown |
| Tiffany Lafontaine (209095) | Bechtel National, Inc |
| Troy Theriot (209198) | After due diligence, contractor currently unknown |
| Vera Lewis (201159) | Shaw Environmental, Inc |
| William Sanders (205434) | Bechtel National, Inc |
| Zatasha Smith, as Next Friend of Ashanta Riley, a minor (213158) | Bechtel National, Inc |