UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                       MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                      NUMBER: 07-1873

                                          SECTION: "N"(5)


ORDER


The Court has reviewed the various e-mails submitted by the PSC, the manufacturing and contractor defendants and the Government pertaining to the deposition of the Formaldehyde Council, Inc.

Out of the seven hours allocated for that deposition, the time shall be divided as follows:

The PSC shall be allowed 3.5 hours of the seven hours of time that are allocated.

The remaining 3.5 hours shall be allocated to the defendants to be divided among them as they may agree.  Should the defendants be unable to agree upon the division of this time, the Court shall

be contacted further on this issue.

The FCI, according to plaintiff, "represents the leading producers and users of formaldehyde in the United States". Therefore, it would appear that the interests of the FCI are adverse to plaintiffs, thereby necessitating greater time allocation to plaintiffs at the time the deposition is taken.

New Orleans, Louisiana, this 11th day of June, 2010.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE