UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | |
| Civil Action No. 09-7853 | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| Daphne Lawrence, as Next Friend of | | * | |
| Mattre Ona, a minor, et. al. | | * | |
| Vs. | | * | |
| CMH Manufacturing, Inc., et al. | | * | |
| | | * | |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1440

| | |
|---|---|
| Alexis Serra (247920) | After due diligence, contractor currently unknown |
| Amarilis Mayorga (243599) | After due diligence, contractor currently unknown |
| Anel Lopez (243794) | After due diligence, contractor currently unknown |
| Anel Lopez, as Next Friend of Brianna Lopez, a minor (243745) | After due diligence, contractor currently unknown |
| Anel Lopez, as Next Friend of Channel Lopez, a minor (243803) | After due diligence, contractor currently unknown |
| Anel Lopez, as Next Friend of Arlene Lopez, a minor (243804) | After due diligence, contractor currently unknown |
| Arturo Hinostroza (243786) | After due diligence, contractor currently unknown |
| Arturo Hinostroza (243787) | After due diligence, contractor currently unknown |
| Blanca Tabora (243819) | After due diligence, contractor currently unknown |
| Claude Payne (243379) | After due diligence, contractor currently unknown |
| Daniel Lopez (244216) | After due diligence, contractor currently unknown |
| Fermin Lopez (243755) | After due diligence, contractor currently unknown |
| Gregory Terrell (243325) | After due diligence, contractor currently unknown |
| Howard Wallace (243361) | After due diligence, contractor currently unknown |
| Irma Serra (247923) | After due diligence, contractor currently unknown |
| Irma Serra, as Next Friend of Adianelyz Santiago, a minor (249229) | After due diligence, contractor currently unknown |
| Jennifer Felton-Watson (247652) | Fluor Enterprises, Inc |
| Jennifer Watson, as Next Friend of Brianna Fountain, a minor (247883) | Fluor Enterprises, Inc |
| Karina Hinostroza (243769) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Karina Hinostroza, as Next Friend of Sergio De la Mora, a minor (243784) | After due diligence, contractor currently unknown |
| Kimberly Homrighausen, as Next Friend of Ashleigh Rodgers, a minor (239337) | After due diligence, contractor currently unknown |
| Liliana Garcia (243762) | After due diligence, contractor currently unknown |
| Lilianan Garcia, as Next Friend of Mariana Garcia, a minor (246477) | After due diligence, contractor currently unknown |
| Luis Lopez (243759) | After due diligence, contractor currently unknown |
| Manuel Garcia-Santiago (243476) | After due diligence, contractor currently unknown |
| Manuel Guerra (243596) | After due diligence, contractor currently unknown |
| Manuel Guerra, as Next Friend of Lilian Guerra, a minor (243601) | After due diligence, contractor currently unknown |
| Manuel Guerra, as Next Friend of William Guerra, a minor (243598) | After due diligence, contractor currently unknown |
| Marcell Watson (247882) | Fluor Enterprises, Inc |
| Maria Arteaga (243472) | After due diligence, contractor currently unknown |
| Martin Serra (249227) | After due diligence, contractor currently unknown |
| Martin Serra (249719) | After due diligence, contractor currently unknown |
| Robert Johnson (243487) | After due diligence, contractor currently unknown |
| Rosa Lopez (243814) | After due diligence, contractor currently unknown |
| Sandra Lopez (243732) | After due diligence, contractor currently unknown |
| Sergio De la Mora (243788) | After due diligence, contractor currently unknown |
| Wesly Serra (249226) | After due diligence, contractor currently unknown |
| Wilfredo Caraballo, as Next Friend of Alejandro Caraballo, a minor (243630) | After due diligence, contractor currently unknown |
| Zenaida Tiru (249224) | After due diligence, contractor currently unknown |