

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | |
| | LIABILITY LITIGATION * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7854 | * | MAGISTRATE CHASEZ |
| Chris Baquet, et. al. | * | |
| Vs. | * | |
| Cavalier Home Builders, LLC, et al. | * | |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1325

| Name | Contractor |
|---|---|
| Andrew Grass (210945) | After due diligence, contractor currently unknown |
| Brittany Hughes (214380) | After due diligence, contractor currently unknown |
| Chris Baquet (200155) | Shaw Environmental, Inc |
| Darrick Scott (200444) | After due diligence, contractor currently unknown |
| Geraldine Whitney (213273) | After due diligence, contractor currently unknown |
| Herbert Palode (200819) | After due diligence, contractor currently unknown |
| Jennifer Fontana (206986) | After due diligence, contractor currently unknown |
| Joanne Williams (202561) | After due diligence, contractor currently unknown |
| Laura Smith (223425) | Shaw Environmental, Inc |
| Leah Baudean (206033) | After due diligence, contractor currently unknown |
| Lori Baudean (206037) | After due diligence, contractor currently unknown |
| Mary Hawkins (208239) | After due diligence, contractor currently unknown |
| Mary Scott (200453) | After due diligence, contractor currently unknown |
| Mary Scott, as Next Friend of Demarccus Scott, a minor (200446) | After due diligence, contractor currently unknown |
| Mary Scott, as Next Friend of Emerald Cenales, a minor (202251) | After due diligence, contractor currently unknown |
| Mary Scott, as Next Friend of James Montgomery, a minor (201060) | After due diligence, contractor currently unknown |
| Mary Scott, as Next Friend of Shantell Cenales, a minor (202256) | After due diligence, contractor currently unknown |
| Michelle Dardar (214608) | After due diligence, contractor currently unknown |
| Patricia Rush (206731) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Patricia Rush, as Next Friend of Kristi Rush, a minor (206730) | After due diligence, contractor currently unknown |
| Ronal Hawkins (208241) | After due diligence, contractor currently unknown |
| Savannah Grass (210946) | After due diligence, contractor currently unknown |
| Wallace Mills (209150) | After due diligence, contractor currently unknown |
| Wendy Whitney (213281) | After due diligence, contractor currently unknown |