FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAY 14  PM 1:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7889<br>Rikita Alexander, as Next Friend of John Alexander, a minor, et. al.<br>Vs.<br>Forest River, Inc., et al. | | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

*/s/ Robert C. Hilliard*

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

| | |
|---|---|
| Albert Smith (226888) | CH2M Hill Constructors, Inc. |
| Cinyel Dent (226047) | CH2M Hill Constructors, Inc. |
| Cinyel Dent, as Next Friend of Kaliyah Dent, a minor (226048) | CH2M Hill Constructors, Inc. |
| Darrin Smith (226895) | CH2M Hill Constructors, Inc. |
| Johnell Smith (220442) | Fluor Enterprises, Inc |
| Julia Carter (237666) | Fluor Enterprises, Inc |
| Renory Johnson (226359) | Bechtel National, Inc |
| Ricky Kinkella (226408) | Fluor Enterprises, Inc |
| Ronald Riley (238243) | Fluor Enterprises, Inc |
| Scott Hasney (242775) | Bechtel National, Inc |
| Sieglinde Arceneaux (238490) | After due diligence, contractor currently unknown |
| Tyron Causey (238259) | Fluor Enterprises, Inc |
| Valarie Brothern, as Next Friend of Morgan Brothern, a minor (241836) | CH2M Hill Constructors, Inc. |
| Vivian Dorsett, as Representative of the Estate of Excell Dorsett, deceased (205388) | Bechtel National, Inc |
| Yahshikar Parlow, as Next Friend of Elijah Parlow, a minor (226685) | CH2M Hill Constructors, Inc. |
| Yahshikar Parlow, as Next Friend of Jermaine Parlow, a minor (226686) | CH2M Hill Constructors, Inc. |
| Yahshikar Parlow, as Next Friend of Nyah Parlow, a minor (226687) | CH2M Hill Constructors, Inc. |
| Yolunda Haynes, as Next Friend of Whitney Payne, a minor (222951) | CH2M Hill Constructors, Inc. |