FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

2010 MAY 14  PM 1:03

LORETTA G. WHYTE
CLERK

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | |
| **Civil Action No. 09-7897** | | * | **JUDGE ENGELHARDT** |
| **Micheal Mumford, et. al.** | | * | **MAGISTRATE CHASEZ** |
| **Vs.** | | * | |
| **Frontier RV, Inc., et al.** | | * | |
| | | * | |
| | | * | |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

Fee _____
Process _____
X Dkd _____
CtRmDep _____
Doc. No. _____

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## Exhibit A

| | |
|---|---|
| Archie Watson (247504) | After due diligence, contractor currently unknown |
| Arthur Tucker (247392) | After due diligence, contractor currently unknown |
| Cantrell Monday (250437) | After due diligence, contractor currently unknown |
| Cory  Thomas  (244434) | After due diligence, contractor currently unknown |
| Fred Lewis (237537) | Fluor Enterprises, Inc |
| Gloriann Monday (247492) | After due diligence, contractor currently unknown |
| Isaac Lynch (251018) | After due diligence, contractor currently unknown |
| Jerome Odom (210244) | After due diligence, contractor currently unknown |
| Johanna Strano (224593) | After due diligence, contractor currently unknown |
| Margaret Speed (223028) | After due diligence, contractor currently unknown |
| Patricia  Thomas , as Next Friend of Christopher Thomas , a minor (244437) | After due diligence, contractor currently unknown |
| Patricia  Thomas (244236) | After due diligence, contractor currently unknown |
| Peggie Tucker (247391) | After due diligence, contractor currently unknown |
| Willie Watson (247505) | After due diligence, contractor currently unknown |