UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAY 14 PM 1:04

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7903 | * | MAGISTRATE CHASEZ |
| Linda Paz, et. al. | * | |
| Vs. | * | |
| Gulf Stream Coach, Inc., et al. | * | |
| | * | |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their

Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct

Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach

hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## Exhibit A

| | |
|---|---|
| Andre Le Coq (246054) | After due diligence, contractor currently unknown |
| Andre Le Coq, as Next Friend of Andrea Le Coq, a minor (246052) | After due diligence, contractor currently unknown |
| Andre Le Coq, as Next Friend of Kayla Le Coq, a minor (246053) | After due diligence, contractor currently unknown |
| Candice Moton, as Next Friend of A'Nealaisha Moton, a minor (246341) | Fluor Enterprises, Inc |
| Candice Moton, as Next Friend of Alyssa Moton, a minor (246386) | Fluor Enterprises, Inc |
| Candice Moton, as Next Friend of Aon'Dre Alexander, a minor (246340) | Fluor Enterprises, Inc |
| Chelsea Norwood (247059) | After due diligence, contractor currently unknown |
| Donald Reese (246067) | Fluor Enterprises, Inc |
| Jazzma Reese (246045) | Fluor Enterprises, Inc |
| Peggy Norwood, as Next Friend of Lukas Norwood, a minor (247060) | After due diligence, contractor currently unknown |
| Peggy Norwood, as Next Friend of Megan Pitre, a minor (247058) | After due diligence, contractor currently unknown |
| Peggy Norwwood-Pitre (247057) | After due diligence, contractor currently unknown |
| Renee Roussell, as Next Friend of Ross Roussell, a minor (246059) | Fluor Enterprises, Inc |
| Sheila Authement (246755) | Fluor Enterprises, Inc |
| Sheila Authement, as Next Friend of Calab Authement, a minor (246756) | Fluor Enterprises, Inc |
| Shelby Authement (246757) | Fluor Enterprises, Inc |
| Sherrill Authement (246800) | Fluor Enterprises, Inc |
| Teresa Truax (247118) | After due diligence, contractor currently unknown |