UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO Civil Action No. 09-7907 Mel Eskridge, as Next Friend of Jasmine Breaux, a minor, et. al. Vs. Lakeside Park Homes, Inc., et al. | * * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1407

| | |
|---|---|
| Alledra Allen (245100) | After due diligence, contractor currently unknown |
| Alledra Allen, as Next Friend of Alexis Allen, a minor (245101) | After due diligence, contractor currently unknown |
| Alledra Allen, as Next Friend of Michael Allen, a minor (245099) | After due diligence, contractor currently unknown |
| Arthur Cullivan (245966) | After due diligence, contractor currently unknown |
| Audrey Avist (246006) | Fluor Enterprises, Inc |
| Audrey Avist, as Representative of the Estate of Therman Avist, deceased (246037) | Fluor Enterprises, Inc |
| Brent Labove (248521) | After due diligence, contractor currently unknown |
| Brunetta Richardson (239780) | Fluor Enterprises, Inc |
| Carroll Labove (249424) | After due diligence, contractor currently unknown |
| DeRoxylau Ducree, as Next Friend of James Ducree, a minor (239631) | Fluor Enterprises, Inc |
| Eula Cullivan (245968) | After due diligence, contractor currently unknown |
| Hester Laurant, as Next Friend of Tyra Laurant, a minor (239718) | Fluor Enterprises, Inc |
| Holly Labove (244731) | After due diligence, contractor currently unknown |
| Kathrine Hawkins (246007) | Fluor Enterprises, Inc |
| Kyron Ducree (239733) | Fluor Enterprises, Inc |
| Lynette Rendon (200638) | Shaw Environmental, Inc |
| Mel Eskridge (201896) | Shaw Environmental, Inc |
| Mel Eskridge, as Next Friend of Jada Eskridge, a minor (201895) | Shaw Environmental, Inc |
| Mel Eskridge, as Next Friend of Jasmine Breaux, a minor (199928) | Shaw Environmental, Inc |

| Mel Eskridge, as Next Friend of Rishard Davis, a minor (202088) | Shaw Environmental, Inc |