UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION



| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7921<br>Heather Bosarge, et. al.<br>Vs.<br>Fleetwood Enterprises, Inc., et al. | | * * * * * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1383

| | |
|---|---|
| Authement Sherrill (216162) | Fluor Enterprises, Inc |
| Brenda Rawls (241707) | Fluor Enterprises, Inc |
| Carmen Robinson (230264) | After due diligence, contractor currently unknown |
| Chad Victoriana (239179) | After due diligence, contractor currently unknown |
| Christopher Adams (238867) | Bechtel National, Inc |
| Crystal Chambers (223572) | Shaw Environmental, Inc |
| Debbie Barthelemey (224862) | Fluor Enterprises, Inc |
| Debbie Barthelemy, as Next Friend of Dyontai Barthelemy, a minor (224863) | Fluor Enterprises, Inc |
| Dorrie Picquet, as Next Friend of Jada Williams, a minor (202558) | Fluor Enterprises, Inc |
| Dorrie Picquet, as Next Friend of Robert Williams, a minor (202580) | Fluor Enterprises, Inc |
| Elraty LaSalle (216149) | Fluor Enterprises, Inc |
| Gloria Moore (240308) | After due diligence, contractor currently unknown |
| Joe Normand (226668) | After due diligence, contractor currently unknown |
| Joshua Melerine (226591) | CH2M Hill Constructors, Inc. |
| Judy Young (213299) | After due diligence, contractor currently unknown |
| Kizzy Williams (213290) | After due diligence, contractor currently unknown |
| Kizzy Williams, as Next Friend of Eric Young, a minor (213298) | After due diligence, contractor currently unknown |
| Kizzy Williams, as Next Friend of Kay'Jah Williams, a minor (213287) | After due diligence, contractor currently unknown |
| Kizzy Williams, as Next Friend of Ke'Antaye Joseph, a minor (212965) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Koffer Brantley (239651) | CH2M Hill Constructors, Inc. |
| Laconya Leneaux, as Next Friend of Lashown Leneaux, a minor (212526) | After due diligence, contractor currently unknown |
| Lee Rawls (240313) | Fluor Enterprises, Inc |
| Lugenia Dixon (210662) | Bechtel National, Inc |
| Monica Bardwell (229368) | After due diligence, contractor currently unknown |
| Ophelia Young (213301) | After due diligence, contractor currently unknown |
| Pamela Fairley (225103) | Bechtel National, Inc |
| Pamela Fairley, as Next Friend of Matthew Fairley, a minor (225105) | Bechtel National, Inc |
| Rhonda Simmons, as Next Friend of Ariyana Simmons, a minor (240262) | After due diligence, contractor currently unknown |
| Rhonda Simmons (240264) | After due diligence, contractor currently unknown |
| Rhonda Simmons, as Next Friend of Jherashio Hosey, a minor (240265) | After due diligence, contractor currently unknown |
| Rhonda Simmons, as Next Friend of Xavier Simmons, a minor (240263) | After due diligence, contractor currently unknown |
| Rio Sandifier (200596) | Fluor Enterprises, Inc |
| Sharondra Bell (229384) | After due diligence, contractor currently unknown |
| Todd Barrau, as Next Friend of Stephan Barrau, a minor (206879) | Bechtel National, Inc |