# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7962<br>Sara Bailey, as Next Friend of Benjamin Bailey, a minor, et. al.<br>Vs.<br>Cavalier Home Builders, LLC, et al. | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

*/s/ Robert C. Hilliard*

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1377

| | |
|---|---|
| Aaron Page (237892) | After due diligence, contractor currently unknown |
| Amanda LeBlanc, as Next Friend of Angle Broussard, a minor (207884) | After due diligence, contractor currently unknown |
| Brittany Sams, as Next Friend of Kiera Nicholson, a minor (209345) | After due diligence, contractor currently unknown |
| Catherine Broussard, as Next Friend of Elie Broussard, a minor (207883) | After due diligence, contractor currently unknown |
| Catherine Broussard, as Next Friend of Isaac Peterman, a minor (207882) | After due diligence, contractor currently unknown |
| Charlotte Carver, as Next Friend of Robert Mitchell, a minor (212316) | After due diligence, contractor currently unknown |
| Ethel Broussard (207879) | After due diligence, contractor currently unknown |
| Irene Martin, as Next Friend of Shairenee Martin, a minor (201086) | Fluor Enterprises, Inc |
| Jason Owen (224025) | After due diligence, contractor currently unknown |
| Jason Owen, as Next Friend of Kya Owen, a minor (224026) | After due diligence, contractor currently unknown |
| Judy Lesso, as Next Friend of Cameron Trochesset, a minor (205471) | After due diligence, contractor currently unknown |
| Raymone Martin (201084) | Fluor Enterprises, Inc |
| Santelli Mackie-Hamilton (201216) | Shaw Environmental, Inc |
| Thuy Le, as Next Friend of Due Le, a minor (226444) | Shaw Environmental, Inc |