IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION          SECTION N(5)

          JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO**
*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*
*Case No. 2:10-cv-1358*

___

**NOTICE TO COURT OF PLAINTIFFS WHO REMAIN UNMATCHED**
**(PRETRIAL ORDER 40)**
___

In compliance with Pretrial Order 40, Plaintiffs' counsel hereby notifies the Court of the plaintiffs who remain unmatched with a specific Contractor Defendant and the civil action number of the original complaint in which they were named:

| CLAIMANTS | COURT CASE NUMBER |
| --- | --- |
| Amie Galle | 2:10-cv-1358 |
| S. G. by Amie Galle | 2:10-cv-1358 |
| LaMarcus Harried | 2:10-cv-1358 |

Respectfully submitted, this the   17th   day of June, 2010.

          By:     *s / Rose M. Hurder*
                  Rose M. Hurder

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*
ROSE M. HURDER