**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS. 09-7792, 09-7793, 09-7794,
09-7795, 09-7796, 09-7797, 09-7798, 09-7799,
09-7800, 09-7801, 09-7802, 09-7803, 09-7804,
09-7805, 09-7806, 09-7807, 09-7808, 09-7809,
09-7810, 09-7811, 09-7812, 09-7813, 09-7814,
09-7815, 09-7816, 09-7817, 09-7818, 09-7819,
09-7820, 09-7821, 09-7822, 09-7823, 09-7824,
09-7825, 09-7826, 09-7827, 09-7828, 09-7829,
09-7830, 09-7831, 09-7832, 09-7833, 09-7834,
09-7835, 09-7836, 09-7837, 09-7838, 09-7839,
09-7840, 09-7841, 09-7842, 09-7843, 09-7844,
09-7845, 09-7846, 09-7847, 09-7848, 09-7849,
09-7850, 09-7851, 09-7852, 09-7853, 09-7854,
09-7855, 09-7856, 09-7857, 09-7858, 09-7859,
09-7887, 09-7889, 09-7890, 09-7891, 09-7892,
09-7893, 09-7894, 09-7895, 09-7896, 09-7897,
09-7898, 09-7899, 09-7903, 09-7904, 09-7905,
09-7906, 09-7907, 09-7908, 09-7909, 09-7910,
09-7911, 09-7912, 09-7913, 09-7914, 09-7916,
09-7917, 09-7918, 09-7919, 09-7920, 09-7921,
09-7922, 09-7924, 09-7925, 09-7960, 09-7961,
09-7962, 09-7963, 09-7964, 09-7965, 09-7966,
09-7967, 09-7971, 09-7972, 09-7973, 09-7974,
09-7977, 09-7978, 09-7980, 09-7983, 09-7984,
09-7987, 09-7990, 09-7991

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE DEFENDANTS**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced matters, who respectfully submit to this Honorable Court this Motion to Extend Time to Serve Defendants.  In support thereof, Plaintiffs show the following:

1. Plaintiffs' complaints in the above-referenced civil action numbers were originally filed in the Eastern District of Louisiana on December 23, 2009.

2. On or about April 5, 2010, Plaintiffs filed a Motion to Extend Time to Serve Defendants (Rec. Doc. 13198).  On or about April 21, 2010, Plaintiff's motion was granted allowing Plaintiffs until June 21, 2010 to perfect service on all Defendants (Rec. Doc. 13462).

3. Plaintiffs would request additional time to perfect serve on all Defendants in the above-referenced civil action numbers.  Plaintiffs request an additional sixty (60) day extension to serve Defendants in above-referenced civil action numbers.

WHEREFORE PREMISES CONSIDERED Plaintiffs respectfully move this Court to extend the deadline by sixty (60) days to perfect service on all Defendants.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

2

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of June.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3