Case 2:07-md-01873-KDE-MBN   Document 14415   Filed 06/18/10   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER                               MDL 1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION                      SECTION "N" (5)

                                                   JUDGE ENGELHARDT
                                                   MAGISTRATE CHASEZ

THIS DOCUMENT PERTAINS TO

Doc # 1:10 CV58 HSO-JMR;
Dorothy Dillon, et al v.
Dutchmen Manufacturing, Inc. et al

# AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53 AND CTO-24

In compliance with Pretrial Order 53 (Rec. Doc. 9073) and pursuant to CTO-24, Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

**Installed by Bechtel National, Inc.**

| | |
|---|---|
| Dorothy Dillon | Jeree Lawrence |
| 55 Ellis Dillon Road | 12413 John Lee Road, Lot 63 |
| Tylertown, MS 39667 | Biloxi, MS 39532 |
| | |
| Wilkie F. Dillon | Ashleigh Lawrence |
| 55 Ellis Dillon Road | 12413 John Lee Road, Lot 63 |
| Tylertown, MS 39667 | Biloxi, MS 39532 |
| | |
| Ceola Kennedy | Ruby Raiford |
| 4004 East Service Road, Apt. 201 | 13780 Vidalia Road, #95 |
| West Memphis, AR 72301 | Pass Christian, MS 39571 |

1

Teri Yount
2906 Belair Street
Pascagoula, MS 39567

Mark A. Yount
2906 Belair Street
Pascagoula, MS 39567

A. C. Y., Minor, Teri Yount, Mother and
Personal Representative
2906 Belair Street
Pascagoula, MS 39567

A. Y., Minor, Teri Yount, Mother and
Personal Representative
2906 Belair Street
Pascagoula, MS 39567

Aretha Davison
2113 Seneca Avenue
Pascagoula, MS 39567

N. D., Minor, Aretha Davison, Mother and
Personal Representative
2113 Seneca Avenue
Pascagoula, MS 39567

K. D., Minor, Aretha Davison, Mother and
Personal Representative
2113 Seneca Avenue
Pascagoula, MS 39567

B. M., Minor, Aretha Davison, Mother and
Personal Representative
2113 Seneca Avenue
Pascagoula, MS 39567

M. M., Minor, Aretha Davison, Mother and
Personal Representative
2113 Seneca Avenue
Pascagoula, MS 39567

**Installed by CH2M Hill Constructors, Inc.**

Alice Fay Smith
9955 Brent Avenue
Vancleave, MS 39565

                          Respectfully submitted,

                          Law Office of Frank J. D'Amico, Jr., APLC

                           /s/ Frank J. D'Amico, Jr.
                          Frank J. D'Amico, Jr. (LA Bar #17519)
                          622 Baronne Street
                          New Orleans, LA 70113
                          Tel: (504) 525-7272
                          Fax: (504) 525-1073
                          Email: frank@damicolaw.net

                          Catherine Jacobs, Esq. (MSB # 2979)
                          1161 Robinson Street
                          Ocean Springs, MS 39564
                          Tel: (228) 872-4642
                          Fax: (228) 872-4698
                          Email: cathyftla@gamil.com

                          **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing of the United States District Court for the Eastern District of Louisiana this 18th day of June, 2010.

                                              /s/ Frank J. D'Amico, Jr.