UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

Doc # 1:09 CV833 HSO-JMR;
Latesha Anders, et al v. Gulf Stream Coach, Inc. et al

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53 AND CTO-24

In compliance with Pretrial Order 53 (Rec. Doc. 9073) and pursuant to CTO-24, Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

**Installed by Bechtel National, Inc.**

| | |
|---|---|
| Latesha Anders<br>5014 28th Street, Apt. 911<br>Gulfport, MS 39501 | Bennie Burton<br>1910 8th Street<br>Pascagoula, MS 39567 |
| Shannon Bates<br>7069 W. Perry Street<br>Bay St. Louis, MS 39520 | Aaron Johnson, Minor, Bennie Burton,<br>Grandmother and Personal Representative<br>1910 8th Street<br>Pascagoula, MS 39567 |
| Mark Bates<br>7069 W. Perry Street<br>Bay St. Louis, MS 39520 | Adrian Johnson, Minor, Bennie Burton,<br>Grandmother and Personal Representative<br>1910 8th Street<br>Pascagoula, MS 39567 |
| Archie Bradley<br>273 Dorries Street<br>Biloxi, MS 39530 | |

1

| | |
|---|---|
| Jennifer Callais<br>7201 La Rochelle Drive<br>Biloxi, MS 39532 | Ronald Chelette<br>7428 Point Aux Chenes Road<br>Ocean Springs, MS 39564 |
| Joseph Callais, Minor, Jennifer Callais,<br>Mother and Personal Representative<br>7201 La Rochelle Drive<br>Biloxi, MS 39532 | Sweetie Dallas<br>113 Jamaica Street<br>Long Beach, MS 39560 |
| Durwood Callais, Minor, Jennifer Callais,<br>Mother and Personal Representative<br>7201 La Rochelle Drive<br>Biloxi, MS 39532 | Quantavian Dallas, Minor, Sweetie Dallas,<br>Mother and Personal Representative<br>113 Jamaica Street<br>Long Beach, MS 39560 |
| Nathan Canon<br>907 East 2nd Street<br>Pass Christian, MS 39571 | Angela Daniel<br>8270 West Oaklawn Road<br>Biloxi, MS 39532 |
| Wallace Carnley<br>6137 2nd Street<br>Bay St. Louis, MS 39520 | Ray Davison<br>1402 Polk Avenue<br>Pascagoula, MS 39567 |
| Sally Carnley<br>6137 2nd Street<br>Bay St. Louis, MS 39520 | Mary Ann DeJong<br>2300 Westbrook Street, Apt. 50<br>Ocean Springs, MS 39564 |
| Betty Carter<br>4216 Rosa Lane<br>Moss Point, MS 39563 | Dylan Lee Myers, Minor, Mary Ann<br>DeJong, Mother and Personal<br>Representative<br>2300 Westbrook Street Apt. 50<br>Ocean Springs, MS 39564 |
| Marlon Ingram<br>4216 Rosa Lane<br>Moss Point, MS 39563 | Andrew Duncan<br>3155 Highland Ave.<br>D'Iberville, MS 39540 |
| James Wright, Minor, Betty Carter,<br>Grandmother and Personal Representative<br>4216 Rosa Lane<br>Moss Point, MS 39563 | Loretta Easterling<br>120 Woodcrest Drive<br>Lucedale, MS 39452 |

Samuel Easterling
120 Woodcrest Drive
Lucedale, MS 39452

Gracee Havard, Minor, Loretta Easterling,
Mother and Personal Representative
120 Woodcrest Drive
Lucedale, MS 39452

Dylan Havard, Minor, Loretta Easterling,
Mother and Personal Representative
120 Woodcrest Drive
Lucedale, MS 39452

Terry Evans
298 Holcomb Boulevard
Ocean Springs, MS 39564

Karen Farner
12301 Lafontaine Road
Gulfport, MS 39503

Anne Dean Fortenberry
3004 10th Street
Pascagoula, MS 39581

Lacey Galjour
15501 Krohn Road
Ocean Springs, MS 39565

Devin Lawrence, Minor, Lacey Galjour,
Mother and Personal Representative
15501 Krohn Road
Ocean Springs, MS 39565

Dayton Lawrence, Minor, Lacey Galjour,
Mother and Personal Representative
15501 Krohn Road
Ocean Springs, MS 39565

Joseph Griffin
2308 Arnold Street
Waveland, MS 39576

Sandra Gulesich
14457 Rhonda Court
Gulfport, MS 39503

Charles L. Hansen
3003 51st Avenue
Gulfport, MS 39501

Judy Hansen
3003 51st Avenue
Gulfport, MS 39501

David Horodecky
10121 Bayou View Drive W
Bay St. Louis, MS 39520

Cleophus Jackson
13325 Solomon Road
Ocean Springs, MS 39564

Octavia James
2920 Monroe Street
Gulfport, MS 39501

Carolyn Jones
2005 29th Avenue
Gulfport, MS 39501

George Kiernan, IV
6801 Bayou Pine Drive
Biloxi, MS 39532

Marsha Lyons
4472 Unicorn Lane
D'Iberville, MS 39540

Danielle Lyons, Minor, Marsha Lyons, Mother and Personal Representative
4472 Unicorn Lane
D'Iberville, MS 39540

Barry Lyons
1079 Frank Corso Street
Biloxi, MS 39530

Katherine Major
3120 Road 528, Lot 33
Kiln, MS 39556

Betty McDaniel
2409 Fernwood Street
Pascagoula, MS 39567

Jimmy McDaniel
2409 Fernwood Street
Pascagoula, MS 39567

Maude McKinley
240 Reynoir Street
Biloxi, MS 39530

Freida McLendon
15417 Big Ridge Road
Biloxi, MS 39532

Kathy L. Messier
23212 Mennonite Road
Gulfport, MS 39503

Mary Jane Nixon
273 Dorries Street
Biloxi, MS 39530

Sally Noel-Smith
Post Office Box 2037
Gautier, MS 39553

Jannai Noel-Smith, Minor, Sally Noel-Smith, Mother and Personal Representative
Post Office Box 2037
Gautier, MS 39553

Katharine Bryant Paige
8317 Mystic Circle
Pass Christian, MS 39571

Gerald Paige
8317 Mystic Circle
Pass Christian, MS 39571

Curtis Paige
32021 Crane Creek Road
Perkinston, MS 39573

Daphanie Paige
32021 Crane Creek Road
Perkinston, MS 39573

Bethanie Paige, Minor, Daphanie Paige, Mother and Personal Representative
32021 Crane Creek Road
Perkinston, MS 39573

Noah Paige, Minor, Dapanie Paige, Mother and Personal Representative
32021 Crane Creek Road
Perkinston, MS 39573

Daniel P. Rasmussen
1615 Hollywood Boulevard
Biloxi, MS 39531

4

John Robinson
12311 Salisbury Road
Gulfport, MS 39503

Linda Robinson
4818 Kreole Avenue
Moss Point, MS 39563

Norman Lee Ruble
1629 Nichols Court
Gulfport, MS 39501

Eddie Rudolph
5024 Belwood Street
Moss Point, MS 39563

Vilonie Sauls
1024 Front Street
Bogalusa, LA 70427

Andrew Crain
1024 Front Street
Bogalusa, LA 70427

Alter Sherman
1313 Heritage Drive
Gautier, MS 39553

Joyce Sherman
1313 Heritage Drive
Gautier, MS 39553

Michael A. Simpson
2224 Magnolia Street
Waveland, MS 39576

Holly Smith
4602 Ingalls Avenue
Pascagoula, MS 39581

Mason Cramer, Minor, Holly Smith, Mother
and Personal Representative
4602 Ingalls Avenue
Pascagoula, MS 39581

Eugene Sykes
232 Main Street
Biloxi, MS 39530

Stephanie Tait
2925 Eden Street, Apt. 168
Pascagoula, MS 39581

Patrick Thompson
1310 Bowen Avenue
Ocean Springs, MS 39564

Debra Jo Tillman
5808 Tillman Road
Pascagoula, MS 39581

William Torguson
2104 12th Street
Pascagoula, MS 39567

Chintinar Torguson
2104 12th Street
Pascagoula, MS 39567

Faith Tucker
190 St. Paul Street
Biloxi, MS 39531

Carolyn Wallace
200 Mason Court
Ocean Springs, MS 39564

5

Alena Wallace, Minor, Carolyn Wallace,
Grandmother and Personal Representative
200 Mason Court
Ocean Springs, MS 39564

Darien Wallace, Minor, Carolyn Wallace,
Grandmother and Personal Representative
200 Mason Court
Ocean Springs, MS 39564

Aaron Wallace
200 Mason Court
Ocean Springs, MS 39564

John Whatley
4203 Greenwood Avenue
Pascagoula, MS 39581

Vaughn Colfax Wright, Sr.
Post Office Box 8481
Moss Point, SM 39562

Wendy Wright
Post Office Box 8481
Moss Point, MS 39562

Vaughn Colfax Wright, Jr., Minor, Wendy
Wright, Mother and Personal Representative
Post Office Box 8481
Moss Point, MS 39562

Janet Wainwright
7100 Bayou La Croix Road
Bay St. Louis, MS 39520

James Wainwright, Sr.
7100 Bayou La Croix Road
Bay St. Louis, MS 39520

James Wainwright, Jr.
7100 Bayou La Croix Road
Bay St. Louis, MS 39520

Kelly Watson
Post Office Box 3623
Bay St. Louis, MS 39520

**Installed by CH2M Hill Constructors, Inc.**

Manuel Romero
13317 John Clark Road
Gulfport, MS 39503

Terri Romero
13317 John Clark Road
Gulfport, MS 39503

Josie Tatum
271 Bohn Street
Biloxi, MS 39530

John Henry Weber
9955 Brent Avenue
Ocean Springs, MS 39564

Michael Weber
9955 Brent Avenue
Ocean Springs, MS 39564

Robert Wilk
15025 Dantzler Road
Ocean Springs, MS 39564

Edith Williams
1206 Robinson Street
Ocean Springs, MS 39564

Ruthie Woulard
16234 Hudson Street
Gulfport, MS 39501

**Unknown Installer**

Stephen Young
2511 17th Avenue
Gulfport, MS 39501

Respectfully submitted,

Law Office of Frank J. D'Amico, Jr., APLC

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr. (LA Bar #17519)
622 Baronne Street
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-1073
Email: frank@damicolaw.net

Catherine Jacobs, Esq. (MSB # 2979)
1161 Robinson Street
Ocean Springs, MS 39564
Tel: (228) 872-4642
Fax: (228) 872-4698
Email: cathyftla@gamil.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing of the United States District Court for the Eastern District of Louisiana this 18th day of June, 2010.

/s/ Frank J. D'Amico, Jr.