UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | SECTION N (5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO *Kimberlyn Manuel v. Jayco, Inc.* Case No. 09-8333 | * * * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes plaintiff herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above captioned matter as this instant suit is duplicative of a previously filed complaint, *Kimberlyn Lambert-Manuel; Amelia Francis v. Jayco, Inc.* 2:09-cv-5526 (Prior to MDL transfer order, Middle District Case No. 3:09-cv-0426). Both cases involve the same substantive allegations against defendant Jayco, Inc. Plaintiff Kimberlyn Manuel was inadvertently named in the second lawsuit filed December 29, 2009 (a PTO 40 Amended Complaint).

1. Case No. 2:09-cv-5526 was filed August 17, 2009
2. Case No. 2:09-cv-8333 was filed December 29, 2009[1]

---

[1] Plaintiff was moved from Master Complaint 2:09-cv-4076 KDE-ALC to 2:09-cv-8333 December 29, 2009. This was unnecessary as Plaintiff was already named on a matched complaint (2:09-cv-5526) filed August 17, 2009.

Accordingly, Named Plaintiff seeks to voluntarily dismiss the above captioned matter, while reserving all rights and allegations in *Kimberlyn Lambert-Manuel; Amelia Franics v. Jayco, Inc., et al*, 2:09-cv-5526 (E.D. LA. 2009).

Respectfully submitted,

BY:   */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962

Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

*s/ Lawrence J. Centola, Jr.*