UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                             *       MDL NO. 1873
          FORMALDEHYDE PRODUCTS           *
          LIABILITY LITIGATION                       *       SECTION "N" (5)
                                                                 *
                                                                 *       JUDGE ENGELHARDT
                                                                 *       MAGISTRATE CHASEZ
                                                                 *
THIS DOCUMENT IS RELATED TO:              *
                                                                 *
*Morter, et al., v. Gulf Stream Coach, Inc. et al.,*   *
EDLA Case No. 09-7245                              *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

The Named Plaintiffs in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice of their dismissal of claims without prejudice against Defendants CH2M Hill Constructors, Inc., and Fluor Enterprises, Inc., only. This dismissal does not affect their claims against the remaining defendants, Gulf Stream Coach, Inc., and Shaw Environmental, Inc.

        Respectfully submitted:
        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

    BY:    s/Gerald E. Meunier
              GERALD E. MEUNIER, #9471
              **PLAINTIFFS' CO-LIAISON COUNSEL**
              Gainsburgh, Benjamin, David, Meunier &
              Warshauer, L.L.C.
              2800 Energy Centre, 1100 Poydras Street
              New Orleans, Louisiana 70163
              Telephone:    504/522-2304
              Facsimile:     504/528-9973
              gmeunier@gainsben.com

              s/Justin I. Woods
              JUSTIN I. WOODS, #24713

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas # 167396
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471