UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Blunt, et al., v. Lakeside Park Homes, Inc. et al.,* | * | |
| EDLA Case No. 09-4341 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

The Named Plaintiffs in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice of their dismissal of claims without prejudice against Defendants Shaw Environmental, Inc., and Fluor Enterprises, Inc., only. This dismissal does not affect their claims against the remaining defendants, Lakeside Park Homes, Inc., and CH2M Hill Constructors, Inc., and the United States of America through the Federal Emergency Management Agency.

                                                Respectfully submitted:
                                                **GAINSBURGH, BENJAMIN, DAVID,**
                                                **MEUNIER & WARSHAUER, L.L.C.**

                                   BY:    s/Gerald E. Meunier
                                                GERALD E. MEUNIER, #9471
                                                JUSTIN I. WOODS, #24713
                                                Gainsburgh, Benjamin, David, Meunier &
                                                Warshauer, L.L.C.
                                                2800 Energy Centre, 1100 Poydras Street
                                                New Orleans, Louisiana 70163
                                                Telephone:    504/522-2304
                                                Facsimile:     504/528-9973
                                                gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                               s/Gerald E. Meunier
                                               GERALD E. MEUNIER, #9471