UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Parker v. American International Group, Inc. et al.,* | * | |
| EDLA Case No. 09-5996 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

The Named Plaintiff in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of his dismissal of claims without prejudice against Defendants Shaw Environmental, Inc., and CH2M Hill Constructors, Inc., only. This dismissal does not affect his claims against the remaining defendants.

    Respectfully submitted:
    **GAINSBURGH, BENJAMIN, DAVID,**
    **MEUNIER & WARSHAUER, L.L.C.**

    BY:    s/Gerald E. Meunier
              GERALD E. MEUNIER, #9471
              JUSTIN I. WOODS, #24713
              Gainsburgh, Benjamin, David, Meunier &
              Warshauer, L.L.C.
              2800 Energy Centre, 1100 Poydras Street
              New Orleans, Louisiana 70163
              Telephone:    504/522-2304
              Facsimile:     504/528-9973
              gmeunier@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        s/Gerald E. Meunier
                                      GERALD E. MEUNIER, #9471