## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                **MDL NO. 1873**
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      **SECTION "N-5"**

                                              **JUDGE ENGELHARDT**
                                              **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*James, et al. v. Alliance Homes, Inc., et al.,*
**EDLA Case No. 09- 5336**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT
### PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial order 53 (Rec. Doc. 9073), plaintiffs hereby file their Supplemental Exhibit "A" to their Complaint to match the plaintiffs to their correct Manufacturer Defendants and Contractor/Installer Defendants.

In addition to the information previously submitted, plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                    Respectfully submitted,

                    **GAINSBURGH, BENJAMIN, DAVID,**
                    **MEUNIER & WARSHAUER, L.L.C.**

                    BY:    _s/Justin Woods_
                            GERALD E. MEUNIER, #9471
                            JUSTIN I. WOODS, #24713
                            2800 Energy Centre
                            1100 Poydras Street
                            New Orleans, Louisiana  70163
                            Telephone:    504/522-2304
                            Facsimile:     504/528-9973
                            gmeunier@gainsben.com
                            jwoods@gainsben.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/Gerald E. Meunier</u>
GERALD E. MEUNIER, #9471

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*James, et al. v. Alliance Homes, Inc., et al.,*
**EDLA Case No. 09-5336**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**SUPPLEMENTAL EXHIBIT A**</u>

Tiffany James -                    After due diligence, manufacturer and contractor unknown

Amanda Thoulion on behalf of the minor Tyler Thoulion -   After due diligence, manufacturer
                                                          and contractor unknown

Nykeshia Dennis on behalf of the minor Gabriel Peck -      After due diligence, manufacturer
                                                          and contractor unknown

Paul Troetscher -                  Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.

Audrienne James -                  After due diligence, manufacturer and contractor unknown

Arnika Arbuthnot -                 After due diligence, manufacturer and contractor unknown

Ernest Arbuthnot, Sr. -            After due diligence, manufacturer and contractor unknown

Ernest Arbuthnot, Jr. -            After due diligence, manufacturer and contractor unknown

Olreanto Arbuthnot -               After due diligence, manufacturer and contractor unknown

Orleanto Arbuthnot on behalf of the minor Carlos Arbuthnot -   After due diligence,
                                                              manufacturer and contractor
                                                              unknown

Orleanto Arbuthnot on behalf of the minor Charles Lewis -      After due diligence, manufacturer and contractor unknown

Orleanto Arbuthnot on behalf of the minor Ireall Lewis -      After due diligence, manufacturer and contractor unknown

Charles Arbuthnot -            After due diligence, manufacturer and contractor unknown

Maylene Arbuthnot -            After due diligence, manufacturer and contractor unknown

Paul Davis -            After due diligence, manufacturer and contractor unknown

Kevin Pitre -            Fleetwood Enterprises, Inc.; Fluor Enterprises, Inc.

Patricia Hiatt on behalf of Irma Pitre -            Fleetwood Enterprises, Inc.; Fluor Enterprises, Inc.

Janice Bell -            After due diligence, manufacturer and contractor unknown

Peter Rupp -            Fleetwood Enterprises, Inc.; Fluor Enterprises, Inc.