**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                          SECTION "N-5"

                                                      JUDGE ENGELHARDT
                                                      MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Avants, et al. v. Alliance Homes, Inc., et al.,*
EDLA Case No. 09-6173

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT
### PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial order 53 (Rec. Doc. 9073), plaintiffs hereby file their

Supplemental Exhibit "A" to their Complaint to match the plaintiffs to their correct

Manufacturer Defendants and Contractor/Installer Defendants.

In addition to the information previously submitted, plaintiffs attach hereto a

Supplemental Exhibit "A" and incorporate same by reference herein.

                                        Respectfully submitted:

                                        **GAINSBURGH, BENJAMIN, DAVID,**
                                        **MEUNIER & WARSHAUER, L.L.C.**

                                        BY:     _s/Justin Woods
                                                GERALD E. MEUNIER, #9471
                                                JUSTIN I. WOODS, #24713
                                                2800 Energy Centre
                                                1100 Poydras Street
                                                New Orleans, Louisiana  70163
                                                Telephone:    504/522-2304
                                                Facsimile:    504/528-9973
                                                gmeunier@gainsben.com
                                                jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Avants, et al. v. Alliance Homes, Inc., et al.,*
EDLA Case No. 09-6173

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL EXHIBIT A

Annie Avants -            Cavalier Home Builders, LLC., Cavalier Homes, Inc.; After due diligence, contractor currently unknown

Oze Avants, III -         Cavalier Home Builders, LLC., Cavalier Homes, Inc.; After due diligence, contractor currently unknown

Betty Brown -             Waverlee Homes, Inc.; Fluor Enterprises, Inc.

Jennifer Buchanan -       CMH Manufacturing, Inc.; Fluor Enterprises, Inc.

Isaiah Buchanan -         CMH Manufacturing, Inc.; Fluor Enterprises, Inc.

Joyce Coleman -           After due diligence, manufacturer currently unknown; Shaw Environmental, Inc.

Andria Corio -            After due diligence, manufacturer and contractor currently unknown

Geryal Davis -            Lakeside Park Homes, Inc.; Shaw Environmental, Inc.

Darrell Fortenberry -     Jayco Enterprises, Inc.; Shaw Environmental, Inc.

Jalisa Fortenberry -      Jayco Enterprises, Inc.; Shaw Environmental, Inc.

Emile George -            Sunnybrook RV, Inc.; Shaw Environmental, Inc.

Willie Jackson -          After due diligence, manufacturer and contractor currently unknown

Johnny Johnson -        After due diligence, manufacturer and contractor currently unknown

Cynthia Kelly -         Jayco Enterprises, Inc.; Shaw Environmental, Inc.

Otis Kelly -            Jayco Enterprises, Inc.; Shaw Environmental, Inc.

Tammy Roshto -          Cavalier Home Builders, LLC., Cavalier Homes, Inc.; Fluor Enterprises, Inc.

Joseph Roshto -         Cavalier Home Builders, LLC., Cavalier Homes, Inc.; Fluor Enterprises, Inc.

Genea Spongia -         Cavalier Home Builders, LLC., Cavalier Homes, Inc.; Fluor Enterprises, Inc.

Demetri Tendell -       After due diligence, manufacturer and contractor currently unknown

Willie Tenner -         Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.

Alvin Smith -           After due diligence, manufacturer and contractor currently unknown