UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Riley, et al. v. Alliance Homes, Inc., et al.,*
**EDLA Case No. 09- 5443**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT
### PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial order 53 (Rec. Doc. 9073), plaintiffs hereby file their Supplemental Exhibit "A" to their Complaint to match the plaintiffs to their correct Manufacturer Defendants and Contractor/Installer Defendants.

In addition to the information previously submitted, plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

        Respectfully submitted:

        **GAINSBURGH, BENJAMIN, DAVID,**
        **MEUNIER & WARSHAUER, L.L.C.**

        BY:    _s/Justin Woods_
                GERALD E. MEUNIER, #9471
                JUSTIN I. WOODS, #24713
                2800 Energy Centre
                1100 Poydras Street
                New Orleans, Louisiana  70163
                Telephone:    504/522-2304
                Facsimile:     504/528-9973
                gmeunier@gainsben.com
                jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                      s/Gerald E. Meunier
                                                     GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*James, et al. v. Alliance Homes, Inc., et al.,*
**EDLA Case No. 09-6005**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL EXHIBIT A

| | |
|---|---|
| Wanda Riley - | Fleetwood Enterprises, Inc.; Fluor Enterprises, Inc. |
| Tiffany James on behalf of Charde James - | After due diligence, manufacturer and contractor unknown |
| Tiffany James on behalf of Secret James - | After due diligence, manufacturer and contractor unknown |