**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                 MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                        SECTION "N-5"

                                                    JUDGE ENGELHARDT
                                                    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Stewart, et al. v. Alliance Homes, Inc., et al.,*
EDLA Case No. 09- 6712

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT**</u>
<u>**PURSUANT TO PRETRIAL ORDER NO. 53**</u>

In compliance with Pretrial order 53 (Rec. Doc. 9073), plaintiffs hereby file their

Supplemental Exhibit "A" to their Complaint to match the plaintiffs to their correct

Manufacturer Defendants and Contractor/Installer Defendants.

In addition to the information previously submitted, plaintiffs attach hereto a

Supplemental Exhibit "A" and incorporate same by reference herein.


                                        Respectfully submitted:

                                        **GAINSBURGH, BENJAMIN, DAVID,**
                                        **MEUNIER & WARSHAUER, L.L.C.**

                                        BY:     _s/Justin Woods
                                                GERALD E. MEUNIER, #9471
                                                JUSTIN I. WOODS, #24713
                                                2800 Energy Centre
                                                1100 Poydras Street
                                                New Orleans, Louisiana  70163
                                                Telephone:     504/522-2304
                                                Facsimile:     504/528-9973
                                                gmeunier@gainsben.com
                                                jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                                          **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**                    **SECTION "N-5"**

**JUDGE ENGELHARDT**
**MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Stewart, et al. v. Alliance Homes, Inc., et al.,*
**EDLA Case No. 09-6712**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL EXHIBIT A

Melissa Stewart -               Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.

Cheryl Thomas -               After due diligence, manufacturer and contractor unknown

Toni Ransom on behalf of Judith Ransom -   Fleetwood Enterprises, Inc.; Fluor Enterprises, Inc.

Jeanette Shepherd -               Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.