UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Anderson, et al. v. Alliance Homes, Inc., et al.,*
**EDLA Case No. 09-5252**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT
### PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial order 53 (Rec. Doc. 9073), plaintiffs hereby file their Supplemental Exhibit "A" to their Complaint to match the plaintiffs to their correct Manufacturer Defendants and Contractor/Installer Defendants.

In addition to the information previously submitted, plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                        Respectfully submitted:

                        **GAINSBURGH, BENJAMIN, DAVID,**
                        **MEUNIER & WARSHAUER, L.L.C.**

                BY:    _s/Justin Woods
                        GERALD E. MEUNIER, #9471
                        JUSTIN I. WOODS, #24713
                        2800 Energy Centre
                        1100 Poydras Street
                        New Orleans, Louisiana  70163
                        Telephone:     504/522-2304
                        Facsimile:      504/528-9973
                        gmeunier@gainsben.com
                        jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                        s/Gerald E. Meunier
                                                        GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Anderson, et al. v. Alliance Homes, Inc., et al.*,
EDLA Case No. 09-5252

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL EXHIBIT A

| | |
|---|---|
| Wayne Anderson - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Monica Anderson-Clay - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Monica Anderson-Clay o/b/o Dorian Clay - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Monica Anderson-Clay o/b/o Dylan Howard - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Monica Anderson-Clay o/b/o Devin Howard - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Jonathon Barard - | After due diligence, manufacturer and contractor unknown |
| Veronica Barard - | After due diligence, manufacturer and contractor unknown |
| Herman Barard - | After due diligence, manufacturer and contractor unknown |
| Herman Barard o/b/o Esteline Barard, deceased - | After due diligence, manufacturer and contractor unknown |
| Herman Barard o/b/o Tiffany Barard - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Herman Barard o/b/o Herman Barard, III - | After due diligence, manufacturer and contractor unknown |
| Damon Barden - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc. |
| Patrick Beecher - | After due diligence, manufacturer and contractor unknown |
| Blake Rizzuto - | After due diligence, manufacturer and contractor unknown |
| Linda Blunt - | Jayco Enterprises, Inc.; After due diligence, contractor unknown |
| Chester Blunt, Sr. - | Jayco Enterprises, Inc.; After due diligence, contractor unknown |
| Dorian Boone - | Waverlee Homes, Inc.; Fluor Enterprises, Inc. |
| Nadedge Booth - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Robert Booth, Jr. - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Sandra Brooks - | After due diligence, manufacturer and contractor unknown |
| Sharett Brooks - | After due diligence, manufacturer and contractor unknown |
| Robert Brumfield - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Andra Brumfield - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Andra Brumfield o/b/o Aleia Duhe - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Catherine Buggage - | After due diligence, manufacturer and contractor unknown |
| Vince Clark - | Gulf Stream Coach, Inc.; Shaw Environmental, Inc. |
| Lawrence Clark - | Monaco Coach, Inc.; Shaw Environmental, Inc. |
| Augusta Clark - | Gulf Stream Coach, Inc.; Shaw Environmental, Inc. |
| Melodie Coutune - | After due diligence, manufacturer and contractor unknown |
| Melodie Coutune on behalf of her minor child Bryan Coutune-West - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Melodie Coutune on behalf of her minor child Louis Coutune-West - | After due diligence, manufacturer and contractor unknown |
| Rodney Davis - | After due diligence, manufacturer and contractor unknown |
| Chris Davis - | Thor Industries, Inc.; CH2M Hill Constructors, Inc. |
| Earl Desmond, Jr. - | After due diligence, manufacturer and contractor unknown |
| Cayata Dixon - | After due diligence, manufacturer and contractor unknown |
| Judy Dominick - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Andrika Duhe - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Ariel Duhe - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Antoine Duhe - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Andrika Duhe o/b/o Asia'na Duhe - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Andrika Duhe o/b/o Cordez Johnson - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Winter Flowers - | After due diligence, manufacturer and contractor unknown |
| Winter Flowers o/b/o Mary Jane Beecher - | After due diligence, manufacturer and contractor unknown |
| Winter Flowers o/b/o Gage Hill - | After due diligence, manufacturer and contractor unknown |
| Winter Flowers o/b/o Gavin Beecher - | After due diligence, manufacturer and contractor unknown |
| Mary Frazier - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Dawn Gras - | Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; CH2M Hill Constructors, Inc. |
| Johnny Gras, Sr. - | Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; CH2M Hill Constructors, Inc. |

Johnny Gras, Sr., o/b/o Corleen Gras -	Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; CH2M Hill Constructors, Inc.

Johnny Gras, Sr., o/b/o Jacob Gras -	Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; CH2M Hill Constructors, Inc.

Johnny Gras, Sr., o/b/o Johnny Gras, Jr, deceased -	Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; CH2M Hill Constructors, Inc.

Nicholas Hamilton -	After due diligence, manufacturer and contractor unknown

Preston Hammler -	After due diligence, manufacturer and contractor unknown

Rashakka Hanson o/b/o Rashaad Hanson -	After due diligence, manufacturer and contractor unknown

Rashakka Hanson o/b/o Xavier Lewis -	After due diligence, manufacturer and contractor unknown

Jack Hargis -	Thor Industries, Inc.; Shaw Environmental, Inc.

Jack Hargis o/b/o Keena Hargis - Thor Industries, Inc.; Shaw Environmental, Inc.

Nicholas Harper -	Cavalier Home Builders, LLC, Cavalier Homes, Inc.; After due diligence, contractor unknown

Desmen Hayes -	After due diligence, manufacturer and contractor unknown

Norman Hernandez -	After due diligence, manufacturer and contractor unknown

Gary Hills -	Stewart Park Homes, Inc.; After due diligence contractor unknown

Janet Hooker -	Monaco Coach, Inc.; Shaw Environmental, Inc.

Janet Hooker o/b/o Wilma Bell, deceased - Monaco Coach, Inc.; Shaw Environmental, Inc.

Quiana Horton -	After due diligence, manufacturer and contractor unknown

Quiana Horton o/b/o David Bell -	After due diligence, manufacturer and contractor unknown

Quiana Horton o/b/o Derrick Sims, Jr. -	After due diligence, manufacturer and contractor unknown

| | |
|---|---|
| Quiana Horton o/b/o Latasha Duplessis - | After due diligence, manufacturer and contractor unknown |
| Dorothy Johnson - | After due diligence, manufacturer and contractor unknown |
| Alfred Johnson - | After due diligence, manufacturer and contractor unknown |
| Brittany Jones - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Willie Jones - | Forest River, Inc.; Shaw Environmental, Inc. |
| Katie Jones - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Katie Jones on behalf of her minor child Courtney Jones - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Katie Jones on behalf of her minor child Ashley Jones - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Katie Jones on behalf of her minor child Darrius Jones - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Katie Jones on behalf of her minor child Keitha Jones - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Katie Jones on behalf of her minor child Lydia Jones - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Byron Keller - | Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; Shaw Environmental, Inc. |
| Denise Knight - | After due diligence, manufacturer and contractor unknown |
| Lisa Knight - | After due diligence, manufacturer and contractor unknown |
| Jeannie Lagarde - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc. |
| Edward Lagarde - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc |
| Edward Lagarde on behalf of his minor child Cassidie Lagarde - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc |
| Edward Lagarde on behalf of his minor child Edward Lagarde, III - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc |
| Joseph LaRocca - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| James Lee, Jr. - | After due diligence, manufacturer and contractor unknown |
| Elizabeth Lehman - | Layton Homes Corp.; Fluor Enterprises, Inc. |
| Natashya Lowe - | After due diligence, manufacturer unknown; Shaw Environmental, Inc. |
| Elizabeth Lehman on behalf of her minor child Roy Lyons, Jr. - | Layton Homes Corp.; Fluor Enterprises, Inc. |
| Roy Lyons, Sr. - | Layton Homes Corp.; Fluor Enterprises, Inc. |
| Patrick Maire - | After due diligence, manufacturer and contractor unknown |
| Richard Maturana - | After due diligence, manufacturer and contractor unknown |
| Eloise McGee - | Forest River, Inc.; Shaw Environmental, Inc. |
| Wendell McGee - | Forest River, Inc.; Shaw Environmental, Inc. |
| Delriette McGee - | Forest River, Inc.; Shaw Environmental, Inc. |
| Antonio McGee - | Forest River, Inc.; Shaw Environmental, Inc. |
| Robert McGee - | Forest River, Inc.; Shaw Environmental, Inc. |
| Brittney McGee - | Forest River, Inc.; Shaw Environmental, Inc. |
| Charlette McGee on behalf of her minor child Tiphanie Jordon - | Forest River, Inc.; Shaw Environmental, Inc. |
| Tashika Morris - | After due diligence, manufacturer and contractor unknown |
| Danielle Murchison - | After due diligence, manufacturer and contractor unknown |
| Mary Murchison - | After due diligence, manufacturer and contractor unknown |
| Daniel Murchison - | After due diligence, manufacturer and contractor unknown |
| Theresa Nguyen - | After due diligence, manufacturer and contractor unknown |
| Casey Nunez - | After due diligence, manufacturer and contractor unknown |
| Colene Olsen - | After due diligence, manufacturer and contractor unknown |
| Logan O'Neal - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Claudette Paul - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Lawrence Paul - | After due diligence, manufacturer and contractor unknown |
| Jovan Perique - | After due diligence, manufacturer and contractor unknown |
| Alice Pierre - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Mary Rinkus - | After due diligence, manufacturer and contractor unknown |
| Charles Rinkus - | After due diligence, manufacturer and contractor unknown |
| Henry Gurley - | Lakeside Park Homes, Inc.; CH2M Hill Constructors, Inc. |
| Gabriela Schaeffer - | Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; Fluor Enterprises, Inc. |
| Gabriela Schaeffer on behalf of her minor child Taylor Schaeffer - | Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; Fluor Enterprises, Inc. |
| Bryan Schaeffer - | Coachmen Industries, Inc.; Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; Fluor Enterprises, Inc. |
| Calvin Smith - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Christiana Smith - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Willie Smith - | After due diligence, manufacturer and contractor unknown |
| LaShonda Stack - | After due diligence, manufacturer and contractor unknown |
| LaShonda Stack on behalf of the minor child Donnell Griffith - | After due diligence, manufacturer and contractor unknown |
| LaShonda Stack on behalf of the minor child Ear Joseph Crump - | After due diligence, manufacturer and contractor unknown |
| James Steward - | After due diligence, manufacturer and contractor unknown |
| Glenda Stone - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Charles Strohmeyer - | Forest River, Inc.; Fluor Enterprises, Inc. |
| Yvette Thermond - | After due diligence, manufacturer and contractor unknown |
| Brittney Tortorich - | After due diligence, manufacturer and contractor unknown |
| Tommy Tran - | After due diligence, manufacturer and contractor unknown |
| Lonnie Vent - | After due diligence, manufacturer and contractor unknown |
| Renee Walls - | After due diligence, manufacturer and contractor unknown |
| Renee Walls on behalf of her minor child Deja Walls - | After due diligence, manufacturer and contractor unknown |
| Renee Walls on behalf of her minor child Joenae Perique - | After due diligence, manufacturer and contractor unknown |
| Antoinette Washington - | After due diligence, manufacturer and contractor unknown |
| Mary Watts - | Jayco Enterprises, Inc.; Shaw Environmental, Inc. |
| Robbie Wiggins - | After due diligence, manufacturer and contractor unknown |
| Tenecius Williams - | After due diligence, manufacturer and contractor unknown |
| John Williams - | After due diligence, manufacturer and contractor unknown |
| Vivian Wilson - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Kenneth Woods - | Palm Harbor Homes, Inc, Palm Harbor Albermarle, LLC, Palm Harbor Manufacturing, Inc.; Fluor Enterprises, Inc. |
| Imogene Alkinson - | After due diligence, manufacturer and contractor unknown |
| Levon Atkinson - | After due diligence, manufacturer and contractor unknown |
| Damon Barden - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc. |
| Calvin Bernard - | After due diligence, manufacturer and contractor unknown |
| Peter Bethley - | After due diligence, manufacturer and contractor unknown |
| Wesley Broaden - | After due diligence, manufacturer and contractor unknown |
| Reginald Brown - | After due diligence, manufacturer and contractor unknown |
| Glen Brown - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Natasha Brown - | Vanguard Industries of Michigan, Inc.; After due diligence, contractor unknown |
| Natasha Brown on behalf of Oliver Dison, IV - | Vanguard Industries of Michigan, Inc.; After due diligence, contractor unknown |
| Natasha Brown on behalf of Rodney Santiago, Jr. - | Vanguard Industries of Michigan, Inc.; After due diligence, contractor unknown |
| David Calahan - | After due diligence, manufacturer and contractor unknown |
| Deandra Carr - | After due diligence, manufacturer and contractor unknown |
| Maureen Carr - | After due diligence, manufacturer and contractor unknown |
| Michael Carr - | After due diligence, manufacturer and contractor unknown |
| Christian Carr on behalf of the minor child, Shawn Carr - | After due diligence, manufacturer and contractor unknown |
| Milton Carr, Sr. - | After due diligence, manufacturer and contractor unknown |
| James Craft - | After due diligence, manufacturer and contractor unknown |
| Chris Davis - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Jeffrey Davis - | After due diligence, manufacturer and contractor unknown |
| Leshawn Davis - | After due diligence, manufacturer and contractor unknown |
| Floyd Davis - | After due diligence, manufacturer and contractor unknown |
| Elston Davis - | After due diligence, manufacturer and contractor unknown |
| Mamie Davis - | After due diligence, manufacturer and contractor unknown |
| Herbert Davis, Sr. - | KZRV, LP.; After due diligence, contractor unknown |
| Trenelle Dennis - | After due diligence, manufacturer and contractor unknown |
| Nykeshia Dennis - | After due diligence, manufacturer and contractor unknown |
| Nykeshia Dennis on behalf of the minor child, Alisan Williams - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Nykeshia Dennis on behalf of the minor child, Alvin Williams, III - | After due diligence, manufacturer and contractor unknown |
| Nykeshia Dennis on behalf of the minor child, De'John Dennis - | After due diligence, manufacturer and contractor unknown |
| Nykeshia Dennis on behalf of the minor child, D'Kenan Dennis - | After due diligence, manufacturer and contractor unknown |
| Nykeshia Dennis on behalf of the minor child, Hilton Dennis, III - | After due diligence, manufacturer and contractor unknown |
| Nykeshia Dennis on behalf of the minor child, Kamira Dennis - | After due diligence, manufacturer and contractor unknown |
| Nykeshia Dennis on behalf of the minor child, Rashad Dennis - | After due diligence, manufacturer and contractor unknown |
| Janelle Dennis - | After due diligence, manufacturer and contractor unknown |
| Simone Dennis - | After due diligence, manufacturer and contractor unknown |
| Gladys Desdunes - | After due diligence, manufacturer and contractor unknown |
| Donald Douglas - | After due diligence, manufacturer and contractor unknown |
| Charles Dowden, VI - | After due diligence, manufacturer and contractor unknown |
| Alvin Frank - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Mary Frazier - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Clarence Green - | After due diligence, manufacturer and contractor unknown |
| Dominic Green - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Dominic Green on behalf of the minor child Christine Green - | After due diligence, manufacturer and contractor unknown |
| Rickey Hawkins - | After due diligence, manufacturer and contractor unknown |
| Lamar Isidore - | After due diligence, manufacturer and contractor unknown |
| Gregory Johnson - | After due diligence, manufacturer and contractor unknown |
| Donald Johnson - | Patriot Homes, Inc.; Fluor Enterprises, Inc. |
| Curry Magee - | After due diligence, manufacturer and contractor unknown |
| Melissa Miller - | Dutchmen Manufacturing, Inc.; CH2M Hill Constructors, Inc. |
| Melissa Miller on behalf of the minor child, Michael Miller, Jr. - | Dutchmen Manufacturing, Inc.; CH2M Hill Constructors, Inc. |
| Melissa Miller on behalf of the minor child, Blake Miller - | Dutchmen Manufacturing, Inc.; CH2M Hill Constructors, Inc. |
| Melissa Miller on behalf of the minor child, Brittany Miller - | Dutchmen Manufacturing, Inc.; CH2M Hill Constructors, Inc. |
| Michael Miller, Sr. - | After due diligence, manufacturer and contractor unknown |
| Ta'Janae Morris - | After due diligence, manufacturer and contractor unknown |
| Michael Morris - | TL Industries, Inc.; Fluor Enterprises, Inc. |
| Mary Murchison - | After due diligence, manufacturer and contractor unknown |
| Danielle Murchison - | After due diligence, manufacturer and contractor unknown |
| Daniel Murchison - | After due diligence, manufacturer and contractor unknown |
| David Perkins - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Tyrone Stcyr - | After due diligence, manufacturer and contractor unknown |
| Amanda Thoulion - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Rose Wale - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Rose Wale on behalf of George Wale, deceased - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Michael Watts - | After due diligence, manufacturer and contractor unknown |
| Alvin Williams - | After due diligence, manufacturer and contractor unknown |
| Oliver Harrison, Jr. - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc. |
| Jimmie Walker - | Cavalier Home Builders, LLC, Cavalier Homes, Inc.; Fluor Enterprises, Inc. |
| Louis Hogan, Jr. - | After due diligence, manufacturer and contractor unknown |
| Debbie Massaline - | Forest River, Inc.; After due diligence, contractor unknown |
| Charles Rouse - | Forest River, Inc.; After due diligence, contractor unknown |