**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Brown, et al. v. Alliance Homes, Inc., et al.,*
**EDLA Case No. 09- 4953**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT
### PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial order 53 (Rec. Doc. 9073), plaintiffs hereby file their Supplemental Exhibit "A" to their Complaint to match the plaintiffs to their correct Manufacturer Defendants and Contractor/Installer Defendants.

In addition to the information previously submitted, plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Brown, et al. v. Alliance Homes, Inc., et al.,*
EDLA Case No. 09-

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL EXHIBIT A

| | |
|---|---|
| Martin Bunch, Sr. - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Martin Bunch, Jr. - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| David Carradine, Jr. - | After due diligence, manufacturer and contractor unknown |
| Rose Davis - | Lakeside Homes, Inc.; Shaw Environmental, Inc. |
| Henry Dilbert - | Gulf Stream Coach, Inc.; Shaw Environmental, Inc. |
| Henry Dilbert on behalf of the minor child, Mandalee Dilbert - | Gulf Stream Coach, Inc.; Shaw Environmental, Inc. |
| Emile Gaudet, III - | After due diligence, manufacturer and contractor unknown |
| Erin Gaudet - | After due diligence, manufacturer and contractor unknown |
| Eclee Green - | Gulf Stream Coach, Inc.; Shaw Environmental, Inc. |
| Charles Harris - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Willie Harris - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc |
| Jermain Miller - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc |
| Raymond Nelson on behalf of the minor child, Gabriel Nelson - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc |

Raymond Nelson -	Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.

Tara Price on behalf of the minor child, Nakia Price –	Jayco Enterprises, Inc.; CH2M Hill Constructors, Inc.

Gwendolyn Robinson -	Gulf Stream Coach, Inc.; Shaw Environmental, Inc.

Nathean Robinson -	Jayco Enterprises, Inc.; CH2M Hill Constructors, Inc.

Hubert Smith, Sr. -	After due diligence, manufacturer unknown; Shaw Environmental, Inc.

Hubert Smith, Sr., on behalf of the minor child, Hubert Smith, Jr. -	After due diligence, manufacturer unknown; Shaw Environmental, Inc.

Nykia Sorino on behalf of the minor child, Mykia Sorina -	Pilgrim International Inc.; Fluor Enterprises, Inc.

Leslie Sumler on behalf of the minor child, Gary Sumler, Jr. -	Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.

Gary Sumler, Sr. -	Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.

Leslie Sumler -	Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.

Leslie Sumler on behalf of the minor child, Sierra Sumler -	Gulf Stream Coach, Inc.; Fluor Enterprises, Inc.

Erin Gaudet on behalf of the minor child, Brandon Terry -	After due diligence, manufacturer and contractor unknown

Erin Gaudet on behalf of the minor child, Darinesha Terry -	After due diligence, manufacturer and contractor unknown

Charles Trueblood –	Thor Industries, Inc.; Fluor Enterprises, Inc.

Keisha Warren -	Thor Industries, Inc.; Fluor Enterprises, Inc.

Joseph Wheeler -	Lakeside Park Homes, Inc.; Fluor Enterprises, Inc.

Milezone Williams -	Fleetwood Enterprises, Inc.; Fluor Enterprises, Inc.

Sheila Williams -	Forest River, Inc.; Fluor Enterprises, Inc.

Shertana Williams on behalf of the minor child, Sieara Williams -	Forest River, Inc.; Fluor Enterprises, Inc.

| | |
|---|---|
| Antoine Johnson - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Vallerie Woods on behalf of the minor child, Aaliyah Jones - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Angelus Mitchell - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Vallerie Woods - | Gulf Stream Coach, Inc.; After due diligence, contractor unknown |
| Maurice Morgan - | Gulf Stream Coach, Inc.; CH2M Hill Constructors, Inc. |
| Jacklyn Dilbert - | Gulf Stream Coach, Inc.; Shaw Environmental, Inc. |
| Mary Elder - | After due diligence, manufacturer and contractor unknown |
| Jackie Foster - | Fleetwood Enterprises, Inc.; After due diligence, contractor unknown |
| Vileaner Horton - | After due diligence, manufacturer and contractor unknown |
| Jessie Perry - | After due diligence, manufacturer and contractor unknown |
| Dionne Webb - | KZRV, LP; Fluor Enterprises, Inc. |
| Harry Whiting - | After due diligence, manufacturer and contractor unknown |
| Russell Gainey, Jr. - | Coachmen Industries, Inc., Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC; Fluor Enterprises, Inc. |
| Cole Simon - | Gulf Stream Coach, Inc.; Shaw Environmental, Inc. |
| Gloria Jason - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc. |
| Marilyn Johnson - | KZRV, LP; Fluor Enterprises, Inc. |
| Ronald Johnson - | Gulf Stream Coach, Inc.; Shaw Environmental, Inc. |
| Catherine White - | Recreation By Design, LLC; Fluor Enterprises, Inc. |
| Vincent Martinez - | After due diligence, manufacturer and contractor unknown |
| Dianne Mayer - | Stewart Park Homes, Inc.; Fluor Enterprises, Inc. |
| Oliver Mickens - | After due diligence, manufacturer and contractor unknown |
| Jashawn Sanders - | After due diligence, manufacturer and contractor unknown |

| | |
|---|---|
| Frances Carradine - | Jayco Enterprises, Inc.; After due diligence, contractor unknown |
| Rodney Roman - | Pilgrim International, Inc.; Shaw Environmental, Inc. |
| David Carradine, Jr., on behalf of the minor child, Christopher Carradine - | Jayco Enterprises, Inc.; After due diligence, contractor unknown |
| Darrell Nedd - | After due diligence, manufacturer and contractor unknown |
| Sterling Everidge - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Earl Daniels - | Superior Homes, LLC; Shaw Environmental, Inc. |
| Joyce Daniels - | Superior Homes, LLC; Shaw Environmental, Inc. |
| Harrell Terrell - | Monaco Coach, Inc.; After due diligence, contractor unknown |
| Faydra Cooper - | Keystone RV Company; Fluor Enterprises, Inc. |
| Faydra Cooper on behalf of the minor child Dennis Cooper, III - | Keystone RV Company; Fluor Enterprises, Inc. |
| Faydra Cooper on behalf of the minor child Deniah Cooper - | Keystone RV Company; Fluor Enterprises, Inc. |
| Dennis Cooper, Jr. - | Keystone RV Company; Fluor Enterprises, Inc. |
| Charles Bevrotte, III - | Forest River, Inc..; Fluor Enterprises, Inc. |
| Janice Bevrotte - | Forest River, Inc..; Fluor Enterprises, Inc |
| Rene Dupree - | Fleetwood Enterprises, Inc.; Fluor Enterprises, Inc. |
| Arthur Dupree - | Fleetwood Enterprises, Inc.; Fluor Enterprises, Inc. |
| Kevin Washington - | After due diligence, manufacturer and contractor unknown |
| Karen Robinson - | After due diligence, manufacturer and contractor unknown |
| Sylvia Brown - | Forest River, Inc.; Fluor Enterprises, Inc. |