UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Buford, et al. v. Alliance Homes, Inc., et al.,*
EDLA Case No. 09- 6005

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT
### PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial order 53 (Rec. Doc. 9073), plaintiffs hereby file their Supplemental Exhibit "A" to their Complaint to match the plaintiffs to their correct Manufacturer Defendants and Contractor/Installer Defendants.

In addition to the information previously submitted, plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

    BY:    s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471
            **PLAINTIFFS' CO-LIAISON COUNSEL**
            Gainsburgh, Benjamin, David, Meunier &
            Warshauer, L.L.C.
            2800 Energy Centre, 1100 Poydras Street
            New Orleans, Louisiana 70163
            Telephone:    504/522-2304
            Facsimile:    504/528-9973
            gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER					MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION			SECTION "N-5"

								JUDGE ENGELHARDT
								MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Buford, et al. v. Alliance Homes, Inc., et al.,*
EDLA Case No. 09-6005

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL EXHIBIT A

| | |
|---|---|
| Donna Buford - | Gulf Stream Coach, Inc.; Fluor Enterprises, Inc. |
| Desmond Lewis - | Fleetwood Enterprises, Inc.; Shaw Environmental, Inc. |
| Gregory West - | After due diligence, manufacturer and contractor unknown |
| Barry Dominguez - | DS Corp. d/b/a Crossroads RV; Fluor Enterprises, Inc. |
| Beverly Collins - | Jayco Enterprises, Inc.; Shaw Environmental, Inc. |