# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABLIITY LITIGATION | * | |
| | * | Section: "N-5" |
| This Document Relates to: | * | |
| *Thelda Hart, et al v. Crum & Forster Specialty* | * | |
| *Insurance Co., et al.,*  EDLA No. 4999 | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiffs who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss Crum &Forster Specialty Insurance Co., Sentry Insurance Agency, Inc., and Fluor Enterprises, Inc.,  as defendants in the above-captioned matter as this instant suit is duplicative of *Hart, et al v. Fleetwood Enterprises, et al*, 09-2947 (E.D.La. 2009).

Accordingly, the Named Plaintiffs seek to voluntary dismiss the above-captioned matter, while reserving all rights and allegations asserted in *Hart, et al v. Fleetwood, et al*, 09-2947 (E.D.La. 2009).

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC**

BY:     /s/ Justin I. Woods
       GERALD E. MEUNIER, #9471
       JUSTIN I. WOODS, #24713
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163

        Telephone:   504/522-2304
        Facsimile:   504/528-9973
        gmeunier@gainsben.com
        jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/ Justin I. Woods
        JUSTIN I. WOODS, #24713