UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABLIITY LITIGATION | * | |
| | * | Section: "N-5" |
| This Document Relates to: | * | |
| *Elray Clark, et al v. Keystone RV Company, et al .,* | * | JUDGE ENGELHARDT |
| EDLA No.  09-3374 | * | MAG. JUDGE CHASEZ |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes the Named Plaintiffs who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss Keystone RV Company and Fluor Enterprises, Inc.,  as defendants in the above-captioned matter as this instant suit is duplicative of *Clark, et al v. Keystone RV Company., et al*, 09-5002 (E.D.La. 2009). Both cases involve the same parties and the same substantive allegations.

Accordingly, the Named Plaintiffs seek to voluntary dismiss the above-captioned matter, while reserving all rights and allegations asserted in *Clark, et al v. Keystone RV Company, et al*, 09-5002 (E.D.La. 2009).

          Respectfully submitted:

          **GAINSBURGH, BENJAMIN, DAVID,**
          **MEUNIER & WARSHAUER, LLC**

    BY:    /s/ Justin I. Woods
             GERALD E. MEUNIER, #9471
             JUSTIN I. WOODS, #24713
             2800 Energy Centre, 1100 Poydras Street
             New Orleans, Louisiana 70163
             Telephone:     504/522-2304

        Facsimile:    504/528-9973
        gmeunier@gainsben.com
        jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/ Justin I. Woods
        JUSTIN I. WOODS, #24713