UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

                                                                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO
the Member Cases listed in the heading
of Rec. Doc. 13691

## ORDER AND REASONS

Before the Court is Plaintiffs' Request to File a Global Motion for Leave to Amend and Add the United States Once All Plaintiffs' Claims are Ripe as to the United States (Rec. Doc. 13691). This motion is opposed. (See Rec. Doc. 14053). After considering the memoranda filed by the parties,

**IT IS ORDERED** that **Plaintiffs' Request to File a Global Motion for Leave to Amend and Add the United States Once All Plaintiffs' Claims are Ripe as to the United States (Rec. Doc. 13691)** is **GRANTED IN PART and DENIED IN PART**. The motion is granted to the extent that the Court will allow a global motion for leave to be filed seeking leave to file 385 separate amended complaints. The motion is denied to the extent that the Court will not allow a global amended complaint seeking to add claims against the Government in 385 separate member cases, for substantially the same reasons as stated by the Government in its

opposition memorandum. (See Rec. Doc. 14053). Specifically, the filing of a single, amended complaint for 385 different member cases is not feasible for a number of reasons, and particularly, because each of these cases is a separate and distinct action. Moreover, the Court cannot justify subjecting these particular plaintiffs to different rules than all the other plaintiffs in this MDL.

New Orleans, Louisiana, this 18th day of June, 2010.

_____
**KURT D. ENGELHARDT**
**United States District Court**