## NAMED PLAINTIFFS
## JIMMY D. BRIGGS, ET AL v. RECREATION BY DESIGN, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Haynes | Juliette | F | | 4179 West Bayou Ave Moss Point, MS 39563 | Jackson | Bechtel |
| 2. | Lee | Lisa | L | | 4179 West Bayou Ave Moss Point, MS 39563 | Jackson | Bechtel |
| 3. | L | L | DL | Lisa L Lee (Mother) | 4179 West Bayou Ave Moss Point, MS 39563 | Jackson | Bechtel |
| 4. | McWilliams | Marquetta | | | 1314 Skip Pascagoula, MS 39567 | Jackson | Bechtel |
| 5. | M | S | M | Marquetta McWilliams (Mother) | 1314 Skip Pascagoula, MS 39567 | Jackson | Bechtel |

Page 1 of 1



EXHIBIT "A"