## NAMED PLAINTIFFS
## CHRISTINE J. KELLSTEN, ET AL v. JAYCO, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Bird | Jimmy | | | 15405 Drake Lane Biloxi, MS 39532 | Harrison | Bechtel |
| 2. | Bird | Judy | | | 15405 Drake Lane Biloxi, MS 39532 | Harrison | Bechtel |
| 3. | Chaffin | Ernie | | | 918 25th Street Gulfport, MS 39501 | Harrison | Bechtel |
| 4. | Conway | Timothy | J | | 11085 Beverly Rd D'Iberville, MS 39540 | Harrison | Bechtel |
| 5. | Lee | Lionel | | | 707 Bouie Rd Picayune, MS 38466 | Pearl River | Bechtel |
| 6. | Lee | Robbie | L | | 707 Bouie Rd Picayune, MS 38466 | Pearl River | Bechtel |
| 7. | L | K | | Bessie Pittman (Mother) | 3728 Dana Ct. Pascagoula, MS 39568 | Jackson | Bechte |
| 8. | Logan | Kendric | | | 3728 Dana Ct. Pascagoula, MS 39568 | Jackson | Bechtel |



Page 1 of 1

EXHIBIT "A"