## NAMED PLAINTIFFS
## TAMEKIA K. ELLZEY, ET AL v. COACHMEN INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Montgomery | Patricia | A | | 10 Quinn Lane<br>Foxworth, MS 39483 | Marion | CH2M Hill |

Page 1 of 1



EXHIBIT "A"