**NAMED PLAINTIFFS**
**CHARLENE M. MCBROOM, ET AL v. AMERICAN CAMPER MANUFACTURING, LLC d/b/a AMERI-CAMP , ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|----|-----------|------------|---|----------------|----------------|--------|------------|
| 1. | Robinson | Patrick | | | 103 N. Lang Ave. Long Beach, MS 39560 | Harrison | Becthel |
| 2. | Robinson | Percy | | | 103 N. Lang Ave. Long Beach, MS 39560 | Harrison | Becthel |

Page 1 of 1



EXHIBIT
"A"