AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| Sherna Lumar, et, al | ) | | |
|---|---|---|---|
| Plaintiff | ) | | |
| v. | ) | Civil Action No. | 09-cv-202 |
| Jayco Enterprises, Inc. et, al | ) | | |
| Defendant | ) | | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
The United States of America
Through the Office of the US Attorney for the
Eastern District of Louisiana
James Letten, United States Attorney
500 Poydras St., Suite 82140
New Orleans, LA 70130
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within ___60___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I Woods, Gainsburgh, Benjamin, David, Maunier & Warshauer, L.L.C. 2800 Energy Centre, 1100 Poydras St. New Orleans, LA 70163

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 20, 2009

Nick J. Lorio
Name of clerk of court

*Nicole R. Joupo*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


Date: _____

                                                                      Server's signature

                                                                      Printed name and title


                                                                       Server's address

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163

Formaldehyde 09-3616 Sherna Lumar

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Letten, U.S. Attorney
for the Eastern District of LA
500 Poydras Street, Suite B210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
S. DeJean                         5/28/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7008 1830 0004 1197 2478

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163

Formaldehyde 09-3616 Sherna Lumar

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Letten, U.S. Attorney
for the Eastern District of LA
500 Poydras Street, Suite B210
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S. DeJean   5/28/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 1830 0004 1197 2478

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540