UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                SECTION "N-5"

                                                                           JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Catherine Mayes and James W. Mayes, et al*
*v Frontier RV, Inc., et al., Case No. 2:10-cv-480*

_____

# ORDER
_____

Considering the foregoing Second Motion of Plaintiffs, Plaintiffs are allowed until August 2nd, 2010, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Second Motion for Extension of Time to Serve.

DATED this 22nd day of June, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net