**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                                                   JUDGE ENGELHARDT
                                                                   MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for plaintiffs certifies that opposing counsel for Defendants have been contacted. Counsel for the United States, Adam Dinnell, has objected to the filing of Plaintiffs' Fifth Supplemental and Amended Administrative Master Complaint. However, no other counsel has responses to Plaintiffs' motion.

Respectfully submitted, this the 22nd day of June, 2010.


                          Respectfully submitted:

                          **FEMA TRAILER FORMALDEHYDE**
                          **PRODUCT LIABILITY LITIGATION**

                          BY:    s/Gerald E. Meunier
                                 GERALD E. MEUNIER, #9471
                                 **PLAINTIFFS' CO-LIAISON COUNSEL**
                                 Gainsburgh, Benjamin, David, Meunier &
                                 Warshauer, L.L.C.
                                 2800 Energy Centre, 1100 Poydras Street
                                 New Orleans, Louisiana 70163
                                 Telephone:    504/522-2304
                                 Facsimile:    504/528-9973
                                 gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820