UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 07-1873**<br><br>**SECTION N-5**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT RELATES TO ALL CASES**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**FIFTH SUPPLEMENTAL AND AMENDED**
**<u>ADMINISTRATIVE MASTER COMPLAINT</u>**

Plaintiffs, through undersigned counsel, respectfully supplement and amend their Original, First, Second, Third, and Fourth Supplemental and Amended Administrative Master Complaints, herein, by seeking to substitute the following paragraphs in place of Paragraphs 121 – 123 of the Third Supplemental and Amended Administrative Master Complaint under Section, III, Jurisdiction and Venue:

121. The Administrative Master Complaint is a procedural device meant to aid in the efficiency and economy of this MDL as a whole. Accordingly, the AMC does not purport to override the venue allegations in the underlying, individual cases.

122. Pursuant to 28 U.S.C. §1391 the proper venue of the underlying, individual cases is in the district in which a substantial part of the negligent and wrongful acts of the defendant occurred.

123. Pursuant to 28 U.S.C. §1391 (e) the proper venue of the underlying, individual cases is the district in which the individual plaintiffs reside and/or the acts and omissions of the United States of America as to certain plaintiffs occurred.

WHEREFORE, plaintiffs respectfully supplement and amend their Original, First, Second, Third, and Fourth Supplemental and Amended Administrative Master Complaints in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on June 22, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER