UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION N-5** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT RELATES TO ALL CASES**

*****************************************************************************

# PLAINTIFFS' MEMORANDUM IN RESPONSE TO THE UNITED STATES' MOTION TO STRIKE THE VENUE ALLEGATIONS IN THE PLAINTIFFS' THIRD AND FOURTH SUPPLEMENTAL AND AMENDED ADMINISTRATIVE MASTER COMPLAINTS

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel, respectfully submit that the United States' Motion to Strike the Venue Allegations in the Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints is moot. Plaintiffs have filed a Motion for Leave to File a Fifth Supplemental and Amended Administrative Master Complaint in which it seeks to simplify the venue allegations set forth in the Third and Fourth Administrative Master Complaints in order to make them applicable to the United States of America. (Rec. Doc. #####) Accordingly, the United States' Motion to Strike should be rendered moot.

                                                        Respectfully submitted:

                                                        **FEMA TRAILER FORMALDEHYDE**
                                                        **PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on June 22, 2010.

                                          /s/Gerald E. Meunier
                                          GERALD E. MEUNIER