IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MLU SERVICES, INC.** | ) | Civil Action No. 10-CV-1531 N/5 |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Judge Kurt D. Engelhardt |
| | ) | |
| **LANDMARK AMERICAN INSURANCE COMPANY** | ) ) | Magistrate Judge Alma Chasez |
| | ) | |
| **Defendant** | ) ) | |

**This Case Relates To:**
*In re: FEMA Trailer Formaldehyde Products Liability Litigation – MDL No. 1873*

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

COMES NOW plaintiff MLU Services, Inc. ("MLU"), by and through its undersigned counsel, which upon representing to this court that it has agreed to dismiss this matter against defendant, Landmark American Insurance Company, without prejudice, hereby respectfully requests that this Court dismiss, without prejudice, said defendant, Landmark American Insurance Company.

Respectfully submitted,

**BARRY & PICCIONE, LLC**

*s/Stephen R. Barry*
**STEPHEN R. BARRY (#21465)**
*A Professional Law Corporation*
**KATHLEEN C. MARKSBURY (#1902)**
612 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 525-5553
Facsimile: (504) 525-1909
**Attorneys for MLU Services, Inc.**

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has this date been electronically filed using the CM/EFC service which will notify counsel of record via electronic mail of this filing.

      New Orleans, Louisiana, this 23nd day of June 2010

                                               /s/*Stephen R. Barry*