UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                         SECTION "N-5"

                                                                               JUDGE ENGELHARDT

                                                                               MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Mark R. Mosley, as wrongful death beneficiary*
*and representative of Betty O. Mosley, Deceased, et al*
*v Gulf Stream Coach, Inc., et al*
*Case No. 2:10-cv-1356*

_____

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED SECOND MOTION
TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS**
_____

COMES NOW PLAINTIFFS, through undersigned counsel, and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

1.   The Complaint was originally filed in the Southern District of Mississippi on December 23, 2009 (Case No. 1:09-cv-824).

2.   Plaintiffs have been unable to serve the Defendants to date because Plaintiff Eloise Gould has been unable to identify her contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiff and her counsel have undertaken the following efforts to identify her contractor: submitted her information to FEMA for matching (FEMA's response only identified their manufacturer); and submitted a request for Plaintiffs' IA File (said IA File likewise failed to identify the contractor). Plaintiffs now intend to submit Ms. Gould's household to the Last Chance Matching Process. David Kurtz, liaison counsel for the Contractor

Defendants, Henry T. Miller, counsel for the United States Department of Justice, and Andrew Weinstock, counsel for Gulf Stream, have all indicated that they do not oppose Plaintiffs' motion.

3. Plaintiffs assert that the foregoing creates good cause pursuant to FRCP Rule 4(m) for the court to extend the deadlines for service until August 2nd, 2010.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline until August 2nd, 2010 to insure that service is perfected on all parties.

Respectfully submitted this the  23  day of June, 2010.

By: *s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                           *s / Rose M. Hurder*
                                                           ROSE M. HURDER