UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Deborah J. Smith, et al v Frontier RV, Inc., et al.,*
*Case No. 2:10-cv-1355*

---

**PLAINTIFFS' UNOPPOSED SECOND MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS**

---

COME NOW PLAINTIFFS, through undersigned counsel and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

1. The Complaint was originally filed in the Southern District of Mississippi on December 23, 2009 (Case No. 1:09-cv-823).

2. Plaintiffs have been unable to serve the Defendants to date because Plaintiff Deborah Meyer and her household have been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiffs have undertaken the following efforts to identify their contractor: submitted their information to FEMA for matching (FEMA's response only identified their manufacturer) and submitted a request for Plaintiffs' IA File (said IA File likewise failed to identify the contractor). Plaintiffs now intend to submit Ms. Meyer's household to the Last Chance Matching Process. David Kurtz, liaison counsel for the Contractor Defendants, Henry Miller, counsel for the United States Department of Justice, and Randall

Mulcahy, counsel for Frontier, have stated that they do not oppose Plaintiffs' motion.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline until August 2nd, 2010, to insure that service is perfected on all parties.

Respectfully submitted this the   23   day of June, 2010.

By:       *s / Rose M. Hurder*       
             Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556  
Edward Gibson, Esq., MS Bar No. 100640  
Rose M. Hurder, Esq., MS Bar No. 103040  
HAWKINS, STRACENER & GIBSON, PLLC  
153 Main Street  
Bay St. Louis, MS 39520  
Ph. (228) 469-0785; Fx: (228) 467-4212  
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                             *s / Rose M. Hurder*
                                             ROSE M. HURDER