# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   SECTION "N" (5)

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
   Albarado, et al v. Keystone RV Company, et al., No. 09-03731

*MOTION TO DISMISS WITHOUT PREJUDICE*

NOW INTO COURT, through undersigned counsel, come Plaintiff, VANESSA JILES, who respectfully moves this Court to dismiss her claims, without prejudice, against Keystone RV Company in Albarado, et al v. Keystone RV Company, et al., E.D.La. No. 09-3731, as plaintiff is already identified in another suit and represented by other counsel.

WHEREFORE, Plaintiff prays that her claims asserted in Albarado, et al v. Keystone RV Company, et al., E.D.La. No. 09-3731 be dismissed without prejudice.

**Respectfully submitted,**

**LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION**


**BY:    /s/ David C. Jarrell
SIDNEY D. TORRES, III (Bar No. 12869)
ROBERTA L. BURNS (Bar No. 14945)
DAVID C. JARRELL (Bar No. 30907)
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, Louisiana 70043
Tel:  (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th day of June, 2010, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                <u>/s/ David C. Jarrell</u>
                                                DAVID C. JARRELL