**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | **JUDGE ENGELHARDT** |
| THIS DOCUMENT RELATES TO:   09-3764 | * | |
| Harvey Barnes on behalf of Gail Barnes vs. Dutchmen | * | **MAGISTRATE CHASEZ** |
| Manufacturing, Inc., et al. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANT</u>**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Harvey Barnes on behalf of Gail Barnes, who respectfully submits to this Honorable Court this Motion to Extend Time to Serve Defendant, Davis Professional Accounting Services, LLC.  In support thereof, Plaintiff shows the following:

1.    Plaintiff's complaint in the above referenced matter was originally filed in the

Eastern District of Louisiana on June 4, 2009.

2.    Plaintiff would request additional time to perfect service on Defendant, Davis

Professional Accounting Services, LLC in the above referenced matter.

Plaintiff requests an additional sixty (60) days extension to serve Defendant,

Davis Professional Accounting Services, LLC in the above referenced matter.

WHEREFORE Plaintiff respectfully moves this Honorable Court to allow Plaintiff an additional sixty (60) days to perfect service on Defendant, Davis Professional Accounting Services, LLC.

Respectfully submitted

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on  June 24  , 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to counsel of record for Defendant, Davis Professional Services, LLC.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)