UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:   09-3764 | * | |
| Harvey Barnes on behalf of Gail Barnes vs. Dutchmen | * | MAGISTRATE CHASEZ |
| Manufacturing, Inc., et al. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANT

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above referenced matter, who respectfully submits to this Honorable Court this Memorandum in Support of Plaintiff's Motion to Extend Time to Serve Defendant, Davis Professional Accounting Services, LLC.

1. Plaintiff's complaint in the above referenced matter was originally filed in the Eastern District of Louisiana on June 4, 2009.

2. On June 15, 2009, Plaintiff's counsel attempted service on Defendant, Davis Professional Accounting Services, LLC through its registered agent for service as identified by the Louisiana Secretary of State, Corinthia Davis, 650 Poydras Street, Suite 2242, New Orleans, Louisiana 70130.  Plaintiff was notified by the United States Postal Service that Defendant did not receive service because it was undeliverable and unable to be forwarded.

3.  On July 2, 2009, Plaintiff's counsel attempted service a second time on Defendant through its registered agent for service at the address provided on Defendant's website, Corinthia Davis, 6930 Martin Drive, Suite B, New Orleans, Louisiana 70126.  Plaintiff was notified by the United States Postal Service that Defendant did not receive service because it was undeliverable and unable to be forwarded.

4.  On October 1, 2009, Plaintiff's counsel attempted service a third time, this time by hand, on Defendant through its registered agent for service, Corinthia Davis, 650 Poydras Street, Suite 2242, New Orleans, Louisiana 70130.  Service was unsuccessful because there was no Suite 2242 at 650 Poydras Street, New Orleans, Louisiana 70130.

5.  On October 2, 2009, Plaintiff's counsel attempted service by hand a fourth time, by hand, on Defendant through its registered agent for service, Corinthia Davis, 6930 Martin Drive, Suite B, New Orleans, Louisiana 70126.  Service was unsuccessful because the address does not exist.

6.  Also on October 2, 2009, Plaintiff's counsel attempted service a fifth time, by hand, on Defendant through its registered agent for service at an address provided by the operator at the telephone number listed for Defendant, Corinthia Davis, 4441 Old Gentilly Road, New Orleans, Louisiana 70126.  Service was not successful at this location because the building was abandoned.

Plaintiff's counsel has attempted service on Defendant, Davis Professional Accounting Services, LLC by both United States Postal Mail and hand delivery at: 1) their address registered with the Louisiana Secretary of State; 2) the address provided on their website; and 3) an address provided by the operator at their listed phone number. For the reasons provided above, service at these three addresses were unsuccessful.

On May 13, 2010, Defendant, Davis Professional Accounting Services, LLC filed their Affirmative Defenses and Answer to Administrative Master Complaint and Subsequent Supplemental and Amended Administrative Master Complaints (Rec. Doc. 14105). After speaking with counsel of record for Defendant, Davis Professional Accounting Services, LLC, Heather S. Lonian, Esq. of Stone Pigman Walther Wittmann, LLC, Plaintiff's counsel confirmed the correct address for service for Defendant, which is 6373 N. Quail Hollow Road, Suite 102, Memphis, Tennessee 38120-1405.

Pursuant to Federal Rules of Civil Procedure, Rule 4(m), Plaintiff requests that this Honorable Court grant additional time to serve Defendant because Plaintiff has shown good cause for delay in service. Plaintiff exercised good faith and diligence in his attempt to serve Defendant. Plaintiff attempted to locate Defendant by searching the Louisiana Secretary of State corporate database and the internet, including Defendant's own website. Plaintiff also attempted service by two methods, all to no avail. Upon learning of Defendant's response to the Administrative Master Complaints, Plaintiff contacted Defendant's attorney to request accurate service information.

Because of Plaintiff's good faith effort and diligence in attempting service, Plaintiff requests additional time to perfect service on Defendant, Davis Professional Accounting

Services, LLC in the above referenced matter.

WHEREFORE Plaintiff respectfully moves this Honorable Court to grant Plaintiff an additional sixty (60) days to perfect service on Defendant, Davis Professional Accounting Services, LLC, and extend the deadline for service until Monday, August 23, 2010.

                                      Respectfully submitted

                                      /s/ Hugh P. Lambert
                                    HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                    LINDA J. NELSON, ESQ. (LA Bar #9938)
                                    LAMBERT & NELSON, PLC
                                    701 Magazine Street
                                    New Orleans, Louisiana 70130
                                    Telephone: (504) 581-1750
                                    Facsimile: (504) 529-2931
                                    hlambert@lambertandnelson.com
                                    lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on  June 24  , 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to counsel of record for Defendant, Davis Professional Services, LLC.

                                       /s/ Hugh P. Lambert
                                    HUGH P. LAMBERT, ESQ. (LA Bar #7933)