UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:   09-3764 | * | |
| Harvey Barnes on behalf of Gail Barnes vs. Dutchmen | * | MAGISTRATE CHASEZ |
| Manufacturing, Inc., et al. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion to Extend Time to Serve Defendant, Davis Professional Accounting Services, LLC filed on Plaintiff's behalf:

**IT IS SO ORDERED** that the deadline for Plaintiff to perfect service on Defendant, Davis Professional Accounting Services, LLC in the above referenced matter is extended until _____.

THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE