UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:   09-3764 | * | |
| Harvey Barnes on behalf of Gail Barnes vs. Dutchmen | * | MAGISTRATE CHASEZ |
| Manufacturing, Inc., et al. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel for Davis Professional Accounting Services, LLC has been contacted and objects to the filing of Plaintiff's Motion to Extend Time to Serve Defendant.

        Respectfully submitted

        /s/ Hugh P. Lambert
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

     I hereby certify that on  June 24 , 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to counsel of record for Defendant, Davis Professional Services, LLC.

                                                                   */s/ Hugh P. Lambert*
                                                                   HUGH P. LAMBERT, ESQ. (LA Bar #7933)