## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE     *     **MDL NO. 07-1873**
       PRODUCTS LIABILITY LITIGATION     *
           *     **JUDGE ENGELHARDT**
THIS DOCUMENT RELATES TO:    09-3764     *
Harvey Barnes on behalf of Gail Barnes vs. Dutchmen     *     **MAGISTRATE CHASEZ**
Manufacturing, Inc., et al.     *
           *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>NOTICE OF HEARING</u>

TO:     ALL COUNSEL OF RECORD

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Serve Defendant,

Davis Professional Accounting Services, LLC, in the above referenced matter, is hereby set

for hearing on 14th day of July, 2010, at 9:30 a.m.


                     Respectfully submitted

                     */s/ Hugh P. Lambert*
                     HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                     LINDA J. NELSON, ESQ. (LA Bar #9938)
                     LAMBERT & NELSON, PLC
                     701 Magazine Street
                     New Orleans, Louisiana 70130
                     Telephone: (504) 581-1750
                     Facsimile: (504) 529-2931
                     hlambert@lambertandnelson.com
                     lnelson@lambertandnelson.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on __June 24_____, 2010, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic

filing to all counsel of record who are CM/ECF participants.  I further certify that I

electronically mailed the foregoing document to counsel of record for Defendant, Davis

Professional Services, LLC.

*/s/ Hugh P. Lambert*_____
HUGH P. LAMBERT, ESQ. (LA Bar #7933)