UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | * * | |
| *Member Case No. 09-2892,* *Fifth Circuit Case No. 10-30349* | | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT ADDITIONAL TRANSCRIPT DESIGNATIONS
PURSUANT TO FRAP 10(b)(3)(B)**

**NOW INTO COURT**, through the undersigned counsel, come Defendants, Gulf Stream Coach, Inc. and Fluor Enterprises, Inc., who submit the following additional transcript designations as follows:

1.

On December 8, 2009, under record documents 8864, 8868, 8870, 8872, 8874, 8877, 8878, 8879, & 8880 portions of the transcript of the trial in this matter were filed in the record by the court reporter. Those portions primarily consist of the morning portions of each day of trial; afternoon portions of the trial were not transcribed and filed into the record.

2.

By May 19, 2010 appellant, subsequent to filing a Notice of Appeal, had filed two separate orders at Record Documents 14128 & 14130 for portions of the transcript in this matter. The orders requested only that *voir dire* and jury instructions be transcribed.

3.

The entire transcript of the trial was not ordered or in the record as of May 20, 2010; only a partial transcript was ordered or available.

4.

On May 26, 2010 Defendants' Liaison Counsel asked counsel for appellant to comply with FRAP 10(b)(3)(B) and (C), as demonstrated by attached Exhibit 1, email from Andrew Weinstock.

5.

On June 17, 2010 counsel for appellant served a statement of issues, as required by FRAP 10(b)(3)(A), as evidenced by the attached Exhibit 2, email from Tara Todd.

6.

Appellees Gulf Stream Coach, Inc. and Fluor Enterprises, Inc., within 14 days of service of the Appellant's Statement of Issues, thus designate the following additional parts of the proceedings to be transcribed:

All proceedings of the afternoons of trial on September 14, 2010, September 15, 2010, September 16, 2010, and September 22, 2010.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700

(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**


**MIDDLEBERG, RIDDLE & GIANNA**

BY:   s/ Richard A. Sherburne, Jr.

Dominic J. Gianna, La. Bar No. 6063
Marianne Garvey, La. Bar No. 20821
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
mgarvey@midrid.com

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
         rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## **C E R T I F I C A T E**

I hereby certify that on the 24th day of June, 2010, a copy of the foregoing Joint Additional Transcript Designations Pursuant to FRAP 10(b)(3)(B) was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system, the United States Court of Appeals for the Fifth Circuit by U.S. Mail and all other counsel of record via e-mail and U.S. Mail.

                                      s/Andrew D. Weinstock
                                    _____
                              ANDREW D. WEINSTOCK #18495
                                    andreww@duplass.com