**ANDREW WEINSTOCK**
**<andreww@duplass.com>**

05/26/2010 02:04 PM

To   Justin Woods <jwoods@gainsben.com>, Gerald Meunier <gmeunier@gainsben.com>, "'Mikal C. Watts'" <mcwatts@wgclawfirm.com>

cc   "mgarvey@midrid.com" <mgarvey@midrid.com>, "'RSherburne@midrid.com'" <RSherburne@midrid.com>, "JOSEPH G. GLASS" <jglass@duplass.com>,

bcc

Subject   Alexander-Rule 10

Justin,

In Alexander, can you please comply with Federal Appellate Rule of Procedure (10)(b)(3)(B) and (C) and inform us of the issues you intend to appeal in Alexander for both Gulf Stream and Fluor.

Andy

```
--
This email was Anti Virus checked by MRG Document Technology's
Security Gateway.
```