

**Denise Martin**
&lt;dmartin@gainsben.com&gt;

06/17/2010 03:54 PM

To "RSherburne@midrid.com" &lt;RSherburne@midrid.com&gt;, "Gerald E. Meunier" &lt;gmeunier@gainsben.com&gt;, Justin Woods &lt;jwoods@gainsben.com&gt;, ANDREW WEINSTOCK

cc "CPenot@midrid.com" &lt;CPenot@midrid.com&gt;, "mgarvey@midrid.com" &lt;mgarvey@midrid.com&gt;, Emily Jeffcott &lt;ejeffcott@wgclawfirm.com&gt;, "Mikal C. Watts"

bcc

Subject RE: 10-30349 In Re: FEMA Trailer CTA 5 - the Alexander/GS/FEI trial appeal

History:   🔁 This message has been replied to and forwarded.

Richard,

Emily Jeffcott with Mikal Watts office will be handling the Alexander/Gulfstream/FEI appeal for the PSC. Her email is ejeffcott@wgclawfirm.com.

As per the statement of issues, we believe that we have complied with both FRAP Rule 10 and 11 per the 5th Circuit's Internal Operating Procedures as outlined in the Local Rules. However, for clarity's sake, below are the issues we have identified as pertinent to this appeal.

    1.    Defendants' Peremptory Strikes Violated *Batson* and the Court's Subsequent Remedy Was Improper and Insufficient
    2.    The Jury Should Not Have Received An Instruction Regarding Gulf Stream's Government Contractor Defense
    3.    The Plaintiffs' Requested Charge No. 9 Should Have Been Given To The Jury
    4.    The Court Improperly Dismissed Plaintiffs' LPLA Claims Against Fluor

Thanks,
Tara

Tara Gilbreath Todd
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Email: ttodd@gainsben.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** RSherburne@midrid.com [mailto:RSherburne@midrid.com]
**Sent:** Thursday, June 17, 2010 2:41 PM
**To:** Gerald E. Meunier; Justin Woods; ANDREW WEINSTOCK
**Cc:** CPenot@midrid.com; mgarvey@midrid.com
**Subject:** 10-30349 In Re: FEMA Trailer CTA 5 - the Alexander/GS/FEI trial appeal

All

By order dated June 10, a joint record designation is due to be filed with the District Court asnd the 5th Circuit next week as to the Alexander/Gulfstream/FEI trial appeal. Who is handling that document for the PSC?  Andy may I assume you and Joe are handling for Gulfstream?

Also Gerry/Justin, I believe you have not yet served the statement of issues required by FRAP Rule 10(b)(3)(A).  It does not appear you have ordered the entire transcript; I ask you again to provide the statement of issues as required by the rule.

RAS
Richard A. Sherburne Jr.
Middleberg, Riddle & Gianna
450 Laurel St., Suite 1101
Baton Rouge, La. 70801

Ph: 225-381-7700
Fax: 225-381-7730

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL

CONFIDENTIALITY NOTICE:  This electronic message (and/or the documents
accompanying it) may contain confidential information belonging to the sender
which is protected by the attorney-client and/or attorney work product and/or
other legal privileges.  This information is intended only for the use of any
intended addressee.  If you are not the intended addressee, your receipt of
this message and/or any accompanying documents was inadvertent and accidental.
You are hereby notified that any disclosure, copying, distribution, or taking
any action in reliance on the contents of this information is strictly
prohibited.  If you have received this electronic message in error, please
notify the sender by reply e-mail and delete this message.  Thank you.


--
This email was Anti Virus checked by MRG Document Technology's Security
Gateway.