## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Augusta Acker, et al vs. Keystone RV Company, et al*<br>Civil Action No. 09-7798 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', TRACY BENNETT, AS NEXT FRIEND OF HARLEIGH BENNETT, A MINOR AND TRACY BENNETT, AS NEXT FRIEND OF TYLER BENNETT, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', TRACY BENNETT, AS NEXT FRIEND OF HARLEIGH BENNETT, A MINOR and TRACY BENNETT, AS NEXT FRIEND OF TYLER BENNETT, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT