UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY LITIGATION § | | SECTION "N-5" |
| § | | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | | |
| § | | |
| *Barbara Johnson, as Representative* § | | |
| of the Estate of Lessie Clark, § | | |
| Deceased, et al v. Gulf Stream § | | |
| *Coach, Inc., et al* § | | MAG. JUDGE CHASEZ |
| Civil Action No. 09-7430 § | | |

**ORDER ON PLAINTIFFS', CHINDA XAYAPHAY, BILLY XAYAPHAY, KHEMA XAYAPHAY, PRATHEUANG XAYAPHAY, SOURIYA XAYAPHAY, SYMOUNTHA XAYAPHAY, SAYASLA XAYAPHAY, AS NEXT FIEND OF RICKY XAYAPHAY, A MINOR AND MELISSA WILLIAMS NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', CHINDA XAYAPHAY, BILLY XAYAPHAY, KHEMA XAYAPHAY, PRATHEUANG XAYAPHAY, SOURIYA XAYAPHAY, SYMOUNTHA XAYAPHAY, SAYASLA XAYAPHAY, AS NEXT FIEND OF RICKY XAYAPHAY, A MINOR and MELISSA WILLIAMS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT