UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Robert Meshell. v Skyline Corporation, et al.; Case No.1:09-0839-HSO-JMR (MD-LA No. 2:10cv01362-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff who moves this Honorable Court for an Order allowing J. Rock Palermo, Esquire (LA Bar #21793), of the law firm of Bice Palermo & Vernon, LLC, to be enrolled as additional counsel of record for Plaintiff.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order enrolling J. Rock Palermo, Esquire (LA Bar #21793) as additional counsel of record.

    s:/J. Rock Palermo
J. ROCK PALERMO (#21793)
BICE, PALERMO & VERON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600 (PHONE)
(337) 310-1601 (FAX)
rock@vernonbice.com

    s:/Paul A. Dominick
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC  29401
(843) 577-9440 (PHONE)
pdominick@nexsenpruet.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 24, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                   s:/Paul A. Dominick  
                                                   NEXSEN PRUET, LLC  
                                                   205 King Street, Suite 400  
                                                   Charleston, SC  29401  
                                                   (843) 577-9440 (PHONE)  
                                                   pdominick@nexsenpruet.com