UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| DOCUMENT RELATES TO:<br>*Robert Meshell. v Skyline Corporation, et al.;*<br>*Case No.1:09-0839-HSO-JMR (MD-LA No.*<br>*2:10cv01362-KDE-ALC )* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## ORDER

The foregoing Motion to Enroll Additional Counsel of Record filed by Plaintiff having

been duly considered,

IT IS ORDERED that J. Rock Palermo (LA Bar #21793) of the law firm of Bice Palermo

& Vernon, LLC be hereby enrolled as additional counsel of record for Plaintiff in the captioned

MDL proceeding.

New Orleans, Louisiana, this _____ day of June, 2010

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE