UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Rosalind Narcisse. v Gulf Stream Coach, Inc. et al.; Case No.3:09-790-HSO-JMR (MD-LA No.  2:10cv01405-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

## ORDER

The foregoing Motion to Enroll Additional Counsel of Record filed by Plaintiff having been duly considered,

IT IS ORDERED that J. Rock Palermo (LA Bar #21793) of the law firm of Bice Palermo & Vernon, LLC be hereby enrolled as additional counsel of record for Plaintiff in the captioned MDL proceeding.

New Orleans, Louisiana, this _____ day of June, 2010

                                                                                                 _____
                                                                                                 KURT D. ENGLEHARDT
                                                                                                 UNITED STATES DISTRICT JUDGE