UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br><br>FORMALDEHYDE PRODUCTS<br><br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Gloria Jean Otis and Bernice Otis v Gulf Stream Coach, Inc. et al.; Case No.1:09-840-HSO-JMR (MD-LA No.  2:10cv01363-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## ORDER

The foregoing Motion to Enroll Additional Counsel of Record filed by Plaintiff having been duly considered,

IT IS ORDERED that J. Rock Palermo (LA Bar #21793) of the law firm of Bice Palermo & Vernon, LLC be hereby enrolled as additional counsel of record for Plaintiff in the captioned MDL proceeding.

New Orleans, Louisiana, this _____ day of June, 2010

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE