UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL SOUTHERN DISTRICT OF MISSISSIPPI CASES LISTED IN "EXHIBIT A", ATTACHED HERETO | JUDGE ENGELHARDT MAG. JUDGE ROBY |

## MOTION TO WITHDRAW COUNSEL

NOW COMES Plaintiffs, as listed in Exhibit A, and hereby file this Unopposed Motion for Withdrawal of Counsel and in support thereof would respectfully show the Court as follows:

Plaintiffs request that Lacey M. Moore, formerly of the law firm Nexsen Pruet, LLC be withdrawn as counsel of record. This withdrawal is sought with the consent of Lacey M. Moore, the approval of Plaintiffs, and is not filed for the purpose of delay.

WHEREFORE, Plaintiffs move the court to withdraw Lacey M. Moore, formerly of the law firm of Nexsen Pruet, LLC as attorney of record.

Respectfully submitted,

s/Paul A. Dominick
Paul A. Dominick
NEXSEN PRUET, LLC
205 King Street, Suite 400
Charleston, SC 29401
(843) 577-9440 (PHONE)
pdominick@nexsenpruet.com


s/Denis Erwin Vega
Denis Erwin Vega, Esq. (Fed I.D. #100000)

4323 Division Street, Ste 110  
Metairie, LA 70002  
Phone: (504) 913-8342  
Fax: (504) 885-4426  
vegaholdings@gmail.com

s/J. Rock Palermo  
J. ROCK PALERMO (#21793)  
BICE, PALERMO & VERON, L.L.C.  
P. O. BOX 2125  
LAKE CHARLES, LA 70602  
(337) 310-1600 (PHONE)  
(337) 310-1601 (FAX)  
rock@vernonbice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2010, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                      s:/Paul A. Dominick
                                                      NEXSEN PRUET, LLC
                                                      205 King Street, Suite 400
                                                      Charleston, SC  29401
                                                      (843) 577-9440 (PHONE)
                                                      pdominick@nexsenpruet.com