**EXHIBIT A**

| PLAINTIFF | MSSD CASE NUMBER | LAED CASE NUMBER |
|---|---|---|
| MICHAEL HERBERT | 1:09-CV-836-HSO-JMR | 2:10-cv-00911-KDE-ALC |
| MARY HAWKINS | 1:09-CV-837-HSO-JMR | 2:10-cv-01361-KDE-ALC |
| ROSEMARY COLEMAN | 1:09-CV-838-HSO-JMR | 2:10-cv-00912-KDE-ALC |
| ROBERT MESHELL | 1:09-CV-839-HSO-JMR | 2:10-cv-01362-KDE-ALC |
| GLORIA OTIS | 1:09-CV-840-HSO-JMR | 2:10-cv-01363-KDE-ALC |
| KATHLENE MURRAY | 1:09-CV-841-HSO-JMR | 2:10-cv-01043-KDE-ALC |
| BETTY CARTER | 1:09-CV-842-HSO-JMR | 2:10-cv-00913-KDE-ALC |
| KENYA HAWKINS | 1:09-CV-843-HSO-JMR | 2:10-cv-01364-KDE-ALC |
| DELORIS BOOTH | 1:09-CV-844-HSO-JMR | 2:10-cv-01365-KDE-ALC |
| TYESA HAWKINS | 1:09-CV-845-HSO-JMR | 2:10-cv-00914-KDE-ALC |
| TANYA BOOTH | 1:09-CV-846-HSO-JMR | 2:10-cv-00916-KDE-ALC |
| ERIK LANDRUM | 2:09-CV-273-HSO-JMR | 2:10-cv-00484-KDE-ALC |
| JAMES P. CLARK | 2:09-CV-274-HSO-JMR | 2:10-cv-00485-KDE-ALC |
| JERRY MARKHAM | 2:09-CV-275-HSO-JMR | 2:10-cv-00486-KDE-ALC |
| NEKEIDRA PARKER | 3:09-CV-789-HSO-JMR | 2:10-cv-00488-KDE-ALC |
| ROSALINE NARCISSE | 3:09-CV-790-HSO-JMR | 2:10-cv-01405-KDE-ALC |
| PAMELA GARNER | 3:09-CV-791-HSO-JMR | 2:10-cv-00489-KDE-ALC |
| T. L. MAY | 3:09-CV-792-HSO-JMR | 2:10-cv-01406-KDE-ALC |
| SHAMAR BEASLEY | 3:09-CV-793-HSO-JMR | 2:10-cv-01502-KDE-ALC |