UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Member Case No. 09-2892,* | | * | |
| *Fifth Circuit Case No. 10-30349;* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT RECORD DESIGNATIONS FOR FIFTH CIRCUIT APPELLATE REVIEW**

NOW INTO COURT, through the undersigned counsel, come Plaintiff, Alana Alexander on behalf of her minor child, Christopher Cooper, and Defendants, Gulf Stream Coach, Inc. and Fluor Enterprises, Inc., who submit the following record designations pursuant to direction from the Court of Appeals for the Fifth Circuit.

***Designation of Plaintiff Alana Alexander on behalf of her minor child, Christopher Cooper:***

1. Case No. 2:09-cv-2892 - Doc #1, 1-2, 1-3 - Complaint for Damages, *Age et al v. Gulf Stream Coach, et al;*

2. Case No. 2:07-MD-1873 - Doc #1686 - Third Supplemental and Amended Complaint filed by Alana Alexander, individually and on behalf of her minor child, Christopher Cooper;

3. Case No. 2:07-MD-1873 - Doc #1762 - Order and Reasons;

4. Case No. 2:07-MD-1873 - Doc #2410, 2410-1, 2410-2, 2410-3, 2410-4, 2401-5, 2410-6, 2410-7, 2410-8, 2410-9, 2410-10, 2410-11 - Defendant Gulf Stream Coach, Inc.'s Motion for Summary Judgment on Government Contractor Defense, Memorandum in Support, and Exhibits

5. Case No. 2:07-MD-1873 - Doc #2493-1 - Alana Alexander Declaration;

6. Case No. 2:07-MD-1873 - Doc #2743, 2743-1, 2743-2, 2743-3, 2743-4, 2743-5, 2743-6, 2743-7 - Defendant Fluor Enterprises, Inc.'s Motion for Partial Summary Judgment Regarding Claims Against It Under the Louisiana Products Liability Act, Memorandum in Support, and Exhibits;

7. Case No. 2:07-MD-1873 - Doc #2802, 2802-1, 2802-2, 2802-3, 2802-4, 2802-5, 2802-6, 2802-7, 2802-8, 2802-9, 2802-10, 2802-11, 2802-12, 2802-12, 2802-13, 2802-14 - Defendant Fluor Enterprises, Inc.'s Motion for Summary Judgment on Government Contractor Defense, Memorandum in Support, and Exhibits;

8. Case No. 2:07-MD-1873 - Doc #2884, 2884-1, 2884-2, 2884-3, 2884-4, Plaintiff's Response to Fluor Enterprises, Inc. Motion for Partial Summary Judgment Regarding Claims Against It Under the Louisiana Products Liability Act, and Exhibits;

9. Case No. 2:07-MD-1873 - Doc #2889, 2889-1, 2889-2, 2889-3, 2889-4, 2889-5, 2889-6 - Plaintiff's Response to Defendant Fluor Enterprises, Inc. Motion for Summary Judgment on Government Contractor Defense, and Exhibits;

10. Case No. 2:07-MD-1873 - Doc #2890, 2890-1, 2890-2, 2890-3, 2890-4, 2890-5, 2890-6, 2890-7, 2890-8, 2890-9, 2890-10, 2890-11, 2890-12, 2890-13, 2890-14, 2890-15 - Plaintiff's Response to Defendant Gulf Stream Coach, Inc. Motion for Summary Judgment on Government Contractor Defense, and Exhibits;

11. Case No. 2:07-MD-1873 - Doc #3076 - Order and Reasons;

12. Case No. 2:07-MD-1873 - Doc #3205 - Order and Reasons;

13. Case No. 2:07-MD-1873 - Doc #3217 - Order and Reasons;

14. Case No. 2:07-MD-1873 - Doc #3682, 3682-1 - Plaintiff's Motion for Judgment as a Matter of Law Relating to Gulf Stream and Memorandum in Support;

15. Case No. 2:07-MD-1873 - Doc #5609, 5609-1, 5609-2, 5609-3, 5609-4, 5609-5, 5609-6, 5609-7, 5609-8, 5609-9, 5609-10, 5609-11, 5609-12, 5609-13, 5609-14, 5609-15, 5609-16 - Plaintiff's Motion for New Trial or, Alternatively, for Relief from Judgment, Memorandum in Support, and Exhibits;

16. Case No. 2:07-MD-1873 - Doc #6800, Defendant Fluor Enterprises, Inc.'s Response to Plaintiff's Motion for New Trial or, Alternatively, for Relief from Judgment, Memorandum in Support, and Exhibits;

17. Case No. 2:07-MD-1873 - Doc #7111, Defendant Gulf Stream Coach Inc.'s Response to Plaintiff's Motion for New Trial or, Alternatively, for Relief from Judgment, Memorandum in Support, and Exhibits;

18. Case No. 2:07-MD-1873 - Doc #8864 – Appeal Transcript of Jury Trial Proceedings held on September 14, 2009;

19. Case No. 2:07-MD-1873 - Doc #8868 – Appeal Transcript of Motion Proceedings held on September 14, 2009;

20. Case No. 2:07-MD-1873 - Doc #8870 – Appeal Transcript of Jury Trial Morning Proceedings held on September 15, 2009;

21. Case No. 2:07-MD-1873 - Doc #13149 - Order and Reasons;

22. Case No. 2:07-MD-1873 - Doc #13200 - Notice of Appeal.

23. Case No. 2:07-MD-1873 – Appeal Transcript of Jury Instructions, September 24, 2009 - Pursuant to Fed. R. App. P. 10(b)(3), Plaintiff has filed and served upon Defendants a designation that this transcript is to be ordered – Doc #14128.

*Designations of Fluor Enterprises Inc.*

1. Case No. 2:07-MD-1873 – Doc. #109 – Administrative Master Complaint

2. Case No. 2:07-MD-1873 – Doc. #717 – Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiff's FTCA and contract claims for lack of subject matter jurisdiction

3. Case No. 2:07-MD-1873 – Doc. #1545, 1545-4, 1545-10, 1545-22 – Motion to Dismiss Plaintiff's FTCA claims for lack of subject matter jurisdiction by United States of America and various exhibits

4. Case No. 2:07-MD-1873 – Doc. #2106 – Fluor Enterprises Inc.'s Requested Jury Instructions

5. Case No. 2:07-MD-1873 – Doc. #2306 – Plaintiff's Objections to Fluor Enterprises Inc.'s Requested Jury Charges

6. Case No. 2:07-MD-1873 – Doc. #2605 – Order severing the claims of Alana Alexander, individually and on behalf of Christopher Cooper

7. Case No. 2:07-MD-1873 – Doc. #2728, 2728-2, 2728-3, 2728-4, 2728-5, 2728-6, 2728-7 – Fluor Enterprises Inc.'s Motion for Summary Judgment based on Prescription, Memorandum in Support, Statement of Uncontested Material Facts, and Exhibits attached to the memorandum

8. Case No. 2:07-MD-1873 – Doc. #2729 – Fluor Enterprises Inc.'s Motion for Summary Judgment based on Louisiana Tort Immunity for Contractors

9. Case No. 2:07-MD-1873 – Doc. #2743-8 – Exhibit to Fluor Enterprises Inc.'s Memorandum in Support of it Motion for Summary Judgment Regarding Claims Against it Under the Louisiana Products Liability Act

10. Case No. 2:07-MD-1873 – Doc. #2743-9 – Fluor Enterprises Inc.'s Statement of Uncontested Material Facts in Support of Motion for Summary Judgment Regarding Claims Against it Under the Louisiana Products Liability Act.

11. Case No. 2:07-MD-1873 – Doc. #2765 – Fluor Enterprises Inc.'s Answer to the First, Second and Third Amended Complaint

12. Case No. 2:07-MD-1873 – Doc. #2802-15 – Exhibit attached to Fluor Enterprises Inc.'s Memorandum in Support of the Motion for Summary Judgment based on Government Contractor Defense

13. Case No. 2:07-MD-1873 – Doc. #2805, 2805-2, 2805-3 – Plaintiff's Response to Fluor Enterprises Inc.'s Motion for Summary Judgment based on Prescription, Exhibit and Plaintiff's objection to Fluor Enterprises Inc.'s Statement of Uncontested Facts

14. Case No. 2:07-MD-1873 – Doc. #2889 – Plaintiff's Response to Fluor Enterprises Inc.'s Motion for Summary Judgment based on the Government Contractor Defense

15. Case No. 2:07-MD-1873 – Doc. #2897, 2897-1, 2897-2, 2897-3, 2897-4, 2897-5, 2897-6 – Plaintiff's Response to Fluor Enterprises Inc.'s Motion for Summary Judgment based on Louisiana Tort Immunity for Contractors, Exhibits

16. Case No. 2:07-MD-1873 – Doc. #2918, 2918-2 – Fluor Enterprises Inc.'s Reply to Plaintiff's Response to the Motion for Summary Judgment based on Prescription with attached Exhibit

17. Case No. 2:07-MD-1873 – Doc. #3011 – Plaintiff's Reply to Fluor Enterprises Inc.'s Reply to Plaintiff's Opposition to the Motion for Summary Judgment based on Prescription

18. Case No. 2:07-MD-1873 – Doc. #3012 – Order and Reasons relating to Fluor Enterprises Inc.'s Motion for Summary Judgment based on Prescription

19. Case No. 2:07-MD-1873 – Doc. #3022 – Fluor Enterprises Inc.'s Reply to Plaintiff's Response to the Motion for Summary Judgment based on the Government Contractor Defense

20. Case No. 2:07-MD-1873 – Doc. #3023 – Order and Reasons relating to Fluor Enterprises Inc.'s Motion for Summary Judgment based on Louisiana Tort Immunity for Contractors

21. Case No. 2:07-MD-1873 – Doc. #3087 – Fluor Enterprises Inc.'s Proposed Jury Charge

22. Case No. 2:07-MD-1873 – Doc. #3096 – Plaintiff's Reply to Fluor Enterprises Inc.'s Reply to Plaintiff's Response to the Motion for Summary Judgment based on Government Contractor Defense

23. Case No. 2:07-MD-1873 – Doc. # 3070 – Final Pretrial Order

24. Case No. 2:07-MD-1873 – Doc. # 3110 – Fluor Enterprises Inc.'s Reply to Plaintiff's Response to the Motion for Summary Judgment Regarding Claims Against Fluor under the Louisiana Products Liability Act

25. Case No. 2:07-MD-1873 – Doc. # 3489 – Joint Stipulation of Facts

26. Case No. 2:07-MD-1873 – Doc. # 3572, 3572-1 – Fluor Enterprises Inc.'s Motion for Judgment as a Matter of Law and Memorandum in Support

27. Case No. 2:07-MD-1873 – Doc. # 3625 – Plaintiff's Response to Fluor Enterprises Inc.'s Motion for Judgment as a Matter of Law

28. Case No. 2:07-MD-1873 – Doc. # 4147 – Proposed Jury Instructions

29. Case No. 2:07-MD-1873 – Doc. # 4149 – Joint Stipulations of Facts

**30.** Case No. 2:07-MD-1873 – Doc. #4757 – Judgment in favor of Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. dismissing all claims by Alana Alexander individually and/or on behalf of Christopher Cooper with prejudice

31. Case No. 2:07-MD-1873 – Doc. #5609-17 – Exhibit to Plaintiff's Memorandum in Support of the Motion for a New Trial or, alternatively, for Relief from Judgment

32. Case No. 2:07-MD-1873 – Portions of the Trial Transcript, as follows. Please note, Gulf Stream and Fluor Enterprises, Inc., have pursuant to Fed. R. App. P. 10(b)(3)(B) filed and served upon the plaintiff a designation of additional parts to be ordered, Rec Doc. 14490. The following are the additional parts of the transcript listed in that designation:

    All proceedings of the afternoons of trial on September 14, 2009 September 15, 2009, September 16, 2009, and September 22, 2009

*Designations of Gulf Stream Coach, Inc. ("Gulf Stream")*

1. Case No. 2:07-MD-1873 - Trial Exhibit 25, the FEMA unit inspection report.

2. Case No. 2:07-MD-1873 - Trial Exhibit 46, correspondence of May 11, 2006, from P. Savari to D. Lee.

3. Case No. 2:07-MD-1873 - Trial Exhibit 165, the 2004 FEMA trailer specifications.

4. Case No. 2:07-MD-1873 - Trial Exhibit 514, email correspondence of June 16, 2006, from P. Phillips to S. Miller.

5. Case No. 2:07-MD-1873 - Jury instructions from the trial of plaintiff Alana Alexander on behalf of her minor child, Christopher Cooper

6. Case No. 2:07-MD-1873 - All jury questionnaires from the trial of plaintiff Alana Alexander on behalf of her minor child, Christopher Cooper

7. Case No. 2:07-MD-1873 - Doc. No. 2410-13, Defendant Gulf Stream Coach, Inc.'s Statement of Uncontested Facts in support of its Motion for Summary Judgment on Government Contractor Defense

8. Case No. 2:07-MD-1873 – Portions of the Trial Transcript, as follows. Please note, Gulf Stream and Fluor Enterprises, Inc., have pursuant to Fed. R. App. P. 10(b)(3) filed and served upon the plaintiff a designation of additional parts to be ordered. The following are the sections listed by Gulf Stream in that designation (Rec. Doc. 14,490).

    a) 9-14, afternoon session

    b) 9-15, afternoon session

    c) 9-16, afternoon session

    d) 9-22, afternoon session

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:     s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:      504/528-9973
           gmeunier@gainsben.com

           s/Justin I. Woods
           JUSTIN I. WOODS, #24713
           PLAINTIFFS' CO-LIAISON COUNSEL
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:      504/528-9973
           jwoods@gainsben.com

           COURT-APPOINTED PLAINTIFFS'
           STEERING COMMITTEE
           ANTHONY BUZBEE, Texas # 24001820
           RAUL BENCOMO, #2932
           FRANK D'AMICO, #17519
           MATT MORELAND, #24567
           LINDA NELSON, #9938
           MIKAL WATTS, Texas # 20981820
           DENNIS REICH, Texas #16739600

**ATTORNEYS FOR PLAINTIFF**

**MIDDLEBERG, RIDDLE & GIANNA**

BY:   s/ Richard A. Sherburne, Jr.

    Dominic J. Gianna, La. Bar No. 6063
    Marianne Garvey, La. Bar No. 20821
    201 St. Charles Avenue, Suite 3100
    New Orleans, Louisiana 70170
    Telephone: (504) 525-7200
    Facsimile: (504) 581-5983
    dgianna@midrid.com
    mgarvey@midrid.com

    Charles R. Penot, Jr. (La. Bar No. 1530 &
    Tx. Bar No. 24062455)
    717 North Harwood, Suite 2400
    Dallas, Texas 75201
    Tel: (214) 220-6334; Fax: (214) 220-6807
    cpenot@midrid.com

    *-and-*

    Richard A. Sherburne, Jr., La. Bar No. 2106
    450 Laurel Street, Suite 1101
    Baton Rouge, Louisiana 70801
    Telephone: (225) 381-7700
    Facsimile: (225) 381-7730
    rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

BY:   s/Andrew D. Weinstock

    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    (504) 832-3700
    (504) 837-3119 (FAX)
    andreww@duplass.com
    jglass@duplass.com

and

**SCANDURRO & LAYRISSON**

**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com

**ATTORNEYS FOR DEFENDANT, GULF STREAM COACH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on June 24, 2010.

<u>s/Gerald E. Meunier</u>
GERALD E. MEUNIER, #9471