UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                         JUDGE ENGELHARDT

                                                         MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Mark R. Mosley, as wrongful death beneficiary
and representative of Betty O. Mosley, Deceased, et al
v Gulf Stream Coach, Inc., et al*
Case No. 2:10-cv-1356

_____

## ORDER
_____

Considering the foregoing Second Motion of Plaintiffs, Plaintiffs are allowed until August 2nd, 2010, ~~or until _____, 2010~~, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Second Motion for Extension of Time to Serve.

DATED this 24th day of June, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net