UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                              SECTION "N-5"

                                                          JUDGE ENGELHARDT

                                                          MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*
Case No. 2:10-cv-1358

___

### ORDER
___

Considering the foregoing Second Motion of Plaintiffs, Plaintiffs are allowed until August 2nd, 2010, ~~or until _____, 2010~~, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this 24th day of June, 2010 in New Orleans, Louisiana.

By: _____
     KURT D. ENGELHARDT
     UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net