IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MLU SERVICES, INC.** | ) Civil Action No. 10-CV-1531 N/5 |
| **Plaintiff** | ) |
| v. | ) Judge Kurt D. Engelhardt |
| **LANDMARK AMERICAN INSURANCE COMPANY** | ) Magistrate Judge Alma Chasez |
| **Defendant** | ) |

**This Case Relates To:**
*In re:  FEMA Trailer Formaldehyde Products
          Liability Litigation – MDL No. 1873*

## ORDER

Considering the foregoing Motion to Dismiss without Prejudice;

IT IS HEREBY ORDERED that all matters, causes of action, and claims in this controversy be and the same are hereby dismissed and discontinued, without prejudice, each party to bear its own costs.

New Orleans, Louisiana this __24th__ day of __June__, 2010.

_____
JUDGE