U.S. DISTRICT COURT

FOR THE

USDC EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA HUNTER, et al. | ) | Case No. 10-1251 N(5) |
| Plaintiff(s) | ) | |
| vs. | ) | |
| REDMAN HOMES INC. (f/k/a Dutch Homes) | ) | |
| Defendant(s). | ) | |

### SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on the 15th day of November, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order for Relief under Title 11 of Chapter 11 of the United States Code in the matters of In re Champion Enterprises, Inc. and its affiliated companies, including Redman Homes Inc. (f/k/a Dutch Homes), a defendant in this case (collectively the "Debtors") jointly administered at Case No. 09-14019 (KG). A copy of the voluntary petition for Redman Homes Inc. (f/k/a Dutch Homes) is attached hereto.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' cases or (ii) to recover any claims against the Debtors that arose

13814-001\DOCS_DE:154841.74

before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estate, or to exercise control over property of the Debtors' bankruptcy estate.

Dated: June 22, 2010

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones, Esquire
David M. Bertenthal, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esqurie
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:        ljones@pszjlaw.com
                   dbertenthal@pszjlaw.com
                   joneill@pszjlaw.com
                   tcairns@pszjlaw.com

Counsel to Debtors and Debtors in Possession