UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *James Prince, Sr., obo James Prince, Jr., et al, v. Coachmen Industires, Inc., et al, Case No. 09-6024* | * * * * | |

*********************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their complaint and First Amended Complaint for Damages in the underlying action, Case No. 09-6024. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement the First Amended Complaint, to add the following Plaintiffs:

> Mary Ayers
> Monroe Ayers
> Delice Davis
> Letitia Davis
> Letitia Davis on behalf of Q.D.
> Fannie Denson
> Anthony Dixon
> Leona Dixon
> Timothy Foret

          Irene Green
          Jamaal Green
          Shinta Scott
          Clara Scott
          Shinta Scott on behalf of J.O.
          Violet Jones
          Heidi Jones
          Violet Jones on behalf of H. J.

These plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Coachmen Industries, Inc. (Coachmen Recreational Vehicle Company, LLC). The First Amended Complaint was a PTO 40 amended complaint ordered by this Court.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.[1]

---

[1] The VIN number for the trailer the Ayers resided in is 1TC2B969061509848
The VIN Number for the trailer the Davis family resided in is 1TC2B969361306971
The VIN number for the trailer Fannie Denson resided in is 1TC2B969361307828
The VIN number for the trailer Fannie and Anthony Dixon lived in is 1TC2B969661310691
The VIN number for the trailer Timothy Forest resided in is 1TC2B218X51206936
The VIN number for the trailer the Green and Scott family resided in is 1TC2B969363001734
The VIN number for the trailer the Jones family resided in is 1TC2B969361002006

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
     Lawrence J. Centola, Jr.