UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
       FORMALDEHYDE PRODUCTS  
       LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

**THIS DOCUMENT RELATES TO:**  
*Desiree Johnson, et al v. Lakeside Park Homes, Inc., et. al EDLA No. 09-4041*  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**  
**ORLEANS PARISH**

BEFORE ME, the undersigned authority, personally came and appeared:

LAWRENCE J. CENTOLA, JR. ESQ.

Who, after being first duly sworn, did depose and state:

That he is counsel for plaintiffs in the above-captioned matter and as such has made the decision not to attempt service in case number 09-4041 as previous attempts in earlier cases (09-8327; 09-8329; 09-3881) have been returned unsuccessful through Lakeside Park Homes' Agent for Service of Process, Ben C. Jarvis, 70 Peachstate Drive, Adel, Georgia 31620.

Affiant Avers that he has received the returned original envelope and contents, from the above mentioned cases, with confirmation from the United States Postal Authorities indicating that the certified copy of the Summons and Complaint for Damages could not be delivered to addressee, Lakeside Park Homes, Inc., because it was *"not deliverable as addressed; unable to forward."*

Furthermore, Affiant has learned through the Corporations Database of the Secretary of State of Georgia that Defendant Lakeside Park Homes, Inc. was involuntarily or administratively dissolved on May 16, 2008. Other searches performed by undersigned Affiant's office for the offices and agent(s) for

Defendant, Lakeside Park Homes, Inc. has produced either: 1.) no new information, or 2.) the same property address: 70 Peachstate Drive, Adel, Georgia 31620.

Additionally, Affiant has also learned through [Rec. Doc. 3258-2] filed in this matter by attorney, Hugh P. Lambert, Esq., that an unsuccessful attempt was also made by another counsel in a related case in this MDL. This document reveals that Robert C. Hilliard likewise attempted unsuccessfully to serve the agent for Defendant, Lakeside Park Homes, Inc., at the same address. The premises located at 70 Peachstate Drive, Adel, Georgia 31620 is now vacant.

_____
LAWRENCE J. CENTOLA, JR. ESQ.

Sworn to and subscribed before me,
Notary, this 24th day of June,
2010

_____
NOTARY PUBLIC
My Commission expires with life

Chrissie L. Herrera
Notary Public
Parish of Jefferson, State of Louisiana
LA Bar Roll #29245
My Commission is issued for life

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DESIREE JOHNSON, ET AL <br> Plaintiff <br> v. <br> LAKESIDE PARK HOMES, INC., ET AL <br> Defendant | Civil Action No. 2:09-cv-4041 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Lakeside Park Homes, Inc.
Through its registered agent for service:
Ben C. Jarvis
70 Peachstate Dr.
Adel, GA 31620

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 25 2009

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*