UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

**THIS DOCUMENT RELATES TO:**
*Henry Franklin et al v. Lakeside Park Homes, Inc. EDLA No. 09-4926*
*************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**ORLEANS PARISH**

     BEFORE ME, the undersigned authority, personally came and appeared:

LAWRENCE J. CENTOLA, JR. ESQ.

Who, after being first duly sworn, did depose and state:

     That he is counsel for plaintiffs in the above-captioned matter and as such has made the decision not to attempt service in case number 09-4926 as previous attempts in earlier cases (09-8327; 09-8329; 09-3881) have been returned unsuccessful through Lakeside Park Homes' Agent for Service of Process, Ben C. Jarvis, 70 Peachstate Drive, Adel, Georgia 31620.

     Affiant avers that he has received the returned original envelope and contents, from the above mentioned cases, with confirmation from the United States Postal Authorities indicating that the certified copy of the Summons and Complaint for Damages could not be delivered to addressee, Lakeside Park Homes, Inc., because it was *"not deliverable as addressed; unable to forward."*

     Furthermore, Affiant has learned through the Corporations Database of the Secretary of State of Georgia that Defendant Lakeside Park Homes, Inc. was involuntarily or administratively dissolved on May 16, 2008. Other searches performed by undersigned Affiant's office for the offices and agent(s) for

Defendant, Lakeside Park Homes, Inc. has produced either: 1.) no new information, or 2.) the same property address: 70 Peachstate Drive, Adel, Georgia 31620.

Additionally, Affiant has also learned through [Rec. Doc. 3258-2] filed in this matter by attorney, Hugh P. Lambert, Esq., that an unsuccessful attempt was also made by another counsel in a related case in this MDL. This document reveals that Robert C. Hilliard likewise attempted unsuccessfully to serve the agent for Defendant, Lakeside Park Homes, Inc., at the same address. The premises located at 70 Peachstate Drive, Adel, Georgia 31620 is now vacant.

_____
LAWRENCE J. CENTOLA, JR. ESQ.

Sworn to and subscribed before me,
Notary, this 24th day of June, 2010

_____
NOTARY PUBLIC
My Commission expires with life

Chrissie L. Herrera
Notary Public
Parish of Jefferson, State of Louisiana
LA Bar Roll #29245
My Commission is issued for life