UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

**THIS DOCUMENT RELATES TO:**
*Keshun Mattire, et. al v. Lakeside Park Homes, Inc. EDLA No. 09-8327*
*********************************************************************

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
ORLEANS PARISH

    BEFORE ME, the undersigned authority, personally came and appeared:

    LAWRENCE J. CENTOLA, JR. ESQ.

Who, after being first duly sworn, did depose and state:

    That he is counsel for plaintiffs in the above-captioned matter and as such on February 03, 2010, deposited in the United States (Certified) Mail, postage prepaid along with a return receipt request, a Summons and Complaint for Damages in the above matter, properly addressed, to Defendant, Lakeside Park Homes, Inc., through its Agent for Service of Process, Ben C. Jarvis, 70 Peachstate Drive, Adel, Georgia 31620.

    Affiant avert that he has received the returned original envelope and contents with confirmation from the United States Postal Authorities indicating that the Certified Copy of the Summons and Complaint for Damages could not be delivered to addressee, Lakeside Park Homes, Inc., because it was *"not deliverable as addressed; unable to forward."*

    Furthermore, Affiant has learned through the Corporations Database of the Secretary of State of Georgia that Defendant Lakeside Park Homes, Inc. was involuntarily or administratively dissolved on May 16, 2008. Other searches performed by undersigned Affiant's office for the offices and agent(s) for

Defendant, Lakeside Park Homes, Inc. has produced either: 1.) no new information, or 2.) the same property address: 70 Peachstate Drive, Adel, Georgia 31620.

Additionally, Affiant has also learned through [Rec. Doc. 3258-2] filed in this matter by attorney, Hugh P. Lambert, Esq., that an unsuccessful attempt was also made by another counsel in a related case in this MDL. This document reveals that Robert C. Hilliard attempted unsuccessfully to serve the agent for Defendant, Lakeside Park Homes, Inc., at the same address. The premises located at 70 Peachstate Drive, Adel, Georgia 31620 is now vacant.

_____
LAWRENCE J. CENTOLA, JR. ESQ.

Sworn to and subscribed before me,
Notary, this 24th day of June,
2010

_____
NOTARY PUBLIC
My Commission expires with life

Chrissie L. Herrera
Notary Public
Parish of Jefferson, State of Louisiana
LA Bar Roll #29245
My Commission is issued for life

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| KESHUN MATTIRE, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) Civil Action No. | 2:09-cv-8327 |
| LAKESIDE PARK HOMES, INC. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Lakeside Park Homes, Inc.
Through Its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence Centola, Jr.

Hurricane Legal Center, LLC

600 Carondelet St., Ste. 602

New Orleans, LA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 21 2010

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



HURRICANE LEGAL CENTER, L.L.C
600 Carondelet Street Suite 602
New Orleans, Louisiana 70130
Office: (504) 525-1944  Fax: (504) 525-1279

7009 1680 0001 8685 1653

NEW ORLEANS LA DC 701
03 FEB 2010

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620