UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                                     MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION                                             SECTION "N" (5)

                                                                         JUDGE ENGELHARDT
                                                                         MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Catrina Ceaser, et al v. Lakeside Park Homes, Inc. EDLA No. 10-712*
*********************************************************************************

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
ORLEANS PARISH

BEFORE ME, the undersigned authority, personally came and appeared:

LAWRENCE J. CENTOLA, JR. ESQ.

Who, after being first duly sworn, did depose and state:

That he is counsel for plaintiffs in the above-captioned matter and as such has made the

decision not to attempt service in case number 10-712 as previous attempts in earlier cases (09-8327;

09-8329; 09-3881) have been returned unsuccessful through Lakeside Park Homes' Agent for Service of

Process, Ben C. Jarvis, 70 Peachstate Drive, Adel, Georgia 31620.

Affiant avers that he has received the returned original envelope and contents, from the above

mentioned cases, with confirmation from the United States Postal Authorities indicating that the

certified copy of the Summons and Complaint for Damages could not be delivered to addressee,

Lakeside Park Homes, Inc., because it was *"not deliverable as addressed; unable to forward."*

Furthermore, Affiant has learned through the Corporations Database of the Secretary of State of

Georgia that Defendant Lakeside Park Homes, Inc. was involuntarily or administratively dissolved on

May 16, 2008.  Other searches performed by undersigned Affiant's office for the offices and agent(s) for

Defendant, Lakeside Park Homes, Inc. has produced either: 1.) no new information, or 2.) the same property address: 70 Peachstate Drive, Adel, Georgia 31620.

Additionally, Affiant has also learned through [Rec. Doc. 3258-2] filed in this matter by attorney, Hugh P. Lambert, Esq., that an unsuccessful attempt was also made by another counsel in a related case in this MDL. This document reveals that Robert C. Hilliard likewise attempted unsuccessfully to serve the agent for Defendant, Lakeside Park Homes, Inc., at the same address.  The premises located at 70 Peachstate Drive, Adel, Georgia 31620 is now vacant.

_____

LAWRENCE J. CENTOLA, JR. ESQ.

Sworn to and subscribed before me,
Notary, this _24th_ day of _June_ ,
2010

_____

NOTARY PUBLIC
My Commission expires with life

Chrissie L. Herrera
Notary Public
Parish of Jefferson, State of Louisiana
LA Bar Roll #29245
My Commission is issued for life

O AO 440 (Rev. 04/08) Civil Summons ~~Case 2:07-md-01873-KDE-ALC   Document 12816   Filed 03/12/10   Page 1 of 2~~

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATRINA CEASER | ) |
| Plaintiff | ) |
| v. | ) |
| LAKESIDE PARK HOMES, INC. | ) |
| Defendant | ) |
| | ) |
| | ) |

Civil Action No.  2:10-cv-712

## Summons in a Civil Action

To: *(Defendant's name and address)*

Lakeside Park Homes, Inc.
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence J. Centola, Jr.
600 Carondelet St. Ste. 602
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Bregory*
Deputy clerk's signature

Date:  Mar 12 2010

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: