UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N-5 |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

*Lyndon Wright v. Forest River, et al.*, No. 09-2977

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED *EX PARTE*/CONSENT MOTION**

**UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE*/CONSENT MOTION TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION FOR REVIEW OF TAXATION OF COSTS" (Rec. Doc. 14319)**

Defendant United States of America (United States) pursuant to Local Rules hereby files this Unopposed *Ex Parte*/Consent Motion to file a Reply Memorandum in Support of its "Motion for Review of Taxation of Costs" (Rec. Doc. 14319). The Court should grant this Motion and enter the attached Order for the reasons set forth in the Memorandum filed in support of this Motion.

Undersigned government counsel certifies that government counsel has conferred with counsel of record in this case, who do not oppose this Motion.

Dated:  June 25, 2010.                              Respectfully Submitted,

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | HENRY T. MILLER |
| | Senior Trial Counsel |
| J. PATRICK GLYNN | ADAM DINNELL |
| Director, Torts Branch, Civil Division | MICHELE GREIF |
| | JONATHAN WALDRON |
| DAVID S. FISHBACK | Trial Attorneys |
| Assistant Director | |
| OF COUNSEL: | //S// Michelle Boyle |
| | MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, D.C. 20004 |
| Federal Emergency Management Agency | Telephone No:  (202) 616-4447 |
| Department of Homeland Security | E-mail:  Michelle.Boyle@USDOJ.Gov |
| Washington, D.C. 20472 | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                       //S// Michelle Boyle
                                                     MICHELLE BOYLE (Va. Bar No. 73710)