UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Lyndon Wright v. Forest River, et al.*, No. 09-2977

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED *EX PARTE*/CONSENT MOTION**

**UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED *EX PARTE*/CONSENT MOTION TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION FOR REVIEW OF TAXATION OF COSTS"**
**(Rec. Doc. 14319)**

Defendant United States of America (United States) hereby submits this Memorandum in support of its Unopposed *Ex Parte*/Consent Motion to file a Reply Memorandum in Support of its "Motion for Review of Taxation of Costs" (Rec. Doc. 14319). The United States requests permission to file the Reply Memorandum to respond to arguments made by Plaintiff that were not addressed in the United States' initial Memorandum.

Undersigned Government counsel has conferred with counsel of record for this case, who do not oppose this Motion.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex Parte*/Consent Motion, enter the attached proposed Order and instruct the Clerk of Court to file the attached Reply Memorandum.

| | |
|---|---|
| Dated:  June 25, 2010. | Respectfully Submitted, |

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>HENRY T. MILLER<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| OF COUNSEL: | //S// Michelle Boyle<br>MICHELLE BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>United States Department of Justice<br>Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No:  (202) 616-4447<br>E-mail:  Michelle.Boyle@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// Michelle Boyle
MICHELLE BOYLE (Va. Bar No. 73710)