**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION N-5

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Lyndon Wright v. Forest River, et al.*, No. 09-2977 (E.D. LA)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States of America's Unopposed *Ex Parte*/Consent Motion

to file a Reply Memorandum in Support of its "Motion for Review of Taxation of Costs" (Rec.

Doc. 14319),

**IT IS HEREBY ORDERED** that the Motion is granted.

**DONE AND SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**