UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER			MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION			SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
  Albarado, et al v. Keystone RV Company, et al., No. 09-03731

*PROPOSED ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that the claims asserted by VANESSA JILES asserted in Albarado, et al v. Keystone RV Company, et al., No. 09-3731, are hereby dismissed without prejudice, specifically reserving plaintiff's rights against all parties in other cases.

Signed this 25th day of June, 2010 in New Orleans, Louisiana.

**JUDGE**