AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20100046

**MAKE CHECKS PAYABLE TO:**

Ernest P. Gieger Jr.
Geiger Laborde & Laperouse
701 Poydras Street
Suite 4800
New Orleans, LA 70139
Phone: (504) 561-0400

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-406
New Orleans, LA 70130
Phone: (504) 589-7780

jodi_simcox@laed.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 03-15-2010
DATE DELIVERED: 03-24-2010

**Case Style:** 09-CV-2977-N, Lyndon Wright, et al v Forest River, Inc., et al
Afternoon Sessions - 3/15/10 - 3/24/10; cost of transcript and realtime feeds split three ways; one additional realtime feed provided

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 473 | 6.05 | 2,861.65 | 945 | 1.20 | 1,134.00 | | | | 3,995.65 |
| Hourly | | | | | | | | | | |
| Realtime | 473 | 3.05 | 1,442.65 | 2363 | 1.20 | 2,835.60 | | | | 4,278.25 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 8,273.90 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | Date Paid: | | | Amt: | | | TOTAL DUE: | | $8,273.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                      DATE:

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev.11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20100045

**MAKE CHECKS PAYABLE TO:**

ERNEST P. GIEGER, JR., ESQUIRE
GIEGER LABORDE LAPEROUSE
ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 4800
NEW ORLEANS, LA 70139

Phone: (504) 561-0400
FAX:   (504) 561-1011

egieger@glllaw.com

CATHY PEPPER, CCR RMR CRR
Official CourtR eporter
500 Poydras St,R oom B406
New Orleans, LA 70130

Phone: (504) 589-7779
FAX    (504) 589-7726

cathy_pepper@laed.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 03-29-2010
DATE DELIVERED: 03-29-2010

Case Style: MDL-1873, IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
DAILY COPY AND REALTIME TRANSCRIPTS OF PROCEEDINGS HELD BEFORE THE
HONORABLE KURT D. ENGELHARDT ON MARCH 15-29, 2010.
COST SPLIT EVENLY BETWEEN PARTIES.
JODI SIMCOX & TONI TUSA WILL BILL SEPARATELY

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 306 | 6.05 | 1,851.30 | 613 | 1.20 | 735.60 | | 0.90 | | 2,586.90 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 306 | 3.05 | 933.30 | 1535 | 1.20 | 1,842.00 | | | | 2,775.30 |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 5,362.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:   Amt:   TOTAL DUE: | $5,362.20 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE: 04-01-2010

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20100042

MAKE CHECKS PAYABLE TO:

Ernest P. Gieger Jr., Esq.
Gieger Laborde & Laperouse
701 Poydras Street, Suite 4800
New Orleans, LA 70139

Phone: (504) 654-1300

egieger@glllaw.com

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone: (504) 589-7778
FAX:   (504) 589-7726

tdtusa1@aol.com

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 03-23-2010

DATE DELIVERED: 03-25-2010

Case Style: 09-CV-2977-N, Lyndon Wright, et al v Forest River, Inc., et al
Morning Sessions, 3/23/10 - 3/25/10; cost of transcript and realtime feeds split three ways; one additional realtime feed provided

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 128 | 6.05 | 774.40 | 256 | 1.20 | 307.20 | | 0.90 | | 1,081.60 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 128 | 3.05 | 390.40 | 640 | 1.20 | 768.00 | | | | 1,158.40 |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 2,240.00 |
| | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | |
| | | | | | | | | | TAX (If Applicable): | |
| | | | | | | | | LESS AMOUNT OF DEPOSIT: | | |
| | | | | | | | | | TOTAL REFUND: | |
| | | | | | | | | | TOTAL DUE: | $2,240.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Toni Doyle Tusa, CCR, FCRR*

DATE: 04-01-2010

(All previous editions of this form are cancelled and should be destroyed)