# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51033 | 7/7/2009 | 28130 |
| **Job Date** | **Case No.** | |
| 6/23/2009 | | |
| **Case Name** | | |
| In Re: FEMA Trailer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Carson Strickland
Gieger Laborde Laperouse
48 Shell Square
701 Poydras St
Suite 4800
New Orleans, LA 70139

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Joseph Little

704.55

Thank you for your business!

TOTAL DUE  >>>          **$704.55**

**Tax ID:** 58-1952135

Phone: 504.654.1330   Fax:

*Please detach bottom portion and return with payment.*

Carson Strickland
Gieger Laborde Laperouse
48 Shell Square
701 Poydras St
Suite 4800
New Orleans, LA 70139

Job No.      : 28130          BU ID      : 1-TA&A
Case No.     :
Case Name    : In Re: FEMA Trailer

Invoice No.  : 51033          Invoice Date : 7/7/2009
**Total Due   : $ 704.55**

Remit To: **Tiffany Alley & Associates**
       **400 Perimeter Center Terrace, Suite 900**
       **Atlanta, GA 30346**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51273 | 7/20/2009 | 28284 |

| Job Date | Case No. |
|---|---|
| 7/6/2009 | |

| Case Name |
|---|
| In Re: FEMA Trailer |

| Payment Terms |
|---|
| Due upon receipt |

Jason Bone
Gieger Laborde Laperouse
48 Shell Square
701 Poydras St
Suite 4800
New Orleans, LA 70139

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Christopher DeRosa, Ph.D.

                                                          991.00

**TOTAL DUE >>>**     **$991.00**

Thank you for your business!

*C#90236*

**Tax ID:** 58-1952135                                      Phone: 504.654.1330    Fax:

*Please detach bottom portion and return with payment.*

Jason Bone
Gieger Laborde Laperouse
48 Shell Square
701 Poydras St
Suite 4800
New Orleans, LA 70139

| | | |
|---|---|---|
| Job No.    : 28284 | BU ID | :1-TA&A |
| Case No.    : | | |
| Case Name  : In Re: FEMA Trailer | | |
| Invoice No.  : 51273 | Invoice Date | :7/20/2009 |
| **Total Due**   : **$ 991.00** | | |

Remit To: **Tiffany Alley & Associates**
          **400 Perimeter Center Terrace, Suite 900**
          **Atlanta, GA 30346**

## PAYMENT WITH CREDIT CARD     AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23497 | 7/28/2009 | 15307 |
| **Job Date** | **Case No.** | |
| 7/7/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Jason D. Bone
Gieger, Laborde & Laperouse LLC
701 Poydras Street, 48th Floor
New Orleans, LA 70139-4800

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| David Garratt | 245.00 Pages | @ | 2.55 | 624.75 |
| Exhibit | 51.00 Pages | @ | 0.35 | 17.85 |
| Processing Fee | | | 55.00 | 55.00 |

**TOTAL DUE >>>**      **$697.60**

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      **$697.60**

*90564*

**Tax ID:** 53-0257990                                 Phone: 504-561-0400     Fax:

*Please detach bottom portion and return with payment.*

Jason D. Bone
Gieger, Laborde & Laperouse LLC
701 Poydras Street, 48th Floor
New Orleans, LA 70139-4800

Invoice No.  :  23497
Invoice Date  :  7/28/2009
**Total Due**  :  **$ 697.60**

Remit To: **Alderson Reporting Company, Inc.**
            **1155 Connecticut Ave., NW**
            **Suite 200**
            **Washington, DC 20036**

Job No.  :  15307
BU ID  :  Affiliate
Case No.  :  MDL NO. 1873
Case Name  :  In re: FEMA Trailer Formaldehyde Products
                Liability Litigation

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23532 | 7/28/2009 | 15308 |
| **Job Date** | **Case No.** | |
| 7/8/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Jason D. Bone
Gieger, Laborde & Laperouse LLC
701 Poydras Street, 48th Floor
New Orleans, LA 70139-4800

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| David Porter | 176.00 Pages | @ | 2.55 | 448.80 |
| Exhibit | 44.00 Pages | @ | 0.35 | 15.40 |
| Processing Fee | | | 55.00 | 55.00 |

| | |
|---|---|
| TOTAL DUE >>> | $519.20 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $519.20 |

CH 90564

**Tax ID:** 53-0257990                                                                                    Phone: 504-561-0400   Fax:

---

*Please detach bottom portion and return with payment.*

Jason D. Bone
Gieger, Laborde & Laperouse LLC
701 Poydras Street, 48th Floor
New Orleans, LA 70139-4800

| | | |
|---|---|---|
| Invoice No. | : | 23532 |
| Invoice Date | : | 7/28/2009 |
| **Total Due** | : | **$ 519.20** |

Remit To: **Alderson Reporting Company, Inc.**
         **1155 Connecticut Ave., NW**
         **Suite 200**
         **Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 15308 |
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23718 | 8/12/2009 | 15493 |

| Job Date | Case No. | |
|---|---|---|
| 7/24/2009 | MDL NO. 1873 | |

| Case Name | | |
|---|---|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Carson Strickland
Gieger, Laborde & Laperouse, LLC
One Shell Square
Suite 4800
701 Poydras Street
New Orleans, LA 70139

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Michael J. Lapinski | 195.00 Pages | @ | 2.55 | 497.25 |
| Exhibit | 147.00 Pages | @ | 0.35 | 51.45 |
| Processing Fee | | | 55.00 | 55.00 |

| TOTAL DUE >>> | $603.70 |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $603.70 |

*C#90715*

**Tax ID:** 53-0257990

Phone: 504-561-0400   Fax:504-561-1011

*Please detach bottom portion and return with payment.*

Carson Strickland
Gieger, Laborde & Laperouse, LLC
One Shell Square
Suite 4800
701 Poydras Street
New Orleans, LA 70139

Invoice No.   :  23718
Invoice Date  :  8/12/2009
**Total Due**   :  **$ 603.70**

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

Job No.    :  15493
BU ID      :  Affiliate
Case No.   :  MDL NO. 1873
Case Name  :  In re: FEMA Trailer Formaldehyde Products
              Liability Litigation

# INVOICE

## UNITED REPORTING, INC.

*Court Reporting Services*

1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54825 | 8/24/2009 | 83205 |

| Job Date | Case No. |
|---|---|
| 8/21/2009 | |

| Case Name |
|---|
| In Re: FEMA Railer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Carson Strickland, Esq.
Gieger, Laborde & Laperouse, LLC
701 Poydras Street
One Shell Square, Suite 4800
New Orleans, LA 70139

| | | | |
|---|---|---|---|
| Deposition Of: | | | |
| Guy Bonomo | 56.00 Pages | | 179.20 |
| Exhibits | 10.00 Pages | | 5.00 |
| Shipping & Handling ( Fed Ex ) | | | 34.00 |
| | **TOTAL DUE  >>>** | | **$218.20** |

One Certified Copy and Word Index
NR|West

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

*CH*
*90948*

**Tax ID:** 55-0793657

Phone: 504-561-0400   Fax:

---

*Please detach bottom portion and return with payment.*

Carson Strickland, Esq.
Gieger, Laborde & Laperouse, LLC
701 Poydras Street
One Shell Square, Suite 4800
New Orleans, LA 70139

| | | | | |
|---|---|---|---|---|
| Job No. | : 83205 | | BU ID | : United |
| Case No. | : | | | |
| Case Name | : In Re: FEMA Railer Formaldehyde Products Liability Litigation | | | |
| Invoice No. | : 54825 | | Invoice Date | : 8/24/2009 |
| **Total Due** | **: $ 218.20** | | | |

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:



**PROFESSIONAL SHORTHAND REPORTERS, INC.**

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137963 | 11/4/2009 | 62086 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

ORIGINAL TRANSCRIPT OF:
    Richard A. Spector, M.D., J.D. (Re: Wright)            579.60

                                                **TOTAL DUE >>>**      **$579.60**

Condensed transcript sent to deponent for reading & signing

Previously shipped

c#
9220

**Tax ID:** 72-1177884

                                                     Phone: 504-561-0400    Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

| | | |
|---|---|---|
| Invoice No. | : | 137963 |
| Invoice Date | : | 11/4/2009 |
| **Total Due** | : | **$ 579.60** |

Remit To:  **Professional Shorthand Reporters, Inc.**
             **601  Poydras Street**
             **Suite 1615**
             **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 62086 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE



**Stewart Richardson**

DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112069 | 12/2/2009 | 49734 |
| Job Date | Case No. | |
| 11/3/2009 | MDL No. 1873 | |
| Case Name | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Due upon receipt | | |

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

VIDEOGRAPHER FEES:
Elton Kiefer                                                                                        299.01

TOTAL DUE  >>>                 $299.01
AFTER 1/1/2010  PAY            $313.96

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

#92862

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

Job No.       :  49734                BU ID        : REFERRAL
Case No.      :  MDL No. 1873
Case Name  :  FEMA Trailer Formaldehyde Products Liability
                      Litigation

Invoice No.  :  112069          Invoice Date  : 12/2/2009

**Total Due   :  $ 299.01**
AFTER 1/1/2010  PAY  $313.96

**PAYMENT WITH CREDIT CARD**        AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                           Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis IN  46204**

# INVOICE

Tiffany Alley Certified Reporters
400 Perimeter Center Terrace, Suite 900
Atlanta, GA  30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54395 | 12/30/2009 | 28284 |

| Job Date | Case No. | |
|---|---|---|
| 7/6/2009 | | |

| Case Name | | |
|---|---|---|
| In Re: FEMA Trailer | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Andre Eden
Gieger Laborde Laperouse
48 Shell Square
701 Poydras St
Suite 4800
New Orleans, LA  70139

| | | |
|---|---|---|
| Christopher DeRosa - Video | | 416.25 |
| | TOTAL DUE  >>> | $416.25 |

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

*C#9 3188*

Tax ID: 58-1952135

Phone: 504.654.1330   Fax:

*Please detach bottom portion and return with payment.*

Andre Eden
Gieger Laborde Laperouse
48 Shell Square
701 Poydras St
Suite 4800
New Orleans, LA  70139

| | | |
|---|---|---|
| Invoice No. | : | 54395 |
| Invoice Date | : | 12/30/2009 |
| **Total Due** | : | **$416.25** |

| | | |
|---|---|---|
| Job No. | : | 28284 |
| BU ID | : | 1-TA&A |
| Case No. | : | |
| Case Name | : | In Re: FEMA Trailer |

Remit To:   **Tiffany Alley Certified Reporters**
            **400 Perimeter Center Terrace, Suite 900**
            **Atlanta, GA  30346**

# INVOICE

United Video and Teleconference Center
1218 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
Phone:954-525-0911   Fax:954-463-3743

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60236 | 12/29/2009 | 83206 |

| Job Date | Case No. | |
|---|---|---|
| 8/21/2009 | | |

| Case Name |
|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Jason Bone, Esq.
Gieger, Laborde & Laperouse, LLC
701 Poydras Street
One Shell Square, Suite 4800
New Orleans LA 70139

Video Deposition Of:
    Guy Bonomo
        DVD Copies

                                75.00

**TOTAL DUE >>>**     **$75.00**

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

C # 92916

**Tax ID:** 20-0317627

Phone: 504-561-0400   Fax:

---

*Please detach bottom portion and return with payment.*

Jason Bone, Esq.
Gieger, Laborde & Laperouse, LLC
701 Poydras Street
One Shell Square, Suite 4800
New Orleans LA 70139

| | | |
|---|---|---|
| Invoice No. | : | 60236 |
| Invoice Date | : | 12/29/2009 |
| **Total Due** | : | **$ 75.00** |

Remit To: **United Video and Teleconference Center, Inc.**
           **1218 S.E. 3rd Avenue**
           **Fort Lauderdale FL 33316**

| | | |
|---|---|---|
| Job No. | : | 83206 |
| BU ID | : | Video |
| Case No. | : | |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



www.naegelireporting.com

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

*JASON D. BONE ESQUIRE*
GIEGER LABORDE AND LAPEROUSE LLC
701 POYDRAS STREET, SUITE 4800
ONE SHELL SQUARE
NEW ORLEANS,LA 70139

| | | | |
|---|---|---|---|
| Asg. Date: | 12/14/2009 | | |
| Case\Assg No. | 11303-7 | Invoice # | 40467 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 12/31/2009 |

*COPY / INDEX  VIDEO DEPOSITION OF  COREEN A. ROBBINS*

**Remarks**

FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $1,195.00, EXHIBITS $197.50, DELIVERY $60.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,452.50 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,452.50 |

Phone: (800) 528-3335

Net Terms:  30 Days

Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:

Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA   ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                                    Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)



# Unique Video Creations

2450 Tim Gamble Pl
Tallahassee, Fl  32308
850-877-9010

**Invoice No.**        20100114

## *INVOICE*

| Customer | |
|---|---|
| Name | GEIGER, LABORDE, & LAPEROUSE |
| Address | 701 Poydras St |
| City | New Orleans     State LA     ZIP 70139 |
| Phone | |

| | |
|---|---|
| Date | 1/14/2010 |
| Order No. | |
| Rep | Krishna |
| Contact Person | Jason Bone |

| Qty | | Unit Price | TOTAL |
|---|---|---|---|
| 1 | **01-14-10 DVD copy of Video Deposition of Dr. James C. Robert** | $50.00 | $50.00 |
| | *Lyndon R. Wright, et al.* | | |
| | *v* | | |
| | *Forest River, Inc., et al.* | | |
| | *Case No. 2009-2977* | | |
| | Shipped to: **Above address** | | |
| | **USPS tracking #9405 5036 9930 0119 8269 72** | | |

| | |
|---|---|
| SubTotal | $50.00 |
| S & H | $15.00 |
| State Taxes | $3.75 |
| TOTAL | $68.75 |

| Payment Details |
|---|
| ○ Cash |
| ⊙ Check |

Office Use Only

*Visit www.uniquevideocreations.com for all your video needs*

*Thank you for the opportunity to serve you!*



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141347 | 2/22/2010 | 56362 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re:  FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

One copy of the video of:
   Brian Dekle

                                        130.00

Copy of video ordered by Andre'

           **TOTAL DUE  >>>**      **$130.00**

**Tax ID:** 72-1177884

Phone: 504-561-0400    Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

| | | |
|---|---|---|
| Invoice No. | : | 141347 |
| Invoice Date | : | 2/22/2010 |
| **Total Due** | : | **$ 130.00** |

Remit To: **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 56362 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In RE:  FEMA Trailer Formaldehyde Products Liability Litigation |

Gieger, Laborde
c/o Andre Eaton

Date: March 2, 2010

Purchase
Order #

**INVOICE**
**# 8979**



**PROFESSIONAL VIDEO PRODUCTION**
P.O. Box 12352    Pensacola, FL 32591
(850) 433-1232    FAX (850) 433-1231
E-MAIL / TVIDEOTAPE@AOL.COM
F.E.I.N. # 59-3217915

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | *Video*<br>Deposition of: **EDITH YOUNG**<br>January 22, 2010<br>**WRIGHT vs. FOREST RIVER, ET AL**<br>Case # 09-2977<br>Attorney: Aaron Ahlquist<br><br>FED EX<br><br><br><br>*File #*<br>*0200-24-7* | | 135.00<br>- 35.00<br>170.00 |
| | | SUB TOTAL | 170.00 |
| | Make check payable to: **THE VIDEO TAPE CO.** | TAX | |
| | | **TOTAL** | 170.00 |

# INVOICE

Ace-Federal Reporters, Inc.
616 H Street, N.W.
Suite 550
Washington, DC 20001
Phone:202-347-3700   Fax:202-737-3638

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 137072 | 3/4/2010 | 29422 |

| Job Date | Case No. | |
|---|---|---|
| 2/5/2010 | | |

| Case Name |
|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Mr. Jason Bone
Gieger, Laborde & Laperouse, LLC
701 Poydras Street
48th Floor
New Orleans, LA 70139-4800

10 DAY DELIVERY - CERTIFIED TRANSCRIPT COPY OF:

| | | | | |
|---|---|---|---|---|
| Brian Boyle | | | | |
| Etrans ==>Email | 175.00 Pages | @ | 2.50 | 437.50 |
| Exhibits PDF Format | | | 0.00 | 0.00 |
| FedEx | 89.00 | @ | 0.35 | 31.15 |
| DVD- MPEG-1 | | | 43.24 | 43.24 |
| Archival Fee | 3.00 | @ | 50.00 | 150.00 |
| FedEx | | | 20.00 | 20.00 |
| | | | 33.17 | 33.17 |

| | |
|---|---|
| TOTAL DUE >>> | $715.06 |
| AFTER 4/3/2010 PAY | $725.79 |

**Tax ID:** 53-0261591

*Please detach bottom portion and return with payment.*

Mr. Jason Bone
Gieger, Laborde & Laperouse, LLC
701 Poydras Street
48th Floor
New Orleans, LA 70139-4800

| | | | |
|---|---|---|---|
| Job No. | : 29422 | BU ID | :1-ACE |
| Case No. | : | | |
| Case Name | : In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 137072 | Invoice Date | :3/4/2010 |

**Total Due : $ 715.06**
AFTER 4/3/2010 PAY $725.79

Remit To: **Ace-Federal Reporters, Inc.**
**616 H Street, N.W.**
**Suite 550**
**Washington, DC 20001**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

129490                    8/27/2008                    56341

8/20/2008          1873

In Re:  FEMA Trailer Formaldehyde Products Liability
Litigation

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor          Net 30
701 Poydras Street
New Orleans, LA  70139

1 COPY OF TRANSCRIPT OF:

     The Shaw Group, Inc. through James R. Brixius                              469.45

| | |
|---|---|
| TOTAL DUE >>> | $469.45 |
| (-) Payments/Credits: | 469.45 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 72-1177884                              Phone: 504-561-0400   Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

| | | |
|---|---|---|
| Invoice No. | : | 129490 |
| Invoice Date | : | 8/27/2008 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 56341 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

Remit To:   **Professional Shorthand Reporters, Inc.**
            **601  Poydras Street**
            **Suite 1615**
            **New Orleans, LA  70130**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141634 | 3/2/2010 | 56342 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

One copy of the video of:
   The Shaw Group through James Brixius                                                130.00

                                                           TOTAL DUE  >>>            $130.00

Ordered by Andrea

C#9421/2

**Tax ID:** 72-1177884                                        Phone: 504-561-0400    Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

| | | |
|---|---|---|
| Invoice No. | : | 141634 |
| Invoice Date | : | 3/2/2010 |
| **Total Due** | : | **$ 130.00** |

Remit To: **PSR Video Services**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 56342 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(211) 667-1161

## NOTIFICATION OF TRANSCRIPTS & VIDEOS TO BE DELIVERED C.O.D.

### TO
### JASON D. BONE, ESQUIRE

SCHEDULED DELIVERY DATE:  1/13/2010

| | | | |
|---|---|---|---|
| *CASE:* | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *FILE # :* | 11303-7, 11303-8, 11303-9, 11303-10 |
| *DEPOSITION OF:* | COREEN A. ROBBINS, BRUCE J. KELMAN, JOHN D. OSTERAAS PhD, G. GRAHAM ALLAN | *INVOICE #:* | 40467, 40475, 40480, 40488, 40496, 40455, 40463 |
| *ASSIGNMENT DATE:* | 12/14/09, 12/15/09, 12/16/09, 12/17/09 | | |

## TOTAL  C.O.D. AMOUNT DUE
## $5,510.70

You should receive  8  pages including this cover sheet. Please call our office @ 800-528-3335 to pay by Credit Card, or complete the Credit Card information request at the bottom of the invoice and fax it back to Naegeli/Accounting at 503-450-9621, or if you prefer, you may have a check payable to Naegeli Reporting Corporation in the amount indicated above ready for the courier at the time of delivery.

*This information and all attachments transmitted herein are intended for the express use of the recipient for official use in matters pertaining to business with this firm. Any other use or distribution of these materials are expressly prohibited without written permission from the sender. All materials are to be returned IMMEDIATELY to Naegeli Reporting Corporation.*

CLIENT FAX:
504-561-1011

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544



Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

*www.naegelireporting.com*

JASON D. BONE ESQUIRE
GIEGER LABORDE AND LAPEROUSE LLC
701 POYDRAS STREET, SUITE 4800
ONE SHELL SQUARE
NEW ORLEANS,LA 70139

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/14/2009 | | |
| Case\Assg No. | 11303-7 | Invoice # | 40467 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 12/31/2009 |

*COPY / INDEX  VIDEO DEPOSITION OF  COREEN A. ROBBINS*

<u>Remarks</u>
FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $1,195.00, EXHIBITS $197.50, DELIVERY $60.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,452.50 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,452.50 |

Net Terms:  30 Days

Phone:  (800) 528-3335                                                                 Fax:  (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card #                                             Exp. Date         Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544



Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

*www.naegelireporting.com*

**JASON D. BONE ESQUIRE**
GIEGER LABORDE AND LAPEROUSE LLC
701 POYDRAS STREET, SUITE 4800
ONE SHELL SQUARE
NEW ORLEANS,LA 70139

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/14/2009 | | |
| Case\Assg No. | 11303-7 | Invoice # | 40475 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 12/31/2009 |

**VIDEOGRAPHER MEDIA COPY / DEPOSITION OF  COREEN A. ROBBINS**

Remarks
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $735.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $735.00 |

Net Terms:  30 Days

**Phone: (800) 528-3335**                                                          **Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                                    Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000



Coeur d'Alene, ID
(208) 667-1163

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

*JASON D. BONE ESQUIRE*
GIEGER LABORDE AND LAPEROUSE LLC
701 POYDRAS STREET, SUITE 4800
ONE SHELL SQUARE
NEW ORLEANS,LA 70139

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/15/2009 | Invoice # | 40480 |
| Case\Assg No. | 11303-8 | Invoice Date | 12/31/2009 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

*COPY / INDEX  VIDEO DEPOSITION OF  BRUCE J. KELMAN*

<u>Remarks</u>
FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $705.55, EXHIBITS $180.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $885.55 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $885.55 |

Phone: (800) 528-3335

Net Terms: 30 Days

Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA   ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐☐☐   ☐☐☐☐

Credit Card #

Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544



Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

www.naegelireporting.com

**JASON D. BONE ESQUIRE**
GIEGER LABORDE AND LAPEROUSE LLC
701 POYDRAS STREET, SUITE 4800
ONE SHELL SQUARE
NEW ORLEANS, LA 70139

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/15/2009 | | |
| Case\Assg No. | 11303-8 | Invoice # | 40488 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 12/31/2009 |

*VIDEOGRAPHER MEDIA COPY / DEPOSITION OF  BRUCE J. KELMAN*

Remarks
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $440.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $440.00 |

Net Terms: 30 Days

Phone: (800) 528-3335

Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card #

Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION



Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

*JASON D. BONE ESQUIRE*
GIEGER LABORDE AND LAPEROUSE LLC
701 POYDRAS STREET, SUITE 4800
ONE SHELL SQUARE
NEW ORLEANS,LA 70139

Tax Number: 93-1079908

| Asg. Date: | 12/16/2009 | | |
| --- | --- | --- | --- |
| Case\Assg No. | 11303-9 | Invoice # | 40496 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 12/31/2009 |

*COPY / INDEX  VIDEO DEPOSITION OF  JOHN D. OSTERAAS PhD*
Remarks
FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $569.85, EXHIBITS $365.00.

THANK YOU FOR YOUR BUSINESS!

| | |
| --- | --- |
| Total Amount $ | $934.85 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $934.85 |

Phone: (800) 528-3335

Net Terms: 30 Days

Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:
NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐☐

Credit Card #                         Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

Jan 08 10 12:39p                                                                    p.7

# NAEGELI REPORTING CORPORATION



| | | |
|---|---|---|
| **Portland, OR**<br>(503) 227-1544 | | **Seattle, WA**<br>(206) 622-3376 |
| **Spokane, WA**<br>(509) 838-6000 | | **Coeur d'Alene, ID**<br>(208) 667-1163 |

*www.naegelireporting.com*

**JASON D. BONE ESQUIRE**
GIEGER LABORDE AND LAPEROUSE LLC
701 POYDRAS STREET, SUITE 4800
ONE SHELL SQUARE
NEW ORLEANS,LA 70139

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/17/2009 | | |
| Case\Assg No. | 11303-10 | Invoice # | 40455 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | Invoice Date | 12/31/2009 |

*COPY / INDEX  VIDEO DEPOSITION OF  G. GRAHAM  ALLAN*
Remarks
FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $646.55, EXHIBITS $76.25.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $722.80 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $722.80 |

Net Terms:  30 Days

**Phone: (800) 528-3335**                                      **Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed                Charge my credit card:
  Please Make Checks Payable to:        ☐ VISA  ☐ MasterCard
                                        ☐ American Express

NAEGELI REPORTING CORPORATION

Signature (as it appears on your credit card)

_____

Print Name (as it appears on your credit card)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐

Credit Card #                    Exp. Date      Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544



Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

*www.naegelireporting.com*

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

*JASON D. BONE ESQUIRE*
GIEGER LABORDE AND LAPEROUSE LLC
701 POYDRAS STREET, SUITE 4800
ONE SHELL SQUARE
NEW ORLEANS,LA 70139

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/17/2009 | | |
| Case\Assg No. | 11303-10 | Invoice # | 40463 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 12/31/2009 |

*VIDEOGRAPHER MEDIA COPY / DEPOSITION OF  G. GRAHAM  ALLAN*
<u>Remarks</u>
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $340.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $340.00 |

Net Terms: 30 Days

Phone: (800) 528-3335

Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #

Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)