# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES
*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103498 | 8/13/2008 | 43380 |
| **Job Date** | **Case No.** | |
| 8/6/2008 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jason D. Bone
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans, LA 70139-4800

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Doug Gaeddert - Forest River, Inc. 30(b)(6) | 577.15 |
| | **TOTAL DUE >>>**  **$577.15** |
| | AFTER 9/2/2008  PAY  $606.01 |

Thank you.  Your business is appreciated.

Great news!  Stewart Richardson has opened its newest office in Evansville!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Jason D. Bone
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans, LA 70139-4800

| | | | |
|---|---|---|---|
| Job No. | : 43380 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 103498 | Invoice Date | : 8/13/2008 |
| **Total Due** | : **$577.15** | | |
| AFTER 9/2/2008  PAY  $606.01 | | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                     Amount to Charge:
Cardholder's Signature:

Remit To:  **Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:202-289-2260  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27775 | 12/14/2009 | 15494 |

| Job Date | Case No. | |
|---|---|---|
| 7/24/2009 | MDL NO. 1873 | |

| Case Name | | |
|---|---|---|
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Andre Eden
Gieger Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA  70139

Michael Lapinski
    Synchronized video on DVD

| | | | |
|---|---|---|---|
| 4.75 Hours | @ | 45.00 | 213.75 |

TOTAL DUE >>>   **$213.75**

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   **$213.75**

C#93012

**Tax ID:** 53-0257990

Phone: (504)561-0400   Fax:(504)561-1011

*Please detach bottom portion and return with payment.*

Andre Eden
Gieger Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA  70139

Invoice No.   :  27775
Invoice Date  :  12/14/2009
**Total Due**   :  **$ 213.75**

Remit To: **Alderson Reporting Company, Inc.**
       **1155 Connecticut Ave., NW**
       **Suite 200**
       **Washington, DC  20036**

Job No.    :  15494
BU ID      :  Affiliate
Case No.   :  MDL NO. 1873
Case Name  :  In re: FEMA Trailer Formaldehyde Products
           Liability Litigation

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27774 | 12/14/2009 | 15423 |
| **Job Date** | **Case No.** | |
| 7/14/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andre Eden
Gieger Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA  70139

---

Martin McNeese
    Synchronized video on DVD

|  | 2.75 Hours | @ | 45.00 | 123.75 |
|---|---|---|---|---|

**TOTAL DUE >>>**                  **$123.75**

**(-) Payments/Credits:**       0.00
**(+) Finance Charges/Debits:**    0.00
**(=) New Balance:**              **$123.75**

---

**Tax ID:** 53-0257990                                Phone: (504)561-0400   Fax:(504)561-1011

*Please detach bottom portion and return with payment.*

Andre Eden
Gieger Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA  70139

Invoice No.    :   27774
Invoice Date   :   12/14/2009
**Total Due**      **:   $ 123.75**

Remit To: **Alderson Reporting Company, Inc.**
            **1155 Connecticut Ave., NW**
            **Suite 200**
            **Washington, DC  20036**

Job No.       :   15423
BU ID         :   Affiliate
Case No.      :   MDL NO. 1873
Case Name    :   In re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137894 | 11/2/2009 | 62087 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/29/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Video services for the deposition of:
Dr Richard Spector

532.50

TOTAL DUE >>> **$532.50**

Ctt
92204

**Tax ID:** 72-1177884

Phone: 504-561-0400   Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.    :  137894
Invoice Date  :  11/2/2009
**Total Due**    :  **$ 532.50**

Remit To:  **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.     :  62087
BU ID       :  3-VIDEO
Case No.    :  1873
Case Name   :  In Re: FEMA Trailer Formaldehyde products Liability Litigation

# AMERICAN COURT REPORTING COMPANY, INC.

Our IRS Number is
58-2429160

(404) 892-1331
(800) 445-2842

52 EXECUTIVE PARK SOUTH
SUITE 5201
ATLANTA, GEORGIA 30329
January 19, 2010

Certified Court Reporting

Atlanta's High-Tech
Court Reporting Company

Jason D. Bone, Esquire
Geiger, Laborde & Laperouse, LLC
701 Poydras Street
Suite 4800
New Orleans, Louisiana 70139

**INVOICE NO:** 10-0107

Net: 30 DAYS

| | | | |
|---|---|---|---|
| **IN RE:** | FEMA Trailer Formaldehyde Products Laibility Litigation | | |
| **JURISDICTION:** | USDC Eastern Dist of LA (MDL # 1873) | **CASE NO:** | Section "N" (5) |
| **DEPOSITION OF:** | Nathan Todd Dorris, Ph.D. | **HEARD:** | 1/4/10  9:00 AM |
| **TRANSCRIPTION OF:** | | **JOB NO:** | 59732 |

| | | |
|---|---|---|
| **TRANSCRIPT COST** | Copy (Technical) | 730.00 |
| **TRANSCRIPT COST** | | |
| **TRANSCRIPT COST** | | |
| **REPORTER'S TAKE-DOWN** | | |
| **APPEARANCE FEE** | | |
| **TRAVEL** | | |
| **DELIVERY AND HANDLING** | | 16.50 |
| **OTHER** | Copying Exhibits | 192.50 |
| **OTHER** | Minuscript with Key-Word Index | 0.00 |
| **OTHER** | Etran, Ascii & Mini via Email | 0.00 |
| **OTHER** | | |

PML/1 /237/66.40

*Outstanding balances bear
interest at the rate of 1.5% per month*

**GRAND TOTAL** 939.00

*If payment is received by* 02/18/10    *please remit* 872.60

To Insure Proper Credit, Return PINK COPY With Remittance

# For the Record Reporting, Inc.

1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL 32317-2042
(850) 222-5491 Phone  (850) 224-5316 Fax
Tax ID: 59-3616998

January 27, 2010

Jason D. Bone, Esquire
Geiger, LaBorde & Laperouse, LLC
Forty-Eighth Floor
One Shell Plaza, 701 Poydras Street
New Orleans, LA 70139-4800
(504) 654-1325

| Invoice Number |
| :---: |
| C 8299 |

**Re:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation
Case No. 09-2977
Telephonic Videotaped Deposition of Robert C. James, Ph.D.

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| Transcript copy | Inv. No. 8299, Taken on 01/14/10 | 164.00 | 2.25 | 369.00 |
| ASCII disk - n/c | | 1.00 | 0.00 | n/c |
| Exhibit copy | | 430.00 | 0.52 | 223.60 |
| Mini-transcript and index - n/c | | 1.00 | 0.00 | n/c |
| Shipping | UPS 2ND DAY AIR | 1.00 | 11.93 | 11.93 |
| | | **Invoice total:** | | **$604.53** |
| | | After 02/26/10: | | $616.45 |
| Please call for balance after 04/27/10. | | After 03/28/10: | | $628.38 |

Payment due upon receipt. Thank you

Anchor Court Reporting

P.O. Box 12444
Pensacola, FL  32591

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/10/2010 | 10-0509PE |

---

**Bill To**

JASON BONE, ESQUIRE
GIEGER, LABORDE
701 POYDRAS STREET
SUITE 4800
NEW ORLEANS, LA  70139

---

| Terms | Federal I.D. No. |
|-------|------------------|
|       | 59-3062292 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| | | IN RE:  FEMA TRAILER VIDEOTAPED DEPOSITION TAKEN ON 1/22/10  Edith Young, 197 pgs | | |
| Transcript Copy | 197 | TRANSCRIPT, 1 COPY | 2.00 | 394.00 |
| B&W exhibit | 112 | | 0.25 | 28.00 |
| Condensed Tra... | 1 | CONDENSED TRANSCRIPT & WORD INDEX - NO CHARGE | 0.00 | 0.00 |
| Fed Ex | 1 | | 28.00 | 28.00 |

| **Total** | $450.00 |
|-----------|---------|

PAYMENT DUE UPON RECEIPT

12% interest will be added to invoices not paid within 30 days

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 850-432-2511 | 850-432-2302 | anchorreporters@aol.com |



# INVOICE

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

**DEPOSITION SERVICES**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111747 | 11/16/2009 | 49596 |
| **Job Date** | **Case No.** | |
| 11/4/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

1 CERTIFIED COPY OF TRANSCRIPT OF:

Jeffrey Burian

535.61

**TOTAL DUE  >>>**                  **$535.61**
AFTER 12/6/2009 PAY            $562.39

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

Job No.      : 49596         BU ID       : SRA
Case No.     : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
                  Litigation
Invoice No.  : 111747        Invoice Date : 11/16/2009
**Total Due  : $ 535.61**
AFTER 12/6/2009 PAY $562.39

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN  46204**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111760 | 11/16/2009 | 49594 |

| Job Date | Case No. | |
|---|---|---|
| 11/3/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Elton Keifer                                               548.30

                    **TOTAL DUE  >>>**        **$548.30**
                    AFTER 12/6/2009  PAY      $575.72

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

Job No.   : 49594         BU ID    : SRA
Case No.   : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
               Litigation

Invoice No. : 111760      Invoice Date : 11/16/2009
**Total Due  : $ 548.30**
AFTER 12/6/2009  PAY $575.72

Remit To: **Stewart Richardson & Associates, Inc.**
       **One Indiana Square, Suite 2425**
       **211 N. Pennsylvania**
       **Indianapolis IN  46204**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26064 | 10/27/2009 | 16815 |
| **Job Date** | **Case No.** | |
| 10/16/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Carson Strickland
Gieger, Laborde & Laperouse, LLC
One Shell Square
Suite 4800
701 Poydras Street
New Orleans, LA 70139

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Bellance "Faye" Green | | | | |
|    147.00 Pages | @ | 2.55 | 374.85 |
| Exhibit    267.00 Pages | @ | 0.35 | 93.45 |
| Processing Fee | | 55.00 | 55.00 |

| | |
|---|---|
| TOTAL DUE  >>> | **$523.30** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$523.30** |

C#92040

**Tax ID:** 53-0257990

Phone: 504-561-0400   Fax:504-561-1011

*Please detach bottom portion and return with payment.*

Carson Strickland
Gieger, Laborde & Laperouse, LLC
One Shell Square
Suite 4800
701 Poydras Street
New Orleans, LA 70139

Invoice No.   :   26064
Invoice Date  :   10/27/2009
**Total Due**    :   **$ 523.30**

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

Job No.      :   16815
BU ID        :   Affiliate
Case No.     :   MDL NO. 1873
Case Name    :   In re: FEMA Trailer Formaldehyde Products
                 Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137812 | 10/29/2009 | 56361 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2008 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

1 COPY OF TRANSCRIPT OF:
    North American Catastrophe Services, Inc. through Brian Dekle                402.80

                                                        **TOTAL DUE  >>>            $402.80**

C#92204

Tax ID: 72-1177884                                    Phone: 504-561-0400   Fax:504-566-1011

---

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.    :  137812
Invoice Date   :  10/29/2009
**Total Due      :  $ 402.80**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.     :  56361
BU ID       :  1-REP
Case No.    :  1873
Case Name   :  In Re: FEMA Trailer Formaldehyde products
               Liability Litigation



# Midwest Reporting, Inc.

## Video Productions

Number: 10073-V

Date:    January 19, 2010

**Bill To:**

Mr. Ernest Gieger
Gieger, Laborde & Laperouse, LLC
Forty-Eighth Floor
One Shell Square
New Orleans, LA 70139-4800

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| January 19, 2010 | January 19, 2010 | | Video/Sara |

| Description | Amount |
|---|---|
| Videotaped Examination of Doug Gaeddert | |
| Appearance fee | 230.00 |
| | |
| *PAYMENT DUE UPON RECEIPT!* | |
| *THANK YOU* | |
| | |
| **Total** | **$230.00** |

*1448 Lincolnway East*
*South Bend, Indiana  46613*

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111722 | 11/16/2009 | 49597 |
| **Job Date** | **Case No.** | |
| 11/5/2009 | MDL No. 1873 | |

| **Case Name** |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

| **Payment Terms** |
|---|
| Due upon receipt |

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Doug Gaeddert - Forest River, Inc 30(b)(6)

530.60

**TOTAL DUE  >>>**        **$530.60**
AFTER 12/6/2009  PAY          $557.13

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Ernest P. Gieger, Jr.
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

Job No.      : 49597          BU ID      : SRA
Case No.    : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
                  Litigation
Invoice No. : 111722          Invoice Date : 11/16/2009
**Total Due  : $ 530.60**
AFTER 12/6/2009  PAY  $557.13

Remit To: **Stewart Richardson & Associates, Inc.**
              **One Indiana Square, Suite 2425**
              **211 N. Pennsylvania**
              **Indianapolis IN  46204**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136551 | 9/3/2009 | 61419 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Stanley Larson | | 85.80 |
| 1 COPY OF TRANSCRIPT OF: | | |
| Michael Harder | | 120.90 |
| | **TOTAL DUE >>>** | **$206.70** |

Previously shipped

CH 9/88S

**Tax ID:** 72-1177884                           Phone: 504-561-0400    Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

| | | |
|---|---|---|
| Invoice No. | : | 136551 |
| Invoice Date | : | 9/3/2009 |
| **Total Due** | : | **$ 206.70** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61419 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

COMPLETE LITIGATION SUPPORT

# Invoice

490 Park, Suite 205
Beaumont, TX 77701
Office: 409-839-8800
Fax: 409-839-8828

| DATE | INVOICE NO. |
|------|-------------|
| 12/8/2009 | 18308 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Gieger, LaBorde & Laperouse<br>701 Poydras Street, Suite 4800<br>New Orleans, LA  70139 | ATTN:  Andre |

PAYMENT FOR THIS WORK PRODUCT IS NOT CONTINGENT
UPON YOUR CLIENT'S ABILITY TO PAY NOR THE ABILITY OF
ANY THIRD PARTY TO PAY.

| Rep | Job Code | Tax ID 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 |
|-----|----------|--------------------|
| HPR | | |

| Description | | Amount |
|-------------|--|--------|
| Copy, Video Depo: Stanley Larson  08/20/09 | | 140.00 |
| M-Peg Encoding: | | 100.00 |
| | | |
| In Re:  FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | | |
| Special Instructions:  Fed Ex overnite AM delivery as per Andre | | |

C#
92615

| Thank You. We Appreciate Your Business! | Total | $240.00 |
|------------------------------------------|-------|---------|
| | **Balance Due** | $240.00 |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26711 | 11/17/2009 | 15422 |

| Job Date | Cause No. | |
|---|---|---|
| 7/14/2009 | MDL NO. 1873 | |

| Case Name | | |
|---|---|---|

In re: FEMA Trailer Formaldehyde Products Liability
Litigation

Andre Eden
Gieger Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA 70139

| Payment Terms | | |
|---|---|---|

Due upon receipt

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Martin McNeese                                                                         339.15

    Exhibit                            26.00  Pages         @            0.35            9.10

    Processing Fee                                                     55.00           55.00

| | |
|---|---|
| TOTAL DUE >>> | $403.25 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges: | 0.00 |
| (=) New Balance: | 403.25 |

**Tax ID:** 53-0257990

Phone: (504)561-0400   Fax:(504)561-1011

*Please detach bottom portion and return with payment.*

---

Andre Eden
Gieger Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA 70139

| | | |
|---|---|---|
| Invoice No. | : | 26711 |
| Invoice Date | : | 11/17/2009 |
| **Total Due** | : | **$ 403.25** |

Remit To: **Alderson Reporting Company, Inc.**
        **1155 Connecticut Ave., NW**
        **Suite 200**
        **Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 15422 |
| BU ID | : | Affiliate |
| Cause No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |



*Offices*
*Nationwide*

# CAPITAL
REPORTING COMPANY®

Questions?
(866) 448 - DEPO (3376)

# I.JVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54629 | 1/12/2010 | 21022 |
| **Job Date** | **Case No.** | |
| 9/23/2008 | MDL 1873 | |
| **Case Name** | | |
| Fema Trailer Fomaldehyde Products | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jason D. Bone
Gieger, Laborde & Laperouse, LLC
1 Shell Square, Suite 4800
New Orleans, LA 70139

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| CONFIDENTIAL Brian McCreary | 49.00 Pages | @ | 2.75 | 134.75 |
|---|---|---|---|---|
| E-Transcript Email | | | 0.00 | 0.00 |
| Shipping | | | 0.00 | 0.00 |

**TOTAL DUE >>>**               **$134.75**

Did you know that Capital Reporting Company is a national company?  We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below.  If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*Sent via email only

*CH 93296*

---

**Tax ID:** 20-0203552                                                                 Phone:    Fax:

*Please detach bottom portion and return with payment.*

Jason D. Bone
Gieger, Laborde & Laperouse, LLC
1 Shell Square, Suite 4800
New Orleans, LA 70139

Job No.      : 21022          BU ID      : 1-MAIN
Case No.    : MDL 1873
Case Name  : Fema Trailer Fomaldehyde Products

Invoice No. : 54629          Invoice Date : 1/12/2010
**Total Due** : **$ 134.75**

Remit To: **Capital Reporting Company
1821 Jefferson Place, NW
3rd Floor
Washington, DC  20036**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:

# INVOICE

Tiffany Alley Certified Reporters
400 Perimeter Center Terrace, Suite 900
Atlanta, GA  30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53994 | 12/9/2009 | 28130 |
| Job Date | Case No. | |
| 6/23/2009 | | |

| Case Name |
|---|
| In Re: FEMA Trailer |

| Payment Terms |
|---|
| Net 30 |

Carson Strickland
Gieger Laborde Laperouse
48 Shell Square
701 Poydras St
Suite 4800
New Orleans, LA  70139

| | |
|---|---|
| Joseph Little - Video | 270.00 |
| | **TOTAL DUE >>>**     **$270.00** |

Thank you for your business!

WE GLADLY ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS.

**Tax ID:** 58-1952135

Phone: 504.654.1330   Fax:

*Please detach bottom portion and return with payment.*

Carson Strickland
Gieger Laborde Laperouse
48 Shell Square
701 Poydras St
Suite 4800
New Orleans, LA  70139

| | | |
|---|---|---|
| Invoice No. | : | 53994 |
| Invoice Date | : | 12/9/2009 |
| **Total Due** | : | **$270.00** |

Remit To:  **Tiffany Alley Certified Reporters**
**400 Perimeter Center Terrace, Suite 900**
**Atlanta, GA  30346**

| | | |
|---|---|---|
| Job No. | : | 28130 |
| BU ID | : | 1-TA&A |
| Case No. | : | |
| Case Name | : | In Re: FEMA Trailer |

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112992 | 1/28/2010 | 50457 |

| Job Date | Case No. | |
|---|---|---|
| 1/20/2010 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jason D. Bone
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

1 CERTIFIED COPY OF TRANSCRIPT OF:

James Albrecht                                                                401.86

**TOTAL DUE >>>**                 **$401.86**
AFTER 2/18/2010  PAY              $421.95

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Jason D. Bone
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

Job No.      : 50457            BU ID       : SRA
Case No.     : MDL No. 1873
Case Name    : FEMA Trailer Formaldehyde Products Liability
                 Litigation
Invoice No.  : 112992          Invoice Date : 1/28/2010
**Total Due  : $ 401.86**
AFTER 2/18/2010  PAY  $421.95

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113158 | 2/4/2010 | 50462 |
| Job Date | Case No. | |
| 1/20/2010 | MDL No. 1873 | |
| Case Name | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Due upon receipt | | |

Jason D. Bone
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

VIDEOGRAPHER FEES:

Jamie Albrecht

250.00

TOTAL DUE  >>>        **$250.00**

AFTER 2/25/2010  PAY        $262.50

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Jason D. Bone
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

| Job No. | : 50462 | BU ID | : VIDEO REFE |
|---|---|---|---|
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 113158 | Invoice Date | : 2/4/2010 |

**Total Due  :  $ 250.00**
AFTER 2/25/2010  PAY  $262.50

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Stewart Richardson & Associates, Inc.**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN  46204**



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113142 | 2/4/2010 | 50461 |
| **Job Date** | **Case No.** | |
| 1/19/2010 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jason D. Bone
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

VIDEOGRAPHER FEES:

Jim Foltz & Mike Coy                                                                 177.00

**TOTAL DUE >>>**        **$177.00**
AFTER 2/25/2010 PAY        $185.85

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Jason D. Bone
GIEGER LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street
48th Floor
New Orleans LA  70139-4800

Job No.      : 50461          BU ID          : VIDEO REFE
Case No.    : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
                     Litigation
Invoice No. : 113142          Invoice Date  : 2/4/2010
**Total Due** : **$ 177.00**
AFTER 2/25/2010 PAY $185.85

Remit To: **Stewart Richardson & Associates, Inc.**
                **One Indiana Square, Suite 2425**
                **211 N. Pennsylvania**
                **Indianapolis IN  46204**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

8200 247

# EXECUTIVE REPORTING SERVICE
*Mail Payments to: Ulmerton Business Center*
*13555 Automobile Boulevard, Suite 100*
*Clearwater, Florida 33762*
*(727) 823-4155   FAX (727) 822-5458*
*TAX ID# 59-2477254*


Jason Bone, Esq.                          January 13, 2010
Gieger Laborde & Laperouse, LLC
One Shell Square                          **Invoice#** 310125
701 Poydras Street, Ste 4800
New Orleans, LA 70139                     **Balance:**      $.00


**Re:** Formaldehyde-Katrina FEMA Trailer Action
     Reo 3-4 hours   VMM videog
     *on* 12/29/09  *Billed* 01/13/10
     by Sarah Murrow / Videographer Marilyn McCloskey / Reo Executive Suites, Suite 300

## *Invoicing Information*

Charge Description                                              Amount
Deposition of:  Travis Morris        -
  APPEARANCE FEE   from 1:30p to 2:45p
      1.5 Hour(s) @ $65 per hour                                 97.50
  Original Transcript   Pages:  53                              235.85
  Exhibits:  4 Pages                                             2.00
  E-transcript - N/C on aeden@glllaw.com  1-12-10
  Postage & handling                                             7.50

  Signed Transcript Order on File
  credit card on file


342.85
342.85
$.00

36