0200 247

# EXECUTIVE REPORTING SERVICE

Mail Payments to: Ulmerton Business Center
13555 Automobile Boulevard, Suite 100
Clearwater, Florida 33762
(727) 823-4155   FAX (727) 822-5458
TAX ID# 59-2477254

Jason Bone, Esq.                                         January 13, 2010
Gieger Laborde & Laperouse, LLC
One Shell Square                                         Invoice# 310126
701 Poydras Street, Ste 4800
New Orleans, LA 70139                                    Balance:        $.00

**Re:** Formaldehyde-Katrina FEMA Trailer Action
    Reo 3-4 hours    VMM videog
    on 12/29/09   Billed 01/13/10
    by Sarah Murrow / Videographer Marilyn McCloskey / Reo Executive Suites, Suite 300

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Videographer for Deposition of:  Travis Morris | |
| Start Time:  1:30p | |
| End Time:  2:45p | |
| Technician's Charges 1st Hour | 175.00 |
| Technician's Charges Additional Hours:  .5 | 50.00 |
| (1) DVD | |

|  | |
|---|---|
| tal: | 225.00 |
| its: | 225.00 |
| Due: | $.00 |

39



Post Office Box 98475  
Raleigh, NC 27624-8475

**Garrett REPORTING SERVICES, INC.**  
*Professional Stenomask for the Record*

Phone (919) 676-1502  
Fax   (919) 676-2277

GEIGER, LABORDE & LAPEROUSE, LLC  
ONE SHELL SQUARE, 48TH FLOOR  
701 POYDRAS STREET  
NEW ORLEANS, LA 70139-4800

JASON D. BONE, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.  
DEPOSITION OF DONALD B. SNELL  
& NORMAN L. NELSON

INVOICE NO.: 19154  
INVOICE DATE: 1/07/2010  
REPORTER: CANDI USELMAN  

ID#  56-2066632

| Date | Description | Amount |
|---|---|---|
| 12/22/2009 | COPY - SNELL | 483.75 |
| 12/23/2009 | COPY - NELSON | 218.25 |
| | COMPRESSED TRANSCRIPT - SNELL | 32.25 |
| | COMPRESSED TRANSCRIPT - NELSON | 14.55 |
| | KEYWORD INDEX - SNELL | 7.00 |
| | KEYWORD INDEX - NELSON | 3.50 |
| | EXHIBITS (SCANNED) - SNELL | 172.50 |
| | EXHIBITS (SCANNED) - NELSON | 16.50 |
| | DISK (ASCII) | 20.00 |
| | SIGNATURE FEE - SNELL AND NELSON | 20.00 |
| | e-TRANSCRIPTS | 50.00 |
| | POSTAGE | 13.50 |
| | **Sub Total** | 1,051.80 |
| | **Paid** | 0.00 |
| | **Balance Due** | 1,051.80 |

Please include invoice number with your payment.  THANK YOU!

Thank you for placing your confidence in Garrett Reporting Service. Invoices are payable upon receipt. A monthly charge of 1.5% will be added after 30 days. This is an annual rate of 18%.

93294



Post Office Box 98475  
Raleigh, NC 27624-8475

Phone (919) 676-1502  
Fax (919) 676-2277

GEIGER, LABORDE & LAPEROUSE, LLC  
ONE SHELL SQUARE, 48TH FLOOR  
701 POYDRAS STREET  
NEW ORLEANS, LA 70139-4800

JASON D. BONE, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.  
DEPOSITION OF MARK J. POLK

INVOICE NO.: 19145  
INVOICE DATE: 1/07/2010  
REPORTER: CANDI USELMAN

ID# 56-2066632

| Date | Description | Amount |
|---|---|---|
| 12/22/2009 | COPY | 256.50 |
| | COMPRESSED TRANSCRIPT | 17.10 |
| | KEYWORD INDEX | 4.50 |
| | EXHIBITS (SCANNED) | 30.00 |
| | DISK (ASCII) | 10.00 |
| | e-TRANSCRIPT | 25.00 |
| | MAILED WITH DYSON AND WATSON | |
| | Sub Total | 343.10 |
| | Paid | 0.00 |
| | Balance Due | 343.10 |

Please include invoice number with your payment. THANK YOU!

Thank you for placing your confidence in Garrett Reporting Service. Invoices are payable upon receipt. A monthly charge of 1.5% will be added after 30 days. This is an annual rate of 18%.



Post Office Box 98475  
Raleigh, NC 27624-8475

**Garrett REPORTING SERVICES, INC.**  
*Professional Stenomask for the Record*

Phone (919) 676-1502  
Fax   (919) 676-2277

GEIGER, LABORDE & LAPEROUSE, LLC  
ONE SHELL SQUARE, 48TH FLOOR  
701 POYDRAS STREET  
NEW ORLEANS, LA 70139-4800

JASON D. BONE, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.  
DEPOSITION OF TONY WATSON  
& WILLIAM DYSON, PhD

INVOICE NO.: 19135  
INVOICE DATE: 1/07/2010  
REPORTER: CANDI USELMAN

ID# 56-2066632

| Date | Description | Amount |
|---|---|---|
| 12/21/2009 | COPY - WATSON | 121.50 |
| | COPY - DYSON | 130.50 |
| | COMPRESSED TRANSCRIPT - WATSON | 8.10 |
| | COMPRESSED TRANSCRIPT - DYSON | 8.70 |
| | KEYWORD INDEX - WATSON | 2.25 |
| | KEYWORD INDEX - DYSON | 2.75 |
| | EXHIBITS (SCANNED) - WATSON | 36.75 |
| | EXHIBITS (SCANNED) - DYSON | 17.25 |
| | DISK (ASCII) | 20.00 |
| | SIGNATURE FEE - WATSON AND DYSON | 20.00 |
| | e-TRANSCRIPTS | 50.00 |
| | POSTAGE | 11.90 |
| | **Sub Total** | 429.70 |
| | **Paid** | 0.00 |
| | **Balance Due** | 429.70 |

**Please include invoice number with your payment.   THANK YOU!**

Thank you for placing your confidence in Garrett Reporting Service. Invoices are payable upon receipt. A monthly charge of 1.5% will be added after 30 days. This is an annual rate of 18%.

C# 932.94



# GRS Legal Video Services

Post Office Box 98475
Raleigh, NC 27624-8475

www.garrettreportingservices.com

# Invoice

Date 1/8/2010

Invoice # 20110

Gieger, LaBorde & LaPerouse, LLC
Jason D. Borne
701 Poydras Street, 48th Floor
New Orleans, LA  70139

Terms    Due on receipt

| Description | Qty | Price | Amount |
|---|---|---|---|
| In the matter of Wright, et al. vs. Forest River, Inc., et al. - Videotaped Depositions in Raleigh, NC - 12/21/2009, 12/22/2009 and 12/23/2009 | | | |
| DVD Copy (per hour) (12-21-2009 Watson and Dyson) | 3 | 30.00 | 90.00 |
| DVD Copy (per hour) (12-22-2009 Polk & Snell) | 7.5 | 30.00 | 225.00 |
| DVD Copy (per hour) (12-23-2009 Nelson) | 3 | 30.00 | 90.00 |
| Postage and Handling | | 4.95 | 4.95 |

Telephone: 919-676-1502
Fax: 919-676-2277
FIN: 56-2066632

#93295

Thank you for placing your confidence in GRS Legal Video Services.

Balance Due    $409.95



**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

**INVOICE**

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

```
ERNEST P. GIEGER, JR.                           February 4, 2010
GIEGER, LABORDE & LAPEROUSE, LLC
48TH FLOOR, ONE SHELL SQUARE                    Invoice# 10-3167E
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70129-4800               Balance:    $314.59


Re: IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGAT
    PHILIP COLE, MD, DRPH
    on 01/27/10  Billed 02/04/10
    by SUSAN B. TREADAWAY
```

| Charge Description | | | Amount |
|---|---|---|---|
| DEPONENT: DR. PHILIP COLE | | | |
| 117 | COPY PAGES        | @  2.10/PAGE    | 245.70 |
| 1   | DEPO CD           | @ 25.00/EACH    |  25.00 |
| 1   | TRAVEL TRANSCRIPT | @ 20.00/EACH    |  20.00 |
| 44  | EXHIBITS          | @   .30/PAGE    |  13.20 |
|     | POSTAGE           |                 |  10.69 |

READ & SIGN CARE OF MR. GIEGER

EIN 20-2042132

P l e a s e    R e m i t    - - - >   Total Due:    $314.59

*Please Detach and Return Stub With Payment*

"PAYMENT IS DUE UPON RECEIPT"
\*\*\*\*\*\*\*\*\*\*\*\*MAJOR CREDIT CARDS ACCEPTED\*\*\*\*\*\*\*\*\*\*\*\*

Remit to:

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 10-3167E

Balance$    314.59

EIN 20-2042132



# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

```
ERNEST P. GIEGER, JR.                              February 5, 2010
GIEGER, LABORDE & LAPEROUSE, LLC
48TH FLOOR, ONE SHELL SQUARE                       Invoice# 10-3079
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70129-4800                  Balance:   $320.00


Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGTION
    VIDEO
    on 01/27/10   Billed 02/05/10
    by BRAD CAMPBELL
```

| Charge Description | Amount |
|---|---|
| VIDEO DEPOSITION: PHILLIP COLE, MD | |
| 2  MPEG VIDEO FILE SYNCHED W/TRANSCRIPT = 1mpeg video file @80.00 + 1mpeg video file synched w/transcript @80.00  TOTAL @160.00/EA | 320.00 |

EIN 20-2042132

Please  Remit  - - - >   Total Due:   $320.00

Please Detach and Return Stub With Payment

"PAYMENT IS DUE UPON RECEIPT"
\*\*\*\*\*\*\*\*\*\*\*\*MAJOR CREDIT CARDS ACCEPTED\*\*\*\*\*\*\*\*\*\*\*

Remit to:

# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North                            Invoice# 10-3079
Birmingham, Alabama 35203
                                                   Balance$   320.00

EIN 20-2042132

# INVOICE

**GorePerry**
REPORTING & VIDEO
(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20817 | 2/3/2010 | 16058 |

| Job Date | Case No. |
|---|---|
| 1/25/2010 | |

| Case Name |
|---|
| Lyndon Wright vs. Forest River |

| Payment Terms |
|---|
| Due upon receipt |

Gieger, Ernest
Gieger Laborde & Laperouse
701 Poydras Street
suite 4800
New Orleans, LA 70139

Deposition of
Dr. James Wedner

| | | | | |
|---|---|---|---|---|
| | 123.00 Pages | @ | 1.95 | 239.85 |
| Condensed Transcript (4 per page) w/word index | | | 0.00 | 0.00 |
| E-Transcript | | | 0.00 | 0.00 |
| Exhibits (scanned PDF) | 42.00 Pages | @ | 0.35 | 14.70 |
| Fed Ex NDA | | | 40.00 | 40.00 |
| Transcript/exhibit archive | | | 7.50 | 7.50 |

**TOTAL DUE >>>   $302.05**

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment.*

Gieger, Ernest
Gieger Laborde & Laperouse
701 Poydras Street
suite 4800
New Orleans, LA 70139

Job No.      : 16058          BU ID       : GorePerry
Case No.     :
Case Name    : Lyndon Wright vs. Forest River

Invoice No.  : 20817          Invoice Date : 2/3/2010
Total Due    : $ 302.05

**Remit To:** GorePerry Reporting & Video
515 Olive St., Suite 700
Saint Louis, MO 63101

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:                         Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**GorePerry**
REPORTING & VIDEO
(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20862 | 2/4/2010 | 16059 |
| Job Date | Case No. | |
| 1/25/2010 | | |

**Case Name**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**Payment Terms**

Due upon receipt

Gieger, Ernest
Gieger Laborde & Laperouse
701 Poydras Street
suite 4800
New Orleans, LA 70139

| Videotaped Deposition of | | |
|---|---|---|
| Dr. James Wedner | | |
| Video: Synchronized MPEG-1 on CD/DVD | 187.50 | 187.50 |
| Federal Express GRND | 0.00 | 10.00 |
| **TOTAL DUE >>>** | | **$197.50** |

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment.*

Gieger, Ernest
Gieger Laborde & Laperouse
701 Poydras Street
suite 4800
New Orleans, LA 70139

Job No.     : 16059         BU ID     : GorePerry
Case No.    :
Case Name   : In Re: FEMA Trailer Formaldehyde Products Liability Litigation
Invoice No. : 20862         Invoice Date : 2/4/2010
Total Due   : $ 197.50

**Remit To:** GorePerry Reporting & Video
515 Olive St., Suite 700
Saint Louis, MO 63101

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:

## EXECUTIVE REPORTING SERVICE

Mail Payments to: Ulmerton Business Center
13555 Automobile Boulevard, Suite 100
Clearwater, Florida 33762
(727) 823-4155   FAX (727) 822-5458
TAX ID# 59-2477254

Jason Bone, Esq.
Gieger Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

February 18, 2010

**Invoice#** 310432

**Balance:**   $.00

Re: Formaldehyde-Katrina FEMA Trailer Action
REO all day
on 01/15/10   Billed 01/29/10
by William S. Bish, RDR, CRR, RMR, RPR / Videographer Marilyn McCloskey / Reo Executiv

### Invoicing Information

| Charge Description | Amount |
|---|---|
| Deposition of: Thomas Wayne Fribley  Expert Witness | |
| Certified Copy Transcript Pages: 183 | 549.00 |
| Exhibits: 119 Pages | 59.50 |
| Exhibits: 21 Pages Color | 31.50 |
| Publisher Bundle Travis Morris & Thomas Fribley  Real Legal Bundled Exhibits | 95.00 |
| Disk | 25.00 |
| Postage and Handling | 7.50 |

1.50% per month on unpaid balance

Sub Total:   767.50
− Payments/Credits:   767.50
Please Remit --->   Total Due:   $.00

(55)

02/18/10   THU 12:41   [TX/RX NO 8340]   ☒002

# EXECUTIVE REPORTING SERVICE

Mail Payments to: Ulmerton Business Center
13555 Automobile Boulevard, Suite 100
Clearwater, Florida 33762
(727) 823-4155   FAX (727) 822-5458
TAX ID# 59-2477254

Jason Bone, Esq.
Gieger Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

February 18, 2010

**Invoice#** 310433

**Balance:**   $.00

**Re:** Formaldehyde-Katrina FEMA Trailer Action
REO all day
on 01/15/10   Billed 01/29/10
by William S. Bish, RDR, CRR, RMR, RPR / Videographer Marilyn McCloskey / Reo Executi'

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Videographer for Deposition of: Thomas Fribley | |
| DVD Copy (2) synched with text | 250.00 |

1.50% per month on unpaid balance

Sub Total: 250.00
- Payments/Credits: 250.00
**P l e a s e    R e m i t  - - - >**   Total Due: $.00

56



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137897 | 11/2/2009 | 62077 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/26/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:
  Paul J. Lagrange (Re: Wright)

685.60

**TOTAL DUE >>>**   $685.60

Condensed transcript sent to deponent for reading & signing

Previously shipped

CH 92204

Tax ID: 72-1177884

Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 137897
Invoice Date  : 11/2/2009
**Total Due**   : $ 685.60

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.    : 62077
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137873 | 10/30/2009 | 62080 |
| JOB DATE | CASE NUMBER | |
| 10/26/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
  Paul Lagrange

                                                                 817.50

                                        TOTAL DUE  >>>         $817.50

                                                        CH9220*

**Tax ID:** 72-1177884                       Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 137873
Invoice Date  : 10/30/2009
**Total Due**   : **$ 817.50**

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 62080
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139688 | 12/7/2009 | 62506 |
| **JOB DATE** | **CASE NUMBER** | |
| 12/2/2009 | 1873 | |

**CASE CAPTION**

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

Net 30

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

1 COPY OF TRANSCRIPT OF:
   Paul Hewitt, PhD (Re: Lyndon Wright)     613.95
   GBC EXHIBIT BINDERS     3.50

TOTAL DUE >>>    **$617.45**

CH 92933

Tax ID: 72-1177884     Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 139688
Invoice Date  : 12/7/2009
**Total Due**   : **$ 617.45**

Remit To: **Professional Shorthand Reporters, Inc.**
    **601 Poydras Street**
    **Suite 1615**
    **New Orleans, LA 70130**

Job No.   : 62506
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139552 | 12/4/2009 | 62507 |
| JOB DATE | CASE NUMBER | |
| 12/2/2009 | 1873 | |

**CASE CAPTION**
In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**
Net 30

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Video services on the deposition of:
    Paul Hewitt, PhD (Lyndon Wright)

770.00

**TOTAL DUE  >>>**      $770.00

#92863

Tax ID: 72-1177884

Phone: 504-561-0400   Fax:504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 139552
Invoice Date  : 12/4/2009
**Total Due**   : $ 770.00

Remit To:  **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    : 62507
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141117 | 2/4/2010 | 63431 |
| JOB DATE | CASE NUMBER | |
| 1/25/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:
  Albert Jarrell (Re: Wright)                                                            355.45

                                                               TOTAL DUE  >>>        $355.45

Condensed transcript sent to deponent for reading & signing

Previously shipped

Tax ID: 72-1177884                                      Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 141117
Invoice Date  : 2/4/2010
**Total Due**   : **$ 355.45**

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.   : 63431
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140953 | 1/27/2010 | 63432 |
| JOB DATE | CASE NUMBER | |
| 1/25/2010 | 1873 | |

**CASE CAPTION**
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**TERMS**
Net 30

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
  Albert Jarrell (Wright) .......... 342.50

**TOTAL DUE >>>    $342.50**

Tax ID: 72-1177884     Phone: 504-561-0400     Fax: 504-566-101[?]

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 140953
Invoice Date  : 1/27/2010
**Total Due**   : $ 342.50

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.   : 63432
BU ID     : 3-VIDEO
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140753 | 1/21/2010 | 63180 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/12/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

ORIGINAL TRANSCRIPT OF:
   Alexis Mallet, Jr. (Re: Lyndon Wright)                                                        593.55

                                                                    TOTAL DUE  >>>        $593.55

Condensed transcript sent to deponent for reading & signing

Previously shipped

Tax ID: 72-1177884                                      Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 140753
Invoice Date  : 1/21/2010
**Total Due**   : **$ 593.55**

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    : 63180
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140523 | 1/14/2010 | 63181 |
| JOB DATE | CASE NUMBER | |
| 1/12/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Video services on the deposition of:
   Alexis Mallet, Jr. (Wright)                                                                912.50

                                              TOTAL DUE >>>              $912.50

C #93530

**Tax ID:** 72-1177884                                   Phone: 504-561-0400   Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 140523
Invoice Date  : 1/14/2010
**Total Due**  : $ 912.50

Remit To:  **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA  70130**

Job No.    : 63181
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



# COPY CENTER

601 Poydras St. Suite 1615
New Orleans, La. 70130
(504) 529-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140738 | 1/20/2010 | 63426 |
| JOB DATE | | |
| 1/20/2010 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

| TERMS |
|---|
| Net 30 |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

*Exhibits to Mallet depo*

| Copy Center | | | | | |
|---|---|---|---|---|---|
| *B/W Copies (Special Rate) | 6,937.00 | Each | @ | 0.05 | 346.85 |
| *Color Copy | 2,284.00 | Pages | @ | 0.50 | 1,142.00 |
| *CD Duplication | 30.00 | Disks | @ | 10.00 | 300.00 |
| *DVD Duplication | 9.00 | Each | @ | 15.00 | 135.00 |
| SALES TAX | | | | | 173.15 |
| **TOTAL DUE >>>** | | | | | **$2,097.00** |

1 Copy of
Box 1: 1388 B/W, 836 Color & 3 CDs
Box 2: 2564 B/W, 87 Color & 6 DVDs
Box 3: 829 B/W, 131 Color & 20 CDs
Box 4: 1584 B/W, 721 Color, 7 CDs & 3 DVDs
Binder Box: 572 B/W & 509 Color

Ref File: In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

Tax ID: 72-1177884                                  Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 140738
Invoice Date : 1/20/2010
**Total Due**   : **$ 2,097.00**

C#9367

Remit To: **Professional Shorthand Reporters, Inc.**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans, LA 70130**

Job No.    : 63426
BU ID      : 4-COPYCT
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation