

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140440 | 1/11/2010 | 63169 |
| JOB DATE | CASE NUMBER | |
| 1/7/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

1 COPY OF TRANSCRIPT OF:
   Geoffrey C. Compeau, Ph.D.

989.65

**TOTAL DUE >>>**    $989.65

CH 93547

Tax ID: 72-1177884

Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 140440
Invoice Date  : 1/11/2010
**Total Due**     : **$ 989.65**

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.    : 63169
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140423 | 1/11/2010 | 63170 |
| JOB DATE | CASE NUMBER | |
| 1/7/2010 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| Net 30 |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

One copy of the video of:
   Geoffrey Compeau, Ph.D.                                                       250.00

TOTAL DUE >>>    $250.00

ctt 9356

Tax ID: 72-1177884                                         Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 140423
Invoice Date  : 1/11/2010
**Total Due**   : $ 250.00

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA  70130**

Job No.    : 63170
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139550 | 12/4/2009 | 62509 |
| JOB DATE | CASE NUMBER | |
| 12/3/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
Patricia Williams, PhD, DABT (Lyndon Wright)                       295.00

TOTAL DUE >>>        $295.00

#92863

Tax ID: 72-1177884                              Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.    : 139550
Invoice Date   : 12/4/2009
**Total Due**  : $ 295.00

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.     : 62509
BU ID       : 3-VIDEO
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139749 | 12/8/2009 | 62508 |
| JOB DATE | CASE NUMBER | |
| 12/3/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:
 Patricia M. Williams, Ph.D., DABT (Re: Wright)        811.25

 TOTAL DUE >>>        $811.25

Condensed sent to be read & signed.

CH 92933

Tax ID: 72-1177884        Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.  : 139749
Invoice Date : 12/8/2009
**Total Due** : **$ 811.25**

Remit To: **Professional Shorthand Reporters, Inc.**
 601 Poydras Street
 Suite 1615
 New Orleans, LA 70130

Job No.   : 62508
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141124 | 2/4/2010 | 63530 |
| JOB DATE | CASE NUMBER | |
| 1/29/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

ORIGINAL TRANSCRIPT OF:
  Stephen Smulski, Ph.D.                                                    375.55

                                               TOTAL DUE >>>        $375.55

Condensed transcript sent to deponent for reading & signing

Previously shipped

Tax ID: 72-1177884                           Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.    : 141124
Invoice Date   : 2/4/2010
**Total Due**  : **$ 375.55**

Remit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA  70130**

Job No.    : 63530
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141068 | 2/2/2010 | 63531 |
| JOB DATE | CASE NUMBER | |
| 1/29/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Video services on the deposition of:
  Stephen Smulski, PhD (Wright)                                           342.50

                                              TOTAL DUE  >>>         $342.50

Tax ID: 72-1177884                         Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 141068
Invoice Date  : 2/2/2010
**Total Due**   : **$ 342.50**

Remit To: **PSR Video Services**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA  70130**

Job No.    : 63531
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140580 | 1/18/2010 | 63176 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/8/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

1 COPY OF TRANSCRIPT OF:
   John W. Thompson, Jr., M.D. (Re: Wright)                                         317.70

                                                        **TOTAL DUE  >>>**      **$317.70**

Previously shipped

Tax ID: 72-1177884                                              Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 140580
Invoice Date  : 1/18/2010
**Total Due**    : **$ 317.70**

C#93617

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.    : 63176
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140427 | 1/11/2010 | 63177 |
| JOB DATE | CASE NUMBER | |
| 1/8/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

One copy of the video of:
    John W. Thompson, M.D. (Wright)                                                    130.00

                                                                TOTAL DUE >>>    $130.00

CH 93567

Tax ID: 72-1177884                                          Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 140427
Invoice Date  : 1/11/2010
**Total Due**  : $ 130.00

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.    : 63177
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140718 | 1/20/2010 | 63244 |
| JOB DATE | CASE NUMBER | |
| 1/14/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

ORIGINAL TRANSCRIPT OF:
  Nicole Discon (Re: Lyndon T. Wright)                                              330.10

                                                               TOTAL DUE >>>      $330.10

Previously shipped

Tax ID: 72-1177884                                    Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 140718
Invoice Date  : 1/20/2010
**Total Due**    : **$ 330.10**

C#93617

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.    : 63244
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140727 | 1/20/2010 | 63244 |
| JOB DATE | CASE NUMBER | |
| 1/14/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:

Tyshone Marsh (Re: Lyndon T. Wright)                                        292.05

Condensed transcript sent to deponent for reading & signing

TOTAL DUE >>>   $292.05

Tax ID: 72-1177884                                      Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 140727
Invoice Date  : 1/20/2010
**Total Due**  : $ 292.05

C#93617

Remit To: **Professional Shorthand Reporters, Inc.**
601 Poydras Street
Suite 1615
New Orleans, LA 70130

Job No.    : 63244
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140564 | 1/18/2010 | 63245 |
| JOB DATE | CASE NUMBER | |
| 1/14/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Gieger, Jr., Ernest P.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
   Nicole Dison (Wright)     285.00
Video services on the deposition of:
   Tyshone Marsh (Wright)     247.50

**TOTAL DUE >>>    $532.50**

Tax ID: 72-1177884      Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Gieger, Jr., Ernest P.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 140564
Invoice Date  : 1/18/2010
**Total Due    : $ 532.50**

C#9367

Remit To: **PSR Video Services**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

Job No.     : 63245
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140407 | 1/8/2010 | 63159 |
| JOB DATE | CASE NUMBER | |
| 1/5/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:
  Bobbie R. Wright (Re: Wright) — 453.80
ORIGINAL TRANSCRIPT OF:
  Michelle C. Wright (Re: Wright) — 48.90

TOTAL DUE >>> **$502.70**

Condensed transcript(s) sent to deponent(s) for reading & signing

Transcript(s) previously shipped

c# 93567

Tax ID: 72-1177884

Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 140407
Invoice Date  : 1/8/2010
**Total Due**   : **$ 502.70**

Remit To: **Professional Shorthand Reporters, Inc.**
  601 Poydras Street
  Suite 1615
  New Orleans, LA 70130

Job No.   : 63159
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140473 | 1/13/2010 | 63296 |
| JOB DATE | CASE NUMBER | |
| 1/5/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
  Bobbie R. Wright                                        665.00
Video services on the deposition of:
  Michelle C. Wright                                      105.00

TOTAL DUE >>>     $770.00

C# 93567

Tax ID: 72-1177884                    Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.  : 140473
Invoice Date : 1/13/2010
**Total Due**  : **$ 770.00**

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.   : 63296
BU ID     : 3-VIDEO
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139853 | 12/10/2009 | 62841 |
| **JOB DATE** | **CASE NUMBER** | |
| 12/4/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

1 COPY OF TRANSCRIPT OF:
  Kenneth B. Smith, M.D.

391.60

**TOTAL DUE  >>>**     **$391.60**

CH
92933

**Tax ID:** 72-1177884                                Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.    : 139853
Invoice Date   : 12/10/2009
**Total Due**  : $ 391.60

Remit To: **Professional Shorthand Reporters, Inc.**
  **601 Poydras Street**
  **Suite 1615**
  **New Orleans, LA  70130**

Job No.    : 62841
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139667 | 12/7/2009 | 62842 |
| JOB DATE | CASE NUMBER | |
| 12/4/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

One copy of the video of:
Dr. Kenneth Smith (Re: Lyndon Wright)                                70.00

TOTAL DUE >>>    $70.00

#92863

Tax ID: 72-1177884                                Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.  : 139667
Invoice Date : 12/7/2009
**Total Due** : **$ 70.00**

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.   : 62842
BU ID     : 3-VIDEO
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139972 | 12/16/2009 | 62895 |
| **JOB DATE** | **CASE NUMBER** | |
| 12/9/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

ORIGINAL TRANSCRIPT OF:
  Ervin Ritter, P.E. (Re: Wright)                                                                    478.75

TOTAL DUE >>>                                                                                       $478.75

Condensed transcript sent to deponent for reading & signing

Previously shipped

C#92933

**Tax ID:** 72-1177884                                                           Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 139972
Invoice Date  : 12/16/2009
**Total Due**    : **$ 478.75**

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    : 62895
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products
             Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139856 | 12/10/2009 | 62896 |
| JOB DATE | CASE NUMBER | |
| 12/9/2009 | 1873 | |

**CASE CAPTION**

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

Net 30

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Video services on the deposition of:
   Ervin Ritter, PE   (Re: Lyndon Wright)

485.00

TOTAL DUE >>>   $485.00

C#
92933

Tax ID: 72-1177884                             Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 139856
Invoice Date  : 12/10/2009
**Total Due**  : **$ 485.00**

Remit To:  **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    : 62896
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation