

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139196 | 11/23/2009 | 62391 |
| JOB DATE | CASE NUMBER | |
| 11/13/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:
   William D. Scott, P.E.

                                                                                  468.35
                                                  **TOTAL DUE >>>**      **$468.35**

Condensed transcript sent to deponent for reading & signing

Previousy shipped

c#92733

**Tax ID:** 72-1177884                                              Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.  : 139196
Invoice Date : 11/23/2009
**Total Due** : **$ 468.35**

Remit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

Job No.   : 62391
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138211 | 11/18/2009 | 62392 |
| JOB DATE | CASE NUMBER | |
| 11/13/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
  William Scott                                                                485.00

                                              TOTAL DUE >>>         $485.00

                                                                   CH 92733

**Tax ID:** 72-1177884                         Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 138211
Invoice Date  : 11/18/2009
**Total Due**  : **$ 485.00**

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.     : 62392
BU ID       : 3-VIDEO
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138062 | 11/10/2009 | 62360 |
| JOB DATE | CASE NUMBER | |
| 11/10/2009 | 1873 | |

**CASE CAPTION**

In Re: FEMA Trailer Formaldehyde products Liability Litigation

**TERMS**

Net 30

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Video services on the deposition of:
Dr. Lawrence Miller

247.50

**TOTAL DUE  >>>**   $247.50

c#9242

Tax ID: 72-1177884

Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 138062
Invoice Date  : 11/10/2009
**Total Due**   : $ 247.50

Remit To:  **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

Job No.     : 62360
BU ID       : 3-VIDEO
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138088 | 11/12/2009 | 62361 |
| **JOB DATE** | **CASE NUMBER** | |
| 11/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

ORIGINAL TRANSCRIPT OF:
   Lawrence G. Miller, M.D.  (Lyndon T. Wright)                                      318.15

                                                    TOTAL DUE  >>>          $318.15

Condensed sent to witness to read & sign.

CH
92472

Tax ID: 72-1177884                                           Phone: 504-561-0400   Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 138088
Invoice Date  : 11/12/2009
**Total Due**   : **$ 318.15**

Remit To: **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    : 62361
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138134 | 11/13/2009 | 62358 |
| JOB DATE | CASE NUMBER | |
| 11/9/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| Net 30 |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:
  Edward Halie Shwery, Ph.D. - Vol 1 (Re: Wright)                                 474.75

                                                           TOTAL DUE  >>>         $474.75

Condensed transcript sent to deponent for reading & signing

Previously shipped

C#
92472

Tax ID: 72-1177884                                  Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 138134
Invoice Date  : 11/13/2009
**Total Due**  : $ 474.75

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.    : 62358
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138085 | 11/12/2009 | 62359 |
| JOB DATE | CASE NUMBER | |
| 11/9/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Video services on the deposition of:
  Dr. Edward Shwery                                             247.50

                                    TOTAL DUE >>>        $247.50

C#92472

Tax ID: 72-1177884                          Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 138085
Invoice Date  : 11/12/2009
**Total Due**  : $ 247.50

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.    : 62359
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137790 | 10/29/2009 | 62082 |
| JOB DATE | CASE NUMBER | |
| 10/28/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
  Dr George Farber (Wright vs Forest River) 10/28/09                                200.00

                                                            TOTAL DUE  >>>   $200.00

C#92204

Tax ID: 72-1177884                                    Phone: 504-561-0400   Fax:504-566-101

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 137790
Invoice Date  : 10/29/2009
**Total Due**    : **$ 200.00**

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 62082
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137995 | 11/6/2009 | 62079 |
| JOB DATE | CASE NUMBER | |
| 10/28/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:
   George A. Farber, M.D. (Re: Wright)                         197.11

                                                                        TOTAL DUE >>>      $197.11

Condensed transcript sent to deponent for reading & signing

Previously shipped

*CH 92381*

Tax ID: 72-1177884                                                                                Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.  : 137995
Invoice Date  : 11/6/2009
**Total Due**  : **$ 197.11**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 62079
BU ID     : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137884 | 10/30/2009 | 62081 |
| JOB DATE | CASE NUMBER | |
| 10/27/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

One copy of the video of:
   Charles David Moore                                           250.00

                                          TOTAL DUE >>>    $250.00

C H 92204

Tax ID: 72-1177884                         Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 137884
Invoice Date  : 10/30/2009
**Total Due**  : $ 250.00

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 62081
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138060 | 11/10/2009 | 62078 |
| JOB DATE | CASE NUMBER | |
| 10/27/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

1 COPY OF TRANSCRIPT OF:
   Charles David Moore, PE, PLS (Re: Wright - A.M.)     407.60
1 COPY OF TRANSCRIPT OF:
   Charles David Moore, PE, PLS (Re: Wright - P.M.)     597.40

**TOTAL DUE >>>**     $1,005.00

Previously shipped

CH 92472

Tax ID: 72-1177884     Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No. : 138060
Invoice Date : 11/10/2009
**Total Due** : $ 1,005.00

Remit To: **Professional Shorthand Reporters, Inc.**
    **601 Poydras Street**
    **Suite 1615**
    **New Orleans, LA 70130**

Job No. : 62078
BU ID : 1-REP
Case No. : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137633 | 10/20/2009 | 61936 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/20/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
  Dr. Charles Field                                          390.00

                                        TOTAL DUE >>>    $390.00

CH 92089

**Tax ID:** 72-1177884                    Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 137633
Invoice Date  : 10/20/2009
**Total Due**   : $ 390.00

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 61936
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137808 | 10/29/2009 | 61935 |
| JOB DATE | CASE NUMBER | |
| 10/20/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

ORIGINAL TRANSCRIPT OF:

Dr. Charles Shepard Field, Jr. (Wright vs Forest River)     409.75

**TOTAL DUE >>>     $409.75**

Condensed transcript sent to deponent for reading & signing

Previously shipped

CH 9220Y

Tax ID: 72-1177884                                    Phone: 504-561-0400    Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA  70139

Invoice No.   : 137808
Invoice Date  : 10/29/2009
**Total Due**   : **$ 409.75**

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA  70130**

Job No.    : 61935
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135619 | 7/22/2009 | 60639 |
| JOB DATE | CASE NUMBER | |
| 7/10/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

ORIGINAL TRANSCRIPT OF:
  Lyndon Wright                                                                 658.05

                                                    **TOTAL DUE >>>**      **$658.05**

Condensed transcript sent to deponent for reading & signing

Previously shipped

**Tax ID:** 72-1177884                    Phone: 504-561-0400   Fax:504-566-1011

*Please detach bottom portion and return with payment.*

Strickland, Carson W.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 135619
Invoice Date  : 7/22/2009
**Total Due**  : **$ 658.05**

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.    : 60639
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135430 | 7/14/2009 | 60640 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/7/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Video services on the deposition of:
  Lyndon T. Wright                                                                  885.75

                                                    TOTAL DUE  >>>          $885.75

Tax ID: 72-1177884                                              Phone: 504-561-0400   Fax: 504-566-1011

*Please detach bottom portion and return with payment.*

---

Bone, Jason D.
Gieger, Laborde & Laperouse
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, LA 70139

Invoice No.   : 135430
Invoice Date  : 7/14/2009
**Total Due**     : $ 885.75

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 60640
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation