

**LaGrange Consulting, LLC**
256 Calumet Drive
Madisonville, LA 70447

# Invoice

| Date | Invoice Number |
|---|---|
| 2/2/2010 | 1622 |

**Bill To**

Jason D. Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139

| Due Date | Client File ID |
|---|---|
| 2/2/2010 | |

| Item | Description | Amount |
|---|---|---|
| Expert Witness | Gather Reliance Material for Lyndon Wright v. Forest River Deposition (3 Hours) | 450.00 |
| Expert Witness | Cost of Blank CD, Jewel Case and Postage | 5.00 |
| Expert Witness | Deposition at 622 Baronne St., New Orleans, LA - On October 26, 2009 (9 Hours) | 1,350.00 |
| Expert Witness | Parking for Deposition | 7.00 |

| | |
|---|---|
| Total | $1,812.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,812.00** |

Thank you for your business!

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 985-845-2148 | 985-845-2103 | missie@lagrangeconsulting.com | www.lagrangeconsulting.com |

**Richard A. Spector, M.D., LLC**
New Orleans Clinic for Voice
3434 Prytania Street, Suite 240
New Orleans, Louisiana 70115
504-899-2381

Mr. Jason D. Bone, Esq.
Geiger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras Steet, Suite 4800
New Orleans, Louisiana 70139-4800

Re:   In Re: *Fema Trailer Formaldehyde Product Liability Litigation*
      Mr. Lyndon Wright Otolaryngology Complaints

### INVOICE

| Date | Service | Fee | Payment | Total |
|---|---|---|---|---|
| 10/29/09 | Deposition<br>First hour, incl. prep.<br>Each additional hr. @<br>$ 500/hr. (3 hrs.)<br>Video surcharge | $ 1,000.00<br><br><br>$ 1,500.00<br>$   350.00 | | $ 2,850.00 |
| 10/29/09 | Payment | | $ 2,000.00 | $   850.00 |
| | **TOTAL DUE** | | | **$ 850.00** |

c#9]oss

Last printed 11/2/2009 8:46:00 AM

# EDWARD HALIE SHWERY, PH.D.
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: (504) 833-2040
EMAIL: shwery@sstar.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

16 October 2009

Mr. Carson W. Strickland, Esq.
Geiger, et. al.
48th Floor
One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Via Fax: 561 1001

Re: Wright Deposition

Dear: Mr. Strickland:

I am writing regarding your request for me to be deposed on the above captioned matter. I earlier scheduled Monday November 9, 2009 from 9:00 am until 12:00 noon. Today I was able to free up additional time. I can be available at 8:00 am instead of 9:00 until noon. If we need additional time, I can also be available on Tuesday November 10, 2009 from 9:00 am until noon. The additional fees for Tuesday are $2200.00. Please bring a second check for $2200.00 with you on Monday in the event you want to reserve Tuesday morning as well.

Please be advised that the fee for the deposition on Monday November 9, 2009 is now $2800.00. Our tax identification number is 72-0895087. Please send a check for $2800.00 to my office.

I require full payment on deposit in my office two weeks in advance (Monday October 26, 2009) to confirm the deposition date of Monday November 9, 2009 from 8:00 am until noon.

Please feel free to call me if you have any questions.

Very truly yours,

Edward Halie Shwery, Ph.D.
EHS/slc
Tax ID number: 72-0895087 Legal name: Edward H. Shwery, Ph.D., APPC
Cc: Aaron Ahlquist, Esq.

**CHARLES S. FIELD, M.D.**
INTERNAL MEDICINE
CRUZ-FIELD CLINIC
~~NAPOLEON MEDICAL PLAZA~~
~~2820 NAPOLEON AVENUE, SUITE 550~~ • NEW ORLEANS, LA 70115
PHONE: (504) 897-4425

5330 Bancroft Dr.
New Orleans, LA 70122

Mr. Jason D. Bone, attorney at law

Bill for Services Rendered

Date of meeting: 10/30/09

Re: Lyndon Wright litigation
my testimony

Charges:
$500.00 per hour for 3 hours

1500.00

C# 9/948

Sincerely,

Charles S. Field, M.D.

make payable to Charles S. Field, MD
mail to 5330 Bancroft Dr.
New Orleans, LA 70122

| Invoice Date | Invoice No. | Matter ID | Amount | Account No. | Description | Amount |
|---|---|---|---|---|---|---|
| 12/17/2009 | Environmental Toxicology Experts, L.L.C. | | | Patricia M. Williams, Ph.D. DABT | | |
| 12/17/2009 | | 0200-24-7 | 325.00 | 1262 | Depo. fee re: Patricia | 325.00 |

325.00

Check No. 92401

12/17/2009

Three Hundred Twenty-Five & No/100 Dollars                              325.00

Environmental Toxicology Experts, L.L.C.
234 West William David Pkwy.
Metairie, LA. 70005

| Invoice Date | Invoice No. | Description | | Matter ID | Check No. 92401 Amount |
|---|---|---|---|---|---|
| | | Environmental Toxicology Experts, L.L.C. | Patricia M. Williams, Ph.D. DABT | | |
| 12/17/2009 | | Depo. fee re: Patricia Williams | | 0200-24-7 | 325.00 |

325.00

Exposure Assessment Solutions, Inc.
c/o Paul Hewett
1270 Kings Road
Morgantown, WV 26508-9155
phone: 304.685.7050

# Invoice

| Date | Invoice # |
|---|---|
| 12/6/2009 | 1249 |

**Bill To**

In Re: FEMA Trailer Formaldehyde Products
 Liability Litigation PSC
c/o Lambert and Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 5.75 | Deposition re. EAS Inc. technical report "Analysis of the Forest River Formaldehyde Dataset" - December 2, 2009 (New Orleans) Invoice prepared by: Paul Hewett Exposure Assessment Solutions 1270 Kings Road Morgantown, WV 26508-9155 304.685.7050 phewett_2006_07@oesh.com | 350.00 | 2,012.50 |

**Total** $2,012.50



WOOD SCIENCE SPECIALISTS INC.

**INVOICE**

February 8, 2010

WSSI File No. 0584

Atty. Jason Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street
New Orleans, LA 70139

Re: Wright v. Forest River litigation

Fees for services rendered in the above-referenced matter.

### Hourly Fees

| date | activity | hours | fees |
|---|---|---|---|
| 01/29/10 | deposition | 2.5 | |
| | Total hours | 2.5 | |
| | Fees 2.5h @ $225.00/h | | $562.50 |

### Expenses

| date | item | cost | |
|---|---|---|---|
| | Total expenses | $0.00 | $0.00 |
| | Total due | | $562.50 |

Fees payable in full upon receipt of this invoice. Checks payable to **Wood Science Specialists Inc.** Federal TIN 04-3159276. Thank you.

453 Wendell Road   Shutesbury, MA 01072   413 259-1661   woodsci@crocker.com



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

FEMA~LYNDON_1572-2

Room:   Services Rendered

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| **January 12, 2010** | | | |
| Deposition | 7.00 HR @ | 325.00 = | 2,275.00 |

FEMA~LYNDON_1572-2

01/06/2010  Page: 2



# First General Services of the South, Inc.

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556   Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

Total for Invoice # 1572

Invoice Total                                                                 2,275.00

Alexis Mallet, Jr.

CH 93003