## Norman Nelson

**From:** Southwest Airlines [SouthwestAirlines@luv.southwest.com]
**Sent:** Monday, March 15, 2010 5:35 AM
**To:** Norman Nelson
**Subject:** Ticketless Confirmation - NELSON/NORMAN L - QVZA27



 Special room rates ranging from just $109-$199 a night now through April 5th, 2010.

Receipt and Itinerary as of 03/15/10 4:35 AM

### Confirmation Number
### QVZA27



Confirmation Date: 03/15/10
Received: NORMAN NELSON BY ICBM

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| NELSON/NORMAN L | 00001010731061 | 5262188104293 | 03/15/11 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

**Depart:** ORLANDO INTL to NEW ORLEANS LA  ( *Travel Time: 1 hrs 50 mins* )

| Date | Flight | Routing Details |
|---|---|---|
| Mon Mar 22 | # 0834 | Depart ORLANDO INTL (MCO) at 3:25 PM<br>Arrive in NEW ORLEANS LA (MSY) at 4:15 PM |

### Cost and Payment Summary

| | |
|---|---|
| Base Fare | $205.58 |
| + Excise Taxes | $15.42 |
| **Advertised Fare** | **$221.00** |
| + Segment Fee | $3.70 |
| + Passenger Facility Fee | $4.50 |
| + Security Fee[1] | $2.50 |
| **Total Payment:** | **$231.70** |

[1] Security Fee is the government-imposed September 11th Security Fee.

Current payment(s)
03/15/10 Visa XXXXXXXXXXXX5623 $231.70

### Fare Rule(s)

All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

3/24/2010



**TERRA, Inc.**
*Toxicology, Ecology, Research, and Risk Assessment*

April 6, 2010

Mr. Carson Strickland
Gieger, Laborde, &Laperouse, LLC
One Shell Square, Suite 4800
701 Poydras Street
New Orleans, LA 70139

**Re:**   **Project/Invoice #3FORM-33676-040410**
**FEMA Trailer Formaldehyde Products Liability Litigation**
**Lyndon Wright v. Forest River Inc.**

**Contract #9W-CIV01-0473**

This letter plus the attachments constitutes an **INVOICE** for services, which TERRA, Inc. was pleased to provide you for the above-captioned project. This invoice is encompasses but is not limited to, consulting services and expenses during the time period through **April 4th, 2010** for the amount of **$13,242.85.**

**Please see the attachments for the scope of work completed during this billing period by TERRA staff.**

TERRA appreciated this opportunity to provide these professional consulting services to your firm and anticipates working with you in the future. Your prompt payment of this invoice is most appreciated. Please make your remittance payable to:

**TERRA, Inc.**
**1234 Timberlane Road**
**Tallahassee, FL 32312**
**(Tax ID #59-3416786)**

This invoice is due and payable upon receipt with the unpaid balance assessed a 1½ percent interest charge per month after 30 days from the date of this invoice.

If you have any questions about this invoice, please feel free to call me at (850) 309-1330.

Sincerely,

Denise Savering

Denise Savering
Business Manager

*NOTE: THIS INVOICE MAY NOT CONTAIN ALL THE CHARGES INCURRED BY TERRA FROM OUTSIDE SOURCES, INCLUDING BUT NOT LIMITED TO, FEDEX, LONG DISTANCE AND LIBRARY RESOURCE CENTERS. TERRA RESERVES THE RIGHT TO INVOICE FOR THESE EXPENSES AS THEY ARE RECORDED.*

TERRA, Inc.
Project        **FEMA Trailer Formaldehyde Products**
**Liability Litigation**
**Lyndon Wright v. Forest River, Inc.**

**CONTRACT #9W-CIV01-0473**

Invoice No.        **3FORM-33676-040410**

**Expenses**

| | |
|---|---|
| Library Cost | $19.84 |
| Travel Expense | $2,961.76 |
| Postage/Federal Express | $0.00 |
| Copy Cost | $0.00 |
| | $2,981.60 |

**Services**

| | |
|---|---|
| Toxicological Services | $9,587.50 |
| Scientific Clinical Services | $343.75 |
| Research Support Services | $330.00 |
| | $10,261.25 |

| | |
|---|---|
| **Total** | **$13,242.85** |

# Terra, Inc
## Aged Tickets
### As of Apr 4, 2010

Filter Criteria includes: 1) Customer IDs from 3FORM-33676 to 3FORM-33676; 2) Billable Tickets only. Report order is by For Customer ID. Report is printed in Detailed Format.

| For Customer ID | Recorded by Name | Item Description | Ticket Date | Unit Duration | Billing Amount | Total Billing | Ticket Description fo |
|---|---|---|---|---|---|---|---|
| 3FORM-33676 | Robert C. James | PROJECT ASSISTANCE | 2/12/10 | 3.50 | 1,137.50 | | food asf & close calc & teleconference |
| | Kelly M. McElroy | LITERATURE SEARCH | 2/16/10 | 2.00 | 110.00 | | wright |
| | Kelly M. McElroy | REFERENCE SELECTION | 2/16/10 | 1.00 | 55.00 | | wright |
| | FLORIDA STATE UNIVERSITY | REIMB. LIBRARY | 2/12/10 | | 6.50 | | |
| | Denise M. Severing | DATA COLLECTION | 2/26/10 | 0.50 | 27.50 | | Copying-Wright |
| | Kelly M. McElroy | LITERATURE SEARCH | 2/26/10 | 2.00 | 110.00 | | Lit search for Dr James |
| | FLORIDA STATE UNIVERSITY | REIMB. LIBRARY | 2/26/10 | | 13.34 | | |
| | Kelly M. McElroy | LITERATURE SEARCH | 3/12/10 | 1.00 | 55.00 | | Lit search for Dr James |
| | Robert C. James | REIMB. TRAVEL EXPENSE | 3/23/10 | | 2,961.76 | | Travel to New Orleans for Deposition, Airfare $2,533.20 : Hotel $328.56; Taxi's $76.00 Airport Parking $24.00 |
| | Denise M. Severing | DATA COLLECTION | 3/16/10 | 0.75 | 41.25 | | resolving issues on Wright case with Michele Greif |
| | Brenda J. Murphy | TRAVEL COORDINATION | 3/16/10 | 1.00 | 55.00 | | Assisted Dr. James in travel arrangements to New Orleans for his deposition per Michelle Greif. |
| | Brenda J. Murphy | DATA COLLECTION | 3/16/10 | 1.00 | 55.00 | | Pulled literature and documents related to Wright and assisted Dr. Jame |
| | Brenda J. Murphy | DATA COLLECTION | 3/19/10 | 1.00 | 55.00 | | Organization of electronic files |
| | Denise M. Severing | DATA COLLECTION | 3/19/10 | 1.00 | 55.00 | | Assisted Dr. James with case files. |
| | Brenda J. Murphy | DATA COLLECTION | 3/25/10 | 1.00 | 55.00 | | |
| | Robert C. James | TRIAL PREPARATION | 3/22/10 | 8.00 | 2,600.00 | | prep |
| | Robert C. James | TRIAL PREPARATION | 3/23/10 | 5.00 | 1,625.00 | | Trial Prep |
| | Robert C. James | PROJECT TRAVEL | 3/23/10 | 5.00 | 1,625.00 | | travel for trial |
| | Robert C. James | TESTIMONY AT TRIAL | 3/24/10 | 8.00 | 2,600.00 | | Trial and travel back to Tallahassee |
| | | | | | | 13,242.85 | |
| | | | | | | 13,242.85 | |

Virtually There - eTicket Receipt                                    Page 1 of 2



**ADVENTURES IN TRAVEL**
**Phone: 850 385-3366**
**INFO@ADVENTURESINTRAVEL.COM**

## eTicket Receipt

### Prepared For
JAMES/ROBERT C

| | |
|---|---|
| RESERVATION CODE | FGLVDV |
| TICKET ISSUE DATE | 19Mar10 |
| TICKET NUMBER | 0067741987431 |
| INVOICE NUMBER | 1102488 |
| ISSUING AIRLINE | DELTA AIR LINES INC |
| ISSUING AGENT | 7O35/ABD |
| ISSUING AGENT LOCATION | TALLAHASSEE FL |
| IATA NUMBER | 10507825 |
| CUSTOMER NUMBER | 059500 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 23Mar10 | DELTA AIR LINES INC DL 5047 | TALLAHASSEE, FL | ATLANTA, GA | Class  ECONOMY<br>Seat Number  CHECK-IN REQUIRED |
| | | Time<br>12:45pm | Time<br>2:04pm<br>Terminal<br>SOUTH TERMINAL | Booking Status  CONFIRMED<br>Fare Basis  YUP<br>Not Valid After  23MAR |
| 23Mar10 | DELTA AIR LINES INC DL 1233 | ATLANTA, GA | NEW ORLEANS, LA | Class  FIRST<br>Seat Number  CHECK-IN REQUIRED |
| | | Time<br>3:16pm<br>Terminal<br>SOUTH TERMINAL | Time<br>3:53pm | Booking Status  CONFIRMED<br>Fare Basis  YUP<br>Not Valid After  23MAR |
| 25Mar10 | DELTA AIR LINES INC DL 1870 | NEW ORLEANS, LA | ATLANTA, GA | Class  FIRST<br>Seat Number  CHECK-IN REQUIRED |
| | | Time<br>4:35pm | Time<br>7:11pm<br>Terminal<br>SOUTH TERMINAL | Booking Status  CONFIRMED<br>Fare Basis  YUP<br>Not Valid After  23MAR |

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 25Mar10 | DELTA AIR LINES INC DL 5219 | ATLANTA, GA | TALLAHASSEE, FL | Class  ECONOMY Seat Number  CHECK-IN REQUIRED |
|  |  | Time 8:45pm Terminal SOUTH TERMINAL | Time 9:54pm | Booking Status  CONFIRMED Fare Basis  YUP Not Valid After  23MAR |

## Payment/Fare Details

| | |
|---|---|
| Form of Payment | CREDIT CARD  - VISA :  XXXXXXXXXXXX 2904 |
| Endorsement / Restrictions | NONE |
| Fare Calculation Line | TLH DL X/ATL DL MSY746.98YUP DL X/ATL Q9.30DL TLH 746.98YUP USD1503.26END ZPTLHATLMSYATL XT10.00AY 18.00XFTLH4.5ATL4.5MSY4.5ATL4.5 |
| Fare | USD 1503.26 |
| Taxes/Fees/Charges | USD 112.74 US (US TRANSPORTATION TAX) |
| | USD 14.80 ZP (US SEGMENT TAX) |
| | USD 28.00 XT (COMBINED TAXES) |
| Total Fare | USD 1658.80 |

Positive identification required for airport check in

Notice:

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Important Legal Notices

Virtually There - eTicket Receipt                                            Page 1 of 2



ADVENTURES IN TRAVEL
Phone: 850 385-3366
INFO@ADVENTURESINTRAVEL.COM

English ▼         Log In
12 hrs display ▼   Sign up Now

Home    View Itinerary    City Guides    Help                    My Profile    My Trips

                                                Save as PDF        Print this e-Ticket

## eTicket Receipt

**Prepared For**
JAMES/ROBERT C

| | |
|---|---|
| RESERVATION CODE | CEOGCB |
| TICKET ISSUE DATE | 24Mar10 |
| TICKET NUMBER | 0067741987468 |
| INVOICE NUMBER | 1102556 |
| ISSUING AIRLINE | DELTA AIR LINES INC |
| ISSUING AGENT | 7O35/ABD |
| ISSUING AGENT LOCATION | TALLAHASSEE FL |
| IATA NUMBER | 10507825 |
| CUSTOMER NUMBER | 059500 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 24Mar10 | DELTA AIR LINES INC DL 1606 | NEW ORLEANS, LA | ATLANTA, GA | Airline Reservation Code  P1EEY9 Class  FIRST Seat Number  02A |
| | | Time 3:15pm | Time 5:43pm Terminal SOUTH TERMINAL | Booking Status  CONFIRMED Fare Basis  FO Not Valid After  24MAR |
| 24Mar10 | DELTA AIR LINES INC DL 5215 | ATLANTA, GA | TALLAHASSEE, FL | Airline Reservation Code  P1EEY9 Class  ECONOMY Seat Number  06A |
| | | Time 6:45pm Terminal SOUTH TERMINAL | Time 7:56pm | Booking Status  CONFIRMED Fare Basis  FO Not Valid After  24MAR |

## Payment/Fare Details

| | |
|---|---|
| Form of Payment | CREDIT CARD  - VISA :  XXXXXXXXXXXX 2904 |
| Endorsement / Restrictions | NONE |
| Fare Calculation Line | MSY DL X/ATL DL TLH793.49F0 USD793.49END ZPMSYATL XT5.00AY 9.00XFMSY4.5ATL4.5 A/C37.21 2.79 |
| Exchanged Ticket | 0067741987431 |

Virtually There - eTicket Receipt

| | |
|---|---|
| Fare | USD 793.49 |
| Additional fare | USD 37.21 |
| Taxes/Fees/Charges | USD 59.51 US (US TRANSPORTATION TAX) |
| | USD 7.40 ZP (US SEGMENT TAX) |
| | USD 14.00 XT (COMBINED TAXES) |
| Total Additional Collection | USD 40.00 |
| Total Fare | USD 874.40 |

**Positive identification required for airport check in**

**Notice:**

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated

by reference. These conditions may be obtained from the issuing carrier.

Important Legal Notices

Save as PDF          Print this e-Ticket

Advertise    For Travel Agents    Privacy Policy    Copyright and Trademark Notices



ment 14541-9   Filed 06/25/10   Page 9 of 10

The *Roosevelt*

NEW ORLEANS

WALDORF ASTORIA COLLECTION™

123 Baronne Street • New Orleans, LA 70112
Phone (504) 648-1200 • Fax (504) 585-1295
Reservations: 1 800 WALDORF or
www.therooseveltneworleans.com

Name & Address

JAMES, ROBERT C

| | |
|---|---|
| Room | 11218/K1D |
| Arrival Date | 3/23/2010 |
| Departure Date | 3/25/2010 |
| Adult/Child | 1/0 |
| Room Rate | 219.00 |

4:30:00PM

RATE PLAN    L-BB

HH#
AL:
BONUS AL:        CAR:

CONFIRMATION NUMBER : 3375891477

*Folio*

3/24/2010    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 3/23/2010 | MINIBAR | LINTR | 286046 | $5.49 | | |
| 3/23/2010 | *ROOM SERVICE | LINTR | 286080 | $73.60 | | |
| 3/23/2010 | GUEST ROOM | AJ1 | 286345 | $219.00 | | |
| 3/23/2010 | RM - SALES TAX | AJ1 | 286345 | $28.47 | | |
| 3/23/2010 | RM - OCCUPANCY TAX | AJ1 | 286345 | $2.00 | | |
| | BALANCE | | | | | $328.56 |

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

THANK YOU FOR STAYING AT THE ROOSEVELT, A WALDORF
ASTORIA COLLECTION HOTEL.

CARD MEMBER'S SIGNATURE
X
MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. 77991 A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

# WE'RE JAZZED YOU'RE HERE!

CAB COMPANY _VETERANS CabCo._

TELEPHONE # _504-451-9306_

PASSENGER RECEIPT, TAXI FARE

DATE _03/23/10,_

Amount...................................$ _40-00_

Other Charges........................$

Total........................................$ _40-00_

Driver's Name _Sam_ Cell

Cab Number _1266_

✱ NEW ORLEANS

---

_504-722-1051_

Driver # _Bernice_   Cab # _B87_

To: _Airport_

From: _Hotel_

Date: _3/24/10_   Amount $ _36_

---

```
REPUBLIC PARKING
3300 CAPITAL CIR SW
TALLAHASSEE FL 32310
850 576 6023
Rcpt# 98604
03/24/10 19:56   L# 1 A# 11   Txn#311923
03/23/10 11:45 In   03724718 19:56 Out
CASH PAID   $   24.00-
THANK YOU FOR VISITING
TALLAHASSEE REGIONAL AIRPORT
```