# CHOICE ✓
## Professional Overnight Copy Service, Inc.

**INVOICE** 50113465

**TO**
Gieger, Laborde - Donna
Suite 4800
701 Poydras Street
New Orleans, LA 70130

| SALESPERSON | INVOICE DATE |
|---|---|
| John H. | 02/24/10 |

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
|  | 02/24/10 |  | Net 30 | 0200-247 |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 21339 | Blow Backs | 0.10 | 2,133.90 |
| 30 | 4" D-ring Flat Lay Binders | 12.00 | 360.00 |

*Juror Questionnaires* OK

**ORIGINAL INVOICE**
Please forward to ACCOUNTING DEPT.
for payment. Thank You!

| | Subtotal | 2,493.90 |
|---|---|---|
| | Sales Tax | 224.45 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

*Thank You*

| TOTAL | $ 2,718.35 |
|---|---|

**TERMS:** 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.

# CHOICE ✓
## Professional Overnight Copy Service, Inc.

**INVOICE** 50114072

| SALESPERSON | INVOICE DATE |
|---|---|
| John H. | 03/16/10 |

**TO**
Gieger, Laborde - Donna
Suite 4800
701 Poydras Street
New Orleans, LA 70130

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
|  | 03/16/10 |  | Net 30 | 0200-247 |

| QTY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 11417 | Color Blow Backs | — Trial Exhibits | 0.75 | 8,562.75 |
| 2608 | Blow Backs |  | 0.10 | 260.80 |

OK Jan 3-16-10

ORIGINAL INVOICE

POSTED

| | | |
|---|---|---|
| | Subtotal | 8,823.55 |
| Received by: _____  Date: _____ | Sales Tax | 794.12 |
| | **TOTAL** | **$ 9,617.67** |

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

*Thank You*

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.



Trial Concepts LLC
650 Poydras Street
Suite 1910
New Orleans, LA 70130

(504)582-5035

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | T-1601 |
| TERMS | DUE DATE |
| Due on receipt | 04/01/2010 |

**BILL TO**

Gieger, Laborde
Gieger, Laborde & Laperouse
701 Poydras St.
Suite 4800
New Orleans, LA 70139

| Case Name & No. | Sales Rep | Contact |
|---|---|---|
| FEMA/WRIGHT | SLF | DONNA ULI |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • BLOW BACKS B&W | 26256 | 0.10 | 2,625.60T |
| • BLOW BACKS COLOR | 12821 | 0.80 | 10,256.80T |
| • 3-HOLE PUNCH (AFTER COURT ADVISED TO DO SO) | 39077 | 0.03 | 1,172.31T |
| • REDWELD LETTER | 546 | 1.20 | 655.20T |

BLOWBACKS/FOREST RIVER EXHIBITS

| | |
|---|---|
| SUBTOTAL | $14,709.91 |
| TAX (9%) | $1,323.89 |
| TOTAL | $16,033.80 |

EIN# 20-8909965