

**Invoice**

Corporate Office : 985-951-7100
Fax : 985-951-7101

P.O. Box 1630
Mandeville, LA 70470-1630

| | |
|---|---|
| Invoice Number | LA199031720095 |
| Date | 03/17/2009 |
| Site ID | LA199 |
| Invoice Amount | $0.00 |
| Processed By | MIM |

**Bill To:** AILEEN KENNEDY-DEEGAN
GIEGER, LABORDE & LAPEROUSE LLC
701 POYDRAS ST, 48TH FLR  ONE SHELL SQU
NEW ORLEANS, LA 70139-4800

**Ship To:**
GIEGER, LABORDE & LAPEROUSE LLC
701 POYDRAS ST, 48TH FLR  ONE SHELL SQU
NEW ORLEANS, LA 70139-4800

Your request for medical records has been received by CRUZ-FIELD CLINIC. MedSouth Record Management, LLC is contracted with CRUZ-FIELD CLINIC to provide you with the enclosed medical record copies of the referenced patient below. These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

**Medical Facility:**
CRUZ-FIELD CLINIC
3525 PYTANIA ST.  SUITE 620
NEW ORLEANS, LA  70115

**Patient Name (Last, First):** WRIGHT, LYNDON
**Date of Birth:** 04/01/1970

**Medical Record Number:** SCANNED

**Reference Number(s):**

| | |
|---|---|
| Page Count | 194 |
| Processing Fee | $15.00 |
| Document Charge | $109.50 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| Subtotal | $124.50 |
| Shipping/Handling | $4.95 |
| Payments | $129.45 |
| Balance Due | $0.00 |

Terms: Payable upon receipt. Invoices not paid within 30 days of the invoice date will be subject to a late fee of $25.00. This fee may be recurring if delinquency exceeds 120 days. In the event of collections, the payer will be liable for all costs and attorney fees associated with collecting this debt.

Please remit check payable to:

**MedSouth Record Management, LLC**
Federal Tax I.D. #: 72-1481471

**Mailing address:**
P.O. Box 1630
Mandeville, LA  70470-1630

**Physical address for express mailing:**
#4 Sanctuary Boulevard, Suite 101
Mandeville, LA  70471

To ensure proper credit, please return a copy of this invoice with payment, or write the invoice number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.

DEPARTMENT OF PROPERTY MANAGEMENT

## CITY OF NEW ORLEANS

C. RAY NAGIN
MAYOR

PAMELA SIMS SMITH
DIRECTOR

To:  Gieger, Laborde & Laperouse, L.L.C.
One Shell Square
701 Poydras St. – 48th Flr.
New Orleans, LA  70139-4800

# Invoice

For

Copying file folders of

## Lyndon Wright

$.50 per page x 56 pages = **$28.00**

Please make check payable to **City of New Orleans**

Thanking you in advance for your prompt attention to this matter.



1300 PERDIDO STREET  |  SUITE 5W08  |  NEW ORLEANS, LOUISIANA  |  70112
PHONE 504. 658-3600  |  FAX 504. 658-3648



C. RAY NAGIN
MAYOR

**CIVIL SERVICE DEPARTMENT
CITY OF NEW ORLEANS**

CITY CIVIL SERVICE COMMISSION

WILLIAM R. FORRESTER, JR., CHAIRMAN
BLAINE G. LECESNE, VICE CHAIRMAN
DEBRA S. NEVEU
DANA M. DOUGLAS
JEROME D. DAVIS

LISA M. HUDSON
DIRECTOR

March 24, 2009

Amber S. Jolly
Paralegal
Geiger, Laborde & Laperouse, LLC
One Shell Square
New Orleans, LA 70139-4800

Re:   Public Records Request:   FEMA Trailer Liability Litigation – Lyndon Wright
        Invoice for Copying Costs: $17.50

Dear Ms. Jolly:

We have received your request dated March 24, 2009 emailed request for all existing employment records regarding Lyndon Wright pursuant to the attached authorization for release of records. I spoke to you on today about the request and informed you that some records you seek for Property Management and Finance must be requested through the Law Department, Attn: Evelyn Pugh and that you should contact Law directly for what other records City departments might have.

Enclosed are the records in the possession of Civil Service. This letter is to certify that the enclosed records are complete and true copies of the Civil Service records of Lyndon Wright. I copied 35 pages of records; copying costs are $17.50. The federal tax identification number for the City of New Orleans is: 72-6000969.

Please let me know if someone can pick up the records and pay the copying fees in exact cash or check made payable to the City of New Orleans. We are in Room 7W03 City Hall, 1300 Perdido Street, New Orleans, LA 70112. The receptionist will have the records.

Please contact me at 504-658-3507 if you have any questions.

Sincerely,

Eleanor Straub
Personnel Administrator

cc: Evelyn Pugh, Law

1300 PERDIDO STREET • ROOM 7W03 • NEW ORLEANS, LOUISIANA • 70112
PHONE 504.658.3500   FAX 504.658.3599 or 504.658.3598



## DEPARTMENT OF PROPERTY MANAGEMENT

CITY OF NEW ORLEANS

C. RAY NAGIN  
MAYOR

PAMELA SIMS SMITH  
DIRECTOR

June 9, 2009

Carson W. Strickland,  
   Attorney  
Gieger, Laborde & Laperouse, L. L. C.,  
One Shell Square  
701 Poydras St., 48th Flr.  
New Orleans, LA  70139-4800

Dear Mr. Strickland:

You requested copies of maintenance logs or any other documents that detail Lyndon Wright's work for the city. Particularly requested were copies of all of the relevant maintenance log entries from his employment beginning August 2005 until the present. We were unable to locate the Engineering Division's log book for the Civil Court Building for February 1, through August 1, 2006; however, as a sample of the log entries of Lyndon Wright we are providing copies of the entries of December 2006 through June 2007. We have produced copies of 144 pages at a cost of $.50 per page, total cost is $72.00. Please make a check out to the City of New Orleans for $72.00 and have a courier pick up the documents in room 5W04 – City Hall between the hours of 9:00 a.m. and 4:00 p.m. The city of New Orleans' federal identification number is 72-6000969.

If you need additional copies of the log entries for Mr. Wright, please advise of the specific period requested.

Very truly yours,

Pamela Sims Smith,  
Director

Attachment: (144)

PSS:PRD:prd



1300 PERDIDO STREET   |   SUITE 5W08   |   NEW ORLEANS, LOUISIANA   |   70112  
PHONE 504. 658-3600   |   FAX 504. 658-3648

*Revised Invoice*
*4/29/09*

## PREPAYMENT INVOICE FOR COPY SERVICES

**REMIT TO:** M T T ENTERPRISES
3008 20th St., #C
Metairie, LA 70002
504-VELFILE (835-3453)
Toll-Free: 1-866-VELFILE
Email: maureenheurtin@velfile.com

**INVOICE NUMBER:** TI- 223449
**DATE:** April 22, 2009
**TAX I.D. #72-1480789**

*Please include duplicate invoice with payment.*

**EMPLOYEE:** Kathy
**PHONE #:** 504-897-8411
**PATIENT:** Lyndon Wright
**MEDICAL RECORD #** 540395
**NOTES:** 5/4/98
**TYPE:** A
**BILL TO:** Aileen Kennedy-Deegan
**FIRM/CO:** Gieger, Laborde + Laperouse
**ADDRESS:** 701 Poydras St. 48th Fl. NOLA 70139-4800
**SHIP TO:** Same  X   Alternate Address: 561-1011

TOURO INFIRMARY has outsourced MTT ENTERPRISES, LLC, to handle your request for copies of medical records. Please contact our employee listed above with any amendments, questions, or cancellations. You may also contact our office at 504-VELFILE.

**PREPAYMENT IS REQUIRED PRIOR TO SERVICES BEING RENDERED.**

**HANDLING FEE:** 15.00     X Paper     ___ Microfilm
**5 COPIES @ $1:** 5.00      ___ Electronic
**___ COPIES @ 50¢:**
**___ COPIES @ 25¢:**
**OTHER** RUSH  30.00     ___ Pick Up     ___ Postage Paid
**POSTAGE/DELIVERY:** .59     X Mail     ___ Certified Mail
**TOTAL DUE:** $20.59 + 30.00 = 50.59   CH #8746

*WE PLEDGE TO PROVIDE QUALITY COPIES AND SERVICE!*

| Invoice Date | Invoice No. | Matter ID | Amount | Account No. | Description | Amount |
|---|---|---|---|---|---|---|
| 4/16/2009 | | 0200-24-7 | 456.00 | 1262 | Copy of income tax | 456.00 |

456.00

Check No. 88569

4/16/2009

Four Hundred Fifty-Six & No/100 Dollars                                                                 456.00

United States Treasury

| Invoice Date | Invoice No. | United States Treasury Description | | | Check No. 88569 Matter ID | Amount |
|---|---|---|---|---|---|---|
| 4/16/2009 | | Copy of income tax records re: Lyndon Wright, (1748) for | | | 0200-24-7 | 456.00 |

456.00

| Invoice Date | Invoice No. | Matter ID | Amount | Account No. | Description | Amount |
|---|---|---|---|---|---|---|
| 4/16/2009 | | 0200-24-7 | 114.00 | 1262 | Copy of tax records re: | 114.00 |

114.00

Check No. 88568

4/16/2009

One Hundred Fourteen & No/100 Dollars 114.00

United States Treasury

| /16/2009 | United States Treasury | | | Check No. 88568 | |
|---|---|---|---|---|---|
| Invoice Date | Invoice No. | Description | | Matter ID | Amount |
| /16/2009 | | Copy of tax records re: Lyndon Wright, (1748) for 1999 & | | 0200-24-7 | 114.00 |

114.00

**WALGREEN COMPANY**
**CORPORATE AND REGULATORY LAW**
**INVOICE FOR RECORD REQUEST SERVICES**

Billed to:
GIEGER LABORDE & LAPEROUSE
ATTN: AILEEN KENNEDY-DEEGAN
701 POYDRAS ST, 48TH FLOOR
NEW ORLEANS            LA    70139-4800

Make Checks Payable to:
Walgreen Company
1901 E. Voorhees St.
P.O. Box 4039
MS #735
Danville, Illinois 61834-4039

Invoice Number:    763504
Patient Name:  LYNDON WRIGHT

Amount Due:    $55.00
PatientDOB:    4/1/1970

## INVOICE

Re:  LYNDON WRIGHT

Dear Sir/Madam

In accordance with your request, pharmacy records for the above referenced patient were forwarded after a complete search was conducted, pursuant to the statutory retention period for pharmacy records. An invoice for our services is attached.

Please remit payment, together with this invoice. If state statute designates a different reimbursement, please enclose a copy of the statute along with a check for that amount.

Sincerely,

Jodi Drews
Records Custodian

(217) 554-8590 (Phone)
FEIN 36-192-4025 (Tax ID)

**BURR D. ILGENFRITZ, M.D.**
**RONALD J. FRENCH, M.D.**
**N. KNIGHT WORLEY, M.D.**

OTOLARYNGOLOGY
HEAD AND NECK SURGERY

3525 PRYTANIA STREET
SUITE 606
NEW ORLEANS, LA 70115
TELEPHONE: 899-1513

4224 HOUMA BLVD.
SUITE 640
METAIRIE, LA 70006
TELEPHONE: 455-5120

Date: May 8, 2009

To: Gieger, Laborde &Laperouse LLC.
701 Poydras St.
New Orleans, La. 70139
Attn: Aileen Kennedy-Deegan

Patient's Name: Lyndon Wright

*Please process this one ASAP. Thanks, Aileen*

The following charges are for processing and photocopying the medical records you have requested.

| | |
|---|---|
| 2 pages @ $1.00/page (1-25 pages) | $ 2.00 |
| ___ pages @ $.50/page (25 or more) | $ ___ |
| Postage / Mailing Fee | $ 2.00 |
| Research/ Retrieval Fee | $ 10.00 |
| Total | $ 14.00 |

Pre-payment required.

Please mail payment to: Drs. Ilgenfritz, French & Worley
3525 Prytania Street, Suite # 606
New Orleans, LA 70115

Tax ID # 72-0731660

(This charge is submitted in accordance with the provisions if LSA-R.S. 13:37151.)



MAILING ADDRESS
P.O. Box 3165
Harrisburg, PA 17105

GENERAL OFFICE
30 Hunter Lane
Camp Hill, PA 17011

Telephone 717.761.2633
Fax 717.975.5952

RITE AID CUSTODIAN OF PHARMACY RECORDS

RITE AID CORPORATION
P.O. BOX 3165
HARRISBURG, PA 17105
717-761-2633 EXTENSION 8516

FEDERAL I.D.: 23-1614034

DATE:   August 6, 2009

INVOICE

FOR PROFESSIONAL SERVICES RENDERED IN RESPONSE TO THE FOLLOWING REQUEST/SUBPOENA FOR PRESCRIPTION FILES AS FOLLOWS: RESEARCH & PREPARATION OF FILES, CLERICAL EXPENSES, PHOTOCOPYING EXPENSES AND POSTAGE & HANDLING.

   RE: Lyndon T. Wright

RECORDS OBTAINED FROM RITE AID PHARMACY (All stores are networked together)

       FEE FOR SERVICES RENDERED      $50.00

CHECK SHOULD BE MADE PAYABLE TO RITE AID CORPORATION AND BE PUT TO THE ATTENTION OF JILL L. LARSON, LEGAL DEPARTMENT.  IF CHECKS ARE NOT MADE PAYABLE TO RITE AID CORPORATION THEY WILL BE RETURNED.

PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

THANK YOU FOR YOUR COOPERATION IN THIS MATTER.

                                                Gieger, Laborde & Laperouse, LLC

REMIT TO:  M T T ENTERPRISES

3008 20th St., Suite C
Metairie, LA  70002
504-835-FILE (3453)
(Please include the duplicate invoice copy with your payment.)

Tax I.D. #72-1480789         INVOICE NUMBER: 103339

DATE: 3/24/09

PATIENT: Lyndon T. Wright

TO: Aileen Kennedy-Deegan

FIRM: Sieger Laborde & Laperouse

MTT Enterprises, LLC, has an agreement with Touro Infirmary to handle your request for copies of radiology images on the above named patient. We have retrieved the images from storage and prepared the following prepayment quote. We will send you the images as soon as payment for our services is received.

RETRIEVAL FEE                              20.00

____ FILM COPIES @ $15.00        _____

_1_ STUDIES ON CD @ $25.00       25.00

_1_ STUDIES ON CD @ $40.00       40.00

OTHER FEE/CHARGES _____    _____

POSTAGE/DELIVERY CHARGE           1.40

**TOTAL AMOUNT DUE**           $86.40

NOTES: _____

Please contact Ragan Collins at 897-8411 if you have any questions or wish to amend your original request. You may also contact our office at 504-835-FILE (3453).

**WE PLEDGE TO PROVIDE QUALITY COPIES AND SERVICE!**

# PREPAYMENT INVOICE FOR ITEMIZED BILLS

**REMIT TO:** M T T ENTERPRISES
3008 20th St., #C
Metairie, LA 70002
504-VELFILE (835-3453)
Toll-Free: 1-866-VELFILE
Email: maureenheurtin@velfile.com

**INVOICE NUMBER:** BTI- 304190
**DATE:** march 23, 2009

*TAX I.D. #72-1480789*

Please include duplicate invoice with payment.

**EMPLOYEE:** Kathee Jo   **PHONE #:** 504-897-8411
**PATIENT:** Lyndon T. Wright   **MEDICAL RECORD #** 540395
**NOTES:** all   **TYPE:** A
**BILL TO:** Aileen Kennedy-Deegan
**FIRM/CO:** Gieger, Laborde + Laperouse
**ADDRESS:** 701 Poydras St. 48th Fl. NOLA 70139-4800
**SHIP TO:** Same ✗   Alternate Address: _____

*TOURO INFIRMARY* has outsourced MTT ENTERPRISES, LLC, to handle your request for copies of itemized billing records. Please contact our employee listed above with any amendments, questions, or cancellations. You may also contact our office at 504-VELFILE.

**PREPAYMENT IS REQUIRED PRIOR TO SERVICES BEING RENDERED.**

| | | |
|---|---|---|
| **HANDLING FEE:** 20.00 | ___ Paper | ___ Microfilm |
| 2 **COPIES @ $1:** 2.00 | ✗ Electronic | |
| ___ **COPIES @ 50¢:** ___ | | |
| ___ **COPIES @ 25¢:** ___ | | |
| **OTHER** ___ ___ | ___ Pick Up | ___ Postage Paid |
| **POSTAGE/DELIVERY:** .42 | ✗ Mail | ___ Certified Mail |
| **TOTAL DUE:** $22.42 | | |

*WE PLEDGE TO PROVIDE QUALITY COPIES AND SERVICE!*