

12310 Pinecrest Road
Suite 201
Reston, VA 20191

CRICKET
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 7/2/2009 | 4348 |

PAST DUE

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Forest River-Class Action | BC | 2345 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
| | Case Name: Forest River | | | |
| | Client/Matter: Class Action | | | |
| | Units Received: Harvested Drive images | | | |
| | Date Received: 05/22/08 | | | |
| | Date Shipped: 06/25/09 | | | |
| | | | | |
| | Contact: Jason Bone | | | |
| | | | | |
| 3.81 | Processing - Run search prototyping on Tgreenlee and Tmiller collections | 500.00 | GB Processing | 1,905.00 |
| 4 | Technical Support - Run date restriction searches (X3) | 125.00 | Technical Support | 500.00 |
| | | | | |
| | Please Make Check Payable To:Cricket Legal Technologies, Inc. | | | |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

| Total | $2,405.00 |
|---|---|

Thank you for your Business



# Invoice

12310 Pinecrest Road
Suite 201
Reston, VA 20191

CRICKET LEGAL TECHNOLOGIES

| Date | Invoice # |
|---|---|
| 8/3/2009 | 4398 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
|  | Case Name: Formaldehyde MDL<br>Units Received: Setup of Formaldehyde MDL iCONECT nXT Database - July 2009<br><br>Contact: Jason Bone |  |  |  |
| 0.5 | Loading Data to Review System- Time required to upload the data to the hosted review platform, also includes database administration | 125.00 | Data Load | 62.50 |
| 3 | Setup User Account - Create user login and password, set-up permissions (one-time fee) | 125.00 | User Setup | 375.00 |
| 1 | Setup server partition, initial data structure - One Time Fee | 1,500.00 | Server Setup | 1,500.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total** $1,937.50

Thank you for your Business



12310 Pinecrest Road
Suite 201
Reston, VA 20191

# Invoice

| Date | Invoice # |
|---|---|
| 8/5/2009 | 4400 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
|  | Case Name: Formaldehyde MDL<br>Units Received: Processing Email collections received for Formaldehyde MDL<br>Date Shipped: 08/05/09<br><br>Contact: Jason Bone |  |  |  |
| 34.5544 | Processing - Extract metadata, full text, search dataset, de-duplicate dataset. Create export-ready database of all metadata, native files with links, text. | 500.00 | Processing | 17,277.20 |
| 53,430 | Selective OCR - Run OCR process on PDF and TIFF files only | 0.03 | OCR | 1,602.90 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total** $18,880.10

Thank you for your Business



12310 Pinecrest Road
Suite 201
Reston, VA 20191

**CRICKET**
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 10/21/2009 | 4509 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
|  | Case Name: Formaldehyde MDL<br>Units Received: Setup of Formaldehyde MDL iCONECT nXT Database - October 2009<br><br>Contact: Jason Bone |  |  |  |
| 3 | Monthly Access Fee per user - October 2009 | 125.00 | User License | 375.00 |
| 10.73 | Data Hosting on online review tool - Per Gigabit - $500.00 Minimum | 46.59832 | Hosting | 500.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total** $875.00

Thank you for your Business



12310 Pinecrest Road
Suite 201
Reston, VA 20191

# Invoice

| Date | Invoice # |
|---|---|
| 10/22/2009 | 4510 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
| | Case Name: Formaldehyde MDL | | | |
| | Units Received: Formaldehyde MDL Initial Production Set | | | |
| | Date Received: 10/16/09 | | | |
| | Date Shipped: 10/21/09 | | | |
| | Contact: Jason Bone | | | |
| 2 | DB Administration - Pull documents for production based on client supplied list of document IDs | 125.00 | Database Adminis... | 250.00 |
| 18,046 | Conversion to image (per page) | 0.05 | Conversion | 902.30 |
| 18,046 | Endorsement or Bates Number (per page) | 0.015 | Numbering | 270.69 |
| 5 | Media- DVDs | 50.00 | Media | 250.00 |
| | Shipping - Delivery of production disks | 30.00 | Shipping-Services | 30.00 |

pd 12-22-09

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total**  $1,702.99

Thank you for your Business



12310 Pinecrest Road
Suite 201
Reston, VA 20191

**CRICKET**
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 11/12/2009 | 4555 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
|  | Case Name: Formaldehyde MDL<br>Units Received: Formaldehyde MDL iCONECT nXT<br>Nov. 2009 Hosting<br><br>Contact: Jason Bone |  |  |  |
| 3 | Monthly Access Fee per user | 125.00 | User License | 375.00 |
| 10.73 | Data Hosting on online review tool - Per Gigabite - $500.00 Minimum | 46.59832 | Hosting | 500.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total**  $875.00

Thank you for your Business



12310 Pinecrest Road
Suite 201
Reston, VA 20191

**CRICKET**
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 12/11/2009 | 4627 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
| 1 | Case Name: Formaldehyde MDL<br>Units Received: Setup of Formaldehyde MDL iCONECT nXT Database - December 2009<br><br>Contact: Jason Bone<br><br>Monthly Access Fee per user | 125.00 | User License | 125.00 |
| 10.73 | Data Hosting on online review tool - Per Gigabite - $500.00 Minimum | 46.59832 | Hosting | 500.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total** $625.00

Thank you for your Business



12310 Pinecrest Road
Suite 201
Reston, VA 20191

**CRICKET**
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 1/12/2010 | 4663 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
| | Case Name: Formaldehyde MDL<br>Units Received: Setup of Formaldehyde MDL iCONECT nXT Database - January 2010 .<br>Contact: Jason Bone | | | |
| 1 | Monthly Access Fee per user | 125.00 | User License | 125.00 |
| 10.73 | Data Hosting on online review tool - Per Gigabite - $500.00 Minimum | 46.59832 | Hosting | 500.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total**  $625.00

Thank you for your Business



12310 Pinecrest Road
Suite 201
Reston, VA 20191

**CRICKET**
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 2/16/2010 | 4726 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA  70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
| | Case Name: Formaldehyde MDL
Units Received: Setup of Formaldehyde MDL iCONECT nXT Database - February 2010
Contact: Jason Bone | | | |
| 1 | Monthly Access Fee per user | 125.00 | User License | 125.00 |
| 10.73 | Data Hosting on online review tool - Per Gigabite - $500.00 Minimum | 46.59832 | Hosting | 500.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total**  $625.00

Thank you for your Business



# Invoice

**12310 Pinecrest Road**
**Suite 201**
**Reston, VA 20191**

**CRICKET**
LEGAL TECHNOLOGIES

| Date | Invoice # |
|---|---|
| 3/10/2010 | 4767 |

**Bill To**

Geiger, Laborde & Laperouse
One Shell Square
701 Poydras Street, Ste 4800
New Orleans, LA 70139

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
| 1 | Case Name: Formaldehyde MDL<br>Units Received: Setup of Formaldehyde MDL iCONECT nXT Database - March 2010<br>Contact: Jason Bone<br><br>Monthly Access Fee per user | 125.00 | User License | 125.00 |
| 10.73 | Data Hosting on online review tool - Per Gigabite - $500.00 Minimum | 46.59832 | Hosting | 500.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total**  $625.00

Thank you for your Business



12310 Pinecrest Road
Suite 201
Reston, VA 20191

**CRICKET**
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 4/20/2010 | 4815 |

| Bill To |
|---|
| Geiger, Laborde & Laperouse<br>One Shell Square<br>701 Poydras Street, Ste 4800<br>New Orleans, LA 70139 |

| Case Name | Account Rep | Job No. |
|---|---|---|
| Formaldehyde MDL | BC | 2355 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
|  | Case Name: Formaldehyde MDL<br>Units Received: Formaldehyde MDL iCONECT nXT<br>April 2010 Hosting<br>Contact: Jason Bone |  |  |  |
| 1 | Monthly Access Fee per user | 125.00 | User License | 125.00 |
| 10.73 | Data Hosting on online review tool - Per Gigabit - $500.00 Minimum | 46.59832 | Hosting | 500.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total** $625.00

Thank you for your Business