

Trial Concepts LLC
650 Poydras Street
Suite 1910
New Orleans, LA 70130

(504)582-5035

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | T-1617 |
| TERMS | DUE DATE |
| Due on receipt | 04/01/2010 |

**BILL TO**

Gieger, Laborde
Gieger, Laborde & Laperouse
701 Poydras St.
Suite 4800
New Orleans, LA 70139

| Case Name & No. | Sales Rep | Contact |
|---|---|---|
| FEMA/WRIGHT | SLF | DONNA ULI |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • CONSULTING-03/14/10-TRIAL PREP: EXHIBITS & DEMONSTRATIVES-SMULSKI, DISON, & WRIGHT; RUN THROUGH OPENING WITH MR. GIEGER; RENDER CHANGES TO OPENING. | 8.25 | 75.00 | 618.75 |
| • CONSULTING-03/15/10-AFTER HOURS TRIAL PREPARATION-HEWITT, RITTER, LAGRANGE-UPDATE MR. STRICKLAND'S SUMMATION DATABASE. | 4 | 75.00 | 300.00 |
| • CONSULTING-03/16/10-AFTER HOURS TRIAL PREPARATION FOR MOORE-ADD POLK ADDITIONAL CLIPS | 2.5 | 75.00 | 187.50 |
| • CONSULTING-03/17/10-AFTER HOURS TRIAL PREPARATION FOR MALLET, SPECTOR | 4 | 75.00 | 300.00 |
| • CONSULTING-03/18/10-AFTER HOURS TRIAL PREPARATION FOR SMITH & WILLIAMS; PREPARE UPDATED CLIP REPORTS FOR MR. STRICKLAND FOR ALL FOREST RIVER WITNESSES | 4.75 | 75.00 | 356.25 |
| • CONSULTING-03/20/10-RENDER CLIP CHANGES FOR MCNEESE, SOUZA, BONOMO & POLK; PREPARE UPDATED CLIP REPORTS FOR THE SAME FOR MR. STRICKLAND; UPDATE LINKED EXHIBITS TO THE CLIPS. | 7.75 | 75.00 | 581.25 |
| • CONSULTING-03/21/10-RENDER MARSH CLIPS & PREPARE CLIP REPORT FOR MR. STRICKLAND; TRIAL PREPARATION FOR SCHWERY. | 6.5 | 75.00 | 487.50 |
| • CONSULTING-03/22/10-TRIAL PREPARATION-NELSON | 3.75 | 75.00 | 281.25 |
| • CONSULTING-03/26/10-MEETING WITH MR. GIEGER & MR. BONE, REF: CLOSING, PREPARATION OF EXHIBITS USED BY MR. BONE MARKED AS 304 A-I | 7.5 | 75.00 | 562.50 |

CONSULTING FOR FEMA/WRIGHT FROM 03/14/10 TO 03/26/10

| | |
|---|---|
| SUBTOTAL | $3,675.00 |
| TAX (9%) | $0.00 |
| TOTAL | $3,675.00 |

EIN# 20-8909965



Trial Concepts LLC
650 Poydras Street
Suite 1910
New Orleans, LA  70130

(504)582-5035

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | T-1610 |
| TERMS | DUE DATE |
| Due on receipt | 04/01/2010 |

**BILL TO**

Gieger, Laborde
Gieger, Laborde & Laperouse
701 Poydras St.
Suite 4800
New Orleans, LA  70139

| Case Name & No. | Sales Rep | Contact |
|---|---|---|
| FEMA/WRIGHT | SLF | DONNA ULI |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • TECH TIME-CREATION OF OPENING POWERPOINT SLIDES & DEMONSTRATIVES BY MS. FRANKS & MR. VENTURELLA | 18.5 | 75.00 | 1,387.50 |
| | | SUBTOTAL | $1,387.50 |
| | | TAX (9%) | $0.00 |
| | | TOTAL | $1,387.50 |

FEMA/WRIGHT

EIN# 20-8909965



Trial Concepts LLC
650 Poydras Street
Suite 1910
New Orleans, LA 70130

(504)582-5035

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | T-1602 |
| TERMS | DUE DATE |
| Due on receipt | 04/01/2010 |

**BILL TO**

Gieger, Laborde
Gieger, Laborde & Laperouse
701 Poydras St.
Suite 4800
New Orleans, LA 70139

| Case Name & No. | Sales Rep | Contact |
|---|---|---|
| FEMA/FOREST RIVER | SLF | DONNA ULI |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • 03/15/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/16/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/17/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/18/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/19/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/22/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/23/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/24/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/25/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |
| • 03/29/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH BAKER DONELSON/SHAW) | 1 | 750.00 | 750.00 |

TRIAL PRESENTATION RATE IS $1500 PER DAY

CHARGES SPLIT PER DAY WITH BAKER DONELSON/SHAW

PLEASE SEE ATTACHED.

| | |
|---|---|
| SUBTOTAL | $7,500.00 |
| TAX (9%) | $0.00 |
| TOTAL | $7,500.00 |

EIN# 20-8909965

**Lyndon Wright v Forest River, Shaw Environmental**
**Trial Presentation Services**

| Date | Description | Total |
|---|---|---|
| 3/15/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/16/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/17/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/18/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/19/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/22/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/23/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/24/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/25/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/29/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| | **TOTAL** | **$ 15,000.00** |

1/2 Billed to Gieger Laborde/Forest River    $ 7,500.00
1/2 Billed to Baker Donelson/Shaw            $ 7,500.00