# Fribley Technical Services, Inc.
58194 Andrew Drive
Goshen, IN 46528-9024
Tel: 574-533-5508
Cell: 574-596-2606

# Invoice

| Invoice # |
|---|
| 898 |

| Date | Due Date |
|---|---|
| 8/31/2009 | 9/15/2009 |

EIN 38-3677817

**Bill To**
Carson Strickland
Gieger, Laborde & Laperouse, LLC
One Shell Square, Suite 4800
701 Poydras Street
New Orleans, LA 70139

| Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  | Wright v Forest River |  |  |  |
| 8/11/2009 | Attorney contact re inspection | 0.2 | 100.00 | 20.00 |
| 8/11/2009 | Attorney contact re inspection | 0.2 | 100.00 | 20.00 |
| 8/15/2009 | Prep for trip to LA | 1.5 | 100.00 | 150.00 |
| 8/20/2009 | Travel to LA | 4 | 100.00 | 400.00 |
| 8/21/2009 | Initial inspection and travel to IN | 12 | 100.00 | 1,200.00 |
|  | Mileage | 1,306 | 0.55 | 718.30 |
|  | Lodging |  | 210.72 | 210.72 |
|  | Food |  | 116.06 | 116.06 |
|  | Film and Developing |  | 140.00 | 140.00 |
| 8/22/2009 | Travel to IN | 4 | 100.00 | 400.00 |
| 8/24/2009 | Attorney contact | 1 | 100.00 | 100.00 |
| 8/25/2009 | Travel to LA | 12 | 100.00 | 1,200.00 |
| 8/26/2009 | Inspection | 10 | 100.00 | 1,000.00 |
| 8/27/2009 | Inspection; jacking & blocking | 10 | 100.00 | 1,000.00 |
| 8/28/2009 | Inspection | 6 | 100.00 | 600.00 |
|  | Film and Developing |  | 105.00 | 105.00 |
| 8/31/2009 | Inspection; dis-assembly | 10 | 100.00 | 1,000.00 |
|  | Food |  | 175.33 | 175.33 |
|  | Tolls |  | 3.45 | 3.45 |
|  | Mileage | 1,405 | 0.55 | 772.75 |
|  | Lodging |  | 742.88 | 742.88 |
|  | Film and Developing |  | 175.00 | 175.00 |

Thank You

**Total** $10,249.49

# Fribley Technical Services, Inc.
58194 Andrew Drive
Goshen, IN 46528-9024
Tel: 574-533-5508
Cell: 574-596-2606

# Invoice

| Invoice # |
|---|
| 900 |

| Date | Due Date |
|---|---|
| 9/15/2009 | 9/30/2009 |

EIN 38-3677817

**Bill To**
Carson Strickland
Gieger, Laborde & Laperouse, LLC
One Shell Square, Suite 4800
701 Poydras Street
New Orleans, LA 70139

| Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Wright v Forest River | | | |
| 9/1/2009 | Inspection & disassembly of unit | 11 | 100.00 | 1,100.00 |
| 9/2/2009 | Travel to IN | 12 | 100.00 | 1,200.00 |
| | Mileage | 1,131 | 0.55 | 622.05 |
| | Food | | 20.96 | 20.96 |
| | Lodging | | 101.69 | 101.69 |
| | Film and Developing | | 140.00 | 140.00 |

Thank You

**Total** $3,184.70

*Rec'd 11-5-09*



**LIBERTY**
BUILDING FORENSICS GROUP®

530 N Commonwealth Ave
Polk City
FL           33868-9601
(863) 984-5510
(863) 984-5512

**Inv. Date:** 10/30/2009
**Inv. No:** 1850
**Project Name:** Lyndon Wright v Forest River
**Job #** 200952601
**Billing Thru:** 9/30/2009
**Comment:**

Mr. Carson Strickland
48th Floor, One Shell Square
701 Poydras Street
New Orleans
LA           70138-

### Labor:

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| DOHERTY, MELANIE T | 0.25 | 65.00 | 16.25 |
| LABORDE, DENISE P | 4.75 | 65.00 | 308.75 |
| ANSLEY, JASON D | 0.25 | 95.00 | 23.75 |
| LEE, CRAIG A | 0.50 | 110.00 | 55.00 |
| SNELL, DONALD B | 17.50 | 175.00 | 3,062.50 |
| **Total Hours:** | **23.25** | **Subtotal:** | **3,466.25** |

### Expenses:

|  | Miles/Hours | Rate | Cost | Amount |
|---|---:|---:|---:|---:|
| AIR TRAVEL |  |  | 952.81 | 1,048.09 |
| AUTO RENTAL |  |  | 1,578.12 | 1,735.93 |
| FREIGHT |  |  | 116.09 | 127.70 |
| FUEL |  |  | 344.92 | 379.41 |
| LODGING |  |  | 1,493.05 | 1,642.36 |
| MEALS |  |  | 496.78 | 546.46 |
| PARKING/TOLLS |  |  | 219.00 | 240.90 |
| SUPPLIES |  |  | 254.16 | 317.71 |
| REPROGRAPHICS | 9.00 | 0.22 | 1.80 | 1.98 |
| MILEAGE | 67.27 | 0.68 | 37.00 | 45.74 |
| COMMUNICATION HOURS | 23.25 | 3.75 |  | 87.19 |
| COMPUTER HOURS | 23.25 | 4.50 |  | 104.63 |
|  |  |  | **Subtotal:** | **6,278.10** |



**LIBERTY**
BUILDING FORENSICS GROUP®

530 N Commonwealth Ave
Polk City
FL          33868-9601
(863) 984-5510
(863) 984-5512

**Inv. Date:** 10/30/2009
**Inv. No:** 1850
**Project Name:** Lyndon Wright v Forest River
**Job #** 200952601
**Billing Thru:** 9/30/2009
**Comment:**

Mr. Carson Strickland
48th Floor, One Shell Square
701 Poydras Street
New Orleans
LA          70138-

**Total Amount Due:**     9,744.35

# LIBERTY
## BUILDING FORENSICS GROUP®

Polk City
FL      33868-9601
(863) 984-5510
(863) 984-5512

**Inv. Date:** 10/1/2009
**Inv. No:** 1779
**Project Name:** Lyndon Wright v Forest River
**Job #** 200952601
**Billing Thru:** 8/31/2009

Mr. Carson Strickland
48th Floor, One Shell Square
701 Poydras Street
New Orleans
LA      70138-

**Comment:**

---

### Labor:

| | Hours | Rate | Amount |
|---|---:|---:|---:|
| RICE, AMY E | 3.00 | 45.00 | 135.00 |
| DOHERTY, MELANIE T | 1.00 | 65.00 | 65.00 |
| LABORDE, DENISE P | 6.00 | 65.00 | 390.00 |
| WILKINS, JANICE F | 1.50 | 65.00 | 97.50 |
| ANSLEY, JASON D | 9.50 | 95.00 | 902.50 |
| LEE, CRAIG A | 79.50 | 110.00 | 8,745.00 |
| MARQUET, MICHAEL J | 2.00 | 110.00 | 220.00 |
| SNELL, DONALD B | 122.00 | 175.00 | 21,350.00 |
| DUBOSE, GEORGE H | 8.00 | 195.00 | 1,560.00 |
| NELSON, NORMAN L | 22.00 | 225.00 | 4,950.00 |
| **Total Hours:** | 254.50 | **Subtotal:** | 38,415.00 |

### Expenses:

| | Miles/Hours | Rate | Cost | Amount |
|---|---:|---:|---:|---:|
| AIR TRAVEL | | | 316.20 | 347.82 |
| FREIGHT | | | 54.26 | 59.69 |
| MEALS | | | 1.92 | 2.11 |
| OUTSIDE SERVICES | | | 8,432.82 | 10,541.03 |
| PARKING/TOLLS | | | 17.00 | 18.71 |
| SUPPLIES | | | 1,978.00 | 2,472.50 |
| REPROGRAPHICS | 164.00 | 0.22 | 32.80 | 36.08 |
| MILEAGE | 192.00 | 0.68 | 112.32 | 130.56 |
| COMMUNICATION HOURS | 254.50 | 3.75 | | 954.38 |
| COMPUTER HOURS | 254.50 | 4.50 | | 1,145.25 |

# LIBERTY
## BUILDING FORENSICS GROUP

530 N Commonwealth Ave
Polk City
FL            33868-9601
(863) 984-5510
(863) 984-5512

**Inv. Date:** 10/1/2009
**Inv. No:** 1779
**Project Name:** Lyndon Wright v Forest River
**Job #** 200952601
**Billing Thru:** 8/31/2009
**Comment:**

Mr. Carson Strickland
48th Floor, One Shell Square
701 Poydras Street
New Orleans
LA            70138-

*10-22-09*

**Subtotal:**           15,708.13

Equipment Re  *$ 66,787.63*

|  | Days | Rate | Amount |
|---|---|---|---|
| SMOKE VISL | 1.00 | 25.00 | 25.00 |
| TEMP & RH HANDHELD | 1.00 | 25.00 | 25.00 |
| MOISTURE METER | 1.00 | 50.00 | 50.00 |
| VIDEO CAMERA | 1.00 | 100.00 | 100.00 |

**Subtotal:**           200.00

**Total Amount Due:**   54,323.13

| Employee | Job | dated | hours | description |
|---|---|---|---|---|
| 1 - GEORGE DUBOSE | 200952601 - Lyndon Wright v Forest River | 08/07/09 | 4 | Develop plan and detail for site visit |
| 1 - GEORGE DUBOSE | 200952601 - Lyndon Wright v Forest River | 08/17/09 | 1 | Conf call with team |
| 1 - GEORGE DUBOSE | 200952601 - Lyndon Wright v Forest River | 08/21/09 | 1 | Conf call with team |
| 1 - GEORGE DUBOSE | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 2 | Prep and hold conf call |
| 1 - GEORGE DUBOSE Total | | | 8 | |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/21/09 | 9 | Trailer inspection and testing w/ CL and Jim Cummings; includes travel |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/20/09 | 10 | Trailer inspection and testing w/ CL and Jim Cummings; includes Blower door; tracer gas; relative pr |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/19/09 | 9 | Trailer inspection and testing w/ CL and NN; includes relative pressure testing; launched and deploy |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/18/09 | 10 | Observation of plaintiff testing w/ CL; Trailer inspection; documentation of as-built conditions |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/17/09 | 9 | Observation of plaintiff testing. |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/23/09 | 1 | equipment transfer and analysis |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/20/09 | 0 | |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/03/09 | 2.5 | Alexander v Gulf stream (FEMA Trailer) - preliminary investigation |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/07/09 | 1 | Alexander v Gulf stream (FEMA Trailer) - Tracer Gas Test Review |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/14/09 | 4.5 | developed work plan; preliminary investigation |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/15/09 | 4 | Meeting w/ Jim Cummings includes travel-coordinated equipment |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/16/09 | 4 | reviewed work plan, includes travel |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/30/09 | 4 | Preliminary work to destructive observation, includes travel |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/28/09 | 6 | Monthly expense review for approval; preliminary work to destructive observation; ventilation review |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/27/09 | 11 | Onsite observations and documentation during plaintiffs trailer jacking and testing; includes travel |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/26/09 | 9 | Onsite observations and documentation during Contractor (Shaw) trailer jacking and testing |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/25/09 | 10 | Preliminary work to blower door testing (by others), jacking and testing, ventilation analysis; incl |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 8 | Test review and analysis; Conf calls w/ Gieger, LaBorde & Laperouse to review results of week of 8/1 |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/27/09 | 0 | |
| 13 - DONALD SNELL | 200952601 - Lyndon Wright v Forest River | 08/31/09 | 10 | Onsite observations of destructive observation |
| 13 - DONALD SNELL Total | | | 122 | |
| 29 - MELANIE DOHERTY | 200952601 - Lyndon Wright v Forest River | 08/20/09 | 0.5 | Assist PM with File |
| 29 - MELANIE DOHERTY | 200952601 - Lyndon Wright v Forest River | 08/13/09 | 0.5 | Assist PM with File |
| 29 - MELANIE DOHERTY Total | | | 1 | |
| 33 - DENISE LABORDE | 200952601 - Lyndon Wright v Forest River | 08/13/09 | 1 | Assist PM |
| 33 - DENISE LABORDE | 200952601 - Lyndon Wright v Forest River | 08/06/09 | 0.5 | Documents purchase & download |
| 33 - DENISE LABORDE | 200952601 - Lyndon Wright v Forest River | 08/07/09 | 0.5 | Research for PM |
| 33 - DENISE LABORDE | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 2 | Assist PM |
| 33 - DENISE LABORDE | 200952601 - Lyndon Wright v Forest River | 08/25/09 | 1 | Assist PM |
| 33 - DENISE LABORDE | 200952601 - Lyndon Wright v Forest River | 08/28/09 | 1 | Project Administration |
| 33 - DENISE LABORDE Total | | | 6 | |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 5.5 | transribing notes/org photos on server/conf call |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/25/09 | 3 | Review archive video of site visit / confer w/team for arrangements/ mobilization plans for Mike |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/28/09 | 1.5 | confer w/Don for destructive work to be observed 31st and 1st |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/12/09 | 1 | Prep for site visit/initial equipment check/ |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/13/09 | 5 | Mobilization prep/equipment staging |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/14/09 | 5 | Mobilization prep/equipment staging |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/16/09 | 2 | Loading equipment |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/17/09 | 10.5 | Mobilization |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/18/09 | 9 | Site survey/observe testing by others/chart layout/prep IR & other equipment |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/19/09 | 8.5 | Site survey/IR/pressure readings/prep blower test equipment |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/20/09 | 8.5 | Site Survey/confer with Cummings, Snell on findings/ |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/21/09 | 10.5 | site survey and demobilization |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/22/09 | 7 | demobilization |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/17/09 | 0 | |
| 37 - CRAIG LEE | 200952601 - Lyndon Wright v Forest River | 08/31/09 | 2.5 | wind research/purchase NOAA detailed data/confer with IT to spreadsheet |
| 37 - CRAIG LEE Total | | | 79.5 | |

| Name | Project | Date | Hours | Description |
|---|---|---|---|---|
| 40 - JANICE WILKINS | 200952601 - Lyndon Wright v Forest River | 08/25/09 | 0.75 | Pack Up Equipment For Shipping |
| 40 - JANICE WILKINS | 200952601 - Lyndon Wright v Forest River | 08/17/09 | 0.75 | Assist PM with project files |
| 40 - JANICE WILKINS Total | | | 1.5 | |
| 48 - AMY RICE | 200952601 - Lyndon Wright v Forest River | 08/25/09 | 2 | Video Editing |
| 48 - AMY RICE | 200952601 - Lyndon Wright v Forest River | 08/28/09 | 1 | Captureing video and putting it onto a DVD |
| 48 - AMY RICE Total | | | 3 | |
| 58 - NORMAN NELSON | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 2 | Attend Conference Call |
| 58 - NORMAN NELSON | 200952601 - Lyndon Wright v Forest River | 08/25/09 | 2 | Review Data |
| 58 - NORMAN NELSON | 200952601 - Lyndon Wright v Forest River | 08/18/09 | 4 | Prep for On-Site Visit |
| 58 - NORMAN NELSON | 200952601 - Lyndon Wright v Forest River | 08/19/09 | 8 | On-Site Visit |
| 58 - NORMAN NELSON | 200952601 - Lyndon Wright v Forest River | 08/20/09 | 4 | Prep Documentation |
| 58 - NORMAN NELSON | 200952601 - Lyndon Wright v Forest River | 08/20/09 | 2 | Coordinate w/Team |
| 58 - NORMAN NELSON Total | | | 22 | |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/12/09 | 0.25 | project request CL |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 0.25 | project assistance CL |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 2.25 | Project request DS (Hobo Download & charting) |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 0.5 | Project request Don OA vs SA Chart |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/24/09 | 1.5 | charting for DS |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/25/09 | 0.25 | Lydonwright- Project request DS |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/17/09 | 1 | Proejct Request for DS |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/19/09 | 1 | project request for DS |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/19/09 | 0.5 | Project request for CL |
| 59 - JASON ANSLEY | 200952601 - Lyndon Wright v Forest River | 08/31/09 | 2 | LyndonWright- weather data for CL |
| 59 - JASON ANSLEY Total | | | 9.5 | |
| 67 - MICHAEL MARQUET | 200952601 - Lyndon Wright v Forest River | 08/25/09 | 2 | Mobilization |
| 67 - MICHAEL MARQUET Total | | | 2 | |
| Grand Total | | | 254.5 | |

INVOICE

**Expert Services**
**Case Name:** *FEMA Trailer*

To:   Don Snell
      Liberty Building Forensics Group
      3700 Dohnavur Drive
      Zellwood, Florida 32798
      Phone: (407) 467-5518
      Fax: (407) 814-0452

```
GL
Job 200952601
Code
Class
Transaction #4071
```

From: James B. Cummings
      1445 Sunrise Drive
      Merritt Island, FL 32952
      (321) 452-8248

Invoice date: August 28, 2009, for activities through August 28, 2009

|  | Time (min) |  | Miles in non-rent | tolls | Print (pages) | meals |
|---|---|---|---|---|---|---|
| 7/17/09 | 10 | Investigate test methodology |  |  |  |  |
| 7/18/09 | 154 | Phone calls to DS, emails, review pdf, draft test descriptions |  |  | 35 |  |
| 7/19/09 | 328 | Develop duct, building airtightness, TG protocols plus emails |  |  |  |  |
| 7/20/09 | 16 | Emails and phone to DS |  |  |  |  |
| 7/21/09 | 55 | Review protocols, review/mail agreement |  |  | 4 |  |
| 7/23/09 | 10 | Email and phone with DS |  |  |  |  |
| 7/26/09 | 76 | Track down/order equipment; emails to DS and Energy Conservatory |  |  |  |  |
| 7/27/09 | 3 | Email |  |  |  |  |
| 7/28/09 | 22 | Talk with Chuck Withers, email DS |  |  |  |  |
| 7/29/09 | 4 | Email |  |  |  |  |
| 7/31/09 | 13 | Phone w/DS |  |  |  |  |
| 8/6/09 | 12 | Phone w/DS |  |  |  |  |
| 8/10/09 | 21 | Check on equipment and email to DS |  |  |  |  |
| 8/12/09 | 71 | Travel prep and emails |  |  |  |  |
| 8/13/09 | 43 | Pick up equipment and emails |  |  |  |  |
| 8/14/09 | 98 | Phone w/DS, collect equipment |  |  |  |  |

| 8/15/09 | 72 | Download/print files; email, load equip for trip; inspect/transfer equipment to DS | | | 28 | |
| 8/15/09 | 90 | Travel to deliver equipment to DS | 90 | $3.00 | | |
| 8/18/09 | 10 | Print test docs | | | 11 | |
| 8/19/09 | 161 | Review test standards; find/pack equip; phone w/DS | | | | |
| 8/19-21/09 | 665 | Travel time (from home to hotel and from hotel to home) | | | | |
| 8/19/09 | 90 | Review testing w/DS (at hotel) | | | | |
| 8/20/09 | 738 | Day of inspection/testing | | | | $4.11 |
| 8/21/09 | 385 | Day of inspection/testing | | | | |
| 8/23/09 | 35 | Load, unload, inspect equipment | | | | |
| 8/23/09 | 190 | Travel to pick up test equipment in Zellwood, return and unload equipment | 152 | $8.25 | 2 | |
| 8/24/09 | 79 | Phone w/DS, 2PM and 2:30 PM conference calls, | | | | |
| 8/25/09 | 104 | 3 phone calls w/DS, phone w/Mike, emails, download photos, start data analysis | | | | |
| 8/26/09 | 295 | Voice message, review Hobo data, cancel flight; blower door, tracer gas, and RLF data analysis | | | | |
| 8/27/09 | 11 | Phone w/DS | | | | |
| 8/28/09 | 4 | Emails, print 1 page | | | 1 | |
| Total | 3865 | (64.42 hours; 14.25 hours travel; 50.17 hours non-travel) | 242 | $11.25 | 81 | |

| | | | |
|---|---|---|---|
| Time | 48.67 hours x $130/hr | = | $6326.67 |
| Travel time | 15.75 hours x $65/hr | = | $1023.75 |
| Expenses* | | = | $1082.40 |
| Total | | = | $8432.82 |

* Expenses: air fare = $390.40, hotel = $268.94, car rental plus gas = $224.45, meals = $4.11, miles to/from Orlando airport = 90 miles x $0.55 = $49.50, park at airport (MCO) = $38, tolls = $3, miles to/from Zellwood = 152 miles x $0.55 = $83.60, tolls = $8.25, 81 pages x $0.15 = $12.15



**Infrared-Camera-Rentals**

122 Fern Ave., P.O. Box 245, Old Forge, NY 13420 Phone: 315-369-2006 Fax: 315-369-3007
infoInfrared-Camera-Rentals.com  www.Infared-Camera-Rentals.com

# INVOICE

Ship to: Guest Craig A. Lee
Liberty Building Forensics Group
Fairfield Inn & Suites
7959 Essen Park Ave.
Baton Rouge, LA 70809
321-202-8820

Bill to: George M. DuBose
PO Box 131
Zellwood, FL 32798

Date: August 24, 2009
P.O. Number: Verbal/Fax/Email
Terms: Credit Card
PAGE: 1 of 1
Invoice #: 2009-2293

**TO AVOID ADDITIONAL RENTAL FEES, CAMERA AND ALL ACCESSORIES MUST BE RECEIVED IN OUR OFFICE NO LATER THAN SEPTEMEBR 2, 2009. PLEASE SEND VIA FEDEX TO 122 FERN AVE., OLD FORGE, NY 13420.**

| Qty | Item | Specifications | Price |
|---|---|---|---|
| 1 | Infrared Camera High Resolution | FLIR BX320 Infrared Camera & ACCESSORIES<br>• Operations Manual<br>• 45° Lens and Cap<br>• 3 Batteries<br>• 2 Station Battery Charger<br>• USB Cable<br>• Video Cable<br>• Sun Shroud<br>• ThermaCam QuickView Software (XP) & Manual<br>• Wrist Strap<br>• AC Power Supply<br>• Power Cord<br>• Ruggedized Transport Case<br>• QuickReport Software (Vista)<br>• S/N 25201337 | $899.00<br>Additional1 Week Rental |
| | | **TOTAL:** | **$899.00** |

**THANK YOU.**

Receipt 1, Image 1 of 2

Page 3



122 Fern Ave., P.O. Box 245, Old Forge, NY 13420 Phone: 315-369-2006 Fax: 315-369-3007
infoInfrared-Camera-Rentals.com   www.Infared-Camera-Rentals.com

# INVOICE

Ship to: Guest Craig A. Lee
Liberty Building Forensics Group
Fairfield Inn & Suites
7959 Essen Park Ave.
Baton Rouge, LA 70809
321-202-8820

Bill to: George M. DuBose
PO Box 131
Zellwood, FL 32798

Date Shipped: August 17, 2009
Date Ordered: August 14, 2009
P.O. Number: Verbal/Fax
Terms: Credit Card
Ship Via: FedEx Overnight
PAGE: 1 of 1
Invoice #: 2009-2279

**TO AVOID ADDITIONAL RENTAL FEES, CAMERA AND ALL ACCESSORIES MUST BE RECEIVED IN OUR OFFICE NO LATER THAN JULY 26, 2009. PLEASE SEND VIA FEDEX TO 122 FERN AVE., OLD FORGE, NY 13420.**

| Qty | Item | Specifications | Price |
|---|---|---|---|
| 1 | Infrared Camera High Resolution | FLIR BX320 Infrared Camera & ACCESSORIES<br>• Operations Manual<br>• 45° Lens and Cap<br>• 3 Batteries<br>• 2 Station Battery Charger<br>• USB Cable<br>• Video Cable<br>• Sun Shroud<br>• ThermaCam QuickView Software (XP) & Manual<br>• Wrist Strap<br>• AC Power Supply<br>• Power Cord<br>• Ruggedized Transport Case<br>• QuickReport Software (Vista)<br>• S/N 25201337 | $899.00<br>1 Week Rental |
| 1 | Shipping | • FedEx Overnight | 58.00 |
| | | TOTAL: | $957.00 |

**THANK YOU.**



122 Fern Ave., P.O. Box 245, Old Forge, NY 13420 Phone: 315-369-2006 Fax: 315-369-3007
infoInfrared-Camera-Rentals.com www.Infared-Camera-Rentals.com

# INVOICE

| | | | |
|---|---|---|---|
| Ship to: | Guest Craig A. Lee<br>Liberty Building Forensics Group<br>Fairfield Inn & Suites<br>7959 Essen Park Ave.<br>Baton Rouge, LA 70809<br>321-202-8820 | Date:<br>P.O. Number:<br>Terms:<br>PAGE:<br>Invoice #: | August 24, 2009<br>Verbal/Fax/Email<br>Credit Card<br>1 of 1<br>2009-2293 |
| Bill to: | George M. DuBose<br>PO Box 131<br>Zellwood, FL 32798 | | |

**TO AVOID ADDITIONAL RENTAL FEES, CAMERA AND ALL ACCESSORIES MUST BE RECEIVED IN OUR OFFICE NO LATER THAN SEPTEMEBR 2, 2009. PLEASE SEND VIA FEDEX TO 122 FERN AVE., OLD FORGE, NY 13420.**

| Qty | Item | Specifications | Price |
|---|---|---|---|
| 1 | Infrared Camera<br>High Resolution | FLIR BX320 Infrared Camera & ACCESSORIES<br>• Operations Manual<br>• 45° Lens and Cap<br>• 3 Batteries<br>• 2 Station Battery Charger<br>• USB Cable<br>• Video Cable<br>• Sun Shroud<br>• ThermaCam QuickView Software (XP) & Manual<br>• Wrist Strap<br>• AC Power Supply<br>• Power Cord<br>• Ruggedized Transport Case<br>• QuickReport Software (Vista)<br>• S/N 25201337 | $899.00<br>Additional 1 Week Rental |
| | | TOTAL: | $899.00 |

**THANK YOU.**

Receipt 1, Image 1 of 2



122 Fern Ave., P.O. Box 245, Old Forge, NY 13420  Phone: 315-369-2006  Fax: 315-369-3007
infoInfrared-Camera-Rentals.com   www.Infared-Camera-Rentals.com

# INVOICE

| | | | |
|---|---|---|---|
| Ship to: | Guest Craig A. Lee<br>Liberty Building Forensics Group<br>Fairfield Inn & Suites<br>7959 Essen Park Ave.<br>Baton Rouge, LA  70809<br>321-202-8820 | Date Shipped:<br>Date Ordered:<br>P.O. Number:<br>Terms:<br>Ship Via:<br>PAGE: | August 17, 2009<br>August 14, 2009<br>Verbal/Fax<br>Credit Card<br>FedEx Overnight<br>1 of 1 |
| Bill to: | George M. DuBose<br>PO Box 131<br>Zellwood, FL  32798 | Invoice #: | 2009-2279 |

**TO AVOID ADDITIONAL RENTAL FEES, CAMERA AND ALL ACCESSORIES MUST BE RECEIVED IN OUR OFFICE NO LATER THAN JULY 26, 2009.  PLEASE SEND VIA FEDEX TO 122 FERN AVE., OLD FORGE, NY 13420.**

| Qty | Item | Specifications | Price |
|---|---|---|---|
| 1 | Infrared Camera<br>High Resolution | FLIR BX320 Infrared Camera & ACCESSORIES<br>• Operations Manual<br>• 45° Lens and Cap<br>• 3 Batteries<br>• 2 Station Battery Charger<br>• USB Cable<br>• Video Cable<br>• Sun Shroud<br>• ThermaCam QuickView Software (XP) & Manual<br>• Wrist Strap<br>• AC Power Supply<br>• Power Cord<br>• Ruggedized Transport Case<br>• QuickReport Software (Vista)<br>• S/N 25201337 | $899.00<br>1 Week Rental |
| 1 | Shipping | • FedEx Overnight | 58.00 |
| | | TOTAL: | $957.00 |

**THANK YOU.**