UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Dawn Esposito, et al v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 09-4718 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF RICHARD BALLAM, AS REPRESENTATIVE OF THE ESTATE OF RICHARD BALLAM, DECEASED'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff RICHARD BALLAM, AS REPRESENTATIVE OF THE ESTATE OF RICHARD BALLAM, DECEASED Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 25th day of June, 2010.

_____
HONORABLE KURT ENGELHARDT