UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE ENGELHARDT: |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | | * | MAG: CHASEZ |

**************************************************************************

### FOREST RIVER'S MOTION FOR AN AWARD OF COSTS RELATED TO PLAINTIFF'S MOLD CLAIM

NOW INTO COURT, through undersigned counsel comes Defendant Forest River Inc. ("Forest River"), who, for the reasons more fully set forth in its supporting memorandum filed contemporaneously herewith and incorporated herein as if reproduced *in extenso*, respectfully submits this Motion for an Award of Costs related to plaintiff's failed mold claim.  As the Court noted in its Order regarding defendants' Motion for Summary Judgment regarding causation, defendants are owed the cost of all expert fees related to mold testing and analysis, as well as the fees for the expert reports that were generated based on such testing and analysis.  *See* Rec. Doc. 12049 at 2.  Forest River submits the instant motion to fix those costs.

Respectfully submitted,

/s/ Carson W. Strickland
ERNEST P. GIEGER, JR. (Bar Roll No. 6154)
JASON D. BONE (Bar Roll No. 28315)
CARSON W. STRICKLAND (Bar Roll No. 31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

## C E R T I F I C A T E

I hereby certify that on the 25th day of June, 2010, a copy of the foregoing Motion to Assess Costs was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail.

/s/ Carson W. Strickland
CARSON W. STRICKLAND