UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF TONY WATSON

STATE OF NORTH CAROLINA

COUNTY OF GUILFORD

BEFORE ME, the undersigned authority, personally came and appeared:

TONY WATSON

who, having been duly sworn, did attest as follows, to wit:

1. My name is Tony Watson. I reside in High Point, North Carolina. I am over 18 years of age and have never been convicted of a felony or a crime of moral turpitude. I am of sound mind and competent in all respects to make this affidavit;

Page 1 of 2


EXHIBIT A

2. The information contained in this affidavit is accurate, true and correct and is based upon my personal knowledge;

3. I am making the following attestation of my own free will and without coercion, inducement or other compensation;

4. I hold a M.S.P.H. in Industrial Hygiene and am currently employed as an industrial hygienist at Workplace Hygiene in Greensboro, North Carolina. I was retained by Forest River, Inc. in connection with the above-captioned litigation, *Wright v. Forest River, Inc., et al*, No. 09-2977, U.S.D.C., E.D. La.;

5. I personally attended the site inspection and testing of the Wright unit in Melville, Louisiana in August of 2009. I participated in both formaldehyde air sampling and testing as well as mold sampling and testing for the Wright unit;

6. My expert report in the *Wright* matter, dated November 2, 2009, contains an analysis of the mold sampling and testing of the Wright unit;

7. In conducting mold sampling and testing of the unit, I, along with my co-worker Brian Kareis, have billed $12,002.17 for professional services and expenses. These costs are solely related to mold testing and do not overlap with the costs related to formaldehyde air sampling. An invoice detailing these costs is attached as Exhibit 1 to this Affidavit.

FURTHER, AFFIANT SAYETH NOT.

_____
TONY WATSON

Sworn to and subscribed before me
by _Tony Watson_, this _28_ day of
_April_, 2010.

_Ruth A Kormendy_
NOTARY PUBLIC

_Ruth A Kormendy_
Printed Name
_2006 234 0004_
Bar or Notary No.

RUTH A KORMENDY
NOTARY PUBLIC
GUILFORD COUNTY
NORTH CAROLINA
My Commission Expires August 20, 2011

Page 2 of 2

| Quantity | ITEM | Description | Unit Price | Amount |
|---|---|---|---|---|
| **Professional Fees: Tony Watson** | | | | |
| 4.0 | Legal | Travel (8/31/09) | $100.00 | $400.00 |
| 6.0 | Legal | Site visit during destructive testing (9/1/09) | $200.00 | $1200.00 |
| 4.0 | Legal | Travel (9/1/09) | $100.00 | $400.00 |
| 6.0 | Legal | On-site Inspection at Melville and Shipment of Samples (8/7/09) | $200.00 | $1200.00 |
| **Expenses: Tony Watson** | | | | |
| 1.0 | Travel | Airline ticket | $797.70 | $792.70 |
| 1.0 | Travel | Hotel (8/31/09) | $162.02 | $162.02 |
| 1.0 | Travel | Rental Car & Fuel (8/31-9/1/09) | $298.57 | $298.57 |
| 1.0 | Travel | Meals (8/31-9/1/09) | $23.25 | $23.25 |
| **Professional Fees: Brian Kareis** | | | | |
| 2.0 | Legal | Prep for site visit (8/30/09) | $200.00 | $400.00 |
| 5.0 | Legal | Travel (8/30/09) | $100.00 | $500.00 |
| 7.5 | Legal | Site visit for side-by-side testing (8/31/09) | $200.00 | $1,500.00 |
| 2 | Legal | Travel (8/31/09) | $100.00 | $200.00 |
| 6.5 | Legal | Site visit for side-by-side testing (9/1/09) | $200.00 | $1,300.00 |
| 6.0 | Legal | Travel (9/1/09) | $100.00 | $600.00 |
| 2.0 | Legal | Sample Submittal (9/4/09) | $200.00 | $400.00 |
| **Expenses: Brian Kareis** | | | | |
| 1.0 | Travel | Analytical-MVA | $1500.00 | $1500.00 |
| 1.0 | Travel | Airline ticket (8/30-9/1/09) | $525.91 | $525.91 |
| 1.0 | Travel | Hotel (8/30-9/1/09) | $265.28 | $265.28 |
| 2.0 | Travel | Baggage fees (8/30-9/1/09) | $50.00 | $100.00 |
| 1.0 | Travel | Meals (8/30-9/1/09) | $92.34 | $92.34 |
| 1.0 | Travel | Rental Car (8/30-9/1/09) | $100.78 | $100.78 |
| 1.0 | Travel | Airport Parking | $22.00 | $22.00 |
| 1.0 | Travel | Fuel for rental car | $19.32 | $19.32 |
| **Totals for Tony Watson** | | | | |
| | | | Professional fees | $3,200.00 |
| | | | Travel Expenses | $1,276.54 |
| | | | Total | $4,476.54 |
| **Totals for Brian Kareis** | | | | |
| | | | Professional fees | $4,900.00 |
| | | | Analytical | $1,500.00 |
| | | | Travel Expenses | $1,125.63 |
| | | | Total | $7,525.63 |
| | | | Grand Total | $12,002.17 |

EXHIBIT A-1