UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*************************************************************

## AFFIDAVIT OF DR. WILLIAM DYSON

STATE OF NORTH CAROLINA

COUNTY OF ORANGE

BEFORE ME, the undersigned authority, personally came and appeared:

### DR. WILLIAM DYSON

who, having been duly sworn, did attest as follows, to wit:

1. My name is Dr. William Dyson. I reside in Hillsborough, North Carolina. I am over 18 years of age and have never been convicted of a felony or a crime of moral turpitude. I am of sound mind and competent in all respects to make this affidavit;

EXHIBIT
B

2. The information contained in this affidavit is accurate, true and correct and is based upon my personal knowledge;

3. I am making the following attestation of my own free will and without coercion, inducement or other compensation;

4. I hold a Ph. D. in Environmental Health Engineering and am currently employed as a consultant in industrial hygiene at Workplace Environments, LLC in Hillsborough, North Carolina. I was retained by Forest River, Inc. in connection with the above-captioned litigation, *Wright v. Forest River, Inc., et al*, No. 09-2977, U.S.D.C., E.D. La.;

5. I reviewed the results of mold sampling obtained during the August 2009 testing of the Wright unit conducted by W. D. Scott Group;

6. My expert report in the *Wright* matter, dated November 2, 2009, contains an analysis of the mold sampling and testing of the Wright unit;

7. In analyzing the mold claim alleged by Mr. Wright in his Complaint, I have devoted 1.5 hours to my analysis of the mold claim, billed at $300 per hour, for a total of $450 for professional services and expenses for this analysis. These costs are solely related to mold testing and do not overlap with the costs related to formaldehyde air sampling. The invoice related to the drafting of my expert report is attached as Exhibit 1 to this affidavit.

FURTHER, AFFIANT SAYETH NOT.

_____William L. Dyson_____
DR. WILLIAM DYSON

Sworn to and subscribed before me by William L. Dyson, this 23rd day of April, 2010.

_____Rita S. Strickland_____
NOTARY PUBLIC

_____Rita S. Strickland_____
Printed Name

_____
Bar or Notary No.

RITA S STRICKLAND
Notary Public
Orange County
North Carolina
My Commission Expires Oct 2, 2012



2100 Dimmocks Mill Road
P.O. Box 160
Hillsborough, NC 27278
Phone: 919-732-2043
Fax: 919-732-7534

Thank you for your business !

# INVOICE

**Bill To:**
Gieger, Laborde & Laperouse, LLP
One Shell Square, Suite 4800
701 Poydras Street
New Orleans, LA 70139

Invoice Number: 6945
Invoice Date: 11/24/09
Page: 1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | | | 12/24/09 |

| Description | Amount |
|---|---|
| 11/02/09 - Teleconf w Strickland; completion & submission of written report in Lyndon Wright v Forest River case | 150.00 |
| 10/29/09 - Preparation of written report in Lyndon Wright v Forest River case | 1,050.00 |
| 10/28/09 - Review of reports of Ritter, Hewett, Watson, Scott and others and Wright depo in Lyndon Wright v Forest River case | 1,950.00 |
| 10/14/09 - Download & print plaintiff expert reports for review in Lyndon Wright v Forest River case | 375.00 |
| 07/20/09 - Extended teleconf w Strickland and others re formaldehyde testing protocol in Forest River travel trailer | 225.00 |
| 07/09/09 - Extended teleconf w Strickland and others regarding formaldehyde testing protocol for Forest River travel trailer | 225.00 |

*Professional Services of William L. Dyson, PhD, CIH*

Please make payment to:

Workplace Environments, LLC
P. O. Box 160
Hillsborough, NC 27278

| | |
|---|---|
| Subtotal | 3,975.00 |
| Sales Tax | |
| Total Invoice Amount | 3,975.00 |
| Payment/Credit Applied | |
| **TOTAL** | 3,975.00 |

Tax ID No: 56-2255864

industrial hygiene • hearing conservation • safety • occupational health • indoor air quality

**EXHIBIT B-1**