UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: *Lyndon T. Wright v.* | | * | JUDGE ENGELHARDT: |
| *Forest River, Inc., et al*, Docket No. 09-2977 | | * | |
| | | * | MAG: CHASEZ |

*********************************************************************

### AFFIDAVIT OF DR. JAMES WEDNER

STATE OF _Missouri_

COUNTY OF _St. Louis_

BEFORE ME, the undersigned authority, personally came and appeared:

DR. JAMES WEDNER

who, having been duly sworn, did attest as follows, to wit:

1. My name is Dr. James Wedner. I reside in St. Louis, Missouri. I am over 18 years of age and have never been convicted of a felony or a crime of moral turpitude. I am of sound mind and competent in all respects to make this affidavit;

Page 1 of 2

EXHIBIT C

2. The information contained in this affidavit is accurate, true and correct and is based upon my personal knowledge;

3. I am making the following attestation of my own free will and without coercion, inducement or other compensation;

4. I am a board certified immunologist and was retained by Forest River, Inc. in connection with the above-captioned litigation, *Wright v. Forest River, Inc., et al*, No. 09-2977, U.S.D.C, E.D. La;

5. I personally examined Mr. Wright in June of 2009. My expert report, dated November 2, 2009, commented on both formaldehyde and mold exposure alleged by Mr. Wright in his Complaint;

6. I devoted approximately _3_ hours in drafting the portion of my report dealing with Mr. Wright's alleged mold exposure while he resided in the Forest River travel trailer. The invoice related to the drafting of my expert report is attached as Exhibit 1 to this affidavit;

7. My hourly rate in drafting the above referenced expert report is $_500_ per hours. Accordingly, I have billed $_1500_ in connection with the analysis of the mold exposure claim raised by Mr. Wright in his Complaint.

FURTHER, AFFIANT SAYETH NOT.

_____
DR. JAMES WEDNER

Sworn to and subscribed before me
by _Presonm knowlegce_, this _26th_ day of
_April_, 2010.

_____
NOTARY PUBLIC

_Rebecca Light_
Printed Name

Bar or Notary No.
REBECCA S. LIGHT
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My commission expires 10/05/10
Commission # 06948517

Page 2 of 2

# Invoice

Jan 18, 2010
WRIGHT V FOREST RIVER
Invoice # 100

Carson Strickland
Gieger, Laborde & Laperouse, LLC
One Shell Square, Suite 4800
701 Poydras Street
New Orleans LA 70139
USA

**H James Wedner**

60 Ladue Terrace
Saint Louis MO 63124
United States
314 995-6801

## $ 13,250.00

Due by Feb 17, 2010

| Item | Hrs / Qty | Rate / Price | Taxes | Subtotal |
|---|---|---|---|---|
| Additional preparation | 05:30 | $ 500.00 | | $ 2,750.00 |
| IME | 08:00 | $ 500.00 | | $ 4,000.00 |
| Preparation for IME | 05:00 | $ 500.00 | | $ 2,500.00 |
| Preparation of a report of my findings | 08:00 | $ 500.00 | | $ 4,000.00 |

| | |
|---|---|
| Subtotal | $ 13,250.00 |
| Total due by Feb 17, 2010 | $ 13,250.00 |



**EXHIBIT C-1**