UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| This Document Relates to: *Lyndon T. Wright v.* | | * | JUDGE ENGELHARDT: |
| *Forest River, Inc., et al*, Docket No. 09-2977 | | * | |
| | | * | MAG: CHASEZ |

*************************************************************************

## AFFIDAVIT OF DR. KENNETH SMITH

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

DR. KENNETH SMITH

who, having been duly sworn, did attest as follows, to wit:

1. My name is Dr. Kenneth Smith. I reside in New Orleans, Louisiana. I am over 18 years of age and have never been convicted of a felony or a crime of moral turpitude. I am of sound mind and competent in all respects to make this affidavit;

Page 1 of 2



EXHIBIT D

2. The information contained in this affidavit is accurate, true and correct and is based upon my personal knowledge;

3. I am making the following attestation of my own free will and without coercion, inducement or other compensation;

4. I am a board certified pulmonologist and was retained by Forest River, Inc. in connection with the above-captioned litigation, *Wright v. Forest River, Inc., et al*, No. 09-2977, U.S.D.C., E.D. La.;

5. I personally examined Mr. Wright in June of 2009. My expert report, dated November 2, 2009, commented on both the formaldehyde and mold exposure claims raised by Mr. Wright in his Complaint;

6. I devoted 2 hours to drafting the portion of my report dealing with Mr. Wright's alleged mold exposure while he resided in the Forest River travel trailer. The invoice related to the drafting of my expert report is attached as Exhibit 1 to this affidavit;

7. My hourly rate in drafting the above referenced expert report is $450 per hour. Accordingly, I have billed $900 in connection with the analysis of the mold exposure claim raised by Mr. Wright in his Complaint.

FURTHER, AFFIANT SAYETH NOT.

_____
DR. KENNETH SMITH

Sworn to and subscribed before me
by _K. K. Smith_, this 20th day of
_April_, 2010.

_____
NOTARY PUBLIC

MARK T. MAH four
Printed Name
LA 28667
Bar or Notary No.

INVOICE

November 7, 2009

**MEDICAL MERIT**
Litigation Analysis
and Strategies

Carson W. Strickland, Esquirre
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square, 48th Floor
701 Poydras Street
New Orleans, Louisiana 70139-4800

Re: FEMA Trailer Formaldehyde Product Liability Litigation (Lyndon Wright v. Forest River, Inc., et al)

Dear Mr. Strickland:

For services rendered in the above matter through 11/07/09:

| Date | Service | Hours |
|---|---|---|
| 10/26/09 | Review Plaintiff Fact Sheet<br>Review medical records<br>Review Rite Aid prescription profile | 2.75 hours |
| | Review notes, finalize and type letter | 1.50 hours |
| 10/27/09 | Phone conference with counsel | 0.25 hour |
| 10/28/09 | Phone conference with counsel | 0.25 hour |
| 10/28/09 | Review affidavits of M.D.s-Lawrence G. Miller, Richard Spector, and George A. Farber | 1.50 hours |
| 10/29/09 | Review deposition-Charles Fields, M.D. | 2.75 hours |
| 10/30/09 | Review select notes and literature | 1.25 hours |
| | Phone conference with counsel | 0.50 hour |
| 10/31/09 | Review air sampling data-Watson<br>Review records of Materials Mgmt. Group<br>Review MSDS forms<br>Phone conference with counsel<br>Print affidavit-William D. Scott | 2.00 hours |
| 11/01/09 | Review affidavit- Mr. Scott<br>Review deposition-Lyndon Wright | 3.75 hours |
| | Review notes and redo letter | 1.25 hours |
| 11/02/09 | Phone call with counsel<br>Retrieve and email information | 0.50 hour |
| 11/07/09 | Review notes and prepare invoice | 0.50 hour |
| | **Total** | **18.75 hours** |

**My rate is $450/hour.**
Total billable at the hourly rate is **$8437.50**.
Independent medical examination of 6/01/2009 is **$1250.00**.

The total amount due for services documented on this invoice is **$9687.50**.


EXHIBIT D-1

5050 St. Charles Avenue • New Orleans, LA 70115 • Ph: 504-909-4329 • Fax: 504-899-5418 • www.medicalmerit.com

Your prompt remittance of **$9687.50** to **Medical Merit, LLC**, Tax ID **#27-0036182** is greatly appreciated.

Respectfully,

*[signature]*

Kenneth B Smith, M.D.