UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION:  N(5) |
| | | * | |
| This Document Relates to: *Lyndon T. Wright  v.* | | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that the hearing on *Forest River, Inc.'s Motion for an Award of Costs Related to Plaintiff's Mold Claim* will come for hearing **with oral argument** before United States District Clerk of Court Loretta G. White, in the United States District Court for the Eastern District of Louisiana, on **July 29, 2010**, at **10:30 a.m**., or as soon as may be heard. Counsel may attend by telephone by contacting the secretary to the Clerk prior to the scheduled hearing in order to make the necessary arrangements.

Page 1 of  2

Respectfully submitted,

/s/ Carson W. Strickland
ERNEST P. GIEGER, JR. (#6154)
JASON D. BONE (#28315)
CARSON W. STRICKLAND (#31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

# C E R T I F I C A T E

I hereby certify that on the 25th day of June, 2010, a copy of the foregoing *Notice of Hearing* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Carson W. Strickland
CARSON W. STRICKLAND