**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | | **MDL NO. 1873** |
| **FORMALDEHYDE** § | | |
| **PRODUCT LIABILITY LITIGATION** § | | **SECTION "N-5"** |
| § | | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | | |
| *Gregory Albert, et al v.* § | | |
| *Fleetwood Enterprises, Inc., et al* § | | **MAG. JUDGE CHASEZ** |
| **Civil Action No. 09-7068** § | | |

**ORDER ON PLAINTIFFS', GRACE CARROLL AND JEANA CARROLL, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs GRACE CARROLL and JEANA CARROLL Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 25th day of June, 2010.

_____
HONORABLE KURT ENGELHARDT