# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | § | **MDL NO. 1873** |
| **FORMALDEHYDE** | § | |
| **PRODUCT LIABILITY LITIGATION** | § | **SECTION "N-5"** |
| | § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| | § | |
| *Henrietta Barnes, et al v.* | § | |
| *Pilgrim International, Inc., et al* | § | **MAG. JUDGE CHASEZ** |
| Civil Action No. 09-7101 | § | |

## ORDER ON PLAINTIFFS', GRACE CARROLL AND JEANA CARROLL, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs GRACE CARROLL and JEANA CARROLL Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 25th day of _____ June _____, 2010.

_____
HONORABLE KURT ENGELHARDT