UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § <br> FORMALDEHYDE § <br> PRODUCT LIABILITY LITIGATION § <br> § <br> THIS DOCUMENT IS RELATED TO: § <br> § <br> *Barbara Johnson, as Representative* § <br> of the Estate of Lessie Clark, § <br> Deceased, et al v. Gulf Stream § <br> *Coach, Inc., et al* § <br> Civil Action No. 09-7430 § | | MDL NO. 1873 <br><br> SECTION "N-5" <br> JUDGE ENGELHARDT <br><br><br><br><br><br> MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', CHINDA XAYAPHAY, BILLY XAYAPHAY, KHEMA XAYAPHAY, PRATHEUANG XAYAPHAY, SOURIYA XAYAPHAY, SYMOUNTHA XAYAPHAY, SAYASLA XAYAPHAY, AS NEXT FIEND OF RICKY XAYAPHAY, A MINOR AND MELISSA WILLIAMS NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', CHINDA XAYAPHAY, BILLY XAYAPHAY, KHEMA XAYAPHAY, PRATHEUANG XAYAPHAY, SOURIYA XAYAPHAY, SYMOUNTHA XAYAPHAY, SAYASLA XAYAPHAY, AS NEXT FIEND OF RICKY XAYAPHAY, A MINOR and MELISSA WILLIAMS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 25th day of June, 2010.

_____
HONORABLE KURT ENGELHARDT