UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case Nos. 10-1362, 10-1405
10-1363, 10-1406

## ORDER

Motions to Enroll Additional Counsel of Record have been filed referencing the above-listed member cases. Accordingly,

**IT IS ORDERED** that the **Motions to Enroll Additional Counsel of Record (Rec. Docs. 14511, 14512, 14513, and 14514)** are **GRANTED**. J. Rock Palermo (LA Bar #21793) of the law firm of Bice Palermo & Vernon, LLC is hereby enrolled as additional counsel of record for Plaintiff in the above-listed member cases.

*As Mr. Palermo has been instructed in the past*, **IT IS FURTHER ORDERED** <u>that any similar filings/motions made in the future should be made in *ONE* motion and should reference the applicable member cases in the caption of that motion</u>.

New Orleans, Louisiana, this 25th day of June, 2010.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**