# UNITED STATED DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br><br>FORMALDEHYDE PRODUCTS<br><br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL SOUTHERN DISTRICT OF<br>MISSISSIPPI CASES LISTED IN<br>"EXHIBIT A", ATTACHED HERETO | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ~~ROBY~~ |

## ORDER

UPON review of the Court and for good cause shown, it is hereby ORDERED that Lacey M. Moore is withdrawn as counsel of record in the cases listed in Exhibit A to this Order.

Date:_____6/25/10_____        By:_____
                              HONORABLE . KURT D. ENGELHARDT
                              UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| PLAINTIFF | MSSD CASE NUMBER | LAED CASE NUMBER |
|---|---|---|
| MICHAEL HERBERT | 1:09-CV-836-HSO-JMR | 2:10-cv-00911-KDE-ALC |
| MARY HAWKINS | 1:09-CV-837-HSO-JMR | 2:10-cv-01361-KDE-ALC |
| ROSEMARY COLEMAN | 1:09-CV-838-HSO-JMR | 2:10-cv-00912-KDE-ALC |
| ROBERT MESHELL | 1:09-CV-839-HSO-JMR | 2:10-cv-01362-KDE-ALC |
| GLORIA OTIS | 1:09-CV-840-HSO-JMR | 2:10-cv-01363-KDE-ALC |
| KATHLENE MURRAY | 1:09-CV-841-HSO-JMR | 2:10-cv-01043-KDE-ALC |
| BETTY CARTER | 1:09-CV-842-HSO-JMR | 2:10-cv-00913-KDE-ALC |
| KENYA HAWKINS | 1:09-CV-843-HSO-JMR | 2:10-cv-01364-KDE-ALC |
| DELORIS BOOTH | 1:09-CV-844-HSO-JMR | 2:10-cv-01365-KDE-ALC |
| TYESA HAWKINS | 1:09-CV-845-HSO-JMR | 2:10-cv-00914-KDE-ALC |
| TANYA BOOTH | 1:09-CV-846-HSO-JMR | 2:10-cv-00916-KDE-ALC |
| ERIK LANDRUM | 2:09-CV-273-HSO-JMR | 2:10-cv-00484-KDE-ALC |
| JAMES P. CLARK | 2:09-CV-274-HSO-JMR | 2:10-cv-00485-KDE-ALC |
| JERRY MARKHAM | 2:09-CV-275-HSO-JMR | 2:10-cv-00486-KDE-ALC |
| NEKEIDRA PARKER | 3:09-CV-789-HSO-JMR | 2:10-cv-00488-KDE-ALC |
| ROSALINE NARCISSE | 3:09-CV-790-HSO-JMR | 2:10-cv-01405-KDE-ALC |
| PAMELA GARNER | 3:09-CV-791-HSO-JMR | 2:10-cv-00489-KDE-ALC |
| T. L. MAY | 3:09-CV-792-HSO-JMR | 2:10-cv-01406-KDE-ALC |
| SHAMAR BEASLEY | 3:09-CV-793-HSO-JMR | 2:10-cv-01502-KDE-ALC |