IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICIA BROOKS** | * | **DOCKET NO. 09-4589** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | **SECTION "N" (KDE)** |
| | * | |
| | * | |
| versus | * | **MAGISTRATE "5" ALC** |
| | * | |
| | * | |
| **MONACO COACH CORPORATION, CH2** | * | |
| **M HILL CONSTRUCTORS, FLUOR** | * | |
| **ENTERPRISES, INC. AND** | * | |
| **SHAW ENIVIRONMENTAL INC. and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |

**************************************************************************

### PLAINTIFFS FIRST AMENDED COMPLAINT

Now into Court to unsigned Counsel comes Plaintiffs and common pursuant to rule (15) (a) (1) (A), amends the original complaint filed herein in the following particulars:

I. Plaintiff adopt herein as if copied in extensor all the allegations of the original complaint.

II. Made additional parties defendant herein are American International Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania and Lexington Insurance Company. On information belief all insurers licensed to do and doing business in the State of Louisiana and subject to Louisiana's Direct Action Statue.

III.    At all pertinent times hereto the above named defendants/insurers had in full force and effect policies of commercial liability issued to insurance and defendant and Monaco Coach.

IV.    Plaintiffs bring this action directly against the named insurers pursuant to the Louisiana Direct Action Statue.

Wherefore, plaintiffs pray that the defendant/insurer be cited and served. After due proceedings be had there be judgment in their favor and against all defendants as more fully set forth in the original complaint herein.

*Respectfully Submitted,*

*JIM S. HALL & ASSOCIATES, LLC*

*s/ Jim S. Hall*

*JIM S. HALL (#21644)*
*JOSEPH W. RAUSCH (#11394)*
*800 N. CAUSEWAY BLVD., STE. 100*
*METAIRIE, LOUISIANA 70001*
*PHONE NUMBER: (504-832-3000)*
*FAX NUMBER: (504-832-1799)*
*E-Mail Address: jim@jimshall.com*

2