UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Lyndon Wright v. Forest River, et al.*, No. 09-2977 (E.D. LA)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant United States of America's Unopposed *Ex Parte*/Consent Motion to file a Reply Memorandum in Support of its "Motion for Review of Taxation of Costs" (Rec. Doc. 14319),

**IT IS HEREBY ORDERED** that the Motion is granted.

**DONE AND SIGNED** this ___28th___ day of _____June_____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**