UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Member Case No. 09-2892,* | | * | |
| *Fifth Circuit Case No. 10-30349* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL ADDITIONAL TRANSCRIPT DESIGNATIONS
## PURSUANT TO FRAP 10(b)(3)(B)

**NOW INTO COURT**, through the undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who submits the following supplemental additional transcript designations as follows:

1.

On December 8, 2009, under record documents 8864, 8868, 8870, 8872, 8874, 8877, 8878, 8879, and 8880, portions of the transcript of the trial in this matter were filed in the record by the court reporter. Those portions primarily consist of the morning portions of each day of trial; afternoon portions of the trial were not transcribed and filed into the record.

2.

By May 19, 2010 appellant, subsequent to filing a Notice of Appeal, had filed two separate orders at Record Documents 14128 & 14130 for portions of the transcript in this matter. The orders requested only that *voir dire* and jury instructions be transcribed.

3.

The entire transcript of the trial was not ordered or in the record as of May 20, 2010; only a partial transcript was ordered or available.

4.

On May 26, 2010 Defendants' Liaison Counsel asked counsel for appellant to comply with FRAP 10(b)(3)(B) and (C), as demonstrated by Rec. Doc. 14,490-1, email from Andrew Weinstock.

5.

On June 17, 2010 counsel for appellant served a statement of issues, as required by FRAP 10(b)(3)(A), as evidenced by Rec. Doc. 14,490-2, email from Tara Todd.

6.

On June 24, Appellees Gulf Stream Coach, Inc. and Fluor Enterprises, Inc., within 14 days of service of the Appellant's Statement of Issues, designated additional parts of the proceedings to be transcribed, including all proceedings of the afternoons of trial on September 14, 2010, September 15, 2010, September 16, 2010, and September 22, 2010. (Rec. Doc. 14,490).

7.

Appellee Gulf Stream Coach, Inc., further designates, within the 14 days allowed under FRAP 10(b)(3), the following additional parts of the proceedings to be transcribed: all proceedings of the afternoon of trial on September 21, 2010.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## **C E R T I F I C A T E**

I hereby certify that on the 28th day of June, 2010, a copy of the foregoing Supplemental Additional Transcript Designations Pursuant to FRAP 10(b)(3)(B) was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system, the United States Court of Appeals for the Fifth Circuit by U.S. Mail, and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com