**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR ENTRY OF AMENDED PRETRIAL ORDER NO. 40**

NOW INTO COURT, through undersigned counsel, come all plaintiffs, who for the

reasons set forth in the accompanying memorandum attached hereto, respectfully move the Court

for entry of an amended Pretrial Order No. 40 ("PTO 40").


                             Respectfully submitted:

                             **FEMA TRAILER FORMALDEHYDE**
                             **PRODUCT LIABILITY LITIGATION**

              BY:     s/Gerald E. Meunier
                         GERALD E. MEUNIER, #9471
                         **PLAINTIFFS' CO-LIAISON COUNSEL**
                         Gainsburgh, Benjamin, David, Meunier &
                         Warshauer, L.L.C.
                         2800 Energy Centre, 1100 Poydras Street
                         New Orleans, Louisiana 70163
                         Telephone:     504/522-2304
                         Facsimile:     504/528-9973
                         gmeunier@gainsben.com

                         s/Justin I. Woods
                         JUSTIN I. WOODS, #24713
                         **PLAINTIFFS' CO-LIAISON COUNSEL**
                         Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on June 29, 2010.

/s/Gerald E. Meunier _
GERALD E. MEUNIER