UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED AMENDED PRETRIAL ORDER 40

On June 15, 2009, the Hurricane Legal Center filed 172 new complaints related to the above referenced matter. As such, these new complaints are subject to Pretrial Order 38 (document #1596) which was issued on May 27, 2009, and requires, in part, that newly filed cases shall contain only plaintiffs who have claims against the same manufacturer, where known. Unmatched plaintiffs were to be included in separate complaints, not to exceed 300 plaintiffs in each case.

While 144 of the complaints filed yesterday do list only one manufacturing defendant (or one or more related manufacturing defendants), there are 28 lawsuits containing up to 300 plaintiffs and 73 separate manufacturing defendants. Allowing such cases to proceed through the regular docketing process would place an extreme burden on the court and all counsel in indexing and monitoring the numerous parties, and providing service and summons for each and would make it nearly impossible for the defendants to timely respond to those complaints.

*Accordingly, IT IS ORDERED that all unmatched plaintiffs shall be matched with a specific manufacturing defendant in accordance with Pretrial Order 68.*

Once they are matched to a specific manufacturing defendant, such plaintiffs have the option to be severed from their original complaint and to file a new complaint, each containing no more than 300 plaintiffs and naming only one manufacturing defendant as well as any other specific non-manufacturing defendants, *or the option to amend an original complaint, as provided below*. *Any* new complaints will be filed with the Clerk of Court *in the district where venue is proper*, on paper, not electronically, *unless allowed for by the district where the complaint is to be filed*, and shall contain a copy of this order and a list of the original complaint(s) from which the plaintiffs in the complaint came. There will be no additional filing fee. The Clerk of Court *in the district where venue is proper* will assign a new civil action number for each amended complaint.

*Newly-matched plaintiffs also may exercise the option to seek leave to amend their original unmatched complaints pursuant to Federal Rule of Civil Procedure 15. Such amendments adopt the venue of the original complaint. Once a matching amendment has been allowed by motion and order, those plaintiffs matched to a specific manufacturer, as well as any other specific non-manufacturing defendants, may request the Clerk of Court of the Eastern District of Louisiana to provide service and summons for each defendant named in the amendment.*

This order will remain in effect and shall apply to any pending or new complaints containing unmatched plaintiffs, where filed directly in this court or transferred here by the MDL Panel.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**