UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, come all plaintiffs, and request that plaintiffs' Motion for Entry of Amended Pretrial Order No. 40 be heard on an expedited basis. Although plaintiffs' motion is presently set for July 14, 2010, the circumstances justify an expedited hearing because the deadline to file amended unmatched complaints pursuant to PTO 68 is August 2, 2010. For timely consideration of the subject motion, an expedite hearing is required in advance of the Court's next regularly scheduled hearing date. Plaintiffs further aver, that given that the next status conference of this MDL is scheduled for July 7, 2010, it would be appropriate to schedule the hearing of the plaintiffs' Motion for immediately following the status conference. Accordingly, the plaintiffs respectfully request that this Motion for Expedited Hearing be granted.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:   s/Gerald E. Meunier

GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on June 29, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER