UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing:

IT IS ORDERED that the Motion for Expedited Hearing on Plaintiffs' Motion for Entry of Amended Pretrial Order No. 40 is hereby GRANTED.

IT IS FURTHER ORDERED that the Motion for Entry of Amended Pretrial Order No. 40 will be heard on July 7, 2010, immediately following the general status conference.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE