UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                    SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
  Albarado, et al v. Keystone, et al, E.D.La. No. 09-3731
  Albarado, et al. v. Keystone, et al, E.D.La. No. 10-512

*UNOPPOSED MOTION TO DISMISS WITH PREJUDICE*

NOW INTO COURT, through undersigned counsel, come Plaintiff VANESSA JILES, only, who respectfully moves this Court to dismiss all of her claims against all parties with prejudice.

WHEREFORE, Plaintiff VANESSA JILES, only, prays that all of her claims against all parties be dismissed with prejudice.

        **Respectfully submitted,**

        **LAW OFFICES OF SIDNEY D. TORRES, III**
        **A PROFESSIONAL LAW CORPORATION**


        BY:  /s/ David C. Jarrell

SIDNEY D. TORRES, III (Bar No. 12869)
ROBERTA L. BURNS (Bar No. 14945)
**DAVID C. JARRELL** (Bar No. 30907)
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, Louisiana 70043
Tel:   (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of June, 2010, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ David C. Jarrell
    DAVID C. JARRELL