UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | * | |
| | | * | |
| *Member Case No. 09-2892,* | | * | |
| *Fifth Circuit Case No. 10-30349*; | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## GULF STREAM COACH, INC.'S SUPPLEMENTAL DESIGNATIONS FOR FIFTH CIRCUIT APPELLATE REVIEW

**NOW INTO COURT**, through the undersigned counsel, comes defendant, Gulf Stream Coach, Inc., who submits the following supplemental record designations pursuant to direction from the Court of Appeals for the Fifth Circuit:

1. Case No. 2:07-MD-1873 - Trial Exhibit 2, Christopher Cooper's medical records from Dr. Janet Barnes

2. Case No. 2:07-MD-1873 - Trial Exhibit 6, Christopher Cooper's medical records from Dr. Karen Pacheco

3. Case No. 2:07-MD-1873 - Trial Exhibit 7, Christopher Cooper's medical records from Children's Hospital in New Orleans, La.

4. Case No. 2:07-MD-1873 - Trial Exhibit 8, Christopher Cooper's medical records from University Hospital in New Orleans, La.

5. Case No. 2:07-MD-1873 - Trial Exhibit 9, Christopher Cooper's medical records from the LSU Hospital Radiology Dept.

6. Case No. 2:07-MD-1873 - Trial Exhibit 10, Christopher Cooper's prescription medication records from Walgreen's Pharmacy

7. Case No. 2:07-MD-1873 - Trial Exhibit 12, Christopher Cooper's medical records from All About Kids and Families Medical Center in Jacksonville, Fl.

8. Case No. 2:07-MD-1873 - Trial Exhibit 14, Christopher Cooper's medical history report from KIPP McDonogh 15 School for the Creative Arts

9. Case No. 2:07-MD-1873 - Trial Exhibit 15, Christopher Cooper's student health questionnaire from Sabal Palm Elementary School in Jacksonville, Fl.

10. Case No. 2:07-MD-1873 - Trial Exhibit 16, Christopher Cooper's medical records from Quest Diagnostics

11. Case No. 2:07-MD-1873 - Trial Exhibit 17, Christopher Cooper's medical records from Dr. Kenneth Smith

12. Case No. 2:07-MD-1873 – Portions of the Trial Transcript, as follows. Please note, Gulf Stream has pursuant to Fed. R. App. P. 10(b)(3) filed and served upon the plaintiff a supplemental designation of additional parts to be ordered. The following are the sections listed by Gulf Stream in that supplemental designation (Rec. Doc. 14,571):

    a) 9-21, afternoon session

    Respectfully submitted:

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    (504) 832-3700
    (504) 837-3119 (FAX)
    andreww@duplass.com
    jglass@duplass.com

    and

    **SCANDURRO & LAYRISSON**
    **Timothy D. Scandurro #18424**
    **Dewey M. Scandurro #23291**
    607 St. Charles Avenue
    New Orleans, LA 70130
    (504) 522-7100
    (504) 529-6199 (FAX)
    tim@scanlayr.com

        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 30th day of June, 2010, a copy of the foregoing Supplemental Designations for Fifth Circuit Appellate Review was filed electronically with the U.S. Fifth Circuit Court of Appeals Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

        s/Andrew D. Weinstock
        _____
        ANDREW D. WEINSTOCK #18495
        andreww@duplass.com