UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER §<br>FORMALDEHYDE §<br>PRODUCT LIABILITY LITIGATION § | | MDL NO. 1873<br><br>SECTION "N-5" |
| § | | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: §<br>§ | | |
| *Johnette Mistretta, as Next Friend of* §<br>*Moses South, a Minor, et al v. Gulf* §<br>*Stream Coach, Inc., et al* §<br>Civil Action No. 09-4704 § | | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF VANESSA JILES' NOTICE**
**OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff VANESSA JILES' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT