**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | § | **MDL NO. 1873** |
| **FORMALDEHYDE** | § | |
| **PRODUCT LIABILITY LITIGATION** | § | **SECTION "N-5"** |
| | § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| | § | |
| ***Ronique Lavigne, et al v.*** | § | |
| ***Recreation by Design, LLC, et al*** | § | **MAG. JUDGE CHASEZ** |
| **Civil Action No. 09-7102** | § | |

<u>**ORDER ON PLAINTIFF CORA DAVIS' NOTICE OF
VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**</u>

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff CORA DAVIS' Notice of Voluntary

Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
HONORABLE KURT ENGELHARDT