UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 8:30 a.m. conference on Wednesday, July 7, 2010, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals that will be granted admittance to the 8:30 a.m. conference on Wednesday, July 7, 2010 are:

-Jerry Meunier  
-Justin Woods  
-Matt Moreland  
-Raul Bencomo  
-Frank D'Amico, Jr.  
-Tony Buzbee  
-Linda Nelson  
-Mikal Watts  
-Dennis Reich  
-Robert Becnel  
-Andy Weinstock  
-Joe Glass

-Jerry Saporito
- Ernie Gieger
-Stewart Tharp
-Jim Percy
-Richard Hines
- Tim Scandurro
-Dave Kurtz
-Karen Whitfield
-Charlie Penot
-Gerry Barrios
-John Hainkel
-Adam Dinnell (in Henry Miller's absence)
-Tom Thaggard
-Ralph Hubbard
-Charles Leche
-John Perry
-Dan Balhoff
-Randi Ellis

      Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10 a.m. conference on Wednesday, July 7, 2010, is open to all.

      New Orleans, Louisiana, this 30th day of June, 2010.

                              **KURT D. ENGELHARDT**
                              **UNITED STATES DISTRICT JUDGE**