UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
   Albarado, et al v. Keystone, et al, E.D.La. No. 09-3731
   Albarado, et al. v. Keystone, et al, E.D.La. No. 10-512

*PROPOSED ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that the claims of Plaintiff VANESSA JILES, only, are hereby dismissed with prejudice against all parties.

Signed this  30th  day of  June , 2010 in New Orleans, Louisiana.

                              _____
                                        **JUDGE**