# NAMED PLAINTIFFS
## SONIA M SILAS, ET AL v. GULF STREAM COACH, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | J | B | K | Tracey Jones (Mother) | 638 Pistol Ridge Rd Purvis, MS 39475 | Lamar | CH2M Hill |
| 2. | Jones, II | Billy | K | | 638 Pistol Ridge Rd Purvis, MS 39475 | Lamar | CH2M Hill |
| 3. | J | K | | Tracey Jones (Mother) | 638 Pistol Ridge Rd Purvis, MS 39475 | Lamar | CH2M Hill |
| 4. | Jones | Tracey | | | 638 Pistol Ridge Rd Purvis, MS 39475 | Lamar | CH2M Hill |
| 5. | Wallace | Riley | | | 166 East Pearl Lane McLain, MS 39456 | Greene | CH2M Hill |
| 6. | McLaurin | Casaundra | | | 166 East Pearl Lane McLain, MS 39456 | Greene | CH2M Hill |
| 7. | M | D | | Casundra McLaurin (Mother) | 166 East Pearl Lane McLain, MS 39456 | Greene | CH2M Hill |
| 8. | Mills | Ty-neshia | | | 166 East Pearl Lane McLain, MS 39456 | Greene | CH2M Hill |
| 9. | Whigham | Kaneshia | | | 166 East Pearl Lane McLain, MS 39456 | Greene | CH2M Hill |

Page 1 of 1



EXHIBIT "A"