## NAMED PLAINTIFFS
## MARSHALLE D. RUSH, ET AL v. DS CORP. d/b/a CROSSROADS RV, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Henton, Jr | Brain | W | | 1216 Waveland Ave. Waveland, MS 39576 | Hancock | Bechtel |

Page 1 of 1


EXHIBIT "A"