**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | A | B | S | Amanda L Pipkins (Mother) | 2119 Hopper Rd, Lot 17 A, Lucedale, MS 39452 | George | Bechtel |
| 2. | A | T | B | Amanda L Pipkins (Mother) | 2119 Hopper Rd, Lot 17 A, Lucedale, MS 39452 | George | Bechtel |
| 3. | Allen | Tommy | | | 2119 Hopper Rd., Lot 17A, Lucedale, MS 39452 | George | Bechtel |
| 4. | Battles | James | A | | 15569 CC Camp Rd. Gulfport, MS 39563 | Harrison | Bechtel |
| 5. | Beckham | Amanda | I | | 313 Humphrey Rd. Poplarville, MS 39470 | Pearl River | Bechtel |
| 6. | Berry | Roberta (Robin) | | | 23416 Montebella Rd. Pass Christian, MS 39471 | Harrison | Bechtel |
| 7. | Bennett | Lucille | | | 3058 Gable St. D'Iberville, MS 39450 | Harrison | CH2M HILL |
| 8. | B | B | | Rachel Lee (Mother) | 9280 Canal Rd., Lot 82, Gulfport, MS 39503 | Harrison | Bechtel |
| 9. | B | J | | Teketra E. Boulton (Mother) | 610 David Martin St. Wiggins, MS 39577 | Stone | Bechtel |
| 10. | Boulton | Teketra | E | | 610 David Martin St. Wiggins, MS 39577 | Stone | Bechtel |
| 11. | Bourgeois | Judy | | | 9159 Ave. D Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 12. | Bourgeois | Warren | L | | 9159 Ave. D Bay St. Louis, MS 39520 | Hancock | Bechtel |

EXHIBIT "A"

tabbies

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 13. | Boyce | Gene | | | 2604 Old Mobile Hwy., Pascagoula, MS 39567 | Jackson | Bechtel |
| 14. | Breland | Roosevelt | | | 56 McDonald Rd. Wiggins, MS 39577 | Stone | Bechtel |
| 15. | Britton | Lorna | | | 7205 Southwind Dr. Biloxi, MS 39532 | Harrison | Bechtel |
| 16. | B | C | N | Louise Ann Brown (Grandmother) | 6188 E. Lafayette St., Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 17. | B | C | M | Louise Ann Brown (Grandmother) | 6188 E. Lafayette St. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 18. | Brown | Louise Ann | D | | 6188 E. Lafayette St., Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 19. | Brumbelow | George | T | | 988 Camp Bou Biloxi, MS 39530 | Harrison | Bechtel |
| 20. | Brumbelow | Mary | V | | 988 Camp Bou Biloxi, MS 39530 | Harrison | Bechtel |
| 21. | Carr | Ashley | E | | 17112 Camellia Kiln, MS 39556 | Hancock | Bectel |
| 22. | Carter | Betty | J | | 4216 Rosa Ln Moss Point, MS 39563 | Jackson | Bechtel |
| 23. | C | C | J | Finisha Howard (Mother) | 3 Benjamin Ln., Poplarville, MS 39470 | Pearl River | Bechtel |
| 24. | C | C | T | Finisha Howard (Mother) | 3 Benjamin Ln., Poplarville, MS 39470 | Pearl River | Bechtel |
| 25. | Clinton | Wendy | K | | 304 Keller St. Bay St. Louis, MS 39520 | Hancock | Bechtel |

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 26. | Conway | Lora. | G | | 11085 Beverly Rd.<br>D'Iberville, MS 39540 | Harrison | Bechtel |
| 27. | C | K | A | Lora G. Conway<br>(Mother) | 11085 Beverly Rd.<br>D'Iberville, MS 39540 | Harrison | Bechtel |
| 28. | Cook | Artis | | | 275 Brown St.<br>Biloxi, MS 39530 | Harrison | Bechtel |
| 29. | Cook | Jeanette | E | | 653 Walker St.<br>Biloxi, MS 39530 | Harrison | Bechtel |
| 30. | Cook | Lynnette | M | | 653 Walker St.<br>Biloxi, MS 39530 | Harrison | Bechtel |
| 31. | Crear, Sr. | Brinfus | L | | 4906 Meridian St.<br>Moss Point, MS 39563 | Jackson | Bechtel |
| 32. | Crear | Rena | T | | 4906 Meridian St.<br>Moss Point, MS 39563 | Jackson | Bechtel |
| 33. | Culpepper | Dennis | A | | 45 Leo Eaves Rd.<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 34. | C | H | A | Regina Culpepper<br>(Mother) | 45 Leo Eaves Rd.<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 35. | Culpepper | Matthew | A | | 45 Leo Eaves Rd.<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 36. | Culpepper | Regina | H | | 45 Leo Eaves Rd.<br>Picayune, MS 39466 | Pearl River | Bechtel |
| 37. | Daniels | Terry | J | | 400 Homer Ladner Rd.<br>Poplarville, MS 39470 | Pearl River | Bechtel |
| 38. | D | J | S | Nakeia K. Davis<br>(Mother) | 4512 Oak Ave,<br>Moss Point, MS 39563 | Jackson | CH2M HILL |
| 39. | E | K | | Teketra E. Boulton<br>(Mother) | 610 David Martin St.<br>Wiggins, MS 39577 | Stone | Bechtel |
| 40. | F | A | | Frank Fagan, II.<br>(Father) | 4512 Oak Ave<br>Moss Point, MS 39563 | Jackson | CH2M HILL |

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 41. | Fagan | Damon | S | | 4512 Oak Ave. Moss Point, MS 39563 | Jackson | CH2M HILL |
| 42. | Fagan, II. | Frank | R | | 4512 Oak Ave Moss Point, MS 39563 | Jackson | CH2M HILL |
| 43. | F | F | | Frank Fagan, II. (Father) | 4512 Oak Ave Moss Point, MS 39563 | Jackson | CH2M HILL |
| 44. | Fagan | Theresa | | | 4512 Oak Ave Moss Point, MS 39563 | Jackson | CH2M HILL |
| 45. | F | Z | R | Jennifer Sparks (Mother) | 4512 Oak Ave Moss Point, MS 39563 | Jackson | CH2M HILL |
| 46. | F | F | D | Lucella Perryman (Mother) | 1891 Popps Ferry Rd., Lot 13, D'Iberville, MS 39540 | Harrison | Bechtel |
| 47. | F | S | | Lucella Perryman (Daughter) | 1891 Popps Ferry Rd., Lot 13, D'Iberville, MS 39540 | Harrison | Bechtel |
| 48. | Fisher | William | J | | 25298 Creek Cove Perkinston, MS 39573 | Stone | CH2M HILL |
| 49. | Frisby | Daniel | S | | 12356 Fishermans Trail, Gulfport, MS 39503 | Harrison | Bechtel |
| 50. | Gibson | Willie | L | | 335 Haise St. Biloxi, MS 39530 | Harrison | Bechtel |
| 51. | Gould | Eloise | H | | 852 Hwy 90, Unit 5, Lot 12,Bay St. Louis, MS 39520 | Hancock | Unknown |
| 52. | Griggs | Phillip | | | 6909 Elderberry Rd., Moss Point, MS 39563 | Jackson | Bechtel |
| 53. | Guttuso | Cathy | J | | 852 Hwy 90 Bay St. Louis, MS 39520 | Hancock | Bechtel |

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 54. | Hall | Geraldine | C | | 8095 Menge Ave., # 32, Pass Christian, MS 39571 | Harrison Bechtel | |
| 55. | H | A | | Beverly Small (Mother) | 13221 Carriage Cr. Gulfport, MS 39503 | Harrison | Bechtel |
| 56. | H | B | J | Beverly Small (Mother) | 13221 Carriage Cr. Gulfport, MS 39503 | Harrison | Bechtel |
| 57. | Hanson, Jr. | Lonnie | C | | 2418 Tyler Ave. Pascagoula, MS 39567 | Jackson | Bechtel |
| 58. | H | R | E | Lonnie C Hanson (Father) | 2418 Tyler Ave. Pascagoula, MS 39567 | Jackson | Bechtel |
| 59. | H | S | A | Lonnie C Hanson (Father) | 2418 Tyler Ave. Pascagoula, MS 39567 | Jackson | Bechtel |
| 60. | Hawkins | Christopher | L | | 3209 Jackson St. Gulfport, MS 39501 | Harrison | Bechtel |
| 61. | Howard | Finisha | | | 3 Benjamin Ln. Poplarville, MS 39470 | Pearl River | Bechtel |
| 62. | Howard | Harriet | | | 15155 Graff Dr. Saucier, MS 39574 | Harrison | Bechtel |
| 63. | Howie | Byron | L | | 4724 Railroad St. Moss Point, MS 39562 | Jackson | CH2M HILL |
| 64. | Johnson | Darrell | R | | 23186 Arcadia Farm Rd., Pass Christian, MS 39571 | Harrison | Bechtel |
| 65. | Johnson, Sr. | Richmon | | | 808 Spanish Trail Gautier, MS 39553 | Jackson | Bechtel |
| 66. | Jones | Lawrence | H | | 170 Van Spence Rd. Carriere, MS 39426 | Pearl River | Fluor |
| 67. | J | M | D | Lawrence H. Jones (Father) | 170 Van Spence Rd. Carriere, MS 39426 | Pearl River | Fluor |
| 68. | J | M | M | Theresa S. Jones (Mother) | 170 Van Spence Rd. Carriere, MS 39426 | Pearl River | Fluor |

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 69. | Jones | Theresa | S | | 170 Van Spence Rd. Carriere, MS 39426 | Pearl River | Fluor |
| 70. | Karl | Carol | A | | 306 Broad St. Waveland, MS 39576 | Hancock | Bechtel |
| 71. | Ladner | Annelle | N | | 20536 W. Wortham Saucier, MS 39574 | Harrison | Bechtel |
| 72. | L | D | J | Linda A Lanston-Freeman (Mother) | 16102 Adams St. Pearlington, MS 39572 | Hancock | Bechtel |
| 73. | Langston-Freeman | Linda | A | | 16102 Adams St. Pearlington, MS 39572 | Hancock | CH2M HILL |
| 74. | Lee | Julian | S | | 2029 Sandpipper Ln. Gautier, MS 39553 | Jackson | Bechtel |
| 75. | Lee | Rachel | | | 9280 Canal Rd. Lot #82, Gulfport, MS 39503 | Harrison | Bechtel |
| 76. | Lee | Sheryl | P | | 2029 Sandpipper Ln. Gautier, MS 39553 | Jackson | Bechtel |
| 77. | Lott | Sheri | | | 220 W. Old Pass Rd. Long Beach, MS 39560 | Harrison | CH2M HILL |
| 78. | Lott, Jr. | Travis | | | 220 W. Old Pass Rd. Long Beach, MS 39560 | Harrison | CH2M HILL |
| 79. | Louberger | Antione | | | 240 Kuhn St. Biloxi, MS 39530 | Harrison | Bechtel |
| 80. | Loury | Patricia | A | | Flint Creek Manor Wiggins, MS 39577 | Stone | Bechtel |
| 81. | L | T | D L | Patricia Loury (Grandmother) | Flint Creek Manor Wiggins, MS 39577 | Stone | Bechtel |

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 82. | M | A | M | Patricia Loury (Grandmother) | Flint Creek Manor Wiggins, MS 39577 | Stone | Bechtel |
| 83. | McDowell | Robert | L | | 2119 Hopper Rd, Lot # 160, Lucedale, MS 39452 | George | Bechtel |
| 84. | McNeely | Norma | S | | 52 Rollingwood Ct. Gulfport, MS 39503 | Harrison | Bechtel |
| 85. | Matienzo | Michael | D | | 7905 Jason Dr. Moss Point, MS 39562 | Jackson | CH2M HILL |
| 86. | M | C | C | Theresa Fagan (Mother) | 4512 Oak Ave. Moss Point, MS 39563 | Jackson | CH2M HILL |
| 87. | M | B | O | Mark R. Mosley (Son) | 2398 Merlin Cove Biloxi, MS 39531 | Harrison | Bechtel |
| 88. | Neal | Adam | L | | 1701 42nd Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 89. | N | C | I | Lynda Wood (Mother) | 15444 N. Big Hill Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 90. | Northrop | Jeffrey | J | Annelle Ladner (Sister) | 20536 W. Wortham Saucier, MS 39574 | Harrison | Bechtel |
| 91. | Peden | Cynthia | | | 1711 Buena Vista St. Pascagoula, MS 39567 | Jackson | Bechtel |
| 92. | Peden | Jacob | | | 1711 Buena Vista St. Pascagoula, MS 39567 | Jackson | Bechtel |
| 93. | Peden | Matthew | | | 1711 Buena Vista St. Pascagoula, MS 39567 | Jackson | Bechtel |
| 94. | Peden | Robert | P | | 1711 Buena Vista St. Pascagoula, MS 39567 | Jackson | Bechtel |
| 95. | Perryman | Luella | F | | 1891 Popps Ferry Rd., Lot # 13, D'Iberville, MS 39540 | Harrison | Bechtel |

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 96. | Petree | Evelyn | H | | Ladner Feed Site Rd 146, Lakeshore, MS 39558 | Hancock | Bechtel |
| 97. | Petree | Willis | E | | Ladner Feed Site Rd 146, Lakeshore, MS 39558 | Hancock | Bechtel |
| 98. | Phillips | James | P | | 27167 DV Moran Rd., #3, Pass Christian, MS 39571 | Harrison | Bechtel |
| 99. | Pipkins | Amanda | L | | 2119 Hopper Rd, Lot 17 A, Lucedale, MS 39452 | George | Bechtel |
| 100. | P | A | | Amanda L Pipkins (Mother) | 2119 Hopper Rd, Lot 17 A, Lucedale, MS 39452 | George | Bechtel |
| 101. | Pruitt, Jr. | Cleveland | L | | 6301 Springwater St. Escatawpa, MS 39552 | Jackson | Bechtel |
| 102. | Purcell, Jr. | Michael | D | | 313 Humphrey Rd. Poplarville, MS 39470 | Pearl River | Bechtel |
| 103. | Rauxet | Madonna | L | | 503 Esplande Ave. Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 104. | Raymond | Mary | L | | 15393 Big John Rd. Biloxi, MS 39532 | Harrison | Bechtel |
| 105. | Ryan | Charlotte | F | | 305 Alexander Rd. Long Beach, MS 39560 | Harrison | Bechtel |
| 106. | Ryan, Jr. | Thomas | C | | 305 Alexander Rd. Long Beach, MS 39560 | Harrison | Bechtel |
| 107. | Sheppard | Barbara | A | | 1914 30th Ave. Gulfport, MS 39501 | Harrison | Bechtel |

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 108. | Simmons | Michelle | | | 7381 Woolmarket Rd. Biloxi, MS 39532 | Harrison | Bechtel |
| 109. | Small | Beverly | | | 13221 Carriage Cr. Gulfport, MS 39503 | Harrison | Bechtel |
| 110. | Smith | Lorin | S | | 13321 River Ridge Rd. Saucier, MS 39574 | Harrison | Bechtel |
| 111. | Sparks | Jennifer | L | | 4512 Oak Ave. Moss Point, MS 39567 | Jackson | CH2M HILL |
| 112. | S | Z | | Jennifer L Sparks (Mother) | 4512 Oak Ave. Moss Point, MS 39567 | Jackson | CH2M HILL |
| 113. | Stewart | George | | | 7905 Jason Dr. Moss Point, MS 39562 | Jackson | Bechtel |
| 114. | Suarez | Frank | R | | 313 Holly St. Biloxi, MS 39530 | Harrison | Bechtel |
| 115. | Swilley | Amanda | R | | 1616 32nd Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 116. | S | C | S | Amanda Swilley (Mother) | 1616 32nd Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 117. | S | K | R | Amanda Swilley (Mother) | 1616 32nd Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 118. | Tims | Candace | S | | 5900 Martin Bluff Trailer Park, Gautier, MS 39553 | Jackson | CH2M HILL |
| 119. | Tims | Kimberly | N | | Martin Bluff Trailer Park, Gautier, MS 39553 | Jackson | CH2M HILL |
| 120. | Uren | Charles | G | | 384 Main St. Biloxi, MS 39530 | Harrison | Bechtel |
| 121. | Vick | Charles | D | | 816 Ingalls Ave., Lot #85, Pascagoula, MS 39567 | Jackson | Bechtel |

**NAMED PLAINTIFFS**
**MARK R MOSLEY, ET AL v. GULF STREAM COACH, INC., ET AL**

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 122. | Wheeler | Frances | | Tyree Wheeler (Husband) | | | Bechtel |
| 123. | Wheeler | Tyree | | | | | |
| 124. | Whitlock-Jennings | Judy | | | 604 Tandy Dr. Gulfport, MS 39503 | Harrison | Bechtel |
| 125. | Williams | Dominique | R | | 7205 Southwind Dr. Biloxi, MS 39532 | Harrison | Bechtel |
| 126. | W | K | W | Lynda A Wood (Mother) | 15444 N. Big Hill Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 127. | Wood | Lynda | A | | 15444 N. Big Hill Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 128. | Woulard | Crystal | C | | 3209 Jackson St. Gulfport, MS 39501 | Harrison | Bechtel |
| 129. | W | J | E | Betty Jean Carter (Grandmother) | 4216 Rosa Ln Moss Point, MS 39563 | Jackson | Bechtel |
| 130. | Young | Ursula | | | Breland Rd., Unit 16 Gulfport, MS 39501 | Harrison | Bechtel |
| 131. | Zamana | Stanley | | | 669 Valerie Dr. Biloxi, MS 39532 | Harrison | Bechtel |