## NAMED PLAINTIFFS
## MILTON R HOLMES, ET AL v. DS CORP. d/b/a CROSSROADS RV, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|----|-----------|------------|---|----------------|----------------|--------|------------|
| 1. | Holmes | Milton | R | | 200 Magee Badon Rd. Tylertown, MS 39667 | Walthall | CH2M Hill |
| 2. | Williams | Carolyn | L | | 200 Magee Badon Rd. Tylertown, MS 39667 | Walthall | CH2M Hill |

Page 1 of 1

EXHIBIT "A"