UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Johnette Mistretta, as Next Friend of Moses South, a Minor, et al v. Gulf Stream Coach, Inc., et al* Civil Action No. 09-4704 | § § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFF VANESSA JILES' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff VANESSA JILES' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 1st day of July, 2010.

_____
HONORABLE KURT ENGELHARDT