UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Billy Foxworth, et al v. Keystone Industries, Inc., et al* Civil Action No. 09-7085 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF VANESSA JILES' NOTICE
OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff VANESSA JILES' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this __1st__ day of _____July_____, 2010.

_____
HONORABLE KURT ENGELHARDT