UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY LITIGATION § | | SECTION "N-5" |
| § | | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | | |
| § | | |
| *LaSonia Davison, et al v.* § | | |
| *Gulf Stream Coach, Inc., et al* § | | MAG. JUDGE CHASEZ |
| Civil Action No. 09-7891 § | | |

**ORDER ON PLAINTIFF WILCOUS PICHON' NOTICE
OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff WILCOUS PICHON' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this  1st  day of _____July_____, 2010.

_____
HONORABLE KURT ENGELHARDT