UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Shannon Spears, as Next Friend of Justice Holmes, a Minor, et al v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 09-7428 | § § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', SYAMKHA XAYAPHAY, SYAMKHA XAYAPHAY, AS NEXT FRIEND OF ANTHONY XAYAPHAY, A MINOR, SYAMKHA XAYAPHAY, AS NEXT FRIEND OF MICKY XAYAPHAY, A MINOR AND SYAMKHA XAYAPHAY, AS NEXT FRIEND OF TIMOTHY XAYAPHAY, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', SYAMKHA XAYAPHAY, SYAMKHA XAYAPHAY, AS NEXT FRIEND OF ANTHONY XAYAPHAY, A MINOR, SYAMKHA XAYAPHAY, AS NEXT FRIEND OF MICKY XAYAPHAY, A MINOR and SYAMKHA XAYAPHAY, AS NEXT FRIEND OF TIMOTHY XAYAPHAY, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT