UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY LITIGATION § | | SECTION "N-5" |
| § | | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | | |
| § | | |
| *Theresa Johnson, as Next Friend of* § | | |
| *Nicholas Johnson, a Minor, et al v.* § | | |
| *Gulf Stream Coach, Inc., et al* § | | MAG. JUDGE CHASEZ |
| Civil Action No. 09-4697 § | | |

**ORDER ON PLAINTIFF RAYMOND BREAUX, AS REPRESENTATIVE OF THE ESTATE OF HAZEL BREAUX' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff RAYMOND BREAUX, AS REPRESENTATIVE OF THE ESTATE OF HAZEL BREAUX' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT