UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Patricia Buie, et al v.*<br>*Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 09-4711 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', MARIANNE REUTER, MARIANNE REUTER, AS NEXT FRIEND OF CHRISTIAN-LEANN CALANDRA, A MINOR, RICHARD BALLAM, AS REPRESENTATIVE OF THE ESTATE OF RICHARD BALLAM, DECEASED AND CHARLES BRIGNA, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', MARIANNE REUTER, MARIANNE REUTER, AS NEXT FRIEND OF CHRISTIAN-LEANN CALANDRA, A MINOR, RICHARD BALLAM, AS REPRESENTATIVE OF THE ESTATE OF RICHARD BALLAM, DECEASED AND CHARLES BRIGNAN, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 1st day of July, 2010.

_____
HONORABLE KURT ENGELHARDT