# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-5" |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | |
| | § | |
| *Ngo Huynh, et al v.* | § | |
| *Fleetwood Enterprises, Inc., et al* | § | MAG. JUDGE CHASEZ |
| Civil Action No. 09-6957 | § | |

## ORDER ON PLAINTIFF ELIZABETH CUEVAS' NOTICE
## OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff ELIZABETH CUEVAS's Notice of

Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 1st day of _____ July _____, 2010.

_____
HONORABLE KURT ENGELHARDT