UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT UNOPPOSED MOTION TO EXTEND NON-LITIGATION TRACK AND DEADLINE TO FILE JOINT PRELIMINARY SETTLEMENT AGREEMENT AND MOTION TO CERTIFY A SETTLEMENT CLASS

NOW INTO COURT, come the Non-Litigation Track Defendants and Plaintiffs' Steering Committee, who move this Honorable Court for a pretrial order extending the Non-Litigation Track and deadline to file a Joint Preliminary Class Settlement Agreement and Motion to Certify Class Settlement until August 15, 2010. In support of this Motion, the Parties state as follows:

1.      On April 20, 2010 this Court entered an Order (Doc. 13448) extending the Non-Litigation Track until July 1, 2010 while the parties were finalizing a settlement agreement resolving claims against all of the Non-Litigation Track Defendants.

2.      On May 4, 2010, this Court entered an Order (Doc. 13958) requiring the parties to file a Joint Preliminary Class Settlement Agreement and Motion to Certify Class Settlement by July 1, 2010.

3.      The extent of any Medicare set-aside and reporting is critical to the obligations of all parties under the tentative settlement. The Plaintiffs' Steering Committee contacted Medicare and was recently informed that it will take additional time to resolve Medicare set-aside and

01984539.2

reporting issues. Specifically, Medicare refuses to discuss the extent of any set-aside or any possible waiver thereof without a final, definitive list of known claimants. Medicare also indicated that there will be additional delays in processing any waivers that might be requested because the Parties must demonstrate to Medicare that the projected recovery would be insufficient to warrant reimbursement.

4.     The Parties are currently working together to complete a final, definitive list of known claimants in an effort to resolve the aforementioned Medicare set-aside issues and thus, ask this Court to extend the Non-Litigation Track and current deadline to file a Joint Preliminary Class Settlement Agreement and Motion to Certify Class Settlement until August 15, 2010.

5.     The undersigned certifies to this Court that a copy of this motion was presented to all Liaison Counsel before it was filed and none oppose the granting of this motion.

WHEREFORE, premises considered, the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee jointly request that this Honorable Court extend the Non-Litigation Track and deadline to file a Joint Preliminary Class Settlement Agreement and Motion to Certify Class Settlement until August 15, 2010.

Respectfully submitted,

**For the Non-Litigation Track Defendants**

s/ Stephanie Skinner
Stephanie Skinner

**OF COUNSEL:**

Lee E. Bains, Jr.
Thomas W. Thagard, III
Joshua B. Baker
MAYNARD, COOPER & GALE, P.C.

01984539.2

2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

- and -

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

01984539.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s Stephanie Skinner
OF COUNSEL

01984539.2