UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * *

## ORDER

Before this Court is a Joint Unopposed Motion to Extend Non-Litigation Track and deadline to file Joint Preliminary Class Settlement Agreement and Motion to Certify Class Settlement filed by the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee, which the Court finds establishes good cause for extending the Non-Litigation Track and said deadline, and therefore:

IT IS HEREBY ORDERED that the following deadlines will apply:

1) The Non-Litigation Track is extended to August 15, 2010;

2) The Non-Litigation Track Defendants and the Plaintiffs' Steering Committee will file a Joint Preliminary Class Settlement Agreement and Motion to Certify Class Settlement no later than August 15, 2010;

3) In the event settlement is not finalized between the Plaintiffs' Steering Committee and the Non-Litigation Track Defendants, then said parties shall submit nominations for a bellwether plaintiff and manufactured housing defendant on August 15, 2010, for a Manufactured Housing Bellwether Trial to be scheduled by future orders of this Court.

New Orleans, Louisiana, this ____ day of July, 2010.

                                                        **KURT D. ENGELHARDT**
                                                        **UNITED STATES DISTRICT JUDGE**

01984539.2