**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873  SECTION "N" (5)  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| **THIS DOCUMENT PERTAINS TO** | | * * | |
| Civil Action No. 10-1275; *Huey Phan, et al v. Keystone Industries, Inc., et al;* | | * * * | |
| Civil Action No. 10-1268; *Wendy January, et al v. Keystone Industries, Inc., et al;* | | * * * | |
| Civil Action No. 10-1266; S*amaria Stubbs, et al v. Keystone Industries, Inc., et al* | | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced matters, who respectfully move this Court for leave to amend their Original Complaints filed on or about April 30, 2010. Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires." In the Supplemental and Amended Complaints, Plaintiffs substitute the name Keystone RV Company for the name Keystone Industries, Inc., wherever the latter is named as Defendant in the Original Complaints. Pursuant to Keystone RV Company's List of Defenses and Motions to be Preserved (Rec. Doc. 1165) filed on March 12, 2009, Keystone Industries, Inc. is a defunct entity.

As such, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File Supplemental and Amended Complaints.

    Respectfully submitted,

    /s/ Robert C. Hilliard

    _____
    **ROBERT C. HILLIARD**
    **Trial Attorney in Charge for Plaintiffs**
    Texas State Bar No. 09677700
    Southern District of TX Federal ID No. 5912
    Kevin W. Grillo, Of Counsel
    Texas State Bar No. 08493500
    Southern District of TX Federal ID No. 4647
    ROBERT C. HILLIARD, L.L.P.
    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    Telephone: (361) 882-1612
    Facsimile: (361) 882-3015

    **MIKAL C. WATTS**
    Texas State Bar No. 20981820
    Southern District of TX Federal ID No. 12419
    MIKAL C. WATTS, P.C.
    2506 N. Port Ave.
    Corpus Christi, Texas 78401
    Telephone: (800) 994-0019
    Facsimile: (361) 882-1261

    **RICHARD P. IEYOUB**
    Louisiana State Bar and
    Eastern District of Louisiana Federal ID No. 2217
    CARLETON DUNLAP OLINDE & MOORE, LLC
    One American Place, Suite 900
    Baton Rouge, LA 70825
    Phone 225-282-0600
    Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of July, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**