**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:      **FEMA TRAILER**           *     **MDL NO. 1873**
             **FORMALDEHYDE PRODUCTS**  *
             **LIABILITY LITIGATION**       *     **SECTION "N" (5)**
                                        *
                                        *     **JUDGE ENGELHARDT**
                                        *     **MAGISTRATE CHASEZ**
                                        *

**THIS DOCUMENT PERTAINS TO**    *
                                        *

**Civil Action No. 10-1275;** *Huey Phan, et al*  *
*v. Keystone Industries, Inc., et al;*    *
                                        *

**Civil Action No. 10-1268;** *Wendy January,*  *
*et al v. Keystone Industries, Inc., et al;*  *
                                        *

**Civil Action No. 10-1266;** S*amaria Stubbs,*  *
*et al v. Keystone Industries, Inc., et al*   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE**</u>
<u>**SUPPLEMENTAL AND AMENDED COMPLAINTS**</u>

     Considering the foregoing Motion for Leave to File Supplemental and Amended Complaints on behalf of all Plaintiffs in the above-referenced matters:

     **IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Supplemental and Amended Complaints attached and submitted with the foregoing motion.

     New Orleans, Louisiana, this _____ day of _____, 2010.


                                      _____
                                      HONORABLE KURT ENGELHARDT