UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Theresa Johnson, as Next Friend of Nicholas Johnson, a Minor, et al v. Gulf Stream Coach, Inc., et al* Civil Action No. 09-4697 | § § § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF RAYMOND BREAUX, AS REPRESENTATIVE OF THE ESTATE OF HAZEL BREAUX' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff RAYMOND BREAUX, AS REPRESENTATIVE OF THE ESTATE OF HAZEL BREAUX' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 2nd day of July, 2010.

_____
HONORABLE KURT ENGELHARDT