## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Seritha Mitchell, as Next Friend of Ke'niaryn Mitchell, a Minor, et al v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 09-4698 | § § § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', DEBORAH DALLON, GAIL COLIN, AS REPRESENTATIVE OF THE ESTATE OF CALVIN COLIN, DECEASED AND WILCOUS PICHON, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', DEBORAH DALLON, GAIL COLIN, AS REPRESENTATIVE OF THE ESTATE OF CALVIN COLIN, DECEASED and WILCOUS PICHON, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 2nd day of July, 2010.

_____
HONORABLE KURT ENGELHARDT