**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | **MDL NO. 1873** |
| **FORMALDEHYDE** § | |
| **PRODUCT LIABILITY LITIGATION** § | **SECTION "N-5"** |
| § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | |
| § | |
| *Shannon Spears, as Next Friend of* § | |
| *Justice Holmes, a Minor, et al v.* § | |
| *Gulf Stream Coach, Inc., et al* § | **MAG. JUDGE CHASEZ** |
| **Civil Action No. 09-7428** § | |

**ORDER ON PLAINTIFFS', SYAMKHA XAYAPHAY, SYAMKHA XAYAPHAY, AS NEXT FRIEND OF ANTHONY XAYAPHAY, A MINOR, SYAMKHA XAYAPHAY, AS NEXT FRIEND OF MICKY XAYAPHAY, A MINOR AND SYAMKHA XAYAPHAY, AS NEXT FRIEND OF TIMOTHY XAYAPHAY, A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', SYAMKHA XAYAPHAY, SYAMKHA XAYAPHAY, AS NEXT FRIEND OF ANTHONY XAYAPHAY, A MINOR, SYAMKHA XAYAPHAY, AS NEXT FRIEND OF MICKY XAYAPHAY, A MINOR and SYAMKHA XAYAPHAY, AS NEXT FRIEND OF TIMOTHY XAYAPHAY, A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 2nd day of July, 2010.

_____
HONORABLE KURT ENGELHARDT