## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | *  **MDL No. 1873**<br>*<br>*  **SECTION N(5)**<br>*<br>*  **JUDGE ENGELHARDT**<br>* |
| **THIS DOCUMENT RELATES TO:**<br>*James Prince, Sr., obo James Prince, Jr., et al, v. Coachmen Industries Inc.; and Coachmen Recreational Vehicle Company, LLC   Case No. 09-6024* | *  **MAGISTRATE CHASEZ**<br>* |

*************************************************************************

### PLAINTIFFS' MOTION TO WITHDRAW SECOND SUPPLEMENTAL AND AMENDED COMPLAINT- DOCUMENT 14525

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to withdraw their Second Supplemental and Amending Complaint for Damages [Document 14525].

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion to Withdraw the Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *James Prince, Sr. on behalf of James Prince Jr., et al, v. Coachmen Industries, Inc.: and Coachmen Recreational Vehicle Company, LLC* Case No. 2:09-cv-06024, filed in the Eastern District of Louisiana.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr. LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                         /s/ *Lawrence J. Centola, Jr.*
                                            Lawrence J. Centola, Jr.