UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *James Prince, Sr., obo James Prince, Jr., et al, v. Coachmen Industries, Inc., and Coachmen Recreational Vehicle Company. LLC    Case No. 09-6024* | * * | MAGISTRATE CHASEZ |

*************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES –DOCUMENT 14525

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to withdraw their Second Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-6024.  Fed. Rules Civ. Proc. Rule 15 states "[t]he court should freely give leave when justice so requires."

The Second Supplemental and Amending Complaint [Document 14525] is being withdrawn on the grounds that the above captioned matter should not have been amended to add additional Plaintiffs because it is a Wrongful Death/Survival Action suit.  The intention was to add Plaintiffs to a personal injury case against Coachmen Recreational Vehicle Company, LLC.  Plaintiffs named in the amendment should have been added to *James Carey, et al, v. Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.* Case No. 2:09-cv-5747 and not Case No. 2:09-cv-6024.

Counsel for plaintiffs has conferred with counsel for the defendants in this matter and is authorized to state that the defendants do not oppose the motion.

No undue prejudice will result in allowing the withdrawal of the Second Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

>Respectfully submitted,
>
>HURRICANE LEGAL CENTER, LLC
>
>BY:  /s/  *Lawrence J. Centola, Jr.*
>
>Lawrence J. Centola, Jr. LA Bar #3962
>600 Carondelet Street, Suite 602
>New Orleans, LA 70130
>(504) 525-1944 (telephone)
>(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

>/s/  *Lawrence J. Centola, Jr.*
>    Lawrence J. Centola, Jr.