## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>* SECTION N(5)<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*James Prince, Sr., obo James Prince, Jr., et al, v. Coachmen Industries Inc.; and Coachmen Recreational Vehicle Company, LLC   Case No. 09-6024* | * MAGISTRATE CHASEZ<br>* |

**************************************************************************

## ORDER TO WITHDRAW DOCUMENT 14525

Considering the foregoing Motion for Withdrawal of Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to withdraw their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of ____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filingto all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                      /s/  *Lawrence J. Centola, Jr.*
                                        Lawrence J. Centola, Jr.
                                        LA  Bar #3962