UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION TO "PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' ADMINISTRATIVE MASTER COMPLAINT" (Rec. Doc. 14480)**

Defendant the United States of America ("United States") hereby submits this response in opposition to "Plaintiffs' Motion for Leave to Amend Plaintiffs' Administrative Master Complaint," (Rec. Doc. 14480). Plaintiffs' concede that the Third and Fourth Supplemental and Amended Administrative Master Complaint venue allegations should be stricken and assert that the United States Motion to strike (Rec. Doc. 11858) is moot because Plaintiffs' Liaison Counsel now offer a Fifth Amended Complaint with a modified venue allegation. *See* Response by Plaintiffs' Liaison Counsel to the United States' Motion to Strike Venue Allegations in Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaints at 1 (Rec. Doc. 14481).

The Court should deny Plaintiffs' Motion for Leave to Amend the Administrative Master Complaint ("AMC"). This Multi district Litigation ("MDL") proceeding consolidates actions filed by plaintiffs against the United States in the Northern, Middle, and Southern Districts of Alabama, the Southern District of Mississippi, and the Eastern, Middle, and Western Districts of Louisiana. *See*

Case Listing Report, No. 1873, Judicial Panel on Multi district Litigation.  Plaintiffs in this MDL seek damages, alleging that the Federal Emergency Management Agency ("FEMA") failed to take appropriate actions in response to excessive formaldehyde emissions in temporary emergency housing units issued in response to Hurricanes Katrina and Rita.  *See* AMC ¶¶ 124-135. As Plaintiffs' readily acknowledge, the AMC is an administrative device and its purpose is to aid in the efficiency and economy of this MDL by consolidating  Plaintiffs' claims into a single document and allowing each Defendant to respond with a single answer.

The Court should deny Plaintiffs' motion to amend because the proposed venue allegation does not consolidate or identify the appropriate venue for any of the underlying actions.  Simply put, proposed venue allegations serve no substantive purpose, and as Plaintiffs note, neither consolidate nor override the venue allegations in the underlying individual actions.  Given the diversity of the venues applicable to the actions consolidated in this MDL action, and fact that venue is an issue that must be resolved by the Court in which the action originated, absolutely no purpose is served in retaining venue allegations in the AMC.  *See* Transfer Order (Rec. Doc. 1); *see also Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 40-41 (1998).  As such, the Court should deny Plaintiffs' motion to amend.

| | |
|---|---|
| Dated:  July 2, 2010. | Respectfully Submitted, |
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | MICHELLE BOYLE |
| Director, Torts Branch, Civil Division | ADAM DINNELL |
| | MICHELE GREIF |
| DAVID S. FISHBACK | JONATHAN WALDRON |

2

| | |
|---|---|
| Assistant Director | Trial Attorneys |
| OF COUNSEL: | *//S// Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED | Senior Trial Counsel |
| Associate Chief Counsel | United States Department of Justice |
| | Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES | P.O. Box 340, Ben Franklin Station |
| Senior Trial Attorney | Washington, D.C. 20004 |
| Federal Emergency Management Agency | Telephone No: (202) 616-4223 |
| Department of Homeland Security | E-mail: Henry.Miller@USDOJ.Gov |
| Washington, D.C. 20472 | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)