UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Gordon Boudouin, Sr., et al, v. Coachmen Industries, Inc., et al* Case No. 09-4053 | * * * | MAGISTRATE CHASEZ |

*************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 09-4053. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement their Complaint for Damages, to add the following Plaintiffs:[1]

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Lucile Blacklege | Case No. 2:09-cv-4087 |
| Lucile Blackledge on behalf of D.B. | Case No. 2:09-cv-4087 |
| Cassandra Blackledge | Case No. 2:09-cv-4087 |
| Joann Jackson | Case No. 2:09-cv-4087 |

---

[1] The VIN number for the trailer the Blackledge family resided in was 1TC2B969461509853.
The VIN number for the trailer the Jackson family resided in was 1TC2B969063002534.
The VIN number for the trailer Carol Lee Kelly resided in was 1TC2B324151200587.

| Claimant   (conintued) | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Justin Jackson | Case No. 2:09-cv-4087 |
| Joann Jackson on behalf of J.J. | Case No. 2:09-cv-4087 |
| Carol Lee Kelly | Case No. 2:09-cv-4077 |

These Plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Coachmen Recreational Vehicles, LLC and installed by CH2M Hill Constructors, Inc.

No undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant and the contractor defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
         Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA  70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

>/s/ *Lawrence J. Centola, Jr.*
>Lawrence J. Centola, Jr.