## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Gordon Boudouin, Sr., et al, v. Coachmen Industries, Inc., et al   Case No. 09-4053* | | |

**********************************************************************

## **RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants has been contacted. Coachmen Recreational Vehicle Company, LLC and CH2M Hill Constructors, Inc. do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
        Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.