UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *James Carey, et al, v. Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.* Case No. 09-5747 | * * * * | |

*************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-5747. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement the First Amended Complaint, to add the following Plaintiffs:

> Mary Ayers
> Monroe Ayers
> Delice Davis
> Letitia Davis
> Letitia Davis on behalf of Q.D.
> Fannie Denson
> Anthony Dixon
> Leona Dixon

>Timothy Foret
>Irene Green
>Jamaal Green
>Shinta Scott
>Clara Scott
>Shinta Scott on behalf of J.O.
>Violet Jones
>Heidi Jones
>Violet Jones on behalf of H. J.

These plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Coachmen Recreational Vehicle Company, LLC. All plaintiffs were filed in the MDL June 2009. The Plaintiffs listed above were mistakenly added via amendment to Case No. 2:09-cv-6024 *James Prince, Sr. on behalf of James Prince, Jr. et al, v. Coachmen Industries, Inc.; and Coachmen Recreational Vehicle Company, LL,* filed June 25, 2010. This document [Document 14525] was withdrawn July 2, 2010.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.[1]

---

[1] The VIN number for the trailer the Ayers resided in is 1TC2B969061509848
  The VIN Number for the trailer the Davis family resided in is 1TC2B969361306971
  The VIN number for the trailer Fannie Denson resided in is 1TC2B969361307828
  The VIN number for the trailer Leona and Anthony Dixon lived in is 1TC2B969661310691
  The VIN number for the trailer Timothy Foret resided in is 1TC2B218X51206936
  The VIN number for the trailer the Green and Scott family resided in is 1TC2B969363001734
  The VIN number for the trailer the Jones family resided in is 1TC2B969361002006

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
       Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
   Lawrence J. Centola, Jr.