## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *   MDL No. 1873<br>*<br>*   SECTION N(5)<br>*<br>*   JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*James Prince, Sr., obo James Prince, Jr., et al, v.  Coachmen Industries Inc.; and Coachmen Recreational Vehicle Company, LLC   Case No. 09-6024* | *   MAGISTRATE CHASEZ<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER TO WITHDRAW DOCUMENT 14525

Considering the foregoing Motion for Withdrawal of Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to withdraw their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this 6th day of July, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filingto all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                /s/ *Lawrence J. Centola, Jr.*
                                                   Lawrence J. Centola, Jr.
                                                   LA  Bar #3962