# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| *Gordon Boudouin, Sr., et al, v. Coachmen* | * | |
| *Industries, Inc., et al   Case No. 09-4053* | | |

*******************************************************************

## <u>ORDER</u>

Considering the foregoing Motion for Leave to File First Supplemental and

Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing motion.

DATED this 6th day of July, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.   LA Bar #3962