UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Larry Jones, et al, v. Coachmen Recreational* | * | |
| *Vehicle Company, LLC, et al.* | * | |
| Case No. 09-8325 | | |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-8325. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement the First Amended Complaint, to add the following Plaintiffs:

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Adrien Villemuer | 2:09-cv-4079 |
| John Bailey | 2:09-cv-4082 |
| John Bailey obo B.B. | 2:09-cv-4082 |
| Lester Carriere | 2:09-cv-4088 |

| | |
|---|---|
| Shawn Millet | 2:09-cv-4086 |
| Gerald Rodriguez | 2:09-cv-6881 |
| Betty Rodriguez | 2:09-cv-6881 |
| Gregg Gagliano | 2:09-cv-6881 |
| Harold Vincent | 2:09-cv-4080 |
| Donna Vincent | 2:09-cv-4080 |
| Donna Vincent obo A.V. | 2:09-cv-4080 |
| Rachel Vincent | 2:09-cv-4080 |
| Rikki Vincent | 2:09-cv-4080 |

These Plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Coachmen Recreational Vehicle Company, LLC and installed by Fluor Enterprises, Inc. [1] The First Amended Complaint was a PTO 40 amended complaint ordered by this Court.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.

---

[1] The VIN No. for the trailer Adrien Villemuer resided in is1TC2B969861310546
The VIN No. for the trailer John Bailey and minor lived in is 1TC2B969861509953
The VIN No. for the trailer Lester Carriere resided in is 1TC2B969X61307891
The VIN No. for the trailer Shawn Millet resided in is 1TC2B969766101348 &  1TC2B969161510118
The VIN No. for the trailer the Rodriguez's and Gregg Gagliano lived in is 1TC2B969361306887
The VIN No. for the trailer the Vincent family resided in is 1TC2B969461510064

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
       Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
    Lawrence J. Centola, Jr.