UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * SECTION "N-4" <br> * <br> * JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: 09-3794 *(Barnes)* | * MAGISTRATE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF CORINTHIA DAVIS

**STATE OF TENNESSEE**

**COUNTY OF SHELBY**

I, CORINTHIA DAVIS, an individual over the age of 18 years and competent to make this Declaration, hereby declare the following to be true pursuant to 28 U.S.C. § 1746:



**1.**

The contents of this Declaration are either within my own knowledge and are true or, where I state the source of the information, the matters stated are true to the best of my knowledge and belief.

**2.**

I am the full manager of Davis Professional Accounting Services LLC.

**3.**

Davis Professional Accounting Services LLC has continuously maintained an office at 6373 Quail Hollow Rd., Suite 102, Memphis, Tennessee, 38120 ("the Memphis address") for more than two years.

**4.**

The Memphis address has been identified on the internet website maintained by Davis Professional Accounting Services LLC (http://www.davisprofessionalservices.com/index.htm) for more than a year.

**5.**

Calls placed to the phone number listed for 6930 Martin Dr. Suite B New Orleans, LA 70126 (the "Martin Drive address") on Davis Professional Accounting Services LLC's website have been automatically forwarded to the Memphis address for more than a year.

1022178v.1

**6.**

Davis Professional Accounting Services LLC continues to list the Martin Drive address on its website in order to assist its pre-Katrina clientele in indentifying and contacting Davis Professional Accounting Services LLC at its Memphis address.

Dated: July 6, 2010

Memphis, Tennessee

_____
Corinthia Davis

1022178v.1