HOME    ABOUT    SERVICES    CONTACT

Bookkeeping, Accounting, Payroll, Quickbooks, Financial Statements, LLC Setup, Small Business Tax Returns



**FREE CONSULTATION CALL NOW 901.761.7762**

CONTACT US FOR A FREE CONSULTATION. WE WILL WORK WITHIN YOUR BUDGET.
TEL: 901-761-7762



CERTIFIED QuickBooks ProAdvisor



## CONTACT DAVIS PROFESSIONAL ACCOUNTING

### MEMPHIS OFFICE
6373 Quail Hollow Road
Suite 102
Memphis, TN 38120
Phone: 901-761-7762
Fax: 901-761-7763
Email: casieh@bellsouth.net

### NEW ORLEANS OFFICE
6930 Martin Dr.
Suite B
New Orleans, LA 70126
Phone: 504-343-6594

HOME | ABOUT | SERVICES | CONTACT | FREE QUOTE

Information contained on this website is provided for its informational content and for educational purposes only. Nothing contained herein should be construed as specific accounting advice. Individuals desiring accounting and bookkeeping advice about a specific situation should consult us first.



EXHIBIT B