Hi, Guest    Sign In    Help                                                                                                 Make Yahoo! your homepage    Mail

Web    Images    Video    Local    Shopping    News    More

**davis professional accounting services**                                         [Search]   Options

---

| | |
|---|---|
| Search Pad | **Also try:** davis professional accounting services llc,  more... |
| SearchScan - On | |

8,990,295 results for
**davis professional a...:**

Show All

- Better Business Bure...
- Insider Pages

Local Business Sites

Sponsor Results

### Professional Accounting Services
Sponsored Results
Stay organized & in control with QuickBooks® online **accounting service**.
www.quickbooksonline.com

### CA Accounting Services
**Professional Accounting Services** Since 1984. Call Us In Oakland.
Patel-AssociatesCpa.com

### Professional Accounting Services
In Trouble with the Tax Man? Understand The Tax System Now.
IncomeTax.DebtCentral.com

### Davis Professional Accounting Services, LLC
Davis Professional Accounting Services, LLC ... Please feel free to contact any of the following clients who can share testimony to our **professional** and dedicated **services**.
...
www.davisprofessionalservices.com - Cached

### Davis & Davis - Detroit, MI
(1 review) - 313-861-7293 - Detroit, MI 48235
" DAVIS & DAVIS PROFESSIONAL ACCOUNTING AND TAX SERVICE IS GREAT PLACE TO GO TO FOR TAX PREPARATION FOR SMALL BUSINESSES.
www.insiderpages.com/b/3716157776/davis-davis-detroit - Cached

### Find BBB Accredited Accounting and Bookkeeping Services in ...
Find BBB Accredited **Accounting** and Bookkeeping **Services** in Memphis - your guide to ... **Accounting** & Bookkeeping **Services**. **Davis Professional Accounting Services**. 6373 Quail ...
bbb.org/memphis/.../accounting-and-bookkeeping-services - Cached

#### Memphis Tax Return Services - Find BBB Accredited Tax Return ...
Find BBB Accredited Tax Return **Services** near Memphis, TN - your guide to trusted Memphis, TN Tax Return **Services**, recommended and BBB Accredited businesses.
bbb.org/memphis/.../tax-return-services/memphis-tn - 58k - Cached

### Professional Services Companies in Davis, West Virginia (WV)
24 4th St, Davis, WV - 3 **Professional Services** Companies in **Davis**, West Virginia. Search or browse our list of **professional services** companies in **Davis**, WV by category.
www.manta.com/mb_53_A6_MY9/professional_services/davis_wv - Cached

### Brian W. Davis Inc
briandaviscga.com
www.briandaviscga.com - Cached

### Davis: Professional Services
Newman Associates - A neighborly **accounting** firm striving to be a good community member ... Pedal Express - **Davis** - People Powered Delivery **Services** by workbike, ...
www2.dcn.org/davis/biz/services - Cached

### Alpharetta, GA CPA - Davis & Langford CPA
Tax, **accounting**, audit and advisory **services** for businesses and individuals in the Johns Creek Area. **Davis** & Langford CPA's provide Big 4 experience with local **service**.
www.alpharettagacpa.com - Cached

### Davis Accounting Group P.C.
**Davis Accounting** Group P.C. is a full **service** audit, tax, **accounting**, and business consulting firm located in Cedar City, Utah.
www.davisaccountinggroup.com - Cached

### Project Management, Consulting Services, Staffing Solutions ...
World-class **professional services**, including project management, consulting **services**, staffing solutions and executive recruitment, from The Madison-**Davis** Group and ...
www.tmdg.com/Consulting-Services.html - Cached

### Professional Services
Sponsored Results
Process Improvement/Standardization and Advanced Modeling & Analytics.
www.hyperquality.com

---

**Sponsored Results**

### Professional Services
Process Improvement/Standardization and Advanced Modeling & Analytics.
www.hyperquality.com

### Professional Bookkeeping Services
All You Need To Know About **professional** bookkeeping **services**.
BookkeepingGuide.info

### Professional Bookkeeping Services
**Professional** bookkeeping **services**. For Easy Online Info Visit Us Now.
BookkeepersSoftware.net

### Professional Bookkeeping
**Professional** Bookkeeping. Connect With **Accounting** Firms Here.
XpertBusinessServices.com

### Professional Accounting Services
Encuentra Contador en San Fco. Servicios de Impuestos y más.
www.SeccionAmarillaUS.com
California

### Accounting Professional Service Software
Get more on **Professional Accounting** Software.
gowaiki.com/professional-accounting

**More Sponsors:**
davis professional accounting services

See your message here...



Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                                                          hlonian@gmail.com | Settings ▼ | Sign out



| davis professional services | Search |

About 3,690,000 results (0.24 seconds)                                                        Advanced search

**Everything**
More

**All results**
Related searches

More search tools

### Davis Professional Accounting Services, LLC
Davis Professional Services welcomes the opportunity to show you how to save up to 40% by outsourcing your bookkeeping. We have a great Internet based ...
www.davisprofessionalservices.com/ - Cached - Similar

### Davis Professional Accounting Services, LLC
Davis Professional Accounting Services, LLC. ... TEL: 901-761-7762. Certified QuickBooks Pro Advisor. Client Services. CONTACT DAVIS PROFESSIONAL ACCOUNTING ...
www.davisprofessionalservices.com/contact.htm - Cached

  Show more results from www.davisprofessionalservices.com

### Davis Professional Services
davisproserv.com/ - Cached

### Madison-Davis Professional Services, LLC
Madison-Davis is the only firm of its kind that delivers expertise, content/data, and technologies in a way that empowers companies to meet today's demand ...
www.mdps.com/ - Cached

### Training & Development — Human Resources
Feb 23, 2010 ... Staff Development and Professional Services fosters and supports your learning ... Other Training & Development Opportunities at UC Davis ...
sdps.ucdavis.edu/ - Cached - Similar

### Davis Mintun Professional Services Inc. - Indianapolis Area ...
Davis Mintun Professional Services provides psychotherapy and counseling serivces within and around the Indianapolis area. The owners of Davis Mintun ...
www.davismintun.com/ - Cached - Similar

### Sunrise Professional Services, Michael A Davis, Phoenix, Arizona ...
Michael A Davis is the owner of Sunrise Professional Services and is a Private Investigator licensed with the Arizona Department of Public Safety.
www.sunriseprofessional.com/ - Cached - Similar

### Tim Davis Professional Services, LLC
Tim Davis Professional Services, LLC – Professionalism, Reliability, Dedication – Funeral Transportation & Related Services in Atlanta & Detroit;
timdavisproservicesllc.com/ - Cached

### Dyslexia the Gift. Information and Resources for Dyslexia
Professional services described as Davis®, Davis Dyslexia Correction®, Davis Symbol Mastery®, Davis Orientation Counseling®, Davis Math Mastery® and Davis ...
www.dyslexia.com/ - Cached - Similar

### Davis Professional Services Chesapeake, VA, 23320 - YELLOWPAGES.COM
Get directions, reviews, payment information on Davis Professional Services located at Chesapeake, VA. Search for other Cleaning Contractors in Chesapeake.
www.yellowpages.com/...va/.../davis-professional-services-10868373 - Cached

**Searches related to davis professional services**

| | |
|---|---|
| davis career center | oretsky davis pc professional services |
| madison davis professional services llc | davis gabrielle pc professional services |
| debbie davis psc professional services | professional letter service uc davis |
| davis scott pc professional services | kaufman davis business services |

1 2 3 4 5 6 7 8 9 10    Next

| davis professional services | Search |

Search within results    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

Web Images Videos Shopping News Maps More | MSN Hotmail                                                                                                                                  Sign in

# Bing

davis professional accounting 

Saint Joseph, Missouri   Settings
Safe Search Strict

## Web

**RELATED SEARCHES**
Accounting Career
Accounting Principals
Accounting Profession
Microsoft Office Accounting Professional 2009
Professional Accounting Organizations
Professional Accounting Services
Accounting Professional Journal Articles
Resume for Accounting Professional

**SEARCH HISTORY**
davis professional accounting
memphis, tennessee
ww.capitalone.com
f-drive/tmccullough cases/State...
martin drive

See all
Clear all · Turn off

ALL RESULTS                                                                                                    1-10 of 7,340,000 results   Advanced

Sponsored sites

**Education Scholarship** · kaplan.edu/cascholarship
Kaplan University Scholarships up to $2.5M for CA Residents.

**DeVry University** · ChooseDeVry.com
Careers in **Accounting** are Growing. Our Graduates Will Be Ready. Apply!

**AIU Online ® - Business** · www.AIUonline.edu/Accounting
Earn Your Business Degree Online At A Top Virtual Campus. Learn More.

**Online Accounting School** · EarnMyDegree.com/Accounting
Start A Career in **Accounting**. Enroll Now, Financial Aid Available!

**Davis Professional Accounting Services, LLC**
Bookkeeping, Accounting, Payroll, Quickbooks, Financial Statements, LLC Setup, Business Tax Returns
www.**davisprofessional**services.com · Cached page

**Davis Accounting Group P.C.**
**Davis Accounting** Group P.C. is an international accounting firm that is located in Cedar ... and the energy of our staff, each client receives close personal and **professional** ...
davisaccountinggroup.com · Cached page

**Davis & Davis Professional Accounting and Tx Srvce - Detroit, MI**
(Map) · User rating: 4/5
(313) 861-7293 · 16254 Meyers Rd, Detroit, MI 48235
www.yelp.com/biz/**davis**-and-**davis**-**professional**-**accounting**-and-tx-srvce-detroit · Cached page

**Davis Professional Accounting Services Llc - New Orleans, Louisiana ...**
**Davis Professional Accounting** Services Llc company profile in New Orleans, LA. Our free company profile report for **Davis Professional Accounting** Services Llc includes business ...
www.manta.com/c/mm78608/**davis**-**professional**-**accounting**-services-llc · Cached page

**Davis & Davis - Detroit, MI**
"**davis & davis professional accounting** and tax service is great place to go to for tax preparation for small businesses."
www.insiderpages.com/b/3716157776 · Cached page

**Davis Professional Svc (Davis Professional Accounting Services Llc ...**
**Davis Professional** Svc company profile in Memphis, TN. Our free company profile report for **Davis Professional** Svc includes business information such as contact, sales and financial ...
www.manta.com/c/mmcp16h/**davis**-**professional**-svc · Cached page

**accounting- UC Davis Extension**
UC **Davis** Extension's **Accounting** Certificate Program provides a working understanding of **accounting** ... Bookkeepers and **accounting** clerks who want to advance to a higher **professional** ...
extension.ucdavis.edu/unit/business_and_management/certificate/**accounting** · Cached page

**Davis Professional Accounting Services Llc | Professional Services ...**
**Davis Professional Accounting** Services Llc ... ... People Find key contact information on more than 86 million decision-makers.
www.allbusiness.com/companyprofile/Davis_Professional_Accounting_Services_Llc/BF66C...
Cached page

**BBB Review of Davis Professional Accounting Services in Memphis, TN**
BBB Business Reliability Report for **Davis Professional Accounting** Services in Memphis, TN. Business reviews, consumer complaints, and ratings for **Davis Professional Accounting** ...
www.bbb.org/memphis/business-reviews/bookkeeping-service/**davis**-**professional**-**accounting**...
Cached page

**Tavada Gee-Davis - Accounting Professional | LinkedIn**
**Accounting Professional** · **Accounting** · Greater New York City Area
Experience: Legal Billing Coordinator, Viacom, Inc; Senior Client Account Coordinator, Grey Healthcare Group; Print Media Coordinator, Foote, Cone & Belding
www.linkedin.com/pub/tavada-gee-**davis**/13/bb5/623 · Cached page

Related Searches
| | | |
|---|---|---|
| Accounting Career | Microsoft Office Accounting Professional 2009 | Accounting Professional Journal Articles |
| Accounting Principals | Professional Accounting Organizations | Resume for Accounting Professional |
| Accounting Profession | Professional Accounting Services | Accounting Terms |

Sponsored sites

**Education Scholarship** · kaplan.edu/cascholarship
Kaplan University Scholarships up to $2.5M for CA Residents.

**DeVry University** · ChooseDeVry.com
Careers in **Accounting** are Growing. Our Graduates Will Be Ready. Apply!

1  2  3  4  5  Next

davis professional accounting

**Sponsored sites**

**Remington College**
Get Educated in **Accounting** at Remington College. Learn more now!
www.RemingtonCollegeOnline.edu

**Accounting Degree Program**
Get Your AA, BSB, or MS Degree in **Accounting** or Study to Become a CPA
Top-Accounting.Degree.Net

**Accounting AA Online**
Earn Your **Accounting** AA Degree 100% Online, On Your Time! Learn How...
FloridaTechOnline.com/Accounting

**Easy Online Accounting**
Try Free! Easy Online **Accounting** Software. No Download Required.
www.QuickbooksOnline.com

**Accounting**
Request Free Info From Schools With Courses in Your Area or Online!
www.classesusa.com

See your message here