**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte                                    500 Poydras St., Room C-151
Clerk                                               New Orleans, LA 70130

                        June 30, 2010

Mr. Charles R. Fulbruge, III, Clerk                 APPEAL NO. <u>10-30451</u>
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

IN RE<u>: FEMA TRAILER FORMALDEHYDE PRO LIABILITY LIT    MD 07-1873 N  c/w  09-2892</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information
is furnished.

        ____   1) Certified copy of the notice of appeal and docket entries.

        ____   2) Certified copy of notice of a cross-appeal and docket entries.

        ____   3) The Court of Appeals docket fee ____ HAS ____ HAS NOT been paid.

        ____   4) This case is proceeding <u>in forma pauperis</u>

        ____   5) Order Appointing Counsel    ____ CJA-20     ____ FPD

        ____   6) District Judge entering the final judgment is _____

        ____   7) Court Reporter assigned to the case _____

        ____   8) If criminal case, number and names of other defendants on appeal _____

        ____   9) This case was decided without a hearing; there will be no transcript.

        ____  10) Spears hearing held.

In connection with this record, the following documents are transmitted.

        _x_    1) **Certified** Copies record on appeal consisting of:

               ____ Volume(s) of record    ____ Volume(s) transcript

               ____ Volume(s) of depositions

               ____ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Box

        ____   2) Supplemental record including, _____

        ____   3) SEALED Docs. _____

        ____   4) Other:_____

                                        Very truly yours,

                                        By___ Alicia Phelps _____
                                             Deputy Clerk