# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

June 29, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-30349   In Re: FEMA Trailer
      USDC No. 2:07-MD-1873
      USDC No. 2:09-CV-2892

The court has granted appellee's unopposed motion for leave to supplement the designation of record with the testimony of plaintiffs Alana Alexander and her minor child, Christopher Cooper, the completion of the testimony of plaintiff, Christopher Cooper's treated physician, Dr. Jent Barnes; and plaintiff, Christopher Cooper's medical records.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Chris P. Descant, Deputy Clerk
                        504-310-7704

Mr. Dominic J. Gianna
Mr. Gerald Edward Meunier
Mr. Charles Rene Penot Jr.
Mr. Dewey Michael Scandurro
Mr. Richard Allen Sherburne Jr.
Mr. Andrew D. Weinstock
Ms. Loretta Whyte
Mr. Justin I Woods

Motion Notice - MOT-2

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

*Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JUL - 2 2010 LORETTA G. WHYTE CLERK*