OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -6  PM 12: 20

LORETTA G. WHYTE
CLERK

Date: July 1, 2010
Milton R Holmes, et al

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

vs.

DS Corp d/b/a Crossroads RV, et al

Case No. 2:10cv482 Section "N"

(Pertains to: 10-483)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M Hill Constructors, Inc. through CT Corporation
   (address) 645 Lakeland East Dr. Ste 101 Flowood, MS 39232
2. (name) DS Corp d/b/a Crossroads RV c/o Denette Boswell
   (address) P.O. Box 40 Topeka, IN 46571
3. (name) DS Corp d/b/a Crossroads RV - CT Corporation System
   (address) 36 S Pennsylvania St #700 Indianapolis, IN 46204
4. (name) United States of America through Eric Holder Attorney General
   (address) 950 Pennsylvania Ave NW Washington, DC 20530

Very truly yours,

"Signature"

Attorney for Hawkins, Stracener & Gibson, PLLC
Address 153 Main St Bay St Louis, MS 39520

___ Fee
___ Process BG (6) sms
_X_ Dktd
___ CtRmDep
___ Doc. No.

I hereby certify that all parties have been matched. (sg)

```
                                              FILED
                                         U.S. DISTRICT COURT
OFFICE OF THE CLERK                    EASTERN DISTRICT OF LOUISIANA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA              2010 JUL -6  PM 12: 21
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130              LORETTA G. WHYTE
                                                 CLERK
```

                        Date: July 1, 2010
In Re: FEMA               Milton R. Holmes, et al
   Trailer Formaldehyde
   Products Liability                  vs.
   Litigation
      07md1873            DS Corp. d/b/a Crossroads RV, et al

                          Case No. 2:10cv982  Section "N"

Dear Sir:               (pertains to: 10-483)

  Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint)

  (other : _____ ) to the following:

5. 1. (name) United States of America through FEMA Craig Fugate
      (address) 500 C Street  Washington, DC  20472
6. 2. (name) United States of America through Jim Letten US Attorney
      (address) 500 Poydras St Ste B-210, New Orleans, LA 70130
   3. (name) _____
      (address) _____
   4. (name) _____
      (address) _____

I hereby                        Very truly yours,
certify that                    _____
all parties have                      "Signature"
been Matched. (cg)              Attorney for Hawkins, Stracener & Gibson, PLLC
                                Address 153 Main St
                                Bay St Louis, MS 39520

                                ___ Fee _____
                                ___ Process ___
                                 x  Dktd _____
                                ___ CtRmDep ___
                                ___ Doc. No. __