# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | * | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | MAGISRATE CHASEZ |
| *Lee Roy Hebert, et al, v. TL Industries, Inc., et al*  Case No. 09-4048 | * | |

*************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add two additional plaintiffs who, on information and belief, resided in the same emergency housing unit manufactured by TL Industries, Inc. and installed by Fluor Enterprises, Inc. as one of the existing plaintiffs, Karen L. Lewis, named in the above captioned matter.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Lee Roy Hebert, et al, v. TL Industries, Inc. and Fluor Enterprises, Inc.* Case No. 2:09-cv-4048, filed in the Eastern District of Louisiana.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:  /s/  *Lawrence J. Centola, Jr.*
                Lawrence J. Centola, Jr.

        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        (504) 525-1944 (telephone)
        (504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        /s/  *Lawrence J. Centola, Jr.*
            Lawrence J. Centola, Jr.