**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Lee Roy Hebert, et al, v. TL Industries, Inc.,* | * | |
| *et al   Case No. 09-4048* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and

prayers for relief contained in their Complaint for Damages filed on their behalf with this

Court on June 15, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds *Karen L.*

*Lewis on behalf of A.L. and Karen L. Lewis on behalf of J.L.* as <u>additional</u> Named

Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned

matter.   Karen Lewis is the grandmother and legal guardian of A.L. and J.L. and is a

named plaintiff in the original complaint.

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added

to Exhibit A ("Additional Parties").   These plaintiffs were inadvertently left off of the

above captioned complaint.  Karen Lewis on behalf of J.L. and Karen Lewis on behalf of

A.L. were erroneously filed against Fleetwood Canada, Ltd., June 15, 2009, in *Rachelle*

*Brown, et al, v. Fleetwood Canada, Ltd.,* Case No. 2:09-cv-4059 (E.D. LA 2009).

Plaintiffs seek to remedy this problem by moving minors to the above captioned matter,

(*Lee Roy Hebert, et al, v. TL Industries, Inc. and Fluor Enterprises, Inc*.) in which their

grandmother is filed and in so doing comply with the Court's goal of ending the matching

process and moving toward an accurate count of the exact number of claimants involved

in the litigation.

3.

Upon information and belief, J.L. and A.L. resided in the same emergency

housing unit manufactured by TL Industries, Inc. and installed by Fluor Enterprises, Inc.

as their grandmother, Karen L. Lewis.  This Supplemental and Amending Complaint

seeks to add Karen L. Lewis on behalf of J.L. and Karen L. Lewis on behalf of A.L. to a

single complaint for damages against the same manufacturer (TL Industries, Inc.) and

contractor (Fluor Enterprises, Inc.).

4.

Because defendants TL Industries and Fluor Enterprises Inc. have notice of a

claim against them with the VIN number 5CH200R2261144642, Plaintiffs aver that the

addition of the newly named plaintiffs will not cause an unjust burden on Defendants and

in fact will assist counsel in efficiently defending claims against their client.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with this Court on June 15, 2009 (Civ. Action No. 09-4048)

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
    Lawrence J. Centola, Jr.
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
    Lawrence J. Centola, Jr.