UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| *THIS DOCUMENT RELATES TO:* *Donna Gibson, et al, v. Recreation by Design, LLC, et al   Case No. 09-4925* | * * | MAGISTRATE CHASEZ |

*************************************************************************

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original Complaint for Damages filed on their behalf.

1.

This First Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Trenzatta Barabin | 2:09-cv-4078 |
| Trenzatta Barabin obo E.B. | 2:09-cv-4078 |
| Trenzatta Barabin obo A.B. | 2:09-cv-4078 |
| Trenzatta Barabin obo T.B. | 2:09-cv-4078 |
| Marion Howard | 2:09-cv-4078 |
| Travis Howard | 2:09-cv-4078 |
| Ruth Brown | 2:09-cv-4078 |
| Mary Brown | 2:09-cv-4078 |
| Kywanda Brown | 2:09-cv-4078 |
| Latanya James | 2:09-cv-4083 |
| Latanya James obo W. J. | 2:09-cv-4083 |
| Latanya James obo T. J. | 2:09-cv-4083 |
| Roosevelt Hills | 2:09-cv-6106 |
| Vicki Gray Partridge | 2:09-cv-4081 |

1

| Rickey Lamar Partridge | 2:09-cv-4081 |
| --- | --- |
| Cassandra Blacklege | 2:09-cv-4087 |
| Lucile Blackledge | 2:09-cv-4087 |
| Lucile Blackledge obo D. B. | 2:09-cv-4087 |

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties").

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Recreational by Design, LLC and installed by Fluor Enterprises, Inc. as the other plaintiffs who are named in the original complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to a single complaint for damages against the same manufacturer (Recreation by Design, LLC) and contractor (Fluor Enterprises, Inc.).

4.

Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the original Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street , Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.