UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Larry Jones, et al v. Coachmen Recreational Vehicle Company, LLC, et al. Case No. 09-8325* | * * | MAGISTRATE CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this 7th day of July, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                             /s/ *Lawrence J. Centola, Jr.*
                                                 Lawrence J. Centola, Jr.   LA Bar #3962