UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Annette Patterson, et al, v. Recreation by Design, LLC, et al* Case No. 09-4937 | * * * | MAGISTRATE CHASEZ |

*********************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement their Complaint for Damages to add six additional plaintiffs who, on information and belief, resided in the same type of emergency housing unit manufactured by Recreation by Design, LLC and installed by CH2M Hill Constructors, Inc., as the existing plaintiffs named in the operative complaint.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Annette Patterson; Manuel Patterson and Jesse Williams v. Recreation by Design, LLC and CH2M Hill Constructors, Inc.,* Case No. 2:09-cv-4937, filed in the Eastern District of Louisiana.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
           Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.