# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Annette Patterson, et al, v. Recreation by* | * | |
| *Design, LLC, et al   Case No. 09-4937* | * | |

***********************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 09-4937. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement their Complaint for Damages, to add the following Plaintiffs:

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Sonya J. Johnson[1] | 2:09-cv-5321 |
| Marvin Johnson | 2:09-cv-5321 |
| Shawn Johnson | 2:09-cv-5321 |
| Sonya Johnson on behalf of J.W. | 2:09-cv-5321 |
| Larry Williams[2] | 2:09-cv-5321 |
| Jeffrey Williams | 2:09-cv-5321 |

---

[1] The Johnson Family lived in a trailer with VIN number 5CZ200R2561125417.
[2] Larry and Jeffery Williams lived in a trailer with VIN number 5CZ200R2261125231.

These plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Recreation by Design and installed by CH2M Hill Constructors, Inc. as other Plaintiffs named in the complaint.  Plaintiff's VINs were originally misidentified as belonging to Fleetwood Enterprises, Inc. and they were erroneously filed in Case No. 2:09-cv-5321.

No undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA  70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.