UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Irvin Clark, et al, v. Recreation by Design, LLC*   Case No. 09-5964 | * * * * | MAGISTRATE CHASEZ |

*************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 09-5964. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement their First Amended Complaint for Damages, to add the following Plaintiffs:

>
> Robert Davis[1]
> Paul Davis
> Lennah Turner
> Ivey Turner[2]
> Altermae Gant[3]
> Reginald Elum
> Wanda Elum[4]

---

[1] Robert and Paul Davis lived in a trailer with VIN number 5CZ200R2161119257
[2] Lennah and Ivey Turner lived in a trailer with VIN number 5CZ200R2961125520
[3] Altermae Gant lived in a trailer with VIN Number 5TAPA34386L0C118

                      Joseph Cerniglia
                      Rita Cerniglia[5]
                      Karen Bowers[6]
                      Horance Toppins, Jr.

These plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Recreation by Design, the defendants named in the operative complaint.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing First Amended Complaint for Damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.

---

[4] Reginald and Wanda Elum lived in a trailer with VIN number 5CZ200R2261125150
[5] Joseph and Rita Cerniglia lived in a trailer with VIN number 5CZ200R2X61125543
[6] Karen Bowers and Horace Toppins, Jr. lived in a trailer with VIN number 5TAPA34386L0C118

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
   Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

      /s/ *Lawrence J. Centola, Jr.*
       Lawrence J. Centola, Jr.