MINUTE ENTRY
ENGELHARDT, J.
July 7, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

A status conference was conducted on Wednesday, July 7, 2010, at 8:30 a.m., with liaison counsel, steering committee members, and counsel for the Government.  Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Timothy D. Scandurro, James C. Percy, John Stewart Tharp,  M. David Kurtz, Robert M. Becnel, Ernest P. Gieger, Jr., Adam M. Dinnell, Karen Whitfield, Dennis C. Reich, Charles E. Leche, John J. Hainkel, Linda J. Nelson, Charles R. Penot, Jr., Lamont P. Domingue, Daniel J. Balhoff, Roy Cheatwood, Randi S. Ellis, Richard K. Hines, V, Gerald E. Meunier and John Perry.

**Court Reporter: Karen Ibos**

JS10(1:10)