OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:   July 6, 2010

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Ursine-Seymour, et al.

vs.

Gulf Stream Coach, Inc, et al.

Case No. 10-1038

Dear Sir:

Please **(issue)** summons on the **(complaint)** to the following:

1. Gulf Stream Coach, Inc, through its registered agent for service, Kenneth C. Brinkler, 503 South Oakland, Nepanee, IN 46550
2. Fluor Enterprises, Inc., through Tanya Henkels Fields, Middleberg, Riddle & Gianna, 717 N. Harwood Street, Suite 2400, Dallas, Texas 75201.

Very truly yours,

*Justin I. Woods*

JUSTIN I. WOODS
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304

Attorney for Plaintiff