UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　　MDL NO. 07-1873
　　　FORMALDEHYDE PRODUCTS
　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 72

On July 7, 2010, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Andy Weinstock, Joe Glass, Matt Moreland, Ernie Gieger, Frank D'Amico, Jr., Jim Percy, Stewart Tharp, Adam Dinnell, Tim Scandurro, Robert Becnel, Dave Kurtz, Karen Whitfield, Dennis Reich, Charles E. Leche, John J. Hainkel, Linda Nelson, Charles Penot, Lamont Domingue, Daniel Balhoff, Roy Cheatwood, Randi Ellis, Richard Hines, Jerry Meunier, and John Perry. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)     **On or before Friday, July 9, 2010**, counsel involved in the next bellwether trial shall let the Court know of any agreed-upon amendments to the questionnaire to be used for the September 2010 bellwether trial.

(2)     **On or before Friday, August 6, 2010**, Plaintiffs' counsel shall let Gulf Stream's counsel know which one of the three bellwether plaintiffs will be proceeding to trial in September 2010.

(3)     **On or before Wednesday, July 21, 2010**, counsel shall reach an agreement as to a Contractor Defendant Profile Form. Such forms shall be completed and returned **on or before Tuesday, August 10, 2010.**

(4)     **On Friday, July 23, 2010, at 9:00 a.m.**, liaison counsel[1] shall meet in chambers[2] to discuss the future of this MDL. Confidential letters detailing a side's position(s) may be submitted to the undersigned in advance of this meeting, **on or before Thursday, July 22, 2010, at noon.** Such letters may be faxed to (504)589-4457 or emailed to amanda_ballay@laed.uscourts.gov.

(5)     **On Friday, August 20, 2010 at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be

---

[1]     This shall include Plaintiffs' liaison counsel, Manufacturing Defendants' liaison counsel, Contractor Defendants' liaison counsel, Insurers' liaison counsel, and counsel for the Government.

[2]     Counsel for the Government may participate by telephone by letting the Court know, in advance, of a number to call wherein counsel can be reached.

allowed admission to this meeting.

(6)     A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, August 20, 2010 at 10:00 a.m.**

New Orleans, Louisiana, this 7th day of July 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE