Trial Set: _____   Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

PLAINTIFF(S) _____

**07md1873**

versus

DEFENDANT(S) _____

Magistrate: _____

**FEMA MDL (General)**

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: **7-7-10**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Linda J. Nelson | Lambert + Nelson, PLC | PSC |
| John J. Haikhel | Frilot LLC | Bechtel Nat'l |
| Daniel J. Balhoff | Perry Atkinson & Balhoff (Special Master) | (Special Master) |
| Charles R. Penot Jr. | MRG | Fluor |
| Karen Whitfield | Baker Donelson | Shaw |
| James Percy | Jones Walker | Keystone et al |
| Justin Woods | Gainsburgh Benjamin | PSC |
| Ernie Gieger | Gieger Laborde | Forest River |
| Adam Dinnell | DOJ | USA |
| David Kurtz | Baker Donelson | Shaw |
| Frank D'Amico | Same | IPS |

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
07 md 1873

versus

_____  Magistrate: _____
DEFENDANT(S)   FeMA MDL (General)

*********************************************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: 7-7-10     TIME: 10 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lamont P. Domingue | Voorhies & Labbe | Cavalier, et al |
| Charles E. Legae | Deutsch, Kerrigan | Insurers Liaison |
| Delbert Miller | KZRV | KZRV |
| Joe Rausch | Hall Firm | Plaintiffs |
| Matt Morehed | Becnel | π |
| R?? Becnel | Becnel | π |
| Denia S. Aiyegbusi | Porteous, Hainkel + Johnson | |
| Theresa Anderson | Musgrave, Mclachlan + Penn | Athens |
| Dennis Reich | Reich + Binstock | π |
| Roy Cheatwood | Baker Donelson | CH2M Hill |

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
07 md 1873

versus

_____   Magistrate: _____
DEFENDANT(S)   FeMA   MDL (General)
*********************************************

CONFERENCE: _____ PRE-TRIAL ___✓___ STATUS _____ SETTLEMENT

DATE: _____   TIME: 10:00 AM

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Tom Cougill | W, F & C | Jayco & Starcraft |
| Jon Dagle | Allen & Gooch | Sun Valley / Heartland |
| Paul Offner | Bernard Cassisa | Superior Homes LLC |
| David Kurtz | Baker Donelson | Shaw |
| Ben Majeou | Labonde & Nevnon | Gordon Homes |
| Anne Briard | Lugenbuhl Wheaton | Liberty Mutual Ins. Co. |
| Lynn Garrison | Garrison, Yount | RBD + TL |
| Randall Mulcahy | " / " | " |
| Christine Lipsey | McGlinchey Stafford | Morgan |
| Laurent Demosthendy | Hulse + Wanek | SD Industries |

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:
07 md 1873

versus

_____      Magistrate: _____
DEFENDANT(S)
FEMA MDL (General)
*********************************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: 7-7-10       TIME: 10 A.M.

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Chris Pinedo | Chris Pinedo Atty At Law | |
| Terry Gay | Chaintrich & Keany | Sentry |
| Robert Sheesley | McGlinchey | Skyline/Layton Homes |
| Peter Taaffe | Buzbee Law Firm | Plaintiffs |
| Stewart Tharp | Taylor Porter | Coachmen |
| Jason Bone | Gieger Laborde | Forest River |
| Cherrell Simms | Galloway Johnson | Del Jen |
| Cynthia Thomas | Galloway Johnson | SunnyBrook RV |
| David B Parnell | Blue Williams | Skyline |
| Carson Strickland | Gieger Laborde | Forest River |

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)            07md1873

versus

_____  Magistrate: _____
DEFENDANT(S)            FEMA MDL (General)
**********************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: 7-7-10            TIME: 10 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Dewey Scanduro | Scandurro & Hymer | Gulf Stream |
| Joe Glass | Duplass | Gulf Stream |