UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873 <br> * <br> *  SECTION N(5) <br> * <br> *  JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: <br> *Akeem Martin v. Keystone Industries Inc., and Keystone RV Company* <br> *Case No. 09-8305* | *  MAGISTRATE CHASEZ <br> * |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-8305. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their First Amended Complaint for Damages to add additional Plaintiffs;

> Misunique A. Martin[1]
> Carolyn B. Martin
> Brayone Albert

---

[1] Misunique A. Martin, Carolyn B. Martin and Brayone Albert resided in a trailer with VIN No. 4YDT260255N122551. Carolyn B. Martin is the applicant and mother of Misunique, Brayone and Akeem Martin.

who, upon information and belief, resided in the same FEMA-supplied emergency housing unit manufactured by Keystone RV Company as the existing plaintiff, Akeem Martin, named in the First Amended Complaint for Damages.  The First Amended Complaint for Damages was a PTO 40 Amended Complaint ordered by this court and all the Plaintiffs named above were originally filed in Master Complaint, Case No. 2:09-cv-4074, *Kenshawn King, et al, v. Alliance Homes, Inc. d/b/a Adrian Homes, et al*, filed June 15, 2009 in the Eastern District of Louisiana.  No undue prejudice will result in allowing the attached Second Supplemental and Amending Complaint for Damages to be filed since no trial date has yet been scheduled.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing First Amended Complaint for Damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*

Lawrence J. Centola, Jr. LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.