# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * * * | **MDL No. 1873** |
| | | **SECTION N(5)** |
| | | **JUDGE ENGELHARDT** |
| | | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT RELATES TO:** *Anthony Emile Lowe, et al. v. Keystone Industries Inc., and Keystone RV Company Case No. 09-3886* | * * | |

**************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add three additional plaintiffs who, on information and belief, resided in the same type of emergency housing unit manufactured by Keystone RV Company as the existing plaintiffs.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Anthony Emile Lowe, et al. v. Keystone Industries, Inc. and Keystone RV Company,* Case No. 2:09-cv-3886, filed in the Eastern District of Louisiana.

2 of 2

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:  /s/  Lawrence J. Centola, Jr.

        Lawrence J. Centola, Jr. LA Bar #3962
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        (504) 525-1944 (telephone)
        (504) 525-1279 (facsimile)


## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 8, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        /s/  Lawrence J. Centola, Jr.
          Lawrence J. Centola, Jr.