**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: FEMA                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                         SECTION "N-5"

                                                     JUDGE ENGELHARDT

                                                     MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*John M. Laird, et al v Keystone Industries,*
*Inc., et al., Case No. 2:10-cv-490*

---

**PLAINTIFFS' UNOPPOSED SECOND MOTION TO EXTEND TIME TO PERFECT**
**SERVICE ON DEFENDANTS**

---

COME NOW PLAINTIFFS, through undersigned counsel and respectfully request

additional time within which to perfect service on all Defendants.  In support thereof, Plaintiffs

show the following:

1.      The Complaint was originally filed in the Southern District of Mississippi on

January 8, 2010.

2.      Plaintiffs have been unable to serve the Defendants to date because the Laird

household has been unable to identify their contractor and pursuant to Pretrial Order 55,

summons could not be issued.  Plaintiffs have undertaken the following efforts to identify their

contractor: FEMA has provided the manufacturer's information for the Plaintiffs on Exhibit

XXXXXX but has not provided the contractor information for these Plaintiffs (who both resided

within the same trailer).  Additionally, FEMA has not provided identification numbers adequate

to identify the contractor.   Furthermore, Plaintiffs has received their IA File, which also did not

identify the contractor.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline to October 10th, 2010 days to insure that service is perfected on all parties.

Respectfully submitted this the  9  day of July, 2010.

By:       *s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*
ROSE M. HURDER
