UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*John M. Laird, et al v Keystone Industries, Inc., et al., Case No. 2:10-cv-490*
_____

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED SECOND MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS**
_____

COME NOW PLAINTIFFS, through undersigned counsel, and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

1. The Complaint was originally filed in the Southern District of Mississippi on January 8, 2010.

2. Plaintiffs have been unable to serve the Defendants to date because Plaintiffs have been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiffs have undertaken the following efforts to identify their contractor: a) Plaintiffs have received their IA File which did not provide information numbers adequate to identify the contractor, and b) Plaintiffs have submitted the Lairds to FEMA on Exhibit XXXXXX, which also did not identify the contractor. Henry Miller, counsel for the United States Department of Justice, has indicated that he does not oppose Plaintiffs' motion.

-1-

3. Plaintiffs assert that the foregoing creates good cause pursuant to FRCP Rule 4(m) for the court to extend the deadlines for service until October 10th (shortly subsequent to when Plaintiffs should receive the results of the Last Chance Matching).

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline until October 10th, 2010 to insure that service is perfected on all parties.

Respectfully submitted this the  9  day of July, 2010.

By:    <u>*s / Rose M. Hurder*</u>    <br>Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556  
Edward Gibson, Esq., MS Bar No. 100640  
Rose M. Hurder, Esq., MS Bar No. 103040  
HAWKINS, STRACENER & GIBSON, PLLC  
153 Main Street  
Bay St. Louis, MS 39520  
Ph. (228) 469-0785; Fx: (228) 467-4212  
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                              *s / Rose M. Hurder*
                              ROSE M. HURDER