**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER** | * | MDL NO. 1873 |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7536 | * | MAGISTRATE CHASEZ |
| Sara Tillman, et. al. | * | |
| Vs. | * | |
| Dutchmen Manufacturing, Inc., et al. | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                Respectfully submitted,

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**
                **Trial Attorney in Charge for Plaintiffs**
                Texas State Bar No. 09677700
                Southern District of TX Federal ID No. 5912
                Kevin W. Grillo, Of Counsel
                Texas State Bar No. 08493500
                Southern District of TX Federal ID No. 4647
                ROBERT C. HILLIARD, L.L.P.
                719 S. Shoreline Boulevard, Suite 500
                Corpus Christi, Texas 78401
                Telephone: (361) 882-1612
                Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

855

# Exhibit A

855

| | |
|---|---|
| Aleigha Smith (200518) | Bechtel National, Inc |
| Aleigha Smith, as Next Friend of Aidyn Rester, a minor (200642) | Bechtel National, Inc |
| Angela James (229880) | Bechtel National, Inc |
| April Smith (200523) | Bechtel National, Inc |
| April Smith, as Next Friend of Anna Smith, a minor (200522) | Bechtel National, Inc |
| April Smith, as Next Friend of Shelby Smith, a minor (200376) | Bechtel National, Inc |
| Aundra Kidd (226400) | Bechtel National, Inc |
| Ernest Byrd (225890) | Bechtel National, Inc |
| Irma Perry (230173) | Bechtel National, Inc |
| Lesia Nobles (226665) | Bechtel National, Inc |
| Sara Tillman (212074) | Bechtel National, Inc |
| Shirley Moore (226627) | Bechtel National, Inc |
| Steven Rester (200643) | Bechtel National, Inc |
| Sylvester Byrd (225888) | Bechtel National, Inc |
| Timothy Smith (200381) | Bechtel National, Inc |