UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO**<br>Civil Action No. 09-7095<br>Clara Morris, as Next Friend of Nicholas<br>Acker, a minor, et. al.<br>Vs.<br>SunRay Investments, LLC, et al. | | *<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

<u>**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**</u>

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                                        Respectfully submitted,

                                        /s/ Robert C. Hilliard
                                        _____
                                        **ROBERT C. HILLIARD**
                                        **Trial Attorney in Charge for Plaintiffs**
                                        Texas State Bar No. 09677700
                                        Southern District of TX Federal ID No.  5912
                                        Kevin W. Grillo, Of Counsel
                                        Texas State Bar No. 08493500
                                        Southern District of TX Federal ID No. 4647
                                        ROBERT C. HILLIARD, L.L.P.
                                        719 S. Shoreline Boulevard, Suite 500
                                        Corpus Christi, Texas 78401
                                        Telephone:  (361) 882-1612
                                        Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1271

## Exhibit A

1271

| | |
|---|---|
| Cathy Booker (237338) | Bechtel National, Inc |
| Cecily Booker (237305) | Bechtel National, Inc |
| Christopher Booker (237486) | Bechtel National, Inc |
| Sophia Booker (237339) | Bechtel National, Inc |