UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-4713 | * | MAGISTRATE CHASEZ |
| Ruth Strickland, et. al. | * | |
| Vs. | * | |
| Forest River, Inc., et al. | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

872

# Exhibit A

872

| | |
|---|---|
| Annell Deggins (223634) | Fluor Enterprises, Inc |
| Anthony Jordan (201354) | Bechtel National, Inc |
| Ashley Heim (225281) | Fluor Enterprises, Inc |
| Beverly Esquivel, as Next Friend of Bonnie Esquivel, a minor (222490) | Bechtel National, Inc |
| Brandi Roussel (221684) | Bechtel National, Inc |
| Brittany Riley (226783) | After due diligence, contractor currently unknown |
| Byron Ray (226755) | Fluor Enterprises, Inc |
| Carleaner Dillard, as Next Friend of Anterio Dillard, a minor (229623) | Bechtel National, Inc |
| Cedric Ray (226757) | Fluor Enterprises, Inc |
| Charles Shuff (221689) | Bechtel National, Inc |
| Darlene Roussel, as Next Friend of Alexis Roussel, a minor (221686) | Bechtel National, Inc |
| Debra Ryan (230289) | Bechtel National, Inc |
| Don Ray (226758) | Fluor Enterprises, Inc |
| Eldora Madison (226502) | After due diligence, contractor currently unknown |
| Erin Ray (226761) | Fluor Enterprises, Inc |
| Janice Shuff (221690) | Bechtel National, Inc |
| Jennifer Pierce, as Next Friend of John Pierce, a minor (224509) | Bechtel National, Inc |
| Jennifer Pierce, as Next Friend of Jack Pierce, a minor (224508) | Bechtel National, Inc |
| Joyce Gatlin (201830) | Bechtel National, Inc |

| | |
|---|---|
| Kirista Odom (211243) | Bechtel National, Inc |
| Lorri Gibson (211204) | Bechtel National, Inc |
| Michael Roussel (221535) | Bechtel National, Inc |
| Ralph Johnson (212953) | Bechtel National, Inc |
| Tennille Burnett (209895) | Bechtel National, Inc |
| Tennille Burnett, as Next Friend of Trevor Burnett, a minor (209896) | Bechtel National, Inc |
| Wilton Madison (226503) | After due diligence, contractor currently unknown |
| Zairana Jordan (201357) | Bechtel National, Inc |