# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Mary Bush, et al, v. Jayco, Inc.; and CH2M Hill Constructors, Inc.* Case No. 09-5678 | * * | |

******************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying First Amended Complaint for Damages to add five additional plaintiffs who, on information and belief, resided in the same emergency housing unit(s) manufactured by Jayco, Inc. and installed by CH2M Hill Constructors, Inc. as two of the existing plaintiffs, Charles Varnado and Kameka Harvey, named in the above captioned matter. Of the five Plaintiffs to be added, two lived in the same trailer as Charles Varnado and three lived in the same trailer as Kameka Harvey.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Mary Bush, et al. v. Jayco, Inc.; and CH2M Hill Constructors,* Case No. 2:09-cv-5678, filed in the Eastern District of Louisiana.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr. Bar #3962

600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
     Lawrence J. Centola, Jr.