UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Mary Bush, et al, v. Jayco, Inc.; and CH2M Hill Constructors, Inc. Case No. 09-5678* | * * | MAGISTRATE CHASEZ |

**********************************************************************

**SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their First Amended Complaint for Damages filed on their behalf with this Court on August 14, 2009.

1.

This Second Supplemental and Amending Complaint for Damages adds *Rosemary Varnado, Sherlita Varnado, Clara M. Harvey, Kameka Harvey on behalf of R.H. and Leo Harvey,* as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter. Rosemary and Sherlita Varnado resided in the same Jayco trailer as Charles Varnado.[1] Clara M. Harvey, Kameka Harvey on behalf of R.H. and Leo Harvey all resided in the same Jayco trailer as Kameka Harvey.[2]

---

[1] Rosemary and Sherlita Varnado resided in a Jayco, Inc. trailer with VIN No. 1UJBJ02P561EP1146
[2] Leo Harvey, Clara M. Harvey and Kameka Harvey obo R.H. resided in a Jayco, Inc. trailer with VIN No. 1UJB02P361EP0495

1

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties"). These Plaintiffs were inadvertently left off of the above complaint. Plaintiffs seek to remedy this problem and in so doing comply with the Court's goals of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, Newly Added Plaintiffs resided in emergency housing units manufactured by Jayco, Inc. and installed by CH2M Hill Constructors, Inc. This Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a single Second Amended Complaint for Damages against the same manufacturer (Jayco, Inc.) and contractor, (CH2M Hill Constructors, Inc.).

4.

Because defendants Jayco, Inc. and CH2M Hill Constructors, Inc. have notice of claims against them with the VIN numbers 1UJBJ02P561EP1146 and VIN number 1UJB02P361EP0495 and Plaintiff Fact Sheets indicating the identity of the trailer occupants, Plaintiffs aver that the addition of the newly named plaintiffs will not cause a burden on Defendants and in fact will assist counsel in efficiently defending claims against their client.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with this Court on August 14, 2009 (Civ. Action No. 2:09-5678).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr. Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.