UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Mary Bush, et al, v. Jayco, Inc.; and CH2M Hill Constructors, Inc.  Case No. 09-5678* | | MAGISTRATE CHASEZ |

*************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-5678. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their First Amended Complaint for Damages to add five additional Plaintiffs; Rosemary Varnado, Sherlita Varnado, Leo Harvey, Clara M. Harvey and Kameka Harvey on behalf of R. H. who, upon information and belief, resided in the same FEMA-supplied emergency housing unit(s) manufactured by Jayco, Inc. and installed by CH2M Hill Constructors, Inc., as two of the Plaintiffs, Charles Varnado[1] and Kameka Harvey[2] named in the above captioned matter.

---

[1] Rosemary, Sherlita and Charles Varnado resided in a Jayco, Inc. trailer with VIN No. 1UJBJ02P561EP1146

[2] Leo Harvey, Clara M. Harvey, Kameka Harvey and Kameka Harvey obo R.H. resided in a Jayco, Inc. trailer with VIN No. 1UJB02P361EP0495

Rosemary and Sherlita Varnado (hereinafter "Varnados") resided in the same Jayco trailer as Charles Varnado. FEMA data indicates the Varnados lived in two trailers. Rosemary Varnado's Plaintiff Fact Sheet indicates the Varnados lived in a Gulf Stream Coach trailer from February 2006 to July 2006 and then moved into a Jayco trailer until August 2008. To reiterate, Sherlita and Rosemary Varnado should have been filed with Charles Varnado in the above captioned matter. Moreover, Plaintiffs were filed against Gulf Stream Coach, Inc., in Case No. 2:09-cv-3895 and have been part of the MDL since June 15, 2009.

Leo Harvey, Clara M. Harvey and Kameka Harvey on behalf of R.H. (hereinafter, "Harveys") resided in the same trailer as Kameka Harvey. FEMA records indicate that the Harvey's resided in two trailers, a Liberty trailer and a Jayco trailer. The Harvey's have been filed in the MDL since June 15, 2009. In addition to be named in complaints against Liberty Homes, the Harveys were named in a contractor only lawsuit, *Kameka Harvey on behalf of Rashad Harvey; Leo Harvey, and Clara M. Harvey, v. CH2M Hill Constructors, Inc.* Case No. 2:09-cv-5319 which was filed August 3, 2009. Rather than amend 2:09-cv-5319 to add the manufacturer, Jayco, Inc. as a defendant, Plaintiffs are being added to the above captioned matter, *Mary Bush, et al, v. Jayco, Inc.; and CH2M Hill Constructors, Inc.*, Case No. 2:09-cv-5678, so that they are on the same complaint as their relative Kameka Harvey.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently

defending claims against their clients and it stands to reason that family members who lived together in the same trailer should be grouped together on the same complaint.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing First Amended Complaint for Damages against the manufacturer defendant and contractor defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
     Lawrence J. Centola, Jr. Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.