## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Mary Bush, et al, v. Jayco, Inc.; and CH2M Hill Constructors, Inc. Case No. 09-5678* | * * | MAGISTRATE CHASEZ |

**********************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of ____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                            /s/  *Lawrence J. Centola, Jr.*
                                               Lawrence J. Centola. Jr. Bar #3962