UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER | * | MDL NO. 1873 |
|            FORMALDEHYDE PRODUCTS | * | |
|            LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| **Civil Action No. 09-7101** | * | MAGISTRATE CHASEZ |
| **Henrietta Barnes, et. al.** | * | |
| **Vs.** | * | |
| **Pilgrim International, Inc., et al.** | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                                             Respectfully submitted,

                                             /s/ Robert C. Hilliard
                                             _____
                                             **ROBERT C. HILLIARD**
                                             **Trial Attorney in Charge for Plaintiffs**
                                             Texas State Bar No. 09677700
                                             Southern District of TX Federal ID No. 5912
                                             Kevin W. Grillo, Of Counsel
                                             Texas State Bar No. 08493500
                                             Southern District of TX Federal ID No. 4647
                                             ROBERT C. HILLIARD, L.L.P.
                                             719 S. Shoreline Boulevard, Suite 500
                                             Corpus Christi, Texas 78401
                                             Telephone: (361) 882-1612
                                             Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1261

| Exhibit A | 1261 |
|---|---|
| Apolonia Acker, as Next Friend of LaDaibrien Acker, a minor (221898) | After due diligence, contractor currently unknown |
| Apolonia Acker (221897) | After due diligence, contractor currently unknown |
| Apolonia Acker, as Next Friend of Anjel Acker, a minor (221899) | After due diligence, contractor currently unknown |
| Beverly Murphy (239415) | After due diligence, contractor currently unknown |
| Cedric Acker (221896) | After due diligence, contractor currently unknown |
| Charles Avery (239897) | Fluor Enterprises, Inc |
| Charles Avery (239900) | Fluor Enterprises, Inc |
| Daniel Wood (211275) | Bechtel National, Inc |
| Donald Wood (211276) | Bechtel National, Inc |
| Donna Collins (221974) | Bechtel National, Inc |
| Dwayne Swanier (202814) | Bechtel National, Inc |
| Eliza Williams (210058) | Bechtel National, Inc |
| Ellen Dulworth (205391) | After due diligence, contractor currently unknown |
| Erica Parker (210267) | Bechtel National, Inc |
| Erica Parker, as Next Friend of Raymond Parker, a minor (210269) | Bechtel National, Inc |
| Erica Parker, as Next Friend of Titus Parker, a minor (210273) | Bechtel National, Inc |
| Gail Fountain (209797) | Bechtel National, Inc |
| Gwendolyn Fields (211946) | Bechtel National, Inc |
| Gwendolyn Fields, as Next Friend of Tyrez Lewis, a minor (211961) | Bechtel National, Inc |

| | |
|---|---|
| Josie Ball (200127) | Bechtel National, Inc |
| June Murray, as Next Friend of Allieriah Brown, a minor (199952) | Bechtel National, Inc |
| June Murray, as Next Friend of Nzeiriah Brown, a minor (199812) | Bechtel National, Inc |
| Justiena Ladner (226426) | Bechtel National, Inc |
| Katrina Wood (210406) | Bechtel National, Inc |
| Kenneth Brown (229473) | CH2M Hill Constructors, Inc. |
| Lonnie Lyles, as Next Friend of Hannah McDougal, a minor (200990) | Bechtel National, Inc |
| Marilyn Avery (239898) | Fluor Enterprises, Inc |
| Marilyn Avery, as Next Friend of Aziz Avery, a minor (239901) | Fluor Enterprises, Inc |
| Marilyn Avery, as Next Friend of Malik Avery, a minor (239902) | Fluor Enterprises, Inc |
| Markeith Coleman (211915) | Bechtel National, Inc |
| Markus Davison (210653) | Bechtel National, Inc |
| Mary Hill (209737) | Bechtel National, Inc |
| Michael Coleman (211914) | Bechtel National, Inc |
| Paul Lord (226478) | Bechtel National, Inc |
| Pauline Coleman (210340) | Bechtel National, Inc |
| Reuben Fields (210656) | Bechtel National, Inc |
| Robert Hutto (205211) | Bechtel National, Inc |
| Robin Isabelle (226323) | After due diligence, contractor currently unknown |
| Ruby Bowers (208041) | Bechtel National, Inc |

| | |
|---|---|
| Shakeitha Middleton (209582) | Bechtel National, Inc |
| Suzanne Wood (211274) | Bechtel National, Inc |
| Whittney Davison (211943) | Bechtel National, Inc |
| Whittney Davison, as Next Friend of LaDarion Pickett, a minor (211883) | Bechtel National, Inc |