UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| **Civil Action No. 09-7096** | * | MAGISTRATE CHASEZ |
| **Gloria Mackey, et. al.** | * | |
| **Vs.** | * | |
| **Patriot Homes, Inc., et al.** | * | |
| | * | |
| | * | |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

    Respectfully submitted,

    /s/ Robert C. Hilliard
    _____
    **ROBERT C. HILLIARD**
    **Trial Attorney in Charge for Plaintiffs**
    Texas State Bar No. 09677700
    Southern District of TX Federal ID No. 5912
    Kevin W. Grillo, Of Counsel
    Texas State Bar No. 08493500
    Southern District of TX Federal ID No. 4647
    ROBERT C. HILLIARD, L.L.P.
    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    Telephone: (361) 882-1612
    Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

                       /s/ Robert C. Hilliard
                       _____
                       **ROBERT C. HILLIARD**

Exhibit A

1260

| Exhibit A | 1260 |
|---|---|
| Brenda Alvarez/Corkern (213931) | After due diligence, contractor currently unknown |
| Candice Body (205078) | After due diligence, contractor currently unknown |
| Candice Body, as Next Friend of RyKell Johnson, a minor (205229) | After due diligence, contractor currently unknown |
| Candice Body, as Next Friend of Sade Johnson, a minor (205230) | After due diligence, contractor currently unknown |
| Dodecanese Alexander, as Next Friend of Jullian Alexander, a minor (200221) | Fluor Enterprises, Inc |
| Dodecanese Alexander, as Next Friend of Peyton Alexander, a minor (200222) | Fluor Enterprises, Inc |
| Gloria Mackey (201213) | Fluor Enterprises, Inc |
| James Gaston (226159) | After due diligence, contractor currently unknown |
| O'dell Johnson (205881) | After due diligence, contractor currently unknown |
| Paul Pavolilni (224044) | After due diligence, contractor currently unknown |
| Paul Pavolini, as Next Friend of Shelly Pavolini, a minor (224045) | After due diligence, contractor currently unknown |
| Ruby Johnson (205228) | After due diligence, contractor currently unknown |
| Ruby Johnson, as Next Friend of Dalvin White, a minor (205486) | After due diligence, contractor currently unknown |
| Ruby Johnson, as Next Friend of Edwin Johnson, a minor (205218) | After due diligence, contractor currently unknown |
| Ruby Johnson, as Next Friend of Marohionda Johnson, a minor (205223) | After due diligence, contractor currently unknown |
| Ruby Johnson, as Next Friend of Nadje Johnson, a minor (205225) | After due diligence, contractor currently unknown |
| Stacy Gaston, as Next Friend of Leila Gaston, a minor (226160) | After due diligence, contractor currently unknown |
| Stacy Gaston (226164) | After due diligence, contractor currently unknown |
| Stacy Gaston, as Next Friend of Ryan Gaston, a minor (226162) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Todd Gaston (226166) | After due diligence, contractor currently unknown |
| William Green (226199) | After due diligence, contractor currently unknown |