UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER** | * | MDL NO. 1873 |
|            **FORMALDEHYDE PRODUCTS** | * | |
|            **LIABILITY LITIGATION** | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-6947 | * | MAGISTRATE CHASEZ |
| Kent Gyins, et. al. | * | |
| Vs. | * | |
| Gulf Stream Coach, Inc., et al. | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

883

# Exhibit A

883

| | |
|---|---|
| Alonzo Artis (202909) | Bechtel National, Inc |
| Andrea Collins (211740) | After due diligence, contractor currently unknown |
| Andrea Collins, as Next Friend of Jamiah Collins, a minor (211741) | After due diligence, contractor currently unknown |
| Andrea Collins, as Next Friend of Keistine Collins, a minor (211742) | After due diligence, contractor currently unknown |
| Andrea Collins, as Next Friend of Kristen Collins, a minor (211743) | After due diligence, contractor currently unknown |
| Ashley Green (213592) | Bechtel National, Inc |
| Ashley Green, as Next Friend of Jena'rae Chasteen, a minor (213487) | Bechtel National, Inc |
| Avery Stiglet, as Next Friend of Mindi Stiglet, a minor (224164) | Bechtel National, Inc |
| Avery Stiglet, as Next Friend of Misty Stiglet, a minor (224165) | Bechtel National, Inc |
| Bethany Nesom (212233) | Bechtel National, Inc |
| Bobby Stimits (224166) | Bechtel National, Inc |
| Bronwin Ladner, as Next Friend of Caden Ladner, a minor (206032) | Fluor Enterprises, Inc |
| Christopher Jones (205790) | Bechtel National, Inc |
| Constance Caspolich-Stimits (223569) | Bechtel National, Inc |
| Darlene Bullock (220056) | After due diligence, contractor currently unknown |
| David Green (213944) | Bechtel National, Inc |
| Derrick Daniels (222709) | After due diligence, contractor currently unknown |
| Earl Thornton (212070) | After due diligence, contractor currently unknown |
| Elizabeth MaGee, as Next Friend of Equawan Robinson, a minor (205968) | After due diligence, contractor currently unknown |

| Name | Contractor |
|---|---|
| Elizabeth Magee, as Next Friend of Equawn Robinson, a minor (215943) | After due diligence, contractor currently unknown |
| Evelyn Wells (220516) | After due diligence, contractor currently unknown |
| Gary McDonald (200982) | After due diligence, contractor currently unknown |
| Henry Stiglet (224163) | Bechtel National, Inc |
| Inge Thornton (212071) | After due diligence, contractor currently unknown |
| James Page (213945) | Bechtel National, Inc |
| Jane Parent (224039) | After due diligence, contractor currently unknown |
| Jane Parent, as Next Friend of Dara Parent, a minor (224038) | After due diligence, contractor currently unknown |
| Jane Parent, as Next Friend of Maleigha McElveen, a minor (223964) | After due diligence, contractor currently unknown |
| Jeffrey Peterson (213924) | After due diligence, contractor currently unknown |
| Jennifer Gray (216527) | Bechtel National, Inc |
| Jennifer Gray, as Next Friend of Brynen Gray, a minor (216529) | Bechtel National, Inc |
| Jennifer Gray, as Next Friend of Trista Gray, a minor (216528) | Bechtel National, Inc |
| Joe Goodman (209818) | After due diligence, contractor currently unknown |
| Judy Yarborough (206640) | After due diligence, contractor currently unknown |
| Karen Mckinley (208977) | Bechtel National, Inc |
| Leonard Steele (215088) | Bechtel National, Inc |
| Linda DeDeaux (209258) | After due diligence, contractor currently unknown |
| Luella Perryman (224354) | Bechtel National, Inc |
| Luella Perryman, as Next Friend of Frederick Fairley, a minor (224356) | Bechtel National, Inc |

| Name | Contractor |
|---|---|
| Lynette Washington (216072) | After due diligence, contractor currently unknown |
| Marlon Jackson (221512) | After due diligence, contractor currently unknown |
| Martiel Byrd (225161) | After due diligence, contractor currently unknown |
| Michelle Bennett (210387) | Fluor Enterprises, Inc |
| Natasha Lusich, as Next Friend of Karigen Lusich, a minor (225156) | After due diligence, contractor currently unknown |
| Natasha Lusich (225155) | After due diligence, contractor currently unknown |
| Nathan Graham (224530) | After due diligence, contractor currently unknown |
| Nolan Gray (216530) | Bechtel National, Inc |
| Patricia Green (213873) | Bechtel National, Inc |
| Paul Patin (222945) | After due diligence, contractor currently unknown |
| Paula Gavillo, as Next Friend of Cheyanne Gavillo, a minor (207488) | After due diligence, contractor currently unknown |
| Phuoc Tran (222288) | Bechtel National, Inc |
| Rhonda Swilley (224171) | After due diligence, contractor currently unknown |
| Ricky Welch (212008) | After due diligence, contractor currently unknown |
| Robert Byrd (225162) | After due diligence, contractor currently unknown |
| Robin Galloway (221783) | After due diligence, contractor currently unknown |
| Robin Galloway, as Next Friend of Angel Galloway, a minor (221784) | After due diligence, contractor currently unknown |
| Robin Galloway, as Next Friend of Loraine Gates, a minor (221790) | After due diligence, contractor currently unknown |
| Ronald Trible (215167) | After due diligence, contractor currently unknown |
| Roxanna Gavillo (224385) | After due diligence, contractor currently unknown |

| Name | Contractor |
|---|---|
| Samantha Rush (222580) | After due diligence, contractor currently unknown |
| Sandra Nesom (212235) | Bechtel National, Inc |
| Sandra Welch (212007) | After due diligence, contractor currently unknown |
| Sang Traxi (210930) | Bechtel National, Inc |
| Shamyra Fairley (224355) | Bechtel National, Inc |
| Suong Pham (210922) | Bechtel National, Inc |
| Suong Pham, as Next Friend of Rick Tran, a minor (210923) | Bechtel National, Inc |
| Suong Pham, as Next Friend of Tony Tran, a minor (210924) | Bechtel National, Inc |
| Taryn Ray, as Next Friend of Mark Ray, a minor (224521) | After due diligence, contractor currently unknown |
| Taryn Ray (224520) | After due diligence, contractor currently unknown |
| Tonya Peterson (213965) | After due diligence, contractor currently unknown |
| Tonya Peterson, as Next Friend of Courtney Peterson, a minor (213966) | After due diligence, contractor currently unknown |
| Tonya Peterson, as Next Friend of Jeffrey Peterson, a minor (213967) | After due diligence, contractor currently unknown |
| Tonya Peterson, as Next Friend of Latisha Peterson, a minor (213969) | After due diligence, contractor currently unknown |
| Tonya Peterson, as Next Friend of Shalmara Peterson, a minor (213968) | After due diligence, contractor currently unknown |
| Troy Theriot, as Next Friend of Tara Theriot, a minor (209201) | After due diligence, contractor currently unknown |
| Troy Theriot, as Next Friend of Tori Theriot, a minor (209199) | After due diligence, contractor currently unknown |
| Troy Theriot, as Next Friend of Troy Theriot, a minor (209200) | After due diligence, contractor currently unknown |
| Tuyen Tran (215361) | Bechtel National, Inc |
| Uria Swilley (224172) | After due diligence, contractor currently unknown |

| William Nesom (212236) | Bechtel National, Inc |
|---|---|

_____