UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7093 | * | MAGISTRATE CHASEZ |
| Ocenetta Singleton, et. al. | * | |
| Vs. | * | |
| Monaco Coach Corporation, et al. | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1258

# Exhibit A

1258

| | |
|---|---|
| Alicia Burton (209897) | Bechtel National, Inc |
| Andrew Esteve (222493) | Bechtel National, Inc |
| Angela Burton (209898) | Bechtel National, Inc |
| Charles Burton (209904) | Bechtel National, Inc |
| Christine Lawrence (205955) | Bechtel National, Inc |
| Consuella Gillum, as Next Friend of Tasia Williams, a minor (210066) | After due diligence, contractor currently unknown |
| David Crittenden (207664) | Bechtel National, Inc |
| Dianne Burton (209900) | Bechtel National, Inc |
| James Gaston (226159) | After due diligence, contractor currently unknown |
| Janice Magee (215768) | Bechtel National, Inc |
| Janice Magee, as Next Friend of Amaria Williams, a minor (216080) | Bechtel National, Inc |
| Janice Magee, as Next Friend of Ashton Moore, a minor (215831) | Bechtel National, Inc |
| Janice Magee, as Next Friend of Chasity Simpson, a minor (215967) | Bechtel National, Inc |
| Jennifer Avery, as Next Friend of Brandon Huber, a minor (212473) | Bechtel National, Inc |
| Jennifer Avery, as Next Friend of Trenten Avery, a minor (211829) | Bechtel National, Inc |
| John Brooks (225011) | Bechtel National, Inc |
| John Haynen (222516) | Bechtel National, Inc |
| Johnny Lenore (215745) | Bechtel National, Inc |
| Mark Massey (215783) | Bechtel National, Inc |

| | |
|---|---|
| Naketia Crawford (225975) | Bechtel National, Inc |
| Nathan Mai (223945) | Bechtel National, Inc |
| Nora Lafontaine (213943) | Bechtel National, Inc |
| November Wallace, as Next Friend of Michael Bennett, a minor (229392) | Bechtel National, Inc |
| Patrick Humphrey (206009) | Bechtel National, Inc |
| Phyllis Johnson, as Representative of the Estate of Maggie Addison, deceased (216267) | Bechtel National, Inc |
| Ray Crawford (225976) | Bechtel National, Inc |
| Rebecca Humphrey, as Next Friend of Leiland Humphrey, a minor (206003) | Bechtel National, Inc |
| Rebecca Humphrey, as Next Friend of Spencer Humphrey, a minor (206001) | Bechtel National, Inc |
| Ruthie Crawford (225977) | Bechtel National, Inc |
| Shirley Williams (227060) | Bechtel National, Inc |
| Stacy Gaston, as Next Friend of Leila Gaston, a minor (226160) | After due diligence, contractor currently unknown |
| Stacy Gaston (226164) | After due diligence, contractor currently unknown |
| Stacy Gaston, as Next Friend of Ryan Gaston, a minor (226162) | After due diligence, contractor currently unknown |
| Teresa Esteve, as Next Friend of Caitlyn Esteve, a minor (222494) | Bechtel National, Inc |
| Teresa Esteve, as Next Friend of Joshua Picou, a minor (222569) | Bechtel National, Inc |
| Thomas Brooks (225010) | Bechtel National, Inc |
| Thomas Williams (227044) | Bechtel National, Inc |
| Timothy Lawrence (205935) | Bechtel National, Inc |
| Todd Gaston (226166) | After due diligence, contractor currently unknown |