**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER | * | MDL NO. 1873 |
|                 FORMALDEHYDE PRODUCTS | * | |
|                 LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-4719 | * | MAGISTRATE CHASEZ |
| Jamie Basco, as Next Friend of Ernie | * | |
| Woods, a minor, et. al. | * | |
| Vs. | * | |
| Gulf Stream Coach, Inc., et al. | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**
**PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

887

# Exhibit A

887

| Name | Contractor |
|---|---|
| Alanza Spoks (221870) | Fluor Enterprises, Inc |
| Alonzo Stokes (222261) | Fluor Enterprises, Inc |
| April Jackson (215678) | Fluor Enterprises, Inc |
| Arielle Fraino (223681) | Fluor Enterprises, Inc |
| Barron Moore (200893) | Fluor Enterprises, Inc |
| Bridget Lackey (222843) | Fluor Enterprises, Inc |
| Brittany Riley (226783) | After due diligence, contractor currently unknown |
| Casey Habisreitinger (208103) | Bechtel National, Inc |
| Casey Habisreitinger, as Next Friend of Eugene Habisreitinger, a minor (208090) | Bechtel National, Inc |
| Charles Gosnell (215615) | After due diligence, contractor currently unknown |
| Coey Robertson (200535) | Shaw Environmental, Inc |
| Curtis Lundy (201198) | Shaw Environmental, Inc |
| Dung Lam (223878) | Fluor Enterprises, Inc |
| Eldora Madison (226502) | After due diligence, contractor currently unknown |
| Erica Magee (201221) | Fluor Enterprises, Inc |
| Eugene Habisreitinger (208078) | Bechtel National, Inc |
| Frank Wimberly (212030) | Fluor Enterprises, Inc |
| Hai Huynh (223793) | Fluor Enterprises, Inc |
| Hilda Magee (201223) | Fluor Enterprises, Inc |

| | |
|---|---|
| Hillary Desilva (201966) | Fluor Enterprises, Inc |
| John Nguyen (226656) | Fluor Enterprises, Inc |
| Laura Tillison, as Next Friend of Kalyn Johnson, a minor (213747) | Fluor Enterprises, Inc |
| Lodgia Blaise (222652) | CH2M Hill Constructors, Inc. |
| Patrice Washington (213257) | Fluor Enterprises, Inc |
| Patricia Horton (224864) | Fluor Enterprises, Inc |
| Patsy Raybon (226766) | Shaw Environmental, Inc |
| Phuong Dung Phu (216812) | Shaw Environmental, Inc |
| Quinnyon Wimberly (212035) | Fluor Enterprises, Inc |
| Quinnyon Wimberly, Sr., as Next Friend of Quinnyon Wimberly, a minor (212033) | Fluor Enterprises, Inc |
| Rose D'Aunoy (213730) | Fluor Enterprises, Inc |
| Rose D'Aunoy, as Next Friend of Aaliyah Richardson, a minor (213731) | Fluor Enterprises, Inc |
| Shatasha Stokes (222443) | Fluor Enterprises, Inc |
| Tammy Miller (231725) | Shaw Environmental, Inc |
| Tynia Bellanger (216316) | Fluor Enterprises, Inc |
| Valerie Spoks (221871) | Fluor Enterprises, Inc |
| Vaugcheri Tillison, as Next Friend of Jameka Tillison, a minor (213618) | Fluor Enterprises, Inc |
| Vernon Treaudo (206684) | Fluor Enterprises, Inc |
| Wilton Madison (226503) | After due diligence, contractor currently unknown |