# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7088 | * | MAGISTRATE CHASEZ |
| Kerry Taylor, et. al. | * | |
| Vs. | * | |
| Lakeside Park Homes, Inc., et al. | * | |
| | * | |
| | * | |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

          Respectfully submitted,

          /s/ Robert C. Hilliard
          _____
          **ROBERT C. HILLIARD**
          **Trial Attorney in Charge for Plaintiffs**
          Texas State Bar No. 09677700
          Southern District of TX Federal ID No. 5912
          Kevin W. Grillo, Of Counsel
          Texas State Bar No. 08493500
          Southern District of TX Federal ID No. 4647
          ROBERT C. HILLIARD, L.L.P.
          719 S. Shoreline Boulevard, Suite 500
          Corpus Christi, Texas 78401
          Telephone: (361) 882-1612
          Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1255

# Exhibit A

1255

| | |
|---|---|
| Anthony Birkle (238903) | Fluor Enterprises, Inc |
| Blake Wallace (238837) | Fluor Enterprises, Inc |
| Brandon Johnson (238847) | Fluor Enterprises, Inc |
| Cheryl Passaro (239512) | Fluor Enterprises, Inc |
| Cheryl Passaro, as Next Friend of Brittany Dunn, a minor (239443) | Fluor Enterprises, Inc |
| Cheryl Passaro, as Next Friend of Samantha Martin, a minor (239502) | Fluor Enterprises, Inc |
| Cheryl Passaro, as Representative of the Estate of John Passaro, deceased (238823) | Fluor Enterprises, Inc |
| Delores Moore (237976) | After due diligence, contractor currently unknown |
| Deroxylan Ducree (239675) | Fluor Enterprises, Inc |
| Dylan Roberts (214001) | Fluor Enterprises, Inc |
| Eyonka Fall, as Next Friend of Russell Lombardy, a minor (239671) | Bechtel National, Inc |
| Eyonka Falls (239217) | Bechtel National, Inc |
| Frank Wimberly, as Next Friend of Jordan Wimberly, a minor (212034) | Fluor Enterprises, Inc |
| Hester Laurant, as Next Friend of Talisia Causey, a minor (239172) | Fluor Enterprises, Inc |
| Hester Laurant (239407) | Fluor Enterprises, Inc |
| Hester Laurant, as Next Friend of Taylor Laurant, a minor (239614) | Fluor Enterprises, Inc |
| Hester Laurant, as Next Friend of Tyren Causey, a minor (239885) | Fluor Enterprises, Inc |
| Jamie Gibson (226173) | After due diligence, contractor currently unknown |
| Jamie Gibson, as Next Friend of Blake Navarro, a minor (226649) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Janice Seymour, as Next Friend of Austin Seymour, a minor (238627) | After due diligence, contractor currently unknown |
| Joan Birkel (238907) | Fluor Enterprises, Inc |
| Joan Bohanna (239871) | Fluor Enterprises, Inc |
| Joseph Blaise (211861) | After due diligence, contractor currently unknown |
| Judith Guillot (226217) | After due diligence, contractor currently unknown |
| Kasee Feranda (238596) | After due diligence, contractor currently unknown |
| Keith Rendon (200637) | Shaw Environmental, Inc |
| Kerry Taylor (200315) | After due diligence, contractor currently unknown |
| Larry Johnson (239223) | Fluor Enterprises, Inc |
| Larry Johnson (239254) | Fluor Enterprises, Inc |
| Lester Ducre (239401) | Fluor Enterprises, Inc |
| Michael Ducre (239373) | Fluor Enterprises, Inc |
| Mimia Johnson (201483) | After due diligence, contractor currently unknown |
| Prentiss Moore (239884) | After due diligence, contractor currently unknown |
| Sheri Mills (201041) | Shaw Environmental, Inc |
| Stewart Seymour (238653) | After due diligence, contractor currently unknown |
| Vicki Johnson (239279) | Fluor Enterprises, Inc |
| Yvonne Johnson (239409) | Fluor Enterprises, Inc |