**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER                FORMALDEHYDE PRODUCTS                LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO** **Civil Action No. 09-7085** **Billy Foxworth, et. al.** **Vs.** **Keystone RV Company, et al.** | * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**
**PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1253

# Exhibit A

1253

| | |
|---|---|
| Anthony Rogers (213815) | Bechtel National, Inc |
| April Thomas, as Next Friend of Dominique Thomas, a minor (210084) | Fluor Enterprises, Inc |
| Carlos Collins (238579) | Bechtel National, Inc |
| Cheryl Robb (230260) | Bechtel National, Inc |
| Cheryl Robb, as Next Friend of Caylina Gonzalo, a minor (229740) | Bechtel National, Inc |
| Cheryl Robb, as Next Friend of Cristion Gonzalo, a minor (229741) | Bechtel National, Inc |
| Cheryl Robb, as Next Friend of Ariel Killgo , a minor (229946) | Bechtel National, Inc |
| Cindy Ladner, as Next Friend of Jeremy Fuller, a minor (205843) | Bechtel National, Inc |
| Connie Cochran (212805) | After due diligence, contractor currently unknown |
| Dean Cuevas (212827) | Bechtel National, Inc |
| Deanna Beans, as Next Friend of Jamonica Holloway, a minor (209742) | Bechtel National, Inc |
| Dewayne Grasty, as Next Friend of Marshall Grasty, a minor (231190) | Bechtel National, Inc |
| Dewayne Grasty (231189) | Bechtel National, Inc |
| Gary Necaise (237287) | After due diligence, contractor currently unknown |
| Gary Necaise, as Next Friend of Garrett Necaise, a minor (237286) | After due diligence, contractor currently unknown |
| Hai Tran, as Next Friend of Dinh Tran, a minor (215147) | Bechtel National, Inc |
| Hai Tran, as Next Friend of Hien Tran, a minor (215152) | Bechtel National, Inc |
| Hai Tran, as Next Friend of Xuan Tran, a minor (215165) | Bechtel National, Inc |
| Henry Diaz, as Representative of the Estate of Sylvia Diaz, deceased (239192) | After due diligence, contractor currently unknown |

| Name | Contractor |
|---|---|
| Jackie Grasty (231188) | Bechtel National, Inc |
| James Jones (237972) | CH2M Hill Constructors, Inc. |
| Jason Forrester (226130) | Bechtel National, Inc |
| Jason Forrester, as Next Friend of Dillon Jones, a minor (226369) | Bechtel National, Inc |
| Jason Forrester, as Next Friend of Kaci Forrester, a minor (226131) | Bechtel National, Inc |
| Jason Forrester, as Next Friend of Karli Forrester, a minor (226132) | Bechtel National, Inc |
| Jason Forrester, as Representative of the Estate of Kelly Jones, deceased (226372) | Bechtel National, Inc |
| Jennifer Avery, as Next Friend of Brandon Huber, a minor (212473) | Bechtel National, Inc |
| Jennifer Avery, as Next Friend of Trenten Avery, a minor (211829) | Bechtel National, Inc |
| Joel Newbacker (230122) | Bechtel National, Inc |
| Jonathan Rogers (213814) | Bechtel National, Inc |
| Katherine Necaise (237285) | After due diligence, contractor currently unknown |
| Kimberly Krass (213816) | Bechtel National, Inc |
| Kimberly Krass, as Next Friend of Kristin Lee, a minor (213818) | Bechtel National, Inc |
| Krisjan Wilkerson (237306) | After due diligence, contractor currently unknown |
| Lenora Robinson (231191) | Bechtel National, Inc |
| Melissa Lawler, as Next Friend of Justin Ladner, a minor (215723) | Bechtel National, Inc |
| Patricia Fincher (238720) | Fluor Enterprises, Inc |
| Patricia Fincher, as Next Friend of Larissa Rainey, a minor (238673) | Fluor Enterprises, Inc |
| Peggy Young (211996) | Bechtel National, Inc |

| | |
|---|---|
| Peter Lee (213817) | Bechtel National, Inc |
| Rachel Jenkins (222803) | Bechtel National, Inc |
| Renec Jenkins, as Next Friend of Lauren Jenkins, a minor (222800) | Bechtel National, Inc |
| Renee Jenkins (222805) | Bechtel National, Inc |
| Rufus Cochran (212812) | After due diligence, contractor currently unknown |
| Sarah Fricke (215599) | Bechtel National, Inc |
| Shaena Ladner, as Next Friend of Christian Ladner, a minor (237217) | CH2M Hill Constructors, Inc. |
| Steven Jenkins (222811) | Bechtel National, Inc |
| Tu Nguyen (214074) | Bechtel National, Inc |