**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO**<br>Civil Action No. 09-7081<br>Kahla Roach , as Next Friend of Hunter<br>Roach , a minor, et. al.<br>Vs.<br>Gulf Stream Coach, Inc., et al. | *<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**
**PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1250

| Plaintiff | Defendant |
|---|---|
| Manfred Broderick (225850) | Bechtel National, Inc |
| Michael Williams (239156) | Fluor Enterprises, Inc |
| Nydia McDermott, as Next Friend of Marlon Williams, a minor (239658) | Fluor Enterprises, Inc |
| Nydia McDermott, as Next Friend of Michael Williams, a minor (239656) | Fluor Enterprises, Inc |
| Paris Weston (238978) | Fluor Enterprises, Inc |
| Paris Weston, as Next Friend of Alayviah Weston, a minor (238960) | Fluor Enterprises, Inc |
| Paris Weston, as Next Friend of Bradley Weston, a minor (238979) | Fluor Enterprises, Inc |
| Priscilla Rosado (239564) | Bechtel National, Inc |
| Priscilla Rosado, as Next Friend of Demilion Harris, a minor (238609) | Bechtel National, Inc |
| Priscilla Rosado, as Next Friend of Jaquarion Robinson, a minor (239558) | Bechtel National, Inc |
| Sierra Warren (239883) | Fluor Enterprises, Inc |
| Staci Sumrall (226939) | Bechtel National, Inc |
| Tammy Barnett (239207) | Fluor Enterprises, Inc |
| Terrian White (239367) | Bechtel National, Inc |
| Traci Sumrall (226940) | Bechtel National, Inc |
| Wallace Carter (239630) | Bechtel National, Inc |

| | |
|---|---|
| Manfred Broderick (225850) | Bechtel National, Inc |
| Michael Williams (239156) | Fluor Enterprises, Inc |
| Nydia McDermott, as Next Friend of Marlon Williams, a minor (239658) | Fluor Enterprises, Inc |
| Nydia McDermott, as Next Friend of Michael Williams, a minor (239656) | Fluor Enterprises, Inc |
| Paris Weston (238978) | Fluor Enterprises, Inc |
| Paris Weston, as Next Friend of Alayviah Weston, a minor (238960) | Fluor Enterprises, Inc |
| Paris Weston, as Next Friend of Bradley Weston, a minor (238979) | Fluor Enterprises, Inc |
| Priscilla Rosado (239564) | Bechtel National, Inc |
| Priscilla Rosado, as Next Friend of Demilion Harris, a minor (238609) | Bechtel National, Inc |
| Priscilla Rosado, as Next Friend of Jaquarion Robinson, a minor (239558) | Bechtel National, Inc |
| Sierra Warren (239883) | Fluor Enterprises, Inc |
| Staci Sumrall (226939) | Bechtel National, Inc |
| Tammy Barnett (239207) | Fluor Enterprises, Inc |
| Terrian White (239367) | Bechtel National, Inc |
| Traci Sumrall (226940) | Bechtel National, Inc |
| Wallace Carter (239630) | Bechtel National, Inc |

# Exhibit A

1250

| | |
|---|---|
| Alfred Watkins (239372) | Bechtel National, Inc |
| Antoinette Gines (201849) | After due diligence, contractor currently unknown |
| Benjamin Warren (238548) | Fluor Enterprises, Inc |
| Bernard Rosado (239605) | Bechtel National, Inc |
| Centrell Smith (239481) | Shaw Environmental, Inc |
| David Harold (229860) | Bechtel National, Inc |
| De'Andrelas Robinson (239440) | Bechtel National, Inc |
| Dollie Jones (239173) | Bechtel National, Inc |
| Doris Sumrall (226937) | Bechtel National, Inc |
| Ellis Brown (238533) | Bechtel National, Inc |
| Iris Myers, as Next Friend of Angus Williams, a minor (227046) | Fluor Enterprises, Inc |
| Jacqueline Self (239823) | Fluor Enterprises, Inc |
| Jacqueline Self, as Next Friend of Tijuan Self, a minor (239814) | Fluor Enterprises, Inc |
| Jerry Elvin-Sams (229674) | After due diligence, contractor currently unknown |
| John Larkowski (223450) | Bechtel National, Inc |
| Kristina Swan (223452) | Bechtel National, Inc |
| Kristina Swan, as Next Friend of Gavin Larkowski, a minor (223451) | Bechtel National, Inc |
| Krystle Sumrall (226938) | Bechtel National, Inc |
| Laurie Burfield, as Next Friend of Emily Victoriana, a minor (239979) | After due diligence, contractor currently unknown |