**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:**     **FEMA TRAILER** | * | **MDL NO. 1873** |
|                         **FORMALDEHYDE PRODUCTS** | * | |
|                         **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | **JUDGE ENGELHARDT** |
| **Civil Action No. 09-7078** | * | **MAGISTRATE CHASEZ** |
| **Brandon McNair, et. al.** | * | |
| **Vs.** | * | |
| **Gulf Stream Coach, Inc., et al.** | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

            Respectfully submitted,

            /s/ Robert C. Hilliard
            _____
            **ROBERT C. HILLIARD**
            **Trial Attorney in Charge for Plaintiffs**
            Texas State Bar No. 09677700
            Southern District of TX Federal ID No.  5912
            Kevin W. Grillo, Of Counsel
            Texas State Bar No. 08493500
            Southern District of TX Federal ID No. 4647
            ROBERT C. HILLIARD, L.L.P.
            719 S. Shoreline Boulevard, Suite 500
            Corpus Christi, Texas 78401
            Telephone:  (361) 882-1612
            Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1248

# Exhibit A

1248

| | |
|---|---|
| Betty Ward (202684) | Bechtel National, Inc |
| Blanca Danis (224194) | Bechtel National, Inc |
| Bobby Perryman (226698) | After due diligence, contractor currently unknown |
| Brandi Shavers (215036) | Bechtel National, Inc |
| Brian Herrington, as Next Friend of Makel Herrington, a minor (212460) | After due diligence, contractor currently unknown |
| Brian Herrington, as Next Friend of Makhi Herrington, a minor (212461) | After due diligence, contractor currently unknown |
| Brian Owle (214897) | Bechtel National, Inc |
| Carol Walters (215231) | Bechtel National, Inc |
| Darren Shavers (215037) | Bechtel National, Inc |
| Debra Bennett, as Next Friend of Jayla Sebring, a minor (224126) | Bechtel National, Inc |
| Derin Dedeaux, as Next Friend of Tatiyana Washington, a minor (203674) | Bechtel National, Inc |
| Donald Shavers (212128) | Bechtel National, Inc |
| Donald Shavers (215038) | Bechtel National, Inc |
| Edna Hyatt (229868) | Bechtel National, Inc |
| Glenda Perryman, as Next Friend of Sean Clark, a minor (225928) | After due diligence, contractor currently unknown |
| Glenda Perryman (226699) | After due diligence, contractor currently unknown |
| Glenda Perryman, as Next Friend of John Clark, a minor (225925) | After due diligence, contractor currently unknown |
| Glenda Perryman, as Next Friend of Justin Bridges, a minor (225848) | After due diligence, contractor currently unknown |
| Hazel Smith (216931) | Bechtel National, Inc |

| | |
|---|---|
| Hong Tran (210614) | Bechtel National, Inc |
| Irene Sandrock (212225) | Bechtel National, Inc |
| Irma Willard, as Next Friend of Todd Willard, a minor (227042) | After due diligence, contractor currently unknown |
| Irma Willard (227040) | After due diligence, contractor currently unknown |
| Irma Willard, as Representative of the Estate of Todd Willard, deceased (227041) | After due diligence, contractor currently unknown |
| Jacqueline Sebring, as Next Friend of Jasmine Sebring, a minor (224125) | Bechtel National, Inc |
| Janelle Pearson (237898) | CH2M Hill Constructors, Inc. |
| Janice Seymour, as Next Friend of Austin Seymour, a minor (238627) | After due diligence, contractor currently unknown |
| Jany Mitchell (226619) | After due diligence, contractor currently unknown |
| Jerry Ryals, as Next Friend of David Ryals, a minor (200579) | Bechtel National, Inc |
| Jerry Ryan (200581) | Bechtel National, Inc |
| Jessica Nesom (212234) | Bechtel National, Inc |
| John Yoder (207722) | Bechtel National, Inc |
| Jordan Smith (200364) | After due diligence, contractor currently unknown |
| Kacey Whitney (213276) | Bechtel National, Inc |
| Kacey Whitney, as Next Friend of McKenzie Whitney, a minor (213278) | Bechtel National, Inc |
| Kacey Whitney, as Next Friend of Tyler Whitney, a minor (213279) | Bechtel National, Inc |
| Karen McKinley (237493) | Bechtel National, Inc |
| Kari Noel, as Next Friend of Dominique Clarisse, a minor (203351) | After due diligence, contractor currently unknown |
| Kari Noel, as Next Friend of Saraiann Bond, a minor (203319) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Kasee Feranda (238596) | After due diligence, contractor currently unknown |
| Keanna Dubose (229655) | After due diligence, contractor currently unknown |
| Keanna Dubose, as Next Friend of Alexis Flores, a minor (229701) | After due diligence, contractor currently unknown |
| Kevin Taylor (222227) | Bechtel National, Inc |
| Kevin Whitney (213277) | Bechtel National, Inc |
| Kim Haynes, as Next Friend of Korbin Santana, a minor (207023) | Bechtel National, Inc |
| Lapronica Taylor (222226) | Bechtel National, Inc |
| Larry Parker (210272) | Bechtel National, Inc |
| Long Pham (224353) | Bechtel National, Inc |
| Lucille Parker, as Representative of the Estate of Timothy Parker, deceased (211374) | Bechtel National, Inc |
| Maggie Shavers (213181) | Bechtel National, Inc |
| Melina Fountain (209798) | CH2M Hill Constructors, Inc. |
| Paulette Rhodes (216855) | Bechtel National, Inc |
| Ryan Walters (215236) | Bechtel National, Inc |
| Sandra Nesom, as Next Friend of Cody George, a minor (211649) | Bechtel National, Inc |
| Sandra Nesom, as Next Friend of Jimmy George, a minor (211537) | Bechtel National, Inc |
| Sandra Nesom, as Next Friend of Michael George, a minor (211650) | Bechtel National, Inc |
| ShaRonda Rhodes (216856) | Bechtel National, Inc |
| Shelia Brantley, as Next Friend of Korleon Wilson, a minor (212028) | Bechtel National, Inc |
| Shelia Brantley, as Next Friend of Xavier Wilson, a minor (212029) | Bechtel National, Inc |

| | |
|---|---|
| Tami Vega (215200) | CH2M Hill Constructors, Inc. |
| Teresa Rowell (230283) | Fluor Enterprises, Inc |
| Theresa Van Scolk, as Next Friend of Leilah Van Scolk, a minor (237796) | Bechtel National, Inc |
| Theresa Van Scolk (237805) | Bechtel National, Inc |
| Tyrone Riley (213160) | Bechtel National, Inc |
| Woodrow McGehee (237311) | Bechtel National, Inc |