UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER** | * | **MDL NO. 1873** |
|           **FORMALDEHYDE PRODUCTS** | * | |
|           **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | **JUDGE ENGELHARDT** |
| **Civil Action No. 09-7076** | * | **MAGISTRATE CHASEZ** |
| **Richard Chatman, et. al.** | * | |
| **Vs.** | * | |
| **Gulf Stream Coach, Inc., et al.** | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                                            Respectfully submitted,

                                            /s/ Robert C. Hilliard
                                            _____
                                            **ROBERT C. HILLIARD**
                                            **Trial Attorney in Charge for Plaintiffs**
                                            Texas State Bar No. 09677700
                                            Southern District of TX Federal ID No.  5912
                                            Kevin W. Grillo, Of Counsel
                                            Texas State Bar No. 08493500
                                            Southern District of TX Federal ID No. 4647
                                            ROBERT C. HILLIARD, L.L.P.
                                            719 S. Shoreline Boulevard, Suite 500
                                            Corpus Christi, Texas 78401
                                            Telephone:  (361) 882-1612
                                            Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1247

# Exhibit A

| | |
|---|---|
| Aaron Maillet, as Next Friend of Allissa Maillet, a minor (212613) | CH2M Hill Constructors, Inc. |
| Albert Bowser (229441) | Bechtel National, Inc |
| Alfred Fisher (237806) | Bechtel National, Inc |
| Alton Bosarge (202869) | Bechtel National, Inc |
| Avon Graham (226191) | Bechtel National, Inc |
| Betty Cluck (205827) | Bechtel National, Inc |
| Betty Lombardo (209266) | Bechtel National, Inc |
| Billie Ford (229702) | Bechtel National, Inc |
| Bridget Brown (229470) | Bechtel National, Inc |
| Bridget Brown, as Next Friend of Zachery Devers, a minor (229622) | Bechtel National, Inc |
| Carmen Hall (220189) | Bechtel National, Inc |
| Carmen Hall, as Next Friend of Cheyenne Hall, a minor (220190) | Bechtel National, Inc |
| Carmen Hall, as Next Friend of Natasha Hall, a minor (220192) | Bechtel National, Inc |
| Cindy Malone (205828) | Bechtel National, Inc |
| Colleen Bosarge (202868) | Bechtel National, Inc |
| Courtney Lett (211259) | Bechtel National, Inc |
| Crystal Holmes (229842) | After due diligence, contractor currently unknown |
| Crystal Malone (205830) | Bechtel National, Inc |
| Dakota Jordan (210326) | Bechtel National, Inc |

| | |
|---|---|
| Dallas Isham (209651) | Bechtel National, Inc |
| Darrell McCrory (214208) | Bechtel National, Inc |
| Darren Goss (229745) | Bechtel National, Inc |
| Dave Myers (205149) | Bechtel National, Inc |
| Deborah McCrory (214209) | Bechtel National, Inc |
| Deborah McCrory, as Next Friend of Jarrett McCrory, a minor (214210) | Bechtel National, Inc |
| Derin Dedeaux (203386) | Bechtel National, Inc |
| Derin Dedeaux, as Next Friend of Darius Dedeaux, a minor (203384) | Bechtel National, Inc |
| Derin Dedeaux, as Next Friend of Jantail Dedeaux, a minor (203379) | Bechtel National, Inc |
| Derin Dedeaux, as Next Friend of Javier Dedeaux, a minor (203380) | Bechtel National, Inc |
| Derin Dedeaux, as Next Friend of Jermiah Dedeaux, a minor (203388) | Bechtel National, Inc |
| Desiree Chatman (223584) | CH2M Hill Constructors, Inc. |
| Diane Martin (221664) | Bechtel National, Inc |
| Dietra Holmes (209746) | Bechtel National, Inc |
| Dietra Holmes (Burton), as Next Friend of Kentrell Holmes, a minor (209747) | Bechtel National, Inc |
| Dietra Holmes Burton, as Next Friend of Kenya Holmes, a minor (209748) | Bechtel National, Inc |
| Duong Nguyen (214104) | Bechtel National, Inc |
| Edna Hyatt (229868) | Bechtel National, Inc |
| Edward Haynes (207021) | Bechtel National, Inc |
| Emelie Myers (205150) | Bechtel National, Inc |

| | |
|---|---|
| Eric Crawford (237269) | Bechtel National, Inc |
| Eric Crawford, as Next Friend of Shakura Crawford, a minor (237271) | Bechtel National, Inc |
| Eric Crawford, as Next Friend of Ty'Keira Crawford, a minor (237270) | Bechtel National, Inc |
| Everett Laforce (223335) | Bechtel National, Inc |
| Fredrick Boike (223521) | Bechtel National, Inc |
| Ha Huynh (211362) | Bechtel National, Inc |
| Harry Grey (223724) | Bechtel National, Inc |
| Helen Lombardo (209144) | Bechtel National, Inc |
| Henry Dukes (226079) | Bechtel National, Inc |
| Hilda Magee, as Next Friend of Anzia Lewis, a minor (201327) | Fluor Enterprises, Inc |
| Hong Tran, as Next Friend of Thao Huynh, a minor (211364) | Bechtel National, Inc |
| Ida Lee (213888) | Bechtel National, Inc |
| Janelle Pearson, as Next Friend of Mallory Genna, a minor (237856) | CH2M Hill Constructors, Inc. |
| Jason Fricke, as Next Friend of Kaylee Fricke, a minor (206991) | Bechtel National, Inc |
| Jeanette Davis (202087) | Bechtel National, Inc |
| Jeffery Bennett (224558) | Bechtel National, Inc |
| Jeneshia James (209665) | Bechtel National, Inc |
| Jeneshia James, as Next Friend of Aqueaya Isham, a minor (209650) | Bechtel National, Inc |
| Jeneshia James, as Next Friend of Dallas Isham, a minor (209652) | Bechtel National, Inc |
| Jessey Bellias (208917) | Bechtel National, Inc |

| | |
|---|---|
| John Galloway, as Next Friend of Gyovanni Galloway, a minor (225272) | After due diligence, contractor currently unknown |
| john Martin (221665) | Bechtel National, Inc |
| Joseph Boyd, as Next Friend of Jaden Boyd, a minor (216343) | After due diligence, contractor currently unknown |
| Joseph Boyd, as Next Friend of Joseph Boyd, a minor (216344) | After due diligence, contractor currently unknown |
| Joseph Boyd, as Next Friend of Jossie Boyd, a minor (216345) | After due diligence, contractor currently unknown |
| Joseph DeBoever (229606) | Bechtel National, Inc |
| Joshua Diffrey (224557) | Bechtel National, Inc |
| Joshua McCrory (214211) | Bechtel National, Inc |
| Kenneth Jordan (209689) | Bechtel National, Inc |
| Khien Huynh (211363) | Bechtel National, Inc |
| Kim Arnold (225754) | Bechtel National, Inc |
| Kim Haynes (207022) | Bechtel National, Inc |
| Kimberly Kennedy (213838) | Bechtel National, Inc |
| Kimberly Kennedy, as Next Friend of Gage Kennedy, a minor (213840) | Bechtel National, Inc |
| Lac Nguyen (214132) | Bechtel National, Inc |
| Lacey Hebert (201657) | CH2M Hill Constructors, Inc. |
| Lapronica Taylor, as Next Friend of Reje Breland, a minor (221938) | Bechtel National, Inc |
| Latasha Dorsey, as Next Friend of Brant Dorsey, a minor (202011) | After due diligence, contractor currently unknown |
| Latasha Dorsey, as Next Friend of Brooke Dorsey, a minor (202012) | After due diligence, contractor currently unknown |
| Latasha Dorsey, as Next Friend of Raven Nolen, a minor (200959) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Lavon Lollar, as Next Friend of Ayla Lollar, a minor (201169) | CH2M Hill Constructors, Inc. |
| Levon Free (205874) | Bechtel National, Inc |
| Linda Favre (221638) | Bechtel National, Inc |
| Lonnie Lyles, as Next Friend of Hannah McDougal, a minor (200990) | Bechtel National, Inc |
| Luan Nguyen (212563) | Bechtel National, Inc |
| Lucille Martin, as Next Friend of Dakota Martin, a minor (211373) | Bechtel National, Inc |
| Margaret Creel (223611) | Bechtel National, Inc |
| Marlana Carattini, as Next Friend of Jordyn Carattini, a minor (229518) | Bechtel National, Inc |
| Martha Nicholson (200950) | Bechtel National, Inc |
| Melinda Goss (229746) | Bechtel National, Inc |
| Melinda Goss, as Next Friend of Britne Goss, a minor (229742) | Bechtel National, Inc |
| Melinda Goss, as Next Friend of Brylon Goss, a minor (229743) | Bechtel National, Inc |
| Melinda Goss, as Next Friend of Cohlbe Goss, a minor (229744) | Bechtel National, Inc |
| Michael Brown, as Next Friend of Madison Brown, a minor (215340) | Bechtel National, Inc |
| Oren Lewis (209533) | Bechtel National, Inc |
| Pamela Collins (225078) | After due diligence, contractor currently unknown |
| Paul Bogard, as Next Friend of Madisen Bogard, a minor (229421) | Bechtel National, Inc |
| Randi Cuevas (208918) | Bechtel National, Inc |
| Randi Cuevas, as Next Friend of Weston Bellais, a minor (208919) | Bechtel National, Inc |
| Rene Acker, as Next Friend of Maleygh Acker, a minor (205121) | CH2M Hill Constructors, Inc. |

| | |
|---|---|
| Reva Brown (224422) | Bechtel National, Inc |
| Reva Brown, as Next Friend of Keilyn Landry, a minor (224424) | Bechtel National, Inc |
| Reva Brown, as Next Friend of Kelton Brown, a minor (224423) | Bechtel National, Inc |
| Richard Chatman (223585) | CH2M Hill Constructors, Inc. |
| Sandra Hebert (201658) | CH2M Hill Constructors, Inc. |
| Sharon Antoine (209443) | Bechtel National, Inc |
| Sheila Jordan (209692) | Bechtel National, Inc |
| Sheila Jordan, as Next Friend of Hannah Jordan, a minor (210327) | Bechtel National, Inc |
| Shelia Brantley (211878) | Bechtel National, Inc |
| Shirley Johnson (207953) | Bechtel National, Inc |
| Shirley Johnson, as Next Friend of Julina Johnson, a minor (207954) | Bechtel National, Inc |
| Terrance Goff (222503) | Bechtel National, Inc |
| Tonya Chatman (223586) | CH2M Hill Constructors, Inc. |
| Tonya Chatman, as Next Friend of Whitney Chatman, a minor (223587) | CH2M Hill Constructors, Inc. |
| Trinh Huynh (210613) | Bechtel National, Inc |
| Troy Theriot, as Next Friend of Joushua Guidry, a minor (209219) | After due diligence, contractor currently unknown |
| Tuan Nguyen (213380) | CH2M Hill Constructors, Inc. |
| Willie Brantley (211879) | Bechtel National, Inc |