**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | |
| **Civil Action No. 09-7075** | | * | **JUDGE ENGELHARDT** |
| **Casey Brown, et. al.** | | * | **MAGISTRATE CHASEZ** |
| **Vs.** | | * | |
| **Gulf Stream Coach, Inc., et al.** | | * | |
| | | * | |
| | | * | |

<u>**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**</u>
<u>**PURSUANT TO PRETRIAL ORDER NO. 53**</u>

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their

Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct

Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach

hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**

Exhibit A

1246

## Exhibit A

| | |
|---|---|
| Blake Rizzuto (226794) | Fluor Enterprises, Inc |
| Brent Nicholson (200947) | Bechtel National, Inc |
| Brian  Davis (202076) | Shaw Environmental, Inc |
| Chiquita Blaise (222649) | CH2M Hill Constructors, Inc. |
| Constance Dillon (237999) | Fluor Enterprises, Inc |
| Daniel Cryer (238615) | Fluor Enterprises, Inc |
| Debra Bennett (223504) | Bechtel National, Inc |
| Dorothy James (203092) | After due diligence, contractor currently unknown |
| Ethel Lyle (235332) | After due diligence, contractor currently unknown |
| Felton Bernard (224420) | Bechtel National, Inc |
| Frank Wimberly, as Next Friend of Jordan Wimberly, a minor (212034) | Fluor Enterprises, Inc |
| Gerald Nicholson (200949) | Bechtel National, Inc |
| Hiwanis Adams, as Next Friend of Amiya  Adams, a minor (200200) | Fluor Enterprises, Inc |
| Hiwanis Adams, as Next Friend of Mandell  Adams, a minor (200207) | Fluor Enterprises, Inc |
| Keisha Jacque, as Next Friend of Wayne Jacque, a minor (238239) | After due diligence, contractor currently unknown |
| Keith Riley (238252) | Fluor Enterprises, Inc |
| Kimeta Riley, as Next Friend of Ronald Riley, a minor (238223) | Fluor Enterprises, Inc |
| Kumeta Riley (238228) | Fluor Enterprises, Inc |
| Lillie Dillon (237998) | Fluor Enterprises, Inc |

| | |
|---|---|
| Lodgia Blaise, as Next Friend of Jasmine Blaise, a minor (222650) | CH2M Hill Constructors, Inc. |
| Lodgia Blaise, as Next Friend of Jeremiah Blaise, a minor (222651) | CH2M Hill Constructors, Inc. |
| Nakia Banks, as Next Friend of Andrell Banks, a minor (220552) | Fluor Enterprises, Inc |
| Nakia Banks, as Next Friend of Thomia Banks, a minor (220551) | Fluor Enterprises, Inc |
| Paul  Tardo  (230392) | Fluor Enterprises, Inc |
| Phuoc Tran (222288) | Bechtel National, Inc |
| Ross Barrington (225785) | CH2M Hill Constructors, Inc. |
| Tammy Kern, as Next Friend of Tabitha Kern, a minor (209097) | Bechtel National, Inc |
| Troy Theriot, as Next Friend of Joushua Guidry, a minor (209219) | After due diligence, contractor currently unknown |
| Vicky Thomas, as Next Friend of Jovianna  Thomas, a minor (200345) | Fluor Enterprises, Inc |