**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | |
| **Civil Action No. 09-6958** | * | **JUDGE ENGELHARDT** |
| **Timothy Mitchell, et. al.** | * | **MAGISTRATE CHASEZ** |
| **Vs.** | * | |
| **Keystone RV Company, et al.** | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**
**PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

897

| Exhibit A | 897 |
|---|---|
| Addie Guidry (207724) | After due diligence, contractor currently unknown |
| Ambi Hannah (223738) | Bechtel National, Inc |
| Ambi Hannah, as Next Friend of Shequil Hannah, a minor (223741) | Bechtel National, Inc |
| Andrew Arceneaux (210942) | Bechtel National, Inc |
| Bettye Green (205318) | Bechtel National, Inc |
| Brandon Newbacker (230121) | Bechtel National, Inc |
| Brenda Noto, as Representative of the Estate of Lawrence Noto, deceased (214879) | Bechtel National, Inc |
| Brenda Noto (214878) | Bechtel National, Inc |
| Bruce Brown (213946) | After due diligence, contractor currently unknown |
| Bruce Brown (213947) | After due diligence, contractor currently unknown |
| Brushawn Brown (213949) | After due diligence, contractor currently unknown |
| Brushawn Brown, as Next Friend of Justis Brown, a minor (213950) | After due diligence, contractor currently unknown |
| Courtney Cochran (212806) | After due diligence, contractor currently unknown |
| Darrius Thompson (202317) | Bechtel National, Inc |
| Devin Johnson (226349) | Bechtel National, Inc |
| Devin Johnson, as Next Friend of Ashaiyah Lett, a minor (226457) | Bechtel National, Inc |
| Doyle Dahl (205370) | After due diligence, contractor currently unknown |
| Hurley Cochran (212808) | After due diligence, contractor currently unknown |
| Jeremy Cochran (212809) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Jeremy Cochran, as Next Friend of Caden Cochran, a minor (212804) | After due diligence, contractor currently unknown |
| Joyce Dove (Ball) (226069) | After due diligence, contractor currently unknown |
| LaDarrius Hannah (223739) | Bechtel National, Inc |
| Lam Dang Dang (210931) | After due diligence, contractor currently unknown |
| Loan Dang (211105) | After due diligence, contractor currently unknown |
| Mandy Rockwell (210232) | Bechtel National, Inc |
| Mark Matherne (212394) | Bechtel National, Inc |
| Mary Newbacker (230124) | Bechtel National, Inc |
| Mary Cochran (212811) | After due diligence, contractor currently unknown |
| Mary Newbaker, as Next Friend of Kathryn Newbacker, a minor (230123) | Bechtel National, Inc |
| Melissa Peterson (213703) | After due diligence, contractor currently unknown |
| Melissa Peterson, as Next Friend of Brianna Peterson, a minor (213704) | After due diligence, contractor currently unknown |
| Nathan Newbacker (230125) | Bechtel National, Inc |
| Natonya Ubas, as Next Friend of Demi Ubas, a minor (217016) | Fluor Enterprises, Inc |
| Natonya Ubas, as Next Friend of Edwin Fernandez, a minor (216485) | Fluor Enterprises, Inc |
| Natonya Ubas, as Next Friend of Haven Ubas, a minor (217017) | Fluor Enterprises, Inc |
| Natonya Ubas, as Next Friend of Nayonta Fernandez, a minor (216486) | Fluor Enterprises, Inc |
| Nghieu Tran (210934) | After due diligence, contractor currently unknown |
| Patricia Brown (213948) | After due diligence, contractor currently unknown |
| Patricia Hannah (223740) | Bechtel National, Inc |

| | |
|---|---|
| Philipe Lemoine (209634) | Bechtel National, Inc |
| Philipe Lemoine, as Next Friend of Alyssa Lemoine, a minor (209633) | Bechtel National, Inc |
| Philipe Lemoine, as Next Friend of Glenda Rockwell, a minor (210230) | Bechtel National, Inc |
| Phong Dang (210933) | After due diligence, contractor currently unknown |
| Richard Morden (226628) | Bechtel National, Inc |
| Ronnie Lynch (213040) | Bechtel National, Inc |
| Ronnie Lynch (213041) | Bechtel National, Inc |
| Rufus Cochran, as Next Friend of Dakin Cochran, a minor (212807) | After due diligence, contractor currently unknown |
| Rufus Cochran, as Next Friend of Kesnie Cochran, a minor (212810) | After due diligence, contractor currently unknown |
| Shelman Fairley (212852) | After due diligence, contractor currently unknown |
| Shirley Gates (224501) | After due diligence, contractor currently unknown |
| Stephine Fairley (212853) | After due diligence, contractor currently unknown |
| Teresa Cochran (212813) | After due diligence, contractor currently unknown |
| Thuy Dang (210932) | After due diligence, contractor currently unknown |
| Valena Henry, as Next Friend of Stephanie Thompson, a minor (202329) | Bechtel National, Inc |
| William Gates (224500) | After due diligence, contractor currently unknown |
| William Gates (224516) | After due diligence, contractor currently unknown |