**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER** | * | **MDL NO. 1873** |
|            **FORMALDEHYDE PRODUCTS** | * | |
|            **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | **JUDGE ENGELHARDT** |
| Civil Action No. 09-7070 | * | **MAGISTRATE CHASEZ** |
| Albert Williams, et. al. | * | |
| Vs. | * | |
| Forest River, Inc., et al. | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                                                      Respectfully submitted,

                                                      /s/ Robert C. Hilliard
                                                      _____
                                                      **ROBERT C. HILLIARD**
                                                      **Trial Attorney in Charge for Plaintiffs**
                                                      Texas State Bar No. 09677700
                                                      Southern District of TX Federal ID No. 5912
                                                      Kevin W. Grillo, Of Counsel
                                                      Texas State Bar No. 08493500
                                                     Southern District of TX Federal ID No. 4647
                                                     ROBERT C. HILLIARD, L.L.P.
                                                     719 S. Shoreline Boulevard, Suite 500
                                                     Corpus Christi, Texas 78401
                                                     Telephone: (361) 882-1612
                                                     Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1242

# Exhibit A

1242

| | |
|---|---|
| Aarien Burks (225876) | After due diligence, contractor currently unknown |
| Blake Rizzuto (226794) | Fluor Enterprises, Inc |
| Breana Ruffin, as Next Friend of Ashanti Ruffin, a minor (226809) | After due diligence, contractor currently unknown |
| Breana Ruffin, as Next Friend of Tyrek Ruffin, a minor (226816) | After due diligence, contractor currently unknown |
| Breana Ruffin, as Next Friend of Deundre Ruffin, a minor (226812) | After due diligence, contractor currently unknown |
| Bryant Collins (237664) | Fluor Enterprises, Inc |
| Bryant Collins, Sr., as Next Friend of Bryant Collins, a minor (237665) | Fluor Enterprises, Inc |
| Carrie Bennett, as Next Friend of Kadence Maurigi, a minor (205846) | Bechtel National, Inc |
| Chassidy Cuevas (224670) | Bechtel National, Inc |
| Chassidy Cuevas, as Next Friend of Kade Cuevas, a minor (224672) | Bechtel National, Inc |
| Chassidy Cuevas, as Next Friend of Kaleigh Cuevas, a minor (224671) | Bechtel National, Inc |
| Chin Tran (216041) | Bechtel National, Inc |
| Chin Tran, as Next Friend of Candice Tran, a minor (216994) | Bechtel National, Inc |
| Chin Tran, as Next Friend of Nikki Tran, a minor (216993) | Bechtel National, Inc |
| Cynthia Fricke (224834) | After due diligence, contractor currently unknown |
| Damein Cuevas (225136) | Bechtel National, Inc |
| David Bardwell (229365) | After due diligence, contractor currently unknown |
| Esther Hatampa, as Next Friend of Lauren Evans, a minor (229683) | Bechtel National, Inc |
| Geraldine Hughes (212477) | Bechtel National, Inc |

| | |
|---|---|
| Grace Crockett (211765) | Bechtel National, Inc |
| Heather Adams, as Next Friend of Gavin Poillion, a minor (205779) | Bechtel National, Inc |
| Heather Adams, as Next Friend of Kylee Adams, a minor (205778) | Bechtel National, Inc |
| James Isabell (224611) | Bechtel National, Inc |
| Jannie Stevison, as Next Friend of Gage Stevison, a minor (222221) | Bechtel National, Inc |
| Jannie Stevison (222220) | Bechtel National, Inc |
| Jason Isabell (224610) | Bechtel National, Inc |
| Jeff Isabell, as Next Friend of Jarvis Isabell, a minor (224573) | Bechtel National, Inc |
| Jeffery Isabell (224571) | Bechtel National, Inc |
| Kim Hanshaw, as Next Friend of Taylor Hanshaw, a minor (224575) | Bechtel National, Inc |
| Kimberly Isabell (224574) | Bechtel National, Inc |
| Kimeta Riley, as Next Friend of Kearston Riley, a minor (238253) | Fluor Enterprises, Inc |
| Kineta Riley, as Next Friend of Keith Riley, a minor (238256) | Fluor Enterprises, Inc |
| Lakita Zollicoffer (210960) | Bechtel National, Inc |
| Lakita Zollicoffer, as Next Friend of Kayla Robinson, a minor (210961) | Bechtel National, Inc |
| Lakita Zollicoffer, as Next Friend of Raven Goins, a minor (210962) | Bechtel National, Inc |
| Laura Peterson (222426) | Bechtel National, Inc |
| Laura Peterson, as Next Friend of Clint Peterson, a minor (222424) | Bechtel National, Inc |
| Laura Peterson, as Next Friend of Danielle Peterson, a minor (222425) | Bechtel National, Inc |
| Laura Peterson, as Next Friend of Tyler Peterson, a minor (222428) | Bechtel National, Inc |

| | |
|---|---|
| Luz Martin (212544) | Bechtel National, Inc |
| Lynn Grego (211572) | Bechtel National, Inc |
| Lynn Grego, as Next Friend of Joshua Grego, a minor (211571) | Bechtel National, Inc |
| Men Nguyen (224013) | Bechtel National, Inc |
| Merle Brennan (211003) | Bechtel National, Inc |
| Nga Tran (216992) | Bechtel National, Inc |
| Nyasha Smith, as Next Friend of Robert Smith, a minor (226790) | CH2M Hill Constructors, Inc. |
| Obadiah Mitchell (201048) | Bechtel National, Inc |
| Pansy Cuevas, as Next Friend of Bryson Cuevas, a minor (202198) | Bechtel National, Inc |
| Paul Grego (211573) | Bechtel National, Inc |
| Paul Grego (211574) | Bechtel National, Inc |
| Paula Isabel, as Next Friend of Keishaad Womble, a minor (224572) | Bechtel National, Inc |
| Paula Isabell (224609) | Bechtel National, Inc |
| Percy Martin (212545) | Bechtel National, Inc |
| Phillip Jones (216628) | Bechtel National, Inc |
| Phuoc Huynh (216598) | Bechtel National, Inc |
| Randel Hearndon (220211) | Bechtel National, Inc |
| Renee Johnson, as Next Friend of Renee Johnson, a minor (226360) | Bechtel National, Inc |
| Renee Johnson (226358) | Bechtel National, Inc |
| Renee Johnson, as Next Friend of Renard Elliot, a minor (226102) | Bechtel National, Inc |

| Plaintiff | Contractor |
|---|---|
| Richard Hughes (212478) | Bechtel National, Inc |
| Robert Wilson (227070) | CH2M Hill Constructors, Inc. |
| Roosevelt Crockett (211651) | Bechtel National, Inc |
| Ross Barrington (225785) | CH2M Hill Constructors, Inc. |
| Sandra Farrior (211615) | Bechtel National, Inc |
| Steve Peterson (222427) | Bechtel National, Inc |
| Tally Bilbo (224836) | After due diligence, contractor currently unknown |
| Tammy Woulard, as Next Friend of Jimmy Amos, a minor (206928) | CH2M Hill Constructors, Inc. |
| Tuan Tran (216045) | Bechtel National, Inc |
| Unetra William (238221) | Fluor Enterprises, Inc |
| Valarie Brothern (229468) | CH2M Hill Constructors, Inc. |
| Valerie Brothern, as Next Friend of Trevor Brothern, a minor (229467) | CH2M Hill Constructors, Inc. |