UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7069 | * | MAGISTRATE CHASEZ |
| Angel Steber, as Next Friend of Kevin | * | |
| Steber, a minor, et. al. | * | |
| Vs. | * | |
| Fleetwood Enterprises, Inc., et al. | * | |
| | * | |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1241

Exhibit A    1241

| Plaintiff | Contractor |
|---|---|
| Alvin Benjamin (225806) | Fluor Enterprises, Inc |
| Barbara Wilson (239037) | Shaw Environmental, Inc |
| Brittany Buie (199836) | Fluor Enterprises, Inc |
| Christen Robinson (230276) | After due diligence, contractor currently unknown |
| Consuella Gillum, as Next Friend of Tasia Williams, a minor (210066) | After due diligence, contractor currently unknown |
| Dejah Jones (239041) | Shaw Environmental, Inc |
| Eric Alligood (237314) | Bechtel National, Inc |
| Ida Yoe (237313) | Bechtel National, Inc |
| Judy Young, as Representative of the Estate of Freddie Young, deceased (213305) | After due diligence, contractor currently unknown |
| Laurie Burfield (239317) | After due diligence, contractor currently unknown |
| Laurie Burfield, as Next Friend of Emily Victoriana, a minor (239979) | After due diligence, contractor currently unknown |
| Leon Cleaves (238993) | After due diligence, contractor currently unknown |
| Melissa Badon, as Next Friend of Aulissa Wheeler, a minor (212010) | After due diligence, contractor currently unknown |
| Nikki Tingston, as Next Friend of Grant Tingstrom, a minor (226974) | After due diligence, contractor currently unknown |
| Rushell Williams (230473) | Bechtel National, Inc |
| Shantrell Wilson (239047) | Shaw Environmental, Inc |
| Sharon Davis (202104) | Bechtel National, Inc |
| Sharon Davis, as Next Friend of Marshawn Davis, a minor (202094) | Bechtel National, Inc |
| Sharon Davis, as Next Friend of Rykesha Davis, a minor (202101) | Bechtel National, Inc |

| | |
|---|---|
| Susie Thomas (237256) | After due diligence, contractor currently unknown |
| Susie Thomas, as Next Friend of Akiah Smith, a minor (237191) | After due diligence, contractor currently unknown |
| Tiffany Carter (239468) | Shaw Environmental, Inc |
| Tiffany Carter, as Next Friend of Brandon Heidel, a minor (239391) | Shaw Environmental, Inc |
| Tiffany Carter, as Next Friend of Christian Fugate, a minor (239439) | Shaw Environmental, Inc |
| Tiffany Carter, as Next Friend of Haley Treash, a minor (239490) | Shaw Environmental, Inc |
| Tiffany Carter, as Next Friend of Shayla Treash, a minor (239489) | Shaw Environmental, Inc |
| Unique Taylor (239038) | Shaw Environmental, Inc |
| Wendy Hurlburt (239696) | Shaw Environmental, Inc |
| Wendy Hurlburt, as Next Friend of Cheyenne Hurlburt, a minor (239687) | Shaw Environmental, Inc |
| Wendy Hurlbert, as Next Friend of Echo Hurlburt, a minor (239596) | Shaw Environmental, Inc |
| Zara Casborn, as Next Friend of Ruthledge Courtney, a minor (239745) | Fluor Enterprises, Inc |
| Zelda Robinson (230274) | After due diligence, contractor currently unknown |