**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7068 | * | MAGISTRATE CHASEZ |
| Gregory Albert, et. al. | * | |
| Vs. | * | |
| Fleetwood Enterprises, Inc., et al. | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**
**PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1240

# Exhibit A

1240

| | |
|---|---|
| Annie Reddix (237292) | Fluor Enterprises, Inc |
| Benjamin Newton (214079) | Bechtel National, Inc |
| Benjamin Newton, as Next Friend of Benjamin Newton, a minor (214082) | Bechtel National, Inc |
| Benjamin Newton, as Next Friend of Elizabeth Newton, a minor (214080) | Bechtel National, Inc |
| Bobbii Lane, as Next Friend of Troy Lane, a minor (205248) | Bechtel National, Inc |
| Bonnie Hicks (220215) | Bechtel National, Inc |
| Brian Herrington, as Next Friend of Makel Herrington, a minor (212460) | After due diligence, contractor currently unknown |
| Brian Herrington, as Next Friend of Makhi Herrington, a minor (212461) | After due diligence, contractor currently unknown |
| Chana Williams, as Next Friend of Lexie Williams, a minor (202569) | Fluor Enterprises, Inc |
| David Hale (229766) | CH2M Hill Constructors, Inc. |
| Dinah LeBlanc (216683) | Bechtel National, Inc |
| Donald Saucier (203596) | After due diligence, contractor currently unknown |
| Dorrie Picquet, as Next Friend of Desiree Williams, a minor (202553) | Fluor Enterprises, Inc |
| Duane Hovis (207036) | Bechtel National, Inc |
| Dustin Peterson (207661) | Bechtel National, Inc |
| Erlene Gibson (223706) | Bechtel National, Inc |
| Estella Nelson (237948) | After due diligence, contractor currently unknown |
| Harry Grey (223724) | Bechtel National, Inc |
| Heather Bardwell (229366) | After due diligence, contractor currently unknown |

| Name | Contractor |
|---|---|
| Jeane Hovis (207037) | Bechtel National, Inc |
| Jesse Thompson (203651) | Bechtel National, Inc |
| Jimmy Cummings (216432) | Bechtel National, Inc |
| Jimmy Rowster (220583) | After due diligence, contractor currently unknown |
| Joseph Simms (208186) | After due diligence, contractor currently unknown |
| Kari Noel, as Next Friend of Dominique Clarisse, a minor (203351) | After due diligence, contractor currently unknown |
| Kari Noel, as Next Friend of Saraiann Bond, a minor (203319) | After due diligence, contractor currently unknown |
| Kellea Newton (214081) | Bechtel National, Inc |
| Kerney Hicks (220218) | Bechtel National, Inc |
| Kimberly Hanberry, as Representative of the Estate of Geri Hanberry, deceased (205787) | Bechtel National, Inc |
| Kimberly Hanberry (205328) | Bechtel National, Inc |
| Kimberly Hanberry, as Next Friend of Dylon Hanberry, a minor (205327) | Bechtel National, Inc |
| Kimberly Hanberry, as Next Friend of Kendal Patterson, a minor (205175) | Bechtel National, Inc |
| Larry Melerine (226592) | CH2M Hill Constructors, Inc. |
| Latasha Dorsey, as Next Friend of Brant Dorsey, a minor (202011) | After due diligence, contractor currently unknown |
| Latasha Dorsey, as Next Friend of Brooke Dorsey, a minor (202012) | After due diligence, contractor currently unknown |
| Latasha Dorsey, as Next Friend of Raven Nolen, a minor (200959) | After due diligence, contractor currently unknown |
| Laura Bardwell (229367) | After due diligence, contractor currently unknown |
| Laura Bardwell, as Next Friend of Benjamin Bardwell, a minor (229364) | After due diligence, contractor currently unknown |
| Marvin May (224550) | Bechtel National, Inc |

| | |
|---|---|
| Mary Rich (208185) | After due diligence, contractor currently unknown |
| Michael Thompson (221882) | Fluor Enterprises, Inc |
| Mickey Thompson (203652) | Bechtel National, Inc |
| Patrick LeBlanc (216682) | Bechtel National, Inc |
| Raven Johnson (213767) | Bechtel National, Inc |
| Robert Hutto (205211) | Bechtel National, Inc |
| Ronald Delmas (223637) | Bechtel National, Inc |
| Ronald Delmas, as Representative of the Estate of Virginia Delmas, deceased (223638) | Bechtel National, Inc |
| Ruth Ray (237224) | Bechtel National, Inc |
| Seth Barletter (237813) | After due diligence, contractor currently unknown |
| Shanetha LeFrance, as Next Friend of Christopher North, a minor (200964) | Fluor Enterprises, Inc |
| Steven Hanberry (205329) | Bechtel National, Inc |
| Susie Thomas, as Next Friend of Jah'shawn Hosey, a minor (237192) | After due diligence, contractor currently unknown |
| Todd Barrau (206880) | Bechtel National, Inc |
| Todd Barrau, as Next Friend of Lydia Barrau, a minor (206878) | Bechtel National, Inc |
| Tonia Williams, as Next Friend of Cora Williams, a minor (205498) | Fluor Enterprises, Inc |
| Verna Ratcliff (237950) | After due diligence, contractor currently unknown |
| Virginia James (238717) | CH2M Hill Constructors, Inc. |
| William Mick (221838) | Fluor Enterprises, Inc |