**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | |
| **Civil Action No. 09-6946** | | * | **JUDGE ENGELHARDT** |
| **Mindy Smith, et. al.** | | * | **MAGISTRATE CHASEZ** |
| **Vs.** | | * | |
| **Liberty Homes Inc., et al.** | | * | |
| | | * | |
| | | * | |

<u>**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**</u>
<u>**PURSUANT TO PRETRIAL ORDER NO. 53**</u>

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their

Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct

Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach

hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.


/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**

Exhibit A

## Exhibit A

| | |
|---|---|
| Brandy Jones (216635) | After due diligence, contractor currently unknown |
| Brandy Jones, as Next Friend of Jordan Jones, a minor (216634) | After due diligence, contractor currently unknown |
| Candace Jones (216627) | After due diligence, contractor currently unknown |
| Candace Jones, as Next Friend of Brianna Smith, a minor (216925) | After due diligence, contractor currently unknown |
| Candace Jones, as Next Friend of Gracie Smith, a minor (216926) | After due diligence, contractor currently unknown |
| Clifford Walton (227018) | After due diligence, contractor currently unknown |
| Dante Jimerson (211958) | After due diligence, contractor currently unknown |
| Eddie Vinson (226992) | After due diligence, contractor currently unknown |
| Eric Bolton (211256) | After due diligence, contractor currently unknown |
| Henry Vinson (226993) | After due diligence, contractor currently unknown |
| James Jimerson (211249) | After due diligence, contractor currently unknown |
| Jeanetta Jimerson, as Next Friend of Jeremiah Turner, a minor (211898) | After due diligence, contractor currently unknown |
| Jessica Vinson (226994) | After due diligence, contractor currently unknown |
| Johntay Eley (211944) | After due diligence, contractor currently unknown |
| Latoya Eley (212706) | After due diligence, contractor currently unknown |
| Marcella Eley (211250) | After due diligence, contractor currently unknown |
| Marcella Eley, as Next Friend of Mary Eley, a minor (211945) | After due diligence, contractor currently unknown |
| Shaddy Vinson (226995) | After due diligence, contractor currently unknown |
| William Smith (216924) | After due diligence, contractor currently unknown |