**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
|                FORMALDEHYDE PRODUCTS | * | |
|                LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7063 | * | MAGISTRATE CHASEZ |
| Kenshandra Reed, et. al. | * | |
| Vs. | * | |
| Cavalier Home Builders, LLC, et al. | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**
**PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                                           Respectfully submitted,

                                           /s/ Robert C. Hilliard
                                           _____
                                           **ROBERT C. HILLIARD**
                                           **Trial Attorney in Charge for Plaintiffs**
                                           Texas State Bar No. 09677700
                                           Southern District of TX Federal ID No.  5912
                                           Kevin W. Grillo, Of Counsel
                                           Texas State Bar No. 08493500
                                           Southern District of TX Federal ID No. 4647
                                           ROBERT C. HILLIARD, L.L.P.
                                           719 S. Shoreline Boulevard, Suite 500
                                           Corpus Christi, Texas 78401
                                           Telephone:  (361) 882-1612
                                           Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1235

| Exhibit A | 1235 |
|---|---|
| Alice Moody (203177) | After due diligence, contractor currently unknown |
| Alice Moody, as Next Friend of Antino Trevillion, a minor (202676) | After due diligence, contractor currently unknown |
| Alice Moody, as Next Friend of Nicklous Moody, a minor (203178) | After due diligence, contractor currently unknown |
| Alonzo Patrick (216803) | After due diligence, contractor currently unknown |
| Anthony Keys (222393) | After due diligence, contractor currently unknown |
| Armetter Rankins (226747) | After due diligence, contractor currently unknown |
| Bertran Hartzog (222376) | Bechtel National, Inc |
| Bobby Perryman (226698) | After due diligence, contractor currently unknown |
| Brendin Pitts (216824) | After due diligence, contractor currently unknown |
| Bridgette Pitts (216826) | After due diligence, contractor currently unknown |
| Bridgette Pitts, as Next Friend of Bria Pitts, a minor (216825) | After due diligence, contractor currently unknown |
| Christopher Craft (216420) | After due diligence, contractor currently unknown |
| Christy Browder (216355) | After due diligence, contractor currently unknown |
| Connie Malone (211131) | After due diligence, contractor currently unknown |
| Danny Brockington (211766) | After due diligence, contractor currently unknown |
| Dominic Clavo (202283) | Fluor Enterprises, Inc |
| Dori Lacoste (229965) | After due diligence, contractor currently unknown |
| Dorothy Mills (209093) | After due diligence, contractor currently unknown |
| Ernest Pitts (216822) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Ethel Moody (203176) | After due diligence, contractor currently unknown |
| Evelyn Murphy, as Next Friend of Larry Johnson, a minor (222389) | Bechtel National, Inc |
| Evelyn Murphy, as Next Friend of Rhiana Murphy, a minor (222420) | Bechtel National, Inc |
| Evelyn Murphy, as Next Friend of Tyler Johnson, a minor (222391) | Bechtel National, Inc |
| Evelyn Murphy (222419) | Bechtel National, Inc |
| Evelyn Murphy, as Next Friend of Jayden Murphy, a minor (222418) | Bechtel National, Inc |
| Evelyn Shaw (226859) | After due diligence, contractor currently unknown |
| Gabriel Ball (222346) | After due diligence, contractor currently unknown |
| Glenda Perryman, as Next Friend of Sean Clark, a minor (225928) | After due diligence, contractor currently unknown |
| Glenda Perryman (226699) | After due diligence, contractor currently unknown |
| Glenda Perryman, as Next Friend of John Clark, a minor (225925) | After due diligence, contractor currently unknown |
| Glenda Perryman, as Next Friend of Justin Bridges, a minor (225848) | After due diligence, contractor currently unknown |
| Gloria Patrick (216804) | After due diligence, contractor currently unknown |
| Harry Brumfield (203341) | After due diligence, contractor currently unknown |
| Henry Goods (203011) | After due diligence, contractor currently unknown |
| Irene Martin, as Next Friend of Micah Martin, a minor (201079) | Fluor Enterprises, Inc |
| Jasmin Enclarde (229678) | Fluor Enterprises, Inc |
| Joann Brockington (211767) | After due diligence, contractor currently unknown |
| John Galloway, as Next Friend of John Galloway, a minor (224899) | After due diligence, contractor currently unknown |
| John Galloway (208956) | After due diligence, contractor currently unknown |

| | |
|---|---|
| John Galloway, as Next Friend of Gyovanni Galloway, a minor (225272) | After due diligence, contractor currently unknown |
| John Galloway, as Next Friend of John Galloway, a minor (208957) | After due diligence, contractor currently unknown |
| Julius William (227043) | After due diligence, contractor currently unknown |
| Kisha Barousse (213549) | After due diligence, contractor currently unknown |
| Kisha Barousse, as Next Friend of Chyenne Barousse, a minor (213551) | After due diligence, contractor currently unknown |
| Kisha Barousse, as Next Friend of Terry Lewis, a minor (213550) | After due diligence, contractor currently unknown |
| Lanicia Farmer (202979) | After due diligence, contractor currently unknown |
| Lucille Nunez, as Next Friend of Jared LeBouef, a minor (226454) | After due diligence, contractor currently unknown |
| Marwin Rankins (226385) | After due diligence, contractor currently unknown |
| Mary Hawkins, as Next Friend of Joshua Saucier, a minor (208240) | After due diligence, contractor currently unknown |
| Mary Sams (209339) | After due diligence, contractor currently unknown |
| Mary Sams (224415) | After due diligence, contractor currently unknown |
| Mcauthor Moody (203179) | After due diligence, contractor currently unknown |
| Michael Livingston (212369) | After due diligence, contractor currently unknown |
| Monique Berthelot (208955) | After due diligence, contractor currently unknown |
| Natalia Johnson (222390) | Bechtel National, Inc |
| Percy Jackson (203081) | After due diligence, contractor currently unknown |
| Pierre Hartzog (222377) | Bechtel National, Inc |
| Rebecca Browder (216356) | After due diligence, contractor currently unknown |
| Reginald Hamilton (201770) | Shaw Environmental, Inc |

| Name | Contractor |
|---|---|
| Robert Jackson (212489) | After due diligence, contractor currently unknown |
| Ronia Trevillion (202675) | After due diligence, contractor currently unknown |
| Salina Craft (216421) | After due diligence, contractor currently unknown |
| Samantha Wilson, as Next Friend of Shundrell Wilson, a minor (202603) | Shaw Environmental, Inc |
| Samantha Wilson, as Next Friend of Spring Wilson, a minor (202606) | Shaw Environmental, Inc |
| Sarah Dill, as Next Friend of Thomas Dill, a minor (211079) | Bechtel National, Inc |
| Sarah Dill (211078) | Bechtel National, Inc |
| Shannon Keys, as Next Friend of Anthony Keys, a minor (222394) | After due diligence, contractor currently unknown |
| Shannon Keys, as Next Friend of Miracle Keys, a minor (222395) | After due diligence, contractor currently unknown |
| Shannon Keys (222396) | After due diligence, contractor currently unknown |
| Shannon Keys, as Next Friend of St. Antonio Keys, a minor (222397) | After due diligence, contractor currently unknown |
| Teresa Rowell (230283) | Fluor Enterprises, Inc |
| Teresa Pitts (216827) | After due diligence, contractor currently unknown |
| Thomas Dill (211076) | Bechtel National, Inc |
| Thomas Thompson (211077) | Bechtel National, Inc |
| Thuy Le, as Next Friend of David Le, a minor (226443) | Shaw Environmental, Inc |
| Tre Pitts (216823) | After due diligence, contractor currently unknown |
| Tricia Johnson, as Next Friend of Brian Johnson, a minor (201451) | Shaw Environmental, Inc |
| Troy Pitts (216828) | After due diligence, contractor currently unknown |
| Verna Johnson (203476) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Wesly Browder (216354) | After due diligence, contractor currently unknown |
| Yvonne Mutin, as Next Friend of Jermaine Cole, a minor (202304) | Shaw Environmental, Inc |