UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | MDL NO. 1873 |
| | **FORMALDEHYDE PRODUCTS** | * | |
| | **LIABILITY LITIGATION** | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | JUDGE ENGELHARDT |
| **Civil Action No. 09-6917** | | * | MAGISTRATE CHASEZ |
| **Leroy Agee, et. al.** | | * | |
| **Vs.** | | * | |
| **Coachmen Industries, Inc., et al.** | | * | |
| | | * | |
| | | * | |

<u>**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**</u>

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                                  Respectfully submitted,

                                  /s/ Robert C. Hilliard
                                  _____
                                  **ROBERT C. HILLIARD**
                                  **Trial Attorney in Charge for Plaintiffs**
                                  Texas State Bar No. 09677700
                                  Southern District of TX Federal ID No. 5912
                                  Kevin W. Grillo, Of Counsel
                                  Texas State Bar No. 08493500
                                  Southern District of TX Federal ID No. 4647
                                  ROBERT C. HILLIARD, L.L.P.
                                  719 S. Shoreline Boulevard, Suite 500
                                  Corpus Christi, Texas 78401
                                  Telephone:  (361) 882-1612
                                  Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 8, 2010.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

991

# Exhibit A

991

| | |
|---|---|
| Andy Sprouse (207782) | Bechtel National, Inc |
| Anita Eichhorn (208935) | After due diligence, contractor currently unknown |
| Ashley Boyd (220053) | After due diligence, contractor currently unknown |
| Bonnie Lafontrain (222104) | After due diligence, contractor currently unknown |
| Clarence Sprouse (207781) | Bechtel National, Inc |
| Clarence Sprouse (207785) | Bechtel National, Inc |
| Crystal Bilbo (210545) | After due diligence, contractor currently unknown |
| Deborah Huber (213909) | After due diligence, contractor currently unknown |
| Deborah Huber, as Next Friend of Ashley Huber, a minor (213910) | After due diligence, contractor currently unknown |
| Deborah Huber, as Next Friend of Ciara Huber, a minor (213911) | After due diligence, contractor currently unknown |
| Glenda Griffin (214506) | After due diligence, contractor currently unknown |
| Hope Sprouse (207783) | Bechtel National, Inc |
| Johanna Sprouse (207784) | Bechtel National, Inc |
| John Eichhorn (208934) | After due diligence, contractor currently unknown |
| Karla Drumm (216467) | After due diligence, contractor currently unknown |
| Lester Huber (213908) | After due diligence, contractor currently unknown |
| Ruth Boyd (220054) | After due diligence, contractor currently unknown |
| William Bilbo (210546) | After due diligence, contractor currently unknown |
| William Bilbo (212664) | After due diligence, contractor currently unknown |

| Willie Lepine (224365) | After due diligence, contractor currently unknown |
|---|---|

---