# SHAW ENVIRONMENTAL, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO ASSESS TAXABLE COSTS

## EXHIBIT "A"

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112991 | 1/28/2010 | 50457 |

| Job Date | Case No. | |
|---|---|---|
| 1/20/2010 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

1 CERTIFIED COPY OF TRANSCRIPT OF:
   James Albrecht

                                                                    401.84

                                    **TOTAL DUE  >>>**        **$401.84**
                                    AFTER 2/18/2010  PAY          $421.93

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

| | | | |
|---|---|---|---|
| Job No. | : 50457 | BU ID | :SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |

Invoice No. : 112991        Invoice Date :1/28/2010
**Total Due**  : **$ 401.84**
AFTER 2/18/2010  PAY $421.93

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stewart Richardson & Associates, Inc.**
          **One Indiana Square, Suite 2425**
          **211 N. Pennsylvania**
          **Indianapolis IN  46204**

# I N V O I C E



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113157 | 2/4/2010 | 50462 |
| **Job Date** | **Case No.** | |
| 1/20/2010 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

VIDEOGRAPHER FEES:
   Jamie Albrecht

190.00

**TOTAL DUE  >>>**     **$190.00**
AFTER 2/25/2010  PAY      $199.50

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

Job No.      : 50462          BU ID      : VIDEO REFE
Case No.     : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
               Litigation

Invoice No. : 113157          Invoice Date  : 2/4/2010
**Total Due  : $ 190.00**
AFTER 2/25/2010  PAY  $199.50

Remit To: **Stewart Richardson & Associates, Inc.**
        **One Indiana Square, Suite 2425**
        **211 N. Pennsylvania**
        **Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163



www.naegelireporting.com

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

**DAVID KURTZ ESQUIRE**
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC
201 SAINT CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/17/2009 | | |
| Case\Assg No. | 11303-10 | Invoice # | 40454 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 12/31/2009 |

**COPY / INDEX VIDEO DEPOSITION OF G. GRAHAM ALLAN**

**Remarks**

FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $646.55, EXHIBITS $76.25.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $722.80 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $722.80 |

**Phone: (800) 528-3335**

Net Terms: 30 Days

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
   Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA   ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date    Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000



**Coeur d'Alene, ID**
(208) 667-1163

*www.naegelireporting.com*

**DAVID KURTZ ESQUIRE**
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC
201 SAINT CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| **Asg. Date:** | 12/17/2009 | | |
| **Case\Assg No.** | 11303-10 | **Invoice #** | 40462 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 12/31/2009 |

**VIDEOGRAPHER MEDIA COPY / DEPOSITION OF G. GRAHAM ALLAN**

**Remarks**
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $340.00 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $340.00 |

**Net Terms: 30 Days**

**Phone: (800) 528-3335**

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

**NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)

# INVOICE

**UNITED REPORTING, INC.**

*Court Reporting Services*

1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54824 | 8/24/2009 | 83205 |

| Job Date | Case No. |
|---|---|
| 8/21/2009 | |

| Case Name |
|---|
| In Re: FEMA Railer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

Karen K. Whitfield, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Deposition Of: | | |
|---|---|---|
| Guy Bonomo | | |
|     56.00  Pages | | 179.20 |
| Exhibits | 10.00  Pages | 5.00 |
| Shipping & Handling ( Fed Ex ) | | 34.00 |
| | **TOTAL DUE  >>>** | **$218.20** |

One Certified Copy and Word Index
NR|West

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657                                    Phone: 504-566-5216    Fax:

---

*Please detach bottom portion and return with payment.*

Karen K. Whitfield, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Job No.     : 83205          BU ID       : United
Case No.    :
Case Name   : In Re: FEMA Railer Formaldehyde Products
              Liability Litigation

Invoice No. : 54824          Invoice Date : 8/24/2009
**Total Due  : $ 218.20**

Remit To: **United Reporting, Inc.**
          **1218 Southeast 3rd Avenue**
          **Fort Lauderdale, FL 33316**

**PAYMENT WITH CREDIT CARD**                AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Ace-Federal Reporters, Inc.
616 H Street, N.W.
Suite 550
Washington, DC 20001
Phone:202-347-3700   Fax:202-737-3638

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 137052 | 3/4/2010 | 29422 |
| **Job Date** | **Case No.** | |
| 2/5/2010 | | |
| **Case Name** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ms. Lisa Vinson
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| 10 DAY DELIVERY - ORIGINAL & 1 CERTIFIED TRANSCRIPT COPY OF: | | | | |
|---|---|---|---|---|
| Brian Boyle | 175.00 Pages | @ | 3.65 | 638.75 |
| Etrans ==>Email | | | 0.00 | 0.00 |
| Exhibits PDF Format | 89.00 | @ | 0.30 | 26.70 |
| Condensed Transcript | | | 0.00 | 0.00 |
| FedEx | | | 55.76 | 55.76 |
| Video Rec-1st 2 hours | | | 275.00 | 275.00 |
| Video Rec-addl hours | 2.50 | @ | 90.00 | 225.00 |
| DVDSync | 2.00 | @ | 0.00 | 0.00 |
| FedEx | | | 33.13 | 33.13 |
| Postage/Delivery | | | 15.95 | 15.95 |

TOTAL DUE  >>>   **$1,270.29**
AFTER 4/3/2010  PAY   $1,289.34

**Tax ID:** 53-0261591

---

*Please detach bottom portion and return with payment.*

Ms. Lisa Vinson
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Job No.    : 29422        BU ID    :1-ACE
Case No.   :
Case Name  : In Re: FEMA Trailer Formaldehyde Products
             Liability Litigation

Invoice No. : 137052      Invoice Date :3/4/2010
**Total Due  : $ 1,270.29**
AFTER 4/3/2010  PAY  $1,289.34

Remit To: **Ace-Federal Reporters, Inc.**
          **616 H Street, N.W.**
          **Suite 550**
          **Washington, DC 20001**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 129654 | 9/10/2008 | 56341 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| 1 COPY OF TRANSCRIPT OF: | |
|---|---|
| The Shaw Group, Inc. through James R. Brixius | 479.45 |
| TOTAL DUE >>> | **$479.45** |

Previously shipped

**Tax ID:** 72-1177884                                    Phone: 504-566-5200    Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Invoice No. | : | 129654 |
|---|---|---|
| Invoice Date | : | 9/10/2008 |
| **Total Due** | : | **$ 479.45** |

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| Job No. | : | 56341 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141635 | 3/2/2010 | 56342 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2008 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170



One copy of the video of:
    The Shaw Group through James Brixius                                    130.00

                                        TOTAL DUE  >>>              $130.00

**Tax ID:** 72-1177884                              Phone: 504-566-5200    Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   :  141635
Invoice Date  :  3/2/2010
**Total Due**    :  **$ 130.00**

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA  70130**

Job No.    :  56342
BU ID      :  3-VIDEO
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde Products
              Liability Litigation

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111752 | 11/16/2009 | 49596 |
| **Job Date** | **Case No.** | |
| 11/4/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|   Jeffrey Burian | 535.59 |
| | **TOTAL DUE  >>>**    **$535.59** |
| | AFTER 12/6/2009  PAY    $562.37 |

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

Job No.     : 49596        BU ID       :SRA
Case No.    : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
              Litigation

Invoice No. : 111752       Invoice Date : 11/16/2009

**Total Due  : $ 535.59**
AFTER 12/6/2009  PAY $562.37

**Remit To:  Stewart Richardson & Associates, Inc.**
          **One Indiana Square, Suite 2425**
          **211 N. Pennsylvania**
          **Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**DEPOSITION SERVICES**

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112072 | 12/2/2009 | 49736 |

| Job Date | Case No. | |
|---|---|---|
| 11/4/2009 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms |
|---|
| Due upon receipt |

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

VIDEOGRAPHER FEES:
  Jeffery Burian

366.00

**TOTAL DUE  >>>**        **$366.00**
AFTER 1/1/2010  PAY        $384.30

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

Job No.      :  49736           BU ID        :REFERRAL
Case No.     :  MDL No. 1873
Case Name   :  FEMA Trailer Formaldehyde Products Liability
                 Litigation

Invoice No.  :  112072          Invoice Date  :12/2/2009
**Total Due**  :  **$ 366.00**
AFTER 1/1/2010  PAY  $384.30

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Stewart Richardson & Associates, Inc.**
          **One Indiana Square, Suite 2425**
          **211 N. Pennsylvania**
          **Indianapolis IN  46204**

**Torres, Patrice**

| | |
|---|---|
| **From:** | deaves@tylereaton.com |
| **Sent:** | Friday, March 12, 2010 9:36 AM |
| **To:** | Torres, Patrice |
| **Cc:** | deaves@tylereaton.com |
| **Subject:** | Invoice from Tyler, Eaton, Morgan, Nichols & Pritchett |

```
eMail Invoice(s) sent: March 12, 2010

From: Tyler, Eaton, Morgan, Nichols & Pritchett
      1819 5TH AVENUE NORTH
      SUITE 1020, ONE FEDERAL PLACE
      BIRMINGHAM, ALABAMA  35203-2104
      205/252-9152
      FED ID 20-2042132

           "PAYMENT IS DUE UPON RECEIPT"
***********MAJOR CREDIT CARDS ACCEPTED***********

To:   KAREN K. WHITFIELD
      BAKER DONELSON BEARMAN CALDWELL
      201 ST. CHARLES AVENUE, SUITE 3600
      NEW ORLEANS, LOUISIANA 70170

*********************************************************

RE:   Invoice# 10-3167G   Billed: 02/04/10   Balance:   $314.59
      Taken:  01/27/10 - IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY L
      PHILIP COLE, MD, DRPH

I n v o i c i n g    I n f o r m a t i o n
DEPONENT:  DR. PHILIP COLE
117     COPY PAGES                  @  2.10/PAGE     245.70
1       DEPO CD                      @ 25.00/EACH      25.00
1       TRAVEL TRANSCRIPT            @ 20.00/EACH      20.00
44      EXHIBITS                     @  .30/PAGE       13.20
        POSTAGE                                        10.69
READ & SIGN CARE OF MR. GIEGER

P l e a s e   R e m i t   - - - >      $314.59
```

1



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140436 | 1/11/2010 | 63169 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/7/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
  Geoffrey C. Compeau, Ph.D.                                    989.65

                                         **TOTAL DUE  >>>       $989.65**

**Tax ID:** 72-1177884                          Phone: 504-566-5200    Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 140436 |
| Invoice Date | : | 1/11/2010 |
| **Total Due** | : | **$ 989.65** |

| | | |
|---|---|---|
| Job No. | : | 63169 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To:  **Professional Shorthand Reporters, Inc.**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans, LA 70130**



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140424 | 1/11/2010 | 63170 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/7/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

One copy of the video of:
   Geoffrey Compeau, Ph.D.                                                        250.00

                                          **TOTAL DUE >>>**        **$250.00**

**Tax ID:** 72-1177884                                 Phone: 504-566-5200   Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   :   140424
Invoice Date  :   1/11/2010
**Total Due**   :   **$ 250.00**

Remit To:  **PSR Video Services
           601 Poydras Street
           Suite 1615
           New Orleans, LA  70130**

Job No.    :   63170
BU ID      :   3-VIDEO
Case No.   :   1873
Case Name  :   In Re: FEMA Trailer Formaldehyde products
               Liability Litigation

# INVOICE



**Stewart Richardson**
**DEPOSITION SERVICES**

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112984 | 1/28/2010 | 50456 |

| Job Date | Case No. | |
|---|---|---|
| 1/19/2010 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Mike Coy                                                                239.21
1 CERTIFIED COPY OF TRANSCRIPT OF:
  James Foltz                                                             231.60

**TOTAL DUE  >>>**                                            **$470.81**
AFTER 2/18/2010 PAY                                       $494.35

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

| | | | |
|---|---|---|---|
| Job No. | : 50456 | BU ID | : SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 112984 | Invoice Date | : 1/28/2010 |

**Total Due  :  $ 470.81**
AFTER 2/18/2010 PAY $494.35

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____

Remit To:  **Stewart Richardson & Associates, Inc.**
              **One Indiana Square, Suite 2425**
              **211 N. Pennsylvania**
              **Indianapolis IN  46204**

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51276 | 7/20/2009 | 28284 |

| Job Date | Case No. |
|---|---|
| 7/6/2009 | |

| Case Name |
|---|
| In Re: FEMA Trailer |

| Payment Terms |
|---|
| Due upon receipt |

Karen Kaler Whitfield
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Christopher DeRosa, Ph.D.

   991.00

**TOTAL DUE >>>**   **$991.00**

Thank you for your business!

**Tax ID:** 58-1952135

Phone: 504-566-5216   Fax:

---

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Job No.   : 28284     BU ID   :1-TA&A

Case No.   :

Case Name  : In Re: FEMA Trailer

Invoice No.  : 51276    Invoice Date : 7/20/2009

**Total Due  : $ 991.00**

Remit To: **Tiffany Alley & Associates**
          **400 Perimeter Center Terrace, Suite 900**
          **Atlanta, GA 30346**

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:

Card Number:

Exp. Date:        Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140722 | 1/20/2010 | 63244 |
| JOB DATE | CASE NUMBER | |
| 1/14/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

1 COPY OF TRANSCRIPT OF:
Nicole Discon (Re: Lyndon T. Wright)                                    330.10

                                                    **TOTAL DUE  >>>**        **$330.10**

Previously shipped

Tax ID: 72-1177884                          Phone: 504-566-5200   Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| | | |
|---|---|---|
| Invoice No. | : | 140722 |
| Invoice Date | : | 1/20/2010 |
| **Total Due** | **:** | **$ 330.10** |

| | | |
|---|---|---|
| Remit To: **Professional Shorthand Reporters, Inc.** | Job No. | : | 63244 |
| **601 Poydras Street** | BU ID | : | 1-REP |
| **Suite 1615** | Case No. | : | 1873 |
| **New Orleans, LA  70130** | Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140565 | 1/18/2010 | 63245 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/14/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

One copy of the video of:
   Nicole Dison (Wright)       120.00
One copy of the video of:
   Tyshone Marsh (Wright)       70.00

**TOTAL DUE >>>**     **$190.00**

Tax ID: 72-1177884           Phone: 504-566-5200   Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| | |
|---|---|
| Invoice No. | : 140565 |
| Invoice Date | : 1/18/2010 |
| **Total Due** | : **$ 190.00** |

Remit To: **PSR Video Services**
        **601 Poydras Street**
        **Suite 1615**
        **New Orleans, LA 70130**

| | |
|---|---|
| Job No. | : 63245 |
| BU ID | : 3-VIDEO |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# AMERICAN COURT REPORTING COMPANY, INC.

Our IRS Number is
58-2429160

(404) 892-1331
(800) 445-2842

52 EXECUTIVE PARK SOUTH
SUITE 5201
ATLANTA, GEORGIA 30329
**January 19, 2010**

Certified Court Reporting

Atlanta's High-Tech
Court Reporting Company

Catherine N. Thigpen, Esquire
Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170

**INVOICE NO:**     10-0111

Net: 30 DAYS

---

| | |
|---|---|
| IN RE: | FEMA Trailer Formaldehyde Products Laibility Litigation |
| JURISDICTION: | USDC Eastern Dist of LA (MDL # 1873)  CASE NO:  Section "N" (5) |
| DEPOSITION OF: | Nathan Todd Dorris, Ph.D.   HEARD: 1/4/10  9:00 AM |
| TRANSCRIPTION OF: | JOB NO:  59732 |

---

| | | |
|---|---|---|
| **TRANSCRIPT COST** | Copy (Technical) | 730.00 |
| **TRANSCRIPT COST** | | |
| **TRANSCRIPT COST** | | |
| **REPORTER'S TAKE-DOWN** | | |
| **APPEARANCE FEE** | | |
| **TRAVEL** | | |
| **DELIVERY AND HANDLING** | | 16.50 |
| **OTHER** | Minuscript with Key-Word Index | 0.00 |
| **OTHER** | Etran, Ascii & Mini via Email | 0.00 |
| **OTHER** | | |
| **OTHER** | | |

PML/1 /237/66.40

*Outstanding balances bear
interest at the rate of 1.5% per month*

*If payment is received by* 02/18/10

746.50
**GRAND TOTAL**

*please remit*   680.10

To Insure Proper Credit, Return PINK COPY With Remittance



Post Office Box 98475
Raleigh, NC 27624-8475

**Garrett**
REPORTING SERVICES, INC.
*Professional Stenomask for the Record*

Phone (919) 676-1502
Fax    (919) 676-2277

BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LA 70170
M. DAVID KURTZ, ESQ.

**INVOICE NO. :**        19138
**INVOICE DATE:**    1/07/2010

**REPORTER:**
CANDI USELMAN

**ID#**  56-2066632

WRIGHT, ET AL. v. FOREST RIVER, INC.
DEPOSITION OF TONY WATSON -
& WILLIAM DYSON, PhD

| Date | Description | Amount |
|------|-------------|-------:|
| 12/21/2009 | COPY - WATSON | 121.50 |
| | COPY - DYSON | 130.50 |
| | COMPRESSED TRANSCRIPT - WATSON | 8.10 |
| | COMPRESSED TRANSCRIPT - DYSON | 8.70 |
| | KEYWORD INDEX - WATSON | 2.25 |
| | KEYWORD INDEX - DYSON | 2.75 |
| | EXHIBITS - WATSON | 17.15 |
| | EXHIBITS - DYSON | 8.05 |
| | e-TRANSCRIPTS | 50.00 |
| | POSTAGE | 13.50 |

|  | | |
|--|-:|-:|
| | **Sub Total** | 362.50 |
| | **Paid** | 0.00 |
| | **Balance Due** | 362.50 |

**Please include invoice number with your payment.  THANK YOU!**

Thank you for placing your confidence in Garrett Reporting Service.
Invoices are payable upon receipt.  A monthly charge of 1.5% will be
added after 30 days.  This is an annual rate of 18%.



# GRS Legal Video Services

Post Office Box 98475
Raleigh, NC 27624-8475

www.garrettreportingservices.com

# Invoice

**Date**  1/8/2010

**Invoice #**  20111

Baker, Donelson, Bearman, Caldwell & Berz
David Kurtz
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170

**Terms**        Due on receipt

| Description | Qty | Price | Amount |
|---|---|---|---|
| In the matter of Wright, et al. vs. Forest River, et al. - videotaped Depositions in Raleigh, NC 12-21-2009, 12-22-2009 and 12-23-2009 | | | |
| DVD Copy (per hour) (12-21-2009 Watson and Dyson) | 3 | 30.00 | 90.00 |
| DVD Copy (per hour) (12-22-2009 Polk & Snell) | 7.5 | 30.00 | 225.00 |
| DVD Copy (per hour) (12-23-2009 Nelson) | 3 | 30.00 | 90.00 |
| Postage and Handling | 1 | 4.95 | 4.95 |

Telephone:  919-676-1502
Fax:  919-676-2277
FIN:  56-2066632

Thank you for placing your confidence in GRS Legal Video Services.

**Balance Due**        $409.95



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137998 | 11/6/2009 | 62079 |
| JOB DATE | CASE NUMBER | |
| 10/28/2009 | 1873 | |
| CASE CAPTION | | |

In Re: FEMA Trailer Formaldehyde products Liability
Litigation

| TERMS |
|---|
| Net 30 |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

1 COPY OF TRANSCRIPT OF:
George A. Farber, M.D. (Re: Wright)                                         97.13

TOTAL DUE  >>>                        $97.13

Previously shipped

**Tax ID:** 72-1177884                                Phone: 504-566-5200    Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.    :  137998
Invoice Date  :  11/6/2009
**Total Due**    :  **$ 97.13**

Remit To:  **Professional Shorthand Reporters, Inc.
601  Poydras Street
Suite 1615
New Orleans, LA  70130**

Job No.     :  62079
BU ID       :  1-REP
Case No.    :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products
                     Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137791 | 10/29/2009 | 62082 |
| JOB DATE | CASE NUMBER | |
| 10/28/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| One copy of the video of: | |
|---|---|
| Dr George Farber (Wright vs Forest River) 10/28/09 | 70.00 |
| TOTAL DUE >>> | **$70.00** |

Tax ID: 72-1177884                              Phone: 504-566-5200   Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| Invoice No. | : | 137791 |
|---|---|---|
| Invoice Date | : | 10/29/2009 |
| **Total Due** | **:** | **$ 70.00** |

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA  70130**

| Job No. | : | 62082 |
|---|---|---|
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137811 | 10/29/2009 | 61935 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/20/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Dr. Charles Shepard Field, Jr. (Wright vs Forest River) | | 384.75 |
| | **TOTAL DUE >>>** | **$384.75** |
| Previously shipped | | |

Tax ID: 72-1177884                    Phone: 504-566-5200   Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| | | |
|---|---|---|
| Invoice No. | : | 137811 |
| Invoice Date | : | 10/29/2009 |
| **Total Due** | : | **$ 384.75** |

Remit To: **Professional Shorthand Reporters, Inc.
601  Poydras Street
Suite 1615
New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 61935 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137634 | 10/20/2009 | 61936 |
| JOB DATE | CASE NUMBER | |
| 10/20/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| Net 30 |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

One copy of the video of:
  Dr. Charles Field                                                      130.00

                                      TOTAL DUE  >>>            **$130.00**

**Tax ID:** 72-1177884                    Phone: 504-566-5200    Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 137634 |
| Invoice Date | : | 10/20/2009 |
| **Total Due** | : | **$ 130.00** |

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61936 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112984 | 1/28/2010 | 50456 |

| Job Date | Case No. | |
|---|---|---|
| 1/19/2010 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Mike Coy | 239.21 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| James Foltz | 231.60 |

**TOTAL DUE  >>>**     **$470.81**
AFTER 2/18/2010 PAY     $494.35

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

| | | | |
|---|---|---|---|
| Job No. | : 50456 | BU ID | :SRA |
| Case No. | : MDL No. 1873 | | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Invoice No. | : 112984 | Invoice Date :1/28/2010 | |

**Total Due**   **$ 470.81**
AFTER 2/18/2010 PAY $494.35

**PAYMENT WITH CREDIT CARD**  AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stewart Richardson & Associates, Inc.**
           **One Indiana Square, Suite 2425**
           **211 N. Pennsylvania**
           **Indianapolis IN  46204**

# INVOICE



**One Indiana Square**
**Suite 2425**
**Indianapolis, IN 46204**
**317.237.3773**
**Fax: 317.237.3767**

**DEPOSITION SERVICES**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111725 | 11/16/2009 | 49597 |
| **Job Date** | **Case No.** | |
| 11/5/2009 | MDL No. 1873 | |
| **Case Name** | | |
| FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Doug Gaeddert - Forest River, Inc 30(b)(6) | 530.62 |
| | **TOTAL DUE  >>>**   **$530.62** |
| | AFTER 12/6/2009  PAY   $557.15 |

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

---

*Please detach bottom portion and return with payment.*

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

Job No.    : 49597          BU ID     : SRA
Case No.   : MDL No. 1873
Case Name  : FEMA Trailer Formaldehyde Products Liability
             Litigation

Invoice No. : 111725          Invoice Date : 11/16/2009
**Total Due  : $ 530.62**
AFTER 12/6/2009  PAY $557.15

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Stewart Richardson & Associates, Inc.**
          **One Indiana Square, Suite 2425**
          **211 N. Pennsylvania**
          **Indianapolis IN  46204**

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113809 | 3/8/2010 | 49737 |

| Job Date | Case No. | |
|---|---|---|
| 11/5/2009 | MDL No. 1873 | |

| Case Name | | |
|---|---|---|
| FEMA Trailer Formaldehyde Products Liability Litigation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

VIDEOGRAPHER FEES:
    Forest River, Inc 30(b)(6) Doug Gaeddert      363.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$363.00** |
| AFTER 3/29/2010  PAY | $381.15 |

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

| | | |
|---|---|---|
| Job No. | : 49737 | BU ID :REFERRAL |
| Case No. | : MDL No. 1873 | |
| Case Name | : FEMA Trailer Formaldehyde Products Liability Litigation | |
| Invoice No. | : 113809 | Invoice Date :3/8/2010 |
| **Total Due** | **: $ 363.00** | |

AFTER 3/29/2010  PAY  $381.15

Remit To: **Stewart Richardson & Associates, Inc.**
        **One Indiana Square, Suite 2425**
        **211 N. Pennsylvania**
        **Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23507 | 7/28/2009 | 15307 |
| **Job Date** | **Case No.** | |
| 7/7/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Karen Kaler Whitfield
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| David Garratt | 245.00 Pages | @ | 2.55 | 624.75 |
| Exhibit | 51.00 Pages | @ | 0.35 | 17.85 |
| Processing Fee | | | 55.00 | 55.00 |

**TOTAL DUE  >>>**                         **$697.60**

(-) Payments/Credits:                          0.00
(+) Finance Charges/Debits:                    0.00
**(=) New Balance:**                       **$697.60**

**Tax ID:** 53-0257990

Phone: 504-566-5216   Fax:

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 23507 |
| Invoice Date | : | 7/28/2009 |
| **Total Due** | : | **$ 697.60** |

Remit To: **Alderson Reporting Company, Inc.**
          **1155 Connecticut Ave., NW**
          **Suite 200**
          **Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 15307 |
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26058 | 10/27/2009 | 16815 |
| **Job Date** | **Case No.** | |
| 10/16/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Karen Kaler Whitfield
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Bellance "Faye" Green | | | | |
| Exhibit | 147.00 Pages | @ | 2.55 | 374.85 |
| Processing Fee | 267.00 Pages | @ | 0.35 | 93.45 |
| | | | 55.00 | 55.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$523.30** |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$523.30** |

---

**Tax ID:** 53-0257990                                        Phone: 504-566-5216   Fax:

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 26058 |
| Invoice Date | : | 10/27/2009 |
| **Total Due** | **:** | **$ 523.30** |

Remit To: **Alderson Reporting Company, Inc.**
          **1155 Connecticut Ave., NW**
          **Suite 200**
          **Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 16815 |
| BU ID | : | Affiliate |
| Case No. | : | MDL NO. 1873 |
| Case Name | : | In re: FEMA Trailer Formaldehyde Products Liability Litigation |