

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139687 | 12/7/2009 | 62506 |
| JOB DATE | CASE NUMBER | |
| 12/2/2009 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde products Liability Litigation |

| TERMS |
|---|
| Net 30 |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

ORIGINAL TRANSCRIPT OF:
   Paul Hewitt, PhD (Re: Lyndon Wright)             638.95
   GBC EXHIBIT BINDERS                                3.50

**TOTAL DUE >>>   $642.45**

Condensed to be sent to witness for reading & signing.

Tax ID: 72-1177884                                    Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 139687
Invoice Date  : 12/7/2009
**Total Due**   : **$ 642.45**

Remit To: **Professional Shorthand Reporters, Inc.**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans, LA 70130**

Job No.    : 62506
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139554 | 12/4/2009 | 62507 |
| JOB DATE | CASE NUMBER | |
| 12/2/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

One copy of the video of:
Paul Hewitt, PhD (Lyndon Wright) .......... 190.00

TOTAL DUE >>>    $190.00

**Tax ID:** 72-1177884          Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 139554
Invoice Date  : 12/4/2009
**Total Due**  : **$ 190.00**

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.    : 62507
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

# For the Record Reporting, Inc.
1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL 32317-2042
(850) 222-5491 Phone   (850) 224-5316 Fax
Tax ID: 59-3616998

---

January 27, 2010

Mr. David Kurtz, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
(504) 566-5259

| | |
|---|---|
| | **Invoice Number**<br>**C 8302** |

**Re:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation
Case No. 09-2977
Telephonic Videotaped Deposition of Robert C. James, Ph.D.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Transcript copy | Inv. No. 8302, Taken on 01/14/10 | 164.00 | 2.25 | 369.00 |
| ASCII disk - n/c | | 1.00 | 0.00 | n/c |
| Exhibit copy | | 430.00 | 0.52 | 223.60 |
| Mini-transcript and index - n/c | | 1.00 | 0.00 | n/c |
| Shipping | UPS 2ND DAY AIR | 1.00 | 11.93 | 11.93 |
| | | **Invoice total:** | | **$604.53** |
| | | After 02/26/10: | | $616.45 |
| Please call for balance after 04/27/10. | | After 03/28/10: | | $628.38 |

Payment due upon receipt.  Thank you



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141121 | 2/4/2010 | 63431 |
| JOB DATE | CASE NUMBER | |
| 1/25/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
Albert Jarrell (Re: Wright)                                             330.45
Previously shipped

                                            TOTAL DUE >>>        $330.45

**Tax ID:** 72-1177884                              Phone: 504-566-5200   Fax: 504-636-4000

--- *Please detach bottom portion and return with payment* ---

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 141121
Invoice Date  : 2/4/2010
**Total Due**   : $ 330.45

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.   : 63431
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140954 | 1/27/2010 | 63432 |
| JOB DATE | CASE NUMBER | |
| 1/25/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

One copy of the video of:
   Albert Jarrell (Wright)                                                                                   130.00

                                                                     TOTAL DUE  >>>           $130.00

**Tax ID:** 72-1177884                                                              Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.    :  140954
Invoice Date   :  1/27/2010
**Total Due**     :  **$ 130.00**

Remit To:  **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    :  63432
BU ID      :  3-VIDEO
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde Products Liability Litigation

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111758 | 11/16/2009 | 49594 |
| Job Date | Case No. | |
| 11/3/2009 | MDL No. 1873 | |

| Case Name |
|---|
| FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Elton Keifer                                                                  548.32

TOTAL DUE >>>      $548.32
AFTER 12/6/2009 PAY    $575.74

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

David Kurtz
BAKER DONELSON BEARMAN CALDWELL&
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA  70170

Job No.     : 49594          BU ID    : SRA
Case No.    : MDL No. 1873
Case Name   : FEMA Trailer Formaldehyde Products Liability
              Litigation
Invoice No. : 111758         Invoice Date : 11/16/2009
**Total Due** : **$ 548.32**
AFTER 12/6/2009 PAY $575.74

Remit To: **Stewart Richardson & Associates, Inc.
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis IN  46204**

<u>PAYMENT WITH CREDIT CARD</u>    AMEX  MC  VISA

<u>Cardholder's Name:</u>
<u>Card Number:</u>
<u>Exp. Date:</u>              Phone#:
<u>Billing Address:</u>
<u>Zip:</u>            Card Security Code:
<u>Amount to Charge:</u>

# INVOICE



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112068 | 12/2/2009 | 49734 |
| Job Date | Case No. | |
| 11/3/2009 | MDL No. 1873 | |

**Case Name**

FEMA Trailer Formaldehyde Products Liability Litigation

**Payment Terms**

Due upon receipt

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA 70170

VIDEOGRAPHER FEES:
    Elton Kiefer                                                                                                   299.00

                                            TOTAL DUE >>>          $299.00
                                            AFTER 1/1/2010 PAY      $313.95

Thank you.  Your business is appreciated.

Stewart Richardson's newest office has opened in FORT WAYNE.
Call us today for statewide coverage and beyond!

Tax ID: 35-1381218

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ, PC
201 St. Charles Avenue
Suite 3600
New Orleans LA 70170

Job No.     : 49734          BU ID    : REFERRAL
Case No.    : MDL No. 1873
Case Name   : FEMA Trailer Formaldehyde Products Liability
              Litigation
Invoice No. : 112068         Invoice Date : 12/2/2009
**Total Due : $ 299.00**
AFTER 1/1/2010 PAY $313.95

Remit To:   **Stewart Richardson & Associates, Inc.**
            **One Indiana Square, Suite 2425**
            **211 N. Pennsylvania**
            **Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**      AMEX / MC / VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



www.naegelireporting.com

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

**DAVID KURTZ ESQUIRE**
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC
201 SAINT CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/15/2009 | Invoice # | 40479 |
| Case\Assg No. | 11303-8 | Invoice Date | 12/31/2009 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

### COPY / INDEX VIDEO DEPOSITION OF BRUCE J. KELMAN

**Remarks**
FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $705.55, EXHIBITS $180.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $885.55 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $885.55 |

Net Terms: 30 Days

Phone: (800) 528-3335                                    Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**
☐ Check Enclosed
   Please Make Checks Payable to:
   **NAEGELI REPORTING CORPORATION**

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                                    Exp. Date         Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

Portland, OR  
(503) 227-1544

Spokane, WA  
(509) 838-6000



Seattle, WA  
(206) 622-3376

Coeur d'Alene, ID  
(208) 667-1163

*www.naegelireporting.com*

**DAVID KURTZ ESQUIRE**  
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC  
201 SAINT CHARLES AVENUE, SUITE 3600  
NEW ORLEANS, LA 70170

Remit to the Corporate Office:  
US Bancorp Tower  
111 S.W. Fifth Avenue, Suite 2020  
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/15/2009 | Invoice # | 40487 |
| Case\Assg No. | 11303-8 | Invoice Date | 12/31/2009 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

**VIDEOGRAPHER MEDIA COPY / DEPOSITION OF BRUCE J. KELMAN**

**Remarks**  
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $440.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $440.00 |

Net Terms: 30 Days

Phone: (800) 528-3335                                                                                   Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**  
☐ Check Enclosed  
Please Make Checks Payable to:  
**NAEGELI REPORTING CORPORATION**

Charge my credit card:  
☐ VISA ☐ MasterCard  
☐ American Express

Signature (as it appears on your credit card) _____

Print Name (as it appears on your credit card) _____

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐☐☐

Credit Card # _____    Exp. Date _____    Address (AS IT APPEARS ON BILLING STATEMENT)



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137901 | 11/2/2009 | 62077 |
| JOB DATE | CASE NUMBER | |
| 10/26/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

1 COPY OF TRANSCRIPT OF:
   Paul J. Lagrange (Re: Wright)                                                     660.60

                                                                  TOTAL DUE >>>     $660.60

Previously shipped

**Tax ID:** 72-1177884                                    Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 137901
Invoice Date  : 11/2/2009
**Total Due**     : **$ 660.60**

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    : 62077
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137875 | 10/30/2009 | 62080 |
| JOB DATE | CASE NUMBER | |
| 10/26/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Barrios, Gerardo R.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170



One copy of the video of:
Paul Lagrange                                                                 250.00

TOTAL DUE >>>     $250.00

RECEIVED NOV 03 2009

**Tax ID:** 72-1177884                              Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Barrios, Gerardo R.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 137875
Invoice Date  : 10/30/2009
**Total Due**   : **$ 250.00**

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 62080
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



PROFESSIONAL SHORTHAND
REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136553 | 9/3/2009 | 61419 |
| JOB DATE | CASE NUMBER | |
| 8/20/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

---

1 COPY OF TRANSCRIPT OF:
  Stanley Larson  85.80
1 COPY OF TRANSCRIPT OF:
  Michael Harder  120.90

**TOTAL DUE >>>**    $206.70

Previously shipped

---

**Tax ID:** 72-1177884      Phone: 504-566-5200  Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 136553 |
| Invoice Date | : | 9/3/2009 |
| **Total Due** | : | **$ 206.70** |

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 61419 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

# INVOICE

**Tiffany Alley & Associates**
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone: 770-343-9696   Fax: 770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51036 | 7/7/2009 | 28130 |
| Job Date | Case No. | |
| 6/23/2009 | | |

| Case Name |
|---|
| In Re: FEMA Trailer |

| Payment Terms |
|---|
| Due upon receipt |

Karen Kaler Whitfield
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Joseph Little

                                       519.55

**TOTAL DUE >>>**   **$519.55**

Thank you for your business!

Tax ID: 58-1952135

Phone: 504-566-5216   Fax:

*Please detach bottom portion and return with payment*

---

Karen Kaler Whitfield
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Job No.     : 28130          BU ID     : 1-TA&A
Case No.    :
Case Name   : In Re: FEMA Trailer

Invoice No. : 51036          Invoice Date : 7/7/2009
**Total Due** : **$ 519.55**

Remit To: **Tiffany Alley & Associates**
        **400 Perimeter Center Terrace, Suite 900**
        **Atlanta, GA 30346**

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140758 | 1/21/2010 | 63180 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/12/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

1 COPY OF TRANSCRIPT OF:
   Alexis Mailet, Jr. (Re: Lyndon Wright)   568.55

**TOTAL DUE >>>**   **$568.55**

Previously shipped

**Tax ID:** 72-1177884

Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 140758
Invoice Date  : 1/21/2010
**Total Due**   : **$ 568.55**

Remit To: **Professional Shorthand Reporters, Inc.**
     **601 Poydras Street**
     **Suite 1615**
     **New Orleans, LA  70130**

Job No.    : 63180
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



# COPY CENTER

601 Poydras St. Suite 1615
New Orleans, La. 70130
(504) 529-5255

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140739 | 1/20/2010 | 63427 |
| **JOB DATE** | | |
| 1/20/2010 | 1873 | |

| CASE CAPTION |
|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation |
| **TERMS** |
| Net 30 |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Copy Center
   *B/W Copies (Special Rate)                                  6,937.00  Each     @     0.05        346.85
   *Color Copy                                           2,284.00  Pages     @     0.50      1,142.00
   *CD Duplication                                    30.00  Disks     @    10.00        300.00
   *DVD Duplication                                   9.00  Each     @    15.00        135.00
   SALES TAX                                                                                    173.15
                                                                    TOTAL DUE >>>              $2,097.00

1 Copy of:
Box 1: 1388 B/W, 836 Color & 3 CDs
Box 2: 2564 B/W, 87 Color & 6 DVDs
Box 3: 829 B/W, 131 Color & 20 CDs
Box 4: 1584 B/W, 721 Color, 7 CDs & 3 DVDs
Binder Box: 572 B/W & 509 Color

Ref File: In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Wright)

**Tax ID: 72-1177884**                                                                                                  Phone: 504-566-5200    Fax:504-636-4000

*Please detach bottom portion and return with payment.*

---

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 140739
Invoice Date  : 1/20/2010
**Total Due**     **: $ 2,097.00**

Remit To: **Professional Shorthand Reporters, Inc.**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.     : 63427
BU ID      : 4-COPYCT
Case No.   : 1873
Case Name : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140524 | 1/14/2010 | 63181 |
| JOB DATE | CASE NUMBER | |
| 1/12/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

One copy of the video of:
  Alexis Mallet, Jr. (Wright)                                          250.00

**TOTAL DUE >>>**    **$250.00**

**Tax ID:** 72-1177884                     Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 140524
Invoice Date  : 1/14/2010
**Total Due**   : **$ 250.00**

Remit To: **PSR Video Services**
  **601 Poydras Street**
  **Suite 1615**
  **New Orleans, LA  70130**

Job No.    : 63181
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140731 | 1/20/2010 | 63244 |
| JOB DATE | CASE NUMBER | |
| 1/14/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
  Tyshone Marsh (Re: Lyndon T. Wright)                                                                267.05

                                                                           **TOTAL DUE >>>**    **$267.05**

**Tax ID:** 72-1177884                                                Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 140731
Invoice Date  : 1/20/2010
**Total Due**   : **$ 267.05**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    : 63244
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation