

# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140565 | 1/18/2010 | 63245 |
| JOB DATE | CASE NUMBER | |
| 1/14/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| | |
|---|---:|
| One copy of the video of:<br>   Nicole Dison (Wright) | 120.00 |
| One copy of the video of:<br>   Tyshone Marsh (Wright) | 70.00 |
| **TOTAL DUE >>>** | **$190.00** |

**Tax ID:** 72-1177884                                                                 Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 140565
Invoice Date : 1/18/2010
**Total Due**    : **$ 190.00**

Remit To:  **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    : 63245
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone: 202-289-2260   Fax: 202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23583 | 7/28/2009 | 15422 |
| Job Date | Case No. | |
| 7/14/2009 | MDL NO. 1873 | |
| Case Name | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Net 30 | | |

Karen Kaler Whitfield
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Martin McNeese     133.00 Pages @ 2.55    339.15
     Exhibit     26.00 Pages @ 0.35    9.10
     Processing Fee     55.00    55.00

**TOTAL DUE >>>    $403.25**
(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    $403.25

Tax ID: 53-0257990     Phone: 504-566-5216    Fax:

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

Invoice No.   : 23583
Invoice Date  : 7/28/2009
**Total Due   : $ 403.25**

Remit To: **Alderson Reporting Company, Inc.**
          **1155 Connecticut Ave., NW**
          **Suite 200**
          **Washington, DC 20036**

Job No.    : 15422
BU ID     : Affiliate
Case No.   : MDL NO. 1873
Case Name : In re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138091 | 11/12/2009 | 62361 |
| JOB DATE | CASE NUMBER | |
| 11/10/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

1 COPY OF TRANSCRIPT OF:
   Lawrence G. Miller, M.D.  (Lyndon T. Wright)                                842.60

                                                    TOTAL DUE >>>    $842.60

**Tax ID:** 72-1177884                                   Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   :  138091
Invoice Date  :  11/12/2009
**Total Due**    :  **$ 842.60**

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    :  62361
BU ID      :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138064 | 11/10/2009 | 62360 |
| **JOB DATE** | **CASE NUMBER** | |
| 11/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

One copy of the video of:
Dr. Lawrence Miller                                                                                                            70.00

**TOTAL DUE >>>    $70.00**

**Tax ID:** 72-1177884                                                         Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 138064
Invoice Date  : 11/10/2009
**Total Due**   : **$ 70.00**

Remit To:  **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.    : 62360
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138055 | 11/10/2009 | 62078 |
| JOB DATE | CASE NUMBER | |
| 10/27/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

ORIGINAL TRANSCRIPT OF:
   Charles David Moore, PE, PLS (Re: Wright - A.M.) .................................. 407.60
ORIGINAL TRANSCRIPT OF:
   Charles David Moore, PE, PLS (Re: Wright - P.M.) .................................. 622.40

                                                    TOTAL DUE >>>       $1,030.00

Condensed transcript sent to deponent for reading & signing

Previously shipped

**Tax ID:** 72-1177884                         Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.    :  138055
Invoice Date   :  11/10/2009
**Total Due**     :  $ 1,030.00

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.     :  62078
BU ID       :  1-REP
Case No.    :  1873
Case Name   :  In Re: FEMA Trailer Formaldehyde products
               Liability Litigation

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137883 | 10/30/2009 | 62081 |
| JOB DATE | CASE NUMBER | |
| 10/27/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Video services on the deposition of:
Charles David Moore                                                       888.75

                                            **TOTAL DUE >>>**    **$888.75**

**Tax ID:** 72-1177884                                    Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.  : 137883
Invoice Date : 10/30/2009
**Total Due**    : **$ 888.75**

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.   : 62081
BU ID     : 3-VIDEO
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

# EXECUTIVE REPORTING SERVICE
*Mail Payments to: Ulmerton Business Center*
*13555 Automobile Boulevard, Suite 100*
*Clearwater, Florida 33762*
*(727) 823-4155  FAX (727) 822-5458*
*TAX ID# 59-2477254*

Karen K. Whitfield, Esq.                           March  4, 2010
Baker, Donelson, Bearmn, Caldwell &
Berkowitz, P.C.                                    **Invoice#** 310190
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170-1000                        **Balance:**     $162.96

**Re:** Formaldehyde-Katrina FEMA Trailer Action
   Reo 3-4 hours    VMM videog
   on 12/29/09  Billed 01/15/10           <-- **48 Days Old!**
   by Sarah Murrow / Videographer Marilyn McCloskey / Reo Executive Suites, Suite 300

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of:  Travis Morris | |
|   Certified Copy Transcript Pages:  53 | 151.05 |
|   Exhibits:  4 Pages | 2.00 |
|   Postage & handling upon receipt of payment | 7.50 |

1.50% per month on unpaid balance                                     2.41

**P l e a s e   R e m i t   - - - >  Total Due:    $162.96**

**This invoice is   48  days past due, Please Remit - Thank You!**
**************************************************************



Post Office Box 98475  
Raleigh, NC 27624-8475

Phone (919) 676-1502  
Fax   (919) 676-2277

BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LA 70170
M. DAVID KURTZ, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.
DEPOSITION OF DONALD B. SNELL
& NORMAN L. NELSON

INVOICE NO.:   19156
INVOICE DATE:  1/07/2010
REPORTER:
CANDI USELMAN

ID#   56-2066632

| Date | Description | Amount |
|---|---|---:|
| 12/22/2009 | COPY - SNELL | 483.75 |
| 12/23/2009 | COPY - NELSON | 218.25 |
|  | COMPRESSED TRANSCRIPT - SNELL | 32.25 |
|  | COMPRESSED TRANSCRIPT - NELSON | 14.55 |
|  | KEYWORD INDEX - SNELL | 7.00 |
|  | KEYWORD INDEX - NELSON | 3.50 |
|  | EXHIBITS - SNELL | 80.50 |
|  | EXHIBITS - NELSON | 7.70 |
|  | DISK - EXHIBIT #3 | 10.00 |
|  | e-TRANSCRIPTS | 50.00 |
|  | POSTAGE | 22.55 |
|  | **Sub Total** | 930.05 |
|  | **Paid** | 0.00 |
|  | **Balance Due** | 930.05 |

Please include invoice number with your payment.  THANK YOU!

Thank you for placing your confidence in Garrett Reporting Service.
Invoices are payable upon receipt. A monthly charge of 1.5% will be
added after 30 days. This is an annual rate of 18%.



**GRS Legal Video Services**
Post Office Box 98475
Raleigh, NC 27624-8475

www.garrettreportingservices.com

# Invoice

Date 1/8/2010

Invoice # 20111

Baker, Donelson, Bearman, Caldwell & Berz
David Kurtz
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170

**Terms**     Due on receipt

| Description | Qty | Price | Amount |
|---|---|---|---|
| In the matter of Wright, et al. vs. Forest River, et al. - videotaped Depositions in Raleigh, NC 12-21-2009, 12-22-2009 and 12-23-2009 | | | |
| DVD Copy (per hour) (12-21-2009 Watson and Dyson) | 3 | 30.00 | 90.00 |
| DVD Copy (per hour) (12-22-2009 Polk & Snell) | 7.5 | 30.00 | 225.00 |
| DVD Copy (per hour) (12-23-2009 Nelson) | 3 | 30.00 | 90.00 |
| Postage and Handling | 1 | 4.95 | 4.95 |

Telephone: 919-676-1502
Fax: 919-676-2277
FIN: 56-2066632

Thank you for placing your confidence in GRS Legal Video Services.

**Balance Due**     $409.95

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

www.naegelireporting.com

**DAVID KURTZ ESQUIRE**
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC
201 SAINT CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/16/2009 | Invoice # | 40495 |
| Case\Assg No. | 11303-9 | Invoice Date | 12/31/2009 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

***COPY / INDEX VIDEO DEPOSITION OF JOHN D. OSTERAAS PhD***

**Remarks**
FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $569.85, EXHIBITS $365.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $934.85 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $934.85 |

Net Terms: 30 Days

Phone: (800) 528-3335                                      Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**
☐ Check Enclosed
   Please Make Checks Payable to:
   NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                                              Exp. Date       Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

Portland, OR  
(503) 227-1544

Spokane, WA  
(509) 838-6000



Seattle, WA  
(206) 622-3376

Coeur d'Alene, ID  
(208) 667-1163

www.naegelireporting.com

**DAVID KURTZ ESQUIRE**  
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC  
201 SAINT CHARLES AVENUE, SUITE 3600  
NEW ORLEANS, LA 70170

Remit to the Corporate Office:  
US Bancorp Tower  
111 S.W. Fifth Avenue, Suite 2020  
Portland, OR 97204

Tax Number: 93-1079908

| | |
|---|---|
| Asg. Date: | 12/16/2009 |
| Case\Assg No. | 11303-9 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION |

Invoice #  40500  
Invoice Date  12/31/2009

**VIDEOGRAPHER APPEARANCE FEE OF JOHN D. OSTERAAS PhD**

**Remarks**  
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $450.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $450.00 |

Net Terms: 30 Days

Phone: (800) 528-3335                                                           Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**  
☐ Check Enclosed  
Please Make Checks Payable to:  
NAEGELI REPORTING CORPORATION

Charge my credit card:  
☐ VISA   ☐ MasterCard  
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                                            Exp. Date              Address (AS IT APPEARS ON BILLING STATEMENT)



Post Office Box 98475  
Raleigh, NC 27624-8475

Phone (919) 676-1502  
Fax    (919) 676-2277

BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LA 70170
M. DAVID KURTZ, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.
DEPOSITION OF MARK J. POLK

**INVOICE NO. :** 19147  
**INVOICE DATE:** 1/07/2010  
**REPORTER:** CANDI USELMAN  

**ID#** 56-2066632

| Date | Description | Amount |
|---|---|---|
| 12/22/2009 | COPY | 256.50 |
| | COMPRESSED TRANSCRIPT | 17.10 |
| | KEYWORD INDEX | 4.50 |
| | EXHIBITS | 14.00 |
| | e-TRANSCRIPT | 25.00 |
| | MAILED WITH DYSON AND WATSON | |
| | **Sub Total** | 317.10 |
| | **Paid** | 0.00 |
| | **Balance Due** | 317.10 |

Please include invoice number with your payment.  THANK YOU!

Thank you for placing your confidence in Garrett Reporting Service.
Invoices are payable upon receipt.  A monthly charge of 1.5% will be
added after 30 days.  This is an annual rate of 18%.



**GRS Legal Video Services**
Post Office Box 98475
Raleigh, NC 27624-8475

www.garrettreportingservices.com

# Invoice

**Date** 1/8/2010

**Invoice #** 20111

Baker, Donelson, Bearman, Caldwell & Berz
David Kurtz
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

**Terms**   Due on receipt

| Description | Qty | Price | Amount |
|---|---|---|---|
| In the matter of Wright, et al. vs. Forest River, et al. - videotaped Depositions in Raleigh, NC 12-21-2009, 12-22-2009 and 12-23-2009 | | | |
| DVD Copy (per hour) (12-21-2009 Watson and Dyson) | 3 | 30.00 | 90.00 |
| DVD Copy (per hour) (12-22-2009 Polk & Snell) | 7.5 | 30.00 | 225.00 |
| DVD Copy (per hour) (12-23-2009 Nelson) | 3 | 30.00 | 90.00 |
| Postage and Handling | 1 | 4.95 | 4.95 |

Telephone: 919-676-1502
Fax: 919-676-2277
FIN: 56-2066632

Thank you for placing your confidence in GRS Legal Video Services.

**Balance Due**   $409.95


# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23528 | 7/28/2009 | 15308 |
| Job Date | Case No. | |
| 7/8/2009 | MDL NO. 1873 | |
| Case Name | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Net 30 | | |

Karen Kaler Whitfield
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

1 CERTIFIED COPY OF TRANSCRIPT OF:
  David Porter                                                                 448.80
    Exhibit                   44.00 Pages    @    0.35              15.40
    Processing Fee                                 55.00             55.00

**TOTAL DUE >>>**                                                   **$519.20**
(-) Payments/Credits:                                                 0.00
(+) Finance Charges/Debits:                                           0.00
(=) New Balance:                                                   **$519.20**

**Tax ID:** 53-0257990                                    Phone: 504-566-5216   Fax:

*Please detach bottom portion and return with payment.*

Karen Kaler Whitfield
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

Invoice No.   : 23528
Invoice Date  : 7/28/2009
**Total Due**   : **$ 519.20**

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

Job No.      : 15308
BU ID        : Affiliate
Case No.     : MDL NO. 1873
Case Name    : In re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139976 | 12/16/2009 | 62895 |
| JOB DATE | CASE NUMBER | |
| 12/9/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
    Ervin Ritter, P.E. (Re: Wright)                                                              453.75

                                                        TOTAL DUE >>>         $453.75

Previously shipped

**Tax ID:** 72-1177884                                    Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 139976
Invoice Date  : 12/16/2009
**Total Due**  : **$ 453.75**

Remit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

Job No.    : 62895
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products
             Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139858 | 12/10/2009 | 62896 |
| JOB DATE | CASE NUMBER | |
| 12/9/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| | |
|---|---|
| One copy of the video of: | |
| Ervin Ritter, PE   (Re: Lyndon Wright) | 130.00 |
| **TOTAL DUE >>>** | **$130.00** |

**Tax ID:** 72-1177884

Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 139858
Invoice Date  : 12/10/2009
**Total Due**   : **$ 130.00**

Remit To:  **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.    : 62896
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

www.naegelireporting.com

**DAVID KURTZ ESQUIRE**
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC
201 SAINT CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/14/2009 | Invoice # | 40466 |
| Case\Assg No. | 11303-7 | Invoice Date | 12/31/2009 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

*COPY / INDEX VIDEO DEPOSITION OF COREEN A. ROBBINS*

**Remarks**
FREE CONDENSED TRANSCRIPT!

TRANSCRIPT $1,195.00, EXHIBITS $197.50, DELIVERY $60.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,452.50 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,452.50 |

Net Terms: 30 Days

Phone: (800) 528-3335                                   Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**
☐ Check Enclosed
Please Make Checks Payable to:
NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                           Exp. Date          Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

www.naegelireporting.com

**DAVID KURTZ ESQUIRE**
BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ PC
201 SAINT CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 12/14/2009 | Invoice # | 40474 |
| Case\Assg No. | 11303-7 | Invoice Date | 12/31/2009 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | | |

**VIDEOGRAPHER MEDIA COPY / DEPOSITION OF COREEN A. ROBBINS**

**Remarks**
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $735.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $735.00 |

Net Terms: 30 Days

Phone: (800) 528-3335                               Fax: (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**
☐ Check Enclosed
Please Make Checks Payable to:
NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                                Exp. Date              Address (AS IT APPEARS ON BILLING STATEMENT)



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139199 | 11/23/2009 | 62391 |
| **JOB DATE** | **CASE NUMBER** | |
| 11/13/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
   William D. Scott, P.E.                                                                443.35

Previousy shipped

TOTAL DUE >>>                                                                          $443.35

**Tax ID:** 72-1177884                                                 Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 139199
Invoice Date  : 11/23/2009
**Total Due**   : **$ 443.35**

Remit To: **Professional Shorthand Reporters, Inc.**
             **601 Poydras Street**
             **Suite 1615**
             **New Orleans, LA 70130**

Job No.    : 62391
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138212 | 11/18/2009 | 62392 |
| JOB DATE | CASE NUMBER | |
| 11/13/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170



One copy of the video of:
William Scott                                                                 130.00

**TOTAL DUE >>>**     **$130.00**

**Tax ID:** 72-1177884                                       Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.    : 138212
Invoice Date   : 11/18/2009
**Total Due**  : **$ 130.00**

Remit To: **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.    : 62392
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation