

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138138 | 11/13/2009 | 62358 |
| JOB DATE | CASE NUMBER | |
| 11/9/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
Edward Halie Shwery, Ph.D. - Vol 1 (Re: Wright)     449.75
Previously shipped

**TOTAL DUE >>>**     **$449.75**

**Tax ID:** 72-1177884     Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.  : 138138
Invoice Date : 11/13/2009
**Total Due**    : **$ 449.75**

Remit To: **Professional Shorthand Reporters, Inc.**
       **601 Poydras Street**
       **Suite 1615**
       **New Orleans, LA 70130**

Job No.   : 62358
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 138087 | 11/12/2009 | 62359 |
| **JOB DATE** | **CASE NUMBER** | |
| 11/9/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| | |
|---|---:|
| One copy of the video of: | |
| Dr. Edward Shwery | 130.00 |
| TOTAL DUE >>> | $130.00 |

**Tax ID:** 72-1177884                                                Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 138087
Invoice Date  : 11/12/2009
**Total Due**   : **$ 130.00**

**Remit To:** PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA 70130

Job No.    : 62359
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139852 | 12/10/2009 | 62841 |
| **JOB DATE** | **CASE NUMBER** | |
| 12/4/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

1 COPY OF TRANSCRIPT OF:
   Kenneth B. Smith, M.D.                                              391.60

                                                    TOTAL DUE  >>>    $391.60

**Tax ID:** 72-1177884                          Phone: 504-566-5200    Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 139852
Invoice Date  : 12/10/2009
**Total Due**   : **$ 391.60**

Remit To: **Professional Shorthand Reporters, Inc.**
   **601  Poydras Street**
   **Suite 1615**
   **New Orleans, LA  70130**

Job No.     : 62841
BU ID       : 1-REP
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products Liability Litigation

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139668 | 12/7/2009 | 62842 |
| JOB DATE | CASE NUMBER | |
| 12/4/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

One copy of the video of:
Dr. Kenneth Smith (Re: Lyndon Wright) — 70.00

**TOTAL DUE >>>** $70.00

Tax ID: 72-1177884

Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 139668
Invoice Date  : 12/7/2009
**Total Due**  : **$ 70.00**

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.   : 62842
BU ID     : 3-VIDEO
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141128 | 2/4/2010 | 63530 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/29/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
   Stephen Smulski, Ph.D.                                                                 350.55

                                                                    TOTAL DUE >>>      $350.55

Previously shipped

**Tax ID:** 72-1177884                                          Phone: 504-566-5200    Fax: 504-636-4000

---*Please detach bottom portion and return with payment.*---

Whitfield, Karen K.                                 Invoice No.   : 141128
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC  Invoice Date  : 2/4/2010
201 St. Charles Avenue                              **Total Due**     : **$ 350.55**
Suite 3600
New Orleans, LA 70170


                                                    Job No.    : 63530
**Remit To:** **Professional Shorthand Reporters, Inc.**  BU ID      : 1-REP
         **601 Poydras Street**                     Case No.   : 1873
         **Suite 1615**                             Case Name  : In Re: FEMA Trailer Formaldehyde Products
         **New Orleans, LA 70130**                              Liability Litigation

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141069 | 2/2/2010 | 63531 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/29/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

One copy of the video of:
Stephen Smulski, PhD (Wright) .................................................... 130.00

TOTAL DUE >>>    $130.00

**Tax ID:** 72-1177884                            Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 141069
Invoice Date  : 2/2/2010
**Total Due**   : **$ 130.00**

MDK

**Remit To:** PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA  70130

Job No.    : 63531
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



Post Office Box 98475  
Raleigh, NC 27624-8475

Phone (919) 676-1502  
Fax    (919) 676-2277

BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LA 70170
M. DAVID KURTZ, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.
DEPOSITION OF DONALD B. SNELL
& NORMAN L. NELSON

**INVOICE NO.:** 19156  
**INVOICE DATE:** 1/07/2010  
**REPORTER:** CANDI USELMAN

**ID#** 56-2066632

| Date | Description | Amount |
|---|---|---|
| 12/22/2009 | COPY - SNELL | 483.75 |
| 12/23/2009 | COPY - NELSON | 218.25 |
| | COMPRESSED TRANSCRIPT - SNELL | 32.25 |
| | COMPRESSED TRANSCRIPT - NELSON | 14.55 |
| | KEYWORD INDEX - SNELL | 7.00 |
| | KEYWORD INDEX - NELSON | 3.50 |
| | EXHIBITS - SNELL | 80.50 |
| | EXHIBITS - NELSON | 7.70 |
| | DISK - EXHIBIT #3 | 10.00 |
| | e-TRANSCRIPTS | 50.00 |
| | POSTAGE | 22.55 |
| | **Sub Total** | 930.05 |
| | **Paid** | 0.00 |
| | **Balance Due** | 930.05 |

**Please include invoice number with your payment. THANK YOU!**

Thank you for placing your confidence in Garrett Reporting Service.
Invoices are payable upon receipt. A monthly charge of 1.5% will be
added after 30 days. This is an annual rate of 18%.



**GRS Legal Video Services**
Post Office Box 98475
Raleigh, NC 27624-8475

www.garrettreportingservices.com

# Invoice

Date 1/8/2010

Invoice # 20111

Baker, Donelson, Bearman, Caldwell & Berz
David Kurtz
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

**Terms** Due on receipt

| Description | Qty | Price | Amount |
|---|---|---|---|
| In the matter of Wright, et al. vs. Forest River, et al. - videotaped Depositions in Raleigh, NC 12-21-2009, 12-22-2009 and 12-23-2009 | | | |
| DVD Copy (per hour) (12-21-2009 Watson and Dyson) | 3 | 30.00 | 90.00 |
| DVD Copy (per hour) (12-22-2009 Polk & Snell) | 7.5 | 30.00 | 225.00 |
| DVD Copy (per hour) (12-23-2009 Nelson) | 3 | 30.00 | 90.00 |
| Postage and Handling | 1 | 4.95 | 4.95 |

Telephone: 919-676-1502
Fax: 919-676-2277
FIN: 56-2066632

Thank you for placing your confidence in GRS Legal Video Services.

**Balance Due**      $409.95

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287884 | 07/30/2009 | 01-159429 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/15/2009 | LONAMI | 1873 |

**CASE CAPTION**

FEMA Formaldehyde Products, In Re:

**TERMS**

Immediate, sold Merrill FOB facility

David Kurtz, Esquire
Baker Donaldson
201 ST. Charles Avenue,
Suite 3600
New Orleans, LA 70170

```
1 COPY & INDEX OF TRANSCRIPT OF:
     Kevin Souza                              178 Pages         445.00
        Photocopying of Exhibits            62.00 Pages          21.70
        Shipping & Handling                                      20.00

                                        TOTAL   DUE  >>>>       486.70
                                        AFTER 09/28/2009 PAY    535.37

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

PLEASE MAKE CHECKS PAYABLE TO:

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

TAX ID NO.: 20-2665382                                              (504) 566-5238

*Please detach bottom portion and return with payment.*

David Kurtz, Esquire
Baker Donaldson
201 ST. Charles Avenue,
Suite 3600
New Orleans, LA 70170

```
Invoice No.:  287884
Date        :  07/30/2009
TOTAL DUE   :     486.70
AFTER 9/28/2009 PAY :  535.37


Job No.     :  01-159429
Case No.    :  1873
FEMA Formaldehyde Products, In Re:
```

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287887 | 07/30/2009 | 06-159504 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/15/2009 | TROPAN | 1873 |

| CASE CAPTION |
|---|
| FEMA Formaldehyde Products, In Re: |
| **TERMS** |
| Immediate, sold Merrill FOB facility |

To: David Kurtz, Esquire
Baker Donaldson
201 ST. Charles Avenue,
Suite 3600
New Orleans, LA 70170

```
Videography Services for the Depo of:
    Kevin Souza
        DVD/CD                    2.00 Tapes                          100.00
                                                                      ------
                              TOTAL   DUE   >>>>                      100.00
                              AFTER 09/28/2009 PAY                    110.00

For billing questions, please call (301) 762-8282
Thank you for choosing us.  We appreciate your business.
Complimentary LAD Viewer (Synchronized video and transcript)
```

**PLEASE MAKE CHECKS PAYABLE TO:**

**LegaLink, Inc. - A Merrill Company**
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

TAX ID NO.: 20-2665382                                       (504) 566-5238

*Please detach bottom portion and return with payment.*

David Kurtz, Esquire
Baker Donaldson
201 ST. Charles Avenue,
Suite 3600
New Orleans, LA 70170

```
Invoice No.: 287887
Date       : 07/30/2009
TOTAL DUE  :      100.00
AFTER 9/28/2009 PAY : 110.00


Job No.   : 06-159504
Case No.  : 1873
FEMA Formaldehyde Products, In Re:
```

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 137967 | 11/4/2009 | 62086 |
| JOB DATE | CASE NUMBER | |
| 10/29/2009 | 1873 | |
| CASE CAPTION ||||
| In Re: FEMA Trailer Formaldehyde products Liability Litigation ||||
| TERMS ||||
| Net 30 ||||

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
  Richard A. Spector, M.D., J.D. (Re: Wright)                                554.60
Previously shipped

**TOTAL DUE >>>    $554.60**

**Tax ID:** 72-1177884                                   Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 137967
Invoice Date  : 11/4/2009
**Total Due**   : **$ 554.60**

Remit To: **Professional Shorthand Reporters, Inc.**
   **601 Poydras Street**
   **Suite 1615**
   **New Orleans, LA 70130**

Job No.   : 62086
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140578 | 1/18/2010 | 63176 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/8/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
    John W. Thompson, Jr., M.D. (Re: Wright)                                            317.70
                                                                    **TOTAL DUE >>>**   **$317.70**
Previously shipped

**Tax ID:** 72-1177884                                          Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   : 140578
Invoice Date  : 1/18/2010
**Total Due**   : **$ 317.70**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

Job No.     : 63176
BU ID       : 1-REP
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products
              Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140428 | 1/11/2010 | 63177 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/8/2010 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation ||| 
| | **TERMS** | |
| Net 30 |||

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

One copy of the video of:
   John W. Thompson, M.D. (Wright)                                                                                              130.00

                                                                                          TOTAL DUE  >>>         $130.00

**Tax ID:** 72-1177884                                                          Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 140428
Invoice Date  : 1/11/2010
**Total Due**   : $ 130.00

Remit To:  **PSR Video Services**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans, LA  70130**

Job No.    : 63177
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



Post Office Box 98475  
Raleigh, NC 27624-8475

**Garrett REPORTING SERVICES, INC.**  
*Professional Stenomask for the Record*

Phone (919) 676-1502  
Fax    (919) 676-2277

BAKER DONELSON BEARMAN CALDWELL  
& BERKOWITZ, PC  
201 ST. CHARLES AVENUE  
SUITE 3600  
NEW ORLEANS, LA 70170  
M. DAVID KURTZ, ESQ.

WRIGHT, ET AL. v. FOREST RIVER, INC.  
DEPOSITION OF TONY WATSON  
& WILLIAM DYSON, PhD

INVOICE NO.:  19138  
INVOICE DATE:  1/07/2010  
REPORTER:  
CANDI USELMAN

ID#  56-2066632

| Date | Description | Amount |
|---|---|---|
| 12/21/2009 | COPY - WATSON | 121.50 |
| | COPY - DYSON | 130.50 |
| | COMPRESSED TRANSCRIPT - WATSON | 8.10 |
| | COMPRESSED TRANSCRIPT - DYSON | 8.70 |
| | KEYWORD INDEX - WATSON | 2.25 |
| | KEYWORD INDEX - DYSON | 2.75 |
| | EXHIBITS - WATSON | 17.15 |
| | EXHIBITS - DYSON | 8.05 |
| | e-TRANSCRIPTS | 50.00 |
| | POSTAGE | 13.50 |
| | **Sub Total** | 362.50 |
| | **Paid** | 0.00 |
| | **Balance Due** | 362.50 |

**Please include invoice number with your payment. THANK YOU!**

Thank you for placing your confidence in Garrett Reporting Service.  
Invoices are payable upon receipt. A monthly charge of 1.5% will be  
added after 30 days. This is an annual rate of 18%.



**GRS Legal Video Services**
Post Office Box 98475
Raleigh, NC 27624-8475

www.garrettreportingservices.com

# Invoice

Date 1/8/2010

Invoice # 20111

Baker, Donelson, Bearman, Caldwell & Berz
David Kurtz
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170

**Terms**   Due on receipt

| Description | Qty | Price | Amount |
|---|---|---|---|
| In the matter of Wright, et al. vs. Forest River, et al. - videotaped Depositions in Raleigh, NC 12-21-2009, 12-22-2009 and 12-23-2009 | | | |
| DVD Copy (per hour) (12-21-2009 Watson and Dyson) | 3 | 30.00 | 90.00 |
| DVD Copy (per hour) (12-22-2009 Polk & Snell) | 7.5 | 30.00 | 225.00 |
| DVD Copy (per hour) (12-23-2009 Nelson) | 3 | 30.00 | 90.00 |
| Postage and Handling | 1 | 4.95 | 4.95 |

Telephone: 919-676-1502
Fax: 919-676-2277
FIN: 56-2066632

Thank you for placing your confidence in GRS Legal Video Services.

**Balance Due**   $409.95



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20819 | 2/3/2010 | 16058 |
| Job Date | Case No. | |
| 1/25/2010 | | |
| Case Name | | |
| Lyndon Wright vs. Forest River | | |
| Payment Terms | | |
| Due upon receipt | | |

Whitfield, Karen K.
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
suite 3600
New Orleans, LA 70170



| Deposition of | | | | |
|---|---|---|---|---|
| Dr. James Wedner | 123.00 Pages | @ | 1.95 | 239.85 |
| Condensed Transcript (4 per page) w/word index | | | 0.00 | 0.00 |
| E-Transcript | | | 0.00 | 0.00 |
| Exhibits (scanned PDF) | 42.00 Pages | @ | 0.35 | 14.70 |
| Fed Ex NDA | | | 40.00 | 40.00 |
| Transcript/exhibit archive | | | 7.50 | 7.50 |
| | | TOTAL DUE >>> | | $302.05 |

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
suite 3600
New Orleans, LA 70170

Job No.      : 16058             BU ID      : GorePerry
Case No.     :
Case Name    : Lyndon Wright vs. Forest River

Invoice No.  : 20819             Invoice Date : 2/3/2010
**Total Due  : $ 302.05**

Remit To: **GorePerry Reporting & Video**
         **515 Olive St., Suite 700**
         **Saint Louis, MO 63101**

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: