

**GorePerry**
REPORTING & VIDEO
(314) 241-6750  800-878-6750
Fax (314) 241-5070

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20863 | 2/4/2010 | 16059 |
| Job Date | | Case No. |
| 1/25/2010 | | |
| Case Name | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Due upon receipt | | |

Whitfield, Karen K.
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
suite 3600
New Orleans, LA 70170

Videotaped Deposition of
Dr. James Wedner
  Video: Synchronized MPEG-1 on CD/DVD                187.50    187.50
  Federal Express GRND                                  0.00     10.00

                                   TOTAL DUE >>>              $197.50

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue
suite 3600
New Orleans, LA 70170

Job No.      : 16059           BU ID        : GorePerry
Case No.     :
Case Name    : In Re: FEMA Trailer Formaldehyde Products
               Liability Litigation
Invoice No.  : 20863           Invoice Date : 2/4/2010
**Total Due** : **$ 197.50**

Remit To: **GorePerry Reporting & Video**
          **515 Olive St., Suite 700**
          **Saint Louis, MO 63101**

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139763 | 12/8/2009 | 62508 |
| **JOB DATE** | **CASE NUMBER** | |
| 12/3/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

1 COPY OF TRANSCRIPT OF:
   Patricia M. Williams, Ph.D., DABT (Re:  Wright)                                820.65

                                            **TOTAL DUE  >>>**        **$820.65**

**Tax ID:** 72-1177884                                   Phone: 504-566-5200   Fax:504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 139763
Invoice Date  : 12/8/2009
**Total Due**  : **$ 820.65**

Remit To:  **Professional Shorthand Reporters, Inc.
           601  Poydras Street
           Suite 1615
           New Orleans, LA  70130**

Job No.     : 62508
BU ID       : 1-REP
Case No.    : 1873
Case Name   : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141638 | 3/2/2010 | 62509 |
| JOB DATE | CASE NUMBER | |
| 12/3/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170



One copy of the video of:
  Patricia Williams, PhD, DABT (Lyndon Wright)            120.00

                                      TOTAL DUE >>>      $120.00

**Tax ID: 72-1177884**                    Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.  : 141638
Invoice Date : 3/2/2010
**Total Due**  : $ 120.00

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

Job No.   : 62509
BU ID     : 3-VIDEO
Case No.  : 1873
Case Name : In Re:  FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140409 | 1/8/2010 | 63159 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/5/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

---

1 COPY OF TRANSCRIPT OF:
   Bobbie R. Wright (Re: Wright)     428.80
1 COPY OF TRANSCRIPT OF:
   Michelle C. Wright (Re: Wright)     48.90

**TOTAL DUE >>>**     **$477.70**

Transcript(s) previously shipped

---

**Tax ID:** 72-1177884     Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Invoice No.   :  140409
Invoice Date  :  1/8/2010
**Total Due**   :  **$ 477.70**

Remit To: **Professional Shorthand Reporters, Inc.**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA 70130**

Job No.    :  63159
BU ID     :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140474 | 1/13/2010 | 63296 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/5/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| | |
|---|---|
| One copy of the video of: Bobbie R. Wright | 240.00 |
| One copy of the video of: Michelle C. Wright | 70.00 |
| **TOTAL DUE >>>** | **$310.00** |

MDK

Tax ID: 72-1177884                                     Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.    : 140474
Invoice Date   : 1/13/2010
**Total Due**      : **$ 310.00**

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

Job No.    : 63296
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 135623 | 7/22/2009 | 60639 |
| **JOB DATE** | **CASE NUMBER** | |
| 7/10/2009 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| Net 30 | | |

Whitfield, Karen
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
#3 Sanctuary Boulevard Suite 201
Mandeville, LA 70471

---

1 COPY OF TRANSCRIPT OF:
  Lyndon Wright                                                                 635.05
Previously shipped

                                                    TOTAL DUE >>>        $635.05

---

**Tax ID:** 72-1177884                                      Phone: 985-819-8400   Fax:

*Please detach bottom portion and return with payment.*

Whitfield, Karen
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
#3 Sanctuary Boulevard Suite 201
Mandeville, LA 70471

Invoice No.   : 135623
Invoice Date  : 7/22/2009
**Total Due**     : **$ 635.05**

Remit To: **Professional Shorthand Reporters, Inc.**
            **601 Poydras Street**
            **Suite 1615**
            **New Orleans, LA 70130**

Job No.    : 60639
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141637 | 3/2/2010 | 60640 |
| JOB DATE | CASE NUMBER | |
| 7/7/2009 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170



One copy of the video of:
Lyndon T. Wright ............................................................ 240.00

TOTAL DUE >>> $240.00

**Tax ID:** 72-1177884                                    Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

---

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| | | |
|---|---|---|
| Invoice No. | : | 141637 |
| Invoice Date | : | 3/2/2010 |
| **Total Due** | : | **$ 240.00** |

| | | |
|---|---|---|
| Job No. | : | 60640 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

Remit To: **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140409 | 1/8/2010 | 63159 |
| JOB DATE | CASE NUMBER | |
| 1/5/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Whitfield, Karen K.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1 COPY OF TRANSCRIPT OF:
   Bobbie R. Wright (Re: Wright)                               428.80
1 COPY OF TRANSCRIPT OF:
   Michelle C. Wright (Re: Wright)                              48.90

                                           **TOTAL DUE >>>    $477.70**

Transcript(s) previously shipped

**Tax ID:** 72-1177884                              Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Whitfield, Karen K.                              Invoice No.   : 140409
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC    Invoice Date  : 1/8/2010
201 St. Charles Avenue                           **Total Due    : $ 477.70**
Suite 3600
New Orleans, LA 70170

                                                 Job No.    : 63159
Remit To: **Professional Shorthand Reporters, Inc.**    BU ID      : 1-REP
          **601 Poydras Street**                 Case No.   : 1873
          **Suite 1615**                         Case Name  : In Re: FEMA Trailer Formaldehyde products
          **New Orleans, LA 70130**                          Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140474 | 1/13/2010 | 63296 |
| JOB DATE | CASE NUMBER | |
| 1/5/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| TERMS | | |
| Net 30 | | |

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

| | |
|---|---|
| One copy of the video of:<br>  Bobbie R. Wright | 240.00 |
| One copy of the video of:<br>  Michelle C. Wright | 70.00 |
| **TOTAL DUE >>>** | **$310.00** |

MDK

**Tax ID:** 72-1177884                                    Phone: 504-566-5200    Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Kurtz, David
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

Invoice No.   : 140474
Invoice Date  : 1/13/2010
**Total Due**     : **$ 310.00**

Remit To: **PSR Video Services**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.    : 63296
BU ID      : 3-VIDEO
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde products Liability Litigation

Anchor Court Reporting

P.O. Box 12444
Pensacola, FL 32591

# Invoice

| Date | Invoice # |
|---|---|
| 2/10/2010 | 10-0510PE |

**Bill To**

DAVID KURTZ, ESQUIRE
BAKER, DONELSON
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LA 70170

| Terms | Federal I.D. No. |
|---|---|
|  | 59-3062292 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
|  |  | IN RE: FEMA TRAILER VIDEOTAPED DEPOSITION TAKEN ON 1/22/10  Edith Young, 197 pgs |  |  |
| Transcript Copy | 197 | TRANSCRIPT, 1 COPY | 2.00 | 394.00 |
| B&W exhibit | 112 |  | 0.25 | 28.00 |
| Condensed Tra... | 1 | CONDENSED TRANSCRIPT & WORD INDEX - NO CHARGE | 0.00 | 0.00 |
| Fed Ex | 1 |  | 28.00 | 28.00 |

**Total**   $450.00

PAYMENT DUE UPON RECEIPT

12% interest will be added to invoices not paid within 30 days

| Phone # | Fax # | E-mail |
|---|---|---|
| 850-432-2511 | 850-432-2302 | anchorreporters@aol.com |

Anchor Court Reporting

P.O. Box 12444
Pensacola, FL 32591

# Invoice

| Date | Invoice # |
|---|---|
| 2/23/2010 | 10-0662ACR |

**Bill To**

DAVID KURTZ, ESQUIRE
BAKER, DONELSON
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LA 70170

| Terms | Federal I.D. No. |
|---|---|
|  | 59-3062292 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| DVD Copies | 1 | IN RE: FEMA TRAILER VIDEOTAPED DEPOSITION TAKEN ON 1/22/10<br>Edith Young | 105.00 | 105.00 |
| Mailing | 1 |  | 16.00 | 16.00 |

MJK

**Total** $121.00

PAYMENT DUE UPON RECEIPT

12% interest will be added to invoices not paid within 30 days

| Phone # | Fax # | E-mail |
|---|---|---|
| 850-432-2511 | 850-432-2302 | anchorreporters@aol.com |