# SHAW ENVIRONMENTAL, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO ASSESS TAXABLE COSTS

# EXHIBIT "B"

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
|---|---|

| INVOICE NO: 20100047 | |
|---|---|
| Michael David Kurtz<br>Baker Donelson<br>201 St. Charles Avenue<br>Suite 3600<br>New Orleans, LA 70170<br>Phone:   (504) 566-5279 | **MAKE CHECKS PAYABLE TO:**<br>JODI SIMCOX, RMR, FCRR<br>United States Court Reporter<br>500 Poydras Street<br>Room HB-406<br>New Orleans, LA 70130<br>Phone:    (504) 589-7780<br><br>*jodi_simcox@laed.uscourts.gov* |

| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 03-15-2010 | DATE DELIVERED: 03-24-2010 |
|---|---|---|

**Case Style:** 09-CV-2977-N, Lyndon Wright, et al v Forest River, Inc., et al
Afternoon Sessions - 3/15/10 - 3/24/10; cost of transcript and realtime feeds split three ways; one additional copy provided

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 473 | 6.05 | 2,861.65 | 945 | 1.20 | 1,134.00 | 1418 | 0.90 | 1,276.20 | 5,271.85 |
| Hourly | | | | | | | | | | |
| Realtime | 473 | 3.05 | 1,442.65 | 945 | 1.20 | 1,134.00 | | | | 2,576.65 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 7,848.50 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $7,848.50 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

| AO 44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA | | |
|---|---|---|---|
| INVOICE NO: 20100044 | | | |

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| DAVID KURTZ, ESQUIRE<br>BAKER DONELSON CALDWELL & BERKOWITZ<br>201 ST. CHARLES AVENUE, SUITE 3500<br>NEW ORLEANS, LA 70170<br><br>Phone: (504) 566-5258<br>FAX: (504) 636-3959<br><br>dkurtz@bakerdonelson.com | CATHY PEPPER, CCR RMR CRR<br>Official Court Reporter<br>500 Poydras St, Room B406<br>New Orleans, LA 70130<br><br>Phone: (504) 589-7779<br>FAX (504) 589-7726<br><br>cathy_pepper@laed.uscourts.gov |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 03-29-2010 | DATE DELIVERED: 03-29-2010 |
|---|---|---|

Case Style: MDL-1873, IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
DAILY COPY AND REALTIME TRANSCRIPTS OF PROCEEDINGS HELD BEFORE THE
HONORABLE KURT D. ENGELHARDT ON MARCH 15-29, 2010.
COST SPLIT EVENLY BETWEEN PARTIES.
JODI SIMCOX & TONI TUSA WILL BILL SEPARATELY

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 306 | 6.05 | 1,851.30 | 613 | 1.20 | 735.60 | 919 | 0.90 | 827.10 | 3,414.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 306 | 3.05 | 933.30 | 613 | 1.20 | 735.60 | | | | 1,668.90 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 5,082.90 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | | TAX (If Applicable): | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | | TOTAL REFUND: | | |
| | Date Paid: | | | Amt: | | | | TOTAL DUE: | | $5,082.90 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 04-01-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
|---|---|

| INVOICE NO: 20100041 |
|---|

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Michael David Kurtz, Esq.<br>Baker Donelson Bearman<br>Caldwell & Berkowitz<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170<br><br>Phone: (504) 566-5206<br><br>dkurtz@bakerdonelson.com | Toni Doyle Tusa, CCR, FCRR<br>Official Court Reporter<br>500 Poydras Street, HB-406<br>New Orleans, LA 70130<br><br>Phone: (504) 589-7778<br>FAX:   (504) 589-7726<br><br>tdtusa1@aol.com |

| ☐ CRIMINAL  [X] CIVIL | DATE ORDERED: 03-23-2010 | DATE DELIVERED: 03-25-2010 |
|---|---|---|

**Case Style:** 09-CV-2977-N, Lyndon Wright, et al v Forest River, Inc., et al
Morning Sessions, 3/23/10 - 3/25/10; cost of transcript and realtime feeds split three ways; one additional copy provided

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 128 | 6.05 | 774.40 | 256 | 1.20 | 307.20 | 384 | 0.90 | 345.60 | 1,427.20 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 128 | 3.05 | 390.40 | 256 | 1.20 | 307.20 | | | | 697.60 |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 2,124.80 |
| | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | |
| | | | | | | | | | TAX (If Applicable): | |
| | | | | | | | | LESS AMOUNT OF DEPOSIT: | | |
| | | | | | | | | | TOTAL REFUND: | |
| | | | | | | | | | TOTAL DUE: | $2,124.80 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Toni Doyle Tusa, CCR, FCRR* | DATE 04-01-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*