# SHAW ENVIRONMENTAL, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO ASSESS TAXABLE COSTS

# EXHIBIT "C"

Shaw Environmental, Inc. is entitled to an award of $1,858.99 pursuant to 28 U.S.C. § 1920(3) for "fees and disbursements for ... witnesses":

| | |
|---|---|
| $ 200.00 | Witness attendance fees pursuant to 28 U.S.C. § 1821(b):<br><br>$160.00 for Dr. John Osteraas – [Deposition - December 16, 2009; Trial testimony March 24 and 25, 2010; 1 day of travel]<br><br>$ 40.00 for Dr. Geoffrey Compeau [Trial testimony March 24, 2010] |
| $1,463.74 | Travel expenses for Dr. Osteraas' trial attendance pursuant to 28 U.S.C. § 1821(c) |
| $ 195.25 | Subsistence allowance for Dr. Osteraas pursuant to 28 U.S.C. § 1821(d):   [M&IE:  2 days @ $71.00; 1 day @ $53.25] |

**Lynne Palm**

From: Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent: Monday, April 05, 2010 3:58 PM
To: Lynne Palm
Subject: Ticketless Confirmation - OSTERAAS/JOHN DAVID - QGHB72



Receipt and Itinerary as of 04/05/10 5:58 PM

**Confirmation Number QGHB72**

Confirmation Date: 03/13/10
Received: JOHN OSTERAAS

Be prepared when you get there!
Consult Travel Guide for relevant tips from real travelers.

**Passenger Information**

| Passenger Name | Account Number | Ticket # | Expiration |
|---|---|---|---|
| OSTERAAS/JOHN DAVID | 000000022260556 | 5262188434676 | 03/13/11 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Itinerary**

**Depart: SAN JOSE CA to NEW ORLEANS LA**

| Date | Flight | Routing Details |
|---|---|---|
| Sat Mar 20 | # 1470 | Depart SAN JOSE CA (SJC) at 12:20 PM |
| | | Arrive in PHOENIX AZ (PHX) at 2:05 PM |
| | # 2395 | Change planes in PHOENIX AZ (PHX) departing at 3:55 PM |
| | | Arrive in NEW ORLEANS LA (MSY) at 8:50 PM |

**Cost and Payment Summary**

| | |
|---|---|
| Base Fare | $394.42 |
| + Excise Taxes | $29.58 |
| **Advertised Fare** | **$424.00** |
| + Segment Fee | $7.40 |
| + Passenger Facility Fee | $9.00 |
| + Security Fee[1] | $5.00 |
| **Total Payment:** | **$445.40**   x2 = $890.80 |

[1] Security Fee is the government-imposed September 11th Security Fee.

Current payment(s)
  03/16/10 Ticket Exchange 5262187882101 $445.40
  REFUND ON 03/16/10 TO Mastercard XXXXXXXXXXX5601 3.00

**Fare Rule(s)**

All travel involving funds from this Confirmation Number must be completed by the expiration

1

Telephone #_____

---

**CAB COMPANY**

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date __3/26/10_____, 20_____

Amount of Fare   $___33___

Other Charges    $___4___

Total............. $___37___

Driver's Name_____

Cab Number_____

---

# WE'RE JAZZED YOU'RE HERE!

CAB COMPANY __SARA__

TELEPHONE # __504-926-646__

PASSENGER RECEIPT, TAXI FARE

DATE __3/20/10__

Amount...........................$ __33__

Other Charges __TIP__.........$ __4__

Total...............................$ __37__

Driver's Name _____ Cell _____

Cab Number _____

**NEW ORLEANS & COMPANY**

w new orleans
333 poydras street
new orleans, la 70130
504 525 9444

EXPLORE WHOTELS.COM



NEW ORLEANS

| guest | | room rate | 1208 | travel agent | |
|---|---|---|---|---|---|
| John Osteraas | | no. pers | 219.00 | | |
| | | folio | 1 | | |
| 3237 S Court | | page | 435727   EX-A | charge to | |
| Palo Alto, CA 94306 | | arrive | 2 | | |
| | | depart | 23-MAR-10   20:03 | | |
| | | payment | 26-MAR-10 | | |
| DATE | REFERENCE | DESCRIPTION | MC | | CHARGES/CREDITS |

EXPENSE REPORT SUMMARY
| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 23-MAR-10 | 249.47 | 0.00 | 13.72 | 1.23 | 264.42 | 0.00 |
| 24-MAR-10 | 249.47 | 0.00 | 0.00 | 0.00 | 249.47 | 0.00 |
| 25-MAR-10 | 249.47 | 0.00 | 13.72 | 1.23 | 264.42 | 0.00 |
| Total | 748.41 | 0.00 | 27.44 | 2.46 | 778.31 | 0.00 |

Were your wishes granted? Let me know, GMAngela.Thompson@whotels.com Explore a World of Wonder 24/7/365 at wresidences.com!

As a Starwood Preferred Guest you have earned at least 1331 Starpoints for this visit 613332711

John Osteraas
FOLIO   435727   23-MAR-10