# SHAW ENVIRONMENTAL, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO ASSESS TAXABLE COSTS

# EXHIBIT "D"

# Venue Docket, LLC

700 Elmwood Park Boulevard
Harahan, LA 70123

Voice: 504-602-6300
Fax: 504-602-6301

# INVOICE

Invoice Number: NO1209007
Invoice Date: Dec 8, 2009
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Baker, Donelson, Bearman, Caldwell & Be<br>201 St. Charles Av.<br>Suite 3600<br>New Orleans, LA 70170 | Patrice Torres<br>201 St. Charles Avenue<br>Suite 3600<br>New Orleans, LA 70170 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| BAKER N.O. | 2900197-28 | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Farmer | Hand Deliver | | 12/23/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 6,769.00 | Grade C | Medium Litigation Black & White Copies | 0.13 | 879.97 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 879.97 |
| Sales Tax | 79.20 |
| Total Invoice Amount | 959.17 |
| Payment/Credit Applied | |
| **TOTAL** | **959.17** |

Overdue invoices are subject to late charges.

# Venue Docket, LLC
700 Elmwood Park Boulevard
Harahan, LA 70123

Voice: 504-602-6300
Fax: 504-602-6301

# INVOICE

Invoice Number: NO0110033
Invoice Date: Jan 20, 2010
Page: 1

*Duplicate*

**Bill To:**
Baker, Donelson, Bearman, Caldwell & Be
201 St. Charles Av.
Suite 3600
New Orleans, LA 70170

**Ship to:**
Patrice Torres
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BAKER N.O. | 2900197-28 | Net 15 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Farmer | Hand Deliver | | 2/4/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 777.00 | Grade C | Medium Litigation Black & White Copies | 0.12 | 93.24 |

| | |
|---|---|
| Subtotal | 93.24 |
| Sales Tax | 8.39 |
| Total Invoice Amount | 101.63 |
| Payment/Credit Applied | |
| **TOTAL** | **101.63** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

Tax ID# 42-1667030

# INVOICE

| | |
|---|---|
| Invoice Number: | NO0310016 |
| Invoice Date: | Mar 11, 2010 |
| Page: | 1 |

Voice: 504-602-6300
Fax: 504-602-6301

**Bill To:**
Baker, Donelson, Bearman, Caldwell & Be
201 St. Charles Av.
Suite 3600
New Orleans, LA 70170

**Ship to:**
Patrice Torres
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BAKER N.O. | 2900192-28 | Net 15 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Farmer | Hand Deliver | | 3/26/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,106.00 | COLOR COPIES | Color Copies | 0.75 | 829.50 |

| | |
|---|---|
| Subtotal | 829.50 |
| Sales Tax | 74.66 |
| Total Invoice Amount | 904.16 |
| Payment/Credit Applied | |
| **TOTAL** | **904.16** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

# Venue Docket, LLC

700 Elmwood Park Boulevard
Harahan, LA 70123

Voice: 504-602-6300
Fax: 504-602-6301

42-1667030

# INVOICE

Invoice Number: NO1009054
Invoice Date: Oct 27, 2009
Page: 1

*Duplicate*

**Bill To:**

Baker, Donelson, Bearman, Caldwell & Be
201 St. Charles Av.
Suite 3600
New Orleans, LA 70170

**Ship to:**

Patrice Torres
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BAKER N.O. | 2900197-000028 | Net 15 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| Farmer | Hand Deliver | | 11/11/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,142.00 | Images | Images burned to CD | 0.12 | 137.04 |
| 112.00 | FileNaming | File Naming & Digital Label Endorsements | 0.25 | 28.00 |
| 1.00 | MASTER CD | Master CD of Images | 10.00 | 10.00 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 175.04 |
| Sales Tax | 15.75 |
| Total Invoice Amount | 190.79 |
| Payment/Credit Applied | |
| **TOTAL** | **190.79** |

Overdue invoices are subject to late charges.

# Venue Docket, LLC

700 Elmwood Park Boulevard
Harahan, LA 70123

# INVOICE

| | |
|---|---|
| Invoice Number: | NO1109051 |
| Invoice Date: | Nov 30, 2009 |
| Page: | 1 |

*Duplicate*

Voice: 504-602-6300
Fax: 504-602-6301

**Bill To:**

Baker, Donelson, Bearman, Caldwell & Be
201 St. Charles Av.
Suite 3600
New Orleans, LA 70170

**Ship to:**

Patrice Torres
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| BAKER N.O. | 2900197-28 | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Farmer | Hand Deliver | | 12/15/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,996.00 | Images | Images burned to CD | 0.11 | 219.56 |
| 2,062.00 | Electronic Label | Image E-Labeled | 0.03 | 61.86 |
| 66.00 | COLOR IMAGES | Color Images burned to CD | 0.85 | 56.10 |
| 2.00 | MASTER CD | Master CD of Images | 10.00 | 20.00 |
| 3.00 | CD to CD | CD Duplication and Labeling | 10.00 | 30.00 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 387.52 |
| Sales Tax | 34.88 |
| Total Invoice Amount | 422.40 |
| Payment/Credit Applied | |
| **TOTAL** | **422.40** |

Overdue invoices are subject to late charges.

# Venue Docket, LLC

700 Elmwood Park Boulevard
Harahan, LA 70123

Voice: 504-602-6300
Fax:   504-602-6301

# INVOICE

Invoice Number: NO1209012
Invoice Date:   Dec 9, 2009
Page:           1

*Duplicate*

**Bill To:**

Baker, Donelson, Bearman, Caldwell & Be
201 St. Charles Av.
Suite 3600
New Orleans, LA 70170

**Ship to:**

Patrice Torres
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| BAKER N.O. | 2900197-28 | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Farmer | Hand Deliver | | 12/24/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 10,338.00 | Images | Images burned to CD | 0.13 | 1,343.94 |
| 10,338.00 | Electronic Label | Image E-Labeled | 0.03 | 310.14 |
| 5.00 | MASTER CD | Master CD of Images | 10.00 | 50.00 |

|  |  |
|---|---|
| Subtotal | 1,704.08 |
| Sales Tax | 153.37 |
| Total Invoice Amount | 1,857.45 |
| Payment/Credit Applied |  |
| **TOTAL** | **1,857.45** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

# Venue Docket, LLC

700 Elmwood Park Boulevard
Harahan, LA 70123

Voice: 504-602-6300
Fax: 504-602-6301

# INVOICE

Invoice Number: NO1209017
Invoice Date: Dec 10, 2009
Page: 1

*Duplicate*

**Bill To:**
Baker, Donelson, Bearman, Caldwell & Be
201 St. Charles Av.
Suite 3600
New Orleans, LA 70170

**Ship to:**
Patrice Torres
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| BAKER N.O. | 2900197-28 | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Farmer | Hand Deliver | | 12/25/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 24.00 | CD to CD | CD Duplication and Labeling | 20.00 | 480.00 |
| 1,113.00 | Electronic Label | Image E-Labeled | 0.03 | 33.39 |

| | |
|---|---|
| Subtotal | 513.39 |
| Sales Tax | 46.21 |
| Total Invoice Amount | 559.60 |
| Payment/Credit Applied | |
| **TOTAL** | **559.60** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

# Venue Docket, LLC
700 Elmwood Park Boulevard
Harahan, LA 70123

# INVOICE

Invoice Number: NO0110059
Invoice Date: Jan 29, 2010
Page: 1

Voice: 504-602-6300
Fax: 504-602-6301

*Duplicate*

**Bill To:**
Baker, Donelson, Bearman, Caldwell & Be
201 St. Charles Av.
Suite 3600
New Orleans, LA 70170

**Ship to:**
Patrice Torres
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| BAKER N.O. | 2900197-28 | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Farmer | Hand Deliver | | 2/13/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 756.00 | Images | Images burned to CD | 0.14 | 105.84 |
| 756.00 | Electronic Label | Image E-Labeled | 0.03 | 22.68 |
| 4.00 | MASTER CD | Master CD of Images | 10.00 | 40.00 |

| | |
|---|---|
| Subtotal | 168.52 |
| Sales Tax | 15.17 |
| Total Invoice Amount | 183.69 |
| Payment/Credit Applied | |
| **TOTAL** | **183.69** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Lyndon Wright v. Forest River, Inc. and Shaw Environmental, Inc. (09-2977)**
**In re: FEMA Trailer Formaldehyde Products Liability Litigation**
**MDL No. 07-md-1873, USDC, E.D. La.**

**Taxable Costs for Wright Bellwether Trial (09-2977)**
(Portion of In-House Copy Costs)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/13/2009 | Copy; Lt, 604 Page(s) | $60.40 |
| 5/14/2009 | Copy; Lt, 24 Page(s) | $2.40 |
| 5/14/2009 | Copy; Lt, 29 Page(s) | $2.90 |
| 5/14/2009 | Copy; Lt, 34 Page(s) | $3.40 |
| 5/18/2009 | Copy; Lt, 30 Page(s) | $3.00 |
| 5/22/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 5/22/2009 | Copy; Lt, 24 Page(s) | $2.40 |
| 5/26/2009 | Copy; Lt, 72 Page(s) | $7.20 |
| 6/3/2009 | Copy; Lt, 22 Page(s) | $2.20 |
| 6/5/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 6/8/2009 | Copy; Lt, 22 Page(s) | $2.20 |
| 6/10/2009 | Copy; Lt, 140 Page(s) | $14.00 |
| 6/12/2009 | Copy; Lt, 32 Page(s) | $3.20 |
| 6/22/2009 | Copy; Lt, 30 Page(s) | $3.00 |
| 6/23/2009 | Copy; Lt, 120 Page(s) | $12.00 |
| 6/25/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 7/1/2009 | Copy; Lt, 902 Page(s) | $90.20 |
| 7/6/2009 | Copy; Lt, 34 Page(s) | $3.40 |
| 7/9/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 7/16/2009 | Copy; Lt, 136 Page(s) | $13.60 |
| 7/17/2009 | Copy; Lt, 35 Page(s) | $3.50 |
| 7/17/2009 | Copy; Lt, 353 Page(s) | $35.30 |
| 7/17/2009 | Copy; Lt, 597 Page(s) | $59.70 |
| 7/20/2009 | Copy; Lt, 26 Page(s) | $2.60 |
| 7/20/2009 | Copy; Lt, 40 Page(s) | $4.00 |
| 7/20/2009 | Copy; Lt, 65 Page(s) | $6.50 |
| 7/20/2009 | Copy; Lt, 132 Page(s) | $13.20 |
| 7/20/2009 | Copy; Lt, 2315 Page(s) | $231.50 |
| 7/22/2009 | Copy; Lt, 68 Page(s) | $6.80 |
| 7/24/2009 | Copy; Lt, 39 Page(s) | $3.90 |
| 7/24/2009 | Copy; Lt, 44 Page(s) | $4.40 |
| 7/24/2009 | Copy; Lt, 228 Page(s) | $22.80 |
| 7/24/2009 | Copy; Lt, 1100 Page(s) | $110.00 |
| 7/28/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 7/28/2009 | Copy; Lt, 35 Page(s) | $3.50 |
| 7/28/2009 | Copy; Lt, 82 Page(s) | $8.20 |
| 7/28/2009 | Copy; Lt, 236 Page(s) | $23.60 |
| 7/28/2009 | Copy; Lt, 243 Page(s) | $24.30 |
| 7/28/2009 | Copy; Lt, 1991 Page(s) | $199.10 |
| 7/29/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 7/29/2009 | Copy; Lt, 28 Page(s) | $2.80 |
| 7/29/2009 | Copy; Lt, 62 Page(s) | $6.20 |
| 7/29/2009 | Copy; Lt, 101 Page(s) | $10.10 |
| 7/29/2009 | Copy; Lt, 474 Page(s) | $47.40 |
| 7/30/2009 | Copy; Lt, 109 Page(s) | $10.90 |
| 7/31/2009 | Copy; Lt, 48 Page(s) | $4.80 |

### Taxable Costs for Wright Bellwether Trial (09-2977)
(Portion of In-House Copy Costs)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/4/2009 | Copy; Lt, 45 Page(s) | $4.50 |
| 8/6/2009 | Copy; Lt, 30 Page(s) | $3.00 |
| 8/6/2009 | Copy; Lt, 37 Page(s) | $3.70 |
| 8/11/2009 | Copy; Lt, 34 Page(s) | $3.40 |
| 8/12/2009 | Copy; Lt, 36 Page(s) | $3.60 |
| 8/13/2009 | Copy; Lt, 1105 Page(s) | $110.50 |
| 8/14/2009 | Copy; Lt, 22 Page(s) | $2.20 |
| 8/14/2009 | Copy; Lt, 51 Page(s) | $5.10 |
| 8/14/2009 | Copy; Lt, 84 Page(s) | $8.40 |
| 8/14/2009 | Copy; Lt, 93 Page(s) | $9.30 |
| 8/14/2009 | Copy; Lt, 182 Page(s) | $18.20 |
| 8/14/2009 | Copy; Lt, 206 Page(s) | $20.60 |
| 8/14/2009 | Copy; Lt, 212 Page(s) | $21.20 |
| 8/14/2009 | Copy; Lt, 618 Page(s) | $61.80 |
| 8/18/2009 | Copy; Lt, 43 Page(s) | $4.30 |
| 8/19/2009 | Copy; Lt, 29 Page(s) | $2.90 |
| 8/20/2009 | Copy; Lt, 24 Page(s) | $2.40 |
| 8/20/2009 | Copy; Lt, 27 Page(s) | $2.70 |
| 8/20/2009 | Copy; Lt, 197 Page(s) | $19.70 |
| 8/21/2009 | Copy; Lt, 150 Page(s) | $15.00 |
| 8/21/2009 | Copy; Lt, 226 Page(s) | $22.60 |
| 8/24/2009 | Copy; Lt, 28 Page(s) | $2.80 |
| 8/28/2009 | Copy; Lt, 198 Page(s) | $19.80 |
| 8/28/2009 | Copy; Lt, 467 Page(s) | $46.70 |
| 8/28/2009 | Copy; Lt, 472 Page(s) | $47.20 |
| 8/28/2009 | Copy; Lt, 3003 Page(s) | $300.30 |
| 8/31/2009 | Copy; Lt, 76 Page(s) | $7.60 |
| 8/31/2009 | Copy; Lt, 81 Page(s) | $8.10 |
| 9/1/2009 | Copy; Lt, 60 Page(s) | $6.00 |
| 9/1/2009 | Copy; Lt, 94 Page(s) | $9.40 |
| 9/1/2009 | Copy; Lt, 819 Page(s) | $81.90 |
| 9/2/2009 | Copy; Lt, 229 Page(s) | $22.90 |
| 9/14/2009 | Copy; Lt, 68 Page(s) | $6.80 |
| 9/15/2009 | Copy; Lt, 30 Page(s) | $3.00 |
| 9/16/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 9/17/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 9/18/2009 | Copy; Lt, 1123 Page(s) | $112.30 |
| 10/1/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 10/6/2009 | Copy; Lt, 68 Page(s) | $6.80 |
| 10/7/2009 | Copy; Lt, 137 Page(s) | $13.70 |
| 10/9/2009 | Copy; Lt, 26 Page(s) | $2.60 |
| 10/13/2009 | Copy; Lt, 435 Page(s) | $43.50 |
| 10/13/2009 | Copy; Lt, 819 Page(s) | $81.90 |
| 10/15/2009 | Copy; Lt, 40 Page(s) | $4.00 |
| 10/15/2009 | Copy; Lt, 532 Page(s) | $53.20 |
| 10/15/2009 | Copy; Lt, 587 Page(s) | $58.70 |
| 10/15/2009 | Copy; Lt, 790 Page(s) | $79.00 |
| 10/19/2009 | Copy; Lt, 135 Page(s) | $13.50 |
| 10/21/2009 | Copy; Lt, 642 Page(s) | $64.20 |
| 10/22/2009 | Copy; Lt, 40 Page(s) | $4.00 |

**Taxable Costs for Wright Bellwether Trial (09-2977)**
(Portion of In-House Copy Costs)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23/2009 | Copy; Lt, 20 Page(s) | $2.00 |
| 10/26/2009 | Copy; Lt, 47 Page(s) | $4.70 |
| 10/26/2009 | Copy; Lt, 85 Page(s) | $8.50 |
| 10/26/2009 | Copy; Lt, 824 Page(s) | $82.40 |
| 10/27/2009 | Copy; Lt, 122 Page(s) | $12.20 |
| 10/28/2009 | Copy; Lt, 152 Page(s) | $15.20 |
| 10/29/2009 | Copy; Lt, 108 Page(s) | $10.80 |
| 11/17/2009 | Copy; Lt, 42 Page(s) | $4.20 |
| 11/23/2009 | Copy; Lt, 30 Page(s) | $3.00 |
| 11/25/2009 | Copy; Lt, 60 Page(s) | $6.00 |
| 11/30/2009 | Copy; Lt, 71 Page(s) | $7.10 |
| 11/30/2009 | Copy; Lt, 117 Page(s) | $11.70 |
| 11/30/2009 | Copy; Lt, 147 Page(s) | $14.70 |
| 11/30/2009 | Copy; Lt, 278 Page(s) | $27.80 |
| 11/30/2009 | Copy; Lt, 524 Page(s) | $52.40 |
| 12/1/2009 | Copy; Lt, 65 Page(s) | $6.50 |
| 12/1/2009 | Copy; Lt, 145 Page(s) | $14.50 |
| 12/1/2009 | Copy; Lt, 250 Page(s) | $25.00 |
| 12/1/2009 | Copy; Lt, 445 Page(s) | $44.50 |
| 12/2/2009 | Copy; Lt, 36 Page(s) | $3.60 |
| 12/2/2009 | Copy; Lt, 39 Page(s) | $3.90 |
| 12/2/2009 | Copy; Lt, 54 Page(s) | $5.40 |
| 12/2/2009 | Copy; Lt, 108 Page(s) | $10.80 |
| 12/2/2009 | Copy; Lt, 114 Page(s) | $11.40 |
| 12/2/2009 | Copy; Lt, 166 Page(s) | $16.60 |
| 12/2/2009 | Copy; Lt, 219 Page(s) | $21.90 |
| 12/2/2009 | Copy; Lt, 326 Page(s) | $32.60 |
| 12/2/2009 | Copy; Lt, 472 Page(s) | $47.20 |
| 12/3/2009 | Copy; Lt, 56 Page(s) | $5.60 |
| 12/3/2009 | Copy; Lt, 85 Page(s) | $8.50 |
| 12/3/2009 | Copy; Lt, 163 Page(s) | $16.30 |
| 12/3/2009 | Copy; Lt, 170 Page(s) | $17.00 |
| 12/3/2009 | Copy; Lt, 300 Page(s) | $30.00 |
| 12/3/2009 | Copy; Lt, 365 Page(s) | $36.50 |
| 12/3/2009 | Copy; Lt, 372 Page(s) | $37.20 |
| 12/3/2009 | Copy; Lt, 374 Page(s) | $37.40 |
| 12/4/2009 | Copy; Lt, 35 Page(s) | $3.50 |
| 12/4/2009 | Copy; Lt, 199 Page(s) | $19.90 |
| 12/8/2009 | Copy; Lt, 63 Page(s) | $6.30 |
| 12/10/2009 | Copy; Lt, 25 Page(s) | $2.50 |
| 12/10/2009 | Copy; Lt, 56 Page(s) | $5.60 |
| 12/10/2009 | Copy; Lt, 181 Page(s) | $18.10 |
| 12/10/2009 | Copy; Lt, 315 Page(s) | $31.50 |
| 12/11/2009 | Copy; Lt, 28 Page(s) | $2.80 |
| 12/11/2009 | Copy; Lt, 46 Page(s) | $4.60 |
| 12/11/2009 | Copy; Lt, 49 Page(s) | $4.90 |
| 12/14/2009 | Copy; Lt, 42 Page(s) | $4.20 |
| 12/17/2009 | Copy; Lt, 71 Page(s) | $7.10 |
| 12/28/2009 | Copy; Lt, 48 Page(s) | $4.80 |
| 12/28/2009 | Copy; Lt, 49 Page(s) | $4.90 |

### Taxable Costs for Wright Bellwether Trial (09-2977)
### (Portion of In-House Copy Costs)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/29/2009 | Copy; Lt, 241 Page(s) | $24.10 |
| 12/30/2009 | Copy; Lt, 66 Page(s) | $6.60 |
| 1/5/2010 | Copy; Lt, 27 Page(s) | $2.70 |
| 1/5/2010 | Copy; Lt, 147 Page(s) | $14.70 |
| 1/6/2010 | Copy; Lt, 22 Page(s) | $2.20 |
| 1/6/2010 | Copy; Lt, 54 Page(s) | $5.40 |
| 1/6/2010 | Copy; Lt, 57 Page(s) | $5.70 |
| 1/11/2010 | Copy; Lt, 96 Page(s) | $9.60 |
| 1/11/2010 | Copy; Lt, 124 Page(s) | $12.40 |
| 1/19/2010 | Copy; Lt, 57 Page(s) | $5.70 |
| 1/22/2010 | Copy; Lt, 186 Page(s) | $18.60 |
| 1/22/2010 | Copy; Lt, 270 Page(s) | $27.00 |
| 1/24/2010 | Copy; Lt, 41 Page(s) | $4.10 |
| 1/24/2010 | Copy; Lt, 41 Page(s) | $4.10 |
| 1/25/2010 | Copy; Lt, 20 Page(s) | $2.00 |
| 1/26/2010 | Copy; Lt, 71 Page(s) | $7.10 |
| 1/28/2010 | Copy; Lt, 33 Page(s) | $3.30 |
| 1/28/2010 | Copy; Lt, 41 Page(s) | $4.10 |
| 1/28/2010 | Copy; Lt, 416 Page(s) | $41.60 |
| 1/28/2010 | Copy; Lt, 461 Page(s) | $46.10 |
| 2/3/2010 | Copy; Lt, 20 Page(s) | $2.00 |
| 2/3/2010 | Copy; Lt, 26 Page(s) | $2.60 |
| 2/3/2010 | Copy; Lt, 76 Page(s) | $7.60 |
| 2/3/2010 | Copy; Lt, 144 Page(s) | $14.40 |
| 2/3/2010 | Copy; Lt, 288 Page(s) | $28.80 |
| 2/8/2010 | Copy; Lt, 320 Page(s) | $32.00 |
| 2/8/2010 | Copy; Lt, 515 Page(s) | $51.50 |
| 2/9/2010 | Copy; Lt, 71 Page(s) | $7.10 |
| 2/9/2010 | Copy; Lt, 292 Page(s) | $29.20 |
| 2/15/2010 | Copy; Lt, 30 Page(s) | $3.00 |
| 2/15/2010 | Copy; Lt, 49 Page(s) | $4.90 |
| 2/15/2010 | Copy; Lt, 168 Page(s) | $16.80 |
| 2/15/2010 | Copy; Lt, 180 Page(s) | $18.00 |
| 2/17/2010 | Copy; Lt, 20 Page(s) | $2.00 |
| 2/22/2010 | Copy; Lt, 93 Page(s) | $9.30 |
| 2/23/2010 | Copy; Lt, 36 Page(s) | $3.60 |
| 2/23/2010 | Copy; Lt, 50 Page(s) | $5.00 |
| 2/26/2010 | Copy; Lt, 39 Page(s) | $3.90 |
| 2/28/2010 | Copy; Lt, 44 Page(s) | $4.40 |
| 2/28/2010 | Copy; Lt, 66 Page(s) | $6.60 |
| 2/28/2010 | Copy; Lt, 176 Page(s) | $17.60 |
| 2/28/2010 | Copy; Lt, 178 Page(s) | $17.80 |
| 2/28/2010 | Copy; Lt, 233 Page(s) | $23.30 |
| 3/8/2010 | Copy; Lt, 59 Page(s) | $5.90 |
| 3/15/2010 | Copy; Lt, 90 Page(s) | $9.00 |
| 3/24/2010 | Copy; Lt, 171 Page(s) | $17.10 |
| | **TOTAL IN-HOUSE COPY COSTS:** | **$3,939.90** |