# SHAW ENVIRONMENTAL, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO ASSESS TAXABLE COSTS

# EXHIBIT "E"



Trial Concepts LLC
650 Poydras Street
Suite 1910
New Orleans, LA  70130

(504)582-5035

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | T-1603 |
| TERMS | DUE DATE |
| Due on receipt | 04/01/2010 |

**BILL TO**

Baker Donelson
201 St. Charles Ave
Suite 3600
New Orleans, LA  70170

| Case Name & No. | Sales Rep | Contact |
|---|---|---|
| FEMA/SHAW | SLF | PATRICE TORRES |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • 3/15/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/16/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/17/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/18/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/19/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/22/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/23/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/24/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/25/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |
| • 03/29/10-TRIAL PRESENTATION SERVICES BY MS. FRANKS(COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER) | 1 | 750.00 | 750.00 |

TRIAL PRESENTATION RATE IS $1500 PER DAY
CHARGES SPLIT PER DAY WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER
PLEASE SEE ATTACHED

| | |
|---|---|
| SUBTOTAL | $7,500.00 |
| TAX (9%) | $0.00 |
| TOTAL | $7,500.00 |

EIN# 20-8909965

**Lyndon Wright v Forest River, Shaw Environmental**
**Trial Presentation Services**

| Date | Description | Total |
|---|---|---|
| 3/15/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/16/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/17/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/18/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/19/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/22/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/23/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/24/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/25/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| 3/29/2010 | Trial Presentation Services by Ms. Franks | $ 1,500.00 |
| | **TOTAL** | **$ 15,000.00** |

| | |
|---|---|
| 1/2 Billed to Gieger Laborde/Forest River | $ 7,500.00 |
| 1/2 Billed to Baker Donelson/Shaw | $ 7,500.00 |



Trial Concepts LLC
650 Poydras Street
Suite 1910
New Orleans, LA  70130

(504)582-5035

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | T-1612 |
| TERMS | DUE DATE |
| Due on receipt | 04/01/2010 |

**BILL TO**

Baker Donelson
201 St. Charles Ave
Suite 3600
New Orleans, LA  70170

| Case Name & No. | Sales Rep | Contact |
|---|---|---|
| FEMA/SHAW | SLF | PATRICE TORRES |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • TECH TIME-CREATE CLIPS, TIGHTEN AND LINK EXHIBITS FOR BOYLE, GREEN, ROBBINS, M. WRIGHT, MORRIS, MARSH, LARSON, BONOMO, SOUZA, MCNEESE, MCCREARY, POLK, LAPINSKI, LITTLE, DECKLE | 20.125 | 75.00 | 1,509.38 |

COST DIVIDED WITH GIEGER, LABORDE & LAPEROUSE/FOREST RIVER

| | |
|---|---|
| SUBTOTAL | $1,509.38 |
| TAX (9%) | $0.00 |
| TOTAL | $1,509.38 |

EIN# 20-8909965



Trial Concepts LLC
650 Poydras Street
Suite 1910
New Orleans, LA 70130

(504)582-5035

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/01/2010 | T-1613 |
| TERMS | DUE DATE |
| Due on receipt | 04/01/2010 |

**BILL TO**

Baker Donelson
201 St. Charles Ave
Suite 3600
New Orleans, LA 70170

| Case Name & No. | Sales Rep | Contact |
|---|---|---|
| FEMA/SHAW | SLF | PATRICE TORRES |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • TECH TIME-IMPORT EXHIBITS, BRAND WITH TRIAL EXHIBIT #, EXPORT TO SINGLE PAGE TIFF'S FOR TRIAL PRESENTATION SOFTWARE | 5.75 | 75.00 | 431.25 |
| • TECH TIME-EXPORT TO PDF'S (WITH EXH# ON PAGE) | 5.25 | 75.00 | 393.75 |
| • DVD COPY-EX-0339-00001-04415; EX-0304-00001-04196; EX-0001-00001-EX-0303-0001; EX-0305-0001-EX-0643-00001 | 4 | 20.00 | 80.00T |

| | |
|---|---|
| SUBTOTAL | $905.00 |
| TAX (9%) | $7.20 |
| TOTAL | $912.20 |

EIN# 20-8909965