UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Shelley Lavender, et al. v. Keystone Industries, Inc., et al*   Case No. 09-3888 | | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on June 15, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds

Gail R. Eugene
Barry Eugene, Jr.

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.  These Plaintiffs resided in three trailers according to data from FEMA.[1]  The Plaintiff Fact Sheets for Gail and Barry Eugene indicates they lived in a Keystone RV Company trailer.  The Eugene family was filed in Case No. 2:09-cv-

---

[1] Gail R. Eugene, Krystal Eugene (deceased) and Barry Eugene, Jr. resided in a Gulf Stream trailer with VIN number 1NL1VTR2961044216, a  Keystone RV Company trailer with VIN number 4YDT28R256G919466 and a  Patriot trailer with VIN number HA01808M0.

1

4936, *Aungeleaka Handy on behalf of Judah Ceasar, et al. v. Gulf Stream Coach, Inc.*, July 31, 2009 (E.D. LA 2009).

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties").

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Keystone RV Company and installed by Defendant Fluor Enterprises, Inc. as the existing plaintiffs. This Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to a single complaint for damages against the same manufacturer (Keystone Industries, Inc.) and contractor (Fluor Enterprises, Inc.)

4.

Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

5.

Newly Added Plaintiffs adopts all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with this Court on June 15, 2009 (Civ. Action No. 2:09-cv-3888).

          Respectfully submitted,

          HURRICANE LEGAL CENTER, LLC

         BY:  /s/  *Lawrence J. Centola, Jr.*
           Lawrence J. Centola, Jr. Bar # 3962
          600 Carondelet Street, Suite 602
          New Orleans, LA 70130
          (504) 525-1944 (telephone)
          (504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

          /s/  *Lawrence J. Centola, Jr.*
           Lawrence J. Centola, Jr.