UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Akeem Martin v. Keystone Industries Inc., and Keystone RV Company* Case No. 09-8305 | * * | MAGISTRATE CHASEZ |

*************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their First Amended Complaint for Damages filed on their behalf with this Court on December 29, 2009.

1.

This Second Supplemental and Amending Complaint for Damages adds

> Misunique Martin
> Carolyn Martin
> Brayone Albert

as additional Named Plaintiff (hereinafter referred to as "Newly Added Plaintiff"), in the above captioned matter.

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiffs be added as additional parties.

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same emergency housing unit manufactured by Keystone RV Company as the existing plaintiff.[1] This Second Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a First Amended Complaint for Damages against the same manufacturer (Keystone RV Company). The above Plaintiffs were originally filed in Master complaint, *Kenshawn King, et al, v. Alliance Homes, Inc. d/b/a Adrian Homes, et al,* Case No. 2:09-cv-4074.

4.

Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the First Amended Complaint for Damages filed with this Court on December 29, 2009 (Civ. Action No. 2:09-cv-8305).

---

[1] Plaintiffs resided in Trailer with VIN Number 4YDT260255N122551. Carolyn Martin is the applicant.

2

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr. LA Bar #. 3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.