UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873 <br> * <br> *  SECTION N(5) <br> * <br> *  JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: <br> *Anthony Emile Lowe, et al, v. Keystone Industries Inc., and Keystone RV Company* <br> *Case No. 09-3886* | *  MAGISTRATE CHASEZ <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on June 15, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Sally Jones | 2:09-cv-4082 |
| Jonathan P. Lay | 2:09-cv-4076 |
| Vernatta Lay on behalf of D.J. P | 2:09-cv-4076 |

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

1

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiff be added to Exhibit A ("Additional Parties").

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Keystone RV Company as the existing plaintiffs. This First Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a single Complaint for Damages against the same manufacturer (Keystone RV Company).

4.

Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

5.

Newly Added Plaintiff adopts all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with this Court on June 15, 2009 (Civ. Action No. 2:09-cv-3886).

    Respectfully submitted,

    HURRICANE LEGAL CENTER, LLC

    BY:  /s/  *Lawrence J. Centola, Jr.*

    Lawrence J. Centola, Jr. LA Bar #. 3962
    600 Carondelet Street, Suite 602
    New Orleans, LA 70130
    (504) 525-1944 (telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.