UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*John M. Laird, et al v Keystone Industries, Inc., et al., Case No. 2:10-cv-490*

## ORDER

Considering the foregoing Second Motion of Plaintiffs, Plaintiffs are allowed until October 10th, 2010 ~~or~~ _____, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Second Motion for Extension of Time to Serve.

DATED this 13th day of July, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net