MINUTE ENTRY
ENGELHARDT, J.
July 7, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                               SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

      A general status conference was conducted on Wednesday, July 7, 2010, at 10:00 a.m. Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Timothy D. Scandurro, James C. Percy, John Stewart Tharp, M. David Kurtz, Robert M. Becnel, Ernest P. Gieger, Jr., Adam M. Dinnell, Karen Whitfield, Dennis C. Reich, Charles E. Leche, John J. Hainkel, Linda J. Nelson, Charles R. Penot, Jr., Lamont P. Domingue, Daniel J. Balhoff, Roy Cheatwood, Randi S. Ellis, Richard K. Hines, V, Gerald E. Meunier and John Perry.

      A complete list of attendees is attached as a supplement to the Court's Pretrial Order #72 dated July 7, 2010 (Rec. Doc. No. 14647).

**Court Reporter: Karen Ibos**

JS10(0:45)