UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On July 1, 2010, the Court held a telephone conference with the following counsel participating: Gerry Meunier, Justin Woods, Dan Balhoff, Randi Ellis, Henry Miller, and Jonathon Waldron. As a result of this conference, the Court **ORDERS** as follows:

(1) A telephone conference is **SET** for **Thursday, July 15, 2010, at 1:00 p.m.** (CST) to discuss the availability of certain data and the establishment of a process to administer the settlement of the Fleetwood claims.

(2) This Court, pursuant to Fed. R. Civ. P. 53 (Rec. Doc. 14400), appointed Mr. Daniel Balhoff as Special Master to allocate the net settlement proceeds, with instructions that he distribute the proceeds in a fair and objective manner. Mr. Balhoff has requested that he be provided and allowed to informally interview database administrators of the Federal Emergency Management Agency ("FEMA"). Despite objections from the United States, FEMA **SHALL** make available via teleconference on July 15, 2010 at 1 p.m. (C.S.T.), for informal interview by the Court and Mr. Balhoff, FEMA database administrators. In

addition to the Court, the only persons who will be allowed to participate in this conference are Mr. Balhoff, Ms. Randi Ellis, technical experts employed by Mr. Balhoff, FEMA database administrators, and counsel for the Government.

New Orleans, Louisiana, this 14th day of July, 2010.

                    **KURT D. ENGELHARDT**
                    **UNITED STATES DISTRICT JUDGE**