### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION "N-5"** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Faith Powell, et al. v. Lucas Investments, LLC F/K/A Superior Homes, LLC, et al.*
*10DV9HSO-JMR*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### VOLUNTARY MOTION TO DISMISS LUCAS INVESTMENTS, LLC F/K/A SUPERIOR HOMES, LLC

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who voluntarily move this honorable Court to dismiss their claims against Lucas Investments, LLC F/K/A Superior Homes, LLC, as this party was incorrectly and erroneously named as a defendant in the instant matter.  As such, Plaintiffs understand that their claims against this defendant are unsustainable and request that this defendant be dismissed.  Plaintiffs also understand that this Motion to Dismiss in no way relates to the remaining Defendants, nor does it impact any assertion of fault against said remaining Defendants.

>Respectfully submitted,
>
>LAW OFFICE OF FRANK J. D'AMICO, JR.
>
>BY:   /s/ Frank J. D'Amico, Jr.
>Frank J. D'Amico, Jr. (#17519)
>622 Baronne Street
>New Orleans, Louisiana 70113
>Telephone:   (504) 525-7272
>Facsimile:    (504) 525-9522
>frank@damicolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  /s/ Frank J. D'Amico, Jr.
>FRANK J. D'AMICO, JR. (#17519)