**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Faith Powell, et al. v. Lucas Investments, LLC
F/K/A Superior Homes, LLC, et al.
10DV9HSO-JMR*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Voluntary Motion to Dismiss:

**IT IS HEREBY ORDERED** that Lucas Investments, LLC, F/K/A Superior Homes, LLC, is hereby dismissed from the instant suit.

This done the _____ day of July, 2010, New Orleans, Louisiana

_____
**United States District Court Judge**