**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER<br>         FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO**<br>Civil Action No. 09-6935<br>Ida Anderson, et. al.<br>Vs.<br>Scotbilt Homes, Inc., et al. | * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**
**PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 15, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

932

| Exhibit A | 932 |
|---|---|
| Amber Franklin (201785) | After due diligence, contractor currently unknown |
| Amber Franklin, as Next Friend of John Franklin, a minor (201787) | After due diligence, contractor currently unknown |
| Amber Franklin, as Next Friend of Kaylee Franklin, a minor (201790) | After due diligence, contractor currently unknown |
| Angela Roberts (200691) | After due diligence, contractor currently unknown |
| Angela Roberts, as Next Friend of Caleb Roberts, a minor (200692) | After due diligence, contractor currently unknown |
| Angela Roberts, as Next Friend of Garner Roberts, a minor (200696) | After due diligence, contractor currently unknown |
| Angela Roberts, as Next Friend of Haliegh Roberts, a minor (200695) | After due diligence, contractor currently unknown |
| Angela Roberts, as Next Friend of Monica Roberts, a minor (200530) | After due diligence, contractor currently unknown |
| Angela Roberts, as Next Friend of Ravin Roberts, a minor (200531) | After due diligence, contractor currently unknown |
| Arthur Walker (202419) | After due diligence, contractor currently unknown |
| Benita Phelps (214928) | After due diligence, contractor currently unknown |
| Bianca Anderson (200245) | After due diligence, contractor currently unknown |
| Brenda Fiore (214557) | After due diligence, contractor currently unknown |
| Chuc Nguyen (225181) | After due diligence, contractor currently unknown |
| Crystal High (216578) | After due diligence, contractor currently unknown |
| Detria Turner (202379) | After due diligence, contractor currently unknown |
| Dominque Anderson (200246) | After due diligence, contractor currently unknown |
| Donna Fields (207745) | After due diligence, contractor currently unknown |
| Garner Roberts (203260) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Ida Anderson (200249) | After due diligence, contractor currently unknown |
| Ida Anderson, as Next Friend of Myneese Anderson, a minor (200255) | After due diligence, contractor currently unknown |
| James Foster (214568) | After due diligence, contractor currently unknown |
| John Franklin (201788) | After due diligence, contractor currently unknown |
| Joseph Boyd (216342) | After due diligence, contractor currently unknown |
| Lawrence Fields (207746) | After due diligence, contractor currently unknown |
| Lay Huynh (214389) | After due diligence, contractor currently unknown |
| Loan Trinh (215171) | After due diligence, contractor currently unknown |
| Loan Trinh, as Next Friend of Hang Huynh, a minor (214384) | After due diligence, contractor currently unknown |
| Loan Trinh, as Next Friend of Trang Huynh, a minor (214396) | After due diligence, contractor currently unknown |
| Lynda Huggins, as Next Friend of Rebecca Huggins, a minor (201553) | After due diligence, contractor currently unknown |
| Mary Boyd (216341) | After due diligence, contractor currently unknown |
| Mary Boyd, as Next Friend of Justin Elliott, a minor (216475) | After due diligence, contractor currently unknown |
| Mary Boyd, as Next Friend of Mika High, a minor (216576) | After due diligence, contractor currently unknown |
| Mary Boyd, as Next Friend of Nevaeh High, a minor (216577) | After due diligence, contractor currently unknown |
| Misty Rigo (200662) | After due diligence, contractor currently unknown |
| Ngan Nguyen (203208) | After due diligence, contractor currently unknown |
| Nicholas Riso (200663) | After due diligence, contractor currently unknown |
| Nick Fiore (214558) | After due diligence, contractor currently unknown |
| Paul Fiore (214559) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Quy Nguyen (225179) | After due diligence, contractor currently unknown |
| Quy Nguyen, as Next Friend of Brownlie Nguyen, a minor (225180) | After due diligence, contractor currently unknown |
| Sarah Rigo (200664) | After due diligence, contractor currently unknown |
| Tan Huynh (214392) | After due diligence, contractor currently unknown |
| Tommy High (216579) | After due diligence, contractor currently unknown |
| Trinh Loan, as Next Friend of Trinh Loan, a minor (214285) | After due diligence, contractor currently unknown |
| Yen Huynh (214398) | After due diligence, contractor currently unknown |