# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER <br>             FORMALDEHYDE PRODUCTS <br>             LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO** <br> Civil Action No. 09-6932 <br> Kaunda Bradley, et. al. <br> Vs. <br> Cavalier Home Builders, LLC, et al. | * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 15, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

940

| Exhibit A | 940 |
|---|---|
| Amanda Smith (216928) | After due diligence, contractor currently unknown |
| Amanda Smith, as Next Friend of Briana White, a minor (217039) | After due diligence, contractor currently unknown |
| Amanda Smith, as Next Friend of Devin White, a minor (217040) | After due diligence, contractor currently unknown |
| Amanda Smith, as Next Friend of Jaden Peterson, a minor (216811) | After due diligence, contractor currently unknown |
| Andrew Kahler (223842) | After due diligence, contractor currently unknown |
| Angela Brown (224288) | After due diligence, contractor currently unknown |
| Belle Dominick (206888) | After due diligence, contractor currently unknown |
| Carolyn Grassel (221647) | After due diligence, contractor currently unknown |
| Carolyn Grassel, as Representative of the Estate of Wilbur Grassel, deceased (221648) | After due diligence, contractor currently unknown |
| Cassandra Arevalo (213899) | After due diligence, contractor currently unknown |
| Cathy Clark (225921) | After due diligence, contractor currently unknown |
| Charlotte Carver (211810) | After due diligence, contractor currently unknown |
| Chelsey Arevalo (213884) | After due diligence, contractor currently unknown |
| Christa Carver (211811) | After due diligence, contractor currently unknown |
| Cindy Ray (224752) | After due diligence, contractor currently unknown |
| Cindy Ray, as Next Friend of Mark Ray, a minor (224753) | After due diligence, contractor currently unknown |
| Clarence Pierce (224052) | After due diligence, contractor currently unknown |
| Cynthia Hall (223735) | After due diligence, contractor currently unknown |
| Cynthia Williams (222611) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Cynthia Williams (230464) | After due diligence, contractor currently unknown |
| Cynthia Williams, as Next Friend of Erikah Williams, a minor (222612) | After due diligence, contractor currently unknown |
| Darryl Payton (222567) | After due diligence, contractor currently unknown |
| Glenn Grassel (221646) | After due diligence, contractor currently unknown |
| Huey Whitney (213274) | After due diligence, contractor currently unknown |
| Jacob Landry (209604) | Fluor Enterprises, Inc |
| Jalisa Zimmerman (224675) | After due diligence, contractor currently unknown |
| Jennifer Emmons, as Next Friend of Alyshia Emmons, a minor (209770) | Fluor Enterprises, Inc |
| Jeremy Landry (209605) | Fluor Enterprises, Inc |
| Jewleshia Woulard (202628) | After due diligence, contractor currently unknown |
| John King (201396) | After due diligence, contractor currently unknown |
| John King, as Next Friend of Blake King, a minor (201391) | After due diligence, contractor currently unknown |
| John King, as Next Friend of Katelyn Hansen, a minor (201610) | After due diligence, contractor currently unknown |
| Keena Jordan, as Next Friend of Somone Jordan, a minor (224514) | After due diligence, contractor currently unknown |
| Keenan Jordan (224512) | After due diligence, contractor currently unknown |
| Keenan Jordan, as Next Friend of Gyntre Bilbo, a minor (224513) | After due diligence, contractor currently unknown |
| Keenan Jordan, as Next Friend of Keenan Jordan, a minor (224515) | After due diligence, contractor currently unknown |
| Kermit Watson (202464) | After due diligence, contractor currently unknown |
| Leah Baudesn, as Next Friend of Joshua Guidry, a minor (206035) | After due diligence, contractor currently unknown |
| Lori Baudean, as Next Friend of Mary Baudean, a minor (206038) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Mae Phillips, as Next Friend of Jonathan Phillips, a minor (224674) | After due diligence, contractor currently unknown |
| Mae Phillips (224673) | After due diligence, contractor currently unknown |
| Mara Wills (202596) | After due diligence, contractor currently unknown |
| Mara Wills, as Next Friend of Brooke King, a minor (201392) | After due diligence, contractor currently unknown |
| Mara Wills, as Next Friend of Rebeckah Codella, a minor (202295) | After due diligence, contractor currently unknown |
| Mark Ray (224887) | After due diligence, contractor currently unknown |
| Mary Scott, as Next Friend of Cedarrick Scott, a minor (200443) | After due diligence, contractor currently unknown |
| Rebecca Pierce (224053) | After due diligence, contractor currently unknown |
| Rebecca Pierce, as Next Friend of Andrew Hall, a minor (223733) | After due diligence, contractor currently unknown |
| Rebecca Pierce, as Next Friend of Christian Hall, a minor (223734) | After due diligence, contractor currently unknown |
| Richard Arevalo (213897) | After due diligence, contractor currently unknown |
| Richard Arevalo (213898) | After due diligence, contractor currently unknown |
| Ricky Kahler (223843) | After due diligence, contractor currently unknown |
| Robert Lacoste (214340) | After due diligence, contractor currently unknown |
| Ronald Phillips (224437) | After due diligence, contractor currently unknown |
| Sha Skyyla Ray (224886) | After due diligence, contractor currently unknown |
| Shamala Dufrene (214642) | After due diligence, contractor currently unknown |
| Stephen Kahler (223844) | After due diligence, contractor currently unknown |
| Steve Shaw (226862) | After due diligence, contractor currently unknown |
| Susan Arevalo (214728) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Terriannetta Brown (214818) | Fluor Enterprises, Inc |
| Theresa Payton (222568) | After due diligence, contractor currently unknown |
| Tiffany Williams (222613) | After due diligence, contractor currently unknown |
| Wanda Kahler (223845) | After due diligence, contractor currently unknown |
| Wayne Kopszywa (207878) | After due diligence, contractor currently unknown |
| Zachary Baudean (206034) | After due diligence, contractor currently unknown |