MINUTE ENTRY
ENGELHARDT, J.
July 1, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Thursday, July 1, 2010, at 10:30 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Daniel J. Balhoff, Randi S. Ellis, Henry T. Miller and Jonathon R. Waldron.

JS10(0:30)