# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:     FEMA TRAILER     * <br>             FORMALDEHYDE PRODUCTS * <br>             LIABILITY LITIGATION     * <br>                                          * <br> THIS DOCUMENT PERTAINS TO   * <br> Civil Action No. 09-4743            * <br> Alex Magee, et. al.                 * <br> Vs.                                       * <br> Thor Industries, Inc., et al.        * <br>                                              * <br>                                              * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                          Respectfully submitted,

                          /s/ Robert C. Hilliard
                          _____
                          **ROBERT C. HILLIARD**
                          **Trial Attorney in Charge for Plaintiffs**
                          Texas State Bar No. 09677700
                          Southern District of TX Federal ID No.  5912
                          Kevin W. Grillo, Of Counsel
                          Texas State Bar No. 08493500
                          Southern District of TX Federal ID No. 4647
                          ROBERT C. HILLIARD, L.L.P.
                          719 S. Shoreline Boulevard, Suite 500
                          Corpus Christi, Texas 78401
                          Telephone:  (361) 882-1612
                          Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 15, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

954

## Exhibit A

954

| | |
|---|---|
| Alan Pittman (214938) | Shaw Environmental, Inc |
| Susan Pittman (214940) | Shaw Environmental, Inc |
| Susan Pittman, as Next Friend of Charlene Pittman, a minor (214939) | Shaw Environmental, Inc |
| Susan Pittman, as Next Friend of Thomas Pittman, a minor (214941) | Shaw Environmental, Inc |