*Briggs, et al v. Gulf Stream Coach, Inc., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7786.

*Burks, et al v. Keystone Industries, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7792.

*Thomas, et al v. Horton Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7793.

*Acker, et al v. Monaco Coach Corporation, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7794.

*Adams, et al v. Recreation by Design, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7795.

*Cuevas, et al v. Redman Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7796.

*Aguilar, et al v. Coachmen Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7797.

*Acker, et al v. Keystone RV Company, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7798.

*Balkcom, et al v. Indiana Building Systems, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7799.

*Martin, et al v. American Camper Manufacturing, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7800.

*Couvillion, et al v. Cavalier Homes Builders, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7801.

*Watts, et al v. SunRay Investments, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7802.

*Blanchard, et al v. KZRV, LP, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7803.

*Acker, et al v. Jayco, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7804.

*De Jesus, et al v. River Birch Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7805.

*White v. Redman Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7806.

*Cameron, et al v. Recreation by Design, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7807.

*Aaron, et al v. Pilgrim International, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7808.

*Edgerton, et al v. Patriot Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7809.

*Buras, et al v. Vanguard, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7810.

*Green, et al v. TL Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7811.

*Bogan, et al v. Tho Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7812.

*Calogero, et al v. Waverlee Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7813.

*Adkison, et al v. R-Vision, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7814.

*Ratcliff, et al v. Monaco Coach Corporation, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7815.

*Finch, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7816.

*Guy, et al v. Keystone RV Company, et al*, filed on January 20, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7817.

*Sarver, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7818.

*Howard, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7819.

*Middleton v. Superior Homes, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7820.

*Garrett, et al v. Palm Harbor Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7821.

*Carriere, et al v. River Birch Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7822.

*Belmares, et al v. Southern Energy Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7823.

*Cole, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7824.

*Hyde, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7825.

*Cagle, et al v. Skyline Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7826.

*Crawford, et al v. Frontier RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7827.

*Acker, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7828.

*Johnson, et al v. Superior Homes, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7829.

*McGee, et al v. Thor Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7830.

*Treaudo, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7831.

*Bean, et al v. TL Industries, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7832.

*Jiles, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7833.

*Seaman, et al v. Vanguard, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7834.

*Vallare, et al v. Forest River, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7835.

*Koffi, et al v. Hy-Line Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7836.

*Bell, et al v. Starcraft RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7837.

*Acker, et al v. Coachmen Industries, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7838.

*Biagas, et al v. Stewart Park Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7839.

*Bauer, et al v. Liberty Homes Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7840.

*Ambrose, et al v. DS Corp., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7841.

*Barnes, et al v. Lakeside Park Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7842.

*Bodry, et al v. Dutch Housing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7843.

*Francis, et al v. CMH Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7844.

*Huggins, et al v. Scotbilt Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7845.

*Fountain, et al v. Homes of Merit, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7846.

*Foucha, et al v. Sunline Coach Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7847.

*Jackson, et al v. Sunnybrook RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7848.

*Evans, et al v. Lexington Homes, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7849.

*Bolton, et al v. Sun Valley, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7850.

*Brecheen, et al v. Patriot Homes of Texas, L.P., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7851.

*Gray, et al v. American Camper Manufacturing, LLC, et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7852.

*Lawrence, et al v. CMH Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7853.

*Baquet, et al v. Cavalier Home Builders, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7854.

*Wilkerson, et al v. Forest River, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7855.

*Abney, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7856.

*Acker, et al v. Forest River, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7857.

*Brown, et al v. Waverlee Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7858.

*Sims, et al v. Destiny Industries, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7859.

*Hill, et al v. Gulf Stream Coach, Inc., et al*, filed on January 11, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7860.

*Carbo, et al v. Superior Homes, LLC, et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7861.

*Gable, et al v. Keystone RV Company, et al*, filed on January 13, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7862.

*Smith, et al v. Frontier RV, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7863.

*Black, et al v. American International Group Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7864.

*Gennings, et al v. American  Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7865.

*Vincent, et al v. American International Specialty Lines, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7866.

*Raines, et al v. American International Specialty Lines, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7867.

*White v. Recreation by Design, LLC, et al*, filed on January 28, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7868.

*Bickham v. Recreation by Design, LLC, et al*, filed on January 22, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7869.

*Bruno, et al v. Crum & Forster Specialty Insurance Company, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7870.

*Bailey v. Gulf Stream Coach, Inc., et al*, filed on January 22, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7871.

*Taylor v. Recreation by Design, LLC, et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7872.

*Davis, et al v. Crum & Forster Specialty Insurance Company, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7873.

*Gainey, Jr. v. Coachmen Recreational Vehicle Company of Georgia, LLC, et al*, filed on January 29, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7874.

*Alexander, et al v. Sunnybrook RV, Inc., et al*, filed on January 21, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7875.

*Williams v. Keystone RV Company, et al*, filed on January 28, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7876.

*Isaac, Sr., et al v. Crum & Forster Specialty Insurance Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7877.

*Venible, et al v. Gulf Stream Coach, Inc., et al*, filed on January 28, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7878.

*Tanner v. Sunline Acquisition Company Ltd., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7879.

*Manuel, et al v. Re-Vision, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7880.

*Gainey v. Crum & Coachmen Recreational Vehicle Company of Georgia, LLC, et al*, filed on February 2, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7881.

*Carter, et al v. American International Group, Inc., et al*, filed on February 3, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7882.

*Riley, Sr., et al v. American International Specialty Lines Co., et al*, filed on January 28, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7883.

*Turner v. American International Group Inc., et al*, filed on January 29, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7884.

*Schaeffer, et al v. Coachmen Recreational Vehicle Company , et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7885.

*Royal, et al v. American International Group Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7886.

*Barnes, et al v. Jayco, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7887.

*Robinson v. Alliance Homes, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7888.

*Alxander, et al v. Forest River, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7889.

*Harris, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7890.

*Davison, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7891.

*Byron, et al v. Forest River, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7892.

*Duong, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7893.

*Moore, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7894.

*Trent, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7895.

*Kellum, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7896.

159

*Mumphrey, et al v. Frontier RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7897.

*Hodges, et al v. Giles Family Holdings, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7898.

*Robinson, et al v. Gulf Stream Coach, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7899.

*Jouet, Sr., et al v. American International Group, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7900.

*Theyard v. Gulf Stream Coach, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7901.

*Paz, et al v. Gulf Stream Coach, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7903.

*Charles, et al v. Gulf Stream Coach, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7904.

*Smith, et al v. Liberty Homes Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7905.

*Stipe, et al v. Layton Homes Corp., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7906.

*Eskridge, et al v. Lakeside Park Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7907.

*Dempey, et al v. KZRV, LP, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7908.

*Currie, et al v. Pilgrim International, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7909.

*Mackey, et al v. Patriot Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7910.

*Douglas, et al v. Palm Harbor Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7911.

*Huggins, et al v. Scotbilt Homes, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7912.

*Holmes, et al v. Silver Creek Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7913.

*Evans, et al v. SunRay Investments, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7914.

*Applewhite-Williams v. Alliance Homes, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7915.

*Free, et al v. Stewart Park Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7916.

*Stephen, et al v. R-Vision, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7917.

*Banks, et al v. Skyline Corporation, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7918.

*Williamson, et al v. Southern Energy Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7919.

*Bennett, et al v. Starcraft RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7920.

*Bosarge, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7921.

*Collier, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7922.

*Deroche, et al v. Keystone RV Company, et al*, filed on January 8, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7923.

*Guillory, et al v. Forest River, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7924.

*Allen, et al v. Gulf Stream Coach, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7925.

*Teague, et al v. American International Group, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7928.

*Woods v. Forest River, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7929.

*LeBoeuf v. Gulf Stream Coach, Inc., et al*, filed on February 9, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7930.

*Gonzalez, et al v. American International Group, Inc., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7931.

*Jones, et al v. Dutchmen Manufacturing, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7932.

*Tran v. Crum & Forster Specialty Insurance Company, et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7933.

*Ladner, et al v. Coachmen Industries, Inc., et al*, filed on February 8, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7934.

*Milton v. Travelers Property Casualty Company of America TIL, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7935.

*Grazulis v. Patriot Homes of Texas, L.P., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7936.

*Hillard, Sr. v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7937.

*Trufant, Sr., et al v. Coachmen Industries, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7939.

*Burl, et al v. Alliance Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7940.

*Gadwaw, et al v. DS Corp., et al*, filed on January 8, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7941.

*White, et al v. Cavalier Home Builders, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7942.

*Turner v. Coachmen Industries, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7943.

*Bonner v. Southern Energy Homes, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7944.

*Young, et al v. Skyline Corporation, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7945.

*Berndt, et al v. Dutch Housing, Inc., et al*, filed on January 12, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7946.

*Ross, et al v. Skyline Corporation, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7947.

*Coppersmith, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 13, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7948.

*Acevedo, et al v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7949.

*Ponthieux, et al v. Forest River, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7950.

*Edwards v. Fairmont Homes, Inc., et al*, filed on January 13, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7951.

*Cargo, et al v. Cavalier Home Builders, LLC, et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7952.

*Bethley, et al v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7953.

*Arena, et al v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7954.

*Scott v. Cavalier Home Builders, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7955.

*Briggs, et al v. Gulf Stream Coach, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7956.

*Adams, et al v. American International Group, et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7957.

*Atwood, et al v. Forest River, Inc., et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7958.

*Cummins, et al v. Frontier RV, Inc., et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7959.

*Bass, et al v. CMH Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7960.

*Hammond, et al v. Sunnybrook RV, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7961.

*Bailey, et al v. Cavalier Home Builders, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7962.

*Garriga v. Horton Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7963.

*Mckay, et al v. Timberland RV Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7964.

*Bello, et al v. Homes of Merit, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7965.

*Haas, et al v. Sun VAlley, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7966.

*Lindsey, et al v. Allance Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7967.

*Bergeron, et al v. Jayco, Inc., et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7969.

*Phillpott v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7970.

*Wheat v. Sunline Coach Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7971.

*Lanaux, et al v. Viking Recreational Vehicle Company, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7972.

*Nacaise, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7973.

*Johnson, et al v. Timberland RV Company, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7974.

*Morales, et al v. Cavalier Home Builders, Hamilton Division, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7975.

*Gex, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7977.

*Hart, et al v. Dutch Housing, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7978.

*Mattlingly v. Hy-Line Enterprises, Inc., et al*, filed on January 20, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7979.

*Joseph, et al v. DS Corp., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7980.

*Chilton, et al v. CMH Manufacturing, Inc., et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7981.

*Braquet, et al v. Lakeside Park Homes, Inc., et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7982.

*Bates, et al v. Destiny Industries, LLC, et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7983.

*Thacker v. Oak Creek Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7984.

*Aguilar, et al v. Morgan Buildings & Spas, Inc., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7985.

*Casanova, et al v. Northwood Manufacturing, Inc., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7986.

*Boyd v. Alliance Homes, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7987.

*Riley, et al v. Arch Specialty Insurance Corp., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7989.

*Manuel, et al v. Champion Home Builders Co., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7990.

*Shavers, et al v. Champion Home Builders Co., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7991.

*Degelos, et al v. Insurco, Ltd., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7992.

*Drewes, et al v. Recreation By Design, LLC, et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7993.

*Fahm, et al v. Shaw Environmental, Inc., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7995.

*Robin v. Insurco, Ltd., et al*, filed on January 19, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7996.

*Hyde, et al v. Starcraft RV, Inc., et al*, filed on January 20, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7997.

*Dantley, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7998.

*Holmes, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7999.

*Abadie, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8000.

*Myles-Taylor, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8001.

*Bailey v. Gulf Stream Coach, Inc., et al*, filed on December 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8004.

*Jefferson, et al v. American International Specialty Lines Ins. Co., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8007.

*Antoine, et al v. American International Specialty Lines Ins. Co., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8008.

*James, et al v. Crum & Foster Specialty Insurance Company, et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8009.

*Burke, et al v. Arch Specialty Insurance Company, et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8010.

*Bowens v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8011.

*Bouisse, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8012.

*Harris, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8013.

*McQueen v. Stewart Park Homes, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8014.

*OGeese, et al v. Alliance Homes, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8015.

*Coggins v. DS Corp., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8016.

*Giovengo v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8017.

*Broadus v. Heartland Recreational Vehicles, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8018.

*Bennett, et al v. Gulf Stream Coach, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8019.

*Hall v. Patriot Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8020.

*Frenzley v. Cavalier Home Builders, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8021.

*McDonald v. R-Vision, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8022.

*Lavance, et al v. Gulf Stream Coach, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8023.

*Luvene v. Coachman Industries Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8024.

*Carr v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8025.

*Johnson v. Patriot Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8026.

*Payton v. American Camper Manufacturing, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8027.

*Halsell v. Cavalier Home Builders, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8029.

*Heidleberg, et al v. Coachmen Industries, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8032.

*London, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8033.

*Ladner, et al v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8035.

*Williams v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8036.

*Laird, et al v. Champion Home Builders Co., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8037.

*Crump, et al v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8038.

*Garrett, et al v. Jayco, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8039.

*Wilson v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8040.

*Penton, et al v. CMH Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8041.

*Hawthorne v. Monaco Coach Corporation, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8042.

171

*Ayers, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8043.

*Leblanc v. Dutchmen Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8044.

*Dennis v. R-Vision, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8045.

*Cuevas, et al v. Starcraft RV, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8047.

*Johnson v. River Birch Homes, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8048.

*Holloway v. Redman Homes Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8049.

*Robertson, et al v. Thor Industries, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8050.

*Williams v. Vanguard Industries of Michigan, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8051.

*White, et al v. Pilgrim International, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8052.

*Fineran, et al v. Keystone Industries, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8053.

*Hall v. KZRV, LP, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8054.

172

*Hayes, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8055.

*Keys, et al v. Jayco, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8056.

*Chambers, et al v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8057.

*McDonald v. Pilgrim International, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8058.

*Morgan, et al v. Gulf Stream Coach, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8059.

*Chambers, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8060.

*Brown, et al v. Pilgrim International, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8061.

*Trask, et al v. Cavalier Home Builders, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8062.

*Lewis v. Gulf Stream Coach, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8063.

*Amos, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8064.

*Anderson, et al v. Gulf Stream Coach, Inc., et al*, filed on December 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8067.

*Freeman v. Stewart Park Homes, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8077.

*Bergeron v. Recreation By Design, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8079.

*Bullock, et al v. Forest River, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8080.

*Cooley, et al v. American Camper Manufacturing, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8081.

*Beard, et al v. Jayco, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8082.

*Fagan, et al v. Pilgrim International, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8083.

*Williams v. Destiny Industries, LLC, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8084.

*Bolton, et al v. River Birch Homes, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8085.

*Quinn, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8086.

*Hammond, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8087.

*Quinn, et al v. Forest River, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8089.

*Harness, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8090.

*Conerly, et al v. KZRV, LP, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8091.

*Quinn, et al v. Gulf Stream Coach, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8092.

*Hilton v. Giles Family Holdings, et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8093.

*Peters, et al v. Dutchmen Manufacturing, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8094.

*McLaurin, et al v. DS Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8095.

*Lee, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8096.

*Holmes, et al v. DS Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8097.

*Magee, et al v. Forest River, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8098.

*Gray, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8099.

*Thomas, et al v. Dutchmen Manufacturing, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8100.

*James, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8101.

*Magee, et al v. Cavalier Home Builders, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8102.

*Johnson, et al v. Coachmen Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8103.

*Bolton, et al v. Patriot Homes of Texas, L.P., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8104.

*Andrews, et al v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8105.

*James, et al v. Coachman Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8106.

*Magee, et al v. KZRV, LP, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8107.

*Fagan, et al v. Starcraft RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8108.

*Meeks, et al v. Coachmen Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8109.

*Russell v. Frontier RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8110.

*Arrington, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8111.

*Blackledge, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8112.

*Morris, et al v. Giles Family Holdings, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8113.

*Nichols v. Destiny Industries, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8114.

*McCann, et al v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8115.

*Foster v. Southern Energy Homes, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8116.

*Dillard v. Keystone Industries, Inc., et al*, filed on January 25, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8117.

*Easterling, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8118.

*Magee, et al v. KZRV, LP, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8119.

*Fly, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8120.

*Craige, et al v. Cavalier Homes Builders, LLC, et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8121.

*Keys, et al v. Homes of Merit, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8123.

*Reed, et al v. Liberty RV & Marine, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8124.

*Reed, et al v. Forest River, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8125.

*Rankin, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8126.

*Jones, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8127.

*Johnson, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8128.

*Pittman, et al v. Waverlee Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8129.

*Morris, et al v. Giles Family Holdings, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8130.

*Ragdales, et al v. KZRV, LP, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8131.

*Phillips v. Southern Energy Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8132.

*Sylvester, et al v. Dutch Housing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8133.

*Ferguson, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8134.

*Lett, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8135.

*McDonald, et al v. R-Vision, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8136.

*Lucas, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8137.

*Richardson, et al v. River Birch Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8138.

*Parker, et al v. Keystone Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8139.

*Parker, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8140.

*Mann, et al v. Thor California, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8141.

*Long, et al v. Forest River, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8142.

*Marion, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8143.

*McCurdy, et al v. DS Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8144.

*Price, et al v. American Camper Manufacturing, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8145.

*Isom, et al v. Champion Home Builders, Co., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8146.

*Ashton, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8147.

*Moss, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8148.

*Swims v. DS Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8149.

*Davis, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8150.

*Hillman, et al v. Coachman Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8151.

*Danila, et al v. Waverlee Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8152.

*Lee v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8153.

*Thompson v. R-VIsion, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8154.

*Jones, et al v. Southern Energy Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8155.

*Franks, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8156.

*Finney, et al v. Heartland Recreational Vehicles, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8157.

*Torres, et al v. TL Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8158.

*Gilliard, et al v. American Camper Manufacturing, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8159.

*Anderson, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8160.

*Herrien, et al v. Liberty RV & Marine, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8161.

*Stork, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8162.

*Lewis, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8163.

*Myers v. Patriot Homes of Texas, L.P., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8164.

*Glenn v. DS Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8165.

*Hendry, et al v. Recreation By Design, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8166.

*Mason, et al v. Coachman Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8167.

*Smith, et al v. Sunray RV, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8168.

*Thomas, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8169.

*Green, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8170.

*Hall, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8171.

*Hargrove v. Patriot Manufacturing, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8172.

*Hill, et al v. Pilgrim International, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8173.

*Conner, et al v. R-Vision, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8174.

*Howard v. Frontier RV, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8175.

*Ladner, et al v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8176.

*Magee, et al v. Coachmen Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8177.

*Graham, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8178.

*Harvey, et al v. Jayco, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8179.

*Ingram, et al v. Homes of Merit, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8180.

*Ball, et al v. Dawson, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8181.

*Clemons, et al v. Dutchmen Manufacturing Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8182.

*Acey, et al v. DS Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8183.

*Anderson, et al v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8184.

*Fields, et al v. Jayco, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8185.

*Anderson, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8186.

*Barnes v. Cavalier Home Builders, LLC, et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8187.

*Garrett v. Champion Home Builders, LLC, et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8188.

*Bradford, et al v. CHM Manufacturing, et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8189.

*Burkhalter, et al v. Liberty RV & Marine, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8190.

*Dawson, et al v. KZRV, LP, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8191.

*Hayes v. Layton Homes Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8192.

*Blair, et al v. American Campter Manfacturing, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8193.

*Capobianco, et al v. Alliance Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8194.

*Cintra, et al v. Waverlee Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8195.

*Godine, et al v. Timberland RV Company, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8196.

*Canter, et al v. Sunray RV, LLC, et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8197.

*Cooper, et al v. Thor Industries, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8198.

*Fountain, et al v. Scotbilt Homes, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8199.

*Dame v. Starcraft RV, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8200.

*Alexander, et al v. Keystone Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8201.

*Ball, et al v. Homes of Merit, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8202.

*Allen, et al v. Gulf Stream Coach, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8203.

*Lott, et al v. Keystone Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8204.

*Parker v. Sunray RV, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8205.

*Thornhill, et al v. CMH Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8206.

*Ramsey, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8207.

*Bridges, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8208.

*Hutson, et al v. R-Vision, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8209.

*Chamberland, et al v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8210.

*Poole v. American Camper Manufacturing, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8211.

*Redeemer v. TL Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8212.

*Zulick v. Skyline Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8213.

*Tanguis, et al v. DS Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8214.

*Simpson, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8215.

*Polk, et al v. Forest River, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8216.

*Thomas, et al v. Gulf Stream Coach, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8217.

*Arthur, et al v. Pilgrim International, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8218.

*Forehand, et al v. Homes of Merit, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8219.

*Plummer v. Patriot Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8220.

*Chico v. Cavalier Homes Builders, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8221.

*Hobbs, et al v. Jayco, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8222.

*Posey, et al v. Southern Energy Homes, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8223.

*Lopez, et al v. Scotbilt Homes Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8224.

*Moore, et al v. Townhomes, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8225.

*Floyd, et al v. Starcraft RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8226.

*Zone v. Alliance Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8227.

*Schorghofer, et al v. Champion Homes Builders Co., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8228.

*Wheaton, et al v. Cavalier Home Builders, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8229.

*Bell, et al v. Thor Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8230.

*Tillis v. Waverlee Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8231.

*Thomas v. Townhomes, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8232.

*Shavers, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8233.

*Pfluger, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8234.

*Belk, et al v. Monaco Coach Corporation, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8235.

*Selvy v. Liberty RV & Marine, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8236.

*Spann v. Heartland RecreationalVehicles, LLC, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8237.

*Presley, et al v. Homes of Merit, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8238.

*Batia v. Frontier RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8239.

*Strawn v. KZRV, LP, et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8240.

*Phillips, et al v. Starcraft RV, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8241.

*Arango v. Scotbilt Homes, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8242.

*Aultman, et al v. Keystone Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8243.

*Sanders, et al v. Coachmen Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8244.

*Owens, et al v. Keystone Industries, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8245.

*Easterling v. Layton Homes Corp., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8246.

*Vasco, et al v. Scotbilt Homes, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8247.

*Jones v. Lexington Homes, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8248.

*Barrow, et al v. Dutchmen Manufacturing, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8249.

*Akridge, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8250.

*Alexander, et al v. Keystone Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8251.

*Sidell, et al v. Monaco Coach Corporation, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8252.

*Haygood, et al v. Jayco, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8253.

*Kaur v. Stewart Park Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8254.

*Hampton, et al v. Timberland RV Company, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8255.

*Banks v. Sunray RV, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8256.

*Hubbard, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8257.

*Turk v. American Camper Manufacturing, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8258.

*Andrews, et al v. Coachmen Industries, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8259.

*Keyes, et al v. American Camper Manufacturing, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8260.

*Rodgers v. Townhomes, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8261.

*Eckert, et al v. DS Corp., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8262.

*Bufford, et al v. Southern Energy Homes, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8263.

*Amos, et al v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8264.

*Alston, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8265.

*Young v. Homes of Merit, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8266.

*Barnes, et al v. Pilgrim International, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8267.

*Dixion v. KZRV, LP, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8268.

*Garner, et al v. Thor California, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8269.

*Deflanders, et al v. Monaco Coach Corporation, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8270.

*Griffith, et al v. River Birch Homes, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8271.

*Davis, et al v. Keystone Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8272.

*Davis, et al v. Pilgrim International, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8273.

*Judson, et al v. Southern Energy Homes, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8274.

*Freeman, et al v. Starcraft RV, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8275.

*Roth, et al v. R-Vision, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8276.

*Cunningham, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8277.

*Gaines, et al v. Homes of Merit, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8278.

*Brown, et al v. Gulf Stream Coach, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8279.

*Roper, et al v. Jayco, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8280.

*Banks, et al v. Sunray RV, LLC, et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8281.

*Oselen v. Starcraft RV, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8282.

*Burns, et al v. Thor Industries, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8283.

*Flynn, et al v. Coachmen Industries, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8284.

*Mason, et al v. DS Corp., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8285.

*Combs, et al v. Dutchmen Manufacturing, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8286.

*Carter v. Destiny Industries, LLC, et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8287.

*Jourden, et al v. Champion Home Builders Co., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8288.

*Gunther, et al v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8289.

*Kirk, et al v. Frontier RV, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8290.

*Bullock, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8291.

*Dykes v. Gulf Stream, Inc., et al*, filed on February 10, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8294.

*Clay v. Frontier RV, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8295.

*Crawford, et al v. Gulf Stream Coach, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8296.

*Clark v. Biscayne RV, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8297.

*Murphy v. Forest River, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8298.

*Taylor v. American International Group Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8299.

*Firven, et al v. American International Group Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8300.

*Lyons v. Gulf Stream Coach, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8301.

*Godfrey, et al v. Thor California, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8302.

*Rodriguez, et al v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8303.

*Clark v. Biscayne RV, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8304.

*Martin v. Keystone Industries, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8305.

*Jobert, et al v. Keystone Industries, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8306.

*Wilson v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8307.

*Berry, et al v. Keystone Industries, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8308.

*Hicks, et al v. Jayco, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8309.

*Poche, et al v. Stewart Park Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8310.

*Shackelford, et al v. Fluor Enterprises, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8311.

*Eugene, et al v. Thor California, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8312.

*Kieff, et al v. Forest River, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8313.

*Sparks, et al v. KZRV, LP, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8314.

*Hamilton, et al v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8315.

*Fournier, et al v. Cavalier Home Builders, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8316.

*Carriere, et al v. Jayco, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8317.

*Porter v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8318.

*McCoy v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8319.

*Bazanac, et al v. Gulf Stream Coach, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8320.

*Miller v. Frontier RV, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8321.

*Rogers v. Cruiser RV, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8322.

*Moore, et al v. CMH Manufacturing, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8323.

*Youngblood, et al v. Recreation By Design, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8324.

*Jones, et al v. Coachmen Recreational Vehicles, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8325.

*Mercadel, et al v. DS Corp., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8326.

*Mattire, et al v. Lakeside Park Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8327.

*Alphonse, et al v. DS Corp., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8328.

*Avist, et al v. Lakeside Park Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8329.

*Whitmore, et al v. Waverlee Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8330.

*Whitmore, et al v. Stewart Park Homes, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8331.

*Williams, et al v. TL Industries, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8332.

*Manuel v. Jayco, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8333.

*Martinez, et al v. Forest River, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8334.

*Crawford, et al v. Recreation by Design, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8335.

*Poche, et al v. CMH Manufacturing, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8336.

*Harness, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8337.

*Sweeney, et al v. Liberty Mutual Insurance Corporation, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8338.

*Moore v. CMH Manufacturing, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8339.

*Hamilton, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8340.

*Johnson, et al v. DS Corp., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8341.

*Steele v. Coachmen Recreational Vehicle Company, LLC, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8342.

*Ballier, et al v. Frontier RV, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8343.

*Randolf v. Giles Industries, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8344.

*Pleasant, et al v. Crum & Forster Specialty Insurance Company, et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8345.

*Cager, et al v. Layton Homes Corp., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8346.

*Joshua, et al v. Frontier RV, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8347.

*Wilson, et al v. American International Specialty Lines Insurance Company, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8348.

*Sweeney v. American International Specialty Lines Insurance Company, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8349.

*Heintz, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8350.

*Vaughn, et al v. Insurance Company of the State of Pennsylvania, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8351.

*Boutte, et al v. American International Group, et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8352.

*Williams, et al v. Gulf Stream Coach, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8353.

*Williams, et al v. Giles Industries, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8354.

*Green, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8355.

*Magee, et al v. American International Specialty Lines Insurance Company, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8356.

*Harness, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8357.

*Duboise-Watts, et al v. Liberty Mutual Insurance Corporation, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8358.

*Alex, et al v. Cavalier Home Builders, LLC, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8359.

*Bargeman, et al v. American International Speicalty Lines Insurance Company, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8360.

*Musachhia, et al v. Crum & Forster Speicalty Insurance Company, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8361.

*Cuevas, et al v. Cavalier Home Builders, LLC, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8362.

*White, et al v. American International Speicalty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8363.

*Fontenot, et al v. Frontier RV, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8364.

*Sartin, et al v. Oak Creek Homes, L.P., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8365.

*Tilley, et al v. Gulf Stream Coach, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8366.

*Brooks, et al v. Gulf Stream Coach, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8367.

*Jackson v. Hy-Line Enterprises, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8368.

*Semien, et al v. American Camper Manufacturing, LLC, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8369.

*Bilbo, et al v. CMH Manufacturing, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8370.

*Randle-Henry, et al v. Horton Homes, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8371.

*Darby, et al v. Keystone RV Company, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8372.

*Clark, et al v. TL Industries, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8373.

*Albert, et al v. Forest River, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8374.

*Lazard, et al v. Vanguard Industries of Michigan, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8375.

*Achane, et al v. American International Specialty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8376.

*Knightshead, et al v. American International Speicalty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8377.

*Porter, et al v. Clearspring Conversions, Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8378.

*James, et al v. Travelers Property Casualty Company of America TIL, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8379.

*Celius, et al v. Insurco, Ltd., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8380.

*Cushenberry, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8381.

*Turner, et al v. Sunline Acquisition Company Ltd., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8382.

*Charles, et al v. Sunnybrook RV, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8383.

*Butler, et al v. Coachmen Industries, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8384.

*Hardin, et al v. Thor California, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8385.

*Rush, et al v. Lexington Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8386.

*Luno, et al v. Lakeside Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8387.

*Mayon, et al v. DS Corp., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8388.

*Stubbs, et al v. Stewart Park Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8389.

*Sylvester, et al v. Alliance Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8390.

*Bouie, et al v. Dutchmen Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8391.

*Charleston, et al v. River Birch Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8392.

202

*Bass, et al v. KZRV, LP, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8393.

*Henderson, et al v. Sun Valley, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8394.

*Palmer, et al v. Superior Homes, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8395.

*Burse, et al v. Starcraft RV, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8396.

*Gray v. Northwood Manufacturing, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8397.

*Stewart v. Sunray RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8398.

*Weary, et al v. Skyline Corporation, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8399.

*Brent, et al v. Timberland RV Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8400.

*Bradley, et al v. Heartland Recreational Vehicles, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8401.

*Guidry, et al v. Cruiser RV, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8402.

*Williams, et al v. Liberty Homes, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8403.

*Harbor, et al v. Arch Specialty Insurance Company, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8404.

*Ange, et al v. American International Specialty Lines Ins. Co., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8405.

*Hood, et al v. Recreation By Design, LLC, et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8406.

*Adams, et al v. Jayco Enterprises, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8407.

*Authement, et al v. TL Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8408.

*Bourquard, et al v. Thor California, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8409.

*Creger, et al v. Stewart Park Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8410.

*Forsythe, et al v. Sun Valley, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8411.

*Frught, et al v. Timberland RV Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8412.

*Adubato, et al v. Skyline Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8413.

*DeGeorge, et al v. Oak Creek Homes, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8414.

*Alfonso, et al v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8415.

*Rhodes, et al v. Scotbilt Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8416.

*Winding, et al v. Liberty Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8417.

*Hill, et al v. Silver Creek Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8418.

*Annis v. American International Group, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8419.

*Carriere, et al v. Americann International Group, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8420.

*Adubato, et al v. Layton Homes Corp., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8421.

*Tolliver, et al v. Superior Homes, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8428.

*Tate, et al v. Superior Homes, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8429.

*Richardson, et al v. Superior Homes, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8430.

*Firmin v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8431.

*Naquin, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8432.

*Watkins, et al v. Heartland Recreational Vehicles, LLC, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8433.

*Gonzales, et al v. Philips Products, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8434.

*Wood, et al v. ABC Manufacturer, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8435.

*Levy, et al v. ABC Manufacturing Company, et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8436.

*Angletty v. Morgan Buildings & Spas, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8437.

*Charles v. Morgan Buildings & Spas, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8438.

*Boines, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8439.

*Thomas, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8440.

*Barnette, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8441.

*Holmes, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8442.

*Ambrose, et al v. Keystone Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8443.

*Demery, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8444.

*Bailey, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8445.

*Aiken, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8446.

*Billiot, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8447.

*Doucet, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8448.

*McCutchen, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8449.

*Newell v. TL Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8450.

*Hampton, et al v. TL Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8451.

*Draughter, et al v. TL Industries, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8452.

*TL Industries, Inc., et al v. CH2M Hill Constructors, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8453.

*Smith, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8454.

*DeMolle, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8455.

*Allen, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8456.

*Augustine, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8457.

*Arnold, et al v. Crum & Forster Specialty Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8458.

*Decou, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8459.

*Robinson, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8460.

*Douglas, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8461.

*Jones, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8462.

*Brooks v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8463.

*Davis, et al v. Liberty Mutual Insurance Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8464.

*Armour, et al v. Gulf Stream Coach, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8465.

*Bullins, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8466.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on February 25, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8467.

*Rayfield, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8468.

*Ashley, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8469.

*Alexander, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8470.

*Butler, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8471.

*Agee, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8472.

*Morgan, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8473.

*Miller, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8474.

*Bickham, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8475.

*Bailey, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8476.

*Riley, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8477.

*Coleman-Polk, et al v. Gulf Stream Coach, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8478.

*Aitkins, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8479.

210

*Barthelemy, et al v. Allen Camper Manufacturing, Co., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8480.

*Faucetta, et al v. Allen Camper Manufacturing, Co., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8481.

*Taylor, et al v. Gulf Stream Coach, Inc., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8482.

*Butler v. Athens Park Homes, L.L.C., et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8483.

*Ford, et al v. Skyline Corporation, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8484.

*Sam, et al v. Skyline Corporation, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8485.

*Williams, et al v. Skyline Corporation, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8486.

*Griffin, et al v. Skyline Corporation, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8487.

*Smith, et al v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8488.

*Smith, et al v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8489.

211

*Ford v. Travelers Property Casualty Company of America TIL, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8490.

*Creecy, et al v. Insureco Agency and Insurance Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8491.

*Holmes, et al v. Insureco Agency and Insurance Company, et al* filed on March 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8492.

*Brider, et al v. Silver Creek Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8493.

*Marshall, et al v. Clayton Homes of Lafayette, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8494.

*Brooks, et al v. River Birch Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8495.

*Thomas v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8496.

*Gueringer, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8497.

*Hampton v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8498.

*Bartholomew, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8499.

*Blount, et al v. Frontier RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8500.

*Martin, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8501.

*Bonner, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8502.

*Jones, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8503.

*Lawrence, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8504.

*Verdin v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8505.

*Hernandez, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8506.

*Matthews, et al v. Coachmen Recreational Vehicle Company, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8507.

*Thornabar, et al v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8508.

*Brinkman, et al v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8509.

*Hampton v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8510.

*Bates, et al v. Cavalier Homes Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8511.

*Bartholomew v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8512.

*Bennett v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8513.

*Fournette v. Cavalier Home Builders, LLC, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8514.

*Estrada, et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8515.

*Castro, et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8516.

*Stovall , et al v. Coachmen Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8517.

*Byrd , et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8518.

*Quillen, et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8519.

*Picquet, et al v. Coachmen Industries, Inc., et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8520.

*Barnes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8521.

*Graf, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8522.

*Barnes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8523.

*Jackson, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8524.

*Hayes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8525.

*Brown, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8526.

*Livaudais, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8527.

*Barthelemy, et al v. Horton Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8528.

*Jackson, et al v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8529.

*Jones v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8530.

*Polk, et al v. Destiny Industries, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8531.

*Franklin v. Vanguard Industries of Michigan, Inc., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8532.

*Newman v. Vanguard Industries of Michigan, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8533.

*Gioliello, et al v. Vanguard Industries of Michigan, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8534.

*Venible v. Fall Creek Homes, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8535.

*Brooks, et al v. Alliance Homes, Inc., et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8536.

*Caserta, et al v. Alliance Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8537.

*Harris, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8538.

*August, et al v. Timberland RV Company, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8539.

*Weinberger, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8540.

*Blount, et al v. Timberland RV Company, et al* filed on February 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8541.

*Major, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8542.

*Lafrance, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8543.

*Major, et al v. Oak Creek Homes, L.P., et al* filed on February 17, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8544.

*Duplessis v. Oak Creek Homes, L.P., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8545.

*Warren, et al v. Palm Harbor Homes, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8546.

*Carter, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8547.

*Rhome, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8548.

*Barbarin v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8549.

*Bartholomew, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8550.

*Davallier, et al v. Crossroads RV, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8551.

*Correro v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8552.

*Anderson, et al v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8553.

*Broadbridge v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8554.

*Alwell v. Northwood Manufacturing, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8555.

*Craft, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8556.

*Herring, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8557.

*Williams, et al v. KZRV, LP, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8558.

*Chatters, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8559.

*Hooper, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8560.

*Cheneau, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8561.

*Thompson, et al v. Layton Homes Corporation, et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8562.

*Clark, et al v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8563.

*Brown v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8564.

*Britton, et al v. Williams Scotsman, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8565.

*Adams, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8566.

*Duet, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8567.

*Phillips, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8568.

*Blatcher v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8569.

*Early, et al v. Thor Industries, Inc., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8570.