**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

| | |
|---|---|
| **Loretta G. Whyte** | 500 Poydras St., Room C-151 |
| **Clerk** | New Orleans, LA 70130 |

July 14, 2010

Mr. Charles R. Fulbruge, III, Clerk  APPEAL NO. <u>10-30349</u>
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

IN RE: FEMA TRAILER FORMALDEHYDE PRO LIABILITY LIT   MD 07-1873 c/w 09-2892 N

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ___  1) Certified copy of the notice of appeal and docket entries.

    ___  2) Certified copy of notice of a cross-appeal and docket entries.

    ___  3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

    ___  4) This case is proceeding <u>in forma pauperis</u>

    ___  5) Order Appointing Counsel   ___ CJA-20   ___ FPD

    ___  6) District Judge entering the final judgment is _____

    ___  7) Court Reporter assigned to the case _____

    ___  8) If criminal case, number and names of other defendants on appeal _____

    ___  9) This case was decided without a hearing; there will be no transcript.

    ___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

    <u>x</u>  1) **Certified** Copies record on appeal consisting of:

        ___ Volume(s) of record   ___ Volume(s) transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Box

    ___  2) Supplemental record including, _____

    ___  3) SEALED Docs. _____

    ___  4) Other:_____

                                                   Very truly yours,

                                                   By  <u>Alicia Phelps</u>
                                                      Deputy Clerk