# COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

MDL N CW 09-2892

No. 07-1873  Short Title: FEMA (10-30451)  Date: 7/14/2010

To: Jason Scri / Gerald Meunier (Alexander)
Name

1100 Poyoras St Ste 2800 Energy Centre
Address

522-2304

N.O.   LA   70163
City   State   Zip

Documents Enclosed:
- Record Vols: 4
- *☐ Exhibits  ☐ Env.
- ☐ Box:
- ☐ Supp. Record Vols.
- ☐ Second Supp. Record Vols.
- ☐ Third Supp. Record Vols.

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL 14 2010
LORETTA G. WHYTE
CLERK

Attorney Return  SEND RECORD WITH BRIEF OF APPELLANT to 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

To: Clerk, 5th Circuit

- ☐ Record Vols:
- ☐ Supp. Record Vols:
- *☐ Exhibits ☐
- Records above listed are returned to Clerk
- Attorney Name:
- Date:

---

Clerk's Receipt  *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. _____  Short Title _____

District: _____

- ☐ Record Vols:
- ☐ Supp. Record Vols:
- *☐ Exhibits ☐
- Records in above case have been received by Clerk
- Name:
- Date:

---

Attorney Forwarding Receipt  *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. _____  Short Title _____

To: Clerk, U.S. District Court

District: _____

- ☐ Record Vols:
- ☐ Supp. Record Vols:
- *☐ Exhibits ☐
- Records in above case forwarded to:
- Attorney Name:
- Address:
- City, State, Zip:
- Signed:  Date:

---

Attorney Receipt  *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. _____  Short Title _____

To: Clerk, U.S. District Court

District: _____

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

- ☐ Record Vols:
- ☐ Supp. Record Vols:
- *☐ Exhibits ☐
- Records in above case listed received
- Judge/Attorney Name:
- Date: