UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Faith Powell, et al. v. Lucas Investments, LLC F/K/A Superior Homes, LLC, et al.*<br>10DV9HSO-JMR | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Voluntary Motion to Dismiss:

**IT IS HEREBY ORDERED** that Lucas Investments, LLC, F/K/A Superior Homes, LLC, is hereby dismissed from the instant suit.

This done the   16th   day of July, 2010, New Orleans, Louisiana

_____
United States District Court Judge