# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER <br> FORMALDEHYDE PRODUCTS <br> LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO** <br> Civil Action No. 09-6928 <br> Tiffinie Barnes, et. al. <br> Vs. <br> Waverlee Homes, Inc., et al. | * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 16, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

960

# Exhibit A

960

| | |
|---|---|
| Aaron Valentine (215193) | After due diligence, contractor currently unknown |
| Beverly Whitmore (211061) | Fluor Enterprises, Inc |
| Beverly Whitmore, as Next Friend of Caleb Whitmore, a minor (211063) | Fluor Enterprises, Inc |
| Billy Johnson (223822) | After due diligence, contractor currently unknown |
| Billy Johnson, as Next Friend of Karen Mccormick, a minor (223960) | After due diligence, contractor currently unknown |
| Cheryl Walsh, as Next Friend of Lemegan Dardar, a minor (205374) | CH2M Hill Constructors, Inc. |
| Connie Long (201175) | After due diligence, contractor currently unknown |
| Connie Long, as Next Friend of Heath Long, a minor (201176) | After due diligence, contractor currently unknown |
| Connie Long, as Next Friend of Victoria Long, a minor (201178) | After due diligence, contractor currently unknown |
| Hannah Cunningham (210877) | Bechtel National, Inc |
| James Long (201177) | After due diligence, contractor currently unknown |
| Joe Cummingham (211168) | Bechtel National, Inc |
| Joshua Whitmore (211062) | Fluor Enterprises, Inc |
| Stacie Pierre, as Next Friend of Keisha Pierre, a minor (226703) | After due diligence, contractor currently unknown |
| Stacie Pierre, as Next Friend of Kianna Pierre, a minor (226704) | After due diligence, contractor currently unknown |
| Stacie Pierre (226705) | After due diligence, contractor currently unknown |
| Stephanie Valentine (215195) | After due diligence, contractor currently unknown |
| Stephanie Valentine, as Next Friend of Cameron Valentine, a minor (215194) | After due diligence, contractor currently unknown |
| Stephen Valentine (215196) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Susan Cunningham, as Next Friend of Sarah Cunningham, a minor (210881) | Bechtel National, Inc |
| Susan Cunningham, as Next Friend of Holley Cunningham, a minor (210878) | Bechtel National, Inc |
| Susan Cunningham, as Next Friend of Jackson Cunningham, a minor (210882) | Bechtel National, Inc |
| Susan Cunningham (210876) | Bechtel National, Inc |
| Susan Cunningham, as Next Friend of Jonah Cunningham, a minor (210879) | Bechtel National, Inc |
| Susan Cunningham, as Next Friend of Ronald Cunningham, a minor (210880) | Bechtel National, Inc |
| Victoria Valentine (215197) | After due diligence, contractor currently unknown |