UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER <br> FORMALDEHYDE PRODUCTS <br> LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO** <br> Civil Action No. 09-6927 <br> Charles Dieugene, et. al. <br> Vs. <br> Destiny Industries, LLC, et al. | * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

                                         Respectfully submitted,

                                         /s/ Robert C. Hilliard
                                         _____
                                         **ROBERT C. HILLIARD**
                                         **Trial Attorney in Charge for Plaintiffs**
                                         Texas State Bar No. 09677700
                                         Southern District of TX Federal ID No. 5912
                                         Kevin W. Grillo, Of Counsel
                                         Texas State Bar No. 08493500
                                         Southern District of TX Federal ID No. 4647
                                         ROBERT C. HILLIARD, L.L.P.
                                         719 S. Shoreline Boulevard, Suite 500
                                         Corpus Christi, Texas 78401
                                         Telephone: (361) 882-1612
                                         Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 16, 2010.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

962

# Exhibit A

962

| | |
|---|---|
| (240144) | After due diligence, contractor currently unknown |
| Alisha Wright (202631) | After due diligence, contractor currently unknown |
| Amber Ivey (220232) | After due diligence, contractor currently unknown |
| Barbara Stribling (224581) | After due diligence, contractor currently unknown |
| Brenda Roberts (211415) | After due diligence, contractor currently unknown |
| Charles Dieugene (201982) | After due diligence, contractor currently unknown |
| Cordell Wright (202634) | After due diligence, contractor currently unknown |
| Daniel Matthews (230035) | After due diligence, contractor currently unknown |
| Daniel Chappetta (221966) | After due diligence, contractor currently unknown |
| Dawn Allen (203284) | After due diligence, contractor currently unknown |
| Erica Overman, as Next Friend of Daryn Patton, a minor (224945) | After due diligence, contractor currently unknown |
| Erica Overman, as Next Friend of Kevin Overman, a minor (224946) | After due diligence, contractor currently unknown |
| Erica & Kevin Overman, as Next Friend of Dion Overman, a minor (224943) | After due diligence, contractor currently unknown |
| Erica Overman (224942) | After due diligence, contractor currently unknown |
| Erica Overman, as Next Friend of Cory Overman, a minor (224944) | After due diligence, contractor currently unknown |
| Estella Tucker (202368) | After due diligence, contractor currently unknown |
| Harry Moye (212337) | After due diligence, contractor currently unknown |
| James Owens (224779) | CH2M Hill Constructors, Inc. |
| James Owens Sr. , as Next Friend of Jaylin Owens, a minor (224782) | CH2M Hill Constructors, Inc. |

| | |
|---|---|
| James Owens, Sr. , as Next Friend of Shania Owens, a minor (224781) | CH2M Hill Constructors, Inc. |
| James Owens, Sr., as Next Friend of James Owens, a minor (224780) | CH2M Hill Constructors, Inc. |
| Jamie Campbell (224324) | After due diligence, contractor currently unknown |
| Jamie Campbell, as Representative of the Estate of Ernest Campbell, deceased (224449) | After due diligence, contractor currently unknown |
| Jeanae Doughty (222328) | After due diligence, contractor currently unknown |
| Jeremy Gregory (210584) | After due diligence, contractor currently unknown |
| Joseph Ivey (220234) | After due diligence, contractor currently unknown |
| Joseph Ivey, as Next Friend of Carl Ivey, a minor (220233) | After due diligence, contractor currently unknown |
| Joseph Ivey, as Next Friend of Joseph Andry, a minor (220009) | After due diligence, contractor currently unknown |
| Katrina Antoine (211931) | After due diligence, contractor currently unknown |
| Katrina Antoine, as Next Friend of Demetrice Antoine, a minor (211930) | After due diligence, contractor currently unknown |
| Kevin Overman (224941) | After due diligence, contractor currently unknown |
| Kiven Antoine (211932) | After due diligence, contractor currently unknown |
| Maureen Ivey (220235) | After due diligence, contractor currently unknown |
| MC Stribling (224582) | After due diligence, contractor currently unknown |
| Mildred DiEugene (201983) | After due diligence, contractor currently unknown |
| Mollie Gregory (210585) | After due diligence, contractor currently unknown |
| Mollie Gregory, as Next Friend of Caden Gregory, a minor (211412) | After due diligence, contractor currently unknown |
| Mollie Gregory, as Next Friend of Chase Gregory, a minor (211413) | After due diligence, contractor currently unknown |
| Mollie Gregory, as Next Friend of Michael Gregory, a minor (211414) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Nicole Pittman, as Next Friend of Nikko Pittman-Perry, a minor (226708) | After due diligence, contractor currently unknown |
| Paula Lewis (224583) | After due diligence, contractor currently unknown |
| Rowlie Pittman (226707) | After due diligence, contractor currently unknown |
| Sandra DiEugene (201984) | After due diligence, contractor currently unknown |
| Sharon Willis (210808) | After due diligence, contractor currently unknown |
| Shawn Powell (212190) | After due diligence, contractor currently unknown |
| Stacie Biggs (229401) | After due diligence, contractor currently unknown |
| Stacie Biggs, as Next Friend of Brianna Walker, a minor (230439) | After due diligence, contractor currently unknown |
| Stevonne Murdock (222553) | After due diligence, contractor currently unknown |
| Stevonne Murdock, as Next Friend of Myteonna Vinson, a minor (222606) | After due diligence, contractor currently unknown |
| Tanisha Preston (230198) | After due diligence, contractor currently unknown |
| Tenisha Preston , as Representative of the Estate of Travione Preston , deceased (230199) | After due diligence, contractor currently unknown |
| Varolyn Chappetta , as Next Friend of Dow Chappetta, a minor (221968) | After due diligence, contractor currently unknown |
| Varolyn Chappetta , as Next Friend of Daniel Chappetta, a minor (221969) | After due diligence, contractor currently unknown |
| Varolyn Chappetta (221967) | After due diligence, contractor currently unknown |
| Victoria Tucker (202372) | After due diligence, contractor currently unknown |