UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * | MDL NO. 1873  SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO** Civil Action No. 09-6418 Jackie Dillon, et. al. Vs. Champion Home Builders Co., et al. | * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

## SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 16, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

970

| Exhibit A | 970 |
|---|---|
| Allicia Graves, as Next Friend of Melvin Graves, a minor (215626) | After due diligence, contractor currently unknown |
| Anita Reeves (215924) | After due diligence, contractor currently unknown |
| Anita Reeves, as Next Friend of Robert Reeves, a minor (215925) | After due diligence, contractor currently unknown |
| Anita Reeves, as Next Friend of Shaquille Graves, a minor (215627) | After due diligence, contractor currently unknown |
| Deirdrl Patrick (200831) | After due diligence, contractor currently unknown |
| Deirdrl Patrick (220362) | After due diligence, contractor currently unknown |
| Deirdrl Patrick, as Next Friend of Adam Wilkes, a minor (220519) | After due diligence, contractor currently unknown |
| Deirdrl Patrick, as Next Friend of Gabriel Patrick, a minor (220363) | After due diligence, contractor currently unknown |
| Deirdrl Patrick, as Next Friend of Gabrielle Patrick, a minor (220364) | After due diligence, contractor currently unknown |
| Deirdrl Patrick, as Next Friend of Malik Reed, a minor (220401) | After due diligence, contractor currently unknown |
| Diane Brugger (221627) | After due diligence, contractor currently unknown |
| Gregory Gipson (205311) | Fluor Enterprises, Inc |
| James William (230462) | After due diligence, contractor currently unknown |
| Jason William (230463) | After due diligence, contractor currently unknown |
| Jerome Patrick (220367) | After due diligence, contractor currently unknown |
| Josette Landry (220272) | Fluor Enterprises, Inc |
| Josette Landry, as Next Friend of Cody Landry, a minor (220271) | Fluor Enterprises, Inc |
| Josette Landry, as Next Friend of Michael Landry, a minor (220274) | Fluor Enterprises, Inc |
| Josette Landry, as Next Friend of Nathaniel Landry, a minor (220275) | Fluor Enterprises, Inc |

| | |
|---|---|
| Kathleen Volkman (221704) | After due diligence, contractor currently unknown |
| Keith Landry (220273) | Fluor Enterprises, Inc |
| Marie Miles (230070) | After due diligence, contractor currently unknown |
| Martha Uzzell (208201) | After due diligence, contractor currently unknown |
| Martha Uzzell, as Next Friend of Ashley Uzzell, a minor (208202) | After due diligence, contractor currently unknown |
| Terri Henshaw (223765) | After due diligence, contractor currently unknown |
| Terri Henshaw, as Next Friend of Destiani Henshaw, a minor (223762) | After due diligence, contractor currently unknown |
| Terri Henshaw, as Next Friend of Tavaris Henshaw, a minor (223764) | After due diligence, contractor currently unknown |
| Travis Crosby (223615) | After due diligence, contractor currently unknown |