**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 16, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

976

# Exhibit A

976

| | |
|---|---|
| Alice Young (202643) | Fluor Enterprises, Inc |
| Allen Green (211558) | After due diligence, contractor currently unknown |
| Alma Spivery (226915) | After due diligence, contractor currently unknown |
| Annetta Brown (214809) | Fluor Enterprises, Inc |
| Annetta Brown, as Next Friend of Harold Davis, a minor (214611) | Fluor Enterprises, Inc |
| Charles Funchess (201806) | After due diligence, contractor currently unknown |
| Kelly Green (211563) | After due diligence, contractor currently unknown |
| Kelly Green, as Next Friend of Destanee Green, a minor (211560) | After due diligence, contractor currently unknown |
| Kevin Carver (211815) | After due diligence, contractor currently unknown |
| Kevin Lott (203502) | After due diligence, contractor currently unknown |
| Kiva Moore (200896) | After due diligence, contractor currently unknown |
| Krystal Davis (216445) | After due diligence, contractor currently unknown |
| LaKaitha Epps (203398) | After due diligence, contractor currently unknown |
| LaKaitha Epps, as Next Friend of Charles Huddleston, a minor (203457) | After due diligence, contractor currently unknown |
| LaKaitha Epps, as Next Friend of Charshay Huddleston, a minor (203456) | After due diligence, contractor currently unknown |
| LaKaitha Epps, as Next Friend of Shymik Epps, a minor (203399) | After due diligence, contractor currently unknown |
| LaKaitha Epps, as Next Friend of Terry Huddleston, a minor (203455) | After due diligence, contractor currently unknown |
| Linda  Meyers  (230068) | Fluor Enterprises, Inc |
| Matthew Davis (216446) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Mildred Carver, as Next Friend of Elijah Glasenapp, a minor (211550) | After due diligence, contractor currently unknown |
| Mildred Carver, as Representative of the Estate of Donald Carver, deceased (211814) | After due diligence, contractor currently unknown |
| Mildrerd Carver (211816) | After due diligence, contractor currently unknown |
| Monica Lott (203501) | After due diligence, contractor currently unknown |
| Monica Lott, as Next Friend of Cherish Weber, a minor (203682) | After due diligence, contractor currently unknown |
| Monica Lott, as Next Friend of Kevin Lott, a minor (203503) | After due diligence, contractor currently unknown |
| Monica Lott, as Next Friend of Liberty Weber, a minor (203681) | After due diligence, contractor currently unknown |
| Shel Abram (203275) | After due diligence, contractor currently unknown |
| Tasha Bowman (199916) | After due diligence, contractor currently unknown |
| Tasha Bowman, as Next Friend of Daniel Foster, a minor (201773) | After due diligence, contractor currently unknown |
| Tasha Bowman, as Next Friend of Natasha Foster, a minor (201775) | After due diligence, contractor currently unknown |
| Tasha Bowman, as Next Friend of Tasheria Green, a minor (201728) | After due diligence, contractor currently unknown |
| Tasha Bowman, as Next Friend of Tasmas Green, a minor (201729) | After due diligence, contractor currently unknown |
| Tasha Bowman, as Next Friend of Walter Green, a minor (201731) | After due diligence, contractor currently unknown |
| Terriannetta Brown (214818) | Fluor Enterprises, Inc |
| Terry Johnson (203478) | After due diligence, contractor currently unknown |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | JUDGE ENGELHARDT |
| Civil Action No. 09-6637 | | * | MAGISTRATE CHASEZ |
| **Brentton Bates, et. al.** | | * | |
| Vs. | | * | |
| Clayton Homes of Lafayette, Inc (f/k/a | | * | |
| Clayton Homes, Inc., et al. | | * | |
| | | * | |

<u>**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**</u>

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

        Respectfully submitted,

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiffs**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No. 5912
        Kevin W. Grillo, Of Counsel
        Texas State Bar No. 08493500
        Southern District of TX Federal ID No. 4647
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone: (361) 882-1612
        Facsimile: (361) 882-3015