UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Tommy James Brock, et al. v. CH2M HILL* | * | |
| *Constructors, Inc., et al., Case No. 09-4941; and* | * | JUDGE ENGELHARDT |
| *Gladys M. Gordon, et al. v. Sun Valley, Inc.,* | * | |
| *et al., Case No. 09-7766* | * | MAGISTRATE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' COUNSELS' MOTION TO WITHDRAW
AS COUNSEL FOR CERTAIN PLAINTIFFS**

NOW INTO COURT come the law firms of Lambert & Nelson, PLC, Becnel Law Firm, LLC, Law Offices of Ronnie G. Penton, Law Offices of Robert Becnel/Diane Zink, Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, Parker Waichman Alonso, LLP, and Sweet & Associates (hereinafter, collectively known as "Plaintiffs' Counsel"), who ask this Honorable Court to allow them to withdraw as counsel for the following Plaintiffs.

1.

A.   PLAINTIFFS NAMED IN BROCK, ET AL. V. CH2M HILL CONSTRUCTORS, INC., ET AL.

   i.   Taralee Deffes
        407 Portsmouth Dr.
        Slidell, LA 70460
        (985) 643 - 4325
        (256) 297 - 6238

   ii.  Jermain Wright
        1595 S. Old Orchard Ln, Apt 224
        Lewisville, TX 75067
        (214) 299 - 2976

Page 1 of  4

B.  PLAINTIFFS NAMED IN GORDON, ET AL. V. SUN VALLEY, INC., ET AL.

    i.  Gladys M. Gordon
       5503 North Rampart St.
       New Orleans, LA 70117
       (318) 264-2671
       (318) 305-4894

    ii.  Monique A. Gordon
       5503 North Rampart St.
       New Orleans, LA 70117
       (318) 264-2671
       (318) 305-4894

    iii.  Ragine M. Thomas
       5503 North Rampart St.
       New Orleans, LA 70117
       (318) 264-2671
       (318) 305-4894

2.

The following Counsel currently represent Taralee Deffes, Jermain Wright and Gladys M. Gordon, individually, and on behalf of her minor daughters, Monique Gordon and Ragine Thomas.

    1.  Becnel Law Firm, LLC
       P. O. Drawer H
       106 W. 7th Street
       Reserve, LA 70084
       (985) 536-1186

    2.  Law Offices of Ronnie G. Penton
       209 Hoppen Place
       Bogalusa, LA 70427-3827
       (985) 732-5681

    3.  Law Offices of Robert Becnel/Diane Zink
       425 W. Airline Hwy, Suite B
       Laplace, LA 70068
       (985) 651-6101

4. Lambert & Nelson, PLC
   701 Magazine St.
   New Orleans, LA 70130
   (504) 581-1750

5. Gainsburgh, Benjamin, David, Meunier, & Warshauer, LLC
   2800 Energy Centre
   1100 Poydras Street
   New Orleans, LA 70163
   (504) 522-2304

6. Parker Waichman Alonso, LLP
   111 Great Neck Road
   Great Neck, New York 11021-5402
   (516) 466-6500

7. Sweet & Associates
   158 East Pascagoula Street
   Jackson, MS 39201
   (601) 965-8700

WHEREFORE, Plaintiffs' Counsel listed in paragraph two respectfully request that they be permitted to withdraw from representing Taralee Deffes, Jermain Wright, and Gladys Gordon, individually, and on behalf of her minor children, Monique Gordon and Ragine Thomas, in this MDL for the reasons more fully stated in the attached Memorandum In Support of Motion to Withdraw as Counsel For Certain Plaintiffs and for such relief to which they are entitled.

        Respectfully submitted,

        ___/s/ Hugh P. Lambert_____
        HUGH P. LAMBERT, ESQ. ( #7933)
        LINDA J. NELSON, ESQ. ( #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that above mentioned clients have been notified by certified mail of all pending deadlines and court appearances.  Plaintiffs Counsel has provided the above mentioned clients, via certified mail, with copies of their unmatched complaints, this motion to withdraw as counsel and this Honorable Court's Amended Pretrial Order No. 68 this 19th day of July 2010.

I HEREBY CERTIFY the above and foregoing pleadings were served on all liaison counsel of record and the counsel for Sun Valley, Inc., Flour Enterprises, Inc., Shaw Environmental, Inc.  and CH2M HILL Constructors, Inc. via electronic mail and through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of July, 2010.

        _/s/ Hugh P. Lambert_____
        HUGH P. LAMBERT, ESQ. (#7933)