## UNITES STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|       PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Tommy James Brock, et al. v. CH2M HILL* | * | |
| *Constructors, Inc., et al., Case No. 09-4941;* and | * | JUDGE ENGELHARDT |
| *Gladys M. Gordon, et al. v. Sun Valley, Inc.,* | * | |
| *et al., Case No. 09-7766* | * | MAGISTRATE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' COUNSELS' MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN PLAINTIFFS

NOW INTO COURT come the law firms of Lambert & Nelson, PLC, Becnel Law Firm, LLC, Law Offices of Ronnie G. Penton, Law Offices of Robert Becnel/Diane Zink, Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, Parker Waichman Alonso, LLP, and Sweet & Associates (hereinafter, collectively known as "Plaintiffs' Counsel"), who ask this Honorable Court to allow them to withdraw as counsel for certain plaintiffs listed below and, in support thereof, would show the following:

1.

PLAINTIFFS NAMED IN BROCK, ET AL. V. CH2M HILL CONSTRUCTORS, INC., ET AL.

On July 31, 2009, Plaintiffs Taralee Deffes and Jermain Wright, among others, filed an unmatched complaint, against Defendant CH2M HILL, Inc. and other contractor and manufacturing defendants for claims related to the provision of travel trailers after hurricanes Katrina and Rita. (*Tommy James Brock, et al. v. CH2M HILL Constructors, Inc., et al., Case No. 09-4941*). Of the unmatched Plaintiffs, only Taralee Deffes and Jermain Wright remain in this unmatched complaint. Per Pretrial Order No. 55, (Doc. No. 10228),

Defendants have not been served, and, thus have not answered this complaint.

2.

PLAINTIFFS NAMED IN GORDON, ET AL. V. SUN VALLEY, INC., ET AL.

Further, on December 22, 2009, Plaintiffs, Gladys M. Gordon, individually, and on behalf of her minor children, Monique A. Gordon and Ragine M. Thomas, filed a complaint against Sun Valley, Inc., Fluor Enterprises, Inc., Shaw Environmental, Inc., CH2M HILL Constructors, Inc., and the U.S. Government through FEMA for claims related to the provision of a travel trailer after hurricanes Katrina and Rita and based upon information provided by Ms. Gordon (*Gladys M. Gordon, et al. v. Sun Valley, Inc., et al., Case No. 09-7766*). After five matching requests to the U.S. Government, FEMA could not provide a match for a manufacturer and contractor. Therefore, Counsel requested Gladys Gordon's Individual Assistance ("IA") file from the U.S. Government. Ms. Gordon's IA file did not provide information that identified a trailer manufacturer or contractor. Per Pretrial Order No. 55, (Doc. No. 10228), Defendants have not been served, and, thus, not answered this complaint.

3.

PLAINTIFFS' CONTACT INFORMATION AND CURRENT COUNSEL

Listed below are the plaintiffs which Counsel requests they be permitted to withdraw from representing in this MDL, along with their last known address, telephone number and current counsel.

A. Plaintiffs:

1. Taralee Deffes
407 Portsmouth Dr.
Slidell, LA 70460
(985) 643 - 4325
(256) 297 - 6238

2. Jermain Wright
1595 S. Old Orchard Ln, Apt 224
Lewisville, TX 75067
(214) 299 - 2976

3. Gladys M. Gordon
5503 North Rampart St.
New Orleans, LA 70117
(318) 264-2671
(318) 305-4894

4. Monique A. Gordon
5503 North Rampart St.
New Orleans, LA 70117
(318) 264-2671
(318) 305-4894

5. Ragine M. Thomas
5503 North Rampart St.
New Orleans, LA 70117
(318) 264-2671
(318) 305-4894

B. Currently Represented by:

1. Becnel Law Firm, LLC
P. O. Drawer H
106 W. 7th Street
Reserve, LA 70084
(985) 536-1186

2. Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427-3827
(985) 732-5681

3. Law Offices of Robert Becnel/Diane Zink
   425 W. Airline Hwy, Suite B
   Laplace, LA 70068
   (985) 651-6101

4. Lambert & Nelson, PLC
   701 Magazine St.
   New Orleans, LA 70130
   (504) 581-1750

5. Gainsburgh, Benjamin, David, Meunier, & Warshauer, LLC
   2800 Energy Centre
   1100 Poydras Street
   New Orleans, LA 70163
   (504) 522-2304

6. Parker Waichman Alonso, LLP
   111 Great Neck Road
   Great Neck, New York 11021-5402
   (516) 466-6500

7. Sweet & Associates
   158 East Pascagoula Street
   Jackson, MS 39201
   (601) 965-8700

4.

PLAINTIFF TARA LEE DEFFES

Counsel has made numerous attempts by telephone, certified mail, and electronic mail to contact Plaintiff Taralee Deffes in an effort to obtain information required by the United States Government to match Ms. Deffes with the correct manufacturer and contractor defendants particular to Ms. Deffes' EHU. Counsel attempted to contact Ms. Deffes by telephone on October 6, 2008, May 12, 2009, June 1, 2009, June 3, 2009, June 16, 2009, and September 11, 2009. Counsel also attempted to contact Taralee Deffes by mail on April 23, 2009, and again on August 6, 2009, informing her that an unmatched

complaint was filed on her behalf, that it was urgent that she provide information pertaining to the manufacturer and contractor of the EHU, and that her claim was in danger of dismissal if she did not provide this information. Counsel made a final attempt to contact Taralee Deffes via e-mail on September 11, 2009, prior to sending her a letter on September 16, 2009, notifying her of Counsels' intent to withdraw from representing her in this matter. Ms. Deffes has not communicated with Counsel since March 4, 2009, despite Counsels' numerous attempts to contact her.

In addition to attempts to contact Plaintiff Taralee Deffes, Counsel submitted two matching requests to FEMA's counsel (Exhibit K on February 27, 2009, and Exhibit P on March 16, 2009), but received no match because Counsel for Plaintiff could not provide Ms. Deffes FEMA ID number or EHU address with requests.

5.

PLAINTIFF JERMAIN WRIGHT

Counsel has used various methods to contact and attempt contact with Plaintiff Jermain Wright including telephone, certified mail, and electronic mail in an effort to obtain information required by the United States Government to match Mr. Wright with the correct manufacturer and contractor defendants particular to the EHU in which Mr. Wright resided. Counsel attempted to contact Mr. Wright via telephone on March 6, 2009, via U.S. mail on April 23, 2009 and August 6, 2009, and via electronic mail on September 9, 2009. Counsels' letter to Mr. Wright dated August 6, 2009 informed Mr. Wright that, because a claim was filed on his behalf in an unmatched complaint, it was urgent that Mr. Wright provide information pertaining to the manufacturer and contractor of his trailer in order to

protect his claim from dismissal.  After numerous attempts, Counsel learned that Mr. Wright was in Texas and was homeless.  Further, Mr. Wright could not even provide an address for the EHU that was located in a FEMA trailer park.  He did, however, provide the head of household's name. Counsel located the head of household who refused to cooperate and provide her FEMA Identification number and EHU address, or sign a privacy waiver that would allow Counsel to obtain her IA file.

     Counsel submitted two matching requests to FEMA on behalf of Mr. Wright (Exhibit K on February 27, 2009, and Exhibit P on March 16, 2009).  Counsel also submitted what was believed to be information for the head of household to FEMA via matching request Exhibit YYYY on October 20, 2009.  On October 20, 2009, Counsel notified Mr. Wright via telephone that without the head of household's cooperation and information, Counsel would be unable to identify the manufacturer and contractor defendants of the EHU he occupied and that Counsel would have to withdraw as counsel.  Mr. Wright refused to provide counsel with a mailing address or a facsimile number for the homeless shelter where he was staying.  Counsel sent a letter to Mr. Wright's last known address by United States certified mail on December 2, 2009, notifying Mr. Wright of Counsels' intent to withdraw.  The letter was signed for by Kevin Wright.  Mr. Jermain Wright contacted Counsel by telephone on January 5, 2010, to acknowledge his understanding that Counsel would be withdrawing as his legal representative in this matter.

6.

**PLAINTIFFS GLADYS GORDON, INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILDREN, MONIQUE GORDON AND RAGINE THOMAS**

Counsel has been unable to match Plaintiffs Gladys M. Gordon and her minor children, Monique A. Gordon and Ragine M. Thomas, with an EHU provided by FEMA, despite numerous matching requests and review of Ms. Gordon's IA file.  On February 27, 2009, Counsel submitted the first of five matching requests (Exhibit K) for Ms. Gordon. Because Ms. Gordon did not provide her FEMA ID number, FEMA did not return a match or information that would lead to the identity of the manufacturer or contractor associated with Ms. Gordon's EHU.  Counsel spoke with Ms. Gordon by telephone on March 5, 2009, and March 6, 2009, to confirm her information.  On March 16, 2009, Counsel submitted a second matching request (Exhibit P) with a corrected EHU address but no FEMA ID number.  FEMA did not provide a match or information that would identify a manufacturer or contractor.

Counsel spoke with Ms. Gordon by telephone on April 7, 2009, and met with her on May 17, 2009, during which time Ms. Gordon completed plaintiff fact sheets for her and her two daughters.  In the Plaintiff Fact Sheets Ms. Gordon listed the manufacturer of her EHU as "Roadrunner" and provided her FEMA ID number, but could not recall the vehicle identification number or barcode of the EHU.

On June 4, 2009, and July 8, 2009, Counsel submitted its third and fourth matching requests (Exhibits FF and UU) with Ms. Gordon's FEMA ID and a different EHU address. These requests did not produce a match. On July 31, 2009, Counsel filed for Ms. Gordon and her daughters in unmatched complaints.  On August 6, 2009, Counsel sent Ms. Gordon a

letter informing her that it was urgent that she provide information and/or paperwork pertaining to the manufacturer and contractor associated with her EHU to protect her claim from dismissal.

On September 10, 2009, Counsel submitted its fifth and final matching request (Exhibit CCCC) for Ms. Gordon. This request provided a different EHU address from Ms. Gordon's file, yet still did not produce a match. On November 18, 2009, Counsel requested Ms. Gordon's IA file from FEMA. On December 22, 2009, based upon Ms. Gordon's identification of the manufacturer of her EHU as "Roadrunner", Counsel filed a complaint against Sun Valley, Inc., the only manufacturer with a model matching this name, and the three contractor defendants that installed EHU's in Louisiana. Pretrial Order No. 55, (Doc. No. 10228), Defendants were not served, and thus have not answered.

After receiving and reviewing Ms. Gordon's IA file, Counsel was still unable to identify a manufacturer and contractor or confirm that Ms. Gordon received an EHU. On December 29, 2010, Counsel sent Ms. Gordon a letter via certified mail asking that she provide information identifying her EHU by providing a FEMA rental agreement with a vehicle identification number and barcode and stating that failure to provide such proof would result in Counsels' withdrawal from representation. At Ms. Gordon's request, a copy of this letter was resent to her on January 13, 2010. To date Ms. Gordon has not provided Counsel with proof of EHU occupancy that would identify the manufacturer and contractor associated with her EHU.

7.

On January 13, 2010, Counsel e-mailed all known counsel representing plaintiffs in the MDL, to inquire if they represented any of these plaintiffs and, if so, to advise if they objected to Counsels' withdrawal or wished for Counsel to take other action.

8.

To date, none of the Counsel for Plaintiffs in this MDL have expressed an objection to Counsel withdrawing from representing the Plaintiffs discussed herein in these actions.

9.

Permitting Counsels' withdrawal from representation of these five (5) plaintiffs in this case will not delay these proceedings as there are currently no trial dates for these Plaintiffs. Additionally, the August 2, 2010 deadline listed in Amended Pretrial Order No. 68 , (Doc. No. 14779), to file for matched plaintiffs will not be unjust to Plaintiffs who will have had nearly eleven months notice of Plaintiff's Counsels' intent to withdraw from representation and to obtain other counsel.

WHEREFORE, Plaintiffs' Counsel listed in paragraph three respectfully request that they be permitted to withdraw from representing Taralee Deffes, Jermain Wright, and Gladys Gordon, individually, and on behalf of her minor children, Monique A. Gordon and Ragine M. Thomas in this MDL and for such relief to which they are entitled.

Respectfully submitted,

 */s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. ( #7933)
LINDA J. NELSON, ESQ. ( #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that above mentioned clients have been notified by certified mail of all pending deadlines and court appearances. Plaintiffs Counsel has provided the above mentioned clients, via certified mail, with copies of their unmatched complaints, this motion to withdraw as counsel and this Honorable Court's Amended Pretrial Order No. 68 this 19th day of July 2010.

I HEREBY CERTIFY the above and foregoing pleadings were served on all liaison counsel of record and the counsel for Sun Valley, Inc., Flour Enterprises, Inc., Shaw Environmental, Inc. and CH2M HILL Constructors, Inc. via electronic mail and through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of July, 2010.

 */s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (#7933)