UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Tommy James Brock, et al. v. CH2M HILL* | * | |
| *Constructors, Inc., et al., Case No. 09-4941; and* | * | JUDGE ENGELHARDT |
| *Gladys M. Gordon, et al. v. Sun Valley, Inc.,* | * | |
| *et al., Case No. 09-7766* | * | MAGISTRATE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned Counsel for Plaintiffs certifies that all liaison counsel of record and counsel for Sun Valley, Inc., Flour Enterprises, Inc., Shaw Environmental, Inc. and CH2M HILL Constructors, Inc. have been contacted and do not oppose Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs.

        Respectfully submitted

        */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that above mentioned clients have been notified by certified mail of all pending deadlines and court appearances.  Plaintiffs Counsel has provided the above mentioned clients, via certified mail, with copies of their unmatched complaints, this motion to withdraw as counsel and this Honorable Court's Amended Pretrial Order No. 68 this 19th day of July 2010.

I HEREBY CERTIFY the above and foregoing pleadings were served on all liaison counsel of record and the counsel for Sun Valley, Inc., Flour Enterprises, Inc., Shaw Environmental, Inc.  and CH2M HILL Constructors, Inc. via electronic mail and through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of July, 2010.

       /s/ Hugh P. Lambert
       HUGH P. LAMBERT, ESQ. (LA Bar #7933)