# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-MD-01873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | * | |
| *Pujol, et al. v. Pilgrim, Int'l, Inc., et al.* | * | JUDGE ENGELHARDT |
| Case No. 07-5709 | * | |
| | * | MAGISTRATE CHASEZ |

*******************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Carol E. Salassi, only, who, pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby requests that this Honorable Court dismiss her action against all defendants in the above-captioned matter. Defendants have not pleaded a counterclaim. The complaints of the other plaintiffs in this particular litigation remain.

        Respectfully submitted,

        ___/s/ Hugh P. Lambert_____
        HUGH P. LAMBERT, ESQ. ( #7933)
        LINDA J. NELSON, ESQ. ( #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY the above and foregoing pleading was served on all liaison counsel of record via electronic mail and through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of July, 2010.

                    /s/ Hugh P. Lambert
                    HUGH P. LAMBERT, ESQ. (#7933)