# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | **MDL NO. 07-MD-01873** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Pujol, et al. v. Pilgrim, Int'l, Inc., et al.* | * | **JUDGE ENGELHARDT** |
| *Case No. 07-5709* | * | |
| | * | **MAGISTRATE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff, Carol Salassi's Notice of Voluntary Dismissal without Prejudice is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE JUDGE KURT D. ENGELHARDT