UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-6918 | * | MAGISTRATE CHASEZ |
| Christopher Paige #124550, et. al. | * | |
| Vs. | * | |
| Patriot Manufacturing, Inc., et al. | * | |
| | * | |
| | * | |

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

    Respectfully submitted,

    /s/ Robert C. Hilliard
    _____
    **ROBERT C. HILLIARD**
    **Trial Attorney in Charge for Plaintiffs**
    Texas State Bar No. 09677700
    Southern District of TX Federal ID No. 5912
    Kevin W. Grillo, Of Counsel
    Texas State Bar No. 08493500
    Southern District of TX Federal ID No. 4647
    ROBERT C. HILLIARD, L.L.P.
    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    Telephone: (361) 882-1612
    Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 19, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

989

# Exhibit A

989

| | |
|---|---|
| Austin Bussey (225880) | After due diligence, contractor currently unknown |
| Christopher Gaston (226158) | After due diligence, contractor currently unknown |
| Dorothea Nall (226639) | After due diligence, contractor currently unknown |
| James Gaston (226163) | After due diligence, contractor currently unknown |
| Judy Mathis, as Next Friend of Blane Pope, a minor (226715) | After due diligence, contractor currently unknown |
| Laura Bussey, as Next Friend of Brian Bussey, a minor (225881) | After due diligence, contractor currently unknown |
| Laura Bussey, as Next Friend of Dakota Bussey, a minor (225882) | After due diligence, contractor currently unknown |
| Laura Bussey (225883) | After due diligence, contractor currently unknown |
| Mary Denmark (226045) | After due diligence, contractor currently unknown |
| Mary Peterson (213488) | After due diligence, contractor currently unknown |
| Mary Peterson, as Next Friend of Dakota Peterson, a minor (213593) | After due diligence, contractor currently unknown |
| Mary Peterson, as Next Friend of Jimmy Corkern, a minor (213489) | After due diligence, contractor currently unknown |
| Michael Peterson (213930) | After due diligence, contractor currently unknown |
| Nicholas Gaston (226161) | After due diligence, contractor currently unknown |
| Patricia Anderson (211927) | After due diligence, contractor currently unknown |
| Sharon Bullock (211320) | Bechtel National, Inc |
| Sharon Bullock, as Next Friend of Bri'Shun Gary, a minor (211948) | Bechtel National, Inc |
| Sharon Bullock, as Next Friend of Brian Gary, a minor (211949) | Bechtel National, Inc |
| Sharon Bullock, as Next Friend of Jer'Micheal Bullock, a minor (211990) | Bechtel National, Inc |

| | |
|---|---|
| Theresa Gaston (226165) | After due diligence, contractor currently unknown |
| Wendy Gaston-Green (226167) | After due diligence, contractor currently unknown |