# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 07-MD-01873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | * | |
| *Pujol, et al. v. Pilgrim, Int'l, Inc., et al.* Case No. 07-5709 | * * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff, Carol Salassi's Notice of Voluntary Dismissal without Prejudice is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 20th day of July, 2010.

_____
HONORABLE JUDGE KURT D. ENGELHARDT