UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Tommy James Brock, et al. v. CH2M HILL* | * | |
| *Constructors, Inc., et al., Case No. 09-4941; and* | * | JUDGE ENGELHARDT |
| *Gladys M. Gordon, et al. v. Sun Valley, Inc.,* | * | |
| *et al., Case No. 09-7766* | * | MAGISTRATE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing, the law firms of Lambert & Nelson, PLC, Becnel Law Firm, LLC, Law Offices of Ronnie G. Penton, Law Offices of Robert Becnel/Diane Zink, Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, Parker Waichman Alonso, LLP, and Sweet & Associates' (hereinafter, collectively known as "Plaintiffs' Counsel") Motion to Withdraw as Counsel for Certain Plaintiffs, the Court finds the Motion meritorious and that Plaintiffs' Counsel has shown good cause to withdraw from representing these Plaintiffs in that Plaintiffs' Counsel and these Plaintiffs have terminated their professional relationship.

**IT IS THEREFORE ORDERED** that Plaintiffs' Counsel is permitted to withdraw as attorneys of record for the following Plaintiffs in this MDL:

| | |
|---|---|
| Taralee Deffes | Jermain Wright |
| Gladys M. Gordon | Monique A. Gordon |
| Ragine M. Thomas | |

**IT IS FURTHERED ORDERED** that Counsel shall provide a copy of this Order to the above-listed Plaintiffs and their counsel, if known.

New Orleans, LA this  20th  day of                July              , 2010.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE