## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Douglas Patterson, et al, v. Insurance Company of the State of Pennsylvania, et al Case No. 09-5755* | * * | MAGISTRATE CHASEZ |

*************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-5755. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their First Amended Complaint for Damages to add two additional Plaintiffs; Sylvia Hills[1] and Mack Barnes[2] who, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit(s) manufactured by Monaco Coach Corporation, Inc. as existing Plaintiffs named in the above captioned matter.  Sylvia Hills lived in the same trailer as Justin Hills, Jr., Shameka Hills and Shameka Hills on behalf of S. D., named in the original First Amended Complaint for Damages. The First Amendment was a PTO 40 Amended

---

[1] Sylvia Hills is the mother of Justin and Shameka Hills and the grandmother of S.D. The VIN number for the trailer the Hills resided in was 1KB131L226W161153
[2] Mack Barnes resided in a trailer with VIN number 1KB131L206W162026

complaint ordered by this Court. Sylvia Hills was originally named in Master complaint, Case No. 2:09-cv-6881, filed June 15, 2009. Mack Barnes was originally named in Master complaint, Case No. 2:09-cv-4081, filed June 15, 2009. No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add additional Plaintiffs to their existing First Amended Complaint for Damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr. Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.