UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Douglas Patterson, et al, v. Insurance Company of the State of Pennsylvania, et al Case No. 09-5755* | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their First Amended Complaint for Damages filed on their behalf with this Court on August 14, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds *Sylvia Hills and Mack Barnes* as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter. Sylvia Hills is the mother of Justin Hills, Jr., Shamika Hills, and the grandmother of S.D., who are Plaintiffs named in the First Amended Complaint. Sylvia Hills was originally named in Master Complaint, *Sonia Joseph, et al, v. Alliance Homes, Inc., d/b/a Adrian Homes, Inc, et al,* Case No. 2:09-cv-6881. Mack Barnes was originally named in Master Complaint, *Keiana Hunt et al, v. Alliance Homes, Inc d/b/a Adrian Homes, Inc., et al,* 2:09-cv-4081.

1

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties").  Newly Added Plaintiffs were inadvertently left off of the above captioned complaint.   Plaintiffs seek to remedy this problem and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, Sylvia Hills resided in the same emergency housing unit manufactured by Monaco Coach Corporation as her children, Justin and Shamika Hills.  FEMA data indicates Sylvia Hills resided in a Monaco trailer with VIN number 1KB131L226W161153. Mack Barnes resided in a trailer with VIN number 1KB131L206W162026.  This Second Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a First Amended Complaint for Damages against the same insurers of Monaco Coach Corporation.  The Insurance defendants are Insurance Company of the State of Pennsylvania, American International Specialty Lines Insurance Company; and Lexington Insurance Company.

4.

Because defendants AISLIC, ICSP and Lexington have notice of a claim against them with VIN number, 1KB131L226W161153 and Mack Barnes' Plaintiff Fact Sheet indicates he lived in a Monaco trailer with VIN number 1KB131L206W162026, Plaintiffs aver that the addition of the Newly Added Plaintiffs will not cause an unjust burden on Defendants and in fact will assist counsel in efficiently defending claims against their client.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the First Amended Complaint for Damages filed with this Court on August 14, 2009 (Civ. Action No. 2:09-cv-5755).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
          Lawrence J. Centola, Jr. Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.