# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 <br> SECTION N(5) <br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: <br> *Douglas Patterson, et al, v. Insurance Company of the State of Pennsylvania, et al* <br> *Case No. 09-5755* | * * | MAGISTRATE CHASEZ |

*************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants has been contacted. Counsel for Insurance Company of the State of Pennsylvania (ICSP), American International Specialty Lines Insurance Company (AISLIC) and Lexington Insurance Company (Lexington) do not object to the filing of Plaintiffs' Second Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

                                                        Respectfully submitted,

                                                        HURRICANE LEGAL CENTER, LLC

                                                        BY: /s/ *Lawrence J. Centola, Jr.*
                                                             Lawrence J. Centola, Jr. Bar #3962
                                                        600 Carondelet Street, Suite 602
                                                        New Orleans, LA 70130
                                                        (504) 525-1944 (telephone)
                                                        (504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.