UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br><br>FORMALDEHYDE PRODUCTS<br><br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Deloris Booth, et al., v Keystone Industries, Inc., et al.; Case No.1:09-0844-HSO-JMR (MD-LA No. 2:10v-01365-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

### PLAINTIFFS' MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANT

COME NOW PLAINTIFFS, through undersigned counsel and respectfully request additional time to perfect service on Defendant Keystone RV Company incorrectly named as Keystone Industries, Inc.

1. The Complaint was originally filed in the Southern District of Mississippi on December 28, 2009.

2. Plaintiffs' counsel has been unable to serve Defendant Keystone Industries, Inc. because contractor was improperly named and summons could not be issued. Plaintiffs have now correctly named the contractor as Keystone RV Company.

3. Counsel for Plaintiffs originally filed this Motion to Extend Time to Perfect Service on Defendant in the Southern District of Mississippi, Southern Division on April 27, 2010. The case was transferred to the Multidistrict litigation by Conditional Transfer Order (CTO-24) on May 4, 2010. Judge Roper for the Southern District of Mississippi never ruled on the Motion.

4. Plaintiffs' counsel has contacted David Kurtz, Liaison counsel for the Contractor Defendants, Andrew Weinstock, liaison counsel for the Manufacturing Defendants and Jonathan

2

Waldron, counsel for the United States Department of Justice to request their consent to this Motion and they do not oppose this Motion.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline by additional sixty (60) days to insure that service is perfected on Defendant Keystone RV Company.

Respectfully submitted this 20th day of July, 2010

                                          s/Denis Erwin Vega
                                          Denis Erwin Vega, Esq. (Fed I.D. #100000)
                                          4323 Division Street, Ste 110
                                          Metairie, LA 70002
                                          Phone:  (504) 913-8342
                                          Fax: (504) 885-4426
                                          vegaholdings@gmail.com

                                          s/Paul A. Dominick
                                          Paul A. Dominick
                                          NEXSEN PRUET, LLC
                                          205 King Street, Suite 400
                                          Charleston, SC  29401
                                          (843) 577-9440 (PHONE)
                                          pdominick@nexsenpruet.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 20, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a copy of the foregoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

              s/Paul A. Dominick
              NEXSEN PRUET, LLC
              205 King Street, Suite 400
              Charleston, SC  29401
              (843) 577-9440 (PHONE)
              pdominick@nexsenpruet.com


              s/Denis Erwin Vega
              Denis Erwin Vega, Esq.
              4323 Division Street, Ste 110
              Metairie, LA 70002
              Phone:  (504) 913-8342
              Fax: (504) 885-4426
              vegaholdings@gmail.com