UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Deloris Booth, et al., v Keystone Industries, Inc., et al.; Case No.1:09-0844-HSO-JMR (MD-LA No. 2:10v-01365-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

## ORDER

Considering the foregoing Motion, Plaintiffs are allowed an additional sixty (60) days or until _____, 2010 to serve the Defendant Keystone RV Company.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this ____ DAY OF _____, 2010 in New Orleans, Louisiana.

By     _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE