UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Christle Grelle, et al, v. Insurance Company of the State of Pennsylvania, et al, Case No. 09-5754* | * * | MAGISTRATE CHASEZ |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-5754. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their First Amended Complaint for Damages to add four additional Plaintiffs, Arthur Joseph, Rogelia Joseph, Doris Paige and Denita Cotton, who, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Monaco Coach Corporation[1] and installed by Fluor Enterprises, Inc., as the Plaintiffs named in the First Amended Complaint for Damages. The First Amended Complaint is a PTO 40 Amended Complaint ordered by this Court. Doris Paige, Arthur Joseph and Rogelia Joseph were named in

---

[1] The VIN number for the trailer Arthur and Rogelia Joseph resided in was 1KB131L236EL60387. The VIN number for the trailer Doris Paige and Denita Cotton resided in was 1KB131L2X6E160743.

Master Complaint 2:09-cv-4088, filed June 15, 2009.  FEMA data indicates that Denita Cotton and Doris Paige lived in two trailers – Gulf Stream and Monaco.  Denita Cotton was named in *Marcelle Krivjanick, et al, v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.* 2:09-cv-4938 and has been part of the MDL since July 31, 2009. No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled.  Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing First Amended Complaint for Damages against the insurers of the manufacturer defendant and contractor defendant involved in the emergency housing unit in which each Plaintiff resided.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:  /s/  *Lawrence J. Centola, Jr.*
             Lawrence J. Centola, Jr. Bar #3962
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        (504) 525-1944 (telephone)
        (504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.