

Case 2:07-md-01873-KDE-MBN   Document 14846   Filed 07/16/10   Page 1 of 6

A CERTIFIED TRUE COPY
ATTEST
By Teresa Bishop on Jul 16, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL 16 2010
LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 01, 2010
FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-26)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 707 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 16, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Fee _____
Process _____
x  Dktd _____
CtRmDep _____
Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                     MDL No. 1873

### SCHEDULE CTO-26 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|---|---|
| LOUISIANA WESTERN | | | | |
| LAW | 1 | 09-2208 | Glenda Gusman v. Fluor Enterprises, Inc., et al. | 10-2017 |
| LAW | 1 | 09-2218 | David Broussard, etc. v. Cavalier Home Builders, LLC, et al. | 10-2018 |
| LAW | 1 | 09-2219 | Karen Myers, etc. v. Cavalier Home Builders, LLC, et al. | 10-2019 |
| LAW | 2 | 09-2198 | Willie Washington v. American International Specialty Lines Insurance Co., et al. | 10-2020 |
| LAW | 2 | 09-2207 | Kirby Hardy, et al. v. Fluor Enterprises, Inc., et al. | 10-2021 |
| LAW | 6 | 09-2195 | Ron Henicke, et al. v. American International Specialty Lines Insurance Co., et al. | 10-2022 |
| LAW | 6 | 09-2200 | Donald Louding, Sr., et al. v. Liberty Mutual Insurance Corp., et al. | 10-2023 |
| LAW | 6 | 09-2201 | Mark Johnson, etc. v. Thor Industries, Inc., et al. | 10-2024 |
| LAW | 6 | 09-2202 | Barry Ewing v. Vanguard Industries of Michigan, Inc., et al. | 10-2025 |
| LAW | 6 | 09-2206 | Amanda Williams v. Stewart Park Homes, Inc., et al. | 10-2026 |
| LAW | 6 | 09-2210 | Evelyn Fontenot v. Jayco Enterprises, Inc., et al. | 10-2027 |
| LAW | 6 | 09-2211 | Velton Leckelt, et al. v. Jayco Enterprises, Inc., et al. | 10-2028 |
| LAW | 6 | 09-2212 | Debra Lumpkin, etc. v. Horton Homes, Inc., et al. | 10-2029 |
| LAW | 6 | 09-2215 | Melvin Cain, et al. v. Gulfstream Coach, Inc., et al. | 10-2030 |
| LAW | 6 | 09-2217 | Mark Johnson, et al. v. Dutchman Manufacturing, Inc., et al. | 10-2031 |
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 10-134 | Jessica Acevedo, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2032 |
| MSS | 4 | 10-73 | Kellie Fulkerson, etc. v. CH2M Hill Constructors, Inc., et al. | 10-2033 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

July 16, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-26)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on July 1, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By ___Teresa Bishop___
Teresa Bishop
Case Administrator

Attachments
cc:   Transferee Judge:   Judge Kurt D. Engelhardt

JPML Form 36C

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

PANEL SERVICE LIST (CTO-26)

Frank J. D'Amico, Jr.
LAW OFFICES OF FRANK J D'AMICO JR
622 Baronne Street
New Orleans, LA 70113
**damico@damicolaw.net**

Catherine H. Jacobs
FEMA TRAILER LITIGATION ANNEX
1161 Robinson Street
Ocean Springs, MS 39564
**cathyftla@gmail.com**

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
**dkurtz@bakerdonelson.com**

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
**gmeunier@gainsben.com**

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
**andreww@duplass.com**

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                MDL No. 1873

## INVOLVED JUDGES LIST (CTO-26)

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr.
U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Halil S. Ozerden
U.S. District Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Room 714
Gulfport, MS  39501

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr.
U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## INVOLVED CLERKS LIST (CTO-26)

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501
LAWDml_MDL Clerks

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201