UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(5) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| *Deloris Booth, et al., v Keystone Industries, Inc., et al.;* Case No.1:09-0844-HSO-JMR (MD-LA No. 2:10v-01365-KDE-ALC ) | MAG. JUDGE ~~ROBY~~ |

## ORDER

Considering the foregoing Motion, Plaintiffs are allowed an additional sixty (60) days or until September 17th, 2010 to serve the Defendant Keystone RV Company.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this 21st DAY OF July, 2010 in New Orleans, Louisiana.

By _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE