UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO DESIGNATE IA/TAC DEFENDANTS PROFILE FORM

NOW INTO COURT, through undersigned counsel, come Plaintiffs and IA/TAC Defendants, who, for the reasons more fully set forth in the supporting memorandum attached hereto, respectfully request that this Honorable Court designate the attached exhibit as the "IA/TAC Defendants Profile Form" for all IA/TAC Defendants in this MDL. Furthermore, the parties jointly request that the defendants be given thirty (30) days to respond to the Profile Form once the form is so designated by the Court, followed by thirty (30) days for Plaintiffs' Liaison Counsel to notify IA/TAC Liaison Counsel of any deficiencies in their response. This notice of deficiencies from Plaintiffs' Liaison Counsel will then trigger a thirty (30) day period for the Defendant to cure any stated deficiencies or otherwise respond thereto.

Pursuant to the Court's request, undersigned counsel has contacted IA/TAC Defendants' Liaison Counsel who have conferred and agreed upon the attached "IA/TAC Defendants Profile Form" (Exhibit A) and do not oppose this Joint Motion to Designate IA/TAC Defendants Profile Form.

  Further, all parties acknowledge that Defendant Fluor Enterprises, Inc., has preserved an objection to providing Self-Insured Retention ("SIR") information as required by this form pending further discussions.  The parties are working to resolve this objection, but in the event that it is not resolved by the time that the forms are due, both Plaintiffs' Liaison Counsel and Fluor Enterprises, Inc. reserve the right to bring Fluor's objection to this Honorable Court by means of an appropriate motion.

    Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: */s/Gerald E. Meunier*
   GERALD E. MEUNIER, #9471
   **PLAINTIFFS' CO-LIAISON COUNSEL**
   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
   2800 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone: 504/522-2304
   Facsimile: 504/528-9973
   gmeunier@gainsben.com

   */s/Justin I. Woods*
   JUSTIN I. WOODS, #24713
   **PLAINTIFFS' CO-LIAISON COUNSEL**
   Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
   2800 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone: 504/522-2304
   Facsimile: 504/528-9973
   jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    MIKAL WATTS, Texas # 20981820
    DENNIS REICH, Texas # 16739600
    ROBERT BECNEL, #14072

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

                                                            */s/Gerald E. Meunier*
                                                            GERALD E. MEUNIER, #9471