**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO:   ALL CASES | * | |
| | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**IA/TAC DEFENDANT PROFILE FORM**

All Individual Assistance / Technical Assistance Contractor Defendants ("IA/TACs") sued directly in this matter must complete and submit this Defendant Profile Form. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Defendant Profile Form shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your response.

1. **IDENTIFICATION AND CONTACT INFORMATION OF DEFENDANT COMPLETING THIS PROFILE FORM**

    A.   Defendant's Name: _____
    B.   Address: _____
    C.   Website: _____
    D.   Principal Place of Business: _____
    E.   Place of Incorporation: _____
    F.   Has Defendant operated under any other names from 2005 to present? If so, please list and explain why: _____

    (If you have identified more than one entity in 1(A) above, separately answer 1(B)-1(F) for each entity.)

2. **COUNSEL INFORMATION FOR DEFENDANT**

    A.   Name of Attorney and Firm: _____

      B.      Address of Firm: _____
      C.      Phone Number: _____
      D.      Fax Number: _____
      E.      E-mail: _____

3. **INSURANCE INFORMATION**

Please attach a copy of all primary policies affording coverage as to the claims, matters and risks in the captioned litigation. Premium information may be redacted. Policy limits must be shown. Self-insured retention (or deductible) ("SIR") must be shown, unless this form is accompanied by an affidavit attesting to the fact that the SIR has been exhausted already. PSC reserves the right to seek additional insurance information in the future, and IA/TACs reserve the right to object to any such requests.

If primary policies were previously produced, please provide the corresponding bates number range for each policy.

For each policy, identify the following:

| | |
|---|---|
| Insurer | |
| Policy Dates | |
| Policy Number | |

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____   _____   _____
Signature                          Print Name and Title                                  Date

                                           _____
                                           Address

                                           _____