**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF JOINT MOTION
TO DESIGNATE IA/TAC DEFENDANTS PROFILE FORM**

MAY IT PLEASE THE COURT:

Plaintiffs jointly with IA/TAC Defendants submit this memorandum in support of their Joint Motion to Designate IA/TAC Defendants Profile Form.

**BACKGROUND**

Plaintiffs' Liaison Counsel and Liaison Counsel for IA/TAC Defendants have conferred and agree upon the attached IA/TAC Defendants Profile Form for use in this matter with regard to IA/TAC defendants sued in *In re FEMA Trailer Formaldehyde Products Liability Litigation*.  *See* Exhibit A.

Plaintiffs' Liaison Counsel and Liaison Counsel for IA/TAC Defendants jointly request that this Honorable Court designate the following schedule for responses and deficiencies pertaining to IA/TAC Defendant Profile Forms. Defendants will be given thirty (30) days to respond to the Defendant Profile Form once the form is designated by this Honorable Court, followed by thirty (30) days for Plaintiffs' Liaison Counsel to notify Defense Counsel of any deficiencies.  This notice of deficiencies from Plaintiffs' Liaison Counsel will trigger a thirty (30) day period for the Defendant to cure any deficiency or

otherwise respond.

All parties acknowledge that Fluor Enterprises, Inc. has preserved an objection to providing SIR information as required by this form.  The parties are working to resolve this objection, but in the event that it is not resolved by the time that the forms are due, both Plaintiffs' Liaison Counsel and Fluor Enterprises, Inc. reserve the right to bring Fluor's objection to this Honorable Court by means of an appropriate motion.

## CONCLUSION

Plaintiffs, along with IA/TAC Defendants, jointly pray that this Honorable Court review the attached IA/TAC Defendants Profile Form and adopt it and the above referenced schedule with regard to this form.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Gerald E. Meunier*
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    MIKAL WATTS, Texas # 20981820
    DENNIS REICH, Texas # 16739600
    ROBERT BECNEL, #14072


**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

*/s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471