UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion:

**IT IS SO ORDERED** that Plaintiffs' and IA/TAC Defendants' Joint Motion to Designate IA/TAC Defendants Profile Form is hereby granted and "Exhibit A" attached to the Joint Motion is hereby designated as the IA/TAC Defendants Profile Form.

Furthermore, IA/TAC Defendants must provide completed Profile Forms to Plaintiffs' Liaison Counsel within thirty (30) days of the entry of this Order. Plaintiffs' Liaison Counsel must notify Liaison Counsel for IA/TAC Defendants of any deficiencies within thirty (30) days of receipt of an IA/TAC Defendant Profile Form. Notice from Plaintiffs' Liaison Counsel of a deficiency will trigger a thirty (30) day period for the IA/TAC Defendant to cure any deficiency or otherwise respond.

THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE JUDGE KURT ENGELHARDT

Lambert & Nelson, PLC