UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION "N" (4) |
| This Document relates to: *Paul Fountain, et al v. United States of America, et al* No. 09-03622 | * * * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

*************************************************************************

## MOTION TO AMEND AND SUPPLMENT COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, who move this Honorable Court for an Order, allowing the amendment of the complaint in this matter. This amendment is sought to rename FEMA as a party defendant following the official denial of the claim filed with FEMA under the Federal Torts Claims Act.

1.

FEMA was previously named as a defendant in this matter prior to the formal denial of the administrative claims made by plaintiffs under the Federal Torts Claims Act.

2.

FEMA sent a claim denial letter on June 25, 2010, to all plaintiffs herein.

3.

The interest of justice would be served by allowing this amendment as it would allow the plaintiffs to reiterate the claims made against FEMA following the administrative denial of the claims under the Federal Torts Claims Act.

WHEREFORE, plaintiffs pray for an Order from this Honorable Court allowing the filing of the attached Fourth Amending and Supplemental Complaint For Damages.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Blvd.
Baton Rouge, Louisiana 70809
Telephone:   (225) 932-9221
Fax:              (225) 932-9286

_/s/ Eulis Simien, Jr._
By:    Eulis Simien, Jr., Bar # 12077

## CERTIFICATE OF SERVICE

I hereby certify that on 21st day of July, 2010, I presented the Motion To Amend Complaint for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

Done this 21st day of July 2010 at Baton Rouge, Louisiana.

_/s/ Eulis Simien, Jr._
**EULIS SIMIEN, JR.**