UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 SECTION "N" (4) |
| This Document relates to: *Paul Fountain, et al v. United States of America, et al* No. 09-03622 | * * * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

**********************************************************************

### ORDER

The forgoing considered:

IT IS THE ORDER OF THE COURT that Plaintiffs' Fourth Supplemental and Amending Complaint be filed as prayed for and according to law.

THUS DONE AND SIGNED, this _____ day of _____, 2010, at New Orleans, Louisiana

_____
Judge Engelhardt
United States District Court Eastern District