UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION "N" (4) |
| This Document relates to Paul Fountain, et al v. United States of America, et al No. 09-03622 | * * * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

*************************************************************************

**PLAINTIFFS' FOURTH SUPPLEMENTAL AND
AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel come plaintiffs, who adopt, incorporate and restate all allegations, assertions of fact, causes of action, claims and requests for relief raised and set forth in the prior Complaint and amending and supplement complaints, supplement and amend the complaint in this matter by amending paragraph 2 to read as follows:

"2. The defendants are:

a) The United States of America through the Federal Emergency Management Agency (hereinafter sometimes referred to as FEMA), which issued an administrative denial of the plaintiffs' claims on June 25, 2010.

b) Forest River, Inc. which is alleged upon information and belief to be an Indiana Corporate entity which conducts business in the state of Louisiana, and which manufactured and supplied FEMA trailers or housing units pursuant to contracts with FEMA for use in the State of Louisiana.

b) Fluor Enterprises, Inc. ('Fluor'), a California corporation with its principal place of business in Irving, Texas, licensed to do business in the State of Louisiana, and which received a No-Bid contract from FEMA to transport, install, repair trailers or housing units pursuant to contracts with FEMA for use in the State of Louisiana and

did perform these duties with regards to the temporary housing unit assigned to the Plaintiffs' mother.

c) North American Catastrophe Services, Inc., a Florida corporation, not licensed to do business in Louisiana, received a contract from the United States to identify, select and procure temporary housing units for those displaced by hurricanes Katrina and Rita and procured the temporary housing unit in which the Plaintiffs' mother lived and was improperly exposed to harmful substances."

WHEREFORE, the plaintiffs, reiterating all the allegations and prayer of the prior pleadings unless amended herein, pray that the defendants be served with a copy of this Fourth Supplemental and Amending Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of the plaintiffs and against defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in each plaintiff's favor, provisions for all damages and for such relief as found applicable and supported by the evidence, including costs of court and expert witness fees; and

3. all other general, equitable, and further relief as the Court may deem just and proper and for the costs of these proceedings.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Blvd.
Baton Rouge, Louisiana 70809
Telephone:    (225) 932-9221
Fax:          (225) 932-9286

_/s/ Eulis Simien, Jr._
By: Eulis Simien, Jr., Bar # 12077