UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ENGELHARDT |
| | * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion:

**IT IS SO ORDERED** that Plaintiffs' and IA/TAC Defendants' Joint Motion to Designate IA/TAC Defendants Profile Form is hereby granted and "Exhibit A" attached to the Joint Motion is hereby designated as the IA/TAC Defendants Profile Form.

Furthermore, IA/TAC Defendants must provide completed Profile Forms to Plaintiffs' Liaison Counsel within thirty (30) days of the entry of this Order. Plaintiffs' Liaison Counsel must notify Liaison Counsel for IA/TAC Defendants of any deficiencies within thirty (30) days of receipt of an IA/TAC Defendant Profile Form. Notice from Plaintiffs' Liaison Counsel of a deficiency will trigger a thirty (30) day period for the IA/TAC Defendant to cure any deficiency or otherwise respond.

THIS DONE the 22nd day of July, 2010 in New Orleans, Louisiana.

UNITED STATES DISTRICT COURT JUDGE
HONORABLE JUDGE KURT ENGELHARDT

Lambert & Nelson, PLC