# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER   *   **MDL No. 1873**
**FORMALDEHYDE**   *
**PRODUCTS LIABILITY LITIGATION**   *   **SECTION N(5)**
  *
  *   **JUDGE ENGELHARDT**
  *
**THIS DOCUMENT RELATES TO:**   *   **MAGISTRATE CHASEZ**
*Elaine Encalade, et al, v. Stewart Park*   *
*Homes, Inc.   Case No. 09-3993*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that the undersigned has made substantial efforts to contact defendant, Stewart Park Homes, Inc., to no avail.  Furthermore, undersigned avers that a review of the Court's records reveals that defendant Stewart Park Homes, Inc. has not filed a Notice of Preservation of Defenses.   No listing of defense counsel of record or contact information is available to undersigned at this time.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: _/s/ Lawrence J. Centola, Jr._
    Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street,Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ <i>Lawrence J. Centola, Jr.</i>
Lawrence J. Centola, Jr.
