## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Vernella Rogers v. Cruiser RV, LLC; and Fluor Enterprises, Inc. Case No. 09-8322* | * * | |

*************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represents that it is both necessary and appropriate to supplement her First Amended Complaint for Damages to add four additional plaintiffs who, on information and belief, resided in the same type of emergency housing unit manufactured by Cruiser RV, LLC and installed by Fluor Enterprises, Inc., as the existing Plaintiff named in the operative complaint.

WHEREFORE, the Plaintiff herein respectfully moves this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Vernella Rogers v. Cruiser RV, LLC; and Fluor Enterprises, Inc.* No. 2:09-cv-8322, filed in the Eastern District of Louisiana.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
         Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
    Lawrence J. Centola, Jr.