**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| *Vernella Rogers v. Cruiser RV, LLC; and* | * | |
| *Fluor Enterprises, Inc. Case No. 09-8322* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above

captioned matter who, through undersigned counsel, respectfully reiterates and re-avers

all of the allegations, claims and prayers for relief contained in the First Amended

Complaint for Damages filed on her behalf with this Court December 29, 2009.

1.

This Second Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Laura Gaines | 2:09-cv-4096 |
| Chavis Cousin o/b/o G.C. | 2:09-cv-4096 |
| Chavis Cousin o/b/o G.C. | 2:09-cv-4096 |
| Chavis Cousin | 2:09-cv-4074 |

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in

the above captioned matter.

2.

Newly Added Plaintiffs were inadvertently left off of the above captioned

complaint.  Plaintiff seeks to remedy this problem and in so doing comply with the

Court's goal of ending the matching process and moving toward an accurate count of the

exact number of claimants involved in the litigation.


3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type

of emergency housing unit manufactured by Cruiser RV, LLC and installed by Fluor

Enterprises, Inc. as the other Plaintiff who is named in the operative complaint. Pursuant

to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and

Amending Complaint seeks to add the Newly Added Plaintiffs to a First Amended

Complaint for Damages against the same manufacturer (Cruiser RV, LLC.) and same

contractors (Fluor Enterprises, Inc.)


4.

Newly Added Plaintiffs adopts all of the allegations, claims and prayers for relief

contained in the First Amended Complaint for Damages.


Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street , Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)


2

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.