# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Vernella Rogers v. Cruiser RV, LLC; and* | * | |
| *Fluor Enterprises, Inc. Case No. 09-8322* | * | |

*********************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above captioned matter, who respectfully moves this Honorable Court for leave to supplement and amend her First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-8322. Plaintiff files this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiff seeks to supplement her First Amended Complaint for Damages, to add the following Plaintiffs:

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Laura Gaines | 2:09-cv-4096 |
| Chavis Cousin o/b/o G.C. | 2:09-cv-4096 |
| Chavis Cousin o/b/o G.C | 2:09-cv-4096 |
| Chavis Cousin | 2:09-cv-4074 |

These Plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Cruiser RV LLC[1] and installed by Fluor Enterprises Inc. as the existing Plaintiff named in the First Amended Complaint for Damages.  The First Amended Complaint was a PTO 40 amended complaint ordered by this Court.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled.  Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiff asserts that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to her existing complaint for damages against the manufacturer and contractor defendant and involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)

---

[1] The Cousin family lived in a trailer with VIN number 5RXTA302061008810

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ <u>Lawrence J. Centola, Jr.</u><br>Lawrence J. Centola, Jr.