MINUTE ENTRY
ENGELHARDT, J.
July 23, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                                     SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, July 23, 2010, at 9:00 a.m., with liaison counsel.  Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, M. David Kurtz, Karen Whitfield. Charles E. Leche, Ralph S. Hubbard, III and Henry T. Miller.

JS10(0:75)