UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On July 23, 2010, the Court held a status conference in chambers with the following counsel attending: Justin Woods, Henry Miller, Andy Weinstock, Joe Glass, Charles Leche, Ralph Hubbard, Jerry Meunier, David Kurtz, and Karen Whitfield. During the conference, the Court **ORDERED** as follows:

(1)      **Motion practice directed to Plaintiffs' statistical analysis model:  On or before Friday, September 3, 2010**, Plaintiffs shall identify particular cases wherein statistical analysis can be used. **On or before Monday, October 4, 2010**, Plaintiffs shall issue a statistical analysis report (along with the reliance materials) addressing the earlier-identified cases. **On or before Friday, November 12, 2010**, Defendants shall file a motion addressing Plaintiffs' report and shall include an opposing expert's affidavit.  Any opposition to Defendants' motion shall be filed by Plaintiff **on or before Friday,**

**December 17, 2010.** Leave to file a reply applicable to this issue is hereby **GRANTED** (i.e., leave need not be formally requested).  Any such reply shall be filed **on or before Monday, January 3, 2011.**  After the briefing materials are received, the Court will set oral argument and/or an evidentiary hearing on a date and time decided by the undersigned and convenient to all applicable counsel.

    (2)    **General motion practice on any remaining common issues:** General motions addressing any remaining common issues shall be filed **on or before Monday, October 4, 2010** and noticed for hearing on **Wednesday, December 15, 2010.** Oppositions to these motions shall be filed **on or before Friday, November 12, 2010.** Leave to file replies applicable to these motions is hereby **GRANTED** (i.e., leave need not be formally requested).  Any such replies shall be filed **on or before Monday, November 22, 2010.**

    New Orleans, Louisiana, this 23rd day of July, 2010.

                                                 **KURT D. ENGELHARDT**
                                                 **UNITED STATES DISTRICT JUDGE**