UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Elaine Encalade, et al, v. Stewart Park Homes, Inc.   Case No. 09-3993* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original Complaint for Damages filed on their behalf with this Court June 15, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint came |
|---|---|
| Kellie Melissa Cortes | 2:09-cv-4079 |
| Vickie Melton Campo | 2:09-cv-4079 |
| Keith Darby | 2:09-cv-4076 |

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

1

2.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Stewart Park Homes, Inc. as the other Plaintiffs who are named in the operative complaint.  Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to the Complaint for Damages against the same manufacturer (Stewart Park Homes, Inc.).

3.

Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them

4.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the original Complaint for Damages.

                Respectfully submitted,

                HURRICANE LEGAL CENTER, LLC

                BY:  /s/  *Lawrence J. Centola, Jr.*
                      Lawrence J. Centola, Jr.

                Lawrence J. Centola, Jr., LA Bar #3962
                600 Carondelet Street , Suite 602
                New Orleans, LA 70130
                (504) 525-1944 (telephone)
                (504) 525-1279 (facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                      /s/ *Lawrence J. Centola, Jr.*
                                                      Lawrence J. Centola, Jr.