UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 2:09-cv06886-KDE-ALC
*Allen et al v. Cavalier Home Builders, LLC et al*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Roy Glenn Bradley

2. Louise Dortch

3. LaQuania L. Floyd

4. LaQuania L. Floyd, mother of J.R., a minor

5. LaQuania L. Floyd, mother of J.D., a minor

6. LaQuania L. Floyd, mother of J.R., a minor

7. LaQuania L. Floyd, mother of J.F., a minor

8. Timothy P. Foy

9. Tina Marie Foy

10. Tina Marie Foy, mother of I.M.R., a minor

11. Tina Marie Foy, mother of J.L.F., a minor

12. Tina Marie Foy, mother of P.A.M., a minor

13. Lakeshia Maria Goodman

14. Lakeshia Maria Goodman, mother of K.G., a minor

15. Lakeshia Maria Goodman, mother of K.P., a minor

16. Michael David Goodman

17. Tiffany De'Shea Mallette

18. Tiffany De'Shea Mallette, mother of A.M., a minor

19. Tiffany De'Shea Mallette, mother of A.M., a minor

20. Tiffany De'Shea Mallette, mother of S.M., a minor

21. Michael Milsap, Jr.

22. Tina Lea Trehern

23. Katie Lynn Trehern, mother of D.T., a minor

    24. Denise M. Whitfield

    25. Denise M. Whitfield, mother of T.H., a minor

    26. Tierra S. Williams

No Defendant as of this date has served an answer or motion for summary judgment.

    Respectfully submitted this 23rd day of July, 2010.

                            By:    /s/ James M. Priest, Jr.
                                       James M. Priest, Jr.,
                                       Attorney for Plaintiffs

Of Counsel:

W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                  /s/ James M. Priest, Jr.
                                  James M. Priest, Jr.