EXHIBIT "A" GULFSTREAM
CIV. ACT. NO. 09-6429

| Last Name | First Name | Mid | Address | City | State | Zip | County | Case | |
|---|---|---|---|---|---|---|---|---|---|
| Lewis | Rozellar | | 400 Mission Ridge | Vicksburg | MS | 39183 | Warren | 09-6429 | UNKNOWN |