UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5) |
| This Document Relates to: *Lyndon T. Wright v. Forest River, Inc., et al*, Docket No. 09-2977 | | * * * | JUDGE ENGELHARDT  MAG: CHASEZ |

**************************************************************************

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF FOREST RIVER, INC.'S MOTION TO ASSESS TAXABLE COSTS**

NOW INTO COURT, through undersigned counsel, comes Forest River, Inc. who moves this Honorable Court for leave to file a reply memorandum in support of its *Motion to Assess Taxable Costs*. Defendant would like to clarify its position in light of arguments raised by plaintiff in his opposition. Opposing counsel has been contacted and has no opposition to the foregoing Motion.

Respectfully submitted,

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (#6154)
JASON D. BONE (#28315)
CARSON W. STRICKLAND (#31336)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*

## **C E R T I F I C A T E**

I hereby certify that on the 26th day of July, 2010, a copy of the foregoing *Motion for Leave to File Reply Memorandum in Support* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system and/or via e-mail or U.S. Mail.

/s/ Jason D. Bone
JASON D. BONE