# Jason Bone - Forest River E-Discovery Search Terms

| | |
|---|---|
| **From:** | "Aaron Ahlquist" <aahlquist@damicolaw.net> |
| **To:** | "Ernest Gieger" <EGieger@glllaw.com>, "Jason Bone" <Jbone@glllaw.com> |
| **Date:** | 6/11/2009 8:43 AM |
| **Subject:** | Forest River E-Discovery Search Terms |
| **CC:** | "Gerald E. Meunier" <gmeunier@gainsben.com>, "Justin Woods" <jwoods@gainsben.com>, "Frank D'Amico Jr" <frank@damicolaw.net>, "Dennis Reich" <DReich@reichandbinstock.com>, "ANDREW WEINSTOCK" <andreww@duplass.com>, "Kurtz, David" <dkurtz@bakerdonelson.com>, "Miller, Henry (CIV)" <Henry.Miller@usdoj.gov> |
| **Attachments:** | Final List of E-Discovery Search Terms to Forest River.pdf |

Ernie and Jason,

Attached please find the amended list of search terms and parameters that we have agreed to based upon our earlier discussions. We look forward to discussing these and any additional general production issues at your convenience in the near future.

With kindest regards, I am

Sincerely,

**Aaron Z. Ahlquist**
**Class Action Attorney**
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-7272 ext.233
Fax: (504) 525-1073
Email: aahlquist@Damicolaw.net
Website: www.damicolaw.net

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-7272 or by electronic mail and delete the original message from your e-mail system. Thank you.
CONFIDENTIAL ATTORNEY WORKPRODUCT

**AMENDED LIST OF ELECTRONIC SEARCH TERMS**

1. Formaldehyde (w/Misspellings)
2. FEMA
3. HUD
4. Hurricane
5. Katrina
6. LFE/LEF
7. Ventilat!
8. Air quality
9. PPM/parts per million
10. PPB/parts per billion
11. Particle board, pressed wood, engineered wood, composite wood, plywood, fiberboard, MDF, adhesive, luan, OSB, wood
12. Warn!
13. Curing
14. Residential
15. Install!
16. Jack!
17. Level!
18. Wheel base
19. Asia!
20. Chinese/China
21. Philippine!
22. Indonesia!
23. Malaysia!
24. Cure!/Curi!

We would also agree to limit the production to emails, and any other electronic communications, (with attachments) from 8/1/05 onward, with the exception of Issues pertaining to Jim Foltz of Forest River and his interactions with NACS and FEMA in ~2003 onward regarding the design of alternative disaster housing.