UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 2:09-cv06886-KDE-ALC
*Allen et al v. Cavalier Home Builders, LLC et al*

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby dismiss their claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Mandy Carleen Allen

2. Mandy Carleen Allen, on behalf of RMVN, a minor

No Defendant as of this date has served an answer or motion for summary judgment.

Respectfully submitted this 26th day of July, 2010.

By: /s/ James M. Priest, Jr.
    James M. Priest, Jr.,
    Attorney for Plaintiffs

1

Of Counsel:

W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

## CERTIFICATE OF SERVICE

   I hereby certify that on July 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                /s/ James M. Priest, Jr.
                James M. Priest, Jr.