UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL NO. 1873** **SECTION  N (5)** **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** *Case No. 09-3871* *Keith Nunnery, et al versus Keystone Industries, Inc., et al* | * * * | **MAGISTRATE CHASEZ** |

**************************************************************************

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Keith Nunnery, who, pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby voluntarily dismisses Keystone Industries, Inc., Keystone RV Company and CH2M Hill Constructors, Inc. as defendants in the above-captioned matter as it relates to his individual claims only.  Plaintiff further understands that dismissal of his claims are with full prejudice.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:    */s/ Lawrence J. Centola, Jr*
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing document and the notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

*s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.