UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 1873** |
| | | **SECTION  N (5)** |
| | * * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** *Case No. 09-3871* *Keith Nunnery, et al versus Keystone Industries, Inc., et al* | * * * | **MAGISTRATE CHASEZ** |

**************************************************************************

### ORDER

Considering the above and foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters, causes of action, and claims in this controversy relating to Keith Nunnery only, be and the same are hereby dismissed and discontinued against Keystone Industries, Inc., Keystone RV Company and CH2M Hill Constructors, Inc. with full prejudice.  Signed in New Orleans, Louisiana, this _____day of July 2010.


_____
**UNITED STATES DISTRICT COURT JUDGE**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing document and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                         *s/ Lawrence J. Centola, Jr.*
                                                   LAWRENCE J. CENTOLA, JR.