UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION N(5) |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lyndon Wright v. Forest River, Inc., et al.* No. 09-2977 (E.D. La.) | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Unopposed Motion for Leave to File Reply Memorandum in Support of Shaw Environmental, Inc.'s Motion to Assess Taxable Costs,

IT IS ORDERED that the Motion is granted and that Shaw Environmental, Inc.'s reply memorandum be entered into the record.

THUS DONE AND SIGNED this _____ day of _____, 2010, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**