UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Tiffany Picquet; and Chastity Sylvester v. Lexington Homes Inc., et al* Case No. 09-5680 | * * * | MAGISTRATE CHASEZ |

*************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-5680. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement their First Amended Complaint for Damages, to add the following Plaintiffs; Larry Williams and Jeffery Williams,[1] (hereinafter referred to as "Newly Added Plaintiffs). Newly Added Plaintiffs were inadvertently named against the wrong defendant in *Ruth Copping, et al, v. American International Group, Gibralter Insurance Company, Ltd., American International Specialty Lines Insurance Company, Starr Excess Liability Insurance Company, Ltd., and CH2M Hill Constructors, Inc.* Case No. 2:09-cv-5321 which was filed August 3, 2009. Newly Added Plaintiffs lived

---

[1] Larry and Jeffery Williams lived in a trailer with VIN number LH01051990

together in two separate trailers (Lexington Homes, Inc. and Recreation by Design, Inc.) and have been part of the MDL since August 3, 2009. Newly Added Plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Lexington Homes, Inc. and installed by CH2M Hill Constructors, Inc. as the existing Plaintiffs named on the existing suit.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant and the contractor defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA  70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.