# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Tiffany Picquet; and Chastity Sylvester v. Lexington Homes Inc., et al* *Case No. 09-5680* | * | |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to Second First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of ____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                 /s/ *Lawrence J. Centola, Jr.*
                                                   Lawrence J. Centola, Jr.   LA Bar #3962