UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-05582: *Barnes*,
*et al. v. Coachmen Industries, Inc., et al.*

### SUPPLEMENTAL EXHIBIT "A-1" TO PLAINTIFFS' COMPLAINT
### PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A-1" to their Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A-1" and incorporate same by reference herein.

Respectfully submitted this 29th day of July, 2010.

                                                By:    /s/ James M. Priest, Jr.
                                                          James M. Priest, Jr.,
                                                          Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 29, 2010.

      /s/ James M. Priest, Jr.
      James M. Priest, Jr.

*Allison Shree Barnes, et al v. Coachmen Industries, Inc.*
*Supplemental Exhibit A-1*

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 1 | Beamon | Clarence | | Bechtel National, Inc. |
| 2 | Beamon | Linda | | Bechtel National, Inc. |
| 3 | Bell | Ameshia | | Bechtel National, Inc. |
| 4 | Bell | Aunglatresia | | Bechtel National, Inc. |
| 5 | Booker, Individually and as mother and next of friend of R.B. and Y.B. | Contrina | Pratonia | Bechtel National, Inc. |
| 6 | Bush | Nathaniel | | Bechtel National, Inc. |
| 7 | Bush | Tierra | | Bechtel National, Inc. |
| 8 | Bush | Willie | Jean | Bechtel National, Inc. |
| 9 | Franklin, mother and next of friend of J. F. | Amber | Lynn | Bechtel National, Inc. |
| 10 | Franklin, mother and next of friend of K. F. | Amber | Lynn | Bechtel National, Inc. |
| 11 | Griffin | Kenneth | L. | Bechtel National, Inc. |
| 12 | Griffin, Individually and as mother and next of friend of S.W. | Rosie | | Bechtel National, Inc. |
| 13 | Jackson | Dwight | Earl | Bechtel National, Inc. |
| 14 | James | Michele | | Bechtel National, Inc. |
| 15 | Martin | Betty | J. | Bechtel National, Inc. |
| 16 | Martin | David | Ronald | Bechtel National, Inc. |
| 17 | Martin, Individually and as father and next of friend of C.M. | Douglas | W. | Bechtel National, Inc. |
| 18 | Meyer | Belinda | M. | Bechtel National, Inc. |
| 19 | Miller | Ned | | Bechtel National, Inc. |
| 20 | Morrissette | Rickie | Darnell | Bechtel National, Inc. |
| 21 | Ray | Antoine | | Bechtel National, Inc. |
| 22 | Ray | Gwendolyn | L. | Bechtel National, Inc. |
| 23 | Reese | Angela | Dale | Bechtel National, Inc. |
| 24 | Reese | Duone | Cornell | Bechtel National, Inc. |
| 25 | Rollins | Amber | Nicole | Bechtel National, Inc. |
| 26 | Rollins | Henson | Levert | Bechtel National, Inc. |
| 27 | Sallis | Sarah | Ann | Bechtel National, Inc. |
| 28 | Smith | Claude | Z. | Bechtel National, Inc. |
| 29 | Smith | Larry | G. | Bechtel National, Inc. |
| 30 | Warden | June | E. | Bechtel National, Inc. |
| 31 | Wright | Charles | Ray | Bechtel National, Inc. |