UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re: FEMA TRAILER                                              MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-5594: *Bardwell*,
*et al. v. Redman Homes, Inc., f/k/a Dutch Homes, et al.*

### SUPPLEMENTAL EXHIBIT "A-1" TO PLAINTIFFS' COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

      In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A-1" to their Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

      In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A-1" and incorporate same by reference herein.

      Respectfully submitted this 29th day of July, 2010.

                                          By:    /s/ James M. Priest, Jr.
                                                  James M. Priest, Jr.,
                                                  Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this July 29, 2010.

                                 /s/ James M. Priest, Jr.
                                 James M. Priest, Jr.

*Kenneth Ray Bardwell, Sr., et al v. Redman Homes, Inc., f/k/a Dutch Homes*
*Supplemental Exhibit A-1*

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 1 | Bardwell, Sr. | Kenneth | Ray | Bechtel National, Inc. |
| 2 | Bardwell, Individually and as mother and next of friend of B.B., J.B., K.B., S.B. and T.W | Ratonia | Danice | Bechtel National, Inc. |
| 3 | Foster | James | O. | Bechtel National, Inc. |
| 4 | Lee | Nicholes | | Bechtel National, Inc. |