UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *James R. Lee, II, et al, v. Liberty Mutual Insurance Corporation. Case No. 09-6978* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying pleadings to add four additional plaintiffs who, on information and belief, resided in the same type of emergency housing unit(s) manufactured by R-Vision, Inc., a company insured at all pertinent times hereto by the Defendant Liberty Mutual Insurance Corporation, as other existing plaintiffs named in the above captioned matter. Specifically, Elaine Duncan Lee lived in the same trailer as James R. Lee, II and Kimberly Duncan. The other three plaintiffs, Walter J. Populis, Jr., Annie Populis and Kim Mark inhabited trailers manufactured by R-Vision, Inc.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *James R. Lee, II, et al v. Liberty Mutual Insurance Company,* Case No. 2:09-cv-6978, filed in the Eastern District of Louisiana.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
         Lawrence J. Centola, Jr. Bar #3962

600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

    /s/  Lawrence J. Centola, Jr.
         Lawrence J. Centola, Jr.