UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *James R. Lee, II, et al, v. Liberty Mutual Insurance Corporation.  Case No. 09-6978* | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their underlying pleadings.

1.

This Second Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Elaine Duncan Lee | **2:09-cv-5320** |
| Walter J. Populis, Jr. | **2:09-cv-8303** |
| Annie Populis | **2:09-cv-8303** |
| Kim Mark | **2:09-cv-8303** |

.

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.  Elaine Duncan Lee resided in the same trailer as James R.

1

Lee, II and Kimberly Duncan.[1] The other three plaintiffs, Walter J. Populis, Jr., Annie Populis, and Kim Mark also inhabited a trailer manufactured by R-Vision, Inc.[2]

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties"). These Plaintiffs were inadvertently left off of the above complaint. Plaintiffs seek to remedy this problem and in so doing comply with the Court's goals of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, Newly Added Plaintiffs resided in emergency housing units manufactured by R-Vision, Inc., a company insured at all pertinent times hereto by the Defendant Liberty Mutual Insurance Corporation. This Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a single Third Amended Complaint for Damages against the same manufacturer (R-Vision, Inc.) and insured of the manufacturer, Liberty Mutual Insurance Corporation (Liberty Mutual).

4.

Because defendants R-Vision, Inc. and Liberty Mutual Insurance Corporation have notice of claims against them with the VIN number 4WYT32P2561502423 and Plaintiff Fact Sheets indicating the identity of the trailer occupants, Plaintiffs aver that the addition of the newly named plaintiffs will not cause a burden on Defendants and in fact will assist counsel in efficiently defending claims against their client.

---

[1] James R. Lee, II, Kimberly Duncan, and Elaine Duncan Lee resided in a R-Vision trailer with Vin No. 4WYT32P2561502423
[2] Walter J. Populis, Jr., Annie Populis, and Kim Mark resided in a R-Vision trailer with Vin No. 4WYT34P2461404849

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in their underlying pleadings.

          Respectfully submitted,

          HURRICANE LEGAL CENTER, LLC

          BY:  /s/ *Lawrence J. Centola, Jr.*
                Lawrence J. Centola, Jr. Bar #3962
          600 Carondelet Street, Suite 602
          New Orleans, LA 70130
          (504) 525-1944 (telephone)
          (504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

          /s/ *Lawrence J. Centola, Jr.*
             Lawrence J. Centola, Jr.