UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>* SECTION "N" (5)<br>*<br>* |
| THIS DOCUMENT PERTAINS TO:<br>*ALL CASES* | * JUDGE ENGELHARDT<br>* MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO PARTICIPATE IN THE LAST CHANCE PROCESS PURSUANT TO PRETRIAL ORDER NO. 68

Frank J. D'Amico, Jr., counsel for the potential claimants listed on Exhibit "A" attached hereto, seek leave to participate in the Court's last chance process for obtaining matching information. I state under oath the following:

1. Each claimant listed on Exhibit "A" executed a legal employment contract with my law firm prior to May 24, 2010;

2. My law firm, on behalf of each claimant listed on Exhibit "A", or the plaintiffs themselves, provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

3. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

4. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or does not

remember the identity of the government contractor who hauled or installed his or her EHU;

5. I certify that I, on behalf of each claimant listed on Exhibit "A", or my clients themselves as a result of their requests, received data back from FEMA in response to a properly-made matching request, which did not include the manufacturer of the contractor applicable to his or her EHU. To the extent that prior matching responses have included a VIN Number, I have attempted to match my client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN Codes; and

6. I certify that my address is 622 Baronne Street, New Orleans, LA 70113, and that any information regarding matching information on the claimant listed in Exhibit "A" should be delivered to the address provided herein, or to my temporary address located at 4731 Canal Street, New Orleans, LA 70119.

STATE OF LOUISIANA

PARISH OF ORLEANS

Thus did Frank J. D'Amico, Jr. appear before me this 30th day of July 2010, and did further attest that all information contained herein is true and accurate.

_____          _____
Aaron Z. Ahlquist, Esq. (#29063)          Frank J. D'Amico, Jr., Esq.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., T.A. (#17519)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-7272
Fax:         (504) 525-9522

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of July, 2010.

/s/ Frank J. D'Amico Jr.
**FRANK J. D'AMICO JR.**