IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * Section "N" (5) <br> * |
| THIS DOCUMENT PERTAINS TO: | * JUDGE ENGELHARDT |
| *ALL CASES* | * MAG. JUDGE CHASEZ |

**************************************************************************

## PROPOSED ORDER

**CONSIDERING THE FOREGOING** that Frank J. D'Amico, Jr., counsel for the potential claimants listed on Exhibit "A" attached hereto, be allowed to participate in the Court's last chance process for obtaining matching information.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**JUDGE ENGELHARDT**