UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*
Case No. 2:10-cv-1358

---

### RULE 7.6 CERTIFICATE
---

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that David Kurtz, liaison counsel for the Contractor Defendants, and Henry Miller, counsel for the United States Department of Justice, have been contacted and state that they are not opposed to Plaintiffs' Third Motion for Extension of Time to Serve the Defendants.

Respectfully submitted, this the  30  day of July, 2010.

By: _____*s / Rose M. Hurder*_____
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 30, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

                  *s / Rose M. Hurder*
                  ROSE M. HURDER