UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Deborah J. Smith, et al v Frontier RV, Inc., et al.,*
*Case No. 2:10-cv-1355*

___

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED THIRD MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS**

___

COMES NOW PLAINTIFFS, through undersigned counsel, and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

1. The Complaint was originally filed in the Southern District of Mississippi on December 23, 2009 (Case No. 1:09-cv-823).

2. Plaintiffs have been unable to serve the Defendants to date because the household of Plaintiff Deborah Meyers has been unable to identify their contractor and pursuant to Pretrial Order 55, summons could not be issued. Plaintiffs have undertaken the following efforts to identify their contractor: a) Plaintiffs have submitted their information to FEMA, which only provided a match for the manufacturer; and b) Plaintiffs have received their IA File which also did not provide information numbers adequate to identify the contractor. David Kurtz, liaison

counsel for the Contractor Defendants, and Henry Miller, liaison counsel for the United States Department of Justice, have indicated that they do not oppose Plaintiffs' motion.

3.	Plaintiffs assert that the foregoing creates good cause pursuant to FRCP Rule 4(m) for the court to extend the deadlines for service until October 15, 2010 (shortly subsequent to receipt of the results of the Last Chance Matching).

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline until October 15, 2010 to insure that service is perfected on all parties.

Respectfully submitted this the  30  day of July, 2010.

By:	*s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

     I hereby certify that on July 30, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                          *s / Rose M. Hurder*
                          ROSE M. HURDER