UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Mark R. Mosley, as wrongful death beneficiary
and representative of Betty O. Mosley, Deceased, et al
v Gulf Stream Coach, Inc., et al*
Case No. 2:10-cv-1356

---

### ORDER
---

Considering the foregoing Second Motion of Plaintiffs, Plaintiffs are allowed until October 15, 2010 or until _____, 2010, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Third Motion for Extension of Time to Serve.

DATED this ____ day of _____, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net