UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                             SECTION "N" (4)
THIS DOCUMENT RELATES TO:

    Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
    Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
    Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
    Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
    Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
    Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
    Adams v. Cavalier, E.D.L.A. No. 09-3562
    Alfonso v. Cavalier, E.D.L.A. No. 09-8415
    Melton v. Clearsprings, E.D.L.A. No. 09-4446
    Salande v. CMH Manufacturing, E.D.L.A. No. 09-3592
    Barrilleaux v. Coachmen, E.D.L.A. No. 09-3726
    Ladner v. Coachmen, E.D.L.A. No. 09-7934
    Taylor v. Destiny, E.D.L.A. No. 09-6795
    Borne v. DS Corp, E.D.L.A. No. 09-3729
    Gadwaw v. DS Corp, E.D.L.A. No. 09-7941
    Adams v. Fleetwood, E.D.L.A. No. 09-4371
    Adams v. Fleetwood, E.D.L.A. No. 09-4669
    Ladner v. Fleetwood, E.D.L.A. No. 09-4372
    Atwood v. Forest River, E.D.L.A. No. 09-7958
    Bailey v. Forest River, E.D.L.A. No. 09-3588
    Ahl v. Frontier, E.D.L.A. No. 09-3589
    Cummins v. Frontier, E.D.L.A. No. 09-7959
    Acosta v. Gulf Stream, E.D.L.A. No. 09-4661
    Bader v. GulfStream, E.D.L.A. No. 09-3824
    Falgout v. Gulf Stream, E.D.L.A. No. 09-4662
    Jackson v. Gulf Stream, E.D.L.A. No. 09-4665
    Macalusa v. Gulf Stream, E.D.L.A. No. 09-4666
    Sakobie v. Gulf Stream, E.D.L.A. No. 09-4664
    Vaccarella v. Gulf Stream, E.D.L.A. No. 09-4663
    Adams v. Heartland, E.D.L.A. No. 09-3727
    Alkurd v. Heartland, E.D.L.A. No. 09-4671
    Robin v. Insurco, E.D.L.A. No. 09-6801
    Bergeron v. Jayco, E.D.L.A. No. 09-3719
    Albarado v. Keystone, E.D.L.A. No. 09-3731

    Aguilera v. KZRV, E.D.L.A. No. 09-3738
    Braquet v. Lakeside, E.D.L.A. No. 09-7982
    Alexis v. Monaco, E.D.L.A. No. 09-4839
    Aguilar v. Morgan, E.D.L.A. No. 09-7985
    Albarado v. Morgan Bldg, E.D.L.A. No. 09-3829
    Casanavo v. Northwood, E.D.L.A. No. 09-7986
    Douglas v. Oak Creek, E.D.L.A. No. 09-3740
    Alvarez v. Pilgrim, E.D.L.A. No. 09-4838
    Barcelona v. R-Vision, E.D.L.A. No. 09-3949
    Cook v. Skyline, E.D.L.A. No. 09-3739
    Barcia v. Thor, E.D.L.A. No. 09-3742
    Arbour v. Vanguard, E.D.L.A. No. 09-3728
    Penny v. Waverlee Homes, E.D.L.A. No. 09-3741
    Bader, et al v. Gulf Stream Coach, Inc., et als, E.D.L.A. No. 10-511
    Adams, et als v. Cavalier Home Builders, LLC, et als, E.D.L.A. No. 10-510

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>PLAINTIFFS' MOTION PURSUANT TO PRETRIAL ORDER NO. 68, PARAGRAPH II.C, "LAST CHANCE" MATCHING PROCESS</u>

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in Exhibit "A" attached hereto, who respectfully set forth as follows:

The Law Offices of Sidney D. III, *A.P.L.C.,* counsel for the potential claimants listed in Exhibit "A" attached hereto, seek leave to participate in the Court's last chance process for obtaining matching information. The undersigned for The Law Offices of Sidney D. III, *A.P.L.C.* states under oath the following:

(1) Each claimant listed on Exhibit "A" executed a legal employment contract with my lawfirm prior to May 24, 2010;

(2) My lawfirm, on behalf of each claimant listed on Exhibit "A," provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

(3) I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant does not remember the identity of the manufacturer

of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

(4)   I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or the identity of the government contractor who hauled or installed his or her EHU;

(5)   I certify that I, on behalf of each claimant listed on Exhibit "A," received data back from FEMA in response to a properly-made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU.   To the extent that prior matching responses have included a VIN Number, I have attempted to match my client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates #FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN   Codes; and,

(6)   I certify that my address is 8301 West Judge Perez Drive, Suite 303, Chalmette, Louisiana, 70043, and that any information regarding matching information on the claimants listed   in Exhibit "A" should be delivered to the address provided herein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:            s/David C. Jarrell
      SIDNEY D. TORRES, III, La. Bar No. 12869
      ROBERTA L. BURNS, La. Bar No. 14945
      DAVID C. JARRELL, La. Bar No. 30907
      8301 W. Judge Perez Drive
      Suite 303
      Chalmette, Louisiana 70043
      Telephone: (504) 271-8421
      **Counsel for plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to Liaison Counsel for the PSC, the Untied States of America, the Manufacturing Defendants, the Government Contractors, and Defendant Insurance Companies, all as directed in Pretrial Order No. 68.

                                                               s/David C. Jarrell, Esq.
                                    DAVID C. JARRELL, La. Bar No. 30907