**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In Re: FEMA TRAILER                                                  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                      SECTION "N" (4)

THIS DOCUMENT RELATES TO:
    Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
    Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
    Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
    Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
    Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
    Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
    Adams v. Cavalier, E.D.L.A. No. 09-3562
    Alfonso v. Cavalier, E.D.L.A. No. 09-8415
    Melton v. Clearsprings, E.D.L.A. No. 09-4446
    Salande v. CMH Manufacturing, E.D.L.A. No. 09-3592
    Barrilleaux v. Coachmen, E.D.L.A. No. 09-3726
    Ladner v. Coachmen, E.D.L.A. No. 09-7934
    Taylor v. Destiny, E.D.L.A. No. 09-6795
    Borne v. DS Corp, E.D.L.A. No. 09-3729
    Gadwaw v. DS Corp, E.D.L.A. No. 09-7941
    Adams v. Fleetwood, E.D.L.A. No. 09-4371
    Adams v. Fleetwood, E.D.L.A. No. 09-4669
    Ladner v. Fleetwood, E.D.L.A. No. 09-4372
    Atwood v. Forest River, E.D.L.A. No. 09-7958
    Bailey v. Forest River, E.D.L.A. No. 09-3588
    Ahl v. Frontier, E.D.L.A. No. 09-3589
    Cummins v. Frontier, E.D.L.A. No. 09-7959
    Acosta v. Gulf Stream, E.D.L.A. No. 09-4661
    Bader v. GulfStream, E.D.L.A. No. 09-3824
    Falgout v. Gulf Stream, E.D.L.A. No. 09-4662
    Jackson v. Gulf Stream, E.D.L.A. No. 09-4665
    Macalusa v. Gulf Stream, E.D.L.A. No. 09-4666
    Sakobie v. Gulf Stream, E.D.L.A. No. 09-4664
    Vaccarella v. Gulf Stream, E.D.L.A. No. 09-4663

    Adams v. Heartland, E.D.L.A. No. 09-3727
    Alkurd v. Heartland, E.D.L.A. No. 09-4671
    Robin v. Insurco, E.D.L.A. No. 09-6801
    Bergeron v. Jayco, E.D.L.A. No. 09-3719
    Albarado v. Keystone, E.D.L.A. No. 09-3731
    Aguilera v. KZRV, E.D.L.A. No. 09-3738
    Braquet v. Lakeside, E.D.L.A. No. 09-7982
    Alexis v. Monaco, E.D.L.A. No. 09-4839
    Aguilar v. Morgan, E.D.L.A. No. 09-7985
    Albarado v. Morgan Bldg, E.D.L.A. No. 09-3829
    Casanavo v. Northwood, E.D.L.A. No. 09-7986
    Douglas v. Oak Creek, E.D.L.A. No. 09-3740
    Alvarez v. Pilgrim, E.D.L.A. No. 09-4838
    Barcelona v. R-Vision, E.D.L.A. No. 09-3949
    Cook v. Skyline, E.D.L.A. No. 09-3739
    Barcia v. Thor, E.D.L.A. No. 09-3742
    Arbour v. Vanguard, E.D.L.A. No. 09-3728
    Penny v. Waverlee Homes, E.D.L.A. No. 09-3741
    Bader, et al v. Gulf Stream Coach, Inc., et als, E.D.L.A. No. 10-511
    Adams, et als v. Cavalier Home Builders, LLC, et als, E.D.L.A. No. 10-510

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PROPOSED ORDER**

Considering the foregoing Motion,

IT IS HEREBY ORDERED that the Plaintiffs identified on Exhibit A are hereby permitted to participate in the Last Chance matching process.

THUS DONE AND SIGNED this _____ day of August, 2010.

_____

JUDGE