UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                        SECTION "N" (4)

THIS DOCUMENT RELATES TO:
    Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
    Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
    Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
    Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
    Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
    Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
    Adams v. Cavalier, E.D.L.A. No. 09-3562
    Alfonso v. Cavalier, E.D.L.A. No. 09-8415
    Melton v. Clearsprings, E.D.L.A. No. 09-4446
    Salande v. CMH Manufacturing, E.D.L.A. No. 09-3592
    Barrilleaux v. Coachmen, E.D.L.A. No. 09-3726
    Ladner v. Coachmen, E.D.L.A. No. 09-7934
    Taylor v. Destiny, E.D.L.A. No. 09-6795
    Borne v. DS Corp, E.D.L.A. No. 09-3729
    Gadwaw v. DS Corp, E.D.L.A. No. 09-7941
    Adams v. Fleetwood, E.D.L.A. No. 09-4371
    Adams v. Fleetwood, E.D.L.A. No. 09-4669
    Ladner v. Fleetwood, E.D.L.A. No. 09-4372
    Atwood v. Forest River, E.D.L.A. No. 09-7958
    Bailey v. Forest River, E.D.L.A. No. 09-3588
    Ahl v. Frontier, E.D.L.A. No. 09-3589
    Cummins v. Frontier, E.D.L.A. No. 09-7959
    Acosta v. Gulf Stream, E.D.L.A. No. 09-4661
    Bader v. GulfStream, E.D.L.A. No. 09-3824
    Falgout v. Gulf Stream, E.D.L.A. No. 09-4662
    Jackson v. Gulf Stream, E.D.L.A. No. 09-4665
    Macalusa v. Gulf Stream, E.D.L.A. No. 09-4666
    Sakobie v. Gulf Stream, E.D.L.A. No. 09-4664
    Vaccarella v. Gulf Stream, E.D.L.A. No. 09-4663
    Adams v. Heartland, E.D.L.A. No. 09-3727
    Alkurd v. Heartland, E.D.L.A. No. 09-4671
    Robin v. Insurco, E.D.L.A. No. 09-6801
    Bergeron v. Jayco, E.D.L.A. No. 09-3719
    Albarado v. Keystone, E.D.L.A. No. 09-3731
    Aguilera v. KZRV, E.D.L.A. No. 09-3738

Braquet v. Lakeside, E.D.L.A. No. 09-7982
Alexis v. Monaco, E.D.L.A. No. 09-4839
Aguilar v. Morgan, E.D.L.A. No. 09-7985
Albarado v. Morgan Bldg, E.D.L.A. No. 09-3829
Casanavo v. Northwood, E.D.L.A. No. 09-7986
Douglas v. Oak Creek, E.D.L.A. No. 09-3740
Alvarez v. Pilgrim, E.D.L.A. No. 09-4838
Barcelona v. R-Vision, E.D.L.A. No. 09-3949
Cook v. Skyline, E.D.L.A. No. 09-3739
Barcia v. Thor, E.D.L.A. No. 09-3742
Arbour v. Vanguard, E.D.L.A. No. 09-3728
Penny v. Waverlee Homes, E.D.L.A. No. 09-3741
Bader, et al v. Gulf Stream Coach, Inc., et als, E.D.L.A. No. 10-511
Adams, et als v. Cavalier Home Builders, LLC, et als, E.D.L.A. No. 10-510

*************************************************************************

## VERIFICATION PURSUANT TO PRETRIAL ORDER NO. 68

NOW INTO COURT, through undersigned counsel, comes undersigned for The Law Offices of Sidney D. III, *A.P.L.C.,* and as counsel for the potential claimants listed in Exhibit "A" attached hereto, states under oath the following with respect to each listed claimant:

(1) The claimant executed a legal employment contract to engage The Law Offices of Sidney D. III, *A.P.L.C.* prior to the date of Pretrial Order No. 68;

(2) The claimant provided his FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

(3) The claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

(4) The claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or the identity of the government contractor who hauled or installed his or her EHU; and,

(5) The claimant received data back from FEMA in response to a properly-made

matching request, which did not include the manufacturer or the contractor applicable to his or her EHU.   To the extent that prior matching responses have included a VIN number, the claimant has attempted to match his or her name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates #FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN   Codes.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    BY:  _____s/David C. Jarrell_____
      SIDNEY D. TORRES, III, La. Bar No. 12869
      ROBERTA L. BURNS, La. Bar No. 14945
      DAVID C. JARRELL, La. Bar No. 30907
      8301 W. Judge Perez Drive
      Suite 303
      Chalmette, Louisiana 70043
      Telephone: (504) 271-8421
      **Counsel for plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to Liaison Counsel for the PSC, the Untied States of America, the Manufacturing Defendants, the Government Contractors, and Defendant Insurance Companies, all as directed in Pretrial Order No. 68.

                                                                                                                          s/David C. Jarrell, Esq.
                                                        DAVID C. JARRELL, La. Bar No. 30907