# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISRATE CHASEZ |
| | * | |
| ALL CASES | | |

## NOTICE TO COURT OF OUTSTANDING CLAIMS IN THE STATE OF MISSISSIPPI ON WHICH SUIT WILL BE FILLED WITHIN THE APPLICABLE STATUTE OF LIMITATIONS

NOW INTO COURT, comes undersigned counsel who hereby files with the Court this Notice to Court of Outstanding Claims in the State of Mississippi on Which Suit will be Filed within the Applicable Statute of Limitations.

Although the Statute of Limitations for the State of Mississippi has not tolled, Counsel on behalf of their Clients assert that it is both proper and necessary to provide the Court with this list of 2975 Claimants in a sincere effort to comply with the Court's stated goals of ending the matching process and moving toward an accurate count of the exact number of claimants involved in this multi-district litigation.

Upon information and belief, each of the included Claimants resided in the same type of Emergency Housing Unit(s) manufactured by the defendants named in the above captioned matter.  A complete list of Claimants and roster of defendant Manufacturers that produced the housing units inhabited by the Claimants is attached hereto as Exhibit A.

Because defendant Manufactures have notice of prior claims against them from other trailer occupants, Counsel avers that the inclusion of the roster of Claimants in the aggregate number of plaintiffs will not cause a burden on the defendant Manufacturers and in fact will assist counsel in effectively and efficiently defending claims against their client.

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC

BY:  /s/  *Douglas M. Schmidt*
         Douglas M. Schmidt. Bar #11789

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
Facsimile: (504) 482-5755

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States Eastern District Court for the Eastern District of Louisiana this July 30, 2010.

/s/  *Douglas M. Schmidt*
     Douglas M. Schmidt