# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISRATE CHASEZ** |
| ***Cinnamon Davis v CMH Manufacturing,*** | * | |
| ***Inc, et al. , Case No. 09-08571*** | | |

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

### PLAINPLAINTIFFS' MOTION FOR LEAVE TO FILE
### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their prior filings in the above captioned action to add Twelve (12) additional plaintiffs who, on information and belief, resided in the same type of emergency housing unit(s) manufactured by Clayton Homes, Inc., as other existing plaintiffs named in this action. Each Plaintiff(s) inhabited trailers manufactured by Clayton Homes, Inc..

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached (Number) Supplemental and Amending Complaint for Damages as it relates to the above captioned matter.

(Signature Element on Following Page)

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC

BY:  /s/  *Douglas M. Schmidt*
      Douglas M. Schmidt. Bar #11789

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
Facsimile: (504) 482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Douglas M. Schmidt*
      Douglas M. Schmidt