UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>*Cinnamon Davis v CMH Manufacturing, Inc, et al. , Case No. 09-08571* | | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their prior pleadings in the underlying action. Plaintiff(s) file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15, 20 and 21. Federal Rule of Civil Procedure 15 states "[t]he court should freely give leave when justice so requires."

Plaintiffs seek to supplement and amend their prior pleadings filings in the above captioned action to add Twelve (12) additional plaintiffs:

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| HARVEY, ERICA | **2:09-cv-07915** |
| HARVEY, ERICA o/b/o BROWN, EQUASHIA | **2:09-cv-07915** |
| HARVEY, ERICA o/b/o HARVEY, TAYESEAN | **2:09-cv-07915** |
| HARVEY, ERICA o/b/o ROBERTS, TRAVONTE | **2:09-cv-07915** |

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| HARVEY, GERALD JR | **2:09-cv-07915** |
| ROBERTS, JELYNA | **2:09-cv-07915** |
| ROBERTS, JELYNA o/b/o FOXWORTH, KETAVEN | **2:09-cv-07915** |
| ROBERTS, MOLINDA | **2:09-cv-07915** |
| ROBERTS, MOLINDA o/b/o ROBERTS, JAQUAUIS | **2:09-cv-07915** |
| ROBERTS, MOLINDA o/b/o ROBERTS, QUEZMON | **2:09-cv-07915** |
| ROBERTSON, JOHN | **2:09-cv-07915** |
| WILLIAMS, JOSHUA | **2:09-cv-05327** |

who, upon information and belief, resided in the same FEMA-supplied emergency housing unit(s) manufactured by defendant, Clayton Homes, Inc. herein.

No undue prejudice will result in allowing this Supplemental and Amending pleading to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiffs' motion will assist counsel for defendant(s) in effectively and efficiently defending claims against their clients by focusing resources to defend properly claimed actions.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing (prior) Amended Complaint for Damages against the manufacturer defendant and contractor defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC

BY:  /s/  *Douglas M. Schmidt*
         Douglas M. Schmidt. Bar #11789

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
Facsimile: (504) 482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Douglas M. Schmidt*
     Douglas M. Schmidt