UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL No. 1873<br>*<br>* SECTION N(5)<br>*<br>* JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Marcelle Krivjanick, et al, v. Gulf Stream Coach, Inc., and Fluor Enterprises, Inc.*<br>Case No. 09-4938 | *<br>* MAGISTRATE CHASEZ<br>* |

*********************************************************************

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original Complaint for Damages filed on their behalf with this Court on July 31, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Michael Mark | 2:09-cv-4079 |
| Tammy Matthews | 2:09-cv-4082 |
| David Beaulieu | 2:09-cv-4083 |
| Wellington Beaulieu | 2:09-cv-4083 |
| David Beaulieu on behalf of R.J.B. | 2:09-cv-4083 |
| James Jones | 2:09-cv-6881 |
| Lettie Tamor | 2:09-cv-6881 |
| Marie McNab | 2:09-cv-6881 |
| Nakesha Wilson | 2:09-cv-4080 |
| Doris Paige | 2:09-cv-4080 |
| Susanne Kruk | 2:09-cv-4076 |
| Thomas Johnson | 2:09-cv-4089 |
| Trinette Johnson | 2:09-cv-4930 |
| Paige G. Johnson | 2:09-cv-4930 |

| Nikita Krivjanick | 2:09-cv-4079, 4083 |
| --- | --- |
| Audie Krivjanick | 2:09-cv-4079, 2:09-cv-4083, 2:09-cv-4099 |
| Cora Krivjankick | 2:09-cv-4079, 2:09-cv-4083 |
| Marie McNab | 2:09-cv-4099 |
| Brittany Molinary | 2:09-cv-4916 |
| Danyele M. Molinary | 2:09-cv-4916 |
| Michael J. Molinary | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  C.A.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  J.C.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  J.L.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  J.J.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  M.M.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  J.W.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  N.D.M | 2:09-cv-4916 |
| Dawn Monroe Byrd | 2:09-cv-4086 |
| Dawn Monroe Byrd on behalf of J. B. | 2:09-cv-4086 |
| Randi Hartman | 2:09-cv-4078 |
| Jordan Hartman | 2:09-cv-4078 |
| Randi Hartman on behalf of N. H. | 2:09-cv-4078 |
| Roberto O. Hontivertos Jr. | 2:09-cv-4082 |
| Greta Thompson | 2:09-cv-4077 |
| Darrien Delotte | 2:09-cv-4077 |
| Isaac Thornton | 2:09-cv-4087 |
| Lorraine Thornton | 2:09-cv-4087 |
| Lorraine Thornton obo S.T. | 2:09-cv-4087 |
| Bonnie Noris | 2:09-cv- |
| Kayla Campbell | 2:09-cv-3985 |
| Grace Gioustovia | 2:09-cv-4080, 2:09-cv-5718 |
| Carey Broussard, Sr. | 2:09-cv-4080, 2:09-cv-5718 |
| Shantell Blanchard | 2:09-cv-4080, 2:09-cv-5718 |
| Grace Gioustovia on behalf of S.G. | 2:09-cv-4080, 2:09-cv-5718 |
| Carey Broussard, Sr. on behalf of C.B. | 2:09-cv-4080, 2:09-cv-5718 |
| Carey Broussard, Sr. on behalf of K.B. | 2:09-cv-4080, 2:09-cv-5718 |
| Shantell Blanchard on behalf of S.G. | 2:09-cv-4080, 2:09-cv-5718 |
| Anitra Grant on behalf of M.G. | 2:09-cv-4001, 2:09-cv-4016 |
| Bernard Singleton | 2:09-cv-4082 |
| Evelyn Turner | 2:09-cv-4083 |
| Leola Walker | 2:09-cv-4081 |
| Carol Wharton | 2:09-cv-4088 |
| Bonita Bell | 2:09-cv-4086 |
| India Mahoney | 2:09-cv- 4079 |

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Newly Added Plaintiffs were inadvertently left off of the above captioned complaint. Plaintiffs seek to remedy this problem and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Gulf Stream Coach, Inc., and installed by Fluor Enterprises, Inc. as the other Plaintiffs who are named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to a single complaint for damages against the same manufacturer (Gulf Stream Coach, Inc.) and contractor (Fluor Enterprises, Inc.)

4.

Newly Added Plaintiffs adopts all of the allegations, claims and prayers for relief contained in the original Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
	Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street , Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
	Lawrence J. Centola, Jr.

4