UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Marcelle Krivjanick, et al, v. Gulf Stream Coach, Inc., and Fluor Enterprises, Inc.* Case No. 09-4938 | * * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-4938. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement the Complaint for Damages, to add the following Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"):

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Michael Mark | 2:09-cv-4079 |
| Tammy Matthews | 2:09-cv-4082 |
| David Beaulieu | 2:09-cv-4083 |
| Wellington Beaulieu | 2:09-cv-4083 |
| David Beaulieu on behalf of R.J.B. | 2:09-cv-4083 |
| James Jones | 2:09-cv-6881 |
| Lettie Tamor | 2:09-cv-6881 |
| Marie McNab | 2:09-cv-6881 |
| Nakesha Wilson | 2:09-cv-4080 |

| Doris Paige | 2:09-cv-4080 |
|---|---|
| Susanne Kruk | 2:09-cv-4076 |
| Thomas Johnson | 2:09-cv-4089 |
| Trinette Johnson | 2:09-cv-4930 |
| Paige G. Johnson | 2:09-cv-4930 |
| Nikita Krivjanick | 2:09-cv-4079, 4083 |
| Audie Krivjanick | 2:09-cv-4079, 2:09-cv-4083, 2:09-cv-4099 |
| Cora Krivjankick | 2:09-cv-4079, 2:09-cv-4083 |
| Marie McNab | 2:09-cv-4099 |
| Brittany Molinary | 2:09-cv-4916 |
| Danyele M. Molinary | 2:09-cv-4916 |
| Michael J. Molinary | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  C.A.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  J.C.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  J.L.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  J.J.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  M.M.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  J.W.M | 2:09-cv-4916 |
| Michael J. Molinary on behalf of  N.D.M | 2:09-cv-4916 |
| Dawn Monroe Byrd | 2:09-cv-4086 |
| Dawn Monroe Byrd on behalf of J. B. | 2:09-cv-4086 |
| Randi Hartman | 2:09-cv-4078 |
| Jordan Hartman | 2:09-cv-4078 |
| Randi Hartman on behalf of N. H. | 2:09-cv-4078 |
| Roberto O. Hontivertos Jr. | 2:09-cv-4082 |
| Greta Thompson | 2:09-cv-4077 |
| Darrien Delotte | 2:09-cv-4077 |
| Isaac Thornton | 2:09-cv-4087 |
| Lorraine Thornton | 2:09-cv-4087 |
| Lorraine Thornton obo S.T. | 2:09-cv-4087 |
| Bonnie Noris | 2:09-cv- |
| Kayla Campbell | 2:09-cv-3985 |
| Grace Gioustovia | 2:09-cv-4080, 2:09-cv-5718 |
| Carey Broussard, Sr. | 2:09-cv-4080, 2:09-cv-5718 |
| Shantell Blanchard | 2:09-cv-4080, 2:09-cv-5718 |
| Grace Gioustovia on behalf of S.G. | 2:09-cv-4080, 2:09-cv-5718 |
| Carey Broussard, Sr. on behalf of C.B. | 2:09-cv-4080, 2:09-cv-5718 |
| Carey Broussard, Sr. on behalf of K.B. | 2:09-cv-4080, 2:09-cv-5718 |
| Shantell Blanchard on behalf of S.G. | 2:09-cv-4080, 2:09-cv-5718 |
| Anitra Grant on behalf of M.G. | 2:09-cv-4001, 2:09-cv-4016 |
| Bernard Singleton | 2:09-cv-4082 |
| Evelyn Turner | 2:09-cv-4083 |
| Leola Walker | 2:09-cv-4081 |
| Carol Wharton | 2:09-cv-4088 |

| Bonita Bell | 2:09-cv-4086 |
| India Mahoney | 2:09-cv- 4079 |

Newly Added Plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Gulf Stream Coach, Inc. and installed by Fluor Enterprises, Inc. as the existing Plaintiffs named in the Complaint for Damages. The First Amended Complaint was a PTO 40 amended complaint ordered by this Court. Plaintiff Tammy Matthews was inadvertently spelled "Tommy" Matthews in Master Complaint, Case No. 2:09-cv-4082. Tammy and Tommy Matthews are the same individual.

No undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant and contractor defendant involved in the emergency housing unit in which each plaintiff resided. Newly Added Plaintiffs were all named in Master Complaints and/or named in additional suits where they lived in more than one trailer. Newly Added Plaintiffs have all been part of the MDL since 2009.

[*signature element on following page*]

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
       Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.