UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Sherron Bennett v. Cavalier Home Builders, LLC., Case No. 09-08513* | * * | MAGISTRATE CHASEZ |

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in prior filings in the above captioned matter.

1.

This Supplemental and Amending Complaint adds:

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| BARTHOLOMEW, KENDRICK | **2:09-cv-05331** |
| BENTON, DAPHNEY | **2:09-cv-05331** |
| COMEGER, VERNON | **2:09-cv-05327** |
| DEAMER, LATOYA | **2:09-cv-05331** |
| DUPLESSIS, EUGENE JR | **2:09-cv-05332** |
| HAMILTON, RICKEY | **2:09-cv-05331** |

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| KRAUS, ANGELA | 2:09-cv-05331 |
| NELSON, JOSEPH | 2:09-cv-07915 |
| TAMBERELLA, ROBERT | 2:09-cv-05331 |

as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), to the above captioned matter. Each plaintiff(s) herein inhabited a trailer manufactured by defendant Cavalier Homes, Inc.

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties"). These Plaintiffs were inadvertently left off of the above complaint. Plaintiffs seek to remedy this problem and in so doing comply with the Court's goals of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, Newly Added Plaintiffs resided in emergency housing units manufactured by defendant herein. This Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a single Amended Complaint for Damages against the same manufacturer Cavalier Homes, Inc.

4.

Because defendant(s) herein have notice of prior claims against them from trailer occupants, Plaintiffs aver that the addition of the newly named plaintiffs will not cause a burden

on Defendants and in fact will assist counsel in effectively and efficiently defending claims against their client.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in all prior filing in the above captioned action.

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC

BY:  /s/  Douglas M. Schmidt
          Douglas M. Schmidt. Bar #11789

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
Facsimile: (504) 482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Douglas M. Schmidt
     Douglas M. Schmidt