UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Sherron Bennett v. Cavalier Home Builders, LLC., Case No. 09-08513* | * * | MAGISTRATE CHASEZ |

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendant(s) has been contacted. As of the filing of this Amendment Defendant(s) have not responded. It is specifically acknowledged by undersigned counsel that Defendant(s) herein reserve all defenses, including, but not limited to, prescription.

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC

BY: /s/ *Douglas M. Schmidt*
      Douglas M. Schmidt. Bar #11789

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
Facsimile: (504) 482-5755