*Estella Adkins, et al v. Waverlee Homes, Inc.*
*Corrected Supplemental Exhibit A-3*

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 1 | Adkins | Estella | | Bechtel National, Inc. |
| 2 | Bartholomew | Floyd | Anthony | Bechtel National, Inc. |
| 3 | Bartholomew | Melissa | Nicole | Bechtel National, Inc. |
| 4 | Bartholomew, Individually and as mother and next of friend of A.S., B.B., F.S., M.B., S. B. and S.B. | Sonya | Eyvette | Bechtel National, Inc. |
| 5 | Hebert, Individually and as mother and next of friend of A.K. and H.K. | Heather | Kim | Bechtel National, Inc. |
| 6 | Hoda, Individually and as mother and next of friend of C.H. and K.C. | Gena | Janelle | Bechtel National, Inc. |
| 7 | Hoda | Ronnie | Wayne | Bechtel National, Inc. |
| 8 | Sipp, Individually and as mother and next of friend of D.S. and H.S. | Tameka | R. | Bechtel National, Inc. |
| 9 | Valentine, mother and next of friend of A.V. | Victoria | Lynn | Bechtel National, Inc. |
| 10 | Valentine, mother and next of friend of C.V. | Stephanie | Lynn | Bechtel National, Inc. |
| 11 | Watson | Tinkie | Lynn | Bechtel National, Inc. |