UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-05609: *Adams,
et al. v. Fleetwood Canada, Ltd., et al.*

**CORRECTED SUPPLEMENTAL EXHIBIT "A-4" TO PLAINTIFFS' SECOND
AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53**

　　　　In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Corrected Supplemental Exhibit "A-4" to their Second Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

　　　　In addition to the information previously submitted on Exhibits "A-1", "A-2" and "A-3" Plaintiffs attach hereto a Corrected Supplemental Exhibit "A-4" and incorporate same by reference herein.

　　　　Respectfully submitted this 2nd day of August, 2010.

1

By:  /s/ James M. Priest, Jr.
James M. Priest, Jr.,
Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this August 2, 2010.


/s/ James M. Priest, Jr.
James M. Priest, Jr.

*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*
*Corrected Supplemental*
*Exhibit A-4*

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 1 | Adams | James | Sidney | Bechtel National, Inc. |
| 2 | Adams | Vivian | Ray | CH2M Hill Constructors, Inc. |
| 3 | Alston | Billy | J. | Bechtel National, Inc. |
| 4 | Beard | Rodney | | Bechtel National, Inc. |
| 5 | Berry | Tony | | Bechtel National, Inc. |
| 6 | Berry-Thomas | Mary | | Bechtel National, Inc. |
| 7 | Bilbo, Individually and as father and next of friend of<br>D.B. | Warren | A. | Bechtel National, Inc. |
| 8 | Bondio, Individually and as mother and next of friend of<br>J.J. | Susan | Marie | CH2M Hill Constructors, Inc. |
| 9 | Bradshaw | Ashley | Nicole | CH2M Hill Constructors, Inc. |
| 10 | Bradshaw-Young | Teresa | Marie | CH2M Hill Constructors, Inc. |
| 11 | Brister, Individually and as mother and next of friend of<br>T.B. | Candy | S. | Bechtel National, Inc. |
| 12 | Britton | Bessie | L. | CH2M Hill Constructors, Inc. |
| 13 | Britton | James | | CH2M Hill Constructors, Inc. |
| 14 | Brown, Individually and as mother and next of friend of<br>J.K.B.<br>J.B.<br>P.B | Renee | Faye | Bechtel National, Inc. |
| 15 | Brown | Vince | A. | Bechtel National, Inc. |
| 16 | Browning | Jeffrey | | Bechtel National, Inc. |
| 17 | Burnham | Ronald | Charles | Bechtel National, Inc. |
| 18 | Collins | George | Edward | Bechtel National, Inc. |
| 19 | Cox | Terrance | A. | CH2M Hill Constructors, Inc. |
| 20 | Crowder | Tammy | | Bechtel National, Inc. |
| 21 | Fairley | Michael | | Bechtel National, Inc. |
| 22 | Findley | Benny | J. | Bechtel National, Inc. |
| 23 | Findley | Kathy | S. | Bechtel National, Inc. |
| 24 | Freeman, Individually and as father and next of friend of<br>B.F.<br>R.F | Robert | Lee | CH2M Hill Constructors, Inc. |
| 25 | Garry | Colleen | L. | Bechtel National, Inc. |
| 26 | Garry | Euletha | P. | Bechtel National, Inc. |
| 27 | Glover, Individually and as mother and next of friend of<br>M.A.G. | Catherine | | Bechtel National, Inc. |
| 28 | Glover | Kimberly | D. | Bechtel National, Inc. |
| 29 | Griffith | James | Lee | Bechtel National, Inc. |

*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*
*Corrected Supplemental*
*Exhibit A-4*

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 30 | Hampton, Individually and as guardian and next of friend of K.H. | Loretta | | Bechtel National, Inc. |
| 31 | Harper | Rosie | N. | Bechtel National, Inc. |
| 32 | Harris | Wanda | | Bechtel National, Inc. |
| 33 | Hayes | Terry | Ray | CH2M Hill Constructors, Inc. |
| 34 | Hernandez | Oscar | Manuel | CH2M Hill Constructors, Inc. |
| 35 | Hill, Individually and as guardian and next of friend of J.H. K.H. | Bobbie | J. | Bechtel National, Inc. |
| 36 | Iles | James | D. | CH2M Hill Constructors, Inc. |
| 37 | Ingram | Fredrick | Jerrell | Bechtel National, Inc. |
| 38 | Jack | Edward | | Bechtel National, Inc. |
| 39 | Jackson, Individually and as mother and next of friend of E.J, F.J. and J.R.J. | Garion | Ann | Bechtel National, Inc. |
| 40 | Jackson | Joshua | | Bechtel National, Inc. |
| 41 | Johnson | Angela | N. | Bechtel National, Inc. |
| 42 | Johnson | Darren | | Bechtel National, Inc. |
| 43 | Johnson, Individually and as mother and next of friend of D.W. and D.A. | Gloria | | Bechtel National, Inc. |
| 44 | Kelly | Melinda | | CH2M Hill Constructors, Inc. |
| 45 | Kimble, Individually and as mother and next of friend of R.K., R.K. and R.J.K. | Tijuana | Leigh | CH2M Hill Constructors, Inc. |
| 46 | Kimbley | Charles | Edward | CH2M Hill Constructors, Inc. |
| 47 | King | Mary | Ethel | Bechtel National, Inc. |
| 48 | Knights | Barbara | A. | Bechtel National, Inc. |
| 49 | Knox | Steven | Welesly | CH2M Hill Constructors, Inc. |
| 50 | Lankford, Individually and as mother and next of friend of E.B., J.L. and R.L. | Lisa | Browning | Bechtel National, Inc. |
| 51 | Lawrence | Jamelia | | Bechtel National, Inc. |
| 52 | Levy | Douglas | | Bechtel National, Inc. |

*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*
**Corrected Supplemental**
*Exhibit A-4*

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 53 | Levy, Individually and as mother and next of friend of K.L. and Z.L. | Sandra | | Bechtel National, Inc. |
| 54 | Manning (Bobbie Hill, legal guardian) | Wilder | | Bechtel National, Inc. |
| 55 | McCorvey, Individually and as mother and next of friend of A.W. | Ashelia | L. | Bechtel National, Inc. |
| 56 | McEwen | Audrey | | Bechtel National, Inc. |
| 57 | McFall | Gregory | Rene | Bechtel National, Inc. |
| 58 | Meredith | Kimberly | Dawn | CH2M Hill Constructors, Inc. |
| 59 | Miller | Dennis | Wayne | Bechtel National, Inc. |
| 60 | Moore | Charlotte | M. | Bechtel National, Inc. |
| 61 | Nettles, mother and next of friend of T.J.C. | Sharon | | CH2M Hill Constructors, Inc. |
| 62 | Nicholas, Individually and as mother and next of friend of Z.A. | Charnita | | Bechtel National, Inc. |
| 63 | Ramos, Individually and as mother and next of friend of J.S. and S.S. | Sharon | Santiago | CH2M Hill Constructors, Inc. |
| 64 | Riley, Individually and as guardian and next of friend of C.R. K.R. and W.R. | Shirley | | Bechtel National, Inc. |
| 65 | Riley, Sr. | Willie | | Bechtel National, Inc. |
| 66 | Rodriguez | Pedro | J. | CH2M Hill Constructors, Inc. |
| 67 | Seymour | Lauren | Denise | Bechtel National, Inc. |
| 68 | Smith | Annie | Liza | Bechtel National, Inc. |
| 69 | Smith | Drew | E. | Bechtel National, Inc. |
| 70 | Smith | Shannon | Rena | Bechtel National, Inc. |
| 71 | Tillman | Charles | Douglas | Bechtel National, Inc. |
| 72 | Tillman | Sheila | C. | Bechtel National, Inc. |
| 73 | Walburn | Kathleen | N. | CH2M Hill Constructors, Inc. |
| 74 | Walker, Individually and as mother and next of friend of D.W. and D.W. | Angie | Rebecca | Bechtel National, Inc. |
| 75 | Walker, Sr. | Delvin | Jermaine | Bechtel National, Inc. |
| 76 | Warren | Leon | | Bechtel National, Inc. |
| 77 | Watson | Geraldine | Eretts | CH2M Hill Constructors, Inc. |
| 78 | Watson | Johnson | R. | Bechtel National, Inc. |

*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*
*Corrected Supplemental*
*Exhibit A-4*

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 79 | White | Courtney | | Bechtel National, Inc. |
| 80 | White, on behalf of the wrongful death beneficiary of Berry W. White | Rhonda | | Bechtel National, Inc. |
| 81 | Wilkes | Shane | Allen | Bechtel National, Inc. |
| 82 | Williams | Mary | E. | Bechtel National, Inc. |
| 83 | Willis | Jamie | | Bechtel National, Inc. |
| 84 | Willis, Individually and as mother and next of friend of J.T.W. and J.A.W. | Nicole | Burnett | Bechtel National, Inc. |
| 85 | Wilson, Individually and as mother and next of friend of A.P. and L.N. | Alisha | | Bechtel National, Inc. |
| 86 | Wilson | James | A. | Bechtel National, Inc. |
| 87 | Wilson | Lois | | Bechtel National, Inc. |
| 88 | Young | Lake | C. | Bechtel National, Inc. |