**Exhibit A**  894

My Tran (230421)                                      Shaw Environmental, Inc