# Exhibit B

## Contractor

Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

## Insurer

Northwood Manufacturing Inc.
Sherry A. Nash
59948 Downs Road
LaGrande, OR 97850