UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Justin Heintz, Sr., et al, v. Forest River, Inc.* Case No. 09-4000 | * * * | MAGISTRATE CHASEZ |

*************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-4925. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement their Complaint for Damages, to add the following Plaintiffs:

> Glenda Griffin[1]
> Robert Griffin
> Robert Griffin on behalf of G.G.
> Catherine Stevens[2]
> Lionel Stevens
> Booker Sandifer[3]

---

[1] Glenda, Robert, and Robert Griffin on behalf of G.G. lived in a trailer with the VIN number 4X4TWDH226P195117
[2] Catherine and Lionel Stevens lived in a trailer with VIN number 4X4TSMH255J014721
[3] Booker Sandifer lived in a trailer with VIN number 4X4TSMH246J030605

1

These plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Forest River, Inc.

Glenda Griffin, Robert Griffin, and Robert Griffin on behalf of G.G. (hereinafter "Griffins") resided in two emergency housing units (EHU). On June 15, 2010 the Griffins were filed into a master complaint (2:09-cv-4074) and on December 29, 2010 were, per Pretrial Order No. 40 (Doc. 1781), matched and then named in a successive complaint (2:09-cv-8303) against defendants Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. According to both the Griffins and matching data received from FEMA, the Griffins lived in two EHUs, one manufactured by Gulf Stream Coach, Inc., and the other manufactured by Forest River, Inc, the latter identified by the serial number 4X4TWDH226P195117. For this reason Plaintiffs seek the amendment of the above captioned matter to include the Griffins.

Catherine and Lionel Stevens (hereinafter "Stevens") resided in two emergency housing units. On June 15, 2010 the Stevens were filed into a master complaint (2:09-cv-4080) and on August 14, 2010 were, per Pretrial Order No. 40 (Doc. 1781), matched then named in a successive complaint (2:09-cv-5688) against defendant Gulf Stream Coach, Inc. According to both the Stevens and matching data received from FEMA, the Stevens lived in two EHUs, one manufactured by Gulf Stream Coach, Inc., and the other manufactured by Forest River, Inc., the latter identified by the VIN number 4X4TSMH255J014721. For this reason Plaintiffs seek the amendment of the above captioned matter to include the Stevens.

Booker Sandifer resided in one emergency housing unit (EHU).On June 15, 2009 Mr. Sandifer was filed into a master complaint (2:09-cv-4077), and was never matched to

a specific manufacturing defendant via Pretrial Order No. 40 (Doc. 1781), which provies that a plaintiff may be matched and moved to a new complaint against the appropriate defendant. According to both Mr. Sandifer and matching data received from FEMA, Mr. Sandifer lived in one EHU which was manufactured by Forest River, Inc., identified by the VIN number 4X4TSMH246J030605. Mr. Sandifer has been filed in the MDL since June 15, 2009 and seeks to be properly matched to a manufacturing defendant. For this reason Plaintiffs seek the amendment of the above captioned matter to include Mr. Sandifer.

No undue prejudice will result in allowing this First Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer and contractor defendants involved in the emergency housing unit in which each plaintiff resided.

                                    Respectfully submitted,

                                    HURRICANE LEGAL CENTER, LLC

                                  BY:  /s/  *Lawrence J. Centola, Jr.*
                                           Lawrence J. Centola, Jr.

                                  Lawrence J. Centola, Jr., LA Bar #3962
                                  600 Carondelet Street, Suite 602
                                  New Orleans, LA  70130
                                  (504) 525-1944 (telephone)
                                  (504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                              /s/  *Lawrence J. Centola, Jr.*
                                                 Lawrence J. Centola, Jr.