IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>           FORMALDEHYDE PRODUCTS<br>           LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | SECTION: N (5) |

**Motion For Matching Request**

Pursuant to this Court's Order of July 14, 2010 (Rec. Doc. 14779), plaintiffs, Steven and Lindsay Huckabee individually and on behalf of their minor children, move the Court to allow them to participate in the "last chance" matching process outlined by the Court. Plaintiffs seek to discover the identity of the installation contractor of one of the EHUs in which they lived following Hurricane Katrina. For the benefit of Defendants who will be attempting to identify the contractor, Plaintiffs aver that FEMA has thus far identified the contractor as "Scott".

I, Clay Garside, counsel for the potential claimant listed in Exhibit "A" attached hereto, seek leave to participate in the Court's last chance process for obtaining matching information. I state under oath the following:

1. Each claimant listed on Exhibit "A" executed a legal employment contract with my law firm prior to May 24, 2010;

1

2. My law firm, on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

3. I certify that each claimant listed on Exhibit "A" has stated to me that the claimant does not remember the identity of the government contractor who hauled or installed his or her EHU;

4. I certify that each claimant listed on Exhibit "A" has stated to me that the claimant has looked for and cannot find documentation containing the identity of the government contractor who hauled or installed his or her EHU;

5. I certify that I, on behalf of each claimant listed on Exhibit "A", received data back from FEMA in response to a properly-made matching request, which did not include the contractor applicable to his or her EHU, other than the single word "Scott". To the extent that prior matching responses have included a VIN Number, I have attempted to match my client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN Codes; and

6. I certify that my address is 14399 Chef Menteur Highway, Suite D, New Orleans, Louisiana 70129, and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

      Respectfully submitted this the 2nd day of August, 2010,

**WALTZER & ASSOCIATES**

s/ Clay Garside
Clay Garside (LA Bar # 29873)
WALTZER & ASSOCIATES
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112

2