| Last Name | First Name | FEMA ID | Moved In | Docket # | Last Name | First Name | FEMA ID | Street Address | City |
|---|---|---|---|---|---|---|---|---|---|
| Huckabee | Lindsay | 921166577 | 0707 | 08-4095 | Huckabee | Lindsay | 921166577 | 17474 Gardenia Street | Kiln |

| State | Zip Code | VIN # | FEMA Bar Code # | Attorney |
|-------|----------|-------|-----------------|----------|
| MS | 39556 | DI01702GA/41255830 | 1273001 | Clay Garside, La. Bar # 29873 |