IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>          FORMALDEHYDE PRODUCTS<br>          LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | MDL NO. 07-1873<br><br><br>SECTION: N (5) |

## ORDER

Considering the foregoing Motion for Matching Request (Rec. Doc. 14940),

IT IS ORDERED that the motion is GRANTED; the Plaintiff identified on Exhibit A (Rec. Doc. 14940-1) is permitted to participate in the Last Chance matching process.

New Orleans, Louisiana, this the _____ day of August, 2010.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1