UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                 SECTION "N-5"

                                                             JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Catherine Mayes and James W. Mayes, et al*
*v Frontier RV, Inc., et al., Case No. 2:10-cv-480*

___

**ORDER**
___

Considering the foregoing Third Motion of Plaintiffs, Plaintiffs are allowed until October 15, 2010, ~~or until _____, 2010~~, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Third Motion for Extension of Time to Serve.

DATED this  2nd  day of  August , 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net