UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                     SECTION "N-5"

                                                                 JUDGE ENGELHARDT

                                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kenneth E. Dixon, et al v Keystone Industries, Inc., et al., Case No. 2:10-cv-907*

_____

# ORDER
_____

Considering the foregoing Third Motion of Plaintiffs, Plaintiffs are allowed until October 15, 2010 ~~or until _____, 2010~~, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Third Motion for Extension of Time to Serve.

DATED this 2nd day of August, 2010 in New Orleans, Louisiana.

By: _____
    KURT D. ENGELHARDT
    UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net