UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: Kenneth Johnson, et al, v. Gulf Stream Coach, Inc. Case No. 09-5734 | | MAGISTRATE CHASEZ |

*************************************************************************

**SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their First Amended Complaint for Damages filed on their behalf with this Court August 14, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Charles Duckworth, Jr. | 2:09-cv-5534 |
| Wanda Duckworth | 2:09-cv-5534 |
| LaRissa Duckworth | 2:09-cv-5534 |
| LaRissa Duckworth obo A. D. | 2:09-cv-5534 |
| Kenya Duckworth | 2:09-cv-5534 |
| Charlie Braschears | 2:09-cv-4081 |
| Donnie Sexton on behalf of H.S. | 2:09-cv-4081 |
| Karen Saunee | 2:09-cv-6106 |
| Myrna McMillon | 2:09-cv-4099 |
| Patricia Evans | 2:09-cv-6106 |
| Kervin Odom | 2:09-cv-4099 |
| Mamie Davis | 2:09-cv-4079 (Davis Mamie) |
| Steve Trusty | 2:09-cv-4074 |
| Anna I. Trusty | 2:09-cv-4074 |

1

| Christina Martinez | 2:09-cv-4074; 2:09-cv-6106 |
| --- | --- |
| Thais Sigur | 2:09-cv-4074 |
| Alice Smith | 2:09-cv-4939 |
| Alice Smith on behalf of M.O.W | 2:09-cv-4939 |
| Alice Smith On Behalf of J.S. | 2:09-cv-4939 |
| Russell Lee Smith | 2:09-cv-4939 |
| Felicia Flake | 2:09-cv-4939 |

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Newly Added Plaintiffs were inadvertently left off of the above captioned complaint. Plaintiffs seek to remedy this problem and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Gulf Stream Coach, Inc. as the other Plaintiffs who are named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to a First Amended Complaint for Damages against the same manufacturer (Gulf Stream Coach, Inc.).

4.

Newly Added Plaintiffs adopts all of the allegations, claims and prayers for relief contained in the First Amended Complaint for Damages.

2

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street , Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on Augsut 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.