UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Kenneth Johnson, et al, v. Gulf Stream Coach, Inc. Case No. 09-5734* | * * * | MAGISTRATE CHASEZ |

*************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages in the underlying action, Case No. 2:09-cv-5734. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement their First Amended Complaint for Damages, to add the following Plaintiffs:

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Charles Duckworth, Jr. | 2:09-cv-5534 |
| Wanda Duckworth | 2:09-cv-5534 |
| LaRissa Duckworth | 2:09-cv-5534 |
| LaRissa Duckworth obo A. D. | 2:09-cv-5534 |
| Kenya Duckworth | 2:09-cv-5534 |
| Charlie Braschears | 2:09-cv-4081 |
| Donnie Sexton on behalf of H.S. | 2:09-cv-4081 |
| Karen Saunee | 2:09-cv-6106 |
| Myrna McMillon | 2:09-cv-4099 |

| | |
|---|---|
| Patricia Evans | 2:09-cv-6106 |
| Kervin Odom | 2:09-cv-4099 |
| Mamie Davis | 2:09-cv-4079 (Davis Mamie) |
| Steve Trusty | 2:09-cv-4074 |
| Anna I. Trusty | 2:09-cv-4074 |
| Christina Martinez | 2:09-cv-4074; 2:09-cv-6106 |
| Thais Sigur | 2:09-cv-4074 |
| Alice Smith | 2:09-cv-4939 |
| Alice Smith on behalf of M.O.W | 2:09-cv-4939 |
| Alice Smith On Behalf of J.S. | 2:09-cv-4939 |
| Russell Lee Smith | 2:09-cv-4939 |
| Felicia Flake | 2:09-cv-4939 |

These Plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Gulf Stream Coach, Inc. as the existing Plaintiffs named in the First Amended Complaint for Damages. The First Amended Complaint was a PTO 40 amended complaint ordered by this Court.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.

[*signature element on following page*]

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:  /s/  *Lawrence J. Centola, Jr.*
              Lawrence J. Centola, Jr.
        Lawrence J. Centola, Jr., LA Bar #3962
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        (504) 525-1944 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        /s/  *Lawrence J. Centola, Jr.*
            Lawrence J. Centola, Jr.