**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | |
| | | * | |
| CIVIL CASE NOS. 09-6164; 09-4757 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL AND AMENDED COMPLAINTS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced matters, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to amend the underlying complaints to add **Fluor Enterprises, Inc.** as a party Defendant in the above-referenced Complaints.

While no answer has been filed in the underlying mattes, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants.   Plaintiffs herein simply desire to file a Supplemental and Amended Complaints to add **Fluor Enterprises, Inc.** as a party Defendant in the above-referenced Complaints.   No undue prejudice will result in allowing the attached Supplemental and Amended Complaints to be filed since no trial dates has yet been scheduled.

Additionally, Plaintiffs request that the Court retroact the date of the filing of the Amended Complaints to the date this said motion is filed.

Plaintiffs herein respectfully move this Honorable Court for leave to file the attached Supplemental and Amended Complaints as it relates to the above referenced suits for the abovementioned reasons.

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of August, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3