**Exhibit A** 959

Hope Washington (202453)                     Fluor Enterprises, Inc