## Exhibit A 990

| | |
|---|---|
| Amanda Ballam, as Next Friend of Kayla Rinkus, a minor (224107) | Fluor Enterprises, Inc |
| Dorrie Picquet (200884) | Fluor Enterprises, Inc |