# Exhibit B

**Contractor**

Fluor Enterprises, Inc
Corporation System Company
320 Sumerulos St.
Baton Rouge, LA 70802