# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION  N (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| *Case No. 09-3871* | * | |
| *Keith Nunnery, et al versus Keystone* | * | |
| *Industries, Inc., et al* | | |

************************************************************************

## ORDER

Considering the above and foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters,

causes of action, and claims in this controversy relating to Keith Nunnery only, be and

the same are hereby dismissed and discontinued against Keystone Industries, Inc.,

Keystone RV Company and CH2M Hill Constructors, Inc. with full prejudice.  Signed in

New Orleans, Louisiana, this ____2nd____ day of ~~July~~ August 2010.

_____

**UNITED STATES DISTRICT COURT JUDGE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing document and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

*s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.