## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NOS. 09-4679; 09-4682; 09-4683; 09-4684; 09-4685; 09-4687; 09-4688; 09-4689; 09-4690; 09-4691; 09-4692; 09-4693; 09-4694; 09-4695; 09-4696; 09-4697; 09-4699; 09-4700; 09-4701; 09-4702; 09-7428; 09-7429 | | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION FOR LEAVE TO PARTICIPATE IN COURT'S LAST CHANCE PROCESS PURSUANT TO PRETRIAL ORDER NO. 68

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs listed on the attached Exhibit "A", who respectfully submit to this Honorable Court this Motion for Leave to Participate in Court's Last Chance Process Pursuant to Pretrial Order No. 68 and would show the Court as follows:

1.  Mikal C. Watts and Robert C. Hilliard, counsel for potential claimants listed on Exhibit "A" attached hereto, seek leave to participate in the Court's last chance process for obtaining matching information. We state under oath following:

    a.  Each claimant listed on Exhibit "A" executed a legal employment contract with our law firm prior to May 24, 2010;

    b.  Our law firm, on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

1

    c. We certify that each claimant listed on Exhibit "A" has stated to one of us, or members of our staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

    d. We certify that each claimant listed on Exhibit "A" has stated to one of us, or members of our staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or the identity of the government contractor who hauled or installed his or her EHU;

    e. We certify that we, on behalf of each of the claimant listed on Exhibit "A", received data back from FEMA in response to a properly-made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU.  To the extent that prior matching responses have included a VIN Number, we have attempted to match our client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN Codes; and

    f. We certify that our mailing address is 2506 N. Port Ave., Corpus Christi, Texas 78401, and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

  WHEREFORE, PREMISES CONSIDERED, Plaintiffs on Exhibit "A" pray that the Court grant leave and allow them to Participate in the Court's Last Chance Process Pursuant to Pretrial Order No. 68, and for such other and further relief to which they may be justly entitled.

           Respectfully submitted,

           /s/ Robert C. Hilliard

           _____
           **ROBERT C. HILLIARD**
           **Trial Attorney in Charge for Plaintiffs**
           Texas State Bar No. 09677700
           Southern District of TX Federal ID No.  5912
           Kevin W. Grillo, Of Counsel
           Texas State Bar No. 08493500
           Southern District of TX Federal ID No. 4647
           ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of August.

                                       /s/ Robert C. Hilliard
                                      _____
                                       **ROBERT C. HILLIARD**