**Exhibit "A"**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Claimant's FEMA ID Number | If Known, the approximate month and year of Lease-In (i.e. 0306 for March, 2006) | The docket number of the case in which the claimant has initiated his or her action | Last Name of FEMA Applicant | First Name of FEMA Applicant | FEMA ID Number of the Applicant | Address of EHU (Number and Street Address) |
| 2 | Alexander | Ernest | 932044043 | | 09-4695 | Nedd | Melissa | 932044043 | 200 Boutte Estate Dr. |
| 3 | Armstrong | Laquese | 933126311 | Oct-02 | 09-4689 | Armstrong | Laquese | 933126311 | 90 East Railroad # 10 |
| 4 | Assavedo | Alissa | 931168941 | Nov-05 | 09-4689 | Spisek | Mistie | 931168941 | 1909 Deborah Dr. |
| 5 | Assavedo | Alexander | 931168941 | Nov-05 | 09-4689 | Spisek | Mistie | 931168941 | 2408 Victor St. |
| 6 | Assavedo | Alexander | 931168941 | Nov-05 | 09-4689 | Spisek | Mistie | 931168941 | 1909 Deborah Dr. |
| 7 | Baham | Lorraine | 939299288 | Nov-05 | 09-4702 | Baham | Lorraine | 939299288 | 450 Angela St. |
| 8 | Bailey | Jonathan | 911576322 | | 09-4689 | Bailey | Roy | 911576322 | 1629 Robert Dr. |
| 9 | Bailey | Roy | 911576322 | | 09-4689 | Bailey | Roy | 911576322 | 1629 Robert |
| 10 | Bailey | Sheree | 911576322 | | 09-4689 | Bailey | Roy | 911576322 | 1629 Robert |
| 11 | Barnes | Betty | 939037318 | Nov-05 | 09-4701 | Barnes | Betty | 939037318 | 5604 New Castle |
| 12 | Barr | Nicholas | 911867228 | | 09-4689 | Barr | Nicholas | 911867228 | 59216 Amber St. |
| 13 | Barrow | Kelly | 911913745 | | 09-4688 | Barrow | Kelly | 911913745 | 1350 Spruce St. |
| 14 | Bassett | Shiana | 911989481 | | 09-4692 | Blair | Melissa | 911989481 | 4188 School Rd. |
| 15 | Batiste | Gloria | 931542168 | Dec-05 | 09-4689 | Ordone | Douglas | 931542168 | 60413 South 434 Rd. |
| 16 | Blair | Lazarus | 911989481 | | 09-4692 | Blair | Melissa | 911989481 | 4188 Broome School Rd. |
| 17 | Blair | Malissa | 911989481 | Dec-05 | 09-4692 | Blair | Melissa | 911989481 | 4188 School Rd. |
| 18 | Blair | Sadie | 911989481 | | 09-4692 | Blair | Melissa | 911989481 | 4188 broome School Rd |
| 19 | Blair | Thomas | 911989481 | Dec-05 | 09-4692 | Blair | Melissa | 911989481 | 4188 Broome School Rd. |
| 20 | Boubreaux | Crystal | 912110350 | Mar-02 | 09-4689 | Boubreaux | Crystal | 912110350 | 5008 Laguna St. |
| 21 | Branger | Paige | 911924888 | Sep-05 | 09-4687 | Branger | Shonda | 911924888 | 23091 Standard Cemetar |
| 22 | Branger | Ryan | 911924888 | Sep-05 | 09-4687 | Branger | Shonda | 911924888 | 23091 Standard Cemetar |
| 23 | Branger | Shonda | 911924888 | Sep-05 | 09-4687 | Branger | Shonda | 911924888 | 23091 Standard Cemetar |
| 24 | Burk | Lugenge | 931176046 | 2005 | 09-4699 | Burk | Lugenge | 931176046 | 6138 Kiowa |
| 25 | Burk | Michael | 931176046 | 2005 | 09-4699 | Burk | Michael | 931176046 | 6138 Kiowa |
| 26 | Burton | Corinn | 921140349 | 2005 | 09-4683 | Burton | Corinn | 921140349 | 609 Barlow St |
| 27 | Burton | Kirsten | 921140349 | 2005 | 09-4683 | Burton | Corinn | 921140349 | 609 Barlow St |
| 28 | Bailey | Natalie | 911576322 | | 09-4690 | Bailey | Roy | 911576322 | 1629 Robert |
| 29 | Davis | Tara | 912205470 | Nov-04 | 09-7428 | Davis | Tara | 912205470 | 201 N Storer St. |
| 30 | Doyle | James | 940782229 | Oct-01 | 09-4682 | Doyle | Mary | 940782229 | 5075 Fig Drive |
| 31 | Doyle | Mary | 940782229 | Oct-01 | 09-4682 | Doyle | Mary | 940782229 | 5075 Fig Drive |
| 32 | Dyson | JoAnn | 931374822 | | 09-4699 | Dyson | JoAnn | 931374822 | 3491 Trosclair Rd |
| 33 | Fouquet | Hugh | 939645837 | Dec-01 | 09-4697 | Fouquet | Hugh | 939645837 | 7557 Mahalo Hui |
| 34 | Frught | Alicia | 940784139 | | 09-4689 | Frught | Jeffery | 940784139 | 2209 Tiffany Court |
| 35 | Frught | Jeffery | 940784139 | | 09-4688 | Frught | Jeffery | 940784139 | 2209 Tiffany Court |
| 36 | Frught | Nickcole | 940784139 | | 09-4689 | Frught | Jeffery | 940784139 | 2207 Tiffany court |
| 37 | Gamble | Gerald | 921349094 | Sep-05 | 09-4693 | Gamble | Gerald | 921349094 | 701 S. University Bld. Ap |
| 38 | Gandy | John | 939059382 | | 09-4693 | Gandy | John | 939059382 | 1512 S 7th St |
| 39 | Green | Billy | 931660534 | | 09-4682 | Green | Billy | 931660534 | 6074 Central Ave. |
| 40 | Griffin | Rachel | 921173701 | | 09-4679 | Griffin | Rachel | 921173701 | 3801 Meolon Ave. Apt 26 |
| 41 | Haxwood | Sarah | 911691820 | | 09-4690 | Haxwood | Sarah | 911691820 | 1112 12th St. |
| 42 | Hilliard | Lisa | 931110501 | 2006 | 09-4683 | Hilliard | Lisa | 931110501 | 5113 Sage St |
| 43 | Hudson | James | 911333856 | | 09-4694 | Hudson | James | 911333856 | 93 Spring Meadow Ln |

**Exhibit "A"**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 44 | Lawrence | Erica | 911785378 | Sep-05 | 09-4693 | Lawrence | Erica | 911785378 | 19 Blanche St. |
| 45 | Lewis | Ronald | 932071119 | Dec-01 | 09-4688 | Lewis | Ronald | 932071119 | 6 - 33 Lynn Dean |
| 46 | Major | Sherman | 911346019 | | 09-4691 | Major | Stacy | 911346019 | 1900 Hi-Land Trailer Park |
| 47 | Major | Stacy | 911346019 | Jan-05 | 09-4691 | Major | Stacy | 911346019 | 1900 E. St. Bernard Trail |
| 48 | Mason | Conner | 951102314 | Oct-01 | 09-4700 | Mason | Zachary | 951102314 | 8112 Old Stage Road |
| 49 | Mason | Kali | 951102314 | Oct-01 | 09-4700 | Mason | Zachary | 951102314 | 8112 Old Stage Road |
| 50 | Mason | Kasie | 951102314 | Oct-01 | 09-4700 | Mason | Zachary | 951102314 | 8112 Old Stage Road |
| 51 | Mason | Zachary | 951102314 | Oct-01 | 09-4700 | Mason | Zachary | 951102314 | 8112 Old Stage Road |
| 52 | McCormick | Jimmie | 938719552 | Mar-02 | 09-4688 | McCormick | Jimmie | 938719552 | 109 S. Lang Avenue |
| 53 | McCormick | Laverne | 911979941 | | 09-7429 | McCormick | Laverne | 911979941 | 6840 Manchester St. |
| 54 | McDaniel | Roosevelt | 921159320 | Nov-05 | 09-4683 | McDaniel | Roosevelt | 921159320 | 4525 Veterans Street #8 |
| 55 | Melerine | Debbie | 911459612 | | 09-4691 | Melerine | Debbie | 911459612 | 100 St. Bernard Pkwy. |
| 56 | Mitchell | Alyssa | 932044043 | Nov-05 | 09-4695 | Nedd | Melissa | 932044043 | 323 Kinler |
| 57 | Nedd | Alayijah | 932044043 | | 09-4695 | Nedd | Melissa | 932044043 | 200 Boutte Street |
| 58 | Nedd | Melissa | 932044043 | | 09-4695 | Nedd | Melissa | 932044043 | 200 Boutte Estate Dr. |
| 59 | Oxman | Richard | 921121318 | | 09-4684 | Oxman | Richard | 921121318 | 1421 Margie St. |
| 60 | Parish | Eddie | 993118999 | Dec-05 | 09-4685 | Parish | Eddie | 993118999 | 2800 19th Avenue, Lot 9 |
| 61 | Parish | Monique | 993118999 | Dec-05 | 09-4685 | Parish | Eddie | 993118999 | 2800 19th Avenue, Lot 9 |
| 62 | Payton | Marc | 912119091 | Oct-05 | 09-4682 | Payton | Marc | 912119091 | 172 Lee St. |
| 63 | Bullock | Brandon | 912110350 | Jul-01 | 09-4689 | Boubreaux | Crystal | 912110350 | 5008 Laguna St. |
| 64 | Reynolds | Blaine | 911924888 | Sep-05 | 09-4697 | Branger | Shonda | 911924888 | 23091 Standard Cemetary |
| 65 | Reynolds | Caitlin | 911924888 | Sep-05 | 09-4697 | Branger | Shonda | 911924888 | 23091 Standard Cemetary |
| 66 | Richard | Rhonda | 939655444 | | 09-4688 | Richard | Rhonda | 939655444 | 2532 Jamie Court |
| 67 | Robinson | Rosemary | 938780216 | | 09-4696 | Robinson | Rosemary | 938780216 | 27131 NW Prices AL |
| 68 | Smith | Mark | 911459612 | | 09-4692 | Melerine | Debbie | 911459612 | 100 St. Bernard Pkwy. |
| 69 | Smith | Mallory | 911459612 | | 09-4692 | Melerine | Debbie | 911459612 | 100 St. Bernard Pkwy. |
| 70 | Spisak | Mistie | 931168941 | Nov-05 | 09-4692 | Spisak | Mistie | 931168941 | 1909 Deborah Dr. |
| 71 | Stallworth | Isis | 911921541 | Jan-05 | 09-4683 | Stallworth | Rhonda | 911921541 | 4128 Idy Wood |
| 72 | Stallworth | Rhonda | 911921541 | Sep-05 | 09-4683 | Stallworth | Rhonda | 911921541 | 4128 Idy Wood |
| 73 | Thomas | Corbin | 921140349 | 2005 | 09-4683 | Burton | Corinn | 921140349 | 609 Barlow St |
| 74 | Ursin | Nicole | 976110561 | | 09-7429 | Ursin | Nicole | 976110561 | 334 Fontana Lane |
| 75 | Williams | Bryan | 911945381 | Oct-05 | 09-4695 | Williams | Bryan | 911945381 | 184 West Oakville |
| 76 | Williams | Dewayne | 921237553 | | 09-4683 | Williams | Dewayne | 921237553 | 6619 Flannigan Avenue |
| 77 | Ziegler | Robert | 911870185 | | 09-4688 | Ziegler | Robert | 911870185 | 2712 Myrtle Grove Lot 10 |

**Exhibit "A"**

**Exhibit "A"**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 142 | | | | | | | | | |
| 143 | | | | | | | | | |
| 144 | | | | | | | | | |
| 145 | | | | | | | | | |
| 146 | | | | | | | | | |
| 147 | | | | | | | | | |
| 148 | | | | | | | | | |
| 149 | | | | | | | | | |
| 150 | | | | | | | | | |
| 151 | | | | | | | | | |
| 152 | | | | | | | | | |
| 153 | | | | | | | | | |
| 154 | | | | | | | | | |
| 155 | | | | | | | | | |
| 156 | | | | | | | | | |
| 157 | | | | | | | | | |
| 158 | | | | | | | | | |
| 159 | | | | | | | | | |
| 160 | | | | | | | | | |
| 161 | | | | | | | | | |
| 162 | | | | | | | | | |
| 163 | | | | | | | | | |
| 164 | | | | | | | | | |
| 165 | | | | | | | | | |
| 166 | | | | | | | | | |

**Exhibit "A"**

|   | J | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 1 | City of EHU | State of EHU | Zip Code of EHU | VIN # | FEMA Bar Code Number | Counsel |
| 2 | Boutte | LA | 70039 | | | Watts Hilliard |
| 3 | Gulfport | MS | 39507 | | | Watts Hilliard |
| 4 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 5 | Chalmette | LA | 70043 | | | Watts Hilliard |
| 6 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 7 | Arabi | LA | 70032 | | | Watts Hilliard |
| 8 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 9 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 10 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 11 | Gautier | MS | 39553 | | | Watts Hilliard |
| 12 | Slidell | LA | 70461 | | | Watts Hilliard |
| 13 | Westwego | LA | 70094 | | | Watts Hilliard |
| 14 | Perkinston | MS | 39573 | | | Watts Hilliard |
| 15 | Lacombe | LA | 70445 | | | Watts Hilliard |
| 16 | Perkinston | MS | 39573 | | | Watts Hilliard |
| 17 | Perkinston | MS | 39573 | | | Watts Hilliard |
| 18 | Perkiston | MS | 39573 | | | Watts Hilliard |
| 19 | Perkisnton | MS | 39573 | | | Watts Hilliard |
| 20 | Gulfport | MS | 39501 | | | Watts Hilliard |
| 21 | Kiln | MS | 39556 | | | Watts Hilliard |
| 22 | Kiln | MS | 39556 | | | Watts Hilliard |
| 23 | Kiln | MS | 39556 | | | Watts Hilliard |
| 24 | Kiln | MS | 39556 | | | Watts Hilliard |
| 25 | Kiln | MS | 39556 | | | Watts Hilliard |
| 26 | Waveland | MS | 39576 | | | Watts Hilliard |
| 27 | Waveland | MS | 39576 | | | Watts Hilliard |
| 28 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 29 | Iowa | LA | 70647 | | | Watts Hilliard |
| 30 | Bay St. Louis | MS | 39520 | | | Watts Hilliard |
| 31 | Bay St. Louis | MS | 39520 | | | Watts Hilliard |
| 32 | Creole | LA | 70632 | | | Watts Hilliard |
| 33 | Diamondhead | MS | 39525 | | | Watts Hilliard |
| 34 | Saint Bernard | LA | 70085 | | | Watts Hilliard |
| 35 | Saint Bernard | LA | 70085 | | | Watts Hilliard |
| 36 | Saint Bernard | LA | 70085 | | | Watts Hilliard |
| 37 | Mobile | AL | 36609 | | | Watts Hilliard |
| 38 | Ocean Springs | MS | 39564 | | | Watts Hilliard |
| 39 | Bay St. Louis | MS | 39520 | | | Watts Hilliard |
| 40 | Gautier | MS | 39553 | | | Watts Hilliard |
| 41 | Pascagoula | MS | 39567 | | | Watts Hilliard |
| 42 | Bay St Louis | MS | 39520 | | | Watts Hilliard |
| 43 | Jackson | AL | 36545 | | | Watts Hilliard |

**Exhibit "A"**

|    | J | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 44 | Lucedale | MS | 39452 | | | Watts Hilliard |
| 45 | Meraux | LA | 70075 | | | Watts Hilliard |
| 46 | Violet | LA | 70092 | | | Watts Hilliard |
| 47 | Violet | LA | 70052 | | | Watts Hilliard |
| 48 | Grand Bay | AL | 36541 | | | Watts Hilliard |
| 49 | Grand Bay | AL | 36541 | | | Watts Hilliard |
| 50 | Grand Bay | AL | 36541 | | | Watts Hilliard |
| 51 | Grand Bay | AL | 36541 | | | Watts Hilliard |
| 52 | Long Beach | MS | 39560 | | | Watts Hilliard |
| 53 | New Orleans | LA | 70126 | | | Watts Hilliard |
| 54 | Pascagoula | MS | 39581 | | | Watts Hilliard |
| 55 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 56 | Boutte | LA | 70039 | | | Watts Hilliard |
| 57 | Boutte | LA | 70039 | | | Watts Hilliard |
| 58 | Boutte | LA | 70039 | | | Watts Hilliard |
| 59 | Waveland | MS | 39576 | | | Watts Hilliard |
| 60 | Gulfport | MS | 39511 | | | Watts Hilliard |
| 61 | Gulfport | MS | 39501 | | | Watts Hilliard |
| 62 | Biloxi | MS | 39530 | | | Watts Hilliard |
| 63 | Gulfport | MS | 39501 | | | Watts Hilliard |
| 64 | Kiln | MS | 39556 | | | Watts Hilliard |
| 65 | Kiln | MS | 39556 | | | Watts Hilliard |
| 66 | Violet | LA | 70092 | | | Watts Hilliard |
| 67 | LaCombe | LA | 70445 | | | Watts Hilliard |
| 68 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 69 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 70 | St. Bernard | LA | 70085 | | | Watts Hilliard |
| 71 | Moss Point | MS | 39562 | | | Watts Hilliard |
| 72 | Moss Point | MS | 39562 | | | Watts Hilliard |
| 73 | Waveland | MS | 39576 | | | Watts Hilliard |
| 74 | Kenner | LA | 70062 | | | Watts Hilliard |
| 75 | Belle Chasse | LA | 70037 | | | Watts Hilliard |
| 76 | Moss Point | MS | 39562 | | | Watts Hilliard |
| 77 | Meraux | LA | 70075 | | | Watts Hilliard |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |