## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NOS. 09-4679; 09-4682; 09-4683; 09-4684; 09-4685; 09-4687; 09-4688; 09-4689; 09-4690; 09-4691; 09-4692; 09-4693; 09-4694; 09-4695; 09-4696; 09-4697; 09-4699; 09-4700; 09-4701; 09-4702; 09-7428; 09-7429 | | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFICATION

Before me, the undersigned notary, on this day personally appeared MIKAL C. WATTS, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Mikal C. Watts. I have read Plaintiff's Motion for Leave to Participate in Court's Last Chance Process Pursuant to Pretrial Order No. 68. The facts stated in it are within my personal knowledge and are true and correct."

_____
Mikal C. Watts

SWORN TO and SUBSCRIBED before me by Mikal C. Watts on the 2nd day of August, 2010.


WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
Notary Public in and for the State of Texas

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NOS. 09-4679; 09-4682; 09-4683; 09-4684; 09-4685; 09-4687; 09-4688; 09-4689; 09-4690; 09-4691; 09-4692; 09-4693; 09-4694; 09-4695; 09-4696; 09-4697; 09-4699; 09-4700; 09-4701; 09-4702; 09-7428; 09-7429 | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## VERIFICATION

Before me, the undersigned notary, on this day personally appeared ROBERT C. HILLIARD, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Robert C. Hilliard. I have read Plaintiff's Motion for Leave to Participate in Court's Last Chance Process Pursuant to Pretrial Order No. 68. The facts stated in it are within my personal knowledge and are true and correct."

_____
Robert C. Hilliard

SWORN TO and SUBSCRIBED before me by Robert C. Hilliard on the 2nd day of August, 2010.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
Notary Public in and for the State of Texas

2