UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO CIVIL CASE NOS. 09-4679; 09-4682; 09-4683; 09-4684; 09-4685; 09-4687; 09-4688; 09-4689; 09-4690; 09-4691; 09-4692; 09-4693; 09-4694; 09-4695; 09-4696; 09-4697; 09-4699; 09-4700; 09-4701; 09-4702; 09-7428; 09-7429 | | * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO PARTICIPATE IN COURT'S LAST CHANCE PROCESS PURSUANT TO PRETRIAL ORDER NO. 68**

Considering the foregoing Motion for Leave to Participate in Court's Last Chance Process Pursuant to Pretrial Order No. 68:

**IT IS SO ORDERED** that the Plaintiffs named in Plaintiffs' Motion for Leave to Participate in Court's Last Chance Process Pursuant to Pretrial Order No. 68 be GRANTED leave and allowed to participate in the Court's Last Chance Process, Pursuant to Pretrial Order No. 68.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT