## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Dwanda Jones, et al. v Scotbuilt Homes, Inc.* | * | **MAGISTRATE CHASEZ** |
| *and Fluor Enterprises, Inc.* **Case No. 09-4006** | * | |

*************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages, filed on their behalf with this court on June 15, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds Frank Trapane, Jr. as an <u>additional</u> Named Plaintiff (hereinafter referred to as "Newly Added Plaintiff"), in the above captioned matter.

2.

Newly Added Plaintiff was inadvertently left off of the above captioned complaint. Plaintiffs seek to remedy this problem and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, the Newly Added Plaintiff resided in the same type of emergency housing unit manufactured by Scotbilt Homes, Inc. and installed by Fluor Enterprises, Inc. as Plaintiffs named in *Dwanda Jones, et al. v Scotbuilt Homes, Inc. and Fluor Enterprises, Inc.* Case No. 2:09-cv-4006. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiff to a single complaint for damages against the same manufacturer (Scotbuilt Homes, Inc.) and contractor (Fluor Enterprises, Inc.)

4.

Newly Added Plaintiff adopts all of the allegations, claims and prayers for relief contained in the original Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
            Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street , Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

<u>/s/  *Lawrence J. Centola, Jr.*</u>
Lawrence J. Centola, Jr.