UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Brittany Molinary, et al. v Cavalier Home* | * | MAGISTRATE CHASEZ |
| *Builders, LLC, Cavalier Homes, Inc., and* | * | |
| *Fluor Enterprises, Inc.* **Case No. 09-4916** | | |

*************************************************************************

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all

of the allegations, claims and prayers for relief contained in their Complaint for

Damages, filed with this court July 31, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Complaint Came |
|---|---|
| Wanda Price[1] | 2:09-cv-5757; 2:09-cv-4047 |
| Ethel Price | 2:09-cv-5757; 2:09-cv-4047 |
| Leon Price | 2:09-cv-5757; 2:09-cv-4047 |
| Byron Price | 2:09-cv-5757; 2:09-cv-4047 |
| James Price | 2:09-cv-5757; 2:09-cv-4047 |
| Lolita Braxton Price | 2:09-cv-5757; 2:09-cv-4047 |
| Allison Estem | 2:09-cv-5757; 2:09-cv-4047 |
| Kisha Price | 2:09-cv-5757; 2:09-cv-4047 |
| Kisha Price o/b/o T.P. | 2:09-cv-5757; 2:09-cv-4047 |
| Kisha Price o/b/o A.P. | 2:09-cv-5757; 2:09-cv-4047 |
| Carol Lemon | 2:09-cv-4087; 2:09-cv-4096 |
| James Lemon Sr. | 2:09-cv-4087; |

---

[1] Previously, the Price family were inadvertently filed against the insurers of Patriot Homes in 2:09-cv-4047 and 2:09-cv-5757

| James Lemon Jr. | 2:09-cv-4087; |
| Carl Lemon o/b/o M.D. | 2:09-cv-4087; |

 as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Newly Added Plaintiffs were inadvertently left off of the above captioned complaint.  Plaintiffs seek to remedy this problem and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Cavalier Home Builders, LLC and installed by Fluor Enterprises, Inc. as Plaintiffs named in *Brittany Molinary, et al. v Cavalier Home Builders, LLC., Cavalier Homes, Inc., and Fluor Enterprises, Inc.* Case No. 2:09-cv-4916.  Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to a single complaint for damages against the same manufacturer (Cavalier Home Builders, LLC) and contractor (Fluor Enterprises, Inc.)

4.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the original Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street , Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.