# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| ***Dontrell Burnett, et al, v. Layton Homes*** | * | |
| ***Corp, et al.  Inc.   Case No. 09-5674*** | * | |

*************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-5674. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement their Complaint for Damages, to add the following Plaintiffs:

Eugene Davis[1]
Angela Davis
Eugene J. Davis III
Christopher Davis
Yasmine Davis

These plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Layton Homes Corp.

---

[1] All newly named plaintiffs lived in a trailer or emergency housing unit with the serial identification number/VIN "1SE200P2X6F000912".

1

According to matching data received from FEMA, Eugene Davis, Angela Davis, Eugene J. Davis III, Christopher Davis, and Yasmine Davis (the "Davises") resided in two emergency housing units (EHU), one manufactured by Frontier RV, Inc., and the other manufactured by Layton Homes and installed by Fluor Enterprises, Inc., the latter identified by the serial number 1SE200P2X6F000912. On July 31, 2009 the Davises were filed into a matched complaint (2:09-cv-4898) against Frontier RV, Inc. and Fluor Enterprises, Inc., and have been part of the MDL since that date. Because the Davises have never properly made a claim against Layton Homes Corp. Plaintiffs seek the amendment of the above captioned matter to include the Davises.

No undue prejudice will result in allowing this First Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, Plaintiffs aver that the addition of the newly named Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer and contractor defendants involved in the emergency housing unit in which each plaintiff resided.

[*signature element on following page*]

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
       Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA  70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.