UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                            SECTION "N" (5)


THIS DOCUMENT RELATES TO
Member Case No. 09-05570: *Collins,
et al. v. CH2M Hill Constructors, Inc., et al.*

### MOTION FOR LEAVE TO PARTICIPATE IN LAST CHANCE PROCESS FOR OBTAINING MATCHING INFORMATION

James M. Priest, Jr., counsel for the potential claimants listed on Exhibit "A" attached hereto, seeks leave to participate in the Court's last chance process for obtaining matching information. I state under oath the following:

1.     Each claimant listed on Exhibit "A" executed a legal employment contract with my firm prior to May 24, 2010;

2.     My law firm, on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

3.     I certify that each claimant listed on Exhibit "A" stated to me, or members of my staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or

1

does not remember the identity of the government contractor who hauled or installed his or her EHU.

4. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or the identity of the government contractor who hauled or installed his or her EHU;

5. I certify that I, on behalf of each claimant listed on Exhibit "A" received data back from FEMA in response to a properly-made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU.  To the extent that prior matching responses have included a VIN Number, I have attempted to match my client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN Codes; and

6. I certify that my address is Gill, Ladner & Priest, PLLC, 403 South State Street, Jackson, Mississippi 39201, and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

Respectfully submitted this 2nd day of August, 2010.

By: /s/ James M. Priest, Jr.
James M. Priest, Jr.,
Attorney for Plaintiffs

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
(601) 352-5700 (telephone)
(601) 352-5353 (facsimile)
jmpriest@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ James M. Priest, Jr.
James M. Priest, Jr.