**REDACTED EXHIBIT "A"**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | McNeil | Carolyn | 911949051 | 1005 | 09-05570 | McNeil | Carolyn | 911949051 | 2902 Shortcut Road | Pascagoula | MS | 39567 | N/A | N/A | Gill, Ladner & Priest |
| 2 | P. | T. | 911949051 | 1005 | 09-05570 | McNeil | Carolyn | 911949051 | 2902 Shortcut Road | Pascagoula | MS | 39567 | N/A | N/A | Gill, Ladner & Priest |
| 3 | T. | A. | 911949051 | 1005 | 09-05570 | McNeil | Carolyn | 911949051 | 2902 Shortcut Road | Pascagoula | MS | 39567 | N/A | N/A | Gill, Ladner & Priest |
| 4 | B. | E. | 911949051 | 1005 | 09-05570 | McNeil | Carolyn | 911949051 | 2902 Shortcut Road | Pascagoula | MS | 39567 | N/A | N/A | Gill, Ladner & Priest |
| 5 | T. | K. | 911949051 | 1005 | 09-05570 | McNeil | Carolyn | 911949051 | 2902 Shortcut Road | Pascagoula | MS | 39567 | N/A | N/A | Gill, Ladner & Priest |
| 6 | T. | A. | 911949051 | 1005 | 09-05570 | McNeil | Carolyn | 911949051 | 2902 Shortcut Road | Pascagoula | MS | 39567 | N/A | N/A | Gill, Ladner & Priest |