UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 07-1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO | * | |
| Member Case No. 09-05570: *Collins,* | * | |
| *et al. v. CH2M Hill Constructors, Inc., et al.* | * | |

## ORDER

Considering the Motion for Leave to Participate in Last Chance Process for Obtaining Matching Information filed by James M. Priest, Jr. on behalf of the plaintiffs specified in Exhibit "A" to said motion, **IT IS ORDERED** that the specified plaintiffs are hereby GRANTED leave to participate in the last chance process for obtaining matching information pursuant to Amended Pretrial Order No. 68.

DATED this _____ day of _____, 2010 in New Orleans, Louisiana.

                                                                                       KURT D. ENGELHARDT
                                                                                       UNITED STATES DISTRICT JUDGE