UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                 MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Grillier et al v. Alliance Homes, Inc. et al, No. 09-5340
Defelice et al v. Alliance Homes, Inc. et al, No. 09-5341
Acklin et al v. Alliance Homes, Inc. et al, No. 09-5343
Guillory v. Gulf Stream Coach Inc. et al, No. 09-6876

### PLAINTIFFS' MOTION TO PARTICIPATE IN "LAST CHANCE" MATCHING PROCESS PURSUANT TO PRETRIAL ORDER NO. 68

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in Exhibit "A" attached hereto, who respectfully set forth as follows:

Becnel Law Firm, LLC, counsel for the potential claimants listed Exhibit "A" attached hereto, seek leave to participate in the Court's last chance process for obtaining matching information. I state under oath the following:

1. Each claimant listed on Exhibit "A" executed a legal employment contract with my lawfirm prior to May 24, 2010;

2. My lawfirm, on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

3. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

4. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or the identity of the government contractor who hauled or installed his or her EHU;

5. I certify that I, on behalf of each claimant listed on Exhibit "A", received data back from FEMA in response to a properly-made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU. To the extent that prior matching responses have included a VIN Number, I have attempted to match my client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN Codes; and

6. I certify that my address is P. O. Drawer H, 106 West 7th Street, Reserve, LA 70084, and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

    Respectfully submitted:

    By:  /s/Matthew B. Moreland
    Matthew B. Moreland  (La. Bar No. 24567)
    **BECNEL LAW FIRM, LLC**
    106 W. Seventh Street
    P. O. Drawer H
    Reserve, Louisiana  70084
    Telephone: (985) 536-1186
    Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to Liaison Counsel for the PSC pursuant to Pretrial Order No. 68.

                                        /s/Matthew B. Moreland
                                        Matthew B. Moreland  (La. Bar No. 24567)