| Last Name | First Name | FEMA ID Number | Lease-In Date | Docket No. | Last Name | First Name | FEMA ID No. | Address | City | State |
|---|---|---|---|---|---|---|---|---|---|---|
| Page | Robert | 921609462 | | | Page | Robert | 921609462 | 9028 Canal Rd Lot #30 | Gulfport | MS |
| Stallworth | Ruby | 939014478 | | | Stallworth | Ruby | 939014478 | 1860 Beach Blvd., # 94 | Biloxi | MS |
| Harrell | Mamie | 931274739 | | 09-5340 | Harrell | Mamie | 931274739 | 4519 Rosemont Pl | New Orleans | LA |
| Lloyd-Hall | Anjanette | 931095070 | | 09-5340 | Lloyd-Hall | Anjanette | 931095070 | 4920 Magnolia Street | New Orleans | LA |
| Picou | Christopher | 912225491-1603 | | 09-5340 | Picou | Christopher | 912225491-1603 | 8300 Palmetto Street | New Orleans | LA |
| Laurant | Keoka | 921153540 | | 09-5340 | Laurant | Keoka | 921153540 | 58196 Vincent Rd | Slidell | LA |
| Noel | Judy | 940785454 | | 09-5340 | Noel | Judy | 940785454 | 534 Silver Lilly Lane | Marrero | LA |
| West | Linda | 940765493 | | 09-5341 | West | Linda | 940765493 | 400 Arnault Rd | Jefferson | LA |
| Williams | Eunice | 911962535 | | 09-5341 | Williams | Eunice | 911962535 | 936 Carmadellest | Marrero | LA |
| Allen | Howard | 912383309-1603 | | 09-5343 | Allen | Howard | 912383309-1603 | 1621 Garden Street | Kenner | LA |
| Graves | Adrean | 938920710 | | 09-5343 | Graves | Adrean | 938920710 | 119 Red Bird | Bogalusa | LA |
| Foster | Joann | 921420907 | | 09-5343 | Foster | Joann | 921420907 | 17718 FM 105 | Orange | TX |
| Funchess | Sherlie | 911944396 | | 09-5343 | Funchess | Sherlie | 911944396 | 3400 Riely Street | New Orleans | LA |
| Weber | Mary | 912291974 | | 09-6876 | Weber | Mary | 912291974 | Lot J19/1900 Groome Rd | Baker | LA |

| Zip Code | VIN No. | Bar Code | Counsel |
|---|---|---|---|
| 39503 | | | Becnel Law Firm, LLC |
| 39530 | | | Becnel Law Firm, LLC |
| 70126 | | | Becnel Law Firm, LLC |
| 70115 | | | Becnel Law Firm, LLC |
| 70118 | | | Becnel Law Firm, LLC |
| 70460 | | | Becnel Law Firm, LLC |
| 70072 | | | Becnel Law Firm, LLC |
| 70121 | | | Becnel Law Firm, LLC |
| 70072 | | | Becnel Law Firm, LLC |
| 70065 | | | Becnel Law Firm, LLC |
| 70427 | | | Becnel Law Firm, LLC |
| 77630 | | | Becnel Law Firm, LLC |
| 70126 | | | Becnel Law Firm, LLC |
| 70714 | | | Becnel Law Firm, LLC |