UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
|                 FORMALDEHYDE PRODUCTS | * | |
|                 LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT PERTAINS TO** | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7063 | * | MAGISTRATE CHASEZ |
| Kenshandra Reed, et. al. | * | |
| Vs. | * | |
| Cavalier Home Builders, LLC, et al. | * | |
| | * | |
| | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd of August 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1235

# Exhibit A

1235

| | |
|---|---|
| Alice Moody (203177) | Bechtel National, Inc |
| Alice Moody, as Next Friend of A.t, a minor (202676) | Bechtel National, Inc |
| Alice Moody, as Next Friend of N.m, a minor (203178) | Bechtel National, Inc |
| Alonzo Patrick (216803) | After due diligence, contractor currently unknown |
| Anthony Keys (222393) | After due diligence, contractor currently unknown |
| Armetter Rankins (226747) | After due diligence, contractor currently unknown |
| Bobby Perryman (226698) | After due diligence, contractor currently unknown |
| Brendin Pitts (216824) | After due diligence, contractor currently unknown |
| Bridgette Pitts (216826) | After due diligence, contractor currently unknown |
| Bridgette Pitts, as Next Friend of B.P, a minor (216825) | After due diligence, contractor currently unknown |
| Christopher Craft (216420) | After due diligence, contractor currently unknown |
| Christy Browder (216355) | Bechtel National, Inc |
| Connie Malone (211131) | After due diligence, contractor currently unknown |
| Danny Brockington (211766) | After due diligence, contractor currently unknown |
| Dori Lacoste (229965) | After due diligence, contractor currently unknown |
| Dorothy Mills (209093) | After due diligence, contractor currently unknown |
| Ernest Pitts (216822) | After due diligence, contractor currently unknown |
| Ethel Moody (203176) | Bechtel National, Inc |
| Evelyn Shaw (226859) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Gabriel Ball (222346) | After due diligence, contractor currently unknown |
| Glenda Perryman, as Next Friend of S.C, a minor (225928) | After due diligence, contractor currently unknown |
| Glenda Perryman (226699) | After due diligence, contractor currently unknown |
| Glenda Perryman, as Next Friend of J.B, a minor (225848) | After due diligence, contractor currently unknown |
| Glenda Perryman, as Next Friend of J.C, a minor (225925) | After due diligence, contractor currently unknown |
| Gloria Patrick (216804) | After due diligence, contractor currently unknown |
| Harry Brumfield (203341) | After due diligence, contractor currently unknown |
| Henry Goods (203011) | Bechtel National, Inc |
| Joann Brockington (211767) | After due diligence, contractor currently unknown |
| John Galloway, as Next Friend of J.G, a minor (224899) | After due diligence, contractor currently unknown |
| John Galloway (208956) | After due diligence, contractor currently unknown |
| John Galloway, as Next Friend of G.G, a minor (225272) | After due diligence, contractor currently unknown |
| John Galloway, as Next Friend of J.G, a minor (208957) | After due diligence, contractor currently unknown |
| Julius William (227043) | After due diligence, contractor currently unknown |
| Kisha Barousse (213549) | After due diligence, contractor currently unknown |
| Kisha Barousse, as Next Friend of C.B, a minor (213551) | After due diligence, contractor currently unknown |
| Kisha Barousse, as Next Friend of T.L, a minor (213550) | After due diligence, contractor currently unknown |
| Lanicia Farmer (202979) | After due diligence, contractor currently unknown |
| Lucille Nunez, as Next Friend of J.L, a minor (226454) | After due diligence, contractor currently unknown |
| Marwin Rankins (226385) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Mary Hawkins, as Next Friend of J.S, a minor (208240) | After due diligence, contractor currently unknown |
| Mary Sams (209339) | After due diligence, contractor currently unknown |
| Mary Sams (224415) | After due diligence, contractor currently unknown |
| Mcauthor Moody (203179) | Bechtel National, Inc |
| Michael Livingston (212369) | After due diligence, contractor currently unknown |
| Monique Berthelot (208955) | After due diligence, contractor currently unknown |
| Percy Jackson (203081) | Bechtel National, Inc |
| Rebecca Browder (216356) | Bechtel National, Inc |
| Robert Jackson (212489) | After due diligence, contractor currently unknown |
| Ronia Trevillion (202675) | Bechtel National, Inc |
| Salina Craft (216421) | After due diligence, contractor currently unknown |
| Shannon Keys, as Next Friend of A.K, a minor (222394) | After due diligence, contractor currently unknown |
| Shannon Keys, as Next Friend of M.K, a minor (222395) | After due diligence, contractor currently unknown |
| Shannon Keys (222396) | After due diligence, contractor currently unknown |
| Shannon Keys, as Next Friend of S.K, a minor (222397) | After due diligence, contractor currently unknown |
| Teresa Pitts (216827) | After due diligence, contractor currently unknown |
| Tre Pitts (216823) | After due diligence, contractor currently unknown |
| Troy Pitts (216828) | After due diligence, contractor currently unknown |
| Verna Johnson (203476) | After due diligence, contractor currently unknown |
| Wesly Browder (216354) | Bechtel National, Inc |