# Exhibit A

852

| | |
|---|---|
| Carl Thompson (224764) | After due diligence, contractor currently unknown |
| Farrah Brown, as Next Friend of Braden Floyd, a minor (224595) | Bechtel National, Inc |
| Zita Fisher (224488) | After due diligence, contractor currently unknown |