# Exhibit A

854

| | |
|---|---|
| Ingrid Perrilloux (203235) | Bechtel National, Inc |
| Kenneth Nickelson (203209) | Bechtel National, Inc |