# Exhibit A

855

| Plaintiff | Defendant |
|---|---|
| Aleigha Smith (200518) | Bechtel National, Inc |
| Aleigha Smith, as Next Friend of Aidyn Rester, a minor (200642) | Bechtel National, Inc |
| Angela James (229880) | Bechtel National, Inc |
| April Smith (200523) | Bechtel National, Inc |
| April Smith, as Next Friend of Anna Smith, a minor (200522) | Bechtel National, Inc |
| April Smith, as Next Friend of Shelby Smith, a minor (200376) | Bechtel National, Inc |
| Aundra Kidd (226400) | Bechtel National, Inc |
| Ernest Byrd (225890) | Bechtel National, Inc |
| Irma Perry (230173) | Bechtel National, Inc |
| Lesia Nobles (226665) | Bechtel National, Inc |
| Sara Tillman (212074) | Bechtel National, Inc |
| Shirley Moore (226627) | Bechtel National, Inc |
| Steven Rester (200643) | Bechtel National, Inc |
| Sylvester Byrd (225888) | Bechtel National, Inc |
| Timothy Smith (200381) | Bechtel National, Inc |