## Exhibit A

857

| | |
|---|---|
| Cody Boatner (214784) | Bechtel National, Inc |
| Cody Redmond (210212) | Bechtel National, Inc |
| Harry Johnson (201465) | Shaw Environmental, Inc |
| Kristopher Cherry (209302) | Bechtel National, Inc |