## Exhibit A

859

| | |
|---|---|
| Bob McVeay, as Representative of the Estate of Mildred McVeay, deceased (205945) | Bechtel National, Inc |
| Clauzell Banks (200131) | After due diligence, contractor currently unknown |