# Exhibit A

864

| Name | Defendant |
|---|---|
| Amber Bowers (205905) | Bechtel National, Inc |
| Angela Nations (220560) | Bechtel National, Inc |
| Bruce Moreau (203185) | Bechtel National, Inc |
| Cassandra Nelson (207820) | Bechtel National, Inc |
| Cassandra Nelson, as Next Friend of Courtney Whitcomb, a minor (207821) | Bechtel National, Inc |
| Gabriella Whitcomb (207822) | Bechtel National, Inc |
| H Tresener (222232) | Bechtel National, Inc |
| James Bowers (205902) | Bechtel National, Inc |
| Kedra Bienemy (224636) | CH2M Hill Constructors, Inc. |
| Linah Bowers (205907) | Bechtel National, Inc |
| Nora Bowers (205903) | Bechtel National, Inc |
| Quy Nguyen (214045) | Bechtel National, Inc |
| Sandra Joiner (203099) | Bechtel National, Inc |
| Shirley Vince (210113) | Bechtel National, Inc |
| Wilfred Rome (222193) | Bechtel National, Inc |