# Exhibit A

865

| | |
|---|---|
| Alvin Brown (199953) | Shaw Environmental, Inc |
| Amanda Fox (226138) | Fluor Enterprises, Inc |
| Amber Bowers (205905) | Bechtel National, Inc |
| Asha Clements (202287) | Fluor Enterprises, Inc |
| Charles Thompson (221881) | Fluor Enterprises, Inc |
| Christopher North (200963) | Fluor Enterprises, Inc |
| Cornelius Bannister (200154) | Fluor Enterprises, Inc |
| Denise Benfiglio (223502) | Fluor Enterprises, Inc |
| Dominque Johnson (201459) | Fluor Enterprises, Inc |
| Elaine Cambre (229511) | Fluor Enterprises, Inc |
| Gertrude Gould (201700) | Fluor Enterprises, Inc |
| James Bowers (205902) | Bechtel National, Inc |
| Janell Brown (199973) | Fluor Enterprises, Inc |
| Jennifer Altman-Dane (200239) | Fluor Enterprises, Inc |
| Keanna Dubose, as Next Friend of Nadia Ashley, a minor (229348) | After due diligence, contractor currently unknown |
| Leo Jones (201343) | Fluor Enterprises, Inc |
| Linah Bowers (205907) | Bechtel National, Inc |
| Mary Green (210709) | CH2M Hill Constructors, Inc. |
| Melissa Fox (226140) | Fluor Enterprises, Inc |

| | |
|---|---|
| Milton Evans (201902) | Shaw Environmental, Inc |
| Nora Bowers (205903) | Bechtel National, Inc |
| Rhonda Gibbens (216151) | Fluor Enterprises, Inc |
| Sally Mick (221837) | Fluor Enterprises, Inc |
| Sandra Smith (215077) | After due diligence, contractor currently unknown |
| Sandra Smith, as Next Friend of William Smith-Belcher, a minor (215075) | After due diligence, contractor currently unknown |
| Shametha LaFrance (201274) | Fluor Enterprises, Inc |