## Exhibit A

878

| | |
|---|---|
| Angela Byrd (211463) | Bechtel National, Inc |
| Angela Byrd, as Next Friend of Madison Byrd, a minor (211464) | Bechtel National, Inc |
| Calvin Causey (208169) | Bechtel National, Inc |
| Carolyn Banks (200130) | CH2M Hill Constructors, Inc. |
| Cleveland Baxley (210636) | Bechtel National, Inc |
| Deanna Dickerson, as Next Friend of Alaydrian Dickerson, a minor (210599) | Bechtel National, Inc |
| Deanna Dickerson, as Next Friend of Alexis Dickerson, a minor (210597) | Bechtel National, Inc |
| Deianna Dickerson (211330) | Bechtel National, Inc |
| Deianna Dickerson, as Next Friend of Andrew Dickerson, a minor (210598) | Bechtel National, Inc |
| Deianna Dickerson, as Next Friend of Camerson Dickerson, a minor (210600) | Bechtel National, Inc |
| Diane Christian (202274) | Bechtel National, Inc |
| Freda Causey (208170) | Bechtel National, Inc |
| Freda Causey, as Next Friend of Carrington Causey, a minor (208172) | Bechtel National, Inc |
| Jeremy Causey (208171) | Bechtel National, Inc |
| Jonathan Byrd (210667) | Bechtel National, Inc |
| Leonard Edwards (208148) | Bechtel National, Inc |
| Lloyd Christen (202275) | Bechtel National, Inc |
| Rhonda Johnson (201492) | CH2M Hill Constructors, Inc. |
| Sandy Williams (202583) | CH2M Hill Constructors, Inc. |