# Exhibit A

884

| | |
|---|---|
| Grace Reid (211884) | Bechtel National, Inc |
| Kenneth Albus (205754) | Bechtel National, Inc |