# Exhibit A

885

| | |
|---|---|
| Casie Harris (229779) | Bechtel National, Inc |
| Dianne Morris (221846) | Bechtel National, Inc |
| George McClelland (224439) | Bechtel National, Inc |
| John Clark (225929) | Bechtel National, Inc |
| Lee Morris (216776) | Bechtel National, Inc |
| Linh Nguyen (220350) | Bechtel National, Inc |
| Lonnie Hale, as Representative of the Estate of Felice O'Conner, deceased (230134) | Bechtel National, Inc |
| Nicole Morris (216775) | Bechtel National, Inc |
| Patricia McClelland (224440) | Bechtel National, Inc |
| Robert Odom (230136) | Bechtel National, Inc |
| Wyanasca Coleman (229551) | Bechtel National, Inc |