# Exhibit A

886

| | |
|---|---|
| Amanda Miles, as Next Friend of Logan Miles, a minor (211973) | Bechtel National, Inc |
| Chester Herbert (201670) | Bechtel National, Inc |
| Craig Williams, as Next Friend of Ragan Williams, a minor (208098) | Bechtel National, Inc |
| Donna Watts (207689) | Bechtel National, Inc |
| Doris Jordan, as Next Friend of Chasidey Goldman, a minor (209815) | Bechtel National, Inc |
| Grace Reid, as Next Friend of D'Asia Reid-Dunn, a minor (211885) | Bechtel National, Inc |
| Linh Nguyen, as Representative of the Estate of Cuong Ly, deceased (220292) | Bechtel National, Inc |
| William Conner (202164) | CH2M Hill Constructors, Inc. |