# Exhibit A

887

| | |
|---|---|
| Alanza Spoks (221870) | Fluor Enterprises, Inc |
| Alonzo Stokes (222261) | Fluor Enterprises, Inc |
| April Jackson (215678) | Fluor Enterprises, Inc |
| Arielle Fraino (223681) | Fluor Enterprises, Inc |
| Barron Moore (200893) | Fluor Enterprises, Inc |
| Bridget Lackey (222843) | Fluor Enterprises, Inc |
| Brittany Riley (226783) | After due diligence, contractor currently unknown |
| Casey Habisreitinger (208103) | Bechtel National, Inc |
| Casey Habisreitinger, as Next Friend of Eugene Habisreitinger, a minor (208090) | Bechtel National, Inc |
| Charles Gosnell (215615) | After due diligence, contractor currently unknown |
| Coey Robertson (200535) | Shaw Environmental, Inc |
| Curtis Lundy (201198) | Shaw Environmental, Inc |
| Dung Lam (223878) | Fluor Enterprises, Inc |
| Eldora Madison (226502) | After due diligence, contractor currently unknown |
| Erica Magee (201221) | Fluor Enterprises, Inc |
| Eugene Habisreitinger (208078) | Bechtel National, Inc |
| Frank Wimberly (212030) | Fluor Enterprises, Inc |
| Hai Huynh (223793) | Fluor Enterprises, Inc |
| Hilda Magee (201223) | Fluor Enterprises, Inc |

| | |
|---|---|
| Hillary Desilva (201966) | Fluor Enterprises, Inc |
| John Nguyen (226656) | Fluor Enterprises, Inc |
| Laura Tillison, as Next Friend of Kalyn Johnson, a minor (213747) | Fluor Enterprises, Inc |
| Lodgia Blaise (222652) | CH2M Hill Constructors, Inc. |
| Patrice Washington (213257) | Fluor Enterprises, Inc |
| Patricia Horton (224864) | Fluor Enterprises, Inc |
| Patsy Raybon (226766) | Shaw Environmental, Inc |
| Phuong Dung Phu (216812) | Shaw Environmental, Inc |
| Quinnyon Wimberly (212035) | Fluor Enterprises, Inc |
| Quinnyon Wimberly, Sr., as Next Friend of Quinnyon Wimberly, a minor (212033) | Fluor Enterprises, Inc |
| Rose D'Aunoy (213730) | Fluor Enterprises, Inc |
| Rose D'Aunoy, as Next Friend of Aaliyah Richardson, a minor (213731) | Fluor Enterprises, Inc |
| Shatasha Stokes (222443) | Fluor Enterprises, Inc |
| Tammy Miller (231725) | Shaw Environmental, Inc |
| Tynia Bellanger (216316) | Fluor Enterprises, Inc |
| Valerie Spoks (221871) | Fluor Enterprises, Inc |
| Vaugcheri Tillison, as Next Friend of Jameka Tillison, a minor (213618) | Fluor Enterprises, Inc |
| Vernon Treaudo (206684) | Fluor Enterprises, Inc |
| Wilton Madison (226503) | After due diligence, contractor currently unknown |