## Exhibit A

895

| | |
|---|---|
| Herman Pruitt (224434) | Bechtel National, Inc |
| Mary Ladnier (201260) | CH2M Hill Constructors, Inc. |