**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:     **FEMA TRAILER**     \*     **MDL NO. 1873**
          **FORMALDEHYDE PRODUCTS**  \*
          **LIABILITY LITIGATION**     \*     **SECTION "N" (5)**
                                       \*
                                       \*     **JUDGE ENGELHARDT**
                                       \*     **MAGISTRATE CHASEZ**
                                       \*
**THIS DOCUMENT PERTAINS TO**     \*
**Civil Action No. 09-4722; Dianne Campsen,**  \*
**et al, vs. Keystone RV Company, et al**    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**PLAINTIFFS' SUPPLEMENTAL AND AMENDED COMPLAINT**</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT:

       Plaintiffs in the above-referenced matter, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

**I.**
<u>**SUPPLEMENTAL EXHIBIT "A" MATCHING CLIENTS TO A CONTRACTOR**</u>

       1.      In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental **Exhibit "A"** to the Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

       2.      In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental **Exhibit "A"** and incorporate same by reference herein.

**II.**
<u>**ADDING ADDITIONAL DEFENDANT**</u>

       3.      By adding Defendant **Bechtel National, Inc.** as a party Defendant, in the above-captioned matter.  Please refer to **Exhibit "B"** for service information.

4.     Upon    information    and    belief,    **Bechtel    National,    Inc.**    is    the

contractor/installer,  for  one  or  more  of  the  Plaintiffs  in  this  matter,  as  indicated  on

**Exhibit "A"**.

WHEREFORE,  Plaintiffs  respectfully  supplement  and  amend  the  Original

Complaint  in  the  foregoing  respects,  and  they  otherwise  reiterate  and  re-aver  all  of  the

allegations, claims and prayers for relief contained therein.

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
**Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**