## Exhibit A

898

| | |
|---|---|
| Devin Johnson, as Next Friend of Amaiyah Johnson, a minor (226347) | Bechtel National, Inc |
| Dorothy Mims, as Representative of the Estate of Jacob Wooten, deceased (202626) | Bechtel National, Inc |
| Dorothy Mims (201043) | Bechtel National, Inc |
| Gwendolyn Owens, as Next Friend of Hannah Owens, a minor (205172) | Bechtel National, Inc |
| Jeremiah Hill (209736) | Bechtel National, Inc |
| Miyoshi Frazier, as Next Friend of Tyrik Frazier, a minor (222033) | Bechtel National, Inc |
| Nettie Yates (202642) | Bechtel National, Inc |
| Peggy Riley, as Next Friend of Cassie Riley, a minor (225016) | Bechtel National, Inc |
| Phuong Nguyen, as Next Friend of Bao Le, a minor (213394) | Bechtel National, Inc |
| Vu Le (213395) | Bechtel National, Inc |