# Exhibit A

902

| | |
|---|---|
| Patricia Kirkland (216662) | Bechtel National, Inc |
| Patricia Kirkland, as Next Friend of Andrew Dotson, a minor (216465) | Bechtel National, Inc |
| Patricia Kirkland, as Next Friend of Dewcilla Kirkland, a minor (216663) | Bechtel National, Inc |