UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | |
| Civil Action No. 09-4758; Lillie Green, et al | | * | |
| vs. Coachmen Industries, Inc., et al | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' SUPPLEMENTAL AND AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs in the above-referenced matter, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

**I.**
**SUPPLEMENTAL EXHIBIT "A" MATCHING CLIENTS TO A CONTRACTOR**

1. In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental **Exhibit "A"** to the Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

2. In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental **Exhibit "A"** and incorporate same by reference herein.

**II.**
**ADDING ADDITIONAL DEFENDANT**

3. By adding Defendant **Bechtel National, Inc.** as a party Defendant, in the above-captioned matter. Please refer to **Exhibit "B"** for service information.

4.  Upon information and belief, **Bechtel National, Inc.** is the contractor/installer, for one or more of the Plaintiffs in this matter, as indicated on **Exhibit "A"**.

WHEREFORE, Plaintiffs respectfully supplement and amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

                      Respectfully submitted,

                      /s/ Robert C. Hilliard
                      _____
                      **ROBERT C. HILLIARD**
                      **Attorney in Charge for Plaintiff**
                      Texas State Bar No. 09677700
                      Southern District of TX Federal ID No.  5912
                      ROBERT C. HILLIARD, L.L.P.
                      719 S. Shoreline Boulevard, Suite 500
                      Corpus Christi, Texas 78401
                      Telephone:  (361) 882-1612
                      Facsimile:  (361) 882-3015

                      **MIKAL C. WATTS**
                      Texas State Bar No. 20981820
                      Southern District of TX Federal ID No. 12419
                      MIKAL C. WATTS, P.C.
                      2506 N. Port Ave.
                      Corpus Christi, Texas 78401
                      Telephone: (800) 994-0019
                      Facsimile: (361) 882-1261

                      **RICHARD P. IEYOUB**
                      Louisiana State Bar and
                      Eastern District of Louisiana Federal ID No. 2217
                      CARLETON DUNLAP OLINDE & MOORE, LLC
                      One American Place, Suite 900
                      Baton Rouge, LA 70825
                      Phone 225-282-0600
                      Fax 225-282-0650

                **DANIEL D. WARE**
                Mississippi State Bar and
                Southern District of Mississippi Federal ID No. 10847
                **CARROLL LOUIS CLIFFORD IV**
                Mississippi State Bar and
                Southern District of Mississippi Federal ID No. 99545
                WARE CLIFFORD LAW FIRM PLLC
                2625 Ridgewood Rd., Ste 100
                Jackson, MS 39216
                Phone 601-368-9310
                Fax 601-368-9958

                **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that on August 2, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**