# Exhibit A

992

| | |
|---|---|
| Anthony Prats (224073) | Bechtel National, Inc |
| Kadee Evans-Martinez (223669) | Bechtel National, Inc |
| Kadee Evans, as Next Friend of JayLynn Prats, a minor (224074) | Bechtel National, Inc |
| Kadie Evans-Martinez, as Next Friend of Anthony Prats, a minor (224072) | Bechtel National, Inc |
| Michael Bryant (211784) | Bechtel National, Inc |
| Michael Dietrich, as Next Friend of Dalton Dietrich, a minor (205384) | Bechtel National, Inc |
| Patricia Turner (216049) | Bechtel National, Inc |
| Rodney Johnson, as Next Friend of Shelby Johnson, a minor (221811) | Bechtel National, Inc |