# Exhibit A

908

Walter Harris (214426)                                   Bechtel National, Inc