## Exhibit A

910

| | |
|---|---|
| Ambrosia Grant (222049) | Shaw Environmental, Inc |
| Ambrosia Grant, as Next Friend of Aaron Hunter, a minor (222080) | Shaw Environmental, Inc |
| Earl Ralleigh (203563) | Bechtel National, Inc |
| John Washington (216071) | Bechtel National, Inc |
| Jonathan Williams (202564) | Shaw Environmental, Inc |
| Margaret Nevels (205755) | Bechtel National, Inc |
| Nathalie Natividad (223997) | Bechtel National, Inc |
| Nathalie Raybon, as Next Friend of Teeyah Raybon, a minor (224088) | Bechtel National, Inc |
| Sammy Raybon (224087) | Bechtel National, Inc |
| Wilson Raybon (226765) | Bechtel National, Inc |