## Exhibit A 917

| | |
|---|---|
| Betty Henderson (211452) | Bechtel National, Inc |
| Gordon Henderson (211451) | Bechtel National, Inc |
| Paula Taylor (212639) | Bechtel National, Inc |
| Travis Taylor (212641) | Bechtel National, Inc |