## Exhibit A

920

| | |
|---|---|
| Brenton  Newill, as Next Friend of Dominque Daniels, a minor (223620) | Bechtel National, Inc |
| Isidro Mendoza (214235) | Bechtel National, Inc |
| Lakesha  McClain, as Next Friend of James Rankins, a minor (210200) | Bechtel National, Inc |
| Laura Domingo (223647) | Bechtel National, Inc |
| Mary L'Heureux (214337) | Bechtel National, Inc |
| Michael Charleston (202922) | Fluor Enterprises, Inc |
| Michael Labat (223867) | Bechtel National, Inc |
| Nyck Sylvas (215113) | Bechtel National, Inc |
| Pete Sylvas (216964) | Bechtel National, Inc |