## Exhibit A

922

| | |
|---|---|
| Chantyle Forrest (214567) | Bechtel National, Inc |
| Gerald Crotwell (211653) | Bechtel National, Inc |
| Lennie Crotwell (211654) | Bechtel National, Inc |
| Tony Edmond (223661) | After due diligence, contractor currently unknown |