## Exhibit A

931

| | |
|---|---|
| Irvin Vaultz (213344) | Fluor Enterprises, Inc |
| Quincy Gibson (201844) | Bechtel National, Inc |
| Yvonne Gibson (201845) | Bechtel National, Inc |