## Exhibit A

941

| | |
|---|---|
| Alexis Alonzo (200236) | Fluor Enterprises, Inc |
| Dylsia Sadler (200585) | Fluor Enterprises, Inc |
| Edward Scarborough (207688) | After due diligence, contractor currently unknown |
| Henry Sadler (200587) | Fluor Enterprises, Inc |
| Lucille Nunez (224287) | After due diligence, contractor currently unknown |
| Mercedes Devillers, as Representative of the Estate of Joseph Devilliers, deceased (220101) | Bechtel National, Inc |
| Tyrone Alonzo (200237) | Fluor Enterprises, Inc |