# Exhibit A

943

| | |
|---|---|
| Brandy Schenck (226840) | Fluor Enterprises, Inc |
| Carl Pentney (200852) | Fluor Enterprises, Inc |
| Gerald Druper (222726) | Bechtel National, Inc |
| Gerry Stanford (223030) | Bechtel National, Inc |
| Joanne Pentney (200853) | Fluor Enterprises, Inc |
| Shelton Thornton (226970) | Fluor Enterprises, Inc |