983

## Exhibit A

| | |
|---|---|
| Don Street, as Next Friend of Carrington Street, a minor (213215) | Bechtel National, Inc |
| Shadronica Street (213221) | Bechtel National, Inc |