## Exhibit A 957

| | |
|---|---|
| David Warman (213252) | Bechtel National, Inc |
| Delila Thomas (210083) | Fluor Enterprises, Inc |
| Jenea Warman (213253) | Bechtel National, Inc |