# Exhibit A

963

| | |
|---|---|
| Shelia Parker (200823) | Fluor Enterprises, Inc |
| Stacie Biggs, as Next Friend of Cameron Parker, a minor (230150) | Bechtel National, Inc |