| Exhibit A | 985 |
|---|---|
| Bonnie Tanguis (222598) | Bechtel National, Inc |
| Bonnie Tanguis, as Next Friend of Chase Tanguis, a minor (222596) | Bechtel National, Inc |
| Bonnie Tanguis, as Next Friend of Trinity Tanguis, a minor (222597) | Bechtel National, Inc |
| William Tanguis (222599) | Bechtel National, Inc |