# Exhibit A

975

| | |
|---|---|
| James Powell (212578) | Bechtel National, Inc |
| Jason Vuong (212581) | Bechtel National, Inc |