**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | JUDGE ENGELHARDT |
| **Civil Action No. 09-6947** | | * | MAGISTRATE CHASEZ |
| **Kent Gyins, et. al.** | | * | |
| **Vs.** | | * | |
| **Gulf Stream Coach, Inc., et al.** | | * | |
| | | * | |
| | | * | |

<u>**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT**</u>
<u>**PURSUANT TO PRETRIAL ORDER NO. 53**</u>

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their

Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct

Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach

hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd of August 2010.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**


Exhibit A

883

## Exhibit A

883

| | |
|---|---|
| Andrea Collins (211740) | After due diligence, contractor currently unknown |
| Andrea Collins, as Next Friend of J.C, a minor (211741) | After due diligence, contractor currently unknown |
| Andrea Collins, as Next Friend of K.C, a minor (211742) | After due diligence, contractor currently unknown |
| Andrea Collins, as Next Friend of K.C, a minor (211743) | After due diligence, contractor currently unknown |
| Darlene Bullock (220056) | After due diligence, contractor currently unknown |
| Earl Thornton (212070) | After due diligence, contractor currently unknown |
| Elizabeth MaGee, as Next Friend of E.R, a minor (205968) | After due diligence, contractor currently unknown |
| Elizabeth Magee, as Next Friend of E.R, a minor (215943) | After due diligence, contractor currently unknown |
| Evelyn Wells (220516) | After due diligence, contractor currently unknown |
| Gary McDonald (200982) | After due diligence, contractor currently unknown |
| Inge Thornton (212071) | After due diligence, contractor currently unknown |
| Jane Parent (224039) | After due diligence, contractor currently unknown |
| Jane Parent, as Next Friend of D.P, a minor (224038) | After due diligence, contractor currently unknown |
| Jane Parent, as Next Friend of M.M, a minor (223964) | After due diligence, contractor currently unknown |
| Jeffrey Peterson (213924) | After due diligence, contractor currently unknown |
| Joe Goodman (209818) | After due diligence, contractor currently unknown |
| Judy Yarborough (206640) | After due diligence, contractor currently unknown |
| Linda DeDeaux (209258) | After due diligence, contractor currently unknown |
| Lynette Washington (216072) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Marlon Jackson (221512) | After due diligence, contractor currently unknown |
| Martiel Byrd (225161) | After due diligence, contractor currently unknown |
| Natasha  Lusich, as Next Friend of K.L, a minor (225156) | After due diligence, contractor currently unknown |
| Natasha Lusich (225155) | After due diligence, contractor currently unknown |
| Nathan Graham (224530) | After due diligence, contractor currently unknown |
| Paul Patin (222945) | After due diligence, contractor currently unknown |
| Paul Patin, as Next Friend of D.D, a minor (222709) | After due diligence, contractor currently unknown |
| Paula Gavillo, as Next Friend of C.G, a minor (207488) | After due diligence, contractor currently unknown |
| Rhonda Swilley (224171) | After due diligence, contractor currently unknown |
| Ricky Welch (212008) | After due diligence, contractor currently unknown |
| Robert Byrd (225162) | After due diligence, contractor currently unknown |
| Robin Galloway (221783) | After due diligence, contractor currently unknown |
| Robin Galloway, as Next Friend of A.G, a minor (221784) | After due diligence, contractor currently unknown |
| Robin Galloway, as Next Friend of L.G, a minor (221790) | After due diligence, contractor currently unknown |
| Ronald Trible (215167) | After due diligence, contractor currently unknown |
| Roxanna Gavillo (224385) | After due diligence, contractor currently unknown |
| Samantha Rush (222580) | After due diligence, contractor currently unknown |
| Sandra Welch (212007) | After due diligence, contractor currently unknown |
| Taryn  Ray, as Next Friend of M.R, a minor (224521) | After due diligence, contractor currently unknown |
| Taryn Ray (224520) | After due diligence, contractor currently unknown |

| | |
|---|---|
| Tonya Peterson (213965) | After due diligence, contractor currently unknown |
| Tonya Peterson, as Next Friend of C.P, a minor (213966) | After due diligence, contractor currently unknown |
| Tonya Peterson, as Next Friend of J.P, a minor (213967) | After due diligence, contractor currently unknown |
| Tonya Peterson, as Next Friend of L.P, a minor (213969) | After due diligence, contractor currently unknown |
| Tonya Peterson, as Next Friend of S.P, a minor (213968) | After due diligence, contractor currently unknown |
| Troy Theriot, as Next Friend of T.T, a minor (209199) | Bechtel National, Inc |
| Troy Theriot, as Next Friend of T.T, a minor (209200) | Bechtel National, Inc |
| Troy Theriot, as Next Friend of T.T, a minor (209201) | Bechtel National, Inc |
| Uria Swilley (224172) | After due diligence, contractor currently unknown |