UNITED STATES DISCRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL: NO.: 1873<br><br>SECTION: "N-5"<br><br>JUDGE ENGLEHRDT<br>MAGISTRATE JUDGE: CHASEZ |

**THIS DOCUMENTS IS RELATED TO**
*ALL CASES*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO PARTICIPATE IN THE LAST CHANCE PROCESS PURSUANT TO PRETRIAL ORDER NO.: 68**

Raul R. Bencomo, counsel for the potential claimants listed on Exhibit "A" attached hereto, seeks leave to participate in the Court's last chance process for obtaining matching information. I state under oath to THE following:

1. Each claimant listed on Exhibit "A" executed a legal employment contract with my law firm prior to May 24, 2010;

2. My law firm on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

3. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

4. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant has looked for and cannot find the documentation containing

the identity or the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

5. I certify that I, or members of my staff, on behalf of each claimant listed on Exhibit "A" received data back from FEMA in response to a properly made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU. To the extent that prior matching responses have included a VIN Number, I, or members of my staff, have attempted to match my client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN codes; and

6. I certify that my address is 639 Loyola Avenue, 2110 Entergy Building; New Orleans, LA 70113, and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

    Respectfully Submitted:

    **FEMA TRAILER FORMALDEHYDE LITIGATION**

    BY:   s/Raul R. Bencomo_____
           RAUL R. BENCOMO (La. Bar #2932)
           Bencomo & Associates
           639 Loyola Avenue, Suite 2110
           New Orleans, Louisiana 70113
           Phone:   (504) 529-2929
           Facsimile: (504) 529-2018
           E-mail:   ben_law@bellsouth.com

**PLAINTIFF'S CO-LAISON COUNSEL**
GERALD MEUNIER, LSBA#9471
JUSTIN WOODS, LSBA #24713

**COURT APPOINTED PLAINTIFF'S STERRING COMMITEE**
ANTHONY BUZBEE, Texas # 24001820
FRANK D'AMICO, LSBA #17519
MATT MORELAND, LSBA #24567
LINDA NELSON, LSBA #9938
MIKAL WATTS, Texas #20981820
ROBERT BECNEL, LSBA, #14072
DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing first-class mail to all counsel of record who are non-CM/ECF participants.

s/Raul R. Bencomo
RAUL R. BENCOMO, #2932