UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL: NO.: 1873**<br><br>**SECTION: "N-5"**<br><br>**JUDGE: ENGLEHARDT**<br>**MAGISTRATE**<br>**JUDGE: CHASEZ** |

**THIS DOCUMENT IS RELATED TO**
*ALL CASES*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**PROPOSED ORDER**</u>

Considering the foregoing Motion;

IT IS HEREBY ORDERED that the Plaintiff's identified on Exhibit "A" are hereby permitted to participate in the Last Chance matching process.

THUS DONE AND SIGNED this _____ day of August, 2010.

_____
HONORABLE K. ENGLEHARDT