**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*ALL CASES*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO PARTICPATE IN THE LAST CHANCE PROCESS PURSUANT TO PRETRIAL ORDER NO. 68**

Gerald Meunier and Justin Woods, counsel for the potential plaintiffs listed on Exhibit "A", attached hereto, seek leave to participate in the court's last chance process for obtaining matching information. We state under oath the following:

1. Each claimant listed on Exhibit "A" executed a legal employment contract with our law firm prior to May 24, 2010.

2. Our law firm, on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID number to FEMA in a matching request made on or before June 15, 2010;

3. We certify that each claimant listed on Exhibit "A" has stated to us, or members of our staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

1

4. We certify that each claimant listed on Exhibit "A" has stated to us or members of our staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer or his or her EHU, or the identity of the government contractor who hauled or installed his or her ECU;

5. We certify that we, on behalf of each claimant listed on Exhibit "A", received data back from FEMA in response to a properly made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU. To the extent that prior matching responses have included a VIN number, we have attempted to match our client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN Codes; and

6. We certify that our address is 1100 Poydras, 2800 Energy Centre, New Orleans, Louisiana, 70163 and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:    504/528-9973
           gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        ROBERT BECNEL, #14072
        DENNIS REICH, Texas # 16739600

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471