Exhibit A to Motion to Participate in "Last Chance" Matching Process

| Plaintiff's Last Name | Plaintiff's First Name | Claimant's FEMA ID No. | If known - Approximate month and year of lease-in for EHU (i.e. March 2006 = 0306 ) | Docket No. for Case in Which Plaintiff's Claim Originated | HOH / Applicant's Last Name | HOH / Applicant's First Name | HOH / Applicant's FEMA ID | Street Address where EHU was installed | City where EHU was installed | State where EHU was installed | Zip Code where EHU was installed | EHU's VIN | EHU's FEMA barcode | Attorney's Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arbuthnot | Arnika | UNK | UNK | 09-5336 | Arbuthnot | Arnika | UNK | 5061 Citrus Blvd. | New Orleans | Louisiana | 70123 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Arbuthnot | Orleanto | UNK | UNK | 09-5336 | Arbuthnot | Orleanto | UNK | 5061 Citrus Blvd. | New Orleans | Louisiana | 70123 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Arbuthnot | Carlos | UNK | UNK | 09-5336 | Arbuthnot | Orleanto | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Arbuthnot | Charles | UNK | UNK | 09-5336 | Arbuthnot | Charles | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arbuthnot | Maylene | UNK | UNK | 09-5336 | Arbuthnot | Maylene | UNK | 5061 Citrus Blvd. | New Orleans | Louisiana | 70123 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Arbuthnot, Jr. | Ernest | UNK | UNK | 09-5336 | Arbuthnot, Jr. | Ernest | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Arbuthnot, Sr. | Ernest | UNK | UNK | 09-5336 | Arbuthnot, Sr. | Ernest | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Atkinson | Imogene | UNK | UNK | 09-5252 | Atkinson | Imogene | UNK | 3544 10th Street | Slidell | Louisiana | 70458 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Atkinson | Levon | UNK | UNK | 09-5252 | Atkinson | Levon | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Avants | Annie | 9213657341603 | UNK | 09-6173 | Avants | Annie | UNK | 25898 Sherwood | Denham Springs | Louisiana | 70726 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avants, III | Oze | 9213657341603 | UNK | 09-6173 | Avants, III | Oze | UNK | 25808 Sherwood | Denham Springs | Louisiana | 70726 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Barard | Jonathan | UNK | UNK | 09-5252 | Barard | Jonathan | UNK | 7420 Eastmore | New Orleans | Louisiana | 70126 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Barard | Veronica | UNK | UNK | 09-5252 | Barard | Veronica | UNK | 7420 Eastmore | New Orleans | Louisiana | 70126 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Barard | Esteline | UNK | UNK | 09-5252 | Barard | Herman | UNK | 7420 Eastmore | New Orleans | Louisiana | 70126 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Barard | Tiffany | UNK | UNK | 09-5252 | Barard | Herman | UNK | 7420 Eastmore | New Orleans | Louisiana | 70126 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Barard, III | Herman | UNK | UNK | 09-5252 | Barard | Herman | UNK | 7420 Eastmore | New Orleans | Louisiana | 70126 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beecher | Patrick | UNK | UNK | 09-5252 | Beecher | Patrick | UNK | 39437 S. Hoover Road | Ponchatoula | Louisiana | 70454 | CV06AL026929 | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Beecher | Mary Jane | UNK | UNK | 09-5252 | Flowers | Winter | UNK | 39437 S. Hoover Road | Ponchatoula | Louisiana | 70454 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Beecher | Gavin | UNK | UNK | 09-5252 | Flowers | Winter | UNK | 39437 S. Hoover Road | Ponchatoula | Louisiana | 70454 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Bell | David | UNK | UNK | 09-5252 | Horton | Quiana | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Bell | Janice | UNK | UNK | 09-5336 | Horton | Quiana | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Bernard | Calvin | UNK | UNK | 09-5252 | Bernard | Calvin | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bethley | Peter | UNK | UNK | 09-5252 | Bethley | Peter | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Blunt | Linda | 939484382 | UNK | 09-5252 | Blunt | Linda | 939484382 | 3306 Piedmont Drive | New Orleans | Louisiana | 70122 | 1UJBJ02P261EP1198 | 1347321 | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Blunt, Sr. | Chester | 939484382 | UNK | 09-5252 | Blunt, Sr. | Chester | 393484382 | 3306 Piedmont Drive | New Orleans | Louisiana | 70122 | 1UJBJ02P261EP1198 | 1347321 | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Broaden | Wesley | 9310854192 | UNK | 09-5252 | Broaden | Wesley | 931084192 | 3571 Bennett Street | New Orleans | Louisiana | 70131 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Brooks | Sandra | 940801340 | UNK | 09-5252 | Brooks | Sandra | 940801340 | 3105 Cherry Street | New Orleans | Louisiana | 70115 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Brooks | Sharett | 940801340 | UNK | 09-5252 | Brooks | Sharret | 940801340 | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brown | Reginald | UNK | UNK | 09-5252 | Brown | Reginald | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Brown | Glen | UNK | UNK | 09-5252 | Brown | Glen | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Brown | Natasha | 918758664 | UNK | 09-5252 | Brown | Natah | 918758664 | 7417 North Peters Street | Arabi | Louisiana | 70032 | 1PAT64286P005124 | 1147240 | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Buggage | Catherine | 911986216 | UNK | 09-5252 | Buggage | Catherine | 911986216 | 2729 Bienville | New Orleans | Louisiana | 70119 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Bunch, Jr. | Martin | UNK | UNK | 09-4953 | Bunch, Jr. | Martin | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Bunch, Sr. | Martin | 931138906 | UNK | 09-4953 | Bunch, Sr. | Martine | 931138906 | Westbank Trailer Park | UNK | UNK | UNK | UNK | UNK | Plaintiff's Steering Committee |
| Calahan | David | UNK | UNK | 09-5252 | Calahan | David | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carr | Deandra | UNK | UNK | 09-5252 | Carr | Deandra | UNK | 7417 North Peters Street | Arabi | Louisiana | 70032 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Carr | Maureen | UNK | UNK | 09-5252 | Carr | Maureen | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Carr | Michael | UNK | UNK | 09-5252 | Carr | Michael | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Carr | Shawn | UNK | UNK | 09-5252 | Carr | Christian | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Carr, Sr. | Milton | 918758664 | UNK | 09-5252 | Carr, Sr. | Milton | 918758664 | 7417 North Peters Street | Arabi | Louisiana | 70032 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Carradine | Frances | 921205175 | UNK | 09-4953 | Carradine | Frances | 921205175 | 6600 Franklin Avenue, Trailerl W-7 | New Orleans | Louisiana | 70122 | UNK | UNK | Plaintiff's Steering Committee |
| Carradine | Christopher | 921205175 | UNK | 09-4953 | Carradine, Jr. | David | 921205175 | 6600 Franklin Avenue, Trailerl W-7 | New Orleans | Louisiana | 70122 | UNK | UNK | Plaintiff's Steering Committee |
| Carradine, Jr. | David | 921205175 | UNK | 09-4953 | Carradine JR. | David | 921205175 | 3711 Power Blvd. | Kenner | Louisiana | 70065 | UNK | UNK | Plaintiff's Steering Committee |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anderson-Clay | Dorian | 931278499 | UNK | 09-5252 | Anderson-Clay | Monica | 931278499 | 3101 Bienville Street | New Orleans | Louisiana | 70119 | 1NL1GTR256105-B389 | 1348653 | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Coleman | Joyce | 939425919 | UNK | 09-6173 | Coleman | Joyce | 939425919 | 2000 Groome Road, Lot G-14 | Baker | Louisiana | 70714 | 4TCT55P206L115764 | 1160015 | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Corio | Andria | 940940407 | UNK | 09-6173 | Corio | Andria | 94090407 | 25584 Hwy 16, Lot #24 | Denham Springs | Louisiana | 70726 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Coutune-West | Bryan | UNK | UNK | 09-5252 | Coutune | Melodie | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Coutune-West | Louis | UNK | UNK | 09-5252 | Coutune | Melodie | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Craft | James | 938780614 | UNK | 09-5252 | Craft | James | 938780614 | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| Crump | Earl Joseph | UNK | UNK | 09-5252 | Stack | LaShonda | UNK | 4405 Old Jeanerette Road, Apt 49 | New Iberia | Louisiana | 70563 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Davis | Rodney | UNK | UNK | 09-5252 | Davis | Rodney | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Davis | Jeffrey | UNK | UNK | 09-5252 | Davis | Jeffrey | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Davis | Leshawn | UNK | UNK | 09-5252 | Davis | Leshawn | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Davis | Floyd | UNK | UNK | 09-5252 | Davis | Floyd | UNK | 1338 Reynes | New Orleans | Louisiana | 70117 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Davis | Elston | UNK | UNK | 09-5252 | Davis | Elston | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Davis | Mamie | UNK | UNK | 09-5252 | Davis | Mamie | UNK | 1338 Reynes | New Orleans | Louisiana | 70117 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Davis | Paul | UNK | UNK | 09-5336 | Davis | Paul | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Davis, Sr. | Herbert | 921352368 | UNK | 09-5252 | Davis, Sr. | Herbert | 921352368 | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Dennis | Trenelle | UNK | UNK | 09-5252 | Dennis | Trenelle | UNK | 4250 Blount Road Trlr. #70 | Baton Rouge | Louisiana | 70816 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Dennis | Janelle | UNK | UNK | 09-5252 | Dennis | Janelle | UNK | 4250 Blount Road Trlr. #70 | Baton Rouge | Louisiana | 70816 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Dennis | Simone | UNK | UNK | 09-5252 | Dennis | Simone | UNK | 4250 Blount Road Trlr. #70 | Baton Rouge | Louisiana | 70816 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Desdunes | Gladys | 939461814 | UNK | 09-5252 | Desdunes | Gladys | 939461814 | 3447 Urquhart, New Orleans | New Orleans | Louisiana | 70117 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Desmond, Jr. | Earl | 931717266 | UNK | 09-5252 | Desmond, Jr. | Earl | 931717266 | 6920 Franklin Avenue | New Orleans | Louisiana | 70122 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Dison, IV | Oliver | 918758664 | UNK | 09-5252 | Brown | Natasha | 918758664 | 7417 North Peters Street | Arabi | Louisiana | 70032 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Dixon | Cayata | 91880474 | UNK | 09-5252 | Dixon | Cayata | 91880474 | 2309 Stafford Street | Gretna | Louisiana | 70053 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Dowden, IV | Charles | UNK | UNK | 09-5252 | Dowden, IV | Charles | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Duhe | Ariel | UNK | UNK | 09-5252 | Duhe | Ariel | UNK | 236 Cynthia Circle | Reserve | Louisiana | 70084 | BL06GA0213412 | 1157392 | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duplessis | Latasha | UNK | UNK | 09-5252 | Horton | Quiana | UNK | 8804 Stroelitz Street | New Orleans | Louisiana | 70118 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Elder | Mary | UNK | UNK | 09-4953 | Elder | Mary | UNK | 3136 Urquhart | New Orleans | Louisiana | 70117 | UNK | UNK | Plaintiff's Steering Committee |
| Gaudet | Erin | UNK | UNK | 09-4953 | Gaudet | Erin | UNK | Trailer Park | Paradis | Louisiana | 70080 | UNK | UNK | Plaintiff's Steering Committee |
| Gaudet, III | Emile | UNK | UNK | 09-4953 | Gaudet, III | Emile | UNK | Trailer Park | Paradis | Louisiana | 70080 | UNK | UNK | Plaintiff's Steering Committee |
| Green | Clarence | UNK | UNK | 09-5252 | Green | Clarence | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Green | Dominic | UNK | UNK | 09-5252 | Green | Dominic | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Green | Christine | UNK | UNK | 09-5252 | Green | Dominic | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Griffith | Donnell | UNK | UNK | 09-5252 | Stack | LaShonda | UNK | 4405 Old Jeanerette Road, Apt 49 | New Iberia | Louisiana | 70563 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hamilton | Nicholas | UNK | UNK | 09-5252 | Hamilton | Nicholas | UNK | 951 Shakespeare Court | Slidell | Louisiana | 70461 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Hammler | Preston | UNK | UNK | 09-5252 | Hammler | Preston | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Hanson | Rashaad | UNK | UNK | 09-5252 | Hanson | Rashakka | UNK | 106 Birch | Westwego | Louisiana | 70094 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Harper | Nicholas | UNK | UNK | 09-5252 | Harper | Nicholas | UNK | 2317 Brigade Drive | Chalmette | Louisiana | 70043 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Hawkins | Rickey | UNK | UNK | 09-5252 | Hawkins | Rickey | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Hayes | Desmen | UNK | UNK | 09-5252 | Hayes | Desmen | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hernandez | Norman | UNK | UNK | 09-5252 | Hernandez | Norman | UNK | 247 Marmandie Avenue | New Orleans | Louisiana | 70123 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Hill | Gage | UNK | UNK | 09-5252 | Flowers | Winter | 9314478369 | 39437 south Hoover Road, Lot 27 | Ponchatoula | Louisiana | 70454 | CV06AL026929 | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Hogan, Jr. | Louis | 930836939 | UNK | 09-5252 | Hogan, JR. | Louis | 930836939 | 4331 Hudson Blvd. | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Horton | Quiana | UNK | UNK | 09-5252 | Horton | Quiana | UNK | 8804 Stroelitz Street | New Orleans | Louisiana | 70118 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Horton | Vileanor | UNK | UNK | 09-4953 | Horton | Vileanor | UNK | 3136 Urquhart | New Orleans | Louisiana | 70117 | UNK | UNK | Plaintiff's Steering Committee |
| Howard | Dylan | 931278499 | UNK | 09-5252 | Anderson-Clay | Monica | 931278499 | 3101 Bienville Street | New Orleans | Louisiana | 70119 | 1NL1GTR256105-B389 | 1348653 | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Howard | Devin | 931278499 | UNK | 09-5252 | Anderson-Clay | Monica | 931278499 | 3101 Bienville Street | New Orleans | Louisiana | 70119 | 1NL1GTR256105-B389 | 1348653 | Gainsburgh, Benjamin, David, Meunier & Warshaer |

Exhibit A to Motion to Participate in "Last Chance" Matching Process

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Isidore | Lamar | UNK | UNK | 09-5252 | Isidore | Lamar | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Jackson | Willie | UNK | UNK | 09-6173 | Jackson | Willie | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| James | Tiffany | UNK | UNK | 09-5336 | James | Tiffany | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| James | Audrienne | UNK | UNK | 09-5336 | James | Audrienne | UNK | 5710 Dauphine | New Orleans | Louisiana | 70117 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| James | Charde | UNK | UNK | 09-6005 | James | Tiffany | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| James | Secret | UNK | UNK | 09-6005 | James | Tiffany | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Johnson | Dorothy | UNK | UNK | 09-5252 | Johnson | Dorothy | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Johnson | Alfred | UNK | UNK | 09-5252 | Johnson | Alfred | UNK | 6025 Urughart | New Orleans | Louisiana | 70118 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Johnson | Gregory | UNK | UNK | 09-5252 | Johnson | Gregory | UNK | 3025 Urughart | New Orleans | Louisiana | 70118 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Johnson | Johnny | 911902386 | UNK | 09-6173 | Johnson | Johnny | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Johnson | Antoine | 940768338 | UNK | 09-4953 | Johnson | Antoine | 940768338 | 2534 Frankline Avenue | New Orleans | Louisiana | 70117 | 1NL1GT2261029676 | 1343181 | Plaintiff's Steering Committee |
| Jones | Aaliyah | 939727869 | UNK | 09-4953 | Woods | Vallerie | 393727869 | 2534 Frankline Avenue | New Orleans | Louisiana | 70117 | 1NL1GT2261029676 | 1343181 | Plaintiff's Steering Committee |
| Jones | Willie | 939597791 | UNK | 09-5252 | Jone | Willie | 939727869 | 4543 America Street | New Orleans | Louisiana | 70126 | 1NL1GTR2261051955 | 1129674 | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Knight | Denise | UNK | UNK | 09-5252 | Knight | Denise | UNK | Birch Street | New Orleans | Louisiana | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Knight | Lisa | UNK | UNK | 09-5252 | Knight | Lisa | UNK | 8731 Birch Street | New Orleans | Louia | 70118 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| LaRocca | Joseph | UNK | UNK | 09-5252 | LaRocca | Joseph | UNK | Oak Mtn. State Park | Pelham | Alabama | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Lewis | Xavier | UNK | UNK | 09-5252 | Hanson | Rashakka | UNK | 106 Birch | Westwego | Louisiana | 70094 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Lewis | Charles | UNK | UNK | 09-5336 | Arbuthnot | Orleanto | UNK | 5061 Citrus Blvd. | New Orleans | Louisiana | 70123 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Lewis | Ireall | UNK | UNK | 09-5336 | Arbuthnot | Orleanto | UNK | 5061 Citrus Blvd. | New Orleans | Louisiana | 70123 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowe | Natashya | UNK | UNK | 09-5252 | Lowe | Natashya | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Magee | Curry | UNK | UNK | 09-5252 | Magee | Curry | UNK | 2544 10th Street | Slidell | Louisiana | 70458 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Maire | Patrick | 911874114 | UNK | 09-5252 | Maire | Patrick | 911874114 | 116 North Cumberland | Metairie | Louisiana | 70003 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Martinez | Vincent | 931717266 | UNK | 09-4953 | Martinez | Vincent | 931717266 | 6920 Franklin Avenue | New Orleans | Louisiana | 70122 | UNK | UNK | Plaintiff's Steering Committee |
| Massaline | Debbie | 930836934 | UNK | 09-5252 | Massaline | Debbie | 930836934 | 4331 Hudson Blvd. | Sebring | Florida | 33870 | 4X4TCKD33SP 092751 | | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Maturana | Richard | UNK | UNK | 09-5252 | Maturana | Richard | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Mickens | Oliver | UNK | UNK | 09-4953 | Mickens | Oliver | UNK | 601 N. Galvez | New Orleans | Louisiana | 70119 | UNK | UNK | Plaintiff's Steering Committee |
| Mitchell | Angelus | 912133458 | UNK | 09-4953 | Mitchell | Angelus | 912133458 | 2534 Frankline Avenue | New Orleans | Louisiana | 70117 | 1NL1GT22610 29676 | 1343181 | Plaintiff's Steering Committee |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morris | Tashika | UNK | UNK | 09-5252 | Morris | Tashika | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Morris | Ta'Janae | UNK | UNK | 09-5252 | Morris | Ta'Janae | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshauer |
| Murchison | Danielle | UNK | UNK | 09-5252 | Murchison | Danielle | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Murchison | Daniel | UNK | UNK | 09-5252 | Murchison | Daniel | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Murchison | Mary | UNK | UNK | 09-5252 | Murchison | Mary | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Nedd | Darrell | UNK | UNK | 09-4953 | Nedd | Darrell | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

Exhibit A to Motion to Participate in "Last Chance" Matching Process

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nunez | Casey | UNK | UNK | 09-5252 | Nunez | Casey | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Olsen | Colene | UNK | UNK | 09-5252 | Olsen | Colene | 911977278 | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| O'Neal | Logan | 940777137 | UNK | 09-5252 | O'Neal | Logan | 940777137 | 7570 Branch Drive | New Orleans | Louisiana | 70128 | 1NL1GTR2667 047682 | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Paul | Claudette | 939412900 | UNK | 09-5252 | Paul | Claudette | 939412900 | 7080 Pinebrook | New Orleans | Louisiana | 70128 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Perique | Jovan | UNK | UNK | 09-5252 | UNK | UNK | UNK | 2305 St. Thomas Street | New Orleans | Louisiana | 70130 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Perique | Joenae | UNK | UNK | 09-5252 | Walls | Renee | UNK | 2305 St. Thomas Street | New Orleans | Louisiana | 70130 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perkins | David | 939334740 | UNK | 09-5252 | Perkins | David | 93933474 | 5024 Reed Street | Marrero | Louisiana | 70072 | 1NL1GTR2161 028196 | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Perry | Jessie | UNK | UNK | 09-4953 | Perry | Jessie | UNK | 5018 Mendez | New Orleans | Louisiana | 70126 | UNK | UNK | Plaintiff's Steering Committee |
| Pierre | Alice | 9389522601 | UNK | 09-5252 | Pierre | Alice | 9389522601 | 3627 Fairmont Drive | New Orleans | Louisiana | 70122 | 1NL1GTR2X61 040525 | 1113926 | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Rinkus | Mary | 911870035 | UNK | 09-5252 | Rinkus | Mary | 911870035 | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Rinkus | Charles | UNK | UNK | 09-5252 | Rinkus | Charles | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Rizzuto | Blake | UNK | UNK | 09-5252 | Rizzuto | Blake | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Robinson | Karen | UNK | UNK | 09-4953 | Robinson | Karen | UNK | Mardi Gras | New Orleans | Louisiana | 70131 | UNK | UNK | Plaintiff's Steering Committee |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rouse | Charles | 930836939 | UNK | 09-5252 | Rouse | Charles | 930836939 | 4331 Hudson Blvd. | UNK | UNK | UNK | 4X4TCKD33SP 092751 | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Sanders | Jashawn | UNK | UNK | 09-4953 | Sanders | Jashawn | UNK | 513 N Lopez Street | New Orleans | Louisiana | 70119 | UNK | UNK | Plaintiff's Steering Committee |
| Santiago, Jr | Rodney | 918758664 | UNK | 09-5252 | Brown | Natasha | 918758664 | 7417 North Peters Street | Arabi | Louisiana | 70032 | 1PAT64286P0 05124 | 1147240 | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Sims, Jr. | Derrick | UNK | UNK | 09-5252 | Horton | Quiana | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Smith | Willie | UNK | UNK | 09-5252 | Smith | Willie | UNK | 1800 Groom Road, Lot 14E | Baker | Louisiana | 70714 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| St.Cyr | Tyrone | UNK | UNK | 09-5252 | St.Cyr | Tyrone | 912008472 | 8622 Grant | New Orleans | Louisiana | 70127 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Stack | LaShonda | UNK | UNK | 09-5252 | Stack | LaShonda | UNK | 4405 Old Jeanerette Road, apt 49 | New Iberia | Louisiana | 70563 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steward | James | 939430049 | UNK | 09-5252 | Steward | James | 939430049 | UNK | UNK | UNK | UNK | 1NL1VTR2761 048345 | 135256 | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Stone | Glenda | UNK | UNK | 09-5252 | Stone | Glenda | UNK | 1900 Groom Road | Baker | Louisiana | | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Tendell | Demetri | 911954164 | UNK | 09-6173 | Tendell | Demetri | 911954164 | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Terrell | Harrell | 410152917 | UNK | 09-4953 | Terrell | Harrell | 410152917 | 6061 Plank Road, Lot 8 | Baton Rouge | Louisiana | 70805 | 1KB131L206W | 163032 | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Terry | Brandon | UNK | UNK | 09-4953 | Gaudet | Erin | UNK | Trailer Park | Paradis | Louisiana | 70080 | UNK | UNK | Plaintiff's Steering Committee |
| Terry | Darinesha | UNK | UNK | 09-4953 | Gaudet | Erin | UNK | Trailer Park | Paradis | Louisiana | 70080 | UNK | UNK | Plaintiff's Steering Committee |
| Thermond | Yvette | 910646745 or 938856414 | UNK | 09-5252 | Thermond | Yvette | 910646745 or 938856414 | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas | Cheryl | UNK | UNK | 09-6712 | Thomas | Cheryl | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Thoulion | Amanda | UNK | UNK | 09-5252 | Thoulion | Amanda | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Thoulion | Tyler | UNK | UNK | 09-5336 | Thoulion | Amanda | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Tortorich | Brittney | UNK | UNK | 09-5252 | Tortorich | Brittney | UNK | 3016 Judy Drive | Mereaux | Louisiana | 70075 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Vent | Lonnie | UNK | UNK | 09-5252 | Vent | Lonnie | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Walls | Renee | UNK | UNK | 09-5252 | Walls | Renee | UNK | 2309 St. Thomas | New Orleans | Louisiana | 70130 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

Exhibit A to Motion to Participate in "Last Chance" Matching Process

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walls | Deja | UNK | UNK | 09-5252 | Walls | Renee | UNK | 2309 St. Thomas | New Orleans | Louisiana | 70130 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Washington | Antoinette | UNK | UNK | 09-5252 | Washington | Antoinette | UNK | 25589 Hwy 16 | Denham Springs | Louisiana | 70726 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Washington | Kevin | UNK | UNK | 09-4953 | Washington | Kevin | UNK | 3848 Virgil | New Orleans | Louisiana | 70122 | UNK | UNK | Doley, Johnson Reid |
| Watts | Michael | UNK | UNK | 09-5252 | Watts | Michael | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| West | Gregory | UNK | UNK | 09-6005 | West | Gregory | UNK | Groom RoadV4 | Baker | Louisiana | | UNK | UNK | Plaintiff's Steering Committee |
| Whiting | Harry | UNK | UNK | 09-4953 | Whiting | Harry | UNK | 501 S. Olympia, #A | New Orleans | Louisiana | 70119 | UNK | UNK | Plaintiff's Steering Committee |
| Wiggins | Robbie | UNK | UNK | 09-5252 | Wiggins | Robbie | UNK | 290 Biscayne, | Slidell | Louisiana | 70458 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Williams | John | UNK | UNK | 09-5252 | Williams | John | UNK | UNK | UNK | UNK | UNK | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |

Exhibit A to Motion to Participate in "Last Chance" Matching Process

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williams | Alvin | UNK | UNK | 09-5252 | Williams | Alvin | UNK | 4250 Blount Road, # 19 | Baton Rouge | Louisiana | 70804 | UNK | UNK | Gainsburgh, Benjamin, David, Meunier & Warshaer |
| Woods | Vallerie | 939727869 | UNK | 09-4953 | Woods | Vallerie | 939727869 | 2534 Frankline Avenue | New Orleans | Louisiana | 70117 | 1NL1GT2261029676 | 1343181 | Plaintiff's Steering Committee |