UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Stewart, et al. v. Alliance Homes, Inc., et al, No. 09-6712*
*Buford, et al. v. Alliance Homes, Inc., et al, No. 09-6005*
*James, et al. v. Alliance Homes, Inc., et al, No. 09-5336*
*Avants, et al. v. Alliance Homes, Inc., et al, No. 09-6173*
*Brown, et al. v. Alliance Homes, Inc., et al, No. 09-4953*
*Anderson, et al. v. Alliance Homes, Inc., et al, No. 09-5252*
*Riley, et al. v. Alliance Homes, Inc., et al, No. 09-5443*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that the Plaintiffs identified on Exhibit A are hereby permitted to participate in the Last Chance matching process.

        Dated the _____ day of _____, 2010.


                                        _____
                                        **KURT D. ENGLEHARDT**
                                        **UNITED STATES DISTRICT JUDGE**

1