UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | JUDGE ENGELHARDT |
| **Civil Action No. 09-7078** | | * | MAGISTRATE CHASEZ |
| **Brandon McNair, et. al.** | | * | |
| **Vs.** | | * | |
| **Gulf Stream Coach, Inc., et al.** | | * | |
| | | * | |
| | | * | |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd of August 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1248

# Exhibit A

1248

| | |
|---|---|
| Bobby Perryman (226698) | Bechtel National, Inc |
| Brian Herrington, as Next Friend of M.H, a minor (212460) | Bechtel National, Inc |
| Brian Herrington, as Next Friend of M.H, a minor (212461) | Bechtel National, Inc |
| Glenda Perryman, as Next Friend of S.C, a minor (225928) | Bechtel National, Inc |
| Glenda Perryman (226699) | Bechtel National, Inc |
| Glenda Perryman, as Next Friend of J.B, a minor (225848) | Bechtel National, Inc |
| Glenda Perryman, as Next Friend of J.C, a minor (225925) | Bechtel National, Inc |
| Irma Willard, as Next Friend of T.W, a minor (227042) | Bechtel National, Inc |
| Irma Willard (227040) | Bechtel National, Inc |
| Irma Willard, as Representative of the Estate of Todd Willard, deceased (227041) | Bechtel National, Inc |
| Janice Seymour, as Next Friend of A.S, a minor (238627) | Bechtel National, Inc |
| Jany Mitchell (226619) | Bechtel National, Inc |
| Jordan Smith (200364) | CH2M Hill Constructors, Inc. |
| Kari Noel, as Next Friend of D.C, a minor (203351) | Bechtel National, Inc |
| Kari Noel, as Next Friend of S.B, a minor (203319) | Bechtel National, Inc |
| Kasee Feranda (238596) | Bechtel National, Inc |
| Keanna Dubose (229655) | Bechtel National, Inc |
| Keanna Dubose, as Next Friend of A.F, a minor (229701) | Bechtel National, Inc |