UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*All cases listed: 10-907; 10-198HSO-JMR;*
*10-1358; 10-490; 10-106; 10-480; 10-1356;*
*10-199; 10-1355; 10-195 HSO JMR; 10-471; 10-2102*

## MOTION TO PARTICIPATE IN THIS LAST CHANCE PROCESS

COMES NOW, Rose M. Hurder, of Hawkins, Stracener & Gibson, PLLC, counsel for the potential claimants listed in Exhibit "A" attached hereto, and seeks leave to participate in the Court's Last Chance Process for obtaining matching information. I state under oath the following:

1. Each claimant listed on Exhibit "A" executed a legal employment contract with my law firm prior to May 24, 2010;

2. My law firm, on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID number to FEMA in a matching request made on or before June 15, 2010;

3. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU.

4.      I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

5.      I certify that I, on behalf of each claimant listed on Exhibit "A", received data back from FEMA in response to a properly-made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU.  To the extent that prior matching responses have included a VIN number, I have attempted to match my client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 [Bates # FEMA 120-001085-010246] and the manufacturer by consulting previously-provided VIN Codes; and

6.      I certify that my address is 153 Main Street, Bay St. Louis, MS 39520, and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

Respectfully submitted this the  2nd  day of August, 2010.

All Claimants


BY:    s / Rose M. Hurder
            Rose M. Hurder, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          *s / Rose M. Hurder*
          ROSE M. HURDER