| Last Name | First Name | Claimants FEMA ID Number | Approx. Month and Year of Lease | Docket Number | Last Name |
|---|---|---|---|---|---|
| Allen - Hosey | Mirakel | 921159333 | 1106 | 10-907 | Allen - Hosey |
| Hall | Violetta | 921180915 | 1006 | 1:10-cv-198 HSO-JMR | Hall |
| Galle | Amie | 911897112 | 306 | 10-1358 | Galle |
| Laird | John | 938192747 | 106 | 10-490 | Laird |
| Walker | Priscilla | 921400532 | 506 | 10-106 | Walker |
| Mayes | Catherine | 921290912 | 1206 | 10-480 | Mayes |
| Gould | Eloise | 911981159 | 806 | 10-1356 | Goulf |
| Gillum | Thomas | 931156131 | 206 | 10-199 | Gillum |

| Graham | Dawn | 911928633 | 1206 | 10-199 | Graham |
|---|---|---|---|---|---|
| Meyers | Lorriane | 912062514 | 307 | 10-1355 | Meyers |
| Smith - Thomas | Alice | 921159492 | 506 | 1:10-cv-195 HSO JMR | Smith - Thomas |
| Pittman | Grace | 921227383 | 905 | 10-471 | Pittman |
| Chandler | Debbie | 938637804 | 1105 | 10 cv 2102 | Ganas |
| McDonald | Cassandra | 940786144 | 1005 | 10 cv 2102 | McDonald |
| Glaude | Peter | 911864800 | 905 | 10 cv 2102 | Glaude |
| Staten | Ursula | 921157810 | 1005 | 10 cv 2102 | Staten |
| Thompson | Curtis | 931243482 | 1005 | 10 cv 2102 | Lizana |
|  |  |  |  |  |  |

| First Name | FEMA ID Number | Address | City | Sate | Zip |
|---|---|---|---|---|---|
| Mirakel | 921159333 | 17459 Race Track Road | Gulfport | MS | 39503 |
| Violetta | 921180915 | 4280 Canal Rd | Gulfport | MS | 39503 |
| Amie | 911897112 | Bay Village Trailer Park | Bay St. Louis | MS | 39520 |
| John | 938192747 | 25 McNair Rd NW | Meadvillie | MS | 39653 |
| Priscilla | 921400532 | 3 Glendale Garden | Hattiesburg | MS | 39401 |
| Catherine | 921290912 | 135 Flagstaff Rd Lot A | Lumberton | MS | 39455 |
| Eloise | 911981159 | 852 Hwy 90 | Bay St. Louis | MS | 39520 |
| Thomas | 930056131 | 852 Hwy 90 | Bay St. Louis | MS | 39520 |

| Name | ID | Address | City | State | Zip |
|---|---|---|---|---|---|
| Dawn | 911928633 | 4292 Firetower Rd. | Kiln | MS | 39556 |
| Lorriane | 912062514 | 7037 Rd 140 Lot 62 | Bay St. Louis | MS | 39520 |
| Alice | 921159492 | 14269 County Farm Rd | Gulfport | MS | 39503 |
| Grace | 921227383 | 42 Pittman Dr. | Columbia | MS | 39429 |
| William | 938637804 | 2800 19th Ave Lot 18 | Gulfport | MS | 39501 |
| Cassandra | 940786144 | 1216 Parkway (Flint Creek Park) | Wiggins | MS | 39577 |
| Denise | 911864800 | 1416 Riverside Dr. | Gautier | MS | 39553 |
| Ursula | 921157810 | 396 Main Street | Biloxi | MS | 39530 |
| Cindy | 931243482 | 1217 Clarance | Pass Christian | MS | 39571 |

| VIN Number | Bar Code Number | Attorney Name |
|---|---|---|
| 4YDT298286G919624 | 1251470 | Hawkins, Stracener & Gibson, PLLC |
| 007016557A000H | 1264741 | Hawkins, Stracener & Gibson, PLLC |
| 4X4TCK0246P101287 | 1242750 | Hawkins, Stracener & Gibson, PLLC |
| 4YDT31B246E320665 | 1240884 | Hawkins, Stracener & Gibson, PLLC |
| vin - 210694312846 | 1200983 | Hawkins, Stracener & Gibson, PLLC |
| 1F9BG35217F309986 | 1376508 | Hawkins, Stracener & Gibson, PLLC |
| 1NLGTR12861045111 | 120095 | Hawkins, Stracener & Gibson, PLLC |
| 2EB1F322166503523 | 1243380 | Hawkins, Stracener & Gibson, PLLC |

| | | |
|---|---|---|
| GAFL535A91156 | 1200992 | Hawkins, Stracener & Gibson, PLLC |
| 1F9BG35267F309675 | 1376311 | Hawkins, Stracener & Gibson, PLLC |
| 120C719317NC | 1377632 | Hawkins, Stracener & Gibson, PLLC |
| | | Hawkins, Stracener & Gibson, PLLC |
| | | Hawkins, Stracener & Gibson, PLLC |
| | | Hawkins, Stracener & Gibson, PLLC |
| | | Hawkins, Stracener & Gibson, PLLC |
| | | Hawkins, Stracener & Gibson, PLLC |
| | | Hawkins, Stracener & Gibson, PLLC |
| | | |