IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |

**THIS DOCUMENT RELATES TO**
*All cases listed: 10-907; 10-198HSO-JMR; 10-1358; 10-490; 10-106; 10-480; 10-1356; 10-199; 10-1355; 10-195 HSO JMR; 10-471; 10-2102*

## ORDER

Considering the foregoing Motion to Participate in Last Chance Process on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED to Participate in Last Chance Process attached and submitted with the foregoing motion.

DATED this ___ day of _____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE