UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO<br><br>Civil Action No. 10-1272; 10-1269; 10-1270; 10-1267; 10-1265; 10-1284; 10-1277; 10-1263; 10-1257; 10-1258; 10-1255; 10-1254; 10-1253; 10-1252; 10-1251; 10-1264; 10-1261; 10-1260; 10-1291; 10-1293; 10-1294; 10-1296; 10-1298; 10-1304; 10-1287; 10-1286; 10-1300; 10-1303; 10-1306; 10-1310; 10-1312 | * * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AND AMENDED COMPLAINTS**

Considering the foregoing Motion for Leave to File Supplemental and Amended Complaints on behalf of all Plaintiffs in the above-referenced matters:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Supplemental and Amended Complaints attached and submitted with the foregoing motion.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT