# Exhibit A
Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al.

1599

**Plaintiff**  Stanley Legier (203497)   **Address**  2507 Hewes Ave  Gulfport, MS 39501

**Defendants**
  Coachmen Industries, Inc.
  Bechtel National, Inc
  Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Jenae O'Connor (205168)   **Address**  4438 Walmsley Ave.  New Orleans, LA 70125

**Defendants**
  Coachmen Industries, Inc.
  Shaw Environmental, Inc
  Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Alycia Evans (205402)   **Address**  4438 Walmsley Ave.  New Orleans, LA 70125

**Defendants**
  Coachmen Industries, Inc.
  Shaw Environmental, Inc
  Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Alycia Evans, as Next Friend of S.E, a minor (205405)   **Address**  4438 Walmsley Ave.  New Orleans, LA 70125

**Defendants**
  Coachmen Industries, Inc.
  Shaw Environmental, Inc
  Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Albert Webb, as Next Friend of L.W, a minor (206598)   **Address**  16495 Delia Drive  Biloxi, MS 39532

**Defendants**
  Coachmen Industries, Inc.
  Bechtel National, Inc
  Coachmen Recreational Vehicle Company, LLC

# Exhibit A
Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al.

**Plaintiff**  Michael Jackson (209243)     **Address**  8071 Sunflower St  Bay St. Louis, MS 39520

**Defendants**
  Coachmen Industries, Inc.
  Bechtel National, Inc
  Coachmen Recreational Vehicle Company, LLC

---

**Plaintiff**  Vaugcheri Tillison (213617)     **Address**  P.O.Box 6804  Slidell, LA 70460

**Defendants**
  Coachmen Industries, Inc.
  Fluor Enterprises, Inc
  Coachmen Recreational Vehicle Company, LLC

---

**Plaintiff**  Connie Haynes (220209)     **Address**  167 Lee Street  Biloxi, MS 39530

**Defendants**
  Coachmen Industries, Inc.
  Coachmen Recreational Vehicle Company, LLC

---

**Plaintiff**  Kim Nicholson (221673)     **Address**  7242 Bayou La Croix  Bay St. Louis, MS 39520

**Defendants**
  Coachmen Industries, Inc.
  Bechtel National, Inc
  Coachmen Recreational Vehicle Company, LLC

---

**Plaintiff**  Natasha Carter (221952)     **Address**  P.O. Box 397  Luling, LA 70070

**Defendants**
  Coachmen Industries, Inc.
  CH2M Hill Constructors, Inc.
  Coachmen Recreational Vehicle Company, LLC

# Exhibit A
Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al.

**Plaintiff**  Natasha Carter, as Next Friend of D.C, a minor (221953)  **Address**  P.O. Box 397  Luling, LA 70070

**Defendants**
Coachmen Industries, Inc.
CH2M Hill Constructors, Inc.
Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Marie Cousin (221980)  **Address**  P.O. Box 1243  Lacombe, LA 70445

**Defendants**
Coachmen Industries, Inc.
Fluor Enterprises, Inc
Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Ricky Joseph (222089)  **Address**  P.O. Box 659  Boutte, LA 70039

**Defendants**
Coachmen Industries, Inc.
CH2M Hill Constructors, Inc.
Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Rashad Joseph (222091)  **Address**  P.O.Box 659  Boutte, LA 70039

**Defendants**
Coachmen Industries, Inc.
CH2M Hill Constructors, Inc.
Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Dwayne Scott (222201)  **Address**  P.O. Box 397  Luling, LA 70070

**Defendants**
Coachmen Industries, Inc.
CH2M Hill Constructors, Inc.
Coachmen Recreational Vehicle Company, LLC

# Exhibit A
Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al.

**Plaintiff**  Lawrence Scott (222202)          **Address**  P.O. Box 397  Luling, LA 70070

**Defendants**
    Coachmen Industries, Inc.
    CH2M Hill Constructors, Inc.
    Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Lonnie Scott (222203)          **Address**  P.O. Box 397  Luling, LA 70070

**Defendants**
    Coachmen Industries, Inc.
    CH2M Hill Constructors, Inc.
    Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Wendy Williams (222258)          **Address**  8028 Simon St.  Metairie, LA 70003

**Defendants**
    Coachmen Industries, Inc.
    CH2M Hill Constructors, Inc.
    Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Jeremy Cray (225979)          **Address**  26421 Billy Hinton Rd  Lucedale, MS 39452

**Defendants**
    Coachmen Industries, Inc.
    Bechtel National, Inc
    Coachmen Recreational Vehicle Company, LLC

**Plaintiff**  Jeri Hooper (226306)          **Address**  2420 Highland Ave.  Violet, LA 70092

**Defendants**
    Coachmen Industries, Inc.
    Fluor Enterprises, Inc
    Coachmen Recreational Vehicle Company, LLC