## Exhibit A
Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

1600

**Plaintiff**  Lionel Saucier (203595)          **Address**  24 Royal Circle Pass  Pass Christian, MS 39571

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

**Plaintiff**  Louverto Adams (207765)          **Address**  2720 Palmer Dr Apt A3  Gulfport, MS 39507

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Katrina Murray, as Next Friend of K.M,    **Address**  26 Chantilly Terrace  Bay St Louis, MS 39520
a minor (208013)

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

**Plaintiff**  Melissa Moore, as Next Friend of J.M,    **Address**  26 Chantilly Terrace  Bay St Louis, MS 39520
a minor (208015)

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

**Plaintiff**  Paul Alexander (209430)          **Address**  1717 Shiloh Rd. Apt. 139 Tyler, TX 75703

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.

**Plaintiff**  Ollie Armstrong, as Next Friend of A.    **Address**  4912 Cambridge Dr.  Pascagoula, MS 39581
A, a minor (214730)

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

# Exhibit A
Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Plaintiff** Ollie Armstrong, as Next Friend of K. A, a minor (214736)        **Address** 4912 Cambridge Dr.  Pascagoula, MS 39581

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

**Plaintiff** Kevin Nguyen (224011)        **Address** 18034 Allen Rd  Long Beach, MS 39560

**Defendants**
DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc