# Exhibit A
Mary January, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.

1601

**Plaintiff**  Stevie Broussard, as Next Friend of K. B, a minor (199949)     **Address**  4240 Reece Drive Lot 231  Diberville, MS 39532

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff**  Amy Thompson, as Next Friend of D.T, a minor (200190)     **Address**  3015 Big Ridge Rd.  D'Iberville, MS 39540

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff**  Sallie Ladner (201254)     **Address**  13780 Vidilla Road # 85 Pass Christian, MS 39571

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff**  Harold Ladner  (201255)     **Address**  13780 Vidilla Road  # 85 Pass Christian, MS 39571

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff**  Katherine Broussard, as Next Friend of A.T, a minor (202314)     **Address**  10068 Fournier Avenue  Diberville, MS 39540

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff**  Alex Magee (205267)     **Address**  1507 Dobson St.
Franklinton, LA 70438

**Defendants**
Dutchmen Manufacturing, Inc.
Fluor Enterprises, Inc

# Exhibit A
Mary January, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.

**Plaintiff** Monique Magee (205272)          **Address** 1507 Dobson St  Franklinton, LA 70438

**Defendants**
Dutchmen Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff** Loretha Townsend (205469)          **Address** 31672 Hayes Creek Rd  Franklinton, LA 70438

**Defendants**
Dutchmen Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff** Angel Steber (205875)          **Address** 22109 Rayven Lane  Kiln, MS 39556

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Morice Steber (206648)          **Address** 22109 Rayvan Lane  Kiln, MS 39556

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Lashunda Jones, as Next Friend of M. M, a minor (208181)          **Address** 136 Greenview Drive  Picayune, MS 39466

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Pamela Bennett, as Next Friend of J.B, a minor (209938)          **Address** 17111 Birch Dr.  Pearlington, MS 39572

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

# Exhibit A
Mary January, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.

**Plaintiff**  William Bennett (209942)          **Address**  17111 Birch  Pearlington, MS 39572

**Defendants**
     Dutchmen Manufacturing, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Kakki Barrow (211154)          **Address**  5113 East Street  Moss Point, MS 39563

**Defendants**
     Dutchmen Manufacturing, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Wesley Barrow (211155)          **Address**  5113 East Street  Moss Point, MS 39563

**Defendants**
     Dutchmen Manufacturing, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Kakki Barrow, as Next Friend of D.B, a
minor (211156)          **Address**  7600 Grierson St.  Moss Point, MS 39563

**Defendants**
     Dutchmen Manufacturing, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Tommy Guyton (211580)          **Address**  6099 West Forrest  Waveland, MS 39576

**Defendants**
     Dutchmen Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff**  Wendy Dufrene (211606)          **Address**  6010 Rd. 419 Ave  Kiln, MS 39576

**Defendants**
     Dutchmen Manufacturing, Inc.
     Bechtel National, Inc

---

# Exhibit A
Mary January, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.

**Plaintiff**  Kevin Dang (211676)                **Address**  7300 Palm Drive  Biloxi, MS 39532

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Ashley Bleidt (211862)             **Address**  1700 65th Ave  Apt M89 Gulfport, MS 39501

**Defendants**
      Dutchmen Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Brandon Simolke (212138)           **Address**  8100 Texas Flat Road  Kiln, MS 39556

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Brennan Simolke (212139)           **Address**  8100 Texas Flat Road  Kiln, MS 39556

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Bryan Simolke (212140)             **Address**  8100 Texas Flat Road  Kiln, MS 39556

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Keith Simolke (212141)             **Address**  29215 Elwin Ladner Rd  Pass Christian, MS 39571

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

# Exhibit A
Mary January, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.

**Plaintiff**  Malissa Simolke (212142)          **Address**  8100 Texas Flat Road  Kiln, MS 39556

**Defendants**
　　Dutchmen Manufacturing, Inc.
　　Bechtel National, Inc

**Plaintiff**  Mary Simolke (212143)          **Address**  8100 Texas Flat Road  Kiln, MS 39556

**Defendants**
　　Dutchmen Manufacturing, Inc.
　　Bechtel National, Inc

**Plaintiff**  Kassaundra  Coleman, as Next Friend of D.N, a minor (212260)          **Address**  P.O. Box 1130  Boutte, LA 70039

**Defendants**
　　Dutchmen Manufacturing, Inc.
　　CH2M Hill Constructors, Inc.

**Plaintiff**  Shirley Nash, as Next Friend of V.N, a minor (213825)          **Address**  261 Pine Ridge Drive  Waveland, MS 39576

**Defendants**
　　Dutchmen Manufacturing, Inc.
　　Fluor Enterprises, Inc
　　Bechtel National, Inc

**Plaintiff**  Shirley Nash, as Next Friend of A.N, a minor (213826)          **Address**  261 Pine Ridge Drive  Waveland, MS 39576

**Defendants**
　　Dutchmen Manufacturing, Inc.
　　Fluor Enterprises, Inc
　　Bechtel National, Inc

**Plaintiff**  Shirley Nash, as Next Friend of A.N, a minor (213827)          **Address**  261 Pine Ridge Drive  Waveland, MS 39576

**Defendants**
　　Dutchmen Manufacturing, Inc.
　　Fluor Enterprises, Inc
　　Bechtel National, Inc

## Exhibit A
Mary January, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.

**Plaintiff**  Peter Nguyen, as Next Friend of T.N, a minor (213982)          **Address**  323 Collier St  Biloxi, MS 39530

**Defendants**
Dutchmen Manufacturing, Inc.

Bechtel National, Inc

---

**Plaintiff**  DeMarquis Biggs (223512)          **Address**  4201 Wisteria Dr  Moss Point, MS 39563

**Defendants**
Dutchmen Manufacturing, Inc.

Bechtel National, Inc

---

**Plaintiff**  Joe  Biggs, as Next Friend of J.B, a minor (223515)          **Address**  4201 Wisteria Dr  Moss Point, MS 39563

**Defendants**
Dutchmen Manufacturing, Inc.

Bechtel National, Inc

---

**Plaintiff**  Joe Biggs, as Next Friend of J.B, a minor (223517)          **Address**  4201 Wisteria Dr  Moss Point, MS 39563

**Defendants**
Dutchmen Manufacturing, Inc.

Bechtel National, Inc

---

**Plaintiff**  Barbara Houston, as Representative of the Estate of Mavis Barton, deceased (229375)          **Address**  2002 Forrest St.  Pascagoula, MS 39581

**Defendants**
Dutchmen Manufacturing, Inc.

Bechtel National, Inc