## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

1602

**Plaintiff** Eddie Kirkland (201412)          **Address** 3860 River Pine Drive  Moss Point, MS 39563

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Andrew Kirkland (201413)          **Address** 3860 River Pine Drive  Moss Point, MS 39563

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Charles Dieugene (201982)          **Address** 10479 Rolling Heights Drive  Lot 250 D'Iberville, MS 39540

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Mildred DiEugene (201983)          **Address**  10479 Rolling Heights Drive  Lot 250 D'Iberville, MS 39540

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Sandra DiEugene (201984)          **Address**  10479 Rolling Heights Drive  Lot 250 D'Iberville, MS 39540

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Estella Tucker (202368)          **Address**  # 4 Leggett Circle  Gulfport, MS 39503

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Victoria Tucker (202372)          **Address**  # 4 Leggett Circle  Gulfport, MS 39503

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Chana Williams (202547)          **Address**  43451 Willow Villa Rd  Hammond, LA 70403

**Defendants**

Fleetwood Enterprises, Inc.
Fluor Enterprises, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  William Rouege (202736)          **Address**  2858 Allen St.  New Orleans, LA 70119

**Defendants**

Fleetwood Enterprises, Inc.
Shaw Environmental, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**   Marguerite Rouege (202739)          **Address**   2858 Allen St.  New Orleans, LA 70119

**Defendants**
　　　　　Fleetwood Enterprises, Inc.
　　　　　Shaw Environmental, Inc
　　　　　Fleetwood Canada, Ltd.
　　　　　Fleetwood Homes of North Carolina, Inc.
　　　　　American International Specialty Lines
　　　　　Gibraltor Insurance Co
　　　　　Insurco, Ltd
　　　　　Starr Excess Liability Insurance Company, LTD.

**Plaintiff**   Keith Rouege (202742)          **Address**   2858 Allen St.  New Orleans, LA 70119

**Defendants**
　　　　　Fleetwood Enterprises, Inc.
　　　　　Shaw Environmental, Inc
　　　　　Fleetwood Canada, Ltd.
　　　　　Fleetwood Homes of North Carolina, Inc.
　　　　　American International Specialty Lines
　　　　　Gibraltor Insurance Co
　　　　　Insurco, Ltd
　　　　　Starr Excess Liability Insurance Company, LTD.

**Plaintiff**   Lakeisha Rouege (202743)          **Address**   2858 Allen St.  New Orleans, LA 70119

**Defendants**
　　　　　Fleetwood Enterprises, Inc.
　　　　　Shaw Environmental, Inc
　　　　　Fleetwood Canada, Ltd.
　　　　　Fleetwood Homes of North Carolina, Inc.
　　　　　American International Specialty Lines
　　　　　Gibraltor Insurance Co
　　　　　Insurco, Ltd
　　　　　Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Margaret Rouege (202745)               **Address**  2858 Allen St.  New Orleans, LA 70119

**Defendants**

Fleetwood Enterprises, Inc.
Shaw Environmental, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Corey Rouege (202748)               **Address**  2858 Allen St.  New Orleans, LA 70119

**Defendants**

Fleetwood Enterprises, Inc.
Shaw Environmental, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Kevin Smith, as Next Friend of J.b, a        **Address**  25544 Elmer Ladner Rd.   Pass Christian , MS
minor (202888)                                                        39571

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Leo Hawkins, as Next Friend of J.H, a minor (205337)        **Address**  614 Morris Street  Waveland, MS 39576

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Leo Hawkins, as Next Friend of J.H, a minor (205340)        **Address**  614 Morris Street  Waveland, MS 39576

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Shawndi Holmes (205940)        **Address**  890 Motsie Rd #418 Biloxi, MS 39532

**Defendants**

Fleetwood Enterprises, Inc.
CH2M Hill Constructors, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Sandra Spaulding (205941)          **Address**  19061 Hwy. 53  Lot 15 Gulfport, MS 39503

**Defendants**

    Fleetwood Enterprises, Inc.

    CH2M Hill Constructors, Inc.

    Fleetwood Canada, Ltd.

    Fleetwood Homes of North Carolina, Inc.

    American International Specialty Lines

    Gibraltor Insurance Co

    Insurco, Ltd

    Starr Excess Liability Insurance Company, LTD.

---

**Plaintiff**  Sandra Spaulding, as Next Friend of M.          **Address**  19061 Hwy 53 Lot 15  Gulfport, MS 39503
C, a minor (205942)

**Defendants**

    Fleetwood Enterprises, Inc.

    CH2M Hill Constructors, Inc.

    Fleetwood Canada, Ltd.

    Fleetwood Homes of North Carolina, Inc.

    American International Specialty Lines

    Gibraltor Insurance Co

    Insurco, Ltd

    Starr Excess Liability Insurance Company, LTD.

---

**Plaintiff**  Sandra  Spauldings, as Next Friend of          **Address**  19061 Hwy 53 Lot 15  Gulfport, MS 39503
M.H, a minor (205944)

**Defendants**

    Fleetwood Enterprises, Inc.

    CH2M Hill Constructors, Inc.

    Fleetwood Canada, Ltd.

    Fleetwood Homes of North Carolina, Inc.

    American International Specialty Lines

    Gibraltor Insurance Co

    Insurco, Ltd

    Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Michael Spaulding (206645)                    **Address**  19061 Hwy 53 Lot 15  Gulfport, MS 39503

**Defendants**
    Fleetwood Enterprises, Inc.
    CH2M Hill Constructors, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Mattie Nelson (213519)                    **Address**  2777 10th St  Slidell, LA 70458

**Defendants**
    Fleetwood Enterprises, Inc.
    Fluor Enterprises, Inc
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Lawrence Nelson (213521)                    **Address**  2777 10th St.  Slidell, LA 70458

**Defendants**
    Fleetwood Enterprises, Inc.
    Fluor Enterprises, Inc
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

# Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Vaugcheri Tillison (213617)          **Address**  P.O.Box 6804  Slidell, LA 70460

**Defendants**
> Fleetwood Enterprises, Inc.
> Fluor Enterprises, Inc
> Fleetwood Canada, Ltd.
> Fleetwood Homes of North Carolina, Inc.
> American International Specialty Lines
> Gibraltor Insurance Co
> Insurco, Ltd
> Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Hilda Causey (213621)          **Address**  2460 Fifth St  Slidell, LA 70458

**Defendants**
> Fleetwood Enterprises, Inc.
> Fluor Enterprises, Inc
> Fleetwood Canada, Ltd.
> Fleetwood Homes of North Carolina, Inc.
> American International Specialty Lines
> Gibraltor Insurance Co
> Insurco, Ltd
> Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Gerald Brockington (213711)          **Address**  13780 Vidalia Rd  Pass Christian, MS 39571

**Defendants**
> Fleetwood Enterprises, Inc.
> CH2M Hill Constructors, Inc.
> Fleetwood Canada, Ltd.
> Fleetwood Homes of North Carolina, Inc.
> American International Specialty Lines
> Gibraltor Insurance Co
> Insurco, Ltd
> Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff** Shanitel Wash, as Next Friend of L.W,    **Address** 4131 Shumock Street  Moss Point, MS 39563
a minor (216067)

**Defendants**

Fleetwood Enterprises, Inc.

Bechtel National, Inc

Fleetwood Canada, Ltd.

Fleetwood Homes of North Carolina, Inc.

American International Specialty Lines

Gibraltor Insurance Co

Insurco, Ltd

Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Shanitel Wash (216069)    **Address** 4131 Shumock Street  Moss Point, MS 39562

**Defendants**

Fleetwood Enterprises, Inc.

Bechtel National, Inc

Fleetwood Canada, Ltd.

Fleetwood Homes of North Carolina, Inc.

American International Specialty Lines

Gibraltor Insurance Co

Insurco, Ltd

Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Tonya Alexander, as Next Friend of D.    **Address** P.O. Box  434  Picayune, MS 39463
A, a minor (216271)

**Defendants**

Fleetwood Enterprises, Inc.

Bechtel National, Inc

Fleetwood Canada, Ltd.

Fleetwood Homes of North Carolina, Inc.

American International Specialty Lines

Gibraltor Insurance Co

Insurco, Ltd

Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Mary Boyd (216341)  **Address**  151 Shorty Burgess Rd. lot 38  Picayune, MS 39466

**Defendants**
Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Joseph Boyd (216342)  **Address**  109 West McClendon Apt B  Poplarville, MS 39470

**Defendants**
Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Mary Boyd, as Next Friend of J.E, a minor (216475)  **Address**  151 Shorty Burgess Rd. lot 38  Picayune, MS 39466

**Defendants**
Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Mary Boyd, as Next Friend of M.H, a minor (216576)  **Address**  151 Shorty Burgess Rd. lot 38  Picayune, MS 39466

**Defendants**
Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff** Mary Boyd, as Next Friend of N.H, a       **Address** 151 Shorty Burgess Rd. lot 38  Picayune, MS
minor (216577)                                                     39466

**Defendants**
      Fleetwood Enterprises, Inc.

      Fleetwood Canada, Ltd.

      Fleetwood Homes of North Carolina, Inc.

      American International Specialty Lines

      Gibraltor Insurance Co

      Insurco, Ltd

      Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Crystal High (216578)       **Address** 109 West McGlendon Apt B  Poplarville, MS
39470

**Defendants**
      Fleetwood Enterprises, Inc.

      Fleetwood Canada, Ltd.

      Fleetwood Homes of North Carolina, Inc.

      American International Specialty Lines

      Gibraltor Insurance Co

      Insurco, Ltd

      Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Tommy High (216579)       **Address** P.O. Box 914  Poplarville, MS 39470

**Defendants**
      Fleetwood Enterprises, Inc.

      Fleetwood Canada, Ltd.

      Fleetwood Homes of North Carolina, Inc.

      American International Specialty Lines

      Gibraltor Insurance Co

      Insurco, Ltd

      Starr Excess Liability Insurance Company, LTD.

# Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Joseph Vinson (217026)                **Address**  P.O. Box  434  Picayune, MS 39463

**Defendants**
>        Fleetwood Enterprises, Inc.
>        Bechtel National, Inc
>        Fleetwood Canada, Ltd.
>        Fleetwood Homes of North Carolina, Inc.
>        American International Specialty Lines
>        Gibraltor Insurance Co
>        Insurco, Ltd
>        Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Tonya Alexander, as Next Friend of A.      **Address**  P.O. Box  434  Nicholson, MS 39463
V, a minor (217027)

**Defendants**
>        Fleetwood Enterprises, Inc.
>        Bechtel National, Inc
>        Fleetwood Canada, Ltd.
>        Fleetwood Homes of North Carolina, Inc.
>        American International Specialty Lines
>        Gibraltor Insurance Co
>        Insurco, Ltd
>        Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Mercedes Devillers, as Representative      **Address**  1708 W. Esplande  Metarie, LA 70005
of the Estate of Joseph Devilliers,
deceased (220101)

**Defendants**
>        Fleetwood Enterprises, Inc.
>        Bechtel National, Inc
>        Fleetwood Canada, Ltd.
>        Fleetwood Homes of North Carolina, Inc.
>        American International Specialty Lines
>        Gibraltor Insurance Co
>        Insurco, Ltd
>        Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Daniel Sonnier (220452)                    **Address**  3521 Palmisano  Chalmette, LA 70043

**Defendants**
     Fleetwood Enterprises, Inc.
     Fluor Enterprises, Inc
     Fleetwood Canada, Ltd.
     Fleetwood Homes of North Carolina, Inc.
     American International Specialty Lines
     Gibraltor Insurance Co
     Insurco, Ltd
     Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Judy Colson (221753)                    **Address**  2101 Ladnier Road #30  Gautier, MS 39553

**Defendants**
     Fleetwood Enterprises, Inc.
     Bechtel National, Inc
     Fleetwood Canada, Ltd.
     Fleetwood Homes of North Carolina, Inc.
     American International Specialty Lines
     Gibraltor Insurance Co
     Insurco, Ltd
     Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Judy Colson, as Next Friend of I.C, a          **Address**  2101 Ladnier Road #30  Gautier, MS 39553
minor (221754)

**Defendants**
     Fleetwood Enterprises, Inc.
     Bechtel National, Inc
     Fleetwood Canada, Ltd.
     Fleetwood Homes of North Carolina, Inc.
     American International Specialty Lines
     Gibraltor Insurance Co
     Insurco, Ltd
     Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff** Judy Colson, as Representative of the **Address** 2101 Ladnier Road #30  Gautier, MS 39553
Estate of Danielle Lawler, deceased
(221822)

**Defendants**
Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Cecil Colson (222699) **Address** 2101 Ladnier Road #30  Gautier, MS 39553

**Defendants**
Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff** James Hanzik (223742) **Address** 2229 Twin Creek Road  Lucedale, MS 39452

**Defendants**
Fleetwood Enterprises, Inc.
CH2M Hill Constructors, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff** Treasia Hill, as Next Friend of D.H, a minor (223769)        **Address** 2229 Twin Creek Road  Lucedale, MS 39452

**Defendants**
>Fleetwood Enterprises, Inc.
>CH2M Hill Constructors, Inc.
>Fleetwood Canada, Ltd.
>Fleetwood Homes of North Carolina, Inc.
>American International Specialty Lines
>Gibraltor Insurance Co
>Insurco, Ltd
>Starr Excess Liability Insurance Company, LTD.

**Plaintiff** David Hill (223770)        **Address** 2229 Twin Creek Road  Lucedale, MS 39452

**Defendants**
>Fleetwood Enterprises, Inc.
>CH2M Hill Constructors, Inc.
>Fleetwood Canada, Ltd.
>Fleetwood Homes of North Carolina, Inc.
>American International Specialty Lines
>Gibraltor Insurance Co
>Insurco, Ltd
>Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Treasia Hill, as Next Friend of P.H, a minor (223772)        **Address** 2229 Twin Creek Road  Lucedale, MS 39452

**Defendants**
>Fleetwood Enterprises, Inc.
>CH2M Hill Constructors, Inc.
>Fleetwood Canada, Ltd.
>Fleetwood Homes of North Carolina, Inc.
>American International Specialty Lines
>Gibraltor Insurance Co
>Insurco, Ltd
>Starr Excess Liability Insurance Company, LTD.

## Exhibit A

Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff** Treasia Hill (223773)          **Address** 2229 Twin Creek Road  Lucedale, MS 39452

**Defendants**

Fleetwood Enterprises, Inc.
CH2M Hill Constructors, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Murray Latapie (223886)          **Address** 1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**

Fleetwood Enterprises, Inc.
Fluor Enterprises, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Shannon Latapie (223887)          **Address** 1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**

Fleetwood Enterprises, Inc.
Fluor Enterprises, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

# Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Treasia Hill, as Next Friend of D.S, a minor (224127)        **Address**  2229 Twin Creek Road  Lucedale, MS 39452

**Defendants**

Fleetwood Enterprises, Inc.
CH2M Hill Constructors, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Rowlie Pittman (226707)        **Address**  8226 A West Virginia Ave  Gulfport, MS 39501

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Nicole Pittman, as Next Friend of N.P, a minor (226708)        **Address**  8226 A West Virginia Ave  Gulfport, MS 39501

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Charlette Sims, as Next Friend of I.P, a          **Address**  421 31st   Gulfport, MS 39507
minor (226734)

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Charlette Sims (226881)          **Address**  3622 11th Ave. Lot # 6 Gulport, MS 39501

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Charlette  Sims, as Next Friend of C.S,          **Address**  421 31St  Lot # 6 Gulport, MS 39507
a minor (226882)

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Darrelyn Surtain (226943)          **Address**  615 Liz Cir.  Gulfport , MS 39503

**Defendants**
    Fleetwood Enterprises, Inc.
    CH2M Hill Constructors, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Karen Surtain (226944)          **Address**  615 Liz Cir.  Gulfport , MS 39503

**Defendants**
    Fleetwood Enterprises, Inc.
    CH2M Hill Constructors, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Tina Surtain (226946)          **Address**  615 Liz Cir.  Gulfport , MS 39503

**Defendants**
    Fleetwood Enterprises, Inc.
    CH2M Hill Constructors, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Henry Clark (229542)                          **Address**  6437 Jasmine Street  Apt C2 Moss Point, MS
                                                                          39563

**Defendants**

Fleetwood Enterprises, Inc.
Bechtel National, Inc
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Alcide  Jeffries (229899)                       **Address**  445 Clarence Ave.  Pass Christian , MS 39571

**Defendants**

Fleetwood Enterprises, Inc.
CH2M Hill Constructors, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

**Plaintiff**  Alcide Jeffries, as Next Friend of S.J, a         **Address**  445 Clarence Ave.  Pass Christian, MS 39571
            minor (229901)

**Defendants**

Fleetwood Enterprises, Inc.
CH2M Hill Constructors, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
American International Specialty Lines
Gibraltor Insurance Co
Insurco, Ltd
Starr Excess Liability Insurance Company, LTD.

# Exhibit A

Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff** Charles  Robinson  (230265)          **Address** 132 Wilson Rd.  Lucedale, MS 39452

**Defendants**
    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Courtney  Robinson  (230266)          **Address** 132 Wilson Rd  Lucedale, MS 39452

**Defendants**
    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

**Plaintiff** Bernisteen Ward (230444)          **Address** 4307 Robin Way  Moss Point, MS 39563

**Defendants**
    Fleetwood Enterprises, Inc.
    CH2M Hill Constructors, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurco, Ltd
    Starr Excess Liability Insurance Company, LTD.

## Exhibit A
Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Plaintiff**  Vashun Ward (230446)                **Address**  4307 Robinway  Mosspoint, MS 39563

**Defendants**

Fleetwood Enterprises, Inc.

CH2M Hill Constructors, Inc.

Fleetwood Canada, Ltd.

Fleetwood Homes of North Carolina, Inc.

American International Specialty Lines

Gibraltor Insurance Co

Insurco, Ltd

Starr Excess Liability Insurance Company, LTD.