# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

1603

**Plaintiff**  Nina Street (200434)  **Address**  143 Roy Street Road  Lucedale, MS 39452

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff**  Coey Robertson (200535)  **Address**  2927 Spain St.  New Orleans, LA 70122

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Anthony Prima (200761)  **Address**  1591 West Railroad  Long Beach, MS 39560

**Defendants**
    Forest River, Inc.

**Plaintiff**  Joseph Prima (200762)  **Address**  1591 West Railroad  Long Beach, MS 39560

**Defendants**
    Forest River, Inc.

**Plaintiff**  Pansy Cuevas (202204)  **Address**  1591 West Railroad  Long Beach, MS 39560

**Defendants**
    Forest River, Inc.

**Plaintiff**  Anthony Charlot (202264)  **Address**  9249 Bernice Rd  Pass Christian, MS 39571

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

## Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Clarence Wilson (205506)        **Address**  4438 Walmsley Ave.  New Orleans, LA 70125

**Defendants**
  Forest River, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Tammy Woulard, as Next Friend of M. W, a minor (206618)        **Address**  11410 Turnberry Avenue  Gulfport, MS 39503

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Clarence Sprouse (207781)        **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Andy Sprouse (207782)        **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Hope Sprouse (207783)        **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Johanna Sprouse (207784)        **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Clarence Sprouse (207785)          **Address**  7076 Smith Street  Bay St. Louis, MS 39520

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Sheila Evans (209776)          **Address**  10085 Thirteenth St  Bay St. Louis, MS 39521

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Williams Evans (209778)          **Address**  10085 Thirteenth Street  Bay St. Louis, MS 39520

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  May Nguyen (210990)          **Address**  370 Lang Ave.  Pass Christian, MS 39571

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  May Nguyen, as Next Friend of B.V, a minor (210991)          **Address**  370  Lang Ave.  Pass Christian, MS 39571

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Sanh Vo. (210994)          **Address**  370 Lang Ave.  Pass Christian, MS 39571

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff** James Jimerson (211249)   **Address** 313 Pecan Circle  Lucedale, MS 39452

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Marcella Eley (211250)   **Address** P. O. Box 1842  Lucedale, MS 39452

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Eric Bolton (211256)   **Address** 313 Pecan Circle  Lucedale, MS 39452

**Defendants**
  Forest River, Inc.
  CH2M Hill Constructors, Inc.

**Plaintiff** Dawn Daigre (211670)   **Address** 400 A Webster  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff** Lenora Daigre (211671)   **Address** 400 A Webster St.  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff** Lenora Daigre, as Representative of the Estate of Albert Daigre, deceased (211672)   **Address** 400 A Webster St  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff** Jeanetta Jimerson, as Next Friend of J.T, a minor (211898)   **Address** 313 Peacan Circle  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Kim Cuevas, as Next Friend of D.C, a minor (211942)   **Address** 1214 13th Street  Pascagoula, MS 39567

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Johntay Eley (211944)   **Address** 313 Pecan Circle  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Marcella Eley, as Next Friend of M.E, a minor (211945)   **Address** 313 Pecan Circle  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Dante Jimerson (211958)   **Address** P.O. Box 613  Beaumont, MS 39423

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Latoya Eley (212706)   **Address** 313 Pecan Circle  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff** Gail Street (212722)  **Address** 143 Roy Street Road  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Bennie Massey (213049)  **Address** 1319 Lilly Avenue  Pascagoula, MS 39567

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Gail Anderson, as Next Friend of K.S, a minor (213217)  **Address** 143 Roy Street Road  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Gail Anderson, as Next Friend of N.S, a minor (213219)  **Address** 143 Roy Street Road  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Rico Street (213220)  **Address** 143 Roy Street Road  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Ashley Green, as Next Friend of J.C, a minor (213487)  **Address** 802 Washington Street  Bay St. Louis, MS 39520

**Defendants**
Forest River, Inc.

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Son Hoang, as Next Friend of H.H, a minor (214472)  **Address**  7405 Oak Cove Drive  Biloxi, MS 39532

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Nga Tran, as Representative of the Estate of Hung Chau, deceased (216387)  **Address**  5604 Jefferson Street  Biloxi, MS 39530

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Betty Clarke (216391)  **Address**  1017 River Road  Picayune, MS 39466

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Annamarie Coble (216393)  **Address**  1133 Clarise Court  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Tho Huynh (216599)  **Address**  566 Jefferson St  Biloxi, MS 39530

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff**  Mamie Lopez (216697)  **Address**  6200 Riverside Dr. #534 Metarie, LA 70003

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff** Letitia Rufus, as Representative of the Estate of Claude Rufus, deceased (216882)  **Address** 45 Lane Drive  Picayune, MS 39466

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Ashley Sonnier, as Next Friend of J.S, a minor (216943)  **Address** 3521 Palmisano Blvd  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Annamarie Coble, as Next Friend of N.Y, a minor (217091)  **Address** 1133 Clarise Court  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Marcus Young (217092)  **Address** 1133 Clarise Court  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Michael Bernard, as Next Friend of K.B, a minor (220031)  **Address** 3521 Palmisano  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Michael Bernard (220032)  **Address** 3521 Palmisano  Chalmette, LA 70043

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Paula Bernard (220033)                **Address**  3521 Palmisano  Chalmette, LA 70043

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Janice Jefferson (220239)             **Address**  720 Carroll Wood Village Dr.  Bldg 3 # 351  Gretna, LA 70056

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

**Plaintiff**  Marsha King (220255)                  **Address**  430 St. John Street  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Roman Piernas (220386)                **Address**  430 St. John Street  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Marsha King, as Next Friend of K.P, a minor (220387)    **Address**  430 St. John Street  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff**  Marsha King, as Next Friend of K.P, a minor (220388)    **Address**  430 St. John Street  Bay St. Louis, MS 39520

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Jessica Sonnier (220453)　　　　**Address**  3521 Palmisano  Chalmette, LA 70043

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff**  Marcus Young (223077)　　　　**Address**  1133 Clairse Ct  Slidell, LA 70461

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff**  Travis Anderson (223475)　　　　**Address**  204 McDonald Drive  Pass Christian, MS 39571

**Defendants**
　　Forest River, Inc.
　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Donald Arceneaux (223481)　　　　**Address**  7335 Tunica Street  Bay Saint Louis, MS 39520

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Donald Arceneaux (223482)　　　　**Address**  7335 Tunica Street  Bay Saint Louis, MS 39520

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff**  Anna/Marie Coble (223595)　　　　**Address**  1133 Clairise Ct  Slidell, LA 70461

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Anna  Cobla, as Next Friend of N.Y, a minor (224250)  **Address**  1133 Clairise Ct  Slidell, LA 70461

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Harold Fontenot (224534)  **Address**  231 Old Spanish Trail  Waveland, MS 39576

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Donna holahauser, as Next Friend of J. F, a minor (224535)  **Address**  231 Old Spanish Trail  Waveland, MS 39576

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Donna Holzhauser, as Next Friend of M.F, a minor (224536)  **Address**  231 Old Spanish Trail  Waveland, MS 39576

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Colette Washington (224804)  **Address**  18297 Old Hwy 49  Saucier, MS 39574

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  William Seliby (224805)  **Address**  18297 Old Hwy 49  Saucier, MS 39574

**Defendants**
Forest River, Inc.
Bechtel National, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Antonia Parkman, as Next Friend of D. P, a minor (224954)  **Address** 264 Stennis Drive  Apt 140  Biloxi, MS 39531

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Antonia Parkman Payton, as Next Friend of J.P, a minor (224967)  **Address** 264 Stemmos Drive Apt 140  Biloxi, MS 39531

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Charla Street (225163)  **Address** 131 Roy Street Road  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Alma Street (225164)  **Address** 131 Roy Street Road  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Grover Street (225165)  **Address** 131 Roy Street Road  Lucedale, MS 39452

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Mia Johnson (226357)  **Address** 2408 Highlander  Violet, LA 70092

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff** John Johnson (226361)    **Address** 2408 Highlander Ave.  Violet, LA 70092

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Shannon Keys (226399)    **Address** 801 E. Fifth St.  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Alma Lett (226456)    **Address** 172 Roy Street Rd.  Lucedale, MS 39452

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Shannon Keys, as Next Friend of M.M, a minor (226574)    **Address** 801 E. 5th St.  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Brandy Schenck (226840)    **Address** 66231 Chris Kennedy Rd.  Pearl River , LA 70452

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tara Shaw (226864)    **Address** 10 San Davis  Perkingston, MS 39573

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Christopher Stork (226931) **Address** 2420 S. 24th ST.  Ocean Springs , MS 39564

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Christopher Stork, as Next Friend of J. S, a minor (226933) **Address** 2420 S. 24th St.  Ocean Springs, MS 39564

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Shelton Thornton (226970) **Address** 66231 Chris Kennedy Rd.  Pearl River, LA 70452

**Defendants**
   Forest River, Inc.
   Fluor Enterprises, Inc

**Plaintiff**  Brandon Tingstrom (226973) **Address** P. O. Box 3333  Bay St. Louis, MS 39521

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Nikki Tingstrom (226975) **Address** P.O. Box 3333  Bay St. Louis, MS 39521

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Daniel DellaPenna (229614) **Address** 2120 Briargate  Gautier, MS 39553

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Peter DellaPenna (229615)           **Address**  2120 Briargate Dr  Gautier, MS 39553

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Jessia DellaPenna (229616)          **Address**  2120 Briargate Dr  Gautier, MS 39553

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Mary DellaPenna (229618)            **Address**  2120 Briargate Dr  Gautier, MS 39553

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Nikkie DellaPenna (229619)          **Address**  2120 Briargate  Dr  Gautier, MS 39553

**Defendants**
   Forest River, Inc.
   CH2M Hill Constructors, Inc.

**Plaintiff**  Esther Hatampa (229794)             **Address**  1823 Parsley Ave.  Pascagula, MS 39581

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

**Plaintiff**  Barbara  Houston (229853)           **Address**  2002 Forrest St.  Pascagoula, MS 39581

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

# Exhibit A
Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Plaintiff**  Meagon Houston (229855)         **Address**  2002 Forrest St.  Pascagoula, MS 39581

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Beverly Reynolds (230231)         **Address**  3419 Ronnie Ave.  Pascagoula, MS 39581

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Richard Reynolds (230233)         **Address**  3419 Ronnie Ave.  Pascagoula, MS 39581

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc