# Exhibit A
Steve Robinson, et. al.  vs. Frontier RV, Inc., et. al.

1604

**Plaintiff**  Tashondra McCarthey (214206)          **Address**  232 Post St.  Killona, LA 70057

**Defendants**
      Frontier RV, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Elvera Scott (215034)          **Address**  232 Post St.  Killona, LA 70057

**Defendants**
      Frontier RV, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Lawrence Scott (215035)          **Address**  232 Post St.  Killona, LA 70057

**Defendants**
      Frontier RV, Inc.
      CH2M Hill Constructors, Inc.