# Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

1611

**Plaintiff** Gaysha Sheldon (200480)          **Address** P.O. Box 750045  New Orleans, LA 70175

**Defendants**
Jayco, Inc.
Shaw Environmental, Inc

**Plaintiff** Lenora Jones, as Next Friend of C.S, a          **Address** 2463 Mercedes Blvd  New Orleans, LA 70114
minor (205595)

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Terrell Jones (205664)          **Address** 2463 Mercedes Blvd.  New Orleans, LA 70114

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Lenora Jones (205665)          **Address** 2463 Mercedes Blvd.  New Orleans, LA 70114

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Terrell Jones, Jr., as Next Friend of T.J,          **Address** 2463 Mercedes Blvd  New Orleans, LA 70114
a minor (205666)

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Lass Hartman (211588)          **Address** 5113 Bay Street  Pascagoula, MS 39567

**Defendants**
Jayco, Inc.
Bechtel National, Inc

# Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

**Plaintiff** Lass Hartman, as Next Friend of W.H, a minor (211589)   **Address** 5113 Bay Street  Pascagoula, MS 39567

**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff** Robert Hartman (211590)   **Address** 5113 Bay Street  Pascagoula, MS 39567

**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff** Sacha Hartman (214440)   **Address** 5113 Bay St.  Pascagoula, MS 39567

**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff** Andrew Tran (215143)   **Address** 522 Bay View Avenue  Pass Christian, MS 39571

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Marie Cousin, as Next Friend of D.C, a minor (220084)   **Address** P.O. Box 1543  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

**Plaintiff** Marie Cousin, as Next Friend of G.C, a minor (220085)   **Address** P.O. Box 1543  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

# Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

**Plaintiff**  Marie Cousins, as Next Friend of A.C, a minor (220521)    **Address**  P.O. Box 1543  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Linda Hinton (224732)    **Address**  20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff**  Linda Hinton, as Next Friend of K.P, a minor (224733)    **Address**  20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff**  Linda Hinton, as Next Friend of D.P, a minor (224734)    **Address**  20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff**  Linda Hinton, as Next Friend of A.W, a minor (224735)    **Address**  20 Nottingham Cir.  Gulfport, MS 39503

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff**  Kayana Beemon-Pittman (224881)    **Address**  20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
Jayco, Inc.
Bechtel National, Inc

# Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

**Plaintiff** Fulston Hinton (224883)                    **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jabaree Hinton (224884)                    **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** DeAnte Hinton (224885)                    **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Pamela Freeman (226144)                    **Address** 331 Woodman Ave.  Pass Christian, MS 39571

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Stacie  Pierre , as Next Friend of K.P, a
minor (226703)                    **Address** 6498 Road 318  Pass Christian , MS 39571

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Stacie  Pierre , as Next Friend of K.P, a
minor (226704)                    **Address** 6498 Road 318  Pass Christian , MS 39571

**Defendants**
      Jayco, Inc.
      Bechtel National, Inc

---

## Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

**Plaintiff** Stacie Pierre (226705)　　　　　　**Address** 6498 Road 318  Pass Christian , MS 39571

**Defendants**
　　　Jayco, Inc.
　　　Bechtel National, Inc

**Plaintiff** Brandon  Reynolds  (230232)　　　**Address** 3419 Ronnie Ave.  Pascagoula, MS 39581

**Defendants**
　　　Jayco, Inc.
　　　Bechtel National, Inc