# Exhibit A
Maudean Harrison, et. al.  vs. KZRV, LP, et. al.

1615

**Plaintiff** Chana Williams (202547)  **Address** 43451 Willow Villa Rd  Hammond, LA 70403

**Defendants**
KZRV, LP
Fluor Enterprises, Inc

**Plaintiff** Ansonya Piernas, as Next Friend of A. M, a minor (224298)  **Address** 2531 Avenido Encanto Street  Gautier, MS 39553

**Defendants**
KZRV, LP
Bechtel National, Inc

**Plaintiff** Alexa Barbazon (229360)  **Address** 6029 1st St   Bay St. Louis , MS 39520

**Defendants**
KZRV, LP
Bechtel National, Inc

**Plaintiff** Margie Barbazon (229363)  **Address** 6029 1st Street   Bay St. Louis, MS 39520

**Defendants**
KZRV, LP
Bechtel National, Inc