# Exhibit A
Yolanda Goodwin, et. al.  vs. Layton Homes Corp., et. al.

1617

**Plaintiff**  Fallon Stipe (205677)      **Address**  309 Killona Dr.  Killona, LA 70057

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jeffery Stipe (205679)      **Address**  309 Killona Dr.  Killona, LA 70057

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Georgiana Stipe (205682)      **Address**  309 Killona Dr.  Killona, LA 70057

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Cheryl Stipe (205683)      **Address**  309 Killona Dr.  Killona, LA 70057

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Genice Stipe (205685)      **Address**  252 E. 11th St.  Edgard, LA 70079

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Donyell Stipe (205689)      **Address**  P.O. Box 896  Hahnville, LA 70057

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

# Exhibit A
Yolanda Goodwin, et. al.  vs. Layton Homes Corp., et. al.

**Plaintiff**  Amanda Borne (215443)  **Address**  318 School House Rd.  Killona, LA 70057

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Annette Borne (215444)  **Address**  P.O. Box 1191  Luling, LA 70070

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Karalee Borne (215445)  **Address**  P.O. Box 1191  Luling, LA 70070

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Keaira Borne (215446)  **Address**  1119 Paul Fredrick
  Luling, LA 70070

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Raquel Borne (215447)  **Address**  P.O. Box 1191  Luling, LA 70070

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Shera Borne (215448)  **Address**  1119 Paul Frederick St.  Luling, LA 70070

**Defendants**
  Layton Homes Corp.
  CH2M Hill Constructors, Inc.