# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

1619

**Plaintiff**  Rhonda Brown (199816)    **Address**  2116 Bayou Rd.  St. Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Sherry Brown-Fleming (199951)    **Address**  2112 Bayou Rd.  St. Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  James Brown (199971)    **Address**  2116 Bayou Rd  St. Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Shaw Environmental, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Lazanna Dahl, as Next Friend of J.H, a minor (205207)    **Address**  6211 West Forrest  Bay St. Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

**Plaintiff**  Lazanna Dahl, as Next Friend of J.D, a minor (205371)          **Address** 6211 West Forrest  Bay St. Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Courtney Neciase (206016)          **Address** 6211 West Forrest  Bay St. Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Consuella Gillum (209808)          **Address** 308 Hargett Street  Waveland, MS 39576

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Harold Gillum (209809)          **Address** 308 Hargett Street  Waveland, MS 39576

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

**Plaintiff**  Consuella Gillum, as Next Friend of K. W, a minor (210060)

**Address**  308 Hargett Street  Waveland, MS 39576

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Consuella Gillum, as Next Friend of O. W, a minor (210062)

**Address**  308 Hargett St.  Waveland, MS 39576

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Shanna Clinton, as Next Friend of S.C, a minor (214652)

**Address**  103 Sundance Pass  Waveland, MS 39576

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Brittany Reynolds (214973)

**Address**  805 Spruce St.  Waveland, MS 39576

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

**Plaintiff**  Earnest Jenkins (221514)     **Address** 4413 Tram Road  Moss Point, MS 39563

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Jacqueline Champeau (222310)     **Address** 11220 Hughes Rd. #94  Gulf Port, MS 39503

**Defendants**
- Monaco Coach Corporation
- CH2M Hill Constructors, Inc.
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Raymond Garcia (223698)     **Address** 7237 Sunflower  Bay Saint Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Murray Latapie (223886)     **Address** 1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

**Plaintiff**  Shannon Latapie (223887)   **Address**  1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Kelly Mai (223893)   **Address**  7105 Southwind Drive  Biloxi, MS 39532

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Angelique Mackles (223932)   **Address**  2201 Gillout  Saint Bernard, LA 70085

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Courtney Arceneaux (224327)   **Address**  8223 Harrison Street  Bay St. Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

**Plaintiff**  Courtney Arceneaux, as Next Friend of M.G, a minor (224328)  **Address**  7237 Sunflower  Bay Saint Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Courtney Arceneaux, as Next Friend of B.G, a minor (224329)  **Address**  7237 Sunflower  Bay Saint Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Courtney Arceneaux, as Next Friend of C.G, a minor (224330)  **Address**  7237 Sunflower  Bay Saint Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff**  Courtney Arceneaux, as Next Friend of V.G, a minor (224331)  **Address**  7237 Sunflower  Bay Saint Louis, MS 39520

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

**Plaintiff** Angela Ellis, as Next Friend of C.E, a minor (224471)    **Address** 3000 55th Avenue  Gulfport, MS 39501

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Angela Ellis, as Next Friend of K.E, a minor (224472)    **Address** 3000 55yh Avenue  Gulfport, MS 39501

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Angela Ellis, as Next Friend of B.E, a minor (224474)    **Address** 3000 55th Ave  Gulfport, MS 39501

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

**Plaintiff** Christopher Gaston (226158)    **Address** 6299 Hwy 612  Lucedale, MS 39452

**Defendants**
- Monaco Coach Corporation
- Bechtel National, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company

# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

**Plaintiff**  Nicholas Gaston (226161)         **Address**  6277 Hwy 612  Lucedale, MS 39452

**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  James Gaston (226163)         **Address**  6277 Hwy 612  Lucedale, MS 39452

**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Theresa Gaston (226165)         **Address**  6277 Hwy 612  Lucedale, MS 39452

**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff**  Wendy Gaston-Green (226167)         **Address**  6277 Hwy 612  Lucedale, MS 39452

**Defendants**
    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

# Exhibit A
George Jones, et. al.  vs. Monaco Coach Corporation, et. al.

**Plaintiff**  Jeri Hooper (226306)   **Address**  2420 Highland Ave.  Violet, LA 70092

**Defendants**
- Monaco Coach Corporation
- Fluor Enterprises, Inc
- American International Specialty Lines
- Insurance Company of the State of PA
- Lexington Insurance Company