# Exhibit A
Alex Rogers, et. al.  vs. Palm Harbor Homes, Inc., et. al.

1620

**Plaintiff**   Angela Ellis, as Next Friend of C.E, a minor (224473)    **Address**  3000 55th Avenue  Gulfport, MS 39501

**Defendants**
Palm Harbor Homes, Inc.
CH2M Hill Constructors, Inc.