## Exhibit A
Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.

1621

**Plaintiff** Annie Banks (200129)　　**Address** P.O. Box 1224  Springfield, LA 70462

**Defendants**
　　Patriot Homes, Inc.
　　Fluor Enterprises, Inc
　　Insurco, Ltd

---

**Plaintiff** Hiwanis Adams (200203)　　**Address** 1208 East Morris St.  Hammond , LA 70403

**Defendants**
　　Patriot Homes, Inc.
　　Fluor Enterprises, Inc
　　Insurco, Ltd

---

**Plaintiff** Christopher Paige #124550 (200817)　　**Address** 1717 Kenneth Ave Jackson County CWC  Pascagoula, MS 39567

**Defendants**
　　Patriot Homes, Inc.
　　Bechtel National, Inc
　　Insurco, Ltd

---

**Plaintiff** Dorrie Picquet (200884)　　**Address** 26315 Haynes Settlement  Springfield , LA 70462

**Defendants**
　　Patriot Homes, Inc.
　　Fluor Enterprises, Inc
　　Insurco, Ltd

---

**Plaintiff** Curt Wiggins (205780)　　**Address** 8817 Elm Street  Ocean Springs, MS 39564

**Defendants**
　　Patriot Homes, Inc.
　　CH2M Hill Constructors, Inc.
　　Insurco, Ltd

## Exhibit A
Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.

**Plaintiff**  Marie Kisner (205781)           **Address**  8817 Elm Street  Ocean Springs, MS 39564

**Defendants**
    Patriot Homes, Inc.
    CH2M Hill Constructors, Inc.
    Insurco, Ltd

**Plaintiff**  Jack Kisner (205782)           **Address**  8817 Elm Street  Ocean Springs, MS 39564

**Defendants**
    Patriot Homes, Inc.
    CH2M Hill Constructors, Inc.
    Insurco, Ltd

**Plaintiff**  Olivia Kisner (205801)          **Address**  8817 Elm Avenue  Ocean Springs, MS 39564

**Defendants**
    Patriot Homes, Inc.
    CH2M Hill Constructors, Inc.
    Insurco, Ltd

**Plaintiff**  Sharon Bullock (211320)         **Address**  2312 N. Brook Dr.  Gautier, MS 39553

**Defendants**
    Patriot Homes, Inc.
    Bechtel National, Inc
    Insurco, Ltd

**Plaintiff**  Florence Anderson (211925)      **Address**  185 W. Oakville St.  Belle Chasse, LA 70037

**Defendants**
    Patriot Homes, Inc.
    CH2M Hill Constructors, Inc.
    Insurco, Ltd

# Exhibit A
Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.

**Plaintiff** Patricia Anderson (211927)  **Address** 09 Mae Willie Mallard Road  Jayess, MS 39641

**Defendants**
  Patriot Homes, Inc.
  Insurco, Ltd

**Plaintiff** Sharon Bullock, as Next Friend of B.G, a minor (211948)  **Address** 2312 N. Brook Dr.  Gautier, MS 39553

**Defendants**
  Patriot Homes, Inc.
  Bechtel National, Inc
  Insurco, Ltd

**Plaintiff** Sharon Bullock, as Next Friend of B.G, a minor (211949)  **Address** 2312 N. Brook Dr.  Gautier, MS 39553

**Defendants**
  Patriot Homes, Inc.
  Bechtel National, Inc
  Insurco, Ltd

**Plaintiff** Sharon Bullock, as Next Friend of J.B, a minor (211990)  **Address** 2312 N. Brook Dr.  Gautier, MS 39553

**Defendants**
  Patriot Homes, Inc.
  Bechtel National, Inc
  Insurco, Ltd

**Plaintiff** Mary Peterson (213488)  **Address** 6080 West Quitman  Bay St. Louis, MS 39520

**Defendants**
  Patriot Homes, Inc.
  Insurco, Ltd

**Plaintiff** Mary Peterson, as Next Friend of J.C, a minor (213489)  **Address** 6080 West Quitman  Bay St. Louis, MS 39520

**Defendants**
  Patriot Homes, Inc.
  Insurco, Ltd

# Exhibit A
Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.

**Plaintiff**  Mary Peterson, as Next Friend of D.P, a minor (213593)  **Address**  6080 West Quitman  Bay St. Louis, MS 39520

**Defendants**
Patriot Homes, Inc.
Insurco, Ltd

**Plaintiff**  Michael Peterson (213930)  **Address**  6080 W. Quitman  Bay St. Louis, MS 39520

**Defendants**
Patriot Homes, Inc.
Insurco, Ltd

**Plaintiff**  Amanda Ballam (223487)  **Address**  1900 Roberts Street  St. Bernard, LA 70085

**Defendants**
Patriot Homes, Inc.
Fluor Enterprises, Inc
Insurco, Ltd

**Plaintiff**  Mary Edgerton (223660)  **Address**  357 Auguste Court  Biloxi, MS 39530

**Defendants**
Patriot Homes, Inc.
CH2M Hill Constructors, Inc.
Insurco, Ltd

**Plaintiff**  Chad Rinkos (224104)  **Address**  1900 Robert Dr  St Bernard , LA 70085

**Defendants**
Patriot Homes, Inc.
Fluor Enterprises, Inc
Insurco, Ltd

**Plaintiff**  Amanda Ballam, as Next Friend of K. R, a minor (224107)  **Address**  1900 Robert Drive Apt B. St. Bernard, LA 70085

**Defendants**
Patriot Homes, Inc.
Fluor Enterprises, Inc
Insurco, Ltd

# Exhibit A
Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.

**Plaintiff**  Austin Bussey (225880)  **Address**  8476 Lakeshore Rd.  Bay St. Louis, MS 39520

**Defendants**
   Patriot Homes, Inc.
   Insurco, Ltd

---

**Plaintiff**  Laura  Bussey, as Next Friend of B.B, a minor (225881)  **Address**  8476 Lakeshore Rd.  Bay St. Louis, MS 39520

**Defendants**
   Patriot Homes, Inc.
   Insurco, Ltd

---

**Plaintiff**  Laura  Bussey, as Next Friend of D.B, a minor (225882)  **Address**  8476 Lakeshore  Bay St. Louis, MS 39520

**Defendants**
   Patriot Homes, Inc.
   Insurco, Ltd

---

**Plaintiff**  Laura Bussey (225883)  **Address**  8476 Lakeshore Rd.  Bay St. Louis , MS 39520

**Defendants**
   Patriot Homes, Inc.
   Insurco, Ltd

---

**Plaintiff**  Tamra  Ryan, as Next Friend of T.C, a minor (225910)  **Address**  14578 Cemetery Rd.   Gulfport, MS 39503

**Defendants**
   Patriot Homes, Inc.
   Bechtel National, Inc
   Insurco, Ltd

---

**Plaintiff**  Mary Denmark (226045)  **Address**  13265 Rebel Rd  Theodore, AL 36582

**Defendants**
   Patriot Homes, Inc.
   Insurco, Ltd

# Exhibit A
Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.

**Plaintiff**  Christopher Gaston (226158)            **Address**  6299 Hwy 612  Lucedale, MS 39452

**Defendants**
    Patriot Homes, Inc.
    Insurco, Ltd

**Plaintiff**  Nicholas Gaston (226161)            **Address**  6277 Hwy 612  Lucedale, MS 39452

**Defendants**
    Patriot Homes, Inc.
    Insurco, Ltd

**Plaintiff**  James Gaston (226163)            **Address**  6277 Hwy 612  Lucedale, MS 39452

**Defendants**
    Patriot Homes, Inc.
    Insurco, Ltd

**Plaintiff**  Theresa Gaston (226165)            **Address**  6277 Hwy 612  Lucedale, MS 39452

**Defendants**
    Patriot Homes, Inc.
    Insurco, Ltd

**Plaintiff**  Wendy Gaston-Green (226167)            **Address**  6277 Hwy 612  Lucedale, MS 39452

**Defendants**
    Patriot Homes, Inc.
    Insurco, Ltd

**Plaintiff**  Dorothea Nall (226639)            **Address**  13265 Rebel Rd.  Theodore, AL 36582

**Defendants**
    Patriot Homes, Inc.
    Insurco, Ltd

# Exhibit A
Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.

**Plaintiff** Tamara Ryan Owens Jr., as Next Friend of M.O, a minor (226681)    **Address** 14578 Cemetery Rd.   Gulfport , MS 39503

**Defendants**
     Patriot Homes, Inc.
     Bechtel National, Inc
     Insurco, Ltd

**Plaintiff** Judy Mathis, as Next Friend of B.P, a minor (226715)    **Address** 13265 Rebel Rd.  Theodore, AL 36582

**Defendants**
     Patriot Homes, Inc.
     Insurco, Ltd

**Plaintiff** Tamra Ryan, as Next Friend of E.R, a minor (226825)    **Address** 14578 Cemetery Rd.   Gulfport , MS 39503

**Defendants**
     Patriot Homes, Inc.
     Bechtel National, Inc
     Insurco, Ltd

**Plaintiff** Tamra Ryan, as Next Friend of E.R, a minor (226826)    **Address** 14578 Cemetery Rd.   Gulfport , MS 39503

**Defendants**
     Patriot Homes, Inc.
     Bechtel National, Inc
     Insurco, Ltd

**Plaintiff** Ernest Ryan (226827)    **Address** 14578 Cemetery Rd.   Gulfport , MS 39503

**Defendants**
     Patriot Homes, Inc.
     Bechtel National, Inc
     Insurco, Ltd

# Exhibit A
Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.

**Plaintiff** Tamra Ryan (226828)   **Address** 14578 Cemetery Rd.  Gulfport, MS 39503

**Defendants**
Patriot Homes, Inc.
Bechtel National, Inc
Insurco, Ltd

**Plaintiff** Allan Saucier (226837)   **Address** 14578 Cemetery Rd.  Gulfport, MS 39503

**Defendants**
Patriot Homes, Inc.
Bechtel National, Inc
Insurco, Ltd

**Plaintiff** Tamra Ryan, as Next Friend of C.S, a minor (226838)   **Address** 14578 Cemetery Rd.  Gulfport, MS 39503

**Defendants**
Patriot Homes, Inc.
Bechtel National, Inc
Insurco, Ltd