# Exhibit A
Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.

1622

**Plaintiff**  Constance Bullock (199839)     **Address**  1151 Judgesekul Avenue  Apt 130 Biloxi, MS 39530

**Defendants**
    Pilgrim International, Inc.
    Bechtel National, Inc
    Sentry Insurance
    Crum & Forster Specialty Ins Co

---

**Plaintiff**  Gabriel Bullock (199840)     **Address**  1151 Judgesekul Avenue Apt 130 Biloxi, MS 39530

**Defendants**
    Pilgrim International, Inc.
    Bechtel National, Inc
    Sentry Insurance
    Crum & Forster Specialty Ins Co

---

**Plaintiff**  Kermit Watson  (202464)     **Address**  890 Motsie Road #612 Biloxi, MS 39532

**Defendants**
    Pilgrim International, Inc.
    Bechtel National, Inc
    Sentry Insurance
    Crum & Forster Specialty Ins Co

---

**Plaintiff**  Lisa Woulard, as Next Friend of J.W, a minor (202628)     **Address**  890 Motsie Road #612 Biloxi, MS 39532

**Defendants**
    Pilgrim International, Inc.
    Bechtel National, Inc
    Sentry Insurance
    Crum & Forster Specialty Ins Co

---

**Plaintiff**  Kevin Smith, as Next Friend of J.b, a minor (202888)     **Address**  25544 Elmer Ladner Rd.   Pass Christian , MS 39571

**Defendants**
    Pilgrim International, Inc.
    Bechtel National, Inc
    Sentry Insurance
    Crum & Forster Specialty Ins Co

# Exhibit A
Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.

**Plaintiff** Bobbii Lane, as Next Friend of W.H, a minor (205212)    **Address** 8252 Jeff Davis Street  Bay St. Louis, MS 39520

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff** Bobbii Lane, as Next Friend of B.D, a minor (205381)    **Address** 8252 Jeff Davis Street  Bay St. Louis, MS 39520

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff** Nakita Jackson, as Next Friend of J.J, a minor (212935)    **Address** 18125 Hwy 26 #31 Lucedale, MS 39452

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff** Kim Nguyen, as Next Friend of J.N, a minor (213418)    **Address** 15965 Albany Drive  Biloxi, MS 39530

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff** Tony Nguyen (213419)    **Address** 15965 Albany Drive  Biloxi, MS 39530

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

# Exhibit A
Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.

**Plaintiff** David Bourgeouis (213878)   **Address** 4013 Carribean St.  Bay St. Louis , MS 39520

**Defendants**
- Pilgrim International, Inc.
- CH2M Hill Constructors, Inc.
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff** Abry Liebig (216692)   **Address** 7291 Tunica  Bay St Louis, MS 39520

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff** Naman Casnave (221738)   **Address** 27175 Barringer Road  Lacombe, LA 70445

**Defendants**
- Pilgrim International, Inc.
- Fluor Enterprises, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff** Donna Casnave (221962)   **Address** 27175 Barringer  Lacombe, LA 70445

**Defendants**
- Pilgrim International, Inc.
- Fluor Enterprises, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff** Rosie Cumberbatch (221982)   **Address** P.O. Box 4173  Biloxi, MS 39535

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

# Exhibit A
Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.

**Plaintiff**  Lemuel Cumberbatch (221983)  **Address**  P.O. Box 4173  Biloxi, MS 39535

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff**  Adriene Freeman, as Next Friend of A. D, a minor (221989)  **Address**  305 Minchek Road  Ocean Springs, MS 39564

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff**  Eric Davis (221990)  **Address**  605 Minchek Road  Ocean Springs, MS 39564

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff**  Rosie Cumberbatch, as Next Friend of B.D, a minor (221993)  **Address**  P.O. Box 4173  Biloxi, MS 39535

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

**Plaintiff**  Adriene Freeman (222035)  **Address**  305 Minchek Road  Ocean Springs, MS 39564

**Defendants**
- Pilgrim International, Inc.
- Bechtel National, Inc
- Sentry Insurance
- Crum & Forster Specialty Ins Co

# Exhibit A
Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.

**Plaintiff** Rosie Cumberbatch, as Next Friend of A.M, a minor (222123)  **Address** P.O. Box 4173  Biloxi, MS 39535

**Defendants**
  Pilgrim International, Inc.
  Bechtel National, Inc
  Sentry Insurance
  Crum & Forster Specialty Ins Co

**Plaintiff** Devin Johnson, as Next Friend of A.J, a minor (226347)  **Address** 249 Nixon Street  Biloxi, MS 39530

**Defendants**
  Pilgrim International, Inc.
  Bechtel National, Inc
  Sentry Insurance
  Crum & Forster Specialty Ins Co

**Plaintiff** Devin Johnson (226349)  **Address** 643 C. Bradford St.  Biloxi , MS 39530

**Defendants**
  Pilgrim International, Inc.
  Bechtel National, Inc
  Sentry Insurance
  Crum & Forster Specialty Ins Co

**Plaintiff** Devin Johnson, as Next Friend of A.L, a minor (226457)  **Address** 643 C. Bradford St.  Biloxi, MS 39530

**Defendants**
  Pilgrim International, Inc.
  Bechtel National, Inc
  Sentry Insurance
  Crum & Forster Specialty Ins Co

**Plaintiff** Shirley Lord (226479)  **Address** 23120 Blackwell Rd.  Saucier, MS 39574

**Defendants**
  Pilgrim International, Inc.
  Bechtel National, Inc
  Sentry Insurance
  Crum & Forster Specialty Ins Co

# Exhibit A
Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.

**Plaintiff**  Garrex Magee  (230027)    **Address**  3504 Boston Ave.  Pascagoula, MS 39581

**Defendants**
    Pilgrim International, Inc.
    Bechtel National, Inc
    Sentry Insurance
    Crum & Forster Specialty Ins Co

**Plaintiff**  Pernitia  Tabor  (230390)    **Address**  74 Magnolia Park Dr.  State Line, MS 39362

**Defendants**
    Pilgrim International, Inc.
    Bechtel National, Inc
    Sentry Insurance
    Crum & Forster Specialty Ins Co

**Plaintiff**  Jerry  Tatum  (230394)    **Address**  384 Croesus st.  Biloxi, MS 39531

**Defendants**
    Pilgrim International, Inc.
    Bechtel National, Inc
    Sentry Insurance
    Crum & Forster Specialty Ins Co