## Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

1623

**Plaintiff**  Tyrone Alonzo (200237)          **Address**  5131 Bundy Rd. APT Y-11 New Orleans, LA 70127

**Defendants**
  Recreation By Design, LLC
  Shaw Environmental, Inc

---

**Plaintiff**  Susan Cunningham (210876)          **Address**  611 Bienville Street  Pascagoula, MS 39567

**Defendants**
  Recreation By Design, LLC
  Bechtel National, Inc

---

**Plaintiff**  Hannah Cunningham (210877)          **Address**  611 Bienville St.  Pascagoula, MS 39567

**Defendants**
  Recreation By Design, LLC
  Bechtel National, Inc

---

**Plaintiff**  Susan  Cunningham, as Next Friend of H.C, a minor (210878)          **Address**  611 Bienville Street  Pascagoula, MS 39567

**Defendants**
  Recreation By Design, LLC
  Bechtel National, Inc

---

**Plaintiff**  Susan Cunningham, as Next Friend of J.C, a minor (210879)          **Address**  611 Bienville Street  Pascagoula, MS 39567

**Defendants**
  Recreation By Design, LLC
  Bechtel National, Inc

---

**Plaintiff**  Susan Cunningham, as Next Friend of R.C, a minor (210880)          **Address**  611 Bienville Street  Pascagoula, MS 39567

**Defendants**
  Recreation By Design, LLC
  Bechtel National, Inc

---

# Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

**Plaintiff** Susan  Cunningham , as Next Friend of S.C, a minor (210881)   **Address** 611 Bienville Street  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

---

**Plaintiff** Susan  Cunningham, as Next Friend of J.C, a minor (210882)   **Address** 611 Bienville Street  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

---

**Plaintiff** Joe Cummingham (211168)   **Address** 611 Bienville Street  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

---

**Plaintiff** Christy McCarty, as Next Friend of K. M, a minor (211964)   **Address** P.O. Box 204  Neely, MS 39461

**Defendants**
Recreation By Design, LLC
CH2M Hill Constructors, Inc.

---

**Plaintiff** Christy McCarty, as Next Friend of M. M, a minor (211965)   **Address** P.O. Box 204  Neely, MS 39461

**Defendants**
Recreation By Design, LLC
CH2M Hill Constructors, Inc.

---

**Plaintiff** Christy McCarty, as Next Friend of M. M, a minor (211966)   **Address** P.O. Box 240  Neely, MS 39461

**Defendants**
Recreation By Design, LLC
CH2M Hill Constructors, Inc.

# Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

**Plaintiff**  Matthew Caszillion (213316)          **Address**  229 Cyprus Villa Lane  Gheens, LA 70355

**Defendants**
> Recreation By Design, LLC
> Fluor Enterprises, Inc

---

**Plaintiff**  James Castillion (213458)          **Address**  58451 Yaupon Dr.  Slidell, LA 70458

**Defendants**
> Recreation By Design, LLC
> Fluor Enterprises, Inc

---

**Plaintiff**  Mattie Nelson, as Representative of the          **Address**  36433 Pineoak Rd  MT Hermon, LA 70458
Estate of Annette Nelson, deceased
(213725)

**Defendants**
> Recreation By Design, LLC
> Fluor Enterprises, Inc

---

**Plaintiff**  Aaron Valentine (215193)          **Address**  6616 Rank Griffin Road  Moss Point, MS 39563

**Defendants**
> Recreation By Design, LLC
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Stephanie Valentine, as Next Friend of          **Address**  3600 Jefferson St. Lot 38
C.V, a minor (215194)                                               Moss Point, MS

**Defendants**
> Recreation By Design, LLC
> CH2M Hill Constructors, Inc.

---

**Plaintiff**  Stephanie Valentine (215195)          **Address**  6616 Frank Griffin Road  Moss Point, MS 39563

**Defendants**
> Recreation By Design, LLC
> CH2M Hill Constructors, Inc.

# Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

**Plaintiff**  Stephen Valentine (215196)          **Address**  4407 Dutch Bayou Rd   Mosspoint, MS 39562

**Defendants**
    Recreation By Design, LLC
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Victoria Valentine (215197)          **Address**  4407 Dutch Bayou Rd.
    Moss Point
    , MS

**Defendants**
    Recreation By Design, LLC
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Everta Holmes, as Representative of the          **Address**  4235 Ohio Ave.  Gulfport, MS 39501
Estate of Johnny Holmes, deceased
(222273)

**Defendants**
    Recreation By Design, LLC
    Bechtel National, Inc

---

**Plaintiff**  Siles Crawford (222476)          **Address**  3154 Carey Street  Slidell, LA 70458

**Defendants**
    Recreation By Design, LLC
    Fluor Enterprises, Inc

---

**Plaintiff**  Gladys Smith (222586)          **Address**  3154 Carey Street  Slidell, LA 70458

**Defendants**
    Recreation By Design, LLC
    Fluor Enterprises, Inc

---

**Plaintiff**  Jessica Guidroz (223729)          **Address**  2105 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
    Recreation By Design, LLC
    Fluor Enterprises, Inc

---

## Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

**Plaintiff**  Jessica Guidroz, as Next Friend of L.H, a minor (223766)     **Address** 2105 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
> Recreation By Design, LLC
> Fluor Enterprises, Inc

**Plaintiff**  Jessica Guidroz, as Next Friend of S.M, a minor (223962)     **Address** 2105 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
> Recreation By Design, LLC
> Fluor Enterprises, Inc

**Plaintiff**  Melissa Mayer (226559)     **Address** 2036 North River Park  Violet, LA 70092

**Defendants**
> Recreation By Design, LLC
> Fluor Enterprises, Inc

**Plaintiff**  Walter  Knowles  (229957)     **Address** 1405 Dupont Ave.  Pascagoula, MS 39567

**Defendants**
> Recreation By Design, LLC
> Bechtel National, Inc