# Exhibit A
Virginia Hunter, et. al.  vs. Redman Homes Inc. (f/k/a Dutch Homes), et. al.

1624

**Plaintiff**  Amanda Ballam (223487)            **Address**  1900 Roberts Street  St. Bernard, LA 70085

**Defendants**
    Redman Homes Inc. (f/k/a Dutch Homes)
    Fluor Enterprises, Inc
    Travelers Property Casualty Company of America TIL

**Plaintiff**  Barry Esler (223664)            **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
    Redman Homes Inc. (f/k/a Dutch Homes)
    Fluor Enterprises, Inc
    Travelers Property Casualty Company of America TIL

**Plaintiff**  John Esler (223665)            **Address**  2257 Maryann Drive  Meraux, LA 70075

**Defendants**
    Redman Homes Inc. (f/k/a Dutch Homes)
    Fluor Enterprises, Inc
    Travelers Property Casualty Company of America TIL

**Plaintiff**  Kevin Esler (223666)            **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
    Redman Homes Inc. (f/k/a Dutch Homes)
    Fluor Enterprises, Inc
    Travelers Property Casualty Company of America TIL

**Plaintiff**  Beverly Melton (223976)            **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
    Redman Homes Inc. (f/k/a Dutch Homes)
    Fluor Enterprises, Inc
    Travelers Property Casualty Company of America TIL

# Exhibit A
Virginia Hunter, et. al.  vs. Redman Homes Inc. (f/k/a Dutch Homes), et. al.

**Plaintiff**  Chad Rinkos (224104)     **Address**  1900 Robert Dr  St Bernard , LA 70085

**Defendants**
    Redman Homes Inc. (f/k/a Dutch Homes)
    Fluor Enterprises, Inc
    Travelers Property Casualty Company of America TIL