# Exhibit A
JaByron Wilson, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.

1625

**Plaintiff**  Deborah Francois (214572)     **Address**  61281 Slidell Ave  Slidell, LA 70460

**Defendants**
River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Fluor Enterprises, Inc