# Exhibit A
Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al.

1626

**Plaintiff**  Pamela Bennett, as Next Friend of J.B, a minor (209938)  **Address**  17111 Birch Dr.  Pearlington, MS 39572

**Defendants**
R-Vision, Inc.
Bechtel National, Inc
Lexington Insurance Company
Liberty Insurance Corp
Westchester Surplus Lines Insurance Company
Arch Specialty Insurance Company

---

**Plaintiff**  William Bennett (209942)  **Address**  17111 Birch  Pearlington, MS 39572

**Defendants**
R-Vision, Inc.
Bechtel National, Inc
Lexington Insurance Company
Liberty Insurance Corp
Westchester Surplus Lines Insurance Company
Arch Specialty Insurance Company

---

**Plaintiff**  Rochelle Spencer, as Next Friend of J. S, a minor (210170)  **Address**  P.O. Box 585  Hahnville, LA 70057

**Defendants**
R-Vision, Inc.
CH2M Hill Constructors, Inc.
Lexington Insurance Company
Liberty Insurance Corp
Westchester Surplus Lines Insurance Company
Arch Specialty Insurance Company

---

**Plaintiff**  Rochelle Spencer (210172)  **Address**  P.O.Box 585  Hahnville, LA 70057

**Defendants**
R-Vision, Inc.
CH2M Hill Constructors, Inc.
Lexington Insurance Company
Liberty Insurance Corp
Westchester Surplus Lines Insurance Company
Arch Specialty Insurance Company

# Exhibit A
Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al.

**Plaintiff** Mary Spencer (210764)  **Address** P.O.Box 806  Hahnville, LA 70057

**Defendants**
- R-Vision, Inc.
- CH2M Hill Constructors, Inc.
- Lexington Insurance Company
- Liberty Insurance Corp
- Westchester Surplus Lines Insurance Company
- Arch Specialty Insurance Company

**Plaintiff** Rochelle Spencer, as Next Friend of J. S, a minor (210765)  **Address** P.O.Box 585  Hahnville, LA 70057

**Defendants**
- R-Vision, Inc.
- CH2M Hill Constructors, Inc.
- Lexington Insurance Company
- Liberty Insurance Corp
- Westchester Surplus Lines Insurance Company
- Arch Specialty Insurance Company

**Plaintiff** Sedonia Spencer (215083)  **Address** P.O. Box 806  Hahnville, LA 70057

**Defendants**
- R-Vision, Inc.
- CH2M Hill Constructors, Inc.
- Lexington Insurance Company
- Liberty Insurance Corp
- Westchester Surplus Lines Insurance Company
- Arch Specialty Insurance Company

**Plaintiff** Dawn Esposito (224646)  **Address** 2032 N. Riverpark Drive  Violet, LA 70092

**Defendants**
- R-Vision, Inc.
- Fluor Enterprises, Inc
- Lexington Insurance Company
- Liberty Insurance Corp
- Westchester Surplus Lines Insurance Company
- Arch Specialty Insurance Company