# Exhibit A
Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al.

1627

**Plaintiff**  Leroy Toulouse (202666)     **Address**  61148 Trabona Lane  Amite, LA 70422

**Defendants**
    Scotbilt Homes, Inc.

**Plaintiff**  LaChedra Toulouse (202667)    **Address**  61148 Trabona Lane  Amite, LA 70422

**Defendants**
    Scotbilt Homes, Inc.

**Plaintiff**  Daniel Sonnier (220452)     **Address**  3521 Palmisano  Chalmette, LA 70043

**Defendants**
    Scotbilt Homes, Inc.
    Fluor Enterprises, Inc