# Exhibit A
Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.

1631

| | | | |
|---|---|---|---|
| **Plaintiff** | Mary Boyd (216341) | **Address** | 151 Shorty Burgess Rd. lot 38  Picayune, MS 39466 |

**Defendants**
 Starcraft RV, Inc.
 Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Joseph Boyd (216342) | **Address** | 109 West McClendon Apt B  Poplarville, MS 39470 |

**Defendants**
 Starcraft RV, Inc.
 Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Mary Boyd, as Next Friend of J.E, a minor (216475) | **Address** | 151 Shorty Burgess Rd. lot 38  Picayune, MS 39466 |

**Defendants**
 Starcraft RV, Inc.
 Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Mary Boyd, as Next Friend of M.H, a minor (216576) | **Address** | 151 Shorty Burgess Rd. lot 38  Picayune, MS 39466 |

**Defendants**
 Starcraft RV, Inc.
 Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Mary Boyd, as Next Friend of N.H, a minor (216577) | **Address** | 151 Shorty Burgess Rd. lot 38  Picayune, MS 39466 |

**Defendants**
 Starcraft RV, Inc.
 Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Crystal High (216578) | **Address** | 109 West McGlendon Apt B  Poplarville, MS 39470 |

**Defendants**
 Starcraft RV, Inc.
 Bechtel National, Inc

# Exhibit A
Inoka Salter, as Next Friend of C. M., a minor, et. al.  vs. Starcraft RV, Inc., et. al.

**Plaintiff**  Tommy High (216579)     **Address**  P.O. Box 914  Poplarville, MS 39470

**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Sarah May, as Next Friend of B.M, a minor (220298)     **Address**  7286 Tunica St.  Bay St. Louis, MS 39520

**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Sarah May, as Next Friend of L.M, a minor (220299)     **Address**  7286 Tunica St.  Bay St. Louis, MS 39520

**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Sarah May (220300)     **Address**  7286 Tunica St.  Bay St. Louis, MS 39520

**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Chanel Dixon (229626)     **Address**  8447 South Carolina Ave  Gulfport, MS 39501

**Defendants**
  Starcraft RV, Inc.
  Bechtel National, Inc