# Exhibit A
Ellis Joseph, et. al.  vs. Superior Homes, LLC, et. al.

1633

**Plaintiff** Linda Hendricks (214454)     **Address** 1506 Van Buren St.  Bogalusa, LA 70427

**Defendants**
  Superior Homes, LLC
  Fluor Enterprises, Inc

**Plaintiff** Ashli Bell (216315)     **Address** 1801 Hwy. 11 #1 Picayune, MS 39466

**Defendants**
  Superior Homes, LLC
  Fluor Enterprises, Inc

**Plaintiff** Ronnie Dickens (216455)     **Address** P.O. Box 821  Picayune, MS 39466

**Defendants**
  Superior Homes, LLC
  Fluor Enterprises, Inc

**Plaintiff** Donna Sander (216887)     **Address** P.O. Box 1834  Slidell, LA 70459

**Defendants**
  Superior Homes, LLC
  Fluor Enterprises, Inc

**Plaintiff** Mark Sander (216888)     **Address** P.O. Box 1634  Slidell, LA 70459

**Defendants**
  Superior Homes, LLC
  Fluor Enterprises, Inc

**Plaintiff** Murray Latapie (223886)     **Address** 1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
  Superior Homes, LLC
  Fluor Enterprises, Inc

# Exhibit A
Ellis Joseph, et. al.  vs. Superior Homes, LLC, et. al.

**Plaintiff**  Shannon Latapie (223887)     **Address**  1329 Green Avenue  Saint Bernard, LA 70085

**Defendants**
  Superior Homes, LLC
  Fluor Enterprises, Inc