# Exhibit A
Susan Pittman, as Next Friend of J. F., a minor, et. al.  vs. Thor Industries, Inc., et. al.

1634

**Plaintiff**  Harry Johnson (201465)  **Address**  1429 Governor Nicholos  New Orleans, LA 70116

**Defendants**
    Thor Industries, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Phillip Carmouche (205607)  **Address**  306 Maumus Ave  New Orleans, LA 70131

**Defendants**
    Thor Industries, Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff**  Gerald Burdine (206938)  **Address**  272 Holcomb Blvd.  Ocean Springs, MS 39564

**Defendants**
    Thor Industries, Inc.
    Bechtel National, Inc

**Plaintiff**  Amanda Holder (207031)  **Address**  272 Holcomb Blvd 5 years Ocean Springs, MS 39564

**Defendants**
    Thor Industries, Inc.
    Bechtel National, Inc

**Plaintiff**  Marion Lee (213435)  **Address**  845 Daney St.  Slidell, LA 70458

**Defendants**
    Thor Industries, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Eugene Lee (213588)  **Address**  845 Daney Street  Slidell, LA 70458

**Defendants**
    Thor Industries, Inc.
    Fluor Enterprises, Inc