# Exhibit A
Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.

1635

**Plaintiff**  Jacqueline Bilbo (206896)     **Address**  6012 Dan Garcia Road  Bay St. Louis, MS 39520

**Defendants**
  Vanguard, LLC
  Bechtel National, Inc