# Exhibit A
Angela Hampton, as Next Friend of J. H., a minor, et. al.  vs. Destiny Industries, LLC, et. al.

1637

**Plaintiff** Tiffany Kirkland, as Representative of the Estate of Torry Kirkland, deceased (210329)    **Address** 3702 Lincolnshire Drive  Pascagoula , MS 39581

**Defendants**
Destiny Industries, LLC
CH2M Hill Constructors, Inc.

**Plaintiff** Tiffany Fielder, as Next Friend of R.K, a minor (210330)    **Address** 3702 Lincolnshire Drive  Pascagoula, MS 39581

**Defendants**
Destiny Industries, LLC
CH2M Hill Constructors, Inc.

**Plaintiff** Tiffany Fielder, as Next Friend of T.K, a minor (210345)    **Address** 3702 Lincolnshire Dr.  Pascagoula, MS 39581

**Defendants**
Destiny Industries, LLC
CH2M Hill Constructors, Inc.

**Plaintiff** Tiffany Fielder (210357)    **Address** 3702 Lincolnshire Dr.   Pascagoula, MS 39581

**Defendants**
Destiny Industries, LLC
CH2M Hill Constructors, Inc.

**Plaintiff** Tiffany Fielder, as Next Friend of R.K, a minor (220256)    **Address** 3702 Lincolnshire  Pascagoula, MS 39581

**Defendants**
Destiny Industries, LLC
CH2M Hill Constructors, Inc.

**Plaintiff** Tiffany Fielder, as Next Friend of T.K, a minor (220258)    **Address** 3702 Lincolnshire  Pascagoula, MS 39581

**Defendants**
Destiny Industries, LLC
CH2M Hill Constructors, Inc.