## Exhibit A
Angela Morris, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.

1639

**Plaintiff** Neilan Brown (225864)                **Address** P.O. Box 719  Violet, LA 70092


**Defendants**
      Alliance Homes, Inc. d/b/a Adrian Homes
      Fluor Enterprises, Inc