# Exhibit A
Rena Semien, et. al.  vs. Timberland RV Company d/b/a/ Adventure Manufacturing, et. al.

1640

**Plaintiff**  Rose Thomas (200350)  **Address**  1625 Martin Bluff Road  # 60 Gautier, MS 39553

**Defendants**
  Timberland RV Company d/b/a/ Adventure Manufacturing
  CH2M Hill Constructors, Inc.

**Plaintiff**  Donald McCreary (201145)  **Address**  1625 Martin Bluff Road  # 60 Gautier, MS 39553

**Defendants**
  Timberland RV Company d/b/a/ Adventure Manufacturing
  CH2M Hill Constructors, Inc.