# Exhibit A
Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.

1641

**Plaintiff** Alicia Brock-Duplessis (205082) **Address** 250 Holmes Boulevard Apt. 5F  Gretna, LA 70056

**Defendants**
Champion Home Builders Co.
Fluor Enterprises, Inc
Travelers Property Casualty Company of America TIL

**Plaintiff** Brenda Bourgeois (223523) **Address** 2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
Champion Home Builders Co.
Fluor Enterprises, Inc
Travelers Property Casualty Company of America TIL

**Plaintiff** Vicki Campo (223566) **Address** 524 Hickory   Harahan, LA 70123

**Defendants**
Champion Home Builders Co.
Fluor Enterprises, Inc
Travelers Property Casualty Company of America TIL

**Plaintiff** Arielle Fraino (223681) **Address** 2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
Champion Home Builders Co.
Fluor Enterprises, Inc
Travelers Property Casualty Company of America TIL