# Exhibit A
Joyce Calabretta, et. al. vs. Lexington Homes, et. al.

1644

**Plaintiff**  Letlanva Hawkins, as Next Friend of D. W, a minor (202551)  **Address**  44173 Simpson Place Apt B Hammond, LA 70403

**Defendants**
  Lexington Homes
  Fluor Enterprises, Inc

**Plaintiff**  Charlene Ricks (206713)  **Address**  2152 Hwy 1045 Amite, LA 70422

**Defendants**
  Lexington Homes
  Fluor Enterprises, Inc