# Exhibit A
Toria King, et. al.  vs. Homes of Merit, Inc., et. al.

1646

**Plaintiff**  Connie Long (201175)  **Address**  1409 Hwy. 90  # 262 Gautier, MS 39553

**Defendants**
Homes of Merit, Inc.
CH2M Hill Constructors, Inc.
Travelers Property Casualty Company of America TIL

**Plaintiff**  Connie Long, as Next Friend of H.L, a minor (201176)  **Address**  1409 Hwy 90  #262 Gautier, MS 39553

**Defendants**
Homes of Merit, Inc.
CH2M Hill Constructors, Inc.
Travelers Property Casualty Company of America TIL

**Plaintiff**  James Long (201177)  **Address**  1409 Hwy. 90  Lot 262 Gautier, MS 39553

**Defendants**
Homes of Merit, Inc.
CH2M Hill Constructors, Inc.
Travelers Property Casualty Company of America TIL

**Plaintiff**  Connie Long, as Next Friend of V.L, a minor (201178)  **Address**  1409 Hwy 90 #262 Gautier, MS 39553

**Defendants**
Homes of Merit, Inc.
CH2M Hill Constructors, Inc.
Travelers Property Casualty Company of America TIL