# Exhibit A
Leonard Lambert, et. al.  vs. Viking Recreational Vehicle Company, LLC, et. al.

1650

**Plaintiff**  Tracy Westbrook, as Next Friend of S. L, a minor (214341)   **Address**  23100 Rd. 262  Picayune, MS 39466

**Defendants**
   Viking Recreational Vehicle Company, LLC
   Bechtel National, Inc

**Plaintiff**  Tracy Westbrook, as Next Friend of T. L, a minor (214342)   **Address**  23100 Rd. 262  Picayune, MS 39466

**Defendants**
   Viking Recreational Vehicle Company, LLC
   Bechtel National, Inc