# Exhibit A
Richard Brown, et. al.  vs. Northwood Manufacturing Inc., et. al.

1652

| | | |
|---|---|---|
| **Plaintiff** | Richard Arevalo, as Next Friend of R. A, a minor (213898) | **Address** 10233 Lake Forest Drive  Ocean Springs, MS 39564 |

**Defendants**
  Northwood Manufacturing Inc.
  Bechtel National, Inc

| | | |
|---|---|---|
| **Plaintiff** | Cassandra Arevalo (213899) | **Address** 10233 Lake Forest Drive  Ocean Springs, MS 39564 |

**Defendants**
  Northwood Manufacturing Inc.
  Bechtel National, Inc