# Exhibit A
Jonique Brown, et. al.  vs. Patriot Homes of Texas, L.P., et. al.

1648

**Plaintiff**  Dorian Williams (206625)     **Address**  9214 Wells Worth Dr.   Houston , TX 77083

**Defendants**
- Patriot Homes of Texas, L.P.
- Fluor Enterprises, Inc
- Patriot Homes, Inc.
- Patriot Manufacturing, Inc.
- Insurco, Ltd

**Plaintiff**  Wayne Treaudo (206686)     **Address**  7231 Boston Dr.  New Orleans, LA 70127

**Defendants**
- Patriot Homes of Texas, L.P.
- Fluor Enterprises, Inc
- Patriot Homes, Inc.
- Patriot Manufacturing, Inc.
- Insurco, Ltd