## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

1441

**Plaintiff** Tasha Bowman (199916)             **Address** 2110 Popps Ferry Rd. Apt. A8 Biloxi, MS 39532

**Defendants**
          CMH Manufacturing, Inc.

---

**Plaintiff** Brentton Bates (200022)             **Address** 8121 Mcdonald Road  Pass Christian, MS 39571

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff** Dwayne  Russell (200578)             **Address** 628 15th St.  Franklinton, LA 70438

**Defendants**
          CMH Manufacturing, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff** Kishma Odom (200799)             **Address** 242 McDonnell Ave. Apt. A-24 Biloxi, MS 39531

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff** Roosevelt Owen (200808)             **Address** 802 Dupoint Avenue  Pascagoula, MS 39567

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff** Betty Johnson, as Next Friend of R.O, a minor (200810)             **Address** 802 Dupoint Avenue  Pascagoula, MS 39567

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

---

# Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Betty Johnson, as Next Friend of R.O, a minor (200811)     **Address**  802 Dupoint Avenue  Pascagoula, MS 39567

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Rociarra Owens (200812)     **Address**  802 Dupoint Avenue  Pascagoula, MS 39567

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Shaniqua  Owens (200813)     **Address**  802 Dupoint Avenue  Pascagoula, MS 39567

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Betty Johnson, as Next Friend of T.O, a minor (200814)     **Address**  802 Dupoint Avenue  Pascagoula, MS 39567

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Betty Johnson, as Next Friend of T.O, a minor (200815)     **Address**  802 Dupoint Avenue  Pascagoula, MS 39567

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Kiva Moore (200896)     **Address**  10479 Rolling Heights Drive  Lot 246 D'Iberville, MS 39540

**Defendants**
CMH Manufacturing, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Daphne Lawrence, as Next Friend of A. L, a minor (201291)    **Address**  274 Main St.  Stateline, MS 39362

**Defendants**
   CMH Manufacturing, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Daphne Lawrence (201292)    **Address**  274 Main St  Stateline, MS 39362

**Defendants**
   CMH Manufacturing, Inc.
   CH2M Hill Constructors, Inc.

---

**Plaintiff**  Dwayne Handy (201602)    **Address**  46713 Emma Hart Rd.  Franklinton, LA 70438

**Defendants**
   CMH Manufacturing, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Dwight Handy (201603)    **Address**  46709 Emma Hart Rd.  Franklinton, LA 70438

**Defendants**
   CMH Manufacturing, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Shawn  Handy (201606)    **Address**  46713 Emma Hart Rd.  Franklinton , LA 70438

**Defendants**
   CMH Manufacturing, Inc.
   Fluor Enterprises, Inc

---

**Plaintiff**  Kishma Odom, as Next Friend of D.H, a minor (201623)    **Address**  242 McDonnell Ave Apt A24 Biloxi , MS 39531

**Defendants**
   CMH Manufacturing, Inc.
   CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Letlanva Hawkins (201647)          **Address** PO Box 625   Buras, LA 70041

**Defendants**
      CMH Manufacturing, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Tasha Bowman, as Next Friend of T.G, a minor (201728)          **Address** 2110 Popps Ferry Rd. Apt. A8 Biloxi, MS 39532

**Defendants**
      CMH Manufacturing, Inc.

**Plaintiff** Tasha Bowman, as Next Friend of T.G, a minor (201729)          **Address** 2110 Popps Ferry Rd. Apt. A8 Biloxi, MS 39532

**Defendants**
      CMH Manufacturing, Inc.

**Plaintiff** Tasha Bowman, as Next Friend of W.G, a minor (201731)          **Address** 2110 Popps Ferry Rd. Apt. A8 Biloxi, MS 39532

**Defendants**
      CMH Manufacturing, Inc.

**Plaintiff** Daniel  Foster (201773)          **Address** 2110 Popps Ferry Rd. Apt. A8 Biloxi, MS 39532

**Defendants**
      CMH Manufacturing, Inc.

**Plaintiff** Jane Foster (201774)          **Address** 244 Main St.  Statline, MS 39362

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Tasha Bowman, as Next Friend of N.F, a minor (201775)          **Address** 2110 Popps Ferry Rd. Apt. A8 Biloxi, MS 39532

**Defendants**
      CMH Manufacturing, Inc.

## Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Charles Funchess (201806)          **Address** 10479 Rolling Heights Drive  Lot 246 Diberville, MS 39540

**Defendants**
  CMH Manufacturing, Inc.

---

**Plaintiff** Michelle Dickerson (201981)          **Address** 628 15th St.  Franklinton, LA 70438

**Defendants**
  CMH Manufacturing, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Anthony Cherry (202267)          **Address** 242 McDonnell Ave Apt A24 Biloxi, MS 39531

**Defendants**
  CMH Manufacturing, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Chana Williams (202547)          **Address** 43451 Willow Villa Rd  Hammond, LA 70403

**Defendants**
  CMH Manufacturing, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Letlanva Hawkins, as Next Friend of D. W, a minor (202551)          **Address** 44173 Simpson Place Apt B Hammond , LA 70403

**Defendants**
  CMH Manufacturing, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Alice Young (202643)          **Address** 7017 Hwy 494  Little Rock, MS 39337

**Defendants**
  CMH Manufacturing, Inc.
  Fluor Enterprises, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Shel Abram (203275)                          **Address** 9280 Canal Road  Lot 9 Gulfport, MS 39503

**Defendants**
> CMH Manufacturing, Inc.

---

**Plaintiff** Tracey Biggs, as Next Friend of L.B, a          **Address** 373 Hunter Ave  Pass Christian, MS 39571
minor (203308)

**Defendants**
> CMH Manufacturing, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Tracey Biggs (203313)                          **Address** P.O. Box 86  Pass Christian, MS 39571

**Defendants**
> CMH Manufacturing, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** Tracey Biggs, as Next Friend of R.B, a          **Address** 373 Hunter Ave  Pass Christian , MS 39571
minor (203314)

**Defendants**
> CMH Manufacturing, Inc.
> CH2M Hill Constructors, Inc.

---

**Plaintiff** LaKaitha Epps (203398)                          **Address** 2015 31st Street  Gulfport, MS 39501

**Defendants**
> CMH Manufacturing, Inc.

---

**Plaintiff** LaKaitha Epps, as Next Friend of S.E, a          **Address** 2015 31st Street  Gulfport, MS 39501
minor (203399)

**Defendants**
> CMH Manufacturing, Inc.

---

**Plaintiff** LaKaitha Epps, as Next Friend of T.H,          **Address** 2015 31st Street  Gulfport, MS 39501
a minor (203455)

**Defendants**
> CMH Manufacturing, Inc.

## Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  LaKaitha Epps, as Next Friend of C.H,          **Address**  2015 31st Street  Gulfport, MS 39501
a minor (203456)

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff**  LaKaitha Epps, as Next Friend of C.H,          **Address**  2015 31st Street  Gulfport, MS 39501
a minor (203457)

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff**  Terry Johnson (203478)          **Address**  9280 Canal Road  Lot 9 Gulfport, MS 39503

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff**  Monica Lott (203501)          **Address**  14319 Taylor Blvd.  Gulfport, MS 39503

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff**  Kevin Lott (203502)          **Address**  9280 Canal Road  Lot 56 Gulfport, MS 39503

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff**  Monica Lott, as Next Friend of K.L, a          **Address**  14319 Taylor Blvd  Gulfport, MS 39503
minor (203503)

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff**  Lionel Saucier (203595)          **Address**  24 Royal Circle Pass  Pass Christian, MS 39571

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

## Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Glorine Simpson (203611)                   **Address**  351 Saucier Avenue  Pass Christian, MS 39571

**Defendants**
>           CMH Manufacturing, Inc.
>           CH2M Hill Constructors, Inc.

---

**Plaintiff**  Elliott Simpson (203612)                   **Address**  658 Sycamore Street  Bay St. Louis, MS 39520

**Defendants**
>           CMH Manufacturing, Inc.
>           CH2M Hill Constructors, Inc.

---

**Plaintiff**  Monica Lott, as Next Friend of L.W, a
minor (203681)                   **Address**  14319 Taylor Blvd  Gulfport, MS 39503

**Defendants**
>           CMH Manufacturing, Inc.

---

**Plaintiff**  Monica Lott, as Next Friend of C.W, a
minor (203682)                   **Address**  14319 Taylor Blvd  Gulfport, MS 39503

**Defendants**
>           CMH Manufacturing, Inc.

---

**Plaintiff**  Denita Fairconeture, as Next Friend of
C.P, a minor (205174)                   **Address**  7480 Lobouy Road  Pass Christian, MS 39571

**Defendants**
>           CMH Manufacturing, Inc.
>           CH2M Hill Constructors, Inc.

---

**Plaintiff**  Justin Garcia (205301)                   **Address**  117 Beth Court  Waveland, MS 39576

**Defendants**
>           CMH Manufacturing, Inc.
>           Bechtel National, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Tami Garcia (205305)                          **Address** 6218 W. Lamar st.  Bay St. Louis, MS 39520

**Defendants**
     CMH Manufacturing, Inc.
     Bechtel National, Inc

---

**Plaintiff** Denita Fairconeture, as Next Friend of A.D, a minor (205395)    **Address** 7480 Lobouy Road  Pass Christian, MS 39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff** Denita Fairconeture (205406)                 **Address** 7480 Lobouy Road  Pass Christian, MS 39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff** Denita Fairconeture, as Next Friend of N.F, a minor (205407)    **Address** 7480 Lobouy Road  Pass Christian, MS 39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff** Chakita Singleton (205444)                   **Address** 112 Lynn Circle  Pass Christian, MS 39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff** Clinton Sterling (205454)                    **Address** P.O. Box 96  Lakeshore, MS 39558

**Defendants**
     CMH Manufacturing, Inc.
     Bechtel National, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Della  Dulworth , as Next Friend of B.
D, a minor (205759)

**Address** 6162 East Kemper  Bay St. Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Della  Dulworth , as Next Friend of C.
D, a minor (205761)

**Address** 6162 East Kemper  Bay St. Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Della Dulworth (205873)

**Address** 6142 W. Benton  Bay St. Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Anthony Newell (205917)

**Address** 14269 County Farm Rd. Lot 95 Gulfport, MS
39503

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Deborah May (205919)

**Address** 13780 Vidalia Rd. Lot # 3
  Pass Christian
, MS 39571

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Shawndi Holmes (205940)

**Address** 890 Motsie Rd #418 Biloxi, MS 39532

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Sandra Spaulding (205941)                    **Address**  19061 Hwy. 53  Lot 15 Gulfport, MS 39503

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sandra Spaulding, as Next Friend of M.       **Address**  19061 Hwy 53 Lot 15  Gulfport, MS 39503
C, a minor (205942)

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff**  Sandra  Spauldings, as Next Friend of       **Address**  19061 Hwy 53 Lot 15  Gulfport, MS 39503
M.H, a minor (205944)

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lillian McCloskey (205969)                   **Address**  3063 Longfellow Street  Bay St. Louis, MS 39520

**Defendants**
     CMH Manufacturing, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Emily Michel, as Representative of the       **Address**  3063 Longfellow Street  Bay St. Louis, MS 39520
Estate of Quentin Michel, deceased
(205970)

**Defendants**
     CMH Manufacturing, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Emily Michel, as Next Friend of K.E, a       **Address**  3063 Longfellow Street  Bay St. Louis, MS 39520
minor (205972)

**Defendants**
     CMH Manufacturing, Inc.
     Bechtel National, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Emily Michel, as Next Friend of K.G, a minor (205973)   **Address**  3063 Longfellow Street  Bay St. Louis, MS 39520

**Defendants**
  CMH Manufacturing, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Kristin Young (206641)   **Address**  139 C Fayard St.  Biloxi, MS 39530

**Defendants**
  CMH Manufacturing, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Michael Spaulding (206645)   **Address**  19061 Hwy 53 Lot 15  Gulfport, MS 39503

**Defendants**
  CMH Manufacturing, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Aline Verdon, as Next Friend of A.V, a minor (206688)   **Address**  10 Bay Park Way Aot # 175  Bay St. Louis, MS 39520

**Defendants**
  CMH Manufacturing, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Aline Verdon (206689)   **Address**  10 Bay Parkway Apt 175 Bay St. Louis, MS 39520

**Defendants**
  CMH Manufacturing, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Aline Verdon, as Next Friend of T.V, a minor (206690)   **Address**  P.O. Box 2004  Bay St. Louis, MS 39521

**Defendants**
  CMH Manufacturing, Inc.
  Bechtel National, Inc

# Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Dana Salmons (206732)                    **Address**  1711 Warren Dr.  Ocean Springs, MS 39564

**Defendants**
　　　　CMH Manufacturing, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Demetrius Newell (206770)                **Address**  344 Mercier ave.  Pass Christian, MS 39571

**Defendants**
　　　　CMH Manufacturing, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Charles Mays (206845)                    **Address**  13780 Vidalia Rd. Lot 3 Pass Christian, MS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　39571

**Defendants**
　　　　CMH Manufacturing, Inc.
　　　　CH2M Hill Constructors, Inc.

---

**Plaintiff**  Lauren Harris (207019)                   **Address**  7189 Tunica St.   Bay St. Louis, MS 39520

**Defendants**
　　　　CMH Manufacturing, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Nathaniel Hill (207030)                  **Address**  10 Bay Park Way Apt# 175  Bat St. Louis, MS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　39520

**Defendants**
　　　　CMH Manufacturing, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff**  Melinda Feverston (207937)               **Address**  23952 Black Gum Circle  Pass Christian, MS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　39571

**Defendants**
　　　　CMH Manufacturing, Inc.
　　　　CH2M Hill Constructors, Inc.

## Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Mary Kirchner (207938)                    **Address** 23952 Black Gum Circle  Pass Christian, MS 39571

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Melinda Feverston, as Next Friend of C.K, a minor (207939)                    **Address** 23952 Black Gum Circle  Pass Christian, MS 39571

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Earl Veillon (208019)                    **Address** 6110 Road 135  Bay St Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Phyllis Beck (208022)                    **Address** 23950 Black Gum Circle  Pass Christian, MS 39571

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Heather Dedeaux, as Next Friend of T. D, a minor (208902)                    **Address** 22770 Fenton Dedeaux Road  Kiln, MS 39556

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Heather
 Dedeaux, as Next Friend of H.D, a minor (208903)                    **Address** 22770 Fenton Dedeaux  Kiln, MS 39556

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

# Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Heather Dedeaux, as Next Friend of A.   **Address**  22770 Fenton Dedeaux  Kiln, MS 39556
D, a minor (208904)

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Courtney Smith (208937)   **Address**  6004 Rd 135  Bat Saint Loius, MS 39520

**Defendants**
CMH Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff**  Amanda Necaise (208938)   **Address**  6004 Rd. 135  Bay St. Louis, MS 39520

**Defendants**
CMH Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff**  Roy McKay (208948)   **Address**  3163 Firetower Road  Kiln, MS 39556

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Stephanie Shiyou (208950)   **Address**  3163 Firetower Road  Kiln, MS 39556

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Ruby Wells (209327)   **Address**  719 Wood Street  Waveland, MS 39576

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Trenda Triplett, as Next Friend of K.M, a minor (209552)   **Address** 2224 Pass Road #602 Biloxi, MS 39531

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Stevie Bello, as Next Friend of C.M, a minor (209571)   **Address** 6136 Eleventh Ave.  Pearlington, MS 39572

**Defendants**
CMH Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Stevie Bello, as Next Friend of H.M, a minor (209572)   **Address** 6136 Eleventh Ave.  Pearlington, MS 39572

**Defendants**
CMH Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Prince McNeely (209578)   **Address** 213 Olivari Street  Waveland, MS 39576

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Jalena Posey, as Next Friend of P.M, a minor (209579)   **Address** 213 Olivari Street  Waveland, MS 39576

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Stevie Bello, as Next Friend of A.B, a minor (209894)   **Address** 12307 Lower Bay Rd  Bay St. Louis, MS 39572

**Defendants**
CMH Manufacturing, Inc.
Bechtel National, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Trenda Triplett, as Next Friend of K.T,     **Address** 2224 Pass Road #602  Biloxi, MS 39531
a minor (210098)

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Trenda Triplett (210099)     **Address** 1956 East Pass Rd Apt C Gulfport, MS 39507

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Jalena Posey, as Next Friend of P.M, a     **Address** 213 Olivari Street  Waveland, MS 39576
minor (210184)

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Jalena Posey, as Next Friend of G.P, a     **Address** 213 Olivari Street  Waveland, MS 39576
minor (210295)

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Jalena Posey (210296)     **Address** 213 Olivari Street  Waveland, MS 39576

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Jalena Posey, as Next Friend of J.P, a     **Address** 213 Olivari Street  Waveland, MS 39576
minor (210297)

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

# Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Valerie Duplessis (210373)                    **Address**  6094 West Jones   Bay St Louis, MS 39520

**Defendants**
     CMH Manufacturing, Inc.
     Bechtel National, Inc

**Plaintiff**  Valerie Jones, as Next Friend of O.D, a            **Address**  6162 West Benton  Bay St. Louis, MS 39520
minor (210376)

**Defendants**
     CMH Manufacturing, Inc.
     Bechtel National, Inc

**Plaintiff**  Mildred Carver, as Next Friend of E.G,            **Address**  8447 Harrison St.   Bay St. Louis, MS 39520
a minor (211550)

**Defendants**
     CMH Manufacturing, Inc.

**Plaintiff**  Allen Green (211558)                    **Address**  8447 Harrison Street  Bay St. Louis, MS 39520

**Defendants**
     CMH Manufacturing, Inc.

**Plaintiff**  Kelly Green, as Next Friend of D.G, a            **Address**  8447 Harrison St  Bay Saint Louis, MS 39520
minor (211560)

**Defendants**
     CMH Manufacturing, Inc.

**Plaintiff**  Kelly Green (211563)                    **Address**  8447 Harrison Street  Bay St. Louis, MS 39520

**Defendants**
     CMH Manufacturing, Inc.

**Plaintiff**  Tommy Guyton (211580)                    **Address**  6099 West Forrest  Waveland, MS 39576

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

# Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Mildred Carver, as Representative of the Estate of Donald Carver, deceased (211814)

**Address** 8447 Harrison Street  Bay St. Louis, MS 39520

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff** Kevin Carver (211815)

**Address** 100 Auderer Blvd Apt B-7 Waveland, MS 39576

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff** Mildrerd Carver (211816)

**Address** 8447 Harrison St.  Bay St. Loius, MS 39520

**Defendants**
CMH Manufacturing, Inc.

---

**Plaintiff** Ashley Bleidt (211862)

**Address** 1700 65th Ave  Apt M89 Gulfport, MS 39501

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Clifton White (212011)

**Address** P.O. Box 1608  Luling, LA 70070

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Matthew May (212577)

**Address** 7286 Tunica St  Bay  St. Louis, MS 39520

**Defendants**
CMH Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff** James Powell (212578)

**Address** 5655 Hoda Road  Kiln, MS 39556

**Defendants**
CMH Manufacturing, Inc.
Bechtel National, Inc

# Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Jason Vuong (212581)                    **Address**  7536 County Road  Coden, AL 36523

**Defendants**
CMH Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff**  Kayretha Ludgood (213032)              **Address**  1215 Basin Refuge Road  Lucedale, MS 39452

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Keith Ludgood (213033)                 **Address**  1215 Basin Refuge Road  Lucedale, MS 39452

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Kayretha Ludgood, as Next Friend of    **Address**  1215 Basin refuge Road  Lucedale, MS 39452
K.L, a minor (213034)

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Kelvin Lindsey (214283)                **Address**  P.O. Box 1924  Slidell, LA 70459

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Lisa Major, as Next Friend of A.M, a   **Address**  1521 S. Sugar Rd.  Laplace, LA 70068
minor (214300)

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Lisa Major, as Next Friend of R.M, a minor (214302)  **Address**  1521 S. Sugar Rd.  Laplace, LA 70068

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Duane Henderson (214449)  **Address**  P.O. Box 1924  Slidell, LA 70459

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Joan Gill (214485)  **Address**  229 Sandy St  Waveland, MS 39576

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Shanna Clinton, as Next Friend of S.C, a minor (214652)  **Address**  103 Sundance Pass  Waveland, MS 39576

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Terriannetta Brown (214818)  **Address**  1306 Glacier Dr.  Ocean Springs, MS 39564

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Armond Porter (214946)  **Address**  P.O. Box 301  Pass Christian, MS 39571

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Christine Porter (214947)            **Address** P.O. Box 301  Pass Christian, MS 39571

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Destiny Porter (214948)            **Address** P.O.Box 301  Pass Christian, MS 39571

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Brittany Reynolds (214973)            **Address** 805 Spruce St.  Waveland, MS 39576

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Nichole Williams, as Next Friend of K.            **Address** 101 Kendrick Lane  Picayune, MS 39466
C, a minor (215510)

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Nichole Williams, as Next Friend of A.            **Address** 101 Kendrick Lane  Picayune, MS 39466
T, a minor (216026)

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff** Nichole Williams, as Next Friend of D.            **Address** 101 Kendrick Lane  Picayune, MS 39466
W, a minor (216084)

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Nichole Williams, as Next Friend of K.  **Address**  101 Kendrick Lane  Picayune, MS 39466
W, a minor (216094)

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Nichole Williams (216098)  **Address**  101 Kendrick Lane  Picayune, MS 39466

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Melicia Travis, as Next Friend of L.B, a  **Address**  502 Martin Luther King Jr. Dr.  Poplarville, MS
minor (216335)  39470

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff**  Krystal Davis (216445)  **Address**  P.O. Box 1963  Picayune, MS 39466

**Defendants**
    CMH Manufacturing, Inc.

---

**Plaintiff**  Krystal Davis, as Representative of the  **Address**  P.O. Box 1963  Picayune, MS 39466
Estate of Matthew Davis, deceased
(216446)

**Defendants**
    CMH Manufacturing, Inc.

---

**Plaintiff**  Gary Travis (216995)  **Address**  502 Martin Luther King Jr. Dr.  Poplarville, MS
39470

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Melicia Travis (216996)                    **Address** 502 Martin Luther King Jr. Dr.  Poplarville, MS
                                                                      39470

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff** Melicia Travis, as Next Friend of G.T,      **Address** 502 Martin Luther King Jr. Dr.  Poplarville, MS
             a minor (216997)                                         39470

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff** Melicia Travis, as Next Friend of A.T,      **Address** 502 Martin Luther King Jr. Dr.  Poplarville, MS
             a minor (216998)                                         39470

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff** Melicia Travis, as Next Friend of D.T,      **Address** 502 Martin Luther King Jr. Dr.  Poplarville, MS
             a minor (216999)                                         39470

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff** Melicia Travis, as Next Friend of J.T, a    **Address** 502 Martin Luther King Jr. Dr.  Poplarville, MS
             minor (217000)                                           39470

**Defendants**
          CMH Manufacturing, Inc.
          CH2M Hill Constructors, Inc.

**Plaintiff** Ruth Dulworth, as Next Friend of O.D,       **Address** 454 Windsor Dr  Jackson, MS 39209
             a minor (220122)

**Defendants**
          CMH Manufacturing, Inc.
          Bechtel National, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Ruth Dulworth (220123)                **Address**  454 Windsor Dr  Jackson, MS 39209

**Defendants**
>  CMH Manufacturing, Inc.
>  Bechtel National, Inc

**Plaintiff**  Candace Hill (220221)                **Address**  P.O. Box  4363  Bay St. Louis, MS 39520

**Defendants**
>  CMH Manufacturing, Inc.
>  Bechtel National, Inc

**Plaintiff**  Candace Hill, as Next Friend of S.M, a minor (220322)                **Address**  P.O. Box  4363  Bay St. Louis, MS 39520

**Defendants**
>  CMH Manufacturing, Inc.
>  Bechtel National, Inc

**Plaintiff**  Candace Hill, as Next Friend of G.S, a minor (220421)                **Address**  P.O. Box  4363  Bay St. Louis, MS 39520

**Defendants**
>  CMH Manufacturing, Inc.
>  Bechtel National, Inc

**Plaintiff**  Kenneth Stalter (220458)                **Address**  P.O. Box 4363  Bay St Louis, MS 39520

**Defendants**
>  CMH Manufacturing, Inc.
>  Bechtel National, Inc

**Plaintiff**  Kenneth Barrilleaux, as Next Friend of D.B, a minor (221715)                **Address**  P.O. Box  30  Poplarville, MS 39470

**Defendants**
>  CMH Manufacturing, Inc.
>  CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Kenneth  Barrilleaux, Jr., as Next Friend of K.B, a minor (221717)          **Address** P.O. Box 30  Poplarville, MS 39470

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** David Bodiford (221932)          **Address** 6026 W Hinds St  Bay St. Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Sue Bodiford (221933)          **Address** 7066 W Greene St  Bay St. Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Sue Bodiford, as Next Friend of E.B, a minor (221934)          **Address** 7066 W Greene St  Bay St. Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Sue Bodiford, as Next Friend of J.B, a minor (221935)          **Address** 7066 W Greene St  Bay St. Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Sue Bodiford, as Next Friend of B.S, a minor (222218)          **Address** 7066 W Greene St  Bay St. Louis, MS 39520

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Jacqueline Champeau (222310)          **Address**  11220 Hughes Rd. #94  Gulf Port, MS 39503

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff**  Quantella Lee, as Next Friend of D.L., a          **Address**  14269 County Farm Rd  Lot 173 Gulfport, MS
minor (222851)          39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff**  DeAja Lee (222852)          **Address**  7486 LoBouy Road  Pass Christian, MS 39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff**  Demetrious Lee (222853)          **Address**  14269 County Farm Rd  Lot 173  Gulfport, MS
39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff**  Quanella Lee, as Next Friend of D.L., a          **Address**  14269 County Farm Rd Lot 173  Gulfport, MS
minor (222854)          39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

**Plaintiff**  Quantella Lee (222856)          **Address**  7486 Lobouy Road  Pass Christian, MS 39571

**Defendants**
     CMH Manufacturing, Inc.
     CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Kimberly Porter (223457)                    **Address** 2309 Delta Queen Dr.   Violet, LA 70092

**Defendants**
        CMH Manufacturing, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Brad Anglada (223478)                    **Address** 5012 East St. Bernard  Violet, LA 70092

**Defendants**
        CMH Manufacturing, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Brad Anglada, as Next Friend of C.A, a    **Address** 5012 E. St. Bernard  Violet, LA 70092
minor (223479)

**Defendants**
        CMH Manufacturing, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Jasmine Powell-Clements (224067)          **Address** 7615 Magnolia Beach Road Apt 13-I  Denham
Springs, LA 70726

**Defendants**
        CMH Manufacturing, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Brad Anglada, as Next Friend of T.R, a    **Address** 5012 East St. Bernard  Violet, LA 70092
minor (224119)

**Defendants**
        CMH Manufacturing, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Renee Watson (224216)                    **Address** 4012 Najolia  Meraux, LA 70075

**Defendants**
        CMH Manufacturing, Inc.
        Fluor Enterprises, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Tracy Strickland (224272)                    **Address**  P.O. Box  6654  Slidell, LA 70469

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Nicole Galatas (224273)                    **Address**  P.O. Box  6654  Slidell, LA 70469

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Nicole Galatas, as Next Friend of E.D,     **Address**  P.O. Box 6654  Slidell, LA 70469
a minor (224274)

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Nicole  Galatas, as Next Friend of P.S,    **Address**  P.O. Box  6654  Slidell, LA 70469
a minor (224275)

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Patricia Galatas (224276)                    **Address**  111 East Cherrywood Ln  Pearl River, LA 70452

**Defendants**
CMH Manufacturing, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Alicia Killings (224477)                    **Address**  8155 Lavender Street  Gulfport, MS 39501

**Defendants**
CMH Manufacturing, Inc.
CH2M Hill Constructors, Inc.

# Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** John Sims (224478)                          **Address** 8155 Lavender Street  Gulfport, MS 39501

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Andrea Sims (224479)                        **Address** 8155 Lavender Street  Gulfport, MS 39501

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Hope Fricke-Jarrell (225059)                **Address** 23250 Meaut Road  Pass Christian, MS 39571

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Hope Jarrell, as Next Friend of H.C, a minor (225060)     **Address** 23250 Meaut Road  Pass Christian, MS 39571

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Aaron Cox (225061)                          **Address** 23250 Meaut Road  Pass Christian, MS 39571

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Nanny Lafontaine (225062)                   **Address** 23250 Meaut Road  Pass Christian, MS 39571

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

# Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Hope Jarrell, as Next Friend of N.J, a minor (225063)    **Address** 23250 Meaut Road  Pass Christian, MS 39571

**Defendants**

CMH Manufacturing, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** David Jarrell (225064)    **Address** 23250 Meaut Road  Pass Christian, MS 39571

**Defendants**

CMH Manufacturing, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Samantha Williams (225113)    **Address** 8517 Hwy 613  Moss Point, MS 39562

**Defendants**

CMH Manufacturing, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Samantha Williams, as Next Friend of R.B, a minor (225114)    **Address** 1305 Live Oak  Pascagoula, MS 39567

**Defendants**

CMH Manufacturing, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Williams Samantha, as Next Friend of N.D, a minor (225115)    **Address** 4004 Lamar Ave  Pascagoula, MS 39581

**Defendants**

CMH Manufacturing, Inc.

CH2M Hill Constructors, Inc.

---

**Plaintiff** Georgina Albis (225731)    **Address** 2216 Tiffany St  St. Bernard, LA 70085

**Defendants**

CMH Manufacturing, Inc.

Fluor Enterprises, Inc

# Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff**  Vicki Jones (226380)                    **Address**  P.O. Box 754  Pearlington, MS 39572

**Defendants**
      CMH Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Ruth Ludwick (226488)                    **Address**  6808 Red Bud Ln.  Ocean Springs, MS 39564

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Angelica Ludwick (226489)                **Address**  6808 Red Bud Ln.  Ocean Springs, MS 39564

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jessica Ludwick (226490)                 **Address**  6808 Red Bud Ln.  Ocean Springs, MS 39564

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Jessica Ludwick, as Next Friend of J.L.,     **Address**  6808 Red Bud Ln.  Ocean Springs, MS 39564
a minor (226491)

**Defendants**
      CMH Manufacturing, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**   Michelle Moore, as Representative of     **Address**  PO Box 432  Pearlington, MS 39572
the Estate of Mary Mudd, deceased
(226622)

**Defendants**
      CMH Manufacturing, Inc.
      Bechtel National, Inc

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Barbara Moore (226624)          **Address** 2020 Lawrence St. Apt M95  Biloxi, MS 39530

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Michelle Moore, as Next Friend of M.          **Address** 2020 Lawrence St. Apt L85  Biloxi, MS 39531
M, a minor (226626)

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Kamesheia Riley (226786)          **Address** 1257 Basin Refuge Rd.  Lucedale, MS 39452

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Marion Riley (226787)          **Address** 1147 Mt Pleasant Rd  Lucedale, MS 39452

**Defendants**
    CMH Manufacturing, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Alma Spivery (226915)          **Address** 3622 11th Ave Lot 6 Gulfport, MS 39501

**Defendants**
    CMH Manufacturing, Inc.

---

**Plaintiff** Warren Whitney (227034)          **Address** 2216 Tiffany Ct.  St. Bernard , LA 70085

**Defendants**
    CMH Manufacturing, Inc.
    Fluor Enterprises, Inc

# Exhibit A

Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Wendy  Killings  (229947)                    **Address** 8155 Lavender st.  Gulfport, MS 39501

**Defendants**
>           CMH Manufacturing, Inc.
>           CH2M Hill Constructors, Inc.

**Plaintiff** Linda  Meyers  (230068)                    **Address** 32 Christa Rd.  Perkinston, MS 39573

**Defendants**
>           CMH Manufacturing, Inc.
>           Fluor Enterprises, Inc

**Plaintiff** DeAndre  Phifer (230176)                    **Address** 241 Nicholas Dr.   Biloxi, MS 39530

**Defendants**
>           CMH Manufacturing, Inc.
>           CH2M Hill Constructors, Inc.

**Plaintiff** De'Andre Phifer , as Next Friend of N.    **Address** 241 Nicholas Dr.  Biloxi, MS 39530
P, a minor (230177)

**Defendants**
>           CMH Manufacturing, Inc.
>           CH2M Hill Constructors, Inc.

**Plaintiff** De'Andre Phifer , as Next Friend of N.    **Address** 241 Nicholas Dr.  Biloxi, MS 39530
P, a minor (230178)

**Defendants**
>           CMH Manufacturing, Inc.
>           CH2M Hill Constructors, Inc.

**Plaintiff** Joseph  Sims  (230316)                    **Address** 8155 Lavenden St  Gulfport, MS 39501

**Defendants**
>           CMH Manufacturing, Inc.
>           CH2M Hill Constructors, Inc.

## Exhibit A
Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Plaintiff** Earnelle Vaxter (230431)                **Address** 128 Lonnie Street Rd  Lucedale, MS 39452

**Defendants**
> CMH Manufacturing, Inc.
> CH2M Hill Constructors, Inc.

**Plaintiff** Priscilla Vaxter (230432)                **Address** 128 Lonnie Street Rd  Lucedale, MS 39452

**Defendants**
> CMH Manufacturing, Inc.
> CH2M Hill Constructors, Inc.