# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

1445

**Plaintiff** Florine Bucknor (199832)          **Address** 5001 Newburn Rd.  Eight Mile, AL 36613

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Scott Boudreaux (199912)          **Address** 1224 S. Salcedo  Apt. 1 New Orleans , LA 70125

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Grand Armstrong  (200089)          **Address** 13780 Vidalia Rd Lot 4 Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Roland  Ayo (200099)          **Address** 7 Allard Blvd Apt 1 New Orleans, LA 70119

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Hiwanis Adams (200203)          **Address** 1208 East Morris St.  Hammond , LA 70403

**Defendants**
      Gulf Stream Coach, Inc.

---

**Plaintiff** Dwayne  Russell (200578)          **Address** 628 15th St.  Franklinton, LA 70438

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Christopher Sadler (200584)        **Address**  6801 Old Gentilly Rd.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Dylsia Sadler (200585)        **Address**  P.O. Box 872976  New Orleans, LA 70187

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Henry  Sadler (200586)        **Address**  6801 Old Gentilly Rd.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Henry  Sadler (200587)        **Address**  6801 Old Gentilly Rd.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Tiffany Richmond (200660)        **Address**  7106 Turner Road  Long Beach, MS 39560

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Georgia Robert (200694)        **Address**  2301 Carlie St.  Franklinton, LA 70438

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Troyrey Porter (200746)                **Address**  2510 Marr Ave  New Orleans, LA 70114

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff**  Swanica Nero (200946)                **Address**  2025 Foucher St.  New Orleans, LA 70115

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc

**Plaintiff**  Lonnie Lyles (201199)                **Address**  339 Mccaughan Ave.  Apt. A Long Beach, MS 39560

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Allen Lewis (201326)                **Address**  13780 Vidallia Rd. # 4 Pass Christian, MS 39571

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff**  Jacqueline Hudson (201547)                **Address**  12259 Creekside Ave.  Walker, LA 70785

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　CH2M Hill Constructors, Inc.

**Plaintiff**  Letlanva Hawkins (201647)                **Address**  PO Box 625   Buras, LA 70041

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Fluor Enterprises, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Tiffany Richmond, as Next Friend of G.E, a minor (201877)　　**Address** 7106 Turner Road  Long Beach, MS 39560

**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

**Plaintiff** Michelle Dickerson (201981)　　**Address** 628 15th St.  Franklinton, LA 70438

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Latasha Dorsey (202013)　　**Address** P.O. Box 1073  Kiln, MS 39556

**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

**Plaintiff** Jessica Chizmadia (202273)　　**Address** 10243 Bayou Drive  Bay St. Louis, MS 39520

**Defendants**
　　Gulf Stream Coach, Inc.
　　Bechtel National, Inc

**Plaintiff** Vicky Thomas (202312)　　**Address** P.O. Box 3172  Gretna, LA 70054

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

**Plaintiff** Marco Thompson (202324)　　**Address** 6801 Old Gentilly Rd.  New Orleans, LA 70126

**Defendants**
　　Gulf Stream Coach, Inc.
　　Fluor Enterprises, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Robin Thompson (202325)                **Address**  6801 Old Gentilly Rd.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Robert Thompson (202331)               **Address**  6801 Old Gentilly Rd.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Tiffany Thorotorn (202333)             **Address**  424 Springbottom Court  Lawrenceville, GA 30045

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Christopher Thortorn (202334)          **Address**  424 Springbottom Court  Lawrenceville, GA 30045

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Hector Villanueva (202408)             **Address**  6801 Old Gentilly Rd.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Edna Armstrong, as Next Friend of C. W, a minor (202444)    **Address**  13780 Vidalia Road Lot #4  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Letlanva Hawkins, as Next Friend of D. W., a minor (202551)  **Address** 44173 Simpson Place Apt B Hammond , LA 70403

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Ocenetta Williams (202576)  **Address** 3000 Touro St.  New Orleans, LA 70122

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Teresa Williams (202585)  **Address** # 9 Judith St.  Waggaman, LA 70094

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Colleen Saurage (202768)  **Address** 501 Gladstone  Waveland, MS 39576

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Robert Saurage (202769)  **Address** 501 Gladstone  Waveland, MS 39576

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff** Angelica Antunica (203285)  **Address** 9280 Canal Road  Lot 30 Gulfport, MS 39503

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Kari Noel (203544)                                **Address**  19142 Highplace  Saucier, MS 39574

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Robert Page (203548)                             **Address**  9280 Canal Road  Lot 30 Gulfport, MS 39503

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Glorine Simpson (203611)                         **Address**  351 Saucier Avenue  Pass Christian, MS 39571

**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

**Plaintiff**  Elliott Simpson (203612)                         **Address**  658 Sycamore Street  Bay St. Louis, MS 39520

**Defendants**
            Gulf Stream Coach, Inc.
            CH2M Hill Constructors, Inc.

**Plaintiff**  Teshena Thomas, as Next Friend of C.              **Address**  272 Keller Avenue  Biloxi, MS 39530
            T, a minor (203647)

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

**Plaintiff**  Teshena Thomas, as Next Friend of T.              **Address**  272 Keller Avenue  Biloxi, MS 39530
            T, a minor (203650)

**Defendants**
            Gulf Stream Coach, Inc.
            Bechtel National, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Theresa Burge (205100)                    **Address** 207 Hibiscus Street  Waveland, MS 39576

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Lorraine Acker (205120)                   **Address** 646 Union Street Mved & Trailer on PVt Property
                                                                          Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Melody Pearce (205177)                    **Address** 9019 Laurel St  Bay St. Louis , MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Christopher Legg (205253)                 **Address** 20377 28th Street  Long Beach, MS 39560

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

---

**Plaintiff**  Justin Garcia (205301)                    **Address** 117 Beth Court  Waveland, MS 39576

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff**  Tami Garcia (205305)                      **Address** 6218 W. Lamar st.  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Clinton Sterling (205454)                **Address**  P.O. Box 96  Lakeshore, MS 39558

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Nicholas Stinziano (205455)              **Address**  21192 Tucker Road  Long Beach, MS 39560

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

**Plaintiff**  Kristan Whitney (205490)                 **Address**  9019 Laurel Street  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Bob McVeay, as Representative of the      **Address**  1801 Belle Fountaine Road  Ocean Springs, MS
Estate of Mildred McVeay, deceased                39564
(205945)

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Delana Evert (206023)                    **Address**  26516 Leetown Road  Picayune, MS 39466

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

---

**Plaintiff**  Cheryl Dillard (206024)                  **Address**  13535 Vidalia Road  Pass Christian, MS 39571

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Constructors, Inc.

---

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Antoine Ricks (206711)          **Address**  2152 Hwy 1045  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Bryan Ricks (206712)          **Address**  2152 Hwy 1045  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Charlene Ricks, as Next Friend of C.R,          **Address**  P.O.Box 344  Amite, LA 70422
a minor (206714)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Keanna Ricks (206716)          **Address**  P.O.Box 344  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Martha Ricks (206717)          **Address**  P.O.Box 344  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Amanda Loisel (206822)          **Address**  8184 Jeff Davis Street  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Martha Ricks, as Next Friend of A.D, a minor (206968)   **Address** P.O.Box 344  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Martha Ricks, as Next Friend of H.D, a minor (206969)   **Address** P.O.Box 344  Amite, LA 70422

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Lauren Harris (207019)   **Address** 7189 Tunica St.   Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Harry Jones (207062)   **Address** 8184 Jeff Davis Street  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Kyndra Lawless (207099)   **Address** 28445 W. Dubuisson  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Dorothy Antoine (207756)   **Address** P.O.Box 237  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Louverto Adams (207765)          **Address** 2720 Palmer Dr Apt A3  Gulfport, MS 39507

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tashauna Patmon (208864)          **Address** P.O. Box 821  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Shalizi Washington (208871)          **Address** P.O. Box 821  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jean Kelley (208905)          **Address** 1223 McKinley  Waveland, MS 39576

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Hedda Neville (209530)          **Address** 6165 7th Avenue  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Charles Burton, as Next Friend of L.N, a minor (209531)          **Address** 6165 7th Avenue  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A

Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Charles Burton, as Next Friend of W.N, a minor (209532)  **Address** 6165 7th Avenue  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Charles Burton, as Next Friend of L.S, a minor (210128)  **Address** 6165 7th Avenue  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Torey Thomas (212068)  **Address** 1550 Margie Street  Waveland, MS 39576

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Sara Tillman (212074)  **Address** P.O. Box 222  Bayou La Barte, AL 36509

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Rickey Wash (212109)  **Address** 108 Marine Dr  Pensacola, FL 32507

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Hong Nguyen, as Next Friend of L.N, a minor (212248)  **Address** 15812 Rue Dauphin Circle  Biloxi, MS 39532

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Hong Nguyen, as Next Friend of L.N, a minor (212250)       **Address**  18512 Rue Dauphin Circle  Biloxi, MS 39532

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Brian Herrington (212459)       **Address**  342 Old Spanish Trail  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Virginia Grice (212562)       **Address**  10036 Lacy Niolet Road  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Aaron Maillet (212612)       **Address**  P.O. Box 973  Lakeshore, MS 39558

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Phuong Nguyen, as Next Friend of B.L, a minor (213394)       **Address**  14129 Millie Street  Biloxi, MS 39532

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Vu Le (213395)       **Address**  14129 Millie Street  Biloxi, MS 39532

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Vaugcheri Tillison (213617)          **Address**  P.O.Box 6804  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Laura Tillison (213653)          **Address**  37290 Ben Thomas Road S  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Joshua Newton (213864)          **Address**  37290 Ben Thomas Road  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Ladonna Lafontaine (213871)          **Address**  5058 Spiers Dr.  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Kermit Lafontaine (213934)          **Address**  9062 Road 556  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Kermit Lafontaine, as Next Friend of Z. L, a minor (213935)          **Address**  9062 Road 556  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Kermit Lafontaine, as Next Friend of K.L., a minor (213936)   **Address** 9062 Road 556  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Kermit Lafontaine, as Next Friend of D.L., a minor (213937)   **Address** 9062 Road 556  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Edna Armstrong (214731)   **Address** 13780 Vidalia Road Lot 4 Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** James Armstrong (214732)   **Address** 13780 Vidalia Road  Lot #4 Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Grand Armstrong (214733)   **Address** 13780 Vidalia Road Lot 4  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** William Armstrong (214734)   **Address** 13780 Vidalia Road Lot 4  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Stephen Bates, as Next Friend of H.B , a minor (214764)   **Address**  9015 Orange St.  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Erica Palmer (214901)   **Address**  25743 E Sycamore st  LaCombe, LA 70445

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Tuyen Tran, as Next Friend of D.T, a minor (215357)   **Address**  241 5th St.   Biloxi, MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Tuyen Tran, as Next Friend of D.T, a minor (215358)   **Address**  241 5th St.   Biloxi, MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Tuyen Tran, as Next Friend of H.T, a minor (215359)   **Address**  178 Pine St.   Biloxi, MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Tuyen  Tran, as Next Friend of J.T, a minor (215360)   **Address**  241 5th Street  Biloxi , MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Tran Yuyen, as Next Friend of X.T, a minor (215364)   **Address** 241 5th St.   Biloxi, MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff**  Amanda Borne (215443)   **Address** 318 School House Rd.  Killona, LA 70057

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Annette Borne (215444)   **Address** P.O. Box 1191  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Karalee Borne (215445)   **Address** P.O. Box 1191  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Keaira Borne (215446)   **Address** 1119 Paul Fredrick
Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff**  Raquel Borne (215447)   **Address** P.O. Box 1191  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

# Exhibit A

Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Shera Borne (215448)          **Address** 1119 Paul Frederick St.  Luling, LA 70070

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Mary Boyd (216341)          **Address** 151 Shorty Burgess Rd. lot 38  Picayune, MS 39466

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Joseph Boyd (216342)          **Address** 109 West McClendon Apt B  Poplarville, MS 39470

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Mary Boyd, as Next Friend of J.E, a minor (216475)          **Address** 151 Shorty Burgess Rd. lot 38  Picayune, MS 39466

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Deshanda Griffin, as Next Friend of B. G, a minor (216535)          **Address** 2006 7th Street  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Mary Boyd, as Next Friend of M.H, a minor (216576)          **Address** 151 Shorty Burgess Rd. lot 38  Picayune, MS 39466

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Mary Boyd, as Next Friend of N.H, a minor (216577)

**Address** 151 Shorty Burgess Rd. lot 38  Picayune, MS 39466

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Crystal High (216578)

**Address** 109 West McGlendon Apt B  Poplarville, MS 39470

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Tommy High (216579)

**Address** P.O. Box 914  Poplarville, MS 39470

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Rita Young (217094)

**Address** 1418 Admiral Nelson Dr.  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Billie McDowell (220305)

**Address** 4224 Webster St.  Apt A Bay St Louis , MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Billie McDowell, as Next Friend of S. M, a minor (220307)

**Address** P.O. Box 2731  Bay St Louis, MS 39421

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** CoraDena Batiste (221918)          **Address** P.O. Box 1732  Lacombe, LA 70445

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** CoraDena Batiste, as Next Friend of A.          **Address** P.O. Box 1732  Lacombe, LA 70445
     B, a minor (221919)

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Alex Batiste (221920)          **Address** P.O. Box 1732  Lacombe, LA 70445

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Jerme Landor (222113)          **Address** 27712 St. Louis St.
     Lacombe, LA 70445

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Jerme Landor, as Next Friend of J.L, a          **Address** 301 Lakeshore Blvd North Apt 4107  Slidell, LA
     minor (222114)          70461

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

**Plaintiff** Christopher Major (222127)          **Address** P.O. Box 659  Boutte, LA 70039

**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Brad Anglada (223478)                    **Address**  5012 East St. Bernard  Violet, LA 70092

**Defendants**
>          Gulf Stream Coach, Inc.
>          Fluor Enterprises, Inc

**Plaintiff**  Brenda Bourgeois (223523)                **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
>          Gulf Stream Coach, Inc.
>          Bechtel National, Inc

**Plaintiff**  Vicki Campo (223566)                     **Address**  524 Hickory   Harahan, LA 70123

**Defendants**
>          Gulf Stream Coach, Inc.
>          Bechtel National, Inc

**Plaintiff**  Barry Esler (223664)                     **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
>          Gulf Stream Coach, Inc.
>          Bechtel National, Inc

**Plaintiff**  John Esler (223665)                      **Address**  2257 Maryann Drive  Meraux, LA 70075

**Defendants**
>          Gulf Stream Coach, Inc.
>          Bechtel National, Inc

**Plaintiff**  Kevin Esler (223666)                     **Address**  2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
>          Gulf Stream Coach, Inc.
>          Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Maxine  Riley, as Next Friend of d.K, a minor (223851)   **Address** 6831 Holley Street #20  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Beverly Melton (223976)   **Address** 2257 Mary Ann Drive  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Nomakia Moore (223986)   **Address** 2821 Shannon Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff** Duyen Nguyen (224007)   **Address** 2244 Mexico Street  New Orleans, LA 70122

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

**Plaintiff** Dwayne Roberts (224109)   **Address** 2201 Gillout  Meraux, LA 70075

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Loukevia Williams (224237)   **Address** 2821 Shannon Drive  Violet, LA 70092

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Vernon Williams (224241)          **Address**  2821 Shannon Drive  Violet, LA 70092

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Donovan Fairley (224411)          **Address**  18297 Old Hwy 49  Saucier, MS 39574

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Constructors, Inc.

**Plaintiff**  Tuyen Tran, as Next Friend of T.T, a          **Address**  241 5th Street  Biloxi, MS 39530
minor (224664)

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Starr Riley (225014)          **Address**  19305 N. Shaw Rd  Saucier, MS 39574

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Peggy  Riley, as Next Friend of F.R, a          **Address**  19305 N. Shaw Rd  Saucier, MS 39574
minor (225015)

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff**  Peggy Riley, as Next Friend of C.R, a          **Address**  19305 N. Shaw Rd  Saucier, MS 39574
minor (225016)

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Louis Saucier (225051)                              **Address**  111 Lynn Circle  Pass Christian, MS 39571

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Georgina Albis (225731)                             **Address**  2216 Tiffany St  St. Bernard, LA 70085

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Keyora Duplessis, as Next Friend of N.     **Address**  3316 Mumphrey  Chalmette, LA 70043
B, a minor (225863)

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Cathy Clark (225921)                               **Address**  228 Gyther Fairley Rd.  Lucedale, MS 39452

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Melissa Duet (226076)                             **Address**  4417 Stella  Meraux, LA 70075

**Defendants**
     Gulf Stream Coach, Inc.
     CH2M Hill Constructors, Inc.

---

**Plaintiff**  Keyora Duplessis (226086)                         **Address**  PO Box 719  Violet, LA 70092

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Opal Graham (226192)          **Address**  4607 Burns St.  Moss Point, MS 39563

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Avriane Hooper (226302)          **Address**  2420 Highland Ave  Violet, LA 70092

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Vicki Jones (226380)          **Address**  P.O. Box 754  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**   Michelle Moore, as Representative of the Estate of Mary Mudd, deceased (226622)          **Address**  PO Box 432  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Jan Kinkella (226795)          **Address**  PO Box 2234  Chalmette, LA 70043

**Defendants**
    Gulf Stream Coach, Inc.

---

**Plaintiff**  Iriyell Ruffin (226813)          **Address**  10151 Curran Blvd Apt 132 New Orleans, LA 70127

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

| | | | |
|---|---|---|---|
| **Plaintiff** | Iriyell   Ruffin, as Next Friend of K.S, a minor (226884) | **Address** | 10151 Curran Blvd. Apt 132 New Orleans, LA 70127 |

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Alexandria Stiglets (226926) | **Address** | 16054 Lorraine Circle  Biloxi, MS 39532 |

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Christopher Stiglets (226927) | **Address** | 15921 Cherry Dr.   Biloxi, MS 39532 |

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Alex Tovar (226978) | **Address** | P.O. Box 1975   Ocean Spring, MS 39566 |

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Christine Tovar, as Next Friend of T.T, a minor (226979) | **Address** | 16054 Lorraine Circle  Biloxi, MS 39532 |

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Christine Tovar, as Next Friend of V.T, a minor (226980) | **Address** | 16054 Lorraine Circle  Biloxi, MS 39532 |

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Christine Wade-Tovar (227001)          **Address**  16054 Lorraine Cir.  Biloxi, MS 39532

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Keanna Dubose, as Next Friend of N.A,          **Address**  1513 East Village  Gautier, MS 39553
     a minor (229348)

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Brandy Clark (229535)          **Address**  1207 Belair St.  Pascagoula, MS 39567

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Brandy Clark, as Next Friend of K.C, a          **Address**  1207 Belair st.  Pascagoula, MS 39567
     minor (229540)

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Belinda Nix, as Next Friend of A.E, a          **Address**  8255 Florida Avenue  Gulfport, MS 39501
     minor (229675)

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff**  Mandy  Alford , as Next Friend of R.H,          **Address**  2311 Parsley Ave.  Pascagoula , MS 39567
     a minor (229830)

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Selena  Jacobs (229878)                    **Address**  25141 Cuevas Delisle Rd.   Pass Christian, MS
                                                                       39571

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff**  Alcide  Jeffries (229899)                  **Address**  445 Clarence Ave.  Pass Christian , MS 39571

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Alcide Jeffries, as Next Friend of S.J, a   **Address**  445 Clarence Ave.  Pass Christian, MS 39571
               minor (229901)

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Constructors, Inc.

---

**Plaintiff**  Belinda Nix, as Next Friend of S.J, a       **Address**  8255 Florida Avenue  Gulfport, MS 39501
               minor (229921)

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff**  Tina Lewis , as Next Friend of L.L., a      **Address**  3012 Monroe   Gulfport, MS 39571
               minor (229990)

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff**  Tina Lewis , as Next Friend of L.L., a      **Address**  3012 Monroe St  Gulfport, MS 39501
               minor (229991)

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

## Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff**  Tina  Lewis  (230003)              **Address**  3012 Monroe   Gulfport, MS 39501

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Garrex Magee (230026)             **Address**  3813 Andrew St.   Moss Point, MS 39563

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Linda  Meyers  (230068)           **Address**  32 Christa Rd.  Perkinston, MS 39573

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Richard  Montelongo  (230084)     **Address**  2028 N. River Park  Violet , LA 70092

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Belinda Nix, as Next Friend of A.N, a       **Address**  8255 Florida Avenue  Gulfport, MS 39501
minor (230128)

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff**  Belindan  Nix  (230129)           **Address**  8255 Florida Avenue  Gulfport, MS 39501

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

# Exhibit A
Stacy Allen, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Plaintiff** Brandy Clark, as Next Friend of N.S, a minor (230346)  **Address** 1207 Belair st.  Pascagoula, MS 39567

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** James William (230462)  **Address** 4425 Gautier St.  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Jason William (230463)  **Address** 5518 Grierrson St.   Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Brandy Clark, as Next Friend of D.C, a minor (231170)  **Address** 1207 Belair St.  Pascagoula, MS 39567

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc