# Exhibit B

## Contractor

Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511