# Exhibit A
Beatrice Hart, et. al.  vs. Dutch Housing, Inc. d/b/a Champion Homes, et. al.

1381

**Plaintiff**  Joey Slamans (206755)   **Address**  19061 Hwy 53  Lot 144 Gulfport, MS 39503

**Defendants**
- Dutch Housing, Inc. d/b/a Champion Homes
- Bechtel National, Inc
- Travelers Property Casualty Company of America TIL

**Plaintiff**  Margaret Ellsberry (206976)   **Address**  19061 Hwy 53   Lot 144 Gulfport, MS 39503

**Defendants**
- Dutch Housing, Inc. d/b/a Champion Homes
- Bechtel National, Inc
- Travelers Property Casualty Company of America TIL