## Exhibit A
John Martin, et. al.  vs. Liberty Homes Inc., et. al.

1618

**Plaintiff**  Cecil Rogers, as Next Friend of E.R, a minor (214997)  **Address**  24185 Standard Dedeaux Rd.  Kiln, MS 39556

**Defendants**
Liberty Homes Inc.
Bechtel National, Inc

**Plaintiff**  Shirley Rogers (215003)  **Address**  24184 Standard Dedeaux Rd.  Kiln, MS 39556

**Defendants**
Liberty Homes Inc.
Bechtel National, Inc

**Plaintiff**  Cecil Rogers (215005)  **Address**  24184 Standard Dedeaux Rd.  kiln, MS 39556

**Defendants**
Liberty Homes Inc.
Bechtel National, Inc