# Exhibit A
Doris Batiste, et. al. vs. Southern Energy Homes, Inc., et. al.

1630

**Plaintiff** Merle Brockington (213710)   **Address** 13780 Vidalia Rd  Pass Christian, MS 39571

**Defendants**
    Southern Energy Homes, Inc.
    Bechtel National, Inc