# Exhibit A
Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.

1632

**Plaintiff**  Joshua Treaudo (207567)          **Address**  9018 Dixon St.  New Orleans, LA 70118

**Defendants**
    Stewart Park Homes, Inc.
    Shaw Environmental, Inc

**Plaintiff**  Joshua Treaudo (207620)          **Address**  5706 County Lane  New Orleans, LA 70126

**Defendants**
    Stewart Park Homes, Inc.
    Shaw Environmental, Inc

**Plaintiff**  DeShanda Everfield (213742)     **Address**  2006 7th Street  Slidell, LA 70458

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Alonzo Gonzales (213743)        **Address**  2006 7th Street  Slidell, LA 70458

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  DeShanda Everfield, as Next Friend of W.E, a minor (213744)     **Address**  2006 7th Street  Slidell, LA 70458

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

**Plaintiff**  Yosuani Harvey (213745)         **Address**  2006 7th Street  Slidell, LA 70458

**Defendants**
    Stewart Park Homes, Inc.
    Fluor Enterprises, Inc

# Exhibit A
Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.

**Plaintiff** Vera Cousin (216413)  **Address** 59545 Joseph Rd.  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Dwight Cousin (216414)  **Address** 59545 Joseph Road  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Corbett Cousin (216415)  **Address** 35498 Oak Ridge Ave.  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Geneva Daniels, as Next Friend of A.D, a minor (216438)  **Address** 148 Willow Wood  Slidell, LA 70460

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Deshanda Griffin, as Next Friend of B.G, a minor (216535)  **Address** 2006 7th Street  Slidell, LA 70458

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff** Lorita Williams (217059)  **Address** P.O. Box 2396  Slidell, LA 70459

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

# Exhibit A
Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.

**Plaintiff**  Carroll Crocker (220090)  **Address**  1212 Larsen Avenue  Pascagoula, MS 39567

**Defendants**
Stewart Park Homes, Inc.
Bechtel National, Inc

**Plaintiff**  Mary Crocker (220091)  **Address**  1212 Larsen Avenue  Pascagoula, MS 39567

**Defendants**
Stewart Park Homes, Inc.
Bechtel National, Inc

**Plaintiff**  Linda McLemore (220311)  **Address**  1212 Larsen Avenue  Pascagoula, MS 39567

**Defendants**
Stewart Park Homes, Inc.
Bechtel National, Inc

**Plaintiff**  Analesa Lewis (222400)  **Address**  P.O. Box 1354  Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jalesa Lewis, as Next Friend of D.L, a minor (222401)  **Address**  P.O. Box 1354  Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Jalesa Lewis (222402)  **Address**  P.O. Box 1354  Lacombe, LA 70445

**Defendants**
Stewart Park Homes, Inc.
Fluor Enterprises, Inc

# Exhibit A
Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.

**Plaintiff**  Leslie Russell (222437)    **Address**  P.O. Box 1354  Lacombe, LA 70445

**Defendants**
  Stewart Park Homes, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Helen Jourdain (223841)    **Address**  5848 Lewis Prima Drive East  New Orleans, LA 70128

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Gilbert Knight (223861)    **Address**  5848 Lewis Prima Drive East  New Orleans, LA 70128

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc

---

**Plaintiff**  Gilda Knight (223862)    **Address**  5848 Lewis Prima Drive East  New Orleans, LA 70128

**Defendants**
  Stewart Park Homes, Inc.
  Shaw Environmental, Inc