UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | |
| | | * | |
| CIVIL CASE NOS. 09-7801; 10-1311 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINTS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced matters, who respectfully move this Court for leave to amend their Original Complaints previously filed in the above Civil Action Nos. Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires." In the Supplemental and Amended Complaints, Plaintiffs wish to add additional plaintiffs to the Complaints, pursuant to Pretrial Order No. 40 (Rec. Doc. 1781) and Pretrial Order No. 53 (Rec. Doc. 9073). Additionally, Plaintiffs wish to add **Shaw Environmental, Inc., Northwood Manufacturing, Inc.** and **CH2M Hill Constructors, Inc.** as party Defendants in the above-referenced Complaints. Some Plaintiffs in these complaints were recently matched to contractor/installer **Shaw Environmental, Inc.** and/or **CH2M Hill Constructors, Inc**. However, **Shaw Environmental, Inc., Northwood Manufacturing, Inc.** and **CH2M Hill Constructors, Inc.** were not defendants in the original complaints.

Additionally, Plaintiffs request that the Court retroact the date of the filing of the Amended Complaints to the date this said motion is filed.

As such, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File Supplemental and Amended Complaints in the above-referenced matters.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of August, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**