**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| **THIS DOCUMENT PERTAINS TO** | | * * | |
| **CIVIL CASE NOS. 09-7801; 10-1311** | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL AND AMENDED COMPLAINTS**

Considering the foregoing Motion for Leave to File Supplemental and Amended Complaints on behalf of all Plaintiffs in the above-referenced matters:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Supplemental and Amended Complaints attached and submitted with the foregoing motion.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT