# Exhibit A
Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

1378

**Plaintiff**  Rhonda Brown (199816)                **Address**  2116 Bayou Rd.  St. Bernard, LA 70085

**Defendants**
    Cavalier Home Builders, LLC
    Fluor Enterprises, Inc

**Plaintiff**  James Brown (199971)                **Address**  2116 Bayou Rd  St. Bernard, LA 70085

**Defendants**
    Cavalier Home Builders, LLC
    Fluor Enterprises, Inc

**Plaintiff**  Rhonda Brown, as Next Friend of J.B, a minor (199976)                **Address**  2116 Bayou Rd.  St. Bernard, LA 70085

**Defendants**
    Cavalier Home Builders, LLC
    Fluor Enterprises, Inc

**Plaintiff**  Chantrelle  Mutin  (200923)                **Address**  5129 Gen. Meyer  New Orleans, LA 70131

**Defendants**
    Cavalier Home Builders, LLC
    Shaw Environmental, Inc

**Plaintiff**  Swanica Nero (200946)                **Address**  2025 Foucher St.  New Orleans, LA 70115

**Defendants**
    Cavalier Home Builders, LLC
    Fluor Enterprises, Inc

**Plaintiff**  Aletha Villanueva (202407)                **Address**  6801 Old Gentilly Rd.  New Orleans, LA 70126

**Defendants**
    Cavalier Home Builders, LLC
    Fluor Enterprises, Inc

# Exhibit A
Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Plaintiff**  Ocenetta Williams (202576)  **Address**  3000 Touro St.  New Orleans, LA 70122

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc

---

**Plaintiff**  Teresa Williams (202585)  **Address**  # 9 Judith St.  Waggaman, LA 70094

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc

---

**Plaintiff**  Amy Hester (205922)  **Address**  10530 Three Rivers Rd. Lot 79 Gulfport, MS 39503

**Defendants**
Cavalier Home Builders, LLC
Bechtel National, Inc

---

**Plaintiff**  Jessie Holley (205923)  **Address**  10530 Three Rivers Rd Lot 79 Gulfport, MS 39503

**Defendants**
Cavalier Home Builders, LLC
Bechtel National, Inc

---

**Plaintiff**  Linda Holley (205954)  **Address**  19061 Hwy. 53  Lot 116 Gulfport, MS 39503

**Defendants**
Cavalier Home Builders, LLC
Bechtel National, Inc

---

**Plaintiff**  Mary Warden, as Next Friend of N.W, a minor (210537)  **Address**  7067 Dogwood Street  Bay St. Louis, MS 39520

**Defendants**
Cavalier Home Builders, LLC

# Exhibit A
Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Plaintiff**  Patricia Warden (210539)  **Address**  7067 Dogwood Street  Bay St. Louis, MS 39520

**Defendants**
Cavalier Home Builders, LLC

---

**Plaintiff**  Semaj Robertson (210752)  **Address**  5511 Holley Ln.  New Orleans, LA 70126

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc

---

**Plaintiff**  Curtis Cousin (210753)  **Address**  5511 Holley Ln.  New Orleans, LA 70126

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc

---

**Plaintiff**  Eric Cousin (210772)  **Address**  5511 Holley Ln.  New Orleans, LA 70126

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc

---

**Plaintiff**  Edward Farnell (212855)  **Address**  P.O. Box 503  Edgard, LA 70049

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc

---

**Plaintiff**  Treshaun Farnell, as Next Friend of L. F, a minor (212857)  **Address**  P.O. Box 503  Edgard, LA 70049

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc

# Exhibit A
Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Plaintiff**  Rolandya Lewis (213023)  **Address**  PO Box 503  Edgard, LA 70049

**Defendants**
  Cavalier Home Builders, LLC
  Fluor Enterprises, Inc

**Plaintiff**  Treshaun Lewis-Farnell (213029)  **Address**  P.O. Box 503  Edgard, LA 70049

**Defendants**
  Cavalier Home Builders, LLC
  Fluor Enterprises, Inc

**Plaintiff**  Michelle Shepherd (215049)  **Address**  P.O. Box 963  Gautier, MS 39553

**Defendants**
  Cavalier Home Builders, LLC
  Bechtel National, Inc

**Plaintiff**  Chrisma Shepherd (216906)  **Address**  P.O. Box 963  Gautier, MS 39553

**Defendants**
  Cavalier Home Builders, LLC
  Bechtel National, Inc

**Plaintiff**  Michelle Shepherd, as Next Friend of T.S, a minor (216907)  **Address**  P.O. Box 963  Gautier, MS 39553

**Defendants**
  Cavalier Home Builders, LLC
  Bechtel National, Inc

**Plaintiff**  Jarvis Shepherd (216908)  **Address**  P.O. Box 963  Gautier, MS 39553

**Defendants**
  Cavalier Home Builders, LLC
  Bechtel National, Inc

# Exhibit A
Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Plaintiff**  Noel Harris (222774)          **Address**  P.O.Box 681  Boutte, LA 70039

**Defendants**
   Cavalier Home Builders, LLC
   CH2M Hill Constructors, Inc.

**Plaintiff**  Shonda Harris (222775)          **Address**  P.O. Box 681  Boutte, LA 70039

**Defendants**
   Cavalier Home Builders, LLC
   CH2M Hill Constructors, Inc.

**Plaintiff**  Lillian Honor (222782)          **Address**  P.O. Box 681  Boutte, LA 70039

**Defendants**
   Cavalier Home Builders, LLC
   CH2M Hill Constructors, Inc.

**Plaintiff**  Roy Honor (222783)          **Address**  P.O. Box 681  Boutte, LA 70039

**Defendants**
   Cavalier Home Builders, LLC
   CH2M Hill Constructors, Inc.

**Plaintiff**  Julie Gibson (226174)          **Address**  1800 Deborah Dr.  St. Bernard, LA 70085

**Defendants**
   Cavalier Home Builders, LLC
   Fluor Enterprises, Inc

**Plaintiff**  Brandy Schenck (226840)          **Address**  66231 Chris Kennedy Rd.  Pearl River, LA 70452

**Defendants**
   Cavalier Home Builders, LLC
   Fluor Enterprises, Inc

# Exhibit A
Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Plaintiff** Johnny Schneider (226846)  **Address** 1800 Deborah Dr.   St. Bernard , LA 70085

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc

**Plaintiff** Shelton Thornton (226970)  **Address** 66231 Chris Kennedy Rd.   Pearl River, LA 70452

**Defendants**
Cavalier Home Builders, LLC
Fluor Enterprises, Inc