# Exhibit A
Acquanette German, et. al.  vs. Sun Valley, Inc., et. al.

1651

**Plaintiff**  Roy Reed (222189)                    **Address**  4092 Atlantic Street  Bay Saint Louis, MS 39520

**Defendants**
  Sun Valley, Inc.
  Bechtel National, Inc

**Plaintiff**  Marry Reed (222190)                  **Address**  4092 Atlantic Street  Bay Saint Louis, MS 39520

**Defendants**
  Sun Valley, Inc.
  Bechtel National, Inc

**Plaintiff**  June Hansford (226235)               **Address**  2230 Plaza Dr.  Chalmette, LA 700473

**Defendants**
  Sun Valley, Inc.
  Fluor Enterprises, Inc