# Exhibit B

**Contractor**

Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

**Insurer**

Northwood Manufacturing Inc.
Sherry A. Nash
59948 Downs Road
LaGrande, OR 97850

# Exhibit B

### Contractor

CH2M Hill Constructors, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808