# Exhibit A
Samaria Stubbs, et. al. vs. Keystone Industries, Inc., et. al.

1614

**Plaintiff** Angela Morris, as Next Friend of L.M, a minor (200910)     **Address** 4935 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
- Keystone RV Company
- Fluor Enterprises, Inc

**Plaintiff** Chana Williams (202547)     **Address** 43451 Willow Villa Rd  Hammond, LA 70403

**Defendants**
- Keystone RV Company
- Fluor Enterprises, Inc

**Plaintiff** Tracey Biggs, as Next Friend of L.B, a minor (203308)     **Address** 373 Hunter Ave  Pass Christian, MS 39571

**Defendants**
- Keystone RV Company
- CH2M Hill Constructors, Inc.

**Plaintiff** Tracey Biggs (203313)     **Address** P.O. Box 86  Pass Christian, MS 39571

**Defendants**
- Keystone RV Company
- CH2M Hill Constructors, Inc.

**Plaintiff** Tracey Biggs, as Next Friend of R.B, a minor (203314)     **Address** 373 Hunter Ave  Pass Christian , MS 39571

**Defendants**
- Keystone RV Company
- CH2M Hill Constructors, Inc.

**Plaintiff** Lasonya Robinson (203582)     **Address** 350 Mercier Avenue  Pass Christian, MS 39571

**Defendants**
- Keystone RV Company
- Bechtel National, Inc

# Exhibit A
Samaria Stubbs, et. al. vs. Keystone Industries, Inc., et. al.

**Plaintiff** Esther Swanier (203635)   **Address** 350 Mercier Avenue  Pass Christian, MS 39571

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** John Swanier (203636)   **Address** 350 Mercier Avenue  Pass Christian, MS 39571

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Theresa Burge (205100)   **Address** 207 Hibiscus Street  Waveland, MS 39576

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Cindy Ladner (205842)   **Address** 5547 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Delana Evert (206023)   **Address** 26516 Leetown Road  Picayune, MS 39466

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Darlene Favre (211618)   **Address** P.O. Box 4583  Bay St. Louis, MS 39520

**Defendants**
Keystone RV Company
Bechtel National, Inc

# Exhibit A
Samaria Stubbs, et. al. vs. Keystone Industries, Inc., et. al.

**Plaintiff** Samantha Favre (211627)  **Address** 6222 W. amar  Bay St. Louis, MS 39520

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** David Galloway (211643)  **Address** P.O. Box 4583  Bay St. Louis, MS 39521

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Misty Crowe, as Next Friend of T.C, a minor (211659)  **Address** 6090 Copiah Street  Bay St. Louis, MS 39520

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Jennifer Avery (211828)  **Address** 6046 W. Madison St.  Bay St. Louis , MS 39520

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Misty Crowe, as Next Friend of B.M, a minor (212393)  **Address** 5009 1st Avenue  Bay St. Louis, MS 39520

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Darlene Galloway Sr. , as Next Friend of D.G, a minor (212677)  **Address** 6222 West Lamar  Bay St. Louis, MS 39520

**Defendants**
Keystone RV Company
Bechtel National, Inc

## Exhibit A
Samaria Stubbs, et. al. vs. Keystone Industries, Inc., et. al.

**Plaintiff** Long Nguyen, as Next Friend of S.N, a minor (214051)  **Address** 52 Lakeview Dr. Ocean Springs, MS 39564

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Vu Nguyen (214873)  **Address** 52 Lakeview Dr. Ocean Springs, MS 39564

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Aaron Valentine (215193)  **Address** 6616 Rank Griffin Road Moss Point, MS 39563

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Stephanie Valentine, as Next Friend of C.V, a minor (215194)  **Address** 3600 Jefforson St. Lot 38 Moss Point, MS

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Stephanie Valentine (215195)  **Address** 6616 Frank Griffin Road Moss Point, MS 39563

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Stephen Valentine (215196)  **Address** 4407 Dutch Bayou Rd Mosspoint, MS 39562

**Defendants**
Keystone RV Company
Bechtel National, Inc

# Exhibit A
Samaria Stubbs, et. al. vs. Keystone Industries, Inc., et. al.

**Plaintiff** Victoria Valentine (215197)     **Address** 4407 Dutch Bayou Rd.
Moss Point
, MS

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Lee Ann Sylvas (216020)     **Address** 2947 Harris Street  Slidell, LA 70458

**Defendants**
Keystone RV Company
Fluor Enterprises, Inc

---

**Plaintiff** Kimberly Porter (223457)     **Address** 2309 Delta Queen Dr.  Violet, LA 70092

**Defendants**
Keystone RV Company
Fluor Enterprises, Inc

---

**Plaintiff** Billy Johnson (223822)     **Address** 17327 Carnation Street  Kiln, MS 39556

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Karen Mccormick (223960)     **Address** 17327 Carnation Street  Kiln, MS 39556

**Defendants**
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Bich Nguyen, as Next Friend of D.N, a minor (225191)     **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
Keystone RV Company
Bechtel National, Inc

# Exhibit A
Samaria Stubbs, et. al. vs. Keystone Industries, Inc., et. al.

**Plaintiff** Bich Nguyen, as Next Friend of S.N, a minor (225192)  **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Bich Nguyen, as Next Friend of A.N, a minor (225193)  **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Bich Nguyen, as Next Friend of J.N, a minor (225194)  **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Kelly McDaniel (226573)  **Address** 7061 W Rankin St.  Bay St. Louis, MS 39520

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.

**Plaintiff** Shaena Cuevas-Ladner (229974)  **Address** 1035 Rd. 322  Kiln, MS 39556

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff** Shawn Ladner (229975)  **Address** 1053 Rd. 322  Kiln, MS 39556

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.
Bechtel National, Inc

# Exhibit A
Samaria Stubbs, et. al. vs. Keystone Industries, Inc., et. al.

**Plaintiff** Alice Rainey (230211)  **Address** 3908 Emerson St. Pascagoula, MS 39581

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Stacy Allen (251859)  **Address** 5001 Pecan Acres Dr Apt 37 Lake Charles, LA 70605

**Defendants**
Keystone RV Company
Fluor Enterprises, Inc