# Exhibit B

**Contractor**

Fluor Enterprises, Inc
Corporation System Company
320 Sumerulos St.
Baton Rouge, LA 70802

# Exhibit B

**Contractor**

CH2M Hill Constructors, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808