## Exhibit A

Vernette Andry, as Next Friend of K. O., a minor, et. al.  vs. Lakeside Park Homes, Inc., et. al.

1616

**Plaintiff**  Bobbie Roberts (214000)                    **Address**  39715 S. Thibodeaux Rd  Ponchatoula , LA 70454

**Defendants**

Lakeside Park Homes, Inc.

**Plaintiff**  Cooper  Richard  (230237)                   **Address**  7040 Websters St.  Bay St. Louis, MS 39520

**Defendants**

Lakeside Park Homes, Inc.
CH2M Hill Constructors, Inc.