# Exhibit A
Anjene' Treaudo, et. al.  vs. Heartland Recreational Vehicles, L.L.C., et. al.

1642

**Plaintiff**  Ahtavia McDonald (200980)          **Address**  714 Shirley Drive  Gulfport, MS 39503

**Defendants**
Heartland Recreational Vehicles, L.L.C.
CH2M Hill Constructors, Inc.

**Plaintiff**  Dameian McDonald (200981)          **Address**  714 Shirley Drive  Gulfport, MS 39503

**Defendants**
Heartland Recreational Vehicles, L.L.C.
Bechtel National, Inc

**Plaintiff**  Patricia McDonald (200986)          **Address**  714 Shirley Drive  Gulfport, MS 39503

**Defendants**
Heartland Recreational Vehicles, L.L.C.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Antavia McDonald, as Next Friend of          **Address**  714 Shirley Drive  Gulfport, MS 39503
S.M, a minor (200988)

**Defendants**
Heartland Recreational Vehicles, L.L.C.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff**  Andrew Kirkland  (201241)          **Address**  3860 River Pine Drive  Moss Point, MS 39563

**Defendants**
Heartland Recreational Vehicles, L.L.C.
Bechtel National, Inc

**Plaintiff**  Patricia McDonald, as Next Friend of          **Address**  714 Shirley Drive  Gulfport, MS 39503
A.W, a minor (202615)

**Defendants**
Heartland Recreational Vehicles, L.L.C.
CH2M Hill Constructors, Inc.
Bechtel National, Inc

# Exhibit A
Anjene' Treaudo, et. al.  vs. Heartland Recreational Vehicles, L.L.C., et. al.

**Plaintiff**  Dionne Lott (225157)                    **Address**  20305 28 St.  Brookhaven , MS 39601

**Defendants**
      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

---

**Plaintiff**  Dionne Lott, as Next Friend of C.L, a    **Address**  149 James Drive  Gulfport, MS 39503
minor (225158)

**Defendants**
      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

---

**Plaintiff**  Dionne Lott, as Next Friend of T.L, a    **Address**  149 James Drive  Gulfport, MS 39503
minor (225160)

**Defendants**
      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

---

**Plaintiff**  Esther Hatampa (229794)                  **Address**  1823 Parsley Ave.  Pascagula, MS 39581

**Defendants**
      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

---