## Exhibit A
Joseph Carrier, et. al.  vs. Sunnybrook R.V., Inc., et. al.

1647

**Plaintiff** Chanda Meadows (230057)     **Address** 14300 Timber Ridge  Moss Point, MS 39562

**Defendants**
    Sunnybrook R.V., Inc.
    CH2M Hill Constructors, Inc.

**Plaintiff** Donna Meadows (230058)     **Address** PO Box 1368  Escatawpa, MS 39552

**Defendants**
    Sunnybrook R.V., Inc.
    CH2M Hill Constructors, Inc.