## NAMED PLAINTIFFS
## SONIA M SILAS, ET AL v. GULF STREAM COACH, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|----|-----------|------------|---|----------------|----------------|--------|------------|
| 1. | Jefferson | Deborah | | | 164 Dan Holmes Rd. Jayess, MS 39641 | Lawrence | CH2M Hill |

Page 1 of 1

EXHIBIT "A"