**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL No. 1873 |
| FORMALDEHYDE PRODUCT S | |
| LIABILITY LITIGATION | SECTION N(5) |
| | |
| | JUDGE ENGELHARDT |
| | |
| THIS DOCUMENT RELATES TO: | MAGISTRATE CHASEZ |
| *Silas, et al v Gulf Stream Coach, Inc., et al* | |
| *Case No. 2:10-cv-476* | |

---

## ORDER

Considering the foregoing Motion for Leave to File Third Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Third Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of _____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE