IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                          MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                SECTION N(5)

                                                             JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO
*Silas, et al v Gulf Stream Coach, Inc., et al*
Case No. 2:10-cv-476

## NOTICE OF HEARING

IT IS HEREBY ORDERED that Plaintiffs' Third Motion to Amend Complaint for Damages, is hereby set for hearing on the __25th__ day of August, 2010, at 9:30 am.

Respectfully submitted,

By:   *s / Rose M. Hurder*
      Rose M. Hurder, Esq.

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

### **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

                                                 *s / Rose M. Hurder*
                                                 Rose M. Hurder