IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL No. 1873
FORMALDEHYDE PRODUCT S
LIABILITY LITIGATION     SECTION N(5)

    JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:     MAGISTRATE CHASEZ
*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*
*Case No. 2:10-cv-1358*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants have been contacted. Counsel for Bechtel, Peter Tafaro; Counsel for CH2M Hill; Gerardo Barrios; and Counsel for Forest River, Inc., Jason Bone, have been contacted but have not responded to Plaintiffs' Second Supplemental and Amending Complaint. However, Counsel for United States Department of Justice, has opposed Plaintiffs motion.

Respectfully submitted, this the  2nd  day of August, 2010.

By:    *s / Rose M. Hurder*
        Rose M. Hurder, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net
egibson@hsglawfirm.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will forward a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                *s/Rose M. Hurder*
                                ROSE M. HURDER, ESQ.