IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION     SECTION N(5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO**
*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*
*Case No. 2:10-cv-1358*

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of _____, 2010 in New Orleans, Louisiana.

KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE