IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION     SECTION N(5)

    JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO**
*Kenneth Dixon, individually and as wrongful*
*death beneficiary and representative of Patricia Dixon,*
*et al v Keystone Industries, Inc., et al*
*Case No. 2:10-cv-907*

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___ day of _____, 2010 in New Orleans, Louisiana.

KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE