IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　　　　　　　　　　　　　MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION  　　　　　　　　　　　　　　　　SECTION N(5)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO**
*Kenneth Dixon, individually and as wrongful*
*death beneficiary and representative of Patricia Dixon,*
*et al v Keystone Industries, Inc., et al*
*Case No. 2:10-cv-907*

---

## NOTICE OF HEARING

---

　　　　IT IS HEREBY ORDERED that Plaintiffs' Second Motion to Amend Complaint for Damages, is hereby set for hearing on the __25th__ day of August, 2010, at 9:30 am.

　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　By:    *s / Rose M. Hurder*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Rose M. Hurder, Esq.

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 2, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

                   *s / Rose M. Hurder*
                   Rose M. Hurder