UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Helen Tonth, et al. v. TL Industries, Inc.* Case No. 09-3989 | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-3989. Plaintiffs file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their Complaint for Damages to add three additional Plaintiffs, Lydia Riley, Leon Riley[1] and Marilyn Williams[2] who, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by TL Industries, Inc. as existing Plaintiffs named in the original Complaint for Damages. No undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the trial date has

---

[1] Lydia and Leon Riley lived in a trailer with VIN number 5CH200R2461144142
[2] Marilyn Williams lived in a trailer with VIN number 5CH200R2461143735

not yet been scheduled. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing Complaint for Damages against the manufacturer defendant involved in the emergency housing unit in which each plaintiff resided.

<div style="margin-left: 50%;">

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
          Lawrence J. Centola, Jr. Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.