UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Helen Tonth, et al, v. TL Industries, Inc.* Case No. 09-3989 | * * | MAGISTRATE CHASEZ |

*************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on June 15, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds *Lydia Riley, Leon Riley and Marilyn Williams* as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties"). Newly Added Plaintiffs were inadvertently left off of the above captioned complaint. Plaintiffs seek to remedy this problem by adding Newly Added Plaintiffs to the above captioned matter, (*Helen Tonth, et al, v. TL*

1

*Industries, Inc.*) and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by TL Industries, Inc. as the existing Plaintiffs. This Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a single complaint for damages against the same manufacturer (TL Industries, Inc.). Leon and Lydia Riley were originally filed in Master Case No 2:09-cv-4088, *Leroy Carter, Jr. et al, v. Alliance Homes, Inc. d/b/a Adrian Homes, et al* (E.D. La 2009). Marilyn Williams was originally filed in Master Complaint Case No. 2:09-cv-6106, *Adell M. Foxworth on behalf of Adell Foxworth, et al, v. Alliance Homes, Inc. /b/a Adrian Homes, et al* (E.D. La. 2009).

4.

Because defendants TL Industries, Inc. have notice of a claim against them with the VIN numbers 5CH200R2461143735 and 5CH200R2461144142, Plaintiffs aver that the addition of the Newly Added Plaintiffs will not cause an unjust burden on Defendants and in fact will assist counsel in efficiently defending claims against their client.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with this Court on June 15, 2009 (Civ. Action No. 2:09-cv-3989)

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr. Bar# 3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
    Lawrence J. Centola, Jr.