## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Helen Tonth, et al. v. TL Industries, Inc. Case No. 09-3989* | * * | MAGISTRATE CHASEZ |

************************************************************************

## **RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendant has been contacted. Counsel for TL Industries, Inc. does not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

    Respectfully submitted,

    HURRICANE LEGAL CENTER, LLC

    BY: /s/ *Lawrence J. Centola, Jr.*
    Lawrence J. Centola, Jr. Bar # 3962

    600 Carondelet Street, Suite 602
    New Orleans, LA 70130
    (504) 525-1944 (telephone)
    (504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                  /s/  *Lawrence J. Centola, Jr.*
                                                  Lawrence J. Centola, Jr.