UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Jeremy Darby, et al, v. Thor Industries, Inc., et al.* Case No. 09-4025 | * * * | MAGISTRATE CHASEZ |

*************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages, Case No. 2:09-cv-4025, filed June 15, 2009. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement the complaint, to add the following Plaintiffs:

| Claimant | List of Original Complaints from which Plaintiffs in this Complaint Came |
|---|---|
| Ronald McKeever | 2:09-cv-4079 |
| Danita Ervin | 2:09-cv-4082 |
| Danita Ervin O/B/O K.E. | 2:09-cv-4082 |
| Danita Ervin O/B/O D.H. | 2:09-cv-4082 |

These Plaintiffs, upon information and belief, resided in the same type of FEMA-supplied emergency housing unit manufactured by Thor Industries, Inc. and installed by Fluor Enterprises, Inc.[1]

No undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiffs' motion will assist counsel in efficiently defending claims against their clients.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing complaint for damages against the manufacturer defendant and contractor defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
       Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)

---

[1] The VIN No. for the trailer Ronald McKeever resided in was 4XTTN30276C262301
The VIN No. for the trailer Danita Ervin and Minors Keenan Ervin and Diamond Hill resided in was 47CTS5P206L117241

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.