UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Jeremy Darby, et al, v. Thor Industries, Inc., et al.* Case No. 09-4025 | * * | MAGISTRATE CHASEZ |

*************************************************************************

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Defendants has been contacted. Thor Industries, Inc. and Fluor Enterprises, Inc. do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

                                                      Respectfully submitted,

                                                      HURRICANE LEGAL CENTER, LLC

                                                      BY: /s/ Lawrence J. Centola, Jr.
                                                               Lawrence J. Centola, Jr.

                                                      Lawrence J. Centola, Jr., LA Bar #3962
                                                      600 Carondelet Street, Suite 602
                                                      New Orleans, LA 70130
                                                      (504) 525-1944 (telephone)
                                                      (504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.