UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 <br> SECTION N(5) <br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Vernella Rogers v. Cruiser RV, LLC; and Fluor Enterprises, Inc. Case No. 09-8322* | | |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiff be GRANTED leave to file her Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this 2nd day of August, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE