UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Vernella Rogers v. Cruiser RV, LLC; and Fluor Enterprises, Inc. Case No. 09-8322* | * * | MAGISTRATE CHASEZ |

**************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above captioned matter who, through undersigned counsel, respectfully reiterates and re-avers all of the allegations, claims and prayers for relief contained in the First Amended Complaint for Damages filed on her behalf with this Court December 29, 2009.

1.

This Second Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Laura Gaines | 2:09-cv-4096 |
| Chavis Cousin o/b/o G.C. | 2:09-cv-4096 |
| Chavis Cousin o/b/o G.C. | 2:09-cv-4096 |
| Chavis Cousin | 2:09-cv-4074 |

as <u>additional</u> Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Newly Added Plaintiffs were inadvertently left off of the above captioned complaint. Plaintiff seeks to remedy this problem and in so doing comply with the

1

Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Cruiser RV, LLC and installed by Fluor Enterprises, Inc. as the other Plaintiff who is named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to a First Amended Complaint for Damages against the same manufacturer (Cruiser RV, LLC.) and same contractors (Fluor Enterprises, Inc.)

4.

Newly Added Plaintiffs adopts all of the allegations, claims and prayers for relief contained in the First Amended Complaint for Damages.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:  /s/  *Lawrence J. Centola, Jr.*
             Lawrence J. Centola, Jr.

        Lawrence J. Centola, Jr., LA Bar #3962
        600 Carondelet Street , Suite 602
        New Orleans, LA 70130
        (504) 525-1944 (telephone)
        (504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.