**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:      **FEMA TRAILER**        *    **MDL NO. 1873**
            **FORMALDEHYDE PRODUCTS**  *
            **LIABILITY LITIGATION**    *    **SECTION "N" (5)**
                                *
                                *    **JUDGE ENGELHARDT**
                                *    **MAGISTRATE CHASEZ**
                                *

**THIS DOCUMENT PERTAINS TO**  *

CIVIL CASE NOS. 09-4679; 09-4682;  *
09-4683; 09-4684; 09-4685; 09-4687;  *
09-4688; 09-4689; 09-4690; 09-4691;  *
09-4692; 09-4693; 09-4694; 09-4695;  *
09-4696; 09-4697; 09-4699; 09-4700;  *
09-4701; 09-4702; 09-7428; 09-7429  *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO PARTICIPATE IN COURT'S**</u>
<u>**LAST CHANCE PROCESS PURSUANT TO PRETRIAL ORDER NO. 68**</u>

        Considering the foregoing Motion for Leave to Participate in Court's Last Chance

Process Pursuant to Pretrial Order No. 68:

        **IT IS SO ORDERED** that the Plaintiffs named in Plaintiffs' Motion for Leave to

Participate in Court's Last Chance Process Pursuant to Pretrial Order No. 68 be

GRANTED leave and allowed to participate in the Court's Last Chance Process,

Pursuant to Pretrial Order No. 68.

        New Orleans, Louisiana, this 3rd day of _____August_____, 2010.

                          _____
                          HONORABLE KURT ENGELHARDT