IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                       MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                             SECTION N(5)

                                                          JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO**
*All cases listed: 10-907; 10-198HSO-JMR;*
*10-1358; 10-490; 10-106; 10-480; 10-1356;*
*10-199; 10-1355; 10-195 HSO JMR; 10-471; 10-2102*

## ORDER

Considering the foregoing Motion to Participate in Last Chance Process on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED to Participate in Last Chance Process attached and submitted with the foregoing motion.

DATED this 3rd day of August, 2010 in New Orleans, Louisiana.

                                        _____
                                        KURT D. ENGELHARDT
                                        UNITED STATES DISTRICT JUDGE