UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Grillier et al v. Alliance Homes, Inc. et al, No. 09-5340
Defelice et al v. Alliance Homes, Inc. et al, No. 09-5341
Acklin et al v. Alliance Homes, Inc. et al, No. 09-5343
Guillory v. Gulf Stream Coach Inc. et al, No. 09-6876

## ORDER

**CONSIDERING THE FOREGOING** Motion to Participate in "Last Chance" Matching

Process Pursuant to Pretrial Order No. 68, and the Court finding it in the interest of justice to so

do;

**IT IS SO ORDERED** that Plaintiffs' Motion to Participate in "Last Chance" Matching

Process Pursuant to Pretrial Order No. 68 is hereby **GRANTED.**

**THUS DONE AND SIGNED** in New Orleans, Louisiana, on this the __3rd__ day

_____August_____, 2010.

_____
                                    JUDGE