IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE     * MDL NO. 1873
       PRODUCTS LIABILITY LITIGATION        *
                                                                                                * Section "N" (5)
                                                                                             *
THIS DOCUMENT PERTAINS TO:                 * JUDGE ENGELHARDT

*ALL CASES*                                                                    * MAG. JUDGE CHASEZ

*********************************************************************

## PROPOSED ORDER

**CONSIDERING THE FOREGOING** that Frank J. D'Amico, Jr., counsel for the potential claimants listed on Exhibit "A" attached hereto, be allowed to participate in the Court's last chance process for obtaining matching information.

New Orleans, Louisiana, this __3rd__ day of _____August_____, 2010.

_____
JUDGE ENGELHARDT