| Last Name | First Name | FEMA ID | Lease In | Docket # | Applicant (Last) | Applicant (First) | FEMA ID | Address | City | State | Zipcode | VIN # | Barcode # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexander | Harry | UNK | 12/1/2005 | # 09-5330 | Alexander | Harry | UNK | 2311 Justin Ln | Harvey | LA | 70058 | UNK | UNK |
| Allen | Daisha | UNK | 6/1/2006 | # 09-5330 | Allen | Daisha | UNK | 325 Timberwood | Gretna | LA | 70056 | UNK | UNK |
| Bazile | Chelsea | UNK | 5/1/2006 | # 09-5330 | Lee | Ronique | | 2906 Hollygrove St | New Orleans | LA | 70118 | UNK | UNK |
| Broussard | Celina | UNK | 5/1/2006 | # 09-7166 | Broussard | Celina | UNK | 5500 Chef Menteur Hwy | New Orleans | LA | 70126 | UNK | UNK |
| Brown | Melinda | 940820964 | 10/1/2005 | # 09-5330 | Brown | Melinda | 940820964 | 87310 Hwy 450 | Folsom | LA | 70438 | UNK | UNK |
| Burns | Angelissa | UNK | 1/1/2006 | # 09-5330 | Girod | JoAnn | UNK | 2569 Ramsey St | Marrero | LA | 70072 | UNK | UNK |
| Burns | Angelo | UNK | 1/1/2006 | # 09-5330 | Girod | JoAnn | UNK | 2596 Ramsey St | Marrero | LA | 70072 | UNK | UNK |
| Carter | Fredrionne | UNK | 4/1/2006 | # 09-5330 | Girod | JoAnn | UNK | 2596 Ramsey St | Marrero | LA | 70072 | UNK | UNK |
| Davis | Malik | 921169263 | 11/1/2005 | # 09-5332 | Smith | Jaylana | 921169263 | 2636 Delta Pointe Dr | Marrero | LA | 70072 | UNK | UNK |
| Doherty | Calana | 921169263 | 11/1/2005 | # 09-5332 | Smith | Jaylana | 921169263 | 2636 Delta Pointe Dr | Marrero | LA | 70072 | UNK | UNK |
| Francis | Jill | UNK | UNK | # 09-5333 | Francis | Jill | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Girod | Carrione | UNK | 1/1/2006 | # 09-5330 | Girod | JoAnn | UNK | 2569 Ramsey St | Marrero | LA | 70072 | UNK | UNK |
| Girod | Courtney | UNK | 4/1/2006 | # 09-5330 | Girod | JoAnn | UNK | 2569 Ramsey St | Marrero | LA | 70072 | UNK | UNK |
| Girod | JoAnn | UNK | 1/1/2006 | # 09-5330 | Girod | JoAnn | UNK | 2569 Ramsey St | Marrero | LA | 70072 | UNK | UNK |
| Girod | Shawna | UNK | 1/1/2006 | # 09-5330 | Girod | JoAnn | UNK | 2569 Ramsey St | Marrero | LA | 70072 | UNK | UNK |
| Hill | Deijah | 939506232 | 12/1/2006 | # 09-5330 | Henry | Erica | 939506232 | 14761 Hwy 23 | Belle Chasse | LA | 70037 | UNK | UNK |
| Latimore | Christopher | UNK | 2/1/2006 | # 09-5330 | Latimore | Leatrice | UNK | 6801 Press Dr Unit D3 | New Orleans | LA | 70126 | UNK | UNK |
| Latimore | Joshua | UNK | 2/1/2006 | # 09-5330 | Latimore | Leatrice | UNK | 6801 Press Dr Unit D3 | New Orleans | LA | 70126 | UNK | UNK |
| Latimore | Leatrice | UNK | 2/1/2006 | # 09-5330 | Latimore | Leatrice | UNK | 6801 Press Dr Unit D3 | New Orleans | LA | 70126 | UNK | UNK |
| Lee | Chyra | UNK | 5/1/2006 | # 09-5330 | Lee | Ronique | UNK | 2906 Hollygrove St | New Orleans | LA | 70118 | UNK | UNK |
| Lee | Ronique | UNK | 5/1/2006 | # 09-5330 | Lee | Ronique | UNK | 2906 Hollygrove St | New Orleans | LA | 70118 | UNK | UNK |
| McGee | Carol | UNK | 6/1/2006 | # 09-5330 | McGee | Carol | UNK | 506 Wallace Dr | New Orleans | LA | 70122 | UNK | UNK |
| McGee | David | UNK | 6/1/2006 | # 09-5330 | McGee | Carol | UNK | 506 Wallace Dr | New Orleans | LA | 70122 | UNK | UNK |
| Napoleon | Travis | UNK | 6/1/2006 | # 09-5330 | UNK | UNK | UNK | 2618 Loyola Ave | New Orleans | LA | 70113 | UNK | UNK |
| Murray | Georgernae | 939340560 | 5/9/2006 | # 09-5332 | Murray | Georgernae | 939340560 | 18325 Miller Ln Lot 90 | Hammond | LA | 70403 | 11269709 | 1264892 |
| Powell Jr | Alexis | UNK | 12/1/2005 | # 09-5332 | Powell | Monique | UNK | 1567 Senate St | New Orleans | LA | 70122 | UNK | UNK |
| Powell | Monique | UNK | 12/1/2005 | # 09-5332 | Powell | Monique | UNK | 1567 Senate St | New Orleans | LA | 70122 | UNK | UNK |
| Powell Jr | Gregory | UNK | 12/1/2005 | # 09-5332 | Powell | Monique | UNK | 1567 Senate St | New Orleans | LA | 70122 | UNK | UNK |
| Robinson | Raheem | UNK | 1/1/2006 | # 09-5332 | Robinson | Wilbert | UNK | 4925 Lafon Dr | New Orleans | LA | 70126 | UNK | UNK |
| Robinson | Wilbert | UNK | 1/1/2006 | # 09-5332 | Robinson | Wilbert | UNK | 4925 Lafon Dr | New Orleans | LA | 70126 | UNK | UNK |
| Sanders | Tre' | 939506232 | 12/1/2006 | # 09-5330 | Henry | Erica | 939506232 | 14761 Hwy 23 | Belle Chasse | LA | 70037 | UNK | UNK |
| Smith | Jaylana | 921169263 | 11/1/2005 | # 09-5332 | Smith | Jaylana | 921169263 | 2636 Delta Pointe Dr | Marrero | LA | 70072 | UNK | UNK |
| Smith | Imani | 939520032 | 10/1/2005 | # 09-5332 | Smith | Latoya | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| Smith | Jeremiah | 939520032 | 10/1/2005 | # 09-5332 | Smith | Latoya | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| Smith | Latoya | 939520032 | 10/1/2005 | # 09-5332 | Smith | Latoya | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| Smith | Michael | 939520032 | 10/1/2005 | # 09-5332 | Smith | Latoya | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| Smith | Mikequel | 939520032 | 10/1/2005 | # 09-5332 | Smith | Latoya | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| Smith | Rickey | 939520032 | 10/1/2005 | # 09-5332 | Smith | Latoya | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| Smith | LynnDell | 939520032 | 10/1/2005 | # 09-5332 | Smith | Latoya | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| Swagain | Cleophas | UNK | UNK | # 09-5332 | Swagain | Cleophas | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Swagain | Edris | UNK | UNK | # 09-5332 | Swagain | Cleophas | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Taylor | Sharell | UNK | 8/1/2007 | # 09-5332 | Taylor | Sharell | UNK | 4782 Eunice Dr | New Orleans | LA | 70126 | UNK | UNK |
| Thomas | Calvin | 939520032 | 10/1/2005 | # 09-5332 | Thomas | Calvin | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| Thomas | Lynn | 939520032 | 10/1/2005 | # 09-5332 | Thomas | Calvin | 939520032 | 264 Hord St | Harahan | LA | 70123 | UNK | UNK |
| White | Judy | UNK | UNK | # 09-5325 | White | Judy | UNK | 191 S Kinler St | Boutte | LA | 70039 | UNK | UNK |
| Winins | Eric | UNK | 6/1/2006 | # 09-5325 | Winins | Eric | UNK | 506 Wallace Dr | New Orleans | LA | 70122 | UNK | UNK |
| Wyman | Vallhicia | 939212334 | 10/1/2007 | # 09-5325 | Wyman | Vallhicia | 939212334 | 7501 Hickman Ave | New Orleans | LA | 70127 | UNK | UNK |
| Austin | Patrick | UNK | 11/3/2005 | # 09-6187 | Austin | Rosemary | UNK | 8544 South St. Landry | Gonzales | LA | 70737 | UNK | UNK |
| Austin | Rosemary | UNK | 11/3/2005 | # 09-6187 | Austin | Rosemary | UNK | 8544 South St. Landry | Gonzales | LA | 70737 | UNK | UNK |
| Badon | Wallace | UNK | UNK | # 09-5333 | Badon | Wallace | UNK | 2022 Duels Street | New Orleans | LA | 70119 | UNK | UNK |
| Banks | Tyese | UNK | 2/1/2006 | # 09-5333 | Banks | Tyese | UNK | 1761 Jackson | New Orleans | LA | 70113 | UNK | UNK |

| Last | First | ID1 | Date | Case | Last2 | First2 | ID2 | Address | City | State | Zip | Code1 | Code2 | Code3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Boyd | Amy | UNK | 7/1/2005 | # 09-5333 | Boyd | Amy | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Boyd | Larry | UNK | 7/1/2005 | # 09-5333 | Boyd | Amy | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Boyd | Miami | UNK | 7/1/2005 | # 09-5333 | Boyd | Amy | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Bridges Sr. | Houston | 939547065 | 4/1/2006 | # 09-5333 | Bridges Sr. | Houston | 939547065 | 7733 Gannon Road | New Orleans | LA | 70128 | UNK | UNK |
| Butler Sr | Terrence | UNK | 6/1/2006 | # 09-5333 | Butler Sr | Terrence | UNK | 4900 Royal Street | New Orleans | LA | 70117 | UNK | UNK |
| Callao | Miriam | UNK | 6/1/2006 | # 09-5333 | Callao | Miriam | UNK | 29 East Airline Highway | Westwego | LA | UNK | UNK | UNK |
| Carroll | Brandon | UNK | 2/1/2006 | # 09-5333 | Banks | Tyese | UNK | 1761 Jackson | New Orleans | LA | 70113 | UNK | UNK |
| Carroll | Brionne | UNK | 2/1/2006 | # 09-5333 | Banks | Tyese | UNK | 1761 Jackson | New Orleans | LA | 70113 | UNK | UNK |
| Celestine | Sylvia | UNK | 9/1/2005 | # 09-5333 | Celestine | Sylvia | UNK | UNK | Boutte | LA | 70039 | UNK | UNK |
| Cowart | Willie | UNK | 12/7/2005 | # 09-5333 | Cowart | Willie | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Cunningham | Ernestine | UNK | UNK | # 09-5333 | Cunningham | Ernestine | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Delaney | Consuella | 939732148 | 1/1/2006 | # 09-5333 | Delaney | Ivory | 939732148 | 15025 Emory Road | New Orleans | LA | 70128 | UNK | UNK |
| Delaney | Ivory | 939732148 | 1/1/2006 | # 09-5333 | Delaney | Ivory | 939732148 | 15025 Emory Road | New Orleans | LA | 70128 | UNK | UNK |
| Delaney | Jason | 939732148 | 1/1/2006 | # 09-5333 | Delaney | Ivory | 939732148 | 15025 Emory Road | New Orleans | LA | 70128 | UNK | UNK |
| Dison | Alexis | 911909135 | 9/1/2007 | # 09-5329 | Dison | Adelliny | 911909135 | 2806 Myrtle Grove Drive | Mereaux | LA | 70075 | 021-06-943-12906 | 1272845 |
| Dison | Ashley | 911909135 | 9/1/2007 | # 09-5329 | Dison | Adelliny | 911909135 | 2806 Myrtle Grove Drive | Mereaux | LA | 70075 | 021-06-943-12906 | 1272845 |
| Dison | Adelliny | 911909135 | 9/1/2007 | # 09-5329 | Dison | Adelliny | 911909135 | 2806 Myrtle Grove Drive | Mereaux | LA | 70075 | 021-06-943-12906 | 1272845 |
| Dison | Ariana | 911909135 | 9/1/2007 | # 09-5329 | Dison | Adelliny | 911909135 | 2806 Myrtle Grove Drive | Mereaux | LA | 70075 | 021-06-943-12906 | 1272845 |
| Foster | Wayne | UNK | 2/1/2006 | # 09-5333 | Foster | Wayne | UNK | 7725 Lehigh Street | New Orleans | LA | 70127 | UNK | UNK |
| Harness | Keven | UNK | UNK | # 09-5333 | Harness | Keven | UNK | 3159 Marieta Street | Kenner | LA | 70065 | UNK | UNK |
| Hatcher | Lonnie | UNK | 1/1/2006 | # 09-5333 | Hatcher | Lonnie | UNK | Chef Menteur Hwy | New Orleans | LA | 70127 | UNK | UNK |
| Hill | Darrin | 911909135 | 9/1/2007 | # 09-5329 | Dison | Adelliny | 911909135 | 2806 Myrtle Grove Drive | Mereaux | LA | 70075 | 021-06-943-12906 | 1272845 |
| Hill | Keonne | UNK | 6/1/2006 | # 09-5329 | Hill | Keonne | UNK | 101 E. St. Bernard Ave Lot 87 | Poydras | LA | 70085 | UNK | UNK |
| Johnson | Tammie | UNK | UNK | # 09-5329 | Johnson | Tammie | UNK | Alabama State Parks Camping | UNK | AL | UNK | UNK | UNK |
| Johnson | Tamia | UNK | UNK | # 09-5329 | Johnson | Tammie | UNK | Alabama State Parks Camping | UNK | AL | UNK | UNK | UNK |
| Jones | Ronnie | UNK | 1/1/2006 | # 09-5329 | Jones | Ronnie | UNK | Lamarque St. Fema Trailer Site | New Orleans | LA | UNK | UNK | UNK |
| Jones | Tara | UNK | UNK | # 09-5329 | Jones | Tara | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Lightell | Steve | UNK | 10/1/2005 | # 09-5329 | Lightell | Steve | UNK | 4736 Jasper Street | Metairie | LA | 70006 | UNK | UNK |
| Lopez | Patricia | UNK | 2/1/2006 | # 09-5329 | Lopez | Patricia | UNK | 2607 Albany Street | Kenner | LA | 70062 | UNK | UNK |
| Lopez | Emilio | UNK | 2/1/2006 | # 09-5329 | Lopez | Patricia | UNK | 2607 Albany Street | Kenner | LA | 70062 | UNK | UNK |
| Miller | Delvon | UNK | 4/27/2007 | # 09-5329 | Miller | Delvon | UNK | 29 East Airline Highway | Kenner | LA | 70062 | UNK | UNK |
| Mitchell | Derrick | 940776561 | 1/1/2006 | # 09-5329 | UNK | UNK | 940776561 | 2639 OAKMERE DRIVE | Harvey | LA | 70058 | UNK | UNK |
| Mitchell | Coltney | 940776561 | 1/1/2006 | # 09-5329 | UNK | UNK | 940776561 | 2639 OAKMERE DRIVE | Harvey | LA | 70058 | UNK | UNK |
| Mitchell | Ashley | 940776561 | 1/1/2006 | # 09-5329 | UNK | UNK | 940776561 | 2639 OAKMERE DRIVE | Harvey | LA | 70058 | UNK | UNK |
| Nafzinger | Noah | UNK | 2/1/2006 | # 09-5329 | UNK | UNK | UNK | 619 W. 29th Avenue | Covington | LA | 70433 | UNK | UNK |
| Newell | Benny | UNK | UNK | # 09-5329 | Newell | Benny | UNK | 10934 Curran Blvd. | New Orleans | LA | 70127 | UNK | UNK |
| Rabathaly | Lakeitha | UNK | UNK | # 09-6187 | Rabathaly | LaKeitha | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Rabathaly | Dylan | UNK | UNK | # 09-6187 | Rabathaly | LaKeitha | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Richardson | Deniecee | UNK | 2/1/2006 | # 09-5325 | Richardson | Deniecee | UNK | 2235 Iberville & Miro | New Orleans | LA | 70119 | UNK | UNK |
| Richardson | Sparkle | UNK | 2/1/2006 | # 09-5325 | Richardson | Deniecee | UNK | 2235 Iberville & Miro | New Orleans | LA | 70119 | UNK | UNK |
| Richardson IV | Edward | UNK | 2/1/2006 | # 09-5325 | Richardson | Deniecee | UNK | 2235 Iberville & Miro | New Orleans | LA | 70119 | UNK | UNK |
| Richardson III | Edward | UNK | 2/1/2006 | # 09-5325 | Richardson | Deniecee | UNK | 2235 Iberville & Miro | New Orleans | LA | 70119 | UNK | UNK |
| Ridgeway | Michael | UNK | 3/10/2006 | # 09-5325 | Ridgeway | Michael | UNK | 2609 Lomadale Site | New Orleans | LA | 70126 | UNK | UNK |
| Roby | Benjamin | UNK | 3/10/2007 | # 09-5325 | Roby | Benjamin | UNK | 3858 Louisa Street | New Orleans | LA | 70126 | UNK | UNK |
| Seal | Steven | UNK | UNK | # 09-5332 | Seal | Steven | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Smith | Derrick | UNK | 8/29/2006 | # 09-5325 | Smith | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Smith | Mequelle | UNK | 8/29/2006 | # 09-5325 | Smith | Mequelle | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Smith | Gaynell | UNK | 11/1/2005 | # 09-5325 | Smith | Gaynell | UNK | 100 Willwood Drive | Waggaman | LA | 70094 | UNK | UNK |
| Smith. Jr | Leroy | UNK | 11/1/2005 | # 09-5325 | Smith | Gaynell | UNK | 100 Willwood Drive | Waggaman | LA | 70094 | UNK | UNK |
| Souchon Sr. | Edward | UNK | UNK | # 09-5332 | Souchon Sr. | Edward | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Sturdivant | Clarence | UNK | 11/1/2005 | # 09-5325 | Sturdivant | Clarence | UNK | 1734 Harvey Street | Harvey | LA | 70058 | UNK | UNK |
| Williams | Amari | UNK | UNK | # 09-5332 | Williams | Regina | UNK | UNK | UNK | UNK | UNK | UNK | UNK |

| Last | First | ID1 | Date | Case # | Last2 | First2 | ID2 | Address | City | State | Zip | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williams | Nathaniel | UNK | 12/7/2005 | # 09-5325 | Williams | Nathaniel | UNK | 15 Oak Grove Center Road | Tylertown | MS | 39667 | UNK | UNK |
| Wilson | Andrew | UNK | UNK | # 09-5332 | Wilson | Michelle | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Wilson | Michelle | UNK | UNK | # 09-5332 | Wilson | Michelle | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Wilson | Baron | UNK | 3/1/2006 | # 09-5325 | Wilson | Marlisa | UNK | Gallier | New Orleans | LA | 70117 | UNK | UNK |
| Wilson | Marlisa | UNK | 3/1/2006 | # 09-5325 | Wilson | Marlisa | UNK | Gallier | New Orleans | LA | 70117 | UNK | UNK |
| Wilson | Perry | UNK | 3/1/2006 | # 09-5325 | Wilson | Marlisa | UNK | Gallier | New Orleans | LA | 70117 | UNK | UNK |
| Wilson | Stephen | UNK | UNK | # 09-5332 | Wilson | Michelle | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Young | Kenneth | 938765776 | UNK | # 09-5329 | UNK | UNK | 938765776 | Alabama State Parks Camping | UNK | AL | UNK | UNK | UNK |
| Ussin | Louis | UNK | 1/1/2006 | # 09-5325 | Ussin | Louis | UNK | 2639 OAKMERE DRIVE | Harvey | LA | 7005 | UNK | UNK |
| Veal Sr | Felters | UNK | UNK | # 09-5325 | Veal Sr | Felters | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Veal | Falan | UNK | 3/1/2006 | # 09-5325 | Veal Sr | Felters | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Veal Jr | Felters | UNK | 3/1/2006 | # 09-5325 | Veal Sr | Felters | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Walker | Albert | UNK | 4/1/2006 | # 09-5325 | Walker | Albert | UNK | 1500 Westminister | Marrero | LA | 70072 | UNK | UNK |
| Anderson | Carol | UNK | 6/1/2006 | # 09-5328 | Anderson | Carol | UNK | 11 Imogene St | Waggaman | LA | 70094 | UNK | UNK |
| Anderson | Elma | UNK | 4/1/2006 | # 09-5328 | Anderson | Elma | UNK | 4875 S Sherwood | New Orleans | LA | 70128 | UNK | UNK |
| Anderson | Kedrick | UNK | 6/1/2006 | # 09-5335 | Hicks | Shelita | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Anderson | Lincoln | UNK | 4/1/2006 | # 09-5328 | Anderson | Elma | UNK | 4875 S Sherwood | New Orleans | LA | 70128 | UNK | UNK |
| Andrews | Charles | UNK | 12/1/2005 | # 09-5328 | Smith | Treleah | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Angelle | Nathan | UNK | UNK | # 09-5328 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Armour | Louis | UNK | 12/1/2005 | # 09-5328 | Armour | Louis | UNK | 4900 Chef Menteur Highway | New Orleans | LA | 70126 | UNK | UNK |
| Atkins | Joseph | UNK | 9/1/2006 | # 09-5328 | Atkins | Joseph | UNK | 2600 Autumwood Dr. | LaComb | LA | UNK | UNK | UNK |
| Ballam | Michael | UNK | 2/17/2006 | # 09-5335 | Ballam | Michael | UNK | 1900 Robert Dr | Chalmette | LA | 70043 | UNK | UNK |
| Barnes | Elton | UNK | 12/1/2005 | # 09-5328 | Barnes | Elton | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Barthe | Karen | UNK | 6/1/2006 | # 09-5328 | Barthe | Karen | UNK | 6424 Pines Blvd | New Orleans | LA | 70126 | UNK | UNK |
| Benton | Cynthia | 921320538 | 11/1/2006 | # 09-5328 | Benton | Cynthia | 921320538 | 4239 Reyna St | New Orleans | LA | 70126 | UNK | UNK |
| Berkley | Derrick | UNK | UNK | # 09-5328 | Berkley | Derrick | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Bradley | Marie | UNK | 11/1/2005 | # 09-5328 | Bradley | Marie | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Brooks | Asia | UNK | 11/1/2005 | # 09-5328 | Bradley | Marie | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Brown | Grace | UNK | 11/1/2006 | # 09-5328 | Brown | Grace | UNK | 25 Cynthia St | Waggaman | LA | 70094 | UNK | UNK |
| Butler | Christi | UNK | 11/1/2006 | # 09-5335 | Harris | Katrina | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Cain | Relester | 931112984 | 2/1/2006 | # 09-5328 | Cain | Relester | 931112984 | 2601 Franklin Ave A/8 | New Orleans | LA | 70117 | UNK | UNK |
| Cain | Wenisha | 931112362 | 9/1/2006 | # 09-5328 | Cain Sr | Wendell | 931112362 | 9199 Sugar Hill Lane | Convent | LA | 70723 | UNK | UNK |
| Cain Jr | Kendell | UNK | 2/1/2006 | # 09-5328 | Cain Sr | Kendell | UNK | 2601 Franklin Ave | New Orleans | LA | 70117 | UNK | UNK |
| Cain Sr | Kendell | UNK | 2/1/2006 | # 09-5328 | Cain Sr | Kendell | UNK | 2601 Franklin Ave | New Orleans | LA | 70117 | UNK | UNK |
| Cain Jr | Wendell | 931112362 | 9/1/2006 | # 09-5328 | Cain Sr | Wendell | 931112362 | 9199 Sugar Hill Lane | Convent | LA | 70723 | UNK | UNK |
| Cain Sr | Wendell | 931112362 | 9/1/2006 | # 09-5328 | Cain Sr | Wendell | 931112362 | 9199 Sugar Hill Lane | Convent | LA | 70723 | UNK | UNK |
| Caravana | Amaiya | 939471267 | 10/1/2005 | # 09-5329 | Williams | Trachell | 939471267 | 534 Robinson Ave | Marrero | LA | 70072 | UNK | UNK |
| Carter | Tia | 931092250 | 2/1/2006 | # 09-5328 | Carter | Kenneth | 931092250 | 14766 Beekman Rd | New Orleans | LA | 70128 | UNK | UNK |
| Carter | Kenneth | 931092250 | 2/1/2006 | # 09-5328 | Carter | Kenneth | 931092250 | 14766 Beekman Rd | New Orleans | LA | 70128 | UNK | UNK |
| Carter | Arthur | 921224073 | 3/1/2006 | # 09-5328 | Carter | Arthur | 921224073 | 4901 Corrine St | New Orleans | LA | 70127 | UNK | UNK |
| Carter | Chad | 931092250 | 2/1/2006 | # 09-5328 | Carter | Kenneth | 931092250 | 14766 Beekman Rd | New Orleans | LA | 70128 | UNK | UNK |
| Cazenave | Deborah | UNK | 8/1/2006 | # 09-5328 | Cazenave | Deborah | UNK | 1724 Ricouard Rd. | St. Bernard | LA | 70085 | UNK | UNK |
| Charles | Louis | UNK | UNK | # 09-5328 | Dawson | Raquel | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Cheatham | Theresa | UNK | UNK | # 09-5328 | Cheatham | Theresa | UNK | Foxblair St | Slidell | LA | 70460 | UNK | UNK |
| Cheatham Jr | Williard | UNK | UNK | # 09-5328 | Cheatham Jr | Williard | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Cheatham | Amani | UNK | UNK | # 09-5328 | Cheatham Jr | Williard | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Clofer | Hayward | UNK | 12/1/2005 | # 09-7166 | Clofer | Hayward | UNK | 6568 Acre Road | Marrero | LA | 70072 | UNK | UNK |
| Craft | Eva | UNK | 2/1/2006 | # 09-5328 | Craft | Eva | UNK | 8401 Miland St | Metairie | LA | 70003 | UNK | UNK |
| Crawford Jr | Aaron | 939471267 | 10/1/2005 | # 09-5329 | Williams | Trachell | 939471267 | 534 Robinson Ave | Marrero | LA | 70072 | UNK | UNK |
| Crosby | Sean | UNK | UNK | # 09-5328 | Green | Shawnkarey | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Danos | Mia | UNK | 1/1/2006 | # 09-5335 | Henry | Courtney | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Dase | Stephanie | UNK | 2/1/2006 | # 09-5328 | Dase | Stephanie | UNK | 7661 Morel St | New Orleans | LA | 70128 | UNK | UNK |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dase Jr | Albert | UNK | | 2/1/2006 | # 09-5328 | Dase Jr | Albert | UNK | 7661 Morel St. | New Orleans | LA | 70128 UNK | UNK |
| Davis | Al | UNK | | 10/1/2005 | # 09-5328 | Davis | Al | UNK | 4236 Hamilton St | New Orleans | LA | 70118 UNK | UNK |
| Davis | Ashley | UNK | | 5/1/2006 | # 09-5328 | Davis | Julie | UNK | 2521 Aubry St. | New Orleans | LA | 70119 UNK | UNK |
| Davis | Julie | UNK | | 5/1/2006 | # 09-5328 | Davis | Julie | UNK | 2521 Aubry St. | New Orleans | LA | 70119 UNK | UNK |
| Davis Jr | Melvin | UNK | | 6/1/2006 | # 09-5328 | UNK | UNK | UNK | 2521 Aubry St. | New Orleans | LA | 70119 UNK | UNK |
| Davis III | Melvin | UNK | | 6/1/2006 | # 09-5328 | UNK | UNK | UNK | 2521 Aubry St | New Orleans | LA | 70119 UNK | UNK |
| Davis | Lauren | UNK | | 11/1/2005 | # 09-5328 | UNK | UNK | UNK | 2521 Aubry St | New Orleans | LA | 70119 UNK | UNK |
| Dawson | Raquel | UNK | UNK | | # 09-5328 | Dawson | Raquel | UNK | UNK | UNK | UNK | UNK | UNK |
| Dixon Sr. | Bruce | UNK | | 10/1/2005 | # 09-5328 | Dixon Sr | Bruce | UNK | 701 Kingsway Dr | Gretna | LA | 70056 UNK | UNK |
| Douglas | Ieka | UNK | UNK | | # 09-5328 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Edwards | Geralds | | 912022907 | 1/1/2006 | # 09-5328 | Edwards | Geralds | 912022907 | 10400 Blunt Road, Airport 2 | Baton Rouge | LA | UNK | UNK |
| Encalade Jr | Terry | UNK | | 4/1/2006 | # 09-5328 | Encalade Jr | Terry | UNK | UNK | UNK | UNK | UNK | UNK |
| Esprit | Emelda | UNK | | 7/1/2006 | # 09-5328 | Esprit | Emelda | UNK | 164 Northwest 12st St | Reserve | LA | 70084 UNK | UNK |
| Estes | Crystal | UNK | | 12/1/2005 | # 09-5328 | Estes | Crystal | UNK | 1839 Pailet St | Harvey | LA | 70058 UNK | UNK |
| Fernandez Jr | James | UNK | | 10/1/2005 | # 09-5328 | Fernandez Jr | James | UNK | 3740 Agateway Dr | Harvey | LA | 70058 UNK | UNK |
| Foster Jr | Anthony | | 911961933 | 11/1/2005 | # 09-5335 | Young | Jaceline | 911961933 | 822 Centanni Rd | Kenner | LA | 70062 UNK | UNK |
| Fountain | Brandon | | 932087219 | 2/1/2006 | # 09-5328 | UNK | UNK | 932087219 | Sterling Properties Lot Trailer A8 | Marrero | LA | 70072 UNK | UNK |
| Fox | Jarrell | UNK | UNK | | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Francis | Holly | | 939657182 | 7/1/2006 | # 09-5328 | UNK | UNK | 939657182 | UNK | UNK | UNK | UNK | 2006319467 1386303 |
| Gentry | Rose | UNK | | 4/1/2006 | # 09-5328 | Gentry | Rose | UNK | 9107 Prithard Pl | New Orleans | LA | 70118 UNK | UNK |
| Gentry | Linda | UNK | | 4/1/2006 | # 09-5328 | Gentry | Linda | UNK | 5651 Red Maple Dr | New Orleans | LA | 70129 UNK | UNK |
| Glenn | Oreva | UNK | | 1/1/2006 | # 09-5328 | Glenn | Oreva | UNK | UNK | UNK | UNK | UNK | UNK |
| Glover | Sheila | UNK | | 10/1/2006 | # 09-5328 | Glover | Sheila | UNK | 153 Phillips Bros Dr | Waggaman | LA | 70094 UNK | UNK |
| Gonzales Jr | Alvin | | 961172220 | 3/1/2006 | # 09-5328 | Gonzales Jr | Alvin | 961172220 | 6th St | Bridge City | LA | 70094 UNK | UNK |
| Gordon | Annie | UNK | | 2/1/2006 | # 09-5328 | Gordon | Annie | UNK | UNK | UNK | UNK | UNK | UNK |
| Gordon | Charles | UNK | | 2/1/2006 | # 09-5328 | Gordon | Charles | UNK | UNK | UNK | UNK | UNK | UNK |
| Green | Shawn Karey | UNK | UNK | | # 09-5328 | Green | Shawnkarey | UNK | UNK | UNK | UNK | UNK | UNK |
| Green | Frank | UNK | UNK | | # 09-5328 | Green | Shawnkarey | UNK | UNK | UNK | UNK | UNK | UNK |
| Griffin | Kerry | | 939520363 | 7/1/2006 | # 09-5328 | UNK | UNK | 939520363 | 1129 Jefferson Hwy | New Orleans | LA | 70123 UNK | UNK |
| Guice | Christopher | UNK | | 12/1/2005 | # 09-7166 | UNK | UNK | UNK | 6568 Acre Road | Marrero | LA | 70072 UNK | UNK |
| Guss | Diana | | 921371747 | 1/1/2006 | # 09-5335 | UNK | UNK | 921371747 | 10400 Blunt Road Airport 2 | Baton Rouge | LA | UNK | UNK |
| Hammond | Rosie | UNK | | 12/1/2005 | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Hammond | William | UNK | | 8/1/2006 | # 09-5335 | UNK | UNK | UNK | 6007 or 6700 Laverne St | New Orleans | LA | 70126 UNK | UNK |
| Handy | Michael | UNK | UNK | | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Harris | Antoinette | UNK | UNK | | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Harris | Junior | UNK | | 12/1/2005 | # 09-5335 | UNK | UNK | UNK | 401 Wagner St | New Orleans | LA | 70114 UNK | UNK |
| Harris | Richard | UNK | UNK | | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Harris | Steven | UNK | UNK | | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Henry | Courtney | UNK | | 1/1/2006 | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Hicks | Shelita | UNK | | 6/1/2006 | # 09-5335 | Hicks | Shelita | UNK | UNK | UNK | UNK | UNK | UNK |
| Hill Jr | Eugene | UNK | | 11/1/2005 | # 09-5335 | Hill Jr | Eugene | UNK | 3860 Accacia Lane | Harvey | LA | 70058 UNK | UNK |
| Terries Hill | Ron | UNK | | 11/1/2005 | # 09-5335 | Hill Jr | Eugene | UNK | 3860 Accacia Lane | Harvey | LA | 70058 UNK | UNK |
| Holmes | Charles | UNK | | 12/1/2005 | # 09-5326 | Smith | Treleah | UNK | UNK | UNK | UNK | UNK | UNK |
| Howard | Wendell | UNK | | 3/1/2005 | # 09-5335 | UNK | UNK | UNK | 2821 Joliet St | New Orleans | LA | 70118 UNK | UNK |
| Howard | Maude | UNK | | 12/1/2006 | # 09-5335 | Howard | Maude | UNK | UNK | UNK | UNK | UNK | UNK |
| Howard | Ida | UNK | | 3/1/2006 | # 09-5335 | Howard | Ida | UNK | 2821 Joliet St | New Orleans | LA | 70118 UNK | UNK |
| Hudson | Ruth | UNK | | 3/1/2006 | # 09-5335 | Hudson Sr | Floyd | UNK | 3212 Gen Odgen St | New Orleans | LA | 70118 UNK | UNK |
| Hudson Sr | Floyd | UNK | | 3/1/2006 | # 09-5335 | Hudson Sr | Floyd | UNK | 2312 Gen Odgen St | New Orleans | LA | 70118 UNK | UNK |
| Hudson | Denise | UNK | | 3/1/2006 | # 09-5335 | Hudson | Denise | UNK | 2312 Gen Odgen St | New Orleans | LA | 70118 UNK | UNK |
| Hudson | Deanna | UNK | | 3/1/2006 | # 09-5335 | Hudson | Denise | UNK | 2312 Gen Odgen St | New Orleans | LA | 70118 UNK | UNK |
| Hudson Jr | Floyd | UNK | | 3/1/2006 | # 09-5335 | Hudson Sr | Floyd | UNK | 2312 Gen Odgen St | New Orleans | LA | 70118 UNK | UNK |
| Hudson | Cameron | UNK | | 3/1/2006 | # 09-5335 | Hudson Sr | Floyd | UNK | 2312 Gen Odgen St | New Orleans | LA | 70118 UNK | UNK |

| Last Name | First Name | SSN | Date | Case # | Rep Last | Rep First | Rep SSN | Address | City | State | Zip | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hudson | Joshua | UNK | 3/1/2006 | # 09-5335 | Hudson Sr | Floyd | UNK | 2312 Gen Odgen St | New Orleans | LA | 70118 | UNK | UNK |
| Jackson | Althea | 939054212A | 7/1/2006 | # 09-5335 | Jackson | Althea | 939054212A | 1824 N Villere ST | New Orleans | LA | 70116 | UNK | UNK |
| Jackson | Melonie | UNK | UNK | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Jackson | Marion | 911968347 | 12/1/2005 | # 09-5335 | Jackson | Marion | 911968347 | 5228 Oak Row St | Marrero | LA | 70072 | UNK | UNK |
| Jackson | Peter | 911968347 | 12/1/2005 | # 09-5335 | Jackson | Marion | 911968347 | 5228 Oak Row St | Marrero | LA | 70072 | UNK | UNK |
| Jackson | Kenneth | 911968347 | 12/1/2005 | # 09-5335 | Jackson | Marion | 911968347 | 5228 Oak Row St | Marrero | LA | 70072 | UNK | UNK |
| Jackson Sr | Peter | 911968347 | 12/1/2005 | # 09-5335 | Jackson | Marion | 911968347 | 5228 Oak Row St | Marrero | LA | 70072 | UNK | UNK |
| Jacque | Yohan | UNK | UNK | # 09-5335 | Jacque | Yohan | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| James | Darlene | UNK | 12/1/2006 | # 09-5335 | James | Darlene | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| James | Deiontae | UNK | 1/1/2006 | # 09-5335 | Henry | Courtney | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| James Sr | Thurston | UNK | 12/1/2005 | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Johnson | Iris | UNK | 6/1/2006 | # 09-5335 | Johnson Sr | Joseph | UNK | 3146 Law St | New Orleans | LA | 70117 | UNK | UNK |
| Johnson | Michael | UNK | 4/1/2006 | # 09-5335 | UNK | UNK | UNK | 3749 Willow St Trailer B | New Orleans | LA | 70115 | UNK | UNK |
| Johnson | Nancy | 911956399 | 2/1/2006 | # 09-5335 | Johnson | Nancy | 911956399 | 11409 Jefferson Hwy | River Ridge | LA | 70123 | UNK | UNK |
| Johnson | Paul | UNK | 3/1/2006 | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Johnson Sr | Joseph | UNK | 1/1/2007 | # 09-5335 | Johnson Sr | Joseph | UNK | 3146 Law St | New Orleans | LA | 70117 | UNK | UNK |
| Jones | Calvin | UNK | 8/1/2006 | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Jones | Thomas | 939130793 | UNK | # 09-5335 | Jones | Thomas | 939130793 | UNK | UNK | UNK | UNK | UNK | UNK |
| Joseph | Letitia | UNK | 2/1/2006 | # 09-5335 | Joseph | Letitia | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Joseph | Loriyon | UNK | 2/1/2006 | # 09-5335 | Joseph | Letitia | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Kalil | Darius | UNK | 2/1/2006 | # 09-5335 | Kalil | Darius | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Kelley Sr | Chet | UNK | 11/1/2005 | # 09-5335 | Kelley Sr | Chet | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| LaBranch Jr | Ronald | UNK | 3/1/2006 | # 09-5326 | Williams | Pamela | UNK | 6201 Dorothea St | New Orleans | LA | 70126 | UNK | UNK |
| Lambert | Kathryn | UNK | 11/1/2005 | # 09-5335 | UNK | UNK | UNK | 2323 N Miro St | New Orleans | LA | 70117 | UNK | UNK |
| Laugand-Davis | Sonya | UNK | UNK | # 09-5335 | Laugand-Davis | Sonya | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Lebouef | Karen | UNK | UNK | # 09-5335 | Lebouef | Karen | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| LeBrane Jr | Andrew | UNK | 2/1/2006 | # 09-5335 | LeBrane Jr | Andrew | UNK | 6024 Dauphine St | New Orleans | LA | 70117 | UNK | UNK |
| Lee | Dominique | UNK | UNK | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Lee | Sharon | UNK | 9/1/2006 | # 09-5335 | Lee | Sharon | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Lesnaderse | Nicholas | UNK | UNK | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Levis | Gary | UNK | UNK | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Lewis | Christopher | UNK | 11/1/2006 | # 09-5335 | Lewis | Christopher | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Lewis | Dontrell | UNK | 11/1/2006 | # 09-5335 | Lewis | Christopher | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Mayeaux | Jason | UNK | 2/1/2006 | # 09-7166 | Mayeaux | Jason | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| McGuire | Hazel | UNK | 2/1/2006 | # 09-5335 | McGuire | Hazel | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Melson Jr | Aaron | UNK | UNK | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Menyweather | Cristin | UNK | 11/1/2005 | # 09-5335 | Menyweather | Keith | UNK | 7121 River Road | Avondale | LA | 70094 | UNK | UNK |
| Menyweather | Jeremy | UNK | 11/1/2005 | # 09-5335 | Menyweather | Keith | UNK | 7121 River Road | Avondale | LA | 70094 | UNK | UNK |
| Menyweather | Keith | UNK | 11/1/2005 | # 09-5335 | Menyweather | Keith | UNK | 7121 River Road | Avondale | LA | 70094 | UNK | UNK |
| Meneyweather | Kiersten | UNK | 11/1/2005 | # 09-5335 | Menyweather | Keith | UNK | 7121 River Road | Avondale | LA | 70094 | UNK | UNK |
| Mims | Cameron | UNK | 2/1/2006 | # 09-5335 | Mims Jr | Albert | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Mims Jr | Albert | UNK | 2/1/2006 | # 09-5335 | Mims Jr | Albert | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Mitchell | Sherry | UNK | 3/1/2006 | # 09-5335 | Mitchell | Sherry | UNK | 4413 Crowder Blvd. | New Orleans | LA | 70127 | UNK | UNK |
| Mollett | Roosevelt | UNK | UNK | # 09-5335 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Montgomery | Aaron | UNK | 3/1/2006 | # 09-5335 | Montgomery | Aaron | UNK | 4012 Clemont Dr | New Orleans | LA | 70122 | UNK | UNK |
| Montgomery | Ladine | UNK | 3/1/2006 | # 09-5335 | Montgomery | Ladine | UNK | 4012 Clemont Dr | New Orleans | LA | 70122 | UNK | UNK |
| Morris | Erwin | UNK | 1/1/2006 | # 09-5335 | Morris | Erwin | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Murphy | Linda | UNK | UNK | # 09-5335 | Murphy | Linda | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Murphy | Michael | UNK | 11/1/2005 | # 09-5335 | Murphy | Seantrell | UNK | 1729 Montbatten Dr | Marrero | LA | 70072 | UNK | UNK |
| Murphy | Seantrell | UNK | 11/1/2005 | # 09-5335 | Murphy | Seantrell | UNK | 1729 Montbatten Dr | Marrero | LA | 70072 | UNK | UNK |
| Nuccio | Anthony | UNK | UNK | # 09-5335 | Nuccio | Anthony | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Nuccio | Judy | UNK | 3/1/2006 | # 09-5335 | Nuccio | Judy | UNK | UNK | UNK | UNK | UNK | UNK | UNK |

| Last | First | | Date | Case # | Last2 | First2 | | Address | City | State | Zip | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Obleton | Ozier | 939657182 | 7/1/2006 | # 09-5328 | UNK | UNK | 939657182 | UNK | UNK | UNK | UNK | | 2006319467 | 1386303 |
| Paul | India | 911961933 | 11/1/2005 | # 09-5335 | UNK | UNK | 911961933 | 822 Centanni Rd | Kenner | LA | 70062 | UNK | | UNK |
| Paxton | Carol | UNK | 1/1/2006 | # 09-5335 | Paxton | Carol | UNK | 7136 Crowder Blvd | New Orleans | LA | 70126 | UNK | | UNK |
| Pichon | David | UNK | UNK | # 09-5326 | Pichon | David | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Pierce III | Hillary | UNK | UNK | # 09-5326 | Pierce III | Hillary | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Pittman | Caron | UNK | 1/1/2006 | # 09-5326 | Pittman | Caron | UNK | #1 Jefferson Hwy | River Ridge | LA | 70123 | UNK | | UNK |
| Pittman | Hersey | 921213772 | 1/1/2006 | # 09-5326 | Pittman | Hersey | 921213772 | 7120 Ridgefield Dr | New Orleans | LA | 70128 | UNK | | UNK |
| Prestley | Ernest | UNK | 7/1/2006 | # 09-5326 | Prestley | Ernest | UNK | 164 Northwest 12st St | Reserve | LA | 70084 | UNK | | UNK |
| Preston | Lois | UNK | 12/1/2005 | # 09-7166 | UNK | UNK | UNK | 6568 Acre Road | Marrero | LA | 70072 | UNK | | UNK |
| Ragas | Rolana | UNK | UNK | # 09-5326 | Ragas | Rolanna | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Ragas | Whitney | UNK | UNK | # 09-5326 | Ragas | Rolanna | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Rayford | Corey | UNK | 9/1/2005 | # 09-7166 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Reddick | Chonda | UNK | 4/1/2006 | # 09-5326 | Reddick | Chonda | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Reddick | Deshanire | UNK | 4/1/2006 | # 09-5326 | Reddick | Chonda | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Reddick | Denarial | UNK | 4/1/2006 | # 09-5326 | Reddick | Chonda | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Reddick | Grid | UNK | 4/1/2006 | # 09-5326 | Reddick | Chonda | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Reddick | Grion | UNK | 4/1/2006 | # 09-5326 | Reddick | Chonda | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Reddick | Maurice | UNK | 4/1/2006 | # 09-5326 | Reddick | Chonda | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Reddick III | Terry | UNK | 4/1/2006 | # 09-5326 | Reddick | Chonda | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Rhodes | Bennie | UNK | 1/1/2006 | # 09-5326 | Rhodes | Erica | UNK | 6444 Millender Dr | Marrero | LA | 70072 | UNK | | UNK |
| Rhodes | Brittany | UNK | 1/1/2006 | # 09-5326 | Rhodes | Erica | UNK | 6444 Millender Dr | Marrero | LA | 70072 | UNK | | UNK |
| Rhodes | Erica | UNK | 1/1/2006 | # 09-5326 | Rhodes | Erica | UNK | 6444 Millender Dr | Marrero | LA | 70072 | UNK | | UNK |
| Rhodes | JoAnn | UNK | 1/1/2006 | # 09-5326 | Rhodes | JoAnn | UNK | 6444 Millender Dr | Marrero | LA | 70072 | UNK | | UNK |
| Rhodes | Leshondrick | UNK | 1/1/2006 | # 09-5326 | Rhodes | Erica | UNK | 6444 Millender Dr | Marrero | LA | 70072 | UNK | | UNK |
| Rhodes | Tara | UNK | 1/1/2006 | # 09-5326 | Rhodes | Tara | UNK | 6444 Millender Dr | Marrero | LA | 70072 | UNK | | UNK |
| Richards Sr | August | UNK | 10/1/2006 | # 09-5326 | UNK | UNK | UNK | 4239 Reyna St | New Orleans | LA | 70126 | UNK | | UNK |
| Riley Jr | Morris | UNK | 8/1/2006 | # 09-5326 | Riley Jr | Morris | UNK | 2064 Carver Dr | Marrero | LA | 70072 | UNK | | UNK |
| Roberts Sr | Steven | UNK | UNK | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Robinson Jr | Norman | 931082033 | 10/1/2005 | # 09-5326 | UNK | UNK | 931082033 | 7309 Runnymede Dr | Marrero | LA | 70072 | UNK | | UNK |
| Thomas | Anna | UNK | 3/1/2007 | # 09-5326 | Thomas | Anna | UNK | 167 Lorraine Dr | Belle Chasse | LA | 70037 | | | UNK |
| Thomas | Isaiah | UNK | 10/1/2005 | # 09-5326 | UNK | UNK | UNK | 1644 Casa Colva | New Orleans | LA | 70114 | UNK | | UNK |
| Thomas | Katherin | UNK | 11/1/2005 | # 09-5326 | Thomas | Katherin | UNK | 2560 Adams Ave | Baton Rouge | LA | 70802 | UNK | | UNK |
| Thomas | Lisa | UNK | 10/1/2005 | # 09-5326 | Thomas | Lisa | UNK | 1644 Casa Colva | New Orleans | LA | 70114 | UNK | | UNK |
| Thomas | Tamyra | UNK | 10/1/2005 | # 09-5326 | UNK | UNK | UNK | 1644 Casa Colva | New Orleans | LA | 70114 | UNK | | UNK |
| Thorne | Alton | UNK | UNK | # 09-5326 | White | Esterine | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Turner | Vivian | UNK | 11/1/2005 | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Ventris | Jimetta | UNK | 10/1/2005 | # 09-5326 | Ventris | Jimetta | UNK | 3740 Agateway Dr | Harvey | LA | 70058 | UNK | | UNK |
| Wagnon Jr | Robert | UNK | 5/1/2006 | # 09-5326 | Wagnon Jr | Robert | UNK | 1825 Coutour Rd | Houma | LA | UNK | UNK | | UNK |
| Walker | Danyl | UNK | 3/1/2006 | # 09-5326 | Walker | Danyl | UNK | 3212 gen Odgen St | New Orleans | LA | 70118 | UNK | | UNK |
| Walker | Kristoff | UNK | UNK | # 09-5326 | Cheatham | Theresa | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Ward | Warren | UNK | 12/1/2005 | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Washington | Brittney | 939471267 | 10/1/2005 | # 09-5326 | UNK | UNK | 939471267 | 534 Robinson Ave | Marrero | LA | 70072 | UNK | | UNK |
| Weatherspoon | Andria | UNK | 12/1/2006 | # 09-5326 | Weatherspoon | Germain | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Weatherspoon | Germain | UNK | 12/1/2006 | # 09-5326 | Weatherspoon | Germain | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Weatherspoon | Kylie | UNK | 12/1/2006 | # 09-5326 | Weatherspoon | Germain | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Weatherspoon | Semaj | UNK | 12/1/2006 | # 09-5326 | Weatherspoon | Germain | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Scott | Robyn | UNK | UNK | # 09-5326 | Scott | Robyn | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Sherman | Jamie | UNK | 11/1/2006 | # 09-5326 | Sherman | Jamie | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Sherman | Jarrett | UNK | UNK | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Smith | Ryan | UNK | UNK | # 09-5326 | Smith | Ryan | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Smith | Tredell | UNK | 12/1/2005 | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |
| Smith | Treleah | UNK | 12/1/2005 | # 09-5328 | Smith | Treleah | UNK | UNK | UNK | UNK | UNK | UNK | | UNK |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sparks | Dorothy | UNK | 12/7/2006 | # 09-5326 | Sparks | Dorothy | UNK | 7775 Hwy 70 Lot 41 | Donaldsville | LA | 77092 | UNK | UNK |
| St. Pierce | Norma | UNK | UNK | # 09-5326 | St. Pierce | Norma | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Stemley | Raymond | UNK | UNK | # 09-5326 | Stemley | Raymond | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Stokes | Ashley | UNK | 10/1/2005 | # 09-5326 | Stokes | Linda | UNK | 6568 Acre Rd | Marrero | LA | 70072 | UNK | UNK |
| Stokes | Linda | UNK | 10/1/2005 | # 09-5326 | Stokes | Linda | UNK | 6568 Arce Rd. | Marrero | LA | 70072 | UNK | UNK |
| Weber | Alfred | UNK | 12/1/2006 | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Weber | Gloria | UNK | UNK | # 09-5326 | Weber | Gloria | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| White | Alton | UNK | UNK | # 09-5326 | White | Esterine | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| White | Esterine | UNK | UNK | # 09-5326 | White | Esterine | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| White | Macqueline | UNK | 2/1/2006 | # 09-5326 | White | Macqueline | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Williams | Calvin | UNK | 5/1/2006 | # 09-5326 | Williams | Calvin | UNK | 2239 Music Street | New Orleans | LA | 70117 | UNK | UNK |
| Williams | Ciara | UNK | UNK | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Williams | Edwin | UNK | UNK | # 09-5326 | Williams | Edwin | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Williams | Gail | UNK | UNK | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Williams | Janice | UNK | UNK | # 09-5326 | Williams | Janice | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Williams | Jennifer | UNK | UNK | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Williams | Judith | UNK | 6/1/2006 | # 09-5326 | Williams | Judith | UNK | Fountainebleau Dr | New Orleans | LA | UNK | UNK | UNK |
| Williams | Judy | UNK | UNK | # 09-5326 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Williams | Justin | UNK | UNK | # 09-5326 | Williams | Justin | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Williams | Kenzel | UNK | 7/1/2007 | # 09-5326 | Williams Sr | Kenneth | UNK | 1351 S Genois St | New Orleans | LA | 70125 | UNK | UNK |
| Williams | Pamela | UNK | 3/1/2006 | # 09-5326 | Williams | Pamela | UNK | 6201 Dorothea St | New Orleans | LA | 70126 | UNK | UNK |
| Williams | Trachell | 939471267 | 10/1/2005 | # 09-5329 | Williams | Trachell | 939471267 | 534 Robinson Ave | Marrero | LA | 70072 | UNK | UNK |
| Williams | Traval | UNK | 7/1/2007 | # 09-5328 | Williams Sr | Kenneth | UNK | 1351 S Genois St | New Orleans | LA | 70125 | UNK | UNK |
| Williams Sr | Kenneth | UNK | 7/1/2007 | # 09-5329 | Williams Sr | Kenneth | UNK | 1351 S Genois St | New Orleans | LA | 70125 | UNK | UNK |
| Williams Jr | Kenneth | UNK | 7/1/2007 | # 09-5329 | Williams Sr | Kenneth | UNK | 1351 S Genois St | New Orleans | LA | 70125 | UNK | UNK |
| Young | Clarence | 911961933 | 11/1/2005 | # 09-5328 | Young | Clarence | 911961933 | 822 Centanni Rd | Kenner | LA | 70062 | UNK | UNK |
| Young | Joyceline | 911961933 | 11/1/2005 | # 09-5328 | Young | Clarence | 911961933 | 822 Centanni Rd | Kenner | LA | 70062 | UNK | UNK |
| Campbell | Bernell | UNK | 5/1/2006 | # 09-5328 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Campbell | Sharon | UNK | 5/1/2006 | # 09-5328 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |
| Lewis | Bailee | UNK | 11/1/2005 | # 09-5335 | Menyweather | Keith | UNK | 7121 River Road | Avondale | LA | 70094 | UNK | UNK |
| Marshall | Hailey | 939657182 | 7/1/2006 | # 09-5328 | UNK | UNK | 939657182 | UNK | UNK | UNK | UNK | 2006319467 | 1386303 |