UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | * | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| *THIS DOCUMENT RELATES TO:* *Justin Heintz, Sr., et al, v. Forest River, Inc.  Case No. 09-4000* | * * | MAGISTRATE CHASEZ |

*************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original Complaint for Damages filed on their behalf with this Court on June 15, 2009.

1.

This First Supplemental and Amending Complaint for Damages adds

| Claimant | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Glenda Griffin | 2:09-cv-4074 |
| Robert Griffin | 2:09-cv-4074 |
| Robert Griffin on behalf of G.G. | 2:09-cv-4074 |
| Catherine Stevens | 2:09-cv-4080 |
| Lionel Stevens | 2:09-cv-4080 |
| Booker Sandifer | 2:09-cv-4083 |

1

as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter. Robert Griffin is the natural father and legal guardian of G.G.

2.

Consistent with the above, plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties").

3.

Upon information and belief, the Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Forest River, Inc. as the other plaintiffs who are named in the original complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Newly Added Plaintiffs to a single complaint for damages against the same manufacturer, in this case Forest River, Inc.

4.

Plaintiffs aver that the addition of the Newly Added Plaintiffs will not cause an unjust burden on the defendants and in fact will assist defendants in economically and efficiently defending the stated claims against them.

5.

Each Newly Added Plaintiff has been matched to the manufacturing defendant Forest River, Inc. Hurricane Legal Center has filed only one suit (*Justin Heintz, Sr., et al,*

*v. Forest River, Inc.; Case No. 2:09-cv-4000*) naming Forest River, Inc. as the sole defendant. By adding these individuals to the *Heintz, Sr.* matter Plaintiffs avoid dispersing matched individuals into an unnecessary number of lawsuits when another option may serve the same purpose and conserve resources, reduce court expenses and maintain the number of existing actions in the MDL; in doing so Plaintiffs also seek to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

6.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the original Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street , Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                              /s/ *Lawrence J. Centola, Jr.*
                                                  Lawrence J. Centola, Jr.