# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**          **MDL NO. 07-1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**     **SECTION N-5**
                                                     **JUDGE ENGELHARDT**
                                                     **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

**10-00908; 09-05600; 09-05597; 10-00583; 09-05609; 09-05602; 09-05606; 09-05568; 09-05575; 09-05608; 09-05601; 09-05607; 10-01396; 09-05559; 09-05579; 10-01397; 09-05593; 09-06886; 10-01360; 10-00579; 10-01401; 09-05545; 10-01373; 09-06899; 09-06895; 09-06894; 09-06901; 09-05574; 10-01386; 09-05541; 09-05603; 09-05577; 10-00909; 09-06903; 09-05584; 09-05576; 10-00580; 09-05582; 09-05598; 09-05595; 10-01686; 09-03943; 09-06722; 10-01399; 10-00257; 09-06716; 09-05586; 10-01052; 09-05565; 10-01371; 09-05590; 09-05580; 10-01359; 09-06017; 09-06211; 09-05587; 09-05589; 09-05583; 10-01365; 10-00916; 09-06902; 09-06412; 09-06643; 10-00910; 10-01392; 10-00581; 09-05569; 10-01369; 10-01380; 10-01042; 10-01403; 09-05564; 10-01393; 10-00265; 10-00571; 10-01400; 10-01685; 10-01041; 10-01050; 10-00917; 10-00578; 10-00913; 10-01395; 09-06717; 10-00264; 09-05567; 09-05605; 09-05547; 09-05553; 10-01367; 10-00574; 09-05573; 10-00266; 10-00485; 09-05604; 09-05610; 10-01409; 10-00912; 10-01366; 10--00258; 09-05570; 09-05588; 10-01375; 10-01368; 09-05548; 10-01045; 10-00267; 10-01394; 10-01372; 10-01376; 09-05578; 09-05592; 10-01044; 10-00918; 10-00919; 10-00271; 10-01377; 10-00268; 10-01049; 09-05572; 10-01383; 09-06016; 10-00489; 09-05540; 09-06905; 09-06896; 09-05611; 09-05544; 09-05581; 10-00922; 10-01389; 10-01364; 10-00914; 10-00584; 10-00911; 09-06891; 10-01388; 09-05539; 10-00572; 10-01384; 10-00272; 10-00577; 10-01374; 09-05538; 09-05542; 09-05556; 10-00269; 09-06888; 10-01402; 09-05557; 09-06890; 09-06721; 09-03944; 09-05552; 10-00573; 10-00484; 09-06907; 09-05585; 10-00482; 10-01404; 09-05566; 10-00486; 10-00473; 10-00273; 10-01406; 10-00481; 10-00260; 10-00575; 10-00261; 09-06887; 10-01362; 09-05558; 09-05555; 09-05561; 09-06897; 10-00576; 10-00920; 10-01043; 09-06908; 09-03942; 10-01363; 10-00488; 10-00259; 10-01391; 09-05599; 09-06419; 09-05571; 10-00262; 10-00921; 09-05596; 09-06018; 09-05546; 10-00582; 10-01382; 10-01357; 10-00487; 10-00476; 09-06212; 10-01370; 09-05563; 10-00478; 10-01398; 10-00263; 10-00270; 10-01687; 10-01381; 10-01385; 10-00906; 09-06904.**

**ORDER**

Considering Defendant United States of America's Unopposed *Ex Parte*/Consent Motion for Entry of Fed. R. Civ. P. 54(b) Judgment and this Court's June 23, 2010 Order and Reasons (Rec. Doc. 14486), dismissing Mississippi Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction, this Court finds that there is no just reason for delay, and

**IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b) judgment in favor of the defendant, United States of America, and that any and all claims asserted by plaintiffs in these actions are hereby ***DISMISSED WITH PREJUDICE***, with taxable costs assessed in the government's favor.

**DONE AND SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**