UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Stewart, et al. v. Alliance Homes, Inc., et al, No. 09-6712*
*Buford, et al. v. Alliance Homes, Inc., et al, No. 09-6005*
*James, et al. v. Alliance Homes, Inc., et al, No. 09-5336*
*Avants, et al. v. Alliance Homes, Inc., et al, No. 09-6173*
*Brown, et al. v. Alliance Homes, Inc., et al, No. 09-4953*
*Anderson, et al. v. Alliance Homes, Inc., et al, No. 09-5252*
*Riley, et al. v. Alliance Homes, Inc., et al, No. 09-5443*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that the Plaintiffs identified on Exhibit A are hereby permitted to participate in the Last Chance matching process.

Dated the ___3rd___ day of ___August___, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1