UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 07-1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO | * | |
| Member Case No. 09-05570: *Collins,* | * | |
| *et al. v. CH2M Hill Constructors, Inc., et al.* | * | |

**ORDER**

Considering the Motion for Leave to Participate in Last Chance Process for Obtaining

Matching Information filed by James M. Priest, Jr. on behalf of the plaintiffs specified in Exhibit

"A" to said motion, **IT IS ORDERED** that the specified plaintiffs are hereby GRANTED leave

to participate in the last chance process for obtaining matching information pursuant to Amended

Pretrial Order No. 68.

DATED this ___3rd___ day of ___August___, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE