EXHIBIT A

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | FEMA ID | LEASE IN | DOCKET # | LAST NAME | FIRST NAME | HOH FEMA# | ADDRESS | CITY | STATE | ZIPCODE | VIN/BC # | BAR CODE # | ATTORNEY |
| BAILEY | LACEY | 938495474 | 1206 | 2:09-cv-05334 | BAILEY | LACEY | 938495474 | 2011 MANDOLIN | NEW ORLEANS | LA | 70122 | LPSJ7013153086A06 | | BENCOMO |
| BARTHOLOMEW | TERESA | | 1206 | 2:09-cv-05334 | BARTHOLOMEW | THERESA | | 180 EAST BELLEVUE LANE | PORT SULPHUR | LA | 70083 | 5CH200R24B1144724 | | BENCOMO |
| BRANCH | DERRICA | | 1005 | 2:09-cv-05334 | BRANCH | DERRICA | | 805 INNERARITY ST | SLIDELL | LA | 70458 | 1NLLGTRX6T0875 | | BENCOMO |
| BRICKLEY | KIM | 938495474 | 1005 | 2:09-cv-05334 | BRICKLEY | KIM | 938495474 | 1900 GROOM RD-U6 | BAKER | LA | 70714 | | 1152011 | BENCOMO |
| MARTINEZ | CHRISTI | | 0606 | 2:09-cv-05334 | MARTINEZ | CHRISTI | | 2226 MARY ANN DR D-9 | MERAUX | LA | 70075 | INL1GTR2161018980 | | BENCOMO |
| JULIE | JULIE | | 0606 | 2:09-cv-05334 | C-RISTI | MARTINEZ | | 2226 MARY ANN DR D-9 | MERAUX | LA | 70075 | INL1GTR216101890 | | BENCOMO |
| DAVIS | EDDIE | | 0407 | 2:09-cv-05334 | DAVIS SR | EDDIE | | 10 PROVENCIAL CT | VIOLET | LA | 70092 | LSP1200211209GA06 | | BENCOMO |
| DAVIS SR | EDDIE | | 0407 | 2:09-cv-05334 | DAVIS SR | EDDIE | | 10 PROVENCIAL CT | VIOLET | LA | 70092 | LSP1200211209GA06 | | BENCOMO |
| DOUGLAS | JASON | | 0807 | 2:09-cv-05334 | DOUGLAS | JASON | | 2333 MARY ANN #33 | MERAUX | LA | 70075 | | 1262705 | BENCOMO |
| DUPLESSIS | CHRISTIE | | | 2:09-cv-05334 | DUPLESSIS | CHRISTI | | 2921 SHANNON DRIVE | VIOLET | LA | 70092 | IEB1F3223528138T7 | | BENCOMO |
| FIFI SR | NEAL | | 0206 | 2:09-cv-05334 | FIFI SR | NEAL | | 200 KYLE RD APT K-47 | FERRIDAY | LA | 71334 | 1NL1GTR2961037874 | | BENCOMO |
| GIBSON | LARRY | | | 2:09-cv-05334 | GIBSON | LARRY | | P O BOX 1234 | PORT SULPHUR | LA | 70083 | ISE200P2X6FD00831 | | BENCOMO |
| JEFFERSON | PATRICIA | 940793521 | 0406 | 2:09-cv-05334 | JEFFERSON | PATRICIA | 940793521 | 3124 TERRACE AVE | SLIDELL | LA | 70458 | 2EB182226605033873 | | BENCOMO |
| JOHNSON | ARIEL | 940793521 | 0406 | 2:09-cv-05334 | JOHNSON | DEBORAH | 940793521 | 218 N LOPEZ | NEW ORLEANS | LA | 70119 | 1NL1GTR2961050878 | | BENCOMO |
| JOHNSON | DEBORAH | 940793521 | 0406 | 2:09-cv-05334 | JOHNSON | DEBORAH | 940793521 | 218 N LOPEZ | NEW ORLEANS | LA | 70119 | 1TC2B9696615098T6 | | BENCOMO |
| JOHNSON | J.B | | 1206 | 2:09-cv-05334 | JOHNSON | J.B | | 4546 STEMWAY DR | NEW ORLEANS | LA | 70128 | 51-6-TCVD1741618 | | BENCOMO |
| JONES | ROBERT | | 0160 | 2:09-cv-05334 | JONES | ROBERT | | 314 CLEMENTE | PORT SULPHUR | LA | 70083 | INCIGTR206 | | BENCOMO |
| JONES SR | DALE | | | 2:09-cv-05334 | JONES SR | DALE | | 228 GEHRIGG DR | PORT SULPHUR | LA | 70038 | 1NL1GTR2961083475 | | BENCOMO |
| JONES SR | JOSEPH | | 1105 | 2:09-cv-05334 | JONES SR | JOSEPH | | 3400 N. DERBIGNEY | NEW ORLEANS | LA | 70117 | 4WV1734P2661209438 | | BENCOMO |
| KING | ELIZABETH | | 1007 | 2:09-cv-05334 | KING | ELIZABETH | | 2306 MARY ANN DR E-13 | MERAUX | LA | 70075 | 07E1009FEMAADA | | BENCOMO |
| ALPHONSO | ELIZABETH | | 0606 | 2:09-cv-05334 | MARTINEZ | CHRISTI | | 2226 MARY ANN DR D-9 | MERAUX | LA | 70075 | 1NL1GTR2161018980 | | BENCOMO |
| MEMBRENO | MARCO | | 0206 | 2:09-cv-05334 | MEMBRENO | MARCO | | 90 KILGORE PL | KENNER | LA | 70065 | 1NL1GTR2861061703 | | BENCOMO |
| MERRITT | JOSEPHINE | | 0206 | 2:09-cv-05334 | MERRITT | JOSEPHINE | | 27004-B-RIVER ROAD | PORT SULPHUR | LA | 70080 | 47CTAP236.116232 | | BENCOMO |
| MILLER | ELIZABETH | | 0106 | 2:09-cv-05334 | MILLER | ELIZABETH | | 37246 BOWNSVILLAGE RD | SLIDELL | LA | 70460 | 1NL1GTR266104140 | | BENCOMO |
| MILLER | MAXINE | | | 2:09-cv-05334 | MILLER | MAXINE | | 9696 HAYNES #11 | NEW ORLEANS | LA | 70115 | ITC28968061041400 | | BENCOMO |
| MILLER | MICHELLE | | 1106 | 2:09-cv-05334 | MILLER | MICHELLE | | 3313 SARATOGA STREET | NEW ORLEANS | LA | 70113 | 1NL1GTR2951065110 | | BENCOMO |
| MONTANA | SHAVONNE | | 0507 | 2:09-cv-05334 | MONTANA | SHAVONNE | | 3435 MEADOW PARK LN | NEW ORLEANS | LA | 70131 | 1NL1GTR2951065110 | | BENCOMO |
| MONTANA | STEPHANIE | | 0507 | 2:09-cv-05334 | MONTANA | SHAVONNE | | 3435 MEADOW PARK LN | NEW ORLEANS | LA | 70131 | 1NL1GTR2951065110 | | BENCOMO |
| MONTANA | TEVIN | | 0507 | 2:09-cv-05334 | MONTANA | SHAVONNE | | 3435 MEADOW PARK LN | NEW ORLEANS | LA | 70131 | 1NL1GTR2951065110 | | BENCOMO |
| MORTER | FELIX | | 1105 | 2:09-cv-05334 | MORTER | FELIX | | 3804 WEST LOYOLA DRIVE | KENNER | LA | 70065 | 1NL1GTR2X61045459 | | BENCOMO |
| NARCISSE | DOMINIQUE | | 0507 | 2:09-cv-05334 | NARCISSE | DOMINIQUE | | 2220 MARY ANN DR D-8 | MERAUX | LA | 70075 | ACBC08AL00807 | | BENCOMO |
| NEASON | ANTHONY | 919116291 | 0217 | 2:09-cv-05334 | NEASON | ANTHONY | 919116291 | 2337 MARY ANN DR LOT C33 | MERAUX | LA | 70075 | | 9331151 | BENCOMO |
| NICHOLSON | DWIGHT | | 2005 | 2:09-cv-05334 | NICHOLSON | DWIGHT | | 2538 CONTI ST | NEW ORLEANS | LA | 70119 | 4x4TWDH2966P00794 | | BENCOMO |
| NICHOLSON | GREGORY | | 2005 | 2:09-cv-05334 | NICHOLSON | GREGORY | | 2538 CONTI ST | NEW ORLEANS | LA | 70119 | 4X4TWDH2966P00794 | | BENCOMO |
| PATTERSON | KATRINA | | 0706 | 2:09-cv-05334 | PATTERSON | KATRINA | | 277 BRIARWOOD DR | GRETNA | LA | 70056 | SMI-29157 | | BENCOMO |
| PETERS | CHERYL | | 0306 | 2:09-cv-05334 | PETERS | CHERYL | | 8565 W. SAM HOUSTON PKWY SOUTH APT 1203 | HOUSTON | TX | 77072 | 060310533240007181356 | | BENCOMO |
| PRICE | CHARLENE | | 0107 | 2:09-cv-05334 | PRICE | CHARLENE | | 2113 EUCLID STREET, APT D | SLIDELL | LA | 70485 | 1NL1GTRX61002454 | | BENCOMO |
| JOSEPH | GLENISHA | | 0107 | 2:09-cv-05334 | PRICE | CHARLENE | | 2901 EYLAN FIELD #29 | GRETNA | LA | 70056 | | 1262705 | BENCOMO |
| RAPHIEL | TREVOR | | 0506 | 2:09-cv-05334 | RAPHAEL | TREVOR | | 6108 ROYAL ST | NEW ORLEANS | LA | 70117 | ITC28968061061384 | | BENCOMO |
| RILEY | JOAN | | 0206 | 2:09-cv-05334 | RILEY | JOAN | | 315 AARON DR | PORT SULPHUR | LA | 70083 | ISABS0z268z2CK6472 | | BENCOMO |
| ROGERS | JONOTHAN | | | 2:09-cv-05334 | ROGERS | JONOTHAN | | 193 ST. JOSEPH DRIVE | PORT SULPHUR | LA | 70083 | 1NL1GTR2961037454 | | BENCOMO |
| RUDOLPH | LAURA | | 0108 | 2:09-cv-05334 | RUDOLPH | LAURA | | 37610 NUEVO | SLIDELL | LA | 70485 | JN32TH1WW | | BENCOMO |
| SANDER | BRANDI | | 1005 | 2:09-cv-05334 | SANDER | BRANDI | | 2113 EUCLID STREET, APT D | GRETNA | LA | 70056 | 5A6TCVDH34454 | | BENCOMO |
| DOUGLAS | EEMAJ | | 1007 | 2:09-cv-05334 | SANDER | BRANDI | | 400 BELLEVUE DRIVE | LAPLACE | LA | 70088 | 676TCVDH28100 | | BENCOMO |
| SANDER | JADA | | 1006 | 2:09-cv-05334 | SANDER | BRANDI | | 2113 EUCLID STREET, APT D | GRETNA | LA | 70056 | KLL5956T0 | | BENCOMO |
| SIMS | PATRICIA | | 1006 | 2:09-cv-05334 | SIMS | PATRICIA | | 7003 PRENTISS AVENUE | NEW ORLEANS | LA | 70094 | 4WYT12625616T270 | | BENCOMO |
| SINGLETON | DENNIS | | 0106 | 2:09-cv-05334 | SINGLETON | DENNIS | | 1913 BRIDGEHEAD | AVONDALE | LA | 70094 | KLL5956T0 | | BENCOMO |
| SINGLETON JR | SHERMAN | 921144998 | 0506 | 2:09-cv-05334 | SINGLETON JR | SHERMAN | 921144998 | 11 ASSUMPTION PLACE | VIOLET | LA | 70092 | 546TCVDH34454 | | BENCOMO |
| SMITH | NAKIA | | 1007 | 2:09-cv-05334 | SMITH | NAKIA | | 400 BELLEVUE DRIVE | LAPLACE | LA | 70088 | KLL5956T0 | | BENCOMO |
| SMITH | STEVE | | 1205 | 2:09-cv-05334 | SMITH | STEVE | | 4320 EASTERN ST | NEW ORLEANS | LA | 70126 | 1NL1GTR2961067845 | | BENCOMO |
| SYLVESTER | SHERRELL | | 0206 | 2:09-cv-05334 | SYLVESTER | SHERRELL | | 7003 PRENTISS AVENUE | NEW ORLEANS | LA | 70126 | | 1383294 | BENCOMO |
| TASKER | ANTHONY | | 0107 | 2:09-cv-05334 | TASKER | ANTHONY | | 7464 BRIAR HEATH DRIVE | NEW ORLEANS | LA | 70128 | HSP1201285108GA0B | | BENCOMO |
| TASKER | CARL | | 0107 | 2:09-cv-05334 | TASKER | CARL | | 1326 ST. DENIS STREET | NEW ORLEANS | LA | 70122 | 4WYT1262561602t0 | | BENCOMO |
| TASKER | FRANCES | | 0107 | 2:09-cv-05334 | TASKER | CARL | | 7464 BRIAR HEATH DRIVE | NEW ORLEANS | LA | 70128 | HSP1201298S1080A0B | | BENCOMO |
| TAYLOR | JUANITA | | 0606 | 2:09-cv-05334 | TAYLOR | JUANITA | | 247 NICHOLS DR | BILOXI | MS | 39530 | SMI29157 | | BENCOMO |
| TAYLOR | MARVIN | | 0606 | 2:09-cv-05334 | TAYLOR | MARVIN | | 247 NICHOLS DR | BILOXI | MS | 39530 | 1NL1GTR2961022887 | | BENCOMO |
| TAYLOR | ROMALICE | | 0806 | 2:09-cv-05334 | TAYLOR | ROMALICE | | 4101 MISTROT ST. | MERAUX | LA | 70075 | 42CTA2P23L116232 | | BENCOMO |
| TAYLOR | ZENIA | | 0607 | 2:09-cv-05334 | TAYLOR | ZENIA | | 2733 MARY ANN DR C-84 | MERAUX | LA | 70075 | 4Y0T260246N130979 | | BENCOMO |
| THIBODEAUX | CORNELIUS | | 0706 | 2:09-cv-05334 | THIBODEAUX | CORNELIUS | | 3004 TERRANCE AVE | SLIDELL | LA | 70458 | JVM1440V1O1 | | BENCOMO |
| THORNTON | ROBERT | | 0206 | 2:09-cv-05334 | THORNTON | ROBERT | | 218 FOXBRIAR CT | SLIDELL | LA | 70461 | 32.IS9 | | BENCOMO |
| TORRES | JUANITA | | 0407 | 2:09-cv-05334 | TORRES | JUANITA | | 208 SENATE DRIVE | AVONDALE | LA | 70094 | SMI29157 | | BENCOMO |
| TRAN | LAI | | 1206 | 2:09-cv-05334 | TRAN | LAI | | 27004-B-RIVER ROAD | PORT SULPHUR | LA | 70083 | 42CTA2P23L116232 | | BENCOMO |
| TREADAWAY | TRACEY | | 0706 | 2:09-cv-05334 | TREADAWAY | TRACEY | | 24866 DIAMOND RD | PORT SULPHUR | LA | 70083 | 1NL1TR2761084984 | | BENCOMO |
| VAULTZ | LESTER | | 1105 | 2:09-cv-05334 | VAULTZ | LESTER | | 2794 8TH STREET | SLIDELL | LA | 70458 | 47CTS5P2X6L007067 | | BENCOMO |
| WASHINGTON | QUARTRAINE | | 0106 | 2:09-cv-05334 | WASHINGTON | QUARTRAIN | | 2327 MARYANN DR LOT C33 | MEREAUX | LA | 70075 | OCO106 | | BENCOMO |
| WATLER | HUNTER | | 0606 | 2:09-cv-05334 | WATLER | HUNTER | | 6115 CHARTRES STREET | NEW ORLEANS | LA | 70117 | 4W4T12525613035555 | | BENCOMO |
| MCGEE | AALYAH | | | 2:09-cv-05334 | WILEY | MAYA | | 1151 DANEY ST | SLIDELL | LA | 70458 | | 175703 | BENCOMO |
| WILEY | ANGELA | | | 2:09-cv-05334 | WILEY | MAYA | | 1151 DANEY ST | SLIDELL | LA | 70458 | | 175703 | BENCOMO |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCGEE | CHARLES | | | 2:09-cv-05334 | WILEY | MAYA | 1151 DANEY ST | SLIDELL | LA | 70458 | 175703 | BENCOMO |
| WILEY | MAYA | | | 2:09-cv-05334 | WILEY | MAYA | 1151 DANEY ST | SLIDELL | LA | 70458 | 175703 | BENCOMO |
| WILEY | TERRELL | | | 2:09-cv-05334 | WILEY | MAYA | 1151 DANEY ST | SLIDELL | LA | 70458 | 175706 | BENCOMO |
| MCGEE | ZNIYAH | | | 2:09-cv-05334 | WILEY | MAYA | 1151 DANEY ST | SLIDELL | LA | 70458 | 175703 | BENCOMO |
| WILLIAMS | CHARLES | | 0606 | 2:09-cv-05334 | WILLIAM | CHARLES | 27222 DAVIS LANE HWY 23 | PORT SULPHUR | LA | 70083 | 1NL1CTR2061066891 | BENCOMO |
| WILLIAM | GEORGE | | 0606 | 2:09-cv-05334 | WILLIAM | GEORGE | 3217 CAMBORNNE | NEW ORLEANS | LA | 70118 | 5C2200P2267728584 | BENCOMO |
| WILLIAMS | LOIS | 939639074 | 0106 | 2:09-cv-05334 | WILLIAM | LOIS | 14228 LOCUST STREET | BATON ROUGE | LA | 70819 | 4YDT32B235E316272 | BENCOMO |
| WILLIAMS JR | ANDREW | 931233647 | 0106 | 2:09-cv-05334 | WILLIAMS | ANDREW | 771 DEFOREST BROWN | CENTERVILLE | LA | 70522 | 5Z200R2261125386 | BENCOMO |
| WILLIAMS JR | CHARLES | | 0606 | 2:09-cv-05334 | WILLIAMS | CHARLES | 27222 DAVIS LN HWY 23 SOUTH | PORT SULPHUR | LA | 70083 | 1NLIGTR2061066891 | BENCOMO |
| WILLIAMS JR | OLIVER | 931113914 | 0106 | 2:09-cv-05334 | WILLIAMS | OLIVER | 1936 BEACHHEAD | VIOLET | LA | 70092 | 1NL1GTR2866103B027 | BENCOMO |
| WILLIAMS JR | BURNELL | 939639074 | 0106 | 2:09-cv-05334 | WILLIAMS JR | BURNELL | 14228 LOCUST STREET | BATON ROUGE | LA | 70819 | 4YDT32B235E316272 | BENCOMO |
| WILLIAMS SR | BURNELL | 939639074 | 0106 | 2:09-cv-05334 | WILLIAMS SR | BURNELL | 1925 BEACHEAD | VIOLET | LA | 70092 | 4YDT32B235E316272 | BENCOMO |
| WOOTEN | PAUL | | 0306 | 2:09-cv-05334 | WOOTEN | PAUL | 52 MALINDA CT. | KENNER | LA | 70062 | 5SFB1302186E001895 | BENCOMO |
| JOHNSON | JAMES | 939315580 | | 2:09-cv-05334 | JOHNSON | JAMES | 939315580 4546 STEMWAY DR | GULFPORT | MS | 39503 | 1NL1GTR2Y6105009 | BENCOMO |
| LEWIS | YOLANDA | 921141989 | | 2:09-cv-05334 | LEWIS | YOLANDA | 9211419892 3202 BALTIMORE AVE | PASCAGOULA | MS | 39581 | 1CJBJ02R961EJ1114 | BENCOMO |
| MCDONALD | NELMA | 921122715 | | 2:09-cv-05334 | MCDONALD | NELMA | 921122715 | | | | | BENCOMO |
| MEDLEY | ANNE | 911948523 | | 2:09-cv-05334 | MEDLEY | ANNE | 911948523 1551 WEST RAILROAD | PASS CHRISTIAN | MS | 39571 | 5L4TF33216301S018 | BENCOMO |
| MEDLEY | ANNE | 911948523 | | 2:09-cv-05334 | MEDLEY | ANNE | 911948523 2106 MARGIE ROAD | PASCAGOULA | MS | 39567 | 1TC2B1S306150882 | BENCOMO |
| MORGAN | ANTHONY | 911935188 | | 2:09-cv-05334 | MORGAN | ANTHONY | 911935188 104 HEMLOCK DRIVE | DIBERVILLE | MS | 39540 | 1NL1GTR216015769 | BENCOMO |
| MORGAN | ELLA | 911935188 | | 2:09-cv-05334 | MORGAN | ANTHONY | 911935188 104 HEMLOCK DRIVE | DIBERVILLE | MS | 39540 | 1NL1GTR216015769 | BENCOMO |
| PETTIS | GERALD | 941234667 | | 2:09-cv-05334 | PETTIS | GERALD | 941234667 12376 WIND WARD CIRCLE | GULFPORT | MS | 39503 | RB0SAL9517 | BENCOMO |
| POLK | DELORES | 939890808 | | 2:09-cv-05334 | POLK | DELORES | 939890808 3020 MARTIN LUTHER KING ST | GULFPORT | MS | 39501 | | BENCOMO |
| POLK | GLORIA | 921142450 | | 2:09-cv-05334 | REECE | GLORIA | 921142450 1211 13TH COURT | PASCAGOULA | MS | 39567 | | BENCOMO |
| SMITH | SHAWN | 911944249 | | 2:09-cv-05334 | SMITH | SHAWN | 911944249 2807 WOODLAWN AVE | MOSS POINT | MS | 39563 | | BENCOMO |
| THOMPSON | BRIAN | 912100344 | | 2:09-cv-05334 | THOMPSON | BRIAN | 912100344 247 DELAUNEY | BILOXI | MS | 39530 | | BENCOMO |
| TRAVIS | BRAD | 931120981 | | 2:09-cv-05334 | TRAVIS | BRAD | 9311240981 106 AMILDA DR | GULFPORT | MS | 39503 | | BENCOMO |
| WORTHEN | LARRY | 921165060 | | 2:09-cv-05334 | WORTHEN | LARRY | 9211650604620 ILLIONS AVE | GULFPORT | MS | 39501 | | BENCOMO |