UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT PERTAINS TO CIVIL CASE NOS. 09-6213, 09-6214, 09-6413, 09-6414, 09-6415, 09-6416, 09-6975, 09-6974, 09-6973, 09-6972, 09-6969, 09-6968, 09-6970, 09-6971, and 09-6967, | |

*********************************************************************

## MOTION REQUESTING "LAST CHANCE" MATCHING FOR THE CLIENTS OF JOHN ARTHUR EAVES LAW FIRM

John Arthur Eaves, Jr., counsel for the potential claimants listed in Exhibit "A" attached hereto, seek leave to participate in the Court's last chance process for obtaining matching information. I state under oath the following:

1. Each claimant listed on Exhibit "A" executed a legal employment contract with my lawfirm prior to May 24, 2010;

2. My lawfirm, on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15th, 2010;

3. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

___Fee _____
___Process _____
X  Dktd _____
___CtRmDep _____
___Doc. No. _____

4.   I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or the identity of the government contractor who hauled or installed his or her EHU;

5.   I certify that I, on behalf of each claimant listed on Exhibit "A", received data back from FEMA in response to a properly-made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU. To the extent that prior matching responses have included a VIN Number, I have attempted to match my client's name with the applicable contractor by consulting the IA-TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously-provided VIN Codes; and

6.   I certify that my address is 101 North State Street, Jackson, MS, 39201, and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

RESPECTFULLY SUBMITTED,

_____
JOHN ARTHUR EAVES, JR., ESQ.
ATTORNEY FOR PLAINTIFFS

LAW FIRM OF JOHN ARTHUR EAVES
John Arthur Eaves, Jr., (MSB 8843)
Jon-Marc King (MSB 9736)
Shana D. Fondren (MSB 100762)
Anders Ferrington (MSB 102444)
**Eaves Law Offices**
101 North State Street
Jackson, MS 39201
Telephone: (601)355-7961
Facsimile (601)355-0530