Exhibit "A" Unmatched FEMA List
Law Firm of John Arthur Eaves

| Last Name | First Name | Fema ID No. | Move-In Date | Case No. | Last Name | First Name | Fema ID No. | Address | City | State | Zip | VIN | Bar Code | Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Griffin | Erica | 921169426 | 11/21/2005 | 09-6414 | Alfred | Ellis | 921169426 | 08 Pen Mile Creek Rd | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Alfred | Ellis | 921169426 | 11/21/2005 | 09-6414 | Alfred | Ellis | 921169426 | 08 Pen Mile Creek Rd | Tylertown | MS | 39667 | | 1173447 | John A. Eaves Law Firm |
| Griffin | Terica | 921169426 | 11/25/2005 | 09-6414 | Alfred | Ellis | 921169426 | 08 Pen Mile Creek Rd | Tylertown | MS | 39667 | | | John A. Eaves Law Firm |
| Griffin-Alfred | Sedra | 921169426 | 11/21/2005 | 09-6414 | Alfred | Ellis | 921169426 | 08 Pen Mile Creek Rd | Tylertown | MS | 39667 | | | John A. Eaves Law Firm |
| Hamby | Peggy | 921345439 | 1/3/2006 | 09-6975 | Hamby | Peggy | 921345439 | 4240 Reese Dr | D'Iberville | MS | 39540 | 1596835385A11284 | 1225433 | John A. Eaves Law Firm |
| Harrington | Laverne | 911956564 | 10/1/2006 | 09-6975 | Harrington | Laverne | 911956564 | 242 | D'Iberville | MS | 39540 | | | John A. Eaves Law Firm |
| Jackson | Samantha | 921162158 | 3/1/2006 | 09-6213 | Jackson | Cleo | 921162158 | 1034 Honeysuckle Trail Rd | Summit | MS | 39666 | NTA1381803 | 1200292 | John A. Eaves Law Firm |
| Jackson | Cleo | 921162158 | 3/1/2006 | 09-6213 | Jackson | Cleo | 921162158 | 1034 Honeysuckle Trail Rd | Summit | MS | 39666 | NTA1381803 | 1200292 | John A. Eaves Law Firm |
| Lacey | Lisa | 921171364 | 4/4/2006 | 09-6975 | Lowe | Brandyn | 921171364 | 250 Magnolia St | Biloxi | MS | 39530 | | 1201872 | John A. Eaves Law Firm |
| Lowe | Brandyn | 921171364 | 9/1/2005 | 09-6975 | Lowe | Brandyn | 921171364 | 307 Lameuse St | Biloxi | MS | 39530 | ALTR16L09883 | 1201872 | John A. Eaves Law Firm |
| Marion | Patricia | 921171364 | 9/1/2005 | 09-6975 | Lowe | Brandyn | 921171364 | 307 Lameuse St | Biloxi | MS | 39530 | ALTR16L09883 | 1201872 | John A. Eaves Law Firm |
| Marion | Lonnie | 921171364 | 9/1/2005 | 09-6975 | Lowe | Brandyn | 921171364 | 307 Lameuse St | Biloxi | MS | 39530 | ALTR16L09883 | 1201872 | John A. Eaves Law Firm |
| James | Shawn | 921175162 | 7/11/2006 | 09-6414 | Slocum | Juanita | 921175162 | 06 Green Rd | Tylertown | MS | 39667 | ACB006LO136967 | 1225087 | John A. Eaves Law Firm |
| Jackson | Tarcella | 921175162 | 8/10/2005 | 09-6414 | Slocum | Juanita | 921175162 | 57 Mesal Mt Olive | Tylertown | MS | 39667 | ACB006LO136967 | 1225087 | John A. Eaves Law Firm |
| Lee | Ja'Kara | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Lee | Larry | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Lee | Benjamin | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Magee | Anthony | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1118055 | John A. Eaves Law Firm |
| Parker | Chavas | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Parker | Denise | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Parker | Vanessa | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Parker | Ronald | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Parker | Frank | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Parker | Kadarron | 931145804 | 3/22/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Peters | Betty | 921175162 | 8/10/2005 | 09-6414 | Smith | Caralean | 931145804 | 58 Mesal Mt Olive | Tylertown | MS | 39667 | ACB006L01369967 | 1225087 | John A. Eaves Law Firm |
| Rouford | Terry | 931145804 | 1/4/2008 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Shannon | Danielle | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Smith | Caralean | 931145804 | 12/1/2005 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Smith | Shamarkese | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Smith | Shirley | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Smith | Jes | 931145804 | 3/12/2006 | 09-6414 | Smith | Caralean | 931145804 | 28 Hollis Jones Rd. | Tylertown | MS | 39667 | | 1172501 | John A. Eaves Law Firm |
| Buckhalter | Debra | 921164123 | 9/1/2005 | 06-6416 | | | | 1228 Woodward Ave | Gulfport | MS | 39501 | 2WYT2OZP22671711241 | 1246217 | John A. Eaves Law Firm |
| Davis | Jessica | 931194516 | 2/1/2006 | 09-6416 | | | | 13140 Three River Rd Lot 4 | Gulfport | MS | 39503 | | 1260903 | John A. Eaves Law Firm |
| Boykin | Elliott | 939587361 | 12/1/2006 | 09-6416 | | | | 18111 Landon Rd | Gulfport | MS | 39503 | | | John A. Eaves Law Firm |
| Diggs | Darius | 931127776 | 6/1/2007 | 09-6416 | | | | 3706 Meadow Lark Dr. | Gulfport | MS | 39501 | | | John A. Eaves Law Firm |
| Diggs | Nigel | 931127776 | 6/1/2007 | 09-6416 | | | | 3706 Meadow Lark Dr. | Gulfport | MS | 39501 | | | John A. Eaves Law Firm |
| Diggs | Monique | 931127776 | 7/1/2005 | 09-6416 | | | | 3706 Meadow Lark Dr. | Gulfport | MS | 39501 | | | John A. Eaves Law Firm |
| Anderson | Nathaniel | 911932268 | | | | | | 4000 Harrison Dr | Gulfport | MS | 39501 | | | John A. Eaves Law Firm |
| Dame | Melanie | 931727425 | 1/31/2006 | | | | | 6165 West Forrest St | Louis | MS | 39520 | 021-06-943-12850 | 1201198 | John A. Eaves Law Firm |
| Jenkins | Akina | 921197419 | 11/1/2005 | 09-6413 | | | | 130 Devon Rd | Jayess | MS | 39641 | | 1167135 | John A. Eaves Law Firm |
| Jenkins, Jr. | Farrel | 921197419 | 11/12/2005 | 09-6413 | | | | 130 Devon Rd | Jayess | MS | 39641 | | 1167135 | John A. Eaves Law Firm |

Exhibit "A" Unmatched FEMA List
Law Firm of John Arthur Eaves

| Last Name | First Name | ID | Date | Case | Address | City | State | Zip | Ref | Law Firm |
|---|---|---|---|---|---|---|---|---|---|---|
| Fagan | Leanora | 939588557 | 4/1/2006 | 09-6413 | P.O. Box 403 | Augusta | MS | 39462 | B005NC141738 | John A. Eaves Law Firm |
| Brumfield | Nakisha | 911912899 | 11/23/2005 | 09-6413 | 22 Ratliff Loop | Tylertown | MS | 39667 | | John A. Eaves Law Firm |
| Felts | Sherry | 921242469 | 8/1/2006 | 09-6414 | P.O.Box 4092 | Laurel | MS | 39440 | | John A. Eaves Law Firm |
| Davis | Joetta | 931153214 | | 09-6970 | 615 Amar St | Waveland | MS | 39576 | | John A. Eaves Law Firm |
| James | Tina | 940802900 | 8/1/2005 | 09-6970 | 608 Herlihy St | Waveland | MS | 39576 | 5CITD33206P0A249 | John A. Eaves Law Firm |
| Meyers | Cynthia | 940774054 | 10/22/2005 | 09-6969 | 11124 Sonja Drive | Gulfport | MS | 39503 | BR05NC141988 | John A. Eaves Law Firm |
| Hamilton | Roshaud | 931127776 | 6/1/2007 | 09-6969 | 3706 Meadow Lark Dr. | Gulfport | MS | 39501 | SRP011030117A00DAG | John A. Eaves Law Firm |
| Hamilton | Judith | 931127776 | 6/1/2007 | 09-6969 | 3706 Meadow Lark Dr. | Gulfport | MS | 39501 | SRP011030117A00DAG | John A. Eaves Law Firm |
| Hargrove | Darrolyn | 912230921 | 2/18/2006 | 09-6969 | 19 | Gulfport | Ms | 39501 | | John A. Eaves Law Firm |
| Irvin | Adriane | 938252184 | 4/1/2006 | 09-6969 | 4208 Kentucky Ave | Gulfport | MS | 39501 | 12019211 | John A. Eaves Law Firm |
| McClendon | Dorothy | 931131319 | 10/1/2005 | 09-6969 | 1319 19th St | Gulfport | MS | 39501 | | John A. Eaves Law Firm |
| Thomas | Nymia | 921269952 | 3/1/2006 | 09-6968 | 218 Tandy Drive | Gulfport | MS | 39503 | | John A. Eaves Law Firm |
| Thomas | Naomi | 921269952 | 3/1/2006 | 09-6968 | 218 Tandy Drive | Gulfport | MS | 39503 | | John A. Eaves Law Firm |
| Thomas | Jantail | 921269952 | 3/1/2006 | 09-6968 | 218 Tandy Drive | Gulfport | MS | 39503 | | John A. Eaves Law Firm |
| Britton | Paul | 912115987 | 1/26/2006 | 09-6975 | P.O. BOX 112 | Biloxi | MS | 39533 | 1174414 | John A. Eaves Law Firm |
| Carter | Phillip | 921237199 | 5/11/2007 | 09-6975 | 139 McDonald Ave | Biloxi | MS | 39530 | | John A. Eaves Law Firm |
| Chavarria | Jorge | 940829462 | 9/23/2005 | 09-6975 | 140 | Biloxi | MS | 39532 | 1225359 | John A. Eaves Law Firm |
| Hampton | Jacqueline | 921208090 | 3/1/2006 | 09-6975 | 880 Cedar Lake Rd Lot 148 | Biloxi | MS | 39532 | | John A. Eaves Law Firm |
| Jeff Sr. | Michael | 921151406 | 7/1/2007 | 09-6975 | 237 | Diberville | MS | 39540 | | John A. Eaves Law Firm |
| Lee | April | 939525173 | 12/1/2005 | 09-6975 | 10365 Gorenflo Road | D'Iberville | MS | 39540 | 5L0RS2826T000750 | John A. Eaves Law Firm |
| Mason | Connie | 921144072 | 11/2/2005 | 09-6975 | P.O.Box 7744 | Diberville | MS | 39532 | NTA13398352 | John A. Eaves Law Firm |
| McCall | Taryn | 921171364 | 9/1/2005 | 09-6975 | 307 Lameuse St | Biloxi | MS | 39530 | ALTR16L09883 | John A. Eaves Law Firm |
| Miller | Robert | 940758631 | 9/1/2005 | 09-6975 | 2251 Stelly Dr | Biloxi | MS | 39531 | | John A. Eaves Law Firm |
| Posey | Yoshico | 921271677 | 4/4/2006 | 09-6975 | 250 Magnolia St | Biloxi | MS | 39530 | | John A. Eaves Law Firm |
| Butler | Bryant | 911948840 | 9/1/2005 | 09-6974 | 1430 JoEllen Circle | Gulfport | MS | 39501 | 1EB1F3223624912431 | John A. Eaves Law Firm |
| Tubbs | Annette | 940775391 | 2/1/2006 | 09-6974 | 229 | Diberville | MS | 39540 | 00701676A000H | John A. Eaves Law Firm |
| James | Lelar | 911992282 | 11/1/2005 | 09-6972 | 196 White Sand Rd | Poplarville | MS | 39470 | BC06AL0135558 | John A. Eaves Law Firm |
| Lilly Jr. | Lonnie | 911862268 | 11/1/2005 | 09-6972 | 12514 Toxie Spence Rd | Carriere | MS | 39426 | 1172895 | John A. Eaves Law Firm |
| Lilly | Diane | 911862268 | 11/1/2005 | 09-6972 | 12514 Toxie Spence Rd | Carriere | MS | 39426 | | John A. Eaves Law Firm |
| Cooks | Deborah | 935477893 | 11/1/2005 | 09-6975 | 243 Kuhn St | Biloxi | MS | 39530 | | John A. Eaves Law Firm |