UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 |
| | | JUDGE ENGLEHARDT |
| THIS DOCUMENT PERTAINS TO CIVIL CASE NOS. 09-6213, 09-6214, 09-6413, 09-6414, 09-6415, 09-6416, 09-6975, 09-6974, 09-6973, 09-6972, 09-6969, 09-6968, 09-6970, 09-6971, and 09-6967, | * * * * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING MOTION REQUESTING "LAST CHANCE" MATCHING FOR THE CLIENTS OF JOHN ARTHUR EAVES LAW FIRM

THE COURT having considered Plaintiff's Motion Requesting "Last Chance" Matching, and being advised of the premises finds that the motion is well taken and should be granted

IT IS THEREFORE, ORDERED AND ADJUDGED that the Plaintiff shall participate in the Court's last chance process this the ___ ___ day of August, 2010.

RESPECTFULLY SUBMITTED,

_____
United States District Judge

Presented by:
LAW FIRM OF JOHN ARTHUR EAVES
John Arthur Eaves, Jr., (MSB 8843)
Jon-Marc King (MSB 9736)
Shana D. Fondren (MSB 100762)

Anders Ferrington (MSB 102444)
**Eaves Law Offices**
101 North State Street
Jackson, MS 39201
Telephone: (601)355-7961
Facsimile (601)355-0530