# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER FORMALDEHYDE**               **MDL No. 1873**

**Related to: Lyndon T. Wright v.**                **09-2977**
**Forest River, Inc. and Shaw Environmental, Inc.**   **Section: N (5)**

## BILL OF COSTS

Costs are hereby taxed against plaintiff, Lyndon Wright, and in favor of the defendant, Shaw Environmental, Inc., as follows, in the amount of $ 63,046.65 and included in the judgment.

|  | Claimed | Granted |
|---|---|---|
| Fees for printed or electronically recorded transcripts necessarily obtained for use in case | $ 52,942.53 | $ 52,068.87 |
| Fees for witnesses | $ 1,858.99 | $ 1,858.99 |
| Fees for exemplification and the costs of copies of any materials where the copies are necessarily obtained for use in the case | $ 9,118.79 | $ 9,118.79 |
| Audio/Visual support | $ 9,921.58 | $0.00 |
| TOTAL | $ 73,841.89 | $ 63,046.65 |

New Orleans, Louisiana this 29th day of July, 2010.

*Loretta G. Whyte*
LORETTA G. WHYTE
CLERK OF COURT