UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER FORMALDEHYDE          MDL No. 1873

Related to: Lyndon T. Wright v.           09-2977
Forest River, Inc. et al                  Section: N (5)

BILL OF COSTS

Costs are hereby taxed against plaintiff, Lyndon Wright, and in favor of the defendant, Forest River, as follows, in the amount of $ 123,891.35 and included in the judgment.

|  | Claimed | Granted |
|---|---|---|
| Fees for printed or electronically recorded transcripts necessarily obtained for use in case | $ 63,180.46 | $ 62,293.48 |
| Fees for witnesses | $ 3,833.30 | $ 3,833.30 |
| Fees for exemplification and the costs of copies of any materials where the copies are necessarily obtained for use in the case | $ 28,963.98 | $ 28,963.98 |
| Fees for electronic copies | $ 29,800.59 | $ 28,800.59 |
| Audio/Visual support | $ 12,562.50 | $ 0.00 |
| Destructive testing | $ 77,501.67 | $ 0.00 |
| TOTAL | $ 215,842.50 | $ 123,891.35 |

New Orleans, Louisiana this 29th day of July, 2010.

*Loretta G. Whyte*
LORETTA G. WHYTE
CLERK OF COURT