## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| | * | |

*Dontrell Burnett, et al, v. Layton Homes Corp,
Corp, et al. Inc. Case No. 09-5674*

*********************************************************************

### ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**IT IS FURTHER ORDERED** that the this Order is not intended to affect any deadline affecting prescription or to determine that the Second Supplemental and Amending Complaint for Damages relates back to the filing of any other pleading.   All rights are reserved to defendants to assert any appropriate defenses.

DATED this __3rd__ day of__August__, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE