UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 <br> SECTION N(5) <br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Dontrell Burnett, et al, v. Layton Homes Corp, et al. Inc.  Case No. 09-5674* | * * | MAGISTRATE CHASEZ |

**************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their First Amended Complaint for Damages filed on their behalf with this Court on August 14, 2009.

1.

This Second Supplemental and Amending Complaint for Damages adds *Eugene Davis, Angela Davis, Eugene J. Davis III, Christopher Davis,* and *Yasmine Davis* as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties").  Newly Added Plaintiffs were inadvertently left off of the above captioned complaint.  Plaintiffs seek to remedy this problem and in so doing

1

comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, Newly Added Plaintiffs resided in the same type of emergency housing unit manufactured by Layton Homes Corp. and installed by Fluor Enterprises, Inc. as the Plaintiffs named in the above captioned matter. This Second Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a First Amended Complaint for Damages against manufacturer Layton Homes Corp. ("Layton") and the contractor Fluor Enterprises, Inc. ("Fluor").

4.

Plaintiffs aver that the addition of Newly Added Plaintiffs will not cause an unjust burden on Defendants and in fact will assist counsel in efficiently defending claims against their client.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the First Amended Complaint for Damages filed with this Court on August 14, 2009 (Civ. Action No. 2:09-cv-5674).

            Respectfully submitted,

            HURRICANE LEGAL CENTER, LLC

           BY: /s/ *Lawrence J. Centola, Jr.*
             Lawrence J. Centola, Jr. Bar #3962
           600 Carondelet Street, Suite 602
           New Orleans, LA 70130
           (504) 525-1944 (telephone)
           (504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

          /s/ *Lawrence J. Centola, Jr.*
          Lawrence J. Centola, Jr.