MINUTE ENTRY
ENGELHARDT, J.
August 4, 2010

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | MDL NO. 07-1873  SECTION "N"  (5) |

THIS DOCUMENT RELATES TO ALL CASES

A telephone conference was conducted on Wednesday, August 4, 2010, at 10:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, James C. Percy, Roy Cheatwood, Gerardo R. Barrios, and Wade M. Bass.

JS10(0:35)