UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 74

**IT IS ORDERED** that after the applicable deadlines have expired, all "unmatched complaints"[1] will be dismissed in their entireties upon motion by defense liaison counsel. In so doing, the Court will thereby dismiss any Plaintiffs who appear in any "unmatched complaints" but not in any subsequently-matched amended complaints.

New Orleans, Louisiana, this 4th day of August, 2010.

                                                 **KURT D. ENGELHARDT**
                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] See Pretrial Order No. 40 (Rec. Doc. 1781).