UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                            SECTION "N-5"

                                                        JUDGE ENGELHARDT
                                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PSC MOTION FOR APPOINTMENT OF
DISBURSING AGENT AND DATA MANAGEMENT CONSULTANT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs' Steering

Committee (PSC) which, for the reasons more fully set forth in the memorandum attached

hereto, respectfully moves the Court for the appointment of Postlethwaite & Netterville as

disbursing agent and LexMTRX, LLC as data management consultant.

                        Respectfully submitted:

                        FEMA TRAILER FORMALDEHYDE
                        PRODUCT LIABILITY LITIGATION

                        BY:    s/Gerald E. Meunier
                               GERALD E. MEUNIER, #9471
                               **PLAINTIFFS' CO-LIAISON COUNSEL**
                               Gainsburgh, Benjamin, David, Meunier &
                               Warshauer, L.L.C.
                               2800 Energy Centre, 1100 Poydras Street
                               New Orleans, Louisiana 70163
                               Telephone:    504/522-2304
                               Facsimile:    504/528-9973
                               gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2010, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713