UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                                            JUDGE ENGELHARDT
                                                            MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
PSC MOTION FOR APPOINTMENT OF
<u>DISBURSING AGENT AND DATA MANAGEMENT CONSULTANT</u>**

**MAY IT PLEASE THE COURT:**

       In connection with the settlement agreement reached between Plaintiffs and Fleetwood, it is necessary and appropriate that the Court appoint a Disbursing Agent (CADA) charged with the responsibility of managing, accounting for, and disbursing funds from the escrow account into which will be deposition the settlement funds paid pursuant to the settlement agreement. The PSC nominates the firm of Postlethwaite & Netterville as the CADA considering their extensive and competent experience in performing such tasks.

       Additionally, it is necessary and appropriate that the Court approve the retainment of a data management / analysis company charged with the responsibility of analyzing electronically stored data regarding plaintiffs for the purpose of aiding the Special Master in the efficient discharge of his duties. The PSC nominates the firm of LexMTRX, LLC to perform such tasks. LexMTRX, LLC has extensive and competent experience in data management consultation services.[1]

---

[1] Special Master, Dan Balhoff, has a brother who is a principal member of the Postlethwaite & Netterville firm and another brother who has an interest in the data management

Under the terms of the Fleetwood settlement, the charges of the CADA and the data management / analysis consultant and his organization will be paid from the settlement funds to be deposited in escrow.

Made "Attachment I" is a description of the services provided by Postlethwaite & Netterville. Made "Attachment II" is a resume of LexMTRX, LLC.

Accordingly, the PSC respectfully asks that the attached Order be entered to appoint Postlethwaite & Netterville as the CADA and LexMTRX, LLC as the data management / analysis consultant for purposes of the Fleetwood settlement allocation following the hearing on this motion.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:  504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street

---

/ analysis company, LexMTRX, LLC. The PSC does not believe that this familial relationship will in any way pose a conflict of interest. Further, the PSC has informed all plaintiffs' counsel of record of the relationships and received no objections to the requested appointments.

    New Orleans, Louisiana 70163
    Telephone: 504/522-2304
    Facsimile: 504/528-9973
    jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
  ANTHONY BUZBEE, Texas # 24001820
  ROBERT M. BECNEL, #14072
  RAUL BENCOMO, #2932
  FRANK D'AMICO, JR., #17519
  MATT MORELAND, #24567
  LINDA NELSON, #9938
  DENNIS REICH, Texas #16739600
  MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

 I hereby certify that on August 11, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/Justin I. Woods
    JUSTIN I. WOODS, #24713