



8550 United Plaza Blvd., Suite 1001
Baton Rouge, LA 70809
(225) 922-4600
www.pncpa.com

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................................................. 1
FIRM DESCRIPTION .................................................................................................................... 2
EXPERIENCE ................................................................................................................................. 4
PROCESS OVERVIEW .................................................................................................................. 5
PROJECT TEAM ............................................................................................................................ 6

## FIRM DESCRIPTION

Postlethwaite & Netterville (P&N) was founded in 1949 by Alexander Postlethwaite. Through the years, as our clients have grown, our firm and the professional services we offer have expanded. We are now the largest Louisiana-based accounting and business consulting firm, and one of the top three firms in the Southwest. **P&N is the only firm in the state to be consistently named one of the top 100 firms in the United States.**



P&N has ten locations in Louisiana, with over 300 total staff. Our locations include multiple offices in Baton Rouge, as well as New Orleans, Lafayette, Covington, Metairie, Donaldsonville, Gonzales and St. Francisville. In Baton Rouge, we were named one of the "Top 100 Private Companies" and the largest accounting firm by the *Baton Rouge Business Report*. The New Orleans area office is ranked as a top 5 accounting firm by *New Orleans CityBusiness*. Our clients include a large cross-section of governmental and not-for-profit entities, businesses and professional practices and individuals. P&N provides professional services to clients located throughout the state of Louisiana, as well as nationally and internationally.

P&N provides traditional assurance and tax services, as well as numerous specialized services, including disbursement management, compliance and regulatory services, information systems and management consulting, data security studies, business valuations, litigation support, compensation design and planning, and personal financial planning.

### *Professional Capacity of the Firm*

In addition to the individuals included in this proposal, our Top 100 ranking exemplifies the extensive accounting, consulting, and technology resources we have available to draw upon, as necessary, outside of the core engagement team. Because our resources are Louisiana-based, we are readily accessible and flexible, not only during the engagement, but throughout the year. The chart below illustrates our professional staff firm-wide.

| Classification | Professionals |
|---|---:|
| Director (Partner) | 29 |
| Associate Director | 21 |
| Manager | 33 |
| Senior | 56 |
| Staff | 120 |
| Technology Consultants | 10 |

2

Our ability to offer clients an extensive engagement team is not based on size alone. P&N offers a team that combines highly technical experience with active participation in our profession. Because it is our goal to provide the highest quality of service to clients, we emphasize the importance of obtaining credentials and continuing education that keep our staff knowledgeable on the latest issues in their respective technical and industry concentrations. We feel that the following certifications and professional involvement adds value to our clients.

**Certifications**
- Juris Doctor (JD)
- Project Management Professional (PMP)
- Certified Public Accountant (CPA)
- Certified Internal Auditor (CIA)
- Accredited Business Valuation (ABV)
- Certified Valuation Analyst (CVA)
- Certified Fraud Examiner (CFE)
- Certified Information Systems Security Professional (CISSP)
- Certified Information Systems Auditor (CISA)
- Certified Financial Planner (CFP)

**Professional Organizations**
- American Bar Association
- Baton Rouge Bar Association
- Louisiana State Bar Association
- Society of Louisiana Certified Public Accountants
- Institute of Internal Auditors
- Association of Healthcare Internal Auditors
- Information Systems Audit and Control Association
- AICPA's Private Companies Practice Section
- AICPA Quality Centers:
    - Center for Public Company Audit Firms
    - Employee Benefit Plan Audit Quality Center
    - Governmental Audit Quality Center
- Public Companies Accounting Oversight Board (PCAOB)
- Government Finance Officer's Association
- Healthcare Financial Management Association
- Medical Group Managers Association
- American Society of Women Accountants
- Association of Certified Fraud Examiners
- Baton Rouge Chapter of Certified Public Accountants
- New Orleans Chapter of Certified Public Accountants
- The Leading Edge
- Project Management Institute

3

## EXPERIENCE

P&N has extensive experience in organization, implementation, and operation of settlement activities. As a Court Appointed Disbursing Agent (CADA), our team has managed and disbursed more than $175 million in settlements, with responsibilities including class member notification, claim administration, call center support services, acquisition of required signed releases, court testimony, and fund disbursement.

Our team can provide:
- A plan to ensure proper determination of entitlement amounts
- A system to provide relevant data on a timely basis
- Safeguards for security of data
- Efficient operations at reasonable costs
- Process reviews
- Claim process design and management
- Client communication protocols
- Award distribution
- Document fulfillment

P&N has worked on settlement funds ranging from 2,500 to over 12,000 claims.  A sample of our recent experience is detailed below.

| Year | Settlement Name | Total Claims Processed |
|---|---|---|
| 2007 | Allied Signal Southworks | 5,961 |
| 2006 | Reddy Ice | 11,143 |
| 2008-09 | Brusly Barge | 3,876 |
| 2008 | Allemamia (Oldham) | 2,554 |
| 2008 | Vulcan | 3,930 |
| 2008-09 | Honeywell | 12,634 |
| 2010 | Myrtle Grove Trailer Park | 4,964 |

## PROCESS OVERVIEW

P&N strives to be the leading CADA in Louisiana. Our considerable experience in providing litigation services has helped us to develop a full-service settlement fund practice that satisfies the full spectrum of CADA needs, including legal matters, process management, tax filings, accounting services, and disbursements.

Our experience combined with the resources of the largest accounting and business advisory firm in Louisiana has given us the knowledge and ability to create a process that we believe that can help the legal community drive out inefficiency, reduce cost and manage risk.



*Professional Practices*
As a professional services firm with practices governed by national and local organizations, we believe that the monitoring of professional practice compliance is essential to our reputation and longevity in the industry.  One of P&N's Directors has been designated and trained to be responsible for professional practice issues. Our professional practice manual is used by every level of management in our organization. Procedures exist to ensure that all levels of work are reviewed and properly documented.

## PROJECT TEAM

Over the past decade, P&N has played an integral part in the successful completion of numerous public sector projects through its role as CADA in over nineteen class-action lawsuits and similar projects. In this role, P&N has provided various administrative, management, analytical, and mapping services, and has maintained a reputation for quality and added value through its approach and methodology. In order to provide the highest level of technical ability and client service, we have assembled a group of qualified, credentialed professionals with experience working on these engagements. The following individuals are responsible for the CADA services provided by P&N.

**William E. Balhoff**
William E. Balhoff, CPA, CFE, CFF is the CEO and Managing Director of Postlethwaite & Netterville. Bill is a nationally recognized professional, having served in leadership roles on numerous professional committees. He served on the Special Committee on State Regulation regarding the effects of Sarbanes-Oxley Act, and testified before the U.S. Senate Banking Subcommittee chaired by Senator Sarbanes regarding Enron matters and the impact on non-Big Four firms. He served as a member of the AICPA Council, the AICPA Board of Directors, and Chair of the AICPA's PCPS Executive Committee.

**Ralph J. Stephens**
Ralph J. Stephens, CPA/ABV, JD, CFF is a Director in the Tax practice at Postlethwaite & Netterville. Ralph's areas of concentration include income and estate planning, succession planning, business consulting, and litigation support. He is one of a small number of Certified Public Accountants in Louisiana who have attained the Accredited in Business Valuation designation. In addition to valuation services to business owners, Ralph regularly consults with companies on merger and acquisition valuations and financial reporting. Ralph works extensively with litigation settlement funds and related issues. He has been recognized as a qualified expert witness and has provided testimony on various accounting and valuation issues in numerous state and federal courts.

**Mark Staley**
Mark Staley, PMP is an Associate Director with P&N.  He has over 10 years of professional experience with notable success leading teams in implementing and supporting a broad range of business and information technology initiatives with return on investment in the areas of process efficiency, reduced overhead and increased revenues. As a Project Management Professional (PMP), Mark has extensive project management experience directing and participating in all phases of the project life-cycle for multi-year multi-phase client engagements.

**Wayne J. Henderson**
Wayne J. Henderson is a Manager with Postlethwaite & Netterville. Wayne has served as Manager of 15 class action/mass tort settlements as Court-Appointed Disbursing Agent (CADA) disbursing over $160 million in the past seven years. Wayne works extensively with litigation settlement funds and related issues. He served as the Manager for P&N as CADA for a $9 million dollar class action suit (19th JDC), Manager for the Escrow Agent in a $140 million dollar legal action (19th JDC), and Manager for claims/disbursements for a state agency in a class action settlement.