*LexMTRX is a limited liability company, owned by its five members. The company was founded in 2009 to provide high-quality and customized data extraction and management services for the legal community.*

- **Michael J. Balhoff, CFA,** is managing partner at a financial consulting firm, Balhoff & Williams, LLC, based in Columbia, MD. Previously, Mr. Balhoff founded and headed the Technology and Telecommunications Equity Research Group at Legg Mason. He headed the Telecommunications Equity Research Group for 16 years. Mr. Balhoff has a doctorate and four master's degrees, including an M.B.A., concentration in finance, from the University of Maryland. He is a Chartered Financial Analyst and has been named six years as a Wall Street Journal All-Star Analyst for his recommendations of stocks in the telecommunications industry. Mr. Balhoff has testified before the U.S. Congress and various state legislative bodies, as well as before the FCC and state public service commissions.
- **Thomas E. Balhoff, Esq.,** is a partner at Roedel Parsons Koch Blache Balhoff & McCollister in Baton Rouge, LA. He earned his B.S. in Chemical Engineering at Louisiana State University in 1970 and his J.D. from Georgetown University Law Center in 1976. Mr. Balhoff has been in private civil practice since 1976 and specializes in a range of litigation and related practices including representation of Industrial Contractors, Insurance Defense, Toxic Tort and Products Liability. Mr. Balhoff is a member of the Baton Rouge and Louisiana State Bar Associations.
- **Richard A. Balhoff, Ph.D.** owns and directs Vinniard Software, LLC in Houston, TX. His experience includes 20 years of computer-related engineering applications at Shell Oil Company and the design and implementation of numerous database and large information management applications for both Shell and other large and small businesses. He earned his B.S., M.S. and Ph.D. in Chemical Engineering from Louisiana State University.
- **Douglas C. Sicker, Ph.D.** is an Associate Professor in the Department of Computer Science and Director of the ITP Labs at the University of Colorado at Boulder. Prior to this he was Director of Global Architecture at Level 3 Communications and previously, he was Chief of the Network Technology Division at the Federal Communications Commission (FCC). His research interests include system design, network security and public policy. He is currently an investigator on a number of NSF and DARPA funded projects. For a full CV please go to http://spot.colorado.edu/~sicker/CV.htm.
- **Tony L. DeLyria, B.S. ChE** provides both engineering and technical IT consulting to the refining and chemical process industries. He has 35 years of experience focused on generating computing solutions that allow people with limited computer expertise to use large quantities of data and information to efficiently do their jobs.