UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the firm of Postlethwaite & Netterville shall serve as the Court Appointed Disbursing Agent;

IT IS FURTHER ORDERED that the firm of LexMTRX, LLC shall be retained by the Special Master to provide data management / analysis services for the purpose of aiding the Special Master in the efficient discharge of his duties;

IT IS FURTHER ORDERED that the firms of Postlethwaite & Netterville and LexMTRX, LLC shall be compensated from the settlement fund established and placed into escrow.

New Orleans, Louisiana, this____day of August, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**