**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION N

                                             MAGISTRATE 5

THIS DOCUMENT RELATES TO ALL CASES


<u>**ORDER**</u>

     **IT IS ORDERED** that the following motion will be heard on an expedited basis:  PSC

Motion for Appointment of Disbursing Agent and Data Management Consultant (Rec. Doc.

15065).  Any opposition to this motion shall be filed by <u>**Friday, August 13, 2010, at noon**</u>, at

which time the motion will be taken under advisement.


     New Orleans, Louisiana, this _____ day of _____, 2010.


_____
                          KURT D. ENGELHARDT
                     UNITED DISTRICT COURT JUDGE

1