UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 15066)** is **GRANTED.** Accordingly, any opposition to the PSC Motion for Appointment of Disbursing Agent and Data Management Consultant (Rec. Doc. 15065) shall be filed **on or before Wednesday, August 18, 2010, at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 12th day of August, 2010.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**