UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION N (5) |
| THIS DOCUMENT RELATES TO<br>*Greg Crain, et al, v. American International*<br>*Specialty Lines Insurance Company, et al.*<br>*Case No. 09-5323* | * * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

*************************************************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
### OF CERTAIN DEFENDANTS UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby give notice of their dismissal, without prejudice, of all claims asserted against defendants American International Specialty Lines Insurance Company (AISLIC) and the Insurance Company of the State of Pennsylvania (ICSP) in the above captioned matter. This dismissal does not affect the claims of the Plaintiffs against any of the other defendants (including Liberty Mutual Insurance Corporation, and Flour Enterprises Inc.) in this lawsuit.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC.

BY   /s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr. LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2010, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                                 /s/  *Lawrence J. Centola, Jr.*
                                                                 Lawrence J. Centola, Jr.