UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 <br><br> SECTION "N-5" <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
UNOPPOSED PSC MOTION TO EXTEND
DEADLINE FOR FILING OF JOINT MOTION
<u>TO CERTIFY SETTLEMENT CLASS</u>

**MAY IT PLEASE THE COURT:**

In a prior Order, this Court directed that the parties to the proposed settlement of the manufactured housing claims herein file no later than August 15, 2010 a Joint Motion to Certify a Settlement Class. *See* Order (Doc. 14615).

A critically important element in these settlement discussions, and in the proposed class certification pleadings, is disposition of the Medicare lien/set-aside in connection with the settlement recovery of proposed class members. New laws and restrictions related to this issue make it impossible for the settling defendants to assume ongoing responsibility for the protection or payment of Medicare reimbursement; and, similarly, the members of the PSC must be reasonably confident going forward that both claimants and PSC law firms are not exposed to penalties or payment demands with respect to Medicare. It thus is the intent of all parties to this proposed settlement that Medicare officials be made aware of the impracticality of seeking reimbursement out of this particular class settlement, given the number of class members and the

size of the settlement fund, leading to an agreement with Medicare which obviates the need for any set-aside or reimbursement. The first step in this process has been to engage a Medicare representative both in discussions generally about the nature of the proposed settlement,[1] and in a review of the most complete available listing of putative class members by name. This effort is in progress, but it has proven to be time-consuming.

The PSC is urging Medicare to provide a realistic estimate of the amount of time it will take the agency to reach a decision about the impracticality of enforcing liens in regard to the proposed class settlement. We hope to have this estimate by the time of the Court's next-scheduled status conference on August 20, 2010. Accordingly, without opposition from settling defendants, the PSC now requests that the Court continue without date the August 15, 2010 deadline for the filing of the joint motion to certify a settlement class, with the understanding that a new deadline will be discussed and/or established after the parties report to and confer with the Court at the August 20 status conference.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:    504/528-9973
           gmeunier@gainsben.com

---

[1] Plaintiffs' Co-Liaison Counsel Justin Woods has sent an e-mail to Medicare reporting both the estimated size of the plaintiff settlement class and the amount of the proposed settlement fund.

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:  504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
GERALD E. MEUNIER, #9471