UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

　　　Considering the foregoing motion,

　　　IT IS ORDERED that the deadline of August 15, 2010 for the filing of the joint motion to certify a settlement class herein (established in the Court's Order of July 2, 2010, Doc. No. 14615), is extended; and

　　　IT IS FURTHER ORDERED that at the scheduled MDL status conference of Friday, August 20, 2010, the parties involved in this proposed settlement will report information to the Court informative as to the Court's establishment of a new deadline at that time.

　　　THIS DONE the ____ day of August, 2010, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT