UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT PERTAINS TO: | * | |
| *Sims, et al v. B. Foster & Company, Inc., et al* | * | |
| No. 09-8663 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum in Support of Motion to withdraw L. Scott Joanen and Substitute Christopher M. Hatcher and Melissa DeBarbieris as counsel of record.

IT IS ORDERED, that L. Scott Joanen, La. Bar. No. 21431 be and is hereby withdrawn as counsel of record, and that Christopher M. Hatcher, La. Bar No. 32494 and Melissa DeBarbieris La. Bar No. 32124 be hereby enrolled as counsel of record in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
United States District Judge