UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO:<br>*Schlosser, et al v. Sunnybrook RV, Inc., et al*<br>No. 09-8679 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW L SCOTT JOANEN AND SUBSTITUTE CHRISTOPHER M. HATCHER AND MELISSA DEBARBIERIS AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come all plaintiffs in the above captioned matter, who move this Court to withdraw L. Scott Joanen, La. Bar No. 21431 as counsel of record. Plaintiffs request to substitute Christopher M. Hatcher, La Bar No. 32494 and Melissa DeBarbieris La. Bar No. 32124 in his place.

WHEREFORE, Plaintiffs pray that the Court enter an Order withdrawing L. Scott Joanen as counsel of record, and substitute Christopher M. Hatcher and Melissa DeBarbieris as counsel of record in the above captioned matter.

Respectfully submitted:

**BRUNO & BRUNO**
*/s/ Joseph M. Bruno*
Joseph M. Bruno (La. Bar No. 3604)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**BRUNO & BRUNO**
*/s/ Christopher M. Hatcher*
Christopher M. Hatcher (La..Bar No. 32494)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**BRUNO & BRUNO**
*/s/ Melissa DeBarbieris*
Melissa Debarbieris (La.Bar No. 32124)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 13th day of August, 2010.

*/s/ Joseph M. Bruno*
Joseph M. Bruno