UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the deadline of August 15, 2010 for the filing of the joint motion to certify a settlement class herein (established in the Court's Order of July 2, 2010, Doc. No. 14615), is extended; and

IT IS FURTHER ORDERED that at the scheduled MDL status conference of Friday, August 20, 2010, the parties involved in this proposed settlement will report information to the Court informative as to the Court's establishment of a new deadline at that time.

THIS DONE the 13th day of August, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT