UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Susan Baugh, et al v. Jayco, Inc., et al* Civil Action No. 09-6964 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', COURTNEY LANDRUM, CURTIS WHEELER, DAVID CHESTER, JEREMY CHESTER, JONATHAN CHESTER, OLA MORAN, POLLY CHESTER, SANDRA MORAN, AND SHIRLEY MEEKS, AS NEXT FRIEND OF D. D., A. H. AND D. H., MINORS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', COURTNEY LANDRUM, CURTIS WHEELER, DAVID CHESTER, JEREMY CHESTER, JONATHAN CHESTER, OLA MORAN, POLLY CHESTER, SANDRA MORAN, AND SHIRLEY MEEKS, AS NEXT FRIEND OF D. D., A. H. AND D. H., MINORS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT