UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On August 12, 2010, the Court held a telephone conference with the following individuals participating: the undersigned, Amanda Ballay, Dale Radosta, Gene Smith, Charles Penot, Henry Miller, Adam Dinnell, Jim Percy, Ryan Johnson, Dave Kurtz, Karen whitfield, and Justin woods.  Jodi Simcox was the Court Reporter.  During the call, numerous issues relating to recently-filed motions to amend were discussed.  The Court **ORDERED** that all Motions to Sever, contemplated by Pretrial Order No. 40 (Rec. Doc. 1781), shall be filed **on or before Friday, October 29, 2010.**

New Orleans, Louisiana, this 16th day of August, 2010.

                                              **KURT D. ENGELHARDT**
                                              **UNITED STATES DISTRICT JUDGE**