# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

May 20, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Thor Industries, Inc.
John Deeds
100 S. Main Ave Ste 300
Sidney, OH 45365

RE:     Service for Britney Bogan, et al. v. Thor Industries, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009
in Cause No. 09-7812, in the USDC Eastern District of Louisiana.  This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Thor Industries, Inc.. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thor Industries, Inc.
John Deeds
100 S. Main Ave
Ste 300
Sidney, OH 45365
ID#1359

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Betty Eldrick

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FEMA Amended
Service

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 0290 0000 2123 4887

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 2123 4887**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:43 AM on May 24, 2010 in SIDNEY, OH 45365.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Thor Industries, Inc.</u>
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100290000021234887, Sent 5/20/2010,</u>
<u>Received 5/24/2010.  Registered Agent:  John Deeds 100 S. Main Ave Ste 300 Sidney, OH 45365</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>7/14/2010</u>                    _____
                                          Server's signature

                                          <u>Wynter Lee - Mass Tort Coordinator</u>
                                          Printed name and title

                                          <u>2506 N. Port Ave. Corpus Christi, TX 78401</u>
                                          Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT RETUR

for the

## USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Britney Bogan, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Thor Industries, Inc. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

# 09-7812

# SECT.N MAG5

To: *(Defendant's name and address)*

Thor Industries, Inc.
John Deeds
100 S. Main Ave Ste 300
Sidney, OH 45365

A lawsuit has been filed against you.

　　Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

Date:　　**Jan 05 2010**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*