MINUTE ENTRY
ENGELHARDT, J.
August 12, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Thursday, August 12, 2010, at 10:30 a.m. Participating were Justin I. Woods, James C. Percy, Charles R. Penot, Jr., Henry T. Miller, Adam M. Dinnell, Ryan E. Johnson, M. David Kurtz and Karen Whitfield. Also in attendance were Judge Engelhardt's law clerk Amanda Ballay, and court personnel Dale Radosta and Gene R. Smith.

(Court Reporter: Jodi Simcox)

JS10(0:45)