UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION
                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-2945, 09-8638,
09-8639, 09-8640, 09-8641, 09-8642,
09-8643, 09-8644, 09-8645, 09-8646,
09-8647, 09-8648, 09-8649, 09-8650,
09-8651, 09-8652, 09-8653, 09-8654,
09-8655, 09-8656, 09-8657, 09-8658,
09-8659, 09-8661, 09-8662, 09-8663,
09-8665, 09-8667, 09-8668, 09-8669
09-8670, 09-8671, 09-8673, 09-8674,
09-8672, 09-8675, 09-8676, 09-8677,
09-8678, 09-8679, 09-8680, 09-8681,
09-8682, 09-8683, 09-8684, 09-8685,
09-8686, 09-8687, 09-8688, 09-8689,
09-8690, 09-8691, 09-8692, 09-8693,
09-8694, 09-8695, 09-8696, 09-8697,
09-8698, 09-8699, 09-8700, 09-8701,
09-8702, 09-2944, 07-9248, 09-5282

## ORDER

*Sixty-six* separate Motions to Substitute Counsel of Record have been filed referencing the above-listed member cases.  Accordingly,

**IT IS ORDERED** that the **Motions to Withdraw L. Scott Joanen and Substitute Christopher Hatcher and Melissa Debarbieris as Counsel of Record (Rec. Docs. 15072, 15073,**

**15074, 15075, 15076, 15077, 15078, 15079, 15080, 15081, 15082, 15083, 15084, 15085, 15086, 15087, 15088, 15089, 15090, 15091, 15092, 15093, 15094, 15095, 15096, 15097, 15098, 15099, 15100, 15101, 15102, 15103, 15104, 15105, 15106, 15107, 15108, 15109, 15110, 15111, 15112, 15113, 15115, 15116, 15117, 15118, 15119, 15120, 15121, 15122, 15123, 15124, 15125, 15126, 15127, 15128, 15130, 15131, 15132, 15133, 15134, 15135, 15136, 15137, 15138, and 15139**) are **GRANTED**.

**IT IS FURTHER ORDERED** that any similar filings/motions made in the future should be made in *ONE* motion and should reference the applicable member cases in the caption of that motion.

New Orleans, Louisiana, this 16th day of August, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**