# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

May 20, 2010

**<u>Via Certified Mail - Return Receipt Requested & Regular Mail</u>**
KZRV, LP
Daryl Zook
9270 W US 20
Shipshewana, IN 46565

RE:  Service for Kimberly Hudson (Blanchard), as Next Friend of Katelin Blanchard, a minor, et al. v. KZRV, LP, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7803, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to KZRV, LP. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KZRV, LP
   Daryl Zook
   9270 W US 20
   Shipshewana, IN 46565

   ID#1341

   CHOM HILL C_____

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Linda Whetstone_    ☐ Agent   ☑ Addressee

B. Received by (Printed Name): Mdr Whetstone
C. Date of Delivery: 5-24-12

D. Is delivery address different from item 1? ☑ Yes   ☐ No
   If YES, enter delivery address below:

   FEMA Amended 985N 90W
   Service   SHIPSHEWANA IN 46565

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7010 0290 0000 2123 4634

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

**RETURN**

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Kimberly Hudson (Blanchard), as Next Friend of Katelin Blanchard, a minor, et al.
   Plaintiff
    v.
KZRV, LP
   Defendant

Civil Action No.

**09-7803**

**SECT. N MAG 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

KZRV, LP
Daryl Zook
9270 W US 20
Shipshewana, IN 46565

A lawsuit has been filed against you.

  Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Jan 05 2010__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>KZRV, LP</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000021234634, Sent 5/20/2010, Received 5/24/2010. Registered Agent: Daryl Zook 9270 W US 20 Shipshewana, IN 46565</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>7/14/2010</u>

                                                      *Wynter Lee*
                                                 Server's signature

                                  Wynter Lee - Mass Tort Coordinator
                                          Printed name and title

                                  2506 N. Port Ave. Corpus Christi, TX 78401
                                                Server's address