UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Joan Decourcy, et al v. Gulf Stream Coach, Inc., et al* Civil Action No. 10-2297 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF'S, STANLEY BATISTE, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, STANLEY BATISTE, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 16th day of August, 2010.

_____
HONORABLE KURT ENGELHARDT