**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Albert Williams, et al v. Forest River, Inc., et al*<br>Civil Action No. 09-7070 | § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFF'S, CORINN THOMAS-BURTON, AS NEXT FRIEND OF K. J., A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, CORINN THOMAS-BURTON, AS NEXT FRIEND OF K. J., A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 16th day of August, 2010.

_____
HONORABLE KURT ENGELHARDT