UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION N-5
                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

**This Document Relates to:**

*Silas, et al. v. Gulf Stream Coach, Inc., et al.,* Case No. 10-476
*Grace A. Gonzales, et al. v. Forest River, Inc., et al.,* Case No. 10-1358
*Kenneth Dixon, et al. v. Keystone Industries, Inc., et al.,* Case No. 10-907

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION
TO NEW CLAIMANTS' MOTIONS TO FILE AMENDED COMPLAINTS
(Rec. Doc. 15019, 15020, 15021)

Defendant United States of America ("United States") hereby submits this response in

opposition to newly identified claimants' Motions to File Amended Complaints (Rec. Docs. 15019,

15020, 15021).  Through these Motions to Amend, newly identified claimants, who have not previously

filed suit, seek permission to now appear as new Plaintiffs in actions previously filed by other Plaintiffs

and transferred to this Multi-District Litigation ("MDL") Court by the MDL Panel.  The Court should

deny these claimants' attempt to avoid filing suit by appearing for the first time before this Court via

Motions to Amend.  These newly identified claimants have not previously filed suit, were not previously

Plaintiffs in this litigation, and yet now seek to commence their suits by "amending their way" into

already pending lawsuits through Motions to Amend.  This Court has already ruled that the relief sought

by these claimants – permission to commence and file their lawsuits directly into this MDL Court – is

not allowed.  The Court has already addressed this issue and rejected Plaintiffs' Steering Committee's

("PSC") Motion to Allow Direct Filing.  *See* Order and Reasons (Rec. Doc. 1186) (citing United States Memorandum (Rec. Doc. 1111)).  In rejecting the PSC's Motion, the Court held that claimants my not directly file into the MDL Court because such action impermissibly circumvents the MDL Panel. *Id*.  The Court instructed claimants that they must commence their lawsuit in the appropriate venue and allow the MDL Panel the opportunity to review their Complaint, and, if appropriate, transfer the action to this MDL Court. *Id*.  Accordingly, claimants' attempt to bypass the MDL Panel and directly file into this MDL Court by filing Motions to Amend previously existing actions must be rejected.  Claimants must file suit in a Court of proper venue and await transfer to this MDL Court, they cannot appear for the first time in the MDL Court by simply adding their names to a list of other Plaintiffs in a preexisting action that has already been transferred to the MDL Court.

As such, consistent with this Court's prior Order, the Court should deny claimants' Motions to Amend.

Dated:  August 17, 2010.                                       Respectfully Submitted,

TONY WEST                                                      ADAM BAIN
Assistant Attorney General, Civil Division                    Senior Trial Counsel

J. PATRICK GLYNN                                              MICHELLE BOYLE
Director, Torts Branch, Civil Division                        ADAM DINNELL
                                                              MICHELE GRIEF
DAVID S. FISHBACK                                            JONATHAN WALDRON
Assistant Director                                            Trial Attorneys

OF COUNSEL:                                                   *//S// Henry T. Miller*
                                                              HENRY T. MILLER (D.C. Bar No. 411885)
JORDAN FRIED                                                 Senior Trial Counsel
Associate Chief Counsel                                      United States Department of Justice
                                                              Civil Division – Torts Branch
JANICE WILLIAMS-JONES                                        P.O. Box 340, Ben Franklin Station

2

Senior Trial Attorney                                       Washington, D.C. 20004
Federal Emergency Management Agency         Telephone No: (202) 616-4223
Department of Homeland Security                    E-mail: Henry.Miller@USDOJ.Gov
Washington, D.C. 20472

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)