UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Willie Powell, et al v. R-Vision, Inc., et al* Civil Action No. 09-6937 | § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFFS', DAVID CHESTER, JEREMY CHESTER, JONATHAN CHESTER AND POLLY CHESTER, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', DAVID CHESTER, JEREMY CHESTER, JONATHAN CHESTER AND POLLY CHESTER, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 16th day of August, 2010.

_____
HONORABLE KURT ENGELHARDT