**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Wilma Necaise, as Rep. of the Estate of Marvin Necaise, Deceased, et al v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 10-2229 | § § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFFS', RAYMOND BREAUX, AS REPRESENTATIVE OF THE ESTATE OF HAZEL BREAUX, DECEASED, AND RITA PETERS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', RAYMOND BREAUX, AS REPRESENTATIVE OF THE ESTATE OF HAZEL BREAUX, DECEASED, AND RITA PETERS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 16th day of August, 2010.

_____
HONORABLE KURT ENGELHARDT