# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 20, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Timberland RV Company d/b/a/ Adventure Manufacturing
Kean MacOwan
PO Box 1210
Peru, IN 46970

RE:   Service for Casey Johnson, et al. v. Timberland RV Company d/b/a/
      Adventure Manufacturing, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7974, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Timberland RV Company d/b/a/ Adventure Manufacturing. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Timberland RV Company d/b/a* Adve[...]
    Kean MacOwan
    PO Box 1210
    Peru, IN 46970

    ID #1366

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   MAY 24 2010

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

   FEMA Amended Service

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7010 0290 0000 2123 4986

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Timberland RV Company d/b/a/ Adventure Manufacturing</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000021234986, Sent 5/20/2010, Received 5/24/2010. Registered Agent: Kean MacOwan PO Box 1210  Peru, IN 46970</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____ .

Date: <u>7/14/2010</u>

                                          *Wynter Lee*
                                        Server's signature

                                    Wynter Lee - Mass Tort Coordinator
                                        Printed name and title

                                    2506 N. Port Ave. Corpus Christi, TX 78401
                                        Server's address

RETURN

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Casey Johnson, et al.
)
Plaintiff )
v. ) Civil Action No. 09-7974
Timberland RV Company d/b/a/ Adventure Manufacturing )
Defendant )

**Summons in a Civil Action**

SECT. N MAG. 5

To: *(Defendant's name and address)*

Timberland RV Company d/b/a/ Adventure Manufacturing
Kean MacOwan
PO Box 1210
Peru, IN 46970

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Jan 04 2010__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*