# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 20, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Sunnybrook R.V., Inc.
Elvie J. Frey, SR
201 14th St.
Middlebury, IN 46540

RE:    Service for Jolanda Hammond, et al. v. Sunnybrook R.V., Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7961, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Sunnybrook R.V., Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) Sherri Barbom   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Sunnybrook R.V., Inc.<br>Elvie J. Frey, SR<br>201 14th St.<br>Middlebury, IN 46540<br><br>ID#1370 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>FEMA Amended Service<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0001 4553 4894 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0001 4553 4894**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:27 AM on May 24, 2010 in MIDDLEBURY, IN 46540.

**Track & Confirm** 
Enter Label/Receipt Number.

( Go > )

**Detailed Results:**
- **Delivered, May 24, 2010, 8:27 am, MIDDLEBURY, IN 46540**
- **Arrival at Unit, May 24, 2010, 7:41 am, MIDDLEBURY, IN 46540**

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Sunnybrook R.V., Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____

_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000145534894, Sent 5/20/2010, Received 5/24/2010. Registered Agent: Elvie J. Frey, SR 201 14th St. Middlebury, IN 46540</u>


My fees are $_____ for travel and $_____ for services, for a total of $_____.


Date: <u>7/14/2010</u>

                                                                   *[signature]*
                                                                   Server's signature

                                               Wynter Lee - Mass Tort Coordinator
                                                            Printed name and title


                                             2506 N. Port Ave. Corpus Christi, TX 78401
                                                                   Server's address

# UNITED STATES DISTRICT COURT

# **RETURN**

for the

## USDC Eastern District of Louisiana

| Jolanda Hammond, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-7961** |
| Sunnybrook R.V., Inc. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Sunnybrook R.V., Inc.
Elvie J. Frey, SR
201 14th St.
Middlebury, IN 46540

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jan 04 2010__

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*