# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

May 20, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511

RE:     Service for Charlie Haas, et al. v. Sun Valley, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7966, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Bechtel National, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also **complete** item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bechtel National, Inc
C T Corporation System
6100 Neil Road
Suite 500
Reno, NV 89511
ID#1374

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☑ Addressee

B. Received by (*Printed Name*)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

*FEMA Amended Service*

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (*Transfer from service label*)          7010 0290 0001 4553 4979

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Bechtel National, Inc</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000145534979, Sent 5/20/2010,</u>
<u>Received 6/2/2010.  Registered Agent:  C T Corporation System 6100 Neil Road Suite 500 Reno, NV</u>
<u>89511</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>7/14/2010</u>

                                  _____
                                         Server's signature

                          Wynter Lee - Mass Tort Coordinator
                                   Printed name and title

                        2506 N. Port Ave. Corpus Christi, TX 78401
                                      Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

<table>
<tr><td>Charlie Haas, et al.</td><td>)</td></tr>
<tr><td style="text-align:center">Plaintiff</td><td>)</td></tr>
<tr><td style="text-align:center">v.</td><td>)</td></tr>
<tr><td style="text-align:center">Sun Valley, Inc.</td><td>)</td></tr>
<tr><td style="text-align:center">Defendant</td><td>)</td></tr>
</table>

 RETURN

Civil Action No. **09-7966**

**SECT. N MAG. 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date:    **Jan 04 2010**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*