# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

June 7, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Palm Harbor Homes, Inc.
C T Corporation System
5615 Corporate Blvd. Suite 400B
Baton Rouge, LA 70808

RE: Service for Orlando Douglas, et al. v. Palm Harbor Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7911, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Palm Harbor Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures


7010 0290 0003 1092 1115

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

Sent To
Street, or PO
City, S

Palm Harbor Homes, Inc.
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808
ID#1411

PS Form 3800, August 2006

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Palm Harbor Homes, Inc.
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808
ID#1411

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Express Courier ☑ Agent ☑ Addressee

B. Received by (*Printed Name*) C. Date of Delivery
JUN 14 REC'D

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEMA Amended Service

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7010 0290 0003 1092 1115

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540




AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Orlando Douglas, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-7911 |
| Palm Harbor Homes, Inc. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Palm Harbor Homes, Inc.
C T Corporation System
5615 Corporate Blvd. Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

[signature]
Deputy clerk's signature

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Date: **May 26 2010**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Palm Harbor Homes, Inc. by:

(1) personally delivering a copy of each to the individual at this place, ______________________________ ______________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________________; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other (specify) Certified mail return receipt requested #70100290000310921115, Sent 6/9/2010, Received 6/14/2010. Registered Agent: C T Corporation System 5615 Corporate Blvd. Suite 400B Baton Rouge, LA 70808

My fees are $____________ for travel and $ ____________ for services, for a total of $____________.

Date: 7/14/2010

Wynter Lee
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address