# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  
info@fematrailerlitigation.com

2506 N. Port Avenue  
Corpus Christi, TX 78401

Mikal C. Watts, P.C.  
Robert Hilliard, L.L.P.

June 7, 2010

**<u>Via Certified Mail - Return Receipt Requested & Regular Mail</u>**
Skyline Corporation
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

RE:   Service for Tanisha Banks, as Next Friend of John Picquet, a minor, et al. v. Skyline Corporation, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7918, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Skyline Corporation. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Skyline Corporation
   Linda Phillippsen
   2520 By Pass Road
   Elkhart, IN 46514

   ID#1420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   M. le McC___                  6-12-10

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   FEMA Amended
   Service

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7010 0290 0003 1092 1207

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case 2:07-md-01873-KDE-MBN Document 15336 Filed 08/18/10 Page 3 of 4

AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Tanisha Banks, as Next Friend of John Picquet, a minor, et al. )
)
Plaintiff )
v. ) Civil Action No. 09-7918
Skyline Corporation )
Defendant )

### Summons in a Civil Action

To: *(Defendant's name and address)*

Skyline Corporation
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: **May 26 2010**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Skyline Corporation</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000310921207, Sent 6/9/2010, Received 6/14/2010. Registered Agent: Linda Phillippsen 2520 By Pass Road Elkhart, IN 46514</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>7/14/2010</u>

                                                      */s/ Wynter Lee*
                                                      Server's signature

                                     Wynter Lee - Mass Tort Coordinator
                                            Printed name and title

                                     2506 N. Port Ave. Corpus Christi, TX 78401
                                                      Server's address