# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 20, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

RE:     Service for Robert Gray, et al. v. American Camper Manufacturing, LLC d/b/a
        AMERI-CAMP, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009
in Cause No. 09-7852, in the USDC Eastern District of Louisiana. This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to American Camper Manufacturing,
LLC d/b/a AMERI-CAMP. Your signature on the Return Receipt serves as your proof
of service.

Sincerely,

Robert Hilliard

Enclosures



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

MAY 20 2010

Sent To American Camper Manufacturing, LLC
Peter J. Recchio
Street or PO 1406 Greenleaf Blvd.
City Elkhart, IN 46514
ID#1324

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>American Camper</u> <u>Manufacturing, LLC d/b/a AMERI-CAMP</u> by:

     (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

     who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

     (4) returning the summons unexecuted to the court clerk on _____ ; or

     (5) other (specify) <u>Certified mail return receipt requested #70100290000021234610, Sent 5/20/2010,</u>
<u>Received . Registered Agent: Peter J. Recchio 1406 Greenleaf Blvd. Elkhart, IN 46514</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>7/14/2010</u>                              _____
                                               Server's signature

                                     Wynter Lee - Mass Tort Coordinator
                                          Printed name and title

                                  2506 N. Port Ave. Corpus Christi, TX 78401
                                              Server's address

AO 440 (Rev. 04/08) Civil Summons

**RETURN**

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

| | |
|---|---|
| Robert Gray, et al. | ) |
| _____ | ) |
| Plaintiff | ) |
| v. | ) |
| American Camper Manufacturing, LLC d/b/a AMERI-CAMP | ) |
| Defendant | ) |

Civil Action No.

**09-7852**

**SECT.N MAG5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  **Jan 04 2010** _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*