# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 21, 2010

**<u>Via Certified Mail - Return Receipt Requested & Regular Mail</u>**
Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

RE: Service for Toria King, et al. v. Homes of Merit, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1303, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Travelers Property Casualty Company of America TIL. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  W Hebert | ☐ Agent<br>☒ Addressee |
| | B. Received by *(Printed Name)*<br>Wendi Hebert | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Travelers Property Casualty Company o<br>Louisiana Secretary of State<br>8585 Archives Avenue<br>Baton Rouge, LA 70809<br><br>ID#1646 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:    ☐ No<br><br>Amend Complaint Service | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | 7010 0290 0000 0408 8933 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 0408 833**

There is no record of this item.

**Why Are You Receiving This Message?**

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map    Customer Service    Forms    Govt Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway



## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Travelers Property Casualty Company of America TIL</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>Certified mail return receipt requested #70100290000004088933, Sent 5/24/2010, Received 5/27/2010.  Registered Agent:  Louisiana Secretary of State 8585 Archives Avenue  Baton Rouge, LA 70809</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: 7/14/2010

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address

# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

**RETURN**

Toria King, et al.
)
)
Plaintiff
)
v.
)   Civil Action No.
Homes of Merit, Inc.
)
Defendant
)

**10-1303**

### Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __May 03 2010__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*