# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free      2506 N. Port Avenue     Mikal C. Watts, P.C.
info@fematrailerlitigation.com     Corpus Christi, TX 78401     Robert Hilliard, L.L.P.

May 21, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

RE:    Service for Jonique Brown, et al. v. Patriot Homes of Texas, L.P., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1306, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Shaw Environmental, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shaw Environmental, Inc
   C T Corporation System
   5615 Corporate Blvd.
   Ste. 400B
   Baton Rouge, LA 70808
   ID#1648

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name) — Express Courier — C. Date of Delivery — MAY 2 6 REC'D

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Amend Complaint Service

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☑ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

   7010 0290 0000 0408 9039

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Shaw Environmental, Inc</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000004089039, Sent 5/24/2010, Received 5/26/2010. Registered Agent: C T Corporation System 5615 Corporate Blvd. Ste. 400B Baton Rouge, LA 70808</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 7/14/2010

*Wynter Lee* (signature)

Server's signature

Wynter Lee - Mass Tort Coordinator

Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401

Server's address

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Jonique Brown, et al.

Plaintiff

v.  Civil Action No. **10-1306**

Patriot Homes of Texas, L.P.

Defendant

**SECT. N MAG. 5**

**RETURN**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court.

Date: May 03 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*