# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 21, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

RE: Service for Patricia Erwin, et al. v. Champion Home Builders Co., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1286, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Travelers Property Casualty Company of America TIL. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  W Hebert | ☐ Agent<br>☒ Addressee | |
| | B. Received by ( *Printed Name)*<br>**Wendi Hebert** | C. Date of Delivery | |
| 1. Article Addressed to:<br><br>Travelers Property Casualty Company<br>Louisiana Secretary of State<br>8585 Archives Avenue<br>Baton Rouge, LA 70809<br><br>ID#1641 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>*Amend Complaint Service* | | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | | |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 2. Article Number<br>*(Transfer from service label)* | 7010 0290 0000 0408 0517 | | |
| PS Form 3811, February 2004 | Domestic Return Receipt | | 102595-02-M-1540 |

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Travelers Property Casualty Company of America TIL</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000004080517, Sent 5/24/2010, Received 5/27/2010.  Registered Agent:  Louisiana Secretary of State 8585 Archives Avenue  Baton Rouge, LA 70809</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>7/14/2010</u>

                                                            */s/ Wynter Lee*
                                                             Server's signature

                                       Wynter Lee - Mass Tort Coordinator
                                              Printed name and title

                                       2506 N. Port Ave. Corpus Christi, TX 78401
                                                             Server's address

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Patricia Erwin, et al.

)
Plaintiff )
v. ) Civil Action No. 10-1286
Champion Home Builders Co. )
Defendant )

**RETURN**

**SECT.N MAG5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  May 03 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*