# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 21, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Vanguard, LLC
Scott A. Day
31450 M-86
West Colon, MI 49040

RE:   Service for Jasmine Ratliff, et al. v. Vanguard, LLC, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1296, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Vanguard, LLC. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jessica Broadwater* ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): Jessica Broadwater C. Date of Delivery: 5-27-10<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Vanguard, LLC<br>Scott A. Day<br>31450 M-86<br>West Colon, MI 49040<br><br>ID#1635 | Amend Complaint Service<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0000 0408 7349 |
| PS Form 3811, February 2004 | Domestic Return Receipt 102595-02-M-1640 |

Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Vanguard, LLC</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100290000004087349, Sent 5/24/2010, Received 5/27/2010.  Registered Agent:  Scott A. Day 31450 M-86  West Colon, MI 49040</u>


My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 7/14/2010

_____
Server's signature

_____Wynter Lee - Mass Tort Coordinator_____
Printed name and title

_____2506 N. Port Ave. Corpus Christi, TX 78401_____
Server's address

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Jasmine Ratliff, et al.

Plaintiff
v.
Vanguard, LLC
Defendant

Civil Action No. 10-1296

SECT. N MAG 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Vanguard, LLC
Scott A. Day
31450 M-86
West Colon, MI 49040

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __May 03 2010__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*