# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

May 21, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Layton Homes Corp.
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

RE: Service for Yolanda Goodwin, et al. v. Layton Homes Corp., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1257, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Layton Homes Corp.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures


U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P | |

Postmark Here

7010 0290 0000 0408 6618

Sent To: Layton Homes Corp.
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

ID#1617

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Layton Homes Corp.
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

ID#1617

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name) Sandra Weiders

C. Date of Delivery 05-28-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

Amend Complaint
Service

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7010 0290 0000 0408 6618

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Layton Homes Corp. by:

(1) personally delivering a copy of each to the individual at this place, ____________________ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ____________________ ; or

(4) returning the summons unexecuted to the court clerk on ____________ ; or

(5) other (specify) Certified mail return receipt requested #70100290000004086618, Sent 5/24/2010, Received 5/28/2010. Registered Agent: Linda Phillippsen 2520 By Pass Road Elkhart, IN 46514

My fees are $__________ for travel and $__________ for services, for a total of $__________.

Date: 7/14/2010

Wynter Lee

Server's signature

Wynter Lee - Mass Tort Coordinator

Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401

Server's address

AO 440 (Rev. 04/08) Civil Summons




# UNITED STATES DISTRICT COURT

for the

USDC Eastern District of Louisiana

Yolanda Goodwin, et al.
Plaintiff
v.
Layton Homes Corp.
Defendant

Civil Action No. 10-1257

SECT. N MAG 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Layton Homes Corp.
Linda Phillippsen
2520 By Pass Road
Elkhart, IN 46514

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: May 03 2010

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*