# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 21, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
KZRV, LP
Daryl Zook
9270 W US 20
Shipshewana, IN 46565

RE:     Service for Maudean Harrison, et al. v. KZRV, LP, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in
Cause No. 10-1263, in the USDC Eastern District of Louisiana.  This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to KZRV, LP. Your signature on the
Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KZRV, LP
Daryl Zook
9270 W US 20
Shipshewana, IN 46565

ID#1615

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Linda Whetstone_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Linda Whetstone_   5-18-10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

0985N 900U
SHISHEWANA
IN 46565

Amend Complaint Service

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 0290 0000 0408 6526

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>KZRV, LP</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000004086526, Sent 5/24/2010,</u>
<u>Received 5/28/2010.  Registered Agent:  Daryl Zook 9270 W US 20  Shipshewana, IN 46565</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____ .

Date: <u>7/14/2010</u>

                                  _____
                                          Server's signature

                      Wynter Lee - Mass Tort Coordinator
                            Printed name and title

                      2506 N. Port Ave. Corpus Christi, TX 78401
                              Server's address

AO 440 (Rev. 04/08) Civil Summons

**RETURN**

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | |
|---|---|
| Maudean Harrison, et al. | ) |
| Plaintiff | ) |
| v. | ) |
| KZRV, LP | ) |
| Defendant | ) |

Civil Action No. **10-1268**

**SECT. N MAG5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

KZRV, LP
Daryl Zook
9270 W US 20
Shipshewana, IN 46565

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

Date:   **May 03 2010**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*