UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to PSC Motion for Appointment of Disbursing Agent and Data Management Consultant (Rec. Doc. 15065)**,** set for hearing on August 18, 2010, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **PSC Motion for Appointment of Disbursing Agent and Data Management Consultant (Rec. Doc. 15065)** is hereby **GRANTED**. Accordingly, the firm of Postlethwaite & Netterville shall serve as the Court Appointed Disbursing Agent in regard to the Fleetwood settlement. The firm of LexMTRX, LLC shall be retained by the Special Master to provide data management / analysis services for the purpose of aiding the Special Master in the efficient discharge of his duties in regard to the Fleetwood settlement. The firms of Postlethwaite & Netterville and LexMTRX, LLC shall be compensated from the settlement fund established and

placed into escrow in regard to the Fleetwood settlement.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 19th day of August 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**