UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER　　　　　　　　　*　　MDL NO. 1873
　　　　FORMALDEHYDE PRODUCTS　　　　 *
　　　　LIABILITY LITIGATION　　　　　*　　SECTION "N" (5)
　　　　　　　　　　　　　　　　　　　 *
　　　　　　　　　　　　　　　　　　　 *　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　 *　　MAGISTRATE CHASEZ
　　　　　　　　　　　　　　　　　　　 *
THIS DOCUMENT IS RELATED TO　　　　　 *
　　　　　　　　　　　　　　　　　　　 *
*Octave Bazanac, et al v. Gulf Stream Coach*　 *
*Inc., et al*, Docket No. 09-8320;　　　　　*
Robin Lewis　　　　　　　　　　　　　　*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATIONS OF EVIDENTIARY FACTS

**Plaintiff, Robin Lewis and Defendant, Gulf Stream Coach, Inc.,** have stipulated to the authenticity of the following and reserve their rights to assert relevancy objections:

1. The medical records provided by Dr. Dwight Green, bates range LEW-GREEN-000001-LEW-GREEN-000018, LEWIS012779-LEWIS012834.

2. The medical records provided by Dr. S. Rosenweig, bates range LEW-ROSEN-000001-LEW-ROSEN-000005.

3. The medical records provided by Ochsner Hospital, bates range LEW-OCHS-000001-LEW-OCHS-000235, duplicate copies LEW-OCHS-000236 –LEW-OCHS-000469, LEW-OCHS-000470-LEW-OCHS000472, LEWIS012843-LEWIS012933.

4. The medical records provided by Walgreens, bates range LEW-WALGREENS-000001-LEW-WALGREENS-000048.

5. The billing records provided by Ochsner Hospital, bates range LEWIS012835-LEWIS012842.

Parties have met and conferred with regard to these stipulations and will continue to confer and to offer other stipulation of facts as appropriate.

**BY:**  /s/ *Gerald E Meunier*
GERALD E. MEUNIER, #9471
**PLAINTIFFS' LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

 /s/ *Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


 /s/ *Andrew D. Weinstock*
ANDREW D. WEINSTOCK, #18495
JOSEPH G. GLASS #25397
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     504/832-3700
Facsimile:     504/837-3119
andreww@duplass.com

and

**SCANDURRO & LAYRISSON
TIMOTHY D. SCANDURRO #18424
DEWEY M. SCANDURRO #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Gulf Stream Coach, Inc.**

2

## **C E R T I F I C A T E**

I hereby certify that on the 19th day of August, 2010, a copy of the foregoing Joint Stipulations of Evidentiary Facts was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.


      __*Andrew D. Weinstock*_____
      ANDREW D. WEINSTOCK #18495
       andreww@duplass.com