**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

CIVIL CASE NOS. 09-476, 09-513, 09-519, 09-542, 09-4724, 09-4725, 09-4726, 09-4729, 09-6946, 09-6954, 09-6961, 09-6962, 09-7062, 09-7068, 09-7088, 09-7092, 09-7109, 09-7119, 09-7121, 09-7792, 09-7794, 09-7796, 09-7797, 09-7798, 09-7799, 09-7800, 09-7802, 09-7804, 09-7806, 09-7807, 09-7808, 09-7813, 09-7814, 09-7816, 09-7818, 09-7819, 09-7822, 09-7823, 09-7827, 09-7828, 09-7831, 09-7833, 09-7837, 09-7838, 09-7839, 09-7840, 09-7842, 09-7843, 09-7845, 09-7846, 09-7851, 09-7853, 09-7854, 09-7856, 09-7857, 09-7858, 09-7859, 09-7889, 09-7891, 09-7894, 09-7897, 09-7898, 09-7903, 09-7905, 09-7907, 09-7909, 09-7910, 09-7911, 09-7912, 09-7913, 09-7916, 09-7919, 09-7921, 09-7922, 09-7924, 09-7925, 09-7960, 09-7962, 09-7963, 09-7965, 09-7973, 09-7978, 09-7980, 09-7983, 09-7984, 09-7987, 09-7990, 09-7991, 10-1253, 10-1256, 10-1259, 10-1262, 10-1267, 10-1276, 10-1277, 10-1292, 10-1306

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO**
**EXTEND TIME TO SERVE DEFENDANTS**

1

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced civil action numbers, who respectfully submit to this Court a Motion to Extend Time to Serve Defendants.

1. Plaintiffs' complaints in the above-referenced civil action numbers were originally filed in the Eastern District of Louisiana on or about December 23, 2009.

2. Plaintiffs' complaints were all matched by manufacturer but not necessarily by contractor/installer defendants. In January of 2010, the office of the undersigned was notified of the deficiency by the Clerk's office and was told to correct same by filing supplemental exhibit(s) matching each client to a contractor/installer. For those that we have already corrected to be in compliance with Pretrial Order 53, we are in the process of perfecting service and thus request a reasonable extension to perfect service.

3. However, some complaints still contain plaintiffs, which are not matched to a contractor/installer. The undersigned continued to attempt to correctly match these clients to a contractor/installer. Plaintiffs have been unable to serve the Defendants to date because Plaintiffs' have been unable to identify their contractor/installer and pursuant to Pretrial Order 55, summons could not be issued. Plaintiffs intend to file amended exhibits removing unmatched contractor/installer complying with Pretrial Order 55, allowing summons to be issued. Plaintiffs have exercised due diligence to identify the contractor/installer. Such due diligence includes, attempting to match through FEMA, attempting to contact clients to obtain information, and attempting to match through IA/TCA databases.

4.       On or about April 5, 2010, Plaintiffs filed a Motion to Extend Time to Serve Defendants (Rec. Doc. 13198).  On or about April 21, 2010, Plaintiff's motion was granted allowing Plaintiffs until June 21, 2010 to perfect service on all Defendants (Rec. Doc. 13462).

5.       On or about June 17, 2010, Plaintiffs filed a Motion to Extend Time to Serve Defendants (Rec. Doc. 14408). On or about July 14, 2010, Plaintiffs' motion was granted allowing Plaintiffs until August 20, 2010 to perfect service on all Defendants (Rec. Doc. 14777).

6.       Plaintiffs would request additional time to perfect service on all Defendants in the above-referenced civil action numbers.  Plaintiffs request an additional sixty (60) day extension to serve Defendants in above-referenced civil action numbers.  Plaintiffs ask the Court to extend the deadline until October 20, 2010.

7.       The Court may grant a request to extend time for good cause. Fed.R.Civ.P. 6(b)(1)(A).  There are no pending settings that would be delayed or affected as a result of the requested extension.  Plaintiffs' request to extend time is for good cause and is not intended to delay these proceedings.  *See* Fed.R.Civ.P. 6(b)(1)(A).

WHEREFORE PREMISES CONSIDERED Plaintiffs respectfully move this Court to extend the deadline by sixty (60) days to perfect service on all Defendants.

                Respectfully submitted,

                /s/ Robert C. Hilliard

                _____
                **ROBERT C. HILLIARD**
                **Trial Attorney in Charge for Plaintiffs**
                Texas State Bar No. 09677700
                Southern District of TX Federal ID No.  5912

Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of August, 2010.

                                   /s/ Robert C. Hilliard

                                   _____
                                   **ROBERT C. HILLIARD**