**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| **THIS DOCUMENT PERTAINS TO** | | |
| CIVIL CASE NOS. 09-476, 09-513, 09-519, 09-542, 09-4724, 09-4725, 09-4726, 09-4729, 09-6946, 09-6954, 09-6961, 09-6962, 09-7062, 09-7068, 09-7088, 09-7092, 09-7109, 09-7119, 09-7121, 09-7792, 09-7794, 09-7796, 09-7797, 09-7798, 09-7799, 09-7800, 09-7802, 09-7804, 09-7806, 09-7807, 09-7808, 09-7813, 09-7814, 09-7816, 09-7818, 09-7819, 09-7822, 09-7823, 09-7827, 09-7828, 09-7831, 09-7833, 09-7837, 09-7838, 09-7839, 09-7840, 09-7842, 09-7843, 09-7845, 09-7846, 09-7851, 09-7853, 09-7854, 09-7856, 09-7857, 09-7858, 09-7859, 09-7889, 09-7891, 09-7894, 09-7897, 09-7898, 09-7903, 09-7905, 09-7907, 09-7909, 09-7910, 09-7911, 09-7912, 09-7913, 09-7916, 09-7919, 09-7921, 09-7922, 09-7924, 09-7925, 09-7960, 09-7962, 09-7963, 09-7965, 09-7973, 09-7978, 09-7980, 09-7983, 09-7984, 09-7987, 09-7990, 09-7991, 10-1253, 10-1256, 10-1259, 10-1262, 10-1267, 10-1276, 10-1277, 10-1292, 10-1306 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs' Motion to Extend Time to Serve Defendants:

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**;

1

2

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs to perfect service on all defendants in the above civil action numbers is extended until _____ \_\_\_\_\_ .

New Orleans, Louisiana this \_\_\_ day of _____, 2010.

_____
**JUDGE KURT D. ENGELHARDT**