# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 21, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511

RE:   Service for Jessie Thomas, et al. v. Jayco, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1277, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Bechtel National, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | Postage | $ | |
|---|---|---|---|
| | Certified Fee | | Postmark |
| | Return Receipt Fee (Endorsement Required) | | Here |
| | Restricted Delivery Fee (Endorsement Required) | | |
| | Total | Bechtel National, Inc | |
| | | C T Corporation System | |
| Sent To | 6100 Neil Road | | |
| Street, or PO | Suite 500 | | |
| City, St | Reno, NV 89511 ID#1611 | | |

PS Form 3800, August 2006          See Reverse for Instructions

| **NDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ omplete Items 1, 2, and 3. Also complete ▪ 4 if Restricted Delivery is desired.<br>■ 'our name and address on the reverse we can return the card to you.<br>■ this card to the back of the mailpiece, ▪e front if space permits. | A. Signature<br>X _____  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Addressed to:<br><br>itel National, Inc<br>Corporation System<br>Neil Road<br>500<br>NV 89511<br>11   #1611 | D. Is delivery address different from 1?  ☐ Yes  ☐ No<br>If YES, enter deli<br><br>*Amend Complaint Service*<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Number<br>*r from service label)* | 7010 0290 0000 0408 6427 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Bechtel National, Inc</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000004086427, Sent 5/24/2010, Received 6/2/2010. Registered Agent:  C T Corporation System 6100 Neil Road Suite 500 Reno, NV 89511</u>


My fees are $_____ for travel and $_____ for services, for a total of $_____.


Date: <u>7/14/2010</u>

                                                                       *Wynter Lee*
                                                         Server's signature

                                      <u>Wynter Lee - Mass Tort Coordinator</u>
                                                       Printed name and title


                                      <u>2506 N. Port Ave. Corpus Christi, TX 78401</u>
                                                            Server's address

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Jessie Thomas, et al.
)
Plaintiff )
v. ) Civil Action No. **10-1277 SECT.N MAG5**
Jayco, Inc. )
Defendant )

**RETURN**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __May 03 2010__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*