UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

09-05970; 09-05971; 09-06144; 09-06145; 09-06146; 09-06147; 09-06494; 09-06495; 09-06497; 09-06632; 09-06634; 09-07526; 09-07528; 10-0779.

**DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED
*EX PARTE*/CONSENT MOTION FOR ENTRY OF A FED. R. CIV. P. 54(b)
JUDGMENT DISMISSING ALABAMA PLAINTIFFS' CLAIMS AGAINST
THE UNITED STATES OF AMERICA**

Defendant the United States of America ("United States"), pursuant to Fed. R. Civ. P. 54(b), hereby submits this unopposed *Ex Parte*/Consent Motion for entry of judgment and dismissal of the above-referenced actions. In its August 8, 2010, Order and Reasons (Rec. Doc. 15061), the Court held that it lacks subject matter jurisdiction over the Alabama Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, claims and, therefore, dismissed all Alabama Plaintiffs' claims against the United States. *See* Order and Reasons at 18-19 (Rec. Doc. 15061). Each of the actions that are the subject of this unopposed *Ex Parte*/Consent Motion assert FTCA claims against the United States for money damages for alleged injuries resulting from occupying temporary emergency housing units ("EHUs") in the State of Alabama. *See* Exh.1, Dec. Rena Brown. Consistent with the Court's August 8, 2010, Order and Reasons, and for all the reasons set forth in the Memorandum filed in support of this Motion, the Court should enter a Fed. R. Civ. P. 54(b) judgment

in favor of the United States of America, and Order that any and all claims asserted by plaintiffs in these actions against the government are dismissed with prejudice with taxable costs assessed in the government's favor.

Undersigned government counsel has conferred with Liaison Counsel for the Plaintiffs and non-Government parties via e-mail, and hereby certifies that Liaison Counsel for these entities do not object to entry of a Fed. R. Civ. P. 54(b) judgment dismissing these actions.

Dated: August 23, 2010.

Respectfully Submitted,

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | MICHELLE BOYLE<br>ADAM DINNELL<br>MICHELE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |
| OF COUNSEL: | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |

Attorneys for the United States of America

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Henry T. Miller*