UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE CHASEZ – MAG. 5 |

**************************************************************

### DECLARATION OF RENA L. BROWN

I, Rena L. Brown, state and declare as follows:

1. I am employed by the United States Department of Justice as a Legal Assistant. As part of my duties and responsibilities I was tasked with identifying Complaints/actions that assert claims by Plaintiffs against the United States for alleged injuries resulting from occupying a temporary emergency housing unit in the State of Alabama.

2. I have reviewed the Complaints/actions that have been filed or transferred to the Eastern District of Louisiana and assigned the following docket numbers by the Clerk of Court for the Eastern District of Louisiana: 09-05970; 09-05971; 09-06144; 09-06145; 09-06146; 09-06147; 09-06494; 09-06495; 09-06497; 09-06632; 09-06634; 09-07526; 09-07528; 10-0779 (collectively hereafter referred to as "actions" and/or "Complaints").

3. The Complaints in each of and everyone of these actions assert that all the Plaintiffs in these actions occupied temporary emergency housing units in the State of Alabama.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of August 2010

*Rena L. Brown* (signature)
RENA L. BROWN
Legal Assistant
United States Department of Justice