UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 <br><br> JUDGE ENGLEHARDT |
| THIS DOCUMENT PERTAINS TO CIVIL CASE NOS. 10-2130, 10-2131, 10-2132, 10-2133, 10-2134, 10-2135, 10-2136, 10-2137, 10-2138, 10-2139, 10-2140, 10-2141, 10-2142, 10-2143, 10-2144, 10-2145, 10-2146, 10-2147, 10-2148, 10-2149, 10-2150, 10-2151, 10-2152, 10-2153, 10-2154, 10-2155, 10-2156, 10-2157, 10-2158, 10-2159, 10-2160, 10-2161, 10-2162, 10-2164, 10-2165, 10-2166, 10-2167, 10-2168, 10-2169, 10-2170, 10-2171, 10-2172, 10-2173, 10-2174, 10-2175 and 10-2298 | |

*******************************************************************

## REQUEST TO ISSUE SUMMONS

Please issue summons on the complaints to the following cases:

| Civ. Act. No. | Plaintiff | Defendant |
|---|---|---|
| 10-2130 | Darren Magee, et. al. | KZRV, LP |
| 10-2131 | Sharonda Cunningham, et. al. | Fleetwood Enterprises, Inc. |
| 10-2132 | Essie Eddings, et. al. | Forest River, Inc. |

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

| | | |
|---|---|---|
| 10-2133 | Ashia Chapman, et. al. | R-Vision, Inc. |
| 10-2134 | Conta Brister, et. al. | Keystone Industries, Inc. |
| 10-2135 | Amos M. Keys Sr. | Stewart Park Homes, Inc. |
| 10-2136 | Almaleshia N. Jefferson | Keystone Industries, Inc. |
| 10-2137 | Alfred McDonald | Stewart Park Homes, Inc. |
| 10-2138 | Amanda J. Anderson | Starcraft RV, Inc. |
| 10-2139 | David Franklin Scott | Starcraft RV, Inc. |
| 10-2140 | Shamara Dejion Liddell, et. al. | Fleetwood Enterprises, Inc. |
| 10-2141 | Hope Spicer | Skyline Corporation |
| 10-2142 | Monyetta M. Price | Destiny Industries, LLC |
| 10-2143 | Donna Penton, et. al. | Townhomes, LLC |
| 10-2144 | Clarece Gilner | Pilgrim International, Inc. |
| 10-2145 | Steve Clark | Lakeside Park Homes, Inc. |
| 10-2146 | Mamie Brown, et. al. | Horton Homes, Inc. |
| 10-2147 | Freddie Parker | American Camper Mfg, LLC |
| 10-2148 | Willie E. Dillion, et. al. | Gulf Stream Coach, Inc. |
| 10-2149 | Brian Holston, et. al. | Dutch Housing, Inc. |
| 10-2150 | Sharon Dobson | Destiny Industries, LLC |
| 10-2151 | Mamie May, et. al. | Horton Homes, Inc. |
| 10-2152 | Tammy Brown | Biscayne RV, Inc. |
| 10-2153 | Brad J. Pride | Southern Energy Homes |
| 10-2154 | Donna Bush, et. al. | Liberty RV & Marine, Inc. |
| 10-2155 | Joe N. Bradford | Southern Energy Homes |
| 10-2156 | Zerita Beulah Wilson | TL Industries, Inc. |
| 10-2157 | Melanie Dame | Starcraft RV, Inc. |
| 10-2158 | James Pollard, et. al. | Recreation By Design, LLC |

| | | |
|---|---|---|
| 10-2159 | Henry Glover, et. al. | Thor Industries, Inc. |
| 10-2160 | Bradley Antawn Wells | Fall Creek Homes |
| 10-2161 | Houston R. Cunningham, II, et. al. | Coachmen Industries, Inc. |
| 10-2162 | Cheryl Ann Billeaud, et. al. | Champion Home Builders Co. |
| 10-2164 | Monyetta M. Price | Destiny Industries, LLC |
| 10-2165 | Michael Magee, et. al. | Keystone Industries, Inc. |
| 10-2166 | Melvin E. Austin, et. al. | Forest River, Inc. |
| 10-2167 | Earnest Matthews, et. al. | Cavalier Home Builders, LLC |
| 10-2168 | Patrick Reed | Alliance Homes, Inc. |
| 10-2169 | Elizabeth Baugh, et. al. | Destiny Industries, LLC |
| 10-2170 | Alan Turk | Homes of Merit, Inc. |
| 10-2171 | Leroy Hawkins, Sr., et. al. | Monaco Coach Corporation |
| 10-2172 | Terry Jefferson, et. al. | Keystone Industries, Inc. |
| 10-2173 | Ronald Ladner | Stewart Park Homes, Inc. |
| 10-2174 | Leo P. Garrett, Jr., et. al. | Jayco, Inc. |
| 10-2175 | Francine Burks, et. al. | Coachmen Industries, Inc. |
| 10-2298 | Ashley Macklin, et. al. | Keystone Industries, Inc. |

Pursuant to Pre-Trial Order No. 55, I, John A. Eaves, Jr., certify that all Plaintiffs in the above referenced actions are matched with the Defendant manufacturers in each case.

RESPECTFULLY SUBMITTED,

_____
JOHN ARTHUR EAVES, JR., ESQ.
ATTORNEY FOR PLAINTIFFS

LAW FIRM OF JOHN ARTHUR EAVES
John Arthur Eaves, Jr., (MSB 8843)
Jon-Marc King (MSB 9736)
Shana D. Fondren (MSB 100762)
Anders Ferrington (MSB 102444)
**Eaves Law Offices**
101 North State Street
Jackson, MS 39201
Telephone: (601)355-7961
Facsimile (601)355-0530