# COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

No. **07-1873-N** Short Title **FEMA Trailer** Date **8-16-10**

To: **Robyn Lessinger c/o Meunier (Alexander)**
Name

Address: **4900 St Charles Ave**

City: **New Orleans** State: **LA** Zip: **70115**

Documents Enclosed:
- ☑ Record Vols: **27**
- *☐ Exhibits ☐ Env. _____
- ☐ Box: _____
- ☐ Supp. Record Vols. _____
- ☐ Second Supp. Record Vols. _____
- ☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return — SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 16 2010
LORETTA G. WHYTE
CLERK

To: Clerk, 5th Circuit

- ☐ Record Vols. _____
- ☐ Supp. Record Vols. _____
- *☐ Exhibits ☐ _____

Records above listed are returned to Clerk
Attorney Name: _____
Date: _____

---

✂ Cut Here

Clerk's Receipt — To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.

No. _____ Short Title _____

District: _____

- ☐ Record Vols. _____
- ☐ Supp. Record Vols. _____
- *☐ Exhibits ☐ _____

Records in above case have been received by Clerk.
Name: _____
Date: _____

---

✂ Cut Here

Attorney Forwarding Receipt — If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.

No. _____ Short Title _____

To: Clerk, U.S. District Court

District: _____

- ☐ Record Vols. _____
- ☐ Supp. Record Vols. _____
- *☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

---

✂ Cut Here

Attorney Receipt — The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.

No. _____ Short Title _____

To: Clerk, U.S. District Court

District: _____

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

- ☐ Record Vols. _____
- ☐ Supp. Record Vols. _____
- *☐ Exhibits ☐ _____

Records in above case listed received.
Judge/Attorney Name: _____
Date: _____