UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## **PRETRIAL ORDER NO. 75**

On August 20, 2010, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Joe Glass, Matt Moreland, Jim Percy, Stewart Tharp, Adam Dinnell, Tim Scandurro, Robert Becnel, Dave Kurtz, Karen Whitfield, Dennis Reich, Charles E. Leche, John J. Hainkel, Linda Nelson, Charles Penot, Lamont Domingue, Daniel Balhoff, Randi Ellis, Richard Hines, Jerry Meunier, Gerry Barrios, Raul Bencomo, Henry Miller, Richard Sherburne, and Mikal Watts. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)     <u>**On or before Friday, September 10, 2010**</u>, Plaintiffs' liaison counsel shall provide to defense counsel and to the Court a listing of bankrupt entities and direct action filings.

(2)     The following four defendants shall serve as bellwether defendants in trials tentatively set for the following dates:

    a.    Jayco, Inc. - Monday, January 31, 2011

    b.    Sun Valley, Inc. D/b/a Sun Lite - Monday, March 28, 2011

    c.    Coachmen RV Co. - Monday May 16, 2011

    d.    KZ RV, LP - Monday, June 20, 2011

(3)     <u>**On or before Friday, September 10, 2010**</u>, Plaintiffs shall provide to defense counsel and to the Court the names of 6 potential bellwether plaintiffs for each of the above-mentioned defendants. Plaintiffs shall identify which third party contractor is involved for each of the nominees and shall state whether the nominees have FEMA-ripe claims. As soon as possible thereafter, Defendants shall determine whether they can agree on the selection of one or more bellwether plaintiffs for the above-mentioned defendants. Defendants shall also advise plaintiffs whether each consent to a summary bellwether trial.

(4)     The application/nomination process relating to committee membership is hereby re-opened. <u>**On or before Friday, October 15, 2010**</u>, those individuals presently

serving on a committee in this MDL shall indicate in a submission to chambers (by email or hard copy) whether he/she desires to continue to serve on such committee. Those not presently serving on a committee may also submit an application to chambers **on or before Friday, October 15, 2010**. All such submissions to chambers must also be served upon all liaison counsel on the day of submission. For a listing of the main criteria for membership in a committee, see generally, Pretrial Order No. 1 (Rec. Doc. 5). New applications should succinctly address each of the criteria as well as any other relevant matters. No submissions longer than three (3) pages will be considered.

(5)  **On Friday, October 22, 2010 at 8:30 a.m.,** the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(6)  A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, October 22, 2010 at 10:00 a.m.**

New Orleans, Louisiana, this 20th day of August 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE