Trial Set: _____
Jury/Non-Jury

**MDL 1873**
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.: _____

versus

**Fema Trailer**
DEFENDANT(S)

Magistrate: _____

*********************************************************

CONFERENCE: ✓ PRE-TRIAL ___ STATUS ___ SETTLEMENT

DATE: 8-20-10    TIME: 10:00 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Robert Sheesley | McGlinchey Stafford | Skyline/Layton |
| Glenn Hudsons | Porteous | SF |
| Theresa Anderson | MHP | Athens |
| Carson Strickland | Gieger Laborde | Forest River, Inc. |
| Jason Bone | " | " " |
| Justin R. Woods | Gainsburgh Benjamin | PSC |
| Stewart Tharp | Taylor Porter | Core/lum entities |
| Joe Glass | Duplass | Man. Defendant Liaison/Gulf Stream |

PRE-TRIAL:

Trial Set: _____

_____ Jury/Non-Jury

**MDL 1873**
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.: _____

versus

**Fema Trailer**
DEFENDANT(S)

Magistrate: _____

*************************************************

CONFERENCE: ✓ PRE-TRIAL  _____ STATUS  _____ SETTLEMENT

DATE: 8-20-10    TIME: 10:00 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Anne E. Briard | Lugenbuhl, Wheaton, Peck, Rankin and Hubbard | Liberty Mutual Ins. Co. |
| Eric B. Berger | Lobman, Carnahan | Crum + Forster Specialty Ins Co. |
| Dewey Scandurro | Scandurro & Layrisson LLC | Gulf Stream |
| Kelly Brian | Jeansonne & Remondet | Clarendon |
| Jacqueli Dehn | UCC | |
| John A. Stewart, Jr. | Hunse & Maher | Jacquet |
| Larry Feldman | McGlinchey | Skyline |
| Ben Mayeaux | Laborde & Neuner | Horton Homes |
| Denis Vega | Hurricane Legal | Pladly |
| Cynthia Thomas | Galloway, Johnson | Sunnybrook RV |

**MDL 1873**
PLAINTIFF(S)

versus

**Fema Trailer**
DEFENDANT(S)

Trial Set: _____
Jury/Non-Jury
CIVIL/CRIMINAL ACTION NO.: _____

Magistrate: _____

*************************************************

CONFERENCE: ✓   PRE-TRIAL ____   STATUS ____   SETTLEMENT ____

DATE: 8-20-10   TIME: 10:00 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Tom Cougill | W, F & C | Jayco & Starcraft |
| Brent Maggio | Allen + Booth | Heartland + Sun Valley |
| Lori Daigle | '' '' | '' '' |
| Chris Pinedo | Chris Pinedo Any of Co | Plaintiffs |
| Sandy Duplantier | Hailey McNamara | Northwood + Allen Campers |
| Christine Lipsey | McGlinchey Stafford | Morgan Bldgs + Spas |
| Carl Giffin | Bernard Cassisa | Superior Homes LLC |
| Lyon Garrison | Garrison Yount | RBD |
| Matthew Lindsay | Galloway, Johnson | Del-Jen |
| Randall Mulcahy | Garrison, Yount | RBD, TL |

Trial Set: _____
          Jury/Non-Jury

**MDL 1873**
PLAINTIFF(S)        CIVIL/CRIMINAL ACTION NO.: _____

versus

**Fema Trailer** Magistrate: _____
DEFENDANT(S)

*********************************************************

CONFERENCE: ✓   ___ PRE-TRIAL   ___ STATUS   ___ SETTLEMENT

DATE: **8-20-10**                TIME: **10:00 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Denay Reich | Reich & Binstock | PSC-TS |
| Richard Sherburne | Middleberg, Riddle | Fluor |
| Charles Penot | " | " |
| Robert M. Becnel | Becnel | PSC |
| Adam M. Dinnell | DOJ | USA |
| Douglas McCown | — | — |
| [illegible] Saucy | | |
| RYAN JOHNSON | Jones Walker | Defendants |
| Delbert Miller | KZRV LP | KZRV LP |
| Janet MacDonell | same | Agbayani |

Pre-Received:

Trial Set: _____
                    Jury/Non-Jury

**MDL 1873**
PLAINTIFF(S)        CIVIL/CRIMINAL ACTION NO.: _____

versus

**Fema Trailer**   Magistrate: _____
DEFENDANT(S)

*****************************************************

CONFERENCE: ✓ PRE-TRIAL  ___ STATUS  ___ SETTLEMENT

DATE: **8-20-10**   TIME: **10:00 A.M.**

## PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lamont Domingue | Voorhies & Labbe | Cavalier, et al |
| J. Hardy (?) | Benet Frilot | Bechtel |
| Henry Miller | US DOJ | USA |
| David Kurtz | Baker Donelson | Contractors Liaison |
| Gerry Barrios | Baker Donelson | CH2M Hill |
| Paul R. Bencomo | Bencomo & Assoc. | PSC |
| Mikal Watts | Watts Guerra Craft | MS |
| Linda (?) | Lambert + Nelson, PLC | PSC |
| Ralph Hubbard | Lugenbuhl | Insurer Liaison |
| Jim Perry | Jones Walker | Keystone et al |