MINUTE ENTRY
ENGELHARDT, J.
August 20, 2010

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>      FORMALDEHYDE PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, August 20, 2010, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government.  Participating were Gerald E. Meunier, Justin I. Woods, Joe Glass, Matthew B. Moreland, Linda J. Nelson, Mikal C. Watts, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Richard A. Sherburne, Dennis C. Reich, Robert M. Becnel, Charles E. Leche, Daniel J. Balhoff, Karen Whitfield, Charles R. Penot, Jr., Lamont P. Domingue, Randi S. Ellis, Richard K. Hines V, Gerardo R. Barrios, Raul R. Bencomo, Henry T. Miller and Adam Dinnell.

JS10(0:90)