UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Special Master's Motion to Establish Procedure for Compensation

NOW COMES Daniel J. Balhoff (Special Master) and moves (for the reasons stated in the accompanying memorandum) that the Court enter an Order to Establish Procedure for Compensation, providing the following:

- The Special Master, Postlethwaite & Netterville, and LexMTRX shall periodically (approximately once a month) submit their interim invoices to the Plaintiffs' Liaison Co-counsel (Gerald Meunier and/or Justin Woods) for approval.

- If the Plaintiffs' Liaison Co-counsel approve, the Escrow Agent (as custodian of the settlement fund) shall disburse the monies in accordance with the invoice without further need of an order from this Court.

- If the Plaintiffs' Liaison Co-counsel do not approve, the invoicing entity may petition this Court for an independent determination of the appropriateness of the invoice.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:___s/Daniel J. Balhoff_____
   Daniel J. Balhoff (18776)
   Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on August 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff_____