UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Memorandum in Support of Special Master's Motion to Establish Procedure for Compensation

**MAY IT PLEASE THE COURT:**

On June 11, 2010, the Court appointed Daniel J. Balhoff and Randi S. Ellis to serve as Special Master and Deputy Special Master for the purpose of administering the settlement fund resulting from the PSC/Fleetwood settlement in this matter. See Record Document 14400. On August 19, 2010, the Court appointed Postlethwaite & Netterville and LexMTRX, LLC to serve as disbursing agent and data management consultant with respect to the Fleetwood settelement.

The above entities will be compensated for their time and expenses (which they have incurred and will continue to incur) out of the Fleetwood settlement fund. That fund is either now or will soon be in the control of an Escrow Agent.

The Special Master suggests that the most efficient manner to review and approve the compensation in a manner that will protect the interests of the claimants (i.e., those who have an interest in the settlement fund) is the following:

- The above entities shall periodically (approximately once a month) submit their interim invoices to the Plaintiffs' Liaison Co-counsel (Gerald Meunier and/or Justin Woods) for approval.

- If the Plaintiffs' Liaison Co-counsel approve, the Escrow Agent (as custodian of the settlement fund) shall disburse the monies in accordance with the invoice without further need of an order from this Court.

- If the Plaintiffs' Liaison Co-counsel do not approve, the invoicing entity may petition this Court for an independent determination of the appropriateness of the invoice.

For the foregoing reasons, the Special Master suggests that the Court enter the attached order with regard to the procedure for approval of compensation.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

BY:  s/Daniel J. Balhoff
Daniel J. Balhoff (18776)
Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on August 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff