UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Notice of Hearing

TO:     ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion to Establish Procedure for Compensation filed on behalf of the Special Master herein is hereby set for hearing on the 8th day of September, 2010, at 9:30 a.m.

    Respectfully Submitted:

    PERRY, ATKINSON, BALHOFF, MENGIS &
    BURNS, L.L.C.
    P. O. Drawer 83260
    Baton Rouge, Louisiana 70884-3260
    Telephone: (225) 767-7730
    Facsimile: (225) 767-7967

    BY:    s/Daniel J. Balhoff
         Daniel J. Balhoff (18776)
         Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on August 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J. Balhoff