UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Special Master's Motion to Establish Procedure for Compensation is hereby approved and adopted. The Court hereby establishes the following procedure for the approval of compensation for the Special Master, Postlethwaite & Netterville, and LexMTRX:

- The Special Master, Postlethwaite & Netterville, and LexMTRX shall periodically (approximately once a month) submit their interim invoices to the Plaintiffs' Liaison Co-counsel (Gerald Meunier and/or Justin Woods) for approval.

- If the Plaintiffs' Liaison Co-counsel approve, the Escrow Agent (as custodian of the settlement fund) shall disburse the monies in accordance with the invoice without further need of an order from this Court.

- If the Plaintiffs' Liaison Co-counsel do not approve, the invoicing entity may petition this Court for an independent determination of the appropriateness of the invoice.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA