UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Expedited Hearing on Special Master's Motion to Establish Procedure for Compensation

NOW COMES Daniel J. Balhoff (Special Master) and moves for an expedited hearing on the Special Master's Motion to Establish Procedure for Compensation for the following reasons:

1.

The interested parties are currently attempting to deposit the Fleetwood settlement funds in an escrow account.

2.

The terms of the escrow account require a specification of the procedure for approval of the Special Master's fees and the fees of other court-appointed entities.

3.

It is anticipated that no one will object to the procedure that the Special Master suggests in his motion.

WHEREFORE, the Special Master prays that consideration of the Motion to Establish Procedure for Compensation be scheduled expeditiously.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

BY: s/Daniel J. Balhoff
Daniel J. Balhoff (18776)
Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on August 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff