UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Motion to for Expedited Hearing on Special Master's Motion to Establish Procedure for Compensation is hereby GRANTED. Oppositions to the motion must be filed by the _____ day of August, 2010 at _____ . Failure to file an opposition will be considered a waiver of objection. At that time, the Court will take the matter under advisement.

New Orleans, Louisiana, this ____ day of _____, 2010.

    _____
    JUDGE, UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA