UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing on Special Master's Motion to Establish Procedure for Compensation (Rec. Doc. 15825)** is **GRANTED.** Any opposition to Special Master's Motion to Establish Procedure for Compensation (Rec. Doc. 15824) is due **on or before Tuesday, August 31, 2010, at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 24th day of August 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**