UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION N-5
 JUDGE ENGELHARDT
 MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

**09-05970; 09-05971; 09-06144; 09-06145; 09-06146; 09-06147; 09-06494; 09-06495; 09-06497; 09-06632; 09-06634; 09-07526; 09-07528; 10-0779.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering Defendant United States of America's Unopposed *Ex Parte*/Consent Motion for Entry of Fed. R. Civ. P. 54(b) Judgment and this Court's August 8, 2010, Order and Reasons (Rec. Doc. 15061), dismissing all Alabama Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction, this Court finds that there is no just reason for delay, and

**IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b) judgment in favor of the defendant, United States of America, and that any and all claims asserted by plaintiffs in these actions are hereby ***DISMISSED WITH PREJUDICE***, with taxable costs assessed in the government's favor.

**DONE AND SIGNED** this  24th  day of  August , 2010.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**