MINUTE ENTRY
ENGELHARDT, J.
August 20, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                               SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Friday, August 20, 2010, at 10:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Joe Glass, Matthew B. Moreland, Linda J. Nelson, Mikal C. Watts, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Richard A. Sherburne, Dennis C. Reich, Robert M. Becnel, Charles E. Leche, Daniel J. Balhoff, Karen Whitfield, Charles R. Penot, Jr., Lamont P. Domingue, Randi S. Ellis, Richard K. Hines V, Gerardo R. Barrios, Raul R. Bencomo, Henry T. Miller and Adam Dinnell.

       A complete list of attendees is attached as a supplement to the Court's Pretrial Order #75 dated August 20, 2010 (Rec. Doc. No. 15822).

**Court Reporter: Jodi Simcox**

JS10(0:55)