894

## Exhibit A

My Tran (230421)                                              Shaw Environmental, Inc