# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

800.994.0019 toll free　　　　　2506 N. Port Avenue　　　　　Mikal C. Watts, P.C.
info@fematrailerlitigation.com　 Corpus Christi, TX 78401　　　Robert Hilliard, L.L.P.

May 21, 2010

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Alliance Homes, Inc. d/b/a Adrian Homes
G. Hiller Spann, CCP
PO Box 266
Adrian, GA 31002

RE:   Service for Angela Morris, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1304, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Alliance Homes, Inc. d/b/a Adrian Homes. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Signature_ | ☐ Agent<br>☑ Addressee |
| | B. Received by (Printed Name)<br>Stan Daughtry | C. Date of Delivery<br>05-26-10 |
| 1. Article Addressed to:<br><br>Alliance Homes, Inc. d/b/a Adrian He~<br>G. Hiller Spann, CCP<br>PO Box 266<br>Adrian, GA 31002<br><br>ID#1639 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>Amend Complaint<br>Service | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7010 0290 0000 0408 7493 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Alliance Homes, Inc. d/b/a Adrian Homes</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100290000004087493, Sent 5/24/2010, Received 5/26/2010. Registered Agent: G. Hiller Spann, CCP PO Box 266 Adrian, GA 31002</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>7/14/2010</u>

*Wynter Lee* (signature)

Server's signature

Wynter Lee - Mass Tort Coordinator

Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401

Server's address

**RETURN**

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Angela Morris, et al.  )
                       )
Plaintiff              )
v.                     )   Civil Action No. 10-1304
Alliance Homes, Inc. d/b/a Adrian Homes  )
                       )   SECT.N MAG 5
Defendant              )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Alliance Homes, Inc. d/b/a Adrian Homes
G. Hiller Spann, CCP
PO Box 266
Adrian, GA 31002

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: May 03 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*