UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER             *   MDL NO. 1873
        FORMALDEHYDE PRODUCTS    *
        LIABILITY LITIGATION      *   SECTION "N" (5)
                                 *
                                 *   JUDGE ENGELHARDT
                                 *   MAGISTRATE CHASEZ
                                 *
THIS DOCUMENT PERTAINS TO        *
Civil Action No. 09-4711; Patricia Buie,   *
vs. Fleetwood Enterprises, Inc., et al    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' SUPPLEMENTAL AND AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs in the above-referenced matter, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

### I.
### SUPPLEMENTAL EXHIBIT "A" MATCHING CLIENTS TO A CONTRACTOR

1. In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental **Exhibit "A"** to the Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

2. In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental **Exhibit "A"** and incorporate same by reference herein.

### II.
### ADDING ADDITIONAL DEFENDANT

3. By adding Defendant **Bechtel National, Inc.** as a party Defendant, in the above-captioned matter. Please refer to **Exhibit "B"** for service information.

4.     Upon information and belief, **Bechtel National, Inc.** is the contractor/installer, for one or more of the Plaintiffs in this matter, as indicated on **Exhibit "A"**.

WHEREFORE, Plaintiffs respectfully supplement and amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

                Respectfully submitted,

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**
                **Attorney in Charge for Plaintiff**
                Texas State Bar No. 09677700
                Southern District of TX Federal ID No. 5912
                ROBERT C. HILLIARD, L.L.P.
                719 S. Shoreline Boulevard, Suite 500
                Corpus Christi, Texas 78401
                Telephone: (361) 882-1612
                Facsimile: (361) 882-3015

                **MIKAL C. WATTS**
                Texas State Bar No. 20981820
                Southern District of TX Federal ID No. 12419
                MIKAL C. WATTS, P.C.
                2506 N. Port Ave.
                Corpus Christi, Texas 78401
                Telephone: (800) 994-0019
                Facsimile: (361) 882-1261

                **RICHARD P. IEYOUB**
                Louisiana State Bar and
                Eastern District of Louisiana Federal ID No. 2217
                CARLETON DUNLAP OLINDE & MOORE, LLC
                One American Place, Suite 900
                Baton Rouge, LA 70825
                Phone 225-282-0600
                Fax 225-282-0650

        **DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that on August 2, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**

3