# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 21, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Coachmen Recreational Vehicle Company, LLC
Corporation Service Company
251 East Ohio Street Suite 500
Indianapolis, IN 46204

RE:  Service for Sean Evans, as Next Friend of Broinne Evans, a minor, et al. v. Coachmen Industries, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1272, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Coachmen Recreational Vehicle Company, LLC. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Coachmen Recreational Vehicle Compar
   Corporation Service Company
   251 East Ohio Street
   Suite 500
   Indianapolis, IN 46204
   ID#1599

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent  ☑ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   M. Franceschini

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   Amend Complaint
   Service

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7010 0290 0000 0408 5871

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Coachmen Recreational Vehicle Company, LLC</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000004085871, Sent 5/24/2010, Received 5/26/2010. Registered Agent: Corporation Service Company 251 East Ohio Street Suite 500 Indianapolis, IN 46204</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>7/14/2010</u>

                                                                   *Wynter Lee* (signature)
                                                                        Server's signature

                                              Wynter Lee - Mass Tort Coordinator
                                                                   Printed name and title

                                              2506 N. Port Ave. Corpus Christi, TX 78401
                                                                      Server's address

# UNITED STATES DISTRICT COURT **RETURN**
for the

## USDC Eastern District of Louisiana

Sean Evans, as Next Friend of Broinne Evans, a minor, et al.

               Plaintiff )
                  v. )   Civil Action No. **10-1272**
        Coachmen Industries, Inc. )
              Defendant )

### Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Coachmen Recreational Vehicle Company, LLC
Corporation Service Company
251 East Ohio Street Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                     Loretta G. Whyte
                                                                   Name of clerk of court

Date: __May 03 2010__                                                     Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*