# Exhibit A

872

| Plaintiff | Contractor |
|---|---|
| Annell Deggins (223634) | Fluor Enterprises, Inc |
| Anthony Jordan (201354) | Bechtel National, Inc |
| Ashley Heim (225281) | Fluor Enterprises, Inc |
| Beverly Esquivel, as Next Friend of Bonnie Esquivel, a minor (222490) | Bechtel National, Inc |
| Brandi Roussel (221684) | Bechtel National, Inc |
| Brittany Riley (226783) | After due diligence, contractor currently unknown |
| Byron Ray (226755) | Fluor Enterprises, Inc |
| Carleaner Dillard, as Next Friend of Anterio Dillard, a minor (229623) | Bechtel National, Inc |
| Cedric Ray (226757) | Fluor Enterprises, Inc |
| Charles Shuff (221689) | Bechtel National, Inc |
| Darlene Roussel, as Next Friend of Alexis Roussel, a minor (221686) | Bechtel National, Inc |
| Debra Ryan (230289) | Bechtel National, Inc |
| Don Ray (226758) | Fluor Enterprises, Inc |
| Eldora Madison (226502) | After due diligence, contractor currently unknown |
| Erin Ray (226761) | Fluor Enterprises, Inc |
| Janice Shuff (221690) | Bechtel National, Inc |
| Jennifer Pierce, as Next Friend of John Pierce, a minor (224509) | Bechtel National, Inc |
| Jennifer Pierce, as Next Friend of Jack Pierce, a minor (224508) | Bechtel National, Inc |
| Joyce Gatlin (201830) | Bechtel National, Inc |

| | |
|---|---|
| Kirista Odom (211243) | Bechtel National, Inc |
| Lorri Gibson (211204) | Bechtel National, Inc |
| Michael Roussel (221535) | Bechtel National, Inc |
| Ralph Johnson (212953) | Bechtel National, Inc |
| Tennille Burnett (209895) | Bechtel National, Inc |
| Tennille Burnett, as Next Friend of Trevor Burnett, a minor (209896) | Bechtel National, Inc |
| Wilton Madison (226503) | After due diligence, contractor currently unknown |
| Zairana Jordan (201357) | Bechtel National, Inc |