# Exhibit A

893

| Name | Company |
|---|---|
| Andrea Ladner (220263) | Bechtel National, Inc |
| Ashley Hamilton (201764) | Bechtel National, Inc |
| Coey Robertson (200535) | Shaw Environmental, Inc |
| Curtis Lundy (201198) | Shaw Environmental, Inc |
| Jared Fisher (220134) | Bechtel National, Inc |
| Jennifer Fisher (220135) | Bechtel National, Inc |
| Sylvia Prevost (200759) | Shaw Environmental, Inc |