UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Deloris Booth, et al., v Keystone Industries, Inc., et al.; Case No.1:09cv0844-HSO-JMR (MD-LA No. 2:10v-01365-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

### PLAINTIFFS' MOTION TO AMEND COMPLAINT

**COME NOW PLAINTIFFS**, through undersigned counsel, to move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend their Complaint due to a scrivener's error to correct Paragraphs 3, 5, 10, and 11 as follows:

1. To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 3 and 10 of the Complaint concerning Keystone Industries, Inc.

2. To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 5 and 11 of the Complaint concerning Bechtel National, Inc.

3. Defendant Keystone Industries, Inc. was improperly named as a Defendant. Plaintiffs have now correctly named the manufacturer as Keystone RV Company and seek to amend the caption.

As no answer has been filed in the above-captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of Course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

2

Respectfully submitted this 25th day of August, 2010.

        s/Denis Erwin Vega
Denis Erwin Vega (Fed I.D. #100000)
4323 Division Street, Ste 110
Metairie, LA 70002
Phone:  (504) 913-8342
Fax: (504) 885-4426
vegaholdings@gmail.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the foregoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

      s/Denis Erwin Vega
Denis Erwin Vega, Esq.
4323 Division Street, Ste 110
Metairie, LA 70002
Phone:  (504) 913-8342
Fax: (504) 885-4426
vegaholdings@gmail.com