UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: *Deloris Booth, et al., v Keystone RV Company, et al.; Case No.1:09cv0844-HSO-JMR (MD-LA No.  2:10v-01365-KDE-ALC )* | MDL NO. 1873 SECTION:  N(4) JUDGE ENGELHARDT MAG. JUDGE ROBY |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Deloris Booth, individually, and for her minor child, C.C., Don Coe, and Trevor Booth, who supplement and amend their original Complaint *Deloris Booth, individually, and for her minor child, C.C., and Don Coe, and Trevor Booth v. Keystone Industries, Inc. et al.; Case No., 3:09cv0844-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on May 6, 2010.  Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

2.

2

Defendant Keystone Industries, Inc. was improperly named as a Defendant. Plaintiffs have now correctly named the manufacturer as Keystone RV Company and seek to amend the caption.

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

s/Denis Erwin Vega
Denis Erwin Vega (Fed I.D. #100000)
4323 Division Street, Ste 110
Metairie, LA 70002
Phone:  (504) 913-8342
Fax: (504) 885-4426
vegaholdings@gmail.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

August 25, 2010

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

/s/ Denis Erwin Vega

Denis Erwin Vega (Fed I.D. #100000)
4323 Division Street, Ste 110
Metairie, LA 70002