UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:    FEMA TRAILER       *    MDL NO. 1873
FORMALDEHYDE PRODUCTS *
LIABILITY LITIGATION       *    SECTION "N" (5)
                                           *
                                           *    JUDGE ENGELHARDT
                                           *    MAGISTRATE CHASEZ
                                           *
**THIS DOCUMENT PERTAINS TO**    *
Civil Action No. 09-4722; Dianne Campsen, *
et al, vs. Keystone RV Company, et al    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' SUPPLEMENTAL AND AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

       Plaintiffs in the above-referenced matter, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

### I.
### SUPPLEMENTAL EXHIBIT "A" MATCHING CLIENTS TO A CONTRACTOR

       1.      In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental **Exhibit "A"** to the Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

       2.      In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental **Exhibit "A"** and incorporate same by reference herein.

### II.
### ADDING ADDITIONAL DEFENDANT

       3.      By adding Defendant **Bechtel National, Inc.** as a party Defendant, in the above-captioned matter.  Please refer to **Exhibit "B"** for service information.

4. Upon information and belief, **Bechtel National, Inc.** is the contractor/installer, for one or more of the Plaintiffs in this matter, as indicated on **Exhibit "A"**.

WHEREFORE, Plaintiffs respectfully supplement and amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

    Respectfully submitted,

    /s/ Robert C. Hilliard
    _____
    **ROBERT C. HILLIARD**
    **Attorney in Charge for Plaintiff**
    Texas State Bar No. 09677700
    Southern District of TX Federal ID No. 5912
    ROBERT C. HILLIARD, L.L.P.
    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    Telephone:  (361) 882-1612
    Facsimile:  (361) 882-3015

    **MIKAL C. WATTS**
    Texas State Bar No. 20981820
    Southern District of TX Federal ID No. 12419
    MIKAL C. WATTS, P.C.
    2506 N. Port Ave.
    Corpus Christi, Texas 78401
    Telephone: (800) 994-0019
    Facsimile: (361) 882-1261

    **RICHARD P. IEYOUB**
    Louisiana State Bar and
    Eastern District of Louisiana Federal ID No. 2217
    CARLETON DUNLAP OLINDE & MOORE, LLC
    One American Place, Suite 900
    Baton Rouge, LA 70825
    Phone 225-282-0600
    Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

    /s/ Robert C. Hilliard
    _____
    **ROBERT C. HILLIARD**