UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: *Kenya Hawkins, et al. v Coachmen Recreational Vehicle Company, LLC, et al.; Case No.1:09cv0843-HSO-JMR (MD-LA No. 2:10cv01364-KDE-ALC )* | MDL NO. 1873 SECTION: N(4) JUDGE ENGELHARDT MAG. JUDGE ROBY |

**FIRST AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Nekeidra Parker, individually, and for her minor children, E.L., and K.L., who supplement and amend their original Complaint *Kenya Hawkins, Individually, and for her minor children, E.L., and K.L. v. Coachmen Recreational Vehicle Company, LLC, et al.; Case No., 3:09cv0843-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on May 6, 2010. Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

2

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

s/Denis Erwin Vega
Denis Erwin Vega (Fed I.D. #100000)
4323 Division Street, Ste 110
Metairie, LA 70002
Phone: (504) 913-8342
Fax: (504) 885-4426
vegaholdings@gmail.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC 29402
Phone: (843) 577-9440
Fax: (843) 720-1777
pdominick@nexsenpruet.com

August 25, 2010

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

/s/ Denis Erwin Vega

Denis Erwin Vega (Fed I.D. #100000)
4323 Division Street, Ste 110
Metairie, LA 70002
