UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Mary Hawkins v Gulf Stream Coach, Inc. et al.; Case No.1:09cv837-HSO-JMR (MD-LA No. 2:10cv01361-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

**COMES NOW PLAINTIFF**, through undersigned counsel, to move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend her Complaint due to a scrivener's error to correct Paragraphs 3, 10, and 11 as follows:

1. To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 3 and 10 of the Complaint concerning Gulf Stream Coach, Inc.

2. To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraph 11 of the Complaint concerning Shaw Environmental, Inc.

As no answer has been filed in the above-captioned matter, the Named Plaintiff is entitled to amend her Complaint as a matter of Course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 26th day of August, 2010.

                                                          <u>s/Denis Erwin Vega</u>
                                                          Denis Erwin Vega (Fed I.D. #100000)
4323 Division Street, Ste 110
Metairie, LA 70002
Phone: (504) 913-8342
Fax: (504) 885-4426
vegaholdings@gmail.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC 29402
Phone: (843) 577-9440
Fax: (843) 720-1777
pdominick@nexsenpruet.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the foregoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Denis Erwin Vega  
                                                Denis Erwin Vega, Esq.  
                                                4323 Division Street, Ste 110  
                                                Metairie, LA 70002  
                                                Phone:  (504) 913-8342  
                                                Fax: (504) 885-4426  
                                                vegaholdings@gmail.com