UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION: N(4) |
| THIS DOCUMENT RELATES TO: *Mary Hawkins v Gulf Stream Coach, Inc. et al.; Case No.1:09cv837-HSO-JMR (MD-LA No.  2:10cv01361-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Mary Hawkins, who supplements and amends her original Complaint *Mary Hawkins v. Gulf Stream Coach, Inc., et al.; Case No., 1:09cv837-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on May 6, 2010. Plaintiff seeks to supplement and amend the original Complaint in the following respects:

1.

Named Plaintiff seeks to correct a scrivener's error in paragraphs 3, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

WHEREFORE, Plaintiff herein respectfully amends the Original Complaint in the foregoing respects, and she otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

2

        <u>s/Denis Erwin Vega</u>
        Denis Erwin Vega (Fed I.D. #100000)
        4323 Division Street, Ste 110
        Metairie, LA 70002
        Phone:  (504) 913-8342
        Fax: (504) 885-4426
        vegaholdings@gmail.com

        Paul A. Dominick
        Nexsen Pruet, LLC
        Post Office Box 486
        Charleston, SC  29402
        Phone:  (843) 577-9440
        Fax:  (843) 720-1777
        pdominick@nexsenpruet.com

August 26, 2010

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

/s/ Denis Erwin Vega

Denis Erwin Vega (Fed I.D. #100000)
4323 Division Street, Ste 110
Metairie, LA 70002