UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br> *Mary Hawkins v Gulf Stream Coach, Inc. et al.; Case No.1:09cv837-HSO-JMR (MD-LA No.  2:10cv01361-KDE-ALC )* | **MDL NO. 1873** <br><br> SECTION:  **N(4)** <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE ROBY |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2010, New Orleans, Louisiana.

_____
JUDGE