# Exhibit A

926

| | |
|---|---|
| Bethany Strickland, as Next Friend of Noah Cox, a minor (213469) | Bechtel National, Inc |
| Christy Brown (210543) | Bechtel National, Inc |
| Donald Brown (210544) | Bechtel National, Inc |