UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION  THIS DOCUMENT RELATES TO: *Gloria Jean Otis and Bernice Otis v Gulf Stream Coach, Inc. et al.; Case No.1:09cv840-HSO-JMR (MD-LA No. 2:10cv01363-KDE-ALC )* | MDL NO. 1873  SECTION: N(4)  JUDGE ENGELHARDT MAG. JUDGE ROBY |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

**COME NOW PLAINTIFFS**, through undersigned counsel, to move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend their Complaint due to a scrivener's error to correct Paragraphs 3, 5, 10, and 11 as follows:

1.  To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 3 and 10 of the Complaint concerning Gulf Stream Coach, Inc.

2.  To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 5 and 11 of the Complaint concerning Bechtel National, Inc.

As no answer has been filed in the above-captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of Course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 26th day of August, 2010.

s/J. Rock Palermo, III
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125
Phone: (337) 310-1600
Fax: (337) 310-1601
rock@veronbice.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                s/J. Rock Palermo, III
                                               J. Rock Palermo, III (#21793)
                                               Veron, Bice, Palermo & Wilson, LLC
                                               721 Kirby Street
                                             P. O. Box 2125
                                             Lake Charles, LA  70601-2125