UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(4) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br>*Gloria Jean Otis and Bernice Otis v Gulf Stream Coach, Inc. et al.; Case No.1:09cv840-HSO-JMR (MD-LA No. 2:10cv01363-KDE-ALC )* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Gloria Jean Otis and Bernice Otis, who supplement and amend their original Complaint *Gloria Jean Otis and Bernice Otis v. Gulf Stream Coach, Inc. et al.; Case No., 1:09cv840-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on May 6, 2010.  Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

2

                              <u>s/J. Rock Palermo, III</u>
                              J. Rock Palermo, III (#21793)
                              Veron, Bice, Palermo & Wilson, LLC
                              721 Kirby Street
                              P. O. Box 2125
                              Lake Charles, LA  70601-2125
                              Phone: (337) 310-1600
                              Fax: (337) 310-1601
                              rock@veronbice.com

                              Paul A. Dominick
                              Nexsen Pruet, LLC
                              Post Office Box 486
                              Charleston, SC  29402
                              Phone:  (843) 577-9440
                              Fax:  (843) 720-1777
August 26, 2010              pdominick@nexsenpruet.com

## CERTIFICATE OF SERVICE

       I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                s/J. Rock Palermo, III
                                                J. Rock Palermo, III (#21793)
                                                Veron, Bice, Palermo & Wilson, LLC
                                                721 Kirby Street
                                                P. O. Box 2125
                                                Lake Charles, LA  70601-2125