UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | SECTION: **N(4)** |
| **THIS DOCUMENT RELATES TO:** *Gloria Jean Otis and Bernice Otis v Gulf Stream Coach, Inc. et al.; Case No.1:09cv840-HSO-JMR (MD-LA No. 2:10cv01363-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2010, New Orleans, Louisiana.

_____
JUDGE