UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Kathlene Murray, et al. v. Gulf Stream Coach, Inc., et al., Case No.1:09cv0841-HSO-JMR (MD-LA No. 2:10cv01043-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Kathlene Murray, individually, and on behalf of her grandson, E.R. and her minor child, M.M. and Judith Murray, who supplement and amend their original Complaint*, Kathlene Murray, individually, and on behalf of her grandson, E.R. and her minor child, M.M. and Judith Murray v. Gulf Stream Coach, Inc., et al.; Case No., 1:09cv0841-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on April 5, 2010.   Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

2

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

s/J. Rock Palermo, III
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125
Phone: (337) 310-1600
Fax: (337) 310-1601
rock@veronbice.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

August 26, 2010

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                  s/J. Rock Palermo, III
                                                  J. Rock Palermo, III (#21793)
                                                  Veron, Bice, Palermo & Wilson, LLC
                                                  721 Kirby Street
                                                  P. O. Box 2125
                                                  Lake Charles, LA  70601-2125