## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | SECTION: **N(4)** |
| **THIS DOCUMENT RELATES TO:** *Tyesa Hawkins, et al. v .Gulf Stream Coach, Inc., et al., Case No. 1:09cv0845-HSO-JMR (MD-LA No. 2:10cv00914-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

## <u>PLAINTIFFS' MOTION TO AMEND COMPLAINT</u>

**COME NOW PLAINTIFFS**, through undersigned counsel, to move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend their Complaint due to a scrivener's error to correct Paragraphs 3, 10, and 11 as follows:

1.      To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 3 and 10 of the Complaint concerning Gulf Stream Coach, Inc.

2.      To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraph 11 of the Complaint concerning Shaw Environmental, Inc.

As no answer has been filed in the above-captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of Course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 26th day of August, 2010.

s/J. Rock Palermo, III
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125
Phone: (337) 310-1600
Fax: (337) 310-1601
rock@veronbice.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

<u>s/J. Rock Palermo, III</u>
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125