# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Tanya Booth v. Gulf Stream Coach, Inc., et al., Case No. 1:09cv00846-HSO-JMR (MD-LA No. 2:10cv00916-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## PLAINTIFFS' MOTION TO AMEND COMPLAINT

**COME NOW PLAINTIFFS**, through undersigned counsel, to move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend their Complaint due to a scrivener's error to correct Paragraphs 3, 5, 10, and 11 as follows:

1. To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 3 and 10 of the Complaint concerning Gulf Stream Coach, Inc.

2. To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 5 and 11 of the Complaint concerning Bechtel National, Inc.

As no answer has been filed in the above-captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of Course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 26th day of August, 2010.

<u>s/J. Rock Palermo, III</u>
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125
Phone: (337) 310-1600
Fax: (337) 310-1601
rock@veronbice.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                    s/J. Rock Palermo, III
                                                    J. Rock Palermo, III (#21793)
                                                    Veron, Bice, Palermo & Wilson, LLC
                                                      721 Kirby Street
                                                      P. O. Box 2125
                                                      Lake Charles, LA  70601-2125