# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Erik Landrum v. Jayco Enterprises, Inc., et al.*, Case No. 2:09cv00273-HSO-JMR (MD-LA No. 2:10cv00484-KDE-ALC ) | MDL NO. 1873<br><br>SECTION: N(4)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

**COMES NOW PLAINTIFF**, through undersigned counsel, to move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend his Complaint due to a scrivener's error to correct Paragraphs 3, 5, 10, and 11 as follows:

1.  To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 3 and 10 of the Complaint concerning Jayco Enterprises, Inc.

2.  To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 5 and 11 of the Complaint concerning Bechtel National, Inc.

As no answer has been filed in the above-captioned matter, the Named Plaintiff is entitled to amend his Complaint as a matter of Course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 26th day of August, 2010.

<u>s/J. Rock Palermo, III</u>
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125
Phone: (337) 310-1600
Fax: (337) 310-1601
rock@veronbice.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                          <u>s/J. Rock Palermo, III</u>
                                          J. Rock Palermo, III (#21793)
                                          Veron, Bice, Palermo & Wilson, LLC
                                          721 Kirby Street
                                          P. O. Box 2125
                                          Lake Charles, LA  70601-2125