UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: *Erik Landrum v. Jayco Enterprises, Inc., et al., Case No. 2:09cv00273-HSO-JMR (MD-LA No. 2:10cv00484-KDE-ALC )* | MDL NO. 1873 SECTION: N(4) JUDGE ENGELHARDT MAG. JUDGE ROBY |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Erik Landrum, who supplements and amends his original Complaint *Erik Landrum v. Jayco Enterprises, Inc., et al.; Case No., 2:09cv00273-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on February 23, 2010. Plaintiff seeks to supplement and amend the original Complaint in the following respects:

1.

Named Plaintiff seeks to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

WHEREFORE, Plaintiff herein respectfully amends the Original Complaint in the foregoing respects, and he otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

2

<table>
<tr><td></td><td>s/J. Rock Palermo, III<br>J. Rock Palermo, III (#21793)<br>Veron, Bice, Palermo & Wilson, LLC<br>721 Kirby Street<br>P. O. Box 2125<br>Lake Charles, LA  70601-2125<br>Phone: (337) 310-1600<br>Fax: (337) 310-1601<br>rock@veronbice.com</td></tr>
<tr><td>August 26, 2010</td><td>Paul A. Dominick<br>Nexsen Pruet, LLC<br>Post Office Box 486<br>Charleston, SC  29402<br>Phone:  (843) 577-9440<br>Fax:  (843) 720-1777<br>pdominick@nexsenpruet.com</td></tr>
</table>

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                          <u>s/J. Rock Palermo, III</u>
                                          J. Rock Palermo, III (#21793)
                                          Veron, Bice, Palermo & Wilson, LLC
                                          721 Kirby Street
                                          P. O. Box 2125
                                          Lake Charles, LA  70601-2125