UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*James P. Clark v. Gulf Stream Coach, Inc., et al., Case No. 2:09cv00274-HSO-JMR (MD-LA No. 2:10cv00485-KDE-ALC )* | **MDL NO. 1873**<br><br>SECTION: **N(4)**<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2010, New Orleans, Louisiana.

_____
JUDGE