UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION: N(4) |
| THIS DOCUMENT RELATES TO:<br>*Rosalind Narcisse v Gulf Stream Coach, Inc. et al.; Case No.3:09cv790-HSO-JMR (MD-LA No.  2:10cv01405-KDE-ALC )* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

**COMES NOW PLAINTIFF**, through undersigned counsel, to move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend her Complaint due to a scrivener's error to correct Paragraphs 3, 5, 10, and 11 as follows:

1.   To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 3 and 10 of the Complaint concerning Gulf Stream Coach, Inc.

2.   To correctly substitute "the State of Mississippi" for "the State of Louisiana" in paragraphs 5 and 11 of the Complaint concerning CH2M Hill Constructors, Inc.

As no answer has been filed in the above-captioned matter, the Named Plaintiff is entitled to amend her Complaint as a matter of Course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 26th day of August, 2010.

2

        <u>s/J. Rock Palermo, III</u>
        J. Rock Palermo, III (#21793)
        Veron, Bice, Palermo & Wilson, LLC
        721 Kirby Street
        P. O. Box 2125
        Lake Charles, LA  70601-2125
        Phone: (337) 310-1600
        Fax: (337) 310-1601
        rock@veronbice.com

        Paul A. Dominick
        Nexsen Pruet, LLC
        Post Office Box 486
        Charleston, SC  29402
        Phone:  (843) 577-9440
        Fax:  (843) 720-1777
        pdominick@nexsenpruet.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                                s/J. Rock Palermo, III
                                                                 J. Rock Palermo, III (#21793)
                                                                 Veron, Bice, Palermo & Wilson, LLC
                                                                 721 Kirby Street
                                                                 P. O. Box 2125
                                                                 Lake Charles, LA  70601-2125