UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION: N(4) |
| THIS DOCUMENT RELATES TO: *Rosalind Narcisse v Gulf Stream Coach, Inc. et al.; Case No.3:09cv790-HSO-JMR (MD-LA No. 2:10cv01405-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Rosalind Narcisse, who supplements and amends her original Complaint *Rosalind Narcisse v. Gulf Stream Coach, Inc., et al.; Case No., 3:09cv790-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on May 10, 2010. Plaintiff seeks to supplement and amend the original Complaint in the following respects:

1.

Named Plaintiff seeks to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

WHEREFORE, Plaintiff herein respectfully amends the Original Complaint in the foregoing respects, and she otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

2

August 26, 2010

s/J. Rock Palermo, III
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125
Phone: (337) 310-1600
Fax: (337) 310-1601
rock@veronbice.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

      s/J. Rock Palermo, III
      J. Rock Palermo, III (#21793)
      Veron, Bice, Palermo & Wilson, LLC
      721 Kirby Street
      P. O. Box 2125
      Lake Charles, LA  70601-2125