# Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

1611

**Plaintiff** Gaysha Sheldon (200480)   **Address** P.O. Box 750045  New Orleans, LA 70175

**Defendants**
    Jayco, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Lenora Jones, as Next Friend of C.S, a minor (205595)   **Address** 2463 Mercedes Blvd  New Orleans, LA 70114

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Terrell Jones (205664)   **Address** 2463 Mercedes Blvd.  New Orleans, LA 70114

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Lenora Jones (205665)   **Address** 2463 Mercedes Blvd.  New Orleans, LA 70114

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Terrell Jones, Jr., as Next Friend of T.J, a minor (205666)   **Address** 2463 Mercedes Blvd  New Orleans, LA 70114

**Defendants**
    Jayco, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Lass Hartman (211588)   **Address** 5113 Bay Street  Pascagoula, MS 39567

**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

# Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

**Plaintiff**  Lass Hartman, as Next Friend of W.H, a minor (211589)  **Address**  5113 Bay Street  Pascagoula, MS 39567

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff**  Robert Hartman (211590)  **Address**  5113 Bay Street  Pascagoula, MS 39567

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff**  Sacha Hartman (214440)  **Address**  5113 Bay St.  Pascagoula, MS 39567

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff**  Andrew Tran (215143)  **Address**  522 Bay View Avenue  Pass Christian, MS 39571

**Defendants**
Jayco, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Marie Cousin, as Next Friend of D.C, a minor (220084)  **Address**  P.O. Box 1543  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

---

**Plaintiff**  Marie Cousin, as Next Friend of G.C, a minor (220085)  **Address**  P.O. Box 1543  Lacombe, LA 70445

**Defendants**
Jayco, Inc.
Fluor Enterprises, Inc

## Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

**Plaintiff** Marie Cousins, as Next Friend of A.C, a minor (220521)  **Address** P.O. Box 1543  Lacombe, LA 70445

**Defendants**
  Jayco, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Linda Hinton (224732)  **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff** Linda Hinton, as Next Friend of K.P, a minor (224733)  **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff** Linda Hinton, as Next Friend of D.P, a minor (224734)  **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff** Linda Hinton, as Next Friend of A.W, a minor (224735)  **Address** 20 Nottingham Cir.  Gulfport, MS 39503

**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

---

**Plaintiff** Kayana Beemon-Pittman (224881)  **Address** 20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
  Jayco, Inc.
  Bechtel National, Inc

# Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

**Plaintiff**  Fulston Hinton (224883)     **Address**  20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff**  Jabaree Hinton (224884)     **Address**  20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff**  DeAnte Hinton (224885)     **Address**  20 Nottingham Cir  Gulfport, MS 39503

**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff**  Pamela Freeman (226144)     **Address**  331 Woodman Ave.  Pass Christian, MS 39571

**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff**  Stacie Pierre, as Next Friend of K.P, a minor (226703)     **Address**  6498 Road 318  Pass Christian, MS 39571

**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff**  Stacie Pierre, as Next Friend of K.P, a minor (226704)     **Address**  6498 Road 318  Pass Christian, MS 39571

**Defendants**
Jayco, Inc.
Bechtel National, Inc

# Exhibit A
Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.

**Plaintiff**  Stacie Pierre (226705)  **Address**  6498 Road 318  Pass Christian , MS 39571

**Defendants**
    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff**  Brandon  Reynolds  (230232)  **Address**  3419 Ronnie Ave.  Pascagoula, MS 39581

**Defendants**
    Jayco, Inc.
    Bechtel National, Inc