# Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

1623

| | | | |
|---|---|---|---|
| **Plaintiff** | Tyrone Alonzo (200237) | **Address** | 5131 Bundy Rd. APT Y-11 New Orleans, LA 70127 |

**Defendants**
Recreation By Design, LLC
Shaw Environmental, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Susan Cunningham (210876) | **Address** | 611 Bienville Street  Pascagoula, MS 39567 |

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Hannah Cunningham (210877) | **Address** | 611 Bienville St.  Pascagoula, MS 39567 |

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Susan Cunningham, as Next Friend of H.C, a minor (210878) | **Address** | 611 Bienville Street  Pascagoula, MS 39567 |

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Susan Cunningham, as Next Friend of J.C, a minor (210879) | **Address** | 611 Bienville Street  Pascagoula, MS 39567 |

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Susan Cunningham, as Next Friend of R.C, a minor (210880) | **Address** | 611 Bienville Street  Pascagoula, MS 39567 |

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

# Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

**Plaintiff**  Susan Cunningham, as Next Friend of S.C, a minor (210881)  **Address** 611 Bienville Street  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

---

**Plaintiff**  Susan Cunningham, as Next Friend of J.C, a minor (210882)  **Address** 611 Bienville Street  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

---

**Plaintiff**  Joe Cummingham (211168)  **Address** 611 Bienville Street  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

---

**Plaintiff**  Christy McCarty, as Next Friend of K.M, a minor (211964)  **Address** P.O. Box 204  Neely, MS 39461

**Defendants**
Recreation By Design, LLC
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Christy McCarty, as Next Friend of M.M, a minor (211965)  **Address** P.O. Box 204  Neely, MS 39461

**Defendants**
Recreation By Design, LLC
CH2M Hill Constructors, Inc.

---

**Plaintiff**  Christy McCarty, as Next Friend of M.M, a minor (211966)  **Address** P.O. Box 240  Neely, MS 39461

**Defendants**
Recreation By Design, LLC
CH2M Hill Constructors, Inc.

# Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

**Plaintiff** Matthew Caszillion (213316)  **Address** 229 Cyprus Villa Lane  Gheens, LA 70355

**Defendants**
  Recreation By Design, LLC
  Fluor Enterprises, Inc

---

**Plaintiff** James Castillion (213458)  **Address** 58451 Yaupon Dr.  Slidell, LA 70458

**Defendants**
  Recreation By Design, LLC
  Fluor Enterprises, Inc

---

**Plaintiff** Mattie Nelson, as Representative of the Estate of Annette Nelson, deceased (213725)  **Address** 36433 Pineoak Rd  MT Hermon, LA 70458

**Defendants**
  Recreation By Design, LLC
  Fluor Enterprises, Inc

---

**Plaintiff** Aaron Valentine (215193)  **Address** 6616 Rank Griffin Road  Moss Point, MS 39563

**Defendants**
  Recreation By Design, LLC
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Stephanie Valentine, as Next Friend of C.V, a minor (215194)  **Address** 3600 Jefferson St. Lot 38  Moss Point, MS

**Defendants**
  Recreation By Design, LLC
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Stephanie Valentine (215195)  **Address** 6616 Frank Griffin Road  Moss Point, MS 39563

**Defendants**
  Recreation By Design, LLC
  CH2M Hill Constructors, Inc.

# Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

**Plaintiff** Stephen Valentine (215196)   **Address** 4407 Dutch Bayou Rd   Mosspoint, MS 39562

**Defendants**
Recreation By Design, LLC
CH2M Hill Constructors, Inc.

**Plaintiff** Victoria Valentine (215197)   **Address** 4407 Dutch Bayou Rd.
Moss Point
, MS

**Defendants**
Recreation By Design, LLC
CH2M Hill Constructors, Inc.

**Plaintiff** Everta Holmes, as Representative of the Estate of Johnny Holmes, deceased (222273)   **Address** 4235 Ohio Ave.  Gulfport, MS 39501

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

**Plaintiff** Siles Crawford (222476)   **Address** 3154 Carey Street  Slidell, LA 70458

**Defendants**
Recreation By Design, LLC
Fluor Enterprises, Inc

**Plaintiff** Gladys Smith (222586)   **Address** 3154 Carey Street  Slidell, LA 70458

**Defendants**
Recreation By Design, LLC
Fluor Enterprises, Inc

**Plaintiff** Jessica Guidroz (223729)   **Address** 2105 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
Recreation By Design, LLC
Fluor Enterprises, Inc

# Exhibit A
Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.

**Plaintiff** Jessica Guidroz, as Next Friend of L.H, a minor (223766)  **Address** 2105 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
Recreation By Design, LLC
Fluor Enterprises, Inc

**Plaintiff** Jessica Guidroz, as Next Friend of S.M, a minor (223962)  **Address** 2105 Tiffany Court  Saint Bernard, LA 70085

**Defendants**
Recreation By Design, LLC
Fluor Enterprises, Inc

**Plaintiff** Melissa Mayer (226559)  **Address** 2036 North River Park  Violet, LA 70092

**Defendants**
Recreation By Design, LLC
Fluor Enterprises, Inc

**Plaintiff** Walter  Knowles  (229957)  **Address** 1405 Dupont Ave.  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc