## Exhibit A
Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.

1614

**Plaintiff** Angela Morris, as Next Friend of L.M, a minor (200910)     **Address** 4935 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
Keystone RV Company
Fluor Enterprises, Inc

---

**Plaintiff** Chana Williams (202547)     **Address** 43451 Willow Villa Rd  Hammond, LA 70403

**Defendants**
Keystone RV Company
Fluor Enterprises, Inc

---

**Plaintiff** Tracey Biggs, as Next Friend of L.B, a minor (203308)     **Address** 373 Hunter Ave  Pass Christian, MS 39571

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tracey Biggs (203313)     **Address** P.O. Box 86  Pass Christian, MS 39571

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.

---

**Plaintiff** Tracey Biggs, as Next Friend of R.B, a minor (203314)     **Address** 373 Hunter Ave  Pass Christian , MS 39571

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.

---

**Plaintiff** Lasonya Robinson (203582)     **Address** 350 Mercier Avenue  Pass Christian, MS 39571

**Defendants**
Keystone RV Company
Bechtel National, Inc

## Exhibit A
Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.

**Plaintiff** Esther Swanier (203635)                **Address** 350 Mercier Avenue  Pass Christian, MS 39571

**Defendants**
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** John Swanier (203636)                **Address** 350 Mercier Avenue  Pass Christian, MS 39571

**Defendants**
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** Theresa Burge (205100)                **Address** 207 Hibiscus Street  Waveland, MS 39576

**Defendants**
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** Cindy Ladner (205842)                **Address** 5547 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** Delana Evert (206023)                **Address** 26516 Leetown Road  Picayune, MS 39466

**Defendants**
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** Darlene Favre (211618)                **Address** P.O. Box 4583  Bay St. Louis, MS 39520

**Defendants**
    Keystone RV Company
    Bechtel National, Inc

# Exhibit A

Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.

**Plaintiff** Samantha Favre (211627)                    **Address** 6222 W. amar  Bay St. Louis, MS 39520

**Defendants**
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** David Galloway (211643)                    **Address** P.O. Box 4583  Bay St. Louis, MS 39521

**Defendants**
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Misty Crowe, as Next Friend of T.C, a         **Address** 6090 Copiah Street  Bay St. Louis, MS 39520
minor (211659)

**Defendants**
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Jennifer Avery (211828)                    **Address** 6046 W. Madison St.   Bay St. Louis , MS 39520

**Defendants**
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Misty Crowe, as Next Friend of B.M, a         **Address** 5009 1st Avenue  Bay St. Louis, MS 39520
minor (212393)

**Defendants**
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Darlene Galloway Sr. , as Next Friend         **Address** 6222 West Lamar  Bay St. Louis, MS 39520
of D.G, a minor (212677)

**Defendants**
      Keystone RV Company
      Bechtel National, Inc

---

# Exhibit A
Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.

**Plaintiff** Long Nguyen, as Next Friend of S.N, a       **Address** 52 Lakeview Dr.  Ocean Springs, MS 39564
minor (214051)

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Vu Nguyen (214873)       **Address** 52 Lakeview Dr.  Ocean Springs, MS 39564

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Aaron Valentine (215193)       **Address** 6616 Rank Griffin Road  Moss Point, MS 39563

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Stephanie Valentine, as Next Friend of       **Address** 3600 Jefferson St. Lot 38
C.V, a minor (215194)                                                     Moss Point, MS

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Stephanie Valentine (215195)       **Address** 6616 Frank Griffin Road  Moss Point, MS 39563

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Stephen Valentine (215196)       **Address** 4407 Dutch Bayou Rd   Mosspoint, MS 39562

**Defendants**
Keystone RV Company
Bechtel National, Inc

# Exhibit A
Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.

**Plaintiff**  Victoria Valentine (215197)          **Address**  4407 Dutch Bayou Rd.
                                                                    Moss Point
                                                                    , MS

**Defendants**
          Keystone RV Company
          Bechtel National, Inc

---

**Plaintiff**  Lee Ann Sylvas (216020)          **Address**  2947 Harris Street  Slidell, LA 70458

**Defendants**
          Keystone RV Company
          Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly Porter (223457)          **Address**  2309 Delta Queen Dr.   Violet, LA 70092

**Defendants**
          Keystone RV Company
          Fluor Enterprises, Inc

---

**Plaintiff**  Billy Johnson (223822)          **Address**  17327 Carnation Street  Kiln, MS 39556

**Defendants**
          Keystone RV Company
          Bechtel National, Inc

---

**Plaintiff**  Karen Mccormick (223960)          **Address**  17327 Carnation Street  Kiln, MS 39556

**Defendants**
          Keystone RV Company
          Bechtel National, Inc

---

**Plaintiff**  Bich Nguyen, as Next Friend of D.N, a          **Address**  6817 Bienville Drive  Biloxi, MS 39532
          minor (225191)

**Defendants**
          Keystone RV Company
          Bechtel National, Inc

---

# Exhibit A
Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.

**Plaintiff** Bich Nguyen, as Next Friend of S.N, a minor (225192)   **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Bich Nguyen, as Next Friend of A.N, a minor (225193)   **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Bich Nguyen, as Next Friend of J.N, a minor (225194)   **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Kelly McDaniel (226573)   **Address** 7061 W Rankin St.  Bay St. Louis, MS 39520

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.

**Plaintiff** Shaena  Cuevas-Ladner  (229974)   **Address** 1035 Rd. 322  Kiln, MS 39556

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.
Bechtel National, Inc

**Plaintiff** Shawn  Ladner  (229975)   **Address** 1053 Rd. 322  Kiln, MS 39556

**Defendants**
Keystone RV Company
CH2M Hill Constructors, Inc.
Bechtel National, Inc

## Exhibit A
Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.

**Plaintiff**  Alice  Rainey  (230211)                    **Address**  3908 Emerson St.  Pascagoula, MS 39581

**Defendants**
     Keystone RV Company
     Bechtel National, Inc

**Plaintiff**  Stacy Allen (251859)                    **Address**  5001 Pecan Acres Dr Apt 37 Lake Charles, LA 70605

**Defendants**
     Keystone RV Company
     Fluor Enterprises, Inc