# Exhibit A
Anjene' Treaudo, et. al.  vs. Heartland Recreational Vehicles, L.L.C., et. al.

1642

**Plaintiff**  Ahtavia McDonald (200980)  **Address**  714 Shirley Drive  Gulfport, MS 39503

**Defendants**
　　Heartland Recreational Vehicles, L.L.C.
　　CH2M Hill Constructors, Inc.

**Plaintiff**  Dameian McDonald (200981)  **Address**  714 Shirley Drive  Gulfport, MS 39503

**Defendants**
　　Heartland Recreational Vehicles, L.L.C.
　　Bechtel National, Inc

**Plaintiff**  Patricia McDonald (200986)  **Address**  714 Shirley Drive  Gulfport, MS 39503

**Defendants**
　　Heartland Recreational Vehicles, L.L.C.
　　CH2M Hill Constructors, Inc.
　　Bechtel National, Inc

**Plaintiff**  Antavia McDonald, as Next Friend of S.M, a minor (200988)  **Address**  714 Shirley Drive  Gulfport, MS 39503

**Defendants**
　　Heartland Recreational Vehicles, L.L.C.
　　CH2M Hill Constructors, Inc.
　　Bechtel National, Inc

**Plaintiff**  Andrew Kirkland  (201241)  **Address**  3860 River Pine Drive  Moss Point, MS 39563

**Defendants**
　　Heartland Recreational Vehicles, L.L.C.
　　Bechtel National, Inc

**Plaintiff**  Patricia McDonald, as Next Friend of A.W, a minor (202615)  **Address**  714 Shirley Drive  Gulfport, MS 39503

**Defendants**
　　Heartland Recreational Vehicles, L.L.C.
　　CH2M Hill Constructors, Inc.
　　Bechtel National, Inc

# Exhibit A
Anjene' Treaudo, et. al.  vs. Heartland Recreational Vehicles, L.L.C., et. al.

**Plaintiff** Dionne Lott (225157)      **Address** 20305 28 St.  Brookhaven , MS 39601

**Defendants**
    Heartland Recreational Vehicles, L.L.C.
    Bechtel National, Inc

---

**Plaintiff** Dionne Lott, as Next Friend of C.L, a minor (225158)      **Address** 149 James Drive  Gulfport, MS 39503

**Defendants**
    Heartland Recreational Vehicles, L.L.C.
    Bechtel National, Inc

---

**Plaintiff** Dionne Lott, as Next Friend of T.L, a minor (225160)      **Address** 149 James Drive  Gulfport, MS 39503

**Defendants**
    Heartland Recreational Vehicles, L.L.C.
    Bechtel National, Inc

---

**Plaintiff** Esther Hatampa (229794)      **Address** 1823 Parsley Ave.  Pascagula, MS 39581

**Defendants**
    Heartland Recreational Vehicles, L.L.C.
    Bechtel National, Inc