UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 76

**IT IS ORDERED** that Pretrial Order No. 75 (Rec. Doc. 15822) is **AMENDED ONLY** to the extent that the tentative dates for upcoming bellwether trials are amended as follows:

    a.    Jayco, Inc. - Monday, January 31, 2011

    b.    Sun Valley, Inc. D/b/a Sun Lite - Monday, March 28, 2011

    c.    KZ RV, LP - Monday May 16, 2011

    d.    Coachmen RV Co.- Monday, June 20, 2011.

New Orleans, Louisiana, this 27th day of August 2010.

                                                     KURT D. ENGELHARDT  
                                                   UNITED STATES DISTRICT JUDGE