# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION: N(4) |
| THIS DOCUMENT RELATES TO: *Mary Hawkins v Gulf Stream Coach, Inc. et al.; Case No.1:09cv837-HSO-JMR (MD-LA No.  2:10cv01361-KDE-ALC )* | JUDGE ENGELHARDT MAG. JUDGE ROBY |

### FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Mary Hawkins, who supplements and amends her original Complaint *Mary Hawkins v. Gulf Stream Coach, Inc., et al.; Case No., 1:09cv837-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on May 6, 2010. Plaintiff seeks to supplement and amend the original Complaint in the following respects:

1.

Named Plaintiff seeks to correct a scrivener's error in paragraphs 3, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

WHEREFORE, Plaintiff herein respectfully amends the Original Complaint in the foregoing respects, and she otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

2

                                              s/Denis Erwin Vega
                                              Denis Erwin Vega (Fed I.D. #100000)
                                              4323 Division Street, Ste 110
                                              Metairie, LA 70002
                                              Phone:  (504) 913-8342
                                              Fax: (504) 885-4426
                                              vegaholdings@gmail.com

                                              Paul A. Dominick
                                              Nexsen Pruet, LLC
                                              Post Office Box 486
                                              Charleston, SC  29402
                                              Phone:  (843) 577-9440
                                              Fax:  (843) 720-1777
                                              pdominick@nexsenpruet.com

August 26, 2010

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

<u>/s/ Denis Erwin Vega</u>

Denis Erwin Vega (Fed I.D. #100000)
4323 Division Street, Ste 110
Metairie, LA 70002

3