# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:  FEMA TRAILER | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | |
|        LIABILITY LITIGATION | SECTION "N-5" |
| | |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO ALL CASES | |
| (Louisiana Plaintiffs) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC'S MOTION TO CERTIFY FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(b) THE COURT'S MAY 18, 2010 ORDER DISMISSING FTCA NEGLIGENCE CLAIMS OF ALL LOUISIANA PLAINTIFFS

NOW INTO COURT, and pursuant to 29 U.S.C. § 1292(b), come plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully request, for the reasons more fully set forth in the attached memorandum, that this Court certify for interlocutory appeal its order on May 18, 2010, granting the motion of the defendant United States to dismiss the FTCA negligence claims of all Louisiana Plaintiffs for lack of subject-matter jurisdiction (Doc. 14124).

                              Respectfully submitted:

                              **FEMA TRAILER FORMALDEHYDE**
                              **PRODUCT LIABILITY LITIGATION**

                BY:    s/Gerald E. Meunier
                          GERALD E. MEUNIER, #9471
                          **PLAINTIFFS' CO-LIAISON COUNSEL**
                          Gainsburgh, Benjamin, David, Meunier &
                          Warshauer, L.L.C.
                          2800 Energy Centre, 1100 Poydras Street
                          New Orleans, Louisiana 70163
                          Telephone:    504/522-2304
                          Facsimile:    504/528-9973

gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471