UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER                                         MDL NO. 1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION                          SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　　　　 JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　　　 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES
(Louisiana Plaintiffs)
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. §1292(b) the Court's May 18, 2010 Order granting the motion of the defendant United States to dismiss the FTCA negligence claims of all Louisiana Plaintiffs for lack of subject-matter jurisdiction (Doc. 14124) in the above-captioned matter is hereby set for hearing on the 22nd day of September at 9:30 o'clock a.m.

　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE**
　　　　　　　　　　　　　　　**PRODUCT LIABILITY LITIGATION**

　　　　　　　　　BY:    s/Gerald E. Meunier
　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　Telephone: 504/522-2304
　　　　　　　　　　　　　　　Facsimile: 504/528-9973
　　　　　　　　　　　　　　　gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone: 504/522-2304
        Facsimile: 504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER