UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                   MDL NO. 1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION            SECTION "N-5"

                                                     JUDGE ENGELHARDT
                                                     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES
(Louisiana Plaintiffs)
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

    Considering the foregoing motion,

    IT IS ORDERED that, since there exist controlling questions of law as which there is substantial ground for difference of opinion, and since an immediate appeal may materially advance the termination of this litigation, this Court's Order of May 18, 2010 (Doc. 14124) is hereby certified for immediate interlocutory appeal pursuant to 28 U.S.C. §1292(b).

    THIS DONE the _____ day of _____, 2010, New Orleans, Louisiana.

                                               _____
                                               HONORABLE KURT ENGELHARDT
                                               UNITED STATES DISTRICT JUDGE