UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Tyesa Hawkins, et al. v .Gulf Stream Coach, Inc., et al., Case No. 1:09cv0845-HSO-JMR (MD-LA No. 2:10cv00914-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**FIRST AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Tyesa Hawkins, individually, and for her minor children, T. H., and T. R., who supplement and amend their original Complaint *Tyesa Hawkins, Individually, and for her minor children, T.H., and T.R. v. Gulf Stream Coach, Inc., et al.; Case No., 1:09cv0845-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on March 19, 2010.  Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraphs 3, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

2

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

s/J. Rock Palermo, III
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125
Phone: (337) 310-1600
Fax: (337) 310-1601
rock@veronbice.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

August 26, 2010

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                          <u>s/J. Rock Palermo, III</u>
                                          J. Rock Palermo, III (#21793)
                                          Veron, Bice, Palermo & Wilson, LLC
                                          721 Kirby Street
                                          P. O. Box 2125
                                          Lake Charles, LA  70601-2125