UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION  THIS DOCUMENT RELATES TO: *Erik Landrum v. Jayco Enterprises, Inc., et al., Case No. 2:09cv00273-HSO-JMR (MD-LA No. 2:10cv00484-KDE-ALC )* | MDL NO. 1873  SECTION: N(4)  JUDGE ENGELHARDT MAG. JUDGE ROBY |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Erik Landrum, who supplements and amends his original Complaint *Erik Landrum v. Jayco Enterprises, Inc., et al.; Case No., 2:09cv00273-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on February 23, 2010. Plaintiff seeks to supplement and amend the original Complaint in the following respects:

1.

Named Plaintiff seeks to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

WHEREFORE, Plaintiff herein respectfully amends the Original Complaint in the foregoing respects, and he otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

2

                                                                    s/J. Rock Palermo, III  
J. Rock Palermo, III (#21793)  
Veron, Bice, Palermo & Wilson, LLC  
721 Kirby Street  
P. O. Box 2125  
Lake Charles, LA  70601-2125  
Phone: (337) 310-1600  
Fax: (337) 310-1601  
rock@veronbice.com  

Paul A. Dominick  
Nexsen Pruet, LLC  
Post Office Box 486  
Charleston, SC  29402  
Phone:  (843) 577-9440  
Fax:  (843) 720-1777  
August 26, 2010                        pdominick@nexsenpruet.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                  s/J. Rock Palermo, III
                                                  J. Rock Palermo, III (#21793)
                                                  Veron, Bice, Palermo & Wilson, LLC
                                                  721 Kirby Street
                                                  P. O. Box 2125
                                                  Lake Charles, LA  70601-2125