**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | SECTION: **N(4)** |
| **LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:** *Nekeidra Parker, et al. v R-Vision, Inc. k/n/a RVIT, Inc. et al.; Case No.3:09cv0789-HSO-JMR (MD-LA No. 2:10cv00488-KDE-ALC* | **JUDGE ENGELHARDT** **MAG. JUDGE ROBY** |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Nekeidra Parker, individually, and for her minor children, A.P., C.D., T.P., and K.D., who supplement and amend their original Complaint *Nekeidra Parker, individually, and for her minor children, A.P. C.D., T.P., and K.D. v. R-Vision, Inc. et al.; Case No., 3:09cv0789-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on February 23, 2010.  Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

2

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the

foregoing respects, and they otherwise reiterate and re-aver all of the allegations,

claims and prayers for relief contained therein.

s/J. Rock Palermo, III
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125
Phone: (337) 310-1600
Fax: (337) 310-1601
rock@veronbice.com

Paul A. Dominick
Nexsen Pruet, LLC
Post Office Box 486
Charleston, SC  29402
Phone:  (843) 577-9440
Fax:  (843) 720-1777
pdominick@nexsenpruet.com

August 26, 2010

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

<u>s/J. Rock Palermo, III</u>
J. Rock Palermo, III (#21793)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P. O. Box 2125
Lake Charles, LA  70601-2125