UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Pamela Garner, et al.; v Pilgrim International, Inc., et al.; Case No.3:09cv0791-HSO-JMR (MD-LA No. 2:10cv00489-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**FIRST AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Pamela Garner, individually, and for her minor child, C.C., who supplement and amend their original Complaint *Pamela Garner, Individually, and for her minor child, C.C., v. Pilgrim International, Inc., et al.; Case No., 3:09cv0791-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on February 23, 2010.  Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

2

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

<pre>
                                        s/J. Rock Palermo, III
                                        J. Rock Palermo, III (#21793)
                                        Veron, Bice, Palermo & Wilson, LLC
                                        721 Kirby Street
                                        P. O. Box 2125
                                        Lake Charles, LA  70601-2125
                                        Phone: (337) 310-1600
                                        Fax: (337) 310-1601
                                        rock@veronbice.com

                                        Paul A. Dominick
                                        Nexsen Pruet, LLC
                                        Post Office Box 486
                                        Charleston, SC  29402
                                        Phone:  (843) 577-9440
                                        Fax:  (843) 720-1777
August 26, 2010                         pdominick@nexsenpruet.com
</pre>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                                                s/J. Rock Palermo, III
                                                J. Rock Palermo, III (#21793)
                                                Veron, Bice, Palermo & Wilson, LLC
                                                721 Kirby Street
                                                P. O. Box 2125
                                                Lake Charles, LA  70601-2125