UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*T. L. May v. Gulf Stream Coach, Inc., et al., Case No. 3:09cv792-HSO-JMR (MD-LA No. 2:10cv01406-KDE-ALC )* | MDL NO. 1873<br><br>SECTION: N(4)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

### FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, T. L. May, who supplements and amends his original Complaint *T. L. May v. Gulf Stream Coach, Inc., et al.; Case No., 3:09cv792-HSO-JMR* filed on December 28, 2009 and transferred to this Court pursuant to a Conditional Transfer Order on May 20, 2010. Plaintiff seeks to supplement and amend the original Complaint in the following respects:

1.

Named Plaintiff seeks to correct a scrivener's error in paragraphs 3, 5, 10, and 11 of the Complaint by replacing "State of Louisiana" each time it appears with "State of Mississippi".

WHEREFORE, Plaintiff herein respectfully amends the Original Complaint in the foregoing respects, and he otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein.

2

                          <u>s/J. Rock Palermo, III</u>
                          J. Rock Palermo, III (#21793)
                          Veron, Bice, Palermo & Wilson, LLC
                          721 Kirby Street
                          P. O. Box 2125
                          Lake Charles, LA  70601-2125
                          Phone: (337) 310-1600
                          Fax: (337) 310-1601
                          rock@veronbice.com

                          Paul A. Dominick
                          Nexsen Pruet, LLC
                          Post Office Box 486
                          Charleston, SC  29402
                          Phone:  (843) 577-9440
                          Fax:  (843) 720-1777
August 26, 2010            pdominick@nexsenpruet.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed a copy of the forgoing documents by first class mail to all counsel of record who are non-CM/ECF participants.

                <u>s/J. Rock Palermo, III</u>
                J. Rock Palermo, III (#21793)
                Veron, Bice, Palermo & Wilson, LLC
                721 Kirby Street
                P. O. Box 2125
                Lake Charles, LA  70601-2125