**RETURN**

# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| DARREN MAGEE, ET. AL. | ) ) | PLAINTIFFS |
| VS. | ) ) | CIVIL ACTION NO. 10-2130 |
| KZRV, LP, | ) ) | DEFENDANTS |

## SUMMONS IN A CIVIL ACTION

To: KZRV, LP
C/O Darryl Zook, Registered Agent
9270 W. US 20
Shipshewana, IN 46565

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Honorable John A. Eaves, Jr.
> The Eaves Law Office
> 101 North State Street
> Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Date: Aug 17 2010

Civil Action No. 10-2130

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KZRV, LP, c/o Daryl Zook, Registered Agent
was received by me on *(date)* 08/19/2010 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail receipt 7008 1830 0000 5267 9163

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/30/2010

*(signature)*
April Conger
Server's signature

April Conger, Process Server
Printed name and title

340 Arbor Drive, #167
Ridgeland, MS  39157
Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Holly Pol* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Holly Pol* C. Date of Delivery *08/0-23-10* |
| 1. Article Addressed to:<br><br>KZRV, LP<br>Daryl Zook<br>9270 W US 20<br>Shipshewana, IN 46565 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>0985 N 900 W<br>Shipshewana IN 46565 |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 1830 0000 5267 9163 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JOHN ARTHUR EAVES
Law Offices
101 North State Street
Jackson, Mississippi 39201

RECEIVED AUG 26 2010