

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| MAMIE BROWN, ET. AL. ) | PLAINTIFFS |
| ) | |
| VS. ) | CIVIL ACTION NO. 10-2146 |
| ) | |
| HORTON HOMES, INC. ) | DEFENDANT |

## SUMMONS IN A CIVIL ACTION

To:   Horton Homes, Inc.
      C/O Steve M. Sinclair, Registered Agent
      557 Milledgeville Road
      Eatonton, GA 31024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Honorable John A. Eaves, Jr.
>   The Eaves Law Office
>   101 North State Street
>   Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

Date: Aug 17 2010

Civil Action No. 10-2146

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Horton Homes, Inc., c/o Steve M. Sinclair, Registered Agent

was received by me on *(date)*   08/19/2010   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   Certified mail receipt 7008 1830 0000 5267 8944


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   08/30/2010

*/s/ April Conger*
Server's signature

April Conger, Process Server
*Printed name and title*

340 Arbor Drive, #167
Ridgeland, MS  39157
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Horton Homes, Inc.
   Steve M. Sinclair
   557 Milledgeville Rd.
   Eatonton, GA 31024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Steve Sinclair_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name):   C. Date of Delivery: 8-21-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   AUG 21 2010

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 1830 0000 5267 8944

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

   **JOHN ARTHUR EAVES**
   **Law Offices**
   **101 North State Street**
   **Jackson, Mississippi 39201**