UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case Nos. 10-1365, 10-1364, 10-1361, 10-911, 10-1362, 10-1363, 10-1043, 10-913, 10-914, 10-916, 10-484, 10-485, 10-486, 10-488, 10-1405, 10-489, 10-1406

## ORDER

Motions to Amend/Correct Complaints have been filed referencing the above-listed member cases. Accordingly,

**IT IS ORDERED** that the **Motions to Amend/Correct Complaints (Rec. Docs. 15894, 15896, 15900, 15910, 15911, 15913, 15914, 15916, 15918, 15920, 15921, 15922, 15923, 15924, 15925, 15926, and 15927)** are **GRANTED**.

New Orleans, Louisiana, this 27th day of August, 2010.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**