# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| FRANCINE BURKS, ET. AL. | ) ) | PLAINTIFFS |
| VS. | ) ) | CIVIL ACTION NO. <u>10-2175</u> |
| COACHMAN INDUSTRIES, INC. | ) ) | DEFENDANT |

## SUMMONS IN A CIVIL ACTION

To:   Coachmen Industries, Inc.
      C/O Corporation Service Company, Registered Agent
      251 East Ohio Street, Suite 500
      Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Honorable John A. Eaves, Jr.
> The Eaves Law Office
> 101 North State Street
> Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

Date: Aug 17 2010

Civil Action No. 10-2175

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Coachmen Industries, Inc. c/o Corporation Service Co
was received by me on *(date)* 08/19/2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail receipt 7008 1830 0000 5267 9194

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-1-10

Server's signature

April Conger, Process Server
*Printed name and title*

340 Arbor Drive, #167
Ridgeland, MS 39157

*Server's address*

Additional information regarding attempted service, etc:



