# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | |
| BRADLEY ANTAWN WELLS ) ) | PLAINTIFF |
| VS. ) ) | CIVIL ACTION NO. 10-2160 |
| FALL CREEK HOMES ) | DEFENDANT |

## SUMMONS IN A CIVIL ACTION

To:  Fall Creek Homes, Inc.
C/O Barry Light, Registered Agent
2719 Spring Creek Drive
Ft. Wayne, IN 46808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Honorable John A. Eaves, Jr.
The Eaves Law Office
101 North State Street
Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Signature of Clerk or Deputy Clerk

Date: Aug 17 2010

Civil Action No. 10-2160

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fall Creek Homes, Inc. c/o Barry Light, Registered Agent
was received by me on *(date)* 08/19/2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   The address of service is for an incorrect company.   ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 9-1-10

*Server's signature*

April Conger, Process Server
*Printed name and title*

340 Arbor Drive, #167
Ridgeland, MS 39157

*Server's address*

Additional information regarding attempted service, etc:

Attached is a letter from the Barry Light, Fall Creek Homes, Inc. He explains that our office has served the wrong company.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fall Creek Homes, Inc.
   Barry Light
   2719 Spring Creek Dr.
   Ft. Wayne, IN 46808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _Ped Light_                    8/25/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7008 1830 0000 5267 9033

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**JOHN ARTHUR EAVES**
Law Offices
101 North State Street
Jackson, Mississippi 39201

AUG 27 2010



**FALL CREEK**
**HOMES & DEVELOPMENT**

2719 Spring Creek Drive • Fort Wayne, IN 46808

Phone: (260) 432-8448 • www.homesbyfallcreek.com

Eaves Law Offices
Fax #601-355-0530

RE: Civil Action #10-2160

August 23, 2010

To Whom It May Concern:

Please be advised that Fall Creek Homes, Inc. is a conventional "stick-built" contractor working in the Northeast portion of Indiana. We have never been associated nor built any FEMA trailers, mobile homes, modular homes or anything similar. We have incorrectly been named in this action.

Your prompt attention and removal from this action will be appreciated.

Sincerely,

*Barry Light/sn*

Barry Light
President
Fall Creek Homes, Inc.