RETURN

# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: FEMA TRAILER | ) | |
| FORMALDEHYDE PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | |
| TERRY JEFFERSON, ET. AL. | ) | PLAINTIFFS |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 10-2172 |
| | ) | |
| KEYSTONE INDUSTRIES, INC. | ) | DEFENDANT |

## SUMMONS IN A CIVIL ACTION

To:    Keystone Industries, Inc.
       C/O H.B. Green, Registered Agent
       6801 Lake Plaza Drive
       Indianapolis, IN 46220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Honorable John A. Eaves, Jr.
The Eaves Law Office
101 North State Street
Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Signature of Clerk or Deputy Clerk

Date:    Aug 17 2010

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  10-2172

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Keystone Industries, Inc. c/o H.B. Green, Regtd Agt

was received by me on *(date)*         08/19/2010         .

☐ I personally served the summons on the individual at *(place)*
_____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   Unable to serve at the address on the Summons   ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  9.2.10

_____
*Server's signature*

April Conger, Process Server
*Printed name and title*

340 Arbor Drive, #167
Ridgeland, MS  39157
_____
*Server's address*

Additional information regarding attempted service, etc:

Certified mail receipt 7008 1830 0000 5267 9040 - Not deliverable as addressed/ Unable to forward



NIXIE          3010 1     12 08/26/10

RETURN TO SENDER
ATTEMPTED-NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Keystone Industries, Inc.
H B Green
6801 Lake Plz Dr.
NDPLS 4, IN 46220

7008 1830 0000 5267 9040

Priority Mail
ComBasPrice

UNITED STATES POSTAL

02 1P
0003P33S4
MAILED FROM ZIP CODE 39261

AUG 23 2010