UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY LITIGATION § | | SECTION "N-5" |
| § | | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | | |
| § | | |
| *June Carr, et al v.* § | | MAG. JUDGE CHASEZ |
| *Fleetwood Enterprises, Inc., et al* § | | |
| Civil Action No. 10-2223 § | | |

### ORDER ON PLAINTIFF'S, LA THI THACH, AS NEXT FRIEND OF K.T., A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, LA THI THACH, AS NEXT FRIEND OF K.T., A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT