UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | **MDL NO. 1873** |
| **FORMALDEHYDE** § | |
| **PRODUCT LIABILITY LITIGATION** § | **SECTION "N-5"** |
| § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | |
| § | |
| *Shannon Spears, as Next Friend of* § | |
| *J. H., a Minor, et al v.* § | |
| *Gulf Stream Coach, Inc., et al* § | **MAG. JUDGE CHASEZ** |
| **Civil Action No. 09-7428** § | |

**ORDER ON PLAINTIFFS', EM-ORN NARINT AND NAT NARINT,
NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', EM-ORN NARINT AND NAT NARINT, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.


_____
HONORABLE KURT ENGELHARDT