**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | § | **MDL NO. 1873** |
| **FORMALDEHYDE** | § | |
| **PRODUCT LIABILITY LITIGATION** | § | **SECTION "N-5"** |
| | § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| | § | |
| ***Susan Baugh, et al*** | § | |
| ***v. Jayco, Inc., et al*** | § | **MAG. JUDGE CHASEZ** |
| **Civil Action No. 09-6964** | § | |

**ORDER ON PLAINTIFFS', AUDREY MORGAN AND JIM MORGAN,**
**NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', AUDREY MORGAN AND JIM MORGAN,

Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
HONORABLE KURT ENGELHARDT