274-12292

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-4"

JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:  
*Tammy Reeves Thomas v. Sunnybrook RV, Inc.*  
*No. 10-757*

*********************************************************************

## MOTION TO DISMISS

COMES NOW plaintiff Tammy Reeves Thomas and moves that the instant action and all claims herein against all defendants be dismissed with prejudice, each party to bear its own costs.

*S/ David C. Jarrell*  
DAVID C. JARRELL (#30907)  
LAW OFFICES OF SIDNEY D. TORRES, III  
A PROFESSIONAL LAW CORPORATION  
8301 W. Judge Perez Drive, Suite 303  
Chalmette, LA 70043  
(504) 271-8421  
*Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on _September 2_, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

_S/ David C. Jarrell_
DAVID C. JARRELL (#30907)
LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
(504) 271-8421
*Counsel for plaintiffs*

Case 2:07-md-01873-KDE-ALC Document 16047 Filed 09/02/10 Page 2 of 2