274-12292

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-4"

JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:  
*Tammy Reeves Thomas v. Sunnybrook RV, Inc.*  
No. 10-757

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the motion of Tammy Reeves Thomas to dismiss, with prejudice, all claims against all defendants, LET THE MOTION BE GRANTED. All claims of Tammy Reeves Thomas against all defendants are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _____ day of _____, 2010.

_____  
JUDGE