UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## **ORDER AND REASONS**

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Special master's Motion to Establish Procedure for Compensation (Rec. Doc. 15824)**,** set for hearing on August 31, 2010, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **Special master's Motion to Establish Procedure for Compensation (Rec. Doc. 15824)** is hereby **GRANTED**. Accordingly,

•     The special Master, Postlethwaite & Netterville, and LexMTRX shall periodically (approximately once a month) submit their interim invoices to the Plaintiffs' Liaison Co-counsel (Gerald Meunier and/or Justin Woods) for approval.

•     If the Plaintiffs' Liaison Co-counsel approve, the Escrow Agent (as custodian of the settlement fund) shall disburse the monies in accordance with the invoice without further need of an order from the Court.

•     If the Plaintiffs' Liaison Co-counsel do not approve, the invoicing entity may petition this Court for an independent determination of the appropriateness of the invoice.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 1st day of September 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE