A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Sep 01, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2010 SEP -1 PM 1:36

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 17, 2010

FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-30)

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 766 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 01, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                           MDL No. 1873

### SCHEDULE CTO-30 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 10-400 | Callie Cain, et al. v. Dutchmen Manufacturing, Inc., et al. | 10-2876 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 09-821 | David O. Armstrong, et al. v. Allen Camper Manufacturing Co., Inc., et al. | 10-2877 |
| MSS | 1 | 10-140 | Betty Antoine, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2878 |
| MSS | 1 | 10-190 | Patricia A. Thomspon, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2879 |
| MSS | 1 | 10-196 | Margaret G. Bianchi, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2880 |
| MSS | 1 | 10-198 | Kathy Dubose, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2881 |
| MSS | 1 | 10-199 | Starlett M. King, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2882 |
| MSS | 1 | 10-200 | Kimberly Rider, et al. v. Bechtel National, Inc., et al. | 10-2883 |
| MSS | 1 | 10-307 | Angela Bradford, et al. v. Alliance Homes, Inc., et al. | 10-2884 |
| MSS | 1 | 10-323 | Billie Goudy, et al. v. DS Corp., et al. | 10-2885 |
| MSS | 1 | 10-324 | Dortha Bullard, et al. v. Stewart Park Homes, Inc., et al. | 10-2886 |
| MSS | 1 | 10-325 | David Allen, et al. v. Gulf Stream Coach, Inc., et al. | 10-2887 |
| MSS | 1 | 10-326 | Ava Sevin v. Northwood Manufacturing, et al. | 10-2891 |
| MSS | 1 | 10-338 | Mark Zeigensus, et al. v. Gulfstream Coach, Inc., et al. | 10-2892 |
| MSS | 1 | 10-341 | Jessie Gaines, et al. v. American Camper Manufacturing, LLC, et al. | 10-2893 |
| MSS | 1 | 10-342 | Jesse Acker, et al. v. American Camper Manufacturing, LLC, et al. | 10-2894 |
| MSS | 1 | 10-343 | Peggy Morse, et al. v. American Camper Maufacturing, LLC, et al. | 10-2895 |
| MSS | 1 | 10-344 | John Tart, etc. v. Recreation By Design, LLC, et al. | 10-2896 |
| MSS | 1 | 10-349 | Lynne Smith v. Southern Energy Homes, Inc., et al. | 10-2897 |
| MSS | 1 | 10-354 | Gary Anderson v. Stewart Park Homes, Inc., et al. | 10-2898 |
| MSS | 1 | 10-359 | Willie Mosely v. Dutchmen Manufacturing, Inc., et al. | 10-2899 |
| MSS | 1 | 10-364 | Gladys Walker v. Forest River, Inc., et al. | 10-2900 |
| MSS | 1 | 10-370 | David Everett, et al. v. Cavalier Home Builders, LLC, et al. | 10-2901 |
| MSS | 1 | 10-374 | Jim McCarroll, Jr. v. Bechtel National, Inc., et al. | 10-2902 |
| MSS | 1 | 10-379 | Tommy Babineau, et al. v. Jayco Enterprises, Inc., et al. | 10-2905 |
| MSS | 1 | 10-380 | Eugene Newsome v. Gulf Stream Coach, Inc., et al. | 10-2906 |
| MSS | 2 | 10-145 | Gwendolyn Sibley, etc. v. Keystone Industries, Inc., et al. | 10-2907 |
| MSS | 2 | 10-184 | Eva Francis v. Coachmen Recreational Vehicle Co. of Georgia, LLC, et al. | 10-2908 |
| MSS | 2 | 10-185 | Juanita Slocum v. Cavalier Home Builders, LLC, et al. | 10-2909 |
| MSS | 2 | 10-186 | Bruce Graves v. CH2M Hill Constructors, Inc., et al. | 10-2910 |
| MSS | 2 | 10-188 | Jackie Dillion, et al. v. Forest River, Inc., et al. | 10-2911 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

September 1, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA  70130

Re:  MDL No. 1873 -- IN RE:  FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-30)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on August 17, 2010.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer.  The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By  *Teresa Bishop*
Teresa Bishop
Case Administrator

Attachments
cc:    Transferee Judge:    Judge Kurt D. Engelhardt

JPML Form 36C

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION    MDL No. 1873

PANEL SERVICE LIST (CTO-30)

C. Edward Gibson, IV
HAWKINS STRACENER & GIBSON PLLC
153 Main Street
Bay St. Louis, MS 39520
egibson@hsglawfirm.net

Rose M. Hurder
HAWKINS STRACENER
& GIBSON PLLC
153 Main Street
Bay St. Louis, MS 39520
rose@hsglawfirm.net

Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Spring, MS 39564
cathyftla@gmail.com

Michael David Kurtz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
dkurtz@bakerdonelson.com

Casey Langston Lott
LANGSTON & LOTT PA
P.O. Box 382
Booneville, MS 38829
clott@langstonlott.com

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
gmeunier@gainsben.com

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427
fedcourtmail@rgplaw.com

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
andreww@duplass.com

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                  MDL No. 1873

## INVOLVED CLERKS LIST (CTO-30)

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401