274-12292

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Tammy Reeves Thomas v. Sunnybrook RV, Inc.*
No. 10-757

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the motion of Tammy Reeves Thomas to dismiss, with prejudice, all claims against all defendants, LET THE MOTION BE GRANTED. All claims of Tammy Reeves Thomas against all defendants are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana this ___3rd___ day of ___September___, 2010.

_____
JUDGE