UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-6923, 09-4693,
09-4678, 09-7109, 10-2297, 09-4677,
10-2223, 09-6504, 09-7403, 09-7083,
09-6505, 09-7428, 09-6964, 09-6959

## ORDER

      Motions (styled as "Notices" but attaching a proposed Order) to Voluntarily Dismiss without prejudice the claims of certain plaintiffs have been filed referencing the above-listed member cases. Accordingly,

      **IT IS ORDERED** that the **Motions to Voluntarily Dismiss (Rec. Docs. 16033, 16034, 16035, 16036, 16037, 16038, 16039, 16040, 16041, 16042, 16043, 16044, 16045, and 16046)** are **GRANTED**. The claims of the referenced Plaintiffs are voluntarily dismissed with prejudice in the above-listed member cases.

      **IT IS FURTHER ORDERED** that any similar filings/motions made in the future should be made in *ONE* motion and should reference the applicable member cases in the caption of that motion.

      New Orleans, Louisiana, this 3rd day of September, 2010.

                                                        **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**