# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| FREDDIE PARKER, | ) ) | PLAINTIFF |
| VS. | ) ) | CIVIL ACTION NO. <u>10-2147</u> |
| AMERICAN CAMPER MFG, LLC., D/B/A AMERI-CAMP | ) ) | DEFENDANT |

## SUMMONS IN A CIVIL ACTION

To:   American Camper MFG, LLC d/b/a Ameri-Camp
      C/O Peter J. Recchio, Registered Agent
      1406 Greenleaf Blvd
      Elkhart, IN 46514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Honorable John A. Eaves, Jr.
> The Eaves Law Office
> 101 North State Street
> Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Aug 17 2010
Date: _____

_Signature of Clerk or Deputy Clerk_

Civil Action No. 10-2147

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  American Camper Manufacturing, LLC

was received by me on *(date)*   08/19/2010   .

☐ I personally served the summons on the individual at *(place)*
on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*              , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*            ; or

☑ I returned the summons unexecuted because  Not deliverable as addressed    ; or

☐ Other *(specify)*:

My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/07/2010

*Server's signature*

April Conger
*Printed name and title*

340 Arbor Drive, #167
Ridgeland, Mississippi 39157

*Server's address*

Additional information regarding attempted service, etc:

The summons and complaint were returned because it was not deliverable as addressed and unable to forward.
Certified mail receipt # 7008 1830 0000 5267 8920

EAVES LAW FIRM
101 North State Street
Jackson, MS 39201

7008 1830 0000 5267 8920

NIXIE           2020    1         22 09/02/10

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

2100 E BIS~

American Camper Manufacturing, LLC
Peter J. Recchio
1406 Greenleaf Blvd
Elkhart, IN 46514

RECC406    465143011 IN    22 08/25/10

RECEIVED
SEP 07 2010

FOE