# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| DONNA BUSH, ET. AL, | ) ) | PLAINTIFFS |
| VS. | ) ) | CIVIL ACTION NO. 10-2154 |
| LIBERTY RV & MARINE, INC. | ) | DEFENDANT |

## SUMMONS IN A CIVIL ACTION

To:   Liberty RV & Marine, Inc.
      C/O Wayne A. Spear
      7500 NW 42 Ave Road
      Ocala, FL 34482

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Honorable John A. Eaves, Jr.
> The Eaves Law Office
> 101 North State Street
> Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: Aug 17 2010

Signature of Clerk or Deputy Clerk

Civil Action No. 10-2154

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Liberty RV & Marine, Inc.
was received by me on *(date)* 08/19/2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   Not deliverable as addressed   ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 09/07/2010                    _____
                                              *Server's signature*

                                              April Conger
                                    _____
                                           *Printed name and title*

                                         340 Arbor Drive, #167
                                     Ridgeland, Mississippi  39157
                                    _____
                                              *Server's address*

Additional information regarding attempted service, etc:

The summons and complaint were returned because it was not deliverable as addressed and unable to forward.
Certified mail receipt # 7008 1830 0000 5267 8951

Attn: April Cougel
101 North State Street
Jackson, MS 39201



Liberty RV & Marine, Inc.
Wayne A. Spear
7500 NW 42 Ave Rd.
Ocala, FL 34482

7008 1830 0000 5267 8951



RECEIVED
SEP 09 2010