UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE ENGELHARDT |
| *Octave Bazanac, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-8320; | * | MAGISTRATE CHASEZ |
| Robin Lewis | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO STRIKE LIVE TESTIMONY OF PLAINTIFF'S EXPERTS

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. ("Gulf Stream"), who respectfully moves this Honorable Court to issue an Order striking the live testimony of the plaintiff's expert industrial hygienist, Paul Hewett, Ph.D., and the plaintiff's general construction expert, Alexis Mallet as more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**TIMOTHY D. SCANDURRO #18424**
**DEWEY M. SCANDURRO #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## C E R T I F I C A T E

I hereby certify that on the 9th day of September, 2010, a copy of the foregoing Motion and Incorporated Memorandum to Strike Certain Witnesses was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com