UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO *Kathy Towe, et al. v. Redman Homes, Inc., et al.* (Case No. 09-4428) and *Kathy Towe, et al. v. Redman Homes, Inc., et al.* (Case No. 09-4429) | | * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced matters, who move this Honorable Court to add Robert C. Hilliard of the law firm Robert C. Hilliard, L.L.P., 719 S. Shoreline Boulevard, Suite 500, Corpus Christi, Texas 78401, and Mikal C. Watts of the law firm Mikal C. Watts, P.C., 2506 N. Port Avenue, Corpus Christi, Texas 78401, as additional counsel of record for Plaintiffs in the above referenced cases.

The enrollment of additional counsel will not prejudice Defendants, nor will it delay these proceedings in any way.

WHEREFORE PREMISES CONSIDERED Plaintiffs respectfully request that Robert C. Hilliard and Mikal C. Watts be allowed to enroll as additional counsel of record.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 9th day of September 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**