UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| *Kathy Towe, et al. v. Redman Homes, Inc., et al.* (Case No. 09-4428) and *Kathy Towe, et al. v. Redman Homes, Inc., et al.* (Case No. 09-4429) | | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFFS' MOTION TO ENROLL**
**ADDITIONAL COUNSEL OF RECORD**

Considering the foregoing Motion to Enroll Additional Counsel of Record:

**IT IS SO ORDERED** that Robert C. Hilliard and Mikal C. Watts be enrolled as additional counsel of record for Plaintiffs in the above captioned proceedings.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT