**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION　　　　　SECTION N-5
　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:  ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO
MODIFY ORDER (Rec. Doc. 7138) AND ENTER A PROTECTIVE ORDER
PROHIBITING FURTHER DISCOVERY OF FEMA IA FILES EXCEPT UPON
ENTRY OF A PLAINTIFF-SPECIFIC SCHEDULING ORDER OR,
ALTERNATIVELY, FOR AN ORDER SHIFTING COSTS**

Defendant United States of America ("United States") submits this Motion to Modify Order (Rec. Doc. 7138) and Enter a Protective Order Prohibiting Further Discovery of FEMA IA Files Except Upon Entry of a Plaintiff-Specific Scheduling Order Or, Alternatively, for an Order Shifting Costs.  The United States requests that Magistrate Judge Chasez's November 10, 2009, Order ("Order"), be modified to either prohibit requests for production of Individual Assistance ("IA") Files unless the requestor is subject to a Plaintiff-specific scheduling order or to institute cost shifting because: (1) the reasons provided by the Plaintiffs' Steering Committee ("PSC") to justify its need for non-bellwether FEMA IA Files, after ten (10) months of production,  no longer constitute good cause to overcome the burdens of these productions to FEMA; (2) the Order currently permits PSC to issue IA File discovery requests on behalf of individuals who have no remaining claims against the United States, such as all Mississippi and Alabama Plaintiffs whose claims against the United States have now been dismissed (with an entry of final judgment) in their entirety, and such requests are improper under the Federal Rules of Civil

Procedure; and (3) should the Court be inclined to permit future IA File request by certain Louisiana Plaintiffs who have plead gross negligence claims prior to issuance of a Plaintiff-specific scheduling order, then circumstances warrant entry of a Rule 26(c) protective order requiring the requesting party to bear the estimated costs of the IA File production in order to protect the United States from undue burden and expense.

For the reasons set forth in the accompanying memorandum, the Court should grant the United States' motion.

| | |
|---|---|
| Dated: September 10, 2010 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Jonathan R. Waldron* |
| OF COUNSEL<br>JORDAN FRIED<br>Associate Chief Counsel | JONATHAN R. WALDRON<br>(Mo. Bar No. 58898)<br>Trial Attorney<br>United States Department of Justice |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Attorney Telephone: (202) 307-2091<br>Jonathan.Waldron@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Jonathan R. Waldron*
JONATHAN R. WALDRON (Mo. Bar No. 58898)