UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:  ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** Defendant the United States of America's Motion to Modify Order (Rec. Doc. 7138) and Enter a Protective Order Prohibiting Further Discovery of FEMA IA Files Except Upon Entry of a Plaintiff-Specific Scheduling Order or, Alternatively, for an Order Shifting Costs will come for hearing before the Honorable Kurt D. Engelhardt, Judge, the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, on the 6th day of October, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard.

**DONE AND SIGNED** this ___ day of _____, 2010.

                                    _____
                                    **HONORABLE KURT D. ENGELHARDT**
                                    **JUDGE, UNITED STATES DISTRICT COURT**
                                    **EASTERN DISTRICT OF LOUISIANA**