UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT -DIV. N<br><br>MAG. JUDGE CHASEZ - MAG. 5 |

*************************************************************************

## DECLARATION OF BELLANCE R. GREEN

I, Bellance (Faye) R. Green, state and declare as follows:

1. I am employed by the Federal Emergency Management Agency (FEMA) as the Center Manager for the National Processing Service Center in Hyattsville, Maryland. My duties include handling FEMA's response to requests for information and documents contained in the National Emergency Management Information System (NEMIS). NEMIS is an automated database support system that was developed to provide support to FEMA employees in their day-to-day disaster assistance response.

2. In my capacity as Center Manager, I am knowledgeable about the costs associated with the location, retrieval, and production of Individual Assistance ("IA") files. The documents that make up an IA file do not exist in an easily producible form within NEMIS, and FEMA employees must locate and extract relevant documents within NEMIS in order to assemble an IA file. Several extraction methods are required during this process, and one of them requires FEMA employees to display information on a computer screen, manually use a print-screen option to copy the image that appears on the computer screen, and then paste the information into a word processing document. Once all of the information regarding an individual is

Exhibit 1

extracted from NEMIS, this information is then assembled to create the IA file, which is then converted into a single electronic file for production. An IA file does not actually exist in a complete form until after the responsive materials are located, captured, and assembled by a FEMA employee.

3. I have overseen FEMA's production of the IA files produced for purposes of the *In re: FEMA Trailer Formaldehyde Product Liability Litigation*. It takes FEMA employees approximately one-hour to locate, retrieve, and produce each of these IA files. This estimate constitutes the average amount of time it has taken FEMA employees to respond to requests for IA files received from Plaintiffs' Counsel since December 2009.

4. The average cost to FEMA to respond to Plaintiffs' requests is approximately $50.21 per file. The $50.21 constitutes the actual average hourly wage of FEMA employees who have responded to Plaintiffs request for IA files since December 2009 and the administrative costs associated with the production of these files.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of August 2010

_____
Bellance (Faye) R. Green
DHS / FEMA
Hyattsville, MD