Exhibit 21-A - Gill, Ladner Priest IA File Request
Submitted to FEMA on July 22, 2010

| No. | Civil Action No. | Last Name | First Name | Middle Name | Suffix | Disaster At Issue - Hurricane Katrina or Rita | SSN | FEMA ID # | Address of THU | City | State | Zip | 2nd THU Address | 2nd THU City | 2nd THU State | 2nd THU Zip | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09-463 | ■ | ■ | ■ | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 2 | 09-467 | ■ | ■ | . | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 3 | 09-469 09-466 | ■ | ■ | ■ | | Katrina | ■ | ■ | ■ | ■ | MS | ■ | | | | | GLP |
| 4 | 09-463 09-443 | ■ | ■ | | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 5 | 09-463 09-443 | ■ | ■ | | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 6 | 09-472 09-409 | ■ | | ■ | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 7 | 09-463 | ■ | ■ | ■ | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 8 | 09-509 09-449 | ■ | ■ | | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 9 | 09-441 09-477 | ■ | ■ | | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 10 | 09-452 | ■ | ■ | ■ | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 11 | 09-463 | ■ | ■ | ■ | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 12 | 09-463 09-442 | ■ | ■ | ■ | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |
| 13 | 09-463 | ■ | ■ | | | Katrina | ■ | | ■ | ■ | MS | ■ | | | | | GLP |

Exhibit 3

Case 2:07-md-01873-KDE-MBN Document 16069-5 Filed 09/10/10 Page 2 of 6
Exhibit 21-A - Gill, Ladner Priest IA File Request
Submitted to FEMA on July 22, 2010



| # | File # | | | | | Event | | | | | State | | | | | Firm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 09-452 09-445 | | | | | Katrina | | | | | MS | | | | | GLP |
| 15 | 09-443 | | | | | Katrina | | | | | MS | | | | | GLP |
| 16 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 17 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 18 | 09-463 09-443 | | | | | Katrina | | | | | MS | | | | | GLP |
| 19 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 20 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 21 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 22 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 23 | 09-456 | | | | | Katrina | | | | | MS | | | | | GLP |
| 24 | 09-474 | | | | | Katrina | | | | | MS | | | | | GLP |
| 25 | 09-463 09-442 | | | | | Katrina | | | | | MS | | | | | GLP |
| 26 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 27 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 28 | 09-463 09-466 | | | | | Katrina | | | | | MS | | | | | GLP |
| 29 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |

Exhibit 21-A - Gill, Ladner Priest IA File Request
Submitted to FEMA on July 22, 2010



| # | ID | | | | | Event | | | | | State | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 09-448 09-438 | | | | | Katrina | | | | | MS | | | | | GLP |
| 31 | 09-443 | | | | | Katrina | | | | | MS | | | | | GLP |
| 32 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 33 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 34 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 35 | 09-474 | | | | | Katrina | | | | | MS | | | | | GLP |
| 36 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 37 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 38 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 39 | 09-455 | | | | | Katrina | | | | | MS | | | | | GLP |
| 40 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 41 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 42 | | | | | | Katrina | | | | | AL | | | | | GLP |
| 43 | 09-458 09-475 | | | | | Katrina | | | | | MS | | | | | GLP |
| 44 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |
| 45 | 09-463 | | | | | Katrina | | | | | MS | | | | | GLP |

Case 2:07-md-01873-KDE-MBN   Document 16069-5   Filed 09/10/10   Page 4 of 6
Exhibit 21-A - Gill, Ladner Priest IA File Request
Submitted to FEMA on July 22, 2010



| # | Claim # | | | | | Event | | | MS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | **09-463** | ▇ | ▇ | ▇ | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 47 | **09-463** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 48 | **09-463** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 49 | **09-463** | ▇ | ▇ | ▇ | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 50 | **09-463** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 51 | **09-475** **09-474** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | ▇ | ▇ | | MS | ▇ GLP |
| 52 | **09-463** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 53 | **09-463** **09-443** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 54 | **09-463** **09-441** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 55 | **09-451** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 56 | | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 57 | **09-451** | ▇ | ▇ | ▇ | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 58 | **09-475** **09-434** | ▇ | ▇ | ▇ | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 59 | **09-436** | ▇ | ▇ | | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 60 | **09-451** | ▇ | ▇ | ▇ | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |
| 61 | **09-450** | ▇ | ▇ | ▇ | | Katrina | ▇ | ▇ | MS | ▇ | | | | | GLP |

Exhibit 21-A - Gill, Ladner Priest IA File Request
Submitted to FEMA on July 22, 2010

| # | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | **09-451** | ▮ | | ▮ | | ▮ | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 63 | **09-477** **09-469** | ▮ | | ▮ | | ▮ | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 64 | **09-443** | ▮ | | ▮ | | ▮. | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 65 | **09-451** | ▮ | | ▮ | | ▮ | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 66 | **09-443** **09-466** | ▮ | | ▮ | | ▮. | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 67 | **09-451** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 68 | **09-451** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 69 | **09-451** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 70 | **09-466** | ▮ | | ▮ | | ▮ | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 71 | **09-451** **09-474** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 72 | **09-474** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 73 | **09-451** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 74 | **09-470** | ▮ | | ▮ | | ▮ | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 75 | **09-451** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 76 | **09-451** **09-443** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |
| 77 | **09-434** | ▮ | | ▮ | | | | Katrina | ▮ | | | | ▮ | MS | ▮ | | | GLP |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | **09-451** | | | | | Katrina | | | MS | | | GLP |
| 79 | **09-451** | | | | | Katrina | | | MS | | | GLP |
| 80 | **09-446** | | | | | Katrina | | | MS | | | GLP |
| 81 | **09-451** **09-443** | | | | | Katrina | | | MS | | | GLP |
| 82 | **09-451** | | | | | Katrina | | | MS | | | GLP |
| 83 | **09-451** | | | | | Katrina | | | MS | | | GLP |
| 84 | **09-451** | | | | | Katrina | | | MS | | | GLP |