**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | |
| | | * | |
| *Kathy Towe, et al. v. Redman Homes, Inc.,* | | * | |
| *et al.* (Case No. 09-4428) and | | * | |
| *Kathy Towe, et al. v. Redman Homes, Inc.,* | | * | |
| *et al.* (Case No. 09-4429) | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**ORDER ON PLAINTIFFS' MOTION TO ENROLL**</u>
<u>**ADDITIONAL COUNSEL OF RECORD**</u>

Considering the foregoing Motion to Enroll Additional Counsel of Record:

**IT IS SO ORDERED** that Robert C. Hilliard and Mikal C. Watts be enrolled as

additional counsel of record for Plaintiffs in the above captioned proceedings.

New Orleans, Louisiana, this 10th day of _____September_____, 2010.

_____
HONORABLE KURT ENGELHARDT