# EXHIBIT A



**DEUTSCH, KERRIGAN & STILES**

755 Magazine Street
New Orleans, LA 70130
Direct  (504) 593-0619
Main    (504) 581-5141
Fax     (504) 566-4019
Cell    (504) 289-0051
rek@dkslaw.com
www.dkslaw.com

ROBERT E. KERRIGAN, JR.
*A Professional Law Corporation*

April 30, 2010

Frank J. D'Amico, Jr., Esq.
Aaron Z. Ahlquist, Esq.
Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113

RE:   Saniqua Brown, et al. vs. William Scotsman, Inc., et al.
      USDC for the Eastern District of LA No. 09-8564

Gentlemen:

I called yesterday to advise that we will represent William Scotsman, Inc., et al. in the referenced matter, and to request an informal extension of time. The only thing I have in my possession is a copy of your citation and petition and nothing else. I am making attempts to get in touch with my client so that an intelligent answer can be put together.

I would appreciate your detailing for me the period in which your client was exposed to the inside of my client's unit, as well as the location of the unit during the time of exposure. Additionally, I respectfully ask for a copy of any medical records concerning her care and treatment arising out of this alleged exposure.

Thank you for your cooperation and assistance and with best regards, I am

Very truly,

Robert E. Kerrigan, Jr.

REK:lrv

Deutsch, Kerrigan & Stiles, L.L.P.

*New Orleans • Monroe • Gulfport*