# EXHIBIT B



**DEUTSCH, KERRIGAN & STILES**

755 Magazine Street
New Orleans, LA 70130
*Direct* (504) 593-0735
*Main* (504) 581-5141
*Fax* (504) 566-4064
jkeller@dkslaw.com
www.dkslaw.com

JOSHUA G. KELLER
*Counselor at Law*

June 23, 2010

<u>*Via Facsimile 504.529.2018*</u>
Bencomo & Associates
ATTN: CYNTHIA
639 Loyola Avenue, Suite 2110
New Orleans, LA 70113-3171

    RE:    Saniqua Brown v. Williams Scotsman
             Our File No.: 52250-00386

Dear Cynthia:

    Our firm represents Williams Scotsman in the above-referenced matter. William Scotsman is not a manufacturer, but they have been sued by your client as the manufacturer of her emergency housing unit. As such, we ask that you please produce her Plaintiff Fact Sheet so that we are able to utilize the information contained therein to confirm the allegations in Plaintiff's Complaint.

    If you are unable to provide the requested information within the next fourteen (14) days, please advise my paralegal, Brandy V. Bishop of same.

    With kindest regards, I remain,

                                                  Sincerely yours,

                                                 Josh G. Keller

JGK/bvb

Deutsch, Kerrigan & Stiles, L.L.P.
New Orleans • Monroe • Gulfport