# EXHIBIT C



**DEUTSCH,
KERRIGAN
& STILES**

755 Magazine Street
New Orleans, LA 70130
*Direct* (504) 593-0735
*Main* (504) 581-5141
*Fax* (504) 566-4064
jkeller@dkslaw.com
www.dkslaw.com

JOSHUA G. KELLER
*Counselor at Law*

July 12, 2010

<u>*Via Facsimile 504.529.2018*</u>
Bencomo & Associates
ATTN: CYNTHIA
639 Loyola Avenue, Suite 2110
New Orleans, LA 70113-3171

    RE:    Saniqua Brown v. Williams Scotsman
             Our File No.: 52250-00386

Dear Cynthia:

    For the past few weeks, you have been dealing with Brandy Bishop of my office regarding production of plaintiff fact sheets in the above-referenced matter. As you know, we represent Williams Scotsman, Inc., and they did not manufacture any emergency housing units after Hurricanes Katrina and Rita. They are eager to determine why your clients sued them, and we believe this information is contained in the plaintiff fact sheets. At your earliest convenience, and pursuant to the relevant pre-trial orders, please produce the plaintiff fact sheets for any and all individuals naming Williams Scotsman, Inc. as a defendant in the FEMA trailer MDL. If you have any questions, please do not hesitate to call.

    Anxiously awaiting your reply, I remain,

                            Sincerely yours,

                            Josh G. Keller

JGK/lv