# EXHIBIT D

# Keller, Joshua

| | |
|---|---|
| **From:** | Keller, Joshua [jkeller@dkslaw.com] |
| **Sent:** | Tuesday, July 13, 2010 3:55 PM |
| **To:** | raul@bencomolaw.com |
| **Cc:** | Kerrigan, Robert; Johnson, Alfred C.; Battista, Caroline L. |
| **Subject:** | Saniqua Brown v. William Scotsman - Suit No. 09-8564 Filed 12/29/09 |

**Attachments:** Brown 2.pdf

Mr. Bencomo,

    I hope this note finds you well. I'm assisting Bob Kerrigan with the defense of William Scotsman, Inc. in the FEMA Trailer MDL. Attached is a lawsuit filed by Saniqua Brown on December 29, 2009 naming our client as a defendant. This is the only lawsuit that has been served on William Scotsman, and Ms. Brown is the only plaintiff with a claim against our client.

    Initially, we contacted Frank D'Amico's office for a copy of the plaintiff fact sheet considering his office appears as counsel of record for Ms. Brown. In response, Mr. D'Amico's office informed that we should contact your office for this information. For the past several weeks, we have been working closely with Cynthia Watkins, and she has been extremely helpful and polite, and we appreciate her assistance on this matter. Unfortunately, Ms. Watkins cannot produce the plaintiff fact sheet, and our client remains in the dark as to why Ms. Brown filed a lawsuit against them.

    During our conversation this afternoon, Cynthia informed that she has the fact sheet in her possession, but she cannot produce it without your approval. She also informed that she has been unsuccessful in locating and contacting Ms. Brown to confirm the information on the fact sheet. While my client understands and sympathizes with your position in trying to locate a client, they insist on obtaining this most basic information.

    William Scotsman is not a manufacturer of emergency housing units. They should not be a defendant in this MDL, and we believe the plaintiff fact sheet for Ms. Brown will confirm this position. Therefore, pursuant to Pre-Trial Order #32, please produce the plaintiff fact sheet for Saniqua Brown within 30 days or by August 12, 2010. Failure to comply with this request will result in a motion to dismiss.

    If you review the plaintiff fact sheet and determine that Ms. Brown has identified a manufacturer that is not William Scotsman, we respectfully request that you sign a voluntary motion to dismiss. I look forward to your reply.

Joshua G. Keller, Esq.
**Deutsch, Kerrigan & Stiles, LLP**
755 Magazine Street
New Orleans, Louisiana 70130
D: 504-593-0735
C: 504-292-0613
F: 504-566-4064
M: 504-581-5141
www.dkslaw.com

9/10/2010