# EXHIBIT E



**DEUTSCH,
KERRIGAN
& STILES**

755 Magazine Street
New Orleans, LA 70130
*Direct* (504) 593-0735
*Main*  (504) 581-5141
*Fax*   (504) 566-4064
jkeller@dkslaw.com
www.dkslaw.com

**JOSHUA G. KELLER**
*Counselor at Law*

August 10, 2010

<u>*Via Facsimile 504.525.9522 and Certified Mail*</u>
Frank J. D'Amico, Jr. Esq.
622 Baronne St.
New Orleans, LA 70113
504-525-7272

    RE:    *Saniqua Brown v. Williams Scotsman*
             United States District Court for the Eastern District of Louisiana, Suit No: 07-1873
             <u>**Our File No.: 52250-00386**</u>

Dear Frank:

    Pursuant to Pre-Trial Order No. 32, please allow this letter to serve as written notice that the undersigned has not received a copy of the plaintiff fact sheet for Saniqua Brown in suit No. 09-8564. The lawsuit was filed on December 29, 2009.

    According to Pre-Trial Order No. 32, we shall file a motion to dismiss for failure to comply with said order and produce a plaintiff's fact sheet within thirty (30) days, on or before September 10, 2010.

    Anxiously awaiting your reply, I remain,

                                         Sincerely yours,

                                         Josh G. Keller

JGK/lv

August 10, 2010
Page 2

cc: Counsel of Record:

Gerald Edward Meunier, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre 1100 Poydras St. Suite 2800
New Orleans, LA 70163-2800

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Henry Thomas Miller, Esq.
Dept. of Justice, Civil Division, Torts Branch
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Michael David Kurtz, Esq.
Baker Donelson Bearman Caldwell & Berkowitz (New Orleans)
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Charles E. Leche, Esq.
Deutsch, Kerrigan & Stiles, LLP
755 Magazine St.
New Orleans, LA 70130

## ** Transmit Conf.Report **

P.1                                                                Aug 10 2010 02:28pm

| Fax/Phone Number | Mode   | Start      | Time  | Page | Result | Note |
|------------------|--------|------------|-------|------|--------|------|
| 95259522         | Normal | 10:02:27pm | 0'27" | 3    | # O K  |      |

**DK&S**
DEUTSCH,
KERRIGAN
& STILES

# FAX

| To:    | Frank J. D'Amico, Jr.              | Fax:     | 525-9522   |
|--------|------------------------------------|----------|------------|
| From:  | Joshua G. Keller                   | Ext:     | 328        |
| Date:  | August 9, 2010                     | Pages:   | 2          |
| Re:    | Saniqua Brown v. Williams Scotsman | File No.:| 52250-386  |

NOTES/COMMENTS:

755 Magazine Street • New Orleans, LA 70130 • (504) 581-5141 • Fax (504) 566-1201
www.dkslaw.com

This facsimile transmission contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (800-467-5141) and return the original facsimile to us by mail without retaining any copies. Thank you.

UNITED STATES POSTAL SERVICE

12 AUG 2010 PM 5

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

52250-386

Joshua G. Keller, Esq.
Deutsch, Kerrigan
755 Magazine Street
New Orleans LA 70130

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Frank J. D'Amico, Jr.
    622 Baronne Street
    New Orleans LA 70113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7007 1490 0003 3126 7750

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



Home

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0003 3126 7750**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 12:47 pm on August 12, 2010 in NEW ORLEANS, LA 70119.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA