UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 2:07-MD-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | JUDGE ENGELHARDT |
| *ALL CASES* | MAGISTRATE JUDGE CHASEZ |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## PRESERVATION OF DEFENSES ON BEHALF OF INSURCO, LTD

**COMES NOW INSURCO, LTD., through undersigned counsel,** solely for purposes of this filing, who, pursuant to Pretrial Order No. 44 (Doc. 2759) and in accordance with the Federal Rules of Civil Procedure, respectfully submits the following defenses and motions to be preserved in all past and future actions filed in or transferred to this MDL litigation as follows:

1. Rule 12(b)(2):  Lack of personal jurisdiction over Insurco, Ltd.;

2. Rule 12(b)(4),(5): Insufficient process and insufficient service of process

Insurco, Ltd. expressly reserves the right to supplement this list of motions and defenses to be preserved.

|  |  |
|---|---|
| Of Counsel:<br>SUTTERFIELD & WEBB, L.L.C. | Respectfully submitted,<br><br>s/ James R. Sutterfield<br>JAMES R. SUTTERFIELD,T.A.(Bar # 12597)<br>CANDACE R. LeBLANC (Bar # 31831)<br>650 Poydras Street, Suite 2715<br>New Orleans, Louisiana 70130<br>Telephone:   (504) 598 -2715<br>Facsimile:     (504) 529 -7197<br>jsutterfield@swslaw.com<br>cleblanc@swslaw.com<br>**Attorneys for Insurco, Ltd.** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants

   s/ James R. Sutterfield
SUTTERFIELD & WEBB, L.L.C.