# SUTTERFIELD & WEBB, L.L.C.

### ATTORNEYS AND COUNSELORS AT LAW

SUITE 2715 · 650 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130-6111

WWW.SWSLAW.COM

TELEPHONE 504/598-2715
FACSIMILE 504/529-7197
E-MAIL: INFO@SWSLAW.COM

James R. Sutterfield
jsutterfield@swslaw.com

August 20, 2010

**VIA ELECTRONIC MAIL: BOBH@HILLIARDANDMUNOZ.COM**
Robert C. Hilliard
Robert C. Hilliard, LLP
719 S. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401

     Re:    *Arron Cole et al. v. Fleetwood Enterprises, Inc. et al.*
            United States District Court, Eastern District of Louisiana
            Civil Action No: 09-7824, Section "N", Magistrate (5)
            Our File No.:          G1100-909

Dear Mr. Hilliard:

This will advise of our representation of Insurco, Ltd. ("Insurco"). We write concerning the captioned litigation, in connection with which you have recently filed an Amended Complaint for Damages on December 23, 2009 naming Insurco as a defendant under the provisions of La. R.S. 22: 1269 (formerly La. R.S. 22:655), commonly known as the Louisiana Direct Action Statute, as an alleged insurer of Fleetwood Enterprises, Inc. We are writing to advise you that an exhaustive search by Insurco shows that it has never provided any insurance coverage for Fleetwood Enterprises, Inc.

According to information received from the lawyer representing Fleetwood Enterprises, Inc., in the FEMA litigation, Insurco is not, in fact, an insurer of Fleetwood. Rather, Fleetwood's insurers include Gibraltar Insurance Company, Starr Excess Liability Insurance



A member of the Harmonie Group,
an affiliation of independent law firms



EXHIBIT

**A**

Company, LTD, and Chartis, but not Insurco. Further, we have learned that since suit was filed in December 2009, Fleetwood, as well as its insurers, were made parties to a settlement agreement in this matter. Insurco was not one of the parties to said settlement agreement.

Please advise if you will dismiss your claims against Insurco. If not, we will be required to file appropriate Exceptions, complied with a demand for sanctions under Federal Rule 11, and we ask that you take no action without affording us a reasonable opportunity to do so.

With kind personal regards, I am

Very truly yours,

JAMES R. SUTTERFIELD
CANDACE R. LeBLANC

JRS/CRL

cc.:   Mikal C. Watts-mcw@wgclawfirm.com
       Richard P. Ieyoub-rieyoub@cdomlaw.com
       Jerry L. Saporito- jsaporito@leakeandersson.com