UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY LITIGATION § | | SECTION "N-5" |
| § | | |
| § | | |
| § | | JUDGE ENGELHARDT |
| § | | MAG. JUDGE CHASEZ |
| THIS DOCUMENT PERTAINS TO § | | |
| § | | |
| CIVIL CASE NOS. 09-7069, § | | |
| 10-2183, 09-7824, 09-6956, 09-4712, § | | |
| 09-7819, 10-2325, 09-7068, 09-7921, § | | |
| 09-7818, 10-2223, 09-7816, 09-6943, § | | |
| 09-5989, 10-2220, 09-6957, 09-6955, § | | |
| 09-4711, 09-7532, 09-7828, 10-1267 § | | |

**ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal against **Insurco Ltd.** is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT