UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                   MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 77
### PROCEDURE FOR PARTICIPATING IN FLEETWOOD SETTLEMENT

    **IT IS ORDERED** as follows:

1. Only persons who (a) are currently listed as plaintiffs in the above-captioned matter, (b) have filed claims in the federal bankruptcy proceeding entitled *In Re: Fleetwood Enterprises, Inc., et al.*, Case No. 09-14254-MJ, pending in the U.S. Bankruptcy Court, Central District of California, Riverside, or (c) have filed claims in *Elisha Dubuclet, et al. v. Fleetwood Enterprises, Inc.*, USDC No. 07-9228, will be allowed to participate in the Fleetwood settlement.

2. Of those persons qualifying pursuant to (1) above (sometimes hereinafter referred to as "claimants"), only those who submit a Plaintiff Fact Sheet (as described in Pretrial Order No. 32) to the Special Master (see (5) below) on or by October 15, 2010 will be allowed to participate in the Fleetwood settlement. Solely for

purposes of evaluating entitlement to a share of the Fleetwood settlement, the Special Master will accept Plaintiff Fact Sheets only if the following sections are completed: II (concerning Personal Information); III.A and B (if applicable, concerning Case Information); and V.A(1), (2), (3), (4), (6), and (7) (concerning FEMA Trailer or Mobile Home Unit information). If a claimant is unable to provide a requested response, he or she should so indicate. **All claimants must sign the certification on the final page of the Plaintiff Fact Sheet or risk disqualification from the settlement process.**

3. If a claimant satisfies the above, he or she may only participate in the Fleetwood settlement if either the Plaintiff Fact Sheet or supplementary information developed during the matching process (more fully set forth in Amended Pretrial Order No. 68) supports the conclusion that the claimant resided in a Fleetwood-manufactured trailer or unit (i.e., the claimant has been "matched" to Fleetwood). This information (i.e., the matching information) shall be transmitted to the Special Master (see (5) below) in the form of an Excel spreadsheet as described in Section II.C(6)(d) of Amended Pretrial Order No. 68. Production of said spreadsheets does not displace the required production of Plaintiff Fact Sheets as mandated in (2) above. If a claimant seeks to prove that he or she resided in a Fleetwood-manufactured trailer or unit through a means other than that contemplated by Amended Pretrial Order No. 68, he or she must produce a statement describing such means with particularity, attaching any relevant proof.

4. To the extent that a claimant's counsel has any of the above information in electronic form, he or she is directed to forward said information in that form to the Special Master (see (5) below) **in addition to** the information described in (2) and (3) above.

5. All of the above submissions must be made to the Special Master at his email address (FEMA.Special.Master@pabmb.com) unless the Special Master specifically allows an alternative means of production. Any imaged documents, including but not limited to Plaintiff Fact Sheets, must be produced electronically in pdf form.

6. Barring extraordinary circumstances (to be evaluated on a case-by-case basis), compliance with the above is a necessary prerequisite to participating in the Fleetwood settlement. But compliance with the above does not guarantee that the claimant in question will receive an award, which will be determined in accordance with a methodology that will be promulgated after October 15, 2010.

New Orleans, Louisiana, this 14th day of September 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

3