UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § § § § § § § § § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br><br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT PERTAINS TO<br><br>CIVIL CASE NOS.  09-7069, 10-2183, 09-7824, 09-6956, 09-4712, 09-7819, 10-2325, 09-7068, 09-7921, 09-7818, 10-2223, 09-7816, 09-6943, 09-5989, 10-2220, 09-6957, 09-6955, 09-4711, 09-7532, 09-7828, 10-1267 | | |

**ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal against **Insurco Ltd.** is hereby, and in all things GRANTED.

New Orleans, Louisiana, this  15th  day of      September     , 2010.

_____
HONORABLE KURT ENGELHARDT