AO 440 (Rev. 12/09) Summons in a Civil Action    EDLA 10.2898

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Gary Anderson<br>*Plaintiff*<br>v.<br>Stewart Park Homes, Inc., et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1:10CV354 HSO-JMR<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
Through the Office of the U.S. Attorney for the Southern District of Mississippi
Don Burkhalter, United States Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 7-30-10

*Signature of Clerk or Deputy Clerk*

**2. Article Number**

7179 1000 1645 0015 6201

1. Article Addressed to:

Don Burkhalter, US Attorney
Southern District of MS
188 West Capitol Street
One Jackson Place, Suite 500
Jackson, MS 39201

File: G. Anderson v. Stewart Park, USDC SDMS 10-354

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Felicia Adams*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Felicia Adams

C. Date of Delivery: 9/7/10

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt