OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: _9-15-10_____

_Gwendolyn Sibley, et al_

vs.

_Keystone Industries, Inc. et al_

Case No. _10-2907_   Section ____

Dear Sir:

Please ((issue)) (~~strike~~) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) _Keystone RV Company, Inc. through David G. Thomas_
   (address) _2642 Hackberry Dr., Goshen, IN 46526_
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for _Hawkins Stracener & Gibson_
Address _153 Main St Bay St Louis, MS_
        _39520_

_I hereby certify
that all parties
have been matched._
_[Signature]_