AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

David Everett, et al. )
)
Plaintiff )
v. ) Civil Action No. 1:10cv370 HSO-JMR
Cavalier Home Builders, LLC )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cavalier Homes, Inc.
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Pk. Dr., Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 7/30/10

*Signature of Clerk or Deputy Clerk*



**2. Article Number**

7179 1000 1645 0015 6911

1. Article Addressed to:

Cavalier Homes, Inc through
The Corporation Company
2000 Interstate Pk. Dr.
Suite 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Laura Pagne
☐ Agent
☐ Addressee

B. Received by (Printed Name): Laura P
C. Date of Delivery: 9/9/10

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

File: Everett v. Cavalier, 10-370 SDMS

PS Form 3811                Domestic Return Receipt