AO 440 (Rev. 12/09) Summons in a Civil Action

EDLA 10-3003

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Carol Heavey, et al. <br> *Plaintiff* <br> v. <br> Bechtel National, Inc., et al. <br> *Defendant* | ) ) ) ) Civil Action No. 1:10cv358 HSO-JMR ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
Through the Office of the U.S. Attorney for the Southern District of Mississippi
Don Burkhalter, United States Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 7-30-10

*Signature of Clerk or Deputy Clerk*



| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500157277 | A. Signature  X _____ | ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) Renee Yancy | C. Date of Delivery 09/09/10 |
| 1. Article Addressed to:  US Attorney, Southern District of MS  Don Burkhalter  188 West Capitol Street  One Jackson Place, Suite 500  Jackson, MS 39201 | D. Is delivery address different from Item 1? ☐ Yes  If YES enter delivery address below: ☐ No | |
| | 3. Service Type ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |

File: Heavey v. Bechtel, 10-358, SDMS

PS Form 3811  Domestic Return Receipt