AO 440 (Rev. 12/09) Summons in a Civil Action    EDLA 10-2906

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Eugene Newsome | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 1: 10cu380HSO-JMR |
| Gulf Stream Coach, Inc., et al | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
Through the Office of the U.S. Attorney for the Southern District of Mississippi
Don Burkhalter, United States Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras
New Orleans, LA 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLE
CLERK OF COURT

Date: 7/30/10

_Signature of Clerk or Deputy Clerk_

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500157635 | A. Signature X _(signature)_ | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) Renee Vancey | C. Date of Delivery 9-10-10 |
| 1. Article Addressed to: US Attorney, Southern District of MS Don Burkhalter 188 West Capitol Street One Jackson Place, Suite 500 Jackson, MS 39201 | D. Is delivery address different from item 1? ☐ Yes If YES enter delivery address below: ☐ No | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

File: Newsome v. Gulf Stream, 10-380 SDMS

PS Form 3811          Domestic Return Receipt