AO 440 (Rev. 12/09) Summons in a Civil Action

*10-3004*

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Nancy Tedesco, et al. | ) | |
| Plaintiff | ) ) ) | |
| v. | ) | Civil Action No. 1: 10 cv 378 HSO - JMR |
| Dutchmen Manufacturing, Inc., et al. | ) ) ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America
　　　　　　　　　　　　　　　　　　Through the Office of the U.S. Attorney for the Southern District of Mississippi
　　　　　　　　　　　　　　　　　　Don Burkhalter, United States Attorney
　　　　　　　　　　　　　　　　　　188 East Capitol Street
　　　　　　　　　　　　　　　　　　One Jackson Place, Suite 500
　　　　　　　　　　　　　　　　　　Jackson, Mississippi 39201

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Justin I. Woods
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier & Warshauer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2800 Energy Centre
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1100 Poydras Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
*CLERK OF COURT*

Date: 7/30/2010

*Signature of Clerk or Deputy Clerk*



**2. Article Number**

7179 1000 1645 0015 8120

**1. Article Addressed to:**

US Attorney, Southern District of MS
Don Burkhalter
188 West Capitol Street
One Jackson Place, Suite 500
Jackson, MS 39201

Code2: Tedesco v. Dutchmen, 10-378, SDMS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X_MIKA DEANE PAIGE_ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
MITA DEANE PAIGE

C. Date of Delivery
9-13

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES enter delivery address below:

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811       Domestic Return Receipt