AO 440 (Rev. 12/09) Summons in a Civil Action    10-2900

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Gladys Walker | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:10cv364 HSO-JMR |
| Forest River, Inc., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bechtel National, Inc.
Through its Agent for Service of Process
C T Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 8-2-10

*Signature of Clerk or Deputy Clerk*

**COMPLETE THIS SECTION ON DELIVERY**

**2. Article Number**

7179 1000 1645 0015 8342

1. Article Addressed to:

Bechtel National, Inc. through
C T Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

A. Signature
X  Ratcliff
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Ratcliff

C. Date of Delivery
9-13-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES enter delivery address below:      ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Code2: G. Walker v. Forest River, 10-364, SDMS

Domestic Return Receipt

PS Form 3811