# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30451

MD07-1873-N

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------------------

ALANA ALEXANDER, Individually and on behalf of Christopher Cooper and Erica Alexander,

       Plaintiff - Appellant

v.

GULF STREAM COACH, INCORPORATED; FLUOR ENTERPRISES, INCORPORATED;
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency

       Defendants - Appellees

-----------------------------------

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

-----------------------------------

O R D E R:

    IT IS ORDERED that the opposed motion of appellee, United States of America, to supplement the record with additional record documents for the designated record is GRANTED.

/s/ CAROLYN DINEEN KING
_____
CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 14 2010
LORETTA G. WHYTE
CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana  10 SEP 2010

No. 10-30451

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

ALANA ALEXANDER, Individually and on behalf of Christopher Cooper and
Erica Alexander,

Plaintiffs – Appellants

v.

GULF STREAM COACH, INCORPORATED; FLUOR ENTERPRISES,
INCORPORATED; UNITED STATES OF AMERICA, through
the Federal Emergency Management Agency

Defendants - Appellees

On Appeal from the United States District Court
for the Eastern District of Louisiana,
Multi-District Litigation No. 07-1873, Section "N"

UNITED STATES' MOTION TO SUPPLEMENT THE
DESIGNATED RECORD FOR APPEAL

The United States hereby moves pursuant to 5th Cir. R. 27.1.11 to supplement the designated record for appeal in this case. In support of this motion, the United States shows, as follows:

1

1. On May 26, 2010, the Court entered an Order directing the parties to designate "those portions of the record relevant to the pending appeal," given that "the record in this case is extremely voluminous."

2. Subsequently, the parties conferred and agreed upon a designated record for the appeal. The United States based its input upon the factual representations and arguments that the government anticipated the Plaintiffs-Appellants would raise in their appellate brief, based upon the briefing of the motion to dismiss in the district court, which is the subject of this appeal.

3. Upon receiving Plaintiffs-Appellants' Brief, the United States realized that additional evidence in the record would be necessary to provide the Court with a complete record for evaluating the factual representations and arguments included within the Plaintiffs-Appellants' Brief, representations and arguments which had not been part of the briefing of the motion to dismiss in the district court.

4. In particular, the United States sought to designate a few additional record documents to supplement the designated record, consisting of less than 100 pages. These documents included:

| | |
|---|---|
| Rec. Doc. 196-11 | Kevin Souza Declaration |
| Rec. Doc. 1543-34 | David Garratt Declaration |
| Rec. Doc. 1543-35 | Kevin Souza Declaration |
| Rec. Doc. 2718-5 | Alexander Deposition Excerpts |

| Rec. Doc. 2718-11 | FEMA Trailer Brochure |
| Rec. Doc. 2718-12 | FEMA Fact Sheet |
| Rec. Doc. 2733-12 | Emergency Shelter – Agreement to Rules Of Occupancy |
| Rec. Doc. 2733-19 | Alexander Deposition Excerpts |

5. On August 18, 2010, counsel for the United States contacted counsel for Plaintiffs-Appellants seeking consent to these supplemental designations of the record. After repeated additional contacts by the United States with no response, counsel for Plaintiffs-Appellants finally responded on August 24, 2010, stating that they would not consent to the supplemental record designations. No reasons were provided for their objection.

6. Because these additional designations of the record are necessary for the Court to evaluate appropriately and fairly the factual representations and arguments on this appeal, the United States respectfully requests that the Court grant this motion to supplement the designated record.

Respectfully Submitted                     August 25, 2010

TONY WEST                                  J. PATRICK GLYNN
Assistant Attorney General                 Director, Torts Branch
Civil Division                             Environmental Torts

ANN RAVEL                                  DAVID S. FISHBACK
Deputy Assistant Attorney General          Assistant Director, Torts Branch
Civil Division, Torts Branch               Environmental Torts

                                           HENRY T. MILLER
                                           Senior Trial Counsel, Torts Branch
                                           Environmental Torts

ADAM M. DINNELL
MICHELLE G. BOYLE
MICHELE S. GREIF
JONATHAN WALDRON
Trial Attorneys, Torts Branch
Environmental Torts

      /s/ Adam Bain     /
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4209

Attorneys for Defendant-Appellee, United States

Dated: August 25, 2010

4

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that there are no required privacy redactions in this document, 5th Cir. R. 25.2.13, that the electronic copy is an exact copy of the paper document, 5th Cir. R. 25.2.1, and the document has been scanned for viruses with the most recent version of commercial scanning program and is free of viruses.

                                                              /s/ Adam Bain        /
                                            ADAM BAIN
                                            Senior Trial Counsel, Torts Branch

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2010, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record registered for CM/ECF filing. Any counsel of record who is not registered will be sent a copy via First Class Mail.

                                        /s/ Adam Bain
                                      ADAM BAIN
                                      Senior Trial Counsel, Torts Branch

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 10, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-30451   In Re: FEMA Trailer  
      USDC No. 2:07-MD-1873  
      USDC No. 2:09-CV-2892

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: *Dawn D. Victoriano*  
                      Dawn D. Victoriano, Deputy Clerk  
                      504-310-7717

P.S. To Ms. Whyte: Please certify the supplemental record within 15 days and notify this office as usual once it is complete.

Mr. John Adam Bain  
Mr. Adam Michael Dinnell  
Mr. Dominic J. Gianna  
Mr. Gerald Edward Meunier  
Mr. Charles Rene Penot Jr.  
Mr. Dewey Michael Scandurro  
Mr. Richard Allen Sherburne Jr.  
Mr. Andrew D. Weinstock  
Ms. Loretta Whyte  
Mr. Justin I Woods