
Case 2:07-md-01873-KDE-MBN   Document 16109   Filed 09/14/10   Page 1 of 6

A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Sep 14, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 14 2010
LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 30, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-32)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 766 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 14, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
 x  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                MDL No. 1873

EDLA SEC.N/5

## SCHEDULE CTO-32 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 1 10-654 | Colene Olsen, et al. v. Alliance Homes, Inc., et al. | 10-3120 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 10-345 | Billie Gilmore, et al. v. Bechtel National, Inc., et al. | 10-3121 |
| MSS 1 10-346 | Lydia Easterling, et al. v. Gulf Stream Coach, Inc., et al. | 10-3122 |
| MSS 1 10-347 | Linda Triplett, etc. v. Bechtel National, Inc., et al. | 10-3123 |
| MSS 1 10-348 | Virginia Anderson, et al. v. Forest River, Inc., et al. | 10-3124 |
| MSS 1 10-352 | Latasha Defendini v. Bechtel National, Inc., et al. | 10-3125 |
| MSS 1 10-353 | Charlotte Evans, et al. v. Alliance Homes, Inc., et al. | 10-3126 |
| MSS 1 10-355 | Alishia Williams, etc. v. Destiny Industries, LLC, et al. | 10-3127 |
| MSS 1 10-356 | Elizabeth Knight, et al. v. Bechtel National, Inc., et al. | 10-3128 |
| MSS 1 10-357 | Sarah Walker v. Dutchmen Manufacturing, Inc., et al. | 10-3129 |
| MSS 1 10-360 | Cynthia Holloway v. CH2M Hill Constructors, Inc., et al. | 10-3130 |
| MSS 1 10-361 | Herman Willis, et al. v. Cavalier Home Builders, LLC, et al. | 10-3131 |
| MSS 1 10-362 | William Dorsey v. Starcraft RV, Inc., et al. | 10-3132 |
| MSS 1 10-363 | Karl Albright v. Cavalier Home Builders, LLC, et al. | 10-3133 |
| MSS 1 10-365 | Rene Oliver v. DS Corp., et al. | 10-3134 |
| MSS 1 10-366 | Ken Stumpf, et al. v. TL Industries, Inc., et al. | 10-3135 |
| MSS 1 10-367 | Earl Ralleigh, et al. v. Bechtel National, Inc., et al. | 10-3136 |
| MSS 1 10-368 | Bobby Wesley, et al. v. CH2M Hill Constructors, Inc., et al. | 10-3137 |
| MSS 1 10-369 | Percy Beaugez, et al. v. Gulf Stream Coach, Inc., et al. | 10-3138 |
| MSS 1 10-371 | Crystal Floyd, et al. v. CH2M Hill Constructors, Inc., et al. | 10-3139 |
| MSS 1 10-372 | Kayla Fountain, et al. v. Keystone RV Co., et al. | 10-3142 |
| MSS 1 10-373 | Evelyn Terrell, et al. v. Alliance Homes, Inc., et al. | 10-3143 |
| MSS 1 10-375 | Patricia Morrison v. Gulf Stream Coach, Inc., et al. | 10-3144 |
| MSS 1 10-376 | Bobby Fairley, et al. v. Bechtel National, Inc., et al. | 10-3145 |
| MSS 1 10-377 | Kevin Knauts v. Bechtel National, Inc., et al. | 10-3146 |
| MSS 1 10-381 | Matasha Plaisance, et al. v. Bechtel National, Inc., et al. | 10-3147 |
| MSS 1 10-382 | Yvonne Anderson, et al. v. Keystone RV Co., et al. | 10-3148 |
| **TEXAS EASTERN** | | |
| TXE 1 10-442 | Deborah Evans v. Alliance Homes, Inc., et al. | 10-3149 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN:<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | MEMBERS:<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>Barbara S. Jones<br>United States District Court<br>Southern District of New York | DIRECT REPLY TO:<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |
|---|---|---|---|

September 14, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-32)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on August 30, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Jakeia Mells
Case Administrator

Attachments

cc:    Transferee Judge:    Judge Kurt D. Engelhardt

JPML Form 36C

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                          MDL No. 1873

## PANEL SERVICE LIST (CTO-32)

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
**dkurtz@bakerdonelson.com**

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
**gmeunier@gainsben.com**

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427
**fedcourtmail@rgplaw.com**

Ronnie G. Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427
**rgp@rgplaw.com**

Dennis C. Reich
REICH & BINSTOCK LLP
4265 San Felipe Street
Suite 1000
Houston, TX 77027
**dreich@reichandbinstock.com**

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
**andreww@duplass.com**

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## INVOLVED JUDGES LIST (CTO-32)

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building and U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Mark E. Fuller
Chief Judge, U.S. District Court
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. Halil S. Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## INVOLVED CLERKS LIST (CTO-32)

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701