MINUTE ENTRY
ENGELHARDT, J.
September 16, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES


    A telephone conference was conducted on Thursday, September 16, 2010, at 10:00 a.m.

Participating were Justin I. Woods, James C. Percy, and Ryan E. Johnson.

JS10(0:20)