UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION
                                                   SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On September 16, 2010, the Court held a telephone conference with the following counsel participating: Ryan Johnson, Jim Percy, and Justin Woods. During the conference, the upcoming Thor Industries bellwether trial was discussed. Counsel informed the Court that this bellwether trial will be a summary jury trial proceeding. The Court **ORDERED** as follows:

(1)   The November 8, 2010 bellwether trial is **CANCELLED**.

(2)   Alternative dates for the upcoming Thor Industries bellwether trial were discussed. Counsel are to let the Court know **by 5:00 p.m. today** of possible dates after January 1, 2011, on which to set this trial.

New Orleans, Louisiana, this 16th day of September, 2010.

                                                    _____
                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**