UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-3251 and
09-8320

## ORDER

In accordance with the Court's prior practice, **IT IS ORDERED** that all questionnaires for potential jurors in these cases shall be **DESTROYED** in order to protect the potential jurors' confidentiality. [This Order applies only to the Jury section of this Court and does not apply to the records kept by the attorneys in this case].

New Orleans, Louisiana, this 16th day of September, 2010.

        _____
        **KURT D. ENGELHARDT**
        UNITED STATES DISTRICT JUDGE

CC: Jury section