AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Karl Albright | ) |
| _Plaintiff_ | ) ) |
| v. | ) Civil Action No. | ; | Ocv 363 HSo-JmR |
| Cavalier Home Builders, LLC, et al. | ) ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cavalier Homes, Inc.
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Pk. Dr., Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**
*CLERK OF COURT*

Date:  8·2-10

_Signature of Clerk or Deputy Clerk_



| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | A. Signature ☐ Agent ☐ Addressee |
| 7179100016450015б140 | B. Received by (Printed Name) C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| Cavalier Homes, Inc.<br>Through The Corporation Company<br>2000 Interstate Pk Dr., Suite 204<br>Montgomery, AL 36109 | 3. Service Type ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) Yes |

File: Albright v. Cavalier USDC SDMS 10-363

PS Form 3811          Domestic Return Receipt