AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Virginia Anderson, et al. <br> *Plaintiff* <br> v. <br> Forest River, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:10 CV 348 HSO-JMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 8/4/10

*Signature of Clerk or Deputy Clerk*



**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Elle Hart*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Elle Hart
C. Date of Delivery: 9/7/10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES enter delivery address below:

2. Article Number: 71791000164500156249

1. Article Addressed to:

Forest River, Inc.
Through its Agent for Service
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

File: V. Anderson v. Forest River, USDC SDMS 10-348

Domestic Return Receipt

PS Form 3811