AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Yvette Anderson, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:10 cv382 HSO-JMR |
| Keystone RV Company, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America
Through the Office of the U.S. Attorney for the Southern District of Mississippi
Don Burkhalter, United States Attorney
188 East Capitol Street
One Jackson Place, Suite 500
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date:   7/30/10

Signature of Clerk or Deputy Clerk



| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179 1000 1645 0015 6270 | **A. Signature**<br>X _Felim Curh_ ☐ Agent ☐ Addressee<br>**B. Received by** (*Printed Name*)  **C. Date of Delivery**<br>Felicia Adams  9/7/10 |
| **1. Article Addressed to:**<br><br>Don Burkhalter, US Attorney<br>Southern District of MS<br>188 West Capitol Street<br>One Jackson Place, Suite 500<br>Jackson, MS 39201 | **D. Is delivery address different from item 1?** ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br><br>**3. Service Type** ☒ Certified<br><br>**4. Restricted Delivery?** (*Extra Fee*)  Yes |

File: Y Anderson v. Keystone RV SDMS 10-382

**PS Form 3811**          **Domestic Return Receipt**