AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Yvette Anderson, et al. <br><br> *Plaintiff* <br><br> v. <br><br> Keystone RV Company, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:10 cv382 HSO-JMR <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bechtel National, Inc.
Through its Agent for Service of Process
C T Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7/30/10

*Signature of Clerk or Deputy Clerk*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500156263 | A. Signature X [signature] | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) [signature] | C. Date of Delivery 9/7 |
| 1. Article Addressed to:<br><br>Bechtel National, Inc.<br>Through its Agent for Service<br>C T Corporation System<br>645 Lakeland East Dr., Suite 101<br>Flowood, MS 39232 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | Yes |

File: Y. Anderson v. Keystone RV, USDC SDMS 10-382

PS Form 3811           Domestic Return Receipt