AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| William Dorsey ) | |
| _____ ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 1:10Cv362 HSo-JmR |
| v. ) | |
| Starcraft RV, Inc., et al. ) | |
| _____ ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Starcraft RV, Inc.
Through its Agent for Service of Process
Glenn E. Killoren
121 West Franklin Street, Suite 200
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

*CLERK OF COURT*

Date: ___8-2-10___

_____
*Signature of Clerk or Deputy Clerk*



**2. Article Number**

|||||||||||||||||||||||||||||||||||||||||||||||||||||||

7179100016450015 bb 52

**1. Article Addressed to:**

Starcraft RV, Inc. through
Glenn E. Killoren
121 West Franklin Street
Suite 200
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  _Debra Haynes_   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

DEBRA HAYNES                          5-9-10

D. Is delivery address different from item 1?  ☐ Yes
If YES enter delivery address below:           ☐ No

3. Service Type          ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

File: Dorsey v. Starcraft RV, 10-362, SDMS

PS Form 3811                    Domestic Return Receipt