AO 440 (Rev. 12/09) Summons in a Civil Action

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br><br>**FORMALDEHYDE PRODUCTS**<br><br>**LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Deloris Booth, et al., v Keystone RV Company, et al.; Case No.1:09cv0844-HSO-JMR (MD-LA No. 2:10v-01365-KDE-ALC )* | **MDL NO. 1873**<br>SECTION: N(4)<br><br>**SUMMONS IN A CIVIL CASE**<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

TO: (Defendant's name and address)

**Keystone RV Company**
**Attn: David G. Thomas, Registered Agent**
**2642 Hackberry Drive**
**Goshen, IN  46526**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Denis Erwin Vega (Fed I.D. #100000)<br>4323 Division Street, Ste 110<br>Metairie, LA 70002<br>Phone:  (504) 913-8342 | Paul A. Dominick<br>Nexsen Pruet, LLC<br>P. O. Box 486<br>Charleston, SC  29402<br>Phone: (843) 577-9400 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Loretta G. Whyte
Name of clerk of court

_____
Deputy clerk's signature

Date: ___Sep 02 2010___

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Keystone RV Company, Inc.
was received by me on *(date)*   09/16/2010   .

☐ I personally served the summons on the individual at *(place)*
on *(date)*   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*   ; or

☐ I returned the summons unexecuted because   ; or

☒ Other *(specify)*: I served the Summons and First Amended Complaint and a copy of the original Complaint by depositing in the United States Postal Service, postage prepaid, certified mail, return receipt requested on Defendant, Keystone RV Company, Through its agent for service of process, David G. Thomas, on 09/2/2010.

My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/16/2010

*Server's signature*

Denise A. Leclerc, Paralegal
*Printed name and title*

Nexsen Pruet, LLC
P. O. Box 486
Charleston, SC  29402
*Server's address*

Additional information regarding attempted service, etc:

Case 2:07-md-01873-KDE-MBN Document 16138 Filed 09/17/10 Page 3 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keystone RV Company
Through its agent for service of process
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bildenbeck  ☒ Agent ☐ Addressee

B. Received by (Printed Name) Megan Bilderback
C. Date of Delivery 09/13/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7008 2810 0000 0705 8022

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Nexsen Pruet, LLC
205 KING STREET, SUITE 400
P.O. BOX 486
CHARLESTON SC 29402

039371.11 Keystone RV
DAC