AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Bobby Fairley, et al )
)
*Plaintiff* )
v. ) Civil Action No. 1:10CV376 HSO-JMR
Bechtel National, Inc., et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United State of America, Department of Justice
through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 7/30/10

*Signature of Clerk or Deputy Clerk*

USPS - Track & Confirm                                                                 Page 1 of 1



# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0015 6966**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:03 am on September 08, 2010 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Detailed Results:
- Delivered, September 08, 2010, 11:03 am, WASHINGTON, DC 20530
- Notice Left, September 08, 2010, 10:57 am, WASHINGTON, DC 20530
- Arrival at Unit, September 08, 2010, 7:50 am, WASHINGTON, DC 20022

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email. ( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**2. Article Number**

7179 1000 1645 0015 6966

**1. Article Addressed to:**

United States of America through
Eric Holder, U.S. Atty General
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

File: Fairley v. Bechtel, 10-376, SDMS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:      ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811   Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do   9/13/2010