AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Kevin Knauts )<br>_____ )<br>*Plaintiff* )<br>v. )<br>Bechtel National, Inc., et al. )<br>_____ )<br>*Defendant* ) | Civil Action No. 1:10 cv 377 HSO -JMR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLE
CLERK OF COURT

Date: 7/30/10

_____
*Signature of Clerk or Deputy Clerk*





**UNITED STATES POSTAL SERVICE**

Date: 09/16/2010

Cheryl Danos:

- The following is in response to your 09/16/2010 request for delivery information on your Certified Mail(TM) item number 7179 1000 1645 0015 7376. The delivery record shows that this item was delivered on 09/13/2010 at 05:14 AM in WASHINGTON, DC 20530 to J TUCKER. The scanned image of the recipient information is provided below.

Signature of Recipient: *Jason Tucker*

Address of Recipient: *Justice 20530*

Thank you for selecting the Postal Service for your mailing needs. If you require additional

---

**2. Article Number**

7179 1000 1645 0015 7376

**1. Article Addressed to:**

United States of America through
Eric Holder, U.S. Atty General
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below:  ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

File: Knauts v. Bechtel, 10-377, SDMS

PS Form 3811                    Domestic Return Receipt