UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that, pursuant to the settlement agreement entered into between certain plaintiffs and Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc., Fleetwood Homes of Georgia, Inc., and Fleetwood Travel Trailers of Maryland, Inc., American International Group, Inc., as well as the liability insurers of the Fleetwood interests, including, but not limited to, Gibraltar Insurance Company, Ltd. and American International Specialty Lines Insurance Company (now known as Chartis Specialty Insurance Company), and Starr Excess Liability Insurance Company (now known as Chartis Select Insurance Company),

(a) any and all claims, suits or actions against Fleetwood currently are to be filed in or transferred into this MDL, as well as any and all other claims, causes of action and lawsuits against Fleetwood arising out of the travel trailer, mobile home, manufactured housing units, and/or park models used as FEMA housing, or arising out of related claims of formaldehyde exposure, which have not been transferred yet into the MDL, including those which are subject to the automatic stay order entered in Fleetwood's bankruptcy proceedings;

(b) any and all claims, suits or actions filed against Fleetwood's insurers under the Louisiana Direct Action Statute ("Direct Action Cases) or similar statute, and either currently pending in the MDL or to be filed in or transferred to MDL;

    (c)    all claims filed in the federal bankruptcy proceedings entitled *In Re: Fleetwood Enterprises, Inc., et al*, Case No. 09-14254-MJ, pending in the U.S. Bankruptcy Court, Central District of California, Riverside Division; and

    (d)    the claims asserted in the case of *Elisha Dubuclet, et al v. Fleetwood Enterprises, Inc.*, USDC No. 07-9228

and specifically any such claims made or asserted herein against the following defendants and/or their insurers:

    (a)    Fleetwood Canada, Ltd.;

    (b)    Fleetwood Homes of North Carolina, Inc.;

    (c)    Fleetwood Homes of Georgia, Inc.;

    (d)    Fleetwood Travel Trailers of Maryland, Inc.;

    (e)    American International Group;

    (e)    Gibraltar Insurance Company, Ltd.;

    (f)    American International Specialty Lines Insurance Company (now known as Chartis Specialty Insurance Company);

    (g)    Star Excess Liability Insurance Company (now known as Chartis Select Insurance Company); and

    (h)    Morgan Buildings and Spas, Inc. to the extent the claims of this defendant are purely vicarious as to, and derivative of, the fault of Fleetwood, otherwise fully reserving to plaintiffs their claims against Morgan based upon independent fault,

are hereby dismissed with prejudice, each party to bear its own litigation costs; and

    IT IS FURTHER ORDERED that the claims of any plaintiff who presently is not matched as an occupant to an emergency housing unit manufactured by one or more of the settling defendants enumerated above, will be subject to dismissal with prejudice at such time as this matching may occur in the future, on the presentation of the appropriate motion confirming

any such plaintiff's participation in the protocol for the allocation and distribution of funds in connection with the above settlement.

      THIS DONE the _____ day of _____, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT