UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that, pursuant to the settlement agreement entered into between certain plaintiffs and Fleetwood Canada, Ltd., Fleetwood Homes of North Carolina, Inc., Fleetwood Homes of Georgia, Inc., Fleetwood Travel Trailers of Maryland, Inc., and American International Group, Inc., as well as the liability insurers of the Fleetwood interests, including, but not limited to, Gibraltar Insurance Company, Ltd. and American International Specialty Lines Insurance Company (now known as Chartis Specialty Insurance Company), and Starr Excess Liability Insurance Company (now known as Chartis Select Insurance Company), all pending claims made or asserted by or on behalf of plaintiffs in these proceedings against the following defendants and/or their insurers:

    (a)    Fleetwood Canada, Ltd.;

    (b)    Fleetwood Homes of North Carolina, Inc.;

    (c)    Fleetwood Homes of Georgia, Inc.;

    (d)    Fleetwood Travel Trailers of Maryland, Inc.;

    (e)    American International Group;

    (e)        Gibraltar Insurance Company, Ltd.;

    (f)        American International Specialty Lines Insurance Company (now known as Chartis Specialty Insurance Company);

    (g)        Star Excess Liability Insurance Company (now known as Chartis Select Insurance Company); and

    (h)        Morgan Buildings and Spas, Inc. to the extent the claims of this defendant are purely vicarious as to, and derivative of, the fault of Fleetwood, otherwise fully reserving to plaintiffs their claims against Morgan based upon independent fault,

are hereby dismissed with prejudice, each party to bear its own litigation costs; and

IT IS FURTHER ORDERED, more specifically, that the claims of plaintiffs in these proceedings against any of the above-listed defendants and/or insurers in the actions listed and identified on Exhibit A attached hereto, are hereby dismissed with prejudice, each party to bear its own litigation costs, (with the same limitation set forth above as to Morgan Buildings and Spas, Inc.); and

IT IS FINALLY ORDERED that claims against the above-listed defendants and/or insurers which are made or asserted by or on behalf of any plaintiffs in any action transferred into this MDL after the date of this Order, as well as claims against the above-listed defendants and/or insurers by or on behalf of any plaintiff hereafter matched as an occupant to an emergency housing unit manufactured by one or more of the above-listed settling defendant manufacturers, will be subject to dismissal with prejudice on the presentation of the appropriate motion confirming any such plaintiff's participation in the Special Master's protocol for the allocation and distribution of funds in connection with the above settlement.

THIS DONE the ____ day of _____, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT