**Fleetwood Insurers:**

- American International Specialty Lines Ins. Co.
- Gibraltar Insurance Co., Ltd. (RB)
- Starr Excess Liability Ins. Co., Ltd.
- Am. Int'l Group (AIG)

**Fleetwood Named:**

1.  *Duplessis v. Fleetwood Enterprises, Inc., et al* filed on November 1, 2007, in the United States District Court for the Eastern District of Louisiana, Docket No. 07-7783.

2.  *Huckabee, et al v. Fleetwood Enterprises, Inc., et al* filed on August 28, 2008, in the United States District Court for the Eastern District of Louisiana, Docket No. 08-4095.

3.  *Guillory, et al v. Fleetwood Enterprises, Inc., et al*, filed on February 27, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2891.

4.  *Smith, et al v. Fleetwood Enterprises, Inc., et al*, filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2909.

5.  *Devlin, et al v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2917.

6.  *Martin, et al v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2925.

7.  *Parker, et al. v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2931.

8.  *Bates, et al v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2932.

9.  *Torregano, et al. v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2937.

10. *Everidge, et al. v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2938.

11. *Demolle, et al. v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2941.

12. *Tasker, et al v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2945.

13. *Williams v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2946.

14. *Hart v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2947.

15. *Banister v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2948.

16. *Carter, et al. v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2956.

17. *Alexander, et al. v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009 filed on May 7, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2957.

18. *Gibson, et al. v. Fleetwood Enterprises, Inc., et al.* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2958.

19. *Markey, et al v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2968.

20. *Couch, et al v. Fleetwood Enterprises, Inc., et al* filed on March 2, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2970.

21. *Alexander, et al. v. Fleetwood Enterprises, Inc., et al.* filed on March 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2976.

22. *Brown, et al v. Fleetwood Canada, Ltd., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3884.

23. *Antoine, et al v. Fleetwood Canada, Ltd., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3916.

24. *Davalie,  et al v. Fleetwood Canada, Ltd., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3978.

25. *Watson, et al v. Fleetwood Canada, Ltd., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4058.

26. *Brown, et al v. Fleetwood Canada, Ltd., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4059.

27. *LaBranch, et al v. Fleetwood Canada, Ltd., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4060.

28. *Diaz, et al v. Fleetwood Canada, Ltd., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4061.

29. *Mince v. Fleetwood Enterprises, Inc., et al* transferred on August 5, 2008, to the United States District Court for the Eastern District of Louisiana, Docket No. 08-4094.

30. *Benn, et al v. Fleetwood Enterprises, Inc., et al.* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4104.

31. *Benn, et al v. Fleetwood Enterprises, Inc., et al.* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4107.

32. *Brown, et al v. Fleetwood Enterprises, Inc., et al.* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4110.

33. *Blaise, et al v. Fleetwood Enterprises, Inc., et al.* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4111.

34. *Dennis, et al v. Fleetwood Canada, Ltd., et al* filed on June 16, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4133.

35. *Semaj Brown, et al v. Fleetwood Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4851.

36. *Bruce El Mansura, et al v. Fleetwood Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4869.

37. *Patricia Amos, et al v. Fleetwood Enterprises, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4870.

38. *Larry Alexander, et al v. Fleetwood Enterprises, Inc., et al,* filed on September 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5273.

39. *Ada Holmes, et al v. Fleetwood Canada, Ltd., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana. Transferred to MDL, Docket No. 09-5520.

40. *Angelo Ash, et al v. Fleetwood Enterprises, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Southern District of Mississippi. Transferred to MDL, Docket No. 09-5541.

41. *James S. Adams, et al v. Fleetwood Canada, Ltd, et al,* filed on August 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5609.

42. *Geraldine Cass v. Fleetwood Canada, Ltd, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5717.

43. *James Williams v. Fleetwood Canada, Ltd., et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5771.

44. *Michael Brown, et al v. Fleetwood Enterprises, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5989.

45. *Joyce Favorite, et al v. Fleetwood Enterprises, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6014.

46. *Janet A. Gabriel, et al v. Fleetwood Canada, Ltd, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6016.

47. *Ernest Ricouard, et al v. Fleetwood Canada, Ltd, et al,* filed on September 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6018.

48. *Joan P. Decourcy, et al v. Fleetwood Canada, Ltd, et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6148.

49. *Augustine, et al v. Fleetwood Canada, Ltd., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6903.

50. *Johnson v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6910.

51. *Burrows, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6943.

52. *Williams, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6955.

53. *Long, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6956.

54. *Huynh, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6957.

55. *Albert, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7068.

56. *Steber, et al v. Fleetwood Enterprises, Inc., et al*, filed on October 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7069.

57. *Branch, et al v. Fleetwood Enterprises, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7529.

58. *Henderson, et al v. Fleetwood Enterprises, Inc.*, filed on December 9, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7532.

59. *Atkins, et al v. Fleetwood Enterprises, Inc.*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7554.

60. *Cox v. Fleetwood Canada, Ltd., et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7583.

61. *Finch, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7816.

62. *Sarver, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7818.

63. *Howard, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7819.

64. *Cole, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7824.

65. *Acker, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 23, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7828.

66. *Bosarge, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7921.

67. *Carr v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8025.

68. *Ayers, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8043.

69. *Chambers, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 6, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8060.

70. *Quinn, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 7, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8086.

71. *James, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8101.

72. *Fly, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8120.

73. *Jones, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8127.

74. *Ashton, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8147.

75. *Green, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8170.

76. *Anderson, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 26, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8186.

77. *Pfluger, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8234.

78. *Alston, et al v. Fleetwood Enterprises, Inc., et al*, filed on January 27, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8265.

79. *Bullock, et al v. Fleetwood Enterprises, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8291.

80. *Bowman, et al v. Fleetwood, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8643.

81. *Aubert, et al v. Fleetwood, et al* filed on December 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8647.

82. *Keyes v. Fleetwood Enterprises, Inc., et al* filed on February 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-222.

83. *Noel v. Fleetwood Canada, Ltd., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-229.

84. *Dow, et al v. Fleetwood Canada, Ltd., et al* filed on February 10, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-235.

85. *Karcher v. Fleetwood Canada, Ltd., et al* filed on February 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-241.

86. *Sigur v. Fleetwood Canada, Ltd., et al* filed on February 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-243.

87. *Lumpkins v. Fleetwood Enterprises, Inc., et al* filed on March 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-905.

88. *Coleman v. Fleetwood Enterprises, Inc., et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-912.

89. *Beasley v. Fleetwood Enterprises, Inc., et al* filed on April 8, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1052.

90. *Robinson, et al v. Fleetwood Enterprises, Inc., et al* filed on May 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1267.

91. *Cunningham, et al v. Fleetwood Enterprises, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2131.

92. *Liddell, et al v. Fleetwood Enterprises, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2140.

93. *Pittman, et al v. Fleetwood Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2183.

94. *Fowler, et al v. Fleetwood Enterprises, Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3402.

95. *Abbas, et al v. Fleetwood Enterprises, Inc., et al* filed on October 18, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3638.

96. *Brown, et al v. Fleetwood Enterprises, Inc., et al* filed on October 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-4046.

**Direct Action Suits – Fleetwood:**

97. *Devlin, et al v. Fleetwood Enterprises, Inc., et al* filed on October 18, 2007, in the United States District Court for the Eastern District of Louisiana, Docket No. 07-7018.

98. *Coleman, et al v. American International Specialty Lines Insurance Company, et al*, filed on June 12, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3851.

99. *Dickerson, et al v. Fluor Enterprises, Inc., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3873.

100.     *Tobias, et al v. Fluor Enterprises, Inc., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3880.

101.     *Smith, et al v. CH2M Hill Constructors, Inc., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3883.

102.     *Bartel, et al v. Gulf Stream Coach, Inc., et al* transferred on June 26, 2009, to the United States District Court for the Eastern District of Louisiana, Docket No. 09-3943.

103.     *Sherman, et al v. CH2M Hill Constructors, Inc., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4018.

104.     *Hewitt, et al v. Fluor Enterprises, Inc., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4022.

105.     *Hewitt, et al v. Fluor Enterprises, Inc., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4022.

106.     *DeGruy, et al v. Fluor Enterprises, Inc., et al* filed on June 15, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4024.

107.     *Jones, et al v. American International Specialty Lines Insurance Company, et al*, filed on June 16, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4126.

108.     *Caldwell, et al v. Fleetwood Enterprises, Inc., et al* filed on July 1, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4226.

109.     *Oldenburg, et al v. Fleetwood Enterprises, Inc., et al* filed on July 1, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4233.

110.     *Adams, et al v. Fleetwood Canada Ltd., et al* filed on July 10, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4371.

111.     *Ladner, et al v. Fleetwood Canada Ltd., et al* filed on July 10, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4372.

112.     *Carson, et al v. American International Specialty Lines Insurance Company, et al*, transferred on July 24, 2009 to the United States District Court for the Eastern District of Louisiana, Docket No. 09-4496.

113.     *Alexander, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4523.

114. *August, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4527.

115. *Amos, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4528.

116. *Alexander, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4566.

117. *Clayborne, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 30, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4648.

118. *Adams, et al v. Fleetwood Canada Ltd., et al* filed on July 30, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4669.

119. *Buie, et al v. Fleetwood Enterprises, Inc., et al* filed on July 31, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4711.

120. *Jefferson, et al v. Fleetwood Enterprises, Inc., et al* filed on July 31, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4712.

121. *Herring, et al v. American International Specialty Lines, et al* filed on July 31, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4760.

122. *Schmit, et al v. American International Specialty Lines, et al* filed on July 31, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4761.

123. *Bordelon, et al v. International Specialty Lines, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4802.

124. *Kuzupas, et al v. Fleetwood Corporation, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4809.

125. *Brister, et al v. American International Group Inc., et al* filed on July 31, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4828.

126. *Baas, et al v. American International Group Inc., et al* filed on July 31, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4830.

127. *Sabrina Derbigny, et al v. American International Group, et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4932.

128.     *Melvin Johnson, et al v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4943.

129.     *Karl Reed v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4949.

130.     *Ralph Gonzales, et al v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4957.

131.     *Shavon Banister, et al v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4968.

132.     *Elnora Brown, et al v. American International Group, Inc., et al,* filed on July 31, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5008.

133.     *Lynnette Harrison, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5247.

134.     *Ethel H. Williams, et al v. American International Group, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5307.

*135.*     *Mable Williams, et al v. American International Group, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5310.

136.     *Ryan Brookter, et al v. American International Group, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5312.

137.     *Ruth Copping, et al v. American International Group, et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5321.

138.     *Oscar Anderson, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5346.

139.     *Johnny Allen, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5347.

140.     *Marshell Banks, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5361.

141.     *Marshell Banks, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5374.

142.     *Oscar Anderson, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5375.

143.     *Johnny Allen, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5379.

144.     *Jaime Clark, et al v. American International Group, Inc., et al,* filed on August 3, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5380.

145.     *Alan Therence, et al v. Fluor Enterprises, Inc., et al,* filed on August 17, 2009 in the United States District Court for the Middle District of Louisiana. Transferred to MDL, Docket No. 09-5521.

146.     *Paula Hines, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5711.

147.     *Melvin O. Robiho, Sr., et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5712.

148.     *Warren A. Still v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5713.

149.     *Lynetta James v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5716.

150.     *Jamie Brown, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5718.

151.     *Terry Brown, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5719.

152.     *Robin Bowens, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5720.

153.     *Dave Charles, Jr., et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5751.

154.     *Tiffany Picquet, et al v. American International Group, et al,* filed on August 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5756.

155.     *Robin Fennidy, et al v. American International Group, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5924.

156.     *Donald Jarreau, et al v. American International Group, Inc., et al,* filed in the Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5925.

157.     *Pearlie Ratliff v. American International Group, Inc., et al,* filed in the 24th Judicial District Court for the Parish of Jefferson and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 4, 2009, Docket No. 09-5927.

158.     *Grace Guiostovia, et al v. Starr Excess Liability Insurance Company, Ltd, et al,* filed on September 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5951.

159.     *Laronda Williams, et al v. Starr Excess Liability Insurance Company, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5966.

160.     *Michael Parker v. American International Group, Inc., et al ,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-5996.

161.     *Pamela Farria, et al v. American International Group, Inc., et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6004.

162.     *Arthur Robinson, et al v. American International Group, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6007.

163.     *Etienne Mildred v. American International Group, et al,* filed on September 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6009.

164.     *Nancy Rivers, et al v. Starr Excess Liability Insurance Company, Ltd, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6020.

165.     *Paula Hines, et al v. Starr Excess Liability Insurance Company Ltd, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6021.

166.     *Julian Hamilton v. Starr Excess Liability Insurance Company, et al,* filed on August 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6036.

167.     *William Barker v. American International Group, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6158.

168.     *Sharon Stewart v. American International Group, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6175.

169.     *Alice Wilson, et al v. American International Group, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6190.

170.     *Nettie Ceaser v. American International Group, Inc., et al,* filed on September 11, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6205.

171.     *Dinah W. Henderson v. American International Group, Inc., et al*, filed on September 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6210.

172.     *Nathaniel Malone, Sr., et al v. American International Group, Inc., et al,* filed in Civil District Court for the Parish of Orleans and removed to the United States District Court for the Eastern District of Louisiana. Transferred to MDL on September 11, 2009, Docket No. 09-6251.

173.     *George Basile, Jr., et al v. Fluor Enterprises, Inc., et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6276.

174.     *Constance Clark v. American International Group, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6290.

175.     *Stacey Tobias v. American International Group, et al,* filed on September 14, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6292.

*176.*     *Mitchell v. Fluor Enterprises, Inc., et al*, filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-3851.

177.     *Marshall Banks v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6332.

178.     *Cathy Bosarge, et al v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6343.

179.     *William Barker v. American International Group, Inc., et al,* filed on September 15, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6350.

180.     *Gregory Campbell v. American International Group, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 22, 2009, Docket No. 09-6404.

181.     *Glenda Jefferson, et al v. American International Group, Inc., et al,* filed in the United States District Court for the Middle District of Louisiana. Transferred to MDL on September 21, 2009, Docket No. 09-6408.

182.     *Mildred Etienne, et al v. American International Group, et al,* filed on September 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6569.

183.      *Edward Bergeron, Jr. v. Fluor Enterprises, Inc., et al,* filed on September 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6585.

184.      *Ellis v. American International Specialty Lines Insurance Company, et al*, filed on October 13, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6703.

185.      *Lewis, et al v. Starr Excess Liability Insurance Company, Ltd., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6980.

186.      *Watzke, et al v. Starr Excess Liability Insurance Company, Ltd., et al*, filed on October 19, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-6989.

187.      *Adams, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7267.

188.      *Lewis, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7276.

189.      *Abshire, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7287.

190.      *Anatole, et al v. American International Group, Inc., et al*, filed on November 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7288.

191.      *Tolliver, et al v. American International Group, et al*, filed on December 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7590.

192.      *Taplin v. American International Group Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7689.

193.      *Dupree, et al v. American International Group, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7775.

194.     *Harrison, Jr. v. American International Group, Inc., et al*, filed on December 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7777.

195.     *Black, et al v. American International Group Inc., et al*, filed on January 5, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7864.

196.     *Gennings, et al v. American International Group Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7865.

197.     *Carter, et al v. American International Group, Inc., et al*, filed on February 3, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7882.

198.     *Turner v. American International Group Inc., et al*, filed on January 29, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7884.

199.     *Royal, et al v. American International Group Inc., et al*, filed on January 4, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7886.

200.     *Jouet, Sr., et al v. American International Group, Inc., et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7900.

201.     *Teague, et al v. American International Group, Inc., et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7928.

202.     *Gonzalez, et al v. American International Group, Inc., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7931.

203.     *Adams, et al v. American International Group, et al*, filed on January 15, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-7957.

204.     *Jefferson, et al v. American International Specialty Lines Ins. Co., et al*, filed on January 14, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8007.

205.     *Taylor v. American International Group Inc., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8299.

206.     *McCoy v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8319.

207.     *Harness, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8337.

208.     *Hamilton, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8340.

209.     *Heintz, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8350.

210.     *Boutte, et al v. American International Group, et al*, filed on February 1, 2010 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8352.

*211.*     *Green, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8355.

212.     *Harness, et al v. American International Group, et al*, filed on December 29, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8357.

213.     *Bargeman, et al v. American International Specialty Lines Insurance Company, et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8360.

214.     *White, et al v. American International Specialty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8363.

215.     *Achane, et al v. American International Specialty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8376.

216.     *Knightshead, et al v. American International Specialty Lines Ins. Co., et al*, filed on December 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8377.

217.     *Barnes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8521.

218.     *Graf, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8522.

219.     *Barnes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8523.

220.     *Jackson, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8524.

221.     *Hayes, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8525.

222.     *Brown, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8526.

223.     *Livaudais, et al v. American International Specialty Lines Co., et al* filed on December 29, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8527.

224.     *Banks, et al v. American International Group, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8741.

225.     *Crutchfield, et al v. American International Group, Inc., et al* filed on December 28, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-8745.

226.     *Burl-Marshall v. American International Group, Inc., et al* filed on January 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-30.

227.     *Haley, et al v. American International Specialty Lines Insurance Company, et al* filed on February 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-238.

228.     *Mauri v. American International Group, Inc., et al* filed on February 12, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-245.

229.     *Terance, et al v. American International Specialty Lines Co., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-430.

230.     *Champagne, et al v. American International Specialty Lines Insurance Company, et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-432.

231.     *Frey, et al v. American International Specialty Lines Ins. Co., et al* filed on February 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-434.

232.     *McCoy, et al v. Fluor Enterprises, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-448.

233.     *McCoy, et al v. Fluor Enterprises, Inc., et al* filed on February 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-451.

234.     *Geraci, et al v. CH2M Hill Constructors, Inc., et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-463.

235.     *Simien, et al v. American International Group, et al* filed on February 26, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-469.

236.     *Adams, et al v. American International Group, et al* filed on March 3, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-508.

237.     *Williams v. American International Group, Inc., et al* filed on March 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-548.

238.     *Guidry, et al v. American International Group, Inc., et al* filed on March 4, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-569.

239.     *Arcement, et al v. American International Group, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-739.

240.     *Ranton v. American International Group, et al* filed on March 1, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-776.

241.     *Sigur v. American International Group, et al* filed on March 19, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-927.

242. *Davis, et al v. American International Group, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-992.

243. *Connors, et al v. American International Group, Inc., et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-993.

244. *Augustine v. American International Group, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-995.

245. *Akrias, et al v. American International Group, et al* filed on March 29, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1002.

246. *Barden, et al v. American International Group, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1035.

247. *Henderson, et al v. American International Group, Inc., et al* filed on April 9, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-1039.

248. Bennett, et al v. R-Vision, Inc., et al. transferred on December 28, 2009 to the United States District Court for the Eastern District of Louisiana, Docket No. 10-1040.

249. *Henicke, et al v. American International Specialty Lines Insurance Company, et al* filed on July 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2022.

250. *Walker, et al v. Fleetwood Enterprises, Inc., et al* filed on July30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2220.

251. *Carr, et al v. Fleetwood Enterprises, Inc., et al* filed on July 30, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2223.

252. *Foster, et al v. Fleetwood Enterprises, Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2325.

253. *Anderson, et al.v. American International Group Inc., et al* transferred on August 2, 2010, to the United States District Court for the Eastern District of Louisiana, Docket No. 10-2342.

254. *Rupp, et al v. American International Group Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2385.

255.     *Lagarde, et al v. American International Group Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2386.

256.     *Barard, et al v. American International Group Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2407.

257.     *Brown, et al.v. American International Group Inc., et al* filed on August 2, 2010, to the United States District Court for the Eastern District of Louisiana, Docket No. 10-2441.

258.     *Jones, et al.v. American International Group Inc., et al* filed on August 2, 2010, to the United States District Court for the Eastern District of Louisiana, Docket No. 10-2442.

259.     *Berry, et al.v. American International Group Inc., et al* filed on August 2, 2010, to the United States District Court for the Eastern District of Louisiana, Docket No. 10-2462

260.     *Lewis, et al.v. American International Group Inc., et al* filed on August 2, 2010, to the United States District Court for the Eastern District of Louisiana, Docket No. 10-2463.

261.     *Nelson, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2479.

262.     *Brown, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2491.

263.     *White, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2517.

264.     *Johnson, et al v. American International Specialty Lines Insurance Company, et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2555.

265.     *Parker v. American International Specialty Lines Insurance Company, et al* filed on August 11, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2587.

266.	*Wentzell v. American International Group Inc., et al* filed on August 24, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2589.

267.	*Taylor, et al v. American International Specialty Lines Ins. Co., et al* filed on August 23, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-2591.

268.	*Crawford, et al v. Fleetwood Enterprises, Inc., et al* filed on February 27, 2009, in the United States District Court for the Eastern District of Louisiana, Docket No. 09-2893.

269.	*Davis, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3526.

270.	*Victoriana, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3527.

271.	*Caruso, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3528.

272.	*Adams, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3529.

273.	*Ament, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3530.

274.	*Martin, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3531.

275.	*Arcement, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3539.

276.	*Kunli, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3540.

277.     *LaFrance v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3541.

278.     *Flores, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3545.

279.     *Adams, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3546.

280.     *Howard, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3547.

281.     *Rodi, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3560.

282.     *Biddie, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3561.

283.     *Rome-Cutrer, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3563.

284.     *Longo, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3564.

285.     *Wild, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3565.

286.     *Navarette, et al v. American International Group Inc., et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3566.

287.     *Pittman, et al v. American International Specialty Lines Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3605.

288.     *Thomas, et al v. American International Specialty Lines Insurance Company, et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3625.

289.     *Thomas, et al v. American International Specialty Lines Insurance Company, et al* filed on October 13, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3628.

290.     *Duplessis, et al v. American International Specialty Lines Insurance Company, et al* filed on October 14, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3629.

291.     *Cutrer, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3690.

292.     *Adams, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3691.

293.     *Baumy, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3705.

294.     *Keaton, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3727.

295.     *Bell, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3736.

296.     *Estrada, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3739.

297.     *Jones, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3758.

298.     *Barard, et al v. American International Group Inc., et al* filed on August 2, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3925.

299.     *Carter, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3931.

300.     *Larocca, et al v. American International Group Inc., et al* filed on October 15, 2010, in the United States District Court for the Eastern District of Louisiana, Docket No. 10-3935.