OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

    Date: September 20, 2010

    In re: FEMA Trailer Litigation
          No. 07-1873 as relates to

    LAKISHA WILLIAMSON V.
    HY-LINE ENTERPRISES, INC., ET AL.

    CASE NO. 10-3006

Dear Sir:

Please **issue** summons on the **complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street, Washington, DC 20472.

    Very truly yours,

    */s/ Justin I. Woods*
    JUSTIN I. WOODS
    Gainsburgh, Benjamin, David, Meunier
    & Washauer, LLC
    2800 Energy Centre, 1100 Poydras St.
    New Orleans, LA 70163
    (504) 522-2304
    Attorney for Plaintiff