OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date:   September 20, 2010

In re:  FEMA Trailer Litigation
        No. 07-1873 as relates to

JACKIE DILLON, ET AL V.
FOREST RIVER, INC., ET AL.

CASE NO. 10-2911

Dear Sir:

Please **issue** summons on the **complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street, Washington, DC 20472.

Very truly yours,

*[signature]*
JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff