OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date:   September 20, 2010

In re:  FEMA Trailer Litigation
        No. 07-1873 as relates to

        ALISHIA WILLIAMS, ET AL V.
        DESTINY INDUSTRIES, LLC.

        CASE NO. 10-3127

Dear Sir:

Please **issue** summons on the **complaint** to the following:

1. Destiny Industries, LLC, through its agent for service of process, Lester M. Castellow, 700 South Main Street, Moultrie, GA 31768.

Very truly yours,

/s/ Justin I. Woods

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff