**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-3482 | | * | |
| *Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al.* | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. have been contacted and have been unable to respond to date.

      */s/ Hugh P. Lambert*
      HUGH P. LAMBERT, ESQ. (LA Bar #7933)
      LINDA J. NELSON, ESQ. (LA Bar #9938)
      LAMBERT & NELSON, PLC
      701 Magazine Street
      New Orleans, Louisiana 70130
      Telephone:  (504) 581-1750
      Facsimile:  (504) 529-2931
      hlambert@lambertandnelson.com
      lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of September, 2010.

                                                                                       */s/ Hugh P. Lambert*
                                                                                      HUGH P. LAMBERT, ESQ. (LA Bar #7933)