UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-3559 | * | |
| *Lorelei Augustine, et al. vs. Sunray RV, LLC, et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Honorable Court to allow them to amend their Original Complaint for Damages by naming the United States of America, through the Federal Emergency Management Agency (FEMA), as a defendant in the above referenced case.

The Plaintiffs in the above listed case seek leave to name FEMA as a defendant in their individual actions because since the time of the filing of their Original Complaint for Damages, their administrative claims have been exhausted. Upon information and belief, each named Plaintiff in the above listed case timely filed an administrative claim pursuant to the Federal Tort Claims Act. For each Plaintiff, either the minimum six months have passed since the filing of their claim, with no final disposition made by FEMA, or Plaintiffs have received final disposition of their claims within the past six months.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant their Motion for Leave to File First Supplemental and Amending Complaint for Damages.

1

Respectfully submitted:


BY:     */s/ Hugh P. Lambert, Esq.*
        HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
        LINDA J. NELSON, ESQ. (LA Bar # 9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of September, 2010.

        */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)

2