**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:          **FEMA TRAILER FORMALDEHYDE**          *          **MDL NO. 1873**
                **PRODUCT LIABILITY LITIGATION**          *
                                                         *          **SECTION "N-5"**
**THIS DOCUMENT IS RELATED TO: 09-3559**                 *
*Lorelei Augustine, et al. vs. Sunray RV, LLC, et al.*   *          **JUDGE ENGELHARDT**
                                                         *
                                                         *          **MAG. JUDGE CHASEZ**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing Motion.

THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE