IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>Section "N" (5) |
| This document relates to<br>CA 09-8654 Hendrix v. Lakeside<br>Park Homes, et al.<br>Plaintiffs 30,31,43,44,45,47 | Judge Kurt D. Englehardt<br>Magistrate Alma L. Chasez |

## MOTION TO ADMIT VISITING ATTORNEY

Defendant Agbayani Construction Corporation, through undersigned local counsel, moves this Court to grant admission, ex parte, pursuant to Local Rule 83.2.6, to Heidi Gumienny, of Gordon & Rees, LLP, 1900 West Loop South, Suite 1000, Houston, Texas 77027, to appear and participate as co-counsel in this matter.

Attached to this Motion is a Certificate of Good Standing from the appropriate court in Texas, as well as an affidavit of Heidi Gumienny attesting to the fact that no disciplinary proceedings or criminal charges have been instituted against her.

Respectfully submitted,

/s/ Janet L. MacDonell
Janet L. MacDonell, Bar #17315
21452 Lowe Davis Rd.
Covington, LA 70435
985 867 9971/504 451 6382
Jmacdonell4@cox.net
AGBAYANI CONSTRUCTION
CORPORATION

And

**GORDON & REES, L.L.P.**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

     I hereby certify that on September 22, 2010, a true and correct copy of the Motion to Admit Visiting Attorney and Ex Parte Order was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*Janet L. MacDonell*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS B. HENDRIX, et al. | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 09-8654 |
| LAKESIDE PARK HOMES, INC, et al. | § § § | |
| Defendants. | § | |

## AFFIDAVIT OF HEIDI J. GUMIENNY

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

Before me, the undersigned notary, on this day personally appeared Heidi J. Gumienny, a person whose identity is known to me. After I administered an oath to her, upon her oath she said:

1. "My name is Heidi J. Gumienny. I am of sound mind, over the age of 18 years, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge, and are true and correct.

2. I am an attorney licensed to practice in Texas. I obtained my license with the State Bar of Texas in November, 2004. I am currently practicing with the firm of Gordon & Rees, LLP, as Senior Counsel in its Houston office.

3. Neither the State Bar of Texas nor any other state or federal bar has ever initiated any disciplinary proceedings against me, from the date of my licensure to the present. I have never had any criminal charges instituted against me.

4. Further, Affiant sayeth not."

_____
Heidi J. Gumienny

  Sworn to and subscribed before me by Heidi J. Gumienny on the 9th day of September, 2010.

                 _____
                 Notary Public in and for
                 The State of Texas

[Notary Seal: REBECCA JOYCE REISIG, NOTARY PUBLIC, STATE OF TEXAS, MY COMMISSION EXPIRES MAY 21, 2011]

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Heidi Jean Gumienny**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2002.

I further certify that the records of this office show that, as of this date

**Heidi Jean Gumienny**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 15th day of September, 2010.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 0915H

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.