IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>Section "N" (5) |
| This document relates to<br>CA 09-8654 Hendrix v. Lakeside<br>Park Homes, et al.<br>Plaintiffs 30,31,43,44,45,47 | Judge Kurt D. Englehardt<br>Magistrate Alma L. Chasez |

## EX PARTE ORDER

Considering the motion of Agbayani Construction Corporation, through local counsel, and supporting Certificate of Good Standing and affidavit of Heidi Gumienny,

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Heidi Gumienny, of Gordon & Rees, LLP, Houston, Texas, be admitted pursuant to Rule 83.2.6 as a visiting attorney in this matter.

New Orleans, LA this ____ day of _____, 2010.

                                                                              _____
                                                                              U.S. District Judge