UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-3867 | * | |
| *Earle Bryant, III vs. Crum & Forster Specialty* | * | JUDGE ENGELHARDT |
| *Insurance Co., et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

Plaintiff respectfully moves this Honorable Court to allow him to amend his Original Complaint for Damages and his First Supplemental and Amending Complaint for Damages by naming the United States of America, through the Federal Emergency Management Agency (FEMA), as a defendant in the above referenced case.

The Plaintiff in the above listed case seeks leave to name FEMA as a defendant in his individual actions because since the time of the filing of his Original Complaint for Damages and his First Supplemental and Amending Complaint for Damages, his administrative claim has been exhausted. Upon information and belief, the named Plaintiff in the above listed case timely filed an administrative claim pursuant to the Federal Tort Claims Act. For Plaintiff, either the minimum six months have passed since the filing of his claim, with no final disposition made by FEMA, or Plaintiff has received final disposition of his claim within the past six months.

Accordingly, Plaintiff respectfully requests that this Honorable Court grant his Motion for Leave to File Second Supplemental and Amending Complaint for Damages.

1

Respectfully submitted:

BY:     _/s/ Hugh P. Lambert, Esq._
        HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
        LINDA J. NELSON, ESQ. (LA Bar # 9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of September, 2010.

        _/s/ Hugh P. Lambert_
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)

2