### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| | **PRODUCT LIABILITY LITIGATION** | * | |
| | | * | **SECTION "N-5"** |
| **THIS DOCUMENT IS RELATED TO:  09-3867** | | * | |
| ***Earle Bryant, III vs. Crum & Forster Specialty*** | | * | **JUDGE ENGELHARDT** |
| ***Insurance Co., et al.*** | | * | |
| | | * | **MAG. JUDGE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel of record for Crum & Forster Specialty Insurance Co. has been contacted and does not object to Plaintiff's Second Supplemental and Amending Complaint for Damages as it only applies to adding the United States of America through the Federal Emergency Management Agency as a Defendant in this matter.  Counsel for Sentry Insurance A Mutual Company, and Fluor Enterprises, Inc. have also been contacted and have been unable to respond to date.

 */s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-1750
Facsimile:  (504) 529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of September, 2010.

_/s/ Hugh P. Lambert_
HUGH P. LAMBERT, ESQ. (LA Bar #7933)