## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**THIS DOCUMENT PERTAINS TO**

Doc # 10-2032;
Jessica Acevedo, et al. v. CH2M Hill Constructors, Inc. et al.

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53 AND CTO-26

In compliance with Pretrial Order 53 (Rec. Doc. 9073) and pursuant to CTO-26, Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

### Amended Exhibit "A"

**Installed by Bechtel National, Inc.**

Jessica Acevedo
36 Henry Road
Foxworth, MS 39483
**Compensatory Damages: $185,000.00**

Shaunecy Regan, Minor, Jessica Acevedo, Mother and Personal Representative
36 Henry Road
Foxworth, MS 39483
**Compensatory Damages: $290,000.00**

Jeffrey Banks
8067 Leflore Street
Bay St. Louis, MS 39520
**Compensatory Damages: $190,000.00**

Melanie Bass
10041 3rd Avenue
D'Iberville, MS 39540
**Compensatory Damages: $220,000.00**

Antonio Bilbo
1510 Convent Avenue
Pascagoula, MS 39567
**Compensatory Damages: $110,000.00**

Antonio Bilbo, Jr., Minor, Stacey Bourg, Mother and Personal Representative
1510 Convent Avenue
Pascagoula, MS 39567
**Compensatory Damages: $110,000.00**

Jullian Bilbo, Minor, Stacey Bourg, Mother and Personal Representative
1510 Convent Avenue
Pascagoula, MS 39567
**Compensatory Damages: $110,000.00**

Kaileigh Bilbo, Minor, Stacey Bourg, Mother and Personal Representative
1510 Convent Avenue
Pascagoula, MS 39567
**Compensatory Damages: $110,000.00**

Keeleigh Bilbo, Minor, Stacey Bourg, Mother and Personal Representative
1510 Convent Avenue
Pascagoula, MS 39567
**Compensatory Damages: $110,000.00**

Stacey Bourg
1510 Convent Avenue
Pascagoula, MS 39567
**Compensatory Damages: $110,000.00**

Donna M. Broadus
4408 North Pascagoula Street
Pascagoula, MS 39567
**Compensatory Damages: $260,000.00**

Glen Bynum
25 Dogwood Drive
Carriere MS, 39426
**Compensatory Damages: $340,000.00**

Shamira Ryana Bynam, Minor, Glen Bynam, Father and Personal Representative
25 Dogwood Drive
Carriere, MS 39426
**Compensatory Damages: $120,000.00**

Liza Manalo Torrizo Bynam
25 Dogwood Drive
Carriere, MS 39426
**Compensatory Damages: $340,000.00**

Tamecca Carter
342 Lee Street
Biloxi, MS 39530
**Compensatory Damages: $340,000.00**

Raikene Edwards, Minor, Tamecca Carter, Mother and Personal Representative
342 Lee Street
Biloxi, MS 39530
**Compensatory Damages: $195,000.00**

Dana Clark
108 Ashley Place
Ocean Springs, MS 39564
**Compensatory Damages: $410,000.00**

William Clark
108 Ashley Place
Ocean Springs, MS 39564
**Compensatory Damages: $410,000.00**

Harriet Davenport
40 Curve Road
Wiggins, MS 39577
**Compensatory Damages: $370,000.00**

Anita Elliot
943 Mary Ruth Drive
Gulfport, MS 39507
**Compensatory Damages: $120,000.00**

Ameera Davis, Minor, Anita Elliot, Mother and Personal Representative
943 Mary Ruth Drive
Gulfport, MS 39507
**Compensatory Damages: $190,000.00**

Trevon Posey, Minor, Anita Elliot, Mother and Personal Representative
943 Mary Ruth Drive
Gulfport, MS 39507
**Compensatory Damages: $190,000.00**

Ricjeana Franck
9524 Hwy 613, Apt. 3A
Moss Point, MS 39562
**Compensatory Damages: $250,000.00**

Loyd Franks, Jr.
1276 Hwy 49
Perkinston, MS 39573
**Compensatory Damages: $230,000.00**

Lacey Galjour
15501 Krohn Road
Ocean Springs, MS 39564
**Compensatory Damages: $340,000.00**

Devin Lawrence, Minor, Lacey Galjour, Mother and Personal Representative
15501 Krohn Road
Ocean Springs, MS 39564
**Compensatory Damages: $195,000.00**

Dayton Lawrence, Minor, Lacey Galjour, Mother and Personal Representative
15501 Krohn Road
Ocean Springs, MS 39564
**Compensatory Damages: $195,000.00**

Larry Gillum
1109 Dovernay Street
Waveland, MS 39576
**Compensatory Damages: $220,000.00**

Janice Gillum
1109 Dovernay Street
Waveland, MS 39576
**Compensatory Damages: $135,000.00**

Tyisha Viola Gillum, Minor, Janice Gillum, Mother and Personal Representative
1109 Dovernay Street
Waveland, MS 39576
**Compensatory Damages: $135,000.00**

Cory Gillum
1109 Dovernay Street
Waveland, MS 39576
**Compensatory Damages: $220,000.00**

Larry Henry
1109 Dovernay Street
Waveland, MS 39576
**Compensatory Damages: $135,000.00**

Lennie Givens
6041 East De Soto
Bay St. Louis, MS 39520
**Compensatory Damages: $450,000.00**

Tiffany Amber Rancatore, Minor, Lennie Givens, Grandmother and Personal Representative
6041 East De Soto
Bay St. Louis, MS 39520
**Compensatory Damages: $250,000.00**

Sabrina Marie Rancatore, Minor, Lennie Givens, Grandmother and Personal Representative
6041 East De Soto
Bay St. Louis, MS 39520
**Compensatory Damages: $250,000.00**

Tameka Hall
3409 Detroit Avenue
Pascagoula, MS 39581
**Compensatory Damages: $100,000.00**

Barbara Hannah
101 Hayden Avenue
Pass Christian, MS 39571
**Compensatory Damages: $140,000.00**

Patricia Harper
702 North Russell Street

Portland, TN 37148
**Compensatory Damages: $170,000.00**

Mattox Hart, Minor, Cassie Hart, Mother and Personal Representative
4160 Cassimir Avenue
D'Iberville, MS 39532
**Compensatory Damages: $260,000.00**

Virginia Harwell
13500 Jim Ramsey Road
Ocean Springs, MS 39565
**Compensatory Damages: $135,000.00**

Joe Hyde
1304 Chalmette Avenue
Ocean Springs, MS 39564
**Compensatory Damages: $120,000.00**

Margie James
9408 Shiprock Street
Moss Point, MS 39562
**Compensatory Damages: $250,000.00**

Dustin James, Minor, Margie James, Mother and Personal Representative
9408 Shiprock Street
Moss Point, MS 39562
**Compensatory Damages: $250,000.00**

Raven James, Minor, Margie James, Mother and Personal Representative
9408 Shiprock Street
Moss Point, MS 39562
**Compensatory Damages: $250,000.00**

Royce James
9408 Shiprock Street
Moss Point, MS 39562
**Compensatory Damages: $230,000.00**

Joshua Jessie
Post Office Box 1203
Ocean Springs, MS 39564
**Compensatory Damages: $340,000.00**

Carolyn Jones
2005 29th Avenue
Gulfport, MS 39501
**Compensatory Damages: $150,000.00**

Charles Kiesling
1612 Laurel Glen Road
Gautier, MS 39553
**Compensatory Damages: $160,000.00**

Leon Morrison, Minor, Charles Kiesling, Father and Personal Representative
1612 Laurel Glen Road
Gautier, MS 39553
**Compensatory Damages: $160,000.00**

Marcelyn Cornelison
1612 Laurel Glen Road
Gautier, MS 39553
**Compensatory Damages: $160,000.00**

John Wesley Cornelison
1612 Laurel Glen Road
Gautier, MS 39553
**Compensatory Damages: $160,000.00**

Louis Krause, Jr.
16 Gilbert Lake Road
Poplarville, MS 39470
**Compensatory Damages: $480,000.00**

Raquel M. Krause
16 Gilbert Lake Road
Poplarville, MS 39470
**Compensatory Damages: $180,000.00**

Nikolas Krause, Minor, Raquel M. Krause, Mother and Personal Representative
16 Gilbert Lake Road
Poplarville, MS 39470
**Compensatory Damages: $265,000.00**

Dustin Krause, Minor, Raquel M. Krause, Mother and Personal Representative
16 Gilbert Lake Road
Poplarville, MS 39470
**Compensatory Damages: $265,000.00**

Louis Krause, III, Minor, Raquel M. Krause, Mother and Personal Representative
16 Gilbert Lake Road
Poplarville, MS 39470
**Compensatory Damages: $265,000.00**

Dillon Barone, Minor Raquel M. Krause, Mother and Personal Representative
16 Gilbert Lake Road
Poplarville, MS 39470
**Compensatory Damages: $480,000.00**

Melissa Manning
6425 Irwin Lane
Vancleave, MS 39565
**Compensatory Damages: $175,000.00**

Jaycie Ely, Minor, Melissa Manning, Mother and Personal Representative
6425 Irwin Lane
Vancleave, MS 39565
**Compensatory Damages: $90,000.00**

Shirley Jo Ely, Minor, Melissa Manning, Mother and Personal Representative
6425 Irwin Lane
Vancleave, MS 39565
**Compensatory Damages: $300,000.00**

Walter Medley
6316 Point Porteaux Road
Ocean Springs, MS 39564
**Compensatory Damages: $160,000.00**

Deryl Morris
1135 One White Oak Lane
Perkinston, MS 39573
**Compensatory Damages: $350,000.00**

Corrine Nicholson
Post Office Box 8092
Moss Point, MS 39563
**Compensatory Damages: $255,000.00**

Kevin Nolan
5014 28th Street, Apt. 412
Gulfport, MS 39504
**Compensatory Damages: $230,000.00**

Lorraine Peterson
25228 Turps Drive
Lucedale, MS 39452
**Compensatory Damages: $85,000.00**

Robert Peterson
25228 Turps Drive
Lucedale, MS 39452
**Compensatory Damages: $120,000.00**

Cathy Powell
213 Wisteria Lane
Biloxi, MS 39530
**Compensatory Damages: $105,000.00**

Scott Randle
8709 Larkspur Street
Moss Point, MS 39562
**Compensatory Damages: $430,000.00**

Jessica Randle, Minor, Scott Randle, Father and Personal Representative
8709 Larkspur Street
Moss Point, MS 39562
**Compensatory Damages: $430,000.00**

Cassey Randle, Minor, Scott Randle, Father and Personal Representative
8709 Larkspur Street
Moss Point, MS 39562
**Compensatory Damages: $430,000.00**

Charlie Rivers
3409 Detroit Avenue
Pascagoula, MS 39581
**Compensatory Damages: $200,000.00**

Verilyn Rivers
3409 Detroit Avenue
Pascagoula, MS 39581
**Compensatory Damages: $200,000.00**

Karen Schoon
4803 Tupelo Avenue
Pascagoula, MS 39581
**Compensatory Damages: $180,000.00**

Raymond B. Schoon
4803 Tupelo Avenue
Pascagoula, MS 39581
**Compensatory Damages: $180,000.00**

Kay'la Wilson, Minor, Karen Schoon, Mother and Personal Representative
4803 Tupelo Avenue
Pascagoula, MS 39581
**Compensatory Damages: $115,000.00**

Mary Seymour
13341 Dills Road
Gulfport, MS 39502
**Compensatory Damages: $170,000.00**

Steven Wright
13341 Dills Road
Gulfport, MS 39502
**Compensatory Damages: $170,000.00**

Brittney Harrison, Minor, Mary Seymour, Mother and Personal Representative
13341 Dills Road
Gulfport, MS 39502
**Compensatory Damages: $170,000.00**

Chyenne Harrison, Minor, Mary Seymour, Mother and Personal Representative
13341 Dills Road
Gulfport, MS 39502
**Compensatory Damages: $170,000.00**

Catherine Smith
11082 Jolly Road
Biloxi, MS 39532
**Compensatory Damages: $260,000.00**

Linda Steinkamp
26 Connie Harriel Road
Perkinston, MS 39573
**Compensatory Damages: $150,000.00**

Louis Steinkamp
26 Connie Harriel Road
Perkinston, MS 39573
**Compensatory Damages: $150,000.00**

Justin Steinkamp, Minor, Linda Steinkamp, Mother and Personal Representative
26 Connie Harriel Road
Perkinston, MS 39573
**Compensatory Damages: $150,000.00**

Mary Alma Thomas
707 East North St., Apt. 1201
Pass Christian, MS 39571
**Compensatory Damages: $175,000.00**

Maya Kristman-Thomas, Minor, Mary Alma Thomas, Mother and Personal Representative
707 East North St., Apt. 1201
Pass Christian, MS 39571
**Compensatory Damages: $170,000.00**

Julia Kristman-Thomas, Minor, Mary Alma Thomas, Mother and Personal Representative
707 East North St., Apt. 1201
Pass Christian, MS 39571
**Compensatory Damages: $170,000.00**

Brenda Washington
343 Heidenheim Avenue
Biloxi, MS 39530
**Compensatory Damages: $170,000.00**

Kelly Watson
Post Office Box 3623
Bay St. Louis, MS 39520
**Compensatory Damages: $180,000.00**

William E. Young
267 Ridge Road
Perkinston, MS 39573
**Compensatory Damages: $480,000.00**

William Robert Young
267 Ridge Road
Perkinston, MS 39573
**Compensatory Damages: $95,000.00**

**Installed by CH2M Hill Constructors, Inc.**

Maggie Anderson
1019 Nancy Place
Gulfport, MS 39507
**Compensatory Damages:  $350,000.00**

Azaiirya Anderson, Minor, Maggie Anderson, Grandmother and Personal Representative
1019 Nancy Place
Gulfport, MS 39507
**Compensatory Damages:  $350,000.00**

Kinchasa Anderson, Minor, Maggie Anderson, Grandmother and Personal Representative
1019 Nancy Place
Gulfport, MS 39507
**Compensatory Damages:  $350,000.00**

Zacarias Anderson Chatman, Maggie Anderson, Grandmother and Personal Representative
1019 Nancy Place
Gulfport, MS 39507
**Compensatory Damages:  $350,000.00**

Melissa Byrd Harrison
2521 Bay Vista Drive
Biloxi, MS 39531
**Compensatory Damages:  $220,000.00**

Eternity Byrd, Minor, Melissa Byrd Harrison, Mother and Personal Representative
2521 Bay Vista Drive
Biloxi, MS 39531
**Compensatory Damages:  $240,000.00**

Monique Byrd, Minor, Melissa Byrd Harrison, Mother and Personal Representative
2521 Bay Vista Drive
Biloxi, MS 39531
**Compensatory Damages:  $240,000.00**

Lorna Bultman
209 West Avenue
Long Beach, MS 39560
**Compensatory Damages:  $270,000.00**

Kevin Byrnes

2402 31st Street, Apt. 3
Gulfport, MS 39501
**Compensatory Damages: $220,000.00**


Earl Campbell
3521 Ganges Street
Gulfport, MS 39501
**Compensatory Damages: $340,000.00**

Harriet Davenport
40 Curve Road
Wiggins, MS 39577
**Compensatory Damages: $370,000.00**

Melanie Holcombe
8400 Vanna Street
Biloxi, MS 39532
**Compensatory Damages: $240,000.00**

Victor Igich
2522 14th Avenue
Gulfport, MS 39501
**Compensatory Damages: $245,000.00**

Octavia James
2920 Monroe Street
Gulfport, MS 39501
**Compensatory Damages: $340,000.00**

Rachel Lima
4402 Concord Street
Pascagoula, MS 39580
**Compensatory Damages: $80,000.00**

Larry Lima, Deceased, Rachel Lima, Personal Representative
4402 Concord Street
Pascagoula, MS 39580
**Compensatory Damages: $1,080,000.00**

Michael McColley
1101 Chapman Road
Bay St. Louis, MS 39520
**Compensatory Damages: $155,000.00**

Joycelyn McColley

1101 Chapman Road
Bay St. Louis, MS 39520
**Compensatory Damages: $155,000.00**

Shelbe McColley, Minor, Joycelyn McColley, Mother and Personal Representative
1101 Chapman Road
Bay St. Louis, MS 39520
**Compensatory Damages: $155,000.00**

Chase McColley, Minor, Joycelyn McColley, Mother and Personal Representative
1101 Chapman Road
Bay St. Louis, MS 39520
**Compensatory Damages: $155,000.00**

Penny Pennell
Post Office Box 4224
Gulfport, MS 39502
**Compensatory Damages: $245,000.00**

Scott Randle
8709 Larkspur Street
Moss Point, MS 39562
**Compensatory Damages: $430,000.00**

Jessica Randle, Minor, Scott Randle, Father and Personal Representative
8709 Larkspur Street
Moss Point, MS 39562
**Compensatory Damages: $430,000.00**

Cassey Randle, Minor, Scott Randle, Father and Personal Representative
8709 Larkspur Street
Moss Point, MS 39562
**Compensatory Damages: $430,000.00**

Ronald B. Sherrod
4918 Wilson Street
Moss Point, MS 39563
**Compensatory Damages: $390,000.00**

Arielle Sherrod, Minor, Ronald B. Sherrod, Father and Personal Representative
4918 Wilson Street
Moss Point, MS 39563
**Compensatory Damages: $220,000.00**

Camron Cartez Cowan, Minor, Ronald B. Sherrod, Father and Personal Representative

4918 Wilson Street
Moss Point, MS 39563
**Compensatory Damages: $220,000.00**

Bruce Shook
861 Auburn Drive
Biloxi, MS 39532
**Compensatory Damages: $330,000.00**

Dorothy Stensland
1211 13th Street
Pascagoula, MS 39563
**Compensatory Damages: $290,000.00**

Harold Stensland
1211 13th Street
Pascagoula, MS 39563
**Compensatory Damages: $170,000.00**

Wilma D. Stewart
20161 Saucier Lizana Road
Saucier, MS 39574
**Compensatory Damages: $340,000.00**

Stephen Taranto
707 Holly Hills Drive
Biloxi, MS 39532
**Compensatory Damages: $220,000.00**

Andrew Brock Watson
3736 Limu Way
Diamondhead, MS 39525
**Compensatory Damages: $200,000.00**

Melissa Wesley
4001 32nd Street, Apt. 16
Gulfport, MS 39501
**Compensatory Damages: $185,000.00**

Samuel Watson, Jr., Minor, Melissa Wesley, Mother and Personal Representative
4001 32nd Street, Apt. 16
Gulfport, MS 39501
**Compensatory Damages: $**

Billie Johnson, III, Minor, Melissa Wesley, Mother and Personal Representative
4001 32nd Street, Apt. 16

Gulfport, MS 39501
**Compensatory Damages: $185,000.00**

Da'Shaun Morgan, Minor, Melissa Wesley, Mother and Personal Representative
4001 32nd Street, Apt. 16
Gulfport, MS 39501
**Compensatory Damages: $185,000.000**

                      Respectfully submitted,

                      Law Office of Frank J. D'Amico, Jr., APLC

                      /s/ Frank J. D'Amico, Jr.
                      Frank J. D'Amico, Jr. (LA Bar #17519)
                      622 Baronne Street
                      New Orleans, LA 70113
                      Tel: (504) 525-7272
                      Fax: (504) 525-1073
                      Email: frank@damicolaw.net

                      Catherine Jacobs, Esq. (MSB # 2979)
                      1161 Robinson Street
                      Ocean Springs, MS 39564
                      Tel: (228) 872-4642
                      Fax: (228) 872-4698
                      Email: cathyftla@gamil.com

                      **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing of the United States District Court for the Eastern District of Louisiana this 23th day of September, 2010.

                      /s/ Frank J. D'Amico, Jr.