UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     FEMA TRAILER                            MDL 1873
            FORMALDEHYDE PRODUCTS
            LIABILITY LITIGATION                SECTION "N" (5)

                                                                     JUDGE ENGELHARDT
                                                                     MAGISTRATE CHASEZ

**THIS DOCUMENT PERTAINS TO**

Doc # 10-2601;
Catherine E. Shambarger v. Skyline Corp., et al.

## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO PRETRIAL ORDER 53 AND CTO-28

      In compliance with Pretrial Order 53 (Rec. Doc. 9073) and pursuant to CTO-28, Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following Contractor/Installer Defendants:

### Exhibit "A"

**Installed by Bechtel National, Inc.**

Catherine E. Shambarger
401 North 3rd Street
Scottsville, KY 42164
**Compensatory Damages: $130,000.00**

Respectfully submitted,

Law Office of Frank J. D'Amico, Jr., APLC

 /s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr. (LA Bar #17519)
622 Baronne Street
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-1073
Email: frank@damicolaw.net


Catherine Jacobs, Esq. (MSB # 2979)
1161 Robinson Street
Ocean Springs, MS 39564
Tel: (228) 872-4642
Fax: (228) 872-4698
Email: cathyftla@gamil.com

**ATTORNEYS FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing of the United States District Court for the Eastern District of Louisiana this 23th day of September, 2010.


       /s/ Frank J. D'Amico, Jr.