**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE:          FEMA TRAILER                        MDL 1873
                FORMALDEHYDE PRODUCTS
                LIABILITY LITIGATION               SECTION "N" (5)

                                                   JUDGE ENGELHARDT
                                                   MAGISTRATE CHASEZ


**THIS DOCUMENT PERTAINS TO**

Doc # 10-2603;
Aretha Davison, et al. v. CH2M Hill Constructors, et al.


## AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER 53 AND CTO-28

In compliance with Pretrial Order 53 (Rec. Doc. 9073) and pursuant to CTO-28,

Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs

to the following Contractor/Installer Defendants:

## Exhibit "A"


### Installed by Bechtel National, Inc.


Aretha Davison

2311 Seneca Avenue

Pascagoula, MS 39567

**Compensatory Damages: $165,000.00**

Nakiah Davison, Minor, Aretha Davison,
Mother and Personal Representative

2311 Seneca Avenue

Pascagoula, MS 39567

**Compensatory Damages: $165,000.00**

Kenyatta Davison, Minor, Aretha Davison,
Mother and Personal Representative

2311 Seneca Avenue

Pascagoula, MS 39567

**Compensatory Damages: $165,000.00**

Monique Mitchell, Minor, Aretha Davison,
Mother and Personal Representative

2311 Seneca Avenue

Pascagoula, MS 39567

**Compensatory Damages: $165,000.00**

Brianna Mitchell, Minor, Aretha Davison,
Mother and Personal Representative

2311 Seneca Avenue

Pascagoula, MS 39567

**Compensatory Damages: $165,000.00**

**Installed by CH2M Hill Constructors, Inc.**

Jacqueline Miller

4108 Chicot Street, Apt. D

Pascagoula, MS 39581

**Compensatory Damages: $170,000.00**


Miguel Miller, Minor, Jacqueline Miller, Mother and Personal Representative

4108 Chicot Street, Apt. D

Pascagoula, MS 39581

**Compensatory Damages: $290,000.00**


Nafasha Miller, Minor, Jacqueline Miller, Mother and Personal Representative

4108 Chicot Street, Apt. D

Pascagoula, MS 39581

**Compensatory Damages: $290,000.00**


Alonzo Miller, Minor, Jacqueline Miller, Mother and Personal Representative

4108 Chicot Street, Apt. D

Pascagoula, MS 39581

**Compensatory Damages: $290,000.00**


Aretous Weathersby, Minor, Jacqueline Miller, Mother and Personal Representative

4108 Chicot Street, Apt. D

Pascagoula, MS 39581

**Compensatory Damages: $170,000.00**


Eric Weathersby, Jr., Minor, Jacqueline Miller, Mother and Personal Representative

4108 Chicot Street, Apt. D

Pascagoula, MS 39581

**Compensatory Damages:  $290,000.00**


Eric Weathersby

4108 Chicot Street, Apt. D

Pascagoula, MS 39581

**Compensatory Damages:  $170,000.00**


**Unknown Installer**

Mary Ann DeJong

2300 Westbrook Street, Apt. 50

Ocean Springs, MS 39560

**Compensatory Damages:  $290,000.00**


Dylan Lee Myers, Minor, Mary Ann DeJong,

Mother and Personal Representative

2300 Westbrook Street, Apt. 50

Ocean Springs, MS 39560

**Compensatory Damages:  $290,000.00**

Respectfully submitted,

Law Office of Frank J. D'Amico, Jr., APLC

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr. (LA Bar #17519)
622 Baronne Street
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-1073
Email: frank@damicolaw.net

Catherine Jacobs, Esq. (MSB # 2979)
1161 Robinson Street
Ocean Springs, MS 39564
Tel: (228) 872-4642
Fax: (228) 872-4698
Email: cathyftla@gamil.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record

through electronic notification pursuant to the electronic filing of the United States District Court

for the Eastern District of Louisiana this 23th day of September, 2010.

_____/s/ Frank J. D'Amico, Jr._____