UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3251

## JUDGMENT

Considering the record, the answers by the jury to the interrogatories propounded by the Court, and the law, for the reasons assigned;

**IT IS ORDERED, ADJUDGED and DECREED** that there be judgment herein in favor of Defendant, Recreation by Design, LLC, and that any and all claims asserted by Plaintiff, Earline Castanel, against Recreation by Design, LLC be and hereby are *DISMISSED WITH PREJUDICE*, with taxable costs assessed in Defendant's favor.

New Orleans, Louisiana, this 22nd day of September, 2010.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**