UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4265 | * | |
| *Keisha Boyd, et al. vs. Forest River, Inc., et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Forest River, Inc. and Fluor Enterprises, Inc. have been contacted and have been unable to respond to date.

                                                  */s/ Hugh P. Lambert*
                                                  HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                  LINDA J. NELSON, ESQ. (LA Bar #9938)
                                                  LAMBERT & NELSON, PLC
                                                  701 Magazine Street
                                                  New Orleans, Louisiana 70130
                                                  Telephone:  (504) 581-1750
                                                  Facsimile:  (504) 529-2931
                                                  hlambert@lambertandnelson.com
                                                  lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of September, 2010.

                                                 */s/ Hugh P. Lambert*
                                                HUGH P. LAMBERT, ESQ. (LA Bar #7933)