UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRIALER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL  NO.: 1873 |
| | SECTION "N"(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT PERTAINS TO 09-3867 EARLE BRYANT, III v. CRM & FORSTER SPECIALTY INSURANCE  CO. , ET AL | MAGISTRATE CHASEZ |

## NOTICE OF NO OPPOSITION

NOW INTO COURT, through undersigned counsel, come Sentry Insurance, A Mutual Company, and states that it has no objection to Plaintiff's Motion for Leave to File Second Supplemental and Amending Complaint for Damages filed in this matter on Septebmer 22, 2010 (docket no. 16205).

Respectfully submitted,

/s/Terry Christovich Gay.
**TERRY CHRISTOVICH GAY #5993 TA**
**KEVIN R. TULLY, BAR #1627**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

ATTORNEYS FOR SENTRY INSURANCE, A MUTUAL COMPANY

1

## CERTIFICATE

I do hereby certify that on the 23rd day of September 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

/s/Terry Christovich Gay

**TERRY CHRISTOVICH GAY**

CK_DOCS 455705v1