10-2898

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

|  |  |
|---|---|
| Gary Anderson | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 1:10 CV 354 H50-JMR |
| Stewart Park Homes, Inc., et al. | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7-30-10

J. T. NOBLIN

_CLERK OF COURT_

_Signature of Clerk or Deputy Clerk_

USPS - Track & Confirm

Page 1 of 1


**UNITED STATES**
**POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0015 6188**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:24 am on September 07, 2010 in WASHINGTON, DC 20530.

---

**Track & Confirm**

Enter Label/Receipt Number.

Go >

---

Detailed Results:

• **Delivered, September 07, 2010, 11:24 am, WASHINGTON, DC 20530**
• Notice Left, September 07, 2010, 10:46 am, WASHINGTON, DC 20530
• Arrival at Unit, September 07, 2010, 8:23 am, WASHINGTON, DC 20022

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

7179100016450015618 8

7179100016450015618a

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

D. Is delivery address different from item 1?  ☐ Yes
If YES enter delivery address below:          ☐ No

**United States of America**
**Through Eric Holder, U.S. Attorney General**
**U.S. Dept. of Justice**
**950 Pennyslvania Ave. NW**
**Washington, DC 20530-0001**

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)    ☐ Yes

File: G. Anderson v. Stewart Park, USDC SDMS 10-354

PS Form 3811          Domestic Return Receipt