AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Yvette Anderson, et al. ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 1:10 CV 382 HSO-JMR |
| Keystone RV Company, et al. ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7/30/10

_Signature of Clerk or Deputy Clerk_



**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number

71791000164500156294

A. Signature
☐ Agent
☐ Addressee
X

B. Received by (Printed Name)

C. Date of Delivery
SEP 14 2010

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

1. Article Addressed to:

United States of America through
Eric Holder, U.S. Atty Gen
U.S. Dept. of Justice
950 Pennyslvania Ave. NW
Washington, DC 20530-0001

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

File: Y Anderson v. Keystone SDMS 10-382

Domestic Return Receipt

PS Form 3811