# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Tommy Babineau )<br>_____ )<br>*Plaintiff* )<br>v. )<br>Jayco Enterprises Inc., et al. )<br>_____ )<br>*Defendant* ) | Civil Action No. 1:10 cv 379 HSO - JMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7/30/10

*Signature of Clerk or Deputy Clerk*


# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0015 6331**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:24 am on September 07, 2010 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Detailed Results:
- Delivered, September 07, 2010, 11:24 am, WASHINGTON, DC 20530
- Notice Left, September 07, 2010, 10:46 am, WASHINGTON, DC 20530
- Arrival at Unit, September 07, 2010, 8:20 am, WASHINGTON, DC 20022

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA  

---

**2. Article Number**

7179 1000 1645 0015 6331

**1. Article Addressed to:**

United States of America through
Eric Holder, U.S. Atty Gen
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

File: Babineau v. Jayco SDMS 10-379

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                 ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES enter delivery address below:        ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          9/23/2010