AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Latasha Defendini )
)
Plaintiff )
v. ) Civil Action No. 1:10cv352 H50-JMR
Bechtel National, Inc., et al )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras
New Orleans, LA 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7-30-10

*Signature of Clerk or Deputy Clerk*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500156553 | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States of America through<br>Eric Holder, U.S. Atty General<br>U.S. Dept. of Justice<br>950 Pennyslvania Ave. NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>SEP 14 2010 | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

File: Defendini v. Bechtel National, 10-352, SDMS

PS Form 3811                    Domestic Return Receipt