AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

David Everett, et al.  )
　　　　*Plaintiff*　　)
　　　　v.　　　　　　)　Civil Action No. 1:10 CV 370 HSO-JMR
Cavalier Home Builders, LLC  )
　　　　*Defendant*　　)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　The United States of America, Department of Justice
　　Through the United States Attorney General
　　Honorable Eric Holder
　　U.S. Department of Justice
　　950 Pennsylvania Avenue, NW
　　Washington, DC 20530-0001

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
　　Gainsburgh, Benjamin, David, Meunier & Warshauer
　　2800 Energy Centre
　　1100 Poydras Street
　　New Orleans, Louisiana 70163

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

*CLERK OF COURT*

Date: 7/30/10

*Signature of Clerk or Deputy Clerk*

**2. Article Number**

71791000164500156881

**1. Article Addressed to:**

United States of America through
Eric Holder, U.S. Atty General
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

SEP 14 2010

3. Service Type — ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

File: Everett v. Cavalier, 10-370, SDMS

PS Form 3811                Domestic Return Receipt