IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

Section "N" (5)

This document relates to
CA 09-8654 Hendrix v. Lakeside
Park Homes, et al.
Plaintiffs 30,31,43,44,45,47

Judge Kurt D. Englehardt
Magistrate Alma L. Chasez

## EX PARTE ORDER

Considering the motion of Agbayani Construction Corporation, through local counsel, and supporting Certificate of Good Standing and affidavit of Heidi Gumienny,

IT IS HERBY ORDERED, ADJUDGED, AND DECREED that Heidi Gumienny, of Gordon & Rees, LLP, Houston, Texas, be admitted pursuant to Rule 83.2.6 as a visiting attorney in this matter.

**DENIED MOOT** See Rec. Doc. 5, ¶ 11.

New Orleans, LA this 23rd day of September, 2010.

_____
U.S. District Judge