AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Ken Stumpf, et al. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 1:10cv366 HSO-JmL |
| TL Industries, Inc., et al. | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date:   8-2-10

_Signature of Clerk or Deputy Clerk_

**COMPLETE THIS SECTION ON DELIVERY**

**2. Article Number**

7179 1000 1645 0015 7987

1. Article Addressed to:

United States of America through
Eric Holder, U.S. Atty General
U.S. Dept. of Justice
950 Pennyslvania Ave. NW
Washington, DC 20530-0001

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES enter delivery address below:        ☐ No

SEP 15 2010

3. Service Type   ☒ Certified

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

File: Stumpf v. TL Industries, 10-366, SDMS

PS Form 3811                    **Domestic Return Receipt**