AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Herman Willis, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:10cv361 HSO-JMR |
| Cavalier Home Builders, LLC ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cavalier Home Builders, LLC
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Pk. Dr., Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 8-2-10

*Signature of Clerk or Deputy Clerk*

**2. Article Number**

7179 1000 1645 0015 9165

**1. Article Addressed to:**

CORP000*  361092012 1310 23 09/15/10
NOTIFY SENDER OF NEW ADDRESS
:THE CORPORATION COMPANY
2 N JACKSON ST STE 605
MONTGOMERY AL 36104-3821

Code2: Willis v. Cavalier, 10-361, SDMS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Laura Page*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): *Laura Page*
C. Date of Delivery: 9/16/10
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES enter delivery address below:

☒ Certified
Fee) ☐ Yes

PS Form 3811                    Domestic Return Receipt