UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-3629 | | * | |
| *Calvin Buras, et al. vs. Mitchell County Industries,* | | * | JUDGE ENGELHARDT |
| *LLC, et al.* | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for CH2M HILL Constructors, Inc. has been contacted and does not object to Plaintiffs' Second Supplemental and Amending Complaint for Damages.

Mitchell County Industries, LLC's counsel of record withdrew as counsel on November 13, 2009. Mitchell County Industries, LLC does not have counsel of record at this time, however, counsel for Plaintiffs has forwarded a copy of Plaintiffs' Second Supplemental and Amending Complaint for Damages and supporting Motion and Memorandum in Support thereof to Mitchell County Industries, LLC's registered agent for service, Alfred J. Powell, Jr., at 2959 U.S. Highway 19, Pelham, Georgia 31779.

                                                                           */s/ Hugh P. Lambert*
                                                                           HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                                           LINDA J. NELSON, ESQ. (LA Bar #9938)
                                                                           LAMBERT & NELSON, PLC
                                                                           701 Magazine Street
                                                                           New Orleans, Louisiana 70130
                                                                           Telephone:  (504) 581-1750
                                                                           Facsimile:  (504) 529-2931
                                                                           hlambert@lambertandnelson.com
                                                                           lnelson@lambertandnelson.com

1

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of September, 2010.

                                           */s/ Hugh P. Lambert*
                                           HUGH P. LAMBERT, ESQ. (LA Bar #7933)