# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-3629 | * | |
| *Calvin Buras, et al. vs. Mitchell County Industries, LLC, et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 20th day of October, 2010, at 9:30 a.m.

                                         /s/ Hugh P. Lambert
                                         HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                         LINDA J. NELSON, ESQ. (LA Bar #9938)
                                         LAMBERT & NELSON, PLC
                                         701 Magazine Street
                                         New Orleans, Louisiana 70130
                                         Telephone:  (504) 581-1750
                                         Facsimile:  (504) 529-2931
                                         hlambert@lambertandnelson.com
                                         lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of October, 2010.

                                                                                     */s/ Hugh P. Lambert*
                                                                                  HUGH P. LAMBERT, ESQ. (LA Bar #7933)