UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4496 | * | |
| *Vedora Carson, et al. vs. American International* | * | JUDGE ENGELHARDT |
| *Specialty Lines Insurance Co., et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for American International Specialty Lines Insurance Co., Gibraltar Insurance Co., Ltd., Starr Excess Liability Insurance Company, Ltd., American International Group, Inc., and Shaw Environmental, Inc. have been contacted and have been unable to respond to date.

                                 /s/ Hugh P. Lambert
                                 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                 LINDA J. NELSON, ESQ. (LA Bar #9938)
                                 LAMBERT & NELSON, PLC
                                 701 Magazine Street
                                 New Orleans, Louisiana 70130
                                 Telephone:  (504) 581-1750
                                 Facsimile:  (504) 529-2931
                                 hlambert@lambertandnelson.com
                                 lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of September, 2010.

                                        */s/ Hugh P. Lambert*
                                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)