# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-6410 | * | |
| *Lionel Fields vs. American International Specialty* | * | JUDGE ENGELHARDT |
| *Lines Ins. Co., et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiff's behalf:

    IT IS SO ORDERED that the Plaintiff be GRANTED leave to file his Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing Motion.

    THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

 

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE