UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-6410 | | * | |
| *Lionel Fields vs. American International Specialty* | | * | JUDGE ENGELHARDT |
| *Lines Ins. Co., et al.* | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel of record for American International Specialty Lines Insurance Co., The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, Starr Excess Liability Insurance Company, Ltd., and Shaw Environmental, Inc. have been contacted and have been unable to respond to date.

                                           /s/ Hugh P. Lambert
                                           HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                           LINDA J. NELSON, ESQ. (LA Bar #9938)
                                           LAMBERT & NELSON, PLC
                                           701 Magazine Street
                                           New Orleans, Louisiana 70130
                                           Telephone: (504) 581-1750
                                           Facsimile: (504) 529-2931
                                           hlambert@lambertandnelson.com
                                           lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of September, 2010.

                                              /s/ Hugh P. Lambert
                                              HUGH P. LAMBERT, ESQ. (LA Bar #7933)