# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|                PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-4126 | * | |
| *KeShuna Jones, et al. vs. American International* | * | JUDGE ENGELHARDT |
| *Specialty Lines Insurance Co., et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion for Leave to File Third Supplemental and Amending Complaint on Plaintiffs' behalf:

    IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their Third Supplemental and Amending Complaint for Damages attached and submitted with the foregoing Motion.

    THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

 

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE