UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4126 | * | |
| *KeShuna Jones, et al. vs. American International* | * | JUDGE ENGELHARDT |
| *Specialty Lines Insurance Co., et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for American International Specialty Lines Insurance Co., Gibraltar Insurance Company, Ltd., Fluor Enterprises, Inc., American International Group, Inc., and Starr Excess Liability Insurance Company, Ltd. have been contacted and have been unable to respond to date.

                                                         */s/ Hugh P. Lambert*
                                                         HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                         LINDA J. NELSON, ESQ. (LA Bar #9938)
                                                         LAMBERT & NELSON, PLC
                                                         701 Magazine Street
                                                         New Orleans, Louisiana 70130
                                                         Telephone:  (504) 581-1750
                                                         Facsimile:  (504) 529-2931
                                                         hlambert@lambertandnelson.com
                                                         lnelson@lambertandnelson.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of September, 2010.

                                            */s/ Hugh P. Lambert*
                                            HUGH P. LAMBERT, ESQ. (LA Bar #7933)