**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4126 | * | |
| *KeShuna Jones, et al. vs. American International* | * | JUDGE ENGELHARDT |
| *Specialty Lines Insurance Co., et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

TO:    ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File Third Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 20th day of October, 2010, at 9:30 a.m.

                                                                                              /s/ Hugh P. Lambert
                                                                                              HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                                                              LINDA J. NELSON, ESQ. (LA Bar #9938)
                                                                                              LAMBERT & NELSON, PLC
                                                                                              701 Magazine Street
                                                                                              New Orleans, Louisiana 70130
                                                                                              Telephone:  (504) 581-1750
                                                                                              Facsimile:  (504) 529-2931
                                                                                              hlambert@lambertandnelson.com
                                                                                              lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of September, 2010.

                 */s/ Hugh P. Lambert*
                 HUGH P. LAMBERT, ESQ. (LA Bar #7933)