UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Butler v. CMH Manufacturing, Inc.,* | * | |
| *et al, Case No. 09-8726* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
<u>CH2M HILL CONSTRUCTORS, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss without prejudice defendant CH2M Hill Constructors, Inc.  CH2M Hill Constructors, Inc., has not served an answer or motion for summary judgment in this matter.

Respectfully submitted,


   /s/ Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar No. 2926)
Matthew B. Moreland (La. Bar No. 24567)
Becnel Law Firm, LLC
106 W. Seventh Street
P.O. Drawer H
Reserve, LA  70084
Tel:  (985) 536-1186
Fax:  (985) 536-6445
Email:  dbecnel@becnellaw.com


**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification and that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 24th day of September, 2010.

                        By:   /s/Matthew B. Moreland
                        Matthew B. Moreland  (La. Bar No. 24567)
                        **BECNEL LAW FIRM, LLC**
                        106 W. Seventh Street
                        P. O. Drawer H
                        Reserve, Louisiana  70084
                        Telephone: (985) 536-1186
                        Facsimile: (985) 536-6445