## NAMED PLAINTIFFS
## JOHN M LAIRD, ET AL v. KEYSTONE INDUSTRIES, INC. , ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | L | C | | John M Laird (Father) | 25 McNair Rd N W. Meadville, MS 39657 | Franklin | CH2M Hill |
| 2. | Laird | John | M | | 25 McNair Rd N W. Meadville, MS 39657 | Franklin | CH2M Hill |

EXHIBIT "A"

Page 1 of 1