NAMED PLAINTIFFS
KENNETH E DIXON, SR., ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|----|-----------|------------|---|----------------|----------------|--------|------------|
| 1 | Abramovich | Catherine | A | | 8100 Texas Flat Rd. Lot # 8 Kiln, MS 39556 | Hancock | Bechtel |
| 2 | Bible | Brianne | M | Rachel D Lee (Mother) | 8100 Texas Flat Rd. Lot # 15 Kiln, MS 39556 | Hancock | Bechtel |
| 3 | Carter | Barbara | R | | 4106 Pearl Ave. Moss Point, MS 39567 | Jackson | Bechtel |
| 4 | Carter | Danielle | R | Barbara R Carter (Mother) | 4106 Pearl Ave. Moss Point, MS 39567 | Jackson | Bechtel |
| 5 | Carter | Galen | DL | Barbara R Carter (Mother) | 4106 Pearl Ave. Moss Point, MS 39567 | Jackson | Bechtel |
| 6 | Coleman | Robert | L | | 500 Live Oak Ave. Gulfport, MS 39567 | Harrison | Bechtel |
| 7 | Connely, Sr | Brian | | | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 8 | Connely | Connie | L | | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 9 | Connely | Stephanie | A | Connie L Connely (Mother) | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 10 | Crowe | Judy | S | | 20040 Crowe Rd. Long Beach, MS 39560 | Harrison | Bechtel |

EXHIBIT "A"

## NAMED PLAINTIFFS
## KENNETH E DIXON, SR., ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 11 | Cummings | Brian | P |  | 1860 Beach Blvd. #91 Biloxi, MS 39531 | Harrison | Bechtel |
| 12 | Dixon, Sr | Kenneth | E |  | 2479 Windward Dr. Gautier, MS 39553 | Jackson | Bechtel |
| 13 | Dixon | Patricia | A | Kenneth E Dixon, Sr. (Spouse) | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 14 | Dufrene | Shelia | S |  | 131 Boisdore Ave. Pass Christian, MS 39571 | Hancock | Bechtel |
| 15 | Eaves | Cailey | C |  | 311 Haise St. Biloxi, MS 39530 | Harrison | Bechtel |
| 16 | Eaves | Clinton | K | Donnette G Heggins (Mother) | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 17 | Eaves | Hailey | S |  | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 18 | Epperly | Kristen | M |  | 647 Jackson Ave. Ocean Springs, MS 39641 | Jackson | Bechtel |
| 19 | Gibbs, III | Rickey | D | Jennifer R Pettis (Mother) | 127 Stennis Ave. Ocean Springs, MS 39564 | Jackson | Bechtel |
| 20 | Gibbs | Savannah | T | Jennifer R Pettis (Mother) | 127 Stennis Ave. Ocean Springs, MS 39564 | Jackson | Bechtel |

EXHIBIT "A"

NAMED PLAINTIFFS
KENNETH E DIXON, SR., ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 21 | Heggins, Sr | Anthony | S | | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 22 | Heggins, Jr | Anthony | S | | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 23 | Heggins | Donnette | G | | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 24 | Heggins | Hannah | L | Anthony S Heggins, Sr (Father) | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 25 | Hosey | Aniyia | ML | Mirakel M A Hosey (Mother) | Race Track Rd. Gulfport, MS | Harrison | Bechtel |
| 26 | Hosey | Ja'Shia | LF | Mirakel M A Hosey (Mother) | Race Track Rd. Gulfport, MS | Harrison | Bechtel |
| 27 | Hosey | Jherashio | R | Mirakel M A Hosey (Mother) | Race Track Rd. Gulfport, MS | Harrison | Bechtel |
| 28 | Hosey | Mirakel | MA | | Race Track Rd. Gulfport, MS | Harrison | Bechtel |
| 29 | Lamb | Landon | T | Melanie F Lamb (Mother) | 4212 Noma Place Diamondhead, MS 39525 | Hancock | Bechtel |
| 30 | Lamb | Melanie | F | | 4212 Noma Place Diamondhead, MS 39525 | Hancock | Bechtel |
| 31 | Lamb | Royce | | | 4212 Noma Place Diamondhead, MS 39525 | Hancock | Bechtel |

EXHIBIT "A"

## NAMED PLAINTIFFS
## KENNETH E DIXON, SR., ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 32 | Lee | Rachel | D | | 8100 Texas Flat Rd. Lot # 15 Kiln, MS 39556 | Hancock | Bechtel |
| 33 | Martin | Daniel | L | | 647 Jackson Ave. Ocean Springs, MS 39567 | Jackson | Bechtel |
| 34 | Martin | Debra | A | | 647 Jackson Ave. Ocean Springs, MS 39567 | Jackson | Bechtel |
| 35 | Martin | Lauren | A | | 647 Jackson Ave. Ocean Springs, MS 39567 | Jackson | Bechtel |
| 36 | McInnis | Jerrmeccus | R | Frances H. Mayes (Mother) | 17482 Racetrack Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 37 | Mayes | Frances | H | | 17482 Racetrack Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 38 | Mixon | Queenie | E | | 301 Roy St. Poplarville, MS 39470 | Pearl River | CH2M HILL |
| 39 | Moody, Jr | Jimmie | H | | 3240 Road 113 Lot 88 D'Iberville, MS 39541 | Harrison | Bechtel |
| 40 | Moody, IV | Jimmie | H | Jimmie H Moody, Jr (Father) | 3240 Road 113 Lot 88 D'Iberville, MS 39541 | Harrison | Bechtel |
| 41 | Moody | LaRhonda | M | | 3240 Road 113 Lot 88 D'Iberville, MS 39541 | Harrison | Bechtel |

EXHIBIT "A"

NAMED PLAINTIFFS
KENNETH E DIXON, SR., ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 42 | Moody | ShaRhonda | L | Jimmie H Moody, Jr (Father) | 3240 Road 113 Lot 88 D'Iberville, MS 39541 | Harrison | Bechtel |
| 43 | Moore | Alice | M | | 10246 Rd. 556 Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 44 | Moore, Jr | David | A | Alice Moore (Mother) | 10246 Rd. 556 Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 45 | Owens | Charlotte | A | | 1306 Rock Ranch Rd., Carriere, MS 39426 | Pearl River | Bechtel |
| 46 | Owens | Casey | K | Charlotte A Owens (Mother) | 1306 Rock Ranch Rd., Carriere, MS 39426 | Pearl River | Bechtel |
| 47 | Owens | Cody | G | Charlotte A Owens (Mother) | 1306 Rock Ranch Rd., Carriere, MS 39426 | Pearl River | Bechtel |
| 48 | Pettis | Jennifer | R | | 127 Stennis Ave. Ocean Springs, MS 39564 | Jackson | Bechtel |
| 49 | Pettis | Robert | | | 127 Stennis Ave. Ocean Springs, MS 39564 | Jackson | Bechtel |
| 50 | Pettis | Rose | M | | 127 Stennis Ave. Ocean Springs, MS 39564 | Jackson | Bechtel |
| 51 | Richardson | Demetria | W | | 3807 Snook Ave. Pascagoula, MS 39581 | Jackson | Bechtel |

EXHIBIT "A"

## NAMED PLAINTIFFS
## KENNETH E DIXON, SR., ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 52 | Scarbrough | Levi | B | Connie L Connely (Mother) | 4813 Martin St. Moss Point, MS 39563 | Jackson | Bechtel |
| 53 | Smith | Aaron | A | Lisa H Smith (Mother) | 3508 Hancock Ave. Gulfport, MS 39507 | Harrison | Bechtel |
| 54 | Smith | Dennis | E | | 3508 Hancock Ave. Gulfport, MS 39507 | Harrison | Bechtel |
| 55 | Smith | Emily | L | Lisa H Smith (Mother) | 3508 Hancock Ave. Gulfport, MS 39507 | Harrison | Bechtel |
| 56 | Smith | Lisa | H | | 3508 Hancock Ave. Gulfport, MS 39507 | Harrison | Bechtel |
| 57 | Thompson | Viola | H | Cora C Walker (Daughter) | 15121 Rosewood St. Gulfport, MS 39503 | Harrison | Bechtel |
| 58 | Walker | Cora | C | | 15121 Rosewood St. Gulfport, MS 39503 | Harrison | Bechtel |
| 59 | Wannage, Jr | Edward | W | | 7006 West Rankin St. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 60 | Wannage | Edward | J | Edward W Wannage, Jr. (Father) | 7006 West Rankin St. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 61 | Wannage | Mattie | L | | 7006 West Rankin St. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 62 | Williams, Sr. | Leland | J | | Scenic Trails, McCloud Park #8 Kiln, MS 39550 | Hancock | Bechtel |

EXHIBIT "A"

## NAMED PLAINTIFFS
## KENNETH E DIXON, SR., ET AL v. KEYSTONE INDUSTRIES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 63 | Wynn | Dwayna | F |  | 1323 Mills Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 64 | Wynn, Jr | Troyial | D | Dwayna F Wynn (Mother) | 1323 Mills Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 65 | Wynn | Tyler | D | Dwayna F Wynn (Mother) | 1323 Mills Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 66 | Young | Ashley | N | Melanie F Lamb (Mother) | 4212 Noma Place Diamondhead, MS 39525 | Hancock | Bechtel |
| 67 | Young | Brenda | G |  | Flint Creek Rd. Wiggins, MS 39577 | Stone | Bechtel |

EXHIBIT "A"