## NAMED PLAINTIFFS
STARLETT M. KING, as wrongful death Beneficiary and Representative of,
JEFF SHETTERLY, DECEASED, et al v. CH2M HILL CONSTRUCTORS, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Acevedo | Authur | P. | | 395 Braun Street Biloxi, MS 39520 | Harrison | CH2M HILL |
| 2. | A | B | C. | Tiffany S. James (Mother) | 2101 Ladnier Road #114 Gautier, MS 39553 | Jackson | CH2M HILL |
| 3. | Ash | Mary | L | | Fox RV Park, Lot 90, 190 B. Beauvoir Rd., Biloxi, MS 39531 | Harrison | Shaw |
| 4. | B | B | M | Rachel Lee (Mother) | 9280 Canal Rd., Lot 82, Gulfport, MS 39503 | Harrison | Bechtel |
| 5. | Bishop | James | M | | 11244 Helen Dr. Gulfport, MS 39503 | Harrison | Bechtel |
| 6. | Bishop | Jan | F | | 11244 Helen Dr. Gulfport, MS 39503 | Harrison | Bechtel |
| 7. | Blackmon | Barbara | B | | 2101 Ladnier Rd Lot 192 Gautier, MS 39553 | Jackson | CH2M HILL |
| 8. | Blackmon-Thompson | Cornelius | R | | 2101 Ladnier Rd Lot 192 Gautier, MS 39553 | Jackson | CH2M HILL |
| 9. | B | D | J | Cornelius Blackmon-Thompson (Mother) | 2101 Ladnier Rd Lot 192 Gautier, MS 39553 | Jackson | CH2M HILL |
| 10. | Bowers | Stanley | B | | 16111 Kiln VFW Rd., Kiln, MS 39556 | Hancock | Bechtel |
| 11. | Brumbelow | George | T | | 120 W. 3rd St. Long Beach, MS 39532 | Harrison | Bechtel |
| 12. | Brumbelow | Mary | V | | 120 W. 3rd St. Long Beach, MS 39532 | Harrison | Bechtel |
| 13. | Burge | Elesha | M | | 18106 Commission Road Long Beach, MS 39560 | Harrison | CH2M HILL |
| 14. | B | H | E M | Elesha M. Burge (Mother) | 18106 Commission Road Long Beach, MS 39560 | Harrison | CH2M HILL |

## NAMED PLAINTIFFS
## STARLETT M. KING, as wrongful death Beneficiary and Representative of,
## JEFF SHETTERLY, DECEASED, et al  v. CH2M HILL CONSTRUCTORS, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 15. | Burkhart | Mary Ann | | | 816 Ingals Ave. Lot 110, Pascagoula, MS 39567 | Jackson | Bechtel |
| 16. | Case | Deborah | | | 1510 Laurel Glenn Rd Gautier, MS 39553 | Jackson | Bechtel |
| 17. | Christenberry | Dianne | W | | Shady Acres Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 18. | C | C | J. H. | Lorrie Tolito-Clark (Mother) | 6017 Lower Bay Road, Lot 51 Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 19. | C | K | E. D. | Lorrie Tolito-Clark (Mother) | 6017 Lower Bay Road, Lot 51 Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 20. | Clark, Jr. | Robert | | | 6017 Lower Bay Road, Lot 51 Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 21. | Clinton | Wendy | K | | 304 Keller St. Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 22. | Colson | Chadwick | P | | 10210 Chapman Rd. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 23. | C, II. | C | P | Amanda M. Meyer (Mother) | 10210 Chapman Rd. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 24. | Creagh | Gwendolyn | M | | 254 Nichols Dr. Biloxi, MS 39530 | Harrison | Bechtel |
| 25. | Cuevas | Charlotte | A | | 17061 N. Cuevas Rd., Gulfport, MS 39503 | Harrison | CH2M HILL |
| 26. | Cuevas | Lloyd | W | | 17061 N. Cuevas Rd., Gulfport, MS 39503 | Harrison | CH2M HILL |

## NAMED PLAINTIFFS
## STARLETT M. KING, as wrongful death Beneficiary and Representative of,
## JEFF SHETTERLY, DECEASED, et al  v. CH2M HILL CONSTRUCTORS, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 27. | Cuevas | Roy | B | | 5230 Kiln-Delisle Rd., Kiln, MS 39556 | Hancock | CH2M HILL |
| 28. | Easton | David | A. | | 18344 Dogwood Lane Saucier, MS 39574 | Harrison | CH2M HILL |
| 29. | Easton | Linda | K | | 18344 Dogwood Lane Saucier, MS 39574 | Harrison | CH2M HILL |
| 30. | Estrade | Margaret | E | | 1260 Rd. 326 # 316 Spring Trail Scenic Camp Ground Perkinston, MS 39576 | Stone | Bechtel |
| 31. | Frantz | Theresa | J | | 9045 S. McGeHee Lot 13 Poplarville, MS 39470 | Pearl River | Bechtel |
| 32. | Fountain | Blanche | B | | 4544 Laurelwood Dr., D'Iberville, MS 39540 | Harrison | CH2M HILL |
| 33. | F | D | P A | Blanche B. Fountain (Mother) | 4544 Laurelwood Dr., D'Iberville, MS 39540 | Harrison | CH2M HILL |
| 34. | G | K | H | Iris A. Wilner (Mother) | 7201 Big Island Rd. Moss Point, MS 39562 | Jackson | CH2M HILL |
| 35. | Gillum | Thomas | | | 1003 Hwy 90 Bay St. Louis, MS 39520 | Hancock | Unknown |
| 36. | Graham | Dawn | L | | 4292 Firetower Rd. Kiln, MS 39556 | Hancock | CH2M HILL |
| 37. | G | D | D | Dawn L. Graham (Mother) | 4292 Firetower Rd. Kiln, MS 39556 | Hancock | CH2M HILL |
| 38. | Guidry | Lawrence | P | | 29494 N. Ladner Rd., Pass Christian, MS 39571 | Harrison | Bechtel |
| 39. | H | A | N | Ruby S. Hearty | 9489 Hwy 11 Poplarville, MS 39470 | Pearl River | Bechtel |
| 40. | Hearty | Louis | L | | 9489 Hwy 11 Poplarville, MS 39470 | Pearl River | Bechtel |

## NAMED PLAINTIFFS
## STARLETT M. KING, as wrongful death Beneficiary and Representative of,
## JEFF SHETTERLY, DECEASED, et al v. CH2M HILL CONSTRUCTORS, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 41. | Hearty | Ruby | S | | 9489 Hwy 11 Poplarville, MS 39470 | Pearl River | Bechtel |
| 42. | Hollins | Jules | E | | 1813 Lima Dr., Lot 174, Gautier, MS 39553 | Jackson | Bechtel |
| 43. | H | L | A | Sabrina Hollins (Mother) | 1813 Lima Dr., Lot 174, Gautier, MS 39553 | Jackson | Bechtel |
| 44. | Hollins | Sabrina | | | 1813 Lima Dr., Lot 174, Gautier, MS 39553 | Jackson | Bechtel |
| 45. | J | J | J | Twylett L. Williams (Mother) | 2800 19th Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 46. | Jenkins | Billy | | | 4544 Laurelwood Dr. D'Iberville, MS 39540 | Harrison | CH2M HILL |
| 47. | King | Alexander | L | | 6831 Holly Ave., Lot 10 Moss Point, MS 39563 | Jackson | Bechtel |
| 48. | King | Mary | E | | 6831 Holly Ave., Lot 10 Moss Point, MS 39563 | Jackson | Bechtel |
| 49. | Lee | Rachel | | | 9280 Canal Rd., Lot 82, Gulfport, MS 39503 | Harrison | Bechtel |
| 50. | Lewis | Alexander | | | 2101 Ladnier Rd. # 114 Gautier, MS 39553 | Jackson | CH2M HILL |
| 51. | Lyons | Carol | | | 23098 Freddie Frank Rd. Lot 33A, Pass Christian, MS 39571 | Harrison | Bechtel |
| 52. | Madden | Vickie | M | | 103 Cleve St. Gulfport, MS 39503 | Harrison | Bechtel |
| 53. | Martin | Pauline | H | Theresa Walker (Daughter) | 10461 Hunter Road Gulfport, MS 39503 | Harrison | Bechtel |
| 54. | Maston | Deloris | L | | 224 Clarence Ave. Pass Christian, MS 39571 | Harrison | Bechtel |
| 55. | McCann | Marcella | E | | 4318 Wisteria Dr. Moss Point, MS 39562 | Jackson | Bechtel |

## NAMED PLAINTIFFS
### STARLETT M. KING, as wrongful death Beneficiary and Representative of, JEFF SHETTERLY, DECEASED, et al v. CH2M HILL CONSTRUCTORS, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 56. | Miller | Kevin | B | | 7201 Big Island Rd. N., Moss Point, MS 39562 | Jackson | CH2M HILL |
| 57. | Mills | Marion | H | | 2008 Lazy Lane Bay St. Louis, MS 39521 | Hancock | Bechtel |
| 58. | Mills | William | R | | 2008 Lazy Lane Bay St. Louis, MS 39521 | Hancock | Bechtel |
| 59. | Moore | Carmen | E | | Short Cut Rd., Moss Point, MS 39563 | Jackson | Bechtel |
| 60. | Moore | James | | | Short Cut Rd., Moss Point, MS 39563 | Jackson | Bechtel |
| 61. | Moore | Rebecca | L | | Short Cut Rd., Moss Point, MS 39563 | Jackson | Bechtel |
| 62. | Meyer | Amanda | M | | 10210 Chapman Rd. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 63. | M | K | J | Amanda M. Meyer (Mother) | 10210 Chapman Rd. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 64. | N | V | R | Toni J. Palmisano (Mother) | 1260 Rd. 326, Lot 257, Perkinston, MS 39373 | Stone | Bechtel |
| 65. | Neese | Carolyn | W | | 10034 Batia Ave. D'Iberville, MS 39540 | Harrison | Bechtel |
| 66. | Palmisano | Toni | J | | 1260 Rd. 326, Lot 257, Perkinston, MS 39373 | Stone | Bechtel |
| 67. | Parker | Annie | R. | | 2101 Ladnier Rd. # 114 Gautier, MS 39553 | Jackson | CH2M HILL |
| 68. | Pendergrass | Johnny | E. | | 9524 Highway 613, Lot 21 Escatawpa, MS 39552 | Jackson | CH2M HILL |
| 69. | Powell | Manuel | G | | 12205 Mount Pleasant Rd Vancleave, MS | Jackson | CH2M HILL |

## NAMED PLAINTIFFS
## STARLETT M. KING, as wrongful death Beneficiary and Representative of,
## JEFF SHETTERLY, DECEASED, et al v. CH2M HILL CONSTRUCTORS, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 70. | Romain, III. | Walter | J | | 247 Clark St. Pass Christian, MS 39571 | Harrison | CH2M HILL |
| 71. | Runnels | Thomas | A | Christian Miller (Daughter) | 15170 Hwy 603 Kiln, MS 39556 | Hancock | Bechtel |
| 72. | Sanders | Shirley | S | | 491 Gay Ave. Gulfport, MS 39507 | Harrison | Bechtel |
| 73. | Sayles | Cynthia | R | | 150 Katie Eubanks Rd. Lucedale, MS 39452 | George | Becthel |
| 74. | Shetterly | Jeff (deceased) | A | Starlett M. King (Sister) | 627 W. Old Pass Rd. Long Beach, MS 39560 | Harrison | CH2M HILL |
| 75. | S | J | Y | Elesha M. Burge (Mother) | 18106 Commission Road Long Beach, MS 39560 | Harrison | CH2M HILL |
| 76. | Smith | John | A | | 1614 21st St. Gulfport, MS 39501 | Harrison | Bechtel |
| 77. | S | J | W | Elesha M. Burge (Mother) | 18106 Commission Road Long Beach, MS 39560 | Harrison | CH2M HILL |
| 78. | Smith | Melvin | L. | | 365 Bowen Rd. Biloxi, MS 39530 | Harrison | Bechtel |
| 79. | S | E | S | Stafinee` R. Spears (Mother) | 427 Reynoir St. Biloxi, MS 39530 | Harrison | Bechtel |
| 80. | S | G | C | Stafinee` R. Spears (Mother) | 427 Reynoir St. Biloxi, MS 39530 | Harrison | Bechtel |
| 81. | S | S | G | Stafinee` R. Spears (Mother) | 427 Reynoir St. Biloxi, MS 39532 | Hancock | Bechtel |
| 82. | Spiers | Joyce | S | | 1294 Rock Ranch Rd. Carriere, MS 39426 | Pearl River | Bechtel |
| 83. | Stiles | Krystle | | | 9221A Pollock Ferry Rd., Moss Point, MS 39562 | Jackson | Bechtel |

## NAMED PLAINTIFFS
## STARLETT M. KING, as wrongful death Beneficiary and Representative of,
## JEFF SHETTERLY, DECEASED, et al  v. CH2M HILL CONSTRUCTORS, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 84. | S | M | G | Krystle Stiles (Mother) | 9221A Pollock Ferry Rd., Moss Point, MS 39562 | Jackson | Bechtel |
| 85. | Stubbs | Delphine | L | | 101 East Chipwood Cr. Gulfport, MS 39503 | Harrison | Bechtel |
| 86. | Stubbs | Dennis | M | | 101 East Chipwood Cr. Gulfport, MS 39503 | Harrison | Bechtel |
| 87. | S | M | J B | Delphine L. Stubbs (Mother) | 101 East Chipwood Cr. Gulfport, MS 39503 | Harrison | Bechtel |
| 88. | Tallman | Lawrence | S | | 5151 1st St. Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 89. | Thompson | Brian | E | | 2101 Ladnier Rd Lot 192 Gautier, MS 39553 | Jackson | CH2M HILL |
| 90. | Tillman | Timothy | T | | 501 Hibiscus Dr Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 91. | Tillman | Yvonne | M | | 501 Hibiscus Dr Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 92. | T | M | L. K. | Lorrie Tolito-Clark (Mother) | 6017 Lower Bay Road, Lot 51 Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 93. | Tolito | Lorrie | J. C. | | 6017 Lower Bay Road, Lot 51 Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 94. | T | V | L. A. | Lorrie Tolito-Clark (Mother) | 6017 Lower Bay Road, Lot 51 Bay St. Louis, MS 39520 | Hancock | CH2M HILL |
| 95. | Vardin | Jeffrey | D | | 904 South McGeehee Poplarville, MS 39470 | Pearl River | Bechtel |

NAMED PLAINTIFFS
STARLETT M. KING, as wrongful death Beneficiary and Representative of,
JEFF SHETTERLY, DECEASED, et al  v. CH2M HILL CONSTRUCTORS, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 96. | Walker | James | E. | | 10461 Hutter Rd. Gulfport, MS 39503 | Harrison | Bechtel |
| 97. | Walker | Theresa | P M | | 10461 Hunter Road Gulfport, MS 39503 | Harrison | Bechtel |
| 98. | Waller | Isaac | R | | 19527 Linda Ln. Saucier, MS 39574 | Harrison | Bechtel |
| 99. | Waller | Regina | F | | 19527 Linda Ln. Saucier, MS 39574 | Harrison | Bechtel |
| 100. | Welch | Jack | | | 6040 W. Benton St. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 101. | W | D | D. A. R. | Portia White (Mother) | 254 Nichols Dr. Biloxi, MS 39530 | Harrison | Bechtel |
| 102. | W | J | J | Twylett L. Williams (Mother) | 2800 19th Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 103. | W | A | D | Sabrina Hollins (Mother) | 1813 Lima Dr., Lot 174, Gautier, MS 39553 | Jackson | Bechtel |
| 104. | W | L | D | Sabrina Hollins (Mother) | 1813 Lima Dr., Lot 174, Gautier, MS 39553 | Jackson | Bechtel |
| 105. | W | P | C | Sabrina Hollins (Mother) | 1813 Lima Dr., Lot 174, Gautier, MS 39553 | Jackson | Bechtel |
| 106. | Williams | Twylett | L | | 2800 19th Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 107. | Wilner | Iris | A | | 7201 Big Island Rd. Moss Point, MS 39562 | Jackson | CH2M HILL |
| 108. | Wooley | Laura | L | | 7095 Lower Bay Rd. Bay St. Louis, MS 39576 | Hancock | Bechtel |