UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                       SECTION "N-5"

                                                                   JUDGE ENGELHARDT

                                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kathy Dubose, et al v CH2M Hill Constructors,
Inc., et al., Case No. 1:10-cv-2881*

_____

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53**

_____

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Complaint to match all Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a supplemental Exhibit "A" and incorporate same by reference herein.

                                        By:    *s / Rose Hurder Carney*
                                               Rose Hurder Carney

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose Hurder Carney, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

-1-

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants._____

                                *s / Rose Hurder Carney*
                                ROSE HURDER CARNEY