## NAMED PLAINTIFFS
## KATHY DUBOSE, ET AL v. CH2M HILL CONSTRUCTORS, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1. | Alexander | Henry | | | 9280 Canal Rd. # 47 Gulfport, MS 39503 | Harrison | CH2M HILL |
| 2. | Hall | Violetta | | | 9280 Canal Rd. # 47 Gulfport, MS 39503 | Harrison | CH2M HILL |
| 3. | Clayton | Heather | L | | 5404 Boots Rd. Moss Point, MS | Jackson | Bechtel |
| 4. | D | A | D D | Heather Phillips (Mother) | John Hill Blvd. Gulfport, MS 39503 | Harrison | Bechtel |
| 5. | D | F | J D | Heather Phillips (Mother) | John Hill Blvd. Gulfport, MS 39503 | Harrison | Bechtel |
| 6. | Dubose | Kathy | M | | 310 Peters Rd. Poplarville, MS 39490 904 South Mageehee St. Lot 9 Poplarville, MS 39490 | Pearl River | CH2M HILL |
| 7. | Dubose | Rodney | | | 904 South Mageehee St. Lot 9 Poplarville, MS 39490 | Pearl River | CH2M HILL |
| 8. | Henry | AlRobert | | | 904 South Mageehee St. Lot 9 Poplarville, MS 39490 | Pearl River | CH2M HILL |
| 9. | H | M | Z | Kathy M Dubose (Mother) | 310 Peters Rd. Poplarville, MS 39490 904 South Mageehee St. Lot 9 Poplarville, MS 39490 | Pearl River | CH2M HILL |
| 10. | H | D | L | Dwight L. Holloway (Father) | 1243 ½ Todd Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 11. | Holloway | Gary | L | | 1242 ½ Todd Ave. Gulfport, MS 39501 | Harrison | Bechtel |
| 12. | James | Annie | M | | 5405 Boots Rd. Moss Point, MS 39562 | Jackson | Bechtel |

EXHIBIT "A"

Page 1 of 2

## NAMED PLAINTIFFS
## KATHY DUBOSE, ET AL v. CH2M HILL CONSTRUCTORS, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 13. | J | L | C | Annie M. James (Mother) | 5405 Boots Rd. Moss Point, MS 39562 | Jackson | Bechtel |
| 14. | J | N | D | Annie M. James (Mother) | 5405 Boots Rd. Moss Point, MS 39562 | Jackson | Bechtel |
| 15. | J | P | W | Annie M. James (Mother) | 5405 Boots Rd. Moss Point, MS 39562 | Jackson | Bechtel |
| 16. | Phillips | Heather | | | John Hill Blvd. Gulfport, MS 39503 | Harrison | Bechtel |
| 17. | Prince | Michael | E | | 14391 Dedeaux Rd. Lot 107 Gulfport, MS 39503 | Harrison | Bechtel |

EXHIBIT "A"