# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Catherine Mayes and James W. Mayes, et al*
*v Frontier RV, Inc., et al., Case No. 2:10-cv-480*

_____

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

_____

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Complaint to match all Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a supplemental Exhibit "A" and incorporate same by reference herein.

By:     *s / Rose Hurder Carney*
         Rose Hurder Carney

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose Hurder Carney, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose Hurder Carney*
ROSE HURDER CARNEY