IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Catherine Mayes and James W. Mayes, et al*<br>*v Frontier RV, Inc., et al., Case No. 2:10-cv-480* | |

___

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST CH2M HILL CONSTRUCTORS, INC.**

___

COME NOW PLAINTIFFS, through undersigned counsel and, hereby dismiss, without prejudice, their claims against Defendant CH2M Hill Constructors, Inc., pursuant to Federal Rule of Civil Procedure 41.

No Defendant has served an answer or motion for summary judgment as of this date.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to Dismiss Without Prejudice Defendant Bechtel National, Inc.

Respectfully submitted this the   27   day of September, 2010.

By:     *s / Rose Hurder Carney*
Rose Hurder Carney

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose Hurder Carney, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            *s / Rose Hurder* Carney
                                            Rose Hurder Carney