**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **SECTION "N" (5)** |
| ***Johnson, et al v. Lakeside Park Homes, Inc.,*** | * | |
| ***et al*** | * | |
| ***Case No. 10-2469*** | * | **JUDGE ENGELHARDT** |
| | * | |
| | * | **MAGISTRATE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT**
**<u>FLUOR ENTERPRISES, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby

dismiss without prejudice defendant Fluor Enterprises, Inc.  Fluor Enterprises, Inc., has

not served an answer or motion for summary judgment in this matter.

Respectfully submitted,


____/s/ Matthew B. Moreland_____
Daniel E. Becnel, Jr. (La. Bar No. 2926)
Matthew B. Moreland (La. Bar No. 24567)
Becnel Law Firm, LLC
106 W. Seventh Street
P.O. Drawer H
Reserve, LA  70084
Tel:  (985) 536-1186
Fax:  (985) 536-6445
Email:  dbecnel@becnellaw.com

**ATTORNEYS FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

     I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification and that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 27th day of September, 2010.

    By:    <u>/s/Matthew B. Moreland</u>
    Matthew B. Moreland  (La. Bar No. 24567)
    **BECNEL LAW FIRM, LLC**
    106 W. Seventh Street
    P. O. Drawer H
    Reserve, Louisiana  70084
    Telephone: (985) 536-1186
    Facsimile: (985) 536-6445