UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-3558 | * | |
| *Chatman Johnson, III, et al. vs. Layton Homes Corp., et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Layton Homes Corp. have been contacted and do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages.  Counsel for Fluor Enterprises, Inc. has also been contacted, but unable to respond to date.

                                           */s/ Hugh P. Lambert*
                                           HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                           LINDA J. NELSON, ESQ. (LA Bar #9938)
                                           LAMBERT & NELSON, PLC
                                           701 Magazine Street
                                           New Orleans, Louisiana 70130
                                           Telephone:  (504) 581-1750
                                           Facsimile:  (504) 529-2931
                                           hlambert@lambertandnelson.com
                                           lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of September, 2010.

 _/s/ Hugh P. Lambert_
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)

2