UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-4449 | * | |
| *Dolores Joseph vs. Forest River, Inc., et al.* | * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

Plaintiff respectfully moves this Honorable Court to allow her to amend her Original Complaint for Damages by naming the United States of America, through the Federal Emergency Management Agency (FEMA), as a defendant in the above referenced case.

The Plaintiff in the above listed case seeks leave to name FEMA as a defendant in her individual action because since the time of the filing of her Original Complaint for Damages, her administrative claim has been exhausted. Upon information and belief, the named Plaintiff in the above listed case timely filed an administrative claim pursuant to the Federal Tort Claims Act. For Plaintiff, either the minimum six months have passed since the filing of her claim, with no final disposition made by FEMA, or Plaintiff has received final disposition of her claim within the past six months.

Accordingly, Plaintiff respectfully requests that this Honorable Court grant her Motion for Leave to File First Supplemental and Amending Complaint for Damages.

1

      Respectfully submitted:


BY:   */s/ Hugh P. Lambert, Esq.*
     HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
     LINDA J. NELSON, ESQ. (LA Bar # 9938)
     LAMBERT & NELSON, PLC
     701 Magazine Street
     New Orleans, LA 70130
     Telephone: (504) 581-1750
     Facsimile: (504) 529-2931
     hlambert@lambertandnelson.com
     lnelson@lambertandnelson.com


**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of September, 2010.

           */s/ Hugh P. Lambert*
           HUGH P. LAMBERT, ESQ. (LA Bar #7933)