UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-4449 | | * | |
| *Dolores Joseph vs. Forest River, Inc., et al.* | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel of record for Forest River, Inc. and Shaw Environmental, Inc. have been contacted and have been unable to respond to date.

                                     */s/ Hugh P. Lambert*
                                     HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                     LINDA J. NELSON, ESQ. (LA Bar #9938)
                                     LAMBERT & NELSON, PLC
                                     701 Magazine Street
                                     New Orleans, Louisiana 70130
                                     Telephone: (504) 581-1750
                                     Facsimile: (504) 529-2931
                                     hlambert@lambertandnelson.com
                                     lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of September, 2010.

                                          */s/ Hugh P. Lambert*
                                          HUGH P. LAMBERT, ESQ. (LA Bar #7933)