UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:   ALL LOUISIANA PLAINTIFFS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE*/CONSENT
MOTION TO FILE A MEMORANDUM NOT TO EXCEED FIFTY (50) PAGES
IN SUPPORT OF ITS MOTION TO DISMISS LOUISIANA PLAINTIFFS'
REMAINING CLAIM AGAINST THE UNITED STATES

Defendant United States of America ("United States") pursuant to Local Rules hereby files this Unopposed *Ex Parte*/Consent Motion seeking permission to file a Memorandum not to exceed fifty (50) pages (excluding table of contents, table of authorities and signature page) in support of its Motion to dismiss Louisiana Plaintiffs' remaining claims against the United States.  The Court should grant this Motion for all of the the reasons set forth in the government's Memorandum filed in support hereof.

Undersigned government counsel, consistent with Local Rule 7.6,  has conferred with Plaintiffs' Liaison Counsel through e-mail, and undersigned government counsel hereby certifies that Plaintiffs' Liaison Counsel does not object or oppose this Motion.

Accordingly, for good cause shown, the United States request that the Court grant this unopposed *Ex Parte* Motion and enter the attached proposed Order.

| | |
|---|---|
| Dated: September 27, 2010. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | MICHELLE BOYLE<br>ADAM DINNELL<br>MICHELE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | JONATHAN WALDRON<br>Trial Attorneys |
| OF COUNSEL: | //S// *Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                         //S// *Henry T. Miller*
                                         HENRY T. MILLER (D.C. Bar No. 411885)