UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　　SECTION N-5

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:   ALL LOUISIANA PLAINTIFFS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

**UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED *EX PARTE*/CONSENT MOTION TO FILE A MEMORANDUM NOT TO EXCEED FIFTY (50) PAGES IN SUPPORT OF ITS MOTION TO DISMISS LOUISIANA PLAINTIFFS' REMAINING CLAIM AGAINST THE UNITED STATES**

Defendant United States of America ("United States") files this Memorandum in support of its Unopposed *Ex Parte*/Consent Motion seeking permission to file a Memorandum not to exceed fifty (50) pages (excluding table of contents, table of authorities and signature page) in support of its Motion to dismiss Louisiana Plaintiffs' remaining claims against the United States. Consistent with the Court's Order, the United States intends on October 4, 2010, to seek the dismissal of the Louisiana Plaintiffs' remaining claims against the government, *i.e.*, Louisiana Plaintiffs' claims asserting liability based upon gross negligence and willful and wanton misconduct. The United States intends to request the dismissal of the Louisiana Plaintiffs' remaining FTCA claims: (1) pursuant to Fed. R. Civ. P. 12(b)(1) because the claims are barred by the misrepresentation exception to the Federal Tort Claims Act waiver of sovereign immunity, 28 U.S.C. § 2680(h); (2) pursuant to Fed. R. Civ. P. 12(b)(6) because Louisiana Plaintiffs have failed to plead facts that would support a finding of gross negligence or willful and wanton misconduct; and (3) pursuant to Fed. R. Civ. P. 56, because there exists no genuine issue of material

fact and Plaintiffs cannot demonstrate gross negligence or willful and wanton misconduct.

Allowing the United States to present these issues through a single Motion and a single Memorandum in support that will not exceed fifty (50) pages, is more efficient than requiring the government to file three separate Motions and Memorandums (each of which may be up to twenty-five (25) pages long). The filing of a single Motion and fifty (50) page Memorandum, as opposed to three Motions and three twenty-five (25) page Memorandums, will reduce the burden to responding parties and allow the Court to resolve these overlapping, but separate issues, in a more efficient manner.

A single Motion and fifty (50) page Memorandum, as opposed to three separate Motions and, albeit shorter, twenty-five page Memorandums, is more efficient. This is because Louisiana jurisprudence governing gross negligence and willful and wanton misconduct is applicable and relevant to all three arguments and will only need to be presented, reviewed, and addressed by parties and Court one time if it is presented in a single Motion and Memorandum as opposed to three Motions. Similarly, most of the facts relevant to whether Plaintiffs' gross negligence and willful and wanton misconduct claim is barred by the FTCA misrepresentation exception are relevant to whether summary judgment is appropriate under Fed. R. Civ. P. 56. If a single Motion and Memorandum is allowed, the Court and parties will have a single concise statement of the facts, as opposed to two separate but virtually identical statements of fact.

As such, in the interest of judicial economy, and for good cause shown, the United States requests that the Court grant its Motion and allow the United States to file a single Motion and Memorandum not to exceed fifty (50) pages in support of its Motion to dismiss Louisiana Plaintiffs' remaining FTCA claims.

Dated: September 27, 2010.                      Respectfully Submitted,

TONY WEST                                       ADAM BAIN
Assistant Attorney General, Civil Division      Senior Trial Counsel

J. PATRICK GLYNN                                MICHELLE BOYLE
Director, Torts Branch, Civil Division          ADAM DINNELL
                                                MICHELE GREIF
DAVID S. FISHBACK                               JONATHAN WALDRON
Assistant Director                              Trial Attorneys

OF COUNSEL:                                     //S// *Henry T. Miller*
                                                HENRY T. MILLER (D.C. Bar No. 411885)
JORDAN FRIED                                    Senior Trial Counsel
Associate Chief Counsel                         United States Department of Justice
                                                Civil Division – Torts Branch
JANICE WILLIAMS-JONES                           P.O. Box 340, Ben Franklin Station
Senior Trial Attorney                           Washington, D.C. 20004
Federal Emergency Management Agency             Telephone No: (202) 616-4223
Department of Homeland Security                 E-mail: Henry.Miller@USDOJ.Gov
Washington, D.C. 20472

                                                Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                //S// *Henry T. Miller*
                                                HENRY T. MILLER (D.C. Bar No. 411885)

3