UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:   ALL LOUISIANA PLAINTIFFS
*************************************************************************

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel certifies that Plaintiffs' Liaison Counsel has been contacted via electronic mail and has responded stating that Plaintiffs do not oppose or object to the United States' Motion.

Dated: September 27, 2010.                             Respectfully Submitted,

TONY WEST                                              ADAM BAIN
Assistant Attorney General, Civil Division             Senior Trial Counsel

J. PATRICK GLYNN                                       MICHELLE BOYLE
Director, Torts Branch, Civil Division                 ADAM DINNELL
                                                       MICHELE GREIF
DAVID S. FISHBACK                                      JONATHAN WALDRON
Assistant Director                                     Trial Attorneys

OF COUNSEL:                                            //S// *Henry T. Miller*
                                                       HENRY T. MILLER (D.C. Bar No. 411885)
JORDAN FRIED                                           Senior Trial Counsel
Associate Chief Counsel                                United States Department of Justice
                                                       Civil Division – Torts Branch
JANICE WILLIAMS-JONES                                  P.O. Box 340, Ben Franklin Station
Senior Trial Attorney                                  Washington, D.C. 20004
Federal Emergency Management Agency                    Telephone No: (202) 616-4223
Department of Homeland Security                        E-mail: Henry.Miller@USDOJ.Gov
Washington, D.C. 20472

                                                       Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I hereby certify that on September 27, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                             *//S// Henry T. Miller*
                                             HENRY T. MILLER (D.C. Bar No. 411885)