UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　SECTION N-5

　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:   ALL LOUISIANA PLAINTIFFS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file on or before October 4, 2010, a fifty (50) page Memorandum in support of its Motion to Dismiss Louisiana Plaintiffs' remaining Federal Tort Claim Act, 28 U.S.C. §1346(b)(1), 2671-80, claim, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file a fifty (50) page Memorandum in support of its Motion to dismiss that will be filed on or before October 4, 2010.

**DONE AND SIGNED** this _____ day of _____, 2010.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**HONORABLE KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　**JUDGE, UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　**EASTERN DISTRICT OF LOUISIANA**