# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| MELANIE DAME | ) ) | PLAINTIFF |
| VS. | ) ) | CIVIL ACTION NO. 10-2157 |
| STARCRAFT RV, INC. | ) ) | DEFENDANT |

## SUMMONS IN A CIVIL ACTION

To:   Starcraft RV, Inc.
C/O Arlen J. Paul, Registered Agent
1628 W. Beardsley Avenue
Elkhart, IN 46514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Honorable John A. Eaves, Jr.
The Eaves Law Office
101 North State Street
Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: Aug 17 2010

_____
Signature of Clerk or Deputy Clerk

Civil Action No. 10-2157

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Suncraft RV, Inc., c/o Arlen J. Paul, Registerd Agent
was received by me on *(date)* 08/19/2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   Certified Mail Returned Unclaimed   ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/28/2010

_____
Server's signature

April Conger, Process Server
*Printed name and title*

340 Arbor Dr, #167
Ridgeland, MS  39157

*Server's address*

Additional information regarding attempted service, etc:
Certified Mail Receipt# 7008 1830 0000 5267 8906 returned unclaimed



RECEIVED
SEP 27 2010

EAVES LAW FIRM
101 North State Street
Jackson, MS 39201

7008 1830 0000 5267 8906

AJP RV, Inc. f.k.a. Starcraft
Arlen J. Paul
1628 W. Beardsley Ave.
Elkhart, IN 46514

NIXIE       3061 1       04 09/22/10
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER