

# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| AMANDA J. ANDERSON | ) ) | PLAINTIFF |
| VS. | ) ) | CIVIL ACTION NO. <u>10-2138</u> |
| STARCRAFT RV, INC. | ) | DEFENDANT |

## SUMMONS IN A CIVIL ACTION

To:   Starcraft RV, Inc.
      C/O Arlen J. Paul, Registered Agent
      1628 W. Beardsley Avenue
      Elkhart, IN 46514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Honorable John A. Eaves, Jr.
   The Eaves Law Office
   101 North State Street
   Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date:  Aug 17 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-2138

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Suncraft RV, Inc., c/o Arlen J. Paul, Registerd Agent

was received by me on *(date)* 08/19/2010 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   Certified Mail Returned Unclaimed   ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 09/28/2010

*Server's signature*

April Conger, Process Server
*Printed name and title*

340 Arbor Dr, #167
Ridgeland, MS  39157

*Server's address*

Additional information regarding attempted service, etc:
Certified Mail Receipt# 7008 1830 0000 5267 8906 returned unclaimed

RECEIVED
SEP 27 2010

EAVES LAW FIRM
101 North State Street
Jackson, MS 39201

7008 1830 0000 5267 8906

AJP RV, Inc. f.k.a. Starcraft
Arlen J. Paul
1628 W. Beardsley Ave.
Elkhart, IN 46514

NIXIE     3061 1     04 09/22/10
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER