UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:   ALL LOUISIANA PLAINTIFFS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file on or before October 4, 2010, a fifty (50) page Memorandum in support of its Motion to Dismiss Louisiana Plaintiffs' remaining Federal Tort Claim Act, 28 U.S.C. §1346(b)(1), 2671-80, claim, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file a fifty (50) page Memorandum in support of its Motion to dismiss that will be filed on or before October 4, 2010.

**DONE AND SIGNED** this ___28th___ day of _____September_____, 2010.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA