**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4448 | | * | |
| *Leonard Hargrove, et al. vs. Gulf Stream Coach, Inc., et al.* | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced case, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying Original Complaint for Damages to add the United States of America through the Federal Emergency Management Agency (FEMA) as a defendant in the above referenced case, based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.  The Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Leonard Hargrove, et al. vs. Gulf Stream Coach, Inc., et al.,* Civil Action No. 09-4449 originally filed in the 24th Judicial District Court for the Parish of Jefferson, and later removed to the United States District Court, Eastern District of Louisiana for the above mentioned reasons.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file their First Supplemental and Amending Complaint for Damages adding the United States of America through FEMA as a defendant.

1

Respectfully submitted:

BY:    */s/ Hugh P. Lambert*
       HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
       LINDA J. NELSON, ESQ. (LA Bar # 9938)
       LAMBERT & NELSON, PLC
       701 Magazine Street
       New Orleans, LA 70130
       Telephone: (504) 581-1750
       Facsimile: (504) 529-2931
       hlambert@lambertandnelson.com
       lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of September, 2010.

       */s/ Hugh P. Lambert*
       HUGH P. LAMBERT, ESQ. (LA Bar #7933)