# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-4448 | * | |
| *Leonard Hargrove, et al. vs. Gulf Stream Coach, Inc.,* | * | JUDGE ENGELHARDT |
| *et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Gulf Stream Coach, Inc. and Shaw Environmental, Inc. have been contacted and have been unable to respond to date.

                                        */s/ Hugh P. Lambert*
                                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                        LINDA J. NELSON, ESQ. (LA Bar #9938)
                                        LAMBERT & NELSON, PLC
                                        701 Magazine Street
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 581-1750
                                        Facsimile: (504) 529-2931
                                        hlambert@lambertandnelson.com
                                        lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of September, 2010.

                                                                                             */s/ Hugh P. Lambert*
                                                                                             HUGH P. LAMBERT, ESQ. (LA Bar #7933)