**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4448 | * | |
| *Leonard Hargrove, et al. vs. Gulf Stream Coach, Inc., et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

TO:    ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 20th day of October, 2010, at 9:30 a.m.

                                            */s/ Hugh P. Lambert*
                                            HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                            LINDA J. NELSON, ESQ. (LA Bar #9938)
                                            LAMBERT & NELSON, PLC
                                            701 Magazine Street
                                            New Orleans, Louisiana 70130
                                            Telephone:  (504) 581-1750
                                            Facsimile:  (504) 529-2931
                                            hlambert@lambertandnelson.com
                                            lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of September, 2010.

                                                                */s/ Hugh P. Lambert*
                                                                HUGH P. LAMBERT, ESQ. (LA Bar #7933)