**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:      **FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCT LIABILITY LITIGATION** | * | |
| | * | **SECTION "N-5"** |
| **THIS DOCUMENT IS RELATED TO:  09-3604** | * | |
| *Robert James, Jr., et al. vs. FRH, Inc., f/k/a Hy-Line* | * | **JUDGE ENGELHARDT** |
| *Enterprises, Inc., et al.* | * | |
| | * | **MAG. JUDGE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING**
**COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

referenced case, who for the reasons more fully set forth in the memorandum attached

hereto, respectfully represent that it is both necessary and appropriate to supplement and

amend the underlying Original Complaint for Damages as well as Plaintiffs' First

Supplemental and Amending Complaint for Damages to add the United States of America

through the Federal Emergency Management Agency (FEMA) as a defendant in the above

referenced case, based upon information now in the possession of counsel that was

unknown at the time the underlying suit was filed.  The Plaintiffs herein respectfully move

this Honorable Court for leave to file the attached Second Supplemental and Amending

Complaint for Damages as it relates to the underlying suit of *Robert James, Jr., et al. vs. FRH,*

*Inc., f/k/a Hy-Line Enterprises, Inc., et al.*, Civil Action No. 09-3604 filed in the Eastern

District of Louisiana for the above mentioned reasons.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to grant Plaintiffs'

Motion for Leave to file their Second Supplemental and Amending Complaint for Damages

adding the United States of America through FEMA as a defendant.

1

Respectfully submitted:


BY:     */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
        LINDA J. NELSON, ESQ. (LA Bar # 9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com




**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel

of record through electronic notification pursuant to the electronic filing in the United

States District Court for the Eastern District of Louisiana this 28th day of September, 2010.


                    */s/ Hugh P. Lambert*
                    HUGH P. LAMBERT, ESQ. (LA Bar #7933)

2