**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-3604 | | * | |
| *Robert James, Jr., et al. vs. FRH, Inc., f/k/a Hy-Line* | | * | JUDGE ENGELHARDT |
| *Enterprises, Inc., et al.* | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for CH2M HILL Constructors, Inc. has been contacted and do not object to Plaintiffs' Second Supplemental and Amending Complaint for Damages.  Counsel for Fluor Enterprises, Inc. has also been contacted and do not object to Plaintiffs' Second Supplemental and Amending Complaint for Damages, with full reservation of rights of all defenses, including, but not limited to, Statute of Limitation and prescription.

Counsel for FRH, Inc., f/k/a Hy-Line Enterprises, Inc., Indiana Building Systems, LLC, d/b/a Holly Park, Shaw Environmental, Inc. and MLU Services, Inc. have also been contacted and have been unable to respond to date.

                  /s/ Hugh P. Lambert
                  HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                  LINDA J. NELSON, ESQ. (LA Bar #9938)
                  LAMBERT & NELSON, PLC
                  701 Magazine Street
                  New Orleans, Louisiana 70130
                  Telephone:  (504) 581-1750
                  Facsimile:  (504) 529-2931
                  hlambert@lambertandnelson.com
                  lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of September, 2010.

                */s/ Hugh P. Lambert*
                HUGH P. LAMBERT, ESQ. (LA Bar #7933)