AO 440 (Rev. 12/09) Summons in a Civil Action

*10-2909*

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Eva Francis | ) |
| ———————————————— | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. $2:10cv 84-150-JMR$ |
| Coachmen Recreational Vehicle Company of | ) |
| Georgia, LLC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coachmen Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: July 29, 2010

*Signature of Clerk or Deputy Clerk*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | A. Signature    □ Agent   □ Addressee   X |
| 71791000164500162158 | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? □ Yes   If YES enter delivery address below: □ No |
| Coachmen Industries, Inc. through Corporation Service Company 251 E. Ohio Street Suite 500 Indianapolis, IN 46204 | SEP 24 2010 INDIANA 46204 |
| | 3. Service Type     ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)     Yes |

Code2: Francis v. Coachmen, 10-184

PS Form 3811     **Domestic Return Receipt**