AO 440 (Rev. 12/09) Summons in a Civil Action

10.2908

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Eva Francis )
)
*Plaintiff* )
v. ) Civil Action No. 2:10cv184-HSO-JMR
Coachmen Recreational Vehicle Company of )
Georgia, LLC, et al. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coachmen Recreational Vehicle Company of Georgia, LLC
Through its Agent for Service of Process
Corporation Service Company
40 Technology Parkway South, #300
Norcross, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: July 29, 2010

*Signature of Clerk or Deputy Clerk*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164580162172 | A. Signature X _____ ☐ Agent ☐ Addressee | |
| | B. Received by (Printed Name) Joesha | C. Date of Delivery SEP 23 2010 |
| 1. Article Addressed to:<br><br>Coachmen Rec. Veh. Co., of GA LLC. through<br>Corporation Service Company<br>40 Technology Parkway South<br>#300<br>Norcross, GA 30092 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No | |
| | 3. Service Type ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |

Code2: Francis v. Coachmen, 10-184

PS Form 3811                     Domestic Return Receipt