**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4427 | * | |
| *Hattie Merriell vs. Keystone RV Company, et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above referenced case, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represents that it is both necessary and appropriate to supplement and amend the underlying Original Complaint for Damages to add the United States of America through the Federal Emergency Management Agency (FEMA) as a defendant in the above referenced case, based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed. The Plaintiff herein respectfully moves this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Hattie Merriell vs. Keystone RV Company, et al.,* Civil Action No. 09-4427 originally filed in the United States District Court, Western District of Louisiana, and later transferred to the United States District Court, Eastern District of Louisiana for the above mentioned reasons.

WHEREFORE, Plaintiff respectfully moves this Honorable Court to grant Plaintiff's Motion for Leave to file her First Supplemental and Amending Complaint for Damages adding the United States of America through FEMA as a defendant.

1

Respectfully submitted:

BY:   /s/ Hugh P. Lambert
      HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
      LINDA J. NELSON, ESQ. (LA Bar # 9938)
      LAMBERT & NELSON, PLC
      701 Magazine Street
      New Orleans, LA 70130
      Telephone: (504) 581-1750
      Facsimile: (504) 529-2931
      hlambert@lambertandnelson.com
      lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of September, 2010.

  /s/ Hugh P. Lambert
  HUGH P. LAMBERT, ESQ. (LA Bar #7933)