AO 440 (Rev. 12/09) Summons in a Civil Action

10-3006

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Lakisha Williamson, et al. )
)
Plaintiff )
v. ) Civil Action No. 2:10CV 187 HSO-JMR
Hy-Line Enterprises, Inc., et al. )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hy-Line Enterprises, Inc.
Through its Agent for Service of Process
Margaret Flager
52219 Delta Court
Elkhart, Indiana 46514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: July 30, 2010

*Signature of Clerk or Deputy Clerk* A Jackson

**2. Article Number**

7179 1000 1645 0016 2394

1. Article Addressed to:

Hy-Line Enterprises through
Margaret Flager
52219 Delta Court
Elkhart, IN 46514

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
7-25-10

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:    ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Code2: Williamson v. Hy-Line, 10-187 SDMS

PS Form 3811                    Domestic Return Receipt