AO 440 (Rev. 12/09) Summons in a Civil Action

10-3142

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Kayla Fountain, et al.

*Plaintiff*

v.

Keystone RV Company, et al.

*Defendant*

Civil Action No. 1:10CV372HSO-JMR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* USA through Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

*CLERK OF COURT*

Date: 7/30/10

[signature]
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0015 7024**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 7:45 am on September 13, 2010 in WASHINGTON, DC 20472.

Detailed Results:

- **Delivered, September 13, 2010, 7:45 am, WASHINGTON, DC 20472**
- **Notice Left, September 12, 2010, 12:37 pm, WASHINGTON, DC 20472**
- **Arrival at Unit, September 12, 2010, 10:54 am, WASHINGTON, DC 20022**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Track & Confirm

Enter Label/Receipt Number.

Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

71791000164500157024

| | |
|---|---|
| Postage | |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees | $ 7.17 |

Postmark Here

Sent To: Federal Emergency Mgmt Agcy (FEMA)
Street, Apt. No.; or PO Box No. City, State, Zip+4: Craig Fugate, Director, 500 C Street S.W., Washington, DC 20472

PS Form 3800, August 2006 See Reverse for Instructions

File: Fountain v. Keystone 10-372 SDMS