UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-6208 | * | |
| *Van Lee Parker vs. Cavalier Home Builders, LLC, et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint for Damages on Plaintiff's behalf:

IT IS SO ORDERED that the Plaintiff be GRANTED leave to file his First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing Motion.

THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE