**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| | **PRODUCT LIABILITY LITIGATION** | * | |
| | | * | **SECTION "N-5"** |
| **THIS DOCUMENT IS RELATED TO:  09-6208** | | * | |
| *Van Lee Parker vs. Cavalier Home Builders, LLC,* | | * | **JUDGE ENGELHARDT** |
| *et al.* | | * | |
| | | * | **MAG. JUDGE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel of record for Cavalier Home Builders, LLC has been contacted and do not object to Plaintiff's First Supplemental and Amending Complaint for Damages.  Counsel for Fluor Enterprises, Inc. has also been contacted and do not object to Plaintiff's First Supplemental and Amending Complaint for Damages, with full reservation of rights of all defenses, including, but not limited to, Statute of Limitation and prescription.

 */s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-1750
Facsimile:  (504) 529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of September, 2010.

_/s/ Hugh P. Lambert_
HUGH P. LAMBERT, ESQ. (LA Bar #7933)