AO 440 (Rev. 12/09) Summons in a Civil Action   10-3127

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Alishia Williams, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:10cv355 HSO-JMR |
| Destiny Industries, LLC, et al. ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* USA through Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 7-30-10

*Signature of Clerk or Deputy Clerk*

USPS - Track & Confirm                                                                                     Page 1 of 1


UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7179 1000 1645 0015 9042
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 9:25 am on September 20, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Detailed Results:
- Delivered, September 20, 2010, 9:25 am, WASHINGTON, DC 20472
- Notice Left, September 19, 2010, 12:57 pm, WASHINGTON, DC 20472
- Arrival at Unit, September 19, 2010, 9:51 am, WASHINGTON, DC 20022

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | 7179 1000 1645 0015 9042 |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees $ | 7.17 |

Postmark Here

Sent To: Federal Emergency Mgmt Agcy (FEMA)
Street, Apt. No.; or PO Box No.: Craig Fugate, Director
500 C Street S.W.
City, State, Zip+4: Washington, DC 20472

PS Form 3800, August 2006    See Reverse for Instructions

Code2: A. Williams v. Destiny, 10-355, SDMS

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                               9/28/2010