**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-5536 | | * | |
| *Tandra Evans, et al. vs. Timberland RV Co., d/b/a* | | * | JUDGE ENGELHARDT |
| *Adventure Manufacturing, et al.* | | * | |
| | | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Fluor Enterprises, Inc. has been contacted and do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages, with full reservation of rights of all defenses, including, but not limited to, Statute of Limitation and prescription. Counsel for Timberland RV, Co., d/b/a Adventure Manufacturing has also been contacted and has been unable to respond to date.

       /s/ Hugh P. Lambert
       HUGH P. LAMBERT, ESQ. (LA Bar #7933)
       LINDA J. NELSON, ESQ. (LA Bar #9938)
       LAMBERT & NELSON, PLC
       701 Magazine Street
       New Orleans, Louisiana 70130
       Telephone:  (504) 581-1750
       Facsimile:  (504) 529-2931
       hlambert@lambertandnelson.com
       lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of September, 2010.

  /s/ Hugh P. Lambert  
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)