AO 440 (Rev. 12/09) Summons in a Civil Action

*10-3129*

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Sarah Walker | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:10CV357 HSO-JMR |
| Dutchmen Manufacturing, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

USA through

To: *(Defendant's name and address)* Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
*CLERK OF COURT*

Date: 7-30-10

_____
*Signature of Clerk or Deputy Clerk*


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0015 8656**
Service(s): **Certified Mail™**
Status: **Delivered**

Track & Confirm

Enter Label/Receipt Number.

Your item was delivered at 8:46 am on September 16, 2010 in WASHINGTON, DC 20472.

Go >

Detailed Results:

• **Delivered, September 16, 2010, 8:46 am, WASHINGTON, DC 20472**
• **Arrival at Unit, September 16, 2010, 6:29 am, WASHINGTON, DC 20022**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | 7179100016450015865b | |
| Certified Fee | 2.07 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 0.00 | |

7.17

Sent To   **Federal Emergency Mgmt Agcy (FEMA)**
Street, Apt. No.; or PO Box No.   **Craig Fugate, Director**
**500 C Street S.W.**
City, State, Zip+4   **Washington, DC 20472**

PS Form 3800, August 2006    See Reverse for Instructions

Code2: S. Walker v. Dutchmen, 10-357, SDMS