UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: n(5) |
| | * | |
| This Document Relates to: | * | JUDGE ENGELHARDT |
| *Brown v. William Scotsman, Inc., et al.,* | * | |
| Civil Action No. 09-8564 | * | MAGISTRATE CHASEZ |

## RESPONSE TO MOTION TO DISMISS

**NOW INTO COURT** through undersigned counsel, comes Saniqua Brown, who respectfully offers this Response to the Defendant's Motion to Dismiss brought for failure to provide a completed Plaintiff Fact Sheet.

While undersigned acknowledges the obligation of each Plaintiff in this litigation to complete and timely provide to defendants a Plaintiff Fact Sheet, communication with Ms. Brown have proven impossible. Undersigned counsel has endeavored to contact the Plaintiff on numerous occasions and through various means. Despite these attempt undersigned has received no response from the Plaintiff. Because of this refusal to respond, the Plaintiff has been unable to complete the Plaintiff Fact Sheets as set forth under Pre-Trial Order 32.

Undersigned counsel further represents to this honorable Court that he has undertaken the following efforts to contact the Plaintiff, and attaches proof of each in support:

1. Correspondence to Plaintiff on November 25, 2008 attached to as Exhibit A;

2. Correspondence to Plaintiff dated May 13, 2009 attached to as Exhibit B;

3. Correspondence to Plaintiff dated January 11, 2010 attached to as Exhibit C;

4. Certified letter to Plaintiff dated August 31, 2010 returned as undeliverable attached to as Exhibit D;

5. Letter sent via Thompson Courier Service dated September 17, 2010 along with Affidavit from Courier attached to as Exhibit E;

As exhibited above, despite several documented and unsuccessful attempts to contact the Plaintiff to obtain the necessary information for the completion of the Plaintiff's Fact Sheet, undersigned counsel can take no further action to provide information relating to the completion of the Plaintiff Fact Sheet, and, as such, cannot offer additional defenses against the Defendant's Motion to Dismiss.

Respectfully submitted,

/s/Raul R. Bencomo
RAUL R. BENCOMO (#2932)
639 Loyola Avenue, Suite 2110
New Orleans, LA 70113
Telephone: (504) 529-2929
Facsimile: (504) 529-2018
raul@bencomolaw.com
Counsel for plaintiff, Saniqua Brown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system for the United States District Court for the Eastern District of Louisiana. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 28th day of September, 2010.

s/Raul R. Bencomo
**Raul R. Bencomo**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: n(5) |
| | * | |
| This Document Relates to: | * | JUDGE ENGELHARDT |
| *Brown v. William Scotsman, Inc., et al.,* | * | |
| Civil Action No. 09-8564 | * | MAGISTRATE CHASEZ |

## ORDER

**CONSIDERING THE FOREGOING MOTION;**

It is ORDERED that any and all claims against Defendant, William Scotsman, Inc. be dismissed because of plaintiff's, Saniqua Brown, failure to comply with Pre-Trial Order 32.

New Orleans, LA this _____ day of _____, 2010

_____

JUDGE