# EXHIBIT A

# BENCOMO & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

2110 ENTERGY BUILDING

639 LOYOLA AVENUE

NEW ORLEANS, LOUISIANA 70113

TELEPHONE: (504) 529-2929

FACSIMILE: (504) 529-2018

E-MAIL: BEN_LAW@BELLSOUTH.NET

RAÚL R. BENCOMO

November 25, 2008

Re:   **Your Formaldehyde Trailer Claim**

Dear Client:

Please contact our office immediately regarding your above-referenced claim. We have attempted to contact you to schedule an appointment regarding the above claim, but the phone number we have is either incorrect or outdated. Please contact the **Formaldehyde Trailer Claims Office** directly at **(504) 483-8956,** and ask for **Elaine Bates** so she may update your information, and promptly schedule an appointment.

Thank you for your time and attention in this matter.

Sincerely,

**RAÚL R. BENCOMO**

RRB/sc

P.S.  If you have already been to the Formaldehyde Claims Office at 4731 Canal Street, please disregard this letter.



# EXHIBIT B

(504) 483-8956  **Formaldehyde Trailer Claims Office**  www.trailerclaims.net
(877) 711-9611  4731 Canal Street  Fax (504) 483-8958
New Orleans, Louisiana 70119

May 13, 2009

Saniqua Brown
1901 Beachhead St
Violet, LA 70092

RE: *FEMA Trailer Formaldehyde Litigation*

Dear Ms. Brown:

Our office has been trying to contact you concerning the completion of your Plaintiff Fact Sheet. Please complete the enclosed forms and mail them back to us in the self addressed envelope. Please sign all the certifications in blue ink and do NOT date any of the authorizations. If you have any questions please contact Elaine Bates at **(504) 483-8956. Please send a copy of your driver's license with your paperwork.**

The failure to return your completed Plaintiff Fact Sheet may result in your case being dismissed by the judge, and will prevent you from making any recovery on any injury you have sustained as a result of your exposure to formaldehyde. Once dismissed from this case, you will not be allowed to re-assert any claims. We are operating under a strict court imposed deadline and your fact sheet needs to be processed in the next few weeks.

With kindest regards.

Thanks,


Elaine Bates



# EXHIBIT C

(504) 483-8956      **Formaldehyde Trailer Claims Office**      www.trailerclaims.net
(877) 711-9611            4731 Canal Street            Fax (504) 483-8958
                       New Orleans, Louisiana 70119

January 11, 2010

Saniqua Brown
5131 Bundy Road E27
New Orleans, LA 70127

Re: Formaldehyde Trailer Claims

Dear Client:

       This letter is to inform you that we have attempted to contact you to complete your Plantiff Fact Sheet, to no avail. It is **extremely important** that you complete the Plaintiff Fact Sheet, as it forms the basis of any claim you may have against FEMA or a defendant manufacturer. Failure to complete the Plaintiff Fact Sheets will result in the **dismissal** by the Judge of your claim against the defendants. Further, we are under a very tight deadline to get your claim processed. If you would like to schedule your appointment, please contact us immediately at (504) 483-8956 so that we can timely complete your Plaintiff Fact Sheet.

We look forward to hearing from you.


Yours truly,



Alise Borruano



# EXHIBIT D

# BENCOMO & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

2110 ENTERGY BUILDING

639 LOYOLA AVENUE

NEW ORLEANS, LOUISIANA 70113

TELEPHONE: (504) 529-2929

FACSIMILE: (504) 529-2018

E-MAIL: BEN_LAW@BELLSOUTH.NET

RAÚL R. BENCOMO

August 31, 2010

*Via Certified Mail*
Saniqua Brown
5131 Bundy Road E27
New Orleans, La 70127

Dear Ms. Brown:

Our office has been trying to contact you concerning the completion of your Plaintiff Fact Sheet. We regret to inform you that your failure to complete the Plaintiff Fact Sheet will result in a dismissal of your claim. This dismissal will prevent you from making any recovery on any injury you have claimed from your alleged exposure to formaldehyde. You will not be allowed to re-assert any claim.

With best regards, I am

Sincerely,

RAÚL R. BENCOMO

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Saniqua Brown
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006        See Reverse for Instructions

7006 3450 0001 5438 3160

EXHIBIT D

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Saniqua Brown<br>5131 Bundy Rd. E27<br>New Orleans, La 70127 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0001 5438 3160 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**BENCOMO & ASSOCIATES**
ATTORNEYS & COUNSELORS AT LAW

ENTERGY BUILDING
639 LOYOLA AVENUE
SUITE 2110

NEW ORLEANS, LOUISIANA 70113



CERTIFIED MAIL



7006 3450 0001 5438 3160

Saniqua Brown
5131 Bundy Road E27
New Orleans, La 70127

KL
NOTIFIED
9-3-10

NIXIE         708    5E  1       OO  09/
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 70113317135    *1665-18938-

# EXHIBIT E

# **AFFIDAVIT**

Parish of Orleans

State of Louisiana

    Before me, the undersigned Notary, personally came and appeared, James L. Thompson, of Thompson Courier Service, who being first duly sworn did appear, depose and say that:

    On Friday, September 17, 2010, I unsuccessfully tried to deliver a letter to Ms. Saniqua Brown at the address 5131 Bundy Road, Apt. E-27, New Orleans, Louisiana 70127. (A copy of which is attached hereto as Exhibit "A"). When no one answered I left the letter on the door.

_____
James L. Thompson
Thompson Courier Service

    Sworn to and subscribed before me this ___28th___ day of September, 2010.

_____
Notary Public

EXHIBIT E

## BENCOMO & ASSOCIATES
ATTORNEYS & COUNSELORS AT LAW

2110 ENTERGY BUILDING

639 LOYOLA AVENUE

NEW ORLEANS, LOUISIANA 70113

TELEPHONE: (504) 529-2929

FACSIMILE: (504) 529-2018

E-MAIL: BEN_LAW@BELLSOUTH.NET

RAÚL R. BENCOMO

September 17, 2010

*__Via Courier Service__*
Saniqua Brown
5131 Bundy Road
E 27
New Orleans, Louisiana 70127

Re:   Saniqua Brown vs. William Scotsman

Dear Ms. Brown:

Our office has been trying to contact you concerning the completion of your Plaintiff Fact Sheet. We regret to inform you that your failure to complete the Plaintiff Fact Sheet will result in a dismissal of your claim. This dismissal will prevent you from making any recovery on any injury you have claimed from your alleged exposure to formaldehyde. You will not be allowed to re-assert any claim.

With best regards, I am

Sincerely Yours,

*[signature]*

Raul R. Bencomo

RRB/tmg

**Received by Ms. Brown September 17, 2010**