UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAGISTRATE CHASEZ |
| ALL CASES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION TO EXTEND CERTAIN DEADLINES

NOW INTO COURT, through undersigned liaison counsel, come the IA/TAC defendants, and, with the consent of all liaison counsel, move the Court for an extension of certain deadlines set forth in this Court's order of July 23, 2010 (R. Doc. 14860). Specifically, the July 23 Order relates in part to the filing of motions of generic application to this MDL. The filing of such motions would promote the effective and efficient administration of this MDL by allowing for the disposition of certain issues of common interest. Movants respectfully request an additional thirty days in which to complete their preparation of such motions.

WHEREFORE, movants respectfully request that the Court enter the attached Order.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
ROY C. CHEATWOOD (#4010)
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
rcheatwood@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
cthigpen@bakerdonelson.com

**LIAISON COUNSEL FOR IA/TAC
DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of September, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

  /s/ M. David Kurtz
   M. DAVID KURTZ

2