**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-3832 | * | |
| *Angela Patterson vs. Dutchmen Manufacturing, Inc., et al.* | * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 20th day of October, 2010, at 9:30 a.m.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Hugh P. Lambert*
　　　　　　　　　　　　　　　　　　　　　　　　HUGH P. LAMBERT, ESQ. (LA Bar #7933)
　　　　　　　　　　　　　　　　　　　　　　　　LINDA J. NELSON, ESQ. (LA Bar #9938)
　　　　　　　　　　　　　　　　　　　　　　　　LAMBERT & NELSON, PLC
　　　　　　　　　　　　　　　　　　　　　　　　701 Magazine Street
　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (504) 581-1750
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 529-2931
　　　　　　　　　　　　　　　　　　　　　　　　hlambert@lambertandnelson.com
　　　　　　　　　　　　　　　　　　　　　　　　lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of September, 2010.

               _/s/ Hugh P. Lambert_
               HUGH P. LAMBERT, ESQ. (LA Bar #7933)