**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER FORMALDEHYDE    * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION    * | |
| * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-6209    * | |
| *Brenda Marie Price vs. Insurco, Ltd., et al.*    * | JUDGE ENGELHARDT |
| * | |
| * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above referenced case, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represents that it is both necessary and appropriate to supplement and amend the underlying Original Complaint for Damages as well as Plaintiff's First Supplemental and Amending Complaint for Damages to add the United States of America through the Federal Emergency Management Agency (FEMA) as a defendant in the above referenced case, based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed. The Plaintiff herein respectfully moves this Honorable Court for leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Brenda Marie Price vs. Insurco, Ltd., et al.,* Civil Action No. 09-6209 originally filed in the United States District Court, Western District of Louisiana, and later transferred to the United States District Court, Eastern District of Louisiana for the above mentioned reasons.

1

WHEREFORE, Plaintiff respectfully moves this Honorable Court to grant Plaintiff's Motion for Leave to file her Second Supplemental and Amending Complaint for Damages adding the United States of America through FEMA as a defendant.

Respectfully submitted:

BY:     /s/ Hugh P. Lambert
        HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
        LINDA J. NELSON, ESQ. (LA Bar # 9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of September, 2010.

        /s/ Hugh P. Lambert
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)

2