UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-3922 | * | |
| *Antoine Prince, Sr., et al. vs. Liberty Mutual* | * | JUDGE ENGELHARDT |
| *Insurance Corporation, et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record CH2M HILL Constructors, Inc. and Liberty Mutual Insurance Corporation have been contacted and do not object to Plaintiffs' Fifth Supplemental and Amending Complaint for Damages. Counsel for Fluor Enterprises, Inc. has also been contacted and do not object to Plaintiff's Fifth Supplemental and Amending Complaint for Damages, with full reservation of rights of all defenses, including, but not limited to, Statute of Limitation and prescription.

Manufacturing Defendants' Liaison Counsel on behalf of Stewart Park Homes, Inc., Arch Specialty Insurance Company, Lexington Insurance Company, and Westchester Surplus Lines Insurance Company have also been contacted and have been unable to respond to date.

                                           */s/ Hugh P. Lambert*
                                           HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                           LINDA J. NELSON, ESQ. (LA Bar #9938)
                                           LAMBERT & NELSON, PLC
                                           701 Magazine Street
                                           New Orleans, Louisiana 70130
                                           Telephone:  (504) 581-1750
                                           Facsimile:  (504) 529-2931
                                           hlambert@lambertandnelson.com
                                           lnelson@lambertandnelson.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of September, 2010.

                                             */s/ Hugh P. Lambert*
                                             HUGH P. LAMBERT, ESQ. (LA Bar #7933)