## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-5622 | | * | |
| *Ernestine Samuels vs. Lakeside Park Homes, Inc., et al.* | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 20th day of October, 2010, at 9:30 a.m.

    /s/ Hugh P. Lambert
    HUGH P. LAMBERT, ESQ. (LA Bar #7933)
    LINDA J. NELSON, ESQ. (LA Bar #9938)
    LAMBERT & NELSON, PLC
    701 Magazine Street
    New Orleans, Louisiana 70130
    Telephone: (504) 581-1750
    Facsimile: (504) 529-2931
    hlambert@lambertandnelson.com
    lnelson@lambertandnelson.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of September, 2010.

 _/s/ Hugh P. Lambert_
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)