UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4462 | | * | |
| *Brion Scieneaux, et al. vs. Frontier RV Inc., et al.* | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint for Damages on Plaintiffs' behalf:

    IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing Motion.

    THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

                                            _____
                                            HONORABLE JUDGE KURT D. ENGELHARDT
                                            UNITED STATES DISTRICT COURT JUDGE