**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-4462 | | * | |
| *Brion Scieneaux, et al. vs. Frontier RV Inc., et al.* | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for CH2M HILL Constructors, Inc. has been contacted and do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages. Counsel for Frontier RV, Inc. and TKTMJ, Inc. have also been contacted and have been unable to respond to date.

                                                             /s/ Hugh P. Lambert
                                                HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                LINDA J. NELSON, ESQ. (LA Bar #9938)
                                                LAMBERT & NELSON, PLC
                                                701 Magazine Street
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 581-1750
                                                Facsimile: (504) 529-2931
                                                hlambert@lambertandnelson.com
                                                lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of September, 2010.

                                                    */s/ Hugh P. Lambert*
                                                    HUGH P. LAMBERT, ESQ. (LA Bar #7933)