OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date:   September 27, 2010

In re:  FEMA Trailer Litigation
        No. 07-1873 as relates to

CHARLES TRUEBLOOD V.
THOR CALIFORNIA, INC., ET AL
CASE NO. 10-2389

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of Louisiana, 500 Poydras Street, Suite B-210, New Orleans, LA 70130.

4. Fluor Enterprises, Inc., through its counsel of record, Tanya Henkel Fields, Middleberg, Riddle & Gianna, 717 N. Harwood Street, Suite 2400, Dallas, TX 75201

5. Thor California, Inc. d/b/a Thor Manufacturing, Inc., through its counsel of record, John Deeds, 100 S. Main Avenue, Suite 300, Sidney, OH 45365.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff