OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: September 20, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

TAMMY ROSHTO, ET AL V.
CAVALIER HOME BUILDERS, LLC., ET AL.
CASE NO. 10-2375

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of Louisiana, 500 Poydras Street, Suite B1210, New Orleans, LA 70130.

4. Cavalier Home Builders, LLC., through its agent for service of process, The Corporation Company, 200 N. Jackson Street, Suite 605, Montgomery, AL 36104-3821.

5. Cavalier Home, Inc., through its agent for service of process, The Corporation Company, 200 N. Jackson Street, Suite 605, Montgomery, AL 36104-3821.

6. Fluor Enterprises, Inc., through its counsel of record, Tanya Henkel Fields, Middleberg, Riddle & Gianna, 717 N. Harwood Street, Dallas, TX 75201.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*[signature: Justin I. Woods]*

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier & Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff