OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: September 24, 2010

In re:   FEMA Trailer Litigation
No. 07-1873 as relates to

NATHEAN ROBINSON, ET AL V.
JAYCO ENTERPRISES, INC., ET AL.
CASE NO. 10-2379

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of Louisiana, 500 Poydras Street, Suite B-210, New Orleans, LA 70130.

4. CH2M Hill Constructors, Inc., through its counsel of record, Gerardo R. Barrios, Baker Donelson, 3 Sanctuary Blvd., #201, Mandeville, LA 70472.

5. Jayco Enterprises, Inc., through its counsel of record, Glenn S. Killoren, 121 W. Franklin St., Elkhart, IN 46516

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff