# EXHIBIT A

## BENCOMO & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

2110 ENTERGY BUILDING

639 LOYOLA AVENUE

NEW ORLEANS, LOUISIANA 70113

TELEPHONE: (504) 529-2929

FACSIMILE: (504) 529-2018

E-MAIL: BEN_LAW@BELLSOUTH.NET

RAÚL R. BENCOMO

November 25, 2008

Re: **Your Formaldehyde Trailer Claim**

Dear Client:

Please contact our office immediately regarding your above-referenced claim. We have attempted to contact you to schedule an appointment regarding the above claim, but the phone number we have is either incorrect or outdated. Please contact the **Formaldehyde Trailer Claims Office** directly at **(504) 483-8956,** and ask for **Elaine Bates** so she may update your information, and promptly schedule an appointment.

Thank you for your time and attention in this matter.

Sincerely,

RAÚL R. BENCOMO

RRB/sc

P.S. If you have already been to the Formaldehyde Claims Office at 4731 Canal Street, please disregard this letter.


EXHIBIT A