# EXHIBIT B

(504) 483-8956  
(877) 711-9611

**Formaldehyde Trailer Claims Office**  
4731 Canal Street  
New Orleans, Louisiana 70119

www.trailerclaims.net  
Fax (504) 483-8958

May 13, 2009

Saniqua Brown  
1901 Beachhead St  
Violet, LA 70092

RE: *FEMA Trailer Formaldehyde Litigation*

Dear Ms. Brown:

Our office has been trying to contact you concerning the completion of your Plaintiff Fact Sheet. Please complete the enclosed forms and mail them back to us in the self addressed envelope. Please sign all the certifications in blue ink and do NOT date any of the authorizations. If you have any questions please contact Elaine Bates at **(504) 483-8956. Please send a copy of your driver's license with your paperwork.**

The failure to return your completed Plaintiff Fact Sheet may result in your case being dismissed by the judge, and will prevent you from making any recovery on any injury you have sustained as a result of your exposure to formaldehyde. Once dismissed from this case, you will not be allowed to re-assert any claims. We are operating under a strict court imposed deadline and your fact sheet needs to be processed in the next few weeks.

With kindest regards.

Thanks,

Elaine Bates

