# EXHIBIT C

(504) 483-8956      **Formaldehyde Trailer Claims Office**      www.trailerclaims.net
(877) 711-9611          4731 Canal Street          Fax (504) 483-8958
                   New Orleans, Louisiana 70119

January 11, 2010

Saniqua Brown
5131 Bundy Road E27
New Orleans, LA 70127

Re: Formaldehyde Trailer Claims

Dear Client:

       This letter is to inform you that we have attempted to contact you to complete your Plantiff Fact Sheet, to no avail. It is **extremely important** that you complete the Plaintiff Fact Sheet, as it forms the basis of any claim you may have against FEMA or a defendant manufacturer. Failure to complete the Plaintiff Fact Sheets will result in the **dismissal** by the Judge of your claim against the defendants. Further, we are under a very tight deadline to get your claim processed. If you would like to schedule your appointment, please contact us immediately at (504) 483-8956 so that we can timely complete your Plaintiff Fact Sheet.

We look forward to hearing from you.

Yours truly,

Alise Borruano

