# EXHIBIT D

## BENCOMO & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

2110 ENTERGY BUILDING

639 LOYOLA AVENUE

NEW ORLEANS, LOUISIANA 70113

TELEPHONE: (504) 529-2929

FACSIMILE: (504) 529-2018

E-MAIL: BEN_LAW@BELLSOUTH.NET

RAÚL R. BENCOMO

August 31, 2010

*Via Certified Mail*
Saniqua Brown
5131 Bundy Road E27
New Orleans, La 70127

Dear Ms. Brown:

Our office has been trying to contact you concerning the completion of your Plaintiff Fact Sheet. We regret to inform you that your failure to complete the Plaintiff Fact Sheet will result in a dismissal of your claim. This dismissal will prevent you from making any recovery on any injury you have claimed from your alleged exposure to formaldehyde. You will not be allowed to re-assert any claim.

With best regards, I am

Sincerely,

RAÚL R. BENCOMO

EXHIBIT D

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Saniqua Brown<br>5131 Bundy Rd. E27<br>New Orleans, La<br>70127 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7006 3450 0001 5438 3160 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**BENCOMO & ASSOCIATES**
ATTORNEYS & COUNSELORS AT LAW

ENTERGY BUILDING
639 LOYOLA AVENUE
SUITE 2110

NEW ORLEANS, LOUISIANA 70113



CERTIFIED MAIL



7006 3450 0001 5438 3160

Saniqua Brown
5131 Bundy Road E27
New Orleans, La 70127

KL
NOTIFIED
9-3-10

NIXIE         708   5E  1        00 09/
              RETURN TO SENDER
                 UNCLAIMED
              UNABLE TO FORWARD

BC: 70113317135      *1665-18938-

