# EXHIBIT E

# **AFFIDAVIT**

Parish of Orleans

State of Louisiana

    Before me, the undersigned Notary, personally came and appeared, James L. Thompson, of Thompson Courier Service, who being first duly sworn did appear, depose and say that:

    On Friday, September 17, 2010, I unsuccessfully tried to deliver a letter to Ms. Saniqua Brown at the address 5131 Bundy Road, Apt. E-27, New Orleans, Louisiana 70127. (A copy of which is attached hereto as Exhibit "A"). When no one answered I left the letter on the door.

                                        _____
                                        James L. Thompson
                                        Thompson Courier Service

    Sworn to and subscribed before me this _____ day of September, 2010.

                                          _____
                                        Notary Public

EXHIBIT
E
PENGAD 800-631-6989

## BENCOMO & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

2110 ENTERGY BUILDING

639 LOYOLA AVENUE

NEW ORLEANS, LOUISIANA 70113

TELEPHONE: (504) 529-2929

FACSIMILE: (504) 529-2018

E-MAIL: BEN_LAW@BELLSOUTH.NET

RAÚL R. BENCOMO

September 17, 2010

**_Via Courier Service_**
Saniqua Brown
5131 Bundy Road
E 27
New Orleans, Louisiana 70127

      Re:    Saniqua Brown vs. William Scotsman

Dear Ms. Brown:

      Our office has been trying to contact you concerning the completion of your Plaintiff Fact Sheet. We regret to inform you that your failure to complete the Plaintiff Fact Sheet will result in a dismissal of your claim. This dismissal will prevent you from making any recovery on any injury you have claimed from your alleged exposure to formaldehyde. You will not be allowed to re-assert any claim.

      With best regards, I am

           Sincerely Yours,

           Raul R. Bencomo

RRB/tmg

---

**Received by Ms. Brown September 17, 2010**