OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: September 27, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

MELISSA MILLER V. DUTCHMEN
MANUFACTURING, INC., ET AL
CASE NO. 10-2392

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras Street, Suite B-210, New Orleans, LA 70130.

4. CH2M Hill Constructors, Inc., through its counsel of record, Gerardo R. Barrios, Baker Donelson, 3 Sanctuary Blvd., #201, Mandeville, LA 70471

5. Dutchmen Manufacturing, Inc., through its agent for service, Corporation Service Company, 251 E. Ohio Street, Suite 1100, Indianapolis, IN 46204

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*Justin I. Woods*
JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff