OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date:   September 20, 2010

In re:  FEMA Trailer Litigation
        No. 07-1873 as relates to

        CHARLES HARRIS, ET AL V.
        GULF STREAM COACH, INC., ET AL.
        CASE NO. 10-2376

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of Louisiana, 500 Poydras Street, Suite B-210, New Orleans, LA 70130.

4. Gulf Stream Coach, Inc., through its agent for service, Kenneth C. Brinker, 503 South Oakland Avenue, Napanee, IN 46550

5. Fluor Enterprises, Inc., through its counsel of record, Tanya Henkel Fields, Middleberg, Riddle & Gianna, 717 N. Harwood Street, Dallas, TX 75201.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*Justin I. Woods*

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff