AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Carol Heavey, et al.
*Plaintiff*
v.
Bechtel National, Inc., et al.
*Defendant*

Civil Action No. 1:10CV350 HSO-JMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* USA through Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

*CLERK OF COURT*

Date: 7-30-10

*Signature of Clerk or Deputy Clerk*

[Page image is reversed/mirrored and largely illegible.]



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0015 7314**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 7:45 am on September 13, 2010 in WASHINGTON, DC 20472.

Detailed Results:

- **Delivered, September 13, 2010, 7:45 am, WASHINGTON, DC 20472**
- **Notice Left, September 12, 2010, 12:37 pm, WASHINGTON, DC 20472**
- **Arrival at Unit, September 12, 2010, 10:55 am, WASHINGTON, DC 20022**

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

For delivery information visit our website at www.usps.com

| | 71791000164500157314 | |
|---|---|---|
| Postage | | Postmark Here |
| Certified Fee | 2.07 | |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 0.00 | |
| | 7.17 | |

Sent To
Street, Apt. No.; or PO Box No.
City, State, Zip+4

**Federal Emergency Mgmt Agcy (FEMA)**
**Craig Fugate, Director**
**500 C Street S.W.**
**Washington, DC 20472**

PS Form 3800, August 2006 See Reverse for Instructions

Bechtel 10-358 SDMS