UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:      FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-4455 | * | |
| *Bridget Scott, et al. vs. Lakeside Park Homes, Inc., et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for CH2M HILL Constructors, Inc. has been contacted and do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages.  Manufacturing Defendants' Liaison Counsel on behalf of Lakeside Park Homes, Inc., and Contracting Defendants' Liaison Counsel on behalf of Razz Electrical Services, LLC have also been contacted and have been unable to respond to date.

                                         */s/ Hugh P. Lambert*
                                         HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                         LINDA J. NELSON, ESQ. (LA Bar #9938)
                                         LAMBERT & NELSON, PLC
                                         701 Magazine Street
                                         New Orleans, Louisiana 70130
                                         Telephone:  (504) 581-1750
                                         Facsimile:  (504) 529-2931
                                         hlambert@lambertandnelson.com
                                         lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of September, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　 _/s/ Hugh P. Lambert_
　　　　　　　　　　　　　　　　　　　　　　　　HUGH P. LAMBERT, ESQ. (LA Bar #7933)