UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER FORMALDEHYDE     *     MDL NO. 1873
PRODUCT LIABILITY LITIGATION     *
    *     SECTION "N-5"
THIS DOCUMENT IS RELATED TO: 09-3677     *
*Josephine Seaton vs. Recreation by Design, LLC, et al.*     *     JUDGE ENGELHARDT
    *
    *     MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

      Plaintiff respectfully moves this Honorable Court to allow her to amend her Original Complaint for Damages by naming the United States of America, through the Federal Emergency Management Agency (FEMA), as a defendant in the above referenced case.

      The Plaintiff in the above listed case seeks leave to name FEMA as a defendant in her individual action because since the time of the filing of her Original Complaint for Damages, her administrative claim has been exhausted. Upon information and belief, the named Plaintiff in the above listed case timely filed an administrative claim pursuant to the Federal Tort Claims Act. For Plaintiff, either the minimum six months have passed since the filing of her claim, with no final disposition made by FEMA, or Plaintiff has received final disposition of her claim within the past six months.

      Accordingly, Plaintiff respectfully requests that this Honorable Court grant her Motion for Leave to File First Supplemental and Amending Complaint for Damages.

1

Respectfully submitted:

BY:    */s/ Hugh P. Lambert, Esq.*
      HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
      LINDA J. NELSON, ESQ. (LA Bar # 9938)
      LAMBERT & NELSON, PLC
      701 Magazine Street
      New Orleans, LA 70130
      Telephone: (504) 581-1750
      Facsimile: (504) 529-2931
      hlambert@lambertandnelson.com
      lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of September, 2010.

      */s/ Hugh P. Lambert*
      HUGH P. LAMBERT, ESQ. (LA Bar #7933)

2