**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-3677 | | * | |
| *Josephine Seaton vs. Recreation by Design, LLC, et al.* | | * | JUDGE ENGELHARDT |
| | | * | |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel of record for Fluor Enterprises, Inc. has been contacted and do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages, with full reservation of rights of all defenses, including, but not limited to, Statute of Limitation and prescription. Counsel for Project Resources, Inc. of California and Del-Jen, Inc. have also been contacted and do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages. Counsel for Recreation by Design, LLC has also been contacted and has been unable to respond to date.

                                             */s/ Hugh P. Lambert*
                                             HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                             LINDA J. NELSON, ESQ. (LA Bar #9938)
                                             LAMBERT & NELSON, PLC
                                             701 Magazine Street
                                             New Orleans, Louisiana 70130
                                             Telephone: (504) 581-1750
                                             Facsimile: (504) 529-2931
                                             hlambert@lambertandnelson.com
                                             lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of September, 2010.

                                                         */s/ Hugh P. Lambert*  
                                                         HUGH P. LAMBERT, ESQ. (LA Bar #7933)