**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-5519 | * | |
| *Joseph H. Turner vs. Crum & Forster Specialty* | * | JUDGE ENGELHARDT |
| *Insurance Co., et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel of record for Crum & Forster Specialty Insurance Co. and Sentry Insurance A Mutual Company have been contacted and do not object to Plaintiff's Second Supplemental and Amending Complaint for Damages.  Counsel for Fluor Enterprises, Inc. has also been contacted and do not object to Plaintiffs' Second Supplemental and Amending Complaint for Damages, with full reservation of rights of all defenses, including, but not limited to, Statute of Limitation and prescription.

                                               */s/ Hugh P. Lambert*
                                               HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                               LINDA J. NELSON, ESQ. (LA Bar #9938)
                                               LAMBERT & NELSON, PLC
                                               701 Magazine Street
                                               New Orleans, Louisiana 70130
                                               Telephone:  (504) 581-1750
                                               Facsimile:  (504) 529-2931
                                               hlambert@lambertandnelson.com
                                               lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of September, 2010.

                                               */s/ Hugh P. Lambert*
                                              HUGH P. LAMBERT, ESQ. (LA Bar #7933)