UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-6403 | | * | |
| *Julie Bowser and Michael Vaughn on behalf of their* | | * | JUDGE ENGELHARDT |
| *minor child, Michael Bowser vs. Lakeside Park* | | * | |
| *Homes, Inc., et al.* | | * | MAG. JUDGE CHASEZ |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Shaw Environmental, Inc. and Manufacturing Defendants' Liaison Counsel on behalf of Lakeside Park Homes, Inc. have been contacted and have been unable to respond to date.

                                                                         /s/ Hugh P. Lambert
                                                                         HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                                          LINDA J. NELSON, ESQ. (LA Bar #9938)
                                                                          LAMBERT & NELSON, PLC
                                                                          701 Magazine Street
                                                                          New Orleans, Louisiana 70130
                                                                          Telephone:  (504) 581-1750
                                                                          Facsimile:  (504) 529-2931
                                                                          hlambert@lambertandnelson.com
                                                                          lnelson@lambertandnelson.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of September, 2010.

                                                                                          */s/ Hugh P. Lambert*
                                                                                          HUGH P. LAMBERT, ESQ. (LA Bar #7933)