UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-6403 | * | |
| *Julie Bowser and Michael Vaughn on behalf of their* | * | JUDGE ENGELHARDT |
| *minor child, Michael Bowser vs. Lakeside Park* | * | |
| *Homes, Inc., et al.* | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:    ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 20th day of October, 2010, at 9:30 a.m.

                                                                             */s/ Hugh P. Lambert*
                                                                             HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                                             LINDA J. NELSON, ESQ. (LA Bar #9938)
                                                                             LAMBERT & NELSON, PLC
                                                                             701 Magazine Street
                                                                             New Orleans, Louisiana 70130
                                                                             Telephone:  (504) 581-1750
                                                                             Facsimile:  (504) 529-2931
                                                                             hlambert@lambertandnelson.com
                                                                             lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of September, 2010.

                                            */s/ Hugh P. Lambert*
                                            HUGH P. LAMBERT, ESQ. (LA Bar #7933)