UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-4427 | | * | |
| *Hattie Merriell vs. Keystone RV Company, et al.* | | * * | JUDGE ENGELHARDT |
| | | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint for Damages on Plaintiff's behalf:

IT IS SO ORDERED that the Plaintiff be GRANTED leave to file her First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing Motion.

THIS DONE the  29th  day of  September , 2010 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE