**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| | **PRODUCT LIABILITY LITIGATION** | * | |
| | | * | **SECTION "N-5"** |
| **THIS DOCUMENT IS RELATED TO:  09-6208** | | * | |
| *Van Lee Parker vs. Cavalier Home Builders, LLC,* | | * | **JUDGE ENGELHARDT** |
| *et al.* | | * | |
| | | * | **MAG. JUDGE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint for Damages on Plaintiff's behalf:

IT IS SO ORDERED that the Plaintiff be GRANTED leave to file his First

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing Motion.

THIS DONE the 29th day of September , 2010 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE