UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAGISTRATE CHASEZ |
| ALL CASES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Consent Motion to Extend Certain Deadlines,

IT IS HEREBY ORDERED that the deadlines and briefing schedule set forth in the second-numbered paragraph of this Court's Order of July 23, 2010 (R. Doc. 14860) be, and hereby are, CONTINUED AND RESET as follows:

General motions addressing any remaining common issues shall be filed on or before Wednesday, November 3, 2010 and noticed for hearing on Wednesday, January 12, 2011. Oppositions to these motions shall be filed on or before Friday, December 10, 2010. Leave to file replies applicable to these motions is hereby GRANTED (i.e., leave need not be formally requested). Any such replies shall be filed on or before Monday, December 20, 2010.

New Orleans, Louisiana, this 30th day of September, 2010.

                                          KURT D. ENGELHARDT
                                          UNITED STATES DISTRICT JUDGE