UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:
     *JOSEPH AND MARY ANN KLEIN V.*
     *GULFSTREAM COACH, INC., ET AL*
     NO. 09-6217

*****************************************************************************

## NOTICE OF CHANGE OF ADDRESS

FILED: _____          _____

                                                      DEPUTY CLERK

      PLEASE TAKE NOTICE that the new address of counsel for defendant Jacquet

Construction Services, LLC is:

JOHN A. STEWART, JR.
BALDWIN HASPEL BURKE & MAYER, LLC
2200 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163-2200
(504) 569-2900 Fax (504) 569-2099
*jstewart@bhbmlaw.com*

JOHN A. STEWART, JR. (#8164)
BALDWIN HASPEL BURKE & MAYER, LLC
2200 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163-2200
(504) 569-2900 Fax (504) 569-2099
*jstewart@bhbmlaw.com*

### CERTIFICATE OF SERVICE

I hereby certify that on _September 30_, 2010, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to all known counsel of record.

*//S// John A. Stewart, Jr.*

-2-