**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

September 24, 2010

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO. 10-30451

IN RE: FEMA TRAILER FORMALDEHYDE PRO LIABILITY LIT    MD   07-1873 N

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

- \_\_\_ 1) Certified copy of the notice of appeal and docket entries.
- \_\_\_ 2) Certified copy of notice of a cross-appeal and docket entries.
- \_\_\_ 3) The Court of Appeals docket fee \_\_\_ HAS \_\_\_ HAS NOT been paid.
- \_\_\_ 4) This case is proceeding in forma pauperis
- \_\_\_ 5) Order Appointing Counsel   \_\_\_ CJA-20    \_\_\_ FPD
- \_\_\_ 6) District Judge entering the final judgment is _____
- \_\_\_ 7) Court Reporter assigned to the case _____
- \_\_\_ 8) If criminal case, number and names of other defendants on appeal \_\_\_
- \_\_\_ 9) This case was decided without a hearing; there will be no transcript.
- \_\_\_ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

- \_\_\_ 1) Copies record on appeal consisting of:
    - \_\_\_ Volume(s) of record    \_\_\_ Volume(s) transcripts
    - \_\_\_ Volume(s) of depositions
    - \_\_\_ Container(s) of exhibits \_\_\_ Manila Folder \_\_\_ Binder \_\_\_ Boxes
- _x_ 2) **Certified** Supplemental record including, **5 vols**
- \_\_\_ 3) SEALED Docs. _____
- \_\_\_ 4) Other:_____

Very truly yours,

By\_\_\_Alicia Phelps_____
Deputy Clerk