```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: September 29, 2010

Rose Acker, et al

vs.

Monaco Coach Corporation, et al

Case No. 09-7794  Section "N" (5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Monaco Coach Corporation
   (address) _____
2. (name) American International Specialty Lines
   (address) _____
3. (name) Insurance Company of the State of PA
   (address) _____
4. (name) Lexington Insurance Company
   (address) _____

```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: September 29, 2010

Rose Acker, et al

vs.

Monaco Coach Corporation, et al

Case No. 09-7794   Section "N" (5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

5. (name) CH2M Hill Construction, Inc.
   (address) _____
6. (name) Fluor Enterprises, Inc.
   (address) _____
7. (name) Shaw Environmental, Inc.
   (address) _____
8. (name) Bechtel National, Inc.