OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: September 29, 2010

Mae Aaron, et al

vs.

Pilgrim International, Inc., et al

Case No. 09-7808  Section "N" (5)

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name) Pilgrim International, Inc.
      (address) _____
   2. (name) Crum & Forster Specialty Insurance Company
      (address) _____
   3. (name) Sentry Insurance
      (address) _____
   4. (name) Bechtel National, Inc.
      (address) _____

```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __September 29, 2010__

__Mae Aaron, et al__

vs.

__Pilgrim International, Inc., et al__

Case No. __09-7808__ Section __"N" (5)__

Dear Sir:

Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

5. (name) _____CH2M Hill Construction, Inc._____
   (address) _____
6. (name) _____Fluor Enterprises, Inc._____
   (address) _____
7. (name) _____Shaw Environmental, Inc._____
   (address) _____