OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  September 29, 2010

Lamanski Finch, et al

vs.

Fleetwood Enterprises, Inc., et al

Case No. 09-7816  Section  "N" (5)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)  Fleetwood Enterprises, Inc.
   (address)  _____
2. (name)  American International Specialty Lines
   (address)  _____
3. (name)  Gibraltar Insurance Co.
   (address)  _____
4. (name)  Starr Excess Liability Insurance Company, Ltd.
   (address)  _____

```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: September 29, 2010

Lamanski Finch, et al

vs.

Fleetwood Enterprises, Inc., et al

Case No. 09-7816   Section "N" (5)

Dear Sir:

Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

5. (name) CH2M Hill Construction, Inc.
   (address) _____
6. (name) Fluor Enterprises, Inc.
   (address) _____
7. (name) Shaw Environmental, Inc.
   (address) _____
8. (name) Bechtel National, Inc.