```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __September 29, 2010__

__Marguerite Jiles, et al__
_____

vs.

__Gulf Stream Coach, Inc., et al__
_____

Case No. __09-7833__ Section __"N" (5)__

Dear Sir:

　　Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Gulf Stream Coach, Inc.__
   (address) _____
2. (name) __Bechtel National, Inc.__
   (address) _____
3. (name) __CH2M Hill Construction, Inc.__
   (address) _____
4. (name) __Fluor Enterprises, Inc.__
   (address) _____
5. (name) __Shaw Environmental, Inc.__