```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __September 29, 2010__

__Chiquita Acker, et al__

vs.

__Forest River, Inc., et al__

Case No. __09-7857__ Section __"N" (5)__

Dear Sir:

   Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name) _____Forest River, Inc._____
      (address) _____
   2. (name) _____Bechtel National, Inc._____
      (address) _____
   3. (name) _____CH2M Hill Construction, Inc._____
      (address) _____
   4. (name) _____Fluor Enterprises, Inc._____
      (address) _____
   5. (name) _____Shaw Environmental, Inc._____