OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: September 29, 2010

LaSonia Davison, et al

vs.

Gulf Stream Coach, Inc., et al

Case No. 09-7891  Section "N" (5)

Dear Sir:

　　Please (issue) (re-issue) summons on the (complaint) (amended complaint) (amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Gulf Stream Coach, Inc.
   (address) _____
2. (name) Bechtel National, Inc.
   (address) _____
3. (name) CH2M Hill Construction, Inc.
   (address) _____
4. (name) Fluor Enterprises, Inc.
   (address) _____
5. (name) Shaw Environmental, Inc.