OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: September 29, 2010

Sanchez Bass, et al

vs.

CMH Manufacturing, Inc., et al

Case No. 09-7960  Section "N" (5)

Dear Sir:

    Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CMH Manufacturing, Inc.
   (address) _____
2. (name) Bechtel National, Inc.
   (address) _____
3. (name) CH2M Hill Construction, Inc.
   (address) _____
4. (name) Fluor Enterprises, Inc.
   (address) _____