```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __September 29, 2010__

_____Susan Necaise, et al_____

vs.

__Dutchmen Manufacturing, Inc.,__ et al

Case No. __09-7973__ Section __"N" (5)__

Dear Sir:

   Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) (amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) ____Dutchmen Manufacturing, Inc.____
   (address) _____
2. (name) ____Bechtel National, Inc.____
   (address) _____
3. (name) ____CH2M Hill Construction, Inc.____
   (address) _____
4. (name) _____
   (address) _____
5. (name) _____