```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: September 29, 2010

Bo Boyd

vs.

Alliance Homes, Inc., et al

Case No. 09-7987   Section "N" (5)

Dear Sir:

Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) (amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) ____Alliance Homes, Inc._____
   (address) _____
2. (name) ____Bechtel National, Inc._____
   (address) _____
3. (name) ____CH2M Hill Construction, Inc._____
   (address) _____
4. (name) _____
   (address) _____