AO 440 (Rev. 12/09) Summons in a Civil Action

10-2909

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Juanita Slocum )
)
*Plaintiff* )
v. ) Civil Action No. 2:10cv185-HSO-JMR
Cavalier Home Builders, LLC, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cavalier Home Builders, LLC
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier, & Warshauer
2800 Energy Centre
1100 Poydras
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: July 29, 2010

*Signature of Clerk or Deputy Clerk*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7179 1000 1645 0016 2356 | A. Signature X _Laura Page_ | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) _Laura_ | C. Date of Delivery 9/24/10 |
| 1. Article Addressed to:<br><br>Cavalier Home Builders, LLC, through<br>The Corporation Company<br>2 N. Jackson St.<br>Suite 605<br>Montgomery,, AL 36104-3821 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| Code2: Slocum v. Cavalier 10-185 SDMS | | |

PS Form 3811                Domestic Return Receipt