Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 SEP 29  PM 4:55

LORETTA G. WHYTE
CLERK

September 28, 2010

Jacqueline Gray vs. American International
Specialty Lines Insurance company, et al
Case No. # 2:10-cv-2431

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer.  Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

American International Specialty Lines Insurance Company

Insurance Company of the State of PA

Lexington Insurance Company

CH2M Hill Constructors, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street

Fee _____
Process _____
x Dktd _____
_ CtRmDep _____
_ Doc. No. _____

P.O. Drawer H
Reserve, LA 70084