Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 SEP 29  PM 4: 56

LORETTA G. WHYTE
CLERK

September 27, 2010

Wallace, et al vs. Cavalier Home Builders, LLC, et al
Case No. # 2:10-cv-2438

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer.  All installers have been dismissed from this suit.  Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Cavalier Home Builders, LLC

Cavalier Homes, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084

Fee _____
_Process_____
X  Dktd _____
___CtRmDep_____
___Doc. No._____