Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

FILED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

2010 SEP 29  PM 4: 56

LORETTA G. WHYTE
CLERK

September 27, 2010

Brown, et al vs. American International Group, Inc.,
et al
Case No. # 2:10-cv-2441

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer.  Please issue summons
on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

American International Group, Inc.

American International Specialty Lines Insurance Company

Gibraltar Insurance Company, Ltd.

Starr Excess Liability Insurance Company, Ltd.

Fluor Enterprises, Inc.

Very truly yours,

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

*/s/Matthew B. Moreland*
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084