OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: September 30, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

HERMAN BARARD V. AM. INT. GROUP, INC., ET AL
CASE NO. 10-2407

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of Louisiana, 500 Poydras Street, Suite B-210, New Orleans, LA 70130.

4. Fluor Enterprises, Inc., through its counsel of record, Tanya Henkel Fields, Middleberg, Riddle & Gianna, 717 N. Harwood Street, Suite 2400, Dallas, TX 75201.

5. American International Specialty Insurance Company, through its attorney of record, Charles Leche, Deutsch, Kerrigan & Stiles, 755 Magazine Street, New Orleans, LA 70130.

6. American International Group, Inc., through its attorney of record, Charles Leche, Deutsch, Kerrigan & Stiles, 755 Magazine Street, New Orleans, LA 70130.

7. Starr Excess Liability Insurance Company, Ltd., through its attorney of record, Charles Leche, Deutsch, Kerrigan & Stiles, 755 Magazine Street, New Orleans, LA 70130.

8. Gibraltar Insurance Co., Ltd., through its registered agent for service, Quest Management Solutions, FB Perry Building 40 Church Street, Hamilton, HM 11, Bermuda.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*Justin I. Woods*

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff