**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| | **PRODUCT LIABILITY LITIGATION** | * | |
| | | * | **SECTION "N-5"** |
| **THIS DOCUMENT IS RELATED TO:  09-5519** | | * | |
| *Joseph H. Turner vs. Crum & Forster Specialty* | | * | **JUDGE ENGELHARDT** |
| *Insurance Co., et al.* | | * | |
| | | * | **MAG. JUDGE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the foregoing Motion for Leave to File Second Supplemental and Amending

Complaint for Damages on Plaintiff's behalf:

IT IS SO ORDERED that the Plaintiff be GRANTED leave to file his Second

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing Motion.

THIS DONE the ___1st___ day of ___October___, 2010 in New Orleans, Louisiana.

_____

HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE