OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: October 1, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

GABRIELLA SCHAEFFER ET AL V.
COACHMEN INDUSTRIES, INC., ET AL
CASE NO. 10-2409

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras Street, Suite B-210, New Orleans, LA 70130.

4. Fluor Enterprises, Inc., through its counsel of record, Tanya Henkel Fields, Middleberg Riddle & Gianna, 717 N. Harwood St., Suite 2400, Dallas, TX 75201/

5. Coachmen Industries, Inc., through its agent for service, Corporation Service Company, 251 E. Ohio Street, Suite 500, Indianapolis, IN 46204.

6. Coachmen Recreational Vehicle Company, LLC, through its agent for service, Corporation Service Company, 251 E. Ohio Street, Suite 500, Indianapolis, IN 46204.

7. Coachmen Recreational Vehicle Company of GA, LLC, through its agent for service, Corporation Service Company, 40 Technology Parkway South, #300, Norcross, GA 30092.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*Justin I. Woods*

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff