Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



September 27, 2010

Bosarge, et al vs. Coachmen Recreational Vehicle
Company, LLC, et al
Case No. # 2:10-cv-2447

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and installer. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Coachmen Recreational Vehicle Company, LLC

Coachmen Recreational Vehicle Company of Georgia, LLC

Coachmen Industries, Inc.

CH2M Hill Constructors, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street

P.O. Drawer H
Reserve, LA 70084