Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



September 28, 2010

Cage v. Gulf Stream Coach, Inc., et al
Case No. # 2:09-cv-08707

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer as stated in the attached list. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Gulf Stream Coach, Inc.

Shaw Environmental, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Cage, et al v. Gulf Stream Coach, Inc., et al, No. 2:09-cv-08707

*************************************************************************

| Plaintiff: | Installer: |
|---|---|
| 1. Tamita Cage | Shaw |
| 2. Tamita Cage obo Abie Cage | Shaw |
| 3. Tamita Cage obo Bryce Cage | Shaw |
| 4. Tamita Cage obo Deven Cage | Shaw |
| 5. Tamita Cage obo Tessie Cage | Shaw |
| 6. Carolyn Dunn | Shaw |
| 7. Elis Dunn | Shaw |
| 8. Alana Franklin | Shaw |
| 9. Kentrell Greely | Shaw |
| 10. Troy Jacobs | Shaw |
| 11. Callista James | Shaw |
| 12. Leroy James | Shaw |
| 13. Natale Locascio | Shaw |
| 14. Lawrence Moore | Shaw |
| 15. Erica Roberts | Shaw |
| 16. David Robins | Shaw |
| 17. Donald Robins Jr. | Shaw |
| 18. Glory "Gloria" Thomas | Shaw |
| 19. Gladys Weber | Shaw |
| 20. James White | Shaw |
| 21. John Williams | Shaw |
| 22. Willie Williams | Shaw |