Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



September 28, 2010

Thomas vs. Lakeside Park Homes, Inc., et al
Case No. # 2:09-cv-08710

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer.  Plaintiff has dismissed all installers
from this case.  Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Lakeside Park Homes, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084

Fee _____
✓ Process _____
x  Dktd _____
____ CtRmDep _____
____ Doc. No. _____