Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



September 27, 2010

Adams, et al v. Gulf Stream Coach, Inc., et al
Case No. # 2:09-cv-8711

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer as stated in the attached list. All installers not matched to a Plaintiff have been dismissed. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                 MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Adams, et al v. Gulf Stream Coach, Inc., et al, No. 2:09-cv-08711

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Plaintiff: | Installer: |
|---|---|
| 1. Yvonne Adams | None |
| 2. Lucinda Arnoult | Fluor |
| 3. Marie Cooley | None |
| 4. Vanessa Cotlong | None |
| 5. Rori Dakin | None |
| 6. Alma Dixon | Fluor |
| 7. Winnifred Jerrell | None |
| 8. Una Roy | None |