Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 SEP 29  PM 4: 42

LORETTA G. WHYTE
CLERK

September 27, 2010

Buras v. Superior Homes, L.L.C., et al
Case No. # 2:09-cv-08719

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Superior Homes, L.L.C., et al

CH2M Hill Constructors, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084

___Fee
___Process
X  Dktd
___CtRmDep
___Doc. No.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Buras v. Superior Homes, L.L.C., et al, No. 2:09-cv-0870*

********************************************************************************

| Plaintiff: | Installer: |
|---|---|
| 1. Calvin Buras | CH2M Hill Constructors |