Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



September 27, 2010

Ceaser v. River Birch Homes, Inc., AND/OR
River Birch Homes, L.L.C., et al
Case No. # 2:09-cv-08727

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and installer. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

River Birch Homes, Inc.,
AND/OR
RiverBirch Homes, L.L.C.

Fluor Enterprises, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                   SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Ceaser, et al v. River Birch Homes, Inc., et al, No. 2:09-cv-08727

*****************************************************************************

| Plaintiff: | Installer: |
|---|---|
| 1. Cameran Ceaser | Fluor |