Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



September 27, 2010

Murray v. River Birch Homes, Inc., AND/OR
River Birch Homes, L.L.C., et al
Case No. # 2:09-cv-08733

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer as stated in the attached list.  All other installers have been dismissed from the case.  Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

River Birch Homes, Inc.,
AND/OR
RiverBirch Homes, L.L.C.

Fluor Enterprises, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street

Fee _____
Process _____
x  Dktd _____
___CtRmDep_____
___Doc. No._____

P.O. Drawer H
Reserve, LA 70084

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Murray, et al v. River Birch Homes, Inc., et al, No. 2:09-cv-08733

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Plaintiff: | Installer: |
|---|---|
| 1. Makayla Murray | Fluor |
| 2. Tabitha Murray | Fluor |