Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 SEP 29 PM 4:49

LORETTA G. WHYTE
CLERK

September 27, 2010

Allen, et al v. Recreation by Design, LLC, et al
Case No. # 2:09-cv-08735

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer as stated in the attached list. All installers not matched to a Plaintiff have been dismissed. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Recreation by Design, LLC

Fluor Enterprises, Inc.

Very truly yours,
/s/Matthew B. Moreland
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084

____ Fee _____
__✓_ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No. _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Allen, et al v. Recreation By Design, LLC, et al, No. 2:09-cv-08735

*****************************************************************

| Plaintiff: | Installer: |
|---|---|
| 1. Johnny Allen | Fluor |
| 2. Donald Barnes | Fluor |
| 3. Evangeline Barnes | Fluor |
| 4. Lola Bass | Fluor |
| 5. Eva Dobard | Fluor |
| 6. Brenda Dumas | Fluor |
| 7. Rose Dumas | Fluor |
| 8. Irma Harris | Fluor |
| 9. Andrew Hilliard | Fluor |
| 10. Julia Ramsey | Fluor |
| 11. Edward Sparrow | Fluor |
| 12. Gaynell Thornton on behalf of J.T. | Fluor |
| 13. Oliver Thornton | Fluor |