OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 10-4-10

John M. Laird, et al

vs.

Keystone Industries, Inc., et al

Case No. 10-490   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Federal Emergency Management through Craig Fugate
   (address) 500 C Street Washington DC 20472
2. (name) USA through Eric Holder US DOJ
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
3. (name) Keystone Industries, Inc through H.B. Green
   (address) 6801 Lake Plaza Dr. Indianapolis, IN 46220
4. (name) Keystone RV, Inc. through David Thomas
   (address) 2042 Hackberry Dr., Goshen, IN 46526

Very truly yours,

_____
"Signature"
Attorney for Hawkins, Stracener & Gibson
Address 153 Main St Bay St Louis, MS 39520

I hereby certify that all parties have been matched

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 10-4-10

John M. Laird, et al

vs.

Keystone Industries, Inc., et al

Case No. 10 490   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Jim Letten US Att General EDLA
   (address) 500 Poydras St., Suite B-210 New Orleans, LA 70130
2. (name) CH2M Hill Constructors, Inc. through CT Corporation Sey.
   (address) 645 Lakeland East Dr., Ste 101 Flowood, MS 39232
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St., Bay St Louis,
         MS 39520

I hereby certify that all parties have been Matched.