UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)  
JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:  
ALL CASES ("Louisiana Plaintiffs")

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES' MOTION TO DISMISS THE REMAINING FTCA CLAIMS OF ALL "LOUISIANA PLAINTIFFS," OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant, the United States of America, hereby moves for dismissal, or, in the alternative, for summary judgment.

First, the United States moves to dismiss "Louisiana Plaintiffs'" remaining claims under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b)(1), 2671-2680, for lack of subject-matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3). Plaintiffs' remaining claims are expressly barred by the FTCA's misrepresentation exception, 28 U.S.C. § 2680(h).

Second, the United States moves to dismiss Plaintiffs' remaining FTCA claims for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiffs have failed to plead plausible factual allegations reflecting that the United States proximately caused Plaintiffs' damages through gross negligence or willful and wanton misconduct. Under the Court's May 18, 2010, Order and Reasons (Rec. Doc. 14124), this heightened standard is required in order for Plaintiffs to maintain viable FTCA claims. *See* La. R.S. 29:733.1.

Third, the United States moves for summary judgment on Plaintiffs' remaining FTCA claims, pursuant to Fed. R. Civ. P. 56. Plaintiffs cannot identify a genuine issue of material fact

as to whether the United States proximately caused any Plaintiff's damages through gross negligence or willful and wanton misconduct. The current factual record does not reflect an entire absence of care and is devoid of the kind of extreme and outrageous conduct required to establish gross negligence under Louisiana tort law.

As shown through the Memorandum, Statement of Facts, and Exhibits filed herewith, Plaintiffs' remaining FTCA claims should be dismissed or the subject of summary judgment. Plaintiffs have failed to establish subject-matter jurisdiction, state a claim upon which relief can be granted, and create a genuine issue of material fact – notwithstanding significant discovery over the past two years. Accordingly, the United States' motion to dismiss, or, in the alternative, for summary judgment, should be granted.

| | |
|---|---|
| Dated: October 4, 2010 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Civil Division, Torts Branch | MICHELLE BOYLE<br>JONATHAN WALDRON<br>Trial Attorneys |
| DAVID S. FISHBACK<br>Assistant Director | |
| OF COUNSEL: | *s/ Adam M. Dinnell*<br>ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED<br>Associate Chief Counsel<br>FEMA/DHS | Trial Attorney<br>United States Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>FEMA/DHS | Washington, DC 20004<br>Telephone: (202) 616-4211<br>E-mail: Adam.Dinnell@usdoj.gov |
| | Attorneys for Defendant United States |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)
