UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>ALL CASES ("Louisiana Plaintiffs") | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant United States of America's "Motion to Dismiss the Remaining FTCA Claims of all 'Louisiana Plaintiffs,' or, in the Alternative, for Summary Judgment," is set for hearing before the Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument, on the 15th day of December, 2010, at 9:30 a.m.

**DONE AND SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

Dated:  October 4, 2010 	Respectfully Submitted,

| | |
|---|---|
| TONY WEST | HENRY T. MILLER |
| Assistant Attorney General, Civil Division | ADAM BAIN |
| | Senior Trial Counsel |
| J. PATRICK GLYNN | |
| Director, Civil Division, Torts Branch | MICHELLE BOYLE |
| | JONATHAN WALDRON |
| DAVID S. FISHBACK | Trial Attorneys |
| Assistant Director | |
| | |
| OF COUNSEL: | *s/ Adam M. Dinnell* |
| | ADAM M. DINNELL (TX No. 24055405) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| FEMA/DHS | Civil Division, Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES | Washington, DC 20004 |
| Senior Trial Attorney | Telephone:  (202) 616-4211 |
| FEMA/DHS | E-mail:  Adam.Dinnell@usdoj.gov |
| | |
| | Attorneys for Defendant United States |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                *s/ Adam M. Dinnell*
                ADAM M. DINNELL (TX No. 24055405)