UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION     SECTION "N" (5)
    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
ALL CASES ("Louisiana Plaintiffs")

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DECLARATION OF ADAM M. DINNELL

I, Adam M. Dinnell, based upon good faith belief, knowledge and information, hereby declare the following:

1.     I am an active member in good standing of the Bar of the State of Texas, Bar No. 24055405. I have been assigned to represent the defendant United States of America in this Multi-District Litigation action.

2.     The document filed herewith and marked as Exhibit A constitutes the Department of Justice's inventory of Civil Docket Numbers for actions that have been filed in the Eastern District of Lousiana or transferred to this Multi-District Litigation Court, in which "Louisiana Plaintiffs" have asserted Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b)(1), 2671-80, claims against the United States of America.

3.     The document filed herewith and marked as Exhibit B is a true and accurate copy of the Plaintiffs' Appellate Brief filed in Alexander, et al. v. Gulf Stream Coach, Inc., et al..

4.     The document filed herewith and marked as Exhibit C is a true and accurate copy of the transcript from the September 14, 2009, trial date in Alexander, et al. v. Gulf Stream Coach, Inc., et al.

5. The document filed herewith and marked as Exhibit D is a true and accurate copy of the transcript from the September 24, 2009, trial date in Alexander, et al. v. Gulf Stream Coach, Inc., et al.

6. The document filed herewith and marked as Exhibit E is a true and accurate copy of the transcript from the May 17, 2010, trial date in Castanel v. Recreation by Design, LLC.

7. The document filed herewith and marked as Exhibit F is a true and accurate copy of the transcript from the May 24, 2010, trial date in Castanel v. Recreation by Design, LLC.

8. The document filed herewith and marked as Exhibit G is a true and accurate copy of the Formaldehyde Timeline, dated April 7, 2008 (FEMA10-000325-337), prepared by the Federal Emergency Management Agency ("FEMA").

9. The document filed herewith and marked as Exhibit 1 is a true and accurate copy of excerpts from Department of Homeland Security, "The Federal Response to Hurricane Katrina: Lessons Learned" (February 23, 2006).

10. The document filed herewith and marked as Exhibit 2 is a true and accurate copy of excerpted pages from the Louisiana Recovery Authority, "The Rita Report: A Sumary of the Social and Economic Impact and Recovery of Southwest Louisiana One Year After Hurricane Rita" (2006).

11. The document filed herewith and marked as Exhibit 3 is a true and accurate copy of the Federal Register Notices of the President's Major Disaster and Related Determinations for the States of Louisiana, Mississippi, and Alabama.

12. The document filed herewith and marked as Exhibit 4 is a true and accurate copy of the declaration of Kevin Souza, dated May 14, 2008.

13. The document filed herewith and marked as Exhibit 5 is a true and accurate copy of the declaration of Kevin Souza, dated May 11, 2009.

14. The document filed herewith and marked as Exhibits 6A and 6B constitute a true and accurate copy of the transcript from the September 23, 2008, deposition of Kevin Souza.

15. The document filed herewith and marked as Exhibits 7A and 7B constitute a true and accurate copy of the transcript from the July 15, 2009, deposition of Kevin Souza.

16. The document filed herewith and marked as Exhibit 8 is a true and accurate copy of the declaration of Bryan McCreary, executed on May 8, 2008.

17. The document filed herewith and marked as Exhibit 9 is a true and accurate copy of declaration of Michael K Lindell, Ph.D., and the Fed. R. Civ. P. 26 report prepared by Dr. Lindell setting forth his opinions and the basis for his opinions regarding FEMA's response to formaldehyde concerns in emergency housing units.

18. The document filed herewith and marked as Exhibit 10 is a true and accurate copy of 49 Federal Register 31996, Rules and Regualtions, Department of Housing and Urban Development, Manufactured Home Construction and Safety Standards, Final Rule (August 9, 1984).

19. The document filed herewith and marked as Exhibit 11 is a true and accurate copy of a July 6, 2006, E-Mail from Tracy Haynes, FEMA, to Kevin Sousa, FEMA.

20. The document filed herewith and marked as Exhibit 12 is a true and accurate copy of the declaration of Michael Lapinski, dated May 6, 2009.

21. The document filed herewith and marked as Exhibit 13 is a true and accurate copy of the declaration of Admiral Harvey E. Johnson, Jr., dated September 4, 2009.

22. The document filed herewith and marked as Exhibit 14 is a true and accurate copy of excerpts from the July 1999 Toxicological Profile for Formaldehyde from the U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry.

23. The document filed herewith and marked as Exhibit 15 is a true and accurate copy of the Environmental Protection Agency's publication, An Introduction to Indoor Air Quality.

24. The document filed herewith and marked as Exhibit 16 is a true and accurate copy of the U.S. Consumer Product Safety Commission publication, 1997 Revision - An Update on Formaldehyde.

25. The document filed herewith and marked as Exhibit 17 is a true and accurate copy of a July 22, 2006, email from James W. Stark (FEMA17-005982-84).

26. The document filed herewith and marked as Exhibit 18 is a true and accurate copy of excerpts from the July 16, 2008, Deposition of Fleetwood Enterprises, Inc.

27. The document filed herewith and marked as Exhibit 19 is a true and accurate copy of excerpts from 2006 Fleetwood Owner's Manual.

28. The document filed herewith and marked as Exhibit 20 is a true and accurate copy of an Important Health Notice posted in travel trailer.

29. The document filed herewith and marked as Exhibit 21 is a true and accurate copy of the June 13, 2006, letter from Becky Gillette to Dave Garratt and attachments that accompanied that letter.

30. The document filed herewith and marked as Exhibit 22 is a true and accurate copy of the declaration of Clifford Oliver, dated May 13, 2008.

31. The document filed herewith and marked as Exhibit 23 is a true and accurate copy

of a Report issued by the Department of Homeland Security regarding FEMA's performance as it conducted disaster management responsibilities in response to Hurricane Katrina.

  32. The document filed herewith and marked as Exhibit 24 is a true and accurate copy of the declaration of Clyde Payne, dated May 15, 2009.

  33. The document filed herewith and marked as Exhibit 25 is a true and accurate copy of an October 5, 2005, e-mail received by Clyde Payne.

  34. The document filed herewith and marked as Exhibit 26 is a true and accurate copy of the declaration of Bronson Brown, dated May 14, 2009.

  35. The document filed herewith and marked as Exhibit 27 is a true and accurate copy of March 21-22, 2006, FEMA E-Mails.

  36. The document filed herewith and marked as Exhibit 28 is a true and accurate copy of March 17-221, FEMA E-Mails.

  37. The document filed herewith and marked as Exhibit 29 is a true and accurate copy of the declaration of Stephen C. Miller, dated May 15, 2009.

  38. The document filed herewith and marked as Exhibit 30 is a true and accurate copy of June 16-18, 2006, FEMA E-Mails.

  39. The document filed herewith and marked as Exhibit 31 is a true and accurate copy of the July 19, 2007, Statement of R. David Paulison, Administrator, FEMA.

  40. The document filed herewith and marked as Exhibit 32 is a true and accurate copy of FEMA's July 20, 2007, Formaldehyde and Travel Trailers, Release Number FNF-07-028.

  41. The document filed herewith and marked as Exhibit 33 is a true and accurate copy of May 27, 2006 to June 15, 2006, FEMA E-Mails.

42. The documents filed herewith and marked as Exhibit 34 is a true and accurate copy of March 20-21, 2006, Shaw Environmental E-Mails and documents attached to the e-mail.

43. The documents filed herewith and marked as Exhibit 35 is a true and accurate copy of the February 19, 2010, testimony of Brian Boyle.

44. The documents filed herewith and marked as Exhibit 36 is a true and accurate copy of March 20-21, Shaw Environmental E-Mails and documents attached to the e-mail.

45. The documents filed herewith and marked as Exhibit 37 is a true and accurate copy of a March 17, 2006, FEMA E-Mail.

46. The documents filed herewith and marked as Exhibit 38 is a true and accurate copy of a Formaldehyde Notice received by FEMA's Occupational Health and Safety Office.

47. The documents filed herewith and marked as Exhibit 39 is a true and accurate copy of excerpts from a Keystone RV Company's Owners Manual.

48. The documents filed herewith and marked as Exhibit 40 is a true and accurate copy of the July 24, 2008, deposition of Gulf Stream Coach, Inc.

49. Exhibit 41 has intentionally been left blank.

50. The documents filed herewith and marked as Exhibit 42 is a true and accurate copy of the FEMA, Formaldehyde Air Sampling, FEMA Trailer Staging Area, Purvis, MS (May 31, 2006).

51. The documents filed herewith and marked as Exhibit 43 is a true and accurate copy of an April 14, 2006, FEMA E-Mail.

52. The documents filed herewith and marked as Exhibit 44 is a true and accurate copy of a May 23, 2006, FEMA E-Mail.

53.     The documents filed herewith and marked as Exhibit 45 is a true and accurate copy of a June 1, 2006, FEMA E-Mail.

54.     The documents filed herewith and marked as Exhibit 46 is a true and accurate copy of FEMA's June 2, 2006, Release Number 1606-217, "Trailer Safety Emphasized for Those Still Living in Temporary Housing."

55.     The documents filed herewith and marked as Exhibit 47 is a true and accurate copy of a December 4, 2006, email from Joseph Little to Howard Frumkin.

56.     The documents filed herewith and marked as Exhibit 48 is a true and accurate copy of the declaration of Joseph Little, dated May 12, 2009.

57.     The documents filed herewith and marked as Exhibit 49 is a true and accurate copy of excerpts from the June 23, 2009, deposition of Joseph D. Little.

58.     The documents filed herewith and marked as Exhibit 50 is a true and accurate copy of excerpts from the July 14, 2009, deposition of Martin Edward McNeese.

59.     The documents filed herewith and marked as Exhibit 51 is a true and accurate copy of the declaration of David Garratt, dated May 12, 2009.

60.     The documents filed herewith and marked as Exhibit 52 is a true and accurate copy of excerpts from the July 7, 2009, deposition of David Garratt.

61      The documents filed herewith and marked as Exhibit 53 is a true and accurate copy of June 27, 2006, FEMA E-Mails.

62.     The documents filed herewith and marked as Exhibit 54 is a true and accurate copy of the July/August 2006 FEMA Formaldehyde Brochure entitled "Important Information for Travel Trailer Occupants."

63. The documents filed herewith and marked as Exhibit 55 is a true and accurate copy of July 26-July 28, FEMA E-Mails.

64. The documents filed herewith and marked as Exhibit 56 is a true and accurate copy of the declaration of Guy Bonomo, dated August 15, 2009.

65. The documents filed herewith and marked as Exhibit 57 is a true and accurate copy of the Agency for Toxic Substances and Disease Registry, Health Consultation Report (February 1, 2007).

66. The documents filed herewith and marked as Exhibit 58 is a true and accurate copy of the declaration of Martin Edward McNeese, dated May 8, 2007.

67. The documents filed herewith and marked as Exhibit 59 is a true and accurate copy of a January 8, 2007, ATSDR/CDC E-Mail.

68. The documents filed herewith and marked as Exhibit 60 is a true and accurate copy of a February 2, 2007, ATSDR/CDC E-Mail.

69. The documents filed herewith and marked as Exhibit 61 is a true and accurate copy of an April 6, 2007, ATSDR/CDC E-Mail.

70. The documents filed herewith and marked as Exhibit 62 is a true and accurate copy of the declaration of Stanley Larson, dated a August 14, 2009.

71. The documents filed herewith and marked as Exhibit 63 is a true and accurate copy of the declaration of Michael Harder, dated August 5, 2009.

72. The documents filed herewith and marked as Exhibit 64 is a true and accurate copy of the July 2007, FEMA, Important Formaldehyde Information for FEMA Housing Occupants.

73. The documents filed herewith and marked as Exhibit 65 is a true and accurate copy of the Feburary 2008, FEMA/CDC, Formaldehyde Levels in FEMA- Supplied Trailers: Early Findings from the Centers for Disease Control and Prevention.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2010.  *s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4211
E-mail: Adam.Dinnell@USDOJ.Gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)