| | | |
|---|---|---|
| 09-7265 "N" (5) | 09-4864 "N" (5) | 10-33 "N" (5) |
| 09-7292 "N" (5) | 09-8719 "N" (5) | 09-4837 "N" (5) |
| 09-7294 "N" (5) | 09-8727 "N" (5) | 09-4835 N(5) |
| 09-3871 "N" (5) | 09-2945 "N" (5) | 09-527 |
| 09-4959 | 09-4222 "N" (5) | 10-1081 "N" (5) |
| 09-2216 | 09-7979 "N" (5) | 09-6329 "N" (5) |
| 09-6797 "N" (5) | 09-8743 "N" (5) | 09-5422 "N" (5) |
| 09-4984 "N" (5) | 09-7868 | 09-1313 |
| 09-6189 | 09-6192 | 09-8600 "N" (5) |
| 10-032 "N" (5) | 09-6165 | 10-444 |
| 09-4960 "N" (5) | 09-3728 "N" (4) | 09-4223 "N" (5) |
| 09-5975 | 09-6309 "N" (5) | 09-8706 "N" (5) |
| 09-02206 | 09-8739 "N" (5) | 09-5251 "N" (5) |
| 09-01309 | 09-1362 | 09-7901 |
| 09-500 | 09-4540 "N" (5) | 09-2941 "N" (5) |
| 09-6258 "N" (5) | 09-7754 | 09-4878 "N" (5) |
| 09-2930 "N" (5) | 09-4962 "N" (5) | 10-764 "N" (5) |
| 09-4829 "N" (5) | 09-3735 "N" (5) | 09-1295 |
| 09-06174 | 09-2960 "N"(5) | 09-6798 "N"(5) |
| 09-4942 "N" (5) | 09-5386 "N" (5) | 09-2210 |
| 09-4581 "N" (5) | 09-8722 "N" (5) | 09-6341 "N" (5) |
| 09-02205 | 09-5253 "N" (5) | 09-7869 |
| 09-6015 | 09-4585 "N" (5) | 10-777 "N" (5) |
| 09-8683 "N" (5) | 09-6348 "N" (5) | 09-8301 "N" (5) |
| 09-07743 | 09-3721 "N" (5) | 09-8682 "N" (5) |
| 09-4609 "N" (5) | 09-3721"N" (4) | 09-7879 |
| 09-4599 "N" (5) | 09-0770 | 09-1280 |
| 09-00948 | 09-4630 "N" (5) | 09-4553 "N" (5) |
| 09-3306 "N" (5) | 09-4532 "N" (5) | 09-7177 |
| 09-7749 (N) "5" | 09-8641 "N" (5) | 09-4858 "N" (5) |
| 09-02202 | 09-4875 "N" (5) | 09-1364 |
| 09-8299 "N" (5) | 10-741 "N" (5) | 09-3868 "N" (5) |
| 09-1300 | 09-7955 | 09-5338 "N" (5) |
| 10-00274 | 09-4796 "N" (5) | 09-7284 "N" (5) |
| 09-6172 | 09-4534 "N" (5) | 09-1366 |
| 09-8605 "N" (5) | 09-5399 "N" (5) | 09-4989 "N" (5) |
| 09-01275 | 09-4806 "N" (5) | 09-3764 "N" (5) |
| 09-3723 "N" (5) | 10-228 | 09-2916 "N"(5) |
| 09-01271 | 09-5004 "N" (5) | 09-7750 |
| 09-01281 | 09-2199 | 09-06006 "N"(4) |
| 09-7281 | 10-776 | 09-4326 "N" (5) |
| 10-737 "N" (5) | 09-1293 | 09-2946 "N" (5) |
| 09-5404 "N" (5) | 09-7757 | 09-5411 "N" (5) |
| 09-6796 "N"(5) | 09-1526 | 09-4562 "N" (5) |
| 09-5228 "N" (5) | 09-7259 "N" (5) | 09-8713 "N" (5) |


EXHIBIT A

| | | |
|---|---|---|
| 09-6199 | 09-7761 | 09-01273 |
| 09-7301 "N" (5) | 09-4995 "N" (5) | 09-6332 "N" (5) |
| 09-6200 | 09-5389 "N" (5) | 09-6334 "N" (5) |
| 09-5255 "N" (5) | 09-7771 | 09-6314 "N" (5) |
| 09-3745 "N" (5) | 10-0751 "N" (5) | 09-7944 |
| 09-5224 "N" (5) | 06-5659 | 09-4651 "N" (5) |
| 09-7296 "N" (5) | 09-6338 "N" (5) | 09-5424 "N" (5) |
| 09-5231 "N" (5) | 09-00462-JJB-DLD | 09-7759 |
| 09-7283 "N" (5) | 09-4873 "N" (5) | 09-4640 "N" (5) |
| 09-8720 "N" (5) | 09-8531 "N" (5) | 09-02176 |
| 09-7744 | 09-8716 "N" (5) | 09-5005 "N" (5) |
| 09-504-JVP-SCR | 09-5241 "N" (5) | 09-4964 "N" (5) |
| 09--6800 "N" (5) | 09-4607 "N" (5) | 09-3828 "N" (5) |
| 09-00493-JJB-DLD | 09-8368 "N" (5) | 09-3747 "N" (5) |
| 09-2955 "N" (5) | 09-5381 "N" (5) | 09-6204 |
| 09-4856 "N" (5) | 09-4948 "N" (5) | 09-7945 |
| 10-755 "N" (5) | 09-8007 | 09-5413 "N" (5) |
| 09-4824 "N" (5) | 09-1114 | 09-7263 "N" (5) |
| 09-02185 "N" (5) | 09-02203 | 09-6346 "N" (5) |
| 09-8601 "N" (5) | 09-4547 "N" (5) | 10-437 |
| 10-763 "N" (5) | 09-5993 | 09-8704 "N" (5) |
| 7-1873 | 09-4636 "N" (5) | 09-4605 "N" (5) |
| 09-3701 | 09-7872 | 09-1304 |
| 09-3701 "N" (5) | 09-8703 "N" (5) | 09-6205 |
| 09-5000 "N" (5) | 09-6473 "N" (5) | 09-8648 "N" (5) |
| 09-4645 "N" (5) | 10-428 | 09-8398 "N"(5) |
| 09-4220 "N" (5) | 09-4598 "N" (5) | 10-275 |
| 09-4582 "N" (5) | 09-8671 "N" (5) | 09-4639 "N" (5) |
| 09-6201 | 07-3375 "N" (5) | 09-07777 |
| 09-3740"N" (4) | 09-01289 | 09-5360 "N" (5) |
| 09-8717 "N" (5) | 09-1371 | 09-7881 |
| 09-8718 "N" (5) | 09-6349 "N" (5) | 09-4971 "N" (5) |
| 09-02219 | 09-07680 | 09-6170 |
| 09-4949 "N" (5) | 09-4790 "N" (5) | 09-6179 |
| 09-7943 | 09-4543 "N" (5) | 09-2887 "N" (5) |
| 09-1292 | 07-1873 | 09-6163 |
| 09-8725 "N" (5) | 09-0773 | 10-736 "N" (5) |
| 09-4335 "N" (5) | 09-6342 "N" (5) | 09-7758 |
| 09-5362 "N" (5) | 09-4798 "N" (5) | 10-031 "N" (5) |
| 09-4578 "N" (5) | 09-6177 | 09-7884 |
| 09-2952 "N"(5) | 09-5410 "N" (5) | 08-1327 "N" (5) |
| 09-7770 | 09-4803 "N" (5) | 09-4874 "N" (5) |
| 09-7937 | 09-2890 "N" (5) | 09-4559 "N" (5) |
| 09-8490 "N" (5) | 09-4628 "N" (5) | 09-3732 "N" (5) |
| 09-8663 "N" (5) | 09-8747 "N" (5) | 09-4580 "N" (5) |

| | | |
|---|---|---|
| 09-4850 "N" (5) | 09-2947 "N" (5) | 09-4950 N(5) |
| 09-6183 | 09-5233 "N" (5) | 09-3736 "N" (5) |
| 09-506-RET-DLD | 09-7933 | 09-6432 "N" (5) |
| 09-4823 "N" (5) | 09-5230 "N" (5) | 09-4865 "N" (5) |
| 09-4595 "N" (5) | 09-6430 "N" (5) | 09-8300 "N" (5) |
| 09-4832 "N" (5) | 09-4218 "N" (5) | 09-8729 "N" (5) |
| Consolidated with MDL 02-1873 | 10-438 | 09-8589 "N" (5) |
| | 09-2921 "N" (5) | 10-772 "N" (5) |
| 09-8728 "N" (5) | 09-6324 "N" (5) | 09-4235 "N" (5) |
| 09-7319 "N" (5) | 09-4535 "N" (5) | 09-7768 |
| 09-0773 | 09-4225 "N" (5) | 10-774 "N" (5) |
| 09-4530 "N" (5) | 09-01282 | 09-4544 "N" (5) |
| 09-5250 "N" (5) | 09-2949 | 09-8402 "N" (5) |
| 09-6168 "N" (5) | 09-4637 "N" (5) | 09--01285 |
| 09-1375 | 09-5244 "N" (5) | 09-4577 "N" (5) |
| 09-7753 "N" (5) | 09-4983 "N" (5) | 09-4994 "N" (5) |
| 09-6339 "N" (5) | 09-8674 "N" (5) | 09-2221 |
| 09-5009 "N" (5) | 09-4859 "N" (5) | 09-8732 "N" (5) |
| 09-6308 "N" (5) | 10-770 "N" (5) | 09-4792 "N" (5) |
| 09-06166 "N" (5) | 09-4961 "N" (5) | 09-6194 |
| 09-7874 | 09-6206 | 09-1363 |
| 09-8564 "N" (5) | 09-6350 "N" (5) | 09-5385 "N" (5) |
| 09-8744 "N" (5) | 09-6158 | 10-744 "N" (5) |
| 09-6345 "N" (5) | 09-8709 "N" (5) | 10-768 "N" (5) |
| 09-8680 "N" (5) | 09-2959 "N" (5) | 09-8692 "N"(5) |
| 10-753 "N" (5) | 09-2198 | 09-4560 "N" (5) |
| 09-6175 "N" (5) | 09-5415 "N" (5) | 09-4973 "N" (5) |
| 09-2948 "N" (5) | 09-4333 "N" (5) | 09-2968 "N" (5) |
| 09-8742 "N" (5) | 09-6188 | 09-4877 "N" (5) |
| 09-7876 | 09-4596 "N" (5) | 09-2967 "N" (5) |
| 09-6801 "N" (5) | 09-4328 "N" (5) | 09-7785 |
| 09-2923 "N" (5) | 09-6190 | 09-02200 |
| 10-927 "N" (5) | 09-4629 N(5) | 09-7482 |
| 09-01278 | 09-6337 "N" (5) | 09-4652 "N" (5) |
| 09-7328 "N" (5) | 09-4833 "N" (5) | 09-4871 "N" (5) |
| 09-2944 "N" (5). | 09-8599 "N" (5) | 09-1311 |
| 09-2910 "N" (5) | 09-6428 "N"(5) | 09-4132 "N" (5) |
| 09-2196 | 09-5406 "N" (5) | 09-1290 |
| 10-779 "N" (5) | 09-482 | 09-7300 "N" (5) |
| 09-7756 | 09-496 | 09-4800 "N" (5) |
| 09-6331 "N" (5) | 09-6795 "N" (5) | 09-5427 "N" (5) |
| 09-4789 "N" (5) | 09-01286 | 09-3825 "N" (5) |
| 09-5426 "N" (5) | 09-5401 "N" (5) | 09-7931 |
| 09-3715"N" (4) | 09-07861 | 09-1328 |
| 10-446 "N" (5) | 09-4787 "N" (5) | 09-2925 "N" (5) |

| | | |
|---|---|---|
| 10-443 | 09-1305 | 09-4861 "N" (5) |
| 09-4638 "N" (5) | 09-7566 "N"(5) | 09-6472 "N" (5) |
| 10-771 "N" (5) | 09-8492 "N" (5) | 09-5407 "N"(5) |
| 09-5232 | 09-8297 "N"(5) | 09-0548 "N" (5) |
| 09-5999 | 09-4588 "N" (5) | 09-4606 "N"(5) |
| 09-4522 "N" (5) | 09-8009 | 09-2214 |
| 09-1174 | 09-3561 "N" (4) | 09-461 |
| 09-01326 | 09-7312 "N" (5) | 09-3725 "N" (5) |
| 10-773 "N" (5) | 10-754 "N" (5) | 10-420 |
| 09-6197 | 09-4805 "N" (5) | 09-4980 "N" (5) |
| 09-8688 "N" (5) | 10-747 "N" (5) | 09-4644 "N" (5) |
| 09-5408 "N" (5) | 09-8450 "N" (5) | 09-6335 "N"(5) |
| 09-7947 | 10-748 "N" (5) | 09-7875 |
| 09-3829 "N" (4) | 09-7772 | 09-8382 "N" (5) |
| 09-4988 "N" (5) | 09-4965 "N" (5) | 09-4331 "N" (5) |
| 08-1094 "N" (4) | 09-8578 "N" (5) | 09-459 |
| 09-5339 "N" (5) | 10-430 | 09-5249 "N" (5) |
| 09-4801 "N" (5) | 09-6004 | 09-5398 "N" (5) |
| 07-9228 "N" (5) | 09-4870 "N" (5) | 09-4647 "N" (5) |
| 09-8705 "N" (5) | 10-506 "N" (5) | 09-5405 "N" (5) |
| 09-429 | 09-5239 "N" (5) | 09-8602 "N" (5) |
| 09-6934 "N" (5) | 09-6424 "N" (5) | 09-4564 "N" (5) |
| 09-529 | 09-2969 "N" (5) | 09-1360 |
| 09-6340 "N"(5) | 09-4177 "N" (5) | 09-3722 "N" (5) |
| 09-8736 "N" (5) | 08-1327 "N" (4) | 09-6191 |
| 09-06000 | 09-8746 "N" (5) | 10-778 "N" (5) |
| 09-6181 | 09-3746 "N" (5) | 09-5394 "N" (5) |
| 09-00941-PM-KK | 09-8737 "N" (5) | 09-5414 "N" (5) |
| 09-501 | 09-4551 "N"(5) | 09-7260 "N" (5) |
| 09-00499-JJB-DLD | 09-07353 | 09-3851 "N" (5) |
| 10-761 "N" (5) | 10-503 "N" (5) | 09-6195 |
| 09-4853 "N" (5) | 09-522 | 09-4602 "N" (5) |
| 09-4579 "N" (5) | 09-5365 "N" (5) | 10-767 "N" (5) |
| 7-1873 | 09-5237 "N" (5) | 09-6316 "N" (5) |
| 09-6427 "N" (5) | 09-6311 "N" (5) | 09-7953 |
| 09-8378 "N" (5) | 09-7877 | 09-6423 |
| 09-505-RET-SCR | 09-3200 "R" (5) | 09-8712 "N" (5) |
| 09-2222 | 09-8397 "N" (5) | 10-0427 |
| 09-7862 | 09-6203 | 09-521 |
| 09-6429 "N" (5) | 09-7282 "N" (5) | 09-3251 "N" (5) |
| 09-7258 "N" (5) | 09-7975 | 09-7942 |
| 09-4593 "N" (5) | 09-1376 | 09-2908 "N" (5) |
| 09-5006 "N" (5) | 09-5998 | 09-5227 "N" (5) |
| 09-5278 "N" (5) | 09-5010 "N" (5) | 09-4446 "N" (4) |
| 09-4860 "N" (5) | 09-1873 | 09-4233 "N" (5) |

| | | |
|---|---|---|
| 09-4777 "N" (5) | 09-2917 "N" (5) | 09-8435 "N" (5) |
| 09-8662 "N" (5) | 09-8730 "N" (5) | 09-8745 "N" (5) |
| 09-3619 | 09-6011 | 10-513 "N" (5) |
| 09-4601 "N" (5) | 09-7746 | 09-5495 "N" (5) |
| 10-422 | 10-421 | 09-5369 "N" (5) |
| 09-7885 | 09-4982 (N) "5" | 09-3620 |
| 09-5425 "N"(5) | 09-3616 | 09-6799 "N"(5) |
| 09-2909 "N" (5) | 09-6184 | 09-7784 |
| 09-3253 "N" (5) | 09-06312 "N" (5) | 09-8390 "N" (5) |
| 08-1094 | 09-4791 "N" (5) | 09-1318 |
| 09-8597 "N" (5) | 09-5384 "N" (5) | 09-4947 "N" (5) |
| 09-7970 | 09-7882 | 09-7950 |
| 10-508 "N" (5) | 09-7275 "N" (5) | 09-7870 |
| 10-758 "N" (5) | 09-8453 "N" (5) | 09-1312 "N" (5) |
| 09-2939 "N" (5) | 09-5420 "N" (5) | 09-4855 "N" (5) |
| 09-1176 | 09-3589 "N" (4) | 09-7555 "N" (5) |
| 09-5409 "N" (5) | 09-7314 "N" (5) | 09-1367 |
| 09-7298 "N" (5) | 08-4161 "N" (4) | 09-4592 "N" (5) |
| 09-6317 "N" (5) | 09-5256 (N) "5" | 09-160 |
| 09-7873 | 09-6010 | 10-0738 "N" (5) |
| 09-8734 "N" (5) | 09-7276 "N" (5) | 09-4827 "N" (5) |
| 09-3603 "N" (5) | 10-745 "N" (5) | 7-1873 |
| 09-01369 | 09-5400 "N" (5) | 09-5236 "N" (5) |
| 09-8532 "N" (5) | 09-7762 | 09-8361 "N" (5) |
| 09-5494 "N" (5) | 09-8740 "N" (5) | 09-2213 |
| 10-0735 | 09-4109 "N" (5) | 09-2207 |
| 09-4872 "N" (5) | 10-77 | 09-5423 "N" (5) |
| 09-7863 | 09-6327 "N" (5) | 10-762 "N" (5) |
| 09-4793 "N" (5) | 09-01358 | 09-6313 "N" (5) |
| 09-3252 "N" (5) | 09-8542 "N" (5) | 10-749 "N" (5) |
| 09-4338 "N" (5) | 09-4105 "N" (5) | 09-02201 |
| 09-6344 "N" (5) | 09-8596 "N" (5) | 09-01327 |
| 09-01177 | 09-5284 "N" (5) | 09-3587 "N" (4) |
| 09-5247 "N" (5) | 09-0765 "N"(5) | 09-5367 "N" (5) |
| 09-5248 "N" (5) | 09-6343 "N" (5) | 09-01315 |
| 09-01279 | 09-6180 | 09-8612 "N" (5) |
| 09-5403 "N" (5) | 09-5431 "N" (5) | 09-00466 |
| 09-4854 "N" (5) | 09-7556 "N" (5) | 09-5359 "N" (5) |
| 09-6431 "N"(5) | 09-508-JVP-SR | 09-8451 "N" (5) |
| 09-6426 "N"(5) | 09-4608 "N" (5) | 09-7775 |
| 09-4589 "N" (5) | 09-4587 "N" (5) | 09-2970 "N" (5) |
| 09-6333 "N" (5) | 09-3557 "N" (5) | 09-3738 "N" (4) |
| 10-442 | 09-4576 N(5) | 07-1873 |
| 09-4957 "N" (5) | 09-6186 | 09-4799 "N" (5) |
| 07-7018 "F" (4) | 09-4996 "N" (5) | 09-5364 "N (5) |

| | | |
|---|---|---|
| 09-4339 "N" (5) | 09-2217 | 09-3718 "N" (5) |
| 09-06323 "N" (5) | 09-7755 | 09-6326 "N" (5) |
| 09-06322 "N" (5) | 09-7665 "N" (5) | 09-7900 |
| 09-4966 "N" (5) | 09-411 | 09-8676 "N" (5) |
| 09-4650 "N" (5) | 09-4943 "N" (5) | 09-5434 "N" (5) |
| 09-5412 "N" (5) | 09-8436 "N" (5) | 09-8383 "N" (5) |
| 09-4632 "N" (5) | 10-479 | 09-4642 "N" (5) |
| 09-4976 "N" (5) | 09-5382 "N" (5) | 09-0929 |
| 09-5428 "N"(5) | 09-4334 "N" (5) | 09-01287 |
| 09-4134 "N" (5) | 09-4594 "N" (5) | 10-766 "N" (5) |
| 09-6425 "N"(5) | 09-00946-PM-KK | 09-8520 "N" (5) |
| 09-2936 "N" (5) | 09-3254 "N" (5) | 09-4584 "N" (5) |
| 09-4104 "N" (5) | 09-8655 "N" (5) | 09-4954 "N" (5) |
| 09-4778 "N" (5) | 09-4327 "N" (5) | 09-4232 "N" (5) |
| 09-4216 "N"(5) | 09-5370 "N" (5) | 09-8010 |
| 09-4229 "N" (5) | 09-2932 "N" (5) | 10-746 "N" (5) |
| 09-4542 "N" (5) | 09-4133 "N" (5) | 09-01316 |
| 09-7310 "N" (5) | 09-1354 | 09-8395 "N" (5) |
| 09-7860 | 10-0423 | 09-4583 "N" (5) |
| 09-6315 "N" (5) | 09-2937 "N" (5) | 10-750 "N" (5) |
| 09-2942 "N" (5) | 09-3304 "N" (5) | 09-4329 "N" (5) |
| 09-5264 "N" (5) | 09-4807 "N" (5) | 09-6179 |
| 09-6318 "N" (5) | 09-5493 "N" (5) | 09-3725 "N" (5) |
| 09-5373 "N" (5) | 09-2931 "N" (5) | 09-7878 |
| 09-7767 | 09-2889 "N" (5) | 09-5419 "N"(5) |
| 09-8588 "N" (5) | 09-8582 "N" (5) | 09-4131 "N" (5) |
| 09-0530 | 09-5418 "N" (5) | 09-8529 "N" (5) |
| 09-7939 | 09-8609 "N" (5) | 09-4565 "N"(5) |
| 09-3825 "N" (5) | 09-8008 | 09-4533 "N" (5) |
| 09-4590 "N" (5) | 09-503 | 09-8394 |
| 09-7278 "N" (5) | 09-5226 "N" (5) | 09-5378 "N" (5) |
| 09-2958 "N" (5) | 09-2212 | 09-2966 "N" (5) |
| 10-439 | 09-4336 "N" (5) | 09-4552 "N" (5) |
| 09-7751 "N" (5) | 09-4563 "N" (5) | 09-8607 "N" (5) |
| 09-8675 "N" (5) | 09-5279 "N" (5) | 09-2953 "N" (5) |
| 09-6328 "N" (5) | 09-4946 "N" (5) | 09-8401 "N" (5) |
| 09-6321 "N" (5) | 09-462 | 09-4978 "N" (5) |
| 09-6014 | 09-4135 "N" (5) | 09-5433 "N" (5) |
| 09-00939 | 09-8590 "N"(5) | 09-4979 "N" (5) |
| 10-270 | 09-8581 "N" (5) | 09-5417 "N" (5) |
| 09-5391 "N" (5) | 09-1365 | 09-1370 |
| 09-4643 "N" (5) | 09-4524 "N" (5) | 10-1099 "N" (5) |
| 09-4641 "N" (5) | 09-6325 "N" (5) | 09-01372 |
| 09-4804 "N" (5) | 09-2891 "N" (5) | 09-7864 |
| 09-01317 | 09-4981 "N" (5) | 09-3975 "N" (5) |

| | | |
|---|---|---|
| 09-5269 "N" (5) | 09-1089 | 09-5421 "N" (5) |
| 09-2195 | 10-00535 | 09-00947-TLM-MEM |
| 09-4851 "N" (5) | 09-4550 "N" (5) | 09-8690 "N"(5) |
| 10-756 "N" (5) | 10-775 "N" (5) | 09-4852 "N" (5) |
| 09-8689 "N" (5) | 09-8396 "N" (5) | 09-3592 "N" (5) |
| 09-4554 "N" (5) | 10-760 "N" (5) | 2:07-md-01873 "N" (5) |
| 09-3717 "N" (5) | 09-4341 "N" (5) | 09-6781 "N" (5) |
| 09-5402 "N" (5) | 09-7748 | 09-8723 "N" (5) |
| 09-502-RET-DLD | 09-7545 | 09-4525 "N" (5) |
| 09-5265 "N" (5) | 09-4548 "N" (5) | 09-7954 |
| 09-4230 "N" (5) | 10-431 | 10-1035 |
| 09-4956 "N" (5) | 09-4997 "N" (5) | 09-5366 "N" (5) |
| 09-3737 "N" (5) | 09-1100 | 09-4830 "N" (5) |
| 09-5235 "N" (5) | 10-536 | 10-164 |
| 09-7554 "N" (5) | 09-7280 "N" (5) | 09-4795 "N" (5) |
| 09-8543 "N" (5) | 09-5008 "N" (5) | 09-3730 "N" (4) |
| 09-4797 "N" (5) | 09-5280 "N" (5) | 09-4646 "N" (5) |
| 09-8538 "N" (5) | 09-8587 "N" (5) | 09-3950 "N" (5) |
| 09-5246 "N" (5) | 09-5238 "N" (5) | 09-8572 "N" (5) |
| 09-5276 "N" (5) | 09-5393 "N" (5) | 09-8574 "N" (5) |
| 09-4546 "N" (5) | 09-7880 | 09-7663 "N" (5) |
| 09-4557 "N" (5) | 09-5274 "N" (5) | 09-3734 "N" (4) |
| 09-5429 "N" (5) | 09-5371 "N" (5) | 09-8403 "N"(5) |
| 09-3615 | 09-5267 "N" (5) | 09-7866 |
| 09-3590 "N" (4) | 09-8369 "N"(5) | 09-2961 "N" (5) |
| 09-2954 "N" (5) | 09-3729 "N" (5) | 09-5262 "N" (5) |
| 09-4610 "N" (5) | 09-2938 "N" (5) | 09-4526 |
| 09-4866 "N" (5) | 09-3591 "N" (5) | 09-8583 "N"(5) |
| 09-4224 (N) "5" | 09-8677 "N" (5) | 09-4867 "N" (5) |
| 09-5416 "N" (5) | 09-2933 "N" (5) | 09-4586 "N" (5) |
| 09-2956 "N" (5) | 09-7956 | 09-6048 "N" (5) |
| 09-4834 "N" (5) | 09-7293 "N" (5) | 09-7865 |
| 10-00425 | 09-5430 "N" (5) | 09-4649 "N" (5) |
| 09-7871 | 10-447 | 09-3949 "N" (4) |
| 09-01373 | 09-8541 "N" (5) | 09-2215 |
| 09-4985 "N" (5) | 10-765 "N" (5) | 09-7867 |
| 09-3950 "N"(5) | 09-6319 "N" (5) | 09-8584 "N" (5) |
| 09-8579 "N" (5) | 09-5257 "N" (5) | 09-2915 "N" (5) |
| 09-4549 "N" (5) | 09-5432 "N" (5) | 09-01359 |
| 09-5388 "N" (5) | 09-2950 "N" (5) | 09-4217 (N) "5" |
| 09-4529 "N" (5) | 07-5709 "N" (5) | 09-3948 N(5) |
| 09-3729 "N" (4) | 09-8593 "N" (5) | 09- 3724 "N" (5) |
| 09-3715 "N" (5) | 09-8580 "N" (5) | 09-4556 "N" (5) |
| 09-6310 "N" (5) | 09-8638 "N" (5) | 09-5363 "N" (5) |
| 09-4941 "N" (5) | 10-743 "N" (5) | 09-8658 "N" (5) |

| | | |
|---|---|---|
| 09-5275 "N" (5) | 09-8373 "N" (5) | 09-4611 "N" (5) |
| 09-8615 "N" (5) | 09-3481 "N" (5) | 09-4794 "N"(5) |
| 09-417 | 09-8400 | 09-8393 "N"(5) |
| 09-5259 "N" (5) | 09-3716 "N" 5 | 09-00930 |
| 10-434 | 09-4219 "N" (5) | 09-8616 "N" (5) |
| 09-7664 "N" (5) | 09-8571 "N" (5) | 09-7886 |
| 09-5395 "N" (5) | 09-8741 "N" (5) | 09-00942-PM-KK |
| 10-136 | 09-4536 "N" (5) | 09-5272 "N" (5) |
| 09-3728 "N" (5) | 09-8570 "N" (5) | 09-8664 "N" (5) |
| 09-2893 "N" (5) | 09-2943 "N" (5) | 09-4527 "N" (5) |
| 09-5387 "N" (5) | 09-4545 "N" (5) | 09-7662 "N" (5) |
| 09-495 | 09-3587 "N" (5) | 09-7949 |
| 09-8684 "N" (5) | 09-4528 "N" (5) | 09-4880 "N" (5) |
| 09-4828 "N" (5) | 09-3719 "N" (4) | 09-4111 "N" (5) |
| 09-8568 "N" (5) | 10-432 | 09-2935 "N" (5) |
| 09-4531 "N" (5) | 09-7745 | 09-8595 "N" (5) |
| 09-4221 "N" (5) | 09-4869 "N" (5) | 09-8649 "N" (5) |
| 09-3720 "N" (5) | 09-8657 'N' (5) | 09-8360 "N" (5) |
| 09-8693 "N" (5) | 09-4226 "N" (5) | 09-8371"N" (5) |
| 09-8694 "N" (5) | 09-3561 "N" (5) | 10-163 |
| 09-4863 "N" (5) | 09-8385 "N" (5) | 09-3730 "N" (5) |
| 09-2957 "N" (5) | 09-2888 "N" (5) | 09-8464 "N" (5) |
| 09-4968 "N" (5) | 09-2965 "N" (5) | 09-7786 |
| 09-5263 "N" (5) | 09-2951 "N" (5) | 09-935 |
| 09-8364 "N" (5) | 09-2223 | 09-3740 "N" (5) |
| 09-5281 "N" (5) | 09-8566 "N" (5) | 09-2963 "N" (5) |
| 09-8452 "N" (5) | 09-2964 "N" (5) | 09-3739 "N" (4) |
| 10-740 "N" (5) | 09-5368 "N" (5) | 09-4591 "N" (5) |
| 09-4234 "N" (5) | 09-8365 "N"(5) | 09-8392 "N" (5) |
| 09-8603 | 10-511 "N" (5) | 09-8614 "N" (5) |
| 09-7660 "N" (5) | 09-3589 "N" (5) | 09-8518 "N" (5) |
| 09-5346 "N" (5) | 09-4802 "N" (5) | 09-01314 |
| 09-5375 "N" (5) | 09-4802 "N" (5) | 09-3590 "N" (5) |
| 09-8442 "N" (5) | 09-5260 "N" (5) | 09-8386 "N" (5) |
| 09-3732 "N" (4) | 09-5268 "N" (5) | 09-5380 "N" (5) |
| 09-5383 "N" (5) | 09-1368 | 09-8439 "N" (5) |
| 09-4952 "N" (5) | 09-1324 | 09-8576 "N" (5) |
| 09-8573 "N" (5) | 09-8707 "N" (5) | 09-5347 "N" (5) |
| 09-5266 "N" (5) | 09-5377 "N" (5) | 09-5273 "N" (5) |
| 09-0419 | 09-8379 "N" (5) | 09-3738 "N" (5) |
| 09-55277 "N" (5) | 09-3827 "N" (4) | 09-8441 "N" (5) |
| 09-3724 "N" (4) | 09-3726 "N" (5) | 09-5396 "N" (5) |
| 09-3733 "N" (4) | 09-8660"N" (5) | 09-4523 "N" (5) |
| 09-8567 "N" (5) | 09-4340 "N" (5) | 10-739 "N" (5) |
| 09-5271 "N" (5) | 09-4603 "N" (5) | 09-2934 "N" (5) |

| | | |
|---|---|---|
| 09-4337 "N" (5) | 09-8380 "N" (5) | 09-7999 "N" (5) |
| 09-3588 "N" (4) | 09-8457 "N" (5) | 09-8476 "N" (5) |
| 09-2892 "N" (5) | 09-8370 "N"(5) | 09-8376 "N" (5) |
| 09-8387 "N" (5) | 09-4671 "N" (5) | 09-5258 "N" (5) |
| 09-5379 "N" (5) | 09-5390 "N" (5) | 09-3824 "N" (5) |
| 09-5361 "N" (5) | 09-2962 "N" (5) | 09-3727 "N" (5) |
| 09-3949 "N" (5) | 09-3588 "N" (5) | 09-590 "N" (5) |
| 09-3734 "N" (5) | 09-8405 "N" (5) | 09-3562 "N" (5) |
| 09-8443 "N" (5) | 09-3562 "N" (4) | 10-1425 |
| 09-3827 "N" (5) | 09-8384 "N" (5) | 10-540 |
| 09-5374 "N" (5) | 09-8381 "N" (5) | 09-6182 |
| 09-7692 | 09-8359 "N" (5) | 09-4648 "N" (5) |
| 09-00936 | 09-4108 "N" (5) | |
| 09-8592 "N" (5) | 09-5392 "N" (5) | |
| 09-4991"N" (5) | 09-8362 "N" (5) | |
| 09-2940 "N"(5) | 09-5397 "N" (5) | |
| 09-4566 "N" (5) | 09-8366 "N" (5) | |
| 09-8666 "N" (5) | 09-8472 "N" (5) | |
| 09-4967 "N" (5) | 09-8407 "N" (5) | |
| 09-8617 "N" (5) | 09-8467 "N" (5) | |
| 09-3719 "N" (5) | 09-8372 "N" (5) | |
| 09-3826 "N" (5) | 09-4604 "N" (5) | |
| 09-8399 "N" (5) | 09-5261 "N" (5) | |
| 09-3726 "N" (5) | 09-4665 "N" (5) | |
| 09-8447 "N" (5) | 09-8521 "N" (5) | |
| 09-8388 "N" (5) | 09-4372 "N" (5) | |
| 09-8404 "N" (5) | 09-8477 "N" (5) | |
| 09-8586 "N" (5) | 09-4537 "N" (5) | |
| 09-3731 "N" (5) | 09-4664 "N" (5) | |
| 09-4868 "N" (5) | 09-4661 "N" (5) | |
| 09-4839 "N" (5) | 09-8473 "N" (5) | |
| 09-3733 "N" (5) | 09-4371 "N" (5) | |
| 09-3742 "N" (5) | 09-4631 "N" (5) | |
| 09-8389 "N" (5) | 09-4662 "N"(5) | |
| 09-8375 "N" (5) | 09-4666 "N" (5) | |
| 09-8363 "N" (5) | 09-8374 "N" (5) | |
| 10-742 "N" (5) | 09-8468 "N" (5) | |
| 09-8406 "N" (5) | 09-8478 "N" (5) | |
| 09-5477 "N" (5) | 09-8470 "N" (5) | |
| 09-4669 "N" (5) | 09-8000 "N" (5) | |
| 09-4228 "N" (5) | 09-8469 "N" (5) | |
| 09-3829 "N" (5) | 09-8001 "N" (5) | |
| 09-4838 "N" (5) | 09-7998 "N"(5) | |
| 09-4663 "N" (5) | 09-8377 "N" (5) | |
| 09-8391 "N"(5) | 09-8367 "N" (5) | |