```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA




IN RE:  FEMA TRAILER              *    Docket MDL 1873 "N"
FORMALDEHYDE PRODUCTS             *
LIABILITY LITIGATION              *    New Orleans, Louisiana
                                  *
THIS DOCUMENT IS RELATED TO:      *    September 14, 2009
                                  *
CHARLIE AGE, ET AL V              *    12:45 P.M.
GULF STREAM COACH, INC.,          *
ET AL, DOCKET NO. 09-2892;        *
ALANA ALEXANDER, INDIVIDUALLY     *
AND ON BEHALF OF                  *
CHRISTOPHER COOPER                *
* * * * * * * * * * * * * * *

                             DAY 1
                       AFTERNOON SESSION
               JURY TRIAL PROCEEDINGS BEFORE THE
                  HONORABLE KURT D. ENGELHARDT
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:           Gainsburgh, Benjamin, David,
                                Meunier & Warshauer
                              BY:  GERALD E. MEUNIER, ESQ.
                              1100 Poydras Street
                              Suite 2800
                              New Orleans, Louisiana 70163


                              The Buzbee Law Firm
                              BY:  ANTHONY G. BUZBEE, ESQ.
                              JP Morgan Chase Tower
                              600 Travis, Suite 7300
                              Houston, Texas  77002
```

EXHIBIT C

1  Now, as you can imagine, FEMA was as busy as a
2  one-armed paperhanger.  They had to provide more than 140,000
3  trailers to people who had lost their homes, like the
4  Alexanders, people who were displaced all over the Gulf South
5  and even far points north.
6  But FEMA says, "Look, this needs to be fixed
7  today."  Because you will learn in this case that FEMA was
8  relying upon Gulf Stream, the expert, the manufacturer of the
9  trailer.
10  Next slide, Carl.
11  And, in fact, FEMA said to Gulf Stream, "Look,
12  does your field staff have the capability to put this issue to
13  bed?"  In other words, "Hey, this is an issue, what can you do
14  about it?  You made these trailers, what can you do about it?"
15  And Gulf Stream's president, Dan Shea, says, "Look, I promise I
16  will send a person down to Baton Rouge on Friday to test some
17  of the units."
18  Next slide.
19  At the same time this was going on, the
20  complaints continue to roll in.  As you know how it is around
21  here in March, and April, and May, and June, it gets hotter and
22  hotter.  And what you'll learn about formaldehyde is that the
23  hotter it gets, the worse the off-gassing becomes.  Makes
24  sense, doesn't it?  The more humid, the more wet, the more hot,
25  the more off-gassing.  So as the testing was supposedly going