Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
                              DOCKET MDL NO. 1873 "N"
                              NEW ORLEANS, LOUISIANA
                              MONDAY, MAY 17, 2010, 8:30 A.M.

THIS DOCUMENT RELATES TO:

DOCKET NO. 09-3251,
EARLINE CASTANEL V
RECREATION BY DESIGN, LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DAY 1 , MORNING SESSION
TRANSCRIPT OF JURY TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

EXHIBIT E

APPEARANCES:

FOR PLAINTIFF:          WATTS GUERRA CRAFT
                        BY:  MIKAL C. WATTS, ESQUIRE
                        FOUR DOMINION DRIVE
                        BUILDING THREE, SUITE 100
                        SAN ANTONIO TX 78257


                        CHRIS PINEDO
                        ATTORNEY AT LAW
                        802 N. CARANCAHUA, SUITE 2250
                        CORPUS CHRISTI TX  78470


                        REICH & BINSTOCK
                        BY:  DENNIS C. REICH, ESQUIRE
                        4265 SAN FELIPE, SUITE 1000
                        HOUSTON TX  77027

```
IN RE:  FEMA TRAILER FORMALDEHYDE   MAY 17, 2010         CATHY PEPPER, RMR, CRR
PRODUCTS LIABILITY LITIGATION                                 CASTANEL v RBD
```

Page 128

1                AND, FINALLY, YOU'LL HEAR FROM MY CLIENT,
2  EARLINE CASTANEL. SHE'LL TALK ABOUT THE TIME IN THE TRAILER.
3                WHEN I SAID IT CAUSED AN INJURY, THE LAW SAYS THAT
4  AN AGGRAVATION OF A PREEXISTING CONDITION IS AN INJURY. AND SHE
5  HAS HAD YEARS OF WHAT'S KNOWN AS RHINOSINUSITIS. AND WE'LL TAKE
6  YOU THROUGH HER PAST MEDICAL RECORDS WHERE SHE'S HAD THIS
7  CONDITION, IT'S BEEN MEDICALLY TREATED FOR YEARS, BUT THAT IT'S
8  GOTTEN WORSE AS A RESULT OF HER EXPOSURE TO FORMALDEHYDE. THAT
9  EXACERBATION OF THE RHINOSINUSITIS NECESSITATED A SURGERY THAT
10 COST $27,000 TO TREAT HER.
11               THEN, THE NEXT QUESTION IS, OTHER THAN
12 REC BY DESIGN WHO ELSE BEARS RESPONSIBILITY? DID SHAW'S
13 INSTALLATION PLAY A ROLE HERE? THOSE OF YOU ALL THAT WERE
14 LISTENING TO THE ONE PERSON THAT ANSWERED ABOUT SHAW, FEMA WROTE
15 THE CHECKS FOR THESE FOLKS TO BUILD THE TRAILERS AND THEN
16 SOMEBODY INSTALLED THEM. SHAW IS THE ONE THAT INSTALLED THEM.
17               YOU MAY HEAR IN THIS CASE FROM TWO WITNESSES, JOHN
18 OSTERAAS AND JEFFREY COMPEAU. GIVEN THE CIRCUMSTANCES OF THIS
19 PARTICULAR INSTALLATION, IT IS MY VIEW, AND I THINK THE EVIDENCE
20 WILL SHOW, THAT THEIR INSTALLATION DID NOT PLAY A ROLE AS TO WHY
21 MS. CASTANEL WAS HURT.
22               NOW, FEMA. I THINK YOU WILL BE RELIEVED TO KNOW
23 THAT AFTER FEMA WENT THROUGH HERCULEAN EFFORTS TO TRY TO GET
24 PEOPLE TEMPORARY HOUSING, HUNDREDS OF THOUSANDS OF PEOPLE, AND
25 GOT THEM TEMPORARY HOUSING, THEY WERE TOLD NOTHING BY

1  REC BY DESIGN ABOUT FORMALDEHYDE.  THE WAY THEY LEARNED ABOUT IT
2  WAS FROM PEOPLE COMPLAINING ABOUT IT AND REPORTS AND THESE KINDS
3  OF THINGS, AND YOUR GOVERNMENT JUMPED INTO ACTION AFTER THAT.
4  AND YOU'RE GOING TO HEAR FROM EIGHT OR NINE, MAYBE TEN WITNESSES
5  FROM FEMA ABOUT THIS.
6              FIRST, WITH RESPECT TO KEVIN SOUZA, HE'S GOING TO
7  TESTIFY THAT FEMA DIDN'T KNOW ANYTHING ABOUT THIS.  THEY HAD NO
8  SPECIFICATIONS WITH RESPECT TO FORMALDEHYDE BECAUSE THEY RELIED
9  UPON THE MANUFACTURER'S EXPERTISE TO PROVIDE SAFE AND HABITABLE
10 HOUSING.  AND, FRANKLY, THEY WROTE THE CHECKS; THEY WERE ENTITLED
11 TO RELY UPON THEM.
12             BRYAN MCCREARY WAS A FEMA CONTRACTING OFFICER.
13 HE'S GOING TO TESTIFY THAT FEMA GAVE NO SPECIFICATIONS WITH
14 RESPECT TO FORMALDEHYDE; BUT, THAT AFTER THE KATRINA EXPERIENCE,
15 THEY ONLY ORDER THESE TRAVEL TRAILERS AS A LAST RESORT.
16             MARK POLK IS AN INDUSTRY EXPERT.  HE'LL TESTIFY
17 THAT THIS SMELL IS VERY COMMON IN THESE TRAVEL TRAILERS THAT ARE
18 BUILT WITH PARTICLEBOARD THAT'S NOT NO-FORMALDEHYDE-EMITTING
19 PARTICLEBOARD, BUT THAT FEMA CAME UP WITH FLYERS TO TRY TO
20 EDUCATE PEOPLE TO TURN ON YOUR AIR CONDITIONER TO HELP WITH THE
21 CIRCULATION TO BRING THE LEVELS DOWN.
22             THOSE FLYERS, YOU'RE GOING TO HEAR FROM
23 MARTIN MCNEESE, HE WAS A FEMA PROGRAM OFFICER, HE WORKED ON
24 TESTING SOME OF THOSE UNITS THAT CONFIRMED FOR FEMA THAT THEY HAD
25 A PROBLEM, HE ADVOCATED THIS FLYER THAT INSTRUCTED GREATER

1  VENTILATION TO LOWER THE FORMALDEHYDE LEVELS IN TRAILERS.
2           THERE'S A GENTLEMAN BY THE NAME OF GUY BONOMO.
3  YOU'LL HEAR FROM HIM. I'VE GOT TO WARN YOU IN ADVANCE, HE CHEWS
4  GUM THROUGHOUT HIS DEPOSITION. IT'S KIND OF DISTRACTING, BUT YOU
5  MAY HEAR FROM HIM OR WE MAY READ IT IN. BUT HE'S A VERY SERIOUS
6  PERSON, AND HE SAID, LOOK, WE LEARNED THAT THERE WAS A VERY
7  SERIOUS PROBLEM. HE WAS INVOLVED WITH COORDINATING THE RELEASE
8  OF 50,000 FLYERS ADVOCATING THIS GREATER VENTILATION.
9           YOU'LL HEAR FROM A COMMANDER JOSEPH LITTLE, WHO WAS
10 A SCIENTIST FOR THE ATSDR UNDER THE CDC. HE PREPARED A FEBRUARY
11 2007 REPORT, AND THAT HE LEARNED THAT LEVELS ABOVE 300 PARTS PER
12 BILLION WERE A HEALTH CONCERN. WELL, IF YOU CAN SMELL IT, IT'S
13 GOT TO BE ABOVE 500 PARTS PER BILLION. IF IT'S CAUSING ANY SORT
14 OF IRRITATION, IT'S GOT TO BE ABOVE 600 PARTS PER BILLION. SO WE
15 KNOW THE LEVELS THAT THEY WERE EXPOSED TO WERE GREATER THAN THE
16 LEVELS FOR MINIMUM HEALTH CONCERN.
17          YOU'LL HEAR FROM MICHAEL LAPINSKI. HE'LL TESTIFY
18 THAT FEMA LEARNED THAT THERE WERE HIGH LEVELS OF FORMALDEHYDE
19 THAT HAD CAUSED IRRITATION, CAUSED RESPIRATORY PROBLEMS. HE HAD
20 BEEN A FEDERAL COORDINATING OFFICER SINCE JUNE OF 2007, AND HE
21 PREPARED WHAT'S KNOWN AS A FORMALDEHYDE FACT SHEET TO SEND TO
22 THESE RESIDENTS IN 2007.
23          STANLEY LARSON, YOU'LL HEAR FROM, ACTUALLY DID SOME
24 OF THE DELIVERY IN TERMS OF DISTRIBUTING FLYERS BETWEEN JULY 21
25 AND JULY 25 OF 2007, TO WARN RESIDENTS ABOUT THE DANGERS OF

Page 131

1   FORMALDEHYDE THAT THEY WERE BREATHING IN.
2             YOU'LL HEAR FROM TWO OTHER WITNESSES FROM FEMA, A
3   DAVID GARRETT -- THIS IS AFTER KATRINA.  YOU KNOW, THEY HAD MORE
4   LONG-TERM RESIDENTS THAN EVER BEFORE.  THEY LEARNED OF THE
5   FORMALDEHYDE PROBLEM BECAUSE NOT ONLY DID YOU HAVE MORE PEOPLE IN
6   A HOTTER CLIMATE THAN EVER BEFORE, BUT THEY WERE STAYING IN IT
7   FOR LONGER THAN EVER BEFORE, WHICH IS WHY THIS PROBLEM CAME TO
8   LIGHT.
9             THEY ESTABLISHED A CALL CENTER SO THAT PEOPLE COULD
10  MOVE OUT OF THESE TRAILERS.  THEY SENT A GENTLEMAN BY THE NAME OF
11  TRAVIS MORRIS, WHO DISTRIBUTED THOUSANDS OF FLYERS FOR FEMA IN
12  JULY OF 2007, AND THE EVIDENCE WILL BE THAT MY CLIENT MOVED OUT
13  OF HER TRAILER IN AUGUST OF 2007.
14            WE BELIEVE THAT THE EVIDENCE WILL BE THAT WHEN
15  YOU'RE ASSESSING WHY SHE WAS INJURED, WHO WAS AT FAULT FOR THAT,
16  THAT YOU'LL FIND THAT REC BY DESIGN, THROUGH THE EVIDENCE THAT WE
17  ANTICIPATE SHOWING YOU, WAS AT FAULT FOR CHOOSING A
18  FORMALDEHYDE-EMITTING PRODUCT THAT EXPOSED HER.  SHAW WAS NOT AT
19  FAULT AND FEMA WAS NOT AT FAULT.
20            BUT THEN WE'LL GO TO THE ISSUE OF HER DAMAGES.
21  AGAIN, I MENTION TO YOU THAT IN ADDITION TO LIVING IN THIS
22  FORMALDEHYDE-INFESTED TRAILER FOR 16 MONTHS, AND ALL OF THE
23  PROBLEMS THAT THAT CREATES IN TERMS OF YOUR HEALTH, WE HAD AN
24  EXACERBATION OF WHAT'S CALLED RHINOSINUSITIS CAUSING A SURGERY
25  THAT COST HER MORE THAN $27,000, AND THEN WE HAVE THE 800-POUND