UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE ROBY – MAG. 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF BRYAN McCREARY**

I, Bryan McCreary, state and declare as follows:

1. I am Chief of the NETC and Regional Support Section, Acquisition Operations Branch, Office of Acquisition Management, Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security (DHS). In this position, I manage and have oversight over Contract Officers responsible for issuing contracts for FEMA and have authority to issue contracts for FEMA. As a part of my duties and responsibilities I was responsible for issuing contracts to purchase Emergency Housing Units (EHUs) for Hurricanes Katrina and Rita disaster victims and supervising Contract Officers who issued such contracts.

2. Soon after Hurricane Katrina the Acquisition Operations Branch was instructed that it needed to identify and purchase EHUs as quickly as possible and on an unprecedented scale for purposes of providing emergency temporary housing assistance to Hurricane Katrina disaster victims. In response to this instruction I and other FEMA contract officers, and contract officers from other DHS procurement offices temporarily detailed to FEMA for purposes of


EXHIBIT 8

assisting emergency response efforts, issued contracts EHUs were purchased both "off the lot" from existing inventories and directly from contractors and/or manufacturers.

3. FEMA purchased three types of EHUs for purposes of responding to the hurricanes, travel trailers, park model trailers, and mobile homes. I am familiar with the document assigned identification numbers FEMA07-001101 to FEMA07-001119 that is Exhibit A to this declaration. This document, Exhibit A, is a nineteen (19) page spreadsheet that summarizes contracts that were issued to purchase EHUs to provide temporary emergency housing for Katrina and Rita disaster victims. Pages 1-14 (FEMA07-001101 to FEMA07-001114) reflect and summarize contract information relating to the purchase of travel trailers off the lot. Page 15 (FEMA07-001115) summarize contract information relating to the manufacture of travel trailers. Page 16 (FEMA07-001116) reflect contract information relating to the purchase of mobile homes. Page 17 (FEMA07-001117) reflects contract information relating to the purchase of park model travel trailers. Pages 18-19 (FEMA07-001118 to FEMA07-001119) reflect total number and types of EHUs purchased and amount paid for those units.

4. FEMA paid more than $2.5 billion dollars to purchase over 140,000 EHUs. The total number of each type of EHU and source of the units, "off the lot" or from a contractor/manufacturer, as well as total amount paid for each type of units, is identified on attached Exhibit A at pages 18-19 (FEMA07-001118 to FEMA07-001119).

5. I am familiar with the documents assigned identification number FEMA10-000213 to FEMA10-000250 that is Exhibit B to this declaration. These documents constitute true and accurate copies of a contract and associated documents issued to purchase manufactured homes "off the lot", i.e., mobile homes, for the hurricane disaster victims. These documents reflect the core contract terms and conditions that were used and applied to all "off-the-lot"

purchases of mobile homes purchased to provide emergency housing for Hurricane Katrina and Rita disaster victims. FEMA issued this type of contract to vendors and set forth in the contract a specifications section that summarized features sought by FEMA. However, because of the compelling, urgent and immediate need for housing, the specifications were "illustrative," not mandatory, and contract officers were authorized to exercise their discretion and purchase units even if they did not meet the listed specifications.

6.  I am familiar with the documents assigned identification number FEMA10-000310 to FEMA10-000324 that is Exhibit C to this declaration. These documents constitute a true and accurate copy of a contract and associated documents to purchase travel trailers "off the lot" from vendors for hurricane disaster victims. These documents reflect the core contract terms and conditions that were used and applied to all "off-the-lot" purchases of travel trailers purchased to provide emergency housing for hurricane Katrina and Rita disaster victims. For these "off the lot" purchases, FEMA obtained a listing of Recreational Vehicle Dealers and Contract Officers then contacted the dealers to identify and attempt to purchase any new units in their inventory that were under warranty, had basic amenities -- furnished, air conditioned, heated, and microwave -- , and were between 27' and 35' feet in length. Awards were made based upon lowest price, and the price included the cost of delivery in Louisiana.

7.  I am familiar with the documents assigned identification number FEMA10-000280 to FEMA10-000309 that is Exhibit D to this declaration. These documents constitute a true and accurate copy of a contract and associated documents issued to a manufacturer and/or contractor for purpose of purchasing travel trailers for Hurricane Katrina and Rita disaster victims. These documents reflect the core contract terms and conditions that were used and

applied to travel trailer manufacturers to purchase travel trailers to provide emergency housing for hurricane Katrina and Rita disaster victims.

8. I am familiar with the documents assigned identification number FEMA10-000272 to FEMA10-000279 that is Exhibit E to this declaration. These documents constitute a true and accurate copy of a contract and associated documents issued for the purpose of purchasing park model trailers for Hurricane Katrina and Rita disaster victims. These documents accurately reflect the core contract terms and conditions that were used and applied to purchase park model trailers to provide emergency housing for hurricane Katrina and Rita disaster victims.

9. I am familiar with the documents assigned identification number FEMA10-000251 to FEMA10-000271 that is Exhibit F to this declaration. These documents constitute a true and accurate copy of a contract and associated documents issued for the purpose of purchasing mobile homes from contractors and/or manufacturers for Hurricane Katrina and Rita disaster victims. These documents accurately reflect the core contract terms and conditions that were used and applied to these purchases.

10. Neither the contracts nor any of the associated documents issued to purchase EHUs contained any specifications or requirements relating to formaldehyde. FEMA had no rules, regulations, or specifications governing formaldehyde in EHUs, and as such, relied exclusively upon the vendors' and manufacturers' expertise and experience with the sale and construction of travel trailers, park model trailers and mobile homes, to construct and provide FEMA with new units, under warranty, that met and complied with any and all applicable regulatory requirements, and that would provide disaster victims with a safe, habitable place to live pending their transfer to more permanent housing.

11. For purposes of ensuring that vendors and manufacturers fulfilled their contractual obligations, FEMA inspected the EHUs upon delivery. FEMA conducted a walk through inspection to ensure that the units it received were new, furnished, contained all contracted for amenities and had not been physically damaged during the manufacturing process or transportation to a staging facility. To conserve and allow for more efficient use of Government resources, FEMA relied upon the vendors and manufacturers, including their expertise and experience with the construction of such units, to ensure that the units received by FEMA and subsequently provided to disaster victims were safe and habitable.

12. As a result of these decisions, FEMA as part of its inspection and purchase of the units did not test ambient indoor air for formaldehyde. No regulations required FEMA to conduct any such testing, and if any such testing had been required, the vendor and/or manufacturer should have conducted and completed that testing and sampling before transferring the new warranted unit to FEMA.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13 day of MAY.

_____
BRYAN MCCREARY
Chief, NETC and Regional Support Section
Acquisition Operations Branch
Office of Acquisition Management
Federal Emergency Management Agency
Department of Homeland Security