FEMA17-006702

**From:** Haynes, Tracy
**Sent:** Thursday, July 06, 2006 7:16 PM
**To:** Souza, Kevin
**Cc:** Dannels, Donna; McCarthy, Fran; Jones, Berl; Stouder, Sarah; Haubrich, Gail
**Subject:** Formaldehyde brief.doc

Kevin:

Per your request, see attached. Gail Haubrich, FEMA Region X (DAE), and I prepared the document. Gail gathered information from EPA, HUD, the Consumer Product Safety Commission and the internet. In addition, some of the information was shared by EPA on two calls we've had of late.

Our primary EPA POC to date has been Sam Coleman, the ESF #10 lead for EPA in Region VI and the person coordinating EPA's participation on tomorrows call.

In addition, FEMA's new HQ's Safety Officer, Bronson Brown will participate on tomorrows call. He's visiting the field offices in NO and BR.

Hope the attached helps frame the discussion.

I can be reached at (202) 265-1901.

EXHIBIT
11

FEMA-Waxman - 7/26/07 Production - 233

FCP035-000233

Overview: Formaldehyde Testing

Due to the unprecedented loss of housing stock resulting from Hurricanes Katrina and Rita in the fall of 2005, the Federal Emergency Management Agency (FEMA) procured or transported in excess of 100,000 thousand manufactured housing, travel trailer, and park model units to provide temporary housing for displaced individuals and families in the declared Gulf Coast region. In recent months concerns have surfaced with regard to exposure to the chemical agent formaldehyde in the units placed in Louisiana, Mississippi, Texas and Alabama. Formaldehyde is used in the production of plywood, particle board, and plywood paneling, which are components in most, if not all, travel trailers and manufactured homes purchased in the United States. It can also be found in a number of other consumer products, such as furniture, permanent press fabric, and other household products.

An Associated Press article dated May 18, 2006 reported that some manufactured housing occupants were reporting nosebleeds and lingering coughs. The article also stated that the Sierra Club placed vapor monitors in 50 FEMA temporary housing units and subsequently reported excessive airborne contaminant levels in many of the tested units. However, methodologies for the testing and certified test results were not made public to support this claim. In addition, applicants residing in FEMA travel trailers and mobile homes have continued to complain to the media and public officials about the smell of formaldehyde in the units and expressed their concern about the air quality and safety of the units. More recently, a report was received that a man residing in a FEMA manufactured housing unit in St. Tammany parish died, with the cause of death being suspected formaldehyde sensitivity. However, details surrounding the death remain unknown and test results from the autopsy have not been completed autopsy to date.

As a result of the aforementioned concerns, FEMA staff from the New Orleans TRO and Baton Rouge AFO, including Program Management and Safety personnel, has jointly entered into two discussions over the last two weeks with the Environmental Protection Agency (EPA) and Centers for Disease Control (CDC) regarding the advisability and recommended procedures for random formaldehyde testing. Both calls were preliminary forums for discussion and both EPA and CDC have expressed concerns that air quality testing may not be an effective strategy for the following reasons:

- There is a lack of consensus among various agencies regarding acceptable levels of formaldehyde. The industrial standard and average concentration for formaldehyde in older homes, according to EPA, the Occupational Health Centre (OHC) of Canada, and Consumer Product Safety Commission (CPSC), is .1 parts per million (ppm). Ranges for manufactured homes are .1 to .5, while current HUD testing shows average levels below .2 ppm. In contrast, cigarette smoking can produce .23 to .4 ppm, and a trip to a clothing store can lead to exposure of .9 to 3.3 ppm.

FEMA17-006704

- The results can be influenced by many outside factors, such as new furniture or draperies, smoking in the unit with no ventilation, or even freshly dry-cleaned items recently placed in the unit.

- New units less than two months old will frequently show higher levels of formaldehyde, particularly in hot and humid weather when they have been closed without adequate airflow.

- Manufactured housing is federally regulated by the Office of Manufactured Housing, which is a division of Housing and Urban Development (HUD). For purposes of this discussion, manufactured housing is the term HUD used to describe mobile homes, not travel trailers or park model units.

- HUD does not regulate travel trailers or park model units, since they are not considered to be permanent housing units. In fact, no federal standards exist at this time to regulate travel trailer or park model manufacturers. The trade associations require their members to comply with standards developed by the American National Standards Institute (ANSI) to maintain membership status. Loss of membership and the right to place an association sticker in the unit window are the only penalties for non-compliance.

- At this time, it is unknown if all vendors used by FEMA are members of the trade associations and adhered to the standards, or whether the standards require monitoring of air quality, including formaldehyde levels.

- Twelve states have enacted legislation to enforce ANSI standards for all units sold within their states. Neither Louisiana nor Mississippi has adopted such requirements to safeguard occupants.

On Friday, July 7, at 2:00 pm, FEMA will be discussing these issues with EPA and CDC. The primary EPA point of contact on the two prior calls has been Sam Coleman, the Division Director for EPA in Region VI who is the ESF 10 lead for this region. Sam is coordinating EPA's participation on the 2:00 pm call and can be reached at (214) 789-2016.

If you have further questions about the information noted above, please call either Tracy Haynes at (225) 346-4105 or Gail Haubrich at (225) 338-7355.