Case 2:07-md-01873-KDE-MBN Document 16598-30 Filed 10/05/10 Page 1 of 3
Case 2:07-md-01873-KDE-ALC Document 1543-22 Filed 05/15/09 Page 2 of 4

FEMA17-005982

**Igert, Jill**

**From:** Stark, James W
**Sent:** Saturday, July 22, 2006 12:44 PM
**To:** Igert, Jill
**Cc:** Haynes, Tracy; Miller, Stephen; Souza, Kevin
**Subject:** FW: Hurricane victims: FEMA trailers made us sick


Jim Stark
Director,
FEMA
Louisiana Transitional Recovery Office
504 762-2030
225 773-6280

-----Original Message-----
From: Madden, Darryl J
Sent: Saturday, July 22, 2006 8:43 AM
To: Stark, James W
Cc: McQueeney, Michelle; Jamieson, Gil
Subject: Fw: Hurricane victims: FEMA trailers made us sick

FYI

-----Original Message-----
From: Riggs, Keith D
To: Armstead, Wali; Small, Ashley; Childs, Elizabeth; Ellis, BarbaraJ; Jackson, Muriel; Pritchard, Josie; Keith Riggs <Keith.Riggs@dhs.gov>; Madden, Darryl J; Manny work <manuel.broussard@dhs.gov>; McIntyre, James; Mulford, Stanley; Tubbins, Patrick E; Rodi, Rachel C; Tina work <contina.searile@dhs.gov>; Vogt, Adam
Sent: Sat Jul 22 09:24:06 2006
Subject: Hurricane victims: FEMA trailers made us sick

Hurricane victims: FEMA trailers made us sick
<http://www.southbendtribune.com/apps/pbcs.dll/article?Date=20060721&Category=Biz&ArtNo=60721022&SectionCat=&Template=printart>

Indiana RV manufacturers sued

July 22, 2006    Staff writer Ed Ronco:    eronco@sbtinfo.com


A class-action lawsuit alleges that Indiana-made trailers for Hurricane Katrina victims have made their occupants sick.


The lawsuit says high concentrations of formaldehyde, emitted from products in the FEMA trailers, caused "a clear and present danger to the health and well-being" of the people who live in the trailers.


After Hurricane Katrina destroyed much of the Gulf Coast region, the federal government bought thousands of trailers to house victims of the storm.


Most of those trailers came from Indiana manufacturers.

1

FEMA-Waxman - 7/19/07 Production - 988

EXHIBIT 17

FEMA17-005982

FCP033-000988

FEMA17-005983

The suit names Gulf Stream Coach of Nappanee; Pilgrim International Inc. of Middlebury; KZRV of Shipshewana; Starcraft RV of Topeka; Oregon-based Monaco Coach; and California-based Fleetwood Enterprises.

Monaco has plants in northern Indiana. Fleetwood has operations south of Fort Wayne.

The Federal Emergency Management Agency is also named as a defendant.

The suit is deliberately broad to try to get the courts to invoke its equitable powers, said Sean Trundy, an attorney for the plaintiffs.

In other words, the plaintiffs are looking for the courts to order the government to fix the problem rather than offer a monetary award.

"We're not out there looking to bankrupt the six manufacturers in Indiana," Trundy said. "Travel trailers that may be good to live in for a month in Anchorage may not be in Bay St. Louis, Mississippi."

The complaint was filed in U.S. District Court for the Eastern District of Louisiana back in May — about nine months after Katrina blew ashore.

The Sierra Club conducted tests on 31 FEMA trailers. Twenty-nine were above the 1 part per million safety limit recommended by the federal government and the American Lung Association.

Trundy claims the trailers caused his clients to experience allergy or flulike symptoms including headaches and stuffed noses.

So, if they've been sick since moving in, what took so long to complain?

"These people's worlds were so turned upside down that complaining about flulike symptoms was not at the top of their priority list," Trundy said.

The plaintiffs were more concerned with getting an income, food, shelter and recovering from the immediate aftermath of the storm, he said.

The manufacturers named in the lawsuit either declined Tribune requests for comment or did not return phone calls and e-mails sent over the past week.

2   FEMA-Waxman - 7/19/07 Production - 989

FEMA17-005984

FEMA officials also had no comment.

But formaldehyde is in everything — from office furniture to clothing, said Kevin Broom, spokesman for the Virginia-based Recreation Vehicle Industry Association.

Emissions can increase in high humidity, "but it's high humidity plus inadequate ventilation," he said. "If people would open their windows and turn on their air conditioning, it'll take care of it."

Broom said the RV industry has been using materials that emit a small amount of formaldehyde for years and that the industry will be looking into why this happened now.

"It's not been a problem in other motor homes that people are using," he said. "It's not been a problem in other trailers that people are using."