```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:   FEMA TRAILER         ) MDL NO. 1873
              FORMALDEHYDE PRODUCTS)
 6            LIABILITY LITIGATION ) SECTION "N" (4)
                                   )
 7                                 )
                                   )
 8   _____)
 9
10
11           Deposition of FLEETWOOD ENTERPRISES, INC.,
12   taken on behalf of the Plaintiffs, at 3649 Mission
13   Inn Avenue, Riverside, California, beginning at
14   9:49 a.m. and ending at 2:19 p.m., on Wednesday,
15   July 16, 2008, before JOANNA B. BROWN, Certified
16   Shorthand Reporter No. 8570.
17
```

EXHIBIT 18

```
 1  APPEARANCES OF COUNSEL:

 2  FOR PLAINTIFFS' STEERING COMMITTEE:

 3          LAMBERT & NELSON, A PLC
            BY:  RONNIE PENTON, ESQ.
 4          701 Magazine Street
            New Orleans, Louisiana  70130
 5          (504) 581-1750
            (504) 529-2931
 6          rpenton@lambertandnelson.com

 7          LAMBERT & NELSON, A PLC
            BY:  HUGH PALMER LAMBERT, ESQ.
 8          701 Magazine Street
            New Orleans, Louisiana  70130
 9          (504) 581-1750
            (504) 529-2931
10          hlambert@lambertandnelson.com

11          (VIA TELEPHONE AND INTERNET STREAM)
            LAMBERT & NELSON, A PLC
12          BY:  LINDA J. NELSON, ESQ.
            701 Magazine Street
13          New Orleans, Louisiana  70130
            (504) 581-1750
14          (504) 529-2931
            lnelson@lambertandnelson.com
15
            SWEET & ASSOCIATES, PLLC
16          BY:  DENNIS C. SWEET, ESQ.
            158 East Pascagoula Street
17          Jackson, Mississippi  39201
            (601) 965-8700
18          (601) 965-8719 Fax
            dennis.sweet@sweetandassociates.net
19
            SWEET & ASSOCIATES, PLLC
20          BY:  WILLIAM GRUBBS, ESQ.
            158 East Pascagoula Street
21          Jackson, Mississippi  39201
            (601) 965-8700
22          (601) 965-8719 Fax
            william.grubbs@sweetandassociates.net
23

24

25
```

3

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2        (VIA TELEPHONE AND INTERNET STREAM)
          BENCOMO & ASSOCIATES
 3        BY:  RAUL BENCOMO, ESQ.
          639 Loyola Avenue
 4        Suite 2110
          New Orleans, Louisiana   70119
 5        (504) 529-2929
          (504) 529-2018 Fax
 6
     PLAINTIFFS' LIAISON COUNSEL:
 7
          (VIA TELEPHONE AND INTERNET STREAM)
 8        THE BUZBEE LAW FIRM
          BY:  ANTHONY BUZBEE, ESQ.
 9        104 21st Street
          Galveston, Texas   77550
10        (409) 762-5393
          (409) 762-0538 Fax
11        tbuzbee@txattorneys.com

12   FOR DEFENDANT FLEETWOOD ENTERPRISES:

13        NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
          BY:  RICHARD K. HINES V, ESQ.
14        201 17th Street NW
          Suite 1700
15        Atlanta, Georgia   30363
          (404) 322-6154
16        (404) 322-6050 Fax
          richard.hines@nelsonmullins.com
17
          NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
18        BY:  TAYLOR TAPLEY DALY, ESQ.
          201 17th Street NW
19        Suite 1700
          Atlanta, Georgia   30363
20        (404) 322-6154
          (404) 322-6050 Fax
21        taylor.daly@nelsonmullins.com

22

23

24

25
```

4

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS GULF STREAM COACH AND FAIRMONT HOMES:

 3        SCANDURRO & LAYRISSON, LLC
          BY:  DEWEY M. SCANDURRO, ESQ.
 4        607 St. Charles Avenue
          New Orleans, Louisiana  70130
 5        (504) 522-7100
          (504) 529-6199 Fax
 6        dewey@scandurro.com

 7   FOR DEFENDANTS MONACO AND R-VISION:

 8        WALLER LAW OFFICE, P.C.
          BY:  JONATHAN H. WALLER, ESQ.
 9        2140 11th Avenue South
          Suite 222
10        Birmingham, Alabama  35205
          (205) 933-5421
11        (205) 933-5451 Fax
          jwaller@waller-law.com
12
     FOR DEFENDANT FOREST RIVER:
13
          GIEGER, LABORDE & LAPEROUSE, LLC
14        BY:  ERNEST P. GIEGER, JR., ESQ.
          701 Poydras Street
15        48th Floor
          New Orleans, Louisiana  70139-4800
16        (504) 654-1300
          (504) 561-1011 Fax
17        egieger@glllaw.com

18   FOR THE DEPARTMENT OF JUSTICE:

19        U.S. DEPARTMENT OF JUSTICE
          CIVIL DIVISION
20        BY:  HENRY T. MILLER, ESQ.
          1331 Pennsylvania Avenue, N.W.
21        Room 8006-S
          Washington, D.C.  20004
22        (202) 616-4223
          (202) 616-4473 Fax
23        henry.miller@usdoj.gov

24

25
```

5

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANT FLEETWOOD ENTERPRISES:

 3           (VIA TELEPHONE AND INTERNET STREAM)
             LEAKE & ANDERSSON, LLP
 4           BY:  JERRY L. SAPORITO, ESQ.
             BY:  AMANDA VONDERHAAR, ESQ.
 5           1700 Energy Centre, 1100 Poydras Street
             New Orleans, Louisiana  70163-1701
 6           (504) 585-7500
             (504) 585-7775 Fax
 7
     FOR DEFENDANTS KEYSTONE, CROSSROADS, DUTCHMAN,
 8   PILGRIM, AZ, MONACO, AND R-VISION:

 9           (VIA TELEPHONE AND INTERNET STREAM)
             JONES, WALKER, WAECHTER, POITEVENT,
10           CARRERE & DENEGRE, LLP
             BY:  JAMES C. PERCY, ESQ.
11           BY:  RYAN E. JOHNSON, ESQ.
             8555 United Plaza Boulevard
12           Suite 5
             Baton Rouge, Louisiana  70809
13           (225) 248-2000
             (225) 248-2010 Fax
14
     FOR DEFENDANT MORGAN BUILDINGS & SPAS:
15
             (VIA TELEPHONE AND INTERNET STREAM)
16           McGLINCHEY STAFFORD, PLLC
             BY:  CHRISTINE LIPSEY, ESQ.
17           301 Main Street
             One American Place
18           14th Floor
             Baton Rouge, Louisiana  70825
19           (225) 383-9000
             (225) 343-3076 Fax
20
     FOR DEFENDANTS STARCRAFT AND JAYCO:
21
             (VIA TELEPHONE AND INTERNET STREAM)
22           WILLINGHAM, FULTZ & COUGILL, LLP
             BY:  THOMAS L. COUGILL, ESQ.
23           808 Travis
             Suite 1608
24           Houston, Texas  77002
             (713) 333-7600
25           (713) 333-7601 Fax
```

```
 1    (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS THE COACHMEN ENTITIES:

 3           (VIA TELEPHONE AND INTERNET STREAM)
             TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
 4           BY:  JOHN STEWART THARP, ESQ.
             Chase Tower South
 5           451 Florida Street
             8th Floor
 6           Baton Rouge, Louisiana  70821
             (225) 387-3221
 7           (225) 346-8049 Fax

 8   FOR DEFENDANTS RECREATION BY DESIGN, LLC;
     PL INDUSTRIES, INC.; AND FRONTIER RV, INC.:
 9
             (VIA TELEPHONE AND INTERNET STREAM)
10           GARRISON, YOUNT, LORMAND, FORTE &
             MULCAHY, LLC
11           BY:  RANDALL C. MULCAHY, ESQ.
             909 Poydras Street
12           Suite 1800
             New Orleans, Louisiana  70112
13           (504) 527-0680
             (504) 527-0686 Fax
14
     FOR DEFENDANT HORTON HOMES:
15
             (VIA TELEPHONE AND INTERNET STREAM)
16           LABORDE & NEUNER
             BY:  GREGORY A. KOURY, ESQ.
17           One Petroleum Center
             1001 West Pinhook Road
18           Suite 200
             Lafayette, Louisiana  70505-2828
19           (337) 237-7000
             (337) 233-9450 Fax
20

21

22

23

24

25
```

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS PATRIOT HOMES, LIBERTY HOMES,
     WAVERLEY HOMES, SMITH HOMES, DUTCH HOUSING, CAVALIER
 3   HOME BUILDERS, AND RIVERBIRCH HOMES:

 4         (VIA TELEPHONE AND INTERNET STREAM)
           VOORHIES & LABBE, A PLC
 5         BY:  LAMONT P. DOMINGUE, ESQ.
           700 St. John Street
 6         Lafayette, Louisiana   70502-3527
           (337) 232-9700
 7         (337) 235-4943 Fax

 8   FOR DEFENDANT SILVER CRATE:

 9         (VIA TELEPHONE AND INTERNET STREAM)
           DAIGLE, SCOFIELD & RIVERA, LLC
10         BY:  WALTER JAMISON, ESQ.
           303 West Vermilion Street
11         Suite 210
           Lafayette, Louisiana   70501
12         (337) 234-7000
           (337) 237-0344 Fax
13
     FOR DEFENDANTS AMERICAN HOMESTAR CORPORATION AND
14   OAK CREEK HOMES:

15         (VIA TELEPHONE AND INTERNET STREAM)
           HAILEY, McNAMARA, HALL, LARMANN &
16         PAPALE, LLP
           BY:  DAVID BACH, ESQ.
17         10725 Perkins Road
           Suite 200
18         Baton Rouge, Louisiana   70810
           (225) 766-5567
19         (225) 766-5548 Fax

20

21

22

23

24

25


                          8
```

```
 1    (APPEARANCES OF COUNSEL CONTINUED:)

 2    FOR DEFENDANTS CMH MANUFACTURING, INC.; SOUTHERN
      ENGINEERING HOMES; AND THREE HATCHER ENTITIES:
 3
              (VIA TELEPHONE AND INTERNET STREAM)
 4            MAYNARD, COOPER & GALE
              BY:  THOMAS W. THAGARD III, ESQ.
 5            1901 6th Avenue North
              Suite 2400
 6            Birmingham, Alabama   35203-2602
              (205) 254-1000
 7            (205) 254-1999 Fax
              tthagard@maynardcooper.com
 8
      VIDEOGRAPHER:
 9
              BRAD BISSEGGER
10            BARKLEY COURT REPORTERS
              (310) 207-8000
11
      ALSO PRESENT:
12
              DOUG HENRIQUEZ
13            WILLIAM FARISH
              TERRI SOUERS
14            FORREST THEOBALD
              DON LEE
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2     WITNESS                                    EXAMINATION

 3                                                    PAGE

 4

 5     DOUG HENRIQUEZ

 6            BY MR. PENTON                            19

 7            BY MR. SWEET                             48

 8     WILLIAM FARISH

 9            BY MR. LAMBERT                           60

10            BY MR. PENTON                           127

11     TERRI SOUERS

12            BY MR. PENTON                           142

13

14

15                         EXHIBITS

16
       PLAINTIFFS'                                    PAGE
17

18       FW 1     Notice of Video-Taped Federal
                  Rule 30(b)(6) Deposition of
19                Fleetwood Enterprises, Inc.         17

20       FW 2     Stipulated Protective Order
                  and Non-Disclosure Agreement        17
21
         FW 3     July 8, 2008, letter to
22                Ronnie G. Penton, Esq., and
                  Gerald E. Meunier, Esq., from
23                Richard K. Hines, V, re:
                  Objections and Responses to
24                30(b)(6) Notice                     17

25
```

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

EXHIBITS

| PLAINTIFFS' | | PAGE |
|---|---|---|
| FW 4 | July 8, 2008, letter to Linda J. Nelson, Esq., and Justin I. Woods, Esq., from Taylor Tapley Daly re: outline of documents produced by Fleetwood Enterprises | 17 |
| FW 5 | July 8, 2008, letter to Linda J. Nelson, Esq., and Justin I. Woods, ESq., from Taylor Tapley Daly re: outline of documents produced by Fleetwood Enterprises on CD#2 | 17 |
| FW 6A | CD entitled "FEMA Formaldehyde Litigation Documents produced by Fleetwood Defendants 07/08/08, Disc 1 | 17 |
| FW 6B | CD entitled "FEMA Formaldehyde Litigation Documents produced by Fleetwood Defendants 07/08/08, Disc 2 | 17 |
| FW 7 | Privilege Log | 17 |
| FW 8 | "FEMA Model Travel Trailer Procurement Specifications Dated: Jul 14, 2005" | 43 |
| FW 9 | Amendment Nos. 1 and 2, Fleetwood Enterprises, Inc., Master Sales Agreement | 142 |
| FW 10 | FEMA Travel Trailer 2006 Owner's Manual | 142 |
| FW 11 | Fleetwood "Important Health Notice" | 142 |

11

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 09:49 | 1 | Riverside, California; Wednesday, July 16, 2008 |
| 09:49 | 2 | 9:49 a.m. |
| 09:49 | 3 | |
| 09:49 | 4 | THE VIDEOGRAPHER: Good morning. My name is |
| 09:49 | 5 | Brad Bissegger. I'm a videographer associated with |
| 09:49 | 6 | Barkley Court Reporters of Orange County. The date |
| 09:49 | 7 | is July 16th, 2008. The time is 9:49 a.m. This |
| 09:49 | 8 | deposition is taking place at 3649 Mission Inn |
| 09:49 | 9 | Avenue, Riverside, California 92503 in the matter of |
| 09:49 | 10 | In Re: FEMA Trailer Formaldehyde Products Liability |
| 09:49 | 11 | Litigation. The case number is MDL No. 1873. |
| 09:49 | 12 | This is the videotaped deposition of |
| 09:49 | 13 | Doug Henriquez, being taken on behalf of the |
| 09:49 | 14 | plaintiffs. Will counsel for the parties, please, |
| 09:49 | 15 | identify themselves. |
| 09:49 | 16 | MR. PENTON: Ronnie Penton on behalf of the |
| 09:49 | 17 | PSC. |
| 09:49 | 18 | MR. LAMBERT: Hugh Lambert of Lambert & |
| 09:49 | 19 | Nelson on behalf of the PSC. |
| 09:50 | 20 | MR. SWEET: Dennis Sweet on behalf of the |
| 09:50 | 21 | PSC. |
| 09:50 | 22 | MR. GRUBBS: William Grubbs on behalf of |
| 09:50 | 23 | the PSC. |
| 09:50 | 24 | MR. MILLER: Henry Miller of the Department |
| 09:50 | 25 | of Justice on behalf of the Defendant United States |

| | | |
|---|---|---|
| 09:50 | 1 | of America. |
| 09:50 | 2 | MR. GEIGER: Ernie Geiger for Forest River. |
| 09:50 | 3 | MR. SCANDURRO: Dewey Scandurro for |
| 09:50 | 4 | Gulf Stream Coach and without waiver -- Dewey |
| 09:50 | 5 | Scandurro, S-c-a-n-d-u-r-r-o, for Gulf Stream Coach |
| 09:50 | 6 | and, without waiver of our pending motion, Fairmont |
| 09:50 | 7 | Homes. |
| 09:50 | 8 | MS. DALY: Taylor Daly for Fleetwood. |
| 09:50 | 9 | MR. HINES: And Richard Hines for the |
| 09:50 | 10 | Fleetwood defendants. |
| 09:50 | 11 | THE VIDEOGRAPHER: Thank you. The court |
| 09:50 | 12 | reporter may now swear in the witness. |
| 09:50 | 13 | MR. WALLER: Jonathan Waller also for |
| 09:50 | 14 | Monaco and R-Vision. |
| 09:51 | 15 | MR. HINES: Let me -- |
| 09:51 | 16 | MR. WALLER: Let me ask this: On the |
| 09:51 | 17 | stipulations, I assume, if Richard makes an |
| 09:51 | 18 | objection, all counsel will have the benefit? |
| 09:51 | 19 | MR. PENTON: As far as we are concerned. |
| 09:51 | 20 | MR. HINES: As far as we are concerned. |
| 09:51 | 21 | MR. WALLER: Okay. So an objection by one |
| 09:51 | 22 | defense lawyer, all of the defendants have the |
| 09:51 | 23 | benefit of it; right, Ronnie? |
| 09:51 | 24 | MR. PENTON: Yes, yes. |
| 09:51 | 25 | MR. WALLER: Thanks. |

13

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

```
12:21   1      A.   That's not my responsibility on the travel
12:21   2   trailer side.
12:21   3      Q    Who would we ask?
12:21   4      A    Bob Wosniak would be the best for that
12:21   5   side, too.
12:21   6           MR. LAMBERT:  We are going to have to deal
12:21   7   with that issue because that's a whole ball of wax.
12:21   8           MR. HINES:  Let's see where we end up here
12:21   9   after you ask Mr. Farish some questions because he's
12:21  10   generally aware of the warnings in travel trailers,
12:21  11   and it may be that you get what you need here.  It
12:21  12   may be that you don't.
12:21  13           MR. LAMBERT:  Okay.
12:21  14           MR. HINES:  We understand, and I had the
12:21  15   conversation with Ronnie before this.
12:22  16   BY MR. LAMBERT:
12:22  17      Q    What sorts of warnings, if you know, went
12:22  18   into travel trailers regarding formaldehyde?
12:22  19      A    We have -- Fleetwood has a warning label,
12:22  20   health-information label that we put on the mirror
12:22  21   of the homes and we also put in the owner's manual
12:22  22   to go with -- excuse me -- the homes, the travel
12:22  23   trailers.
12:22  24      Q    All right.  And what about --
12:22  25           Somebody needs to mute their phone that's
```

110

| | | |
|---|---|---|
| 12:22 | 1 | typing. |
| 12:22 | 2 | What about the manufactured homes, do they |
| 12:22 | 3 | have any warnings? |
| 12:22 | 4 | A    We have a warning -- we have a warning |
| 12:22 | 5 | there, too. We have a warning that goes in the |
| 12:22 | 6 | homeowner's manual in that case also and then on the |
| 12:22 | 7 | kitchen countertop. That -- that particular warning |
| 12:22 | 8 | is dictated by HUD. |
| 12:23 | 9 | Q    This particular document, which is |
| 12:23 | 10 | Bates No. 5100, can you tell me whether that is a |
| 12:23 | 11 | HUD warning for a manufactured home or whether it is |
| 12:23 | 12 | for the travel trailer? |
| 12:23 | 13 | A    This is the -- this is the important notice |
| 12:23 | 14 | that Fleetwood travel trailers uses that they |
| 12:23 | 15 | developed on their own with the help of the |
| 12:23 | 16 | suppliers. |
| 12:23 | 17 | Q    Okay. So it's not -- it's not a HUD |
| 12:23 | 18 | document? |
| 12:23 | 19 | A    Correct. |
| 12:24 | 20 | Q    We need to understand this document, 1944, |
| 12:24 | 21 | which is part of a FEMA Procedure Storage Site |
| 12:24 | 22 | Manual and particularly the part that has to do with |
| 12:24 | 23 | the operator's manual. What does that mean? |
| 12:24 | 24 | MS. DALY:  1944? |
| 12:24 | 25 | MR. HINES:  Yes. |

111

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 13:03 | 1 | tender. |
| 13:03 | 2 | MR. LAMBERT: Okay. |
| 13:03 | 3 | MR. PENTON: We are going to tender, and we |
| 13:03 | 4 | will go off the record, and we will get the time. |
| 13:03 | 5 | THE VIDEOGRAPHER: We are off the record at |
| 13:03 | 6 | 1:03 p.m. |
| 13:30 | 7 | (Off the record.) |
| 13:30 | 8 | THE VIDEOGRAPHER: We are back on the |
| 13:31 | 9 | record at 1:31 p.m. |
| 13:31 | 10 | MR. PENTON: Okay. For the record, before |
| 13:31 | 11 | we do this deposition, I would like to introduce as |
| 13:31 | 12 | Fleetwood Exhibit No. 9 Amendments Nos. 1 and 2 to |
| 13:31 | 13 | the Fleetwood Master Agreement, Bates Range 5669er |
| 13:31 | 14 | through 5672. |
| 13:31 | 15 | MS. DALY: No. One. |
| 13:31 | 16 | MR. HINES: Through 1. 72 is the important |
| 13:31 | 17 | health notice. It's not a part of that. |
| 13:31 | 18 | MR. PENTON: No problem. And Fleetwood |
| 13:31 | 19 | Exhibit No. 10 Bates Range 5548 through 5668 |
| 13:31 | 20 | entitled "FEMA Travel Trailer Owner's Manual." |
| 13:31 | 21 | Fleetwood No. 11, Bates Range or Document 5672, |
| 13:31 | 22 | which would be the Fleetwood -- |
| 13:32 | 23 | MR. LAMBERT: Important Notice. |
| 13:32 | 24 | MR. PENTON: -- Important Health Notice. |
| 13:32 | 25 | Then anybody that wants a copy of this log here, |

141

FLEETWOOD ENTERPRISES, INC.                    BARKLEY
                                               Court Reporters

| | | |
|---|---|---|
| 13:32 | 1 | we'll make it.  I think that will do it.  All right. |
| 13:32 | 2 | I think we are ready for the witness to be sworn. |
| 13:32 | 3 | (Whereupon, Plaintiffs' Exhibits FW 9, 10, |
| 13:32 | 4 | and 11 were marked for identification by plaintiffs' |
| 13:32 | 5 | counsel, a copy of which is attached hereto.) |
| 13:32 | 6 | THE REPORTER:  You do solemnly state under |
| 13:32 | 7 | penalty of perjury that the testimony you shall give |
| 13:32 | 8 | will be the truth, the whole truth, and nothing but |
| 13:32 | 9 | the truth? |
| 13:32 | 10 | THE WITNESS:  I do. |
| 13:32 | 11 | EXAMINATION |
| 13:32 | 12 | BY MR. PENTON: |
| 13:32 | 13 | Q   State your name for us. |
| 13:32 | 14 | MR. HINES:  And speak up so everybody can |
| 13:32 | 15 | hear you. |
| 13:32 | 16 | BY MR. PENTON: |
| 13:32 | 17 | Q   State your name and address. |
| 13:32 | 18 | A   Terri Souers, Riverside, California. |
| 13:32 | 19 | Q   Ms. Souers, what is your position with -- |
| 13:32 | 20 | Well, do you work for Fleetwood? |
| 13:32 | 21 | A   Yes, I do. |
| 13:32 | 22 | Q   And what is your job? |
| 13:32 | 23 | A   I am the forest products operations |
| 13:33 | 24 | manager. |
| 13:33 | 25 | Q   I'll ask in a minute what that consists of, |

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters