June 13, 2006
Becky Gillette, Co Chair
MS Chapter Sierra Club
34 Davis Bayou Circle
Ocean Springs MS 39564
228-872-3457

Dave Garrett, acting director
FEMA Recovery Division
500 C St.
Washington D.C. 20472
202-646-4546

Dear Mr. Garrett,

    I am writing to request that FEMA investigate and remediate critical problems with out gassing of formaldehyde in FEMA trailers. This is a serious concern in light of the fact that 94 percent of FEMA trailers tested by Sierra Club recently in Mississippi had formaldehyde levels over the safety limits set by EPA. About ten percent of the tests were several times over the safety limit.

    We believe that it is an outrage that the government would spend billions of dollars on shoddy, temporary housing constructed so poorly that it is causing serious indoor air quality problems that threaten the health of residents who have already suffered greatly by losing their homes. FEMA trailer residents complain of symptoms ranging from a constant cough and irritated, watery eyes, to respiratory problems, nausea and even bloody noses. Some people who have moved out of their FEMA trailers and are living in tents, cars or storage sheds because their trailer has been making them sick. Many people have been hospitalized.

    See attached fact sheet on this issue developed by Sierra Club. Also attached are several news articles on this issue. CNN has covered this issue several times. Despite this coverage, we have been unable to get FEMA to do any testing, and our inquiries have been directed to public relations personnel instead of someone in charge of maintenance.

    A pediatrician in Bay St. Louis is concerned about the formaldehyde levels in trailers. He is repeatedly seeing symptoms of formaldehyde poisoning in his patients and their families. Entire families are getting sick--again and again. The one thing they have in common is living in FEMA trailers. (He isn't seeing the same illnesses in people living in their houses, even if they were flooded). Another physician says he had trouble getting a low formaldehyde level trailer for an elderly patient even after he had to remove part of her lung due to formaldehyde poisoning. The doctor had no choice but to send her back into the trailer that had the poor indoor air quality problems that caused her illness.


EXHIBIT 21

In Coden, Ala., a disaster relief worker says that four of her elderly clients who live in FEMA trailers went into the hospital last week alone. They are seeing a rash of formaldehyde like illnesses in elderly people who were not sick before the storm.

There is great concern not just for people today in these trailers but this type of unhealthy housing being given to people in future disasters. The government has a responsibility to make sure contractors provide housing that is safe and healthy.

Here are some recommendations:

First, since FEMA consistently denies there is a problem, FEMA should undertake testing to prove that formaldehyde levels are not a concern. If only a quarter or a third of Sierra Club's tests had been over the limit, perhaps you could say—as FEMA has done—that this is a problem involving only a small percentage of the trailers. But our tests have shown that 94 percent of the trailers are testing over the limit, and it is unlikely such a high percentage of trailers would test over the limit if this was an issue with only a few trailers.

Second, FEMA should consider requiring manufacturers to use a "baking off" procedure to hasten the out gassing before the trailer is provided to disaster victims. Components should be baked off in the factory, or the entire camper baked off to reduce out gassing. See attached information from industrial hygienist Mary DeVany on this technique.

FEMA trailer occupants need better notification of the need to adequately vent the trailer and control humidity levels. There is a notice about this in some FEMA trailers, but it is hidden in a cupboard.

In the future, FEMA should require trailer manufacturers to use materials that do not cause the out gassing problem. And there should be consideration of more windows to provide better ventilation.

We have also had complaints from teachers about similar problems with formaldehyde out gassing in temporary classrooms. Research done by the Air Quality Research Lab in North Carolina of 1,000 school districts in California found unacceptably high levels of formaldehyde. Similar temporary buildings are being used to house many types of government and private offices.

The health problems associated with formaldehyde have been well known for decades. It is long past time the industry and the government addressed this problem.

Sincerely,

Becky Gillette

FEMA123-000002

Formaldehyde testing results for Sierra Club April-May 2006

Testing done with vapor monitors from Advanced Chemical Sensors, Inc., Boca Raton, FL. The following appears on each Formaldehyde Vapor Analysis Report by Advanced Chemical Sensors:

It is generally believes that there are no harmful effects for formaldehyde levels in indoor air below 0.10 ppm. The EPA and Lung Association recommends 0.1 ppm as the maximum value. Some people may be sensitive to lower concentrations.

Note: 30 of the first 32 tests are over the recommended limit.

| Badge # | Concentrations in ppm |
|---|---|
| GY2943 | 0.19 |
| GY2946 | 0.13 |
| GY2947 | 0.24 |
| GY2948 | 0.22 |
| GY2949 | 0.20 |
| GY2950 | 0.18 |
| GY2951 | 0.14 |
| GY2952 | 0.13 |
| GY2953 | 0.12 |
| GY2954 | 0.14 |
| GY2955 | 0.20 |
| GY2957 | 0.14 |
| GY2958 | 0.16 |
| GY2959 | 0.19 |
| GY2960 | 0.24 |
| GY2961 | 0.06 |
| GY2962 | 0.15 |
| GY2963 | 0.22 |
| GY2965 | 0.33 |
| GY2967 | 0.34 |
| GY2969 | 0.25 |
| GY2971 | 0.18 |
| GY2972 | 0.19 |
| GY2975 | 0.25 |
| GY2976 | 0.32 |
| GY2977 | 0.15 |
| GY2978 | 0.10 |
| GY2979 | 0.18 |
| GY2980 | 0.14 |
| GY2985 | 0.15 |
| GY2987 | 0.20 |
| GY2990 | 0.13 |

## FEMA won't test air in trailers, despite report of formaldehyde

By Sean Gardiner
South Florida Sun-Sentinel
Posted May 19 2006

Federal Emergency Management Agency officials said Thursday they have no plans to test the air quality of the more than 4,500 trailers they supplied to Floridians forced out of their homes by storms over the past two years.

The Sierra Club called for the testing Wednesday after announcing that 30 of 32 FEMA trailers they tested in Mississippi and Louisiana had formaldehyde air safety limits that exceeded recommendations by the federal Environmental Protection Agency and the American Lung Association.

FEMA spokesman Aaron Walker said there was no reason to test the nearly 100,000 FEMA trailers used nationwide. Of those, 4,531 trailers and mobile homes are in Florida, with about 800 in Broward and Palm Beach counties.

There are no air quality regulations specifically for travel trailers, officials say. FEMA officials pointed out that the highest levels tested in those trailers, .34 parts per million, are still below standards established by the U.S. Department of Housing and Urban Development target of .4 ppm or below for mobile homes. HUD does not regulate trailers.

Officials said the levels also were well below the Occupational Safety and Health Administration workplace maximum of .75 ppm. Formaldehyde has been linked to nasal and lung cancer, with possible links to brain cancer and leukemia, according to OSHA.

In the past six months, FEMA received only about 20 complaints of strange odors from occupants of its trailers and mobile homes, officials said.

Walker said people who smell odors in their trailers should first attempt to thoroughly air them out for several days by opening windows and using exhaust fans and air conditioners. He said if that didn't work, people should call FEMA, "and we'll be happy to come out and test their trailers and allay any of their fears."

FEMA's trailer hotline is 888-294-2822.

On Sunday, family members found Diana Kinirons, 61, dead inside her FEMA-provided trailer in the Aztec Estates on Sundial Circle in Margate. Her niece, Allyson Kinirons, said her aunt had some medical problems that were exacerbated by the fact she was a heavy smoker. After reading about the formaldehyde testing, Allyson Kinirons wondered if that, too, could have played a part in her aunt's death.

Allyson Kinirons ordered an air-monitoring sensor Thursday.

*Sean Gardiner can be reached at stgardiner@sun-sentinel.com or 954-356-4514.*

FEMA123-000004



Explore, enjoy and protect the planet

# Toxic Trailers?

## TESTS REVEAL HIGH FORMALDEHYDE LEVELS IN FEMA TRAILERS

More than 100,000 people who lost their homes in Katrina are now housed in FEMA trailers in Mississippi and Louisiana. This emergency housing is provided at great cost to taxpayers—an average of $65,000 for 18 months. But is it healthy and safe?

There is evidence of high formaldehyde levels in FEMA trailers. Formaldehyde is a colorless, strong smelling gas that is likely to be present as a result of pressed wood products such as particleboard made using adhesives that contain urea-formaldehyde resins. The formaldehyde "outgasses" into the air as the building materials cure.

Sierra Club has begun testing the indoor air in the trailers to see whether formaldehyde levels exceed safety limits. Of 31 FEMA trailers tested thus far by Sierra Club, only two tests were at or below the .1 ppm maximum safety limit recommended by EPA and the American Lung Association. Several trailers were more than three times over the limit.

Residents of FEMA trailers tested by Sierra Club reported problems such as burning eyes, irritated throat, sinus congestion, respiratory problems, persistent coughing, rashes and nose bleeds. These are known symptoms of formaldehyde poisoning (See http://www.lungusa.org/site/apps/s/content.asp?c=dvLUK9O0E&b=34706&ct=67118). Two FEMA trailer residents, Paul and Melody Stewart of Bay St. Louis, did testing that revealed formaldehyde levels twice what is recommended by EPA even though they had all their windows open and the vent fans running during the test. The Stewarts abandoned their FEMA trailer rather than continue to have immediate health problems, and the possibility of getting cancer in the future as a result of their exposure (see http://www.wlox.com/Global/story.asp?s=4643952).

According to the U.S. Consumer Products Safety Commission (http://www.cpsc.gov/cpscpub/pubs/725.pdf), formaldehyde has



Maura Wood

been observed to cause cancer in laboratory animals and may cause cancer in humans.

Sierra Club testing has shown that storm debris in areas flooded by Hurricane Katrina had high levels of arsenic and other heavy metals in addition to very elevated levels of bacteria such as E. coli, salmonella, staphylococcus, yeast and mold in many areas (see www.sierraclub/gulfcoast/testing. There has also been significant air pollution from open burning. The last thing Katrina survivors need in addition is to be exposed to toxic indoor air from their FEMA trailers.

The Sierra Club testing should be followed up with more comprehensive testing done by FEMA. Immediate action should be taken to address the problem. There are ways to prevent formaldehyde outgassing in manufactured housing, and the government should require any contractors that sell trailers to FEMA provide homes that are safe and healthy for the occupants.

The Sierra Club recommends that anyone living in a FEMA with symptoms of formaldehyde poisoning consider the recommendations below to reduce exposure. Residents should report the problem to FEMA maintenance (see number below). Residents may also purchase their own test kits.




## What Should Be Done to an Area with Elevated Levels of Formaldehyde:

Residents of FEMA trailers with concerns about indoor air quality problems should call FEMA service maintenance at 1-866-877-6075.

Air out the trailers by providing as much ventilation as possible, especially when the trailer is new. Some FEMA trailer residents are trying to cover up the formaldehyde smells with air fresheners. This will not reduce your exposure. A better alternative is to use fans to ventilate as much as possible while asking FEMA to fix the problem.

If you are experiencing problems, limit the amount of time you spend in the trailer. If possible, spend part of the day outdoors, at public facilities such as library or recreation centers, or at the homes of friends and relatives.

According to the American Lung Association, some studies suggest that coating pressed wood products with polyurethane may reduce formaldehyde emissions for some period of time. "To be effective, any such coating must cover all surfaces and edges and remain intact," the American Lung Association suggests. "Increase the ventilation and carefully follow the manufacturer instructions while applying these coatings. Maintain moderate temperature and humidity levels and provide adequate ventilation. The rate at which formaldehyde is released is accelerated by heat and may also depend somewhat on the humidity level. Therefore, the use of dehumidifiers and air conditioning to control humidity and to maintain a moderate temperature can help reduce formaldehyde emissions."

## What does the cost of the kit include and where can we get them?

FORMALDEHYDE TESTING KITS MAY BE ORDERED FROM:

Advanced Chemical Sensors, Inc.
3201 N. Dixie Highway
Boca Raton, FL 33431-6056
Phone: (561) 338-3116
Fax: (561) 338-5737

Cost: $34/kit

Once you collect the sample, you send it back to Advanced Chemical Sensors in the container provided. Analysis is included in the cost of the kit. You will receive results in 48 – 72 hours. Results will be either faxed or mailed to you depending upon your preference.

---



SIERRA CLUB

For more information: CONTACT CHRIS SMITH AT CHRIS.SMITH@SIERRACLUB.ORG, 504-884-4008
OR BECKY GILLETTE, SIERRAMS@BELLSOUTH.NET, 228-872-3457.
www.sierraclub.org

**Formaldehyde in FEMA trailers can be reduced by "baking off"**

Recent testing has shown formaldehyde in some FEMA trailers is 3.5 times the recommended limit. These exposures cause acute respiratory irritation as well as eye and sometimes skin irritation, headaches, itching, and rashes. Many FEMA residents are experiencing these symptoms—especially those who are in the trailers more than eight hours a day.

Chronic (long-term) exposures to formaldehyde can cause cancers. But the airborne formaldehyde will slowly decrease to "safe" levels in approximately three to six months months after manufacture at ambient temperatures. The glues and epoxy resins in the construction materials needs to cure. As this occurs, formaldehyde is given off.

In order to eliminate the formaldehyde more quickly, the curing process needs to be speeded up. To do this, increasing the temperature inside the trailers to 110-120 degrees Fahrenheit will hasten the curing process.

Here is how to do it:

*Stay elsewhere for two nights but return to the trailer during the day to ventilate it.

*Keep the trailer closed up overnight (do not ventilate) and heat up the trailer inside to 110-120 degrees. Maintain the high temperatures for 8-10 hours.

*In the morning turn down the heat and ventilate -- open all windows and door(s) if possible and turn on fans. Repeat this procedure a second night.

*During the two days after the "baking off," if possible, run a dehumidifier after the temp is back below 100 (even though there is so much air movement) but do NOT run the dehumidifier during the night. The elevated temperature will bring down the humidity itself and this high of a temperature may not be good for some dehumidifiers.

Safe levels should be achieved within a few days. After the second night of "baking-off" and the second day of ventilating, the levels will be significantly lessened. The units should be livable after these two days. However, I recommend continuous ventilation be maintained for several days coupled with dehumidification and/or air conditioning. Levels should be well within acceptable limits within 4-7 days after this two-night "baking off" process.

This bake-off procedure that this was developed for manufacturers to do before the trailer is inhabited. Since people are currently living in their trailers, they must think about everything they have inside that may be adversely impacted. The following are the types of items that should be removed prior to beginning the procedure:

* Commercial cleaners, paints, toiletries, anything in aerosol cans and especially medicines. All chemically-based materials are not necessarily manufactured to take elevated temperatures.

* Photographs, film and paper that may be heat sensitive (for certain fax machines, for "sun prints", etc.) should be removed

*Pets, including tropical fish, should be removed as should all people

* Some electronics materials and components, including films (videotapes, cassettes, phonograph recordings) may be more sensitive to these warm temperatures.

*Some foods that do not require refrigeration, such as chocolates, may melt or lose flavor above 115 degrees

Mary C. DeVany, MS, CSP, CHMM
DeVany Industrial Consultants
14507 NW 19th Ave.
Vancouver, WA 98685-8003 USA
Phone: (360) 546-0999
Home: (360) 576-1975
E-mail: mdevany@earthlink.net

**FEMA, come and get it**
By Lisa Monti, Business Editor
The Sun Herald, Posted on Sun, Jun. 11, 2006

Note to FEMA:

Take my trailer. Please.

It's time we parted ways after these long, long months of confinement.

I didn't want to call you too soon, not before the house was really, truly ready to live in, because with my luck - and FEMA's track record - a crew would have arrived before I could move my belongings and the dog across the yard and into the house.

But now it's time for y'all to unhook that sucker and drag it out of the driveway so I can get on with my wobbly post-Katrina life inside a solid structure.

**Not that I wasn't grateful for a place to live, if you call being jammed up inside a formaldehyde fog living. But as happy as I was to get a home on wheels, I'll be ecstatic to get the thing hauled away.**

Come get it, will y'all?

For one thing, it's just sitting there, blocking the view. Of course the view used to be of familiar houses and a thick canopy of Live oaks and now it's pretty much an unobstructed stretch down to the beach. The breeze from the water is impressive, though.

Surely, with 10 months of trailer shuffling experience under their orange vests, your crews can pick up the pace and get the thing out of the yard so it can be recycled into street signs or whatever.

Yet, I can understand that y'all might be tempted to drag your feet at my request.

**Admittedly, I wasn't the best houseguest, pointing out the maddening leaks and tear-producing fumes, among other trailer flaws.** Yes, I griped loudly about the ridiculous parade of inspectors who showed up over and over with their clipboards. And remember the flies?

But there were lots of things I didn't bring up, like the oven knob that came off in my hand the first time I touched it or the clumps of carpet that disappeared into my little Dustbuster. (You might want to rethink your carpeting subcontractor, but that's just a suggestion.)

Anyway, now it's time to move on. After all, it's a new hurricane season and I've got plenty of reminders of last year's without looking out the window and seeing that little tin box.

# Environmental group says some FEMA trailers unsafe

Associated Press

GULFPORT, Miss. - An environmental group says thousands of Hurricane Katrina victims in Mississippi and Louisiana may be living in unsafe conditions.

That's because the Sierra Club says tests it conducted shows dangerous levels of formaldehyde in some government trailers.

The group is now asking for a congressional hearing after it claimed that 30 out of 32 Federal Emergency Management Agency trailers it tested had levels of formaldehyde that were unsafe.

Mississippi Sierra Club spokeswoman Becky Gillette says the Sierra Club inserted vapor monitors in 50 trailers, though it said it had only gotten results back from a Florida lab on 32 of the tests. Formaldehyde concentrations were reported within a range of point-zero-six to point-34 parts per (m) million in the air.

Formaldehyde is a widely used industrial chemical. Officials say the colorless, pungent gas can irritate eyes, nose and throat, and cause difficulty breathing and nausea at levels above point-one part per (m) million in the air. It's also known to cause cancer in the upper throat.

FEMA says it and industry experts are monitoring the small number of cases where odors of formaldehyde have been reported, and the agency is confident that there's no ongoing risk.

In Alabama, about 15-hundred people remain in government-issued trailers, most of them in Mobile County.

CNN has run two different segments on the formaldehyde problem repeatedly during the past week.

CNNVideo: Are Katrina trailers toxic?*

http://www.palmbeachpost.com/search/content/local_news/epaper/2006/05/18/s1b_FEMA_0518.html

Advocate raises health issue on FEMA trailers

By Stacey Singer, John Lantigua

Palm Beach Post Staff Writer

Thursday, May 18, 2006

Hurricane victims who were forced to move into FEMA trailers last year may have moved from one hazardous situation into another, the Sierra Club warned Wednesday, saying it found excessive formaldehyde levels in the air of 30 out of 32 trailers tested in Mississippi.

More than 1,000 of the trailers were shipped to Florida after Hurricane Wilma. In South Bay, Tiffany West said she moved her family of six into one on Dec. 28.

She keeps a window air conditioner on all the time because of the chemical odor.

"I have to leave and go outside sometimes because it's hard to breathe. My daughter has asthma and at night she coughs real bad," West said of Denise, age 6.

Formaldehyde is a common industrial chemical; a disinfectant; and a preservative used in carpet and particle board adhesives, plastic cabinets, laminates and insulation. It smells a bit like the new-car smell, pungent and glue-like. Depending on the level and length of exposure, breathing it can cause effects ranging from eye, nose and lung irritation to cancer and liver damage.

"At concentrations of just 0.07 percent, we get eye irritation, tearing and other eye symptoms such as stinging and watery eyes," said Mary C. DeVany, an industrial hygienist the Sierra Club hired.

"All of our tests were at 10 times that amount."

One of the trailers tested was that of Jim Fortenberry, a mechanical engineer from Biloxi, Miss., whose home was submerged in 6 feet of water when Biloxi Bay swelled with Katrina's storm surge.

His FEMA trailer now sits in front of the home he's repairing. He's grateful for the trailer — without it, he and his wife, Patsy, had to live apart for two months.

But when a test kit from Advanced Chemical Sensor of Boca Raton showed formaldehyde results of 0.34 parts per million, more than triple the EPA exposure limits, he began to wonder whether their emergency shelter caused their recent health complaints.

Patsy Fortenberry has had nosebleeds. Jim has had chronic sinus problems, pneumonia and allergies.

"It seemed like, the more I stayed in the trailer, the worse I felt," Jim said. "I try not to be in it."

Sierra Club consultant DeVany suspects that haste may have contributed to the problem. Most manufacturers cure the parts of a mobile home in a 150-degree kiln for up to 72 hours, to bake off such volatile gases before assembly, DeVany said.

In the rush to house tens of thousands of people displaced by Katrina and the aftermath, shortcuts may have been taken, she said.

"These trailers were manufactured very fast because of the high need," DeVany said. "We don't know if this bake-off procedure was used or not."

One of the largest FEMA suppliers, Gulf Stream Coaches of Nappanee, Ind., referred questions to its public relations firm, Porter Novelli in Washington. The firm's spokesman said he had no information on the curing question but passed along a written statement.

"We are not aware of any complaints of illness from our many customers of Cavalier travel trailers over the years, including travel trailers provided under our contracts with FEMA," the Gulf Stream statement said. "Although not required of travel trailers, our company goes the extra step to specify low formaldehyde emission building materials from our suppliers."

The spokesman suggested that the EPA exposure standard of 0.1 part per million was the wrong one to use. The factory standard is 0.4 parts per million, set by the U.S. Department of Housing and Urban Development, he said.

The Federal Emergency Management Agency also issued a written statement, suggesting that trailer occupants ventilate their temporary homes if necessary.

"FEMA and industry experts are monitoring the small number of cases where odors of formaldehyde have been reported, and we are confident that there is no ongoing risk," said FEMA spokesman Aaron Walker.

"The odor may result from several sources, including materials used in the construction of certain trailers and vapors from items like new linens and burning cigarettes. By fully opening windows and using air conditioning or exhaust fans, residents can ensure proper air ventilation."

In South Bay, West said she complained to FEMA.

"They told us the smell would go away when it rains," West said.

West's sister, Jessica Hamilton, said she can't stay in the trailer unless it has been ventilated.

"You walk in here sometimes and it smells like paint thinner," Hamilton said.

---

Posted on Thu, May. 18, 2006 The Sun Herald

# Formaldehyde levels high in FEMA trailers

## Sierra Club reports test results

By MIKE KELLER

mkeller@sunherald.com

The Sierra Club on Wednesday reported what it called dangerous levels of formaldehyde in 30 out of 32 FEMA trailers it tested in Mississippi and Louisiana.

Representatives of the environmental group called for FEMA to do more tests to see if the problem is widespread and asked for a Congressional hearing on the matter.

"We started doing this testing because people (living in the trailers) were getting sick, having nosebleeds and having constant coughs," said Mississippi Sierra Club spokeswoman Becky Gillette. "The government is making people sick. They are putting people back in harm's way."

The Sierra Club inserted vapor monitors in 50 trailers, though it said it had only gotten results back from a Florida lab on 32 of the tests. Formaldehyde concentrations were reported within a range of .06 to .34 parts per million in the air.

Formaldehyde is a widely used industrial chemical. The colorless, pungent gas can irritate eyes, nose and throat, and cause difficulty breathing and nausea at levels above .1 part per million in the air. It is also known to cause cancer in the upper throat behind the nose, the International Agency for Research on Cancer said.

"It is important that we don't discount these symptoms," said Mary DeVany, a certified industrial hygienist.

"Almost all of the concentrations that we measured were 10 to 100 times higher than the worst smog levels in Los Angeles."

DeVany recommended that people living in the trailers increase ventilation inside by running fans, keeping windows open and controlling humidity levels.

"If you can smell it, you are being overexposed," DeVany said.

The 2005 hurricane season marked the largest deployment of temporary housing in FEMA's history, including some 30,000 trailers in Mississippi alone.

"FEMA is steadfastly committed to serving disaster victims and continuing to help Gulf states communities get back on their feet," agency spokesman Aaron Walker wrote in an e-mail.

"FEMA and industry experts are monitoring the small number of cases where odors of formaldehyde have been reported, and we are confident that there is no ongoing risk.

"The odor may result from several sources, including materials used in the construction of certain trailers and vapors from items like new linens and burning cigarettes. By fully opening windows and using air conditioning or exhaust fans, residents can ensure proper air ventilation in their homes."

Sierra Club spokesman Chris Smith said "we have thousands of people living in FEMA trailers. Some people just endure because they have no choice. Others sleep in their cars. We believe people living in these trailers have a right to know what is happening to them."

http://www.2theadvocate.com/news/2824386.html

hemical in trailers a problem, group says

By AMY WOLD
Advocate staff writer
Published: May 18, 2006

That "brand new" smell in travel trailers given to hurricane victims by the federal government could signal the potential for health problems, the Sierra Club said.

In a telephone news conference Wednesday, the Sierra Club announced that indoor air quality testing of 32 trailers in Louisiana and Mississippi showed 30 trailers had aerial formaldehyde levels above recommended levels for human health. Various products used in the production of travel trailers contain formaldehyde, including glue, curtains, molded plastic, counter tops and more.

According to a 1997 U.S. Consumer Product Safety Commission report on formaldehyde, it can cause allergic reactions, coughing and wheezing at 0.1 parts per million (ppm).

FEMA123-000014

Lower levels of formaldehyde do not cause problems for most people, the report says.

Mary DeVany, an industrial hygienist working with the Sierra Club, said 30 of the 32 trailers tested so far had levels above the 0.1 ppm threshold for formaldehyde. "If you can smell it, you're being overexposed," she said.

If people are experiencing symptoms or the "glue-like" smell associated with formaldehyde, DeVany said, there are a few things they can do to improve air quality.

DeVany suggested getting fresh air through the trailer by opening windows and using fans to increase circulation. Formaldehyde will dissipate over time, she said, but the gasses need somewhere to go.

According to the federal Agency for Toxic Substance and Disease Registry Web site, formaldehyde can cause irritation of the eyes, nose, throat and skin. In addition, people with asthma may be more sensitive to the chemical than people who do not have the condition.

Jim Fortenberry of Mississippi and his wife are living in a trailer from the Federal Emergency Management Agency while they rebuild their home.

Air testing in the Fortenberrys' trailer showed 0.34 ppm of formaldehyde compared with the recommended limit of 0.1 ppm.
Since getting the trailer in November, Fortenberry said, he's had respiratory and sinus problems and his wife has had several nose bleeds.

"I do know that the more I stay in the trailer, the worse I feel," he said during the news conference.

Chris Smith of the Sierra Club said some people also complain of nausea. "The Sierra Club believes they have a right to know what's happening to them," he said.

In addition, FEMA should be testing trailers to make sure they're not being sent out with excessive levels of formaldehyde, said Becky Gillette, a freelance writer working with the Sierra Club. FEMA spokeswoman Ashley Small said officials are reviewing the information from the Sierra Club and expect to have a response ready soon.

For questions about indoor air quality, can call (888) 293-7020.

Kristen Meyer, a spokeswoman with the Louisiana Department of Health and Hospitals, said the department does not monitor indoor air quality. DHH has not received complaints about indoor air quality with FEMA trailers, she said.