Case 2:07-md-01873-KDE-KWR   Document 196-23   Filed 05/18/2008   Page 2 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER                    *      CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   *
                                              JUDGE ENGLEHARDT –DIV. N
                                       *
                                              MAGISTRATE ROBY – MAG. 4

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF CLIFFORD OLIVER

I, Clifford Oliver state and declare as follows:

1.  I am employed by the Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security (DHS). From mid-September 2005 until mid-April 2007, I was detailed into the position of Individual Assistance – Technical Assistance Contract (IA-TAC) Program Manager within FEMA's Disaster Assistance Directorate. In this position, I oversaw FEMA's efforts to provide temporary housing to approximately 500,000 disaster victims rendered homeless first by Hurricane Katrina and, subsequently by, Hurricane Rita. I established and managed a Program Management Office in Washington, D.C. At the end of my detail, I returned to my normally assigned duties.

2.  During the time I was the IA-TAC Program Manager; I oversaw the four IA-TAC Contractors as well as approximately 42 follow-on Contractors that supported FEMA's Gulf temporary housing mission.

3.  From approximately September 2005 to September 2006, FEMA had four IA-TAC contractors, Bechtel, Inc. Fluor, Inc., Ch2M Hill, Inc., and Shaw, Inc. The IA-TAC Contractors responsibilities included the design and construction of temporary housing sites, hauling temporary housing units (TMUs), trailers, park model trailers and manufactured homes,

1



EXHIBIT 22

from FEMA staging areas to intended installation locations, installing and maintaining TMUs. Once the occupants vacated the TMUs, the contractor deactivated and returned the TMU to a FEMA staging area. Each of these IA-TAC contractors held contracts with FEMA of at least of $500 million and will ultimately be paid a total of approximately $3.2 billion for their services.

4. On or about September 2006, FEMA completed competitive procurements of the remaining housing support work in the Gulf and replaced the four IA-TAC Contractors with 36 Maintenance and Deactivation Contractors (MDC) and 16 Group Site Maintenance Contractors. The MDC's duties and responsibilities were substantially the same as the IA-TAC contractors with respect to the TMUs.

5. Upon assignment of a TMU to a household or individual disaster victim, the IA-TAC or MDC contractor retrieved the TMU from a FEMA staging facility, transported the TMU to the installation site, installed the unit, and "leased in" each the disaster victim, which included handing over the keys. The IA-TAC and MDC contractors also were responsible for conducting scheduled maintenance and responding to occupants request for repairs on TMUs. When the disaster victim vacated the TMU, the IA-TAC and MDC was responsible for retrieving the unit, deactivating the unit, and returning the unit to a FEMA staging site.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this _13_ day of _May 2008_

CLIFFORD OLIVER
FEMA/DHS