Chawaga, David J

**From:** Brown, Bronson
**Sent:** Wednesday, March 22, 2006 12:49 PM
**To:** Seeds, Richard; Motter, Owen; Chawaga, David J
**Subject:** RE: File Search

This is helpful. I would like to get to the bottom of this and find out why OSHA never reported this to FEMA safety. I received a message this morning from Clyde Payne, OSHA, that the levels were high at the staging area for the trailers (where our staff work) however, they were relatively low once they were handed over to the public. I am very concerned as to why OSHA did not share the information with our staff. Again, we need to train all FEMA staff who are working with the trailers and may have potential exposure to formaldehyde, immediately. This should be an awareness training that is on the lines of HazCom. (No more than 30 min.) We need to have an MSDS available for staff review for the product(s) from the manufacturer. The labels that are in the trailer should be reviewed with the staff. Staff are to be instructed that prior to entering the trailers, there should be a period of time for off-gasing before conducting any work operations inside the trailers. In addition, I would like a full report on this entire issue and how we may be able to correct this situation in the future (communication, direction, etc.). Thank you. Bronson

**From:** Seeds, Richard
**Sent:** Tuesday, March 21, 2006 6:03 PM
**To:** Motter, Owen; Chawaga, David J; Brown, Bronson
**Subject:** File Search

03.21.06.@ 1652 hours CST

    Good Afternoon all

    Just as a sidebar:

        We conducted an electronic search of our safety drives in Jackson and in Biloxi for "formaldehyde". Nothing until Monday of this week. This search included The IA Safety Committee Meeting minutes, the both common drives and the individual Drives with safety related info on them. No discussion, no notice of sampling, no Mention in the minutes, no sampling results, and so on. These drives have our info from last September.

        In addition, I questioned the trailer site manager and his LOG boss. They stated OSHA has never informed them that we had a formaldehyde problem/concern. And you know, they have never informed me or the people who report to me.

        R.C.Seeds

4/21/2008

**EXHIBIT 27**