Maize

Page 1 of 2

*Supplemental B*

rfgdf

**From:** Rucker, Lesli
**Sent:** Sunday, June 18, 2006 5:59 PM
**To:** Souza, Kevin
**Subject:** FW: FORMALDEHYDE ISSUE

Kevin – This captures the Friday AM conference call regarding the TTs. The number of applicant complaints is under 5 in Louisiana and any complaints to date in Mississippi have been addressed utilizing this approach. OGC was to have a conference call on Friday afternoon and I have yet to hear from Diane if there is anything further that they suggest needs to be addressed. Diane and field attorneys were also on the call. The logistics folks indicated that the change out will be good, clean units. I'll follow up with Diane. Lesli

---

**From:** Phillips, Peggy
**Sent:** Friday, June 16, 2006 11:36 AM
**To:** Miller, MichaelL; Trask, Patricia C; Aupperlee, Tracy; Burchette, Joe; Lannan, Robert; Brekke, Cheryl; Warner, Jeannie; Melton, Sidney; Gilliam Sr, Robert; Blake, Martin; Rucker, Lesli; Igert, Jill; Stark, James; Cox, Geraldine ; Hallstead, Carl; Howell, Cindy
**Cc:** Miller, Stephen
**Subject:** FORMALDEHYDE ISSUE

Good Morning Everyone,

The following is a result of the conference call this morning, Friday, 6/16/06, regarding the formaldehyde issue. At this time, it was decided that we will address this issue on an individual basis.

As needed, we will make the following suggestions to the tenant:

1. Air out the unit
2. Do not leave the unit closed up during extreme heat
3. Ensure that the air conditioning is running and properly maintained
4. As a final recommendation, we would swap out the unit for a used, renovated unit which would not present the off-gassing problems experienced in the new units

Mike Miller, Purvis Staging Area, has agreed to set aside approximately 50 units in inventory for the purpose of swapping out units with a formaldehyde problem for the renovated unit.

In the event that testing is required on a national basis, Headquarters Logistics will take the lead in maintaining a single point of contact for completion of this requirement.

Further, OGC has advised that we do not do testing, which would imply FEMA's ownership of this issue.

Gulfstream is working closely with FEMA to resolve the formaldehyde problem in the smaller travel trailer (Cavalier) units. They have offered to install an exhaust fan at their expense on a case by case

FEMA-Waxman - 7/9/07 Staff Review - 16

5/10/2007

**EXHIBIT 30**

Case 2:07-md-01873-KDE-MBN   Document 16598-43   Filed 10/05/10   Page 2 of 2
Case 2:07-md-01873-KDE-KWR   Document 196-32   Filed 05/18/2008   Page 3 of 3
Page 2 of 2

Maize

basis should this become necessary.

Jill Igert will notify us of HQ OGC's findings, and will reconvene as necessary to address this issue.

## Peggy Phillips

Logistical Management Specialist

Phone: 

Fax: