| | |
|---|---|
| From: | Bonomo, Guy [Guy.Bonomo@dhs.gov] |
| Sent: | Tuesday, March 21, 2006 8:18 AM |
| To: | Deane, William |
| Cc: | Aubert, Robert |
| Subject: | FW: Formaldehyde |
| Attachments: | Maintenance Manual Ver4 DCLJ.DOC |

FYI

Guy Bonomo
DHOPS Chief
AFO-NOLA
(832)588-0089 (cell)
(504)762-2069 (desk)

**From:** Mike.Falino@CH2M.com [mailto:Mike.Falino@CH2M.com]
**Sent:** Monday, March 20, 2006 9:40 PM
**To:** Boyle, Brian; Paul.Caruso@CH2M.com
**Cc:** Woodruff, Larry; Bonomo, Guy; Narciso, Louis; david.knowles@CH2M.com; william.jeffers@CH2M.com
**Subject:** RE: Formaldehyde

Brian,

We are currently airing out the TTs in the NAS Yard as part of the inspection process. By turning on the AC and exhaust fan in the bathroom, the smell would just about in all cases clear up in a 24 hour period or in most cases less than 24 hours. We also advise the occupants during the monthly PMI and in the maintenance manual (see attached) to ventilate the TT to control the build up of moisture, which will also help to reduce the level of off gassing of chemicals. Finally, we are researching the use of sealant that can be applied during the RFO process.

Let me know if you need more details.

*Mike*

Michael Falino
CH2M-Hill
Louisiana Program Manager
(337) 281-4935

**From:** Boyle, Brian [mailto:Brian.Boyle@associates.dhs.gov]
**Sent:** Monday, March 20, 2006 9:14 AM
**To:** Jay.Moylan@Fluor.com; Todd.Novak@Fluor.com; Falino, Mike/MIA; Caruso, Paul/NWO; Aubert, Robert; william.deane@shawgrp.com
**Cc:** Woodruff, Larry
**Subject:** Formaldehyde

Gentlemen,



SHAW 013521

BOYLE_EX-000057

Our safety office needs to know from each contractor the process of airing out of all TT's and Mobil homes to handle the existence of formaldehyde inside the units and what YOU are doing to handle this problem. Please e-mail YOUR process for combating this problem so Larry can pass this on to Safety in D.C. Thank you for your attention to this and I'll wait to here from each of you and send it on to Larry.

Thank you,

BRIAN BOYLE
DR-1603-LA
FEMA DHOPS
QA/SPECIAL PROJECTS LEAD INSPECTOR
QA CONTRACTOR LIAISON
AFO/NOLA
225-615-6205 (Cell)
504-762-2450 (Office)

SHAW 013522

BOYLE_EX-000058

# FEMA TRAILER USER'S GUIDE

My Bar Code #_____ My Site Control#_____
               (Inside Trailer Door Jam)                            (Occupancy Status Form 90-24)
My Contact #_____ My Address_____

This handout is an overview of information located in the manuals supplied with your trailer. We suggest that you read the manuals to become familiar with the trailer's appliances and options.

The trailer is equipped with a refrigerator, cook top range, microwave oven, furnace, air conditioner and water heater.

Routine maintenance is needed on any travel trailer. An inspector will conduct monthly maintenance visits to check the condition of the unit, operation of the appliances, and check for leaks in the water, sewage and gas systems. If you have any concerns or problems, the inspector may correct them immediately or dispatch a maintenance team.

## TABLE OF CONTENTS

SAFETY ITEMS ............................................................................................. 3

REFRIGERATOR ........................................................................................... 4

AIR CONDITIONING ..................................................................................... 4

HEATER/FURNACE ...................................................................................... 5

CONTROLLING MOISTURE CONDENSATION ........................................ 5

PROPANE TANKS ......................................................................................... 6

DRAINS AND TOILETS ................................................................................ 7

MICROWAVE ................................................................................................ 7

STOVE/OVEN ................................................................................................ 7

ELECTRICAL SYSTEMS ............................................................................... 8

MOLD AND MILDEW .................................................................................. 8

CONVERTER AND CIRCUIT BREAKER PANEL ................................... 10

SEWER SYSTEMS ...................................................................................... 10

FREQUENTLY ASKED QUESTIONS ....................................................... 12

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

1

SHAW 013523

BOYLE_EX-000059

# FEMA TRAILER USER'S GUIDE

## YOU MUST HAVE THE TRAILER BAR CODE AND SITE CONTROL NUMBER TO PLACE A MAINTENANCE REQUEST

- EMERGENCY MAINTENANCE WILL BE IN RESPONSE TO ONE OF THE FOLLOWING PROBLEMS:
    - Gas leak
    - Major water leak, where a shut off valve cannot be located
    - Actual sewage leak (Health problem)
    - No heat (when the outside temperature is, or expected to go below 50 degrees Fahrenheit)
    - No A/C (when the outside temperature is, or is expected to go above 85 degrees Fahrenheit)
    - No electricity (excluding local power company failure), or major electrical malfunction

    Emergency maintenance calls will be responded to within 6 hours. Non-emergency calls will be responded to within 48 hours. When the 48 hour completion time would expire on Saturday, Sundays, or holidays, the 48 hour time period may extend to the following Monday or Tuesday, as appropriate.

- **DANGER: IF YOU SMELL PROPANE OR THE LP- GAS DETECTOR GOES OFF**
    1. Extinguish any open flames, pilot lights and smoking materials
    2. Do not touch electrical switches
    3. Shut off the propane supply at the container valve(s)
    4. Open doors and other ventilating openings (windows/roof vents)
    5. Leave the area until it clears

- **DANGER: IF THE CARBON MONOXIDE (or CO) DETECTOR GOES OFF**
    1. Extinguish any open flames, pilot lights and smoking materials
    2. Open doors and other ventilating openings (windows/roof vents)
    3. Leave the area until it clears and the alarm stops

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. · COMPANY CONFIDENTIAL

SHAW 013524

BOYLE_EX-000060

# FEMA TRAILER USER'S GUIDE

## SAFETY ITEMS



- Check the operation of your smoke detectors weekly. Press in and hold the small button on the detector until the alarm sounds. If it doesn't, replace the batteries and test again. If it still doesn't work, call the Maintenance Hotline.



- The LP-gas detector requires no maintenance but should be tested monthly. Press in and hold the small button on the detector until the alarm sounds. If it doesn't work, call the Maintenance Hotline.



- The carbon monoxide detector requires no maintenance but should be tested monthly. Press in and hold the small button on the detector until the alarm sounds. If it doesn't work, replaced the batteries as needed. If the unit still does not function call the Maintenance Hotline.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

# FEMA TRAILER USER'S GUIDE



- Make sure all members of your household know how to locate and operate the fire extinguisher. This should have been discussed during lease-in. Call the Maintenance Hotline if you are not sure how to operate the fire extinguisher or have any questions.
- If the fire extinguisher is used recharge or replace the unit as soon as possible.
- Know the location and how to use all emergency exits.

## REFRIGERATOR

- Your refrigerator may operate differently than a standard household unit and has no moving parts. The following tips will help your refrigerator keep everything cool and give you trouble free service.
- Avoid placing hot items inside the refrigerator. Allow them to cool to room temperature before putting them in it.
- Minimize the number of times you open and close the door and don't leave the door open. There is no fan to circulate the cool air, and it takes time to return to its operating temperature.
- If ice builds up on the cooling fins inside the refrigerator or the freezer compartment, defrost the unit by turning it off and opening the doors. Defrost the freezer at least once a month or sooner if you have excessive ice build-up. Ice build-up will degrade the refrigerator's ability to cool. This is a good time to use warm soapy water and wipe the inside.
- Avoid packing too much inside the freezer compartment. This will allow it to operate cooler and more efficiently.
- Ensure that the refrigerator is switched to electric operation. These controls are at the top of the refrigerator door. This will save on propane usage. If you lose electric power, the refrigerator should automatically switch to operate on propane until the electrical issue is corrected.

## AIR CONDITIONING

- During extremely high outdoor temperatures, keep windows and doors closed. Avoid use of heat producing appliances, like stoves, during the hottest part of the day, if possible. Use window shades, blinds, and curtains to block sunlight.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

VER 3.0   01/16/2006                                                                                                           4

SHAW 013526

BOYLE_EX-000062

# FEMA TRAILER USER'S GUIDE

## HEATER/FURNACE



- Your furnace operates on propane and will supply plenty of hot air to heat your trailer very quickly. It is a forced air system with a heat exchanger and several safety devices built in. There are no open flames in your furnace. This does not apply to an electric type furnace.

- To start the heater, locate your thermostat, turn the switch to heat and set to your desired temperature. The system will do the rest. You will hear the internal combustion process first. When it reaches operating temperature, the internal blower will turn on and supply hot air to the floor registers.

- The furnace is efficient, but it requires a lot of propane to operate and you will be responsible for filling your own propane tanks. Maintain your heating temperature between 65° and 72° degrees. Your furnace is capable of higher temperatures, but at higher temperatures propane bottles may need to be refilled within two to three days.

- Do not block any of the heater vents located on the floor or walls so that the heater runs less and burns less propane. Blocked heater vents could also cause the heater to overheat and shut down as a safety precaution.

## CONTROLLING MOISTURE CONDENSATION

- Partially open the roof vents and windows so that outside air can circulate into the interior. Increase the ventilation when large numbers of people are in the temporary housing. Even in raining conditions the outside air will be dryer than the interior air.

- Install a bag desiccant in the trailer to absorb excess moisture from the interior air.

- Run the range vent fan when cooking and the bath fan (or open the bath vent) when bathing to reduce water vapor.

- Do not heat the temporary housing interior with the range oven.

- In very cold weather, leave the cabinet and closet door partially open.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

SHAW 013527

BOYLE_EX-000063

# FEMA TRAILER USER'S GUIDE

## PROPANE TANKS



- The LPG (propane gas) system is used for the heater, water heater, stove/oven and refrigerator (as back-up if electrical power fails).

- There are two 30-pound tanks located at the front of your trailer. Each tank has a valve and is connected to a switch-over valve/indicator. You can select which tank to use or select it to draw from both. **FEMA suggests you select one and switch to the other when the first tank is almost empty. This allows you to have one tank refilled while the other one supplies the trailer.**

- **You are responsible for refilling your tanks at your own expense.** Several local businesses will deliver gas to your door and most will remove and replace the tanks for you.

- Safety is always of primary concern when dealing with compressed gas. However, when used according to safety guidelines, propane poses a very low threat because it is a nontoxic, nonpoisonous fuel. Though flammable, propane has a narrow range of flammability when compared with other petroleum products.

- Proper ventilation is one of the most important keys to safe propane use. For safety, propane is treated with a chemical to smell like sulfur (or "rotten eggs") so it can be detected in the event of a leak. If you should smell escaping gas, open the window or door, go outside and shut off the gas at the propane tank.

- If you are ever unsure what to do in the event of a gas leak, don't hesitate to contact your local fire department or the local propane dealer for help.

- Here are some safe practices to keep in mind when utilizing propane appliances:
    - Know where your shutoff valve is located and how to shut it off.
    - Always be sure to have proper ventilation in your home.
    - Never use grills or camp stoves indoors.
    - Keep children and pets away from all heaters to avoid accidental burns.
    - Don't assume that the smell of propane is because the tank is low.
    - Never place your head near or directly over the valves on your storage tank.

For additional safety information, visit the Mississippi Propane Gas Association online at www.mspropane.com/safety.cfm or by calling 1-888-325-9310.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

VER 3.0   01/16/2006                                                                 6

SHAW 013528

BOYLE_EX-000064

# FEMA TRAILER USER'S GUIDE

### DRAINS AND TOILETS

- Do not put automotive antifreeze, ammonia, alcohol, acetone or similar products down the drain or toilets.

- Do not put large table scraps down drains or toilets because they could stick to or damage the system causing clogs.

- Do not flush facial tissue, paper towels, sanitary products, or other non-dissolving items into system. White toilet paper dissolves better than colored paper. Excessive amounts of toilet tissue can create clogging in the system. Please try not to use too much paper. It is recommended that RV type biodegradable toilet tissue be used instead of regular toilet tissue to help prevent blockages in the drain system.

### MICROWAVE

- The microwave is for food preparation only. Do not use microwave to dry clothes, paper, or other items. Do not place any form of metal in the microwave.

### STOVE/OVEN

- Do not use the stove or oven to heat your trailer. Gas combustion consumes oxygen inside the trailer and carbon monoxide poisoning could occur.

### MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

VER 3.0   01/16/2006                                                                                                       7

SHAW 013529

BOYLE_EX-000065

# FEMA TRAILER USER'S GUIDE

## ELECTRICAL SYSTEMS



- Your trailer uses two power systems: a 12-volt DC deep cycle marine battery for the 12-volt system and a 110-volt AC power from the power meter connection.

- The 12-volt DC system is used for the lights, water pump, fan in the heater, range hood fan, refrigerator controls, water heater controls, and gas detector.

- The 110-volt AC system is used for the refrigerator, all AC outlets, air conditioner, water heater (if equipped as a dual source system), microwave oven, and battery charger/converter.

- 110-volt wall receptacles are wired to a common GFI (Ground Fault Interrupter) breaker, usually located on the plug in the bathroom area. If this has tripped, no power will be available at any of the plugs. Push the reset button on the plug to restore power. Note that the refrigerator 110-volt circuit is often wired to this as well. **It is important to reset a tripped GFI breaker to avoid the possibility of having food spoil in the refrigerator.**

- Your travel trailer operates on either a 30 amp or 50 amp connection from the power meter. This is enough to power no more than one or two appliances at a time. If you try to operate more appliances at the same time, the circuit breaker will be tripped and have to be reset. Hair dryers and curling irons draw a large amount of power and should not be used when the microwave or other kitchen appliances are on.

- When replacing light bulbs, be sure to use the same wattage bulb that was originally installed into the light fixture.

- Be aware that the 12 volt converter will fail should the battery wires located at the tongue of the trailer are allowed to come in direct contact with the frame of the trailer.

## MOLD AND MILDEW

- The key to controlling mold and mildew is keeping things clean and limiting moisture.

- Clean wet materials or furnishings and let dry for 24-48 hours to prevent mold growth.

- Clean mold off hard surfaces using water and detergent. Let dry completely.

- Reduce indoor humidity by venting bathrooms and other moisture-generating sources or using de-humidifiers. Increase ventilation by using exhaust fans when cooking, dishwashing, showering, and cleaning.

- Leave one or more windows and roof vents slightly open to help prevent condensation in the trailer.

- Open doors between rooms (especially doors to closets that may be colder than rooms) to increase air circulation.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

# FEMA TRAILER USER'S GUIDE

- Check for water leaks routinely and fix them immediately.
- If materials with mold cannot be cleaned, they should be removed and disposed of appropriately.

**MAINTENANCE HOTLINE 1-800-774-3249**

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

VER 3.0   01/16/2006                                                                 9

SHAW 013531

BOYLE_EX-000067

# FEMA TRAILER USER'S GUIDE

## CONVERTER AND CIRCUIT BREAKER PANEL



- The trailer power panel/converter is a small "appliance" usually painted brown or black with slots for ventilation. The power panel/converter is mounted in a cabinet in your trailer, usually in the kitchen area. All of your power connections and fuses are here and are clearly marked.

- If a fuse "Blows", replace it with the exact same type and size. If it "Blows" again contact the maintenance hotline number listed at the bottom of the page.

- If a circuit breaker "Trips", reset it to the "ON" position. If it "Trips" again contact the maintenance hotline number listed at the bottom of the page.

## SEWER SYSTEMS

- The sewer system consists of two holding tanks that are located under the trailer (rarely a 3rd tank will be found, but this is for the grey water from the Kitchen area). The gray water is all waste water. The black water is only used for the toilet. These tanks are approximately 40 gallons each.

- Depending on the configuration of your trailer site, you may be connected to the city sewer, home septic system or have an external waste bladder which looks like a square plastic tank.

- If you are using the bladder, it is **very important** that this tank be emptied when it is not more than 95% full. Call the Maintenance Hotline when it reaches approximately 75% so they can dispatch a service truck.

- **SLIDER VALVES**
  KEEP THE BLACK TANK (3-INCH VALVE) CLOSED AND THE GRAY TANK (1½-INCH VALVE) OPEN. Use the monitor panel, if equipped, to monitor the level of the black tank. When the black tank is 2/3 full, go outside, close the gray tank slider valve, and open the black tank slider valve and drain the tank. After it is empty (approximately 10 minutes), close the black tank slider valve and reopen the gray tank slider valve. Flush

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

SHAW 013532

BOYLE_EX-000068

# FEMA TRAILER USER'S GUIDE

the toilet to allow a couple of gallons of water to fill the tank for the next drain cycle. Repeat this as often as needed which may be as often as once every 3 days.

- It is recommended that RV type holding tank chemicals be used in trailers having holding tanks to assist in the breaking down of solid material in the holding tank and preventing clogs in the tank.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

VER 3.0   01/16/2006

11

SHAW 013533

BOYLE_EX-000069

# FEMA TRAILER USER'S GUIDE



## FREQUENTLY ASKED QUESTIONS

Q. **I smell gas inside my trailer or the LP-Gas detector is going off**

A. Extinguish any open flames, pilot lights, cigarettes, candles, furnaces, stove burners and other smoking materials. Do not touch the electrical switches. Open the doors and windows to vent the smell of gas. Shut off propane supply at the container valve or connection. Leave the area (at least 100 yards) until odor clears and the alarm no longer sounds/reports. Call 911 and then call the Maintenance Hotline and let them know you have an emergency and potential gas leak. Failure to comply could result in an explosion resulting in death or serious injury. Make sure to keep everyone away from the area until the 911 response team gives the all clear.

Q. **My CO Detector is going off**

A. Extinguish any open flames, pilot lights, cigarettes, candles, furnaces, stove burners and other smoking materials. Operating LP-Gas appliances with inadequate ventilation or partial blockage of the flue can result in carbon monoxide poisoning. Some aerosol containers (hair sprays, air fresheners etc.) use CO as the propellant which will set off the CO detector. Open the doors and windows to vent the trailer. If the CO detector does not shut off after the trailer has been ventilated call the Maintenance Hotline.

Q. **I have a water leak**

A. If it is a water supply line, turn off the water supply into the trailer at the outside hose connection and call the Maintenance Hotline to report a water supply line leak. If it is a drain, place something under it to catch the water and call the Maintenance Hotline.

Q. **My heater is on but it's not getting warm**

A. Check your gas stove and see if it is working. This will indicate if you have propane available. If your stove works properly, your heater is the problem. Make sure the floor vents are open and not covered. Check the outside exhaust vent to ensure that it is not blocked. If these steps don't fix your heater, call the Maintenance Hotline to dispatch a maintenance crew. If your propane tanks are empty, <u>you</u> are responsible for having them refilled.

Q. **Should I use my awning?**

A. The awning should <u>not</u> be used. When extended, this feature is extremely likely to be damaged from high winds or rainfall. If damaged, it may become a safety hazard or damage the trailer.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

SHAW 013534

BOYLE_EX-000070

# FEMA TRAILER USER'S GUIDE

**Q. My toilet is not flushing**

A. Make sure your septic control valves are in the correct position and the water supply is on. The septic control valves are two "T" handle valves on the outside of the trailer where the sewer connection is located. The one with the smaller pipe is the gray water and should be open except when draining the black water tank; the other is the black water. This valve must stay closed and allow the tank to fill to approximately 2/3. When this happens, close the gray water valve, open the black water valve and let it drain for approximately 10 minutes and then close it, then open the gray water valve. Depending on the amount of use, you should drain this tank every 2 to 3 days. If this doesn't fix your problem, call the Maintenance Hotline. It is important to note that the trailer's toilet does not use as much water to flush as a regular toilet. Excessive amounts of toilet tissue can create clogging in the system. Nothing other than toilet paper should be put into the toilet. A chemical additive, "blue water", should be added periodically to the toilet to help keep your sewer line clear.

**Q. I have water backing up through the drain in the bathroom**

A. Your gray water tank is full or the bladder is full or the main sewer line to the street may be clogged. Open the gray water valve on the outside. This valve should stay open except when you are draining the black water tank. If this doesn't fix your problem, call the Maintenance Hotline.

**Q. Some or all of the outlets quit working**

A. Your trailer is protected by a Ground Fault Interrupter (GFI) and circuit breakers. The power system in a trailer will not support multiple electrical loads at the same time. For example, you can't operate a coffee pot, toaster, and hair dryer at the same time. Unplug the appliances and locate the GFI outlet, usually in the bathroom and press the reset button. If this doesn't restore power, then check the circuit breakers located in the power panel/converter. Reset any of the tripped breakers and that should correct the problem. If this doesn't fix your problem, call the Maintenance Hotline.

**Q. I have no hot water**

A. Make sure the water heater switch is on. If your trailer is equipped with an electric water heater, check that the circuit breaker hasn't tripped. Wait for approximately 20 minutes and the water should be warm. It can take up to an hour for it to reach the preset temperature. The tank holds only 6 gallons of water and does not recover quickly, so conserve water. Some trailers have external manual start pilot lights, these are re-lit from the outside of the trailer. If this doesn't fix your problem, call the Maintenance Hotline.

**Q. The light is blinking for my hot water heater**

A. If this light is blinking, your heater has malfunctioned. The most common reason would be empty propane tanks. If that's the case, **you are responsible for having them refilled**. If your tanks are full, call the Maintenance Hotline.

**Q. My oven will not work, and I have plenty of propane**

A. Your oven has a pilot light that needs to be lit to operate. The knob that controls the oven needs to be left in the pilot position and not off. Open the door and look inside the oven at

**MAINTENANCE HOTLINE 1-800-774-3249**

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

SHAW 013535

BOYLE_EX-000071

## FEMA TRAILER USER'S GUIDE

the burner and you should see the pilot light burning. If it isn't, follow the oven manufacturer's instructions to light it. If you aren't able to light it, call the Maintenance Hotline.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

VER 3.0   01/16/2006                                                                                              14

SHAW 013536

BOYLE_EX-000072

# FEMA TRAILER USER'S GUIDE

**Q. My propane tanks are empty**

A. Take your tanks and have them refilled at a local hardware or grocery store, or call a propane delivery company to swap out the tanks. The cost of refilling the propane is your responsibility, so it will help you if you make it a habit to conserve.

**Q. What can I do to conserve my propane?**

A. The heater uses the majority of the propane. If you set the thermostat to 65° at night and 70° during the day, you will notice a significant savings.

**Q. Why do I have to reset the circuit breakers so often?**

A. Your trailer has either a 30 amp or 50 amp service. The water heater uses approximately 15 amps; the battery charger, depending on load, uses 10 amps. That doesn't leave much for other items. Avoid running appliances that use a lot of electricity all at once. For example: Using a coffee pot and hair dryer at the same time may work, but also using the microwave may cause the power to go out.

**Q. The alarm on my carbon monoxide sensor is sounding**

A. Using aerosol products near the sensor is the most common cause of false alarms. The heater may also set off the alarm. To clear the alarm, open a door so fresh air can enter the trailer. If it continues to sound, immediately leave the trailer. Carbon Monoxide exposure can be fatal.

**Q. My smoke detector sounds when I'm using my toaster**

A. Your smoke detector is working correctly. The detectors in travel trailers are designed to be very sensitive for you and your family's protection.

**Q. My smoke detector makes a "chirping" sound**

A. The battery needs replacement. Buying a replacement battery is your responsibility. To install it, follow the instructions located in the manufacturer's manual.

**Q. I lost my keys. Whom do I need to talk to about a replacement?**

A. You received 2 sets of keys when you signed your lease. If you need replacement keys, have a local locksmith make a new set. The key code number is located inside the lockset that the locksmith needs to remove to view. You are responsible for the cost of having a new set of keys made.

**Q. I have a burned out light bulb. What do I need to do?**

A. You are responsible for purchasing replacement light bulbs. They cost about $1.25 each and are available at many stores. Be sure to take the defective bulb with you to the store to ensure you purchase the exact bulb for replacement.

**Q. Can I adjust the temperature on my refrigerator?**

A. Most travel trailer refrigerator temperatures are set at the factory and are not adjustable. If yours is one of the few with a temperature control, the adjustment will be inside the unit like a standard household model.

## MAINTENANCE HOTLINE 1-800-774-3249

COPYRIGHT 2010 BY CH2M HILL, INC. • COMPANY CONFIDENTIAL

VER 3.0   01/16/2006

15

SHAW 013537

BOYLE_EX-000073

# FEMA TRAILER USER'S GUIDE

**Q. There is moisture on the interior of my trailer**

A. This is a very common problem with all travel trailers. It is caused by people breathing, cooking, heating, and humidity. Travel trailers are very well insulated and sealed. Try leaving a window or one of the overhead vents slightly open. This will help control the moisture and also remove stale air.

**Q. I don't have Cable TV and the picture isn't clear**

A. There is a small switch on the wall where you connect the antenna cable to the TV. Make sure it is on and the indicator light is lit. You may need to adjust your antenna. Locate the ceiling mounted knob. Pull down to unlock and turn it until your picture improves.

**MAINTENANCE HOTLINE 1-800-774-3249**

COPYRIGHT 2010 BY CH2M HILL, INC. · COMPANY CONFIDENTIAL